UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | No. 3:16-cv-940<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br><br><br><br><br>**NOTICE OF RELATED CASE** |

PLEASE TAKE NOTICE that the following action is related to the above-captioned action:

Securities and Exchange Commission v. Homero Joshua Garza, GAW Miners, LLC, and ZenMiner, LLC (d/b/a Zen Cloud)

Case No.:  3:15-cv-01760-JAM
President Judge:  Jeffrey A. Meyer
Date filed:  12/01/2015

Dated: June 16, 2016

Respectfully submitted,

*s/ Mark P. Kindall*

Mark P. Kindall (ct13797)
E-mail: mkindall@izardnobel.com
Robert A. Izard
E-mail: rizard@izardnobel.com
IZARD NOBEL LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (*pro hac vice to be filed*)
E-mail: mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice to be filed*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice to be filed*)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (*pro hac vice to be filed*)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Counsel for Plaintiffs*