UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                Defendants. | No. 16-cv-940<br><br>ECF Case<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF APPEARANCE</u>**

TO: The Clerk of Court and all parties of record

PLEASE TAKE NOTICE that I am admitted to practice in this Court and appear in this case as counsel for Plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas.

| | |
|---|---|
| Dated:  July 6, 2016 | Respectfully submitted,<br><br>      *s/ Robert A. Izard*<br>Robert A. Izard (ct01601)<br>E-mail: rizard@ikrlaw.com<br>IZARD, KINDALL & RAABE LLP<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I, Robert A. Izard, certify that, on July 6, 2016, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

*/s/ Robert A. Izard*

Robert A. Izard (ct01601)
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*