UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                        Defendants. | No. 16-cv-940<br><br>ECF Case<br><br><u>CLASS ACTION</u> |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1, Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas ("Plaintiffs"), through their undersigned counsel, respectfully move this Court to grant leave for attorneys Marc M. Seltzer, Kathryn P. Hoek, Seth D. Ard, and Matthew B. Allen to appear *pro hac vice* on behalf of Plaintiffs.

1.     Attorney Seltzer is a partner with the law firm of Susman Godfrey L.L.P. and a member in good standing of the Bar of California and the federal courts listed in his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

    Marc M. Seltzer
    Susman Godfrey L.L.P.
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    mseltzer@susmangodfrey.com
    Tel:    (310) 789-3100
    Fax:   (310) 789-3150

2. Attorney Hoek is a partner with the law firm of Susman Godfrey L.L.P. and a member in good standing of the Bar of California and the federal courts listed in ¶3 of her affidavit, which is attached hereto as Exhibit B. Her contact information is as follows:

>Kathryn P. Hoek
>Susman Godfrey L.L.P.
>1901 Avenue of the Stars, Suite 950
>Los Angeles, CA 90067
>khoek@susmangodfrey.com
>Tel:  (310) 789-3100
>Fax:  (310) 789-3150

3. Attorney Ard is a partner with the law firm of Susman Godfrey L.L.P. and a member in good standing of the Bar of New York and the federal courts listed in ¶3 of his affidavit, which is attached hereto as Exhibit C. His contact information is as follows:

>Seth D. Ard
>Susman Godfrey L.L.P.
>1301 Avenue of the Americas, 32nd Fl.
>New York, NY 10019
>sard@susmangodfrey.com
>Tel:  (212) 336-8330
>Fax:  (212) 336-8340

4. Attorney Allen is an associate with the law firm of Susman Godfrey L.L.P. and a member in good standing of the Bar of Texas and the federal courts listed in in ¶3 of his affidavit, which is attached hereto as Exhibit D. His contact information is as follows:

>Matthew B. Allen
>Susman Godfrey L.L.P.
>1000 Louisiana Street, Suite 5100
>Houston, TX 77002
>mallen@susmangodfrey.com
>Tel:  (713) 651-9366
>Fax:  (713) 654-6666

5. The undersigned hereby moves that Attorneys Seltzer, Hoek, Ard, and Allen be permitted to represent Plaintiffs in all matters and proceedings related to the above-captioned case.

6. This motion is accompanied by affidavits from Attorneys Seltzer, Hoek, Ard, and Allen, attached hereto as Exhibits A through D, attesting that they satisfy all of the requirements for admission as visiting attorneys under D. Conn. L. Civ. R. 83.1(d)(1).

7. The undersigned agrees to accept service on behalf of Attorneys Seltzer, Hoek, Ard, and Allen.

8. In connection with this motion, $300 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Attorneys Seltzer, Hoek, Ard, and Allen be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: July 6, 2016

Respectfully submitted,

*s/ Robert A. Izard*

Robert A. Izard (ct01601)
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Robert A. Izard, certify that, on July 6, 2016, I caused a true and correct copy of the foregoing to be served electronically on all counsel of record registered for electronic service for this case.

/s/ Robert A. Izard

Robert A. Izard (ct01601)
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*