# Exhibit A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                      Defendants. | |

## AFFIDAVIT

Marc M. Seltzer, being duly sworn, deposes and says:

    1.    I am a partner in the law firm of Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067, telephone number (310) 789-3100; fax number (310) 789-3150 and my email address is mseltzer@susmangodfrey.com.

    2.    I am a member of good standing of the State Bar of California and admitted to practice before the highest court in California. My California State Bar No. is 54534.

    3.    I am also admitted to practice in the courts listed on the attached Exhibit A.

    4.    I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

    5.    I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure and the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney, Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of said attorney's admission.

*Marc M. S_____*
Marc M. Seltzer
CA State Bar No. 54534
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars,
Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Subscribed and sworn to before me, this 30th day of June, 2016.

*Helen Danielson*
Notary Public

HELEN DANIELSON
Commission # 2135298
Notary Public - California
Los Angeles County
My Comm. Expires Dec 25, 2019

## BAR INFORMATION

| | |
|---|---|
| State Courts of California | (12/14/1972) (54534) |
| United States District Court | |
|   Central District of CA | (07/30/76) |
|   Southern District of CA | (1/9/73) |
|   Northern District of CA | (9/22/83) |
|   ·Eastern District of California | (9/30/87) |
| | |
| Eastern District of Michigan | (12/05/12) |
| Eastern District of Texas | (12/22/98) |
| | |
| United States Courts of Appeals | |
|   1st Circuit Court of Appeals | (3/16/15) (1169471) |
|   2nd Circuit Court of Appeals | (8/29/14) |
|   3rd Circuit Court of Appeals | (3/13/15) |
|   4th Circuit Court of Appeals | (3/4/15) |
|   5th Circuit Court of Appeals | (05/20/15) |
|   6th Circuit Court of Appeals | (11/20/14) |
|   7th Circuit Court of Appeals | (11/26/14) |
|   8th Circuit Court of Appeals | (3/13/15) |
|   9th Circuit Court of Appeals | (6/13/73) |
|   10th Circuit Court of Appeals | (8/10/2004) |
|   11th Circuit Court of Appeals | (2/23/15) |
| | |
| United States Court of Federal Claims | (11/30/12) |
| United States Court of Appeals for the Federal Circuit | (8/29/14) |
| United States Court of Appeals, District of Columbia Circuit | (3/16/15) (55885) |
| Supreme Court of the United States | (10/6/14) (292133) |
| | |

# EXHIBIT A