# Exhibit B

STATE OF CALIFORNIA           §
                              §
COUNTY OF LOS ANGELES         §

### AFFIDAVIT

Kathryn P. Hoek, being duly sworn, deposes and says:

1. I am a partner in the law firm of Susman Godfrey L.L.P., 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067, telephone number (310) 789-3100; fax number (310) 789-3150 and my email address is khoek@susmangodfrey.com.

2. I am a member of good standing of the State Bar of California and admitted to practice before the highest court in that district; my California State Bar No. is 219247. I have attached a certificate of good standing from the California Supreme Court.

3. I am also admitted to practice in the following courts:

   | Court | Admitted |
   |---|---|
   | U.S. Court of Appeals Ninth District | 06/27/05 |
   | Central District of California | 05/08/03 |
   | Northern District of California | 1/29/09 |
   | Northern District of Oklahoma | 11/06 |
   | Southern District of Texas | 06/26/12 |

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by or resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6. I have reviewed the Federal Rules of Civil Procedure and the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct and am familiar with same.

4382028v1/014928

7. I hereby designate sponsoring attorney, Robert Izard, of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of said attorney's admission.

*Kathryn P. Hoek*
Kathryn P. Hoek
CA State Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

Subscribed and sworn to before me, this 5th day of July, 2016.

LAURA Q. ANDREWS
Commission # 1994798
Notary Public - California
Los Angeles County
My Comm. Expires Oct 21, 2016

*Laura Q. Andrews*
Notary Public