# Exhibit C

## AFFIDAVIT

STATE OF NEW YORK § 
§ 
COUNTY OF NEW YORK §

Seth D. Ard, being duly sworn, deposes and says:

1. I am a member of the law firm of Susman Godfrey L.L.P., 1301 Avenue of the Americas, 32nd FL., New York, NY 10019; the telephone number is (212) 336-8330; the fax number is (212) 336-8340 and my email address is sard@susmangodfrey.com.

2. I am a member of good standing of the State Bar of New York and admitted to practice before the highest court in that district; my New York State Bar No. is 4773982.

3. I am also admitted to practice in the United States District Court Southern District of New York (SA-1817), the United States District Court Eastern District of New York (SA9305), the United States District Court Eastern District of Michigan (12/7/15) and the Second Circuit Court of Appeals (4/9/10).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney Robert Izard as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of said attorney's admission.

Date: July 6, 2016
 New York, NY

*/s/ Seth D. Ard*
Seth D. Ard
NY State Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas
32nd FL
New York, NY 10019
Telephone: (212) 336-8330
Facsimile: (212) 336-8340

Subscribed and sworn to before me, this 6th day of July, 2016.

*/s/ Mary E. Ritter*
Notary Public for the State of New York

Mary E. Ritter
Notary Public, State of New York
No. 01RI4945696
Qualified in Westchester County
Commission Expires May 10, 2019