# Exhibit D

## AFFIDAVIT

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

Matthew B. Allen, being duly sworn, deposes and says:

1. I am a member of the law firm of Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002-5096; the telephone number is (713) 651-9366; the fax number is (713) 654-6666 and my email address is mallen@susmangodfrey.com.

2. I am a member in good standing of the State Bar of Texas and am admitted to practice before the highest court in Texas. My Texas State Bar No. is 24073841.

3. I am also admitted to practice in the United States District Court for the Southern District of Texas (No. 2108606), the United States District Court for the District of Colorado (11/13/14), and the United States Court of Appeals for the Fifth Circuit (5/30/13).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

*[signature]*

Matthew B. Allen
State Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Subscribed and sworn to before me, this 6th day of July, 2016.

NAELA OLGUIN
Notary Public, State of Texas
Commission Expires 05-28-2018
Notary ID 129832387

Notary Public for the State of Texas