# Appellate Division of the Supreme Court of the State of New York First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## SETH ARD

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 14, 2009**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**July 13, 2016**

*[signature]*

Clerk of the Court

1898



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

### CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *KATHRYN PARSONS HOEK*

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that KATHRYN PARSONS HOEK, #219247, was on the 23rd day of May, 2002, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 30th day of June, 2016.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Nakamura, Deputy Clerk

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 07, 2016

Re: Matthew Bridger Allen, State Bar Number 24073841

To Whom It May Concern:

This is to certify that Mr. Matthew Bridger Allen was licensed to practice law in Texas on November 05, 2010, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

No previous disciplinary sanctions have been entered against the attorney's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/aa





# THE STATE BAR OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

June 29, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARC MORRIS SELTZER, #54534 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1972; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records