

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing. This form may be used for domestic and international mail.

From:
CLS
475 Park Ave S.
3 Fl.
NY, NY 10016

To:
Stuart Fraser
18 Maple Way
Armonk, NY 10504

PS Form **3817**, April 2007 PSN 7530-02-000-9065



1021

10504



U.S. POSTAGE
PAID
NEW YORK, NY
10016
JUL 22 16
AMOUNT
$1.30
R2304E107031-1

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT    STATE OF CONNECTICUT

Plaintiff / Petitioner:
Denis Marc Audet, et al
Defendant / Respondent:
Homero Joshua Garza, et al

AFFIDAVIT OF SERVICE

Index No:
3:16-CV-00940-MPS

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 130 Jefferson Ave, Valhalla, NY 10595. That on Fri, Jul 22 2016 AT 09:30 AM AT 18 Maple Way, Armonk, NY 10504 deponent served the within Summon and Complaint; Order on Pretrial Deadlines; Standing Protective Order; Civil Cover Sheet and Electronic Filing Order in Civil Cases on Stuart A. Fraser

[ ] Individual: by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] Corporation: _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[X] Suitable Person: by delivering thereat, a true copy of each to Elise Fraser (Defendant's wife) a person of suitable age and discretion.

[ ] Affixing to Door: by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[X] Mailing: Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 18 Maple Way, Armonk, NY 10504, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Fri, Jul 22 2016 via first class mail. Envelope marked, "Personal & Confidential" and did not indicate from an attorney or process server.

[X] Military Service: I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Description:
Age: 35-40         Ethnicity: Caucasian         Gender: Female         Weight: 120-130
Height: 5'5"       Hair: Brown                  Eyes: Brown            Relationship:
Other

_Michael Emhardt_
Michael Emhardt

Sworn to before me on July 23, 2016

_Adrian De Carlo_
Notary Public

ADRIAN DE CARLO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6181475
Qualified in Westchester County
My Commission Expires February 25, 20 20

CLASSIC LEGAL
SUPPORT, INC.
475 PARK AVENUE SOUTH
30TH FLOOR
NEW YORK, NEW YORK 10016