# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMERO JOSHUA GARZA, ET AL., | : | |
| | : | |
| Defendants. | : | August 10, 2016 |

## DEFENDANT STUART A. FRASER'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

Pursuant to Local Rule 7(b)(1), Defendant Stuart A. Fraser ("Defendant Fraser") in the above-referenced action moves for a thirty (30) day extension of time to file a responsive pleading.

In support of this motion, undersigned counsel states that he has inquired of Plaintiffs' counsel, and Plaintiffs' counsel has no objection to the granting of this motion.

This is the first motion for extension of time that has been filed by Defendant Fraser. Additional time is needed for undersigned counsel to obtain information and research the law necessary to file a responsive pleading.

For the above reasons, Defendant Fraser respectfully requests that the time to file a responsive pleading be extended thirty (30) days until September 12, 2016.

DEFENDANT STUART A. FRASER

By: _____*s/David R. Schaefer*_____
    David R. Schaefer (ct04334)
    Sean M. Fisher (ct23087)
    BRENNER, SALTZMAN & WALLMAN LLP
    271 Whitney Avenue
    New Haven, CT  06511
    Juris No. 06063
    Tel. (203) 772-2600
    Fax: (203) 562-2098
    Email:  dschaefer@bswlaw.com
    Email: sfisher@bswlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, a copy of the foregoing Motion for Extension of Time to File Responsive Pleading was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

/s/*David R. Schaefer*
David R. Schaefer (ct04334)

m:\docs\00819\999\dd4330.doc