UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>*Defendants.* | No. 3:16-cv-00940-MPS<br><br><br><br><br><br>August 12, 2016 |

**MOTION FOR CLASS CERTIFICATION AND STAY AND SUPPORTING MEMORANDUM**

Plaintiffs hereby move for class certification pursuant to Fed. R. Civ. P. 23 and a stay of all briefing and other proceedings in connection therewith pending entry of a Scheduling Order setting a schedule for all briefing and other proceedings concerning class certification. Plaintiffs make this Motion solely for the purpose of avoiding any dispute over whether this case would become moot in the event Defendant files an offer of judgment pursuant to Fed. R. Civ. P. 68. *See, e.g., Mey v. Frontier Communications Corp.*, Case No. 3:13-CV- 1191 (MPS), Ruling on Defendant's Motion to Dismiss (D. Conn. November 18, 2014).

Oral Argument Not Requested

DATED: August 12, 2016                    Respectfully submitted,

                                                       PLAINTIFFS

                                                           \s\ Mark P. Kindall
                                                      Mark P. Kindall (ct13797)
                                                      E-mail: mkindall@ikrlaw.com
                                                      Robert A. Izard
                                                      E-mail: rizard@ikrlaw.com
                                                      IZARD, KINDALL & RAABE, LLP
                                                      29 S. Main St., Suite 305
                                                      West Hartford, CT 06107
                                                      Tel: (860) 493-6292
                                                      Fax: (860) 493-6290

                                                      Marc Seltzer (pro hac vice to be filed)
                                                      E-mail: mseltzer@susmangodfrey.com
                                                      California Bar No. 54534
                                                      Kathryn Hoek (pro hac vice to be filed)
                                                      E-mail: khoek@susmangodfrey.com
                                                      California Bar No. 219247
                                                      SUSMAN GODFREY L.L.P.
                                                      1901 Avenue of the Stars, Suite 950
                                                      Los Angeles, CA 90067
                                                      Tel: (310) 789-3100
                                                      Fax: (310) 789-3150

                                                      Seth Ard (pro hac vice to be filed)
                                                      E-mail: sard@susmangodfrey.com
                                                      New York Bar No. 4773982
                                                      SUSMAN GODFREY L.L.P.
                                                      1301 Avenue of the Americas, 32nd Floor
                                                      New York, NY 10019-6022
                                                      Tel: (212) 336-8330
                                                      Fax: (212) 336-8340

                                                      Matthew Allen (pro hac vice to be filed)
                                                      E-mail: mallen@susmangodfrey.com
                                                      Texas Bar No. 24073841
                                                      SUSMAN GODFREY L.L.P.
                                                      1000 Louisiana Street, Suite 5100
                                                      Houston, TX  77002
                                                      Tel: (713) 651-9366
                                                      Fax: (713) 654-3367

                                                      ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

    I hereby certify that on this 12th day of August, 2016, a copy of the foregoing was filed electronically with the Court's ECF system.  Notice of this filing will be served upon all counsel of record by operation of the Court's ECF system.

                                                       /s/ Mark P. Kindall
                                                      Mark P. Kindall

Oral Argument Not Requested