**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiffs,* <br><br> *v.* <br><br> HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), <br><br> *Defendants.* | No. 3:16-cv-00940-MPS <br><br><br><br><br><br> August 12, 2016 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR STAY**

Having considered Plaintiffs' Motion for Class Certification and Stay and Supporting Memorandum, the Court finds that a stay of all briefing and other proceedings in connection with Plaintiffs' Motion for Class Certification is warranted, and hereby orders that Plaintiffs' Motion for Stay is **GRANTED** until such time as this Court enters a Scheduling Order setting forth a schedule for all briefing and other proceedings concerning class certification.

It is so ORDERED this _____ day of _____ 2016.

_____

The Honorable Michael P. Shea
United States District Court Judge