# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMERO JOSHUA GARZA, ET AL., | : | |
| | : | |
| Defendants. | : | August 16, 2016 |
| | : | |

## DEFENDANT'S MOTION FOR ADMISSION OF SARA E. ECHENIQUE

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Sara E. Echenique be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Stuart A. Fraser. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN L.L.P., 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Sara E. Echenique is a member of the law firm of HUGHES HUBBARD & REED L.L.P., One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6437, fax: (212) 299-6437, email: sara.echenique@hugheshubbard.com.

3. As the attached Affidavit of Sara E. Echenique demonstrates, Attorney Sara E. Echenique is a member in good standing of the following bars: (a) United States District Court for the Eastern District of New York, (b) United States District Court for the Southern District of New York, and (c) State Court of New York, First Department (Registration No. 4923454), and there are currently no pending disciplinary complaints against Attorney Sara E. Echenique as to which a finding has been made that such complaint should proceed to a hearing.

71551642_1

4. Based on the attached Affidavit, Attorney Sara E. Echenique has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar fee ($75.00) for the admission of Attorney Sara E. Echenique, which is submitted herewith, the Court enter an order permitting Attorney Sara E. Echenique to represent Defendant Stuart A. Fraser, in this civil action as a visiting lawyer.

DEFENDANT STUART A. FRASER

By: *s/Sean M. Fisher*
David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Juris No. 06063
Tel. (203) 772-2600
Fax: (203) 562-2098
Email: dschaefer@bswlaw.com
Email: sfisher@bswlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/*Sean M. Fisher*
Sean M. Fisher (ct23087)