UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMERO JOSHUA GARZA, ET AL., | : | |
| | : | |
| Defendants. | : | August 16, 2016 |
| | : | |

### AFFIDAVIT OF SARAH L. CAVE

COMES NOW Sarah L. Cave, who, after having been duly sworn, deposes and states as follows:

1. I am an attorney practicing with the law firm of Hughes Hubbard & Reed L.L.P., One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6559, fax: (212) 299-6559, email: sarah.cave@hugheshubbard.com.

2. I represent Defendant Stuart A. Fraser in the above-captioned matter.

3. I am currently admitted to the following bars: (a) United States Supreme Court, (b) United States Court of Appeals for the Second Circuit, (c) United States Court of Appeals for the Third Circuit, (d) United States Court of Appeals for the Fourth Circuit, (e) United States Court of Appeals for the Seventh District, (f) United States District Court for the Eastern District of New York, (g) United States District Court for the Northern District of New York, (h) United States District Court for the Southern District of New York, (i) United States District Court for the Western District of New York, and (j) State Court of New York, First Department (Registration No. 2918803).

71550419_1

4. I am a member in good standing of each of the bars of which I am a member. There are currently no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the rules of the Federal Rules of Civil and Criminal Procedure, the Local Rules for the U.S. District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Sean M. Fisher, Esq. (ct23087), of Brenner, Saltzman & Wallman L.L.P., 271 Whitney Ave., New Haven, Connecticut 06511, who is the sponsor for my motion for admission, is hereby designated as my agent for service of process.

8. I hereby designate the U.S. District Court for the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

_____
Sarah L. Cave

STATE OF NEW YORK   )
                    ) SS:     August 16, 2016
COUNTY OF NEW YORK )

Subscribed and sworn to before me on this ___16th___ day of August, 2016.

_____
Notary Public
My Commission Expires:
PHEBE YOUSSEF
Notary Public, State of New York
No. 01YO6221964
Qualified in Queens County 2018
Commission Expires May 10, _____

71550419_1