UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMERO JOSHUA GARZA, ET AL., | : | |
| | : | |
| Defendants. | : | August 17, 2016 |
| | : | |

## DEFENDANT'S MOTION FOR ADMISSION OF DANIEL H. WEINER

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Daniel H. Weiner be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Stuart A. Fraser. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Daniel H. Weiner is a member of the law firm of HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6874, fax: (212) 299-6874, email: daniel.weiner@hugheshubbard.com.

3. As Mr. Weiner's attached Affidavit demonstrates, he is a member in good standing of the following bars: (a) United States Supreme Court, (b) United States Court of Appeals for the First Circuit, (c) United States Court of Appeals for the Second Circuit, (d) United States Court of Appeals for the Fourth Circuit, (e) United States District Court for the Middle District of Florida, (f) United States District Court for the Northern District of Florida, (g) United States District Court for the Eastern District of New York, (h) United States District Court for the Southern District of New York, (i) United States Court of International Trade, (j)

United States Tax Court (No. WD0463), (k) State Court of Florida (Bar ID No. 0071112), and (k) State Court of New York, First Department (Registration No. 1997162), and there are currently no pending disciplinary complaints against him as to which a finding has been made that such complaint should proceed to a hearing.

4. Based on the attached Affidavit, Mr. Weiner has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar fee ($75.00) for the admission of Attorney Daniel H. Weiner, which is submitted herewith, the Court enter an order permitting Attorney Daniel H. Weiner to represent Defendant Stuart A. Fraser, in this civil action as a visiting lawyer.

DEFENDANT STUART A. FRASER

By: *s/Sean M. Fisher*
David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT 06511
Juris No. 06063
Tel. (203) 772-2600
Fax: (203) 562-2098
Email: dschaefer@bswlaw.com
Email: sfisher@bswlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016, a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/*Sean M. Fisher*
Sean M. Fisher (ct23087)