# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| **Denis Marc Audet, et al.** | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Case No.    **3:16-CV-00940-MPS** |
| **Homero Joshua Garza, et al.** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Defendant Stuart A. Fraser**
_____ .

Date:   **August 18, 2016**

**s/ Sara E. Echenique**
_____
*Attorney's signature*

**Sara E. Echenique, Esq. (phv08436)**
_____
*Printed name and bar number*

**Hughes Hubbard & Reed LLP**
**One Battery Park Plaza**
**New York, New York 10004-1482**
_____
*Address*

**sara.echenique@hugheshubbard.com**
_____
*E-mail address*

**(212) 837-6437**
_____
*Telephone number*

**(212) 299-6437**
_____
*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on        **August 18, 2016**           , a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**s/ Sara E. Echenique, Esq.**

*Attorney's signature*