# UNITED STATES DISTRICT COURT
for the
District of Connecticut

**Denis Marc Audet, et al.**

*Plaintiff*

v.

**Homero Joshua Garza, et al.**

*Defendant*

Case No. **3:16-CV-00940-MPS**

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Defendant Stuart A. Fraser**

Date: **August 18, 2016**

**s/ Sarah L. Cave**

*Attorney's signature*

**Sarah L. Cave (phv08437)**

*Printed name and bar number*

**Hughes Hubbard & Reed LLP**
**One Battery Park Plaza**
**New York, New York 10004-1482**

*Address*

**sarah.cave@hugheshubbard.com**

*E-mail address*

**(212) 837-6000**

*Telephone number*

**(212) 422-4726**

*FAX number*

*Rev. 5/4/2011*

# CERTIFICATE OF SERVICE

I hereby certify that on **August 18, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**s/ Sarah L. Cave, Esq.**
_____
*Attorney's signature*