# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | | |
|---|---|---|---|
| **Denis Marc Audet, et al.** | ) | | |
| *Plaintiff* | ) | | |
| v. | ) | Case No. | **3:16-CV-00940-MPS** |
| **Homero Joshua Garza, et al.** | ) | | |
| *Defendant* | ) | | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Defendant Stuart A. Fraser**  .

Date: **August 18, 2016**

**s/ Daniel H. Weiner**
*Attorney's signature*

**Daniel H. Weiner (ct12180)**
*Printed name and bar number*

**Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482**
*Address*

**daniel.weiner@hugheshubbard.com**
*E-mail address*

**(212) 837-6000**
*Telephone number*

**(212) 422-4726**
*FAX number*

# **CERTIFICATE OF SERVICE**

I hereby certify that on **August 18, 2016**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**s/ Daniel H. Weiner, Esq.**
_____
*Attorney's signature*