UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HOMERO JOSHUA GARZA, ET AL., <br><br> Defendants. | Case No. 3:16-CV-00940-MPS <br><br> **JOINT STIPULATION TO STAY MOTION FOR CLASS CERTIFICATION** |

WHEREAS Plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas, individually and on behalf of all others similarly situated, (collectively, "Plaintiffs") filed a Motion for Class Certification and Stay on August 12, 2016 (the "Motion") in the above captioned action;

WHEREAS on August 30, 2016 Defendant Stuart A. Fraser (the "Stipulating Defendant") and the Plaintiffs (together with the Stipulating Defendant, the "Parties") participated in a Federal Rule of Civil Procedure 26(f) ("Rule 26(f)") conference;

WHEREAS the Parties agreed that, to conserve judicial resources and party resources, the Motion should be stayed in its entirety until, including, but not limited to, the Court has ruled on any motions to dismiss the Complaint;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by the Parties, that:

1. As requested in the Motion, all briefing concerning class certification shall be stayed until such time as this Court enters a Scheduling Order setting forth a schedule for all briefing and other proceedings concerning class certification.

2. The parties reserve all rights to argue the propriety of certifying the putative class.

| | |
|---|---|
| DATED: New York, New York<br>September 2, 2016 | DATED: New York, New York<br>September 2, 2016 |
| PLAINTIFFS | DEFENDANT STUART A. FRASER |
| By: /s/Seth Ard<br>Seth Ard (pro hac vice)<br>E-mail: sard@susmangodfrey.com<br>New York Bar No. 4773982<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340 | By: /s/ Sarah L. Cave<br>Daniel H. Weiner (ct12180)<br>Sarah L. Cave (phv08437)<br>Sara E. Echenique (phv08436)<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: Daniel.weiner@hugheshubbard.com |
| Mark P. Kindall (ct13797)<br>Robert A. Izard<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br>E-mail: mkindall@ikrlaw.com,<br>    rizard@ikrlaw.com | Sean M. Fisher (ct23087)<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven CT 06511<br>Tel.: 203-772-2600<br>Fax: (203) 562-2098<br>Email: Sfisher@bswlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Stuart A. Fraser* |