UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> HOMERO JOSHUA GARZA, ET AL., <br><br> Defendants. | Case No. 3:16-CV-00940-MPS <br><br><br> **[PROPOSED] ORDER STAYING MOTION FOR CLASS CERTIFICATION** |

Pursuant to the Joint Stipulation to Stay Motion for Class Certification, the Court finds that a stay of all briefing and other proceedings in connection with Plaintiffs' Motion for Class Certification and Stay (the "Motion") is warranted and a stay of all briefing and other proceedings in connection with Plaintiffs' Motion is GRANTED.

It is so ORDERED this ____ day of _____ 2016.

_____
Honorable Michael P. Shea
United States District Court Judge

72012606_1