UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>**JOINT STIPULATION AND MOTION FOR EXTENSION OF FILING DEADLINE**<br><br><u>DEMAND FOR JURY TRIAL</u> |

Plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas (collectively "Plaintiffs") and Defendant Homero Joshua Garza ("Garza") jointly stipulate and move to extend Garza's deadline to file an Answer or Rule 12 motion in response to Plaintiffs' Complaint.

WHEREAS, Garza agreed to waive service of process and filed a Waiver of the Service of Summons providing a September 6, 2016 deadline to file an Answer or Rule 12 motion in response to Plaintiffs' Complaint (Dkt. 14);

WHEREAS, the Plaintiffs and Garza have agreed to extend Garza's September 5, 2016 deadline to file an Answer or Rule 12 motion by 30 days until October 6, 2016.

IT IS THEREFORE HEREBY STIPULATED AND AGREED that:

Garza shall have until and including October 6, 2016 to file an answer or Rule 12 motion in response to Plaintiffs' Complaint. The Parties respectfully request that the Court enter the proposed order accompanying this Joint Stipulation and Motion.

DATED September 2, 2016.

| | |
|---|---|
| IZARD, KINDALL & RAABE, LLP | DEFENDANT, HOMERO JOSHUA GARZA |
| | |
| /s/ *Mark P. Kindall* | */s/ Homero Joshua Garza* |
| Mark P. Kindall (CT13797) | Homero Joshua Garza |
| E-mail: mkindall@ikrlaw.com | |
| Robert A. Izard | |
| E-mail: rizard@ikrlaw.com | |
| 29 S. Main St., Suite 305 | |
| West Hartford, CT 06107 | |
| Tel: (860) 493-6292 | |
| Fax: (860) 493-6290 | |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2016, a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Mark P. Kindall
Mark. P. Kindall