UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiffs,<br><br>  vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                       Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND MOTION FOR EXTENSION OF FILING DEADLINE**<br><br><u>DEMAND FOR JURY TRIAL</u> |

Pursuant to the Joint Stipulation and Motion for Extension of Filing Deadline, the Court has considered the stipulation, and hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Defendant Homero Joshua Garza's deadline to file an Answer or Rule 12 motion in response to Plaintiffs' complaint is extended until October 6, 2016.

It is so ORDERED this ____ day of September, 2016.

 

                                            _____
                                            Honorable Michael P. Shea
                                            United States District Court Judge