UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER**<br><br><u>DEMAND FOR JURY TRIAL</u> |

**[PROPOSED] ORDER APPOINTING DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, AND JASON VARGAS AS LEAD PLAINTIFF AND APPROVING MOVANT'S SELECTION OF COUNSEL**

The Court, having duly considered the Motion of Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas (the "Audet Group") for Appointment as Lead Plaintiff and Approval of Movant's Selection of Counsel, the Memorandum of Law submitted in support thereof, and the Declaration of Matthew B. Allen submitted in support thereof, and good cause appearing therefore:

IT IS HEREBY ORDERED as follows:

1. Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), the Audet Group is selected as Lead Plaintiff for the Class.

2. Lead Plaintiff's selection of counsel is approved; pursuant to section 21(D)(a)(3)(B)(v) of the 1934 Act, 15 U.S.C. § 78u-4(a)(3)(B)(v), Marc Seltzer and the law firm of Susman Godfrey L.L.P. are appointed as counsel for the Lead Plaintiff and the Class.

IT IS SO ORDERED.

  DATED:_____, 2016

                      _____
                      The Honorable Michael P. Shea
                      United States District Judge