AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-00940-MPS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* **GAW MINERS, LLC.**

was received by me on *(date)* **9/8/16**

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **KATRINA HARRIS (authorized person)**, who is designated by law to accept service of process on behalf of *(name of organization)* **GAW MINERS, LLC.**
**C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE** on *(date)* **9/8/16**

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: **September 8, 2016**

_____
*Server's signature*

**GRANVILLE MORRIS        PROCESS SERVER**
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, STANDING PROTECTIVE ORDER, ELECTRONIC FILING ORDER IN CIVIL CASES

SWORN TO ON 9/8/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Denis Marc Audet, et al  Plaintiffs**              3:16 CV 00940 MPS

-V-

**Homero Joshua Garza, et al, Defendants**


THAT by and at the direction of the Attorney, on September 9 2016, 2016, 2013, I made due and legal service of the **Affidavit with Exhibit, Reissued Summons Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**GAW Miners LLC, c/o
The Secretary of The State
30 Trinity Street
Hartford, CT**

By  Dropping in Writ Box Two Copies per The Secretary of The State protocol


Sworn to and Subscribed before me on  9.9.2016
by an affiant who is personally known to me or produced identification.

Christine L. Foran, Process Server

Notary Public, My Commission Expires:  3/31/18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs				3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on August 31, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant

**GAW Miners, LLC**
**"The Secretary"**
**c/o VC Corp Services**
**1811 Silverside Road**
**Wilmington, DE 19810**

By depositing at the East Hartford post Office, a verified true and attested copy of the original, certified mail, return receipt requested addressed to the within named defendant:   **CERT MAIL # 7015 3430 0001 2027 0870**

THAT by and at the direction of the Attorney, on August 31, 2016, 2013, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:
**GAW Miners LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

Serving  Dropping in Writ Box Two Copies and a $50.00 fee per The Secretary of The State protocol

Sworn to and Subscribed before me on 9/1/16
by an affiant who is personally known to me or produced identifi[cation]

Amy Chantry
Notary Public, My Commission Expires  3/31/18

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES  3/31/18

