AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-00940-MPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ZENMINER, LLC
was received by me on *(date)* 9/8/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATRINA HARRIS (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* ZENMINER, LLC
C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE on *(date)* 9/8/16

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 8, 2016

*Server's signature*

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, STANDING PROTECTIVE ORDER, ELECTRONIC FILING ORDER IN CIVIL CASES

SWORN TO ON 9/8/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs                3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on September 9 2016, 2016, 2013, I made due and legal service of the **Affidavit with Exhibit, Reissued Summons Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**Zenminer LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

By  Dropping in Writ Box Two Copies per The Secretary of The State protocol

Sworn to and Subscribed before me on 9-9-2016
by an affiant who is personally known to me or produced identification.

Christine L. Foran, Process Server

Notary Public, My Commission Expires: 3/34/18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs          3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on August 31, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**Zenminer, LLC**
**"The Secretary"**
**c/o VC Corp Services**
**1811 Silverside Road**
**Wilmington, DE 19810**

By depositing at the East Hartford post Office, a verified true and attested copy of the original, certified mail, return receipt requested addressed to the within named defendant:   **CERT MAIL # 7015 3430 0001 2027 0863**

THAT by and at the direction of the Attorney, on August 31, 2016, 2013, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:
**Zenminer, LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

Serving  Dropping in Writ Box Two Copies and a $50.00 fee per The Secretary of The State protocol

Sworn to and Subscribed before me on 9/1/16
by an affiant who is personally known to me or produced identific

Amy Chantry
Notary Public, My Commission Expires  3/31/18

3/31/18