UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>CLASS ACTION<br><br><br><br><br><br>DEMAND FOR JURY TRIAL |

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7(b)(2) and (3), plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas (collectively "Plaintiffs") respectfully move this Court for a seventeen (17) day extension of time until November 4, 2016 to file a response to Defendant Stuart A. Fraser's Motion to Dismiss the Complaint ("Motion") (Dkt. 41).

An additional seventeen days to prepare Plaintiffs' response is necessary for several reasons. First, counsel for Plaintiffs drafting the opposition has a case set for trial on November 7, 2016, and a dispositive motion deadline of October 14, 2016, which is four days before the current October 18, 2016 deadline for Plaintiffs' response to the Motion. Second, some members of Plaintiffs' counsel observe the Jewish holidays on October 3-4, 2016 and October 11–12, 2016, which will further shorten the time available to prepare Plaintiffs' response. Third, counsel for Defendants have already consented to this proposed schedule. For these reasons, and given the complexity of this action, Plaintiffs respectfully submit that a full and adequate response

cannot be prepared within the currently allotted time and that an additional seventeen days is necessary to do so.

In accordance with Local Rule 7(b)(3), Plaintiffs' counsel has consulted with counsel for defendant Stuart A. Fraser, who consents to the granting of this motion. Furthermore, this is Plaintiffs' first motion requesting an extension of time for this, or any other, filing deadline, and the additional seventeen days requested herein would have no detrimental effect on the current schedule.

For the above reasons, Plaintiffs respectfully request that the time to file a response to the Motion be extended seventeen (17) days until November 4, 2016.

DATED: October 4, 2016.

Respectfully submitted,

/s/ *Mark P. Kindall*
Mark P. Kindall (CT13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (*pro hac vice*)
E-mail: mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100

Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (*pro hac vice*)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 4, 2016 a copy of foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                  */s/ Mark P. Kindall*