UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER<br><br>DEMAND FOR JURY TRIAL |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR EXTENSION OF TIME

The Court has duly considered Plaintiffs' Unopposed Motion for Extension of Time and hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Plaintiffs' deadline to file a response to Defendant Stuart A. Fraser's Motion to Dismiss the Complaint (Dkt. 41) is extended until November 4, 2016.

IT IS SO ORDERED this ___ day of October, 2016.

_____
Honorable Michael P. Shea
United States District Judge