UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, ET. AL., <br><br>     Plaintiffs, <br><br> v. <br><br> HOMERO JOSHUA GARZA, ET. AL., <br><br>     Defendants. | No. 3:16-cv-0940 (MPS) |

## ORDER APPOINTING LEAD PLAINITFF AND APPROVING SELECTION OF COUNSEL

The Court, having considered the [35] Motion of Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas (the "Audet Group") for Appointment as Lead Plaintiff and Approval of Movant's Selection of Counsel, the Memorandum of Law submitted in support thereof, and the Declaration of Matthew B. Allen submitted in support thereof, and good cause appearing therefor:

IT IS HEREBY ORDERED as follows:

1. Pursuant to section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78u-4(a)(3)(B), the Audet Group is selected as Lead Plaintiff for the Prospective Class.

2. Lead Plaintiff's selection of counsel is approved; pursuant to section 21D(a)(3)(B)(v) of the 1934 Act, 15 U.S.C. §78u-4(a)(3)(B)(v), Marc Seltzer and the law firm of Susman Godfrey L.L.P. are appointed as counsel for the Lead Plaintiff and the Prospective Class.

IT IS SO ORDERED.

/s/
Michael P. Shea, U.S.D.J.

Dated:    Hartford, Connecticut
            October 12, 2016