UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, et. al., <br>     Plaintiffs, <br><br> v. <br><br> HOMERO JOSHUA GARZA et. al., <br>     Defendants. | No. 3:16-cv-0940 (MPS) |

## PRETRIAL CONFERENCE ORDER

A Rule 16 Pretrial Conference is ordered in this matter for **October 25, 2016**, **at 2:00 p.m.** Counsel for both parties are ordered to appear at that time before time before Judge Michael P. Shea at 450 Main Street, Hartford, Connecticut, Room A146. Both sides shall be prepared to discuss in detail their plans for litigating this case, including claims and defenses, the plan for discovery (scope, timing (including the stay referred to 15 U.S.C. § 78u-4(b)(3)(B)), issues for early focus, and e-discovery), settlement prospects, any anticipated or pending motions to dismiss, and trial readiness dates. All counsel shall come to the conference fully prepared to discuss their clients' positions on the merits and regarding procedural issues; it will not suffice to say that counsel was only recently retained.

Upon receipt of this order, counsel are instructed to confer with opposing counsel and confirm that all parties have notice of the October 25, 2016 conference.  Should any counsel have an unavoidable conflict with the selected date and/or time, that counsel shall arrange a call into Chambers with all parties on the line in order to select a new date.  Such call shall be made within one week from the date of this order.

This order does not affect briefing deadlines previously established or established by Local Civil Rule 7.

2

                                      IT IS SO ORDERED.

                                      /s/
Dated:      Hartford, Connecticut     Michael P. Shea, U.S.D.J.
             October  12, 2016