# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>HOMERO JOSHUA GARZA, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>November 11, 2016 |

### JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT STUART A. FRASER TO RESPOND TO FIRST AMENDED COMPLAINT AND FOR PLAINTIFFS' RESPONSE TO THE RESPONSIVE PLEADING

Pursuant to Local Rule 7(b)(1), Defendant Stuart A. Fraser ("Mr. Fraser") and Plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners and Jason Vargas, individually and on behalf of all others similarly situated ("Plaintiffs") in the above-referenced action make this joint motion for (i) an eleven (11) day extension of time for Mr. Fraser to file his answer, motion or other response to the First Amended Complaint, and (ii) a thirteen (13) day extension of time for Plaintiffs to file a response thereto.

This is the first request for extension of time that has been filed by Mr. Fraser in relation to Plaintiffs' First Amended Complaint, which was filed on November 4, 2016. Additional time is needed for Mr. Fraser's counsel to analyze the more than fifty new allegations added to the First Amended Complaint and prepare his response to those allegations. In addition, the extension is needed to account for his counsel's previously-scheduled deadlines in other matters and the intervening Thanksgiving holiday.

This is the first request for extension of time that has been filed by Plaintiffs in relation to Mr. Fraser's responsive pleading. Additional time is needed to account for the Christmas and New Year holidays that otherwise fall during the time period for a response.

For the above reasons, the parties respectfully make this joint request that the time for Mr. Fraser to file his answer, motion or other response to the First Amended Complaint be extended eleven (11) days until December 6, 2016, and the time for Plaintiffs to file a response thereto be extended thirteen (13) days until January 9, 2017.

| | |
|---|---|
| Dated: November 11, 2016 | Dated: November 11, 2016 |
| IZARD, KINDALL & RAABE, LLP | HUGHES HUBBARD & REED LLP |
| By: /s/ Mark. P. Kindall<br>Mark P. Kindall (ct13797)<br>Robert A. Izard<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br>E-mail: mkindall@ikrlaw.com,<br>       rizard@ikrlaw.com<br><br>*Attorneys for Plaintiffs* | By: /s/ Sarah L. Cave<br>Daniel H. Weiner (ct12180)<br>Sarah L. Cave (phv08437)<br>Sara E. Echenique (phv08436)<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: Daniel.weiner@hugheshubbard.com<br><br>David R. Schaefer (ct04334)<br>Sean M. Fisher (ct23087)<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven CT 06511<br>Tel.: (203) 772-2600<br>Fax: (203) 562-2098<br>Email: Sfisher@bswlaw.com<br><br>*Attorneys for Defendant Stuart A. Fraser* |