UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>**REQUEST FOR ENTRY OF DEFAULT AND AFFIDAVIT**<br><br><u>DEMAND FOR JURY TRIAL</u> |

Affidavit of Matthew B. Allen Requesting that the Clerk Enter
<u>Default against Defendants GAW Miners, LLC, and Zenminer, LLC</u>

Matthew B. Allen, after first being duly sworn upon his oath, states the following:

1.　　My name is Matthew B. Allen. I am over the age of twenty-one (21) and have personal knowledge of the facts stated in this affidavit and believe they are true and correct.

2.　　I am an attorney in good standing with the State Bar of Texas and admitted to practice before the highest court in Texas. I am also admitted to practice in the United States District Court for the Southern District of Texas, the District of Colorado, and the Fifth Circuit Court of Appeals.

3.　　I am an associate at the law firm of Susman Godfrey L.L.P. and represent the Plaintiffs in the above-captioned action ("Action"). I submit this affidavit in support of Plaintiffs' request that the Clerk enter default against Defendants GAW Miners, LLC, and Zenminer, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

4.　　The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines,

Standing Protective Order, and Electronic Filing Order in Civil Cases in this Action were served on Defendant GAW Miners, LLC via the Delaware Secretary of State by Granville Morris, a process server employed by Brandywine Process Servers, Ltd, who accomplished service on September 8, 2016, as set forth in Mr. Morris's affidavit of service attached as Exhibit 1. The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, and Standing Protective Order in this Action were also served on Defendant GAW Miners, LLC via the Connecticut Secretary of State by Christine L. Foran, a process server employed by Connecticut Process Serving, LLC, who accomplished service on September 9, 2016, as set forth in Ms. Foran's affidavit of service attached as Exhibit 2.

5. The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, Standing Protective Order, and Electronic Filing Order in Civil Cases in this Action were served on Defendant Zenminer, LLC via the Delaware Secretary of State by Granville Morris, a process server employed by Brandywine Process Servers, Ltd, who accomplished service on September 8, 2016, as set forth in Mr. Morris's affidavit of service attached as Exhibit 3. The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, and Standing Protective Order in this Action were also served on Defendant Zenminer, LLC via the Connecticut Secretary of State by Christine L. Foran, a process server employed by Connecticut Process Serving, LLC, who accomplished service on September 9, 2016, as set forth in Ms. Foran's affidavit of service attached as Exhibit 4.

6. Defendants GAW Miners, LLC and Zenminer, LLC, have failed to file or serve a pleading responsive to Plaintiffs' Complaint within the time allowed under Rule 12(a) of the Federal Rules of Civil Procedure and the time to file a responsive pleading has not been enlarged or extended.

4593110v1/014928

7.  Plaintiffs respectfully request that the Clerk enter default against Defendants GAW Miners, LLC, and Zenminer, LLC.

FURTHER, AFFIANT SAITH NOT.



Matthew B. Allen

SUBSCRIBED AND SWORN TO BEFORE ME, a Notary Public, by Matthew B. Allen, on this 11th day of November, 2016, to certify which witness my hand and seal of office.

NAELA OLGUIN
Notary Public, State of Texas
Commission Expires 05-28-2018
Notary ID 129832387

Notary Public in and for the State of Texas
My Commission Expires: May 28, 2018

4593110v1/014928

# EXHIBIT 1

Civil Action No. 3:16-CV-00940-MPS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* GAW MINERS, LLC.
was received by me on *(date)* 9/8/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATRINA HARRIS (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* GAW MINERS, LLC. C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE on *(date)* 9/8/16

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 8, 2016

_____
*Server's signature*

GRANVILLE MORRIS          PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, STANDING PROTECTIVE ORDER, ELECTRONIC FILING ORDER IN CIVIL CASES

SWORN TO ON 9/8/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Denis Marc Audet, et al  Plaintiffs**          3:16 CV 00940 MPS

-V-

**Homero Joshua Garza, et al, Defendants**

                              THAT by and at the direction of the Attorney, on September 9 2016, 2016, 2013, I made due and legal service of the **Affidavit with Exhibit, Reissued Summons Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**GAW Miners LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

By Dropping in Writ Box Two Copies per The Secretary of The State protocol

Sworn to and Subscribed before me on 9.9.2016
by an affiant who is personally known to me or produced identification.

                                                            Christine L. Foran, Process Server

Notary Public, My Commission Expires: 3/31/18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs          3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on August 31, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant

**GAW Miners, LLC**
"The Secretary"
c/o VC Corp Services
1811 Silverside Road
Wilmington, DE 19810

By depositing at the East Hartford post Office, a verified true and attested copy of the original, certified mail, return receipt requested addressed to the within named defendant:   **CERT MAIL # 7015 3430 0001 2027 0870**

THAT by and at the direction of the Attorney, on August 31, 2016, 2013, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:
**GAW Miners LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

Serving  Dropping in Writ Box Two Copies and a $50.00 fee per The Secretary of The State protocol

Sworn to and Subscribed before me on 9/1/16
by an affiant who is personally known to me or produced identifi...

Amy Chantry
Notary Public, My Commission Expires  3/31/18

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/18



# EXHIBIT 3

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-00940-MPS

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ZENMINER, LLC
was received by me on *(date)* 9/8/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATRINA HARRIS (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* ZENMINER, LLC
C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE on *(date)* 9/8/16

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 8, 2016

*Server's signature*

GRANVILLE MORRIS    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, STANDING PROTECTIVE ORDER, ELECTRONIC FILING ORDER IN CIVIL CASES

SWORN TO ON 9/8/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

# EXHIBIT 4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs                3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on September 9 2016, 2016, 2013, I made due and legal service of the **Affidavit with Exhibit, Reissued Summons Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**Zenminer LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

By Dropping in Writ Box Two Copies per The Secretary of The State protocol

Sworn to and Subscribed before me on 9-9-2016
by an affiant who is personally known to me or produced identification.

Christine L. Foran, Process Server

Notary Public, My Commission Expires: 3/34/18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs         3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on August 31, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**Zenminer, LLC
"The Secretary"
c/o VC Corp Services
1811 Silverside Road
Wilmington, DE 19810**

By depositing at the East Hartford post Office, a verified true and attested copy of the original, certified mail, return receipt requested addressed to the within named defendant:   **CERT MAIL # 7015 3430 0001 2027 0863**

THAT by and at the direction of the Attorney, on August 31, 2016, 2013, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:
**Zenminer, LLC, c/o
The Secretary of The State
30 Trinity Street
Hartford, CT**

Serving  Dropping in Writ Box Two Copies and a $50.00 fee per The Secretary of The State protocol

Sworn to and Subscribed before me on 9/1/16
by an affiant who is personally known to me or produced identific

Amy Chantry
Notary Public, My Commission Expires  3/31/18