UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>       Defendants. | Case No. 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>FEBRUARY 23, 2017 |

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

  Pursuant to Local Rule 83.1, Plaintiffs, through their undersigned counsel, respectfully request that this Court grant leave for attorney Colin M. Watterson to appear *pro hac vice* on behalf of Plaintiffs.

1. Colin Watterson is an associate with the law firm of Susman Godfrey L.L.P and a member in good standing of the Bar of Texas and the federal courts listed in the ¶¶ 3 of his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

   Colin M. Watterson
   Susman Godfrey L.L.P
   1000 Louisiana Street, Suite 5100
   Houston, Texas 77002
   cwatterson@susmangodfrey.com
   Tel:  (713) 651-9366
   Fax:  (713) 654-7844

2. The undersigned hereby moves that Colin Watterson be permitted to represent Plaintiffs in all matters and proceeding related to the above-captioned case.

3. The undersigned agrees to accept service on behalf of Colin Watterson.

4. In connection with this motion, $ 75 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3)

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Colin Watterson be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: February 23, 2017

        Respectfully submitted,

        /s/            Mark P. Kindall
        Mark P. Kindall (ct13797)
        E-mail: mkindall@ikrlaw.com
        Robert A. Izard
        E-mail: rizard@ikrlaw.com
        IZARD, KINDALL & RAABE, LLP
        29 S. Main St., Suite 305
        West Hartford, CT 06107
        Tel: (860) 493-6292
        Fax: (860) 493-6290

        Marc Seltzer (*pro hac vice*)
        E-mail: mseltzer@susmangodfrey.com
        California Bar No. 54534
        Kathryn Hoek (*pro hac vice*)
        E-mail: khoek@susmangodfrey.com
        California Bar No. 219247
        SUSMAN GODFREY L.L.P.
        1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067
        Tel: (310) 789-3100
        Fax: (310) 789-3150

        Seth Ard (*pro hac vice*)
        E-mail: sard@susmangodfrey.com
        New York Bar No. 4773982
        SUSMAN GODFREY L.L.P.
        1301 Avenue of the Americas, 32nd Floor
        New York, NY 10019-6022
        Tel: (212) 336-8330

Fax: (212) 336-8340

Matthew Allen (*pro hac vice*)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing  system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/       Mark P. Kindall