UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>FEBRUARY 23, 2017<br><br>AFFIDAVIT OF COLIN M. WATTERSON IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*<br><br><u>DEMAND FOR JURY TRIAL</u> |

Affidavit of Colin M. Watterson in Support of<br><u>Motion for Leave to Appear *Pro Hac Vice*</u>

Colin M. Watterson, being duly sworn, deposes and says:

      1.      I am a member of the law firm of Susman Godfrey L.L.P., 1000 Louisiana Street, Suite 5100, Houston, Texas 77002-5096; the firm's telephone number is (713) 651-9366; it's fax number is (713) 654-6666 and my email address is cwatterson@susmangodfrey.com.

      2.      I am a member in good standing of the State Bar of Texas and am admitted to practice before the highest court in Texas. My Texas State Bar No. is 24093330.

      3.      I am also admitted to practice in the United States District Court for the Northern District of Texas (03/24/2015), the United States District Court for the Eastern District of Texas (01/28/2015), the United States District Court for the Southern District of Texas (November 12, 2015), the United States Court of Appeals for the Federal Circuit Court of Appeals (08/19/2015), and the United States Court of Appeals for the Sixth Circuit (03/19/2014).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

Date: February 23, 2016
Houston, Texas

*[signature]*

Colin M. Watterson
State Bar No. 24093330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Subscribed and sworn to before me, this 23 day of February, 2017.

*[signature]*

Notary Public for the State of Texas

MARIE BARTLETT
Notary Public, State of Texas
Commission Expires 12-30-2019
Notary ID 13048279-8