UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>FEBRUARY 23, 2017<br><br>PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT ON FIRST AMENDED COMPLAINT AND FOR EXTENSION OF DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT |

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs request that the court order that a new default be entered against Defendants GAW Miners, LLC and ZenMiner, LLC ("Default Defendants"). Plaintiffs request the new default because the clerk entered the current default due to Default Defendants' failure to appear after being served with the Original Complaint. Under Second Circuit case law, in these circumstances a default judgment can only be sought under the First Amended Complaint, not the Original Complaint. An entry of default on the First Amended Complaint is required before default judgment can be sought. Plaintiffs' First Amended Complaint is now the operative pleading. Defendants have not answered. Accordingly, Plaintiffs request an entry of a default based on the Amended Complaint.

Plaintiffs also respectfully request an extension of the deadline to file for default judgment until one week after entry of a default under the Amended Complaint.

Respectfully submitted,

/s/      Mark P. Kindall
Mark P. Kindall (ct13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (*pro hac vice*)
E-mail:mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (*pro hac vice*)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
Colin Watterson (*pro hac vice* filed)
Email:  cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2017, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing  system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Mark P. Kindall

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 22, 2017, I conferred with counsel for Defendant Stuart Fraser about this motion. On February 23, 2017, counsel for Mr. Fraser represented that Mr. Fraser does not object to this motion.

/s/ *Colin M. Watterson\**


*(Signed with consent pursuant to § XI(D) of the Electronic Filing Policies & Procedures)