UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>FEBRUARY 23, 2017<br><br>DECLARATION OF COLIN M. WATTERSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT ON FIRST AMENDED COMPLAINT AND FOR EXTENSION OF DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT |

Declaration of Colin M. Watterson In Support of Plaintiff's Motion for Entry of Default on First Amended Complaint and For Extension of Deadline to File Motion for Default Judgment

I, Colin M. Watterson, declare as follows:

1. My name is Colin M. Watterson. I am over the age of twenty-one (21) and have personal knowledge of the facts stated in this declaration and believe they are true and correct.

2. I am an attorney in good standing with the State Bar of Texas and admitted to practice before the highest court in Texas. I am also admitted to practice in the United States District Court for the Southern District of Texas, the United States District Court for the Eastern District of Texas, the United States District Court for the Northern District of Texas, the United States Court of Appeals for the Sixth Circuit, and the United States Court of Appeals for the Federal Circuit.

3. I am an associate at the law firm of Susman Godfrey L.L.P. and represent the

1

Plaintiffs in the above-captioned action ("Action"). I submit this affidavit in support of Plaintiffs' request that the Clerk enter default against Defendants GAW Miners, LLC and ZenMiner, LLC pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

4.  The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, Standing Protective Order, and Electronic Filing Order in Civil Cases in this Action were served on Defendant GAW Miners, LLC via the Delaware Secretary of State by Granville Morris, a process server employed by Brandywine Process Servers, Ltd, who accomplished service on September 8, 2016, as set forth in Mr. Morris's affidavit of service attached as Exhibit 1. The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, and Standing Protective Order in this Action were also served on Defendant GAW Miners, LLC via the Connecticut Secretary of State by Christine L. Foran, a process server employed by Connecticut Process Serving, LLC, who accomplished service on September 9, 2016, as set forth in Ms. Foran's affidavit of service attached as Exhibit 2.

5.  The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, Standing Protective Order, and Electronic Filing Order in Civil Cases in this Action were served on Defendant Zenminer, LLC via the Delaware Secretary of State by Granville Morris, a process server employed by Brandywine Process Servers, Ltd, who accomplished service on September 8, 2016, as set forth in Mr. Morris's affidavit of service attached as Exhibit 3. The Summons, Complaint, Civil Cover Sheet, Order on Pretrial Deadlines, and Standing Protective Order in this Action were also served on Defendant Zenminer, LLC via the Connecticut Secretary of State by Christine L. Foran, a process server employed by Connecticut Process Serving, LLC, who accomplished service on September 9, 2016, as set forth in Ms. Foran's affidavit of service attached as Exhibit 4.

6. Plaintiffs filed their First Amended Complaint on November 16, 2016.

7. Defendants GAW Miners, LLC and Zenminer, LLC, have failed to file or serve a pleading responsive to Plaintiffs' Amended Complaint within the time allowed under Rule 12(a) of the Federal Rules of Civil Procedure and the time to file a responsive pleading has not been enlarged or extended.

8. Plaintiffs respectfully request that the Clerk enter default against Defendants GAW Miners, LLC, and ZenMiner, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: February 23, 2017                             */s/ Colin M. Watterson*
                                                     Colin M. Watterson

# EXHIBIT 1

Case 3:16-cv-00940-MPS   Document 68-2   Filed 02/23/17   Page 4 of 13

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-00940-MPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* GAW MINERS, LLC.
was received by me on *(date)* 9/8/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATRINA HARRIS (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* GAW MINERS, LLC. C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE on *(date)* 9/8/16

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 8, 2016

*Server's signature*

GRANVILLE MORRIS     PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, STANDING PROTECTIVE ORDER, ELECTRONIC FILING ORDER IN CIVIL CASES

SWORN TO ON 9/8/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**Denis Marc Audet, et al  Plaintiffs**               3:16 CV 00940 MPS

-V-

**Homero Joshua Garza, et al, Defendants**

THAT by and at the direction of the Attorney, on September 9 2016, 2016, 2013, I made due and legal service of the **Affidavit with Exhibit, Reissued Summons Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**GAW Miners LLC, c/o
The Secretary of The State
30 Trinity Street
Hartford, CT**

By  Dropping in Writ Box Two Copies per The Secretary of The State protocol

Sworn to and Subscribed before me on 9.9.2016
by an affiant who is personally known to me or produced identification.

Christine L. Foran, Process Server

Notary Public, My Commission Expires: 3/31/18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs          3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

          THAT by and at the direction of the Attorney, on August 31, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant

**GAW Miners, LLC**
**"The Secretary"**
**c/o VC Corp Services**
**1811 Silverside Road**
**Wilmington, DE 19810**

          By depositing at the East Hartford post Office, a verified true and attested copy of the original, certified mail, return receipt requested addressed to the within named defendant:   **CERT MAIL # 7015 3430 0001 2027 0870**

          THAT by and at the direction of the Attorney, on August 31, 2016, 2013, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:
**GAW Miners LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

Serving  Dropping in Writ Box Two Copies and a $50.00 fee per The Secretary of The State protocol

Sworn to and Subscribed before me on 9/1/16
by an affiant who is personally known to me or produced identifi

Amy Chantry
Notary Public, My Commission Expires  3/31/18

AMY J. CHANTRY
NOTARY PUBLIC
MY COMMISSION EXPIRES 3/31/18



# EXHIBIT 3

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:16-CV-00940-MPS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ZENMINER, LLC
was received by me on *(date)* 9/8/16

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KATRINA HARRIS (authorized person), who is designated by law to accept service of process on behalf of *(name of organization)* ZENMINER, LLC
C/O THE DELAWARE SECRETARY OF STATE 401 FEDERAL ST. DOVER, DE on *(date)* 9/8/16

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: September 8, 2016

*Server's signature*

GRANVILLE MORRIS    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360
WILMINGTON, DE 19899
800-952-2288
*Server's address*

Additional information regarding attempted service, etc:

SERVED: SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER ON PRETRIAL DEADLINES, STANDING PROTECTIVE ORDER, ELECTRONIC FILING ORDER IN CIVIL CASES

SWORN TO ON 9/8/16

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 27, 2016

# EXHIBIT 4

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs          3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants


THAT by and at the direction of the Attorney, on September 9 2016, 2016, 2013, I made due and legal service of the **Affidavit with Exhibit, Reissued Summons Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**Zenminer LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

By  Dropping in Writ Box Two Copies per The Secretary of The State protocol


Sworn to and Subscribed before me on 9-9-2016
by an affiant who is personally known to me or produced identification.

Christine L. Foran, Process Server

Amy Chantry
Notary Public, My Commission Expires: 3/34/18

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Denis Marc Audet, et al  Plaintiffs         3:16 CV 00940 MPS

-V-

Homero Joshua Garza, et al, Defendants

THAT by and at the direction of the Attorney, on August 31, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:

**Zenminer, LLC**
**"The Secretary"**
**c/o VC Corp Services**
**1811 Silverside Road**
**Wilmington, DE 19810**

By depositing at the East Hartford post Office, a verified true and attested copy of the original, certified mail, return receipt requested addressed to the within named defendant:   **CERT MAIL # 7015 3430 0001 2027 0863**

THAT by and at the direction of the Attorney, on August 31, 2016, 2013, I made due and legal service of the **Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Order on Pre Trial Deadlines, Standing Protective Order in Civil Cases** upon the within named defendant:
**Zenminer, LLC, c/o**
**The Secretary of The State**
**30 Trinity Street**
**Hartford, CT**

Serving  Dropping in Writ Box Two Copies and a $50.00 fee per The Secretary of The State protocol

Sworn to and Subscribed before me on 9/1/16
by an affiant who is personally known to me or produced identific

Amy Chantry
Notary Public, My Commission Expires  3/31/18

3/31/18

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com

7015 3430 0001 2027 0863

Postmark AUG 31 2016 EAST HARTFORD CT 061