UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>FEBRUARY 23, 2017<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT ON FIRST AMENDED COMPLAINT AND FOR EXTENSION OF DEADLINE TO FILE MOTION FOR DEFAULT JUDGMENT |

The Court has considered Plaintiffs' Motion for Entry of Default Judgment on First Amended Complaint and the Memorandum of Law submitted in support of the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Court's January 30, 2017 Order (Dkt. No. 65) is vacated to the extent it requires Plaintiffs to move for a default judgment by March 1, 2017.

2. The clerk is ordered to enter a default against GAW Miners, LLC and ZenMiner, LLC for their failure to answer or otherwise defend the First Amended Complaint (Dkt. 57).

3. Plaintiffs shall move for entry of a default judgment within seven days of the entry of this Order.

IT IS SO ORDERED.

Dated: _____, 2017          _____
                                                                            Michael P. Shea
                                                                            UNITED STATES DISTRICT COURT JUDGE