UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFAULT JUDGMENT |

The Court has considered Plaintiffs' Motion for Class Certification and Default Judgment and the memorandum of law submitted in support of the Motion, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. For the purposes of obtaining a default judgment against defendants GAW Miners, LLC and ZenMiner, LLC, the Court certifies a class consisting of:

All persons or entities who, between June 1, 2014, and the present purchased or acquired Hardware-Hosted Mining, Cloud-Hosted Mining, Hashlets, Hashpoints, HashStakers, and Paycoin from GAW Miners and ZenMiner. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, agent or employee of any defendant, any co-conspirator and any governmental entity.

2. GAW Miners, LLC and ZenMiner LLC:

   a. Violated § 10b of the Securities Exchange Act of 1934.

   b. Violated C.G.S. §§ 36b-4, 36b-16, 36b-29(a)(1) and 36b-29(a)(2).

   c. Committed common law fraud.

3. Susman Godfrey LLP is appointed as Class Counsel.

IT IS SO ORDERED.

Dated: _____, 2017            _____
                                                Michael P. Shea
                                                UNITED STATES DISTRICT COURT JUDGE