## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

DENIS MARC AUDET, *et al.*,

                    Plaintiffs,

v.

STUART A. FRASER, GAW MINERS,
LLC, and ZENMINER, LLC,

                    Defendants.

Case No. 3:16-CV-00940-MPS

## JOINT MOTION FOR ORDER APPROVING PROPOSED SUPPLEMENTAL PROTECTIVE ORDER GOVERNING POTENTIALLY PRIVILEGED INFORMATION

Plaintiffs and Defendant Stuart A. Fraser hereby move jointly for an Order of this Court approving the attached Exhibit 1, Proposed Supplemental Protective Order Governing Potentially Privileged Information (the "Proposed Order") in this matter.

The Proposed Order seeks to supplement the terms and protections provided in the Standing Protective Order entered in this action on June 15, 2015 (D.E. #5) (the "Protective Order") in two principal respects.

First, in order to decrease the delay and burden of production in this case, the parties seek the additional provisions in the Proposed Order to allow them to produce information without substantial review for, but without waiving, privileges and protections, and reserve their rights to assert such privileges and protections in the future. (*See* Proposed Order ¶ 2.) For similar reasons, the parties seek permission to designate a production as "CONFIDENTIAL" notwithstanding that some of the documents within the production may not qualify as

confidential, and provide detailed procedures for public use of Confidential Information. (*Id.*

¶¶ 3, 4.)

Second, the parties understand that each party possesses communications or information

protected by the attorney-client privilege and/or work product protection, and seek to secure, in

the event of an inadvertent disclosure of such communications or information, the maximum

protection allowed by Rule 502(d) of the Federal Rules of Evidence. The Proposed Order

therefore includes additional provisions to supplement the current terms of the Protective Order

to increase this protection. (*Id*. ¶¶ 5-6.)

The parties have drafted the Proposed Order based on similar protective orders entered in

other federal litigation, including *Federal Housing Finance Agency, v. UBS Americas, Inc.*, No.

1:11-cv-5201-DLC (S.D.N.Y. July 30, 2013) (ECF No. 676), and on the sample Rule 502(d)

order used by U.S. Magistrate Judge Andrew J. Peck (S.D.N.Y.).

WHEREFORE, the parties request that this Motion be granted and that the Court approve

the attached Proposed Supplemental Protective Order Governing Potentially Privileged

Information.

Respectfully submitted:

Dated: December 27, 2017

IZARD, KINDALL & RAABE, LLP

By: s/ Mark P. Kindall
Mark P. Kindall (ct13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (pro hac vice)
E-mail:mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (pro hac vice)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (pro hac vice)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (pro hac vice)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367
*Attorneys for Plaintiffs*

HUGHES HUBBARD & REED LLP

By: s/ Sarah L. Cave
Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Sara E. Echenique (phv08436)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2017, a copy of the foregoing Joint Motion for Order Approving Proposed Supplemental Protective Order Governing Potentially Privileged Information was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

 s/ Sarah L. Cave

Sarah L. Cave (phv08437)
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com