**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| DENIS MARC AUDET, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, <br><br> Defendants. | Case No. 3:16-CV-00940-MPS <br><br><br> June 13, 2018 |

**JOINT MOTION FOR EXTENSION OF DISCOVERY**

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly

submit this motion requesting an extension of discovery by thirty (30) days, as reflected in the

below chart:

| Deadline | Current Dates | Thirty-Day Extension |
|---|---|---|
| Fact Discovery Cut-Off | July 11, 2018 | August 10, 2018 |
| Deadline for Plaintiffs' Motion for Class Certification (including Expert Report) | August 13, 2018 | September 12, 2018 |
| Deadline to Complete Deposition of Plaintiffs' Class Certification Expert | September 12, 2018 | October 12, 2018 |
| Deadline for Defendant's Opposition to Motion for Class Certification (including expert report) | September 19, 2018 | October 19, 2018 |
| Deadline for Plaintiffs to Complete Deposition of Defendant's Class Certification Expert | October 10, 2018 | November 9, 2018 |
| Deadline for Plaintiffs' Reply in Support of Motion for Class Cert (including reply expert report) | October 17, 2018 | November 16, 2018 |

Counsel for the parties respectfully submit that the parties have worked diligently to complete voluminous document discovery.  The parties are currently in the process of scheduling fact witness depositions, a number of which involve non-parties located outside this jurisdiction for whom scheduling has been a challenge, and for whom additional factual review is necessary. In addition, the parties are in the process of briefing a disputed discovery issue before Magistrate Judge Martinez, the ruling as to which may impact the scheduling of the depositions of the named Plaintiffs and former Defendant Homero Joshua Garza.  This is the parties' first request for an extension of the fact discovery deadline.

WHEREFORE, the parties request that this Joint Motion for Extension of Discovery be approved and the parties be granted the relief of a thirty (30) day extension of the current discovery timeline.

Respectfully submitted:

Dated: June 13, 2018

IZARD, KINDALL & RAABE, LLP

By: s/ Mark P. Kindall
Mark P. Kindall (ct13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (pro hac vice)
E-mail:mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (pro hac vice)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (pro hac vice)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (pro hac vice)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367
*Attorneys for Plaintiffs*

HUGHES HUBBARD & REED LLP

By: s/ Sarah L. Cave
Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Sara E. Echenique (phv08436)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 13, 2018, a copy of the foregoing Joint Motion for Order Extending Discovery Deadline was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

 s/ Sarah L. Cave

Sarah L. Cave (phv08437)
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

84302968_1