# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, <br><br> Defendants. | Civil Action No. 3:16-cv-00940 <br><br> Honorable Michael P. Shea <br><br><br> June 13, 2018 |

## NOTICE OF MOTION TO COMPEL DISCOVERY

Pursuant to Federal Rule of Civil Procedure 37(a) and Local 37, Defendant Stuart A. Fraser hereby moves this Court for entry of an order compelling Plaintiffs to produce notes responsive to Defendant's Requests for Production of Documents dated November 2, 2017 for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant Stuart A. Fraser's Motion to Compel Discovery.

Dated: June 13, 2018

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s Sarah L. Cave

Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Sara E. Echenique (phv08436)
Hughes Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax.: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

          David R. Schaefer (ct04334)
          Sean M. Fisher (ct23087)
          Brenner, Saltzman & Wallman LLP
          271 Whitney Avenue
          New Haven, CT 06511
          Tel.: (203) 772-2600
          Fax.: (203) 562-2098
          Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 13, 2018, a copy of the foregoing Notice of Motion to Compel Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      Respectfully submitted,

      s/ Sarah L. Cave

      Sarah L. Cave (phv08437)
      One Battery Park Plaza
      New York, NY  10004-1482
      Tel.: (212) 837-6000
      Fax: (212) 422-4726
      Email: sarah.cave@hugheshubbard.com