UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, <br><br> Defendants. | Civil Action No. 3:16-cv-00940 <br><br> Honorable Michael P. Shea <br><br><br> June 13, 2018 |

**AFFIRMATION OF SARAH L. CAVE IN SUPPORT OF DEFENDANT
STUART A. FRASER'S MOTION TO COMPEL DISCOVERY**

1. I am a partner at firm Hughes Hubbard & Reed LLP, counsel of record for Defendant Stuart A. Fraser ("Fraser") in this action, and I am fully familiar with the facts and circumstances in this case. I submit this affirmation in support of the accompanying motion to compel discovery, which seeks an order directing Plaintiffs to produce contemporaneous notes taken by Plaintiffs' representative during the October 2016 meeting with former defendant Homero Joshua Garza ("Garza").

2. On December 1, 2015, the Securities & Exchange Commission ("SEC") filed a complaint against Garza and the companies GAW Miners LLC and Zen Miner LLC in the District Court for the District of Connecticut. *SEC v. Garza et al*, No. 15 Civ. 1760 (JAM) (ECF No. 1). On February 7, 2017, in answer to the SEC's complaint against him, Garza invoked his Fifth Amendment rights. *Id.* (ECF No. 36). On October 4, 2017, the court entered an order of final judgment approving a settlement between Garza and the SEC. *Id.* (ECF No. 45).

3. In the meantime, on July 20, 2017, the United States Attorney charged Garza with one count of wire fraud in violation of 18 U.S.C. § 1343 in the District Court for the District

of Connecticut. *United States v. Garza*, No. 17 Cr. 158 (RNC) (ECF No. 1). That same day, Garza pled guilty. *Id.* (ECF No. 25). His sentencing is currently scheduled for September 13, 2018. *Id.* (ECF No. 30).

4. On November 29, 2017, Fraser served Plaintiffs with his first set of document requests. Fraser's first set of document requests includes a request for "[a]ll statements given by Garza to You or any representatives, associates, agents or any other person acting on Your behalf, and any notes or documents produced as a result of Garza's statements from July 1, 2013 and continuing to the present." Fraser's First Set of Requests for Production to Plaintiffs is attached as Exhibit A. In Plaintiffs' written responses dated December 29, 2017, attached as Exhibit B, Plaintiffs objected to producing the Garza Notes. Fraser sent Plaintiffs letters on this issue dated January 17, 2018 and February 21, 2018. A copy of Fraser's January 17, 2018 letter to Plaintiffs is attached as Exhibit C, and a copy of Fraser's February 21, 2018 letter to Plaintiffs is attached as Exhibit D.

5. On March 19, 2018 and April 26, 2018, I discussed this issue by phone with Plaintiffs' counsel Colin Watterson, but we were unable to resolve the dispute. On May 21, 2018, pursuant to Judge Shea's Instructions for Discovery Disputes, the parties jointly called Judge Shea's Chambers, at which time the Court instructed the parties to submit two-page letters describing their respective positions. On May 25, 2018, the matter was referred to this Court, (ECF Nos. 78 & 79), and on June 4, 2018, the Court ordered the parties to submit briefs supporting their respective positions. (ECF No. 80.)

6. On June 5, 2018, the parties exchanged privilege logs. On their privilege log, Plaintiffs listed the Garza Notes as entries 3016 and 3017, and the email transmission of the Garza Notes by Plaintiff Shinners to non-party Mark Munster as entry 3022, as follows:

| # | To | Sender | CC | BCC | Date | Description | Privilege(s) |
|---|---|---|---|---|---|---|---|
| 3016 | | | | | 10/26/2016 | Draft handwritten notes from J. Garza interview | WP |
| 3017 | | | | | 10/28/2016 | Revised notes from J. Garza interview | WP |
| 3022 | Mark Munster | Allen Shinners | | | 11/8/2016 9:34 | Email attaching Garza interview notes | WP |

7. On May 1, 2018, Fraser, through a process server, attempted to serve Garza with a document subpoena at a Texas address. That subpoena is attached hereto as Exhibit E.

8. On May 2, 2018, Fraser, again through a process server, attempted to serve Garza with the subpoena at a Vermont address. That subpoena is attached hereto as Exhibit F.

9. Both attempts to serve Garza with subpoenas were unsuccessful. The affidavit of non-service for the Texas address is attached as Exhibit G, and the affidavit of non-service for the Vermont address is attached as Exhibit H.

10. On March 15, 2018, my colleague, Marc Weinstein, telephoned Garza's criminal counsel to ask if she would accept service of a subpoena on Garza's behalf. Garza's counsel stated that she would check with Mr. Garza, but she did not provide an answer.

11. Through interrogatories served on May 21, 2018, Fraser asked Plaintiffs for Garza's last known address, to which Plaintiffs have not yet responded. Fraser's First Set of Interrogatories to Plaintiffs is attached hereto as Exhibit I.

12. Plaintiffs have served Garza with a Notice of Deposition, but a date for Garza's deposition has not been confirmed.

13. Fraser has not been criminally charged nor has the SEC brought any action against him.

I, Sarah L. Cave, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: June 13, 2018

                Respectfully submitted,

                By: /s/ Sarah L. Cave

                Sarah L. Cave (phv08437)
                Hughes Hubbard & Reed, LLP
                One Battery Park Plaza
                New York, NY 10004-1482
                Tel.: (212) 837-6000
                Fax: (212) 422-4726
                Email: Sarah.cave@hugheshubbard.com

                *Attorneys for Defendant Stuart A. Fraser*

84303904_2