# Exhibit G

## AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
District of Connecticut

Case Number: 3:16-CV-00940

Plaintiff:
**Denis Marc Audet, et al.**

vs.

Defendant:
**Stuart A. Fraser, GAW Miners, LLC, and ZenMiner, LLC**

For:
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Received by We Deliver Legal Services, LLC on the 1st day of May, 2018 at 11:17 am to be served on **Homero Joshua Garza, 8431 Miners Pt., San Antonio, Bexar County, TX 78252**.

I, Sarah C. Garcia, being duly sworn, depose and say that on the **2nd day of May, 2018** at **11:01 am, I:**

**NON-SERVED** the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action with Schedule A** to be delivered, in person, to: **Homero Joshua Garza**, as the request for service was cancelled by my client. An overview of my due search, careful inquiry, and diligent attempts to execute service is provided in the comments below.

**Additional Information pertaining to this Service:**
5/1/2018  4:49 pm  Attempted service at 8431 Miners Pt., San Antonio, TX 78252 - There were no vehicles present and no answer at the door.  There was a lock box on the door knob.  I spoke with a neighbor at 8426 Miners Pt, who said they did not know who lives at 8431.  8427 Miners Pt was vacant and there was no answer at the other neighbors at 8435, 8430, 8434, and 8422 Miners Pt.

I am a private process server authorized by the Supreme Court of Texas. I am over the age of eighteen (18) and not a party to nor interested in the outcome of the suit referenced above. I have personal knowledge of each of the matters stated herein and the statements made in this Affidavit are true and correct.

State of Texas, County of Bexar

Subscribed and Sworn to before me on the 2nd day of May, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Sarah C. Garcia
PSC 11763 Ex. 12/31/2018

**We Deliver Legal Services, LLC**
**218 N Las Moras**
**San Antonio, TX 78207**
**(210) 909-7332**

Our Job Serial Number: WDL-2018000611
Ref: 032742-1
Service Fee: $70.00


JESSICA D. JESTER
Notary Public, State of Texas
Comm. Expires 06-23-2022
Notary ID 125738086

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0b

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| Denis Marc Audet, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-00940 |
| Stuart A. Fraser, GAW Miners, LLC, and ZenMiner, LLC ) | |
| *Defendant* ) | |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:   Homero Joshua Garza, 8431 Miners Pt., San Antonio, TX 78252

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

The items listed in Schedule A, attached.

| Place: Hughes Hubbard & Reed, LLP, One Battery Park Plaza, New York, NY 10004, or per electronic mail, by consent of the parties. | Date and Time: 05/21/2018 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/1/18

*CLERK OF COURT*

OR

_____         _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Stuart A. Fraser
_____, who issues or requests this subpoena, are:

Sarah L. Cave, Hughes Hubbard & Reed, One Battery Park Plaza, NY, NY 10004, sarah.cave@hugheshubbard.com, 212-837-6000; Sean Fisher, BSW Law, 271 Whitney Ave, New Haven, CT 06511 sfisher@bswlaw.com 203-562-2098

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 3:16-cv-00940

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: