# Exhibit I

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.,* | Civil Action No. 3:16-cv-00940 |
| Plaintiffs, | Honorable Michael P. Shea |
| vs. | |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, | May 21, 2018 |
| Defendants. | |

### DEFENDANT STUART A. FRASER'S
### FIRST SET OF INTERROGATORIES TO PLAINTIFFS

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rule 26 of the Local Rules of the United States District Court for the District of Connecticut, Defendant Stuart A. Fraser ("Fraser"), through his undersigned counsel, propounds the following Interrogatories to Plaintiffs and requests that they be answered separately by each of the Plaintiffs and under oath within thirty (30) days of the date of these Interrogatories.

### DEFINITIONS

1.      The Uniform Definitions in Discovery Requests set forth in Local Civil Rule 26 are hereby incorporated by reference into these Interrogatories.

2.      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), including without limitation emails, text messages, messages sent through or on online chatrooms (including Reddit, Bitcoin Talk, Hashtalk.org and others), messages sent through secure applications such as Telegram, social media messages or posts (including LinkedIn, Twitter, Facebook and others), and any other form of communication.

3.      "Companies" refers to Defendants GAW Miners, LLC and ZenMiner, LLC (d/b/a ZenCloud).

4.      "Complaint" refers to Plaintiffs' First Amended Complaint filed November 4, 2016 in this action (ECF No. 57).

5.      "Employee" means any employee, associate, agent or representative of the relevant company or individual.

6.      "First Supplemental Initial Disclosures" refers to Plaintiffs' First Supplemental Rule 26(a)(1) Initial Disclosures, served on Fraser on November 22, 2017.

7.      "Fraser" or "Defendant" refers to Defendant Stuart A. Fraser.

8.      "Garza" refers to Homero Joshua Garza, a named defendant in the original Complaint filed June 15, 2016 in this action (ECF No. 1) and any attorney or employee acting on his behalf.

9.      "GAW Cryptocurrency Products" means Hardware-Hosted Mining, Cloud-Hosted Mining, Hashlets, Hashpoints, HashStakers, Paycoin and any other product or service offered by the Companies as alleged in Paragraph 160 of the Complaint.

10.      "GAW Miners" refers to GAW Miners, LLC.

11.      "Initial Disclosures" refers to Plaintiffs Rule 26(a)(1) Initial Disclosures served on October 25, 2017.

12.      "Investment" means each and every purchase, sale, transfer or redemption in any cryptocurrency or cryptocurrency product, including without limitation any GAW Cryptocurrency Products or any other virtual currency, made by You or on Your behalf.

13.      "Paybase Wallet" means the virtual currency product launched by GAW Miners as alleged in Paragraph 8 of the Complaint.

14.      "Paycoin" means the virtual currency product launched by GAW Miners as alleged in Paragraph 8 of the Complaint.

15.     "Plaintiffs," "You" and "Your" refers to any one or more of Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners and Jason Vargas, and any associates, agents, or any other person acting on their behalf.

16.     "Putative Class Members" refers to any putative class member who may be identified through discovery, and any employee or other person acting on their behalf.

17.     "ZenMiner" refers to ZenMiner, LLC (d/b/a ZenCloud).

## INSTRUCTIONS

1.      Each Plaintiff is to respond to each paragraph of these Interrogatories separately.

2.      If You or any Putative Class Member is withholding responsive information pursuant to any objection, You should so expressly indicate.

3.      If any Interrogatory cannot be answered in full or in part, state, in writing, the reason for Your or any Putative Class Member's inability to respond to all or any portion of the Interrogatory.

4.      The terms "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Interrogatory all answers that might otherwise be construed to be outside its scope.

5.      The use of the singular form of any word includes the plural and vice versa.

6.      These Interrogatories are continuing in nature.  If, after responding to these Interrogatories, You obtain or become aware of additional responsive information, You are required to provide such information by way of supplemental response.

## INTERROGATORIES

1.      Identify each of Your email addresses, online usernames, avatars, screen-names or any other identifier and its associated platform, forum or application through which You

discussed GAW Cryptocurrency Products, the Companies, Garza or Fraser, including without limitation Your identifying information for Hashtalk, Reddit and Bitcointalk.

2.      Identify each person or entity that was involved in Your decision to make Your Investment in the GAW Cryptocurrency products.

3.      Identify each person or entity that monitored, retained, redeemed or sold Your Investment in the GAW Cryptocurrency Products.

4.      Identify any website, software or other application through which You monitored the value of Your Investments in the GAW Cryptocurrency Products.

5.      Identify each telephone conversation, in-person meeting or other communications You had with Garza concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication:  (a) each person who participated or was present; and (b) the date or time period during which it took place.

6.      Identify each telephone conversation, in-person meeting or other communication You had with Employees of the Companies other than Garza concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication:  (a) each person who participated or was present; and (b) the date or time period during which it took place.

7.      Identify each telephone conversation, in-person meeting or other communication You had with the Federal Bureau of Investigation concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication:  (a) each person who participated or was present; and (b) the date or time period during which it took place.

8.      Identify each telephone conversation, in-person meeting or other communication You had with Fraser or Thomas Fraser concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication:  (a) each person who participated or was present; and (b) the date or time period during which it took place.

9.      Identify each telephone conversation, in-person meeting or other communication You had with any non-party concerning the Companies, GAW Cryptocurrency Products or Your Investments, by setting forth for each such conversation, meeting or communication:  (a) each persons who participated in or was present; and (b) the date or time period during which it took place.

10.      Identify any marketing materials, website content, or other written materials that You reviewed concerning any of the GAW Cryptocurrency Products.

11.      Identify each of the email addresses You used to communicate with the Companies, any Employees of the Companies or Garza.

12.      Identify any lawsuit, proceeding, claim or demand of any kind concerning Your Investment in the GAW Cryptocurrency Products that You filed or initiated other than this action, including the names of the parties, the nature of the action, the date of the action, the case number and the court in which each such proceeding was filed.

13.      Identify any other class action or putative class action in which You been a named plaintiff, including the names of the parties, the nature of the action, the date the action was commenced, the case number and the court in which the action was filed.

14.     Identify each payment You received concerning Your investment in the GAW Cryptocurrency Products, including the date and amount of each such payment and the person or entity who made each such payment.

15.     Identify Garza's last known address and telephone number(s).

Dated:  May 21, 2018

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s Sarah L. Cave

Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Sara E. Echenique (phv08436)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax.: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax.: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*