UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>JUNE 27, 2018<br><br>MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*<br><br>DEMAND FOR JURY TRIAL |

MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.1, Plaintiffs, through their undersigned counsel, respectfully request that this Court grant leave for attorney Edgar G. Sargent to appear *pro hac vice* on behalf of Plaintiffs.

1. Edgar Sargent is a partner with the law firm of Susman Godfrey L.L.P and a member in good standing of the Bar of Washington and the federal courts listed in the ¶¶ 3 of his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

   Edgar G. Sargent
   Susman Godfrey L.L.P
   1201 Third Avenue, Suite 3800
   esargent@susmangodfrey.com
   Tel:  (206) 516-3880

2. The undersigned hereby moves that Edgar Sargent be permitted to represent Plaintiffs in all matters and proceeding related to the above-captioned case.

3. The undersigned agrees to accept service on behalf of Edgar Sargent.

4. In connection with this motion, $ 75 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3)

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Edgar Sargent be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: June 27, 2018

Respectfully submitted,

/s/     *Robert A. Izard*
Robert A. Izard (ct306377)
rizard@ikrlaw.com
Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (*pro hac vice*)
mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing  system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/      *Robert A. Izard*
Robert A. Izard (ct306377)