# EXHIBIT A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>JUNE 26, 2018<br><br>AFFIDAVIT OF EDGAR G. SARGENT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*<br><br>DEMAND FOR JURY TRIAL |

Affidavit of Edgar G. Sargent in Support of
Motion for Leave to Appear *Pro Hac Vice*

Edgar G. Sargent, being duly sworn, deposes and says:

  1.  I am a member of the law firm of Susman Godfrey L.L.P., 1201 Third Avenue, Suite 3800, Seattle, Washington 98101; the firm's telephone number is (206) 516-3880 and my email address is esargent@susmangodfrey.com.

  2.  I am a member in good standing of the State Bar of Washington and am admitted to practice before the highest court in Washington. My State Bar No. is 28283.

  3.  I am also admitted to practice in the United States District Court for the Western District of Washington (10/25/2000), the United States District Court for the Eastern District of Washington (10/26/2005), the United States Court of Appeals for the Second Circuit (02/02/2012), the United States Court of Appeals for the Eighth Circuit (08/26/2013) and the United States Court of Appeals for the Ninth Circuit (05/19/2008).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

Date: June 26, 2018

                                                Edgar G. Sargent
State Bar No. 28283
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, Washington 98101
Telephone: (206) 516-3880
esargent@susmangodfrey.com