UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:16-cv-00940<br><br>Honorable Michael P. Shea<br><br><br>June 19, 2018 |

**AFFIRMATION OF SARAH L. CAVE IN FURTHER SUPPORT OF DEFENDANT STUART A. FRASER'S MOTION TO COMPEL DISCOVERY**

1. I am a partner at the law firm Hughes Hubbard & Reed LLP, counsel of record for Defendant Stuart A. Fraser ("Mr. Fraser") in this action, and I am fully familiar with the facts and circumstances in this case. I submit this affirmation in support of the accompanying reply brief in support of Mr. Fraser's motion to compel discovery, which seeks an order directing Plaintiffs to produce contemporaneous notes taken by Plaintiffs' representative during the October 2016 meeting with former defendant Homero Joshua Garza ("Garza").

2. The Federal Bureau of Investigation ("FBI") has never been a party to this litigation. No federal criminal charges have been brought against Mr. Fraser.

3. On July 16, 2018, Plaintiffs completed their sixth production of documents in this action. Based on review of the documents Plaintiffs have produced in their six productions, no document is duplicative of the information likely contained in the Garza Notes.

4. On June 28, 2018, at the deposition of a third-party witness in this case, Plaintiffs' counsel, Edgar Sargent, informed me that Garza, through his counsel, represented that if he were to be deposed before his sentencing date, he would exercise his Fifth Amendment right against self-incrimination.

5.  Garza's current sentencing date is September 13, 2018.

I, Sarah L. Cave, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: July 19, 2018

    Respectfully submitted,

    By: /s/ Sarah L. Cave

    Sarah L. Cave (phv08437)
    Hughes Hubbard & Reed LLP
    One Battery Park Plaza
    New York, NY 10004-1482
    Tel.: (212) 837-6000
    Fax: (212) 422-4726
    Email: sarah.cave@hugheshubbard.com

    *Attorneys for Defendant Stuart A. Fraser*