SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

| SUITE 1400 | SUITE 3800 | 32ND FLOOR |
| 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

COLIN WATTERSON
DIRECT DIAL (713) 653-7844

E-MAIL CWATTERSON@SUSMANGODFREY.COM

July 20, 2018

VIA E-FILE

The Hon. Donna F. Martinez
United States Courthouse
450 Main Street, Suite 262
Hartford, CT 06130

Re:   *Audet et al. v. Fraser et al.*, No. 3:16-cv-00940 (D. Conn.)

Dear Judge Martinez:

Plaintiffs write briefly to correct a factual error in Defendant Stuart A. Fraser's Reply Memorandum of Law in Support of his Motion to Compel Discovery (Dkt. 89). On page 9, Mr. Fraser argues:

> This argument is moot, given that Plaintiffs' counsel—who apparently has access to Garza's whereabouts—has since successfully served him with a deposition subpoena, but advises that Garza will exercise his Fifth Amendment rights if deposed before sentencing (Reply Decl. ¶ 4), as discussed above.

Plaintiffs do not have "access to Garza's whereabouts" and did not serve him with a deposition subpoena. Rather, they attempted to serve him with a deposition subpoena through his criminal counsel. *See* Ex. A. Mr. Garza's criminal counsel refused to accept service.

Sincerely,

Colin Watterson

5923877v1/014928