UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>      Defendants. | Case No. 3:16-CV-00940-MPS<br><br>August 8, 2018 |

**JOINT MOTION FOR LIMITED EXTENSION OF FACT DISCOVERY DEADLINE**

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly submit this motion requesting a limited extension of the fact discovery deadline for purposes of taking the deposition of former Defendant Homero Joshua Garza ("Garza"). Garza pled guilty to one count of wire fraud in 2017, and is currently scheduled to be sentenced on September 13, 2018.

Counsel for the parties anticipate that they will have substantially completed fact discovery by the current August 10, 2018 deadline. While Plaintiffs noticed the deposition of Garza, the parties have been unable to schedule that deposition. Plaintiffs' counsel has been in contact with Garza's criminal counsel, who represented that Garza, if deposed before his criminal sentencing, would invoke his Fifth Amendment privilege against self-incrimination, but if deposed after sentencing, may testify substantively. The parties will diligently seek to schedule Garza's deposition as soon as possible after that date.[1]

---

[1] If Garza's sentence includes confinement in prison, the parties will promptly seek leave to take the deposition under FRCP 30(a)(2)(B).

WHEREFORE, the parties request that this Joint Motion for Limited Extension of the Fact Discovery Deadline be approved and that the Court grant the parties permission to schedule Garza's deposition at a date after his criminal sentencing.

Respectfully submitted:

Dated: August 8, 2018

| IZARD, KINDALL & RAABE, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: s/ Edgar Sargent | By: s/ Sarah L. Cave |
| Mark P. Kindall (ct13797) | Daniel H. Weiner (ct12180) |
| E-mail: mkindall@ikrlaw.com | Sarah L. Cave (phv08437) |
| Robert A. Izard | Sara E. Echenique (phv08436) |
| E-mail: rizard@ikrlaw.com | Hughes Hubbard & Reed LLP |
| 29 S. Main St., Suite 305 | One Battery Park Plaza |
| West Hartford, CT 06107 | New York, NY  10004-1482 |
| Tel: (860) 493-6292 | Tel.: (212) 837-6000 |
| Fax: (860) 493-6290 | Fax: (212) 422-4726 |
|  | Email: sarah.cave@hugheshubbard.com |
| Marc Seltzer (pro hac vice) |  |
| E-mail:mseltzer@susmangodfrey.com | David R. Schaefer (ct04334) |
| California Bar No. 54534 | Sean M. Fisher (ct23087) |
| Kathryn Hoek (pro hac vice) | Brenner, Saltzman & Wallman LLP |
| E-mail: khoek@susmangodfrey.com | 271 Whitney Avenue |
| California Bar No. 219247 | New Haven, CT  06511 |
| SUSMAN GODFREY L.L.P. | Tel.: (203) 772-2600 |
| 1901 Avenue of the Stars, Suite 950 | Fax: (203) 562-2098 |
| Los Angeles, CA 90067 | Email: sfisher@bswlaw.com |
| Tel: (310) 789-3100 |  |
| Fax: (310) 789-3150 | *Attorneys for Defendant Stuart A. Fraser* |

Seth Ard (pro hac vice)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (pro hac vice)
Email: esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

Colin Watterson (pro hac vice)
Email:  cwatterson@susmangodfrey.com

Texas Bar No. 2409330
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2018, a copy of the foregoing Joint Motion for Limited Extension of the Fact Discovery Deadline was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Respectfully submitted,

 s/ Sarah L. Cave

Sarah L. Cave (phv08437)
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

92040058_2