UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br><br><u>DEMAND FOR JURY TRIAL</u> |

## <u>NOTICE OF UNOPPOSED WITHDRAWAL AS NAMED PLAINTIFF</u>

Jason Vargas hereby provides notice of his withdrawal as a named Plaintiff without prejudice to his ability to participate as an absent class member in this action. Counsel for defendant Stuart A. Fraser has been notified of Mr. Vargas' withdrawal and has indicated that Mr. Fraser has no objection.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*s/      Mark P. Kindall*
　　　　　　　　　　　　　　　　　　　　Mark P. Kindall (ct13797)
　　　　　　　　　　　　　　　　　　　　E-mail: mkindall@ikrlaw.com
　　　　　　　　　　　　　　　　　　　　Robert A. Izard
　　　　　　　　　　　　　　　　　　　　E-mail: rizard@ikrlaw.com
　　　　　　　　　　　　　　　　　　　　IZARD, KINDALL & RAABE, LLP
　　　　　　　　　　　　　　　　　　　　29 S. Main St., Suite 305
　　　　　　　　　　　　　　　　　　　　West Hartford, CT 06107
　　　　　　　　　　　　　　　　　　　　Tel: (860) 493-6292
　　　　　　　　　　　　　　　　　　　　Fax: (860) 493-6290

        Marc Seltzer (*pro hac vice*)
        E-mail: mseltzer@susmangodfrey.com
        California Bar No. 54534
        Kathryn Hoek (*pro hac vice*)
        E-mail: khoek@susmangodfrey.com
        California Bar No. 219247
        SUSMAN GODFREY L.L.P.
        1901 Avenue of the Stars, Suite 950
        Los Angeles, CA 90067
        Tel: (310) 789-3100
        Fax: (310) 789-3150

        Seth Ard (*pro hac vice*)
        E-mail: sard@susmangodfrey.com
        New York Bar No. 4773982
        SUSMAN GODFREY L.L.P.
        1301 Avenue of the Americas, 32nd Floor
        New York, NY 10019-6022
        Tel: (212) 336-8330
        Fax: (212) 336-8340

        Colin Watterson (*pro hac vice*)
        E-mail: CWatterson@susmangodfrey.com
        Texas Bar No. 24093330
        SUSMAN GODFREY L.L.P.
        1000 Louisiana Street, Suite 5100
        Houston, TX  77002
        Tel: (713) 651-9366
        Fax: (713) 654-3367

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Mark P. Kindall, certify that, on August 27, 2018, I caused a true and correct copy of the foregoing document to be served on counsel for all parties via the Court's CM/ECF system.

Executed this 27th day of August 2018 at West Hartford, Connecticut.

*s/ Mark P. Kindall*
Mark P. Kindall (ct13797)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
(860) 493-6292
(860) 493-6290 fax
mkindall@ikrlaw.com
