UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>SEPTEMBER 12, 2018<br><br>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

Pursuant to Federal Rule of Civil Procedure ("FRCP") 23 and for the reasons provided in the attached memorandum, Plaintiffs file this motion requesting that this Court certify the following class:

> All persons or entities who, between August, 1 2014, and December 1, 2015 purchased or acquired Hashlets, Hashpoints, HashStakers, and Paycoin from GAW Miners and ZenMiner. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, agent or employee of any defendant, any co-conspirator and any governmental entity.

DATED: September 12, 2018

                                                  Respectfully submitted,

                                                  /s/ Mark P. Kindall
                                                  Mark P. Kindall (ct13797)
                                                  mkindall@ikrlaw.com
                                                  Robert A. Izard
                                                  rizard@ikrlaw.com
                                                  IZARD, KINDALL & RAABE, LLP
                                                  29 S. Main St., Suite 305
                                                  West Hartford, CT 06107
                                                  Tel: (860) 493-6292
                                                  Fax: (860) 493-6290

                                                  Marc Seltzer (*pro hac vice*)

1

*Oral Argument Requested*

mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

Colin Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Counsel for Plaintiffs*

<u>Certificate of Service</u>

I hereby certify that on September 12, 2018, I served the foregoing via electronic mail on the following counsel of record:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482

Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511

/s/ Colin Watterson<br>Colin Watterson