# EXHIBIT C

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>Class Action<br><br>September 11, 2018<br><br>Declaration of Robert Mills re: Class Certification. |

I declare under penalty of perjury as follows:

## **Introduction**

1. I have personal knowledge of the facts in this declaration.

2. I am an economist and Director at Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California. Micronomics, Inc. is a subsidiary of ERS group, a national economic and statistical consulting firm.

3. I have more than 20 years of economic research and consulting experience in areas including valuation of intellectual property and other assets, industrial organization, and the calculation of economic damages. I have qualified

as an expert on damages issues and have provided expert testimony before United States District Courts, state courts, and at arbitration. A biographical summary is attached as **Exhibit 1,** which includes a list of the cases in which I have testified at a deposition or at trial during the past four years.

## User Information

1.      I have analyzed two .sql databases provided to me by counsel for plaintiffs in this matter. My understanding is that the databases contain transactional data from ZenCloud and Paybase. I understand that the databases were produced as GAW00198630 and GAW00198631.

2.      The ZenCloud database includes a "users" table. The users table contains, among other things, an identification number for each user (a "UserID"), a username, an associated email address, and other information. The table contains 277,323 UserIDs.

3.      The ZenCloud database also includes a table of "transactions," which contains over 35 million entries. Each transaction has its own identification number. The transactions include: Credit, Debit, Fund, Payout, Purchase, Revert Buyback, Sale, Service Fee, and Withdraw. Each transaction in the "transactions" table also has an associated "UserID." Thus, it is possible to determine whether a given UserID is associated with a given transaction. By way of example, the

transaction with identification number 1 is a service fee of $.08 associated with user "Bitoris."

4. I conducted an analysis and concluded that 212,455 UserIDs have at least one associated completed transaction. In other words, a number of UserIDs have no associated completed transactions.

5. The Paybase database also contains a "users" table. The user table contains, among other things, an identification number for each user, an associated email address, and other information. The table contains 8,679 user identification numbers.

6. Like the ZenCloud database, the Paybase database also contains transactional information that is associated with specific UserIDs. For example, the "Paycoins" table includes the following types of transactions: Fund, Withdraw, Credit, Debit, Send, Receive, Purchase, Sale, Market-Sale, Market-Purchase, and Market-Cancel. Each transaction has an identification number and is associated with a UserID.

**Damages**

7. I anticipate calculating class-wide damages for plaintiffs in this case based on a uniform methodology. As discussed above, I understand that the databases contain transactional information relating to customers' purchases of

transaction with identification number 1 is a service fee of $.08 associated with user "Bitoris."

4. I conducted an analysis and concluded that 212,455 UserIDs have at least one associated completed transaction. In other words, a number of UserIDs have no associated completed transactions.

5. The Paybase database also contains a "users" table. The user table contains, among other things, an identification number for each user, an associated email address, and other information. The table contains 8,679 user identification numbers.

6. Like the ZenCloud database, the Paybase database also contains transactional information that is associated with specific UserIDs. For example, the "Paycoins" table includes the following types of transactions: Fund, Withdraw, Credit, Debit, Send, Receive, Purchase, Sale, Market-Sale, Market-Purchase, and Market-Cancel. Each transaction has an identification number and is associated with a UserID.

**Damages**

7. I anticipate calculating class-wide damages for plaintiffs in this case based on a uniform methodology. As discussed above, I understand that the databases contain transactional information relating to customers' purchases of

the companies' products, including Hashlets, Paycoins, and Hashstakers. And, as discussed above, the transactions in the database can be associated with individual UserIDs. Thus, I anticipate being able to calculate damages for each class member based on the transactional information associated with that member's UserID.

8. By way of example, I understand that the username of named plaintiff Allen Shinners was "Allen1980s." I can determine that the UserID in the ZenCloud database associated with Allen1980s is UserID 13250. UserID 13250 in turn has 1,388 associated completed transactions, including "purchases" of approximately 36 Bitcoins worth of products.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Executed on September 11, 2018 at Los Angeles, California.

_____
Robert Mills

Exhibit 1

Micronomics
Forty-Sixth Floor
777 South Figueroa Street
Los Angeles, California 90017
Tel: 213 629 2655
Fax: 213 688 8899
www.micronomics.com

# ROBERT MILLS
## Director

Robert Mills has extensive experience quantifying economic damages in connection with commercial litigation. He has served as an expert witness or consultant in a wide range of matters, including patent, trademark and copyright infringement, theft of trade secrets, breach of contract, interference, conversion, fraud, predatory pricing, attempted monopolization, and labor disputes. His consulting experience spans many industries, including software, semiconductors, telecommunications, manufacturing, apparel, insurance, energy, entertainment, waste, real estate, sporting goods, health care, pharmaceuticals, and medical devices, among others. Mr. Mills has testified as an economic expert in Federal District Court, state courts in multiple jurisdictions, and at arbitration. He has appeared at mediation venues and before the U.S. Department of Justice.

Mr. Mills also engages in economic research and consulting activities outside the context of litigation. He has assessed the anticipated competitive effects of mergers and joint ventures on behalf of government regulatory agencies and merging parties; developed forecasts and strategic recommendations for government agencies and clients involved with real estate development; and assisted clients with the valuation of intangible assets and entire businesses.

**FIELDS OF CONCENTRATION**

       Intellectual Property; Industrial Organization; Economic Valuation and Damages Calculations

**EMPLOYMENT**

       Micronomics, 1998 – present (affiliated with InteCap, Inc., 2000 – 2003)
           Los Angeles, California

       Hobson Johnson & Associates
           Associate, 1996 – 1998
           Portland, Oregon

       University of California, Santa Barbara
           Teaching Assistant, Department of Economics, 1994 – 1995
           Santa Barbara, California

**SELECTED CONSULTING EXPERIENCE**

Economic Damages/Lost Profits

- Calculated lost profits on behalf of plaintiffs and defendants in connection with contract disputes, patent infringement, fraud, interference, antitrust, and other causes of action. Addressed lost sales, incremental cost, market definition, capacity, foreseeability, mitigation, and alter ego issues.

- Quantified relevant profits under disgorgement theories of damages.

- Determined magnitude of alleged underpayment of overtime to a class of exempt employees on behalf of a national retail chain.

- Quantified lost earnings and benefits in connection with wrongful termination and personal injury matters.

- Determined damages resulting from cost of insurance rate increases in the life insurance industry.

- Analyzed irreparable harm issues in connection with motions for temporary restraining orders and preliminary injunctions.

Intellectual Property

- Determined reasonable royalties and calculated lost profits in connection with patent infringement matters on behalf of patent owners and alleged infringers. Addressed royalty base, reasonable royalty rates, commercial success, non-infringing substitutes, availability, comparability, capacity constraints, convoyed sales, price erosion damages, and the entire market value rule.

- Calculated damages on behalf of clients involved with theft of trade secrets, trademark infringement, and copyright infringement litigation.

- Reviewed numerous license and cross-license agreements covering technologies related to telecommunications, semiconductors, software, sporting goods, medical devices, security, construction materials, motion control, and consumer products, among other industries.

- Assisted with the negotiation of patent license agreements.

Valuation

- Valued controlling and minority interests in closely held businesses. Addressed issues of liquidity, marketability, comparability, and the cost of capital.

- Valued stock options, earn-outs, and escrowed contingencies in connection with acquisitions and intellectual property transfers.

- Analyzed commercial and industrial real estate appraisals and made strategic recommendations to government agencies contemplating real estate transactions.

Antitrust

- Assessed the anticipated competitive effects of mergers, acquisitions, and joint ventures on behalf of government regulatory agencies as well as merging parties.

- Estimated anticipated post-merger prices using merger simulation techniques on behalf of a manufacturer of branded consumer products. Presented findings to U.S. Department of Justice.

- Conducted studies of market definition, attempted monopolization, below-cost pricing, price discrimination, and economic damages on behalf of plaintiffs and defendants involved with antitrust litigation.

- Evaluated price fixing allegations in the semiconductor industry.

- Analyzed relevant markets and economic damages in connection with a patent misuse claim.

- Conducted econometric analyses of pricing and output in a matter involving price fixing allegations.

Real Estate

- Assisted government agencies with eminent domain compensation issues.

- Prepared numerous feasibility studies and financial projections for income producing properties, including commercial, industrial, residential, and resort projects.

- Prepared forecasts of vacancy, absorption, rental rates, and new construction for financial institutions, government agencies, and real estate developers.

- Conducted study of student housing options on behalf of a university. Recommended adjustments to university housing rental rates and determined target rates for planned development.

- Recommended development strategies to numerous real estate developers. Addressed product size, mix, location, and other qualitative factors.

- Calculated damages caused by interference with development of a master planned community.

Cost-Benefit Analysis

- Estimated the economic, fiscal, and social impact of instituting system development fees for new real estate development.

- Assisted a multi-jurisdiction planning commission in assessing economic, fiscal and social impacts of anticipated demilitarization.

- Advised the developer of a major destination resort of the economic and fiscal impacts of the proposed project.

- Advised client of financial and other costs and benefits of relocating headquarters and manufacturing operations.

- Assessed the impact of a large retail establishment on small retailers located near its stores.

- Recommended development strategies to a port authority based on analysis of the costs and benefits of its options.

Econometrics

- Developed econometric models used to assess the competitive impacts of proposed mergers.

- Estimated own- and cross-price elasticity of demand for differentiated products in the baking industry.

- Prepared and evaluated revenue and earnings forecasts on behalf of plaintiffs and defendants involved with commercial litigation.

- Evaluated econometric models provided to a government regulatory agency by parties contemplating a merger.

- Developed econometric models used to measure the effects of economic events on the value of firms.

- Assisted clients with survey design, sampling, and hypothesis testing.

Risk Analysis

- Assisted law firms, corporate legal departments, and mediators with assessments of litigation risk and the expected value of litigation.

- Analyzed risk associated with litigation versus settlement in insurance claim disputes on behalf of insurers and insured parties.

**RECENT TESTIMONY**

1. *Helen Hanks v. The Lincoln Life & Annuity Company of New York, et al.*
   United States District Court, Southern District of New York
   Case No. 16-CV-6399
   Breach of Contract and Unjust Enrichment
   Reports, Deposition

2. *37 Besen Parkway, LLC v. John Hancock Life Insurance Company (U.S.A.)*
   United States District Court, Southern District of New York
   Case No. 1:15-CV-9924
   Breach of Contract
   Report, Deposition

3. *Network-1 Technologies, Inc. v. Alcatel-Lucent USA Inc., et al.*
   United States District Court, Eastern District of Texas
   Case No. 6:11-cv-00492-RWS-KNM
   Patent Infringement
   Reports, Deposition, Trial

4. *Isaac Jakobovits v. Allianz Life Insurance Company of North America*
   United States District Court, Southern District of New York
   Case No. 1:15-CV-9977
   Breach of Contract
   Report, Deposition

5. *Realtime Data LLC d/b/a IXO v. Actian Corporation, et al.*
   United States District Court, Eastern District of Texas
   Case No. 6:15-CV-463-RWS-JDL
   Patent Infringement
   Reports, Hearing, Depositions, Trial

6. *Chrimar Systems, Inc. v. ADTRAN Inc., et al.*
   United States District Court, Eastern District of Texas
   Case No. 6:15-CV-618-JRG-JDL
   Patent Infringement
   Reports, Deposition, Trial

7. *VideoShare, LLC v. Google Inc., et al.*
   United States District Court, District of Delaware
   Case No. 13-CV-990-GMS
   Patent Infringement
   Report, Deposition

8.  *Chrimar Systems, Inc. v. Alcatel-Lucent S.A., et al.*
    United States District Court, Eastern District of Texas
    Case No. 6:15-CV-163-JDL
    Patent Infringement
    Reports, Hearing, Depositions, Trial

9.  *Chrimar Systems, Inc. v. Cisco Systems, Inc., et al.*
    United States District Court, Northern District of California
    Case No. 4:13-cv-1300
    Patent Infringement, Antitrust
    Reports, Deposition

10. *Ericsson Inc., et al. v. TCL Communication Technology Holdings Ltd., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:15-cv-00011
    Patent Infringement
    Reports, Depositions, Trial

11. *SimpleAir, Inc. v. Google, Inc., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:14-cv-00011
    Patent Infringement
    Reports, Deposition

12. *ZiiLabs, Inc., Ltd. v. Samsung Electronics Co., Ltd., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:14-CV-203
    Patent Infringement
    Report, Depositions

13. *DataQuill Limited v. ZTE Corporation, et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:13-CV-634
    Patent Infringement
    Reports, Deposition, Trial

14. *Ahmed Hussein v. UBS Financial Services, Inc.*
    FINRA Dispute Resolution
    Case No. 14-00162
    Breach of Contract
    Reports, Trial

15. *Unwired Planet LLC v. Apple Inc.*
    United States District Court, Northern District of California
    Case No. 3:13-CV-04134-VC
    Patent Infringement
    Reports, Deposition

16. *AAMP of Florida, Inc. v. Automotive Data Solutions, Inc.*
    United States District Court, Middle District of Florida
    Case No. 8:13-CV-02019-MSS-TGW
    Patent Infringement
    Report, Deposition

17. *Malibu Boats, LLC v. Nautique Boat Company, Inc.*
    United States District Court, Eastern District of Tennessee
    Case No. 3:13-CV-00656
    Patent Infringement
    Reports, Deposition

18. *Sentius International, LLC v. Microsoft Corporation*
    United States District Court, Northern District of California
    Case No. 5:13-CV-825-PSG
    Patent Infringement
    Reports, Deposition

19. *Droplets, Inc. v. Overstock.com, Inc., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:11-CV-401
    Patent Infringement
    Reports, Deposition, Trial

20. *Smartflash, LLC, et al. v. Apple Inc., et al.*
    United States District Court, Eastern District of Texas
    Case Nos. 6:13-CV-447 and 6:13-CV-448
    Patent Infringement
    Reports, Depositions, Trial

21. *PersonalWeb Technologies, LLC, et al. v. Yahoo! Inc.*
    United States District Court, Eastern District of Texas
    Case No. 6:12-CV-00658-LED
    Patent Infringement
    Reports, Deposition

22. *Superspeed, LLC v. Google Inc.*
    United States District Court, Southern District of Texas
    Case No. 4:12-CV-01688
    Patent Infringement
    Report, Deposition

23. *Straight Path IP Group, Inc. v. Bandwidth.com, Inc., et al.*
    United States District Court, Eastern District of Virginia
    Case No. 1:13-CV-00932-AJT-IDD
    Patent Infringement
    Reports, Depositions

24. *The Quantum World Corporation v. Dell, Inc., et al.*
    United States District Court, Western District of Texas
    Case No. 1:11-CV-00688-SS
    Patent Infringement
    Report, Deposition

25. *Battle Toys, LLC v. Lego Systems, Inc.*
    United States District Court, District of Delaware
    Case no. 1:12-CV-00928-GMS
    Patent Infringement
    Reports, Deposition

26. *AAMP of Florida, Inc. v. Audionics Systems, Inc.*
    United States District Court, Central District of California
    Case No. 2:12-cv-10763-MMM-JEM
    Patent Infringement
    Report, Deposition

27. *Beneficial Innovations, Inc. v. Advance Publications, Inc., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:11-cv-229-TJW
    Patent Infringement
    Report, Deposition

28. *SimpleAir, Inc. v. Microsoft Corporation, et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:11-cv-416
    Patent Infringement
    Report, Depositions, Trials

29. *Martin Fleisher, et al. v. Phoenix Life Insurance Company*
    United States District Court, Southern District of New York
    Case No. 11 Civ. 8405 (CM)
    Breach of Contract
    Reports, Deposition

30. *TracBeam, LLC v. AT&T Inc., et al.*
    United States District Court, Eastern District of Texas
    Case No: 6:11-cv-00096-LED
    Patent Infringement
    Reports, Depositions

31. *Lake Cherokee Hard Drive Technologies, LLC v. Bass Computers, Inc. et al.*
    United States District Court, Eastern District of Texas
    Case No.: 2:10-cv-216
    Patent Infringement
    Reports, Deposition, Trial

32. *MicroUnity Systems Engineering, Inc. v. Apple, Inc., et al.*
    United States District Court, Eastern District of Texas
    Case No.: 02:10-cv-91-LED-RP
    Patent Infringement
    Reports, Deposition

33. *Ecologic Solutions, LLC v. Bio-Tec Environmental, LLC, et al.*
    Arbitration before American Arbitration Association
    Case No. 76 117 Y 00325 10
    Breach of contract, misappropriation of trade secrets, fraud
    Report, Deposition

34. *Gustavo Naranjo, et al. v. Spectrum Security Services, Inc.*
    Superior Court of the State of California
    Case No. BC 372146
    Violations of California Labor Code
    Report, Deposition, Trial

35. *Samuel D. Adams v. Bio-Tec Environmental, LLC, et al.*
    Arbitration before American Arbitration Association
    Case No. 76-174-00048-11 LGB
    Breach of Contract, Misappropriation of Trade Secrets
    Reports, Trial

**EDUCATION**

    M.A., Economics, University of California, Santa Barbara, 1995
    M.S., Applied Economics, Portland State University, 1994
    B.S., Economics and History, Portland State University, 1992

**PAPERS/SPEECHES/PRESENTATIONS**

- "Practical Elements of Finance," Practising Law Institute, New York, New York, June 13-14, 2011.

- "Regression Analysis Applications in Litigation," (with Dubravka Tosic), chapter in *Pocket MBA: Finance for Lawyers*, Practising Law Institute, March 2011.

- "Industry Norms and Reasonable Royalty Rate Determination," (with Roy Weinstein and Michelle Porter), *les Nouvelles*, March 2008.

- "Market Concentration and Unilateral Effects," UCLA First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions, Ritz-Carlton Hotel, Marina Del Ray, California, February 28, 2004.

- "Hot Topics in Intellectual Property Valuation," California Mandatory Continuing Legal Education Program, Los Angeles, November 2000.

- "Valuing Intellectual Property," California Mandatory Continuing Legal Education Program, Los Angeles, July 2000.

- "Unilateral Effects in Merger Analysis: The Simulation Approach," for the Los Angeles County Bar Association, February 1999.

**AFFILIATIONS**

    American Economic Association
    Licensing Executives Society
    American Bar Association, Intellectual Property Law Section, Associate Member