# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>        Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>October 1, 2018 |

## JOINT MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINE

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly submit this motion requesting a limited extension of the class certification briefing schedule and deadline for taking the depositions of experts, as reflected in the below chart:

| **Deadline** | **Current Date** | **Proposed Date** |
|---|---|---|
| Deadline to Complete Deposition of Plaintiffs' Class Certification Expert | October 12, 2018 | November 12, 2018 |
| Deadline for Defendant's Opposition to Motion for Class Certification (including expert report) | October 19, 2018 | November 19, 2018 |
| Deadline for Plaintiffs to Complete Deposition of Defendant's Class Certification Expert | November 9, 2018 | December 12, 2018 |
| Deadline for Plaintiffs' Reply in Support of Motion for Class Cert (including reply expert report) | November 16, 2018 | December 21, 2018 |

Counsel for the parties respectfully submit that the parties have worked diligently to complete discovery within the set schedule. The parties are currently in the process of scheduling multiple expert depositions, some of which may be located outside this jurisdiction. In addition, the parties are in the process of briefing a disputed discovery issue before Magistrate Judge Martinez. This is the parties' first request for an extension of the class certification and expert deposition deadlines.

WHEREFORE, the parties request that this Joint Motion for Limited Extension of the Expert Discovery Deadline be approved and parties be granted the relief of the above outlined extension of the current class certification briefing schedule and expert deposition deadlines.

Respectfully submitted:

Dated: October 1, 2018

| IZARD, KINDALL & RAABE, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: s/ Colin Watterson<br>Mark P. Kindall (ct13797)<br>E-mail: mkindall@ikrlaw.com<br>Robert A. Izard<br>E-mail: rizard@ikrlaw.com<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br><br>Marc Seltzer (pro hac vice)<br>E-mail: mseltzer@susmangodfrey.com<br>California Bar No. 54534<br>Kathryn Hoek (pro hac vice)<br>E-mail: khoek@susmangodfrey.com<br>California Bar No. 219247<br>SUSMAN GODFREY L.L.P.<br>1901 Avenue of the Stars, Suite 950<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>Fax: (310) 789-3150<br><br>Seth Ard (pro hac vice)<br>E-mail: sard@susmangodfrey.com<br>New York Bar No. 4773982<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br><br>Edgar Sargent (pro hac vice)<br>Email: esargent@susmangodfrey.com<br>Washington Bar No. 28283<br>Susman Godfrey L.L.P.<br>1201 Third Avenue, Suite 3800<br>Tel: (202) 516-3880<br>Fax: (310) 789-3150<br><br>Colin Watterson (pro hac vice)<br>Email:  cwatterson@susmangodfrey.com | By: s/ Sarah L. Cave<br>Daniel H. Weiner (ct12180)<br>Sarah L. Cave (phv08437)<br>Sara E. Echenique (phv08436)<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: sarah.cave@hugheshubbard.com<br><br>David R. Schaefer (ct04334)<br>Sean M. Fisher (ct23087)<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven, CT  06511<br>Tel.: (203) 772-2600<br>Fax: (203) 562-2098<br>Email: sfisher@bswlaw.com<br><br>*Attorneys for Defendant Stuart A. Fraser* |

3

Texas Bar No. 2409330
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, a copy of the foregoing Joint Motion for Limited Extension of the Expert Discovery Deadline was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          Respectfully submitted,

           s/ Sarah L. Cave

          Sarah L. Cave (phv08437)
          One Battery Park Plaza
          New York, NY  10004-1482
          Tel.: (212) 837-6000
          Fax: (212) 422-4726
          Email: sarah.cave@hugheshubbard.com