UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>OCTOBER 11, 2018<br><br>JOINT MOTION RE: EXTENSION OF FACT DISCOVERY FOR JOSH GARZA DEPOSITION |

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly submit this motion requesting a second limited extension of the fact discovery deadline for purposes of taking the deposition of former Defendant Homero Joshua Garza ("Garza"). Garza pled guilty to one count of wire fraud in 2017. Garza was sentenced on September 13, 2018. Prior to his sentencing, Garza's criminal counsel represented that Garza, if deposed before his criminal sentencing, would invoke his Fifth Amendment privilege against self-incrimination, but if deposed after sentencing, may testify substantively. The Court previously granted an extension of fact discovery for the purpose of taking Garza's deposition. The Parties are diligently attempting to schedule the deposition and request an additional extension so they can finalize scheduling and take the deposition. In the meantime, Defendant Fraser's motion to compel the production of notes taken during a 2016 meeting with Garza remains pending before Judge Martinez.[1] The parties do not believe this extension of fact discovery will affect any other deadlines in the case.

[1] By joining this Motion, Plaintiffs do not waive any arguments they have made about whether Mr. Fraser can obtain the substantial equivalent of those notes by deposing Garza.

WHEREFORE, the parties request that joint motion be approved and that the Court grant the parties permission to schedule Garza's deposition at a date after his criminal sentencing.

DATED: October 11, 2018

Respectfully submitted,

/s/ Colin Watterson
Colin Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Tel: (713) 651-9366
Fax: (713) 654-3367

Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
Robert A. Izard
rizard@ikrlaw.com
Izard, Kindall & Raabe, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

/s/ Sarah L. Cave
Daniel H. Weiner
daniel.weiner@hugheshubbard.com
Sarah L. Cave
sarah.cave@hugheshubbard.com
Sara E. Echenique
sara.echenique@hugheshubbard.com
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel: (212) 837-6000
Fax: (212) 422-4726

Sean M. Fisher (ct23087)
sfisher@bswlaw.com
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel: (203) 772-2600
Fax: (203) 562-2098

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*