# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>    Defendants. | Civil Action No. 3:16-cv-00940<br><br>Honorable Michael P. Shea<br><br>Magistrate Judge Donna F. Martinez<br><br><br>October 26, 2018 |

## MOTION TO COMPEL DISCOVERY

Pursuant to Federal Rule of Civil Procedure 37(a) and Local Rule 37, Defendant Stuart A. Fraser hereby moves this Court for entry of an order compelling Plaintiffs to produce non-attorney communications responsive to Defendant's Requests for Production of Documents dated November 29, 2017, for the reasons set forth in the accompanying Memorandum of Law.

Dated: October 26, 2018

        Respectfully submitted,

        HUGHES HUBBARD & REED LLP

        By: /s/ Sarah L. Cave

        Daniel H. Weiner (ct12180)
        Sarah L. Cave (phv08437)
        Sara E. Echenique (phv08436)
        Hughes Hubbard & Reed, LLP
        One Battery Park Plaza
        New York, NY 10004-1482
        Tel.: (212) 837-6000
        Fax.: (212) 422-4726
        Email: Sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax.: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## CERTIFICATE OF SERVICE

       I hereby certify that on October 26, 2018, a copy of the foregoing Motion to Compel Discovery was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

       Respectfully submitted,

       /s/ Sarah L. Cave

       Sarah L. Cave (phv08437)
       One Battery Park Plaza
       New York, NY  10004-1482
       Tel.: (212) 837-6000
       Fax: (212) 422-4726
       Email: sarah.cave@hugheshubbard.com