# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, <br><br> Defendants. | Civil Action No. 3:16-cv-00940 <br><br> Honorable Michael P. Shea <br><br> Magistrate Judge Donna F. Martinez <br><br> October 26, 2018 |

### AFFIRMATION OF SARAH L. CAVE IN SUPPORT OF DEFENDANT STUART A. FRASER'S MOTION TO COMPEL DISCOVERY

1. I am a partner at the law firm Hughes Hubbard & Reed LLP, counsel of record for Defendant Stuart A. Fraser ("Fraser") in this action, and I am fully familiar with the facts and circumstances in this case. I submit this affirmation in support of the accompanying motion to compel discovery, which seeks an order directing Plaintiffs to produce communications between Plaintiff Dean Allen Shinners ("Shinners") and putative class members (the "Shinners Communications").

2. I discussed this issue by phone and through emails with Plaintiffs' counsel Colin Watterson, but we were unable to resolve the dispute. On August 8, 2018, pursuant to Judge Shea's Instructions for Discovery Disputes, the parties jointly called Judge Shea's Chambers, at which time the Court instructed the parties to submit two-page letters describing their respective positions. On August 14, 2018, after the parties submitted their respective letter briefs, the matter was referred to this Court. (ECF No. 93.) On October 1, 2018, the Court ordered the parties to submit briefs supporting their respective positions. (ECF No. 98.)

3. On July 25, 2018, Fraser's counsel deposed Shinners in New York. Attached as Exhibit A are excerpts of the transcript of that deposition.

4. On June 5, 2018, the parties exchanged privilege logs. Plaintiffs subsequently amended their log ("Plaintiffs' Privilege Log"). Plaintiffs' Privilege Log identified 1,409 emails between Shinners and non-party individuals from January 11, 2015 through August 17, 2015, which Plaintiffs described as emails "sent for purposes of organizing/gathering information for lawsuit/class action." In many cases, Plaintiffs' Privilege Log uses incomplete names, nicknames and email addresses in the sender and recipient columns. A sampling of Plaintiffs' Privilege Log entries reflecting the Shinners Communications is attached as Exhibit B. None of the Shinners Communications Fraser seeks include attorneys or their representatives.

I, Sarah L. Cave, hereby declare under penalty of perjury that the foregoing is true and correct.
Dated: October 26, 2018

                                            Respectfully submitted,

                                            By: /s/ Sarah L. Cave

                                            Sarah L. Cave (phv08437)
                                            Hughes Hubbard & Reed, LLP
                                            One Battery Park Plaza
                                            New York, NY 10004-1482
                                            Tel.: (212) 837-6000
                                            Fax: (212) 422-4726
                                            Email: Sarah.cave@hugheshubbard.com

                                            *Attorneys for Defendant Stuart A. Fraser*

# **CERTIFICATE OF SERVICE**

      I hereby certify that on October 26, 2018, a copy of the foregoing Affirmation of Sarah L. Cave was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

      Respectfully submitted,

      /s/ Sarah L. Cave

      Sarah L. Cave (phv08437)
      One Battery Park Plaza
      New York, NY  10004-1482
      Tel.: (212) 837-6000
      Fax: (212) 422-4726
      Email: sarah.cave@hugheshubbard.com