# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE 3:16-CV-00940

---------------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN
SHINNERS, and JASON VARGAS, INDIVIDUALLY and on
Behalf of All Others Similarly Situated,

     Plaintiffs,

 v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER,
LLC, (d/b/a ZEN CLOUD),

     Defendants.

---------------------------------------------------x

VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS

New York, New York

Wednesday, July 25, 2018


Reported by:

Amy A. Rivera, CSR, RPR, CLR

JOB NO. 144960

```
 1
 2                              July 25, 2018
 3                              9:00 a.m.
 4
 5           Videotaped deposition of DEAN ALLEN
 6   SHINNERS held at the office of SUSMAN GODFREY,
 7   L.L.P., 1301 Avenue of the Americas, Floor 32, New
 8   York, New York, pursuant to Notice, before Amy A.
 9   Rivera, Certified Shorthand Reporter, Registered
10   Professional Reporter, Certified LiveNote Reporter,
11   and a Notary Public of the States of New York, New
12   Jersey and Delaware.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    DEAN ALLEN SHINNERS
 2    the facts are in this case?
 3         A.    I don't know, because of the social
 4    media aspect when I was trying to get the lawsuit
 5    together.
 6         Q.    When -- when did you first start
 7    trying to get the lawsuit together --
 8         A.    April of 2015.
 9         Q.    Okay.  And -- and you have to let me
10    finish my question.
11               Was April of 2015 the first time that
12    you tried to get the lawsuit together?
13         A.    Yes.
14         Q.    Okay.  And the lawsuit we're talking
15    about is this lawsuit, the four of you against
16    Mr. Garza, GAW Miners, ZenMiner, and Mr. Fraser?
17         A.    No.  The original -- on April -- in
18    April of 2015, there were no other plaintiffs yet.
19    My purpose or the task at hand was to gauge
20    interest in pursuing a -- a class action lawsuit
21    against GAW Miners, et al.
22         Q.    What happened -- have you finished?
23         A.    I'm finished with that, yeah.
24         Q.    Okay.  And what happened in April 2015
25    that led you for the first time to anticipate
```

Page 30

1           DEAN ALLEN SHINNERS
2   litigation against the defendants in this case?
3       A.   What happened?
4            The -- the primary task was to find a
5   law firm -- first, to gauge interest and how much
6   that interest was.  And then to find a law firm
7   that I could consult with, you know, and see who
8   would be willing to take a class action lawsuit
9   up, and under what circumstances.
10           So it took almost a year before we
11  got -- got Susman Godfrey to -- and even then, the
12  decision wasn't really finalized until later than
13  that, so...
14      Q.   And -- and you went to other law firms
15  first.  Is that right?
16      A.   That's correct.
17      Q.   Okay.  What's the name of those other
18  law firms?
19      A.   I couldn't even tell you.
20           One was an individual in California.
21  I can't remember her name.  Her last name was
22  Lynn.  There were two individuals in Ohio, and
23  there were two individuals -- I think there were
24  just two -- in Boston area of Massachusetts.  The
25  names of these, I have no idea.

```
 1                    DEAN ALLEN SHINNERS
 2          Q.   And -- and was it you on behalf of a
 3    potential class that were shopping around for the
 4    right attorney?
 5               MR. WATTERSON:   Object to the form.
 6               You can answer.
 7          A.   There were at the time probably two or
 8    three of us trying to, you know, work together to
 9    find a law firm at the time.
10               So there was no contact with -- I
11    mean, we had no decided on any specific
12    individuals as plaintiffs yet, as lead plaintiffs.
13          Q.   Who -- who -- besides you, who were
14    the other one or two people that were engaged --
15          A.   Oh, I couldn't -- I couldn't tell you
16    what the other guy -- one guy was -- he had some
17    law background.
18               Another one was Adam Matlack --
19          Q.   Who -- who is Mr. Matlack?
20          A.   Who he is?
21          Q.   Yeah.
22          A.   Well, he's an individual in Houston.
23    I mean --
24          Q.   How do you know him?
25          A.   I know him from the GAW days, the GAW
```

```
 1                    DEAN ALLEN SHINNERS
 2      buying --
 3           A.    Okay.
 4           Q.    -- to the end when you stopped and
 5      were selling, what -- where did you get your
 6      information from?
 7           A.    There wasn't a lot of information to
 8      be had.  If you're talking about -- I guess it --
 9      it seems to broad of a question to me, because at
10      what point in time are you asking, you know, what
11      information did I -- you know, did I come across
12      or did --
13           Q.    I can break it down.
14           A.    Yeah, I'd have to -- please.
15           Q.    Let's take 2014.  That's -- is that --
16      that's when you first got involved with GAW
17      Miners?
18           A.    In August of -- of 2014, yes.
19           Q.    Okay.  And you're -- again, we talked
20      about it before, you're a person who likes to do
21      their research, correct?
22           A.    Yes.
23           Q.    Okay.  So what research sources did
24      you go to before you plunged into the GAW Miners
25      world?
```

1  DEAN ALLEN SHINNERS
2  that?
3  A. Posting habits meaning I was -- I
4  posted a lot. I was very active with the
5  community that was on Hash Talk.
6  So because there were a lot of
7  subject -- there was a lot of subject -- subject
8  matter that interested me, and mostly in the
9  entrepreneur area -- entrepreneurship area, small
10 business development, and such.
11 So I was very active. Whenever I saw
12 that kind of a thread appear on the company's
13 forum, I would definitely be -- you would see me
14 active there.
15 Q. Am I right that on some occasions, you
16 edited posts from the company before they went on
17 the Hash Talk forum?
18 A. Once there was a post -- I -- not for
19 the Hash Talk forum, but once, Garza had sent me a
20 post he wanted to make, and the person that he
21 normally used for that, to edit the English, she
22 was not available. He couldn't get ahold of her.
23 So he asked me to go through it and fix the
24 English and grammar and everything.
25 Q. And that's before the post went

1                   DEAN ALLEN SHINNERS

2     because sophistication has multiple levels.  I

3     mean, sophisticated in what -- in what form?

4          Q.    All right.  So -- so would you call

5     yourself an unsophisticated investor?

6          A.    I think that would be a good -- I

7     think I would put myself somewhere in the middle

8     of there, between unsophisticated and

9     sophisticated.

10                There are varying degrees of anything

11    in the world.  I wouldn't -- I'm not writing books

12    on that subject.  So I'm not an expert.  But I'm

13    also not brand new to it where I have to get, you

14    know, Investors 101 book or How to Invest For

15    Dummies, you know, whatever the book series is

16    called.

17                Investment for Dummies, I think?  I

18    don't know.

19         Q.    After doing the research you did on

20    the Genesis product and on GAW Miners, you decided

21    to take the risk of investing in GAW Miners'

22    products in August of 2014, correct?

23         A.    That's correct.

24         Q.    And you continued to take that risk,

25    that is buying GAW Miners' product, throughout

1                DEAN ALLEN SHINNERS

2    2014, correct?

3         A.    I continued to buy the products,
4    correct.

5         Q.    Okay.  And you did that up until
6    December of 2014 into December 2014, correct?

7         A.    Not the same products, but yes, I
8    continued to acquire products from GAW Miners,
9    that's correct.

10        Q.    Knowing the risks of those products
11   and the cryptocurrency market, correct?

12        A.    Knowing the risks, no, because we --
13   that's making the assumption that the risk was
14   quantified, and at no point in time until the very
15   end was it obvious that the -- the -- the
16   quantification of the risk factor was very high.

17              Initially, I didn't really feel that
18   the risk factors were all that high.  As we got
19   toward the end, when GAW imploded, it was -- it
20   was very obvious that the risk factors were
21   through the roof.

22              So you can't -- you can't take the
23   whole period and say, the risk factor was always
24   here -- my hands up high -- or it was always down
25   here or somewhere in between.  You can't do that.

1          DEAN ALLEN SHINNERS
2      Q.    Now, the over 100 telephone calls you
3  had with employees of the FBI was that in part to
4  help them build their criminal case against
5  Mr. Garza?
6      A.    Absolutely.
7      Q.    And how did you help them?
8      A.    They have everything that I have given
9  the law firm.  They have every document, every bit
10 of research, anything that I had come across or
11 had obtained during the process here and for the
12 last three-plus years, they have everything.
13     Q.    Did you ever prepare for them any kind
14 of summary or brief or report which kind of tried
15 to aggregate that information at an executive
16 level?
17     A.    No, I did not.  I did not.  I've never
18 done a brief for anybody on this or where it's
19 been compiled down or boiled down to just, you
20 know, bullet lines or bullet points.  I've never
21 done that.
22     Q.    Did you talk them through your
23 understanding of what had happened and what the
24 evidence meant and how you viewed this situation?
25     A.    Repeat that first part?