# EXHIBIT B

Case 3:16-cv-00940-MPS   Document 105-2   Filed 10/26/18   Page 2 of 6

Audet, et al. v. Fraser et al., No. 3:16-cv-00940 (D. Conn.)
Plaintiffs' First Amended Privilege Log -- 6/19/2018

| # | To | Sender | CC | BCC | Date | Description | Privilege(s) |
|---|----|--------|----|-----|------|-------------|--------------|
| 52 | lithiumus | Allen S. | | | 5/13/2015 22:13 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 53 | Paul Heath | Allen S. | | | 5/13/2015 22:16 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 54 | 'Allen S.' | cryptoman@uurda.org | | | 5/13/2015 22:22 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 55 | PayCoin | Allen S. | | | 5/13/2015 22:41 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 56 | PayCoin | Allen S. | | | 5/13/2015 22:48 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 57 | PayCoin | Allen S. | | | 5/13/2015 22:52 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 58 | gaw.lawsuit.allen1980s@gmail.com | Colton McGee | | | 5/14/2015 0:37 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 59 | Colton McGee | Allen S. | | | 5/14/2015 0:55 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 60 | ==Crypto Man== | ==Allen S.== | | | ==5/14/2015 1:08== | ==Email sent for purposes of organzing/gathering information for lawsuit/class action.== | ==WP== |
| 61 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/14/2015 2:04 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 62 | gaw.lawsuit.allen1980s@gmail.com | Paul Mouat | | | 5/14/2015 9:40 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 63 | gaw.lawsuit.allen1980s@gmail.com | BIThome | | | 5/14/2015 10:55 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 64 | Allen S. | lithiumus | | | 5/14/2015 11:52 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 65 | gaw.lawsuit.allen1980s@gmail.com | Mike Juneau | | | 5/14/2015 13:49 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 66 | gaw.lawsuit.allen1980s@gmail.com | Christopher Coffman | | | 5/14/2015 20:30 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 67 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/14/2015 21:21 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 68 | Allen S. | Ian MacPhee | | | 5/14/2015 21:47 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |

Case 3:16-cv-00940-MPS   Document 105-2   Filed 10/26/18   Page 3 of 6

Audet, et al. v. Fraser et al., No. 3:16-cv-00940 (D. Conn.)
Plaintiffs' First Amended Privilege Log -- 6/19/2018

| # | To | Sender | CC | BCC | Date | Description | Privilege(s) |
|---|---|---|---|---|---|---|---|
| 341 | Carlos E | Allen S. | | | 5/23/2015 3:55 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 342 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/23/2015 6:59 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 343 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/23/2015 7:18 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 344 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/23/2015 8:20 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 345 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/23/2015 12:44 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 346 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 5/23/2015 14:31 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 347 | Alpha Dog | Allen S. | | | 5/23/2015 14:48 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 348 | B H | Allen S. | | | 5/23/2015 15:23 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 349 | 'Allen S.' | cryptoman@uurda.org | | | 5/23/2015 15:27 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 350 | Eric Kahan | Allen S. | | | 5/23/2015 15:47 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 351 | Crypto Man | Allen S. | | | 5/23/2015 16:12 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 352 | Matthew Martello | Allen S. | | | 5/23/2015 17:24 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |

Case 3:16-cv-00940-MPS   Document 105-2   Filed 10/26/18   Page 4 of 6

Audet, et al. v. Fraser et al., No. 3:16-cv-00940 (D. Conn.)
Plaintiffs' First Amended Privilege Log -- 6/19/2018

| # | To | Sender | CC | BCC | Date | Description | Privilege(s) |
|---|---|---|---|---|---|---|---|
| 1328 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/2/2015 11:11 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1329 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/2/2015 15:14 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1330 | 'Marc Charbonneau' | gaw.lawsuit.allen1980s@gmail.com | | | 8/3/2015 0:19 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1331 | gaw.lawsuit.allen1980s@gmail.com | BIThome | | | 8/3/2015 3:19 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1332 | 'Thomas Kinet' | gaw.lawsuit.allen1980s@gmail.com | | | 8/3/2015 10:25 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1333 | info@bithome.at | gaw.lawsuit.allen1980s@gmail.com | | | 8/3/2015 10:27 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1334 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/4/2015 5:08 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1335 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/4/2015 9:43 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1336 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/4/2015 9:57 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1337 | gaw.lawsuit.allen1980s@gmail.com | Alexander Boiadjiev | | | 8/4/2015 11:05 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1338 | GAW.Lawsuit.Allen1980s@gmail.com | Jayme Rossiter | | | 8/4/2015 16:25 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1339 | 'Jayme Rossiter' | gaw.lawsuit.allen1980s@gmail.com | | | 8/4/2015 16:36 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1340 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/4/2015 17:22 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1341 | trestin@electrickiss.net | gaw.lawsuit.allen1980s@gmail.com | | | 8/4/2015 17:26 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |

Case 3:16-cv-00940-MPS   Document 105-2   Filed 10/26/18   Page 5 of 6

Audet, et al. v. Fraser et al., No. 3:16-cv-00940 (D. Conn.)
Plaintiffs' First Amended Privilege Log -- 6/19/2018

| # | To | Sender | CC | BCC | Date | Description | Privilege(s) |
|---|---|---|---|---|---|---|---|
| 1342 | gaw.lawsuit.allen1980s@gmail.com | Trestin | | | 8/4/2015 17:56 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1343 | 'Trestin' | gaw.lawsuit.allen1980s@gmail.com | | | 8/4/2015 18:12 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1344 | gaw.lawsuit.allen1980s@gmail.com | Trestin | | | 8/4/2015 23:39 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1345 | 'Trestin' | gaw.lawsuit.allen1980s@gmail.com | | | 8/5/2015 0:08 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1346 | gaw.lawsuit.allen1980s@gmail.com | Trestin | | | 8/5/2015 1:01 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1347 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/5/2015 1:50 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1348 | gaw.lawsuit.allen1980s@gmail.com | Kris Hunter | | | 8/5/2015 13:18 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1349 | <gaw.lawsuit.allen1980s@gmail.com> | Paul Mouat | | | 8/5/2015 15:46 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1350 | 'Paul Mouat' | gaw.lawsuit.allen1980s@gmail.com | | | 8/5/2015 15:47 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1351 | 'Trestin' | gaw.lawsuit.allen1980s@gmail.com | | | 8/5/2015 15:55 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1352 | gaw.lawsuit.allen1980s@gmail.com | Trestin | | | 8/5/2015 17:38 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1353 | 'Trestin' | gaw.lawsuit.allen1980s@gmail.com | | | 8/5/2015 17:56 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1354 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:00 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |
| 1355 | 'John j' | gaw.lawsuit.allen1980s@gmail.com | | | 8/10/2015 22:04 | Email sent for purposes of organizing/gathering information for lawsuit/class action. | WP |

Case 3:16-cv-00940-MPS   Document 105-2   Filed 10/26/18   Page 6 of 6

Audet, et al. v. Fraser et al., No. 3:16-cv-00940 (D. Conn.)
Plaintiffs' First Amended Privilege Log -- 6/19/2018

| # | To | Sender | CC | BCC | Date | Description | Privilege(s) |
|---|---|---|---|---|---|---|---|
| 1356 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:06 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1357 | 'John j' | gaw.lawsuit.allen1980s@gmail.com | | | 8/10/2015 22:14 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1358 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:14 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1359 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:17 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1360 | 'John j' | gaw.lawsuit.allen1980s@gmail.com | | | 8/10/2015 22:27 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1361 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:27 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1362 | 'John j' | gaw.lawsuit.allen1980s@gmail.com | | | 8/10/2015 22:29 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1363 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:31 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1364 | 'John j' | gaw.lawsuit.allen1980s@gmail.com | | | 8/10/2015 22:33 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1365 | gaw.lawsuit.allen1980s@gmail.com | John j | | | 8/10/2015 22:37 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1366 | 'John j' | gaw.lawsuit.allen1980s@gmail.com | | | 8/10/2015 22:48 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1367 | Allen Shinners | Andrew Lee | | | 8/10/2015 23:51 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1368 | 'Andrew Lee' | gaw.lawsuit.allen1980s@gmail.com | | | 8/11/2015 0:14 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |
| 1369 | GAW.Lawsuit.Allen1980s@gmail.com | speabaua@server134.web-hosting.com on behalf of PayCoin | | | 8/12/2015 19:22 | Email sent for purposes of organzing/gathering information for lawsuit/class action. | WP |