UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br><br>DECLARATION OF ALLEN SHINNERS RE: DEFENDANT STUART A FRASER'S MOTION TO COMPEL DISCOVERY (DKT. 103)<br><br>November 16, 2018 |

I declare under penalty of perjury as follows:

1.　My name is Dean Allen Shinners. I am one of the named plaintiffs in this lawsuit. I make this declaration in support of plaintiffs' opposition to Defendant Stuart A. Fraser's Motion to Compel Discovery.

2.　I purchased a number of products from GAW Miners—mainly Hashlets and Hashstakers. At the end of 2014, GAW Miners launched a platform for trading a cryptocurrency it created called Paycoin. The trading platform was called Paybase. GAW Miners promised that Paybase would have many features that were not included when Paybase launched.

3.　The launch of Paybase triggered a substantial backlash from the GAW Miners community. Internal information from GAW Miners was released publicly. Around the same time, rumors that GAW Miners was subpoenaed by the SEC began to circulate. Those rumors were ultimately verified. As a result of the SEC investigation and the release of internal documents from GAW Miners, it eventually became clear that GAW Miners made a number of misrepresentations and omissions about its products.

4.      Starting in April 2015, I began to discuss filing a class action lawsuit against GAW Miners with other investors. At that time, I anticipated litigation with GAW Miners. I exchanged a number of emails with other investors. My primary purpose in emailing other investors was to gauge their interest in participating in a class action lawsuit, to verify that the investors purchased products from GAW Miners, and to attempt to determine the extent of their losses.

5.      In the Fall of 2015, I created a website called gawsuit.com. One of the purposes of the website was to allow investors to upload documents relating to their purchases of products from GAW Miners. Approximately 500 individuals initially expressed interest in the lawsuit, and approximately 170 individuals uploaded documents through gawsuit.com that related to their purchases, activities, and subsequent losses.

6.      I provided my emails with other investors, as well as the documents that were uploaded to gawsuit.com, to my attorneys at Susman Godfrey.

7.      I provided the documents that were uploaded through gawsuit.com to the FBI. I did not provide my emails with potential investors to the FBI.

8.      I have been in constant contact with attorneys regarding this lawsuit. Before contacting any investors, I discussed this lawsuit with an attorney that was also a victim of GAW Miners' fraud. Before hiring Susman Godfrey, I discussed this case with attorneys in Boston and Los Angeles.

9.      During my deposition, I testified that I provided all documents that I had given to Susman Godfrey to the FBI. I was referring to all documents that are contemporaneous with the events at issue in this case and the FBI investigation. At no time did I forward any private investor emails to the FBI, as they did not determine that they would be of value in their ongoing

6172354v1/014928

investigation. The investor files sent were those referenced in paragraph numbered 5, for the 170 individual investors claiming losses, and supporting such loss claims with their specific Zencloud account activities, as well as any and all purchase receipts received from GAW Miners.

Dated: November 15, 2018

                                                */s/ Dean Allen Shinners*_____
                                                Dean Allen Shinners