UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>NOVEMBER 16, 2018<br><br>DECLARATION OF COLIN M. WATTERSON RE: DEFENDANT STUART A. FRASER'S MOTION TO COMPEL DISCOVERY (DKT. 103) |

I declare under penalty of perjury as follows:

1. My name is Colin Watterson. I am an attorney licensed to practice law in the State of Texas and am an associate with the law firm Susman Godfrey LLP. I have personal knowledge of the facts in this declaration. I am making this declaration in support of plaintiffs' opposition to Stuart A. Fraser's Motion to Compel Discovery (Dkt. 103).

2. I serve as counsel for plaintiffs in the above captioned action. I am admitted *pro hac vice* in the above captioned action.

3. Mr. Shinners provided Susman Godfrey with emails between him and other GAW Miners investors. Those emails were withheld from production and logged on the privilege log that was provided to Mr. Fraser in this case. A true and correct copy of the privilege log is attached as <u>Exhibit 1</u>.

1

4. In preparing the privilege log, I asked our e-discovery vendor to populate the fields "To," "Sender," "CC," and "BCC" with the metadata from the to, from, cc, and bcc fields in the emails.

5. Mr. Shinners also provided Susman Godfrey with documents that were uploaded by members of the putative class. All relevant, responsive documents were produced.

6. Attached as <u>Exhibit 2</u> a copy of a spreadsheet that was produced in this lawsuit as GAW01023309. The spreadsheet is true and correct, except that it was altered to hid columns providing information other than the individual's name so as not to include personally identifiable information.

7. Attached as <u>Exhibit</u> 3 is a copy of a spreadsheet that was produced in this lawsuit as GAW0122172. The spreadsheet is true and correct, except that it was altered to hid columns providing information other than the individual's name so as not to include personally identifiable information.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Dated: November 16, 2018

*/s/ Colin M. Watterson*
Colin M. Watterson
