# EXHIBIT 2

| First Name | Last Name |
|---|---|
| Aaron | Carter |
| Andrew Scott | Hopkinson |
| Acácio | da Rosa Florentino |
| Adam | Lemm |
| Aleksandr | Tolstykh |
| Alex | Lukashevich |
| Alexander Anthony | Kloss |
| Alexander Georgiev | Boiadjiev |
| Alfonso | Hernandez |
| Andrew Scott | Dupont |
| Belinda Jane Elizabeth | Burrows |
| Bishoy | Shehata |
| Brandon Shane | Russell |
| Brett Colin | Madden |
| CARLOS LUIS | Espinoza |
| Lin | Chao-Heng |
| Chris Lyons | Richmond |
| Christian L. | Bills |
| Christopher Alan | Crane |
| Christopher James | Coffman |
| Christopher Joel | Spangler |
| Ali | Hussain |
| Andrew Thomas | Clausen |
| Arthur | James |
| Austin Payam | Koosha |
| Bart Cornelis | Kant |
| Bryan Gilbert | Meyers |
| Charlie | Borgund |
| Christian Makalo | Clifford |
| Christian Paul Robert | Cameron |
| Christopher | Regul |
| D. Allen | Shinners |
| Dag Frode | Olsen |
| Daniel Gil | Simpson |
| Daniel Olavi | Mondesire |
| Dave Wayne | Fisher |
| David Miles | Shepherd |
| David Vee Sheng | Mah |
| Davis | Tyner |
| Dean Paul | John |
| Denis | Sholokhov |
| Denis Marc | Audet |
| Dimitri | Zelepuhin |
| Dimitrios | Anastasakis |
| Duc Minh | Mai |
| Edward | Hutchinson |

| | |
|---|---|
| Efstratios | Kapetanakis |
| Eric Bryce | Kahan |
| Eric S. | Kraus |
| Fendy | Gunawan |
| Florian | Winter |
| Gabriel Garriga | Rijo |
| George William | Gregory |
| Giovanni | Silvestri |
| Guillaume Pierre André | Barlier |
| Hedi Ben | Mansour |
| Helmut | Siedl |
| Hieu | Pham |
| Hilary David | Kinckner |
| Ian Scott | MacPhee |
| Ian Thomas | Roskam |
| Jack Gentry | Saunders |
| Jacobus | Vlasveld |
| Jaime Alfonso | Martin |
| James Howard | O'Rourke |
| James Johnny | Pass |
| **James Michael \*\*** | **Juneau** |
| Jan Jacob Laurens | Langedijk |
| Jan Pieter | De Smet |
| Jason Imco | Poole |
| Jason | Vargas |
| Jayme Joyce-Myrle | Rossiter |
| Jeffrey D. | Weinand |
| Jeffrey Jason | Grant |
| Jeffrey Maynard | Macfarlane |
| Jeremy Michael | Schwartz |
| Jhonn | Cortesi |
| Jimmy | Vespoli |
| Jochen Ulrich | Siegrist |
| Jody Lee | Fritzke |
| Johannes Ignatuis | de Wet |
| John Leonard | Tuberosi |
| Jonas Per Lars | Bergqvist |
| Jonathan Andrew | Cable |
| **Jose Carlos \*\*** | **Barrales Quirino** |
| Joseph Hugh | Murphey |
| Josh George | Gathje |
| Joshua Keith | Eaker |
| Jurgen | Daems |
| Keith | Burrows |
| Kellen | Jalbert |
| Kenneth Martin | Holker II |
| Kerry | Tully |

| | |
|---|---|
| Kevin Joseph | King |
| Khaled | Khayal |
| Kinney Edward | Simmons |
| Lawrence David | hughes |
| Leon Ralph | Fadden |
| Leonard Paul | Dongweck Jr. |
| Leonardo | Colucci |
| Mahendra | Phagu |
| **Marc-Oliver** | **Charbonneau** |
| Maria Eugenia | Tuberosi |
| Marianne Marie Louise | Kant |
| Martin Daniel | Fenske |
| Martin | De Cicco |
| Martin Ernst | Ammann |
| Martin Horton | Alexander |
| Matthew | Keigher |
| Matthew Philip | Martello |
| Matthew R. | Srulowitz |
| Matthijs Rens | Priester |
| Michael | Koerner |
| Michael Edward | Davis |
| Michael Lynn | Rodick |
| Michael David | Pfeiffer |
| Michael | Viklund |
| Thiagarajan | Mohan |
| **Nathan** | **Youngman** |
| Nathan David | Dyck |
| **Nathan** | **Saunders** |
| Nicholas | Osika |
| Nuno Rosado | Teodósio |
| Patrick | Charbonneau |
| Paul | Mouat |
| Paul David | Formosa |
| Paul | Heath |
| Paul Joseph Henricus | Gerarts |
| Paul Williams | Lindgren |
| Payton | Peterson |
| Peter Robert | Molloy |
| Pieter Carl | Clahsen |
| Piotr Janusz | Kwiecien |
| **Porfirio** | **Pinacho** |
| Rafael | Gonzalez-Ripoll Gimenez |
| Richard Arthur | Nelson |
| Robert Alan | Hoppenfeld |
| Robert | De Wilde |
| Robert | Puckett |
| Roman Vyacheslavovich | Gorodnev |

| | |
|---|---|
| Ronald | Reyes |
| Ryan Andrew | Harris |
| Ryan Thomas | Grimes |
| Scott Andrew | Roberts |
| Scott Joseph | Fehrman |
| Sergio | De Matteis |
| Serkan | Seyyar |
| Simon Peter | Black |
| Slaven | Sabolović |
| Stefan | Stolk |
| **Steven Dale** | **Smith** |
| Sumit | Kaushal |
| Teresa Susan | Crivello |
| Tezontl | Rosario |
| **Thomas James** | **Oberholtzer** |
| Thomas James | Kinet |
| Thomas P. | Mueller |
| Thomas Van | Le |
| Tim | Lorat |
| Timothy | Van der Bliek |
| Todd | Pietila |
| Trestin Shing | Harper |
| Tyler | Hamilton |
| Tyler Robert | Savioli |
| Veronica | Reyes |
| Victor Juan | Vargas |
| Victor Manuel | Vargas II |
| Viet Hoan ** | Ly |
| William | Garrido |
| Wim | Berkhof |
| Xavier T | Mitchell-Diggens |
| Yawar | Abbas |
| Rishad | Jain |
| Adam | Matlack |