# EXHIBIT 3

Real Name
Grant Honeycutt
Gabe Cava

John Jonassen
Callum Baker
Thomas Mueller
Dimitrios Anastasakis
Tezontl Rosario
David Adkins
Ian MacPhee
Matthias Lüber
Sean Thompson
Michael Pfeiffer
Lee Fadden
Harry Holzhauser
Adam Lemm
Jurgen Daems
Efstratios Kapetanakis
Thomas Berwick
Don Patterson
Dave & Nicky Fisher
sharnjit sira
Jeff Naatz
Kaden Thielmann
Nicholas Kaminski
Christian Makalo Clifford
CARLOS ESPINOZA
Jeremy Schwartz
Christopher Coffman
Davis Tyner
Jeff Macfarlane
Adam Shake
Patrick Charbonneau
Kenneth "Kent" Holker
john skiver
Michele
Jose Carlos Barrales
Grigory Chamkin
Jhonn Cortesi
Daniel Simpson
Kellen Jalbert
Yohan Sanchez
Gregory Lecomte
HO WEE KIAN RAYMOND
Kevin Calabrese

Leonardo Colucci
Jimmy vespoli
serkan seyyar
Michael Bova
Kieran Donahue
Jan De Smet
Martin De Cicco
Aaron Lentz
Steven McGee
Murtaza Saifuddin
David Shepherd
Christian Bills
Pieter Clahsen
TOURATIER Lucas
Robert Briggs
Matt Brown
Helmut Siedl
rajan tak
Roman Gorodnev
Jesse Johnson
Scott Fehrman
Paul Lindgren
Donald Honabach
Arthur James IV
Ryan Slee
Jeremy Lindsey
Nirav D Patel
Bernard Fourie
Raymond Baxter
Piotr Kwiecien
Alexander Kloss
Devon Wolfe
Tom Whiffen
Anthony Brandon Andrews
Jordan Flati
Deyan Rashkov
Richard van Denderen
Damian Coleman
Jonas Bergqvist
Luis San
Tom Gabel
richard pennington
John Jonassen
Arthur CHAUVET
James Wiegmann
todd pietila

Gabriel Garriga Rijo
Hendrikus Coolen

Dag Olsen

Jason Wang
Michael Roncone
Daniel Mondesire
Craig Cain
Dean John
Hudson Joyner
Casey Little
Eric Chiang
Victor Brusca
Vukosava Tanaskovic
David Mah
Michael Viklund
Terry Dowding
Hunter Douglas
Ryan Hall
Nicolas Lapointe
Patrick Mischka II
Martin Gypser
Piotr Kwiecien
Artsruni Gasparyana
Bernardo Zosa
Heinz Lehner
Matthias Lüber
Delafosse Olivier
Adrien
Keith Duguay
Tyler Savioli
Casey Skidgel
Brandon Williams
Kevin King
Ronald Reyes
Jane Kreisman
Michael Olinger
jared tallott
Ivan Vidovic
Drew Cordell
Alexander Boiadjiev
Fernando Gonçalves
Anthony Brtown
Jonathan Dalcin
Tim Lorat
Giovanni Silvestri

Hai Nguyen
Randall Caldron
Fendy Gunawan
Matthew Young
Nathan Saunders
Chris Morris
Adam Barnes
Anton Snitko
Jochen Siegrist
Nathan Youngman

Barry mylett
ricardo varilias
Jeremy McConnell
Brady Heigaard
Paul Heath
Paul Heath
jordi Gonzalez
Barry Hufstetler
Nikolai Hilse

Brandon Gash

George Ditchev
Aaron Kennedy
Thomas Beul
Leong Wai Kit
Viet Hoan Ly
Allen Shinner
antonio reda
Markus Lang
Piero Giordano
Liliana Rota
dave scarano
Eric Kahan
Sigert Erzeel
Jared
Steven Bingham
Jeredd Jalbert
Gareth Williams
Carlos CATALAN
Lawrence Madern
Jason Chattin
Lendale Moseley
Sergio De Matteis
Muhammad Sohail
Sean Nazarian

Hilary Kinckner
Matthijs Priester
Hakan
john langedijk
Josh Gathje
Gordon Stacey
Samer Serhan
Ali Hussain
Stephen Wilson
Jamie Clark
Rafael Gonzalez-Ripoll
Florian Winter

Ted Dowding
River Milnes
David Wainwright

Jordan Powers
Robert Fredriksson
Josh Short
David Clark
lanjee chee
james peart
Christopher Loh
Joyce Henderson
James McCarron
Luke Bendall
Jody Fritzke
Thomas Kinet
Drew Dupont
Anmmar Alsaggaf
Stephan Kandlhofer
AARON RHINE
John
Collin Hamby
Matthew Hogan
Steven D Smith
Dave Eoff
Thomas Le
Shay k Sebesta
Myles Tamsen
Muhamad Hafil Adiputra
Eric Kraus
Nathan Dyck
Joshua Eaker
Rishab Jain
Denis Marc Audet

Richard Nelson
Tim Weitzel
Tom Mayo
James Brand
Amadeu Gonçalo S Mendes
Marc-Olivier Charbonneau
Joshua Houck
Venkateswaran Kavachery
Keith Taylor
Michael Deeg
Paul (pmouat)
Christian Urban
Maksim Bikmayev
Rodrigo Bentancur
James H. O'Rourke II
Gerrit Braun
Hann Ming low
Jaak Vlasveld
Jaime Martin
Nicoka Sanderson
Dustin Chambers
Robert Hoppenfeld
Nils Bolhoven
Tony Lopez
Nicolas OSIKA
Ethan Hammond
Yawar Abbas
Scott Fargo
Victor J. Vargas
Michael Koerner
Jeff Mckittrick
John Tuberosi
Hong yu Luo
GW Gregory
Edward Hutchinson
Kevin Shelby
Michael Diaz
Terry Caniff
David Howard
Steve Burnett
Teresa Crivello
Steve soto
Jason Vargas
Bernd Stetter
Virgil Dilworth
patrick nadeau

Anders Nicholai
Joseph Murphey
Sebastian terzoli
Eric Sanchez
Matteo Trinca
Larry Godfrey
Taylor Godfrey
Daniel Miranda
Brett Madden
Martin Ammann
Adam Viaud
Maurizio Cavalieri
Slime Diallo
Evan-John Evans
Gerold Toth
Henrik Olsson
Alejandro Ochoa Galindo
Brandon Blair
Victor M Vargas II
Slaven Sabolović
Alexander McBane
Brett Vitaz
Alex Nelson
Bruno Bozinovic
Johann Lyn
Jeffrey Weinand
Alan Blake
Cody Birdwell
Lawrence David Hughes JR
James Burden
Mardhiga Gema Putra
Daniel Gasperov
Paul Newman
Peter Molloy
Bryce Cassillo
FRANCIS BEGIN
Chris Richmond
Jeredd Jalbert
Garrick Lau
Scott
Paul Formosa
Pascal Nicksch
Darren Drake
Krishna Naidoo
Martin Ruzek
Ali Ahmed

Scott fox
JOSEPHINE TUBEROSI
Ryan Harris
John Marinkovich
Emanuel Andrei Cosutchi
Joshua McCleery
Gunter Ribeiro Amorim
Jordan Flati
John Jallade
Matthew Keigher
Edward Gel
Michael Harding
Kevin (Soriano)
Brad Lewis
Jason McBride
Nicholas Haechler
Matt Wisot
Moy Yew Hon
**Metin Erdensoy**
Adam Matlack
Bruno Aldo Lunardi
Avraham Eisenberg
Jack Saunders
Oliver Kanani
Cristofer Martinez
Francesca Cowgill
Hieu Pham
Martin Horton
Chris Jamieson
Mahendra Phagu
Ryan Lown
Kinney Simmons
Robert S. Gilreath
Christopher Haefner
Walter Novak
Andrew Clausen
Fred Robbins
Tamas Cseh
Derrick Emery
Lukasz Gorski
Tom Oberholtzer
Xavier Mitchell-Diggens
Andrew Hopkinson
Phil Vadala
Gabriel Cavazos
Jose Carlos Barrales

David Bell
Maria E. Tuberosi
Alexander Tolstykh
Chirs Hoffman
Ken Janecsko
Khaled Khayal
Jeffrey Voerg
David Fraze
Brian Osoria
Daniel Sanjuan
Ronald Gerssen
Clement Fourney
Mark Langridge
Oren Mizrahie
Acácio Florentino
Youngjik Lee
James Pass
Jonathan Hardman
Payton Peterson
Guillaume Barlier
Matthew P. Martello
Christopher Spangler
Mike Kelly
Chris Naude
Juan Simon Dighera
Matthew R Srulowitz
Pearce Hamblin
Ian Roskam
Mark Fanelli
Matt Tracy
James M. Juneau
Adrian Perez
Arthur Borges
Melvic Smith
Douglas Weber
Kazim Hassan
Kerry Tully
Denis Sholokhov
Laszlo Horvath
Scott Boudreaux
Francis Robles
Jon O'Sullilvan
Parker Briggs
Devin Soares
Matthew Wheaton
Evgen Strniša

Robert De Wilde
Robert Puckett
Gustavo Maciel
Daniel Stedman
Mai Minh Duc
Martin Fenske (Mother)
Martin Fenske
Sumit Kaushal
Jason Baker
David Pattinson
Lukas Kalkhoran
Paul Silverstein
Johannes de Wet
Charles Roth
Brandon Russell
Connor Muckle
Jonathan Cable
Salvador Garcia
Chad Boyd
Zayan Adeem
Shaun Cowley
Ronald F Busch II
Zac Valentine
Christophe Lebrun
Wisnu Darma Kusuma
Ryan Grimes
Indra Bayu Kusumo
Jeremiah Mckenna
Terry West
Tim Smith
Nuno Rosada Teodósio
Jayme Rossiter
Simon Bailey
William Garrido
Ijaz Ahmed
Pierre Jalbert
Keith Burrows
Thomas Shepard
Jason Poole
==Keith Wahl==
Adam Newbold
Corneliu Ilitoi
Brian Nguyen
Stefan Stolk
Marc Voller
Zahaib Hussain

Joe Goodsell
Anmmar Alsaggaf
Aaron Carter
Bryan Austin DeWitt
Ashraf Al Qaqa
Zhong Chou
Christopher Cameron
Tyler Allamong
Martin Claesson
Stefan Dieter
Mike Rodick
Dimitri Zelepuhin
Tamas Cseh
Alexander Lukashevich
Shawn R Gertken
Aaron Ortiz
Damon Hall
Matthew Hansen
Norman (??)
Weldon Brewster
Jack Ambrose
Nick Walts
Mitchell Cash
Mark Delano
Lin Chao-Heng
Ismael Loera Gomez
Christian Smith
Zine laabidine Rezig
Jeffrey Woodruff
Bart Kant
Ben Robertson
Tyler Hamilton
Paul Gerarts
Belinda Burrows
Robert Echave