# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS,<br>LLC, and ZENMINER, LLC,<br><br>　　　　　　　　　Defendants. | Case No. 3:16-CV-00940-MPS<br><br>Hon. Michael P. Shea<br>ECF Case<br><br><br><br>November 19, 2018 |

## DECLARATION OF SARAH L. CAVE IN SUPPORT OF DEFENDANT STUART A. FRASER'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I declare under penalty of perjury as follows:

1.　　　　My name is Sarah L. Cave.  I am an attorney licensed to practice law in the State of New York and am a partner with the law firm Hughes Hubbard & Reed LLP.　I have personal knowledge of the facts in this Declaration.

2.　　　　I represent Defendant Stuart A. Fraser ("Fraser") in this action, for which I have been admitted *pro hac vice*.

3.　　　　Homero Joshua Garza ("Garza") pled guilty to wire fraud and in September 2018 was sentenced to 21 months in prison and ordered to pay restitution of $9.1 million.  *United States v. Garza*, 17-cr-00158-RNC-1, at 83:11-14, 85:3-6 (S.D.N.Y. 2018)).)  The SEC settled its civil case against Garza.  *SEC v. Garza*, 15 Civ. 01760 (JAM) (D. Conn. 2017).)  Neither the U.S. Attorney's Office nor the SEC ever charged Fraser or suggested that he had engaged in any wrongdoing.

4.      Exhibit A-1 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Denis Marc Audet ("Audet") taken on August 10, 2018 in this action.

5.      Exhibit A-2 is a true and correct copy of Plaintiffs' calculation of Fraser's damages, which was shown to Fraser at his deposition as Marked Exhibit 160.

6.      Exhibit A-3 is a true and correct copy of Garza's Sentencing Hearing Transcript in *United States v. Garza*, 17-cr-00158-RNC-1 (S.D.N.Y. 2018).

7.      Exhibit A-4 is a true and correct copy of the Order Granting the Motion for Settlement Approval, in *SEC v. Garza*, 15 Civ. 01760 (JAM) (D. Conn. 2017).

8.      Exhibit A-5 is a true and correct copy of a September 23, 2014 report from Joe Mordica ("Mordica") to Garza that Plaintiffs produced in this action as GAW00666916.

9.      Exhibit A-6 is a true and correct copy of a November 13, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00206766.  Plaintiffs produced one version of the GAW Miners' discussion forum ("HashTalk.org") in HTML code and another version in plaintext.  The plaintext version is more readable, but the HTML version includes the date of publication.  For ease of the reader, both versions, where available, are attached and the relevant text and date are highlighted.

10.     Exhibit A-7 is a true and correct copy of a September 4, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00419194.

11.     Exhibit A-8 is a true and correct copy of a September 9, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00419394.

12.     Exhibit A-9 is a true and correct copy of excerpts from the transcript of the deposition of Madeline Eden f/k/a Matthew Eden ("Eden") taken on June 26, 2018 in this action.

13.     Exhibit A-10 is a true and correct copy of an October 29, 2014 customer support ticket that Plaintiffs produced in this action as GAW00620217.

14.     Exhibit A-11 is a true and correct copy of a December 5, 2013 email from Garza to Mordica that Plaintiffs produced in this action as GAW00626063.

15.     Exhibit A-12 is a true and correct copy of the first ten pages of an excel attachment to a February 11, 2015 email titled "HashPoint Credits" that Plaintiffs produced in this action as GAW01037879.

16.     Exhibit A-13 is a true and correct copy of excerpts from the transcript of the deposition of Joe Mordica taken on June 28, 2018 in this action.

17.     Exhibit A-14 is a true and correct copy of excerpts from the transcript of the deposition of Eric Capuano ("Capuano") taken on July 9, 2018 in this action.

18.     Exhibit A-15 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Michael Pfeiffer ("Pfeiffer") taken on July 19, 2018 in this action.

19.     Exhibit A-16 is a true and correct copy of an August 21, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00418130.

20.     Exhibit A-17 is a true and correct copy of a Reddit post by user Abridged86 available at https://www.reddit.com/r/Bitcoin/comments/2e605d/beware_of_gawminers_ hashlet_ponzi_scheme_and_scam/.

21.     Exhibit A-18 is a true and correct copy of a July 20, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00420325.

22.     Exhibit A-19 is a true and correct copy of excerpts from the transcript of the deposition of Jonah Dorman ("Dorman") taken on August 1, 2018 in this action.

23.     Exhibit A-20 is a true and correct copy of a November 20, 2014 Bitcointalk.org

Post available at https://bitcointalk.org/index.php?topic=857670.540.

24.     Exhibit A-21 is a true and correct copy of a November 18, 2014 HashTalk.org

post that Plaintiffs produced in this action as GAW00284403.

25.     Exhibit A-22 is a true and correct copy of a January 1, 2015 survey posted on

BetMoose.com available at https://www.betmoose.com/bet/paycoin-will-be-20-on-

coinmarketcap-1_1_15-1050#bets-1.

26.     Exhibit A-23 is a true and correct copy of a November 5, 2014 Bitcointalk.org

post available at https://bitcointalk.org/index.php?topic=720844.msg9440587#msg9440587.

27.     Exhibit A-24 is a true and correct copy of a December 24, 2014 Bitcointalk.org

post available at https://bitcointalk.org/index.php?topic=857670.msg9937149#msg9937149.

28.     Exhibit A-25 is a true and correct copy of a January 2, 2015 Bitcointalk.org Post

available at https://bitcointalk.org/index.php?topic=900970.260.

29.     Exhibit A-26 is a true and correct copy of a November 17, 2014 BitcoinTalk.org

post available at https://bitcointalk.org/index.php?topic=857670.200.

30.     Exhibit A-27 is a true and correct copy of excerpts from the transcript of the

deposition of Lou Kerner ("Kerner") taken on November 8, 2018 in this action.

31.     Exhibit A-28 is a true and correct copy of the September 2, 2014 ZenCloud Terms

of Service taken from archive.today on November 1, 2018 available at https://archive.fo/b0e7e.

32.     Exhibit A-29 is a true and correct copy of the December 13, 2014 GAWMiners

Terms of Service taken from archive.today on November 1, 2018 available at

https://archive.fo/r4ceI.

33.     Exhibit A-30 is a true and correct copy of October 16, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00841534.

34.     Exhibit A-31 is a true and correct copy of a February 4, 2015 HashTalk.org post that Plaintiffs produced in this action as GAW00862739.

35.     Exhibit A-32 is a true and correct copy of excerpts from the transcript of the deposition of Arvind Narayanan ("Narayanan") taken on November 5, 2018 in this action.

36.     Exhibit A-33 is a true and correct copy of the January 31, 2015 ZenMiner Terms of Service taken from archive.today and available at https://archive.fo/b0e7e.

37.     Exhibit A-34 is a true and correct copy October 16, 2014 HashTalk.org post Plaintiffs produced in this action without Bates numbers.

38.     Exhibit A-35 is a true and correct copy of December 12, 2014 BitcoinTalk.org post available at https://bitcointalk.org/index.php?topic=857670.msg9818250#msg9818250.

39.     Exhibit A-36 is a true and correct copy of excerpts from the transcript of the deposition of Dean Allen Shinners ("Shinners") taken on July 25, 2018 in this action.

40.     Exhibit A-37 is a true and correct copy of a December 9, 2014 NullTX article "Why GAW Miners is a Scam" available at https://nulltx.com/gaw-miners-scam/.

41.     Exhibit A-38 is a true and correct copy of a September 6, 2014 Bitcointalk.org post titled, "GAW ZenCloud ZenPool Hashlet-does it really exist?" available at https://bitcointalk.org/index.php?topic=720844.0.

42.     Exhibit A-39 is a true and correct copy of an October 28, 2014 Bitcointalk.org post available at https://bitcointalk.org/index.php?topic=835464.msg9370371#msg9370371.

43.     Exhibit A-40 is a true and correct copy of a December 11, 2014 HashTalk.org post that Plaintiffs produced in this action as GAW00464940.

44.     Exhibit A-41 is a true and correct copy of a November 22, 2014 CoinFire.com article titled, "Is GAW Miners Lying about Partnerships?" available at https://99bitcoins.com/is-gaw-miners-lying-about-partnerships/.

45.     Exhibit A-42 is a true and correct copy of a January 19, 2015 CoinFire Article "SEC Investigation of GAW Miners Underway" available at https://web.archive.org/web/20150120011913/https://coinfire.cf/2015/01/19/sec-investigation-of-gaw-miners-underway/.

46.     Exhibit A-43 is a true and correct copy of a January 21, 2014 Google Alert to a GAW Miners Employee (rami@geniusesatwork.com) that Plaintiffs produced in this action as GAW01055599.

47.     Exhibit A-44 is a true and correct copy of excerpts from the transcript of the deposition of Robert Mills taken on October 30, 2018 in this action.

48.     Exhibit A-45 is a true and correct copy of a December 26, 2014 version of the Team Paycoin Website available at https://web.archive.org/web/20141226025637/http://teampaycoin.com/.

49.     Exhibit A-46 is a true and correct copy of a HashTalk.org post listing Team Paycoin as an Affiliate Company that Plaintiffs produced in this action as GAW00799561.

50.     Exhibit A-47 is a true and correct copy of an April 14, 2015 HashTalk.post taken from archive.today and available at http://archive.fo/pEsCb.

51.     Exhibit A-48 is a true and correct copy of Screenshot of Shinners' website listing Adam Matlack as a "partner," available at http://archive.is/aIWDf.

52.     Exhibit A-49 is a true and correct copy of an Ion Coin White Paper available at ionomy/ion.com.

53.     Exhibit A-50 is a true and correct copy of a September 13, 2014 email between Pfeiffer and Miller that Plaintiffs produced in this action as GAW00691387-98.

54.     Exhibit A-51 is a true and correct copy of Shinners' Victim Impact Statement that Plaintiffs produced in this action as GAW01022853.

55.     Exhibit A-52 is a true and correct copy of an April 10, 2015 Bitcoinnewsmagazine.com article "Potential Class Action Lawsuit Against GawMiners" available at https://bitcoinnewsmagazine.com/potential-class-action-lawsuit-against-gawminers/.

56.     Exhibit A-53 is a true and correct copy of Pfeiffer's October 11, 2015 Letter of Authorization for the Release of Zencloud and Paybase Account Details that Plaintiffs produced in this case without a Bates number.

57.     Exhibit A-54 is a true and correct copy of the September 26, 2014 GAW Miners Affiliate Program FAQ available at https://web.archive.org/web/20140926203444/http://gawminers.com:80/pages/affiliate-faq.

58.     Exhibit A-55 is a true and correct copy of the October 18, 2014 GAW Miners Affiliate Program Guide available at https://web.archive.org/web/20141018231332/http://www.gawminers.com:80/pages/affiliate-program-guide.

59.     Exhibit A-56 is a true and correct copy of a September 5, 2014 email from Carlos Garza that Plaintiffs produced in this action as GAW00630267.

60.     Exhibit A-57 is a true and correct copy of a September 16, 2014 email to Carlos Garza that Plaintiffs produced in this action as GAW00644511.

61.     Exhibit A-58 is a true and correct copy of a May 1, 2015 copy of HashTalk.org, listing "Hashling," which is Pfeiffer's username, as a global moderator, available at http://archive.fo/zvYyP.

62.     Exhibit A-59 is a true and correct copy of Michael Pfeiffer's Responses and Objections to Defendant's First Interrogatories dated June 27, 2018.

63.     Exhibit A-60 is a true and correct copy of a December 30, 2014 email from Garza to Dorman that Plaintiffs produced in this action as GAW00064051.

64.     Exhibit A-61 is a true and correct copy of a March 4, 2015 email from Dorman to Garza and Eden that Plaintiffs produced in this action as GAW00081748-GAW00081749.

65.     Exhibit A-62 is a true and correct copy of a February 28, 2015 email between Garza, Dorman and Eden that Plaintiffs produced in this action as GAW00041910-GAW00041916.

66.     Exhibit A-63 is a true and correct copy of a HashClub.org post available at https://hashclub.org/topic/1144/bitlend-io-closing-its-doors/5.

67.     Exhibit A-64 is a true and correct copy of a March 16, 2015 HashTalk Private Market Place Guide available at https://web.archive.org/web/20150316055930 /https://hashtalk.org/topic/10390.rss.

68.     Exhibit A-65 is a true and correct copy of a November 5, 2014 Reddit Post available at https://www.reddit.com/r/blackcoin/comments/2lblui/rbitcoin_thread _skeptical_about_gaw_miners_and/.

69.     Exhibit A-66 is a true and correct copy of a Reddit post available at https://www.reddit.com/user/Allen1980s.

70.     Exhibit A-67 is a true and correct copy of a November 11, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00118113.

71.     Exhibit A-68 is a true and correct copy of a December 7, 2014 email from Shinners to Dan Kelley that Plaintiffs produced in this action as GAW00130178.

72.     Exhibit A-69 is a true and correct copy of a December 31, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00152310.

73.     Exhibit A-70 is a true and correct copy of a November 30, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00197389-GAW00197392.

74.     Exhibit A-71 is a true and correct copy of a January 3, 2015 email between Shinners and Garza that Plaintiffs produced in this action as GAW00062266.

75.     Exhibit A-72 is a true and correct copy of a November 25, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW0040685-87.

76.     Exhibit A-73 is a true and correct copy of a November 16, 2014 email from Shinners to Dorman that Plaintiffs produced in this action as GAW00036861.

77.     Exhibit A-74 is a true and correct copy of a December 16, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00075155-GAW00075156.

78.     Exhibit A-75 is a true and correct copy of a December 16, 2014 email between Shinners and Garza that Plaintiffs produced in this action as GAW00074953-GAW00074955.

79.     Exhibit A-76 is a true and correct copy of a November 28, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00654837.

80.     Exhibit A-77 is a true and correct copy of a December 18, 2014 email between Garza and Shinners that Plaintiffs produced in this action as GAW00074581.

81.     Exhibit A-78 is a true and correct copy of a HashTalk.org post that Plaintiffs produced in this case as GAW00365439.

82.     Exhibit A-79 is a true and correct copy of a November 21, 2014 email from Dorman to Shinners that Plaintiffs produced in this action as GAW00092021.

83.     Exhibit A-80 is a true and correct copy of November 26, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00622213.

84.     Exhibit A-81 is a true and correct copy of a December 29, 2014 email from Shinners to Garza that Plaintiffs produced in this action as GAW00150841.

85.     Exhibit A-82 is a true and correct copy of a November 30, 2014 email from Shinners to Garza and Mordica that Plaintiffs produced in this action as GAW01072845.

86.     Exhibit A-83 is a true and correct copy of a Reddit Post by Shinners available at https://www.reddit.com/user/Allen1980s.

87.     Exhibit A-84 is a true and correct copy of an April 2016 Get Hashing post available at https://forum.gethashing.com/t/xpy-paycoin-tearrapy-xpy-io-linked-to-team-ion-and-ionomy/1559.

88.     Exhibit A-85 is a true and correct copy of a September 26, 2014 email between Pfeiffer, Miller and others that Plaintiffs produced in this action as GAW00691260-62.

89.     Exhibit A-86 is a true and correct copy of a September 12, 2014 email between Pfeiffer and Miller that Plaintiffs produced in this action as GAW00689517-19.

90.     Exhibit A-87 is a true and correct copy of a September 24, 2014 email between Pfeiffer and Miller that Plaintiffs produced in this action as GAW00690842-3.

91.     Exhibit A-88 is a true and correct copy of a September 26, 2014 email between Pfeiffer and Miller that Plaintiffs produced in this action as GAW00691189-90.

92.     Exhibit A-89 is a true and correct copy of a September 26, 2014 email between Pfeiffer and Miller that Plaintiffs produced in this action as GAW00690324-26.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Dated: November 19, 2018

Sarah L. Cave

11

# Exhibit A-1

Contains Confidential Portions

Page 1

1

    UNITED STATES DISTRICT COURT

2   DISTRICT OF CONNECTICUT
    ------------------------------------------
3   DENIS MARC AUDET, MICHAEL PFEIFFER,

4   DEAN ALLEN SHINNERS, and JASON VARGAS,

    Individually and on Behalf of All Others

5   Similarly Situated,

6                          Plaintiffs,

7

8            vs.        No. 16-940

9

10  HOMERO JOSHUA GARZA, STUART A. FRASER,

    GAW MINERS, LLC, and ZENMINER, LLC,

11  (d/b/a ZEN CLOUD),

12                       Defendants.

13  ------------------------------------------

14

15      ** CONTAINS CONFIDENTIAL PORTIONS **

16

17   VIDEOTAPED DEPOSITION OF DENIS MARC AUDET

18

19

20          Friday, August 10, 2018

21               11:00 a.m.

22

23  Reported by:

24  Joan Ferrara, RPR, RMR, CRR

25  Job No. 144961

Contains Confidential Portions

Page 18

D. Audet

1
2    start-up, for instance?
3       A    No.
4       Q    Have you ever started any other
5    business besides Audet Web Design?
6       A    No.
7       Q    When did you first hear about
8    crypto currency?
9       A    I would say approximately 2010.
10      Q    How did you hear about it?
11      A    I just heard about Bitcoins
12   through either trade journals or some
13   online articles or newspapers.
14      Q    Do you remember where those
15   articles appeared?
16      A    Might have been Wired Magazine
17   or Fast Company.
18      Q    Did you buy any Bitcoin at that
19   time?
20      A    No.
21      Q    Did you go about learning more
22   about crypto currency?
23      A    No.
24      Q    When did you begin to learn more
25   about crypto currency?

Page 19

D. Audet

1
2       A    Approximately September 2014.
3       Q    And what did you do in September
4    2014 to learn more?
5       A    Oh, I came across an article in
6    a trade journal that was talking about
7    mining Bitcoins and this company called GAW
8    that was offering pre-installed mining
9    equipment that you could just rent or buy
10   to mine Bitcoins without having to set up
11   the equipment yourself and managing it
12   yourself.
13      Q    Do you remember what trade
14   journal that was?
15      A    It was called CPU Magazine.
16      Q    So was that the first time you
17   had heard of G-A-W or GAW?
18      A    Yes.
19      Q    Did you take any steps to learn
20   anything else about GAW at that point?
21      A    I visited their website.
22      Q    Did you do any other research?
23      A    No.
24      Q    Did you go on any online forums
25   to read about GAW?

Page 20

D. Audet

1
2       A    I googled GAW and just, I read
3    about Josh's name and I heard he had to do
4    with -- I heard he had a company in Vermont
5    that had to do with broadband or internet
6    access or something.
7       Q    By Josh you're referring to Josh
8    Garza?
9       A    Yes.
10      Q    Did you ever buy any miners?
11      A    Sorry, through -- clarify?
12      Q    Did you ever purchase any
13   physical miners?
14      A    No.
15      Q    When did you first make your
16   first crypto currency related investment?
17      A    I purchased some Hashlets
18   through GAW in, I think it was October
19   2014.
20      Q    How did you purchase those
21   Hashlets?
22      A    I used a credit card and went on
23   their online forum.  They had an online
24   shopping cart where you could buy this
25   equipment.

Page 21

D. Audet

1
2       Q    What was that shopping cart
3    called, do you remember?
4       A    I can't remember.  It was part
5    of their website.
6       Q    So it was on the GAW miners
7    website that you purchased the Hashlets?
8       A    Right, yeah.
9       Q    Was it on Zen Cloud?
10      A    It could have been -- yeah, I
11   think it was one of the platforms they had.
12      Q    And can you tell me what were
13   Hashlets?
14      A    According to what I read in the
15   website, a Hashlet was either a standalone
16   physical machine or part of a physical
17   machine that was basically dedicated to
18   mining Bitcoins or alternate coins, and
19   basically I was purchasing either that
20   machine or part of that machine.
21          And GAW would basically install
22   it in their warehouse or wherever they had
23   it, you know, plug it into internet, plug
24   it into the walls, it would run, you know,
25   just do the maintenance on it.  And they

Contains Confidential Portions

Page 42

D. Audet

the GAW website was there was the
introducing of new product lines. They
were saying that the Primes would be
upgradable and they were promising new
features coming around, and that's what
kept my interest in the GAW products.
Q    When you say upgradable, what do
you mean by that?
A    For example, they built -- they
introduced new features in the Primes where
you could get additional mining power if
you logged into the morning and hit a
certain button to, what they call boosting.
So you were able to get a little bit better
payout if you've logged in every morning
and monitored things.
Q    Did you do that?
A    Yes.
Q    Did you know -- strike that.
Did you -- strike that again.
What new features were you
excited about?
A    I think I liked the boost
feature where it seems like you were

Page 43

D. Audet

getting more power than what you bought
originally for a limited amount of time.
Q    Do you have a sense of why GAW
might have implemented that boost feature?
A    No, I don't.
Q    Were there any other features
that were particularly appealing to you?
A    Nope.
Q    Did you consult anyone else
about your GAW purchases?
A    Nope.
Q    Did you interact with anyone
online to discuss your GAW purchases?
A    No, I didn't.
Q    Do you have a financial planner,
in general?
A    Yes.
Q    Did you ever mention your GAW
purchases to your financial planner?
A    No, I didn't.
Q    Did you have only one Zen Cloud
account?
A    Yes.
Q    Where did you get the Bitcoin

Page 44

D. Audet

that you used to pay for the Hashlets?
A    I purchased Bitcoins through a
couple of exchanges. One was called
CoinBase.
Q    Do you remember what the other
ones were called?
A    One was called Circle.com.
Q    Why did you use those particular
exchanges?
A    Oh, they were the easiest to use
and they were based in the United States.
Q    Why was that important to you?
A    Because I felt that a U.S.-based
company would be more credible.
Q    I think you may have mentioned
this earlier, but were some Hashlets more
expensive than others?
A    If I remember correctly, I think
the Primes were slightly more expensive
than say the Genesis Hashlets.
Q    What made them worth more?
A    I think the Genesis Hashlets
were only able to mine Bitcoins and the
Primes were able to be pointed to different

Page 45

D. Audet

pools.
Q    Did you ever receive any
Hashlets or other GAW products as a result
of GAW promotions?
A    No.
Q    Did you ever participate in any
GAW promotions, like contests?
A    No.
Q    Did you ever receive GAW
products at discounted prices?
A    I can't remember. I don't think
so. I -- no, I never got coupons or
anything like that, no.
Q    What about a code in your
e-mail?
A    A discount code, I can't
remember that. I don't think so.
Q    Do you know the difference
between a Prime Hashlet and a Hashlet
Prime?
A    No.
Q    So it looks like you continued
to buy Hashlets well into November, is that
right?

Contains Confidential Portions

Page 82

D. Audet

1  
2 geeky about it, it all depends who sat at
3 the database and what they were actually
4 monitoring.
5       This could have been a column --
6 I'm speculating -- this could have been a
7 table set up at some point to do the entire
8 conversion, you know, transfer from the
9 world of Hashlets to the world of Paybase.
10 So this could have been created after we
11 actually purchased the Hashstakers.
12       Again, I'm speculating.  I
13 don't -- I didn't create this.
14       Q    Toward the bottom of the first
15 page, there are two records that say
16 withdraw in the type column.
17       A    Hold on.  I'm looking for them.
18 Oh, right, the one with ID 41678 and
19 938006, yes.
20       Q    Correct?
21       A    Correct.
22       Q    Do you know what those are
23 referring to?  It looks like you withdrew
24 $10,000 --
25       A    I don't know what those are

Page 83

D. Audet

1  
2 referring to.  I think those were, again,
3 those are -- the fact that one says 500
4 PayCoin, I think it might have been --
5 again, I think this is all related to the
6 conversion from Hashpoints to -- I don't
7 actually know what this means.
8       Q    Do you remember withdrawing
9 $10,000 from your account?
10       A    No, I do not.
11       Q    You did not withdraw $10,000?
12       A    I did not withdraw $10,000 from
13 my account.
14       Q    Okay.
15       Did you withdraw 500 PayCoin?
16       A    No, I did not.
17       Q    So you don't know what this
18 transaction labeled 93006 is referring to?
19       A    No, I don't.  I'm just skimming
20 through this.  It looks -- I don't actually
21 know what -- see, this history goes all the
22 way through April 2015.
23       Q    Uh-huh.
24       A    I don't actually know where this
25 was being recorded from.  Some of it looks

Page 84

D. Audet

1  
2 like the Hashstakers were doing payouts.
3 That's what's being recorded basically from
4 the second page onward.
5       Q    When did you stop monitoring
6 your payouts?
7       A    I think, essentially, I was
8 monitoring the payouts all the way through,
9 you know, when they closed the website
10 down.  At that point, someone else had
11 taken over the PayCoin ecosystem.  I forget
12 who that was, but.
13       Q    So you monitored your payouts
14 until you could no longer monitor your
15 payouts on the GAW website?
16       A    Uh-huh.  Some of these payouts
17 are very granular.  They could have been --
18 without actually knowing the details of how
19 they actually monitor the individual
20 Hashlets or -- I just don't know exactly
21 what they were doing.  So I'm sorry, I
22 can't tell you much more on that.
23       Q    Have you ever calculated your
24 damages, total damages, in this case?
25       A    Specifically -- total damages,

Page 85

D. Audet

1  
2 I -- you know, without being -- I only know
3 the amount of money I put into GAW
4 products.  I don't -- the damages would be,
5 you know, you know, that's a whole
6 eco-accounting definition of what we call a
7 damage.  So I -- you know, the only thing I
8 know for sure is how much money I spent on
9 GAW products.
10       Q    Okay.
11       How much was that?
12       A    Specifically, it was
13 approximately between 30 and $35,000 U.S.
14 dollars.
15       Q    That's how much you spent on GAW
16 products, correct?
17       A    Right, to buy the Hashlets and
18 things, yes.
19       Q    Did you take into account ever
20 the total amount that you received from GAW
21 products?
22       A    Yes.  I didn't receive any money
23 from the GAW -- I never took money out of
24 the GAW ecosystem, so.
25       Q    So when you received these

Contains Confidential Portions

Page 86

D. Audet

1
2  payouts, did you reinvest?
3      A    Yes, the payouts were basically
4  credit -- for example, the Hashstakers
5  would give you payouts in PayCoins.  So
6  those would just accumulate in your wallet,
7  so.
8      Q    And you never took any money out
9  of the GAW ecosystem?
10      A    No, I did not.
11      Q    Why not?
12      A    Initially, there was no need to
13  because the whole Paybase PayCoin thing
14  seemed to be working.  And towards the end,
15  like towards April of 2015 when the Paycoin
16  market was basically falling to zero, at
17  that point someone else had taken over the
18  PayCoin block chain and there were promises
19  that, you know, they were going to try to
20  do something with it.  So I was just
21  waiting to see what happened with the new
22  people who took over.  And then eventually
23  those Paycoins got converted to something
24  else called ION.  So I never sold anything.
25  I just waited to see what would happen.

Page 87

D. Audet

1
2      Q    So did you convert your PayCoins
3  to ION?
4      A    Those were done automatically
5  for me.
6      Q    Do you still hold those ION --
7      A    Yes, I do.
8      Q    Do you know who the person was
9  who took over Paycoin?
10      A    I don't remember the person's
11  name, no.
12      Q    Was it Adam Matlack?
13      A    I can't remember.  The name
14  sounds familiar.  He might have been
15  involved, but I can't remember.
16      Q    Do you remember the term Team
17  PayCoin?
18      A    Yes, I do, yeah.
19      Q    Do you know what that is?
20      A    I just remember the name.  I
21  read some of the stuff on -- I read some of
22  their material on their website.  Like I
23  said, it's 4 years ago, so it's vague now.
24      Q    Did you ever consider selling
25  your whole account?

Page 88

D. Audet

1
2      A    No.
3      Q    Moving on to the next table
4  labeled Hashpoints, you'll see a column
5  called type.
6      A    Uh-huh.
7      Q    And in it, it looks like there
8  is something called a hash payout and
9  something called a payout.
10      A    Uh-huh.
11      Q    Can you tell me the difference
12  between those two things?
13      A    I'd be guessing.  I don't know.
14  Let me look at the dates for a moment.
15      I don't know.  They all look the
16  same.  I can't tell you, sorry.
17      Q    When you monitored your payouts,
18  was there ever any differentiation
19  between --
20      A    No --
21      Q    -- different types of payouts?
22      A    No.  They're just payouts.  They
23  just appear in your account.  We always saw
24  them as higher Hashpoints or eventually pay
25  points.

Page 89

D. Audet

1
2      These would have been the
3  Hashpoints.  So this would have been the
4  pre-pay point conversion.  All we saw were
5  Hashpoints coming into our wallet, so.
6      Q    And when were Hashpoints
7  initiated?
8      A    About the time they shut down
9  the Hashlet -- by the time -- it would have
10  been maybe beginning/mid August 2014,
11  around the time that they decided that
12  mining Bitcoins was not profitable.
13      Q    Moving on to the table labeled
14  sale items -- it's not the next one, but
15  the next tab after that.
16      A    Uh-huh.
17      Q    So you mentioned earlier that
18  you never sold any GAW products?
19      A    That's right, yeah.
20      Q    And yet, it looks like these
21  were sales by you, is that right?
22      A    I don't know what this table
23  means.  More likely -- actually, it looks
24  more like these might have been things I
25  bought actually.  See, there's no time

Contains Confidential Portions

Page 122

D. Audet

1
2 earlier one about the engine starting.
3       This all refers to, you know,
4 the payouts were -- let's see, that would
5 have been -- the time stamp there would
6 have been about 21:43, and the other one --
7 this all relates to the fact that the
8 payouts hadn't come on time that day and
9 people were questioning it, so.
10      Q    But this one is -- what's the
11 date on this?
12      A    That's, again -- this one is --
13 that one looks like the 16th. So that's a
14 different day, so.
15      Q    So this is a different issue?
16      A    Right.  That was another day
17 when the payouts were a little bit late,
18 so -- which would make sense, because if I
19 said this on the 16th and the other one is
20 a few days later, then I said -- that's
21 when I said usually they're good about
22 fixing things, so that's -- historically,
23 that makes sense.
24      Q    If you move a little further
25 down on that page, it looks like you wrote:

Page 123

D. Audet

1
2 Investing in GAW is risky because it's a
3 start-up venture.  However, I'm also not
4 investing more than I can't afford to lose.
5      A    Uh-huh.
6      Q    Did you mean can afford to lose
7 there?
8      A    It always depends how you -- I
9 think it's supposed to be can, yes.
10      Q    And why did you say investing in
11 GAW is risky?
12      A    Oh, because it's a start-up
13 venture.
14      Q    So would you say investing in
15 any start-up is risky?
16      A    No.
17      Q    So why was investing in GAW
18 particularly risky?
19      A    I think in this case, crypto
20 currency, so there's more uncertainty, so.
21 Not all start-ups -- you know, not all
22 start-ups are risk.  Some are riskier than
23 others.  That's all it's --
24      Q    So what were the specific risks
25 involved in investing in GAW?

Page 124

D. Audet

1
2      A    I would say, you know, Bitcoin
3 could crash and the whole crypto currency
4 world could have fallen apart.
5      Q    And then you say:  I'm not
6 investing more than I can't afford to lose.
7      A    Uh-huh, yes.
8      Q    What was that amount?
9      A    Approximately the $35,000 I put
10 in.
11      Q    If you turn to page 10, at the
12 bottom of the page it looks like you wrote:
13 Just to send a word of encouragement to the
14 GAW IT folks, I am sure they are working
15 hard.  One thing is for sure, GAW will
16 learn a lot from this experience and things
17 will be better in the future.
18      A    Uh-huh.
19      Q    Do you know what that was
20 referring to?
21      A    Let me look earlier.  Let me
22 look at some of the earlier things here.
23      I think they might have had a
24 glitch on either one of the websites or
25 something.  There was something that

Page 125

D. Audet

1
2 happened and people couldn't log into the
3 website or something.
4      Q    What date was this?
5      A    This would be about December
6 8th, 2014.
7      Q    Do you remember how long that
8 lasted?
9      A    No, I don't, no.
10      Q    Then you say later on in that
11 same post:  All is well.  We are all
12 positioned to do well if GAW succeeds.  So
13 cheer on team and enjoy the show.
14      So would you say you recognized
15 at that time that there was a possibility
16 that GAW would not succeed?
17      A    I mean failure is always a
18 possibility, yes.
19      Q    Moving down to the bottom of
20 page 11, it looks like you mention Allen
21 1980 --
22      A    1980S, yes.
23      Q    Is that Allen Shinners?
24      A    I don't know.
25      Q    Did you recognize this user?

# Exhibit A-2

EXHIBIT
160
8/7/18 AK
FRASER000-614-0099

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 7/1/2004 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002303 |
| 7/2/2005 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002308 |
| 9/16/2005 | S. Fraser | Optima Computers | -$27,848.42 | FRASER002267 |
| 9/20/2005 | S. Fraser | Optima Computers | -$27,848.42 | FRASER002268 |
| 9/27/2005 | S. Fraser | Optima Computers | -$27,848.42 | FRASER002267 |
| 9/29/2005 | S. Fraser | Optima Computers | -$50,000.00 | FRASER003578 |
| 11/8/2005 | S. Fraser | Optima Computers | -$50,000.00 | FRASER003590 |
| 11/20/2005 | S. Fraser | Optima Computers | -$50,000.00 | FRASER003591 |
| 3/10/2006 | S. Fraser | Optima Computers | -$25,000.00 | FRASER003595 |
| 4/20/2006 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003573 |
| 4/21/2006 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER003574; FRASER003608 |
| 4/21/2006 | S. Fraser | Optima Computers | -$585,000.00 | FRASER003607 |
| 5/12/2006 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002324 |
| 5/30/2006 | S. Fraser | Optima Computers | -$15,000.00 | FRASER003605 |
| 6/25/2006 | S. Fraser | Livewire | -$20,000.00 | FRASER003589 |
| 6/27/2006 | S. Fraser | Optima Computers | -$110,000.00 | FRASER003588 |
| 8/7/2006 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002685 |
| 8/29/2006 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002286 |
| 8/30/2006 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002685 |
| 9/21/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002691 |
| 9/29/2006 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002691 |
| 10/4/2006 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002288 |
| 10/4/2006 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002326 |
| 10/13/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002327 |
| 10/16/2006 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002701 |
| 10/16/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002701 |
| 10/23/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002701 |
| 10/30/2006 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002333 |
| 11/1/2006 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002713; FRASER002294 |
| 11/15/2006 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002713 |
| 11/21/2006 | S. Fraser | Optima Computers | -$16,832.65 | FRASER003575 |
| 12/1/2006 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002343 |
| 12/14/2006 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002345 |
| 12/21/2006 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002347 |
| 12/28/2006 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002349 |
| 1/12/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002821 |
| 1/17/2007 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002821 |
| 1/26/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002821 |
| 2/2/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002725 |
| 2/5/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002725 |
| 2/9/2007 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002725 |
| 2/15/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002310 |
| 2/15/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002725 |
| 2/20/2007 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002358 |
| 2/20/2007 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002725 |
| 2/23/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002313 |
| 3/20/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002316 |
| 3/21/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002312 |
| 4/9/2007 | S. Fraser | Great Auk Wireless | -$250,000.00 | FRASER002737 |
| 4/13/2007 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002366 |
| 5/15/2007 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002745 |
| 5/17/2007 | S. Fraser | Josh Garza | -$5,000.00 | FRASER002319 |
| 5/31/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002320 |
| 6/8/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002387 |
| 6/15/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002757 |
| 6/19/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002757 |
| 7/3/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002314 |
| 7/11/2007 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002757 |
| 7/13/2007 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002757 |
| 7/24/2007 | S. Fraser | Great Auk Wireless | -$250,000.00 | FRASER002757 |
| 7/24/2007 | S. Fraser | Josh Garza | -$5,000.00 | FRASER002757 |
| 8/31/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002783 |
| 9/7/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002795 |
| 9/18/2007 | S. Fraser | Great Auk Wireless | -$300,000.00 | FRASER002795 |
| 9/19/2007 | S. Fraser | Josh Garza | -$25,000.00 | FRASER002795 |
| 9/20/2007 | S. Fraser | Great Auk Wireless | -$200,000.00 | FRASER002795 |
| 10/3/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002803 |
| 10/4/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002701 |
| 10/4/2007 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002701 |
| 10/18/2007 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002803 |
| 10/25/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002803 |
| 11/6/2007 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002811 |
| 11/13/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002811 |
| 11/15/2007 | S. Fraser | Great Auk Wireless | -$38,000.00 | FRASER002811 |
| 11/19/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002811 |
| 11/28/2007 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002811 |
| 3/5/2008 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002833 |
| 3/14/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002833 |

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 3/18/2008 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002833 |
| 3/20/2008 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002833 |
| 4/4/2008 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002845 |
| 4/14/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002845 |
| 4/24/2008 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002845 |
| 6/2/2008 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002855 |
| 6/11/2008 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002855 |
| 6/17/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002855 |
| 6/26/2008 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002855 |
| 8/6/2008 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002863 |
| 8/19/2008 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002863 |
| 9/3/2008 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002871 |
| 9/18/2008 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002871 |
| 9/25/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002871 |
| 11/14/2008 | S. Fraser | GAW LLC | -$70,000.00 | FRASER002871 |
| 11/28/2008 | S. Fraser | GAW LLC | -$70,000.00 | FRASER002871 |
| 12/5/2008 | S. Fraser | GAW LLC | -$50,000.00 | FRASER002371 |
| 12/12/2008 | S. Fraser | GAW LLC | -$40,000.00 | FRASER002373 |
| 12/22/2008 | S. Fraser | Great Auk Wireless | -$99,000.00 | FRASER002887 |
| 12/24/2008 | S. Fraser | Great Auk Wireless | -$29,000.00 | FRASER002887 |
| 2/5/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002903 |
| 2/9/2009 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002903 |
| 2/25/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002903 |
| 2/26/2009 | S. Fraser | Great Auk Wireless | -$60,000.00 | FRASER002903 |
| 3/11/2009 | S. Fraser | Great Auk Wireless | -$80,000.00 | FRASER002913 |
| 3/23/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002913 |
| 3/25/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002913 |
| 3/30/2009 | S. Fraser | Great Auk Wireless | -$80,000.00 | FRASER002913 |
| 4/8/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002921 |
| 4/9/2009 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002921 |
| 4/20/2009 | S. Fraser | Great Auk Wireless | -$76,000.00 | FRASER002921 |
| 4/23/2009 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002921 |
| 4/30/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002921 |
| 5/18/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002929 |
| 5/19/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002929 |
| 6/25/2009 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002937 |
| 6/26/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002937 |
| 6/26/2009 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002937 |
| 7/2/2009 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002309 |
| 7/8/2009 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002945 |
| 7/21/2009 | S. Fraser | Great Auk Wireless | -$80,000.00 | FRASER002945 |
| 7/27/2009 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002945 |
| 8/5/2009 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002945 |
| 8/19/2009 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002953 |
| 8/27/2009 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002953 |
| 9/8/2009 | S. Fraser | Great Auk Wireless | -$60,000.00 | FRASER002961 |
| 9/15/2009 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002961 |
| 9/16/2009 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002961 |
| 9/22/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002961 |
| 9/24/2009 | S. Fraser | Great Auk Wireless | -$34,000.00 | FRASER002961 |
| 10/14/2009 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002969 |
| 10/15/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002969 |
| 11/2/2009 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002969 |
| 1/15/2010 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002977 |
| 1/19/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002982 |
| 1/21/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002982 |
| 1/29/2010 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002982 |
| 3/18/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002985 |
| 3/24/2010 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002985 |
| 4/1/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002985 |
| 5/12/2010 | S. Fraser | Josh Garza | -$6,500.00 | FRASER002993 |
| 5/17/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002993 |
| 5/28/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002993 |
| 6/2/2010 | S. Fraser | Josh Garza | -$6,500.00 | FRASER002993 |
| 6/3/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002993 |
| 6/16/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER003001 |
| 6/21/2010 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003001 |
| 6/30/2010 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER003001 |
| 7/9/2010 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER003009 |
| 7/16/2010 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003009 |
| 7/19/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER003009 |
| 7/20/2010 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER003009 |
| 8/3/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003009 |
| 11/23/2010 | S. Fraser | Josh Garza | -$6,500.00 | FRASER003025 |
| 11/24/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003025 |
| 12/7/2010 | S. Fraser | GAW High Speed Internet | -$60,000.00 | FRASER003033 |
| 12/7/2010 | S. Fraser | Josh Garza | -$9,000.00 | FRASER003033 |
| 12/8/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003033 |

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 12/16/2010 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003033 |
| 12/21/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003033 |
| 12/30/2010 | S. Fraser | GAW High Speed Internet | -$60,000.00 | FRASER003033 |
| 1/18/2011 | S. Fraser | GAW High Speed Internet | -$65,000.00 | FRASER003043 |
| 1/18/2011 | S. Fraser | Josh Garza | -$6,500.00 | FRASER003043 |
| 1/20/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003043 |
| 2/2/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003043 |
| 3/14/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003051 |
| 3/15/2011 | S. Fraser | GAW High Speed Internet | -$7,500.00 | FRASER003051 |
| 3/23/2011 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003051 |
| 3/30/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003051 |
| 4/1/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003051 |
| 4/8/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003059 |
| 4/28/2011 | S. Fraser | GAW High Speed Internet | -$30,000.00 | FRASER003059 |
| 5/6/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003617 |
| 5/6/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003617 |
| 5/18/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003617 |
| 5/24/2011 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003617 |
| 6/1/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003617 |
| 6/14/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003625 |
| 6/17/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003625 |
| 6/17/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003625 |
| 6/30/2011 | S. Fraser | GAW High Speed Internet | -$80,000.00 | FRASER003625 |
| 7/15/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003083 |
| 7/21/2011 | S. Fraser | GAW High Speed Internet | -$65,000.00 | FRASER003633 |
| 7/26/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003083 |
| 8/4/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003107 |
| 8/15/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003107 |
| 8/17/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003107 |
| 8/29/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003107 |
| 9/14/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003649 |
| 9/23/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003649 |
| 10/11/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003091 |
| 10/13/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003091 |
| 10/14/2011 | S. Fraser | Josh Garza | -$7,000.00 | FRASER003091 |
| 10/14/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003091 |
| 10/17/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003091 |
| 10/21/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003657 |
| 10/25/2011 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003657 |
| 11/10/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003099 |
| 11/14/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003099 |
| 11/14/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003099 |
| 11/22/2011 | S. Fraser | Josh Garza | -$5,000.00 | FRASER003099 |
| 12/1/2011 | S. Fraser | GAW High Speed Internet | -$100,000.00 | FRASER003099 |
| 12/8/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003673 |
| 12/19/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003673 |
| 12/23/2011 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003673 |
| 12/29/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003673 |
| 12/30/2011 | S. Fraser | Josh Garza | -$5,000.00 | FRASER003673 |
| 1/12/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003123 |
| 1/17/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003123 |
| 1/20/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003123 |
| 1/31/2012 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003681 |
| 1/31/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003681 |
| 2/15/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003689 |
| 2/16/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003689 |
| 3/7/2012 | S. Fraser | Josh Garza | -$67,500.00 | FRASER003697 |
| 3/9/2012 | S. Fraser | Josh Garza | -$100,000.00 | FRASER003697 |
| 3/13/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003697 |
| 3/27/2012 | S. Fraser | Josh Garza | -$2,500.00 | FRASER003697 |
| 4/9/2012 | S. Fraser | GAW High Speed Internet | -$9,565.00 | FRASER003139 |
| 4/11/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003139 |
| 4/11/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003139 |
| 4/16/2012 | S. Fraser | GAW High Speed Internet | -$20,000.00 | FRASER003139 |
| 5/2/2012 | S. Fraser | GAW High Speed Internet | -$178.12 | FRASER003139 |
| 5/9/2012 | S. Fraser | GAW High Speed Internet | -$7,500.00 | FRASER003149 |
| 5/9/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003717 |
| 5/15/2012 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003717 |
| 6/4/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003717 |
| 6/11/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003157 |
| 6/13/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003157 |
| 6/22/2012 | S. Fraser | Josh Garza | -$50,000.00 | FRASER003157 |
| 7/1/2012 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002304 |
| 7/3/2012 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002315 |
| 7/5/2012 | S. Fraser | GAW High Speed Internet | -$30,000.00 | FRASER003157 |

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 7/13/2012 | S. Fraser | GAW High Speed Internet | $30,000.00 | FRASER003165 |
| 7/13/2012 | S. Fraser | Josh Garza | $7,500.00 | FRASER003165 |
| 7/26/2012 | S. Fraser | GAW High Speed Internet | -$35,000.00 | FRASER003165 |
| 7/30/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003165 |
| 8/7/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003741 |
| 8/24/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003741 |
| 9/12/2012 | S. Fraser | Smart Tech | -$10,310.86 | FRASER003749 |
| 9/26/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003173 |
| 10/24/2012 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003181 |
| 11/6/2012 | S. Fraser | GAW High Speed Internet | -$15,000.00 | FRASER003765 |
| 11/8/2012 | S. Fraser | Josh Garza | -$5,000.00 | FRASER003765 |
| 11/21/2012 | S. Fraser | GAW High Speed Internet | -$35,000.00 | FRASER003765 |
| 12/12/2012 | S. Fraser | GAW High Speed Internet | -$35,000.00 | FRASER003773 |
| 1/3/2013 | S. Fraser | GAW High Speed Internet | -$10,000.00 | FRASER003773 |
| 1/16/2013 | S. Fraser | Smart Tech | -$250.00 | FRASER003781 |
| 1/30/2013 | S. Fraser | GAW High Speed Internet | -$20,000.00 | FRASER003781 |
| 2/21/2013 | S. Fraser | GAW High Speed Internet | -$20,000.00 | FRASER003205 |
| 6/14/2013 | S. Fraser | Geniuses at Work | -$25,000.00 | FRASER003213 |
| 7/31/2013 | S. Fraser | Geniuses at Work | -$25,000.00 | FRASER003221 |
| 8/1/2013 | S. Fraser | GAW High Speed Internet | -$10,000.00 | FRASER003221 |
| 8/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003813 |
| 9/6/2013 | S. Fraser | Josh Garza | -$50,000.00 | FRASER003237 |
| 9/19/2013 | S. Fraser | Geniuses at Work | -$25,000.00 | FRASER003237 |
| 9/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003237 |
| 10/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003829 |
| 11/18/2013 | S. Fraser | GAW Labs | -$25,000.00 | FRASER003245 |
| 11/29/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003245 |
| 12/3/2013 | S. Fraser | GAW Labs | -$10,000.00 | FRASER003245 |
| 12/9/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003845 |
| 12/17/2013 | S. Fraser | GAW LABS | -$15,000.00 | FRASER003845 |
| 12/20/2013 | S. Fraser | GAW LABS | -$25,000.00 | FRASER003845 |
| 12/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003845 |
| 1/8/2014 | S. Fraser | HT | -$10,000.00 | FRASER002580 |
| 1/8/2014 | S. Fraser | Josh Garza | -$30,000.00 | FRASER002580; |
| 1/8/2014 | S. Fraser | GAW LAbs | -$25,000.00 | FRASER003261; FRASER003853 |
| 1/17/2014 | S. Fraser | GAW Labs | -$25,000.00 | FRASER002580 |
| 1/17/2014 | S. Fraser | Josh Garza | -$30,000.00 | FRASER003853 |
| 1/21/2014 | S. Fraser | HT | -$10,000.00 | FRASER002580 |
| 1/30/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003261; FRASER003853 |
| 1/31/2014 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003123 |
| 1/31/2014 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003123 |
| 2/20/2014 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER002580; FRASER003269; |
| 2/28/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003269; |
| 3/28/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003277; FRASER003869 |
| 4/1/2014 | S. Fraser | GAW Labs | -$50,000.00 | FRASER002580; FRASER003277; FRASER003869 |
| 4/10/2014 | S. Fraser | GAW Labs | -$50,000.00 | FRASER002580; FRASER003877 |
| 4/14/2014 | S. Fraser | GAW Labs | -$100,000.00 | FRASER002580; FRASER003877 |
| 4/14/2014 | S. Fraser | GAW Labs | -$100,000.00 | FRASER002580; FRASER003877 |
| 4/30/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003877 |
| 5/21/2014 | S. Fraser | GAW Labs | -$50,000.00 | FRASER002580 |
| 5/21/2014 | S. Fraser | Geniuses at Work | -$50,000.00 | FRASER002580 |
| 5/23/2014 | DNJ Miner Corp | S. Fraser | $100,000.00 | FRASER002580 |
| 5/30/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580 |
| 6/5/2014 | S. Fraser | DNJ Miner | -$200,000.00 | FRASER002580; FRASER002379 |
| 6/12/2014 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002300 |
| 6/17/2014 | S. Fraser | GAW Labs | -$100,000.00 | FRASER002580 |
| 6/18/2014 | GAW Labs LLC | S. Fraser | $100,000.00 | FRASER002580 |
| 6/25/2014 | S. Fraser | GAW Miners | -$200,000.00 | FRASER002580 |
| 7/18/2014 | GAW Miners LLC | S. Fraser | $200,000.00 | FRASER002580 |
| 7/22/2014 | GAW Miners LLC | S. Fraser | $200,000.00 | FRASER002580 |
| 7/24/2014 | GAW Miners LLC | S. Fraser | $210,000.00 | FRASER002580 |
| 6/11/2015 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002295 |
| 7/5/2015 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002318 |
| 8/24/2015 | S. Fraser | GAW High Speed Internet | -$6,000.00 | FRASER003909 |
| 7/1/2017 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002305 |
| | | | | |
| | | Total: | | |
| | | | -$11,950,181.89 | |

# Exhibit A-3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :   No.  3:17CR158(RNC)
                                :
            vs.                 :
                                :
HOMERO JOSHUA GARZA,            :
                                :   HARTFORD, CONNECTICUT
                 Defendant.     :   SEPTEMBER 13, 2018
                                :
- - - - - - - - - - - - - - - - x


                      SENTENCING


      BEFORE:

            HON. ROBERT N. CHATIGNY, U.S.D.J.




APPEARANCES:


      FOR THE GOVERNMENT:

            U.S. ATTORNEY'S OFFICE
            157 Church Street
            P.O. Box 1824; 23rd Floor
            New Haven, Connecticut 06510
            BY:  JOHN TROWBRIDGE PIERPONT, AUSA


      FOR THE DEFENDANT:

            BALLARD SPAHR, LLP-NYC
            919 Third Avenue
            New York, New York 10022
            BY:  MARJORIE J. PEERCE, ESQ.


                              Darlene A. Warner, RDR-CRR
                              Official Court Reporter

1          So I covered most of my first page just from

2   that conversation alone.

3          I wanted to address, which you asked a question

4   about this earlier, I don't know what John Pierpont has as

5   far as his supporting documents.  But as he stated, I was

6   the organizer of the civil litigation that should be

7   litigated here actually in this court building, I think,

8   against his partner.

9          One of the things that we had to do obviously

10  was to determine the total number of accounts that were

11  with GAW Miners through what we call Zen Cloud, the cloud

12  mining platform for GAW Miners.  The other database we

13  have is called Paybase which represents the Paybase

14  exchange and through which they sold PayCoin at $20 per

15  PayCoin.

16         We have both of these databases.

17         We have an expert database analyst who has

18  reconstructed the databases and the primary information

19  that I needed from him was roughly -- and I knew some of

20  this information prior to his work -- roughly total number

21  of accounts active, total number of true accounts, meaning

22  people that were actively trading or actively purchasing

23  more than one Hashlet, more than one contract, if you

24  will, or whatever we want to call it today, there were

25  over 200,000 active accounts in the Zen Cloud database.

1    The number was closer to 275, but 200,000 was a good basis

2    before -- at this point in time until we start taking away

3    more of the one Hashlet accounts that really was

4    superfluous.

5                Of this 200,000, 20,000 plus accounts were

6    highly active, meaning they weren't just two of these

7    units, two of these products, they were many products,

8    many of the same product of varying types, varying models,

9    so there were over 20,000 truly active accounts where

10   people prospectively lost money.  That would be the base

11   that we would determine the list of victims who lost

12   money.

13               Now, granted, from my own experience and my own

14   exposure to this information, early, back in 2014 and

15   2015, there were people that did make money, but as we are

16   calling this a Ponzi of sorts, you know, the early

17   adopters are the ones who generally make a profit out of

18   this, and the people in the middle and at the end, they

19   lose the most money.  So we were in the process of

20   determining that.  "Who lost what and by how much?"

21               One of the problems with the GAW Miners platform

22   and GAW Miners itself, is they did not perform KYC and AML

23   procedures in Zen Cloud to the level one would warrant for

24   a financial institution or a company that's operating with

25   finances.  And because of that, all we have are email

1    addresses, for the most part, to contact these people.

2              But when I was forming or organizing the class

3    action which is pending, I was exposed to an immense

4    number of communications obviously.  A lot of people were

5    very upset, they remain upset today.  I received thousands

6    of emails and many, many -- I don't even know how many

7    calls I have, I had a lot of calls and a lot of conference

8    calls and Google hangouts which is like a video chat

9    platform.  Just an enormous amount of communication.

10             And of these people, initially we established a

11   website just to gather interest to find out how many

12   people were willing to support a group lawsuit.  Of that,

13   over 500 people had registered.  And then we went into

14   phase two with a new website where each prospective victim

15   had to submit proof of loss, which included at the time

16   their account downloads from Zen Cloud, which we received

17   in total 173 victims who showed proof that they had lost

18   the amount that they had stated initially.

19             And I will go through -- I can go through some

20   of these.  I've added to my previous statement to the

21   Court.  And I guess I'll just go straight to it, actually.

22             There are two individuals, and I've already

23   submitted these to you, Your Honor, and I'm just going to

24   go by the first name, Robert and Lee.  I think you have

25   those.

1            There were teenagers that were spending their

2     money buying GAW Miner's products, they were financial

3     products, at least that's the way the SEC sees it, the

4     government sees it that way, I see it that way, and there

5     were kids that lost all their savings.

6            There was a young man in Indonesia -- we're

7     talking about other countries now, some of them are near

8     third world status -- his name is Ricky, lost $750 to GAW

9     Miners.  Ricky stated in an email dated November 12, 2015

10    that $750 is large money.  Well, it is for somebody in

11    Indonesia.

12           I have another minor, his name is Lucas.  He's

13    from Denmark.  He lost $175, but that's what he had.

14           The community knew he was a minor when he was

15    active on the forum, on the website, the forum, we knew he

16    was a minor, and he was very entrepreneurial.  He was a

17    very outgoing young man, he had a lot of business ideas,

18    he pursued a few of them while GAW Miners was still

19    around.  They had nothing to do with GAW Miners as far as

20    I know.  In a way, he was much more mature than his age,

21    but he was nonetheless a minor.

22           And I think, you know, we have to understand

23    that a lot of these people aren't like multimillionaires

24    who lost a million here, two million there, a couple

25    hundred thousand, where they have money, you know, this

1    money is easily recoverable or can be built back up

2    through, you know, business or something.  We have to look

3    outside the United States as well and we have to look at

4    how a hundred dollars is a lot of money to people in, say,

5    Northern India or Malaysia or Vietnam or China even today.

6            So with that, I had correspondence with a person

7    named Endra, I'm not sure if it's a male or female to be

8    honest, who states the loss of $800 to GAW is kind of a

9    lot of money in Malaysia, I assume where this person lives

10   in Malaysia.

11           So, in essence, what I did glean from the data

12   mining, the data harvesting, was we had basically victims

13   with as little as $100 and as much as $1.3 million.

14           We had two Wall Streeters who each lost about

15   $900,000 in this.

16           We had a decent number of individuals in the

17   $100,000 plus range, but short of a million, and we had a

18   lot of people in the 20, 25, 30, 35,000 dollar loss range;

19   and what we did in the beginning to try to help people to

20   recover what they could, through the charge back process,

21   a lot of people used credit cards.  It was not the success

22   I thought it would be.

23           I was a recipient of some intelligence that

24   indicated that Braintree, the PayPal processor, had about

25   $900,000 that they had still held back from previous

1    Miners products.

2             The reason -- and I know that this might be a

3    bit hearsay or -- I don't know -- the reason Mr. Garza is

4    here today is not because he was remorseful.  He is not in

5    the United States because he was remorseful.  He's in the

6    United States right now because he needed the government

7    to get him out of Dubai after a group of investors --

8    which we knew about, we knew this was going on -- tried to

9    sue him in the Dubai court and won.  And the documents I

10   have brought with me will support this.

11            There were other behind the scenes tricks, if

12   you will, that Mr. Garza was trying to, you know, deploy

13   to avoid coming to the United States to face an SEC --

14            MR. PIERPONT:  Can I just have one moment,

15   please?

16            THE COURT:  Yes.

17                 (Pause)

18            SPEAKER:  In either case, Your Honor, I'll leave

19   that where that is at.

20            So in the end, I'm going to go ahead and close

21   because I could literally go on for hours and hours on

22   this.

23            I think that to show any leniency for Mr. Garza,

24   I don't feel -- and I know the community does not feel --

25   that this should even be an option.  The damage is too

1    November timeframe that initially he spoke to Josh, yes.

2             THE COURT:  And the trip to Dubai, when was

3    that?

4             SPEAKER:  The trip to Dubai -- I'd have to go

5    back to my notes.

6             Sorry?

7             April into May, I believe.

8             Now, previous to that, he had taken a 30-day

9    unannounced trip to Belgium as well.  That was in I

10   believe February or March.

11            THE COURT:  Thank you very much.

12            SPEAKER:  Thank you.

13            MR. PIERPONT:  So, Your Honor, I think a lot of

14   the questions you posed to me at the outset, Mr. Shinners

15   has answered.

16            To be clear, the number of victims at this

17   point, and what the government did is because this was --

18   this did happen over the internet, there were people who

19   just signed up with email addresses -- the government had

20   the database that Mr. Shinners spoke about at the outset,

21   reached out to people via email, and required them if they

22   wanted to be a part of this process, not to be anonymous.

23   They had to provide their name and provide documentation

24   that would support what their claims were.

25            So ultimately we had, I think as of today the

1    number is 192 victims who are verified victims who came

2    forward and said, yes, I am a victim and, yes, here's the

3    documentation that shows what I've lost.  So we're still

4    working through restitution in terms of what to do.

5            But as was indicated, there was a database that

6    did indicate that there were thousands of individuals.

7    The reason the government hesitates to put a specific

8    number on it is although there were a number of unique

9    email addresses, there is always a de-duping question as

10   well, Your Honor.

11           So if you have one person who is using five

12   email addresses, we didn't want to count one person five

13   times.  So we're sort of in this amorphous thousands area

14   of people who did not come forward in terms of wanting to

15   be a part of this process.

16           I will just add a little bit about the nature of

17   the scheme here, Your Honor.  I think it's important to

18   understand -- and you see this teased out in the victims'

19   letters a little bit.

20           There are these three phases, and far and away,

21   the government believes, the most problematic phase was

22   the Hashlet phase of the investment process.

23           PayCoin, from the government's perspective --

24   and you heard from the victim representative just a little

25   while ago -- that it was an nuanced movement from the

1    at the time of the offense conduct Mr. Garza was an

2    arrogant, egomaniacal, self-centered individual.  I think

3    that this helps explain what he did.

4           Given that he has tried as best he can in the

5    past year or so to make amends, I'm confident that he

6    won't offend again; and I do regret that he and his family

7    are obliged to pay the significant price that will

8    inherently follow from the sentence I'm about to impose,

9    but it's my responsibility to make my best judgment of

10   what the law requires, like it or not.

11          I conclude that Mr. Garza should be sentenced to

12   the custody of the Bureau of Prisons for a period of 21

13   months, and I will make whatever recommendation for a

14   designation that you will request of me.  I'm sorry to

15   hear that there's no camp nearby the family home.  That's

16   unfortunate, but I would appreciate your suggestions as to

17   what the recommendation should be.

18          With credit for good time, Mr. Garza will be

19   able to return home sooner than that, and at that point,

20   Mr. Garza, you will be on supervised release for a period

21   of three years.

22          The first six months of your supervised release

23   will be spent on home confinement as a substitute for

24   incarceration.  During that six-month period, you will be

25   confined to your home.  You will be allowed to leave to

1    family obligations, and if that's so, then we can modify

2    them.

3              As far as special conditions are concerned, that

4    is conditions imposed in addition to the mandatory and

5    standard conditions, you do have to make restitution.  The

6    agreed upon total amount is $9,182,000.  I know you're in

7    no position to pay that sum, but hopefully through your

8    business you will be in a position to begin to make

9    restitution.

10             As a special condition of your supervised

11   release, you will pay restitution in the amount of a

12   thousand dollars a month.  That amount can be modified

13   depending on your financial circumstances based on a

14   motion made by the Probation Office and approved by the

15   Court.

16             I think that the drug testing condition can be

17   dispensed with.

18             PROBATION OFFICER:  Yes, Your Honor.

19             THE COURT:  No fine is imposed because of your

20   obligation to make restitution, but you do have to pay a

21   special assessment in the amount of $100, which is

22   required by law.

23             In light of your obligation to make restitution,

24   there are a couple of special conditions that I need to

25   add.

# Exhibit A-4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        )
SECURITIES AND EXCHANGE COMMISSION,     )
                                        )
                    Plaintiff,          )
                                        )
            v.                          )        Case No. 3:15-CV-1760-JAM
                                        )
HOMERO JOSHUA GARZA,                    )
GAW MINERS, LLC, and                    )
ZENMINER, LLC (d/b/a ZEN CLOUD),        )
                                        )
                    Defendants.         )
_____ )

**FINAL JUDGMENT AS TO DEFENDANT HOMERO JOSHUA GARZA**

The Securities and Exchange Commission having filed a Complaint and Defendant

Homero Joshua Garza ("Garza" or "Defendant") having entered a general appearance; consented

to the Court's jurisdiction over Defendant and the subject matter of this action; consented to

entry of this Final Judgment; pled guilty to wire fraud in the related criminal case *United States*

*v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC, waived findings of fact and conclusions of

law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is

permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the

Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5

promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of

interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements

made, in light of the circumstances under which they were made, not misleading; or

(c)    to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 5 of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

(a)    Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b)    Unless a registration statement is in effect as to a security, carrying or causing to be carried through the mails or in interstate commerce, by any means or instruments of transportation, any such security for the purpose of sale or for delivery after sale; or

(c)    Making use of any means or instruments of transportation or communication in

3

interstate commerce or of the mails to offer to sell or offer to buy through the use
or medium of any prospectus or otherwise any security, unless a registration
statement has been filed with the Commission as to such security, or while the
registration statement is the subject of a refusal order or stop order or (prior to the
effective date of the registration statement) any public proceeding or examination
under Section 8 of the Securities Act [15 U.S.C. § 77h].

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in
Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who
receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's
officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or
participation with Defendant or with anyone described in (a).

## IV.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
and any entity he owns or controls, are permanently restrained and enjoined from directly or
indirectly participating in the issuance, offer, or sale of any security, provided however that such
an injunction shall not prevent Defendant from purchasing or selling securities solely for his own
account or the accounts of his spouse or minor children.

## V.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
is liable for disgorgement of $9,182,000, representing sums gained as a result of the conduct
alleged in the Complaint, together with prejudgment interest thereon in the amount of $742,774,.
Defendant's payment of disgorgement is deemed satisfied by the order of restitution that will be

entered against him when he is sentenced in the related criminal case *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.).

Defendant shall satisfy his obligation to pay prejudgment interest by paying $742,774 to the Securities and Exchange Commission within six months after entry of this Final Judgment. Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Garza as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval, including a plan to remit the funds to the United States Attorney's Office for payment to the victims identified in the order of restitution that will be entered against defendant when he is sentenced in *United States v. Homero Joshua*

5

*Garza*.  The Court shall retain jurisdiction over the administration of any distribution of the

Fund.  If the Commission staff determines that the Fund will not be distributed, the Commission

shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment

interest by moving for civil contempt (and/or through other collection procedures authorized by

law) at any time after 14 days following the due date of Defendant's payments pursuant to this

Final Judgment.  Defendant shall pay post judgment interest on any delinquent amounts pursuant

to 28 U.S.C. §1961.

## VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of

exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the

allegations in the complaint are true and admitted by Defendant, and further, any debt for

disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this

Final Judgment or any other judgment, order, consent order, decree or settlement agreement

entered in connection with this proceeding, is a debt for the violation by Defendant of the federal

securities laws or any regulation or order issued under such laws, as set forth in Section

523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

## VII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain

jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## VIII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated at New Haven this 4th day of October, 2017.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge

# Exhibit A-5

| | |
|---|---|
| **From:** | Josh Garza |
| **Sent:** | Tuesday, September 23, 2014 10:24 PM PDT |
| **To:** | Joe Mordica (via Google Sheets) |
| **Subject:** | Re: roi.csv (josh@btc.com) |

Am I reading this wrong? Or does this not mean a crap ton of people have ROI ?

On Tuesday, September 23, 2014, Joe Mordica (via Google Sheets) <joe@geniusesatwork.com>
wrote:

## I've shared an item with you.

these are all the devices that have received ROI.

the scrip that was run to get these was:

IF totalPayout > purchasePrice showAll. So if the total payout for the device is greater than the
purchase price then build csv.

📊          roi.csv

Google Sheets: Create and edit spreadsheets online.          

--
Sent from Gmail Mobile

# Exhibit A-6

- [Recent](#)
- [Tags](#)
- [Popular](#)
- [Users](#)
- [Search](#)

- [Register](#)
- [Login](#)

- Search

  Search

- Enter index

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

1. [Home](#)
2. [The Lounge](#)
3. ROI - the day my invest returned

- Deidak  Deidak

### ROI - the day my invest returned

For quite a while I was everything else but sure that this day would ever come.
Obviously the rise of the BTC yesterday has been very helpful and today I sold some of my primes to speed things up.... and the color of the overall result line in my Excel sheet turned from red into solid black :-) . Thanks a lot [@GAW_CEO](#)

I am a Zencloud day one customer, actually I purchased my first Fury two days prior to ZenCloud launch :) . I have never reinvested my payout and also have collected the bare minimum of Hashpoints.... till today.

Now that my remaining primes are paid off they are going full steam ahead to prepare for the upcoming ICO.

**Deidak** posted , last edited by **Deidak**
  - [Watch](#)

```
<?xml version="1.0" encoding="UTF-8"?>
<rss xmlns:dc="http://purl.org/dc/elements/1.1/" xmlns:content="http://purl.org/rss/1.0/modules/content/"
xmlns:atom="http://www.w3.org/2005/Atom" version="2.0"><channel><title><![CDATA[ROI - the day
my invest returned]]></title><description><![CDATA[<p>For quite a while I was everything else but sure
that this day would ever come.<br />
```
Obviously the rise of the BTC yesterday has been very helpful and today I sold some of my primes to
speed things up.... and the color of the overall result line in my Excel sheet turned from red into solid black
`<img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-`
`emoji-extended/images/grinning.png" title=":-)" alt=":-)" />`. Thanks a lot `<a class="plugin-mentions-a"`
`href="/user/gaw_ceo">@GAW_CEO</a></p>`

`<p>`I am a Zencloud day one customer, actually I purchased my first Fury two days prior to ZenCloud
launch `<img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-`
`plugin-emoji-extended/images/grinning.png" title=":)" alt=":)" />`. I have never reinvested my payout and
also have collected the bare minimum of Hashpoints.... till today.`</p>`

`<p>`Now that my remaining primes are paid off they are going full steam ahead to prepare for the
upcoming ICO.`</p>`

`]]></description><link>https://hashtalk.org/topic/17942/roi-the-day-my-invest-`
`returned</link><generator>RSS for Node</generator><lastBuildDate>`Thu, 26 Mar 2015 09:08:00
GMT`</lastBuildDate><atom:link href="https://hashtalk.org/topic/17942.rss" rel="self"`
`type="application/rss+xml"/><pubDate>`Thu, 13 Nov 2014 15:05:04
GMT`</pubDate><ttl>60</ttl><item><title><![CDATA[`Reply to ROI - the day my invest returned on Thu,
13 Nov 2014 16:09:33 GMT`]]></title><description><![CDATA[<p>`For quite a while I was everything
else but sure that this day would ever come.`<br />`
Obviously the rise of the BTC yesterday has been very helpful and today I sold some of my primes to
speed things up.... and the color of the overall result line in my Excel sheet turned from red into solid black
`<img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-`
`emoji-extended/images/grinning.png" title=":-)" alt=":-)" />`. Thanks a lot `<a class="plugin-mentions-a"`
`href="/user/gaw_ceo">@GAW_CEO</a></p>`

`<p>`I am a Zencloud day one customer, actually I purchased my first Fury two days prior to ZenCloud
launch `<img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-`
`plugin-emoji-extended/images/grinning.png" title=":)" alt=":)" />`. I have never reinvested my payout and
also have collected the bare minimum of Hashpoints.... till today.`</p>`

`<p>`Now that my remaining primes are paid off they are going full steam ahead to prepare for the
upcoming ICO.`</p>`

`]]></description><link>https://hashtalk.org/topic/17942/roi-the-day-my-invest-`
`returned#372347</link><guid isPermaLink="true">https://hashtalk.org/topic/17942/roi-the-day-my-`
`invest-returned#372347</guid><pubDate>`Thu, 13 Nov 2014 16:09:33
GMT`</pubDate></item><item><title><![CDATA[`Reply to ROI - the day my invest returned on Thu, 13
Nov 2014 13:56:09 GMT`]]></title><description><![CDATA[<p>`Congratulations!`</p>`
`]]></description><link>https://hashtalk.org/topic/17942/roi-the-day-my-invest-`
`returned#372349</link><guid isPermaLink="true">https://hashtalk.org/topic/17942/roi-the-day-my-`
`invest-returned#372349</guid><pubDate>`Thu, 13 Nov 2014 13:56:09
GMT`</pubDate></item><item><title><![CDATA[`Reply to ROI - the day my invest returned on Thu, 13
Nov 2014 13:58:22 GMT`]]></title><description><![CDATA[<p>`Congratz!`</p>`
`<p>`That must be a great feeling, pure profits from here on out!`</p>`
`<p>`Wish I was in that boat `<img class="emoji emoji-extended img-responsive"`
`src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/frowning.png" title=":(" alt=":("`
`/><br />`
Need to save up as much HashPoints for the launch so hopefully I can start making ROI too `<img`
`class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-`
`extended/images/grinning.png" title=":)" alt=":)" /></p>`

`]]></description><link>https://hashtalk.org/topic/17942/roi-the-day-my-invest-`
`returned#372358</link><guid isPermaLink="true">https://hashtalk.org/topic/17942/roi-the-day-my-`
`invest-returned#372358</guid><pubDate>`Thu, 13 Nov 2014 13:58:22
GMT`</pubDate></item><item><title><![CDATA[`Reply to ROI - the day my invest returned on Thu, 13
Nov 2014 14:11:05 GMT`]]></title><description><![CDATA[<p><a class="plugin-mentions-a"`
`href="/user/deidak">@Deidak</a>` said:`</p>`
`<blockquote>`
`<p>`from red into solid black`</p>`
`</blockquote>`
`<p>`Why black?! SHOULD BE GREEEEEEN! `<img class="emoji emoji-extended img-responsive"`
`src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/smiley.png" title=":D" alt=":D"`
`/></p>`

# Exhibit A-7

- Recent
- Tags
- Popular
- Users
- Search

- Register
- Login

- Search

- 
- 

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

1. Home
2. The Lounge
3. Today I reached ROI

- CritterDog



## Today I reached ROI

Today I reached ROI on 1 of the 5 100Mhs Prime Hashlets I bought before price hike. I was lucky enough to get that 5th one bought just hours before the price hike. I was only going to buy 4 but pulled the trigger on the 5th because I forgot I had built up a 200 dollar off on my point reward. Very happy so far. I will only buy Prime after I hopefully reach ROI on the other 4.

CritterDog posted
- Watch
- Favourite 0
- Share this Post
- Facebook
- Twitter
- Google+
- 8
- Posts 30 | Views 497 • browsing

Loading More Posts

Reply

- dykask

I understand and admire your investment! At scrypt.cc I did 100% investing and when the price of the KHS started dropping I lost faster than I could earn. Hopefully that doesn't happen here, but better to play somewhat safe. Losing 12 BTC isn't something I care to repeat.

dykask posted
- Favourite 0
- Share this Post
- Facebook
- Twitter
- Google+

GAW00980605

<?xml version="1.0" encoding="UTF-8"?>
<rss xmlns:dc="http://purl.org/dc/elements/1.1/" xmlns:content="http://purl.org/rss/1.0/modules/content/" xmlns:atom="http://www.w3.org/2005/Atom" version="2.0"><channel><title><![CDATA[Today I reached ROI]]></title><description><![CDATA[<p>Today I reached ROI on 1 of the 5 100Mhs Prime Hashlets I bought before price hike. I was lucky enough to get that 5th one bought just hours before the price hike. I was only going to buy 4 but pulled the trigger on the 5th because I forgot I had built up a 200 dollar off on my point reward.  Very happy so far. I will only buy Prime after I hopefully reach ROI on the other 4.</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi</link><generator>RSS for Node</generator><lastBuildDate>Tue, 30 Dec 2014 18:52:25 GMT</lastBuildDate><atom:link href="https://hashtalk.org/topic/3565.rss" rel="self" type="application/rss+xml"/><pubDate>Thu, 04 Sep 2014 06:38:33 GMT</pubDate><ttl>60</ttl><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:38:33 GMT]]></title><description><![CDATA[<p>Today I reached ROI on 1 of the 5 100Mhs Prime Hashlets I bought before price hike. I was lucky enough to get that 5th one bought just hours before the price hike. I was only going to buy 4 but pulled the trigger on the 5th because I forgot I had built up a 200 dollar off on my point reward.  Very happy so far. I will only buy Prime after I hopefully reach ROI on the other 4.</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56301</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56301</guid><pubDate>Thu, 04 Sep 2014 06:38:33 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:41:42 GMT]]></title><description><![CDATA[<p>I understand and admire your investment!  At scrypt.cc I did 100% investing and when the price of the KHS started dropping I lost faster than I could earn.  Hopefully that doesn't happen here, but better to play somewhat safe.  Losing 12 BTC isn't something I care to repeat.</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56311</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56311</guid><pubDate>Thu, 04 Sep 2014 06:41:42 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:46:25 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a" href="/user/dykask">@dykask</a> I hear ya! I won't talk about the ROI on my 17 Gridseed Pods at 170.00 a pop.. I use them as cup holders now! LOL JK</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56315</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56315</guid><pubDate>Thu, 04 Sep 2014 06:46:25 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:49:07 GMT]]></title><description><![CDATA[<p>I was just trying to quickly calculate the ROI on 100MH at $17/hashlet.<br />
Anyone remember when hashlets came out? Which date?</p>
<p>As a quick calculation if you have been mining for lets say 30 days, max you may have made is $960. And 100MH/s x $17= $1700. I could be missing something here. Had a long day!</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56320</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56320</guid><pubDate>Thu, 04 Sep 2014 06:49:07 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:50:15 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a" href="/user/critterdog">@CritterDog</a> Maybe you could sell <a class="plugin-mentions-a" href="/user/volder">@volder</a> a Gridseed Pod to keep his coffee warm!</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56322</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56322</guid><pubDate>Thu, 04 Sep 2014 06:50:15 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:50:45 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a" href="/user/critterdog">@CritterDog</a> awesome, congrats!</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56323</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56323</guid><pubDate>Thu, 04 Sep 2014 06:50:45 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:52:07 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a" href="/user/critterdog">@CritterDog</a> do you mind sharing how you achieved this did you sell trade or this was done straight zenpool mining?</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56326</link><guid isPermaLink="true">https://hashtalk.org/topic/3565/today-i-reached-roi#56326</guid><pubDate>Thu, 04 Sep 2014 06:52:07 GMT</pubDate></item><item><title><![CDATA[Reply to Today I reached ROI on Thu, 04 Sep 2014 06:53:54 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a" href="/user/znksolutions">@ZNKSolutions</a> He has 5 - 100 MH/s Hashlets and he has made enough to cover one of them.   Also the first day I received hashlet earnings 8/17, but that is in Japan which a day ahead most of the time.</p>
]]></description><link>https://hashtalk.org/topic/3565/today-i-reached-roi#56329</link><guid

# Exhibit A-8

I started on Cex then put money in a few other minning sites. I even had a few gridseeds at home.

Then i came across Gaw and bought 4 falcons. Then next i knew I had almost 50 miners here as I liked the payouts better than other place.

I have fully invested all my payouts and do it everyday. On the 10th i plan to keep enough to pay off my original investment. So I took my original investment and divided it by 90. I will keep that much each day and reinvest the rest. It comes out to about 50%.

After my original investment is paid off I will probably only keep 20% for play money and reinvest the rest.

Gaw has been great to me. Even though I still make some btc from the other sites that I have 5 year plans with I am only reinvesting here.

I never thought of ROI-ing it that way....pick a timeline (you said 90 days), and divided your target goal by those days. Then withdraw x/90 every day until you get your money back...nice! Consider it adopted...that is, when I stop buying these friggin things with every scrap of BTC I earn!

favelle75 posted
- o ○ Favourite 0
- o ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 1
- • cyberlizard

All I can say to this is. Thank you for rising the price of Primes again Josh!

My first batch of Primes literally went past their ROI yesterday and my other Hashlets (including older and new ones) are now...

Considering that I was still looking at +75 days ROI on Sunday....If I was to stop buying new Hashlets today, I would ROI on my Birthday .

"All warfare is based on deception" ~Sun Tzu

cyberlizard posted , last edited by cyberlizard
- o ○ Favourite 0
- o ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 0
- • dsf190

Today I hit 20% ROI on my prime's. Pretty good considering I bought them on August 29th

82 Mh/s...more than I could have ever dreamed of...thanks GAW!

dsf190 posted
- o ○ Favourite 0
- o ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 1

GAW00841898

day and reinvest the rest.  It comes out to about 50%.</p>
<p>After my original investment is paid off I will probably only keep 20% for play money and reinvest the rest.</p>
<p>Gaw has been great to me.  Even though I still make some btc from the other sites that I have 5 year plans with I am only reinvesting here.</p>
]]></description><link>https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76671</link><guid isPermaLink="true">https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76671</guid><pubDate>Tue, 09 Sep 2014 00:07:02
GMT</pubDate></item><item><title><![CDATA[Reply to In search for ROI - 33 days and counting. on
Tue, 09 Sep 2014 00:09:58 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a"
href="/user/micdizo">@Micdizo</a> said:</p>
<blockquote>
<p>I started on Cex then put money in a few other minning sites.   I even had a few gridseeds at
home.</p>
<p>Then i came across Gaw and bought 4 falcons.  Then next i knew I had almost 50 miners here as I
liked the payouts better than other place.</p>
<p>I have fully invested all my payouts and do it everyday.  On the 10th i plan to keep enough to pay off
my original investment.  So I took my original investment and divided it by 90.  I will keep that much each
day and reinvest the rest.  It comes out to about 50%.</p>
<p>After my original investment is paid off I will probably only keep 20% for play money and reinvest the
rest.</p>
<p>Gaw has been great to me.  Even though I still make some btc from the other sites that I have 5 year
plans with I am only reinvesting here.</p>
</blockquote>
<p>I never thought of ROI-ing it that way....pick a timeline (you said 90 days), and divided your target
goal by those days. Then withdraw x/90 every day until you get your money back...nice! Consider it
adopted...that is, when I stop buying these friggin things with every scrap of BTC I earn!</p>
]]></description><link>https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76688</link><guid isPermaLink="true">https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76688</guid><mark>pubDate>Tue, 09 Sep 2014 00</mark>:09:58
<mark>GMT</pubDate></item><item><title><![CDATA[Reply to In search for ROI - 33 days and counting. on
Tue, 09 Sep 2014</mark> 00:14:49 GMT]]></title><description><![CDATA[<p>All I can say to this is. Thank
you for rising the price of Primes again Josh!</p>
<mark><p>My first batch of Primes literally went past their ROI yesterday and my other Hashlets (including older
and new ones) are now...</p></mark>
<p><img src="http://i.imgur.com/OCNMXav.png" alt="image" /></p>
<p>Considering that I was still looking at +75 days ROI on Sunday....If I was to stop buying new Hashlets
today, I would ROI on my Birthday .<img class="emoji emoji-extended img-responsive"
src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/dancer.png" title="dancer"
alt=":dancer:" /> <img class="emoji emoji-extended img-responsive"
src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/dancers.png" title="dancers"
alt=":dancers:" /></p>
]]></description><link>https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76699</link><guid isPermaLink="true">https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76699</guid><pubDate>Tue, 09 Sep 2014 00:14:49
GMT</pubDate></item><item><title><![CDATA[Reply to In search for ROI - 33 days and counting. on
Tue, 09 Sep 2014 00:14:44 GMT]]></title><description><![CDATA[<p>Today I hit 20% ROI on my
prime's.  Pretty good considering I bought them on August 29th <img class="emoji emoji-extended img-
responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/smile.png"
title="smile" alt=":smile:" /></p>
]]></description><link>https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76721</link><guid isPermaLink="true">https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-counting#76721</guid><pubDate>Tue, 09 Sep 2014 00:14:44
GMT</pubDate></item><item><title><![CDATA[Reply to In search for ROI - 33 days and counting. on
Tue, 09 Sep 2014 00:25:17 GMT]]></title><description><![CDATA[<p><a class="plugin-mentions-a"
href="/user/dsf190">@dsf190</a> I sort of consider I've already gotten ROI from everything I've every
bought since day 1 (a pair of Gridseed 5-chippers from GAW).  How?  Well... I would have spent that $
anyway...  <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-
plugin-emoji-extended/images/grinning.png" title=":)" alt=":)" />  Too many hobbies and I just stopped
buying &quot;stuff&quot; and started buying miners.</p>
]]></description><link>https://hashtalk.org/topic/4675/in-search-for-roi-33-days-and-
counting#76776</link><guid isPermaLink="true">https://hashtalk.org/topic/4675/in-search-for-roi-33-
days-and-counting#76776</guid><pubDate>Tue, 09 Sep 2014 00:25:17

# Exhibit A-9

Page 1

1                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
2

DENIS MARC AUDET, MICHAEL    §
3  PFEIFFER, DEAN ALLEN       §
   SHINNERS, AND JASON        §   CASE 3:16-CV-00940
4  VARGAS, INDIVIDUALLY AND   §
   ON BEHALF OF ALL OTHER     §
5  SIMILARLY SITUATED,        §
                              §
6        PLAINTIFFS,          §
                              §
7  VS.                        §
                              §
8  STUART A. FRASER, GAW      §
   MINERS, LLC, AND           §
9  ZENMINER, LLC (D/B/A ZEN   §
   CLOUD),                    §
10                            §
                              §
         DEFENDANTS.          §
11
12
13
14
15            ORAL AND VIDEOTAPED DEPOSITION OF
                        MADELINE EDEN
16                      JUNE 26, 2018
17
18       ORAL AND VIDEOTAPED DEPOSITION OF MADELINE
   EDEN, produced as a witness at the instance of the
19  Plaintiffs and duly sworn, was taken in the above
   styled and numbered cause on Tuesday, June 26, 2018,
20  from 9:42 a.m. to 2:52 p.m., before TAMARA CHAPMAN,
   CSR, CRR, RPR in and for the State of Texas,
21  reported by computerized stenotype machine, at the
   offices of Regus, 106 E. Sixth Street, Austin,
22  Texas, pursuant to the Federal Rules of Civil
   Procedure and any provisions stated on the record
23  herein.
24
25  Job No. 143277

M. EDEN - 6/26/18

1
2     A.  I mean, it had no direct connection to any
3  of the mining capacities that GAW was hosting or had
4  hosted.
5     Q.  And what was your reaction when you
6  learned that?
7     A.  I don't know.  I mean, my reaction was --
8  it's kind of what I had anticipated, but, I mean, it
9  was just confirming it was kind of odd so --
10    Q.  Had anticipated based on what or since
11 when?
12    A.  Just -- I mean, this is something that
13 Jonah and I had kind of theorized was actually
14 happening before we started working at GAW.
15    Q.  When you say "this," what do you mean?
16    A.  The lack of direct connection between any
17 hashing power and the ZenCloud -- and the ZenCloud
18 platform.
19    Q.  Okay.  And then that was confirmed for you
20 absolutely on the second visit to Mississippi?
21    A.  Yeah.
22    Q.  And you said that felt strange?
23    A.  It was just weird.  It was surreal because
24 I had kind of expected there to be some sort of
25 integration there with the mining capacity that was

M. EDEN - 6/26/18

1
2  there because they had all of that mining capacity
3  that was running out of that warehouse.  I say all of
4  it, but, I mean, there were a couple of thousand
5  miners probably.  It wasn't a giant warehouse.  They
6  had a very big warehouse that was -- you know, had
7  mining capacity that was supposed to have been put
8  online at some point and they said they moved it from
9  one to the other and those miners actually never went
10 online ever.  Yeah, they -- they weren't -- I guess
11 they weren't capable of making a profit, given the
12 current prices and the cost of power, necessarily.
13    Q.  Yeah.  It turned out that Mississippi was
14 not the ideal environment for hosting a mining
15 operation.
16    A.  No.
17    Q.  Is that right?
18    A.  Not so much, no.
19    Q.  What were the problems?
20    A.  Heat and expensive electricity so -- that,
21 and the lack of, like, any actual IT knowledge,
22 data-center-type knowledge, you know.  Even basic
23 HVAC-type stuff was -- they kind of limited.
24       So at that point, you know, I had -- I had
25 brought this up to Jonah and I guess he talked to Dan

M. EDEN - 6/26/18

1
2  Kelley or -- this is -- I remember -- I kind of --
3  this is how I remember it happening.  I don't know if
4  this was exactly what happened.  But there was a
5  decision made to acquire -- after that trip, there
6  was a decision made to acquire hash power and
7  actually put hash power in place because I remember
8  there was a large -- a lot of press and people were
9  saying, oh, these mining -- because that -- that
10 shelf of miners that I'm talking about in the big
11 warehouse was in a lot of pictures with Joe and Josh,
12 where they were, like, showing this is our mining
13 capacity.  But there wasn't -- I mean -- and people
14 were like those miners aren't plugged in and
15 everything that people had said was more or less
16 right, but it was --
17    Q.  "Everything that people" -- which people
18 had said --
19    A.  Online there was a lot of speculation as
20 to whether or not GAW had the hashing power and
21 mining capacity that they had advertised.
22    Q.  So when you say things that people had
23 said was right, you don't mean things that people at
24 GAW had been saying about --
25    A.  Correct.  I mean customers and/or critics.

M. EDEN - 6/26/18

1
2     Q.  And what specifically were they saying?
3  Just to be clear on the record here.
4     A.  That GAW did not have the mining capacity
5  that it was advertising.
6     Q.  One thing I should have mentioned at the
7  beginning is that any time you want to take a break,
8  you just let me know.  I think we should take a break
9  right now for a few minutes.
10       THE VIDEOGRAPHER:  Off the record
11 at 10:28.
12       (Break.)
13       THE VIDEOGRAPHER:  We're back on
14 the record at 10:39.
15    Q.  Ms. Eden, before the break you were
16 talking about the second trip to Mississippi, and you
17 said a decision was made to acquire hash power, to
18 actually put hash power in place.
19       Do you remember that?
20    A.  (Nods.)
21    Q.  And who made that decision?
22    A.  It was an executive decision.  I guess it
23 was decided by Josh and Dan Kelley and Joe and -- I
24 mean, ultimately that was the decision that they
25 made.  We urged them to do so.

Page 54

M. EDEN - 6/26/18

1
2  Q. Okay.
3  A. Like I said, when I first got there, there
4  were some serious scalability issues with the
5  platform. He could be referring to the amount of
6  Bitcoins going in and out of the system when he
7  says 100 million. I don't know. This is -- yeah, I
8  honestly couldn't tell you --
9  Q. Okay. That's fine.
10  A. -- without confirming with Joe. But they
11  didn't always make sense.
12  Q. We're talking to him in a couple days, so
13  we can ask him. I just wanted to see -- check your
14  understanding.
15  (Exhibit 3 was marked.)
16  Q. I've just handed you Exhibit No. 3, which
17  is another e-mail that's forwarded -- it's an e-mail
18  chain that's forwarded to you at the top. And just
19  take a second to look this over and I'm going ask you
20  if you recall this exchange you're seeing here.
21  A. (Pause.)
22  Yeah. Okay.
23  Q. Do you remember seeing this thread that
24  was forwarded to you in October of 2014?
25  A. That's definitely my reply. I don't

Page 55

M. EDEN - 6/26/18

1
2  recall a specific interaction, but, yeah, that's most
3  likely my --
4  Q. The --
5  A. -- response.
6  Q. You mean the "Yep, still up here at the
7  office"?
8  A. Yeah.
9  Q. Is that what you mean?
10  But you don't have -- sitting here today,
11  you don't have a memory of this particular issue or
12  this discussion?
13  A. I see a reference to HashPoints and
14  HashPool and payout issues.
15  Q. Do you know if this was before or after
16  your second visit to Mississippi?
17  A. This would have been probably my second
18  visit to Mississippi.
19  Q. During it? Okay.
20  A. I imagine. If it says I'm up there at the
21  office with Evan and Dejan then that's probably the
22  second trip to Mississippi, I think, if I remember
23  correctly.
24  Q. There is a discussion you mentioned just
25  now of payout issues and seeing them fixed or whether

Page 56

M. EDEN - 6/26/18

1
2  or not they're fixed. Do you have an understanding
3  of what's meant by "payout issues"?
4  A. It could have been any number of things,
5  honestly. There were always payout issues. I mean
6  always.
7  Q. What's a payout issue? Can you give me a
8  few examples?
9  A. Users not receiving the right payout
10  amount, users receiving too much of a -- too much of
11  a payout or too little.
12  Q. This is for a Hashlet?
13  A. Yeah.
14  Q. And the payout was theoretically
15  determined by the payout of a mining pool. Correct?
16  A. Correct. Yep. So every day Eric would
17  sit there, or somebody if Eric wasn't there, would
18  sit there and go through all of the average mining
19  paths of the pools that were -- that were listed
20  on -- on ZenCloud and you plug it into the system and
21  that would determine the -- the payout amounts to the
22  various Hashlets in the pools that are pointed out.
23  Q. So you're saying the payouts were
24  determined not by the results of any actual mining
25  but by reports of those results which were then just

Page 57

M. EDEN - 6/26/18

1
2  translated into payments in the system?
3  A. Yeah.
4  Q. Am I understanding you correctly?
5  A. Yes.
6  Q. So, and you're not sure, looking at this
7  chain, what, like, if we go three-fourths of the way
8  down the first page, there's a message from Joe
9  Mordica that says the "fixes have rolled out
10  tonight." "No other payout issues. Only the ones I
11  talked about today that are fixed."
12  You don't know what payout issues
13  specifically he's talking about there?
14  A. Not off the top of my head, no. Like I
15  said, the payout issues were a regular thing. That
16  was probably like half of the people that worked
17  support there were dealing with payout issues.
18  Q. You mentioned hash -- another hash product
19  or item that was on the second or third page.
20  A. HashPoints.
21  Q. What are HashPoints?
22  A. HashPoints were -- if I remember
23  correctly, they were effectively a tertiary mining
24  pool that was created so that people could point
25  their Hashlets at the HashPool and mine HashPoints

Page 58

M. EDEN - 6/26/18

1   that would later be able to -- you would later be
2   able to convert into Paycoin, I think.  I could be
3   wrong, but I'm pretty sure.
4       Q.  What would the miners be doing at
5   that point to mine HashPoints?  Is there a -- was
6   there a hash algorithm or calculation that needed to
7   be done --
8       A.  No.  We weren't doing anything.  It was
9   just sitting there and the pictures were running, you
10  know.  It was basically like a visual representation
11  of a -- of a, you know -- of a miner.  It wasn't
12  really doing anything.  It was just the same thing as
13  the Hashlets.
14      Q.  Well, if I understand things correctly
15  with Bitcoin mining, Bitcoin miners are performing
16  complex hashing calculations as part of the system
17  that's used to verify Bitcoin transactions.  Is that
18  correct?
19      A.  Yes.
20      Q.  And what equivalent work was being done by
21  Hashlets that were pointed -- that were being used to
22  mine HashPoints?
23      A.  To begin with, the Hashlets weren't doing
24  any mining at all.  I mean, there wasn't any mining

Page 59

M. EDEN - 6/26/18

1   going on behind the Hashlets anywhere.
2       Q.  You mean Bitcoin or -- or HashPoints or
3   anything?
4       A.  No.  No.  It was just, you know, a daily
5   payout that occurred, a certain number of HashPoints
6   based on the number of gigahash.  I don't remember
7   exactly what it was.  But, yeah, people could
8   essentially point to their Hashlets at the
9   Hashpooling and have HashPoints instead of Bitcoin if
10  they pointed it at one of the other pools and they
11  would be able to, later at some point, convert those
12  HashPoints into -- I think -- I don't remember if the
13  name was Paycoin at that point or not, but --
14      Q.  Do you recall when the concept of -- well,
15  Paycoin was a new cryptocurrency that was going to be
16  introduced by GAW Miners.  Is that correct?
17      A.  That's correct.
18      Q.  And do you know did the idea for
19  Paycoin -- it originally had a different name.  Do
20  you remember that, for Paycoin?
21      A.  HashCoin or something -- yeah, there were
22  a hundred different names that we went through and
23  came up with.
24      Q.  Did the idea for generating this new

Page 60

M. EDEN - 6/26/18

1   cryptocurrency, was that already in place when you
2   joined GAW Miners or was that something new after you
3   joined?
4       A.  I -- I didn't hear about the idea until I
5   had been there for a while.  I can assume that
6   they -- I can only assume that they considered it
7   before, but I couldn't tell you one way or the other
8   if it was something that was -- that they had
9   actually actively pursued before we had gotten there.
10      Q.  At some point after you joined, was there
11  a transition of efforts among the coders and others
12  working for GAW Miners from working on Hashlets
13  projects to working on HashStakers or Paycoin or
14  Paycoin-related products?
15      A.  Yeah.
16      Q.  Do you know what, about, that happened?
17      A.  I don't recall the exact time frame.  It
18  was --
19      Q.  Before or after Exhibit 3?
20      A.  Before -- let's say it this way, before or
21  after your second visit to Mississippi?
22      A.  I assume this is my second visit.  I -- I
23  think.  So development resources were allocated to
24  work on this obviously at this point.  Right?  So I

Page 61

M. EDEN - 6/26/18

1   think it was my second trip to Mississippi when the
2   whole Paycoin thing came about and they kind of
3   rushed into it.  It was -- it was kind of a blur
4   because at the exact -- around the same time, Josh
5   came up with this idea to give away free Hashlets to
6   every new account that signed up and so we had an
7   influx of, roughly -- I don't know -- several hundred
8   thousands of user sign-ups from all over the place
9   for free money.  And it was a huge mess and we had to
10  clear it out and that, of course, caused scalability
11  issues which led to developers working nonstop around
12  the clock in order to resolve it.
13      But, yeah, the HashPoints and the Paycoin
14  or HashCoin or whatever it was it was going to be
15  called.  I'm pretty sure this would have been the
16  time that I heard about it at first.  I mean, we had
17  discussed it.  I talked about the idea of releasing a
18  cryptocurrency with Josh and Joe and Jonah and Dan
19  and everybody else, you know, on occasion before this
20  several years.  But, yeah, none of it played out the
21  way that we had originally discussed it, like this
22  was a bad idea.
23      Q.  When you say "this," what's the concept
24  that you --

M. EDEN - 6/26/18

1
2  A.  The SEC was a lot of answering questions
3  about Hashlets and Paycoin.
4      Q.  Technical aspects or all aspects?
5      A.  Mostly technical.
6      Q.  Okay.
7      A.  Some other aspects of it, I guess.
8      Q.  Did they ask you whether or not there was
9  actually hashing power underlying Hashlets?
10     A.  Yes, they did.
11     Q.  What did they say?
12     A.  Eventually there was some.
13     Q.  Okay.
14     A.  You know, to the best of my knowledge, in
15  the be- -- initially there wasn't any, which I didn't
16  know at first.  Right?  So -- in fact, I didn't know
17  that -- I didn't know that in the beginning there
18  wasn't any until after I took -- pretty much took
19  over for Joe Mordica.
20     Q.  That's when you learned the extent of the
21  problem?
22     A.  Yeah.
23     Q.  It sounded -- I mean, you talked about a
24  couple of moments where you learned more and more
25  about --

M. EDEN - 6/26/18

1
2      A.  Right.
3      Q.  -- sort of hollowness of the project.  And
4  that was -- that sort of process of learning how bad
5  it was, was ongoing up until the time when you took
6  over for Joe and that's when you finally learned how
7  bad it really was.  Is that what you just --
8      A.  That's pretty much dead on, yeah.
9      Q.  Okay.  And what kinds of requests -- or
10  what kind of interactions did you have with the FBI?
11     A.  Mostly it was in reference to a hack that
12  had occurred on the system.  But if I remember
13  correctly, it was mostly because of the hacks that
14  occurred on the system prior to Joe leaving.  And it
15  was -- it was basically an internal hack where large
16  portions of the database had been changed and
17  modified and ledgers had been altered and -- and
18  accounts had been credited.  And there was weird
19  stuff going on.  And there was no real way -- I mean,
20  it was a complete mess.
21     Q.  Was Jonah still at the company after the
22  time you took over as CTO up until the end?
23     A.  Yes.
24     Q.  And was Josh Garza?
25     A.  Yes.  I guess I mean -- well, physically

M. EDEN - 6/26/18

1
2  or?
3      Q.  Did he go somewhere physically?
4      A.  Yeah, I believe.
5      Q.  Where did he go?
6      A.  Well, I can't say for 100 percent that I
7  know where.  He went several places, as far as I can
8  recall.  But one of those places I believe was Dubai.
9  There were a few other places I guess he went, but
10  nobody really knew.  So maybe Jonah would've had a
11  better idea, but...
12     Q.  Do you know why he went to Dubai?
13     A.  Yeah, no, I don't.  I know he was going
14  there to meet with some of the people who were
15  initially invested in Paycoin or Hashlets.
16     Q.  He was meeting with investors?
17     A.  I believe so.
18     Q.  Was he running from the FBI, SEC?
19     A.  You know, I don't know.  I guess it's
20  possible.  I mean, it's not like he ever told me he
21  was running from the SEC or the FBI.
22     Q.  You never heard that from him?
23     A.  No.
24     Q.  And you didn't do anything to help
25  facilitate him going into hiding or getting away or

M. EDEN - 6/26/18

1
2  anything like that?
3      A.  No, I hindered it every way I possibly
4  could.
5      Q.  Did you have any interaction with
6  Stuart Fraser while you were at GAW?
7      A.  Not directly, no.
8      Q.  Indirectly?  What do you mean?
9      A.  We're all very compartmentalized.  I would
10  talk to like Dan Kelley most of the time and he had
11  most of the interaction with Stuart Fraser.
12     Q.  Did Mr. Fraser come up in your
13  interactions with Dan Kelley?
14     A.  Yeah, I mean, it was --
15     Q.  Him --
16     A.  His name came up.
17     Q.  How?
18     A.  Just that he was an investor and we were
19  all, I guess, he was -- a lot of what Dan was -- they
20  were doing was overseeing Stuart's interest in the
21  company.
22     Q.  A lot of what Dan -- when you say "they
23  were doing" --
24     A.  What Dan was doing.  Dan Kelley.
25     Q.  With overseeing Stuart Fraser's investment

M. EDEN - 6/26/18

1
2   Q. No?
3   A. Not physical hashing power.
4   Q. Not true hashing power, but a hashing
5   power that was sold to the customer?
6   A. Well, yeah, sort of.
7   Q. Why do you say "yeah, sort of"?
8   A. Because the database was a giant mess.
9   But at this point there had been hacks on the
10  database. I mean, there had been issues with
11  Hashlets that had been split and/or destroyed on
12  accident, or I mean, any number of different things.
13  Q. Would it track a number that was at
14  least -- prior to any corruption in the database or
15  problems with it, it was attempting to track a number
16  that represented the hashing power that was sold in
17  association with a particular Hashlet?
18  A. Right. And I don't remember what the
19  hashing power of some of these were. Like, I mean,
20  they -- like the Hashlet Genesis, I could be wrong, I
21  thought that was like a 10 gigahash Hashlet. I
22  think. I'm pretty sure those were the three Hashlets
23  that were given away.
24  Q. Okay. So the fact that there's --
25  A. 1.68 million.

M. EDEN - 6/26/18

1
2   Q. -- over a million --
3   A. Right.
4   Q. -- suggests that they were -- that's the
5   number of Hashlets?
6   A. Yeah. Yeah. Which means you would take
7   the 1.69 million and then multiply it by 10, and then
8   that would be -- I think -- or I don't remember if
9   they were 10 mega -- 10 gigahash Hashlets or 100
10  giga -- I thought it was 10 gigahash, but you
11  multiply by 10 and that would be the total amount of
12  hashing power that was available for that Hashlet,
13  I'm pretty sure.
14  Q. Did the SQL database track sales of
15  HashStakers?
16  A. Yes, most of them.
17  Q. Why do you say "most"?
18  A. Because there were so many different
19  places that purchases came in through.
20  Q. So purchases through most sources would go
21  to the SQL database? What sources would not go to
22  the SQL database?
23  A. Well, it would all eventually go to the
24  SQL database. Right? So, I mean, technically, yes,
25  but you wouldn't know -- some of them came in as

M. EDEN - 6/26/18

1
2   redeemable codes. So you wouldn't necessarily know
3   the source, where it came from, whether it came from
4   Shopify, or whether it came from a credit card
5   purchase, or a wire transfer, or whatever. Or from,
6   you know, a Bitcoin transaction.
7   Q. Okay.
8   A. So, yeah, but, I mean, eventually it was
9   supposed to show, you know, a complete path of
10  ownership. But some of these guys used the system
11  and just generated -- because you can -- if you
12  bought -- you know, if somebody sold one, they could
13  just go into the system, right, and -- and create it
14  at will, because it's just like, you know...
15  Q. Create what? You mean a Hashlet?
16  A. Yeah.
17  Q. Meaning that they didn't have to identify
18  it to any particular underlying hashing power or
19  computer or anything?
20  A. Correct, yes.
21  Q. You just create an entry in the SQL
22  database and magically a Hashlet would appear?
23  A. Yes.
24  Q. Regardless of the hashing power that was
25  available?

M. EDEN - 6/26/18

1
2   A. Correct.
3   Q. It also tracked sale of HashStakers in the
4   SQL database?
5   A. Yes.
6   Q. What about -- sales of Paycoin and
7   ownership of Paycoin would be tracked in the Paycoin
8   block chain. Correct?
9   A. No. It's also in the SQL database.
10  Q. So a Paycoin block chain doesn't identify
11  a particular Paycoin to an address?
12  A. Not on the system.
13  Q. Well, separate from this system does it
14  identify an address that owns a particular Paycoin?
15  A. Yes, absolutely.
16  Q. But then you separately also tracked
17  ownership of at least sales of Paycoin in the SQL
18  database. Right?
19  A. Yes.
20  Q. But if a customer bought a Paycoin from
21  you, and that was recorded in the SQL database, that
22  customer later sold that Paycoin or used it to buy
23  something, the SQL database wouldn't necessarily
24  track that, but the Paycoin block chain would?
25  A. No. If the customer bought a Paycoin,

Page 178

M. EDEN - 6/26/18

1    M. EDEN - 6/26/18
2    was based on?
3        A.  As far as like the difference between
4    stocks and Altcoins?
5        Q.  No.  Just how the pricing worked on these
6    coins, or on these products.
7        A.  For an exchange?  All determined by market
8    value and availability.  Right?  And, of course,
9    demand.  So if somebody is dumping huge chunks of
10   Paycoin and then selling it on an exchange, it's
11   going to drop the price of the coin substantially.
12   Especially if they're doing it in large amounts.
13       Q.  So do you recall what you meant by saying
14   they're not exactly like stocks?  It's okay if you
15   don't.
16       A.  I really don't, honestly.
17       Q.  Okay.  That's fine.
18       A.  "(Or lack thereof as there is no place for
19   the negative press to be displayed)."  "I am sure the
20   negative press (or lack thereof as there is no place
21   for the negative press to be displayed) is in some
22   way responsible for the drop in price of the coin."
23           "Altcoins aren't exactly like stocks.
24   Public opinion held that kind of sway there, the
25   value of this coin would have diminished a lot more

Page 179

1    M. EDEN - 6/26/18
2    than it already did."
3            Yeah, I don't remember exactly what I
4    meant by that entirely, but I think it probably had
5    something to do with the HashTalk being offline
6    and --
7        Q.  HashTalk is a forum?
8        A.  Yeah, a forum that we were paying a lot of
9    money for at the time, I guess.
10       Q.  By "we" you mean the company, GAW?
11       A.  By GAW -- yeah, GAW.
12       Q.  Did GAW have something called an affiliate
13   program, or affiliates?
14       A.  Probably.  But nothing -- yeah, I'm not
15   entirely familiar with it.  I know that there were
16   all kinds of programs, referral programs, affiliate
17   programs, free programs.
18       Q.  What's a free program?
19       A.  It was --
20       Q.  Is that what you were talking about
21   earlier, about how if you opened an account, you
22   might receive a free Hashlet?
23       A.  Yeah.  That was -- when I refer to
24   Exhibit 9, you'll see 1,680,901 -- yeah.  1,680,951
25   Hashlet Genesis miners or Genesis Hashlets that were,

Page 180

1    M. EDEN - 6/26/18
2    if I'm not mistaken, free.
3        Q.  So all Genesis Hashlets were free?
4        A.  Pretty much, yeah.  And most of them were
5    more or less forcibly [phonetic] obtained by people
6    creating fake accounts all over the world, Malaysia,
7    and everywhere else, and -- yeah.
8            There were also a number of fake accounts
9    that were created by somebody on the system who had
10   access to them, and they were dumping large amounts
11   of coin off of them, and -- you know, when a lot of
12   this was happening.  There was Paycoins being dumped
13   on the exchange by people from GAW, so...
14       Q.  So when I asked you about affiliate
15   programs, what would that mean for this company?
16   What would an affiliate program look like?
17       A.  I have no idea.  Let me see if I can
18   remember.  But I don't think -- I think the affiliate
19   program -- sorry.  I think the affiliate program was
20   more or less a reseller program maybe.  I don't know
21   if it was something similar or not.  Like I said,
22   they had a lot of programs.
23       Q.  Who determined what programs there were?
24       A.  I don't know.  Josh and Dan and whoever
25   was up at the executive level came up with, you know,

Page 181

1    M. EDEN - 6/26/18
2    most of these ideas, as far as what programs there
3    were.  Like if there was an affiliate program, it was
4    probably started before we got there.
5        Q.  Did GAW have a program for value-added
6    retailers?  I think they were referred to as BARs.
7        A.  I wouldn't know.  I'm just an engineer,
8    so...
9        MS. ECHENIQUE:  Do you guys want
10   to take a short break?
11       MR. SARGENT:  Sure.
12       THE VIDEOGRAPHER:  Off the record
13   at 2:09.
14           (Break.)
15       THE VIDEOGRAPHER:  Back on the
16   record at 2:17.
17       Q.  We talked about a number of agreements,
18   both you and I and just in general today.  Stuart
19   Fraser did not negotiate any of these agreements
20   with -- the ones that you're a party to, he didn't
21   negotiate any of those with you.  Correct?
22       A.  These agreements?
23       Q.  Yes.
24       A.  Not this --  not this agreement.  You're
25   talking about Exhibit 11?

M. EDEN - 6/26/18

1  
2    A.  No.  I don't recall doing that.
3    Q.  And if you go to the second page, it looks
4  like it's the bottom part of this post.  It says --
5  it starts with the paragraph that says "Finally."
6  "Much of" -- and it's the second sentence.  "Much of
7  your gratitude should, again, go to Jonah Dorman and
8  Matthew Eden for spending time with me on Skype
9  making the decision to take the lead in this
10 endeavor."
11 Do you remember what he's talking about there?
12    A.  I don't recall.  You mean whether or not
13 we talked on Skype?
14    Q.  Or how it would have been instructed in
15 him making the decision to take the lead.
16    A.  That I don't even recall or know.
17    Q.  Do you -- does this refresh your memory
18 about what you may have spoken about with him?
19    A.  No, not really.  I mean, nothing that I
20 hadn't talked with about it to everyone else.
21 Nothing that I haven't discussed here today with you
22 guys.
23        We talked to a lot of the customers from
24 GAW after the site got wound down, primarily because
25 we were still responsible for providing support to

M. EDEN - 6/26/18

1  
2  them in one way or another.  So...
3    Q.  This is Exhibit 18 that's coming up.
4        (Exhibit 18 was marked.)
5    Q.  Do you recognize what this document is?
6    A.  No, I do not.
7    Q.  I'll give you a sec to read it.
8    A.  (Pause.)
9    Q.  So at the top it says "Release of ZenCloud
10 and PayBase Account Details, Letter of
11 Authorization."
12        And then in the bottom paragraph, after
13 all the accounts and the empty areas are located, it
14 says "By my signature below" and then later in the
15 sentence it says "transmission of my account
16 information from BCI (Matthew Eden, Owner, and or
17 Ryan Mottley, Representative) to D. Allen Shinners."
18 And then the second sentence after the sentence after
19 that says "I hereby indemnify and hold harmless
20 BCI" -- again -- "(Matthew Eden, Owner, and or Ryan
21 Mottley, Representative)," "which may inadvertently
22 arise from the digital transmission of my personal,
23 confidential account data to D. Allen Shinners."
24        Do you know what this refers to?
25    A.  I don't really recall what this refers to,

M. EDEN - 6/26/18

1  
2  but I am going to say, based off of looking at it,
3  that Allen, I guess, requested his account
4  information from the database.
5  I've actually not seen this document before, at
6  least I don't think I have.
7    Q.  Would this information have been helpful
8  to you or would -- does it mean anything to you in
9  the context of BCI?  Or how would it have been?
10    A.  If he had requested his -- if he requested
11 his account information, then I probably would have
12 put him through to Ryan Mottley and had Ryan pull it
13 from the database.  I don't know if the databases
14 were even online anymore at this point, which means
15 he would have had to have gone through Ryan or Evan
16 to get his info, so, yeah, I don't even know why my
17 name...
18    Q.  So BCI -- just to clarify again, what does
19 BCI stand for?
20    A.  BlockChain Innovations.
21    Q.  And BlockChain Innovation had the
22 databases that were formally with GAW?  Or which
23 database are you referring to?
24    A.  Yeah.  I mean, in a manner of speaking.
25 They had the databases that were -- formerly was GAW,

M. EDEN - 6/26/18

1  
2  as they had effectively, I guess, evolved.  Right?
3  So, I mean, the databases that were formerly with GAW
4  were probably not the same databases by the time that
5  they got to this.
6    Q.  Are these the same databases that you were
7  referencing earlier?
8    A.  Absolutely.  But like I said before, in
9  order to actually know what was happening at any
10 given point in time, I mean, you can't really review
11 just the database, because -- well, data got changed.
12 So the raw ability of the data that was in the
13 database was not always exactly 100 percent.  There
14 were people that were modifying the data in the
15 production environment who were receiving direction
16 from people that weren't involved with development --
17 I mean that weren't involved with the development
18 team or with the development leadership, so...
19    Q.  Are you referring to what you called
20 earlier like a hacking or is this something else?
21    A.  Oh, yeah, no.  It was specifically related
22 to that.  There were developers who were taking
23 instruction from Josh Garza and -- well, I don't
24 know -- modifying records and stuff.  It was kind of
25 difficult to ascertain specifically what had happened

# Exhibit A-10

| | |
|---|---|
| **From:** | GAW Miners |
| **Sent:** | Wednesday, October 29, 2014 8:00 AM PDT |
| **To:** | josh@gaw.com; lrusten@geniusesatwork.com; carlos@geniusesatwork.com |
| **Subject:** | Assigned to Group - Free Hashlet |

Hi

A new ticket has been assigned to your group "New Purchase and Sales". Please follow the link below to view the ticket.

Free Hashlet

http://www.gawminers.com/pages/zencloud-account

Hi I recently signed up and didn't get this offer?

https://gawminers.freshdesk.com/helpdesk/tickets/39864

# Exhibit A-11

| | |
|---|---|
| **From:** | Josh Garza |
| **Sent:** | Friday, December 5, 2014 7:42 AM PST |
| **To:** | Joe Mordica |
| **Subject:** | Free HashPoint |

Can you make it to where when someone upgrades their primes, they get

Sent from my mobile phone

# Exhibit A-12

| Amount | User | Admin | Notes | Created |
|---|---|---|---|---|
| 55000000 | rishab@livingstones.in | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 18:56 |
| 34405200 | hueytexas777@gmail.com | reseller@gawminers.com | cg | 11/29/2014 15:58 |
| 10000000 | forumfun1@gmail.com | joe@gawlabs.com | Per Carlos confirmed by Josh. | 11/16/2014 0:27 |
| 8000000 | docmd@live.com | reseller@gawminers.com | per Carlos | 11/27/2014 0:10 |
| 4000000 | craig@surferdude.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 3800000 | fahad.reshamwala@hotmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:01 |
| 3541587 | ted@pacificcoastcommercial.com | joe@gawlabs.com | Per carlos (confirmed by Josh) | 11/19/2014 19:05 |
| 3201200 | jhorourke2@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 2500000 | priyathakore15@hotmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:00 |
| 2200000 | fahad_faddy@hotmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:00 |
| 2164864 | ac500@ansiblelink.net | joe@gawlabs.com | Per Josh | 11/23/2014 19:19 |
| 2000000 | craig@surferdude.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 2000000 | johnnytuberosi@hotmail.com | joe@gawlabs.com | per carlos (confirmed by Josh) | 11/19/2014 19:04 |
| 2000000 | tarun_chhabria@hotmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 18:56 |
| 2000000 | anam.umair@yahoo.in | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:02 |
| 1900000 | rishikesh_dixit@hotmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:02 |
| 1673200 | parkerbriggss@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 1672914 | patrick.brunner.ch@gmail.com | eric@btc.com | Credit for late activation. | 8/13/2014 16:37 |
| 1411200 | ac500@ansiblelink.net | eric@btc.com | Credit via Josh | 8/12/2014 15:28 |
| 1136800 | nlucia@icloud.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 1084800 | framentf@fastmail.us | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 1000000 | was_memon@yahoo.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:04 |
| 1000000 | aanshjagwani@gmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 18:56 |
| 938400 | skatnimit@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 823600 | djvictorvargas@hvc.rr.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 800800 | yeesheng@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 800000 | jecano13@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 800000 | dj.ankit@gmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 18:59 |
| 750000 | faalaking@gmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:03 |
| 750000 | yaminmerchant@gmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:03 |
| 692000 | keithtjr@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 686000 | jeff_lucia@icloud.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 607200 | dandana112@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 598400 | ahue2007@yahoo.com.tw | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |

| | | | |
|---|---|---|---|
| 580000 pcprovideo@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 547600 arthur.chauvet44@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 540000 james.napier@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 520000 jmurphey@skynetunwired.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 501749 ac500@ansiblelink.net | joe@gawlabs.com | Per Josh | 11/23/2014 18:28 |
| 500000 josh@smart-tech.com | josh@gaw.com | test | 8/9/2014 14:11 |
| 500000 zamzamtalha@yahoo.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 19:02 |
| 478800 pchatchawan777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 449939 sunnylunia007@yahoo.co.in | reseller@gawminers.com | CG | 11/27/2014 17:57 |
| 448000 depinigai@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 447507 lennyfiler@yahoo.com | kaeti@gawminers.com | Consolidated from account groovyds@gmail.com | 12/4/2014 21:24 |
| 446000 jeff_lucia@icloud.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 440800 drew@drewdupont.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 420000 mcjayvegas@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 414800 gabecava5@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 406400 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 404400 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 404000 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 403600 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 403200 leonardo_colucci@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 402400 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 402000 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 401761 lennyfiler@yahoo.com | kaeti@gawminers.com | Consolidated from account lennyfiler@gmail.com | 12/5/2014 0:47 |
| 400800 jcbarrales@live.com.mx | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 400800 clahsen.bv@me.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 400400 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 400400 clahsen.bv@me.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 400000 craig@surferdude.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 400000 tomstammis@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 400000 ald@daredev.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 400000 ald@daredev.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 400000 clahsen.bv@me.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 400000 clahsen.bv@me.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 400000 lennyfiler@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 400000 lennyfiler@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |

| | | | |
|---|---|---|---|
| 400000 lennyfiler@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 400000 lennyfiler@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 400000 raymond.ho86@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 400000 lizziehomenet@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 398400 clahsen.bv@me.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 395200 chrisallison@gmx.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 387200 curombarican@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 387200 curombarican@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 375600 sfehrman@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 375200 suxxer@sdds.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 372800 a4xcrypto@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 358800 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 356000 suxxer@sdds.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 350000 mikelly1984@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 350000 angadmarwah@gmail.com | amanda@gawminers.com | Credit per carlos -av | 11/26/2014 18:58 |
| 334400 barrymylett1986@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 321600 anil.kuecuek@yahoo.de | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 320000 ace_jas68@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 314000 voergjt@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 307200 jefcrawf@chipper.ninja | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 300000 lokynpain@countermail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 300000 jlgenericmail@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 300000 thatoneguy3000@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 300000 thatoneguy3000@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 300000 lokynpain@countermail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 300000 fernando_unesp@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 300000 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 300000 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 300000 jlgenericmail@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 300000 ismacphee@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 300000 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 300000 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 300000 jubeitsukioka@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 300000 mcjayvegas@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 300000 sprigganf1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |

| | | | |
|---|---|---|---|
| 300000 gawminerscontest@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 300000 dave@evolocity.net | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 300000 djcarlos000@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 300000 jlgenericmail@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 298000 bostonscoob@mac.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 293200 dwdavies99@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 285600 paul2083@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 284417 tlewis@go-concepts.com | eric@btc.com | Credit for late activation. | 8/15/2014 16:11 |
| 280000 jdrneto@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 280000 hoppenfeld@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 275200 fanelli@schuyl.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 271600 xpycoins@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 268800 kandcorp@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 266400 chad.boyd@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 261200 eduhjdk@outlook.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 260000 fcahyono@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 259600 cweedall@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 258800 guzzler3@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 256400 guzzler3@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 256000 d.kustey@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 251600 gerarts@me.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 251200 brenzosa@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 248800 jbpoynton@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 248000 commande-calcul@laposte.net | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 247200 kandcorp@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 244825 tlewis@go-concepts.com | eric@btc.com | Credit for late activation | 8/12/2014 19:02 |
| 240000 krcintapps@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 237200 guzzler3@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 236800 guzzler3@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 227600 timdavis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 221200 etruscan@mpfeiffer.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 217200 chrizmuz@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 216800 chrizmuz@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 214400 mrcoinzzz2@newcombe.biz | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 211600 paul4561@hotmail.co.uk | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |

| | | | | |
|---|---|---|---|---|
| 210000 | kris.hunter@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 203600 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 202800 | timdavis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 201600 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 201600 | vvashkot@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 200800 | crypt0h4z3@tutanota.de | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 200400 | pcagenic@aol.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | programmerdmx@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 200000 | forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | programmerdmx@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 200000 | mrcoinzzz@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 200000 | richardandbambi@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 200000 | johnnytuberosi@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | johnnytuberosi@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | johnnytuberosi@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | rgiminer@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | rgiminer@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | rgiminer@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | andi.daniawan@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 200000 | hueytexas777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | hueytexas777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | hueytexas777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | hueytexas777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | hueytexas777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | hueytexas777@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | jhorourke2@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |

| 200000 | aanshjagwani@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
|---|---|---|---|---|
| 200000 | timdavis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 200000 | forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | timdavis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 200000 | timdavis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 200000 | daniel@neshmedia.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 200000 | daniel@neshmedia.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 200000 | kyle@centralmarine.us | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 200000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | resync@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | kyle@centralmarine.us | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 200000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | tomstammis@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 200000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 200000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 198400 | fahad.reshamwala@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 197200 | rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 196000 | zenng2001@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 193600 | gwg0335@me.com,%2525252520gwg@s | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 186000 | kaizenrealproperties@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 185200 | gawminers@teslagroup.net | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 185200 | gawminers@teslagroup.net | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 183600 | mike@space-sci.de | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 182800 | aavilesp@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 182400 | sales@thetrufflemaestro.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 180000 | liesenfeld@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 179600 | jefcrawf@chipper.ninja | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 177200 | jeff@linkwheels.org | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 176800 | vincent@dp5.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 176400 | docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 176000 | nyvegas@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 176000 | nyvegas@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 174000 | jggathje@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 173600 | porfirio_pinacho@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |

| | | | |
|---|---|---|---|
| 172800 docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 171200 zenportal@tburks.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 170000 nathan319@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 164000 tigersfang23@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 163600 rrwaggoner@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 163200 badw4u@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 162800 nyvegas@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 161200 sami.harkonen@pp2.inet.fi | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 160400 sami.harkonen@pp2.inet.fi | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 160000 deputybrand@gamil.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 160000 anders.jacobsen@nax.no | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 159600 frankiesantiago@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 158000 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 157200 clevo4040@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 157200 andy.gumbre@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 150000 fernando_unesp@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 150000 danw82@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 150000 matthew1429@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 150000 88flaminchevy@cox.net | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 150000 johnmcd_au@iinet.com.au | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 150000 johnmcd_au@iinet.com.au | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 150000 gaele.bouma@live.nl | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 150000 adam.wolter@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 150000 billy_luo@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 148800 billy_luo@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 148800 zenng2001@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 146000 kkhaial@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 145600 wonkothe31337@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 144400 timdavis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 144400 keycaymen@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 144000 mcalex81@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 142000 lizziehomenet@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 138800 rishab@livingstones.in | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 136400 magnus@leijon.me | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 136000 abilio.machado@laposte.net | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |

| | | | |
|---|---|---|---|
| 135600 skatnimit7@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 135600 billbrock1234@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 134800 ericreece@wowway.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 134800 rimba.v@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 133600 jvespoli@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 132800 chanoddy@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 132000 scott.jelen@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 132000 raqibul_huq@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 131200 pmouat1975@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 130800 brndnrsl@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 130800 mikenrry@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 130400 quietramen956@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 130000 harryh@pobox.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 130000 harryh@pobox.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 130000 harryh@pobox.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 130000 harryh@pobox.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 128000 kapetanakiss@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 125600 mr_tez@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 125600 pravin_bhudiya@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 124800 akumaldo@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 124000 jefcrawf@chipper.ninja | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 124000 jindewet2000@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 123200 derek@derekbroyhill.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 122800 pickaxepete@outlook.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 122800 pdncgn@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 121600 dkh750@aol.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 121200 oxfordmankimo@yahoo.com.tw | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 121200 mr_tez@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 121200 dangbtc999@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 120400 waji129@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 120000 tarun_chhabria@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 120000 sladvidi@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 120000 junkmail@noaverage.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 120000 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 120000 molinger77@comcast.net | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |

| | | | |
|---|---|---|---|
| 120000 mandu-karim@web.de | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 120000 nyoungman777@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 120000 dovaboy@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 120000 ctagg88@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 119200 aavilesp@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 118800 jefcrawf@chipper.ninja | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 118400 jochen.siegrist@gmx.de | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 118400 awblume@zoho.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 116400 waji129@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 114400 etruscan@mpfeiffer.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 113600 grego@itech-ny.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 113200 jehiel.lhvinsky@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 112000 jcbarrales@live.com.mx | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 112000 jrd817-mining@yahoo.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 111200 davehabeck81@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 111200 patrik.horky@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 110800 miningthailand@mpfeiffer.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 109600 nghimlam@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 108800 forumfun1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 108000 jonas@nyckelbol.se | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 107600 adam.wolter@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 106800 thatsvideo@aol.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 104800 theprojectshift@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 104800 pochareddy@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 104000 jonathan.cable1@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 104000 eastcoastcores@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:16 |
| 102000 meenakshi.chhabria@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:13 |
| 100800 mginjhw@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 100000 martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 docmd@live.com | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |

| | | | | |
|---|---|---|---|---|
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | rsbriggs@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | mrcoinzzz@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | kevinbwillis@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:18 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | adamlemm@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:12 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | mrcoinzzz@gmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:14 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | dannyboy410@hotmail.com | NULL | credit for first 48hr reservation | 12/12/2014 23:15 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |
| 100000 | martin.ammann@martrog.ch | NULL | credit for first 48hr reservation | 12/12/2014 23:17 |

# Exhibit A-13

Page 1

1              JOE MORDICA - JUNE 28, 2018

2            UNITED STATES DISTRICT COURT

3              DISTRICT OF CONNECTICUT

4

5   DENIS MARC AUDET, MICHAEL

    PFEIFFER, DEAN ALLEN SHINNERS,

6   and JASON VARGAS, Individually and

    on Behalf of All Others Similarly

7   Situated,

8        Plaintiffs,

9   VERSUS                  CASE NO. 3:16-cv-00940,

10  STUART A. FRASER, GAW MINERS,

    LLC, and ZENMINER, LLC, (d/b/a

11  ZENCLOUD),

12       Defendants.

13  HONORABLE MICHAEL P. SHEA, COURTROOM 2

14  ECF CASE

15  CLASS ACTION

16

17

18

19        VIDEOTAPED DEPOSITION OF JOE MORDICA

20        Taken at the La Quinta Inn & Suites

21  Hattiesburg, 109 Lundy Lane, Hattiesburg, Mississippi,

22  on Thursday, June 28, 2018, beginning at 9:14 a.m.

23

24

25  Job No. 142900

Page 118

1    JOE MORDICA - JUNE 28, 2018
2    MS. ECHENIQUE:  Yeah.
3         (Off the record.)
4    VIDEOGRAPHER:  Back on record, 12:22.
5    EXAMINATION
6    BY MS. ECHENIQUE:
7    Q.  I'm Sarah Echenique, counsel for Stuart
8    Fraser.
9    A.  Okay.
10   Q.  We met earlier.  I wanted to ask, I know that
11   you said you met plaintiffs' counsel earlier today.
12   Is that first time you've spoken with him?
13   A.  Today?  I spoke with him on the phone
14   previously whenever he asked me to -- or whenever I
15   got called to do this.
16   Q.  This meaning the deposition?
17   A.  Yes, yeah.
18   Q.  Had you exchanged any documents or anything
19   like that?
20   A.  No.
21   Q.  Just spoke in terms of scheduling the
22   deposition?
23   A.  Yes.
24   Q.  I know you've talked at length about the
25   different products that GAW Miners had.  I was

Page 119

1    JOE MORDICA - JUNE 28, 2018
2    wondering if you could talk a little bit about a few
3    of the programs that they offered, for example, a
4    program for beta testers.  I might be getting that
5    wrong.
6         What is a beta tester?
7    A.  A beta tester is someone that is somewhat
8    technically inclined that is an outside or third-party
9    resource that a company would normally bring in to
10   help the company test the software release of a
11   product.
12        So beta tester -- so if Apple is releasing a
13   new version of their iOS, they will have beta testers
14   that use different features and try to break different
15   things in the software in order to provide the
16   developers what they need in order to fix the issues.
17        Because the developers, it's harder for
18   developers to locate and determine issues from
19   software that they write themselves; right.  Like, if
20   I'm writing a piece of software, if you're -- like, I
21   can't see things that you can see because you come at
22   it from a different vantage point.
23        So that's the objective of a beta tester.
24   Q.  Did GAW Miners use beta testers?
25   A.  Yes, uh-huh.  Yeah, we had a beta testing

Page 120

1    JOE MORDICA - JUNE 28, 2018
2    program that -- I believe we even compensated beta
3    testers for their feedback if it was helpful for us in
4    fixing issues before those features got released.
5    Q.  What kind of compensation?
6    A.  I believe it was -- it was some form of
7    cryptocurrency, whether it was Bitcoin or Paycoin.
8    Probably -- it was Bitcoin probably.  It wasn't U.S.
9    dollars, it was definitely Bitcoin.
10        I don't remember anybody getting compensated
11   with U.S. dollars.  And I believe Eric Capuano
12   primarily ran that program.
13   Q.  Do you know how many beta testers you might
14   have used, or I don't know if that's a proper term, as
15   well?
16   A.  Yeah, it's proper.  Probably at any given
17   time around 20 to 50 beta testers, something like
18   that.
19   Q.  How did you choose them, or who would choose
20   them?
21   A.  We would choose them based on their feedback
22   and helpful advice in the community.  So we put
23   together a program, they would come in and apply to be
24   a beta tester and we would vet them so that they
25   could -- like, so that we felt good that they would be

Page 121

1    JOE MORDICA - JUNE 28, 2018
2    able to provide adequate feedback and that they just
3    weren't trying to gain insider knowledge about what we
4    were about to release.  Like, if you were working for
5    someone else's company and you would want to get,
6    like, insider knowledge about certain software
7    versions to be released.
8         So we would try to vet them in order to
9    establish a good, like, basis for how much
10   productivity they were going to be able to provide to
11   us.  That's how we would establish a relationship with
12   them.
13   Q.  Were they allowed to continue purchasing or
14   using their products from GAW Miners while you were
15   using their services?
16   A.  I can't remember that.  I don't -- I don't
17   know if that was even discussed.  I'm sure it was.  I
18   was probably either not in that conversation or half
19   asleep when it was happening.  I just can't remember.
20   Q.  Did you use them at every stage, or do you
21   know how many times you brought beta testers in?  Was
22   it on a rolling basis?
23   A.  In the early stages we did not because the
24   platform and customer base was so small.  As the
25   customer base grew, the beta testers grew.  I don't

Page 122

JOE MORDICA - JUNE 28, 2018

1  think we had over 20 or 30, you know, beta testers at
2  any point in time, maybe even 50 at the most.
3
4      Q.   Would they have to sign anything, like a
5  nondisclosure agreement?
6      A.   Yes, yes, yes.  They would have to sign a
7  nondisclosure.  They would have to -- Eric is -- I
8  believe that's -- I don't -- I don't know any much
9  else about this.  Eric would probably be better to ask
10  about the beta program.  I think he was helping -- I
11  think he was primarily leading that effort.  Yes, they
12  did have to sign a DA, yeah.
13      Q.   Did you guys have something called an
14  affiliate program?
15      A.   Yes, I remember an affiliate program.  I
16  think it was -- no, I know it was a way for people to
17  buy hashlets or product or whatever at a certain
18  discounted or bulk rate and resell it to others;
19  right, so that they could make money, as well.
20      Q.   So it was sanctioned, it was allowed by GAW
21  Miners to do that?
22      A.   Yeah, Rami -- Rami put together the affiliate
23  program, put together a compensation program and all
24  that for them.  I think on our side, on the software
25  side, it was just -- I think we gave the ability for

Page 123

JOE MORDICA - JUNE 28, 2018

1  an affiliate to -- like, we assigned them accounts
2  that were -- that they could sell to, I believe, and
3  then they were able to put those resources in other
4  people's accounts.
5      Q.   Was it a similar process to the beta testers
6  where they would apply, or how would someone become an
7  affiliate?
8      A.   I can't -- I don't know the process that was
9  used to sign up or determine if someone was an
10  affiliate.  I believe that would have been Rami,
11  Carlos Garza and Josh primarily.  Yeah, I'm not sure.
12      Q.   Do you have any idea how many affiliates
13  there might have been?
14      A.   No, I really don't.  I'm sorry.
15      Q.   No, that's fine.
16      A.   Yeah, I don't.
17      Q.   What about a VAR program?  Does that sound
18  familiar?
19      A.   Yeah, VAR program.
20      Q.   Uh-huh.
21      A.   I believe that was the affiliate program,
22  wasn't it, or do you have additional information on
23  the VAR program?
24      Q.   My understanding is VAR stands for value out
25

Page 124

JOE MORDICA - JUNE 28, 2018

1  of retailer.  Would that be the same as an affiliate?
2      A.   Yeah, I believe so.  Yeah, uh-huh.  Yes.  I
3  can't establish a difference.
4      Q.   Okay.  Have you ever heard of the name
5  Rishabh Jain?  I may be saying that incorrectly.
6      A.   Yeah, yeah, yeah.  So he's actually the one
7  that Eric was telling me about when Eric came to
8  discuss with me in Hattiesburg about all of the
9  communication that he had been seeing going back and
10  forth through e-mails.  And his name came up quite a
11  bit.
12      Q.   So he was one of the investors or --
13      A.   Yeah.  I believe so, yeah.  I don't know how
14  much he invested but he was -- he was, like, one of
15  the prominent investors.  I believe he's in Dubai.
16      Q.   My understanding is that Genesis hashlets
17  were offered sort of as an incentive for people to --
18  engaged with the company.  Can you talk a little bit
19  about that program or what they did with Genesis
20  hashlets?
21      A.   I forget, like, what size they were.  I
22  believe they were, like, probably an introductory
23  hashlet.  Like, they weren't worth much and you would
24  buy one for fairly cheap.

Page 125

JOE MORDICA - JUNE 28, 2018

1      So what was the question?  Like, they were
2  just another hashlet, I believe.  They were just,
3  like, a cheaper version of the other hashlets.
4      Q.   Were they ever offered for free?
5      A.   Yeah, I believe so.
6      Q.   Were those the only products that were
7  offered for free or were there other incentives like
8  that?
9      A.   I'm sure there were other incentives because
10  Josh was always running some type of promotional,
11  like, online.  And you could go and, like, you could
12  probably scour the forums and, like, see every
13  promotional that GAW ran.  It's probably online, you
14  know, publicly.
15      I just can't remember specifically which ones
16  other than the Genesis hashlets would have been free.
17  But I believe they were offered in an incentive
18  program for free, yeah.  I think I remember that.
19      Q.   Were there any abuses from users who were
20  trying to get the free hashlets that you recall?
21      A.   Oh, yeah, yeah, yeah.  I mean, there was --
22  oh, yeah.  I mean, people signing up a thousand times
23  or people registering with their account.  I mean,
24  people would set up bots, like, automated bots to

Page 126

JOE MORDICA - JUNE 28, 2018

1 register for free accounts to get, like, this, you
2 know, sign-up bonus or this free hashlet or whatever.
3     I mean, at one point we had an account -- we
4 had someone that generated an account from, like, a
5 bunch of different IP addresses in, like, Switzerland
6 or some other country. It's, like, 10,000 little
7 accounts, you know. And, you know, we would pretty
8 quickly figure out ways to prevent that from happening
9 and then shut them down; right. Like -- but it did
10 happen.
11     It's like every time Josh wanted to put
12 together a promotion, we were -- we had to react from
13 a software perspective and go what kind of blow back
14 is this going to have on us, what kind of -- what kind
15 of issues are we going to have to face whenever Josh
16 makes a promise to the public about something that he
17 hasn't even told us that he wants to do yet, you know.
18     So this is, like, literally on Friday
19 afternoon we're sitting in front of the computer,
20 almost every Friday for a few weeks, and we are
21 waiting for a forum post from Garza stating what he is
22 going to do so that we can learn what our marching
23 orders are.
24     Isn't that crazy? Like, that's not how you

Page 127

JOE MORDICA - JUNE 28, 2018

1 run a company. You don't announce to the public what
2 you're about to do and your developers learn what
3 they're about to build by anticipating your forum
4 post, you know.
5     Okay. So we got off on that a little bit. I
6 mean, it's absolutely nuts.
7     Q. Yeah.
8     A. That's how -- that's how it got for a little
9 while, yeah.
10     Q. Are there any other programs like that that
11 comes to mind other than the ones we just spoke about,
12 like the affiliates or the free hashlets?
13     A. Programs -- like, incentive programs for
14 giving away free or other --
15     Q. Anything like discounted products or anything
16 like that?
17     A. No. And I mean, a lot of the marketing
18 and sales team was running a lot of the sales and
19 promotion type stuff. I mean, we didn't have much to
20 do with that portion of it.
21     Q. What do you mean? Like, the tech side?
22     A. Yeah, yeah, on the technology side we
23 didn't -- you know, it was just we were building
24 software. I mean, we didn't -- we tried to stay in

Page 128

JOE MORDICA - JUNE 28, 2018

1 our realm and let marketing and sales do their thing.
2 And so sorry, I can't provide much information about
3 that. I just can't -- I wasn't involved in that.
4     Q. Okay. Do you recall Garza or GAW Miners ever
5 purchasing the domain btc.com?
6     A. Yeah.
7     Q. What do you remember about that?
8     A. I remember that it wasn't actually purchased.
9 Like, I believe that -- so it was, like, a million
10 bucks; right, and there was a down payment required to
11 acquire the domain and start using it. But there was
12 a payment plan put together for this domain and from
13 what I understand, the -- only the initial payment was
14 made to purchase this domain, which was, like, not --
15 which was a quarter of the full price of the domain.
16 And then a payment plan was put together to pay on a
17 monthly basis for the domain. Like, some kind of --
18 like, it was financed or something. I don't know how
19 that works.
20     But it was never paid off and the domain was
21 released back to the original owner, I believe, so.
22     Q. Do you remember when that happened?
23     A. I don't, but every e-mail that you see that
24 ends in @btc.com, the first instances that you see of

Page 129

JOE MORDICA - JUNE 28, 2018

1 that happening is where it started, is when the domain
2 was purchased. I don't remember the date or whatever,
3 but you can pretty easily see when the e-mail started
4 to end with @btc.com, that's -- that's when it
5 started.
6     Q. I mean, because a complete purchase price
7 wasn't provided, then?
8     A. Correct.
9     Q. It was referred back?
10     A. Yeah, it was not purchased.
11     Q. Were you involved in drafting any White Paper
12 for the company, for GAW Miners?
13     A. So, I didn't draft any White Paper, but I
14 reviewed the White Paper along with Jonah and Matt
15 Eaton. So we -- Jonah primarily did most of the
16 content writing in the White Paper. He had some other
17 help and stuff like that, but -- but I remember, you
18 know, he was primarily the one that was doing the
19 writing.
20     I was in the review process, although most of
21 it was just technical jargon that was like, you know,
22 somewhat difficult to understand. But you know, we
23 believe between all of us that, you know, what the
24 White Paper produced was something that -- that was

Page 130

JOE MORDICA - JUNE 28, 2018

1   
2  pretty legitimate, as far as, like, if you wanted to
3  get involved, then, reading the White Paper would
4  encourage you to want to be involved.
5     Q.  So was it only GAW Miners employees who
6  worked on the White Paper?
7     A.  I don't believe so, but I don't know who else
8  was -- I don't know who else Jonah got involved.
9     Q.  Do you know whether Dean Allen Shinners would
10 have been working on the White Paper?
11    A.  Yeah, it's very possible.  I can't say for
12 sure, though.
13          (Exhibit 25 was marked.)
14 MS. ECHENIQUE:
15    Q.  So this is Exhibit 25.  Do you recognize what
16 this is?
17    A.  Let me read it real quick.
18    Q.  Sure.
19    A.  Okay.  Yeah, this is Allen asking for
20 clarification, I believe, on certain topics on the
21 White Paper.
22    Q.  Why was he being provided a copy of the White
23 Paper in the draft?
24    A.  I believe he was doing some consulting, some
25 more or less, like, verbiage consulting and critical

Page 131

JOE MORDICA - JUNE 28, 2018

1   
2  writing consulting on the White Paper.  So, you know,
3  he's a very analytical person and probably a good
4  source to -- an outside source to review it, look over
5  it and ask questions about anything that would stand
6  out to him.
7     Q.  Did you ever meet him in person?
8     A.  You know, I've never met Allen in person.
9  I've seen -- I've seen him on camera.  Like, I've seen
10 him on video but never seen him in person.  Talked to
11 him a good bit, but yeah.
12    Q.  You said he's an analytical person.  What
13 makes you say that?
14    A.  Well, he does telecom expense consulting, so
15 he has to look over these huge telecom bills and
16 invoices for large customers and figure out where
17 discrepancies are and figure out where they're being
18 overcharged in different areas for and relay that to
19 his customer.
20          So you know, you kind of have to be in that
21 industry.
22    Q.  Do you remember when you first spoke with him
23 or heard about him?  Was it before or after the White
24 Paper, for example?
25    A.  I mean, it would have had to have been before

Page 132

JOE MORDICA - JUNE 28, 2018

1   
2  the White Paper because we wouldn't have -- we -- you
3  know, I wouldn't have reached out to him right here to
4  look over the White Paper if I didn't already -- if I
5  already, you know, hadn't discussed things with him.
6     Q.  And you said that you had talked to him a
7  good bit.  Was that throughout the course of your GAW
8  Miners employment?  Oh, I guess you weren't employed
9  but through the course of GAW Miners or when would you
10 have spoken to him a good bit?
11    A.  I only -- I didn't know Allen until right
12 around the pay -- the time of Paycoin.  Yeah.  So I
13 didn't have any communication with him before that.
14    Q.  So you started speaking to him in the context
15 of the Paycoin White Paper?
16    A.  Uh-huh, yeah, I believe so.
17    Q.  Do you know how many times you may have
18 spoken with him?
19    A.  No.  I'm not -- I'm not nearly as analytical
20 as he is.  He'd probably be able to tell you.  He'd
21 probably go 47 and a half times, because one time he
22 hung up on me or something.
23 MR. SARGENT:  Only once?
24 THE WITNESS:  Yeah, right.
25 MS. ECHENIQUE:

Page 133

JOE MORDICA - JUNE 28, 2018

1   
2     Q.  Would you speak with him over the phone
3  during this period or was it only by e-mail or Google
4  Hangouts?
5     A.  Google Hangouts, e-mail, very rarely over the
6  phone.  And when I would talk to Allen we would be
7  bringing him in into a -- kind of like an internal
8  company meeting where we're going over, you know,
9  the -- let's say going over the White Paper and we
10 need, you know, him to chime in on his findings and
11 his, you know, feedback basically.
12    Q.  Was all the information he was getting
13 already public?
14    A.  I don't know.  Yeah, I really don't know.  I
15 mean, how could I --
16    Q.  Well, was everything in the White Paper draft
17 already public?
18    A.  Okay.  Was there anything in the White Paper
19 draft that was public before he got it.  I don't
20 think, but I don't know for sure.
21    Q.  But he had the White Paper before it was
22 public because he was working on the draft?
23    A.  Yes.  He had to have had it before it went
24 public, uh-huh.
25    Q.  What else would you guys talk about other

# Exhibit A-14

1                         E. CAPUANO
2                  UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
3
4
5     DENIS MARC AUDET,            )
      MICHAEL PFEIFFER, DEAN       )
6     ALLEN SHINNERS, and          )   Case 3:16-cv-00940
      JASON VARGAS,                )
7     Individually and on          )
      Behalf of All Others         )
8     Similarly Situated,          )
                                   )
9              Plaintiffs,         )
                                   )
10    VS.                          )
                                   )
11    STUART A. FRASER, GAW        )
      MINERS, LLC, and             )
12    ZENMINER, LLC (d/b/a         )
      ZEN CLOUD),                  )
13                                 )
               Defendants.         )
14                                 )
15
16
17              ORAL AND VIDEOTAPED DEPOSITION OF
                         ERIC CAPUANO
18                       JULY 9, 2018
19
20
21
22
23
24    Job No. 143278
25

E. CAPUANO

1
2    A.  (Witness reviewing exhibit.)
3    Q.  When you're ready, I was just going
4  to ask you a specific question.
5    A.  Sure.
6       It's a really good turnover.  Okay.
7  Go ahead.
8    Q.  So at the top where you say, "With
9  cryptocurrency companies being compromised
10 every week," what -- what specifically did you
11 mean there?
12    A.  "Compromised" meaning, like, you'd
13 read the news about hacks, like a major --
14 like, I think MountGawks was probably one of
15 the bigger ones that come to mind.
16       So, me letting them know that,
17 "Hey, look, my role here previously was to
18 defend against and/or detect, you know, an
19 intrusion that could compromise the integrity
20 of the platform."
21    Q.  Do you suspect that GAW had been
22 compromised at that point in any way?
23    A.  We did have a major security issue.
24 I don't remember when, exactly.  But we had --
25 it was a software vulnerability that allowed a

E. CAPUANO

1
2  user to basically withdraw funds twice.
3       In software development they call
4  it a race condition, where two things that
5  should not be able to happen simultaneously
6  do.
7       And the result is unknown, right?
8  It's like quantum physics.  You don't know if
9  it's on or off until you observe it, right?
10      But basically, if a user had two
11 browser windows open looking at their account
12 balance, and then simultaneously hit
13 "Withdraw" and then put in a Bitcoin on each
14 one and then simultaneously hit "Withdraw,"
15 they could effectively withdraw the same
16 Bitcoin twice.
17      Because the way that the
18 application was written -- and I imagine it's
19 similar to some banking software -- it's just
20 a database on the back end.  You're not
21 actually manipulating the actual coins.
22 You're manipulating a database value, which is
23 indirectly connected to those coins, right?
24      So if you can exploit that
25 application and, therefore, manipulate the

E. CAPUANO

1
2  database value, you win, right?
3       So there was -- so that was one
4  of -- that was probably the only real
5  significant security issue that we had, that I
6  can recall.
7       But -- but I mean, anything is
8  possible, right?  So...
9    Q.  Right.
10      And so you mentioned that you know
11 of two instances where that happened, or
12 two -- or was that two -- was that a general
13 flaw in the system that may have been
14 exploited multiple times?
15    A.  Oh, it may have been exploited
16 multiple times.  Actually, I imagine it
17 probably was.  I don't remember the exact
18 details, but yeah.
19    Q.  Okay.
20      Okay.  And then moving down on this
21 same e-mail, where you wrote, "Someone must
22 continue monitoring held withdrawals for
23 suspicious or fraudulent activity."
24    A.  You bet.
25    Q.  What kinds of suspicious or

E. CAPUANO

1
2  fraudulent activity were going on?
3    A.  So, this was something that I
4  fought for heavily.  It was, I want to say, as
5  a result of that security -- that security
6  flaw that allowed the double withdrawals.
7    Q.  Uh-huh.
8    A.  I -- if I remember, one particular
9  customer really, really exploited that thing
10 like crazy.  He pulled a lot of money out of
11 the system.
12      And we could have -- what my
13 argument was, we could have at least detected
14 the bleeding had there been sort of a back end
15 review process for large withdrawals, right?
16      So if somebody is trying to pull
17 out the equivalent of $60,000, shouldn't
18 there, like, be a pair of eyes on that, just
19 to make sure that everything is kosher?  And
20 that was what I asked for.
21      Because, again, my role was --
22 around security was -- was more holistic
23 around:  Okay, yeah, no one's breaking into
24 the servers, but let's also make sure that no
25 one is exploiting the software.

E. CAPUANO

1
2  So I fought for a, basically -- I
3  don't know what we called it -- like a holding
4  capability, where withdrawals over a certain
5  amount, or made over a certain frequency over
6  time, right?
7  So if you made ten withdrawals in a
8  minute, you might all of a sudden -- your
9  withdrawals may become held at that point.  Or
10  if you tried to withdraw a very large amount.
11  So it would kind of prevent you
12  from working, gaming the system, like, "Okay,
13  I'll just make a whole bunch of
14  micro-withdrawals, then."
15  No.  We would catch that.
16  Or, "I will make one large
17  withdrawal."
18  We would catch that.
19  So they did finally implement that.
20  And so it was part of my responsibility --
21  actually, no.  Let me work -- let me work from
22  the other direction.
23  The customer service reps, it was
24  part of their responsibility to oversee those
25  holds and to, kind of, put the eyes on and

E. CAPUANO

1
2  say, "Yeah, that -- that looks normal."
3  But then I was, kind of, the
4  escalation point, where if the customer
5  service rep says, "Ah, this doesn't look
6  right," it would escalate to me, and I would
7  look at it and say, "Yeah.  No, this isn't
8  right," or, you know, "Something's going on
9  here," right?
10  So that's what that means.
11  Q.  And when were those controls put in
12  place?
13  A.  Oh, geez.
14  Q.  Roughly.
15  A.  It was late.  It was way later than
16  it should have been.  I don't remember.
17  But, I mean, if I had to guess,
18  November -- tail end of November, maybe
19  December.  But, again, that's a complete
20  guess.  I don't remember.
21  Q.  Okay.
22  All right.  Moving on to the next
23  page of the same document, you wrote, "Someone
24  needs to run CrowdCurity."
25  A.  Oh, yeah.

E. CAPUANO

1
2  Q.  What's CrowdCurity?
3  A.  CrowdCurity is one of many what we
4  call bug bounty programs.  And what that means
5  is, say you had a website and you wanted to
6  know if it was secure.
7  One of the methods to go about that
8  is to sign up for a bug bounty program, which
9  they're really just, kind of, a clearinghouse
10  of basically freelance penetration testers,
11  who are people who their sole job is to
12  lawfully break into systems, right?
13  So if I hire you and say, "Please,
14  break into my system so that you can tell me
15  where my flaws are," they are, kind of, that
16  hub of, "I have a web application that I want
17  tested," and they have a community of testers.
18  And so you create a bug bounty
19  program to incentivize these test- -- these
20  pen-testers -- pen-testers to come and test
21  your application, find flaws, and you pay them
22  for finding those flaws, based on severity.
23  So if you find a minor flaw, you
24  might make a hundred bucks.  If you find a
25  critical flaw, you might make a thousand

E. CAPUANO

1
2  bucks, right?  So...
3  Q.  So would GAW pay those individuals
4  directly, or do they pay a third-party vendor
5  that coordinates those individuals?
6  A.  I'm pretty sure we had to make
7  payments through CrowdCurity, but that's just
8  my best recollection.  I'm pretty sure they --
9  because they had to make their money, as well.
10  So I think what they did is, they
11  were the middle man for that exchange.
12  So we would -- we would pay
13  CrowdCurity for those bounties, and I think
14  they would make payments to the end-user, to
15  the penetration tester.
16  Q.  And did you know who the individual
17  pen-tester was who was ultimately receiving
18  that payment, or --
19  A.  No more --
20  (Simultaneous speaking.)
21  Q.  -- (inaudible)?
22  A.  Yeah.  You would have like a user
23  name, but no more than, like, you would know
24  someone on the Internet, right?
25  Q.  Right.

E. CAPUANO
1
2       A.  It was a -- a arbitrary user
3   name --
4       Q.  Right.
5          (Simultaneous speaking.)
6       A.  -- someone.
7       Q.  Did you keep track -- did GAW keep
8   track of those people, people who found bugs?
9       A.  I want to say CrowdCurity's
10  platform kept track, right?  So I, kind of,
11  had like a running leader board of, like:
12  Hey, here are the people that are submitting
13  the most.
14         But beyond that, I don't recall.
15      Q.  Got it.
16         Okay.  And in the next bullet you
17  mention a professional pen-test team.  Was
18  that separate from CrowdCurity?
19      A.  Yes.
20      Q.  Or -- okay.
21      A.  Yes.  So I think -- I want to say
22  that these might have been people that I might
23  have handpicked from CrowdCurity.
24         No.  No.  These were -- these were
25  people that I had come in contact with just

E. CAPUANO
1
2   in, you know, random interactions, maybe on
3   the forums, or people that had submitted bugs
4   to us previously, maybe outside of
5   CrowdCurity.  But maybe they e-mailed GAWs,
6   said, "Hey, I found an issue with your
7   application."
8          So I, kind of, built up, kind of,
9   like a Rolodex, if you will, of people that I
10  knew that were security-minded that understood
11  our application, and I, kind of -- I, kind of,
12  leveraged them as an ad hoc security team --
13  that's ambiguous -- as a penetration testing
14  team, to say, "Hey, okay, there's a new
15  software release.  Do you guys mind logging in
16  to the preproduction staging environment and
17  try to break it, find the flaw?"  Right?
18         That was another thing that I
19  pushed for, because we were on such a
20  breakneck software development cycle, that
21  software would get put into production with
22  all sorts of bugs, problems, right?  Because
23  we weren't testing it.  We weren't doing
24  anything that, you know, a mature organization
25  does.

E. CAPUANO
1
2       Q.  Right.
3       A.  Because -- yeah.
4       Q.  So were those individuals, were
5   they paid directly by GAW if they found
6   similar in --
7       A.  Yeah.
8          (Simultaneous speaking.)
9       Q.  -- the way that --
10      A.  Yes.
11      Q.  -- CrowdCurity --
12         (Simultaneous speaking.)
13      A.  I'm pretty sure we had them on,
14  like -- I'm sorry.  I didn't mean to interrupt
15  you.
16      Q.  That's okay.
17      A.  I'm pretty sure we had them on,
18  like, as 1099, like contractors.
19      Q.  And about how many pen-testers
20  would you say there were, separate from the
21  CrowdCurity people?
22      A.  I would ballpark and say, like,
23  four, maybe five.  It's been a while.
24      Q.  And do you have a sense of how many
25  people in the CrowdCurity team there were?

E. CAPUANO
1
2       A.  I don't.  I can't remember.
3          The thing about CrowdCurity is,
4   it's a little bit higher noise to signal
5   ratio.  Because you get a lot of guys on there
6   that will just submit a whole bunch of really,
7   really low-hanging fruit, that's like, yeah,
8   nobody really cares.  Like that's everywhere,
9   if you look at that, you know.
10         So there could have been a high
11  number of submitters on CrowdCurity, but very
12  few, like, higher payouts or, like,
13  significant findings.
14      Q.  Okay.
15         And just to clarify, these
16  pen-testers are different from, sort of,
17  ordinary beta testers?
18      A.  Oh, yes.
19      Q.  Okay.
20      A.  Yes.  Because they're -- they're
21  testing with a objective of finding potential
22  security flaws or exploits, right?
23         Not, "Hey, if I click this button,
24  does it, you know, update the screen the way I
25  expect it to"; but, "Hey, can I find a way to

E. CAPUANO

withdraw the same Bitcoin twice?"

Q.   Right.

So a beta tester is more of a user interface tester --

A.   Yes.

Q.   -- right?

A.   Yes.

Q.   Okay.

MS. MILLER:  Moving on, I'm handing you what we marked as Exhibit 30.

(Exhibit No. 30 Marked)

MS. MILLER:  Feel free to take a minute to look that over.

(Witness reviewing exhibit.)

THE WITNESS:  I need to go back and correct something I said earlier, because I just remembered.

So I said earlier that there was no sort of sales force at all, which is true for the majority of the time that we were there.

That was the role that Josh's brother, Carlos, took.  Carlos was the sales guy.

E. CAPUANO

So I -- I just want to make sure that I was clear that that wasn't entirely true.  I -- I just remember that Carlos was doing that.

MS. MILLER:  Understood.

Q.   (BY MS. MILLER) So do you remember this -- this exchange here?

A.   Okay.  I just got to my part of this.

Q.   Uh-huh.

A.   (Reviewing exhibit.)  Yes.  Yes, I do.

Okay.  Yeah, I -- yeah, I -- I do.

Q.   So why were you surprised that Carlos Garza had accepted $100,000 in cash from Viet Lee in exchange for PayCoin?

A.   Because that's very much the kind of thing that I -- I was raising the stink about requiring, you know, the MSB, you know, stuff.

So, yeah.  Like, I was very out of the loop on what Carlos was doing.

What I did know that he was doing was he was working the bigger deals for Josh.

E. CAPUANO

So if someone had e-mailed Josh and said, "Hey, Josh, I got a huge chunk of money up in the attic, and I'd love to convert that to Hashlets or PayCoin," whatever, Josh would say, "Hey, talk to my brother, Carlos, here," right, as -- as sort of the white-gloved approach, versus, "Yeah, go to our store and just swipe your -- your American Express black."

So I knew that Carlos was doing big deals.  But I think it caught me off guard to realize how big some of those deals were, right, like $100,000 in PayCoin.  And it was in cash, right?

Q.   Right.

A.   I don't know.  I think at that time it was a little more common to exchange one cryptocurrency for another.  I think there's even -- I don't know if it's still in existence, but there's a website that you can go to, Fox -- ShapeShift -- ShapeShift?  Come on, you're the up and coming guru here.

There was a website you could go to, literally, without logging in, you didn't

E. CAPUANO

need an account or anything.  You could go in and give it one type of coin, and it will spit it out in another coin.

You want to talk about convenient conversions, right?

So I'm like, okay, I -- I think it would have been less surprising if he said, "No, a guy just gave us 100K in Bitcoin for PayCoin."

I'm not saying it wouldn't have raised a flag, but it wouldn't have raised as big a flag if, "No, it was cash.  It was a wire transfer."  Like, this is -- this is what's wrong.  Yeah.

Q.   Okay.

So do you know if anyone ever reported suspicious activity to FinCEN?

A.   I don't know.  Again, I was probably annoying a lot of people with my constant barking up that tree, since it wasn't really my job.  So I didn't necessarily, like, follow up, you know.  But I at least made noise where I had felt the need to.

Q.   Okay.

E. CAPUANO

1
2       (Exhibit No. 31 Marked)
3       Q.  (BY MS. MILLER)  All right.  I'm
4   handing you now what has been marked as
5   Exhibit 31.
6       A.  (Reviewing exhibit.)  Oh, wow.
7   This was the other terrible, terrible
8   decision, that we were taking credit card
9   payments for cryptocurrency, right?  So you're
10   taking a credit card, which can be reversed,
11   to sell currency which cannot be reverse.
12       So we saw -- we had a lot of issues
13   with that, a lot of, like, credit card fraud,
14   where they would just buy as much as they
15   could, and then by the time the charge-back
16   came it was too late, because they already had
17   the currency or whatever.  I'm guessing that's
18   what this probably was.
19       Q.  Right.
20       So was it possible for somebody to
21   purchase cryptocurrency on a credit card,
22   effect a successful charge-back, and still
23   retain the cryptocurrency?
24       A.  It was 100 possible.  As a matter
25   of fact, it's the nature of cryptocurrency

E. CAPUANO

1
2   that makes that possible, because it's an
3   irreversible transaction.
4       Q.  Right.
5       A.  If -- if -- if you give me $100 in
6   cash and I give you $100 in Bitcoin -- well,
7   technically, cash is almost just the same,
8   irreversible.
9       But if you used a credit card, and
10   you get the charge-back, the bank might give
11   you your $100 back, but I can't take that
12   Bitcoin back from you.  Like, that's
13   irreversible.
14       So, yeah, that was a -- I mean, in
15   hindsight, you know, you would think -- just
16   five minutes of thought would have said that's
17   not a good idea.
18       Q.  And was it possible for people to
19   falsify receipts, like, receipts of purchase?
20       Or was that an issue at all?
21       A.  Not that I recall.
22       Q.  Okay.
23       A.  I'm not going to say it wasn't an
24   issue.  I don't remember that being an issue.
25       Q.  So when somebody made a purchase,

E. CAPUANO

1
2   did they get an e-mail confirmation?
3       Or what kind of receipt did they
4   receive?
5       A.  Yeah.  So, this was interesting
6   because I do remember there being some
7   confusion around -- okay, if you placed an
8   order, you know, you would get, you know, like
9   a confirmation e-mail.  Then you would get a
10   follow-on e-mail.
11       And so I think there was some
12   confusion over, "Hey, look, here's my
13   confirmation e-mail."
14       But this is too muddy a territory
15   for me to really say.
16       Q.  Okay.
17       So here where you say -- it looks
18   like you're encouraging GAW employees to
19   request GAW Miners receipts showing proof of
20   purchase, with order numbers.
21       Would you say that would have been
22   the best way, at the time, to verify a
23   transaction?
24       A.  To the best of my knowledge.  I
25   mean, it's been a while since -- obviously,

E. CAPUANO

1
2   back in these days, I was very heavily
3   embedded into this process of figuring out if
4   something is legitimate activity.
5       I would imagine what I was probably
6   doing, or what I was -- the customer service
7   reps was -- were doing, was going back and
8   looking at the history on the account, seeing,
9   okay, what does he have, and going back to
10   that -- that customer's account -- or history
11   in the storefront and saying, "What did he
12   buy?  Does he have what he bought?"
13       Because what we would find is they
14   would somehow end up with things that they did
15   not buy.
16       And -- and that was another -- that
17   was another one of the issues that I brought
18   up as it pertains to the hashing power cap,
19   right?
20       We have customers ending up with
21   things that they didn't buy, right?
22       Like, how are we keeping tabs on
23   what is out there?  You know.  So it was -- it
24   was a huge mess.
25       I don't think anyone really fully

E. CAPUANO

understood -- when it was all said and done in
the end, I don't think anyone really fully
understood how things, sort of, worked in that
platform.

Because they didn't work the way
that they should.  It wasn't like zero balance
accounting, where for every credit there is a
debit, right?

No.  It was like Ben Bernanke and,
you know -- just print -- they would just
print these things, right?

Like, that's what it became.  It
became obvious when you'd look at things and
go, like, there's things in this account that
aren't -- aren't even in the ledger here.

So it was really weird after a
while.

(Exhibit No. 32 Marked)

Q.  (BY MS. MILLER)  Okay.  This is
Exhibit 32.

Do you remember this e-mail
exchange?

A.  I think.  Hold on.

Yes, I do.  I was the squeaky wheel

E. CAPUANO

behind this one, too.

But I don't get to see that part.
I don't remember if that was in writing or
not.

So -- I haven't read the other side
yes, but I can at least tell you what caused
this e-mail to be written.

Q.  Uh-huh.

A.  So I brought up a concern.  Now,
again, I'll state that I never owned any of
the GAW products.  If I had anything, it was
a -- it was something that was given to me for
testing purposes.  Nor did I ever make
withdrawals from those.

Like, so if I had testing Hashlets
that generated coin, I never withdrew that
coin.  It wasn't mine.  Right?  So I treated
that stuff as the company's property.

So when I found out that there were
employees that did own things, I made a huge
stink about it.

I went to Dan Kelley and said,
"This is a conflict of interest.  This should
not be allowed to happen.  How can you -- how

E. CAPUANO

can you know that" -- say a customer service
rep, who makes $14 an hour, with the ability
to create cloud miners in an account, right?
Because they do, right?  They have the ability
to say, "Oh, you bought a cloud miner, but it
didn't show up in your account.  Okay.  Here
it is."

How is that not a direct conflict
of interest?

So I made a huge deal about it, and
Dan took the appropriate steps to basically
prohibit it.  And that's what this e-mail is
about.

Let me catch up.

Q.  Sure.

A.  "Who did this?"

"I don't understand question."

"Is this true?"

"Yes, sir.  I proposed it last" --
oh, there it is.  "I proposed it last week" --
(reading inaudibly to self).

Okay.  I just literally said what I
wrote.

Q.  Okay.

E. CAPUANO

A.  So That's good.  My mind-set is
still the same as it was in December of 2014.

(Reading inaudibly to self.)

THE REPORTER:  I can't get that.

THE WITNESS:  I'm sorry.  I'm just
reading it, if that helps.

THE REPORTER:  Okay.

THE WITNESS:  I'm just reading
what's on this page.

Q.  (BY MS. MILLER)  Is there any --
are there any other ways that employees would
have an obvious competitive advantage over --
over other customers, besides being able to
produce GAW product out of thin air?

A.  I'm trying to think of where my
head was at when I wrote that.  I'm trying to
think of -- I seem pretty sure in that moment,
so I'm thinking there had to be something.

Q.  You already spoke to it, but I --

A.  No, but --

(Simultaneous speaking.)

Q.  -- (inaudible) --

A.  -- but I feel like I was latching
onto something specific there, with the

E. CAPUANO

1
2  "competitive advantage" piece.
3          Because the conflict of interest is
4  one thing, but the competitive advantage is
5  another.  And I'm trying to remember what I
6  was basing that off of.  Because it looks like
7  it was something.
8          I don't know --
9      Q.  Is it related to the fact that
10  employees would just have access to
11  information that other customers wouldn't
12  have?
13      A.  I can't think of anything that
14  would...
15          I'm not sure what --
16      Q.  That's okay.
17      A.  Because I feel like there was
18  something there --
19      Q.  No, that's okay.
20      A.  -- in December.
21          (Exhibit No. 33 Marked)
22      Q.  (BY MS. MILLER)  All right.  Moving
23  right along, this is Exhibit 33.
24          Do you remember who John Shaw
25  Miller is, in the bottom e-mail?

E. CAPUANO

1
2      A.  I didn't remember that name, but I
3  remember that handle, as weird as that sounds.
4  So, vaguely, I vaguely remember him.
5          (Witness reviewing exhibit.)
6          Okay.  Okay.
7      Q.  In the top e-mail you said, "I
8  never handled mods."
9          Does that mean moderators?
10      A.  Moderators, yeah.  I think -- I
11  have very little recollection of this
12  conversation, because I don't think I had a
13  very significant role in it.
14          But I think that this -- I'm pretty
15  sure that this John Shaw Miller was one of the
16  moderators in the forums.  I knew he was an
17  active participant in the forums; it sounds
18  like maybe a moderator.
19          And Jonah is reaching out to me
20  saying -- I don't know, "Do we have an NDA?"
21          I don't know why he would be asking
22  me that.
23          And I just said, "I never handled
24  mods."  Because I didn't -- I didn't actually
25  oversee or coordinate with the moderators.

E. CAPUANO

1
2      Q.  Do you remember who Andy Roehrle
3  is?  Say that name, but --
4          THE REPORTER:  How do you spell it?
5          MS. MILLER:  R-O-E-H- --
6          THE WITNESS:  About --
7          (Simultaneous speaking.)
8          MS. MILLER:  --R-L-E.
9          THE WITNESS:  -- as well as I
10  remember this John Shaw Miller.
11          MS. MILLER:  Okay.
12          THE WITNESS:  I think he was
13  another moderator.
14      Q.  (BY MS. MILLER)  Okay.
15          So do you know if moderators
16  typically had MDA --
17      A.  I don't remember.
18      Q.  Okay.
19      A.  I don't remember, but I will tell
20  you this:  There was a very interesting
21  relationship between GAW and the moderators of
22  the forum.  And the reason for that is -- if
23  you haven't uncovered this already -- I'm sure
24  you have -- Josh was a very controlling person
25  about the public image, so much so that he

E. CAPUANO

1
2  would immediately extinguish anything that
3  didn't resonate with his views.
4          So he basically had an army of
5  these moderators that carried out his bidding
6  of, if somebody is defaming the company, is
7  spreading -- he called it FUD -- fear,
8  uncertainty, doubt -- basically squash it
9  immediately, delete the post, just get rid of
10  it, right?
11          So if there was any reason for
12  there to be an MDA on file for moderators, it
13  would be because they were like little
14  soldiers, you know.  And it was disgusting,
15  actually.  I hated it.  It was -- it was -- it
16  was disgusting.
17          MS. MILLER:  All right.  That's all
18  I have on that document.
19          (Exhibit No. 34 Marked)
20      Q.  (BY MS. MILLER)  This is
21  Exhibit 34.  Another e-mail from Carlos Garza.
22      A.  Yeah.
23      Q.  The subject line is "GAW Miner
24  reseller program."
25      A.  Yeah.

E. CAPUANO

1    
2    to say that I knew that he was the only one
3    who had all the things.
4        Q.   Right.  You meant --
5        A.   Right.
6        Q.   -- you didn't know anything, and
7    Joe --
8        A.   And -- and just based on how he
9    operated, my assumption was that he kept all
10   of us in our appropriate silos.  But I just
11   want to make sure that I'm clear that I
12   obviously don't know who knew what.
13       Q.   Of course.
14       A.   But, yes.
15       Q.   When you say that he kept everybody
16   silo'd (sic), can you just talk a little bit
17   more about that?
18       A.   Well, I -- I can speak to my
19   experience with it.  As I mentioned, despite
20   the fact that Josh and I were childhood --
21   childhood friends, Josh told me very little.
22   I mean, I think he barely give me what I
23   needed to even do my job.
24       When I'd ask questions, they'd
25   usually get deflected.  So he -- he was very

E. CAPUANO

1    
2    good at containerization, you know, of saying,
3    "Hey, look, you don't need to worry about
4    that.  That's not your -- your scope," right?
5        And it is my understanding that he
6    did that across the board, because no one
7    person has all the information.  Because I
8    would dig, you know.  Like -- like I said,
9    when I asked Josh the question about the
10   hashing power, and he said, "Ah, you don't
11   need to worry about that," I didn't stop
12   asking.  I just started asking other people.
13   I found out that no one really knew.
14       So what I -- what I, kind of,
15   gathered was:  Okay, so we are all in our own
16   silos here.  You know, we are given what we
17   need, and that's it.
18       And so my assumption was that no
19   one person, other than him -- but again, it
20   was just an assumption -- no one person other
21   than him really knew all of the different
22   components of all that all came together.
23       Q.   Understood.
24       Have you ever met or spoken to
25   Allen Shinners?

E. CAPUANO

1    
2       A.   I've spoken to Allen.  I'm trying
3    to remember in what context.  I might have
4    spoken with him during my time with GAW, but I
5    know for sure that we spoke after.
6       Because he did approach me after
7    and say, "Hey" -- this was at the formation of
8    this lawsuit -- and said, "Hey, you know, can
9    we count on you?"
10      And I said, "Yes."
11      I mean, I -- I'd already given
12   countless hours of, you know, testimony to the
13   SEC and the FBI.  Sure.  Why not?
14      I wish I could just, like, have
15   sent you a tape of all of those conversations,
16   but, "Why not?"
17      But I'm sure that him and I also
18   were in contact during it, but probably not
19   that much.  I know he was in heavy contact
20   with Josh throughout the whole ordeal.  But --
21   yeah.  I'm sorry.
22      Did that answer your question?
23      Q.   Yes.
24      But when you say "he was in heavy
25   contact with Josh throughout the whole

E. CAPUANO

1    
2    ordeal," do you mean during GAW's life?
3       A.   I believe so.  I believe -- and,
4    actually, prefaced with:  I don't know for
5    sure, but I do think that Allen was one of the
6    few that Josh would extend an ear to.  If
7    Allen came forward and said, "Hey, you're
8    doing this all wrong, you need to do it this
9    way or that way" -- because Allen -- Allen
10   had -- Allen, you know, kind of saw things
11   coming.
12       And I know that they had that sort
13   of relationship.  So I want to say that they
14   were in constant contact, but, again, that's,
15   kind of, tertiary.
16      Q.   So did you ultimately work with
17   Allen Shinners to -- to compile information
18   for this lawsuit, aside from your appearance
19   here today?
20      A.   No, not actively, no.  I don't
21   believe so, that I recall.
22      Q.   Okay.
23      Do you know if Jonah Dorman
24   provided any assistance to Allen Shinners?
25      A.   I have no idea.

# Exhibit A-15

Page 1

1

2            UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT
3            CASE NO.:  3:16-cv-00940
4    -----------------------------------x
     DENIS MARC AUDET, MICHAEL
5    PFEIFFER, DEAN ALLEN
     SHINNERS, and JASON VARGAS,
6    Individually and on Behalf
     of All Others Similarly
7    Situated,
8                     Plaintiff(s),
9            vs.
10   STUART A. FRASER, GAW
     MINERS, LLC, and ZENMINER,
11   LLC, (d/b/a) ZENCLOUD),
12                   Defendant(s).
     -----------------------------------x
13

14

15     VIDEOTAPED DEPOSITION OF DR. MICHAEL PFEIFFER
16                 New York, New York
17               Thursday, July 19, 2018
18

19

20

21

22   Reported by:
23   Corinne J. Blair, CRR, CCR, RPR, CLR
24   JOB NO.: 144959
25

Michael Pfeiffer
1
2  Q   And what year did you receive that?
3  A   I think it was 2017.
4  Q   And are you currently employed?
5  A   I'm self-employed.
6  Q   And what do you do for a living?
7  A   I'm primarily a consultant and
8  writer, and so I consult with various
9  projects, primarily open source software
10 projects, including cryptocurrency projects
11 and businesses related to the
12 cryptocurrencies.
13 Q   So I think you mentioned open source
14 software.
15     What is that?
16 A   It means that rather than being --
17 so closed source software would be like
18 Microsoft Word, I think is something, where
19 nobody else knows what the code is, and it
20 makes it easy to prevent copying or makes it
21 harder to copy it.
22     With open source software, other
23 people can inspect the code, contribute to
24 the code, analyze it, find any problems with
25 it, use it for themselves in a different way,

Michael Pfeiffer
1
2  so...
3  Q   So what types of projects do you do
4  related to the open source software then?
5  A   I work with one project that's
6  related to a cryptocurrency called Ion.  And
7  Ion is an open source code base.
8      And I've consulted about -- well,
9  I've recently written some recommendations
10 about how to improve the open source code
11 project and to expand it, expand the utility
12 of that open source code.
13     And I also was one of the co-authors
14 of the White Paper for that cryptocurrency.
15 Q   And what was the White Paper about?
16 A   It's about -- it features the
17 technical dimensions of how the
18 cryptocurrency functions, what the technical
19 specifications are for the protocol.
20 Q   What do you mean by "protocol"?
21 A   Well, cryptocurrencies can have
22 different kinds of protocols and this one
23 uses a proof of stake protocol, where
24 something like bitcoin uses a proof of work
25 protocol.  So that refers to how -- mainly

Michael Pfeiffer
1
2  how the security functions to maintain the
3  peer-to-peer ledger or the database that
4  records all the transactions on a block chain
5  in a given cryptocurrency network.
6  Q   And what's the difference between
7  proof of stake and proof of work?
8  A   In proof of work, which is what
9  bitcoin is, it's probably -- the
10 cryptocurrency people are most familiar with.
11     There are hardware miners that
12 perform calculations that -- and they also
13 compete to sort of solve certain kinds of
14 puzzles or computational problems.  And
15 the -- that's part of the process of helping
16 to secure the network.
17 Q   Okay.
18 A   In proof of stake -- for proof of
19 stake cryptocurrencies, there's a -- instead
20 of requiring a physical machine that's
21 high-powered and dedicated to solve more and
22 more complex problems, the problems are
23 relatively simpler.  So it's not about how
24 much computing power you can direct towards
25 the network, but there's some -- there's

Michael Pfeiffer
1
2  still some computational element, but it's
3  not as complicated and it doesn't require as
4  such energy or computational power.  But it
5  does require that all the participants in the
6  network, who are eligible to solve the
7  problems and win rewards for solving the
8  problems for securing the network, that they
9  have to have a certain stake in the network.
10 So they have to own a certain amount of the
11 particular asset, the underlying asset.
12 Q   You referred to winning rewards.
13     What does that mean?
14 A   So for each -- the way it works is
15 that in bitcoin, just as a proof of work
16 example, there's, I think, something called a
17 CoinBase.  I think that's the technical term
18 for it, which means -- and that's the block
19 reward.  So every, say, 15 minutes or so, all
20 of the transactions that occurred on the
21 bitcoin network get lumped into a block.  And
22 so every -- that forms part of the ledger.
23 So that has to be -- all those transactions
24 have to be validated collectively at once and
25 at least 50 percent of the network has to

Michael Pfeiffer

1
2  traded it, people who minted it from staking
3  it, or people who earned masternode rewards.
4      Q   Can an individual or entity hold
5  more than one masternode?
6      A   They could, yes.
7      Q   And is there a -- I think you said
8  20,000 was the threshold for a masternode.
9          Is there another threshold above a
10  masternode?
11      A   No.
12      Q   Okay.
13      A   And, in fact, one of the -- what's
14  called the Ion Improvement Proposals or IIPs,
15  which are modeled after the Bitcoin
16  Improvement Proposals, or BIPs, one of our
17  proposals is to reduce the masternode escrow
18  requirement from 20,000 to 10,000. And that
19  does two things:
20          One is that it makes it more
21  affordable, because it's hard to afford
22  20,000. So it also opens up to more people
23  who can -- who might be -- who might want to
24  receive those rewards and participate in the
25  network, but can't afford 20,000. And that's

Michael Pfeiffer

1
2  partly because the price of Ion has gone up
3  over time.
4      Q   Is there an approximate value today
5  of 20,000 Ion?
6      A   It's about $20,000. One Ion is
7  worth about a dollar right now.
8      Q   There's about a one-to-one
9  correlation?
10      A   At this moment, right, yes.
11      Q   And when did Ion get started?
12      A   I think it was two -- just a little
13  over two years ago.
14      Q   Okay. And who started Ion?
15      A   It's a group of people who
16  participated in the development of that. I
17  don't know some of the block chain
18  developers, but I know that Adam Matlack is a
19  chief strategist for the group that started
20  it, the coin.
21      Q   Sorry. Just to go back to your --
22  to the IIP that we were just discussing.
23          You referred to that as "our
24  proposal."
25          Who's the "our"?

Michael Pfeiffer

1
2      A   I co-authored that with Adam
3  Matlack.
4      Q   Okay. And who's Adam Matlack?
5      A   Adam Matlack is a businessman who
6  has been involved with various cryptocurrency
7  projects, and I think also gaming projects in
8  his earlier career. He was a -- I think he
9  was a pastor in an earlier part of his
10  career.
11      Q   And when did you first meet
12  Mr. Matlack, or come into contact with
13  Mr. Matlack?
14      A   When I first came into contact with
15  Adam Matlack, I think I knew him through the
16  forums at GAW, HashTalk forums. He was
17  somebody who had invested in cryptocurrency,
18  as well.
19      Q   And are you and Mr. Matlack business
20  partners or --
21      A   No. We're -- we're informal
22  associates.
23      Q   And is Ion, is it a public company
24  or LLC?
25      A   So Ion is a -- is an open source

Michael Pfeiffer

1
2  cryptocurrency project that anybody who has
3  the skills, knowledge, or interest or the
4  desire to develop those skills can contribute
5  to it through a software platform called
6  GitHub. It's recently been acquired by
7  Microsoft. But it's a developer platform
8  that allows really any -- anybody to
9  contribute to an open source project, by
10  writing code or inspecting code, making
11  comments about what's working.
12          For instance, the wallet interface,
13  I'm not a -- I'm not a technical coder,
14  myself, but I can say, look, this button is
15  marked with an unclear word or like when you
16  click this, I expect it to do this, but
17  instead it does that. I can contribute that
18  feedback and somebody else can -- can
19  implement the code that would change it.
20      Q   Okay. So you -- that's something
21  that you do for Ion, is make these sort of
22  comments to improve the platform?
23      A   Yes, mm-hmm.
24      Q   And when did you first become
25  involved with Ion?

Michael Pfeiffer

1
2   there's a larger total coin supply than
3   Bitcoin.  And since scarcity is part of the
4   value of Bitcoin, when you have more of the
5   supply, each individual unit is -- seemed to
6   be worth less.  And so some people say that
7   if -- if Bitcoin is digital gold, Lightcoin
8   would be digital silver.
9       Q   Okay.  And is Lightcoin still in
10  existence?
11      A   It is.
12      Q   Do you still hold any Lightcoin
13  today?
14      A   I have a little bit of Lightcoin,
15  yes.
16      Q   About, approximately, how much would
17  you say?
18      A   I think about $200 worth of
19  Lightcoin.
20      Q   Okay.  So turning back to the
21  document then, and just focusing on the chart,
22  you can kind of ignore the cover e-mails.
23          So it looks like according to this,
24  your first purchase of any Bitcoin was on
25  August 5th, 2014; is that correct?

Michael Pfeiffer

1
2       A   Yes.
3       Q   And Local Bitcoins, that's the
4   website that we were talking about a little
5   bit earlier, correct?
6       A   Correct, yes.
7       Q   And in the amount, it says, 0.75899.
8           What sort of currency is that?
9       A   So the denomination is in Bitcoin.
10  And the denomination for -- I believe any of
11  these, it is not designated with a dollar
12  sign.  I believe that's all in Bitcoin.
13      Q   All right.  That's helpful.  Thank
14  you.
15          And then the second entry here in
16  the chart, it says, "BTC mining on ZoomHash.
17  I think you mentioned ZoomHash earlier.
18      A   Right.  ZoomHash was a company from
19  which I purchased the two Antminers, which
20  were the -- actually, hang on.  It looks like
21  that was later purchased.
22      Q   Yeah.
23      A   So what I purchased from BTC mining,
24  I believe, was a hosted hardware mining
25  contract --

Michael Pfeiffer

1
2       Q   Okay.
3       A   -- which means that rather than me
4   purchasing hardware and hosting it in my own
5   home, that I -- the company, ZoomHash, owned
6   hardware and were operating in it in their
7   own servers.  And they were -- I had a
8   contract for, maybe, I think it might have
9   been like a six-month term.  And for the
10  duration of that term, I would receive the
11  amount of Bitcoin mined by those machines
12  minus a fee that they had, based on the --
13  the service fee that included operation of
14  the facility and the energy cost, the power
15  cost, the electricity cost to run the miners.
16      Q   Okay.  So the amount that's here is
17  763.99.
18          Is that the price of the six-month
19  contract, or is that what you earned over the
20  price of the six-month contract, or something
21  else?
22      A   That would be the price of the
23  contract, I believe.
24      Q   Okay.  Okay.  So did you then keep
25  track of how much you earned over the course

Michael Pfeiffer

1
2   of this six-month contract?
3       A   I don't have records of that, no.
4       Q   Okay.  The next entry there is also
5   another BTC mining with ZoomHash in the amount
6   of $97.01.
7           Is that another contract, or is that
8   something else?
9       A   That would have been another
10  contract for a smaller portion.
11          When I say "portion," that's
12  measured in the amount of giga-hash that
13  you -- there's the computing processor power
14  that is directed toward the network.
15      Q   Okay.  So then going down a little
16  bit in the page I think is where you were
17  getting to, there's BTC mining on ZoomHash,
18  and it - on September 8th, 2014.  And it says
19  to BT main antminers.
20          Is that -- are those the machines
21  that you were referring to earlier?
22      A   Yes.  And the company, Bitmain, is a
23  company in China that manufactures the mining
24  hardware.
25      Q   So it says here B-T-I Main.  Is it

Page 98

Michael Pfeiffer

1
2      And just terms of the amount of --
3  that you invested in the products listed
4  here, there's no total amount, but do you
5  know in the time period here, which is
6  January 1, 2013 to June 30, 2015, how much
7  you invested in the products that are listed
8  here?
9      A   No.  I would have to do that
10  calculation manually.  And I can't do that in
11  my head just from looking at the this.
12      Q   Ballpark, you don't have a number in
13  mind?
14      A   No.
15      Q   Okay.  So backing up a little bit.
16  I know we already kind of got into talking
17  about Gaw Miners a bit, but when did you first
18  hear of Gaw Miners?
19      A   I was researching on the internet
20  various options for mining Bitcoin, including
21  hardware mining and hosted hardware mining.
22  Gaw Miners was one of the services that I
23  read about in that process.
24      Q   Okay.  And so what did you do in
25  response to that, the information that you

Page 99

Michael Pfeiffer

1
2  learned about Gaw Miners?
3      A   I was interested in learning more
4  about their products.  I reviewed their
5  website.  I read about other people's
6  experiences with Gaw Miners and other
7  companies that were offering comparable or
8  similar services.
9      I reviewed what -- I reviewed it --
10  I believe, HashTalk, which was the GAW forum.
11  And at some point I purchased some GAW
12  products.
13      Q   Why did you decide to purchase some
14  GAW products?
15      A   I think that the -- I'm trying to
16  remember exactly what -- so they -- they
17  seemed like they provided some of the things
18  I was looking for, which is a hosted hardware
19  mining solution.  And one of the things that
20  the Gaw Miners website indicated was that the
21  hashlets would provide this mining, the
22  hardware -- the hosted hardware mining at
23  various mining pools, but that rather than
24  just purchasing a limited time contract, like
25  a three-month or a six-month contract, you

Page 100

Michael Pfeiffer

1
2  would purchase something more like an
3  investment, and that investment would not
4  only return the cryptocurrency that their
5  current hardware miner would generate, but
6  also they would upgrade their own miners and
7  use efficiencies of skill in their high-tech
8  data centers to -- which involves specialized
9  cooling to make it even more efficient; that
10  that would allow them to -- through economies
11  of scale to upgrade their hardware over time.
12      So, in essence, I wasn't just buying
13  a contract for a limited period of time for a
14  specific unit of hardware hosted by another
15  company, but rather a contract for hashing
16  power that is in the current technology and
17  that they would continuously upgrade, using
18  the profits from the -- well, I guess, yeah.
19  That's what the promise was.
20      Q   And that was attractive to you
21  because of, essentially, being able to keep up
22  with technology?
23      A   Yes, because it was -- well, so for
24  three reasons:  One is that it was hosted in
25  another site; meaning, it was cooler for one.

Page 101

Michael Pfeiffer

1
2  That it was quieter, for two.  And the third
3  thing was that, rather than having hardware
4  that expired or having a contract that
5  expired, that you would have a contract for a
6  service that would continually upgrade.
7      Q   Okay.
8      A   It would upgrade the hardware that
9  performed the mining service.
10      Q   When did you first interact with
11  Josh Garza?
12      A   I saw a post by Josh Garza on the
13  HashTalk forum on a regular basis.  I saw
14  videos that he and other members of the GAW
15  and Zenminer team released on -- I think on
16  YouTube of maybe even live conferences or
17  communications with people who had purchased
18  GAW products, and other people who were
19  interested.  And I sometimes posted on the
20  HashTalk forum.  I can't remember when I
21  first actually had an exchange with Josh
22  Garza.  I know at some point fairly close
23  time before that things really became
24  difficult and GAW Miners started to default
25  on their promises that -- actually their

Page 118

Michael Pfeiffer

1
2  in a democratic system, for instance.
3           And so that's what I think I meant
4  by it.
5      Q    Okay.  So did you see journalism
6  being able to have that same check and balance
7  with respect to cryptocurrency?
8      A    I guess in this exchange, it looks
9  like what I'm asking is whether it could
10  function that way and how it would function,
11  yeah.
12      Q    Why did you use the term "wild
13  west"?
14      A    Well, by that point, this is
15  April -- sorry -- March of 2015.  I had come
16  to appreciate that it was very hard to
17  regulate what people do with cryptocurrency.
18  And that the legal system hadn't really
19  caught up with the realities of
20  cryptocurrency; that there wasn't much policy
21  specifically defining different kinds of
22  cryptocurrency; for instance, as a security.
23           And so while certain kinds of
24  cryptocurrency, like Bitcoin, is generally
25  regarded to kind of stand on its own and

Page 119

Michael Pfeiffer

1
2  doesn't require any trust in anything other
3  than the code, itself, something like a new
4  project that GAW was offering, a product like
5  Paycoin, was a centralized project without --
6  it was initially announced without a code
7  base.  It was a centralized project that was
8  initially announced without a code base.
9      Q    So when you say "announced without a
10  code base," what do you mean by that?
11      A    So that Paycoin White Paper came out
12  before the Paycoin code.  The digital program
13  that would allow one to operate a wallet and
14  build a system, a network of wallets to
15  create a Paycoin network of cryptocurrency.
16  So it was created as an idea that was
17  sponsored by a company and -- yeah.
18      Q    So as an idea, do you think -- is it
19  your belief that Paycoin was a security?
20           MR. WATTERSON:  Object to the form.
21           THE WITNESS:  I guess I'd have
22      to -- I'm not a lawyer.  I think that I
23      would say that hashlets would be an
24      example of a security.  And then
25      hashlets morphed into something other

Page 120

Michael Pfeiffer

1
2  than what they were initially sold.
3  BY MS. CAVE:
4      Q    What did they morph into?
5      A    They morphed into -- rather than
6  being a contract for miners, it would be
7  continuously updated by the GAW Miners
8  Company.
9           They morphed into a -- they would
10  generate actual Bitcoin cryptocurrency.  They
11  morphed into a product that generated no
12  actual cryptocurrency; did no actual mining;
13  had no actual hardware behind them.  And the
14  -- and instead of mining something, a virtual
15  currency, they mined something called
16  hashpoints, which are -- rather than a
17  digital -- rather than being a
18  cryptocurrency.  They're not
19  cryptographically secured.  They're just
20  based on a private ledger that the company
21  GAW Miners or Zenminers maintained.
22           So there's none of the cryptographic
23  security built into that.  There's no -- the
24  scarcity depended entirely upon how much was
25  produced, which was determined exclusively at

Page 121

Michael Pfeiffer

1
2  the whim of the company.
3      Q    So when the hashlets morphed into
4  this other product that you just described,
5  what did you understand you were buying then?
6      A    The website explained that -- let me
7  rephrase that.
8           So what I -- what I understood at
9  that time was that hashpoints would be
10  converted into Paycoin.  And that Paycoin
11  would be a cryptocurrency that had a $20
12  value that GAW Miners would sustain as a
13  minimum floor.  And at times Garza
14  represented it as something that would be
15  likely to go up to $25, at least.  And the
16  documentation indicated that the -- that
17  Paycoin had a Paycoin foundation.  And the
18  Paycoin foundation had a $100 million
19  adoption fund.  And that that would be used,
20  in part, to maintain the $20 floor of the
21  Paycoin currency.
22      Q    A moment ago you referred to
23  hashpoints being converted to Paycoin.
24           What did you understand would cause
25  that conversion to happen?

# Exhibit A-16

- ○ Google+
- ○ • 0
  - • Toddimus

Well that's how a ponzi scheme would work.

I had my doubts about the cloud mining platform that GAW/Zen offer initially. At this point, with all the things that GAW has done, the whole thing is entirely possible, and I believe things are exactly how GAW/Zen says they are.

http://toddimus.wantsbtc.com/

Toddimus posted
- ○ ○ Favourite 0
- ○ ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 0
  - • Goroz

And agreed... I don't care of these hashlets are magical drug addicted unicorns as long as my BTC shows in my account.

Goroz posted
- ○ ○ Favourite 0
- ○ ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 0
  - • blazecoin

[quote="Goroz, post:8, topic:7182"]
magical drug addicted unicorns
[/quote]

You want "magical drug addicted unicorns"... You Got It!
http://soulwornthin.files.wordpress.com/2011/05/biggcazv2_magical-unicorns.jpg

For my next coin trick... I'm will mix a HyperFlexMongoChain and a HyberDrive that twists out a RapidBlockReward system with Enhanced MicroStaking built into JetPacks of all Thermodynamical Web Suits for the ScubaGearBlockChain. (whale communication)

blazecoin posted
- ○ ○ Favourite 0
- ○ ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 0
  - • Daffy

[quote="EmersonGS, post:4, topic:7182, full:true"]
All i see is a plethora of butt-hurt opinions... My favourite was "You completely missed the point. Hashlets don't exist, there is no hardware. They are completely fake.", So why am i getting payouts exactly?
[/quote]

And he is right Hashlet's are not real physical miners. They are just a concept like how you buy GHS on cex. The mining is probably done by the most efficient miners GAW can find on the market today. And when they are obsolete they will

GAW00824580

about-gawminers#36298</guid><pubDate>Thu, 21 Aug 2014 14:35:01
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:38:50 GMT]]></title><description><![CDATA[<p>Welcome to the world of...
&quot;I'm going to create a brand new account that has zero reputation and just trash whoever I
can.&quot;</p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36305</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36305</guid><pubDate>Thu, 21 Aug 2014 14:38:50
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:47:46 GMT]]></title><description><![CDATA[<p>All i see is a plethora of butt-hurt
opinions... My favourite was &quot;You completely missed the point. Hashlets don't exist, there is no
hardware. They are completely fake.&quot;, So why am i getting payouts exactly?</p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36321</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36321</guid><pubDate>Thu, 21 Aug 2014 14:47:46
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:49:43 GMT]]></title><description><![CDATA[<p>Hmmm, I'm guessing that either
Reactor or Suchmoon. Leaning toward Reactor though because that guy just won't go away.</p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36320</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36320</guid><pubDate>Thu, 21 Aug 2014 14:49:43
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:52:23 GMT]]></title><description><![CDATA[<p>What's the history with Reactor?</p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36326</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36326</guid><pubDate>Thu, 21 Aug 2014 14:52:23
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:52:43 GMT]]></title><description><![CDATA[<p>Well that's how a ponzi scheme
would work.</p>
<p>I had my doubts about the cloud mining platform that GAW/Zen offer initially. At this point, with all
the things that GAW has done, the whole thing is entirely possible, and I believe things are exactly how
GAW/Zen says they are.</p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36328</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36328</guid><pubDate>Thu, 21 Aug 2014 14:52:43
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:52:56 GMT]]></title><description><![CDATA[<p>And agreed... I don't care of these
hashlets are magical drug addicted unicorns as long as my BTC shows in my  account.</p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36327</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36327</guid><pubDate>Thu, 21 Aug 2014 14:52:56
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:54:52 GMT]]></title><description><![CDATA[<p>[quote=&quot;Goroz, post:8,
topic:7182&quot;]<br />
magical drug addicted unicorns<br />
[/quote]</p>
<p>You want &quot;magical drug addicted unicorns&quot;... You Got It!<br />
<a href="http://soulwornthin.files.wordpress.com/2011/05/biggcazv2_magical-
unicorns.jpg">http://soulwornthin.files.wordpress.com/2011/05/biggcazv2_magical-unicorns.jpg</a></p>
]]></description><link>https://hashtalk.org/topic/2254/article-on-reddit-about-
gawminers#36332</link><guid isPermaLink="true">https://hashtalk.org/topic/2254/article-on-reddit-
about-gawminers#36332</guid><pubDate>Thu, 21 Aug 2014 14:54:52
GMT</pubDate></item><item><title><![CDATA[Reply to Article on Reddit about GAWMiners on Thu,
21 Aug 2014 14:55:42 GMT]]></title><description><![CDATA[<p>[quote=&quot;EmersonGS, post:4,
topic:7182, full:true&quot;]<br />
All i see is a plethora of butt-hurt opinions... My favourite was &quot;You completely missed the point.
Hashlets don't exist, there is no hardware. They are completely fake.&quot;, So why am i getting payouts
exactly?<br />
[/quote]</p>
<p>And he is right Hashlet's are not real physical miners. They are just a concept like how you buy GHS
on cex. The mining is probably done by the most efficient miners GAW can find on the market today. And
when they are obsolete they will be replaced by the next generation when they come out. So the
maintenance cost will drop when the older rigs are replaced with more efficient rigs. But on client side you

# Exhibit A-17

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 106 of 604

[–] [deleted] 2 points 4 years ago

Hi, i am not affilliated with GAW in any way - in fact, i simply bought a 5mhs hashlet last weekend, and since then, i've been studying the ongoing theories that are out here.

I also took a look at the blockchain - here is what I found (And, indeed, indicates they are actively mining, however i cannot say it is "proof", as I'm no expert here by any stretch - anyhow, check it out - let me know what you think, as I am still kind of confused.

I purchased a hashlet a few days ago - Here is where my BTC i spent wound up -

https://blockchain.info/address/1KQxLLQNxgn2upd4TtGbtiRdm3f5UWC9k8

Interestingly, If you google that wallet address, you can see it is actively mining on (at least) nicehash and clevermining.

NIcehash - https://nicehash.com/?p=miners&a=0&addr=1KQxLLQNxgn2upd4TtGbtiRdm3f5UWC9k8

clevermining - http://www.clevermining.com/users/1KQxLLQNxgn2upd4TtGbtiRdm3f5UWC9k8

permalink   embed   save   parent

[–] bakedshibe   1 point 4 years ago

i find it funny that gaw has fake pictures of their fake hashlets. photoshopped pictures of their "datacenter" and take down the 24 hr guarantee after they fucked up a bunch of peoples orders this past weekend and are now ignoring the tickets and acting like the 24 hr thing never existed. These guys that are defending them must not be very bright to see that a company that operates like this is not really a long term sure i trust you to not get sued and close up or just take off with my hashpower kind of business.

permalink   embed   save   parent   give gold

[–] abridged86   1 point 4 years ago

I'm also convinced that GAWminers is a scam but I still invested a lot of bitcoins in hashlets. I'm confident I'll ROI before they shutdown. PBMining is shady as hell

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 107 of 604

and it lasted this long. GaW has been way more transparent with their mining, showing pics of datacenters, investing in btc.com domain, shipping miners, office pics, staff pics.

I don't care if hashlets aren't real. What I care about is a lot of people believe in GaW. The hashtalk community is loyal as hell to GAW. Pretty impressive since it's free marketing for GaW. Because of all those reasons I pointed out above, I truly believe this ponzi is going to last for a while. Josh is in it for the long run and I'll ride along.

permalink   embed   save   give gold

> [–] **gaw-whistleblower** [S] -2 points 4 years ago
>
> If they just straight up said this was a financial product with no actual hardware backing them up then I would not be here.
>
> permalink   embed   save   parent   give gold

[–] [deleted] 1 point 4 years ago

Complete and utter bullshit by a spammer and a troll.

This guy used multiple accounts on bitcointall posing as jennak, df2k2, and now gaw_whistleblower :D You can find their newbie accounts on bitcointalk.

He keeps repeating the same bullshit over and over again affraid to post any proof or reveal his identity.

permalink   embed   save

> [–] **gaw-whistleblower** [S] -1 points 4 years ago
>
> I might choose to reveal my identity in the future but as of now. I have a relationship with Josh Garza and do not want to jeopardize my family.
>
> permalink   embed   save   parent   give gold
>
> > [–] **alienstout** 4 points 4 years ago
> >
> > I lol'd
> >
> > permalink   embed   save   parent   give gold

[–] **Allen1980s** 1 point 4 years ago*

I purchased a 100 Mh/s Hashlet from GAW on Aug 17th, 2014 at around 16:30. To date, I have earned slightly more than 0.38 BTC or $192.05 (as of this posting) after maintenance fees. At this rate, I expect to recover my $1599.99 investment at around 53-60 days. Although I understand that people may think this to be a Ponzi scheme, knowing the past performance of GAW leads me to believe they have implemented a business model that all of the other hardware vendors have already been using, only this time, they are letting outsiders buy into the model. What is the model? They

# Exhibit A-18

```
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Toddimus" data-uid="409">
<strong><a href="/user/toddimus" itemprop="author">Toddimus</a></strong> posted <span
class="timeago" title="2014-07-20T15:14:35.361Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_15599" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_15599">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_15599_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="15607" data-uid="154" data-username="SDRebel" data-userslug="sdrebel"
data-index="24" data-timestamp="1405870769548" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_24" name="24"></a>
<meta itemprop="datePublished" content="2014-07-20T15:39:29.548Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
```

```
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/sdrebel">
<img src="https://i.imgur.com/lgrC5D5.jpg" alt="SDRebel" class="profile-image user-img"
title="SDRebel">
</a>
<small class="username" title="SDRebel"><a href="/user/sdrebel">SDRebel</a></small>
</div>
<div class="topic-text">
<div id="content_15607" class="post-content" itemprop="text"><p>[quote=&quot;bubbamark, post:20,
topic:3205&quot;]<br/>
tell the guys at work it is probably the worlds biggest PONZI scheme. However whilst it is legal I will
keep mining! That is until such time the Australian Government starts taxing it.<br/>
[/quote]</p>
<p>you don't make sense..cant say it's a ponzi scheme and mine at the same time</p>
</div>
<div class="post-signature"><p>Next multiplication is coming Nov 5th! buy buy buy<br/>
buy from ltcgear with my link and get back half of the bonus ;)<br/>
use code anniversary1yr and let me know - <a
href="http://ltcgear.com?apage=160">http://ltcgear.com?apage=160</a></p>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="SDRebel" data-uid="154">
<strong><a href="/user/sdrebel" itemprop="author">SDRebel</a></strong> posted <span
class="timeago" title="2014-07-20T15:39:29.548Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_15607" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_15607">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
```

# Exhibit A-19

Page 1

1                     JONAH DORMAN

2             UNITED STATES DISTRICT COURT

3               DISTRICT OF CONNECTICUT

4

5   DENIS MARC AUDET, MICHAEL PFEIFFER,

6   DEAN ALLEN SHINNERS, AND JASON

7   VARGAS, INDIVIDUALLY AND ON BEHALF

8   OF ALL OTHER SIMILARLY SITUATED,

9               Plaintiffs,

10      vs.                Case No. 3:16-CV-00940

11

12  STUART A. FRASER, GAW MINERS, LLC,

13  AND ZENMINER, LLC (D/B/A ZEN CLOUD),

14              Defendants.

15  _____/

16

17

18      The Videotaped Deposition of JONAH DORMAN,

19      Taken at 99 Monroe Avenue NW, Suite 975,

20      Grand Rapids, Michigan,

21      Commencing at 9:22 a.m.,

22      Wednesday, August 1, 2018,

23      Before Cheri L. Poplin, CSR-5132, RPR, CRR.

24

25  Job No. 145641

## Page 10

JONAH DORMAN

```
 1              JONAH DORMAN
 2       know enough about it.
 3   Q.  So -- so your responsibilities in the army had to do
 4       with working on computer systems?
 5   A.  My responsibilities were working directly with
 6       computer systems, but in order to actually be able to
 7       do that and do the training, I helped the civilian
 8       idiots repair the computers is how I put it.
 9   Q.  What years were you in the army?
10   A.  2001 to 2005.
11   Q.  And what did you do after you left?
12   A.  After I left -- these are difficult history questions
13       here.  I didn't bring a resume with me.
14   Q.  Well, do the best you can.
15   A.  I ran another consulting firm doing computer repair,
16       business computer repair.  I ran an indoor paintball
17       shop as well.  Don't ask me how the two tied together,
18       but it worked out pretty well, so . . .
19   Q.  There you go.  And at some point you ended up with --
20       involved with a company called Lease Rig; is that
21       correct?
22   A.  Yes.  That was after I moved to Florida.  I was
23       working for an international training company that
24       deals primarily in oil and gas, and while I was there
25       I was doing the IT.  I was the director of IT, so I
```

## Page 11

JONAH DORMAN

```
 1              JONAH DORMAN
 2       had a small inhouse data center.  And when
 3       cryptocurrencies first came out, when Bitcoin first
 4       came out, I started getting into mining, and I used
 5       the free power and space that I had to put miners in
 6       and realized that I could get an insurance policy on
 7       these miners by buying two, using one for myself and
 8       selling the other one with hosting so that I basically
 9       did not pay for Bitcoin miners, and I made money and
10       the people purchasing from me made money, and that
11       turned into a company called Lease Rig.
12   Q.  And when was this?
13   A.  2013, '14.  Somewhere in that time frame.
14   Q.  And was that -- was -- initially was the company Lease
15       Rig just you?
16   A.  No.  It was myself and my business partner, Matthew
17       Eden.
18   Q.  And how did you meet Mr. Eden?
19   A.  There was some new equipment that came out that I did
20       a full dissection of, so I did a full teardown of it,
21       took pictures, posted all the details about it.
22       Nobody else had done it because if you take it apart,
23       obviously it doesn't make you any money, and back then
24       time was definitely money.  And people kept contacting
25       me about it and asking questions, various technical
```

## Page 12

JONAH DORMAN

```
 1              JONAH DORMAN
 2       questions about the equipment.
 3   Q.  This was a miner that you took apart?
 4   A.  Yes.  Matthew was one of them and that got us into
 5       talking and I said, you know what, I'm really looking
 6       for somebody that can do front end development, back
 7       end development to make this leasing thing that I have
 8       into more than a spreadsheet, and so Matt was kind of
 9       the one that bridged the gap and made it into
10       originally Unicorn Hashers and then Lease Rig.
11   Q.  And this was I think you said around 2013?
12   A.  Around then, yes.  I'll let you know, for the record,
13       I am terrible with dates, including years.
14   Q.  Well, I think the record's fairly clear that you first
15       became involved with GAW Miners in 2014 if that helps.
16   A.  Okay.
17   Q.  That will put a post in there.  So tell me how you
18       transitioned from Lease Rig to GAW Miners.
19   A.  Well, it's fairly easy.  I harassed Josh Garza online,
20       and by harassed I just mean I was basically, online
21       it's called trolling, so whenever he would post things
22       or his company would post things I would make fun of
23       them and tell them they weren't telling the truth, and
24       after a while he ended up calling and saying, you
25       know, we might want to work this out because it's all
```

## Page 13

JONAH DORMAN

```
 1              JONAH DORMAN
 2       legitimate, and I said great, you can prove it, I'll
 3       come work for you.  I'm not sure if that's exactly how
 4       the conversation happened, but that was kind of the
 5       end result.
 6   Q.  Okay.  What kinds of things was he posting online that
 7       you thought were potentially not accurate or not true?
 8   A.  Everyone knew that he wasn't technically mining.  He
 9       had the four pools that he said he was mining to.  We
10       were in contact with all the pool owners, and when
11       people would shift a lot of equipment over, the pools
12       would not show it, which normally means that
13       somebody's just using a calculated method versus an
14       actual method, which is kind of common in similar
15       industries.  You aggregate equipment and then you feed
16       the results that someone picks.
17   Q.  So explain the difference if you can between
18       calculating and actual mining.
19   A.  Sure.  So if you -- if you have an investment that
20       pays out five percent, they're going to take and
21       they're going to put your money into whatever they
22       want.  They're going to pay you five percent.  As
23       opposed to if you have an investment in a certain
24       industry, stock sector, they're going to pay you
25       whatever the actual return is.  So if you're
```

# Exhibit A-20



**Singman33**
Full Member

Activity: 147
Merit: 100

**Re: GAW Zen Hashlet Hashcoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
November 20, 2014, 12:36:14 PM

#553

One picture better than hundred words (payouts for 1Gh/s, fees deducted):

As you can see, we could compare 3 "real" mining compagny with Gaw... Tell me why they dont follow everyone else curves ? Because they are not mining, they are speculating on "other thing" related to mining.

Side note, as you can see, Gaw is not the most profitable.

Have fun.

# Exhibit A-21

- elmersaid

@Tom_Ewok ii will buy it when i rech the price !! thank you ! but now i can't

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

elmersaid posted , last edited by elmersaid
- ○ ○ Favourite 0
- ○ ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 0
- • Tom_Ewok

@elmersaid Or you could just create a new account, it's up to you but i find the solution to get a verified account more simple

24 years old guy learning web development and living in South Of France.
Passionate by art, music and crypto currency enthusiast.

Tom_Ewok posted
- ○ ○ Favourite 0
- ○ ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ • 0
- • RV_1969

This again.

- ○ It *is* a ponzi. Yes, they are paying, others and I have made a nice profit but it could all end any day.
- ○ never, ever get 'verified' by credit card.
- ○ of course they can release IPs, I'm calling bullsh*t on this.

Again, there is nothing wrong playing the HYIPs. But *treat it that way*. Buy the cheapest contracts with BTC, take your profit while it lasts. Rinse and repeat. Don't get tempted buying bigger contracts.

You'll win some, you'll lose some. Play HYIPs for fun and pocket change.

With all due respect: what are you trying to accomplish if you can't afford to spend 15 euros yet? Save your valuable time, find ways to raise funds with other activities - use your talents - *then* return to cryptocurrency. There is no point in clicking the faucets for hours and hours, only to find you have earned a fraction of a cent in the end of the day.

Good luck!

XPY: PPeN5zH9qScmqicQ6j2bQRutDPWoruZSTo

RV_1969 posted , last edited by RV_1969
- ○ ○ Favourite 0
- ○ ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+

&bull;

```
                                        <a href="#" class="upvote ">
                                                <i class="fa fa-chevron-up"></i>
                                        </a>
                                        <span class="votes" data-votes="0">0</span>

        <a href="#" class="downvote ">

                                                <i class="fa fa-chevron-down"></i>
                                        </a>

                                        <span class="post-tools">




                                </span>
                        </div>
                </div>
        </div>
</li>
<li class="post-row" data-pid="389631" data-uid="2505" data-
username="RV_1969" data-userslug="rv_1969" data-index="17" data-timestamp="1416337816813" data-
votes="2" itemscope itemtype="http://schema.org/Comment">
                <a id="post_anchor_17" name="17"></a>
                <meta itemprop="datePublished" content="2014-11-18T19:10:16.813Z">
                <meta itemprop="dateModified" content="2014-11-18T19:25:07.354Z">
                <div class="topic-item">
                        <div class="topic-body">
                                <div class="row">
                                        <div class="col-md-12">
                                                <div class="topic-profile-pic hidden-xs text-
center">
                                                        <a href="/user/rv_1969">
                                                                <img
src="https://secure.gravatar.com/avatar/e9c8e37c5f7363c7925fbaeae9decf7f?size=128&default=identicon
&rating=pg" alt="RV_1969" class="profile-image user-img" title="RV_1969">
                                                        </a>
                                                        <small class="username"
title="RV_1969"><a href="/user/rv_1969">RV_1969</a></small>


                                                </div>
                                                <div class="topic-text">

                                                        <div id="content_389631" class="post-
content" itemprop="text"><p>This again.</p>
<ul>
<li>It <em>is</em> a ponzi. Yes, they are paying, others and I have made a nice profit but it could all end
any day.</li>
<li>never, ever get 'verified' by credit card.</li>
<li>of course they can release IPs, I'm calling bullsh*t on this.</li>
</ul>
<p>Again, there is nothing wrong playing the HYIPs. But <em>treat it that way</em>. Buy the cheapest
contracts with BTC, take your profit while it lasts. Rinse and repeat. Don't get tempted buying bigger
contracts.</p>
<p>You'll win some, you'll lose some. Play HYIPs for fun and pocket change.</p>
<p>With all due respect: what are you trying to accomplish if you can't afford to spend 15 euros yet? Save
your valuable time, find ways to raise funds with other activities - use your talents - <em>then</em> retur
n to cryptocurrency. There is no point in clicking the faucets for hours and hours, only to find you have
```

==earned a fraction of a cent in the end of the day.</p>==
==<p>Good luck!</p>==
</div>

                                    <div class="post-signature"><p>XPY:
PPeN5zH9qScmqicQ6j2bQRutDPWoruZSTo</p>
</div>

                                                        </div>
                                            </div>
                                    </div>
                            </div>
                            <div class="topic-footer">
                                    <div class="row">
                                            <div class="">
                                                    <small class="pull-right">
                                                            <span>

                                    <i class="fa fa-circle status offline" title='Offline'></i>
                                                            <span class="username-field"
data-username="RV_1969" data-uid="2505">

                                            <strong><a href="/user/rv_1969"
itemprop="author">RV_1969</a></strong> posted <span class="timeago" title="2014-11-
18T19:10:16.813Z"></span>

                                                                    </span>
                                                            </span>

                                    <span>, last edited by <strong><a
href="/user/rv_1969">RV_1969</a></strong> <span class="timeago" title="2014-11-
18T19:25:07.354Z"></span></span>

                                                    </small>
                                                    <div class="dropdown share-dropdown">
                                                            <a href="#" class="dropdown-toggle
postMenu favourite-tooltip" id="postMenu_389631" data-toggle="dropdown">
                                                                    <i class="fa fa-heart"></i>
                                                            </a>
                                                            <ul class="dropdown-menu"
role="menu" aria-labelledby="postMenu_389631">

                                                                    <li role="presentation">

                                                                    </li>
                                                                    <li role="presentation">
                                                                            <a role="menuitem"
tabindex="-1" data-favourited="false" class="favourite">

                                                                                    <span
class="favourite-text">Favourite</span>

                                                                                    <span
class="favouriteCount" data-favourites="0">0</span> 

                                                                    <i class="fa fa-heart-o"></i>
                                                                            </a>
                                                                    </li>

                                    <li role="presentation" class="divider"></li>
                                                                    <li role="presentation"
class="dropdown-header">Share this Post</li>
                                                                    <li role="presentation">
                                                                            <a role="menuitem"
class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-
facebook"></i></span> Facebook</a>
                                                                    </li>
                                                                    <li role="presentation">
                                                                            <a role="menuitem"

# Exhibit A-22

  **PROPOSITIONS** 

 ← All Bets

# Paycoin will be $20+ on Coinmarketcap 1.1.15

By 🇺🇸 DiCE1904 🟡

Category: Bitcoin

�068 Share

ⓘ **Description**

Paycoin is a new altcoin that is supposed to be valued at $20 on launch.
Currently valued at $5.79
The question is if it will be worth more or less then $20 come new years.
YES bet indicates a price $20 or above
NO is 19.99 or lower



◈ **Decision Logic**

https://coinmarketcap.com/currencies/paycoin2/#charts
Highest volume real exchange's price will be used.



PROPOSITIONS



5:20AM, Dec 31, 2014 UTC

5:25AM, Dec 19, 2014 UTC

6:05AM, Jan 1, 2015 UTC

✔ RESOLVED AT 1:28AM, JAN 2, 2015 UTC

## Total Volume: ฿0.8317

# This bet has been resolved!

## The outcome was "No"

฿ **0.83168634** was split between **5** bettors.

|  | YES | | NO | |
|---|---|---|---|---|
| Volume: | ฿0.0354 | Volume: | ฿0.7963 |
| # of Bets: | 4 | # of Bets: | 5 |

## Placed Bets

| 7:46PM, Dec 30, 2014 UTC | Anonymous |
|---|---|
| **Yes** | Amount: ฿0.014 |
| **Modifier:** 1.050x | Payout: ฿0 |
| 12:15PM, Dec 30, 2014 UTC | majky80 |
| **No** | Amount: ฿0.00728634 |
| **Modifier:** 1.085x | Payout: ฿0.00728634 |
| 6:06AM, Dec 30, 2014 UTC | MickeyDoge |
| **Yes** | Amount: ฿0.005 |



## PROPOSITIONS

| | |
|---|---|
| No | Amount: ฿ 0.01 |
| Modifier: 1.510x | Payout: ฿ 0.01000000 |
| 3:17PM, Dec 22, 2014 UTC | Anonymous |
| Yes | Amount: ฿ 0.0114 |
| Modifier: 2.030x | Payout: ฿ 0 |
| 3:45AM, Dec 22, 2014 UTC | 🇺🇸 ikeboy |
| Yes | Amount: ฿ 0.005 |
| Modifier: 2.090x | Payout: ฿ 0 |
| 6:10AM, Dec 19, 2014 UTC | 🇺🇸 Legion |
| No | Amount: ฿ 0.11 |
| Modifier: 2.435x | Payout: ฿ 0.11148244 |
| 6:04AM, Dec 19, 2014 UTC | 🇲🇽 alex_morgan |
| No | Amount: ฿ 0.01 |
| Modifier: 2.435x | Payout: ฿ 0.01013477 |
| 5:29AM, Dec 19, 2014 UTC | 🇺🇸 DiCE1904 |
| No | Amount: ฿ 0.659 |
| Modifier: 2.440x | Payout: ฿ 0.66794002 |

## Related

see more from **Bitcoin** ⊙



**Will BTC hit $100,000 before Dec 2018? LEECH PROTECTED**

 sanko 🟡

Will Bitcoin Hit $100,000 in 2018? This proposition is leech protected: see decision logic for details!

# Exhibit A-23

geraw
Herp
Member

Act: 812
Merit: 500

◇ **Re: GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
November 05, 2014; 12:28:55 AM

#3809

There are no coins, there are no first round investors, there are no banks, no stores, no nothing, Zilch.

The trick this round is to go after rounds 3 and rounds 4 and accelerate them. What more than likely see is an accouncement that round one with the mysterious investors was a resounding success. Sold in the first 30 seconds !!!

A monster success so much so that they want to buy everything else, but we for the people told them they cannot, we must sell to our loyal miners and the public as we gave our word. So guys you need to get your wallets out today we promised the first round investors 24 ours to allow us to sell to you, in fact we need to bypass the hashpoint round and go straight to the 10 dollar and 20 dollar FIAT rounds, in fact time is so much of the essence we will accelerate the public 20 dollar round to the day after the 10 dollar invite round. We will do even better we will reduce it to 15 dollars in case you guys want to buy even more. Hurry hurry, step right in........

The some weeks will go by and a huge regret annoucement will be made, nay a brand new websibe and domain will surface with the clown Josh Garza's face pegged all over it ' so sorry guys we were totally misled the investors who gobbled up the first round did not in fact have any money, we ae suing them, we are suing our bankers who introduced them'' we were totally duped'.... but do not fear dear gawfucks. We just created a brand new gawminer, the gashleters and goofgaw zen dungdropings......hashing at 850 Mh/s and we will immediately convert your 10 and 15 dollar hard cash investments in to these !!! I am your saviour, Josh Garza Magic Man of The Crypto Era !!!

"Yawn"

same shit different day

# Exhibit A-24

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
December 24, 2014, 07:52:00 PM

> Quote from: doogsan on December 24, 2014, 02:04:46 PM
> Gaw people are great example of the human tendency to 'rationalize' rather than to think rationally. Lol, the hatred, wow.

It's not just GAW customers that rationalize poor decisions. I've done crypto off and on since 2011 and I've made plenty of bad decisions. Obviously, a number of HT members read this thread. For those of you lurking, here is my experience with GAW. Look at it objectively and tell me it wouldn't raise concerns in a rational person. I know I've had concerns for a long time. I apologize in advance for the tone but this is somewhat of a cathartic event for me.

I purchased my first rebranded Zeus miner from GAW back in June. Back then, GAW's promise was to your door in 5 days. Mine came on the 5th day. Many others did not get theirs in the promised timeframe. This seemed odd as the supply chain was out of their hands. They had a vendor who shipped from China and GAW could not control the logistics. They were basically middlemen collecting the money and handling RMAs. There were complaints in their forums and things seemed to be mostly taken care of. They even issued a credit to customers that bought their miners right before they suddenly cut the price in half. Can you always make everyone happy? No. Mostly, at that time, they seemed to be in a little over their head by underestimating what they were in control of but trying to do the right thing.

Then I bought a used Gridseed blade from their website that was stated as coming from their Northeast data center. I had store credit so decided to use it. The miner did not come in the promised timeframe. This seemed odd as the miner was already in their control. I could never get a rep on the phone. However, the emails started to fill up with excuses. "I need to check with our warehouse in China." Yeah, it's used and coming from your US location. I got a ZenController (remember those?) which I didn't order but was told to keep it. After more excuses and a few more weeks, the miner finally showed up and it worked well. Now in my mind, they have a workflow management and customer service problem. The customer service problem is openly acknowledged on their forums and they hire more CS reps who are visible.

Up to this point, GAW sold physical miners but also offered hosting. I didn't utilize their hosting but there were often complaints from the customers about availability and uptime. It was clear that whatever facility was being used was not meant for the kind of power draw these scrypt miners were pulling. They announced they were building a proper data center with the required power density. There were even pictures posted. Fast forward a few weeks and GAW enters into an agreement with ZenMiner. Now you can purchase your miners from GAW and have them hosted at ZenMiner. If you want your miner sent to you, you can make the request and it will be shipped to you. Miners are also guaranteed to be up and running in 24 hours. To me, it seems like GAW is addressing their problems of scale and the hosted solution begins somewhat attractive to me. Customers can also have their GAW hosted miners transferred to ZenMiner. Customers are generally happy with the improved uptime. Fast forward a few weeks and GAW announces that they have merged with ZenMiner. Then there is an impromptu sale that evolves on their forum for a 27 MH/s miner with 3 months of free hosting. I decided to purchase a few. I like to track my miners but I figured if I didn't like the hosting service, I would request that they be shipped to me. The miners were deployed, I selected my scrypt pool via the ZenCloud interface, and I was good to go.

In my mind, this is where things start to get concerning. Some people with one month of hosting ask that their miners be shipped to them. The GAW policy is not well defined and many customers make a lot of assumptions, many of them bad in my opinion. At that point, the policy is announced that they have purchased 10 MH/s of power but the underlying hardware could be a 100 MH/s device that is just logically carved up into multiple pieces or two 5 MH/s devices. That's not is not our primary business or where we focus our resources we are told. Obviously, no one wants to take their miners offline and the direction GAW wants them to go. I have no idea if anyone ever received a physical miner from the ZenMiner data center. This was a real concern for me and I believe others. Additional questions were being raised. Where was the data center located? It's a trade secret was the response. There were questions about capacity. It's a trade secret was the response. At least post some photos. We will get some posted is the response. There are real, legitimate questions in their forums. They are answered but not really in what I would call a transparent or verifiable manner. It's also when you start to see rationalization by a group of customers. Eventually, pictures are posted. The geo metadata is left in the photos and people quickly discover where the photos were taken. Groups of customers essentially begin the forum equivalent of a victory dance and start in with "See, we weren't wrong." The general feedback to GAW is that communications are limited and something that needs serious improvement.

At this point, I'd come to the conclusion that while the service is represented as a hosting type of operation, it is really a modified type of cloud-based operation with virtual miners. You purchase a portion of hash capacity. How GAW delivers that hash capacity is not your concern. You may have purchased 10 MH/s of power but the equipment packed, and then shipped. After all, shipping miners necessarily bad, but if that's how you are doing it, people should at least be told.

The questions continued even in GAWs forums. These are crypto logistical questions such as, if you are mining a scrypt pool, how come we're not seeing the hashes reflected at the pool? Customers even excitedly talk about pointing their miners to specific pools to see the hash rates jump. Hash rates at the pools remain static. Pool operators state that they are not seeing GAW hash power hit their pools. Why are the hash rates in the ZenCloud dashboard so consistent? Crickets. By this time, I have modified my belief somewhat about how GAW is operating. Rather than having a ton of power hungry scrypt asics mining and converting scrypt-based altcoins to BTC, a process that can be risky and involve losses, I believe that they are just mining straight BTC. Essentially, they have developed a way to abstract the user from the mining activity and create a virtual miner. They have created pool names, based on actual, real pools that people recognize, and assigned payout values to those pods, assigned a conversion factor for the "scrypt" mining users think they're doing, and pay people. That's just my opinion based on general observations since the flow of speculative information from GAW has been almost a game among some. You can describe in general terms what was being done without giving away the secret sauce. If you were telling people you were operating one way but really operating another, then that's really not kosher. However, I had hosted miners that I couldn't get shipped and didn't really want in my house anyway so I was in a holding pattern.

Vaultbreakers are announced. They are paid in advance like all pre-orders. They are exceedingly expensive with few schedule details like many scrypt pre-orders at the time. I don't do pre-orders after my BFL experience but many people do. Vaultbreakers are delayed with the occasional status update. A bit later Hashlets are introduced. They are initially described as the most advanced cryptocurrency miner ever which implied it was hardware. There are questions as to if they are really the Vaultbreakers just carved up to smaller pieces or if they are something else. There are multiple levels of Hashlets introduced each with a different price level but they are tied to specific "pools". They are promised to provide ROI. Maintenance fees will never exceed the payout. The Hashlet Prime is described as the best of the best and carry special favor. You can mine any pool with them. Another miner will never be required because the Prime is so advanced. Vaultbreaker owners are given the opportunity to convert their Vaultbreaker orders into Hashlet Primes. This failure to deliver the Vaultbreaker is only minimally noted on the forums because people are so excited they get to convert to Hashlet Primes. They are thankful that they aren't screwed out of their money like in other vaporware pre-orders. For those not versed in finance, these users just gave GAW an interest free loan. The introduction of the Hashlet is where the marketing hype really starts to climb to a fevered pitch.

My hosted miners are converted to Primes. GAW made it too attractive not to convert and my miners were essentially trapped there anyway. It was obvious they wanted to push all hosting customers in that direction. I'm getting daily BTC payouts but they aren't crazy. I figure if things don't go south before my three months of free hosting is done, I will have made back the money I spent on the original "physical" miners. I even buy some Primes at the intro price because I'm slow that way and have an OCD compulsion to make numbers even. I made that decision against my better judgement. It's not the first bad decision I've ever made and it won't be the last.

ZenPool is introduced. Again, it is not clear how ZenPool works and how they are able to maintain a payout better than any other pool. There are vague references to renting out hash power and crypto currency multipool type activity, trading altcoins and being better at it than others. Legitimate questions in the forum are beaten down with positivity. In my mind, this is not a good thing.

Honestly, some of the capabilities are neat and provide flexibility. The whole concept of a virtual miner that allows me to merge miners to make them easier to manage and split miners and mine against different pools is cool. However, as products and capabilities are rolled out, there are constant delays and issues. Many of them are development related. I've been a developer so I understand this world. What I experienced and was witness to was what we call "Cowboy Development." Essentially, It's a lack of real testing. I even question in my mind if there is a test environment. Occasionally, the problems are blamed on infrastructure or even system design. The payment servers are overloaded. The backend database needs to be redesigned. We will rerun payments. Withdraws will be re-enabled soon. Things will be fixed soon. Self-imposed deadlines come and go. People on the forums are always grateful to be told "what's going on" and respond with "You guys are GAWsome, you work too hard. You should get some sleep." In my mind, what they should be doing is deploying fully tested solutions that work on a scalable infrastructure. I understand there might be issues occasionally but I find it extremely unprofessional that they cannot get things right time and time again. This is what I do for a living so I'm really irritated at what would seem to be a certain level of incompetence. Especially for a company that has, in my mind, a fiduciary responsibility to its customers. Let me say that again. GAW has a fiduciary responsibility to its customers to deploy solutions that work.

The rest is kind of where things are now. HT is heavily and efficiently censored to ensure there is no dissent. Announcements come out filled with grammatical errors and present an image to those not blinded that GAW sometimes seems unsure of where they are going. Did you see the debit card reversal and re-reversal? I read the announcements section every few days just to see what the party line is. Delays continue and explanations are weak. The number of customers at GAW has probably grown exponentially. I suspect a number of them think that they are all going to be rich when Paybase is released and they can sell their XPY for $20 back to GAW. My sense is that there are people over there that have no idea what they've gotten into or have spent money that they can't afford to lose. You hear that a lot in investing, cryptocurrency, and even over on HT. A number of those customers haven't seen GAW from the beginning. What I would say to those people is read the text above. It should at least make you think about what you are doing and who you are getting into bed with. If you still choose to make that decision then that's just fine. Just remember what you were told as a kid: If it sounds too good to be true, it probably is. Then remember what you probably weren't told as an adult in relation to investing: Pigs get slaughtered.

Having said all that, I still have some holdings in ZenCloud. I'm not counting on it for anything. It's paying me XPY which I sell. If XPY works out, great. If it doesn't, that's ok too. That's kind of been my attitude toward GAW since I discovered that my hosted miners were essentially trapped back in the summer. I'm not in the hole on this experiment and even if I was, it would only be my own fault. Based on the history I've seen with GAW and how things are around XPY have been explained. I don't see how the situation is sustainable. However, I'm a simpleton so maybe I just don't understand.

Again, sorry for the tome but this was a cathartic event for me and I had to just get it out.

# Exhibit A-25

Now I don't think it will make 6 days.

I'm not sour, I did all this while telling everyone I know I was investing in a Ponzi scheme.

The only things that have surprised me so far are:
How fast things are falling apart, I expected months not days.
I expected he would have allowed the sale of hashstaker on his market since he collect 10% per sale.

Satoshi is no god. He did not come down from the mountain with 10 golden rules engraved in stone for no one to question.

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**peonminer**
Hero Member


Activity: 630
Merit: 500

*BITCOIN
CORE
WHORE*

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:37:20 PM                                                    #262



Like my posts? Buy me a beer 🙂 Bitcoin Tip Jar: 1BDGMBgpbnD1bWXsUkaC8dZ8dgLmwXmE6t / Litecoin Tip Jar: LNB6XVHTvE5nPZZQc4CNAbPY1BLmFpgc7i / Bitcoin Cash Tip Jar: 1N6S4tfZ7NaryfczG2xSFUi3Pti9LJtu7j / Etherum Tip Jar:

**unusualfacts30**
Hero Member

Activity: 1022
Merit: 500

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:39:22 PM                                                    #263

Quote from: ionic-coinminer on January 02, 2015, 08:32:34 PM

To all GAW fans, please think about/answer for yourself these questions.
1)
The purpose of this coin and what makes it different is that it will have a stable price so that merchants accept it.
The price was to be $20 with some fluctuations.
Right now the price is less than $6, more like $5.50, and still falling.
Sounds like it is fluctuating like every other virtual currency.

Paycoin (XPY) is scam



Do you think merchants will adapt that?

2)
Where are the announcements from the merchants?
All the positive announcements are from GAW/Josh, none from Amazon, Target, Newegg, etc.
The announcement from Amazon is that they are not working with anyone to adapt paycoin.

3)
Why can hashtalk not take legitimate questions and concerns?
I was silent banned for posting the terms and conditions that everyone agreed to.
I did this in response to questions about the guaranteed $20 price and payout rate of the stakers.
The T&C clearly state the value is NOT guaranteed, neither is the rate.
I didn't call anyone names, simply cut and pasted their T&Cs.

4)
A daily return rate guaranteed at 0.972% daily, that is 174% over 6 months, not compounding.
Can you find that anywhere in the real world?

5)
Why can't we resell the very rare hashstakers?

Just so you know I own hashstakers, I mined XPY during POW, I have sold on Cryptsy for 0.0668 BTC.
I believe it is a scam, but early in and early out on a Ponzi and you can make money.
I figured he had to keep it going for at least 6 months, the first round, so that is why I played.
Now I don't think it will make 6 days.

I'm not sour, I did all this while telling everyone I know I was investing in a Ponzi scheme.

The only things that have surprised me so far are:
How fast things are falling apart, I expected months not days.
I expected he would have allowed the sale of hashstaker on his market since he collect 10% per sale.

Price falls because of Fuds. It has nothing to do with what is being delivered or promised. I have seen it happen to every single coin..whether it's a scam or not is out of a question and that is something that can be decided once few months are over.

Even if it's a scam they can milk money out of it for months before letting it die. Saying that it's dead after few days is plain naive OR may be I'm being naive here. lol.

We'll see. I'm pretty pissed at myself for buying it 0.025 but it'll be stupid to judge it and say it's dead. It only takes $100k to bring price to 0.06 so it's not something that's impossible. It'll take time for sure or may be not.

center]

 

**peonminer**
Hero Member
⭐⭐⭐⭐⭐

Activity: 630
Merit: 500

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:42:24 PM                                      #264

If it only takes 100k then why is Josh not supporting the $20 wall? Apparently 'private investors and companies' have pushed a ridiculous amount of $ into XPY and this was said to be used to support the market as well as other happenings. This was a bait and switch, my friend. Except this time, you had to go pick your own switch straight off the whipping

# Exhibit A-26

bitgeek
Sr. Member

Activity: 462
Merit: 250

◇ **Re: GAW Zen Hashlet Hashcoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
November 17, 2014, 05:15:10 PM

Quote from: demonz on November 17, 2014, 03:44:41 PM

Quote from: bitgeek on November 17, 2014, 01:38:28 PM

Quote from: KC6TFR on November 17, 2014, 02:38:04 AM

Haaa.. this is getting so sad, it's almost funny. No disrespect intended for those who are still victims of the Mt. GAW hype machine.

Scott-

Edit: Everyone, just report "bitgeek" to the mods if you see him wasting time and bandwidth. Otherwise just ignore him.

I couldn't care less about being reported by a bunch of haters, who registered on this forum just to make stupid photoshopped pictures and write FUD.
Better focus on reporting people who issue personal attacks and produce flame posts, like yourself.

Someone who couldn't care less wouldn't of even responded? Why do you defend GAW so much? Only explanation for your blind faith is that you are part of their staff.

And why shouldn't I defend them? The investment was worth it and I had great returns. Unlike some people here I don't envy others who made more than me.
What we have here is group of angry trolls unloading their frustration. They tried this on hashtalk and got banned so now they are going full steam here and calling it "constructive criticism".

🎆 Online ₿ Bingo ☆ ✦ ★
✦ *500% CASH BACK * INSTANT BONUS
* PROGRESSIVE JACKPOT
* NO-DOWNLOAD CLIENT
★ ☆ ★ EPIC FUN ★☆

# Exhibit A-27

1              LOU KERNER

2    UNITED STATES DISTRICT COURT

3    DISTRICT OF CONNECTICUT

     ----------------------------------------x

4    DENIS MARC AUDET, MICHAEL PFEIFFER,

     DEAN ALLEN SHINNERS, and JASON VARGAS,

5    Individually and on Behalf of All Others

     Similarly Situated,

6

                    Plaintiffs,

7

          vs.                          3:16-cv-00940

8

     HOMERO JOSHUA GARZA, STUART A. FRASER,

9    GAW MINERS, LLC, and ZENMINER, LLC,

10                  Defendants.

     ------------------------------------x

11

12       VIDEOTAPED DEPOSITION OF LOU KERNER

13              New York, New York

14              November 8, 2018

15

16

17

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 149297

LOU KERNER

1
2 and have -- you know, the bank at which it
3 deposits the monies has, you know, made
4 statements relative -- you know, and they have
5 accountants who have made statements relative to
6 the, you know, to the banking reserves.
7     Q.   You go on to talk about other new
8 cryptocurrencies that are subject to
9 market-based pricing from the outset.
10         What do you mean by "market-based
11 pricing" there?
12     A.   Well, if you don't have a reserve, you
13 don't have something backing that people feel
14 comfortable, then it's generally driven by just,
15 you know, simple supply/demand economics.
16         So when you have a stable coin and
17 people can take that coin and, you know, in
18 Tether's case, actually take the coin and buy it
19 and return it for a dollar, you know, that
20 generally sets a -- a floor to it.  It generally
21 doesn't deviate unless, you know, does the
22 market lose faith that they will be able to do
23 that.
24         So, outside of the reserve, then,
25 you're much more at the whim of the market

LOU KERNER

1
2 dynamics.
3     Q.   Which is more common, Altcoins that
4 have a reserve fund or Altcoins that do not?
5     A.   Altcoins that do not.
6     Q.   So Altcoins that have market-based
7 pricing then are more common?
8     A.   Correct.  As I said, stable coins are
9 a very small percentage.  Stable coins being a
10 subset of Altcoins are a very small percentage
11 of Altcoins.
12     Q.   Okay.  And are there any stable
13 coins -- is Tether the only stable coin that's
14 in existence now, or are there others?
15     A.   There are others.
16         MS. CAVE:  Okay.  Okay.  Why don't we
17 take a short break.  Five or ten minutes.
18         MR. SARGENT:  Objection.
19         THE VIDEOGRAPHER:  We're going off the
20 record.  It is 11:24 a.m.
21         (Recess.)
22         THE VIDEOGRAPHER:  We're back on the
23 record.  It is 11:40 a.m.
24 BY MS. CAVE:
25     Q.   Mr. Kerner, attached as Exhibit 3 to

LOU KERNER

1
2 your declaration is excerpts from the deposition
3 of Madeline Eden.
4         Did you read the whole transcript or
5 just these pages?
6     A.   I'm sorry.
7     Q.   Exhibit 3, which starts at page 50 of
8 the pdf.
9     A.   What was the question?
10     Q.   So the question is what's attached
11 here is just certain pages from her deposition.
12         Did you read the whole thing or just
13 these pages?
14     A.   I'm not sure.
15     Q.   Same question with respect to Exhibit
16 4, which is some pages from the deposition of
17 Joe Mordica.
18         Did you read the whole transcript or
19 just these pages?
20     A.   Again, I'm not sure.
21     Q.   Were there any other transcripts that
22 you read from this case aside from the pages
23 that are attached here?
24     A.   I read quite a bit of materials, so
25 I'm, you know, I would assume that I read --

LOU KERNER

1
2 that I have read others, but I couldn't recall
3 exactly which ones.
4     Q.   Do you know any of the plaintiffs
5 here, Mr. Shinners, Mr. Pfeiffer, or Mr. Audet?
6     A.   No.
7     Q.   Have you corresponded with any of
8 them?
9     A.   No.
10     Q.   Did you read their deposition
11 transcripts?
12     A.   I have read -- I believe I have read a
13 number of different ones that were here, but I
14 don't recall specifically if they were those.
15     Q.   Attached as Exhibit 5 is a version of
16 the PayCoin white paper?
17     A.   Uh-huh.
18     Q.   Is this anything you had -- is this
19 particular PayCoin white paper something that
20 you had seen before this case?
21     A.   Before this case?
22     Q.   Yes.
23     A.   No.
24     Q.   Had you seen other white papers for
25 other crypto companies outside of this case?

LOU KERNER

1
2   A.   It's a -- it's a good question.  It's
3   just a complexity to it that, you know, I've
4   never seen.  It's -- it's difficult for most
5   people to grasp, including myself.  I mean, I
6   described my time in 2013-2014 as I looked at
7   the light, I looked at the light, but did not
8   see it.
9        I think it was dimmer then than it is
10  today, but, you know, it's, again, difficult for
11  people to be able to see, again, including
12  myself, how all these different pieces come
13  together to be this new competing platform.
14       Q.   So is it fair to say your
15  understanding of crypto today is greater than it
16  was in 2013 and 2014?
17       A.   Yes.
18       Q.   On the next page, you say, "There's
19  nothing constant but change."
20            What do you mean by that?
21       A.   That things don't stay constant; that
22  they change.
23       Q.   Is that true of crypto?
24       A.   Yes.
25       Q.   And is it still true today that you --

LOU KERNER

1
2   do you continue to believe that crypto is the
3   biggest thing to happen in the history of
4   humanity?
5        A.   Yes.
6        Q.   Sorry.  Just one more thing on this
7   before we move on.
8            On the second page, you say, "The time
9   I have spent learning about crypto has had the
10  highest ROI of any time I've ever spent on
11  anything in my entire life."
12            What do you mean by "ROI" there?
13       A.   Return on investment.
14       Q.   And how has the time you have spent
15  been the highest return on investment for you?
16       A.   You know, after the three months I had
17  emerged as a, you know, as a global crypto
18  thought leader, and I was able to raise money
19  for a company and, you know, benefit
20  financially.
21       Q.   Okay.  You can set that to the side
22  and then we'll mark another exhibit.
23            (Defendant's Exhibit 234, Lou Kerner
24  Post dated January 7, 2018, marked for
25  identification, as of this date.)

LOU KERNER

1
2   BY MS. CAVE:
3        Q.   So we're showing you what has been
4   marked as Exhibit 234, and this is another post
5   of yours on Medium dated January 7.
6            Is that 2017?
7        A.   I think that would be 2018.
8        Q.   Sorry.  2018.  Okay.
9            And is that correct; this is a post
10  you wrote yourself and posted on Medium?
11       A.   Yes.
12       Q.   And the title of this is "Three
13  Thoughts Relevant to Crypto (A.K.A. The World's
14  First Global Casino)."
15            Why do you call crypto the world's
16  first global casino?
17       A.   I think the point of the story is to
18  help people appreciate the difference between
19  researching and investing on one hand and
20  gambling on the other, and the difference in my
21  view is, you know, if you do research and try to
22  understand actually what's going on, then you're
23  doing investing.  You don't necessary have to be
24  good at it to research or do investing, and if
25  you're putting money into something because, you

LOU KERNER

1
2   know, your cab driver told you or, you know, or
3   you're just doing it without doing any research,
4   then you're gambling.
5        Q.   So the difference between investing
6   and gambling is the research component?
7        A.   Yes.
8        Q.   Do you know whether all of the GAW
9   Miners -- all of the people who purchased GAW
10  Miners projects did research before they
11  invested?
12       A.   I don't.
13       Q.   Do you do any gambling yourself?
14       A.   I'm sorry?
15       Q.   Do you do any gambling yourself?
16       A.   Not very much.
17       Q.   Do you -- on the bottom of page 3, you
18  say, "Many investors think investing in the
19  stock market or crypto is like walking into a
20  casino."
21            Do you know -- do you believe that's
22  true about the people who invested in the GAW
23  Miners products?
24       A.   I'm sorry?
25       Q.   You say that, "Many investors think

# Exhibit A-28

archive.today    Saved from    https://zenminer.com/cloud/terms.html    search    2 Sep 2014 00:42:02 UTC
webpage capture
All snapshots from host zenminer.com
history

Webpage    Screenshot    share    download .zip    report error or abuse



Home    Features    FAQ    Partners    Account Login

# Terms of Service

In using this website you are deemed to have read, understood, and agreed to the following terms and conditions. You must read these terms and conditions and acknowledge that you have read and understood them before clicking on the Accept button:

1. Introduction. We provide Users with, among other things, the Services (defined below) directly and through the website and associated domains of http://www.gawminers.com and/or http:// www.zenminer.com ("Site"). This Terms of Service Agreement ("Agreement") is an agreement between you ("User") and us ("Company"). This Agreement is the entire Agreement between us. For good and valuable consideration, including the receipt of Services from the Company, use of Services and use of the Site, you are agreeing to comply with these terms, our Privacy Policy and any other legal notices, conditions, or guidelines posted on the Site.

2. Terminology. The following terminology applies to this Agreement: "Company," "We," and "Us" refers to GAW Miners LLC, a Delaware limited liability company having an address at 34 E. Dudley Town Rd., Bloomfield, CT 06002. "Hashlet" means digital, virtual mining, which may take place on a cloud-based network. "Materials" refers to, among other things, hardware, software, Hashlets, communications, networks, platforms, servers, informational text, software documentation, design of and "look and feel," layout, photographs, graphics, audio, video, messages, interactive and instant messaging, design and functions, files, documents, images, or other materials, with the exception of User Property, whether publicly or privately maintained, as well as all derivative works thereof. "Party" or "Parties" refers to either or both the User and the Company. Any use of the above terminology or other words in the singular, plural, or capitalized, and/or he, she or they, are taken as interchangeable and therefore as referring to same. "Payout" means calculated earnings based on associated and/or selected Pools. "Portal" means a web-based interface for users to control Hashlets, control settings and other configurations, and request Payouts. "Pool" means a currency mining pool. "Services" refers to, among other things, hardware, software, and hosting services for mining operations, including activities involving mining for, and other transactions related to, Bitcoins and other currency. We also provide Users with access to certain Information to assist Users in these activities. Such information is included in "Services." "User", "You" and "Your" refers to you, the person accessing this website and accepting the Company's terms and conditions. "User Property" includes any hardware that User has purchased from Company or a third party, and has paid for in full.

3. Purchase of Materials and Use of Services You may purchase Materials from Company. Company may also provide Services, such as hosting services, to You. You acknowledge and agree that while you are using Company's Services, Company is free to provide the Materials and Services virtually. During the provision of these virtual Services, Company is under no obligation to provide, acquire, or possess Materials dedicated to You by virtue of Your purchase of such Materials. Rather, Company, in its sole judgment and discretion, shall determine when to acquire Materials (such as hardware) corresponding to Your purchase. If you are purchasing, or have purchased, Hashlets, you understand and agree that Hashlets are not physical devices and cannot be shipped.

If you have purchased legacy materials, such as hardware, and if you terminate the Agreement, or if you make a written request to Company, then Company will provide you with your purchased Materials according to the following procedure. Within 21 days of termination or Company's receipt of Your written request, Company will either possess, or will initiate steps to acquire, the Materials you purchased. Initiating acquisition of such Materials may include, for example, ordering such Materials from a third party supplier. You understand that Company has no direct control over the fulfillment process of any such third parties and therefore makes no guarantees as to the time it will take to acquire the Materials. Once Company either possesses such Materials, or acquires such Materials from such third parties, then, within 21 days, Company will initiate shipment of such Materials to You. Company makes no guarantees or representations regarding the timing or method of shipment of such Materials. You understand that Hashlets are virtual service units related to mining services, but are not mining hardware. Hashlets earnings depend on the pool chosen and Payouts reflect respective Pool Payouts. Selecting a Pool does not imply physically or electronically mining at the selected Pool. Rather, selecting a Pool determines a Payout corresponding to a calculation based on the selected Pool's payout (based on, for example, real-time Megahash/second/day calculations). A Hashlet is virtual software. You will receive Payouts according to the Pool with the Hashlet is associated. You expressly understand the the Company's sole obligation to You is to Provide a Payout based on the Pool you choose. It may take 24-48 hours for your Hashlet to appear on Your Portal. Company reserves the right to refund You, and terminate services, at any time and for any reason. All sales are final. Pricing of Materials and Services is subject to change, at Company's sole discretion, at any time, including after you have purchased Materials and/or Services (including Hashlets). Adding an item (such as a Hashlet) to a "cart" does not "lock in" a price. Maintenance fees may be adjusted up or down by the Company at any time and for any reason. Your Portal may not always be available.

Company may offer Pool-specific Hashlets. With Pool-specific Hashlets, Payouts are based on the specific Pool for which the Hashlet was purchased and Payouts are not based on any other pools. Company may also offer trading services. With such trading services, Hashlets may be traded. Company reserves the right to charge a fee for any such trading activities, which Company will determine in its sole discretion. Company can cancel trades at any time and for any reason. Company can also reverse trades at any time and for any reason. The actual selling or trading price for an item being traded may change prior to the trade taking effect and/or prior to the item being sold.

4. Ownership of Materials, Information and Services. All Materials and Services available on the Site or otherwise provided by or through Company, its affiliates, subsidiaries, employees, agents, licensors or other commercial partners, are owned by us or other parties that have licensed their material or provided services to us, and are protected by copyright, trademark, trade secret and other intellectual property laws. This Agreement shall not be deemed to transfer any ownership, right, title, and/or interest in or to such Materials or Services.

5. Trademarks. All Company trademarks and service marks, logos, slogans and taglines are the property of Company. All other trademarks, service marks, logos, slogans and taglines are the property of their respective owners. Except as otherwise specifically provided herein, nothing should be construed as granting any license or right to use any trademarks, service marks, logos, slogans or taglines displayed on the Site without our express written permission, or the express written permission of such third- party that may own the trademark, service mark, logo, slogan or tagline.

6. Rights to Use Materials. Subject to this Agreement, Company hereby grants you a limited, revocable, non-transferable and non-exclusive license to use the Materials and Services. This license does not permit you, and you agree not to: store, copy, reproduce, republish, modify, upload, post, translate, scrape, rent, lease, loan, sell, distribute, transfer, transmit, display, decompile, reverse engineer, reverse assemble, decipher or otherwise attempt to discover any programming code or any source code used in or with the Materials or Services, or otherwise distribute in any way the Materials or Services other than as specifically permitted in this Agreement. You may not sell, assign, sublicense, grant a security interest in or otherwise attempt to transfer any right in the Materials or Services, create derivative works based on or in any manner commercially exploit the Materials Services, in whole or in part, other than as expressly permitted in this Agreement. Any use of the Materials or Services for any purpose other than as specifically permitted herein or without our prior consent or the prior written consent of our licensors, as applicable, is expressly prohibited. We reserve all rights not expressly granted in this Agreement.

You agree to fully and accurately provide the information requested by us when setting up your accounts and to regularly update such information. Your failure to do so may result in the cancellation of your account and loss of Services. You further agree (a) not to provide your user information to others.

7. Comments and Feedback. Any questions, comments, suggestions, ideas, feedback, or other information provided by you to us ("Comments") are not confidential and you hereby grant us a worldwide, perpetual, irrevocable, royalty-free license to reproduce, display, perform, distribute, publish, modify, edit or otherwise use such Comments as we deem appropriate, for any and all commercial and/or non-commercial purposes, in our sole discretion.

8. Rules. You agree to the following:

a. You hereby certify that you are at least 18 years of age.

b. You will ensure any user information or account information you provide is valid and accurate

at all times and will keep any such information updated.

c. You will not use the Services or Materials for any unlawful purposes or to conduct any unlawful activity, including, but not limited to, fraud, embezzlement, money laundering or insider trading.

d. You will not use the Services or Materials if you are located in a country embargoed by the U.S., or are on the U.S. Treasury Department's list of Specially Designated Nationals.

e. You will not use the Services or Materials to impersonate another person.

f. You will not imply or state, directly or indirectly, that you are affiliated with or endorsed by Company without our express written permission.

g. You may not send unsolicited messages (also known as junk mail or SPAM) to promote any website published on the Site.

h. You may not upload, post, email, transmit or otherwise make available or initiate any software, content, or other material that contains software viruses, worms, Trojan horses or any other computer code, files or programs that interrupt, destroy or limit the functionality of the Services or the Materials or that may impact the ability of Company to provide the Services or any other users to access and use the Services.

i. You may not send messages using the Services which do not correctly identify the sender and you may not alter the attribution of origin in electronic mail messages or postings.

j. You will not share your user or account information, let anyone else access your account, or do anything that might jeopardize the security of your account. You will not attempt to or actually access the Services or Materials by any means other than through the interfaces, hardware, and software, provided by Company.

k. You will not attempt to or actually override any security component included in or underlying the Materials or Services.

l. You will not attempt or engage in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on Company's infrastructure.

o. You will not engage in any activity, using the Materials or Services, that would by any reasonable standards be considered pornographic,

sexually explicit, violent, illegal, reasonably likely to cause harm, slanderous or libelous, or reasonably likely to breach another's privacy.

p. Company may determine in its sole discretion whether or not an account is in violation of any of these policies. Violation of any of these policies may result in user information tracking with such information being stored to identify the offending user. Offending users may be permanently restricted from holding an account or using the Services. If Company reasonably determines that your account is being used for illegal or fraudulent activity then your account may be immediately terminated and your financial data erased. We may also report you to law enforcement officials in the appropriate jurisdictions.

9. Fees. If you purchase any Services that we offer for a fee, you agree to Company, or our third party service providers, storing your payment card information. You expressly agree that we are authorized to charge you (i) periodic fees for any applicable Services billed on a periodic basis, (ii) any other fees for Services you may purchase, and (iii) any applicable taxes in connection with your use of the Services to the payment card you provide and to reimburse us for all collection costs and interest for any overdue amounts. If the payment card you provide expires and you do not provide new payment card information or cancel your account, you authorize us to continue billing you and you agree to remain responsible for any uncollected fees. Only Services and features clearly indicated as 'free' or 'no charge' are free or without charge. It is not the responsibility of Company to provide free support for you in the use and operation of the Materials and Services.

10. Taxes. You take full responsibility for all taxes and fees of any nature associated with Services, including any sales tax related to the receipt of currency or profits otherwise realized from transactions involving the Services. Company shall not be liable for any taxes or other fees to be paid in accordance with or related to the Services. It is your responsibility to determine whether or not taxes apply to a transaction and to collect, report, and remit the correct amounts to the appropriate authority.

11. Termination and Modifications. a. Services may be terminated by us, without cause, at any time. b. Services may be terminated by you, without cause, after the end of the applicable service period for which you are enrolled, and only after you have paid any of your account balances and any other amounts owed by you to Company. c. Company may terminate Services at any time, without penalty and without notice, if you fail to comply with any of the terms of this Agreement or the intellectual property protections applicable to these Services. d. Notice of termination of Services by Company may be sent to the contact e-mail associated with your account or by any other means reasonably calculated to reach you. Upon termination, Company has the right to delete all data, files, or other information that is stored in your account. e. We may modify, replace, refuse access to, suspend or discontinue the Services, partially or entirely, or add, change and modify prices for all or part of the Services for you or for any or all of our users at any time and in our sole discretion. All of these changes shall be effective upon their posting on the Site or by direct communication to you unless otherwise noted. f. We may modify, suspend, or discontinue any payments, fee structures, tariffs or any other financial structures relating to the Materials and/or Services at any time and in our sole discretion. These changes shall be effective upon their posting on the Site or by direct communication to you unless otherwise noted. g. All sales of Materials or Services are final. No returns for refund are permitted.

12. DISCLAIMERS. YOU ARE SOLELY RESPONSIBLE FOR THE ACCURACY AND APPROPRIATENESS OF ALL INFORMATION YOU PROVIDE IN ORDER TO ACCESS THE SERVICES. COMPANY WILL NOT BE HELD RESPONSIBLE FOR INACCURATE INFORMATION AND ANY POTENTIAL DAMAGES CAUSED BY SUCH INACCURACIES. YOU FURTHER UNDERSTAND THAT COMPANY MAY NOT MAINTAIN COPIES OF FILES OR DOCUMENTS THAT ARE SENT BY YOU AND THAT YOU ARE SOLELY RESPONSIBLE FOR BACKING UP THIS DATA.

THE SITE, SERVICES AND MATERIALS ARE PROVIDED "AS IS," "AS AVAILABLE," "WITH ALL FAULTS" AND WITHOUT ANY WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, COMPANY AND ITS LICENSORS DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. WITHOUT LIMITING THE FOREGOING, NEITHER COMPANY NOR ITS LICENSORS WARRANT THAT ACCESS TO THE SITE, THE MATERIALS AND/OR THE SERVICES AVAILABLE ON OR THROUGH THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS, IF ANY, WILL BE CORRECTED; NOR DOES COMPANY OR ITS LICENSORS MAKE ANY REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, CURRENCY, QUALITY, COMPLETENESS, USEFULNESS, PERFORMANCE, SECURITY, LEGALITY OR SUITABILITY OF THE SERVICES, THE MATERIALS OR THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE AND YOUR RELIANCE UPON THE SERVICES AND/OR THE MATERIALS IS AT YOUR SOLE RISK. IN ADDITION, COMPANY IS NOT RESPONSIBLE FOR, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR, THE DELIVERY OF ANY MESSAGES (SUCH AS EMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH THE SITE TO ANYONE. IN ADDITION, YOU ACKNOWLEDGE AND AGREE THAT ANY DATA, INFORMATION, CONTENT OR MATERIALS CONTAINED IN OR MADE AVAILABLE IN CONNECTION WITH THE SERVICES IS NOT INTENDED AS A SUBSTITUTE FOR, THE KNOWLEDGE, EXPERTISE, SKILL AND JUDGMENT TAX, LEGAL OR OTHER PROFESSIONALS. THE SERVICES DO NOT PROVIDE TAX OR LEGAL ADVICE. YOU ARE RESPONSIBLE FOR OBTAINING SUCH ADVICE.

FURTHER, COMPANY AND ITS LICENSORS MAKE NO REPRESENTATION OR WARRANTIES THAT THE SERVICES OR THE MATERIALS OR THE SITE ARE APPROPRIATE OR AVAILABLE FOR USE IN ALL GEOGRAPHIC LOCATIONS. YOU ARE SOLELY RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE LAWS, INCLUDING WITHOUT LIMITATION EXPORT AND IMPORT REGULATIONS OF OTHER COUNTRIES. NEITHER COMPANY NOR ANY THIRD PARTY PROVIDERS, PARTNERS OR AFFILIATES WARRANT THAT THE SITE, SERVICES, OR MATERIALS, OR ANY E-MAIL SENT FROM THE SITE OR ANY THIRD PARTY PROVIDERS, PARTNERS OR AFFILIATES, ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. COMPANY SPECIFICALLY MAKES NO GUARANTEES, REPRESENTATIONS, OR WARRANTIES REGARDING YOUR PERFORMANCE, SUCCESS OR PROFITABILITY IN CONDUCTING MINING OPERATIONS USING COMPANY'S MATERIALS OR SERVICES.

COMPANY EXPRESSLY DISCLAIMS ANY LIABILITY OR DAMAGES FOR FAILURE OR INOPERABILITY OF COMPANY'S INFRASTRUCTURE, INCLUDING COMPANY'S HARDWARE (e.g., SERVERS) OR SOFTWARE. YOU UNDERSTAND THAT COMMUNICATION NETWORKS AND THEIR COMPONENTS FAIL FROM TIME TO TIME AND THAT PERIODS OF DOWNTIME MAY RESULT. YOU AGREE THAT COMPANY IS NOT LIABLE TO YOU IN ANY FASHION FOR SUCH PERIODS OF DOWNTIME.

IN THE EVENT YOU RESELL OR OTHERWISE TRANSFER ANY MATERIALS OR SERVICES TO A THIRD PARTY, COMPANY OBLIGATIONS UNDER THIS AGREEMENT OR OTHERWISE ARE TERMINATED AND COMPANY ASSUMES NO OBLIGATIONS OR LIABILITY IN CONNECTION WITH SUCH TRANSFERRED MATERIALS OR SERVICES. COMPANY HAS NO OBLIGATIONS WHATSOEVER TO ANY INDIRECT PURCHASERS OR ACQUIRERS OF MATERIALS AND/OR SERVICES.

THIS AGREEMENT APPLIES SOLELY TO THE SITE, AND THE MATERIALS AND SERVICES. AS PART OF THE SERVICES PROVIDED TO USERS, WE MAY EMPLOY SERVICES PROVIDED BY THIRD PARTIES ("THIRD PARTY SERVICES"). THIRD PARTY SERVICES ARE NOT UNDER THE MANAGEMENT AND CONTROL OF COMPANY. COMPANY IS NOT RESPONSIBLE FOR SUCH THIRD PARTY SERVICES, INCLUDING WITHOUT LIMITATION, THE ACCURACY, SUFFICIENCY, CORRECTNESS, RELIABILITY, VERACITY, COMPLETENESS OR TIMELINESS THEREOF, ANY CHANGES OR UPDATES THERETO, OR ANY GOODS OR SERVICES SOLD IN CONNECTION THEREWITH. YOUR ACCESS OR USE OF ANY THIRD PARTY SERVICES IS GOVERNED BY THE TERMS APPLICABLE TO SUCH THIRD PARTY SERVICES. NO USE OF THIRD PARTY SERVICES BY COMPANY SHALL BE DEEMED TO IMPLY AN ENDORSEMENT THEREOF BY COMPANY.

13. LIMITATION OF LIABILITY. COMPANY IS NOT LIABLE TO YOU OR ANY OTHER PERSON FOR DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION ANY PUNITIVE, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL, INDIRECT OR SPECIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, ANY PERSONAL INJURY, LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR COMPUTER OR OTHERWISE) ARISING FROM OR IN CONNECTION WITH USE OF THE SITE, THE SERVICES, OR THE MATERIALS, WHETHER UNDER A THEORY OF BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY, MALPRACTICE OR OTHERWISE, EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU HEREBY RELEASE COMPANY AND HOLD COMPANY AND ITS PARENTS, SUBSIDIARIES, AFFILIATES, LICENSORS, AND THEIR OFFICERS, DIRECTORS, TRUSTEES, AFFILIATES, SUBCONTRACTORS, AGENTS AND EMPLOYEES, HARMLESS FROM ANY AND ALL CLAIMS, DEMANDS, AND DAMAGES OF EVERY KIND AND NATURE (INCLUDING, WITHOUT LIMITATION, ACTUAL, SPECIAL, INCIDENTAL AND CONSEQUENTIAL), KNOWN AND UNKNOWN, SUSPECTED AND UNSUSPECTED, DISCLOSED AND UNDISCLOSED, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OF THE SERVICES, MATERIALS, OR SITE. YOU HEREBY WAIVE THE PROVISIONS OF ANY STATE OR LOCAL LAW LIMITING OR PROHIBITING A GENERAL RELEASE.

14. EXCLUSIVE REMEDY. IN THE EVENT OF ANY PROBLEM WITH THE SITE, THE SERVICES, OR THE MATERIALS, YOU AGREE THAT YOUR SOLE AND EXCLUSIVE REMEDY IS TO CEASE USING THE SITE, THE SERVICES, AND THE MATERIALS. UNDER NO CIRCUMSTANCES SHALL COMPANY, ITS AFFILIATES, OR LICENSORS BE LIABLE IN ANY WAY FOR YOUR USE OF THE SITE, THE SERVICES, OR THE MATERIALS INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS, ANY INFRINGEMENT OF THE INTELLECTUAL PROPERTY RIGHTS OR OTHER RIGHTS OF THIRD PARTIES, OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF, OR RELATED TO, THE USE OF THE SITE, THE SERVICES, OR THE MATERIALS. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitation of liability for incidental or consequential damages, so the exclusions set forth above may not apply to you.

15. Indemnification. You agree to indemnify, hold harmless, and defend Company and its licensors, suppliers, officers, directors, employees, agents, affiliates, subsidiaries, successors and assigns (collectively "Indemnified Parties") from and against any and all liability, loss, claim, damages, expense, or costs (including but not limited to attorneys' fees), incurred by or made against the Indemnified Parties in connection with any claim arising from or related to your use (or anyone using your account's) use of the Services, the Site, or the Materials. This includes, but is not limited to, any breach or violation of this Agreement by you or anyone utilizing your account. You agree to fully cooperate at your expense as reasonably required by an Indemnified Party. Each Indemnified Party may, at its election, assume the defense and control of any matter for which it is indemnified hereunder. You shall not settle any matter involving an Indemnified Party without the consent of the applicable Indemnified Party.

16. Amendments. We reserve the right, in our sole discretion, to modify or replace any part of this Agreement at any time, effective upon the date of the change. In the event of any such change, we will post a notice on the Site and/or communicate directly to you, that we have changed this Agreement. If you have an account, we may (but are not required to) provide you with notice via the email address or other contact information we have on file for you that we have changed this Agreement. You and we both understand that sometimes there are issues with email communication. We are not responsible if any email notice gets caught by your SPAM filter and you do not see it, if you have given us the wrong email address (or failed to update your address) or if there are other communications issues that prevent email from reaching you. Therefore, we encourage you to frequently visit the Site periodically to monitor any changes. Your continued use of or access to the Services following the posting of any changes to this Agreement constitutes acceptance of those changes. We may also, in the future, offer new services and/or features (including the release of new tools and resources). For the avoidance of doubt, such new features and/or services shall be subject to the terms and conditions of this Agreement.

17. Disputes. The formation, interpretation and performance of this Agreement and any disputes arising out of it shall be governed by the substantive and procedural laws of the state of Texas without regard to its rules on conflicts or choice of law and, to the extent applicable, the laws of the United States of America. The exclusive jurisdiction and venue for actions related to the subject matter hereof shall be the state and federal courts located in Texas, and you hereby submit to the personal jurisdiction of such courts. You hereby waive any right to a jury trial in any proceeding arising out of or related to this Agreement.

The United Nations Convention on Contracts for the International Sale of Goods does not apply to this Agreement. If you are a non-U.S. resident or non-U.S. citizen, then you expressly agree to submit to the jurisdiction of the Texas courts and U.S. laws, and you further agree to be bound by the decisions of such courts, or any other applicable U.S. authority appropriately rendering judgment in connection with this Agreement. You further acknowledge and agree that this Agreement is an Agreement formed and performed under the laws of the United States and controlled by the laws of the United States.

18. Maximum Liability and Liquidated Damages. In the event that Company is found liable to You in connection with any cause of action,

including, without limitation, breach of this Agreement. You acknowledge and agree that the maximum damages to which You are entitled is the amount of the purchase of Materials and/or Services that You have made. You further agree that before Company is obligated to pay any liquidated damages to You, You must first return any Materials You have purchased and terminate any Services Company is providing to You.

19. Privacy. We will use reasonable efforts to maintain as confidential any information you provide that will identify you individually ("Direct Personal Information"), including your name, address, and personal financial account information. However, You acknowledge that certain information, statements, and data which you provide are likely to reveal your gender, ethnic origin, nationality, age, and/or other personal information about you. You acknowledge and agree that your submission of such information is voluntary on your part. You also acknowledge that such information other than Direct Personal Information, such as account usage, transactional data, user names, pools and sites accessed, etc. is owned by Us. Company may use any such information as it pleases, including, without limitation, posting such information publicly. Further, you acknowledge, consent and agree that we may access, preserve, and disclose your registration and any other information you provide, including Direct Personal Information, if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary in our opinion.

20. Compliance with Laws and Regulations. To the maximum extent permitted, You assume all responsibility for compliance with any and all laws, codes, regulations, and so forth in any and all jurisdictions throughout the world. Company makes no representations that Your use of Company's Materials and Services is in compliance with such laws, codes, and regulations. You likewise assume responsibility, to the maximum extent permitted, for any civil or criminal actions resulting from your purchase or use of Materials or Services. This specifically includes, without limitation, liability for infringement of the intellectual property rights of others arising out of your purchase, possession, or use of Materials or Services.

21. Miscellaneous. a. You acknowledge that a violation or attempted violation of any of this Agreement will cause such damage to Company as will be irreparable, the exact amount of which would be impossible to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that Company shall be entitled as a matter of right to an injunction issued by any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, as well as to recover from you any and all costs and expenses sustained or incurred by Company in obtaining such an injunction, including, without limitation, reasonable attorney's fees. You agree that no bond or other security shall be required in connection with such injunction. IN NO EVENT SHALL YOU BE ENTITLED TO RESCISSION, INJUNCTIVE OR OTHER EQUITABLE RELIEF, OR TO ENJOIN OR RESTRAIN THE OPERATION OF COMPANY, THE EXPLOITATION OF ANY ADVERTISING OR OTHER MATERIALS ISSUED IN CONNECTION THEREWITH, OR THE EXPLOITATION OF THE SITE OR ANY CONTENT USED OR DISPLAYED THROUGH THE SITE.

b. If any portion of this Agreement is found to be unenforceable, the remaining portion will remain in full force and effect.

c. If we fail to enforce any of this Agreement, it will not be considered a waiver.

d. Any amendment to or waiver of this Agreement must be made in writing and authorized by us.

e. You will not transfer any of your rights or obligations under this Agreement to anyone else without our prior written consent.

f. All of our rights and obligations under this Agreement are freely assignable by us in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise. g. This Agreement does not confer any third party beneficiary rights.

h. A printed version of this Agreement and of any related notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

nd Contact Details -->

Copyright © 2014 ZenMiner Cloud. All Rights Reserved.

Zennent Cloud Hosting | Terms of Service

**Exhibit A-29**

archive.today    **Saved from**   http://hash.gawminers.com/Terms/    search    13 Dec 2014 06:15:43 UTC

webpage capture

**All snapshots** from host hash.gawminers.com

history

share   download_zip   report error or abuse

**Webpage** | Screenshot

☁ GAW Miners Cloud    🛒 GAW Miners Store    🔒 Reset Password

In using this website you are deemed to have read, understood, and agreed to the following terms and conditions. You must read these terms and conditions and acknowledge that you have read and understood them before clicking on the Accept button:

1. Introduction. We provide Users with, among other things, the Services (defined below) directly and through the website and associated domains of http://www.gawminers.com and/or http://hash.gawminers.com ("Site"). This Terms of Service Agreement ("Agreement") is an agreement between you ("User") and us ("Company"). This Agreement is the entire Agreement between us. For good and valuable consideration, including the receipt of Services from the Company, use of Services and use of the Site, you are agreeing to comply with these terms, our Privacy Policy and any other legal notices, conditions, or guidelines posted on the Site.

2. Terminology. The following terminology applies to this Agreement: "Company," "We," and "Us" refers to GAW Miners LLC, a Delaware limited liability company having an address at 34 E. Dudley Town Rd., Bloomfield, CT 06002. "Hashlet" means digital, virtual mining, which may take place on a cloud-based network. "Materials" refers to, among other things, hardware, software, Hashlets, communications, networks, platforms, servers, informational text, software documentation, design of and "look and feel," layout, photographs, graphics, audio, video, messages, interactive and instant messaging, design and functions, files, documents, images, or other materials, with the exception of User Property, whether publicly or privately maintained, as well as all derivative works thereof. "Party" or "Parties" refers to either or both the User and the Company. Any use of the above terminology or other words in the singular, plural, or capitalized, and/or he, she or they, are taken as interchangeable and therefore as referring to same. "Payout" means calculated earnings based on associated and/or selected Pools. "Portal" means a web-based interface for users to control Hashlets, control settings and other configurations, and request Payouts. "Pool" means a currency mining pool. "Services" refers to, among other things, hardware, software, and hosting services for mining operations, including activities involving mining for, and other transactions related to, Bitcoins and other currency. We also provide Users with access to certain Information to assist Users in these activities. Such information is included in "Services." "User," "You" and "Your" refers to you, the person accessing this website and accepting the Company's terms and conditions. "User Property" includes any hardware that User has purchased from Company or a third party, and has paid for in full.

3. Purchase of Materials and Use of Services You may purchase Materials from Company. Company may also provide Services, such as hosting services, to You. You acknowledge and agree that while you are using Company's Services, Company is free to provide the Materials and Services virtually. During the provision of these virtual Services, Company is under no obligation to provide, acquire, or possess Materials dedicated to You by virtue of Your purchase of such Materials. Rather, Company, in its sole judgment and discretion, shall determine when to acquire Materials (such as hardware) corresponding to Your purchase. If you are purchasing, or have purchased, Hashlets, you understand and agree that Hashlets are not physical devices and cannot be shipped.

If you have purchased legacy materials, such as hardware, and if you terminate the Agreement, or if you make a written request to Company, then Company will provide you with your purchased Materials according to the following procedure. Within 21 days of termination or Company's receipt of Your written request, Company will either possess, or will initiate steps to acquire, the Materials you purchased. Initiating acquisition of such Materials may include, for example, ordering such Materials from a third party supplier. You understand that Company has no direct control over the fulfillment process of any such third parties and therefore makes no guarantees as to the time it will take to acquire the Materials. Once Company either possesses such Materials, or acquires such Materials from such third parties, then, within 21 days, Company will initiate shipment of such Materials to You. Company makes no guarantees or representations regarding the timing or method of shipment of such Materials. You understand that Hashlets are virtual service units related to mining services, but are not mining hardware. Hashlets earnings depend on the pool chosen and Payouts reflect respective Pool Payouts. Selecting a Pool does not imply physically or electronically mining at the selected Pool. Rather, selecting a Pool determines a Payout corresponding to a calculation based on the selected Pool's payout (based on, for example, real-time Megahash/second/day calculations). A Hashlet is virtual software. You will receive Payouts according to the Pool with which the Hashlet is associated. You expressly understand the the Company's sole obligation to You is to Provide a Payout based on the Pool you choose. It may take 24-48 hours for your Hashlet to appear on Your Portal. Company reserves the right to refund You, and terminate services, at any time and for any reason. All sales are final. Pricing of Materials and Services is subject to change, at Company's sole discretion, at any time, including after you have purchased Materials and/or Services (including Hashlets). Adding an item (such as a Hashlet) to a "cart" does not "lock in" a price. Maintenance fees may be adjusted up or down by the Company at any time and for any reason. Your Portal may not always be available.

Company reserves the right to reverse any entry and/or payout if it believes, in its sole discretion, that the entry or payout (or a portion of the payout) was made erroneously due to an error or omission in Company's system. Company will notify you within 3 business days from the date the error or omission is discovered by Company.

Company may offer Pool-specific Hashlets. With Pool-specific Hashlets, Payouts are based on the specific Pool for which the Hashlet was purchased and Payouts are not based on any other pools. Company may also offer trading services. With such trading services, Hashlets may be traded. Company reserves the right to charge a fee for any such trading activities, which Company will determine in its sole discretion. Company can cancel trades at any time and for any reason. Company can also reverse trades at any time and for any reason. The actual selling or trading price for an item being traded may change prior to the trade taking effect and/or prior to the item being sold.

4. Ownership of Materials, Information and Services. All Materials and Services available on the Site or otherwise provided by or through Company, its affiliates, subsidiaries, employees, agents, licensors or other commercial partners, are owned by us or other parties that have licensed their material or provided services to us, and are protected by copyright, trademark, trade secret and other intellectual property laws. This Agreement shall not be deemed to

transfer any ownership, right, title, and/or interest in or to such Materials or Services.

5. Trademarks. All Company trademarks and service marks, logos, slogans and taglines are the property of Company. All other trademarks, service marks, logos, slogans and taglines are the property of their respective owners. Except as otherwise specifically provided herein, nothing should be construed as granting any license or right to use any trademarks, service marks, logos, slogans or taglines displayed on the Site without our express written permission, or the express written permission of such third- party that may own the trademark, service mark, logo, slogan or tagline.

6. Rights to Use Materials. Subject to this Agreement, Company hereby grants you a limited, revocable, non-transferable and non-exclusive license to use the Materials and Services. This license does not permit you, and you agree not to: store, copy, reproduce, republish, modify, upload, post, translate, scrape, rent, lease, loan, sell, distribute, transfer, display, decompile, reverse engineer, reverse assemble, decipher or otherwise attempt to discover any programming code or any source code used in or with the Materials or Services, or otherwise distribute in any way the Materials or Services other than as specifically permitted in this Agreement. You may not sell, assign, sublicense, grant a security interest in or otherwise attempt to transfer any right in the Materials or Services, create derivative works based on or in any manner commercially exploit the Materials Services, in whole or in part, other than as expressly permitted in this Agreement. Any use of the Materials or Services for any purpose other than as specifically permitted herein or without our prior consent or the prior written consent of our licensors, as applicable, is expressly prohibited. We reserve all rights not expressly granted in this Agreement.

You agree to fully and accurately provide the information requested by us when setting up your accounts and to regularly update such information. Your failure to do so may result in the cancellation of your account and loss of Services. You further agree (a) not to provide your user information to others.

7. Comments and Feedback. Any questions, comments, suggestions, ideas, feedback, or other information provided by you to us ("Comments") are not confidential and you hereby grant us a worldwide, perpetual, irrevocable, royalty-free license to reproduce, display, perform, distribute, publish, modify, edit or otherwise use such Comments as we deem appropriate, for any and all commercial and/or non-commercial purposes, in our sole discretion.

8. Rules. You agree to the following:

a. You hereby certify that you are at least 18 years of age.

b. You will ensure any user information or account information you provide is valid and accurate

at all times and will keep any such information updated.

c. You will not use the Services or Materials for any unlawful purposes or to conduct any unlawful activity, including, but not limited to, fraud, embezzlement, money laundering or insider trading.

d. You will not use the Services or Materials if you are located in a country embargoed by the U.S., or are on the U.S. Treasury Department's list of Specially Designated Nationals.

e. You will not use the Services or Materials to impersonate another person.

f. You will not imply or state, directly or indirectly, that you are affiliated with or endorsed by Company without our express written permission.

g. You may not send unsolicited messages (also known as junk mail or SPAM) to promote any website published on the Site.

h. You may not upload, post, email, transmit or otherwise make available or initiate any software, content, or other material that contains software viruses, worms, Trojan horses or any other computer code, files or programs that interrupt, destroy or limit the functionality of the Services or the Materials or that may impact the ability of Company to provide the Services or any other users to access and use the Services.

i. You may not send messages using the Services which do not correctly identify the sender and you may not alter the attribution of origin in electronic mail messages or postings.

j. You will not share your user or account information, let anyone else access your account, or do anything that might jeopardize the security of your account. You will not attempt to or actually access the Services or Materials by any means other than through the interfaces, hardware, and software, provided by Company.

k. You will not attempt to or actually override any security component included in or underlying the Materials or Services.

l. You will not attempt or engage in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on Company's infrastructure.

o. You will not engage in any activity, using the Materials or Services, that would by any reasonable standards be considered pornographic, sexually explicit, violent, illegal, reasonably likely to cause harm, slanderous or libelous, or reasonably likely to breach another's privacy.

p. Company may determine in its sole discretion whether or not an account is in violation of any of these policies. Violation of any of these policies may result in user information tracking with such information being stored to identify the offending user. Offending users may be permanently restricted from holding an account or using the Services. If Company reasonably determines that your account is being used for illegal or fraudulent activity then your account may be immediately terminated and your financial data erased. We may also report you to law enforcement officials in the appropriate jurisdictions.

9. Fees. If you purchase any Services that we offer for a fee, you agree to Company, or our third party service providers, storing your payment card

information. You expressly agree that we are authorized to charge you (i) periodic fees for any applicable Services billed on a periodic basis, (ii) any other fees for Services you may purchase, and (iii) any applicable taxes in connection with your use of the Services to the payment card you provide and to reimburse us for all collection costs and interest for any overdue amounts. If the payment card you provide expires and you do not provide new payment card information or cancel your account, you authorize us to continue billing you and you agree to remain responsible for any uncollected fees. Only Services and features clearly indicated as "free" or "no charge" are free or without charge. It is not the responsibility of Company to provide free support for you in the use and operation of the Materials and Services.

10. Taxes. You take full responsibility for all taxes and fees of any nature associated with Services, including any sales tax related to the receipt of currency or profits otherwise realized from transactions involving the Services. Company shall not be liable for any taxes or other fees to be paid in accordance with or related to the Services. It is your responsibility to determine whether or not taxes apply to a transaction and to collect, report, and remit the correct amounts to the appropriate authority.

11. Termination and Modifications. a. Services may be terminated by us, without cause, at any time. b. Services may be terminated by you, without cause, after the end of the applicable service period for which you are enrolled, and only after you have paid any of your account balances and any other amounts owed by you to Company. c. Company may terminate Services at any time, without penalty and without notice, if you fail to comply with any of the terms of this Agreement or the intellectual property protections applicable to these Services. d. Notice of termination of Services by Company may be sent to the contact e-mail associated with your account or by any other means reasonably calculated to reach you. Upon termination, Company has the right to delete all data, files, or other information that is stored in your account. e. We may modify, replace, refuse access to, suspend or discontinue the Services, partially or entirely, or add, change and modify prices for all or part of the Services for you or for any or all of our users at any time and in our sole discretion. All of these changes shall be effective upon their posting on the Site or by direct communication to you unless otherwise noted. f. We may modify, suspend, or discontinue any payments, fee structures, tariffs or any other financial structures relating to the Materials and/or Services at any time and in our sole discretion. These changes shall be effective upon their posting on the Site or by direct communication to you unless otherwise noted. g. All sales of Materials or Services are final. No returns for refund are permitted.

12. DISCLAIMERS. YOU ARE SOLELY RESPONSIBLE FOR THE ACCURACY AND APPROPRIATENESS OF ALL INFORMATION YOU PROVIDE IN ORDER TO ACCESS THE SERVICES. COMPANY WILL NOT BE HELD RESPONSIBLE FOR INACCURATE INFORMATION AND ANY POTENTIAL DAMAGES CAUSED BY SUCH INACCURACIES. YOU FURTHER UNDERSTAND THAT COMPANY MAY NOT MAINTAIN COPIES OF FILES OR DOCUMENTS THAT ARE SENT BY YOU AND THAT YOU ARE SOLELY RESPONSIBLE FOR BACKING UP THIS DATA.

THE SITE, SERVICES AND MATERIALS ARE PROVIDED "AS IS," "AS AVAILABLE," "WITH ALL FAULTS" AND WITHOUT ANY WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, COMPANY AND ITS LICENSORS DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTIBILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. WITHOUT LIMITING THE FOREGOING, NEITHER COMPANY NOR ITS LICENSORS WARRANT THAT ACCESS TO THE SITE, THE MATERIALS AND/OR THE SERVICES AVAILABLE ON OR THROUGH THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS, IF ANY, WILL BE CORRECTED; NOR DOES COMPANY OR ITS LICENSORS MAKE ANY REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, CURRENCY, QUALITY, COMPLETENESS, USEFULNESS, PERFORMANCE, SECURITY, LEGALITY OR SUITABILITY OF THE SERVICES, THE MATERIALS OR THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE AND YOUR RELIANCE UPON THE SERVICES AND/OR THE MATERIALS IS AT YOUR SOLE RISK. IN ADDITION, COMPANY IS NOT RESPONSIBLE FOR, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR, THE DELIVERY OF ANY MESSAGES (SUCH AS EMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH THE SITE TO ANYONE. IN ADDITION, YOU ACKNOWLEDGE AND AGREE THAT ANY DATA, INFORMATION, CONTENT OR MATERIALS CONTAINED IN OR MADE AVAILABLE IN CONNECTION WITH THE SERVICES IS NOT INTENDED AS A SUBSTITUTE FOR, THE KNOWLEDGE, EXPERTISE, SKILL AND JUDGMENT TAX, LEGAL OR OTHER PROFESSIONALS. THE SERVICES DO NOT PROVIDE TAX OR LEGAL ADVICE. YOU ARE RESPONSIBLE FOR OBTAINING SUCH ADVICE.

FURTHER, COMPANY AND ITS LICENSORS MAKE NO REPRESENTATION OR WARRANTIES THAT THE SERVICES OR THE MATERIALS OR THE SITE ARE APPROPRIATE OR AVAILABLE FOR USE IN ALL GEOGRAPHIC LOCATIONS. YOU ARE SOLELY RESPONSIBLE FOR COMPLIANCE WITH ALL APPLICABLE LAWS, INCLUDING WITHOUT LIMITATION EXPORT AND IMPORT REGULATIONS OF OTHER COUNTRIES. NEITHER COMPANY NOR ANY THIRD PARTY PROVIDERS, PARTNERS OR AFFILIATES WARRANT THAT THE SITE, SERVICES, OR MATERIALS, OR ANY E-MAIL SENT FROM THE SITE OR ANY THIRD PARTY PROVIDERS, PARTNERS OR AFFILIATES, ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS. COMPANY SPECIFICALLY MAKES NO GUARANTEES, REPRESENTATIONS, OR WARRANTIES REGARDING YOUR PERFORMANCE, SUCCESS OR PROFITABILITY IN CONDUCTING MINING OPERATIONS USING COMPANY'S MATERIALS OR SERVICES.

COMPANY EXPRESSLY DISCLAIMS ANY LIABILITY OR DAMAGES FOR FAILURE OR INOPERABILITY OF COMPANY'S INFRASTRUCTURE, INCLUDING COMPANY'S HARDWARE (e.g., SERVERS) OR SOFTWARE. YOU UNDERSTAND THAT COMMUNICATION NETWORKS AND THEIR COMPONENTS FAIL FROM TIME TO TIME AND THAT PERIODS OF DOWNTIME MAY RESULT. YOU AGREE THAT COMPANY IS NOT LIABLE TO YOU IN ANY FASHION FOR SUCH PERIODS OF DOWNTIME.

IN THE EVENT YOU RESELL OR OTHERWISE TRANSFER ANY MATERIALS OR SERVICES TO A THIRD PARTY, COMPANY OBLIGATIONS UNDER THIS AGREEMENT OR OTHERWISE ARE TERMINATED AND COMPANY ASSUMES NO OBLIGATIONS OR LIABILITY IN CONNECTION WITH SUCH TRANSFERRED MATERIALS OR SERVICES. COMPANY HAS NO OBLIGATIONS WHATSOEVER TO ANY INDIRECT PURCHASERS OR ACQUIRERS OF MATERIALS AND/OR SERVICES.

THIS AGREEMENT APPLIES SOLELY TO THE SITE, AND THE MATERIALS AND SERVICES. AS PART OF THE SERVICES PROVIDED TO USERS, WE MAY EMPLOY SERVICES PROVIDED BY THIRD PARTIES ("THIRD PARTY SERVICES"). THIRD PARTY SERVICES ARE NOT UNDER THE MANAGEMENT AND CONTROL OF COMPANY. COMPANY IS NOT RESPONSIBLE FOR SUCH THIRD PARTY SERVICES, INCLUDING WITHOUT LIMITATION, THE ACCURACY, SUFFICIENCY, CORRECTNESS, RELIABILITY, VERACITY, COMPLETENESS OR TIMELINESS THEREOF, ANY CHANGES OR UPDATES THERETO, OR ANY GOODS OR SERVICES SOLD IN CONNECTION THEREWITH. YOUR ACCESS OR USE OF ANY THIRD

PARTY SERVICES IS GOVERNED BY THE TERMS APPLICABLE TO SUCH THIRD PARTY SERVICES. NO USE OF THIRD PARTY SERVICES BY COMPANY SHALL BE DEEMED TO IMPLY AN ENDORSEMENT THEREOF BY COMPANY.

13. LIMITATION OF LIABILITY. COMPANY IS NOT LIABLE TO YOU OR ANY OTHER PERSON FOR DAMAGES OF ANY KIND, INCLUDING WITHOUT LIMITATION ANY PUNITIVE, EXEMPLARY, CONSEQUENTIAL, INCIDENTAL, INDIRECT OR SPECIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, ANY PERSONAL INJURY, LOST PROFITS, BUSINESS INTERRUPTION, LOSS OF PROGRAMS OR OTHER DATA ON YOUR COMPUTER OR OTHERWISE) ARISING FROM OR IN CONNECTION WITH USE OF THE SITE, THE SERVICES, OR THE MATERIALS, WHETHER UNDER A THEORY OF BREACH OF CONTRACT, NEGLIGENCE, STRICT LIABILITY, MALPRACTICE OR OTHERWISE, EVEN IF COMPANY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU HEREBY RELEASE COMPANY AND HOLD COMPANY AND ITS PARENTS, SUBSIDIARIES, AFFILIATES, LICENSORS, AND THEIR OFFICERS, DIRECTORS, TRUSTEES, AFFILIATES, SUBCONTRACTORS, AGENTS AND EMPLOYEES, HARMLESS FROM ANY AND ALL CLAIMS, DEMANDS, AND DAMAGES OF EVERY KIND AND NATURE (INCLUDING, WITHOUT LIMITATION, ACTUAL, SPECIAL, INCIDENTAL AND CONSEQUENTIAL), KNOWN AND UNKNOWN, SUSPECTED AND UNSUSPECTED, DISCLOSED AND UNDISCLOSED, ARISING OUT OF OR IN ANY WAY CONNECTED WITH THE USE OF THE SERVICES, MATERIALS, OR SITE. YOU HEREBY WAIVE THE PROVISIONS OF ANY STATE OR LOCAL LAW LIMITING OR PROHIBITING A GENERAL RELEASE.

14. EXCLUSIVE REMEDY. IN THE EVENT OF ANY PROBLEM WITH THE SITE, THE SERVICES, OR THE MATERIALS, YOU AGREE THAT YOUR SOLE AND EXCLUSIVE REMEDY IS TO CEASE USING THE SITE, THE SERVICES, AND THE MATERIALS. UNDER NO CIRCUMSTANCES SHALL COMPANY, ITS AFFILIATES, OR LICENSORS BE LIABLE IN ANY WAY FOR YOUR USE OF THE SITE, THE SERVICES, OR THE MATERIALS INCLUDING, BUT NOT LIMITED TO, ANY ERRORS OR OMISSIONS, ANY INFRINGEMENT OF THE INTELLECTUAL PROPERTY RIGHTS OR OTHER RIGHTS OF THIRD PARTIES, OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF, OR RELATED TO, THE USE OF THE SITE, THE SERVICES, OR THE MATERIALS. Certain states and/or jurisdictions do not allow the exclusion of implied warranties or limitation of liability for incidental or consequential damages, so the exclusions set forth above may not apply to you.

15. Indemnification. You agree to indemnify, hold harmless, and defend Company and its licensors, suppliers, officers, directors, employees, agents, affiliates, subsidiaries, successors and assigns (collectively "Indemnified Parties") from and against any and all liability, loss, claim, damages, expense, or costs (including but not limited to attorneys' fees), incurred by or made against the Indemnified Parties in connection with any claim arising from or related to your use (or anyone using your account's) use of the Services, the Site, or the Materials. This includes, but is not limited to, any breach or violation of this Agreement by you or anyone utilizing your account. You agree to fully cooperate at your expense as reasonably required by an Indemnified Party. Each Indemnified Party may, at its election, assume the defense and control of any matter for which it is indemnified hereunder. You shall not settle any matter involving an Indemnified Party without the consent of the applicable Indemnified Party.

16. Amendments. We reserve the right, in our sole discretion, to modify or replace any part of this Agreement at any time, effective upon the date of the change. In the event of any such change, we will post a notice on the Site and/or communicate directly to you, that we have changed this Agreement. If you have an account, we may (but are not required to) provide you with notice via the email address or other contact information we have on file for you that we have changed this Agreement. You and we both understand that sometimes there are issues with email communication. We are not responsible if any email notice gets caught by your SPAM filter and you do not see it, if you have given us the wrong email address (or failed to update your address) or if there are other communications issues that prevent email from reaching you. Therefore, we encourage you to frequently visit the Site periodically to monitor any changes. Your continued use of or access to the Services following the posting of any changes to this Agreement constitutes acceptance of those changes. We may also, in the future, offer new services and/or features (including the release of new tools and resources). For the avoidance of doubt, such new features and/or services shall be subject to the terms and conditions of this Agreement.

17. Disputes. The formation, interpretation and performance of this Agreement and any disputes arising out of it shall be governed by the substantive and procedural laws of the state of Texas without regard to its rules on conflicts or choice of law and, to the extent applicable, the laws of the United States of America. The exclusive jurisdiction and venue for actions related to the subject matter hereof shall be the state and federal courts located in Texas, and you hereby submit to the personal jurisdiction of such courts. You hereby waive any right to a jury trial in any proceeding arising out of or related to this Agreement.

The United Nations Convention on Contracts for the International Sale of Goods does not apply to this Agreement. If you are a non-U.S. resident or non-U.S. citizen, then you expressly agree to submit to the jurisdiction of the Texas courts and U.S. laws, and you further agree to be bound by the decisions of such courts, or any other applicable U.S. authority appropriately rendering judgment in connection with this Agreement. You further acknowledge and agree that this Agreement is an Agreement formed and performed under the laws of the United States and controlled by the laws of the United States.

18. Maximum Liability and Liquidated Damages. In the event that Company is found liable to You in connection with any cause of action, including, without limitation, breach of this Agreement, You acknowledge and agree that the maximum damages to which You are entitled is the amount of the purchase of Materials and/or Services that You have made. You further agree that before Company is obligated to pay any liquidated damages to You, You must first return any Materials You have purchased and terminate any Services Company is providing to You.

19. Privacy. We will use reasonable efforts to maintain as confidential any information you provide that will identify you individually ("Direct Personal Information"), including your name, address, and personal financial account information. However, You acknowledge that certain information, statements, and data which you provide are likely to reveal your gender, ethnic origin, nationality, age, and/or other personal information about you. You acknowledge and agree that your submission of such information is voluntary on your part. You also acknowledge that such information other than Direct Personal Information, such as account usage, transactional data, user names, pools and sites accessed, etc. is owned by Us. Company may use any such information as it pleases, including, without limitation, posting such information publicly. Further, you acknowledge, consent and agree that we may access, preserve, and disclose your registration and any other information you provide, including Direct Personal Information, if required to do so by law or in a good faith belief that such access preservation or disclosure is reasonably necessary in our opinion.

20. Compliance with Laws and Regulations. To the maximum extent permitted, You assume all responsibility for compliance with any and all laws, codes, regulations, and so forth in any and all jurisdictions throughout the world. Company makes no representations that Your use of Company's Materials and

Services is in compliance with such laws, codes, and regulations. You likewise assume responsibility, to the maximum extent permitted, for any civil or criminal actions resulting from your purchase or use of Materials or Services. This specifically includes, without limitation, liability for infringement of the intellectual property rights of others arising out of your purchase, possession, or use of Materials or Services.

21. Miscellaneous. a. You acknowledge that a violation or attempted violation of any of this Agreement will cause such damage to Company as will be irreparable, the exact amount of which would be impossible to ascertain and for which there will be no adequate remedy at law. Accordingly, you agree that Company shall be entitled as a matter of right to an injunction issued by any court of competent jurisdiction, restraining such violation or attempted violation of these terms and conditions by you, or your affiliates, partners, or agents, as well as to recover from you any and all costs and expenses sustained or incurred by Company in obtaining such an injunction, including, without limitation, reasonable attorney's fees. You agree that no bond or other security shall be required in connection with such injunction. IN NO EVENT SHALL YOU BE ENTITLED TO RESCISSION, INJUNCTIVE OR OTHER EQUITABLE RELIEF, OR TO ENJOIN OR RESTRAIN THE OPERATION OF COMPANY, THE EXPLOITATION OF ANY ADVERTISING OR OTHER MATERIALS ISSUED IN CONNECTION THEREWITH, OR THE EXPLOITATION OF THE SITE OR ANY CONTENT USED OR DISPLAYED THROUGH THE SITE.

b. If any portion of this Agreement is found to be unenforceable, the remaining portion will remain in full force and effect.

c. If we fail to enforce any of this Agreement, it will not be considered a waiver.

d. Any amendment to or waiver of this Agreement must be made in writing and authorized by us.

e. You will not transfer any of your rights or obligations under this Agreement to anyone else without our prior written consent.

f. All of our rights and obligations under this Agreement are freely assignable by us in connection with a merger, acquisition, or sale of assets, or by operation of law or otherwise. g. This Agreement does not confer any third party beneficiary rights.

h. A printed version of this Agreement and of any related notice given in electronic form shall be admissible in judicial or administrative proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

© GAW Miners 2014

# Exhibit A-30

- Recent
- Tags
- Popular
- Users
- Search

- Register
- Login

- Search

- 
- 

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

- Profile Toggle Dropdown
  - Following
  - Followers
  - ○ Topics
  - Posts
  - Favourites

Raw-H

Chat Follow Unfollow

---

40 Reputation
30 Posts
9 Profile views
Followers 0 Following 0 Joined Last Online

### Recent Posts

https://zenminer.com/cloud/terms.html :
*"You understand that Hashlets are virtual service units related to mining services, but are not mining hardware. Hashlets earnings depend on the pool chosen and Payouts reflect respective Pool Payouts. Selecting a Pool does not imply physically or electronically mining at the selected Pool. Rather, selecting a Pool determines a Payout corresponding to a calculation based on the selected Pool's payout (based on, for example, real-time Megahash/second/day calculations). A Hashlet is virtual software. "*

Noone is saying GAWminer is mining bitcoin, atleast not at the scale you are thinking.
Where do they get their income from? Mining bitcoin/scrypt/scrypt-n, daytrading, private rentals, etc.

posted in Cloud Mining • read more

---

✕

**Upload picture**

Upload a picture

GAW00841534

```
                                                            <a id="unfollow-btn" href="#" class="btn btn-warning
btn-sm hide">Unfollow</a>
                                            </div>

                                            <hr/>
                                            <div class="text-center account-stats">
                                                    <div class="inline-block text-center">
                                                            <span class="human-readable-number"
title="40">40</span>
                                                            <span class="account-bio-
label">Reputation</span>
                                                    </div>
                                                    <div class="inline-block text-center">
                                                            <span class="human-readable-number"
title="30">30</span>
                                                            <span class="account-bio-label">Posts</span>
                                                    </div>
                                                    <div class="inline-block text-center">
                                                            <span class="human-readable-number"
title="9">9</span>
                                                            <span class="account-bio-label">Profile
views</span>
                                                    </div>
                                            </div>
                                    </div>
                            </div>
                    <div class="panel panel-default">
                            <div class="panel-body text-center">



                                            <span class="account-bio-label">Followers</span>
                                            <span class="human-readable-number account-bio-value"
title="0">0</span>

                                            <span class="account-bio-label">Following</span>
                                            <span class="human-readable-number account-bio-value"
title="0">0</span>

                                            <span class="account-bio-label">Joined</span>
                                            <span class="timeago account-bio-value" title="2014-09-
06T11:28:52.378Z"></span>

                                            <span class="account-bio-label">Last Online</span>
                                            <span class="timeago account-bio-value" title="2015-03-
21T20:23:29.160Z"></span>


                                    </div>
                            </div>
                    </div>
                    <div class="col-md-7 user-recent-posts" data-nextstart="10">
                            <div class="topic-row panel panel-default clearfix">
                                    <div class="panel-heading">
                                            <h3 class="panel-title">Recent Posts</h3>
                                    </div>
                                    <div class="panel-body">

                                            <div class="user-post clearfix" data-pid="237627">
                                                    <div class="content">
                                                            <p><p><a
href="https://zenminer.com/cloud/terms.html">https://zenminer.com/cloud/terms.html</a> :<br />
<em>&quot;You understand that Hashlets are virtual service units related to mining services, but are not
mining hardware. Hashlets earnings depend on the pool chosen and Payouts reflect respective Pool
```

Payouts. Selecting a Pool does not imply physically or electronically mining at the selected Pool. Rather, selecting a Pool determines a Payout corresponding to a calculation based on the selected Pool's payout (based on, for example, real-time Megahash/second/day calculations). A Hashlet is virtual software. &quot;</em></p>
<p>Noone is saying GAWminer is mining bitcoin, atleast not at the scale you are thinking.<br />
Where do they get their income from? Mining bitcoin/scrypt/scrypt-n, daytrading, private rentals, etc.</p>
</p>

```
                                        <p class="fade-out"></p>
                                </div>
                                <small>
                                        <span class="pull-right footer">
                                                posted in <a href="/category/2/cloud-
mining"><i class="fa hidden"></i> Cloud Mining</a> <span class="timeago" title="2014-10-
16T09:09:40.670Z"></span> &bull;
                                                        <a href="/topic/11878/gaw-must-have-
massive-sha-datacenter/39">read more</a>
                                        </span>
                                </small>
                        </div>
                        <hr/>
                        <div class="loading-indicator text-center hidden">
                                <i class="fa fa-refresh fa-spin"></i>
                        </div>
                </div>
        </div>
    </div>
    <br/>
    <div id="user-action-alert" class="alert alert-success hide"></div>
</div>
<input type="hidden" template-variable="yourid" value="0" />
<input type="hidden" template-variable="theirid" value="2388" />
<input type="hidden" template-type="boolean" template-variable="isFollowing" value="false" />
        </div><!--END container -->
        <div id="upload-picture-modal" class="modal fade" tabindex="-1" role="dialog" aria-
labelledby="Upload Picture" aria-hidden="true">
                <div class="modal-dialog">
                        <div class="modal-content">
                                <div class="modal-header">
                                        <button type="button" class="close" data-dismiss="modal" aria-
hidden="true">×</button>
                                        <h3 id="myModalLabel">Upload picture</h3>
                                </div>
                                <div class="modal-body">
                                        <form id="uploadForm" action="" method="post"
enctype="multipart/form-data">
                                                <div class="form-group">
                                                        <label for="userPhoto">Upload a picture</label>
                                                        <input type="file" id="userPhotoInput"
name="userPhoto">
                                                        <p class="help-block">You may only upload PNG,
JPG, or GIF files <span id="file-size-block" class="hide"> (max. <span id="upload-file-size"></span>
kbs.)</span></p>
                                                </div>
                                                <input type="hidden" id="params" name="params" />
                                        </form>
                                        <div id="upload-progress-box" class="progress progress-striped">
                                                <div id="upload-progress-bar" class="progress-bar progress-
bar-success" role="progressbar" aria-valuenow="0" aria-valuemin="0">
                                                        <span class="sr-only"> Success</span>
                                                </div>
                                        </div>
                                        <div id="alert-status" class="alert alert-info hide"></div>
```

# Exhibit A-31

- Recent
- Tags
- Popular
- Users
- Search

- Register
- Login

- Search

- 
- 

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

- Profile Toggle Dropdown
  - Following
  - Followers
  - ○ Topics
  - Posts
  - Favourites

ftoole

Chat Follow Unfollow

---

95 Reputation
148 Posts
81 Profile views
Location Bitcoinville Age 31 Followers 1 Following 3 Joined Last Online

**Recent Posts**

@Powers When do you plan to pay your debts? https://btcjam.com/listings/28692-gaw-miners-hashlets

posted in Altcoin Discussions • read more

---

@marcuslongridge Hashlets where virtual miners. Sadly thier tos stated that you had no rights to the hardware.

posted in Cloud Mining • read more

---

@btcmillionaire 150 different coins. 150 different wallet apps. I am working on a way to have a way to monitor all my balances from one app and easily add more also pull different exchanges api's for coin values.

posted in Altcoin Discussions • read more

---

@Kristo I run 150 wallets for different coins on one VM of which i think 10 of them stake i have no issues except when the machine takes a hard shutdown and half the wallets block-chains get corrupted but then its just a little hiccup.

posted in Altcoin Discussions • read more

GAW00862739

```
                                         <p><p><a class="plugin-mentions-a"
href="/user/powers">@Powers</a> When do you plan to pay your debts? <a
href="https://btcjam.com/listings/28692-gaw-miners-hashlets">https://btcjam.com/listings/28692-gaw-
miners-hashlets</a></p>
</p>
                                         <p class="fade-out"></p>
                        </div>
                        <small>
                                    <span class="pull-right footer">
                                            posted in <a href="/category/23/altcoin-
discussions"><i class="fa hidden"></i> Altcoin Discussions</a> <span class="timeago" title="2015-03-
01T21:17:01.555Z"></span> &bull;
                                            <a href="/topic/32852/ziftrcoin-is-
here/92">read more</a>
                                    </span>
                        </small>
                </div>
                <hr/>
                <div class="user-post clearfix" data-pid="697108">
                        <div class="content">
                                    <p><p><a class="plugin-mentions-a"
href="/user/marcuslongridge">@marcuslongridge</a> Hashlets where virtual miners. Sadly thier tos
stated that you had no rights to the hardware.</p>
</p>
                                         <p class="fade-out"></p>
                        </div>
                        <small>
                                    <span class="pull-right footer">
                                            posted in <a href="/category/2/cloud-
mining"><i class="fa hidden"></i> Cloud Mining</a> <span class="timeago" title="2015-02-
04T03:53:54.567Z"></span> &bull;
                                            <a href="/topic/30730/if-zencloud-is-shutting-
it-s-doors/218">read more</a>
                                    </span>
                        </small>
                </div>
                <hr/>
                <div class="user-post clearfix" data-pid="681128">
                        <div class="content">
                                    <p><p><a class="plugin-mentions-a"
href="/user/btcmillionaire">@btcmillionaire</a> 150 different coins. 150 different wallet apps. I am
working on a way to have a way to monitor all my balances from one app and easily add more also pull
different exchanges api's for coin values.</p>
</p>
                                         <p class="fade-out"></p>
                        </div>
                        <small>
                                    <span class="pull-right footer">
                                            posted in <a href="/category/23/altcoin-
discussions"><i class="fa hidden"></i> Altcoin Discussions</a> <span class="timeago" title="2015-01-
28T05:36:48.346Z"></span> &bull;
                                            <a href="/topic/30397/running-multiple-
different-pos-wallets-on-one-machine/26">read more</a>
                                    </span>
                        </small>
                </div>
                <hr/>
                <div class="user-post clearfix" data-pid="680951">
                        <div class="content">
                                    <p><p><a class="plugin-mentions-a"
href="/user/kristo">@Kristo</a> I run 150 wallets for different coins on one VM of which i think 10 of
them stake i have no issues except when the machine takes a hard shutdown and half the wallets block-
chains get corrupted but then its just a little hiccup.</p>
```

# Exhibit A-32

Page 1

1

2              UNITED STATES DISTRICT COURT

3                 DISTRICT OF CONNECTICUT

4

   DENIS MARC AUDET, MICHAEL      )
5  PFEIFFER, DEAN ALLEN SHINNERS, )
   and JASON VARGas, Individually )
6  and on Behlaf of All Others    )
   Similarly Situated,            )
7                                 )
                   Plaintiffs,    )
8                                 ) Index No.
           vs.                    ) 16-940
9                                 )
   HOMERO JOSHUA GARZA, STUART A. )
10 FRASER, GAW MINERS, LLC, and   )
   ZENMINER, LLC,                 )
11 (d/b/a ZEN CLOUD),             )
                                  )
12                 Defendant.     )
   -------------------------------)
13

14

15

16                   VIDEOTAPED

17          DEPOSITION OF ARVIND NARAYANAN

18             Princeton, New Jersey

19           Monday, November 5, 2018

20

21

22

23

24 Reported by:
   FRANCIS X. FREDERICK, CSR, RPR, RMR
25 JOB NO. 149296

Page 46

A. NARAYANAN

1
2   certain kinds of crime easier to commit, in
3   particular, crimes like kidnapping and
4   extortion that involve the payment of ransom.
5   Those payments become easier when payments can
6   be made from a distance and anonymously."
7       A.   Yes.
8       Q.   Do you agree that cryptocurrencies
9   tend to attract people who want to engage in
10  criminal behavior because of its reputation
11  for -- as a medium of payment that can be made
12  from a distance and anonymously?
13      A.   That is hard for me to say.
14  Certainly cryptocurrencies do have a
15  reputation as a medium of making payments from
16  a distance and anonymously.  And I do know
17  that cryptocurrencies, of course, have been
18  used for criminal activity.
19           But a lot of criminal activity has
20  happened without cryptocurrencies as well.  I
21  don't know if there's a causal connection
22  between this reputation and its use for
23  criminal activity.
24      Q.   Why would governments worry about
25  untraceable digital cash in the context of

Page 47

A. NARAYANAN

1
2   making crimes easier to commit if it did not
3   attract people who wished to engage in
4   criminal behavior by using cryptocurrency?
5       A.   Again, I believe that criminal
6   activity has been conducted with
7   cryptocurrency as a medium of payment.  What
8   I'm not sure of is whether there's a causal
9   connection between the reputation that
10  cryptocurrencies have and the occurrence of
11  this activity.
12      Q.   On page 206 of the book, the book
13  refers to virtual mining.
14      A.   Yes.
15      Q.   What is virtual mining?
16      A.   I'm going to take a moment to
17  refresh my memory because virtual mining is I
18  believe a term that we introduced here for the
19  purposes of this chapter to explain some
20  concepts.  It's not a -- as far as I know, not
21  a widely used term.  So I'm going to take a
22  moment to refresh my memory on exactly how we
23  used it here in this chapter.
24           (Document review.)
25      A.   So here we're using virtual mining

Page 48

A. NARAYANAN

1
2   to refer to any form of mining that does not
3   require a large amount of computational
4   resources.
5       Q.   And would you agree that the
6   purpose of virtual mining is to remove the
7   step of spending money on power and equipment?
8       A.   That is one major purpose of
9   virtual mining, correct.
10      Q.   Are blockchains always public?
11      A.   The term blockchain is used in
12  very different ways by different people.
13  There is not a lot of consensus on what it
14  means.
15           However, in the way that I would
16  typically use blockchain, there are public
17  blockchains, but there are also private
18  blockchains as well.
19      Q.   What's a private blockchain?
20      A.   A private blockchain is a
21  blockchain in which participation is not open
22  to the public, but instead is limited to a
23  predefined set of entities.
24           (Deposition Exhibit 224, document
25  headed Hearing Transcripts, marked for

Page 49

A. NARAYANAN

1
2   identification as of this date.)
3   BY MS. MILLER:
4       Q.   I'm handing you what's been marked
5   as Exhibit 224.  Do you recognize this
6   document?
7       A.   Yes.
8       Q.   What is it?
9       A.   It is a transcript of my verbal
10  testimony before the Senate Energy and Natural
11  Resources Committee on the energy efficiency
12  of blockchain and similar technology.
13      Q.   On page 5 at the bottom of the
14  page it says: "In practice, blockchain
15  applications have often fallen short of
16  claimed benefits."
17           How so?
18      A.   So the rest of the paragraph goes
19  on to explain how blockchain -- one way in
20  which blockchain applications had fallen short
21  of claimed benefits.  One of the major claimed
22  benefits of blockchains is the absence of a
23  central coordinating authority or point of
24  failure.
25           However, the development of new

# Exhibit A-33

archive.today
webpage capture

Saved from https://docs.google.com/document/d/1GAqI-MObazc8krz-fuHdFV1_ejuxaID_ZmcUG    search

All snapshots from host docs.google.com

31 Jan 2015 11:22:32 UTC

history

share    download_zip    report error or abuse

| Webpage | Screenshot |
|---------|------------|

ZenMiner - TOS

# TERMS OF SERVICE

Welcome to ZenCloud. By visiting http://zenminer.com/cloud/ and/or accessing the services provided thereon offered by Gaw Miners, LLC ("GAW" or "Company"), you agree to comply with and be legally bound by these terms and conditions (the "Terms of Service"). If you do not agree to any of the terms set forth herein, you may not access or use any of the Services (as defined below).Please read these Terms of Service carefully before accessing the Services, as they highlight certain risks of using the Services. The User is solely responsible for understanding and complying with any and all laws, rules and regulations of his/her specific jurisdiction that may be applicable to the User in connection with its use of the Services.

## 1. DEFINITIONS

1.1 "Account" means an account created by the User on the Platform.

1.2 "Buyer" means a User who purchases Products or Services through the Platform.

1.3 "Hashlet" means a divisible and assignable allocation of hashing power from Company-owned and hosted mining hardware.

1.4 "Materials" refers to, among other things, software, communications, networks, platforms, servers, informational text, software documentation, design of and "look and feel," layout, photographs, graphics, audio, video, messages, interactive and instant messaging, design and functions, files, documents, images, or other materials, whether publicly or privately maintained.

1.5 "Payout" means calculated earnings generated by Hashlets based on associated and/or selected Pools.

1.6 "Platform" means the ZenCloud hosting platform.

1.7 "Pool" means a currency mining pool.

1.8 "Products" means virtual cloud mining products, including but not limited to, Hashlets, merchandise and/or any other physical or virtual products available on the Platform.

1.9 "Services" refers to the services provided by the Company on the Site.

1.10 "Site" shall mean https://zenminer.com/cloud/

1.11 "User" means a person who has accepted these Terms of Service and registered an Account.

**2. SCOPE OF THE SERVICES**. The Services provided on the Site consist of the following:

     o Platform for Users to monitor, manage and upgrade Products; and

     o Marketplace for Users to trade Products.

**3. USER'S RIGHTS AND RESPONSIBILITIES**

3.1. The User has the right to enter and use the Site and the Services, as long as he/she agrees to and actually complies with these Terms of Service. By using the Site, the User agrees to accept and comply with the terms and conditions stated herein.

3.3. The User shall comply with any and all applicable laws and regulations related to the Services.

3.5. The User shall immediately (i.e. right after the moment of discovery) inform GAW about any unusual, suspicious, unclear or abnormal changes on his/her Account. In case of late informing or non-informing the User will be liable for the breach of the Terms of Service and GAW will have the right to take any further steps accordingly, including but not limited to appeal to the relevant government authorities.

3.6. The User shall notify GAW immediately of any unauthorized use of his/her Account or password, or any other breach of security by email addressed to the Company's help desk or support team. Any User who violates the mentioned rules may be terminated, and thereafter held liable for losses incurred by GAW or any User of the Site.

3.7. The User shall not use the Services to perform criminal activity of any sort, including but not limited to, money laundering, illegal gambling operations, financing terrorist organizations, or malicious hacking.

3.8. The User is responsible for any and all damages caused and all liability actions brought against GAW for infringement of third party rights or violation of applicable laws.

3.9. Nothing in the Terms of Service excludes or limits the liability of the User for fraud, death or personal injury caused by its negligence, breach of terms implied by operation of law, or any other liability which may not by law be limited or excluded.

3.10 **Release of Liability**. Through use of this website or any of the Site via viewing or using, you agree to hold GAW harmless and to completely release GAW from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may incur.

3.11 **Safe Harbor Statement**. GAW's Site, blogs, e-mails, message board posts, charts, video charts, social media and/or any other communications include forward-looking statements pertaining to future anticipated projected plans, performance and developments, intended to qualify for the safe harbor from liability established by the Private Securities Litigation Reform Act of 1995. Any statements on the Site that are not statements of historical fact should be considered forward-looking statements. These forward-looking statements generally can be identified by phrases such as "believes", "expects," "anticipates," "foresees," "forecasts," "estimates," "intends," or other words or phrases of similar import. Similarly, statements in the Site that describe a company's business strategy, outlook, objectives, plans, intentions or goals, trading projections, also are forward-looking statements. All such forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those in forward-looking statements

3.12. Any individual who chooses to participate in cryptocurrency mining should do so with a full appreciation of the risk involved. Mining cryptocurrency is speculative and carries a degree of risk, which may result in loss of part or all of your principal financial contribution.

## 4. USER'S REPRESENTATIONS AND WARRANTIES

4.1. By creating an Account, the User expressly represents and warrants that he/she:

    ● follows the rules and laws in his/her country of residence and/or country from which he /she accesses this Site and Services;

    ● has accepted these Terms of Service;

● at least 18 years of age and has the right to accept these Terms of Service and participate in transactions involving cryptocurrencies and/or the acquisition of computer hardware or cloud hosted mining services.

● You will ensure any user information or account information you provide is valid and accurate at all times and will keep any such information updated.

● You will not use the Services or Materials for any unlawful purposes or to conduct any unlawful activity, including, but not limited to, fraud, embezzlement, money laundering or insider trading.

● You will not use the Services or Materials if you are located in a country embargoed by the U.S., or are on the U.S. Treasury Department's list of Specially Designated Nationals.

● You will not use the Services or Materials to impersonate another person.

● You will not imply or state, directly or indirectly, that you are affiliated with or endorsed by Company without our express written permission.

● You may not send unsolicited messages (also known as junk mail or SPAM) to promote any website published on the Site.

● You may not upload, post, email, transmit or otherwise make available or initiate any software, content, or other material that contains software viruses, worms, Trojan horses or any other computer code, files or programs that interrupt, destroy or limit the functionality of the Services or the Materials or that may impact the ability of Company to provide the Services or any other users to access and use the Services.

● You may not send messages using the Services which do not correctly identify the sender and you may not alter the attribution of origin in electronic mail messages or postings.

● You will not share your user or account information, let anyone else access your account, or do anything that might jeopardize the security of your account. You will not attempt to or actually access the Services or Materials by any means other than through the interfaces, hardware, and software, provided by Company.

● You will not attempt to or actually override any security component included in or underlying the Materials or Services.

● You will not attempt or engage in any action that directly or indirectly interferes with the proper working of or places an unreasonable load on Company's infrastructure.

● You will not engage in any activity, using the Materials or Services, that would by any reasonable standards be considered pornographic, sexually explicit, violent, illegal, reasonably likely to cause harm, slanderous or libelous, or reasonably likely to breach another's privacy.

● Company may determine in its sole discretion whether or not an account is in violation of any of these policies. Violation of any of these policies may result in user information tracking with such information being stored to identify the offending user. Offending users may be permanently restricted from holding an account or using the Services. If Company reasonably determines that your account is being used for illegal or fraudulent activity then your account may be immediately terminated and your financial data erased. We may also report you to law enforcement officials in the appropriate jurisdictions.

4.2. The User represents and warrants that he/she will only use the Platform in accordance with these Terms of Service.

4.3 The User understands that mining cryptocurrency involves certain risks, including but not limited to, increased difficulty levels, decreased payouts, increasing maintenance, power and hosting costs, and competition from superior mining hardware.

## 5. GAW'S RIGHTS AND RESPONSIBILITIES

5.1. GAW has the right to suspend User Accounts and block all withdrawal requests in the case of a breach of these Terms of Service by the User.

5.2. GAW shall provide Services to the User with the utmost effort, due care and in accordance with these Terms of Service.

5.3. GAW's responsibility shall be limited to using reasonable technical efforts to ensure the receipt of the cryptocurrency transferred. When initiating cryptocurrency transactions to a user who is not the GAW User, GAW's responsibility shall be further limited to ensuring the transfer of the necessary technical data to the cryptocurrency network.

5.5. GAW is not responsible for any malfunction, breakdown, delay or interruption of the Internet connection.

5.6. In the case of fraud, GAW shall report all the necessary information, including names, addresses and all other requested information, to the relevant authorities dealing with fraud and breaches of the law. Users recognize that their account may be frozen at any time at the request of any competent authority investigating a fraud or any other illegal activity.

## 6. GAW'S REPRESENTATIONS AND WARRANTIES.

6.1 GAW represents and warrants that it will use all reasonable methods to facilitate all orders and requests for its Products placed by Users on the Site.

6.2 GAW represents and warrants that it is not engaged in providing investment products, regulated commodities, or financial products of any type or kind. GAW is not registered as a securities broker-dealer or an investment adviser either with the U.S. Securities and Exchange Commission ("SEC") or with any state securities regulatory authority, and does not offer any product or service based upon the sale or acquisition of securities or derivative based products or services. GAW is neither licensed nor qualified to provide investment advice and you are specifically and adamantly advised not to rely upon anything posted/communicated/implied or expressed by GAW.

**7. INTELLECTUAL PROPERTY RIGHTS.** All materials on the Site are the property of GAW and are protected by copyright, trademark and other applicable laws, unless otherwise specified herein. The trademarks, service marks and logos of GAW and others used on the Site (hereinafter the "Trademarks") are the property of GAW and its respective owners. The software, text, images, graphics, data, prices, trades, charts, graphs, video and audio materials used on this Site belong to GAW. The trademarks and other materials on the Site should not be copied, reproduced, modified, republished, uploaded, posted, transmitted, scraped, circulated or distributed in any form or by any means, no matter manual or automated. The use of any materials from the Site on any other site or a networked computer environment for any other purpose is strictly prohibited; any such unauthorized use may violate copyright, trademark and other applicable laws and could result in criminal or civil penalties.

## 8. USER ACCOUNTS

8.1 The Site is for the User's personal and non-commercial use only. By registering with GAW, the User agrees to provide GAW with current, accurate, and complete information about him/herself as prompted by the registration process, and to keep such information updated.

8.2 **Unauthorized Access.** The User agrees that he/she will not use any Account other than his/her own, or access the Account of any other User at any time, or assist others in obtaining unauthorized access. The User is responsible for maintaining the confidentiality of information on his/her Account, including, but not limited to his/her password, email, wallet address, wallet balance, and of all activity including transactions made through his/her Account. If there is suspicious activity related to the User's Account, GAW may request additional information from the User, including authenticating documents, and freeze the Account for the review time. The User is obligated to comply with these security requests, or accept termination of his/her Account and potential surrender of assets including hashing power and/or cryptocurrency.

8.3 The creation or use of Accounts without obtaining the prior express permission from GAW will result in the immediate suspension of all respective Accounts, as well as all pending buy/sell orders. Any attempt to do so or to assist others (Users or other third parties), or the distribution of instructions, software or tools for that purpose, will

result in termination of such Users' Accounts. Termination is not the exclusive remedy for such a violation, and GAW may decide to take further action against the User.

8.4  **License Granted to User**. Subject to this Agreement, Company hereby grants you a limited, revocable, non-transferable and non-exclusive license to use the Materials and Services. This license does not permit you, and you agree not to: store, copy, reproduce, republish, modify, upload, post, translate, scrape, rent, lease, loan, sell, distribute, transfer, transmit, display, decompile, reverse engineer, reverse assemble, decipher or otherwise attempt to discover any programming code or any source code used in or with the Materials or Services, or otherwise distribute in any way the Materials or Services other than as specifically permitted in this Agreement. You may not sell, assign, sublicense, grant a security interest in or otherwise attempt to transfer any right in the Materials or Services, create derivative works based on or in any manner commercially exploit the Materials Services, in whole or in part, other than as expressly permitted in this Agreement. Any use of the Materials or Services for any purpose other than as specifically permitted herein or without our prior consent or the prior written consent of our licensors, as applicable, is expressly prohibited. We reserve all rights not expressly granted in this Agreement.

**9. ZENCLOUD PLATFORM**

9.1 **ZenCloud Platform**. ZenCloud is a virtual hosting platform for the Company's cloud mining product, Hashlets. Using ZenCloud, Users can buy, sell, monitor, manage and upgrade their Hashlets.

9.2 **Hashlets**. A Hashlet is a divisible and assignable allocation of hashing power from Company-owned and hosted mining hardware. The amount of hashing power associated with a particular Hashlet may fluctuate depending on the performance and output of the underlying hardware. Some Hashlets may be optimized to work with multiple mining pools, while others may pool-specific.  The User understands that Hashlets are not physical devices and cannot be shipped to the User.

Through the ZenCloud Platform, the Company operates an internal marketplace for hashing power (the "Hash Market"), allowing Users to buy and sell hashlets . The Company reserves the right to charge a fee for such trading activity, which Company may determine in its sole discretion. Company may cancel any trade at any time, for any reason. The Company may also reverse a trade at any time, for any reason.

The User is not permitted to use automated methods, including but not limited to automatic scripts and trading bots, in conjunction with the Hash Market. Any executed trade in violation of this Section 9.2 will be reversed, and the proceeds from such trade(s) will be forfeited.

9.3 **Payouts**. Owning a Hashlet entitles you to the mining revenue generated with that allotment of hashing power. Because Hashlets mine in a pool, the Payout for a particular Hashlet is equal to the product of (i) the total pool payout, and (ii) the percentage of the pool's total hashing power attributable to the particular Hashlet. Payouts mar very significantly across Pools. Because mining difficulty is in constant flux and may increase significantly in a short period of time, the Company cannot guarantee the amount of a Payout. Regardless of the amount of hashing power, Payouts may decrease over time as difficulty increases or more powerful computers start mining.

**The Company reserves the right to reverse any entry and/or Payout, to the extent possible, if it believes in its sole discretion that the entry or Payout was made erroneously due to an error or omission in the Company's software or payout systems. Company will notify you within three (3) business days from the date the error or omission is discovered by the Company.**

**9.4 Hosting. Because Hashlets are allocations of hashing power from Company-owned mining hardware, the power attributable to a Hashlet is hosted in the Company's data centers. The Company charges a hosting fee for monitoring and maintaining the underlying mining hardware. Such hosting fee shall be automatically deducted from a Payout.**

9.5 **HashPoints**. ZenCloud utilizes an internal coupon and rebate reward system called Hashpoints. Hashpoints are the property of GAW and can be redeemed for products and services available on the ZenCloud. Hashpoints may be used once and may be subject to review upon submission for redemption. Hashpoints are electronically distributed the GAW and are not available via any other method. Hashpoints have no cash value and are not convertible into any form of cryptocurrency.  This rebate program shall not be construed as investment or guaranteed interest payout program, investment scheme, or participatory monetary pool in which Hashpoints have an "in house value". Failure to use Hashpoints by the expiration date hereon shall result in forfeiture. GAW reserves the right to terminate the Hashpoint program at any time, for any reason.  In the case of fraud, misrepresentation, abuse or violation of these terms and conditions, GAW reserves the right to take all available legal or administrative action. Other restrictions and exclusions may apply.

**9.6 Activation. Users who purchase a Hashlet will receive an activation code within 24 hours of placing an order. Activation will require a User to register an account by visiting https://cloud.zenminer.com. Users who have not received  an activation code within 24 hours may file a claim at https://gawminers.freshdesk.com/helpdesk, receive an activation code and full refund for the Product you are fiing a claim for. Hashlets do not qualify for the 24-hour activation guarantee promotion.**

**Your claim will be denied in the event the Company has sent an activation code but you were unable to receive it or retrieve it within the 24-hour period for reasons including, but not limited to: spam filters, incorrect email address, blocked by ISP, inaccessibility to your registered email with gawminers.com.**

**10. TERMINATION OF TERMS OF SERVICE**

10.1. **Termination by User**. The User may terminate the Terms of Service, and close his/her Account at any time, following settlement of any pending transactions.

10.2. **Termination by GAW**. GAW may, in its sole discretion, immediately suspend or terminate a User's Account for any reason, including but not limited to: (1) unauthorized access to the Site or another User's account or providing assistance to others' attempting to do so, (2) overcoming software security features limiting use of or protecting any content, (3) usage of the Service to perform illegal activities such as money laundering, illegal gambling operations, financing terrorism, or other criminal activities, (4) violations of these Terms of Service, (5) failure to pay or fraudulent payment for Transactions, (6) unexpected operational difficulties,  (7) upon the request of law enforcement or other government agencies, or (8) taking advantage of or exploiting known or unknown security or coding vulnerabilities of the Site or Service. Where reasonable, GAW shall immediately notify User of the suspension or termination.

10.3. **Unconfirmed or Inactive Accounts**. GAW also reserves the right to cancel unconfirmed Accounts or Accounts that have been inactive for a period of six (6) months or more, and/or to modify or discontinue our Site or Service. The User agrees that GAW will not be liable to them or to any third party for termination of their Account or access to the Site.

10.4. **Obligations upon Termination**. In the event of termination by either party, GAW will send the remaining payout balance of the Account to the User. Notwithstanding the foregoing, payout amounts earned through activity that violates these Terms of Service will not be sent to the User. Because a number of intermediaries may be involved in the withdrawal of funds to the User, additional fees may be imposed. GAW will use reasonable efforts to ensure that such charges are disclosed to the User prior to sending the payment; however where they cannot be avoided, the User acknowledges that these charges cannot always be calculated in advance, and that he/she agrees to be responsible for such charges. Company has the right to delete all data, files, or other information that is stored in your account. We may modify, replace, refuse access to, suspend or discontinue the Services, partially or entirely, or add, change and modify prices for all or part of the Services for you or for any or all of our users at any time and in our sole discretion. All of these changes shall be effective upon their posting on the Site or by direct communication to you unless otherwise noted. We may modify, suspend, or discontinue any payments, fee structures, tariffs or any other financial structures relating to the Materials and/or Services at any time and in our sole discretion. These changes shall be effective upon their posting on the Site or by direct communication to you unless otherwise noted.

**11. SERVICE AVAILABILITY**. GAW will strive to keep the Site up and running; however, all online services suffer from occasional disruptions and outages, and GAW is not liable for any disruption or loss you may suffer as a result. Thus, GAW does not provide any guarantees that access to the Site will not be interrupted, or that there will be no delays, failures, errors, omissions or loss of transmitted information GAW will use reasonable endeavors to ensure that the User can normally access the Site in

accordance with the Terms of Service. GAW may suspend use of the Site for maintenance and will make reasonable efforts to give the User notice. The User acknowledges that this may not be possible in an emergency.

**12. NO FINANCIAL ADVICE.** GAW does not provide any investment advice in connection with the Services contemplated by these Terms of Service. GAW may provide information on the price, range, volatility of Bitcoins and events that have affected the price of Bitcoins, but it should not be considered investment advice. Any decision to purchase cryptocurrency mining power is the User's decision and GAW will not be liable for any loss suffered.

**13. TAXATION.** The User shall be liable for all taxes and duties resulting from its use of the Services. GAW is not responsible for any violation made by the User due to his/her obligation to calculate and pay taxes and duties.

**14. DISPUTE RESOLUTION.** Any dispute, controversy, or claim arising out of or relating to this Agreement or the breach, termination or validity of this Agreement will be submitted to confidential, binding arbitration as prescribed herein. The parties will agree on a single arbitrator within thirty (30) days of receipt of a notice of intent to arbitrate. Such arbitrator will be knowledgeable on cryptocurrency mining and will conduct the arbitration under the current Commercial Arbitration rules of the American Arbitration Association ("AAA"), unless otherwise provided herein. The arbitrator will be selected in accordance with AAA procedures from a list of qualified people maintained by AAA. The arbitration will be conducted in Hartford County, Connecticut. The arbitrator's decision and award will be final and binding, and judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction thereon. Any duty to arbitrate under this Agreement will remain in effect and enforceable after termination of this Agreement for any reason. Because both parties to this Agreement have been represented by legal counsel, and the parties have had the opportunity to negotiate individual provisions of this Agreement, the arbitrator will not construe any ambiguity that may exist in this Agreement in favor of or against either Party.

**15. LIMITATION OF LIABILITY.** WE AND OUR AFFILIATES OR LICENSORS WILL NOT BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES (INCLUDING DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR CUSTOMER FUNDS), EVEN IF A PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. FURTHER, NEITHER WE NOR ANY OF OUR AFFILIATES OR LICENSORS WILL BE RESPONSIBLE FOR ANY COMPENSATION, REIMBURSEMENT, OR DAMAGES ARISING IN CONNECTION WITH: (A) YOUR INABILITY TO USE THE SERVICES, INCLUDING AS A RESULT OF ANY (I) TERMINATION OR SUSPENSION OF THIS AGREEMENT, (II) YOUR USE OF OR ACCESS TO THE SERVICES, (III) OUR DISCONTINUATION OF ANY OR ALL OF THE SERVICES, OR, (IV) WITHOUT LIMITING ANY OBLIGATIONS HEREUNDER, ANY UNANTICIPATED OR UNSCHEDULED DOWNTIME OF ALL OR A PORTION OF THE SERVICES FOR ANY REASON, INCLUDING AS A RESULT OF POWER OUTAGES, SYSTEM FAILURES OR OTHER INTERRUPTIONS; (B) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; (C) ANY INVESTMENTS, EXPENDITURES, OR COMMITMENTS BY YOU IN CONNECTION WITH THIS AGREEMENT OR YOUR USE OF OR ACCESS TO THE SERVICES; OR (D) ANY UNAUTHORIZED ACCESS TO, ALTERATION OF, OR THE DELETION, DESTRUCTION, DAMAGE, LOSS OR FAILURE TO STORE ANY OF YOUR CONTENT OR OTHER DATA. IN ANY CASE, OUR AND OUR AFFILIATES' AND LICENSORS' AGGREGATE LIABILITY UNDER THIS AGREEMENT WILL BE LIMITED TO THE AMOUNT YOU ACTUALLY PAY COMPANY FOR THE SERVICES THAT GAVE RISE TO THE CLAIM DURING THE 12 MONTHS PRECEDING THE CLAIM.

**16. DISCLAIMERS.** THE SITE, SERVICES AND MATERIALS ARE PROVIDED "AS IS," "AS AVAILABLE," "WITH ALL FAULTS" AND WITHOUT ANY WARRANTY OF ANY KIND, EXPRESS OR IMPLIED. TO THE FULLEST EXTENT PERMISSIBLE UNDER APPLICABLE LAW, COMPANY AND ITS LICENSORS DISCLAIM ALL WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. WITHOUT LIMITING THE FOREGOING, NEITHER COMPANY NOR ITS LICENSORS WARRANT THAT ACCESS TO THE SITE, THE MATERIALS AND/OR THE SERVICES AVAILABLE ON OR THROUGH THE SITE WILL BE UNINTERRUPTED OR ERROR-FREE, OR THAT DEFECTS, IF ANY, WILL BE CORRECTED; NOR DOES COMPANY OR ITS LICENSORS MAKE ANY REPRESENTATIONS ABOUT THE ACCURACY, RELIABILITY, CURRENCY, QUALITY, COMPLETENESS, USEFULNESS, PERFORMANCE, SECURITY, LEGALITY OR SUITABILITY OF THE SERVICES, THE MATERIALS OR THE SITE. YOU EXPRESSLY AGREE THAT YOUR USE OF THE SITE AND YOUR RELIANCE UPON THE SERVICES AND/OR THE MATERIALS IS AT YOUR SOLE RISK. IN ADDITION, COMPANY IS NOT RESPONSIBLE FOR, AND MAKES NO REPRESENTATIONS OR WARRANTIES FOR, THE DELIVERY OF ANY MESSAGES (SUCH AS EMAILS, POSTING OF ANSWERS OR TRANSMISSION OF ANY OTHER USER GENERATED CONTENT) SENT THROUGH THE SITE TO ANYONE. IN ADDITION, YOU ACKNOWLEDGE AND AGREE THAT ANY DATA, INFORMATION, CONTENT OR MATERIALS CONTAINED IN OR MADE AVAILABLE IN CONNECTION WITH THE SERVICES IS NOT INTENDED AS A SUBSTITUTE FOR, THE KNOWLEDGE, EXPERTISE, SKILL AND JUDGMENT TAX, LEGAL OR OTHER PROFESSIONALS. THE SERVICES DO NOT PROVIDE TAX OR LEGAL ADVICE. YOU ARE RESPONSIBLE FOR OBTAINING SUCH ADVICE. COMPANY EXPRESSLY DISCLAIMS ANY LIABILITY OR DAMAGES FOR FAILURE OR INOPERABILITY OF COMPANY'S INFRASTRUCTURE, INCLUDING COMPANY'S HARDWARE (e.g., SERVERS) OR SOFTWARE. YOU UNDERSTAND THAT COMMUNICATION NETWORKS AND THEIR COMPONENTS FAIL FROM TIME TO TIME AND THAT PERIODS OF DOWNTIME MAY RESULT. YOU AGREE THAT COMPANY IS NOT LIABLE TO YOU IN ANY FASHION FOR SUCH PERIODS OF DOWNTIME.


THIS AGREEMENT APPLIES SOLELY TO THE SITE, AND THE MATERIALS AND SERVICES. AS PART OF THE SERVICES PROVIDED TO USERS, WE MAY EMPLOY SERVICES PROVIDED BY THIRD PARTIES ("THIRD PARTY SERVICES"). THIRD PARTY SERVICES ARE NOT UNDER THE MANAGEMENT AND CONTROL OF COMPANY. COMPANY IS NOT RESPONSIBLE FOR SUCH THIRD PARTY SERVICES, INCLUDING WITHOUT LIMITATION, THE ACCURACY, SUFFICIENCY, CORRECTNESS, RELIABILITY, VERACITY, COMPLETENESS OR TIMELINESS THEREOF, ANY CHANGES OR UPDATES THERETO, OR ANY GOODS OR SERVICES SOLD IN CONNECTION THEREWITH. YOUR ACCESS OR USE OF ANY THIRD PARTY SERVICES IS GOVERNED BY THE TERMS APPLICABLE TO SUCH THIRD PARTY SERVICES. NO USE OF THIRD PARTY SERVICES BY COMPANY SHALL BE DEEMED TO IMPLY AN ENDORSEMENT THEREOF BY COMPANY.

**17. INDEMNIFICATION.**

17.1 **General.** You will defend, indemnify, and hold harmless us, our affiliates and licensors, and each of their respective employees, officers, directors, and representatives from and against any claims, damages, losses, liabilities, costs, and expenses (including reasonable attorneys' fees) arising out of or relating to any third party claim concerning: (a) your or any End Users' use of the Services (including any activities under your Account and use by your employees and personnel); (b) breach of this Agreement or violation of applicable law by you or any End User; or (c) a dispute between you and any End User. If we or our affiliates are obligated to respond to a third party subpoena or other compulsory legal order or process described above, you will also reimburse us for reasonable attorneys' fees, as well as our employees' and contractors' time and materials spent responding to the third party subpoena or other compulsory legal order or process at our then-current hourly rates.

17.2 **Process.** We will promptly notify you of any claim subject to Section 14.1, but our failure to promptly notify you will only affect your obligations under Section 14.1 to the extent that our failure materially prejudices your ability to defend the claim. You may: (a) use counsel of your own choosing (subject to our prior written consent, not to be unreasonably withheld or delayed) to defend against any claim; and (b) settle the claim as you deem appropriate, provided that you obtain our prior written consent, not to be unreasonably withheld or delayed, before entering into any settlement and do not agree to any criminal culpability on our part. We may also assume control of the defense and settlement of the claim at any time.


**18. MODIFICATION OF TERMS OF SERVICE.** GAW reserves the right to change, add or remove portions of these Terms of Service, at any time, in an exercise of its sole discretion. Your continued use of the Site following changes to these Terms of Service signifies that you accept and agree to the changes, and that all subsequent transactions by you will be subject to the amended Terms of Service.


**19. LINKS TO THIRD-PARTY WEBSITES.** The Site and the Services found at the Site may contain links to third-party websites that are not owned or controlled by GAW. GAW assumes no responsibility for the content, terms and conditions, privacy policies, or practices of any third-party websites. In addition, GAW does not censor or edit the content of any third-party websites. By using the Sites or the Services found at the Site, you expressly release GAW from any and all liability arising from your use of any third-party website. Accordingly, GAW encourages you to be aware when you leave the Site or the Services found at the Site and to review the terms and conditions, privacy policies, and other governing documents of each other website that you may visit.


**20. GENERAL TERMS.**

**20.1 Assignment**. These Terms, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by Company without restriction, including without limitation to any of its affiliates or subsidiaries, or to any successor in interest of any business associated with the Services. Any attempted transfer or assignment in violation hereof shall be null and void. Subject to the foregoing, these Terms will bind and inure to the benefit of the parties, their successors and permitted assigns.

**20.2 Severability**. If any provision of these Terms of Service shall be determined to be invalid or unenforceable under the rule, law or regulation or any governmental agency, local, state, or federal, such provision will be changed and interpreted to accomplish the objectives of the provision to the greatest extent possible under any applicable law and the validity of enforceability of any other provision of these Terms of Service shall not be affected.

**20.3 Entire Agreement**. These Terms of Service set forth the entire understanding and agreement between you and the Company as to the subject matter hereof, and supersedes any and all prior discussions, agreements and understandings of any kind (including without limitation any prior versions of these Terms), and every nature between and among you and the Company.

**20.4 No Waiver**. The failure or delay of either party to exercise or enforce any right or claim does not constitute a waiver of such right or claim and shall in no way affect that party's right to later enforce or exercise it, unless such party issues an express written waiver, signed by a duly authorized representative of each party.

**20.5 Governing Law**. This Agreement shall be governed by the laws of the State of Connecticut, without regard to its conflicts of law principles.

**CONTACT US**

If you have any questions relating to these Terms of Service, your rights and obligations arising from the Terms of Service and/or your use of the Site and the Services, your Account, or any other matter, please contact the GAW support desk.

<div align="center">

**TERMS AND CONDITIONS OF UPGRADE**

</div>

The following Terms and Conditions ("Terms") represent an agreement between you ("You" or "Purchaser") and GAW Miners, LLC (the "Company") and govern the upgrade of Hashlet cloud miners ("Hashlets") to HashStaker hosted wallets ("HashStakers") (the "Upgrade"). By clicking "Upgrade" and completing the Upgrade process, you acknowledge and represent that you have carefully reviewed the Terms, fully understand the risks, costs and benefits of the Upgrade and agree to be bound by these Terms. As set forth below, you further represent and warrant that you are of a legal age to be bound by these Terms and will not hold the Company, its parent and affiliates, employees, officers or directors, now or in the future liable for any losses or any special, incidental or consequential damages arising out of, or in any way connected with the Upgrade.

**1. HashStakers**

A HashStaker represents a right to access the staking capacity of a Prime Controller (a master node in Paycoin's proof-of-stake network). The amount of staking capacity represented by a Hashstaker is expressed as a number of "slots". Each slot can stake one Paycoin. Because HashStakers represent a right to access a Prime Controller, purchasing a HashStaker does not obligate you to stake a certain amount of Paycoins; you simply own the right if he or she choses to do so. The slots designated by a HashStaker become activated when you deposit Paycoins into the designated HashStaker wallet address. By depositing Paycoins at the designated wallet address, you agree to lock the deposited Paycoins into that address for the length of the staking period, which may be up to 6 months. During the staking period, the Paycoins may not be transferred out of the staking address. Because control of a given Prime Controller is subject to a public bidding process, HashStakers will expire at the end of each staking round in conjunction with the Prime Controller's bidding schedule. When control of a Prime Controller expires, and thus, when a HashStaker staking period expires, the Paycoins you deposited will be unlocked and freely transferable out of the staking address.

For more information on the technical aspects of Paycoin, the proof-of-stake system, and Prime Controllers please read the [Paycoin White Paper](#).

**2. Upgrade**

For a limited time, Purchaser has the option, but not the obligation, to convert his existing Hashlet into a HashStaker. By accepting these Terms, Purchaser understands that the Upgrade is irreversible and nonrefundable. Any rights, title and interest Purchaser held in converted Hashlets will not exist after the Upgrade. By accepting these terms, Purchaser also understands that each HashStaker exists for a limited time (up to a maximum of 6 months), and unlike a Hashlet, will expire when the staking period expires. If after the initial staking round, Purchaser wishes to participate in subsequent staking rounds, Purchaser will need to purchase a new HashStaker for each round.

Upon Upgrade, Purchaser understands that while Hashlets may continue to appear on the Purchaser's account on ZenMiner and indicate mining activity, the Hashlets will be disabled, and will no longer mine bitcoin or generate payouts. Purchaser understands that upon Upgrade, the HashStaker, while reserved, can only be activated after the launch of Paycoin. In the meantime, Purchaser may continue to interact with my Hashlets and collect Hashpoints.

**2. Disclaimer of Warranties**

You expressly agree that you are participating in the Upgrade at your sole risk and that HashStakers are provided on an "as is" basis without warranties of any kind, either express or implied, including, but not limited to, warranties of title or implied warranties, merchantability or fitness for a particular purpose. Without limiting the foregoing, the Company does not warrant that the Upgrade process and subsequent hosting of HashStakers will be error-free.

**3. Limitation of Waiver of Liability**

You acknowledge and agree that, to the fullest extent permitted by any applicable law, the disclaimers of liability contained herein apply to any and all damages or injury whatsoever caused by or related to the Upgrade to, or use of, HashStakers under any cause of action whatsoever of any kind, including without limitation, actions for breach of warranty, breach of contract or tort (including negligence) and that the Company shall not be liable for any indirect, incidental, special, exemplary or consequential damages, including for loss of profits, goodwill or data, in any way whatsoever arising out of the Upgrade to, or use of, HashStakers. To the extent permissible under applicable laws, under no circumstances will the Company be liable to any Purchaser for more than the value of the HashStaker at the time of the Upgrade.

**4. Certain Risks Associated with HashStakers**

4.1 Risk of Regulatory Action. Cryptocurrencies have been the subject of regulatory scrutiny by various regulatory bodies, both in the United States and internationally. HashStakers could be impacted by one or more regulatory inquiries or actions, which could (i) impede or limit the Company's ability to continue to provide the HashStakers, or (ii) prevent the distribution, sale or use of Paycoin.

4.2 Risk of Theft. Hackers or other groups or organizations may attempt to steal Paycoins staked in Prime Controllers and HashStakers. To account for this risk, the Company has and will continue to implement comprehensive security precautions to safeguard Prime Controllers and HashStakers.

4.3 Risk that Paycoin May Never be Completed or Released. Purchaser understands that, while the Company will make reasonable efforts to complete the Paycoin software, it is possible that an official completed version of Paycoin may not be released and there may never be an operational Paycoin, Prime Controller, or HashStaker.

4.4 Paycoins May Have No Value. Paycoin is a new cryptocurrency and its value is determined by supply and demand. At any point after its release, it is possible that the market price of a Paycoin may be zero. Because the value of Paycoin may be zero, the value of a stake, in Paycoins, from a HashStaker may also be zero.

4.5 No Liquidity. Because HashStakers and Prime Controllers are staking wallets, the Paycoins deposited at a HashStaker address will be locked for a length of time, which may be up to 6 months. During the staking period, Purchaser will not have the ability to withdraw or transfer those Paycoins.

4.6 Volatility. During a staking period, the market value of locked Paycoins may fluctuate dramatically. The value of the deposited Paycoins after the staking period may be less than the value of the Paycoins before they were deposited.

4.7 No Guaranteed Return. Because proof-of-stake networks award new coins based on the size of a stake relative to other stakes, the Company cannot guarantee that the Prime Controller, and thus a HashStaker, will receive a portion of new Paycoins released during any staking period. Prime Controllers stake against other nodes. Third parties may control nodes that have much larger stakes than Prime Controllers and therefore receive a higher portion of new Paycoins.

4.8 Risk that Company Loses Control of Prime Controllers. Control of a Prime Controller is subject to a public bidding process. The highest bid controls the Prime Controller for the length of the staking round, at which point the bidding process restarts. Because the Company cannot guarantee that it will submit the highest bid for any Prime Controller, the number of HashStakers available during any staking round will fluctuate, and may be zero. There is no guarantee that, during any subsequent staking round, the Company will have control enough Prime Controllers to make a HashStaker available to Purchaser.

**5. Dispute Resolution.**

All disputes, controversies or claims arising out of, relating to, or in connection with the Terms, the breach thereof, or the Upgrade or Purchaser's subsequent use of a HashStaker shall be finally settled by confidential, binding arbitration in accordance with the American Arbitration Association's rules for arbitration of consumer-related disputes and you and Company hereby expressly waive trial by jury. The arbitration shall take place in New York, NY, in the English language and the arbitral decision may be enforced in any court. At your request, hearings may be conducted in person or by telephone and the arbitrator may provide for submitting and determining motions on briefs, without oral hearings. The prevailing party in any action or proceeding to enforce this agreement shall be entitled to costs and attorneys' fees. Additionally, you hereby waive your right to participate in a class action lawsuit or class-wide arbitration.

Prior to commencing arbitration, the parties have a duty to negotiate in good faith and attempt to resolve their dispute in a manner other than by submission to AAA arbitration.

**6. Entire Agreement**

These Terms, and the documents referenced herein, set forth the entire understanding between the Purchaser and Company with respect to the Upgrade. For facts relating to the Upgrade, the Purchaser agrees to rely on these Terms and documents referenced herein in determining whether or not participate in the Upgrade, and supersede any public statements about the Upgrade made by third parties or the Company or individuals associated with the Company, past and present.

© 2014 GAW MINERS LLC. All rights reserved

Published by [Google Drive](Google Drive) — [Report Abuse](Report Abuse)

# Exhibit A-34

```
                                                  <a id="unfollow-btn" href="#" class="btn btn-warning
btn-sm hide">Unfollow</a>
                                        </div>

                                        <hr/>
                                        <div class="text-center account-stats">
                                                <div class="inline-block text-center">
                                                        <span class="human-readable-number"
title="40">40</span>
                                                        <span class="account-bio-
label">Reputation</span>
                                                </div>
                                                <div class="inline-block text-center">
                                                        <span class="human-readable-number"
title="30">30</span>
                                                        <span class="account-bio-label">Posts</span>
                                                </div>
                                                <div class="inline-block text-center">
                                                        <span class="human-readable-number"
title="9">9</span>
                                                        <span class="account-bio-label">Profile
views</span>
                                                </div>
                                        </div>
                                </div>
                        </div>
                        <div class="panel panel-default">
                                <div class="panel-body text-center">



                                        <span class="account-bio-label">Followers</span>
                                        <span class="human-readable-number account-bio-value"
title="0">0</span>

                                        <span class="account-bio-label">Following</span>
                                        <span class="human-readable-number account-bio-value"
title="0">0</span>

                                        <span class="account-bio-label">Joined</span>
                                        <span class="timeago account-bio-value" title="2014-09-
06T11:28:52.378Z"></span>

                                        <span class="account-bio-label">Last Online</span>
                                        <span class="timeago account-bio-value" title="2015-03-
21T20:23:29.160Z"></span>


                                </div>
                        </div>
                </div>
                <div class="col-md-7 user-recent-posts" data-nextstart="10">
                        <div class="topic-row panel panel-default clearfix">
                                <div class="panel-heading">
                                        <h3 class="panel-title">Recent Posts</h3>
                                </div>
                                <div class="panel-body">

                                        <div class="user-post clearfix" data-pid="237627">
                                                <div class="content">
                                                        <p><p><a
href="https://zenminer.com/cloud/terms.html">https://zenminer.com/cloud/terms.html</a> :<br />
<em>&quot;You understand that Hashlets are virtual service units related to mining services, but are not
mining hardware. Hashlets earnings depend on the pool chosen and Payouts reflect respective Pool
```

Payouts. Selecting a Pool does not imply physically or electronically mining at the selected Pool. Rather, selecting a Pool determines a Payout corresponding to a calculation based on the selected Pool's payout (based on, for example, real-time Megahash/second/day calculations). A Hashlet is virtual software. &quot;</em></p>
<p>Noone is saying GAWminer is mining bitcoin, atleast not at the scale you are thinking.<br />
Where do they get their income from? Mining bitcoin/scrypt/scrypt-n, daytrading, private rentals, etc.</p>
</p>

                                                <p class="fade-out"></p>
                                        </div>
                                        <small>
                                                <span class="pull-right footer">
                                                        posted in <a href="/category/2/cloud-
mining"><i class="fa hidden"></i> Cloud Mining</a> <span class="timeago" title="2014-10-
16T09:09:40.670Z"></span> &bull;
                                                                <a href="/topic/11878/gaw-must-have-
massive-sha-datacenter/39">read more</a>
                                                </span>
                                        </small>
                                </div>
                                <hr/>
                                <div class="loading-indicator text-center hidden">
                                        <i class="fa fa-refresh fa-spin"></i>
                                </div>
                        </div>
                </div>
        </div>
        <br/>
        <div id="user-action-alert" class="alert alert-success hide"></div>
</div>
<input type="hidden" template-variable="yourid" value="0" />
<input type="hidden" template-variable="theirid" value="2388" />
<input type="hidden" template-type="boolean" template-variable="isFollowing" value="false" />
        </div><!--END container -->
        <div id="upload-picture-modal" class="modal fade" tabindex="-1" role="dialog" aria-
labelledby="Upload Picture" aria-hidden="true">
                <div class="modal-dialog">
                        <div class="modal-content">
                                <div class="modal-header">
                                        <button type="button" class="close" data-dismiss="modal" aria-
hidden="true">×</button>
                                        <h3 id="myModalLabel">Upload picture</h3>
                                </div>
                                <div class="modal-body">
                                        <form id="uploadForm" action="" method="post"
enctype="multipart/form-data">
                                                <div class="form-group">
                                                        <label for="userPhoto">Upload a picture</label>
                                                        <input type="file" id="userPhotoInput"
name="userPhoto">
                                                        <p class="help-block">You may only upload PNG,
JPG, or GIF files <span id="file-size-block" class="hide"> (max. <span id="upload-file-size"></span>
kbs.)</span></p>
                                                </div>
                                                <input type="hidden" id="params" name="params" />
                                        </form>
                                        <div id="upload-progress-box" class="progress progress-striped">
                                                <div id="upload-progress-bar" class="progress-bar progress-
bar-success" role="progressbar" aria-valuenow="0" aria-valuemin="0">
                                                        <span class="sr-only"> Success</span>
                                                </div>
                                        </div>
                                        <div id="alert-status" class="alert alert-info hide"></div>

# Exhibit A-35

**demonz**
Member
●●

Activity: 90
Merit: 10

◈ **Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
December 12, 2014, 02:30:42 PM                                                                                    #4868

Didn't see anyone bring this up. I recently looked at zenportals ToS. https://zenminer.com/cloud/terms.html Here's what I found.

**4. Certain Risks Associated with HashStakers**

*4.1 Risk of Regulatory Action. Cryptocurrencies have been the subject of regulatory scrutiny by various regulatory bodies, both in the United States and internationally. HashStakers could be impacted by one or more regulatory inquiries or actions, which could (i) impede or limit the Company's ability to continue to provide the HashStakers, or (ii) prevent the distribution, sale or use of Paycoin.*

"If we get looked at by SEC, dont get mad if we cant pay you"

*4.2 Risk of Theft. Hackers or other groups or organizations may attempt to steal Paycoins staked in Prime Controllers and HashStakers. To account for this risk, the Company has and will continue to implement comprehensive security precautions to safeguard Prime Controllers and HashStakers.*

How kind of you! Isn't that why we are paying you to host our hardware in the first place?

*4.3 Risk that Paycoin May Never be Completed or Released. Purchaser understands that, while the Company will make reasonable efforts to complete the Paycoin software, it is possible that an official completed version of Paycoin may not be released and there may never be an operational Paycoin, Prime Controller, or HashStaker.*

WTF?? Really? Ponzi Complete. Commencing Exit Strategy.

*4.4 Paycoins May Have No Value. Paycoin is a new cryptocurrency and its value is determined by supply and demand. At any point after its release, it is possible that the market price of a Paycoin may be zero. Because the value of Paycoin may be zero, the value of a stake, in Paycoins, from a HashStaker may also be zero.*
Zero huh? What about 20$ and fiat reserves for the floor?

*4.5 No Liquidity. Because HashStakers and Prime Controllers are staking wallets, the Paycoins deposited at a HashStaker address will be locked for a length of time, which may be up to 6 months. During the staking period, Purchaser will not have the ability to withdraw or transfer those Paycoins.*

This to me is total crap! How can they be allowed to do this? Why don't they allow early withdrawl with a penalty or something?

*4.6 Volatility. During a staking period, the market value of locked Paycoins may fluctuate dramatically. The value of the deposited Paycoins after the staking period may be less than the value of the Paycoins before they were deposited.*

Makes sense... yet this simple fact is not understood by the community @ HT.

*4.7 No Guaranteed Return. Because proof-of-stake networks award new coins based on the size of a stake relative to other stakes, the Company cannot guarantee that the Prime Controller, and thus a HashStaker, will receive a portion of new Paycoins released during any staking period. Prime Controllers stake against other nodes. Third parties may control nodes that have much larger stakes than Prime Controllers and therefore receive a higher portion of new Paycoins.*

Decided now was the time to remove "always profitable" ? Maybe this is proof they aren't a ponzi 😊

**TLDR**; Very sketchy ToS that I dont think many people read but it gives us a glimpse of how GAW is currently being run

# Exhibit A-36

Page 1

1

2                UNITED STATES DISTRICT COURT

3              FOR THE DISTRICT OF CONNECTICUT

4                  CASE 3:16-CV-00940

5    ---------------------------------------------x

6    DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN

7    SHINNERS, and JASON VARGAS, INDIVIDUALLY and on

8    Behalf of All Others Similarly Situated,

9                          Plaintiffs,

10        v.

11   STUART A. FRASER, GAW MINERS, LLC, and ZENMINER,

12   LLC, (d/b/a ZEN CLOUD),

13                          Defendants.

14   ---------------------------------------------x

15

16    VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS

17               New York, New York

18             Wednesday, July 25, 2018

19

20

21   Reported by:

22   Amy A. Rivera, CSR, RPR, CLR

23   JOB NO. 144960

24

25

DEAN ALLEN SHINNERS

1
2      Q.   Okay.  You don't have a business
3  partner in your business, right?
4      A.   No.  Not physically in the business,
5  no.
6      Q.   You have a business partner somewhere
7  outside the business?
8      A.   I have business associates, yes.
9      Q.   Is there anyone partnered in
10 Picard-Crochet & Associates, Inc.?
11     A.   No.  I own the company a hundred
12 percent.
13     Q.   Okay.  Do you have other businesses
14 beside that business?
15     A.   Not at the moment, no.
16     Q.   Did you have them in 2014 or 2015?
17     A.   No -- 2015, later, later in the year,
18 yes.
19     Q.   What business was that?
20     A.   Instant Audit.  It was supposed to be
21 the online automated version of what I do for big
22 corporations but for small business.
23     Q.   And what -- is that business still
24 around, Instant Audit?
25     A.   No, because the programming couldn't

DEAN ALLEN SHINNERS

1
2  be accomplished.  It was -- it's -- it was a
3  different approach to automate that other
4  companies had tried in the past but failed to
5  accomplish.
6      Q.   Did you ever hear of a company called
7  "BitLend," B-I-T-L-E-N-D?
8      A.   That was in 2016.
9      Q.   Oh.  And is BitLend your company?
10     A.   It's a bunch -- it was a bunch of us.
11          I shouldn't say, "a bunch."  It was
12 five or six people total at the time.
13     Q.   What was BitLend?
14     A.   BitLend was online, a peer-to-peer
15 lending platform, like Lending Tree.  I think
16 they're -- I think Lending Tree is the same way.
17     Q.   And what was your role with respect to
18 BitLend?
19     A.   I was the CEO, but I was also the CFO.
20          So any of the loan parameters, like
21 the interest rates based off the creditworthiness,
22 and such, that was my oversight, as well as due
23 diligence and antifraud.
24     Q.   Where was BitLend registered?
25     A.   It was never a fully registered

DEAN ALLEN SHINNERS

1
2  company.  We spent most of the time developing it,
3  and then we had opened a beta site to see -- to
4  debug the software that was developed, and then
5  shortly after that, I decided to shut it down.
6      Q.   What -- what -- what was your
7  ownership stake in BitLend?
8      A.   I can't remember.  I think we divvied
9  it up pretty evenly, actually.  I want to say
10 12 percent.
11     Q.   Who -- who were your other partners?
12     A.   Adam Matlack had a percentage.  I'm
13 trying to remember this other guy's name,
14 Richard -- the other guy's name was Richard.  I
15 can't remember his last name.  Joe Mordica had a
16 percentage in it, because he was the programmer.
17 And then Jason Sponaugle had a percentage because
18 he was also a programmer.
19     Q.   Did Madeline Eden work at BitLend?
20     A.   Nobody worked there, but no, he was
21 not involved with BitLend.
22     Q.   Okay.  Who besides Joe Mordica and
23 Jason Sponaugle and Adam Matlack and yourself had
24 ownership interests?
25     A.   Richard.  I'm -- I'm trying to

DEAN ALLEN SHINNERS

1
2  remember his last name, but it's not coming to me
3  right now.
4      Q.   Okay.  Was Richard a former employee
5  of GAW Miners?
6      A.   Not that I'm aware of.
7      Q.   Was Jason?
8      A.   Not that I'm aware of.
9      Q.   Was Joe Mordica?
10     A.   Joe Mordica was.  He had quit in 2014,
11 I think, December 2014.
12     Q.   And -- and did BitLend have any
13 connection with the United Arab Emirates?
14     A.   No.
15     Q.   Any connection with Dubai?
16     A.   What's that?
17     Q.   Dubai?
18     A.   What about Dubai?
19     Q.   Did BitLend have any connection with
20 Dubai?
21     A.   Had no connection with any country,
22 actually.  It was an international platform, so
23 anybody that wanted to lend Bitcoin or borrow
24 Bitcoin, they would come there.
25          So I mean, there could have been some,

Page 190

DEAN ALLEN SHINNERS

1
2  of the marketplace, their -- the commission
3  structure had changed.
4          So you couldn't -- there was a point
5  in time -- after people were certain that
6  something bad was about to happen, there was a
7  point in time when the market wasn't even open.
8  So you couldn't even sell anything, and people
9  started going privately.  They tried to do it
10 privately, but GAW Miners back in October of 2014
11 had stated that they would no longer support
12 private sales, private sales between two
13 individuals, where before they had.
14         So people really had no avenue at that
15 time.
16     Q.   Your -- your last purchase of a GAW
17 Miners product was in early December 2014, and
18 your first -- beginning of your unloading was
19 in -- in February of 2015?
20         MR. WATTERSON:  Object to the form.
21     You can answer.
22     Q.   Does that seem right to you?
23     A.   No.
24     Q.   We can --
25     A.   No, not at all, actually.  That's all

Page 191

DEAN ALLEN SHINNERS

1
2  messed up.
3      Q.   All right.  We can look at the
4  document a little bit later on.
5      A.   Yeah.
6      Q.   And -- and what was the -- what was
7  the event, if any, that finally made you say,
8  look, I've hung around holding these products long
9  enough, I'm going to start selling out?
10     A.   What was the event?
11         Late December, after the first of the
12 year in January of 2015, so late December 2014,
13 early January of 2015, when PayBase was unveiled
14 and it turned out to be nothing more than an
15 online wallet.  That was the main -- that was the
16 main catalyst.
17         MR. WEINER:  Let's mark as the next
18     exhibit, it's 108, a document --
19     Q.   We covered the pages in the e-mail
20 from you dated December 20, 2017, to Ines
21 Cenatiempo and Mark Munster of the FBI.
22         Why don't you take a look at it.
23         MR. WEINER:  And attached is something
24     described as a "Victim's Impact Statement."
25         (Exhibit 108, e-mail, with attachment,

Page 192

DEAN ALLEN SHINNERS

1
2      dated December 20, 2017, bearing Bates Nos.
3      GAW1022853 through GAW10228757, was marked
4      for identification at this time.)
5  BY MR. WEINER:
6      Q.   My first question is about the cover
7  note to 108 -- the cover e-mail from you on
8  December 20th, 2017.
9          Who -- who is Ines Cenatiempo?
10     A.   I'm not even going to try to pronounce
11 the name.
12     Q.   I'm sure I'm mispronouncing it.
13     A.   It's Ines -- or Ines, Ines, actually,
14 and Mark Munster is the -- well,
15 it's the -- she's either with the DOJ or the -- or
16 the FBI.
17         I'm not sure where the victims'
18 advocates actually are.  I never really asked.
19         So what -- what was the question?
20     Q.   So my next -- that was -- that was the
21 question.
22     A.   That was the question.
23     Q.   My next question is:  Is this victim's
24 impact statement that's attached as the pages
25 of -- of 108 is that something that you were asked

Page 193

DEAN ALLEN SHINNERS

1
2  to provide or you volunteered to provide?
3      A.   Everybody was asked to provide one.
4  Anybody that -- that came off of my list where
5  they were contactable of -- meaning my
6  spreadsheet.
7      Q.   Okay.  And -- and am I right that --
8  that the victim's impact statement that appears
9  as -- now, I'm looking at the production numbers
10 in the lower right-hand corner -- GAW1022853
11 through 10228757, that's something that you wrote?
12     A.   It would be -- yes, it's definitely
13 something that I had written, provided this has
14 not been changed.  And this seems to be an
15 appendix to this.
16     Q.   All right.  When you --
17     A.   Oh, yeah, this is mine.
18     Q.   Your cover note says, there are three
19 things, and I'm asking -- asking about the -- the
20 one that's headed:  "Your Honor, I'm writing this
21 victim's impact statement in reference to the
22 sentencing of Homero Joshua Garza."
23         Do you see that?
24     A.   What page are you on?
25     Q.   It's page GAW1022853.

Page 222

DEAN ALLEN SHINNERS

1
2    A.   Actually, the -- he's remarking about
3    international business and monetary policy posts
4    that I made in the economic section of Hash Talk,
5    is what he's referring to.
6          There was never a post from me
7    stating -- you know, trying to support Paycoin as
8    the only method of international business
9    commerce.
10    Q.   But in this e-mail, in the first --
11    the first -- we're on the first one page of
12    page 109 --
13    A.   Yes.
14    Q.   -- you see that -- you see a problem
15    with Bitcoin, and you contrast that with Paycoin.
16    A.   Right.
17    Q.   You think Paycoin is better because it
18    has pricing floor -- floor, and that's what you
19    tell Mr. Birdwell, right?
20    A.   Yes, with the underlying part -- with
21    the underlying part that there is a support
22    floor --
23    Q.   Right.
24    A.   -- because at the time, that's the way
25    it was promoted, although Paycoin was not released

Page 223

DEAN ALLEN SHINNERS

1
2    at this -- at this date, at this point in time
3    yet.  Paycoin itself was not.
4          MR. WEINER:  You can set that aside.
5    Let's mark this as 110?
6          THE WITNESS:  Are we done with this
7    one?
8          MR. WEINER:  Yes.
9          THE WITNESS:  Okay.
10          MR. WEINER:  Just pile them up in
11    front of you.
12          (Exhibit 110, table, was marked for
13    identification at this time.)
14          MR. WEINER:  Exhibit 110 is a table of
15    purchases or investments of cryptocurrency
16    other than GAW cryptocurrency products
17    between January 1st, 2013 and June 30th,
18    2015.
19    BY MR. WEINER:
20    Q.   And I'll represent to you this is the
21    page that your counsel produced as listing your
22    purchases of or investments in such non-GAW
23    cryptocurrencies.
24          Fair enough?
25    A.   This would be correct.

Page 224

DEAN ALLEN SHINNERS

1
2    Q.   Right.  And that's the question:  When
3    you look at that and see, does that correctly
4    reflect your purchases of or investments in any
5    cryptocurrency or related investment other than
6    GAW products during that time period, January 2013
7    to June 30, 2015?
8    A.   I will clarify that as the -- the
9    Bitcoin that was purchased here was during the GAW
10    period, and that was the only time I actually
11    purchased Bitcoin was for GAW.
12          So although these are not investments
13    in GAW products specifically, they are
14    investments -- or not necessarily investments,
15    they are acquisition of Bitcoin that was sent to
16    Zen Cloud to purchase Hashlets.
17    Q.   And it's -- some of these were on your
18    list, Exhibit 110, started in March of 2015.  That
19    was after your -- had washed your hands of GAW
20    Miners, right?
21    A.   Correct.  But the request that you
22    guys had sent through said all non-GAW products --
23    Q.   Right?
24    A.   -- so this is how I responded.
25    Q.   Okay.  So these are all non-GAW

Page 225

DEAN ALLEN SHINNERS

1
2    products, even though you said some of the Bitcoin
3    during the GAW period was related to your
4    investments in GAW products?
5    A.   Exactly.
6    Q.   Okay.  For the last two entries on the
7    second page, what is KnC Titan and GPU Mining Rig?
8    A.   We spoke about the GPU Mining Rig
9    earlier, and this would be the mining rig I had
10    when he was hardware mining before I even got
11    involved with GAW.
12    Q.   So this is the hardware that you
13    bought -- mining hardware -- prior to getting
14    involved with GAW?
15    A.   Exactly.
16    Q.   From -- from whom did you buy it?
17    A.   Well, GPU's, their -- their graphics
18    processing cards are -- I think most of them were
19    from AMD, probably got them on -- some of them on
20    eBay, because you can get them cheaper there more
21    often than not.
22          The mining rig structure itself I got
23    from a third party that makes them.
24          The motherboard, I can't tell you
25    where I got the motherboard for.

Page 226

DEAN ALLEN SHINNERS

1
2    I mean, it's just like building a
3    computer, right?  So the -- the parts came from
4    far and wide.
5        Q.   And you said you had started
6    cryptomining in 2013 --
7        A.   '13.
8        Q.   -- and that's reflected by the
9    purchase of this GPU Mining Rig in --
10       A.   Correct.
11       Q.   -- February 2013, correct?
12       A.   Correct.
13       Q.   What -- what's KnC Titan?
14       A.   The name of the company is KnC.  This
15   is a -- a -- the Titan is a script mining hardware
16   that they produced.
17          Garza went head -- you know, head to
18   head with KnC because they delayed the delivery of
19   the Titans.  It was the first major ASIC mining
20   hardware for all coin, which would be Litecoin and
21   Dogecoin, and have you.
22          But I bought this long after the thing
23   had been released.  In other words, I bought it on
24   eBay, so -- at a significant discount.
25       Q.   Are you still mining cryptocurrency

Page 227

DEAN ALLEN SHINNERS

1
2    these days, not -- not as we sit here, but
3    generally speaking?
4        A.   Well, sometimes maybe as we're sitting
5    here, but no, not at the moment, because the
6    profitability is sitting at zero.  In other words,
7    it would behoove me to just take the electrical
8    costs, the money that would go towards the
9    electrical bill, and just go buy the currency at
10   this point instead of trying to mine it.
11          But that's changing here probably in
12   the next day or two, so...
13       Q.   In which direction?
14       A.   To switch them back on.
15       Q.   You have to be physically home in Ohio
16   to switch the mining equipment back on, or can you
17   do it remotely?
18       A.   For me, the current situation is that
19   I would have to physically be there, but I'm
20   getting to that point where I can remotely manage
21   it, because I plan to move, so -- to another
22   country here eventually.
23       Q.   Is that your plan, to move to
24   Germany -- to relocate to Germany?
25       A.   Exactly.

Page 228

DEAN ALLEN SHINNERS

1
2        Q.   What's the time frame on that?
3        A.   Sometime next year, I suppose.  I'm
4    going over next month for job interviews and such.
5        Q.   Any particular industry you're
6    targeting?
7        A.   They're in -- it's Merck, but it's not
8    the Merck that most people associate with, and
9    they've been around for 200 years and they're into
10   all sorts of different things, so...
11       Q.   That's Merck KGa?
12       A.   Yeah.
13          And they -- they have a -- a big think
14   tank and they have an entrepreneurship development
15   program.  It's internal to the company with
16   several hundred people in it, and that's where
17   they think that I might be the best fit, so...
18       Q.   And you're going over there to take
19   that position or to interview for that spot?
20       A.   I'm going over there to informally
21   speak to them.  Also, to -- for medical reasons.
22       Q.   Okay.  Let's look at the next exhibit,
23   which would be 111.
24          (Exhibit 111, e-mail, with attachment,
25          dated November 11, 2014, was marked for

Page 229

DEAN ALLEN SHINNERS

1
2    identification at this time.)
3    BY MR. WEINER:
4        Q.   Now, Exhibit 111 is e-mail from you to
5    someone named josh@gaw.com.
6          That's Josh Garza, right?
7        A.   I -- I believe so.
8        Q.   Right.  And -- and it's headed -- it's
9    dated November 11th, 2014, and the subject line
10   is, "Edited text 'decision to mine,'" from
11   Allen1980s.
12          Do you see that?
13       A.   Yes.
14       Q.   And you say -- you tell Mr. Garza on
15   November 11th, 2014 that you're still -- it says:
16   "Still working on the resume to send."
17          That's your resume, right?
18       A.   Correct.
19       Q.   And it says:  "In the meantime, I've
20   edited your post, attached, posted as decision to
21   mine."
22          And then the next few pages of the
23   exhibit are the posts to Hash Talk that -- from
24   Mr. Garza that you edited, correct?
25       A.   Correct.

# Exhibit A-37



   



**SPONSORED POSTS**

 NeuronX –
How Neural
Networks
Help
Cryptotraders

November 9, 2018

Introducing
Ethermium: A
New DEX
Cryptocurrency
Exchange

November 7, 2018

# What is GAW miners?

In simple terms GAW miners is a cloud mining company. It offers

"hashlets" which are digital cloud miners. They are available in 1 MH/s (Scrypt) or 10 GH/s (SHA256) slices and do not have an expiration date. They also sell hashstakers which is "the word's first cloud staking wallet". For coins using Proof of Share it allows for the staking of these coins in the cloud. Currently they are being investigated by the SEC for their questionable business model and their operations.

# The problem

First and foremost lets discuss what the hashlets actually are. Hashlets are simple ASIC miners just like the ones sold by the now bankrupt Butterfly Labs. On the website GAW miners advertises the hashlets for the following prices:





## Block Ventures Announces Launch of Tokens and Securities Listing Platform

November 7, 2018



## TriForce Tokens Announces Launch of Steam Game and Final Token Sale

November 5, 2018



## Bitcoin: "a Major Move Is Likely to Occur," Says, Economic Analyst

November 2, 2018



The Brightest Design Minds Were Put To Work To Create Harmony With Eco Design
Ad By Delta Faucet

See More


Ad



1 Stock for the Marijuana Boom - Like Buying Amazon at $3.19
fool.com



Rememeber these are only available on the cloud and will not be shipped to you. They are also obviously out of stock because of the raging demand (cough cough). Furthermore, apparently you can buy them on Amazon except instead of the advertised $10/Mhs or $6.95/Mh you can get them for a whopping $109.99. For that price you can get 1.3Mhs of Scrypt mining power. But look! right next to it is our beloved Gridseed ASIC miner which offers  340 KH/s on Litecoin/Scrypt only, using just 5-7 watts of electric! So if you buy 5 Gridseeds you will be able to mine 5*340 = 1.7Mhs of scrypt mining which is a much better deal.





GAW Miners Fury 1.3 Mh/s Asic Scrypt Miner
$109.99 new (1 offer)
$100.99 used (1 offer)
★★★★★ ▾ 7

Gridseed ASIC Miner for Litecoin and Bitcoin Mining
$185.99 new (3 offers)
$17.99 used (9 offers)
★★★★☆ ▾ 33

Going back to our hashlets, at this point I am going to give GAW the benefit of the doubt and assume that they are just selling mining power coming from their mining warehouse. That is all good and dandy but the only problem is the business model does not make sense. Let us go over what is actually happening.

Lets say that GAW miners has a warehouse running 100Mhs of Scrypt power. Now, GAW can either use it's mining power to mine on a multipool that mines the most profitable coin OR sell "hashlets" to

PRESS RELEASES



**Raido Financial – Redefining the Cryptocurrency Wallet**

November 13, 2018



**Massive Sexstortion Scam Linked to Bitcoin Laundry Site Bitblender.io**

November 13, 2018



**Rate3 Bridges Enterprises With Blockchain's Benefits Through Asset Tokenization**

November 12, 2018



**CoTrader – Enabling Investors and**

## Traders to Mutually Benefit from One Another

November 12, 2018



## Tokenization of Real Estate – The SWINCA Solution

November 12, 2018



customers for a premium and make more than mining a random altcoin. The problem is that the mining network is so big that the profits are only slightly above the electricity cost, so mining is only profitable for large scale operations located in areas where electicity cost is below average. Those sheep that buy single hashlets will never make their ROI simply because the amount of mining power they rented is not enough to make profit before the next difficulty increase/ before the next generation ASIC comes out. GAW miners will trick you to buy hashlets and even give you free hahspoints or mining power in order to give you an illusion that you are making money from mining. I personally mined back in the day and even then I never broke ROI. The math might make sense now and will look like you are going to be generating massive ROI on your investment, but the truth of the matter is if it was as simple to make money as to buy a hashlet and let it sit there then everybody would do it.

Let me be clear, I am NOT saying that mining is obsolete and is not profitable. There is a way to make money through mining but it requires risk and is a gamble. The most realistic way to make money from mining is to gamble on new altcoins and either mine then when they just come out on bitcointalk.org (altcoin section) OR gamble on already existing altcoins which have a feature coming up or are running a PR campaign. Customers should be aware of that risk before investing their coins into buying a virutal miner which will never break ROI if you use a simple multipool.

Another great point made by a fellow redditor is the following:

> *The issue here isn't that the ROI makes them suspect – or even that their Paycoin's ICO is a bad sign.*
>
> *It's that they don't actually sell you anything – The Hashlet you purchase isn't a "share in a mining farm" – as their own T&Cs state it uses no electricity. Its a "virtual miner" – in that its a concept that acts as if its mining (at least to the end user).*

Next, Paycoin, oh lawd. Paycoin is just another altcoin, there is no real innovation its just branded by GAW miners to attract more buyers. I will

not go in depth about all the false statements that Josh Garza has made because apparently his company's legal firm is taking action against anybody who says anything bad about GAW miners. Here is the letter sent to coinfire who wrote an article about Garza's false claims.

> In the meantime, GAW demands that Coin Fire immediately cease and desist from disseminating suchgrossly false and misleading information by removing the article from its website. Although GAW is afirm believer in free speech and a free press, Coin Fire has crossed the line with this article, and anyonein GAW's position would understandably make similar demands.

If you want to read more about Mr Garza's lies please checkout this article

# Why paycoin is a scam

Paycoin was launched by GAW miners with an ICO (initial coin offering) which is the first sign of an elaborate scam, those of you form bitcointalk.org know what I am talking about. Secondly, the currency was launched in order to make GAW's mining operation more profitable since now instead of mining random altcoins them and their customers can mine their own coin – Paycoin. It is only a matter of time before GAW miners trades paycoin to bitcoin and leaves it's customers with nothing. If you are looking for a cloud mining company do not waste your time with GAW miners, checkout leaserigs.net which offers better rates, freedom to use any mining pool you want, and a transparent operation where you can see that you are renting actual mining hardware from fellow miners. After all, bitcoin is a decentralized currency and cloud mining companies only make it more profitable to mine for the big centralized corporations, do you want another BFL or MtGox to taint bitcoin's reputation. Stay as far away from GAW miners as possible it is not worth the risk.

Furhtermore, GAW miners also sell hashstakers which mine POS – proof of scam – oops I mean proof of share coins. Those apparently are the worlds first online staking wallet. That is simply ridiculous, you do not

need any hardware to stake coins all you need is a staking wallet which all POS altcoins already have. It is ridiculous how they take advantage of unknowing customers.

# Disclaimer

The above is my personal opinion which is protected under the first amendment, in the case that GAW miners tried to take down this post because it exposes their elaborate scam. For those of you in support of GAW miners I apologize for my no bullshit approach to their operation but I am sick and tired of all the scams which happen with cloud mining companies, somebody needs to step up and say enough!

If you liked this article follow us on twitter @themerklenews and don't forget to subscribe to our newsletter.

**TRENDING**                                    **ADS**



**32 Embarrassing Photos That, You Need To Look At**

90s Kids Only



**Stop Wasting Money - This App Applies Every Coupon on**

Honey



**Do This Immediately to Remove Nail Fungus (Try It)**

Fungus Clean







# Exhibit A-38

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS    Document 107-1    Filed 11/19/18    Page 187 of 604



**Bitcoin Forum**    *simple machines forum*

November 19, 2018, 08:11:25 PM

Welcome, **Guest**. Please login or register.

News: Latest Bitcoin Core release: 0.17.0 [Torrent].

HOME   HELP   SEARCH   LOGIN   REGISTER   MORE

Bitcoin Forum > Economy > Marketplace > Service Discussion (Moderators: Cyrus, hilariousandco) > **GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**

« previous topic
next topic »

Pages: [**1**] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 ... 223 »

print

| Author | Topic: GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)  (Read 261585 times) |

**suchmoon**
Legendary



Activity: 1764
Merit: 1944

poor and pathetic
mr self important
high horseman



**GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 01, 2014, 07:31:41 PM

#1



# THIS THREAD IS LOCKED. PLEASE CONTINUE HERE:

https://bitcointalk.org/index.php?topic=857670

September 6, 2014

Let me start with a disclaimer: I'm not particularly fond of GAW and its business practices and that is well documented around here. Feel free to take what I have to say with your daily dose of sodium.

With that out of the way, let's take a look at GAW's main product: The Hashlet.

**Hashlet as it's marketed**

Hashlet is a "Digital Cloud Miner". It is sold as an amount of hashrate, available in 1 MH/s (Scrypt) or 10 GH/s (SHA256) slices. It does not have an expiration date. There is a daily maintenance cost of 0.08 USD (as of  September 6, 2014) per single slice, which GAW claims will go down in the future to ensure hashlet's continuing profitability.

Hashlet is "datacenter optimized" and can only be hosted in GAW's own ZenCloud service. It can not be redeemed for physical hardware or returned for a refund. A marketplace to trade with other hashlet owners may be available in the future.

Hashlets are sold in several flavors, including HashletGenesis (SHA256), HashletPrime (switchable between Scrypt and SHA256, with up to a 1:40000 hashrate ratio), and various pool-branded Scrypt versions of Hashlet Solo. HashletPrime and ZenHashlet Solo have access to ZenPool, "World's Most Profitable Pool", which earns 50%+ more than any other Scrypt pool.

Hashlet's initial price was $16 per single 1 MH/s slice, which later became HashletPrime and now costs ~~$40~~ $50. Hashlet marketing has shifted significantly since its

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 188 of 604

announcement. Initial claims of "incapable of negative ROIs" and "always make money" (giving title to this thread) have been changed to "obsolete proof", "depreciating costs" etc.

After hashlet's announcement on August 16, 2014 many questions arised as to how it works, how does it achieve its profitability, or does it even exist and in what form. Some questions have been answered, some have lost their relevance, and some others still remain unanswered.

**Questions and some answers**

**1) Q: Does the hashlet exist? A: Yes and no.**

The hashlet almost certainly does not exist as a hardware device depicted on GAW's website. It may exist as a slice of a larger hardware device. It does exist as an investment vehicle that produces daily payouts, however the source of these payouts is not fully known.

https://bitcointalk.org/index.php?topic=720844.msg8605520#msg8605520 (ZenMiner TOS)

> Quote
>
> You understand that Hashlets are virtual service units related to mining services, but are not mining hardware.
> [...]
> A Hashlet is virtual software.

**2) Q: How does ZenPool achieve its Scrypt profitability? A: Unknown.**

Suggested possibilities include supplemental sources of income such as mining Scrypt-N, daytrading, and private rentals, confirmed in e-mails between some forum members and GAW CEO.
https://bitcointalk.org/index.php?topic=720844.msg8601489#msg8601489
https://bitcointalk.org/index.php?topic=720844.msg8587832#msg8587832

**3) Q: Can we see the hashrate produced by hashlets or otherwise verify that GAW posesses mining capacity equivalent to the amount of hashlets sold? A: No.**

GAW does not publish ZenPool's total hashrate anymore. Last known number was 250 GH/s (Scrypt) of August 25, 2014 and has most likely grown since then. That is 1/3 of LTC hashrate and about twice the hashrate of all other Scrypt coins combined.

If 250 GH/s of Scrypt hashrate is converted to SHA256 at the 1:40000 ratio it would result in 10 PH/s, about 5% of Bitcoin network. Neither Scrypt nor SHA256 mining has been confirmed by GAW, e.g. by publishing mined blocks.

**4) Q: Do hashlets mine on any pools other than GAW's own ZenPool? A: No, at least not for Scrypt. Unknown for SHA256.**

https://bitcointalk.org/index.php?topic=720844.msg8533761#msg8533761
https://bitcointalk.org/index.php?topic=720844.msg8605520#msg8605520 (ZenMiner TOS)

> Quote
>
> Selecting a Pool does not imply physically or electronically mining at the selected Pool. Rather, selecting a Pool determines a Payout corresponding to a calculation based on the selected Pool's payout (based on, for example, real-time Megahash/second/day calculations). A Hashlet is virtual software. You will receive Payouts according to the Pool with with the Hashlet is associated. You expressly understand the the Company's sole obligation to You is to Provide a Payout based on the Pool you choose.

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 189 of 604

It is unclear why GAW chose to brand Hashlet Solo with pool names if it is not actually mining on those pools.

**5) Q: Will the hashlets achieve 100%+ ROI? A: Unknown.**

Early hashlet purchasers at $16 are likely to achieve full ROI due to the superior ZenPool profitability. It is much less certain at the current price of $40 for HashletPrime. Hashlet Solo costs between $16 and $22. Daily maintenance fees are about 25% of earnings for HashletPrime/ZenHashlet and and about 50% for other Hashlet Solos as of September 6, 2014. It has been promised by GAW that maintenance fees will decrease over time to sustain profitability, however further details are not available.

SHA256 hashlets at $10 per 10 GH/s and $0.02 daily maintenance fee would need BTC difficulty increases to average ~5% to achieve 100% ROI and at 5% it would take ~280 days. This is similar to other cloud mining services such as Bitmain's UMISOO: ~260 days at 5% (UMISOO has lower initial costs and higher maintenance fees than hashlet).

Such a low BTC difficulty increase over the next ~9 months is highly unlikely, so ROI of SHA256 hashlets will depend mostly on the promised reduction of maintenance fees.

**6) Q: ZenPool pays an 11% interest on customers' BTC balances in the form of HashPoints, which can be later redeemed for hashlets. How are customers' funds being used and secured? A: Unknown.**

The are no deposit or investment risk disclosures. There is no mention of HashPoints in ZenMiner Terms of Service (TOS).

**7) Is the Vaultbreaker, GAW's 750 MH/s "Titan killer", still on track to be delivered in Q3/Q4 of 2014? A: Unknown.**

Despite the delays suffered by Flower Tech and Ensilica, GAW's rumored partners in Vaultbreaker production, GAW still insists the device is on time. However there were substantial incentives for Vaultbreaker Batch 1 buyers to convert their purchases into Hashlets and similar incentives are expected for Batch 2. Some buyers and observers have speculated that the hashlet may be a funding source for Vaultbreaker development. https://cryptocointalk.com/topic/14763-hashlets/?p=126748

---

This is the 4th version of this post. Older versions can be found below in their entirety.

**Previous versions of this post**

Quote from: Edit: August 26, 2014

Let me start with a disclaimer: I'm not particularly fond of GAW and its business practices and that is well documented around here. Feel free to take what I have to say with your daily dose of sodium.

With that out of the way, let's take a look at one of GAW's latest endeavors: The Hashlet.

The marketing blurb claims that the Hashlet is a Digital Cloud Miner that will always remain profitable. Promised future enhancements include changeable algorithms, currently only Scrypt is supported.

Major unanswered questions about the Hashlet:

1) Hashlet has exclusive use of ZenPool, "World's Most Profitable Pool" according to GAW. Nothing is know about this pool, except some hints that GAW have been acquiring mining pools and hash rental services. However ZenPool provides profitability that is 50%+ above any other Scrypt pool: ~0.00073 BTC per MH/s per day as of August 25, 2014, compared to ~0.00043 BTC per MH/s per day on WafflePool, the best paying Scrypt pool at the time. ZenPool payouts exceed even rental services where prices top out at ~0.00060 BTC per MH/s per day. **Question: how does ZenPool achieve its profitability?**

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 190 of 604

2) As of August 25, 2014 ZenPool hashrate was in excess of 250 GH/s. That is 1/3 of LTC hashrate and about twice the hashrate of all other Scrypt coins combined. Considering that LTC profitability is around 0.00038 BTC per MH/s per day and ZenPool pays nearly twice that, the only plausible option to sustain the payouts would be for ZenPool to mine twice as much LTC as it's advertised hashrate, i.e. 500 GH/s. However that would mean 2/3 of LTC network hashrate belongs to GAW and there is no evidence to support that. **Question: where is ZenPool's hashrate?**

3) GAW/Zen is paying an 11% annual interest rate in the form of Hashpoints (can be redeemed for Hashlets) on all BTC balances held by customers on the cloud mining site. This includes not only balances accrued through mining but also BTC transfered by customers into their Zen accounts from elsewhere. There is no information available on how these balances are secured or what is the intended purpose of this incentive. **Question: How are customers' funds being used and secured?**

Other questions:

1) Admins/owners of mining pools (TMB, CoinKing, Multipool.us, etc) have repeatedly asked GAW/Zen to explain the apparent lack of GAW/Zen hashrate on their pools when customers choose to use one of those pools. This has been rendered mostly obsolete by ZenPool being the obvious choice for Hashlets, as well as the statements below. However this was never addressed or observed directly, for example there was no significant decrease in hashrate on any of non-GAW pools after GAW announced they will only mine on their own pools.
https://hashtalk.org/t/questions-you-have/6487/67
Quote
> When a miner switches pools, depending on a few factors, our controller will often switch the user to a different physical miner that is already mining to the pool they select. So in other words, there is X amount of hash mining to all pools, all the time.

https://hashtalk.org/t/zencloud-pool-announcement/8136
Quote
> After careful review, we've decided pointing our hashing power to these pools is counterproductive for our goal of promoting stability in this industry. Instead, we will be sending our hashing power to our own private pools, but keeping your payouts 100% based on the pool you select. This effectively gives you access to your favorite pools, but now with nearly perfect uptime.

2) Is the Hashlet its own hardware device? A plausible theory would be that the Hashlet is a 1 MH/s "slice" of existing Scrypt hardware, e.g. Zeus or Innosilicon. GAW insists it owns "proprietary hashlet hardware", which raises the question how this hardware could have been developed and produced given the timelines and other constraints. There is also a promise of future "changeable algorithms", which would imply hardware far more advanced than any other vendor has been able to produce.

3) Is the Vaultbreaker, GAW's 750 MH/s "Titan killer", still on track to be delivered in Q3/Q4 of 2014? Despite the delays suffered by Flower Tech and Ensilica, GAW's rumored partners in Vaultbreaker development, GAW still insists the device is on time. However there are substantial incentives for Vaultbreaker buyers to convert their purchases into Hashlets.

Quote from: Edit: August 15, 2014

Let me start with a disclaimer: I'm not particularly fond of GAW and its business practices and that is well documented around here. Feel free to take what I have to say with your daily dose of sodium.

With that out of the way, let's take a look at one of GAW's latest endeavors: The Hashlet.

This is its announcement on Hashtalk forum: https://hashtalk.org/t/mining-has-finally-evolved/6125

If that doesn't raise any red flags then I don't know what would. Some memorable quotes:

Quote
> A Hashet is capable of things no physical miner or virtual miner could ever be! Simply put, a Hashlet is a **Digital Cloud Miner that keeps getting better**

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS    Document 107-1    Filed 11/19/18    Page 191 of 604

> **Quote**
>
> We've produced a miner **incapable of negative ROIs** because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then you make, and they will **always make money**.

> **Quote**
>
> Hashlets will be the only miners that will be able to mine to the new ZenPool, the **Most Profitable Pool in the World** [...] that can deliver **payouts almost twice as high** as the top pools today!

> **Quote**
>
> Hashlets are **upgradeable**. How can a digital miner be upgradeable? Simple, **because its digital and we built it**

Originally this post started as an analysis of ZenCloud service, one of the components of the Hashlet infrastructure. Since then GAW have acquired ZenCloud from its owner/founder and merged it with other parts of their business as described above. Below is the original post in full. Some parts of it no longer apply, since the Hashlet does not have a physical delivery option and it's explicitly stated it WILL ALWAYS MAKE MONEY.

> **Quote from: The original post of this thread August 1, 2014**
>
> Let me start with a disclaimer: I'm not particularly fond of GAW and its business practices and that is well documented around here. Feel free to take what I have to say with your daily dose of sodium.
>
> With that out of the way, let's take a look at one of GAW's latest endeavors: ZenMiner Cloud.
>
> Here's zenMiner_Eric introducing the service conveniently in my thread, which is actually what prompted me to do this writeup:
> https://bitcointalk.org/index.php?topic=537912.msg8136793#msg8136793
>
> tl;dr: ZenMiner Cloud will host miners purchased from GAW.
>
> So far so good. Here is why I think though that the whole set up is **a hoax**:
>
> 1) GAW used to provide their own hosting. Not anymore. Zen is the only option for hosted GAW products. GAW hosting used to experience all kinds of delays and stability issues, especially with their Gen A products (rebranded Zeus space heaters). Zen however is magically able to provide 24-hour set up and 99.9% uptime with what seems to be a one-man operation.
>
> 2) Miner hashrates on Zen cloud bear little resemblance to real life. For example GAW promised to provide the initially specified 478 GH/s with hosted AntMiner S3, even though the actual hardware was downgraded by Bitmain to 440 GH/s. How is that possible remains a mystery. Below is a chart of incredibly smooth Falcon hashrate on Zen cloud, and a chart for a real Falcon:
>
> Zen: http://i.snag.gy/uGP28.jpg
> Real: http://i.snag.gy/51yjE.jpg
>
> 3) Zen cloud does not allow to specify your own pools. It has a list of predefined pools (major ones like CleverMining, NiceHash, etc are included) but there is no proof anywhere that it's actually mining on any of them. There were some questions raised on hashtalk forums about why there is nothing visible on smaller pools when Zen rigs are pointed to them but I don't believe these questions were ever answered. Pool earnings "based on most recent pool payouts" as they put it are clearly unrealistic (I happen to have some hard data on the real numbers). For example as of now NiceHash is estimated at 0.0008 BTC per MH/s per day, WafflePool roughly the same, which may sound close to reality, but all others are just 5% below and very similar to each other, which is completely bogus.
>
> 4) Zen will deliver your miners if you choose to "unhost" them, but that may take two weeks. This can be interpreted in two different ways. One would be that this is a ridiculously long amount of time and it's purpose is to discourage taking delivery, but for someone really persistent they need two weeks to find a used miner. Or see below.

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 192 of 604

Here is why I think this is **a real thing**:

1) Zen will deliver your miners if you choose to "unhost" them.

Now since I'm clearly short on that "real thing" part, I'm very interested if anyone has any further proof. Please speak up if you:

- have received a delivery from zen cloud - how long did it take, did you get what you paid for etc
- can show any kind kind of mining proof, perhaps a payout address that can be traced to a publicly listed address on nicehash
- live across the street from the massive zen cloud facility and can share some pictures of the nuclear power plant next to it and zenMiner_Eric carting miners around in the middle of the night
- have anything else that in your opinion contributes to the subject (or doesn't, flame away if you're so inclined)

One more thing. I've seen other similar secretive mining services often called "ponzi schemes". Technically a properly set up fictional mining service does not have to be a ponzi. As long as the amount of money charged upfront plus monthly fees exceeds what the "miner" will ever earn such service does not depend on new investors to pay out previous investors, i.e. is not a ponzi. It will be simply unprofitable, which is not uncommon in crypto mining.

/s   > **Homero Garza goes to prison**   * FREE merits - CLICK
        <                                    HERE!!! *



MIXING REINVENTED
FOR YOUR **PRIVACY**   ChipMixer

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

---

**manfred87**
Full Member
●●●

Activity: 195
Merit: 100



 **Re: gawminers oneminer zenminer cloud - does it really exist?**
August 07, 2014, 05:10:52 PM                                                    #2

ok here are some real facts:

1. zenminer.com was registered at 2013-12-19 . Eric was working on something since then. might be nothing, but might also be a big cloud mining service.

2. since ca 3 month zenminer.com is delivering their zencontroller hardware. it's a raspberry pi which can control zeusminer and now even gridseed miner. many gaw customers got it for free. so we can see that somebody spent munch time on software development and hardware assembly ( flashing sd cards etc.. )

3. zenminer has full control over the zencontroller devices. so even if they have no own miners, they could redirect the miners of zencontroller-users

4. with the help of the zencontroller they can deploy their own miners very fast. this is no prrof that they do, but it would be really easy..

5. Josh ( CEO of GAW ) has trust in Eric ( CEO of Zenminer ). So this is my cause for also to trust Eric.

---

**suchmoon**
Legendary
●●●●●

Activity: 1764
Merit: 1944

**Re: gawminers oneminer zenminer cloud - does it really exist?**
August 07, 2014, 05:31:27 PM                                                    #3

Quote from: manfred87 on August 07, 2014, 05:10:52 PM

ok here are some real facts:

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 193 of 604



poor and pathetic
mr self important
high horseman



1. zenminer.com was registered at 2013-12-19 . Eric was working on something since then. might be nothing, but might also be a big cloud mining service.

2. since ca 3 month zenminer.com is delivering their zencontroller hardware. it's a raspberry pi which can control zeusminer and now even gridseed miner. many gaw customers got it for free. so we can see that somebody spent munch time on software development and hardware assembly ( flashing sd cards etc.. )

3. zenminer has full control over the zencontroller devices. so even if they have no own miners, they could redirect the miners of zencontroller-users

4. with the help of the zencontroller they can deploy their own miners very fast. this is no prrof that they do, but it would be really easy..

5. Josh ( CEO of GAW ) has trust in Eric ( CEO of Zenminer ). So this is my cause for also to trust Eric.

Thank you. I don't question the ZenController. Even though I haven't seen one, there is a lot of feedback around here about it, so I don't doubt that Zen has a real product.

But the cloud thing is something quite different. Consider this: the power requirements for a service like that would be MASSIVE. GAW's own hosting service has always struggled with power requirements. We don't know anything about how Zen is solving that. Even the location/capacity/utilization/etc of their DC is not known. Ok, I can understand the desire to keep the location secret, but some info on how the miners are hosted is actually quite important, since the customers OWN the miners and can take delivery.

 > **Homero Garza goes to prison**   * FREE merits - CLICK
                                 HERE!!! *
                            <

---

**suchmoon**
Legendary

Activity: 1764
Merit: 1944



poor and pathetic
mr self important
high horseman



Re: gawminers oneminer zenminer cloud - does it really exist?    #4
August 11, 2014, 12:32:05 AM

Somewhat anticlimactic announcement:

https://hashtalk.org/t/gaw-miners-acquires-controlling-equity-in-zenminer/5223

tldr: GAW owns ZenMiner, as if there ever was any doubt about that.

What cought my eye in this announcement - some new features promised by the CEO:

> Quote
> cutting-edge pool monitoring that automatically switches your pools to the the highest ROI targets in ream-time

> Quote
> 24hr activation times slashed down to instant activations

> Quote
> hardware trading that lets you buy, sell, and exchange your miners without needing to take them out of the cloud or even offline for a nanosecond

Ok, I get the activations and trading, that's conceivable. But what in the world is "highest ROI targets" 😁

> **Homero Garza goes to prison**   * FREE merits - CLICK

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS    Document 107-1    Filed 11/19/18    Page 194 of 604

 **/s** <    **HERE!!! ***

**suchmoon**
Legendary


Activity: 1764
Merit: 1944



poor and pathetic
mr self important
high horseman



**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 01:14:21 AM                                    #5

Ok, I admit, I stayed up into stupid hours to wait for the GAW announcement:

https://hashtalk.org/t/mining-has-finally-evolved/6125

If that doesn't raise any red flags then I don't know what would. Some memorable quotes:

> Quote
> A Hashet is capable of things no physical miner or virtual miner could ever be! Simply put, a Hashlet is a Digital Cloud Miner that keeps getting better

> Quote
> We've produced a miner incapable of negative ROIs because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then you make, and they will always make money.

> Quote
> Hashlets will be the only miners that will be able to mine to the new ZenPool, the Most Profitable Pool in the World [...] that can deliver payouts almost twice as high as the top pools today!

> Quote
> Hashlets are upgradeable. How can a digital miner be upgradeable? Simple, because its digital and we built it

 **/s** >  **Homero Garza goes to prison**   *** FREE merits - CLICK HERE!!! ***
<

**flapflap**
Newbie

Activity: 48
Merit: 0



**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:02:15 AM                                    #6

It's pretty obvious that GAW/Zen is out of cash and desperate.

I'm not sure how they could decided that a ridiculous announcement like this would keep them going.

A perpetual money machine.

That can't be a scam. 😊

**suchmoon**
Legendary

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 08:39:56 AM                                    #7

After a little sleep I still don't see how this whole thing could be possibly spun into

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 195 of 604



Activity: 1764
Merit: 1944

poor and pathetic
mr self important
high horseman



something honest. I read some of the hashtalk blabber too and there are some desperate attempts to justify it but it's just making it more pathetic. Nevermind the immense effort to keep it under control - posts are being yanked literally while I'm reading them 😁

One thing is clear though. There are loyalists to sustain this thing for a while, whether they are complicit, naive, or just cornered by the clusterfuck that is Scrypt mining lately.

There are some other possibly relevant details. GAW appears to be planning to start delivery of the Vaultbreaker (750 MH/s Scrypt and Scrypt-N miner) on or around August 28. Of course it will be hosted on the cloud and not actually shipped. The interesting part is that when the Vaultbreaker was announced it was widely believed that it's based on Ensilica technology, same as Flower Tech miners. Flower announced yesterday (coincidence?) that their Ensilica-based miners won't be delivered until February 2015 with 4 times more performance per chip. GAW still maintains they are on time and did not update the Vaultbreaker to 3 GH/s. It would be probably redundant to start another thread "Vaultbreaker - does it really exist?" 🙂

**/s**   &gt;   **Homero Garza** **goes to prison**   **\* FREE merits - CLICK HERE!!! \***



---

**wpstudio**
Hero Member
⭐⭐⭐⭐⭐

Activity: 686
Merit: 500



 **Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 12:41:21 PM    #8

Can anyone else access hashtalk.org - because nothing seems to be coming up when I click on these links to follow the discussion.

---

**cloverme**
Legendary
⭐⭐⭐⭐⭐

Activity: 1456
Merit: 1041




SpacePirate.io



 **Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 01:48:57 PM    #9

I think it is misleading how they make the Hashlet look like and market it to look like a piece of hardware when it's really a combined virtual commodity of scrypt and sha (similar to cex.io). They haven't released any details yet as of this morning, but last night the customers were not happy on hashtalk after the announcement. The responses from the gaw staff were surprised that the customers weren't responding well. One of the threads on hashtalk got closed last night on the "prime" announcement was closed when the customers started to get critical on the announcement. The owner was thinking he just invented sliced bread, but customers were not as impressed. My opinion on hashtalk.org is that it's a shill for Gaw, I don't really recommend going there for real advice or questions (it's like going to the car dealership lobby and having coffee with the salespeople asking for car advice), you'll get better advice on bitcointalk.org.

The "always make money" statement is tied to lots of details that were peppered in some of the comments and tied to "zenpoints" in which they want customers to leave mined btc (or make deposits there) to pay for maintenance fees. It has not been clear what they intend to do with customer deposits, I've been asking the questions on hashtalk and the threads either get closed by the CEO or ignored. Some other community members have been asking the same questions (wallet security, offline/cold wallets, open audits, and what they are doing with stored coins).

To be honest, I don't think they are trying to scam anyone, but I do think the owner is trying to be the PT barnum of mining with a lot of marketing while current customers

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 196 of 604

needs are not being dealt with (shipping delays, support questions taking days, etc).

---

**GAW_Stud**
Newbie


Activity: 15
Merit: 0

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:28:46 PM

#10

> Quote from: cloverme on August 16, 2014, 01:48:57 PM
>
> I think it is misleading how they make the Hashlet look like and market it to look like a piece of hardware when it's really a combined virtual commodity of scrypt and sha (similar to cex.io). They haven't released any details yet as of this morning, but last night the customers we not happy on hashtalk after the announcement. The responses from the gaw staff were surprised that the customers weren't responding well. One of the threads on hashtalk got closed last night on the "prime" announcement was closed when the customers started to get critical on the announcement. The owner was thinking he just invented sliced bread, but customers were not as impressed. My opinion on hashtalk.org is that it's a shill for Gaw, I don't really recommend going there for real advice or questions (it's like going to the car dealership lobby and having coffee with the salespeople asking for car advice), you'll get better advice on bitcointalk.org.
>
> The "always make money" statement is tied to lots of details that were peppered in some of the comments and tied to "zenpoints" in which they want customers to leave mined btc (or make deposits there) to pay for maintenance fees. It has not been clear what they intend to do with customer deposits, I've been asking the questions on hashtalk and the threads either get closed by the CEO or ignored. Some other community members have been asking the same questions (wallet security, offline/cold wallets, open audits, and what they are doing with stored coins).
>
> To be honest, I don't think they are trying to scam anyone, but I do think the owner is trying to be the PT barnum of mining with a lot of marketing while current customers needs are not being dealt with (shipping delays, support questions taking days, etc).

I just want to thank the poster above. You post brings up actual concerns without slander and accusations. You are an ACTUAL representative for the consumer.

Now on to suchmoon 

It is absolutely obvious that you do not speak from a customer's perspective but a competitor 😐 haha I encourage you to work on your business model before shooting down others in hopes that the consumer will choose your pool over someones else's.

I leave you with a quote from one of my life's mentors: "With major success comes major hate. It's when the haters stop hating that one needs to worry."

So please suchmoon please go on hating 😐 You will be for a while.

Now where do I buy a Hashlet!?!?!?!

---

**alienesb**
Hero Member
🏅🏅🏅🏅🏅

Activity: 854
Merit: 1000

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:36:03 PM

#11

Don't come in with a sockpuppet account and trash members. How about addressing what he is saying instead of being a sheep?

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS    Document 107-1    Filed 11/19/18    Page 197 of 604





**GAW_Stud**
Newbie

Activity: 15
Merit: 0

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:42:21 PM                                                    #12

I assure you this is my one and only account. I am a frequent browser of this forum and felt the need to address an obvious competitor 🙂

I'm sorry if you do not like my posts but much like suchmoon I am free to share my view and opinion. "bahhh bahhh" (sheep sound)

---

**Flep182**
Hero Member
●●●●●

Activity: 798
Merit: 1000

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:45:42 PM                                                    #13

Not so much a sockpuppet when the username includes GAW. My main concern is that it looks kinda shady and unverifiable. Just like the pool settings in ZenCloud. I'd like to specify my own pool info, get hashes there and get payments directly. I've deposited a few BTC into my account with ZenCloud and it started bouncing around from one address to another directly after hitting their account with small snippets falling off each time. I don't know enough about mixing/washing but to me it looks kinda shady. Same thing with the CEX.io copy as far as I can see.

Paying once for a Gh/s and then having them upgrade hardware along the way to make sure your electricity costs per hash are going down over time to stay profitable are good ideas but someone will have to pay for the new hardware. On the other hand. Buying a thousand Ant S3's and getting them running gives a cashflow with which one should be able to run for a while and afford upgrade over time.

I'm not calling it a scam, it's just a bit too vague for me atm. I've got 5 miners in their cloud since I don't want to have the machines running at home or in the office but I'm keeping a close watch on them.

???? ???? ??

? Diamond [DMD] ? Scarce ¤

???? ???? ??

---

**r00tdude**
Full Member
●●●

Activity: 171
Merit: 100

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:51:14 PM                                                    #14

> Quote from: GAW_Stud on August 16, 2014, 02:28:46 PM
>
>> Quote from: cloverme on August 16, 2014, 01:48:57 PM
>>
>>> I think it is misleading how they make the Hashlet look like and market it to look like a piece of hardware when it's really a combined virtual commodity of scrypt and sha (similar to cex.io). They haven't released any details yet as of this morning, but last night the customers we not happy on hashtalk after the announcement.  The responses from the gaw staff were surprised that the customers weren't responding well. One of the threads on hashtalk got closed last night on the "prime" announcement was closed when the customers started to get critical on the announcement.

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 198 of 604

The owner was thinking he just invented sliced bread, but customers were not as impressed. My opinion on hashtalk.org is that it's a shill for Gaw, I don't really recommend going there for real advice or questions (it's like going to the car dealership lobby and having coffee with the salespeople asking for car advice), you'll get better advice on bitcointalk.org.

The "always make money" statement is tied to lots of details that were peppered in some of the comments and tied to "zenpoints" in which they want customers to leave mined btc (or make deposits there) to pay for maintenance fees. It has not been clear what they intend to do with customer deposits, I've been asking the questions on hashtalk and the threads either get closed by the CEO or ignored. Some other community members have been asking the same questions (wallet security, offline/cold wallets, open audits, and what they are doing with stored coins).

To be honest, I don't think they are trying to scam anyone, but I do think the owner is trying to be the PT barnum of mining with a lot of marketing while current customers needs are not being dealt with (shipping delays, support questions taking days, etc).

I just want to thank the poster above. You post brings up actual concerns without slander and accusations. You are an ACTUAL representative for the consumer.

Don't just thank him, shill, speak to his concerns.

At least he isn't creating a new account to hide his identity.

Bitrated user: r00tdude.

---

**kitano**
Member


Activity: 113
Merit: 10



**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 02:57:49 PM

#15

https://hashtalk.org/
500 Internal Server Error

---

**GAW_Stud**
Newbie


Activity: 15
Merit: 0



**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 03:12:50 PM

#16

Don't just thank him, shill, speak to his concerns.

At least he isn't creating a new account to hide his identity.

[/quote]

I'm unsure as to why you think I have another account with no basis? I thanked him because I too share his concerns. I am a founding member and have had experiences with GAW ranging from shipment delays and hosting problems all the way to expedited service to make things right.

The difference is how he voiced his concerns. I respect that.

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 199 of 604

It just seems to me that some members here post nothing but negative reviews while trying to seem unbiased. Make it look like there may be an alterior  motive....

For the consumers sake, let's make an effort to make this an educational thread so that one may make an educated and unbiased decision. Although I am aware that slander is encouraged I mean accepted in this thread..or any thread started by suchmoon it seems 🙂

Also, I have reached out and inquired about hashtalk going down and was told that the amount of traffic is overloading the server. I kept trying and was able to eventually get through.

---

**suchmoon**
Legendary


Activity: 1764
Merit: 1944



poor and pathetic
mr self important
high horseman



**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 03:32:22 PM                                                      #17

> Quote from: GAW_Stud on August 16, 2014, 03:12:50 PM
>
> For the consumers sake, let's make an effort to make this an educational thread so that one may make an educated and unbiased decision. Although I am aware that slander is encouraged I mean accepted in this thread..or any thread started by suchmoon it seems 🙂

You seem to be confused about how this thing works. You're the one coming in with ad hominem and trying to steer the discussion. I have started the thread with a clear disclaimer and some questions, but if you don't like where this is going you are free to start your own thread. I would PREFER if you stayed on topic, but I don't have any say as to what's accepted or not here. I hope this clarifies it, and if you have any personal questions or issues with me feel free to PM me.

**/s**    >   **Homero Garza goes to prison**    * FREE merits - CLICK
         <                                        HERE!!! *

---

**suchmoon**
Legendary


Activity: 1764
Merit: 1944



poor and pathetic
mr self important
high horseman



**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 03:34:53 PM                                                      #18

I'm going to post the full CEO announcement here because hashtalk.org is having some issues. I can't post the full thread, sorry. Keep refreshing the page, it does work sometimes.

https://hashtalk.org/t/hashlet-mining-has-finally-evolved/6125

> Quote from: GAW_CEO
>
> Hey Everyone,
>
> The time has come for me to unveil a major step forward in our plans for "Project Prime".
>
> But first, I want to share with you all a few words on the state of Litecoin. As most of you know, the recent changes in LTC value have been alarming. We know you feel every dip in profitability and we know many of you feel uncertain about your future place in this industry. You want profitability, but ROIs have been extremely hard to come by.
>
> Today, all of that changes. We've started from the ground up and are launching an entirely new class of miner.
>
> In the beginning there was the CPU. Then there was the GPU. Then there was the ASIC.
>
> And then there was The Hashlet.

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 200 of 604

Do I have your attention now?

Take a deep breath. Buckle up. And hang on. We're going for a ride!

We were up for the challenge
GAW Miners has sold more ASIC miners than any other provider in the world. You can say that we are "somewhat experts" in knowing what makes a good miner. We have seen just about everything out there and learned a ton in the process.

It turns out they all have the same problems! They all depreciate faster than you make money, they are severely unupgradeable, and sometime soon they will even cost more to run then you make!

What is a Hashlet?
Hashlets started with one goal: to bring all the best parts of hardware miners forward, and leave behind all their limitations. Hashlet is the result of our most ambitious R&D initiative ever. We've built into every Hashlet miner jaw-dropping features that you could never dream of having on previous hardware. I'm talking features like zero pool fees, Forever. I'm talking features like maintenance fees that actually decline over time.

A Hashet is capable of things no physical miner or virtual miner could ever be! Simply put, a Hashlet is a Digital Cloud Miner that keeps getting better smile

The First Digital Cloud Miner
Right off the bat, this means Hashlets are exclusively housed and controlled from ZenCloud.

The future of profitability is in cloud mining and the only way to deliver this level of technology at this scale is in datecenters. But that's where's things really start getting interesting because now that we've acquired ZenMiner, we can mix their hosting technology with our next-generation hardware. We've produced a miner incapable of negative ROIs because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then you make, and they will always make money.

Introducing ZenPool "The Worlds Most Profitable Pool"
Hashlets will be the only miners that will be able to mine to the new ZenPool, the Most Profitable Pool in the World. Leveraging the scale of our hashing power, along with the technology ZenMiners has built, we have joined together to create a pool that can deliver payouts almost twice as high as the top pools today!

Yea, you read that right. In addition, we will continue to improve our technology to hold payouts for longer than any other pool.

Hashlets will be upgraded over time…...
Finally, Hashlets are upgradeable. How can a digital miner be upgradeable? Simple, because its digital and we built it smile The same Hashlet miner may one day be upgradeable beyond limit… and, well… it might just even be able to mine other algorithms wink

This is what you want from a miner. And so we've done what it takes to give it to you. You're truly going to be the first people know what a miner can be capable of.

So let me make one thing crystal clear to everyone reading. Hashlet has changed miners forever and they go on sale tomorrow!

Mining has finally evolved.

Josh, CEO

PS. We are working on an upgrade option to allow all previous GAW Generation hardware to be upgraded to a Hashlet.

Later tonight we will release global chat, leaderboards, and the ability to use your zencoins for maintenance!

> **Homero Garza goes to prison** * **FREE merits - CLICK**

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS    Document 107-1    Filed 11/19/18    Page 201 of 604

/s  <                                              HERE!!! *

**GAW_Stud**
Newbie


Activity: 15
Merit: 0

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 03:44:25 PM                                              #19

> Quote from: suchmoon on August 16, 2014, 03:32:22 PM
>> Quote from: GAW_Stud on August 16, 2014, 03:12:50 PM
>> For the consumers sake, let's make an effort to make this an educational thread so that one may make an educated and unbiased decision. Although I am aware that slander is encouraged I mean accepted in this thread..or any thread started by suchmoon it seems 🙂
>
> You seem to be confused about how this thing works. You're the one coming in with ad hominem and trying to steer the discussion. I have started the thread with a clear disclaimer and some questions, but if you don't like where this is going you are free to start your own thread. I would PREFER if you stayed on topic, but I don't have any say as to what's accepted or not here. I hope this clarifies it, and if you have any personal questions or issues with me feel free to PM me.

Thank you for the clarification moon 🙂 You are very tactful by starting your threads with a "disclaimer", I have no need to pm you but rest assured I will be responding to everyone of your threads.

And remember: It's not good to gamble 🙂

Thank you for posting the link to hashtalk!

---

**valvalis**
Hero Member

Activity: 672
Merit: 500



"The future is your Genome "

**Re: GAW OneMiner ZenCloud Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**
August 16, 2014, 03:45:53 PM                                              #20

is there someone here who has tried to unhost their miner?
is the condition of miner still good?
I have read about someone who unhost his miner, and when the miner arrive at home the miner condition is really bad.

THE FUTURE IS          |  TELEGRAM
YOUR GENOME !          |  MEDIUM
                                   WECHAT

LET'S CHANGE GLOBAL
HEALTHCARE TOGETHER

---

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 47 48 49 50 51 ... 223 »       print

Bitcoin Forum > Economy > Marketplace > Service Discussion (Moderators: Cyrus, hilariousandco) > **GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)**

« previous topic next topic »

GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 202 of 604

Jump to:  ===> Service Discussion

  Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines  

# Exhibit A-39



# Bitcoin Forum — simple machines forum

November 08, 2018, 05:09:54 PM

Welcome, **Guest**. Please login or register.

**News:** Latest Bitcoin Core release: 0.17.0 [Torrent].

HOME | HELP | SEARCH | LOGIN | REGISTER | MORE

Bitcoin Forum > Economy > Marketplace > Service Discussion (Moderators: Cyrus, hilariousandco) > **Are hashlets worth it?**

« previous topic next topic »

print

Pages: « 1 [**2**] 3 4 5 6 7 »  All



| Author | Topic: Are hashlets worth it?  (Read 9840 times) |
|---|---|

**jimmothy**
Hero Member

Activity: 770
Merit: 500

**Re: Are hashlets worth it?**
October 28, 2014, 10:14:22 PM                                    #21

> Quote from: Snorek on October 28, 2014, 09:45:49 PM
>
> When I am in this section of forum all I see is raging and crying people: "cloud mining is a ponzi, they are scammers". And all it comes from people who never invested anything in any cloud mining service at all. Why is that?

Why is it that gullible noobs keep falling for the same ponzi schemes over and over and over again?

Why is it that whenever someone brings up valid points about the shadyness of a cloudmining company, cloudmining evangelists refuse to take part in the constructive discussion/debate?

I think you will find that it's not some dedicated group of "haters" with an ulterior motive like you evangelists have convinced yourselves. It's the people who have been around long enough to see the dozens of identical cloudmining ponzi schemes come and go, along with the victims of those scams.

There are several cloudmining operations that nobody thinks are a ponzi, here are a few:

https://hashnest.com
https://amhash.com
https://cloudhashing.com/
http://mining.cointerra.com/shop/
https://www.kncminer.com/categories/cloud-mining

Why do you think there aren't countless ponzi scheme accusations against those companies? Could it have to do with the fact that those companies have proven their legitimacy via a mining address?

If you don't like it when someone has a different opinion, I'd suggest removing yourself from the forums completely. Go back to hashtalk where anything that is not in full support of GAW is censored.

 **Bitvest.io** Play or Invest!    Featuring: 1% Dice, Plinko, Slots, Bitspin, and Roulette!
Fully Customizable Games ▪ Over 175 BTC Investor Profit ▪ Play, Invest, or Socialize!     Play or Invest!

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**jimmothy**
Hero Member

Activity: 770
Merit: 500

**Re: Are hashlets worth it?**
October 28, 2014, 10:32:11 PM                                    #22

> Quote from: bitgeek on October 28, 2014, 09:42:18 PM
>
> > Quote from: jimmothy on October 28, 2014, 06:13:54 PM
> >
> > > Quote from: bitgeek on October 28, 2014, 02:16:40 PM
> > >
> > > And is any cloud mining company asking for money? I don't think so.
> >
> > That's simply wrong. Literally every cloudmining company is asking for money. I dare you to find me a cloudmining company that will not take my money.

No it's not wrong, you are wrong. They are not ASKING for money. They are offering services for money, which means you are deciding whether you want to invest or not.

When you have no proof of the company actually mining, I wouldn't call it investing, it's gambling based on promises.

> **Quote**
> What you did here was ignore my polite request to refrain from accusing them of being ponzi until you find a proof to support your claim.
> So I'll ask again, unless you're here to troll, show me some evidence.

As I'm sure you know, the top priority of a ponzi is to not give evidence of being a ponzi.

So here's a better question: Show me the evidence that GAW is NOT a ponzi.

I want hard proof like a mining address which cannot possibly be faked. (PS: pics of a datacenter don't count)

> **Quote**
> I don't know the PB business model, but what I know is that they don't have an office and don't reveal their address or the names of owners. GAW on the other hand has revealed the location of 2 of their data centers and their main office, they also openly reveal the names of employees and show their pictures. What is more, the CEO has spoken on 2 bitcoin conferences last month and answered questions live.

So? Sure being anonymous can help when running a ponzi but it's not a requirement. In fact most ponzis I can think of had non-anonymous CEO's.

A recent example would be Danny Brewster. He made his identity completely public, attended several bitcoin events, even had a store in Cyprus, and one day *poof* he's gone along with several thousand BTC.

If GAW wanted to dispel all ponzi accusations they would release a mining address. But they refuse to which is a massive red flag and indicator of being a ponzi.

---

**EvilPanda**
Hero Member

Activity: 658
Merit: 500

Small Red and Bad

◆ **Re: Are hashlets worth it?**
October 29, 2014, 03:41:05 PM                                    #23

This whole essay by jimmothy can be summed up in just few sentences.
Let me paraphrase some of your claims:

1. "some people accused GAW of being a ponzi, so it must be true"
Never trust things you read on a public forum. I personally saw people with signatures of one mining company furiously attacking another. I could easily find examples of such behavior.

2. "I can't prove it but it's GAW that has to prove they are not a ponzi"
You're wrong. It's the accusing side that has to provide proof, otherwise it can be viewed as slander.

3. "They refuse to dispell the accusations so we will accuse them more"
This is a simple blackmail. You want to pressure them, they ignore you, so you're trying to launch a smear campaign...

4. "They may have a data center full of miners, but it's not a proof they are mining"
Ok, so they are using them as really expensive heaters, be it your way. 😬

You can have your doubts or suspicions, but there's a big difference between this and what you're doing here. You're openly calling them something they are not, or according to your lack of proof, may or may not be. So next time, be factual.

Oh yeah, and linking some "reputable" companies like KNC and Cointerra really helps here... Not.

m*BTC*it    **?** Casino Games    **?** Live Dealers    **?** Live Games    **?** Poker    **?** Huge VIP Program!

---

**Slark**
Legendary

Activity: 1666
Merit: 1004

◆ **Re: Are hashlets worth it?**
October 29, 2014, 04:30:14 PM                                    #24

> **Quote from: jimmothy on October 28, 2014, 10:14:22 PM**
> > **Quote from: Snorek on October 28, 2014, 09:45:49 PM**
> > When I am in this section of forum all I see is raging and crying people: "cloud mining is a ponzi, they are scammers". And all it comes from people who never invested anything in any cloud mining service at all. Why is that?





Why is it that gullible noobs keep falling for the same ponzi schemes over and over and over again?

Why is it that whenever someone brings up valid points about the shadyness of a cloudmining company, cloudmining evangelists refuse to take part in the constructive discussion/debate?

I think you will find that it's not some dedicated group of "haters" with an ulterior motive like you evangelists have convinced yourselves. It's the people who have been around long enough to see the dozens of identical cloudmining ponzi schemes come and go, along with the victims of those scams.

There are several cloudmining operations that nobody thinks are a ponzi, here are a few:

https://hashnest.com
https://amhash.com
https://cloudhashing.com/
http://mining.cointerra.com/shop/
https://www.kncminer.com/categories/cloud-mining

Why do you think there aren't countless ponzi scheme accusations against those companies? Could it have to do with the fact that those companies have proven their legitimacy via a mining address?

If you don't like it when someone has a different opinion, I'd suggest removing yourself from the forums completely. Go back to hashtalk where anything that is not in full support of GAW is censored.

You answer a question with a question and call that "constructive discussion/debate". I must have missed the constructive part.
Are you really linked some MEGA shady/scammy companies like KNC or cointerra? Really? Look what happened in the past, you don't have to be cloud mining company to scam people. KNC scammed people with hardware as well and you are calling them legit now? Ok... I have no further questions here.

 **BNEXGEN DECENTRALIZED RIDE HAILING PLATFORM**  

---

**mutha**
Sr. Member


Activity: 445
Merit: 250



ALTCOM

AS8UDRR8Dc4wTyZkMT7

 **Re: Are hashlets worth it?**
October 29, 2014, 06:02:15 PM                                          #25

> Quote from: James222 on October 26, 2014, 03:57:45 PM
> Hi everyone, I'm looking to start mining, and the cloud miners, by GAW miners (the hashlet) look like a good deal. How long do you have these miners? 5 years? Also, are there any hidden fees I should be aware of? Thanks!

As you can see from the answers and the other thread, You will probably regret spending your money on this...

Do what is best for yourself.. and check back in with us on what you think about your ROI if you buy in. 😉

Hint you can buy a 300khz Gridseed for about the same price and make a better RIO than with GAWS.



---

**jimmothy**
Hero Member


Activity: 770
Merit: 500

 **Re: Are hashlets worth it?**
October 29, 2014, 06:47:29 PM                                          #26

> Quote from: EvilPanda on October 29, 2014, 03:41:05 PM
> This whole essay by jimmothy can be summed up in just few sentences.
> Let me paraphrase some of your claims:
>
> 1. "some people accused GAW of being a ponzi, so it must be true"
> Never trust things you read on a public forum. I personally saw people with signatures of one mining company furiously attacking another. I could easily find examples of such behavior.

My suggestion would be never to trust a company that has created their own forum for censorship purposes.

There's literally never been a case where a company made their own forum and they turned out to be entirely trustworthy/not scammers.

GAW has been accused repeatedly of being a ponzi by tons of expert bitcoiners, miners, and even GAW

Are hashlets worth it?

customers. Does that make it a fact? Of course not, but it's a strong hint.

> Quote
>
> 2. "I can't prove it but it's GAW that has to prove they are not a ponzi"
> You're wrong. It's the accusing side that has to provide proof, otherwise it can be viewed as slander.

GAW has dressed themselves up like a ponzi and you think I'm doing something illegal by stating the obvious?

Is it also slanderous to call the sky blue?

> Quote
>
> 3. "They refuse to dispell the accusations so we will accuse them more"
> This is a simple blackmail. You want to pressure them, they ignore you, so you're trying to launch a smear campaign...

Clearly you don't understand blackmail or freedom of speech. I'm free to have whatever opinion I like and so are you.

Only a complete idiot would think asking a company prove they are not a ponzi equals blackmail or a smear campaign.

What you are doing is excusing GAW's shady/unethical/unexplained behavior.

I estimate more than 100,000 btc has been lost due to bitcoin scams in the past year and easily preventable cloudmining ponzis make up a huge portion of that.

> Quote
>
> 4. "They may have a data center full of miners, but it's not a proof they are mining"
> Ok, so they are using them as really expensive heaters, be it your way. 

It is evidence of mining I'll give them that, the question is with how much?

Are they mining with 60GH/s scrypt or 1 gh/s? Is it hosted miners or cloudmining?

Who knows. All you have to base your "investment" on is promises stacked on promises.

> Quote
>
> You can have your doubts or suspicions, but there's a big difference between this and what you're doing here. You're openly calling them something they are not, or according to your lack of proof, may or may not be.
> So next time, be factual.

> Quote
>
> 12 Warning Signs An Investment Is A Scam
> http://www.forbes.com/pictures/mjf45egim/pay-attention-2/
>
> 1. **High returns are "guaranteed."**
> 2. A fellow Baptist is pitching you.
> 3. A stock went public in a reverse merger.
> 4. **There's a claim of "breakthrough technology."**
> 5. **Numbers are hard to come by.**
> 6. **Investment methodology makes no sense or is unexplained.**
> 7. **Who's that auditor?**
> 8. A long-running offer isn't registered.
> 9. **Act now or else!**
> 10. Your money is going overseas.
> 11. **If all you're finding is favorable information put out by its promoters**
> 12. **It sounds too good to be true.**

Remember all GAW has to do is provide a mining address just like every other legit cloudmining company. There's absolutely no reason not to. (unless they have something to hide)

> Quote
>
> Oh yeah, and linking some "reputable" companies like KNC and Cointerra really helps here... Not.

Regardless of how shitty both companies are, they are not ponzis. They have proven they have hardware and it's time GAW does the same.

Please just stop supporting scammers. Even if GAW is legit, their business model setting a standard (or lack of standards) that allows scammers to thrive.

If you can come up with a single logical (and ethical) reason why GAW or any other cloudmining company might want to hide their mining address, then I'll leave GAW alone.

---

**bitgeek**
Sr. Member
⭐⭐⭐⭐

Activity: 462
Merit: 250



◆ **Re: Are hashlets worth it?**
October 29, 2014, 08:00:50 PM

#27

> Quote from: mutha on October 29, 2014, 06:02:15 PM
>> Quote from: James222 on October 26, 2014, 03:57:45 PM
>> Hi everyone, I'm looking to start mining, and the cloud miners, by GAW miners (the hashlet) look like a good deal. How long do you have these miners? 5 years? Also, are there any hidden fees I should be aware about? Thanks!
>
> As you can see from the answers and the other thread, You will probably regret spending your money on this...

This other thread?
https://bitcointalk.org/index.php?topic=752824.0

Or maybe this one?
https://bitcointalk.org/index.php?topic=750909.180

Looks like people are quite happy with GAW.

And for your information GAW has sold to thousands of clients, so it's normal a few % of the reviews to be negative.

❓❓❓❓❓❓❓❓❓ Online BTC Bingo ❓❓❓ *500% CASH ❓❓❓ PROGRESSIV

---

**jimmothy**
Hero Member
⭐⭐⭐⭐⭐

Activity: 770
Merit: 500



◆ **Re: Are hashlets worth it?**
October 29, 2014, 08:14:50 PM

#28

> Quote from: bitgeek on October 29, 2014, 08:00:50 PM
>> Quote from: mutha on October 29, 2014, 06:02:15 PM
>>> Quote from: James222 on October 26, 2014, 03:57:45 PM
>>> Hi everyone, I'm looking to start mining, and the cloud miners, by GAW miners (the hashlet) look like a good deal. How long do you have these miners? 5 years? Also, are there any hidden fees I should be aware about? Thanks!
>>
>> As you can see from the answers and the other thread, You will probably regret spending your money on this...
>
> This other thread?
> https://bitcointalk.org/index.php?topic=752824.0
>
> Or maybe this one?
> https://bitcointalk.org/index.php?topic=750909.180
>
> Looks like people are quite happy with GAW.
>
> And for your information GAW has sold to thousands of clients, so it's normal a few % of the reviews to be negative.

Or what about this thread? https://bitcointalk.org/index.php?topic=765856.20

Or this one? https://bitcointalk.org/index.php?topic=752233.0

Or what about this entire subreddit that used to be filled with GAW fanatics but is now filled with customers who think it's a scam? https://www.reddit.com/r/GAWMiners/

Also for your information, GAW's incredible amount negative feedback/ponzi accusations is anything but normal. (well it's normal for a scam)

Why do you think Hashnest, Cointerra, KNC, Cloudhashing, and other legit cloudmining companies don't have nearly as much, if any, negative feedback/ponzi accusations?

---

**bitgeek**
Sr. Member
⭐⭐⭐⭐

◆ **Re: Are hashlets worth it?**
October 29, 2014, 08:54:16 PM

#29

Activity: 462
Merit: 250





> Quote from: jimmothy on October 29, 2014, 08:14:50 PM
>
> Or what about this thread? https://bitcointalk.org/index.php?topic=765856.20
>
> Or this one? https://bitcointalk.org/index.php?topic=752233.0

These 2 threads have more positive opinions than negative. You're just proving my point here, thanks 😐

??????? ?? **Online** BTC **Bingo** ? ?? ? *500% CASH E
? ? ? PROGRESSIV

---

**mutha**
Sr. Member
●●●●

Activity: 445
Merit: 250



ALTCOM

AS8UDRR8Dc4wTyZkMT7



**Re: Are hashlets worth it?**
October 29, 2014, 08:58:39 PM                                    #30

> Quote from: jimmothy on October 29, 2014, 08:14:50 PM
>
> > Quote from: bitgeek on October 29, 2014, 08:00:50 PM
> >
> > > Quote from: mutha on October 29, 2014, 06:02:15 PM
> > >
> > > > Quote from: James222 on October 26, 2014, 03:57:45 PM
> > > >
> > > > Hi everyone, I'm looking to start mining, and the cloud miners, by GAW miners (the hashlet) look like a good deal. How long do you have these miners? 5 years? Also, are there any hidden fees I should be aware about? Thanks!
> > >
> > > As you can see from the answers and the other thread, You will probably regret spending your money on this...
> >
> > This other thread?
> > https://bitcointalk.org/index.php?topic=752824.0
> >
> > Or maybe this one?
> > https://bitcointalk.org/index.php?topic=750909.180
> >
> > Looks like people are quite happy with GAW.
> >
> > And for your information GAW has sold to thousands of clients, so it's normal a few % of the reviews to be negative.
>
> Or what about this thread? https://bitcointalk.org/index.php?topic=765856.20
>
> Or this one? https://bitcointalk.org/index.php?topic=752233.0
>
> Or what about this entire subreddit that used to be filled with GAW fanatics but is now filled with customers who think it's a scam?
> https://www.reddit.com/r/GAWMiners/
>
> Also for your information, GAW's incredible amount negative feedback/ponzi accusations is anything but normal. (well it's normal for a scam)
>
> Why do you think Hashnest, Cointerra, KNC, Cloudhashing, and other legit cloudmining companies don't have nearly as much, if any, negative feedback/ponzi accusations?

What are you guys in such an uproar about? I use the service too and regret it! Just my experience with their service so far,
BTW: I will be happy to sell my Hashlettes to you.

As far as 1000's of clients... Bernie Madoff had 1000s of clients and supporters too and look how that turned out.

Yeah let him read all those non GAWs threads and make up his own mind.

---

**Slark**
Legendary
●●●●◑

Activity: 1666
Merit: 1004

**Re: Are hashlets worth it?**
October 29, 2014, 09:04:36 PM                                    #31

> Quote from: mutha on October 29, 2014, 08:58:39 PM
>
> Yeah let him read all those non GAWs threads and make up his own mind.

So all these threads where people have positive opinions and recommend them are "GAW's". 😐 You got the nerve!





**.BNEXGEN DECENTRALIZED RIDE HAILING PLATFORM..**

 **Pre-sale**

---

**mutha**
Sr. Member

Activity: 445
Merit: 250



AS8UDRR8Dc4wTyZkMTz

**Re: Are hashlets worth it?**
October 29, 2014, 09:12:30 PM

#32

> Quote from: Slark on October 29, 2014, 09:04:36 PM
>> Quote from: mutha on October 29, 2014, 08:58:39 PM
>> Yeah let him read all those non GAWs threads and make up his own mind.
>
> So all these threads where people have positive opinions and recommend them are "GAW's". 🙂 You got the nerve!

LOL typo… But maybe he will like cheerleaders and the kool aid they serve on the GAWS modded forums? IDK 🙄

Obviously some people do? But that still doesnt put Coins in your wallet.

---

**jimmothy**
Hero Member

Activity: 770
Merit: 500



**Re: Are hashlets worth it?**
October 29, 2014, 09:15:22 PM

#33

> Quote from: bitgeek on October 29, 2014, 08:54:16 PM
>> Quote from: jimmothy on October 29, 2014, 08:14:50 PM
>> Or what about this thread? https://bitcointalk.org/index.php?topic=765856.20
>>
>> Or this one? https://bitcointalk.org/index.php?topic=752233.0
>
> These 2 threads have more positive opinions than negative. You're just proving my point here, thanks 🙂

You don't mean this point do you?

> And for your information GAW has sold to thousands of clients, so it's normal a few % of the reviews to be negative.

Looking at those threads it's pretty obvious that it's a bit more than "a few %" of negative reviews. In fact many of the positive posts come from the same people championing GAW in this thread now.

When ~50% of your potential customers are skeptical or think your company is a ponzi, the logical response would be to prove you are not a ponzi.

---

**bitgeek**
Sr. Member

Activity: 462
Merit: 250

**Re: Are hashlets worth it?**
October 29, 2014, 09:19:05 PM

#34

> Quote from: jimmothy on October 29, 2014, 09:15:22 PM
> When ~50% of your potential customers are skeptical or think your company is a ponzi, the logical response would be to prove you are not a ponzi.

Please prove that ~50% of their customers think they are a ponzi.
They had a few thousand, good luck 🙂

> Quote from: jimmothy on October 29, 2014, 08:14:50 PM
> Why do you think Hashnest, Cointerra, KNC, Cloudhashing, and other legit cloudmining companies don't have nearly as much, if any, negative feedback/ponzi accusations?

**KNC** was accused of intentionally delaying their shipment to mine with customer's hardware.
**Cointerra** faced a class action lawsuit.

**Cloudhashing** reviews: http://www.cloudminingreviews.com/cloud-hashing/

*CloudHashing stopped making payouts SEP5 2014 and is not answering why. It's not just me, many people have not seen payouts. I thought the RRP would be the best chance to stay ahead of the difficulty curve and they were the most reliable. I guess the ones you trust can harm you the most. Anyway hope it's just a glitch on top of an upgrade or something but I can't imagine why they have gone dark. Thought I'd come back to correct my ill-timed review.*

*Cloudhashing is awful. I purchased a $999 contract in January 2014. So far my earnings are 0.18 BTC (or $81 currently). I wrote to them a few days ago asking why my ROI is so exceptionally poor. Have not heard back. 8 months in, I've made $80. After my 1 year contract is up, at this rate, I will have 'made' $120. A net loss of $880.*

**Really?**



---

### jimmothy
Hero Member
⭐⭐⭐⭐⭐

Activity: 770
Merit: 500





**Re: Are hashlets worth it?**
October 29, 2014, 09:22:48 PM                                                        #35

> Quote from: mutha on October 29, 2014, 09:12:30 PM
>> Quote from: Slark on October 29, 2014, 09:04:36 PM
>>> Quote from: mutha on October 29, 2014, 08:58:39 PM
>>>> Yeah let him read all those non GAWs threads and make up his own mind.
>>>
>>> So all these threads where people have positive opinions and recommend them are "GAW's". 😐 You got the nerve!
>>
>> LOL typo... But maybe he will like cheerleaders and the kool aid they serve on the GAWS modded forums? IDK 🙄 Obviously some people do? But that still doesnt put Coins in your wallet.

Don't they pay you for positive/liked comments?

I read that if the CEO likes your comment you are given $1 and if people dislike your comment you lose money and eventually get banned.

If that doesn't work you can try your luck clicking buttons and playing arbitrary games to earn money.

---

### mutha
Sr. Member
⭐⭐⭐⭐

Activity: 445
Merit: 250

ALTCOM

AS8UDRR8Dc4wTyZkMT7



**Re: Are hashlets worth it?**
October 29, 2014, 09:42:11 PM                                                        #36

> Quote from: jimmothy on October 29, 2014, 09:22:48 PM
>> Quote from: mutha on October 29, 2014, 09:12:30 PM
>>> Quote from: Slark on October 29, 2014, 09:04:36 PM
>>>> Quote from: mutha on October 29, 2014, 08:58:39 PM
>>>>> Yeah let him read all those non GAWs threads and make up his own mind.
>>>>
>>>> So all these threads where people have positive opinions and recommend them are "GAW's". 😐 You got the nerve!
>>>
>>> LOL typo... But maybe he will like cheerleaders and the kool aid they serve on the GAWS modded forums? IDK 🙄 Obviously some people do? But that still doesnt put Coins in your wallet.

Don't they pay you for positive/liked comments?

I read that if the CEO likes your comment you are given $1 and if people dislike your comment you lose money and eventually get banned.

If that doesn't work you can try your luck clicking buttons and playing arbitrary games to earn money.

Ah that is good to know! So they are mining positive comments.... so I can sell my Multihash miner and have the CEO throw shiny trinkets and money at me if I make him happy with my comments?
Perhaps they should market to the Justin Bieber fan base, it seems to be a similar marketing plan?

Ok Joe M. never mind todays mining results, throw me a shiny trinket for giving you, your new marketing plan!

---

**Slark**
Legendary


Activity: 1666
Merit: 1004







**Re: Are hashlets worth it?**
October 30, 2014, 12:49:27 AM                                    #37

> Quote from: jimmothy on October 29, 2014, 09:22:48 PM
>> Quote from: mutha on October 29, 2014, 09:12:30 PM
>>> Quote from: Slark on October 29, 2014, 09:04:36 PM
>>>> Quote from: mutha on October 29, 2014, 08:58:39 PM
>>>> Yeah let him read all those non GAWs threads and make up his own mind.
>>>
>>> So all these threads where people have positive opinions and recommend them are "GAW's". 😛 You got the nerve!
>>
>> LOL typo... But maybe he will like cheerleaders and the kool aid they serve on the GAWS modded forums? IDK 🙄
>> Obviously some people do? But that still doesnt put Coins in your wallet.
>>
>> **Don't they pay you for positive/liked comments?**
>>
>> I read that if the CEO likes your comment **you are given $1** and if people dislike your comment you lose money and eventually get banned.
>>
>> If that doesn't work you can try your luck clicking buttons and playing arbitrary games to earn money.
>
> Haha, great idea. But if that was really true don't you think there will be thousands of people praising the GAW for the money? For now I can see only clients who like GAW, clients expressing a constructive criticism and haters/trolls. Seriously now, your theorycrafting is so good that soon you will be telling us that GAW was founded by the CIA or something like that...

 **BNEXGEN DECENTRALIZED RIDE HAILING PLATFORM**  **Pre-sale**

---

**jimmothy**
Hero Member


Activity: 770
Merit: 500



**Re: Are hashlets worth it?**
October 30, 2014, 02:38:19 AM                                    #38

> Quote from: Slark on October 30, 2014, 12:49:27 AM
>> Quote from: jimmothy on October 29, 2014, 09:22:48 PM
>>> Quote from: mutha on October 29, 2014, 09:12:30 PM
>>>> Quote from: Slark on October 29, 2014, 09:04:36 PM
>>>>> Quote from: mutha on October 29, 2014, 08:58:39 PM
>>>>> Yeah let him read all those non GAWs threads and make up his own mind.
>>>>
>>>> So all these threads where people have positive opinions and recommend them are "GAW's". 😛 You got the nerve!
>>>
>>> LOL typo... But maybe he will like cheerleaders and the kool aid they serve on the GAWS modded forums? IDK 🙄
>>> Obviously some people do? But that still doesnt put Coins in your wallet.
>>>
>>> **Don't they pay you for positive/liked comments?**
>>>
>>> I read that if the CEO likes your comment **you are given $1** and if people dislike your comment you lose money and eventually get banned.
>>>
>>> If that doesn't work you can try your luck clicking buttons and playing arbitrary games to earn money.
>>
>> Haha, great idea. But if that was really true don't you think there will be thousands of people praising the GAW for the money? For now I can see only clients who like GAW, clients expressing a constructive criticism and  haters/trolls. Seriously now, your theorycrafting is so good that soon you will be telling us that GAW was founded by the CIA or something like that...

I know it's hard to admit you're part of a scam/cult but I'm not "theorycrafting".

https://hashtalk.org/topic/4059/hashpoints-inofficial-faq

> **Quote**
>
> Q: How much Hashpoints do I earn for upvotes?
> A: 1 upvote=1 Hashpoint
> GAWCEO upvote = 100 Hashpoints
>
> Q: What are HashPoints Worth?
> A: Currently 1 HP = $0.01USD

And I've just found the biggest red flag yet:

> **Quote**
>
> Q:** How do I get Hashpoints?**
> ## <span style="color:red">A: You earn Hashpoints for keeping your bitcoin in ZenCloud</span>
> and for upvotes in Hashtalk.

Every legit pool/cloudmining company makes it clear that they are NOT a bank and that you should remove your BTC ASAP.

GAW on the other hand is pretending to be a bank and wants you to store as much BTC in their cloudmining service as possible.

I'm not sure how people haven't put 2 and 2 together on this one.

---

**bones**
Sr. Member
⬥⬥⬥⬥

Activity: 248
Merit: 250

◆ **Re: Are hashlets worth it?**
October 30, 2014, 07:28:49 AM                                    #39

I learnt my lesson with them.

The CEO is untrustworthy IMO.

He did not treat me well, I would not spend a cent there.

---

**EvilPanda**
Hero Member
⬥⬥⬥⬥⬥

Activity: 658
Merit: 500

Small Red and Bad

◆ **Re: Are hashlets worth it?**
October 30, 2014, 09:47:26 AM                                    #40

> **Quote from: Jimmothy on October 30, 2014, 02:38:19 AM**
>
> Every legit pool/cloudmining company makes it clear that they are NOT a bank and that you should remove your BTC ASAP.
>
> GAW on the other hand is pretending to be a bank and wants you to store as much BTC in their cloudmining service as possible.
>
> I'm not sure how people haven't put 2 and 2 together on this one.

They are really trying to make mining fun for you, so there are many different features to choose from. You get points for keeping your money there as a BONUS. You don't have to do it, but if you choose to, or simply forget to withdraw, you'll get points, that you can use as a store discount. IMO it's a great feature that makes them unique.

I'll say this again.

**You don't have to register on hashtalk - it's optional.**
**You don't have to collect and use hashpoints.**
**You don't have to keep your money in the cloud, a lot of their clients withdraw daily.**

All those features are available for those who want to do something more than simply take their daily payout and forget about it.

Side note: You might want to check out GAW's latest purchase - 5 PH/s from Bitmain 

https://bitcointalk.org/index.php?topic=827552
https://hashtalk.org/topic/12390/bitmain-confirmation/197

        ?                ?               ?              ?         ?Huge
       **Casino Games**   **Live Dealers**   **Live Games**   **Poker**   VIP
                                                                          Program!

Pages: « 1 [2] 3 4 5 6 7 »  All

print

« previous topic next
topic »

Bitcoin Forum > Economy > Marketplace > Service Discussion (Moderators: Cyrus, hilariousandco) > **Are hashlets worth it?**

Jump to:   ===> Service Discussion

Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines

# Exhibit A-40

```
<a href="/topic/22630/rant-fair-and-what-you-bought-everything-else-is-grace/323">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/dekay">
<img title="dekay" class="img-rounded user-img"
src="https://secure.gravatar.com/avatar/2ddc3fc59e05ccc986293c44e156f4b8?size=128&default=identico
n&rating=pg">
</a>
<a href="/user/dekay">
<strong><span>dekay</span></strong>
</a>
<div class="content">
<p><p>like i said i think half the community is gearing up towards speculation and possible nuclear
containment breach to ltcgear post launch hopefully gaw can cleanup the mess for the poor souls who
lockup in hashstakers if needed better then tepco</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp;
Paybase</a> <span class="timeago" title="2014-12-11T08:55:27.076Z"></span> &bull;
<a href="/topic/22630/rant-fair-and-what-you-bought-everything-else-is-grace/320">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/dekay">
<img title="dekay" class="img-rounded user-img"
src="https://secure.gravatar.com/avatar/2ddc3fc59e05ccc986293c44e156f4b8?size=128&default=identico
n&rating=pg">
</a>
<a href="/user/dekay">
<strong><span>dekay</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/kapa">@kapa</a> said:</p>
<blockquote>
<p>you can believe or not but those 20$ per coin are not real yet, so u cant use it as an argument, so far re
just promises, when u have those 20$ per coin in your hand then you can talk allll about it.</p>
</blockquote>
<p>gaw ceo said he wasnt selling securitys yet he also said zenpool payouts come from day tradeing and a
multitude of different factors<br/>
ps sorry im unloading some ammunition</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp;
Paybase</a> <span class="timeago" title="2014-12-11T08:48:02.129Z"></span> &bull;
<a href="/topic/22630/rant-fair-and-what-you-bought-everything-else-is-grace/314">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
```

# Exhibit A-41



OCT  **NOV**  DEC
2016  **25**  2018
      **2017**

2 captures
25 Nov 2017

About this capture

YOU ARE AT:    Home  »  News  »  Is GAW Miners Lying about Partnerships?

NAVIGATE

# Is GAW Miners Lying about Partnerships?

  By **COIN FIRE** —    11 Comments

Last updated on November 22nd, 2014 at 11:31 pm

GAW Miners and Josh Garza have made a lot of noise recently about a new project called PayCoin. The coin has a lot of hype on a range of news sites and from members of the GAW community.

Recently the CEO of GAW Miners claimed publicly that the company and he personally have sealed up partnerships and deals with Target, Amazon, and Walmart about the coin and the company.

Josh also made a claim in an interview with CCN about Authy that they were single-handedly stress testing the Authy service because the requests are so high and outperforming other Authy users,

> ZenCloud Now Sends More Requests to Authy (a 2 factor authentication service) than Coinbase and CEX!
>
> And, it's all because of you guys.
>
> Earlier this week, Authy called us and said our users were stressing their network. Authy is an amazing company. Turns out ZenCloud users are pinging Authy for more 2FA requests than any other company in the space. Even more than CoinBase and CEX.io received communication from Authy.

Coin Fire has learned these recent claims are stretching the truth or outright lies.

At the Hashers United Conference in Vegas Josh made the bold claims about Walmart, Target, and Amazon, and our news team immediately began working to confirm the claims. After several weeks of back and forth between the legal teams and public relations teams at one of the companies we have finally received four on-the-record statements and a bold statement from one of the four companies legal teams.

Walmart confirmed via spokesperson Tara Greco that Walmart has no relation with GAW Miners, PayCoin or any project that Josh Garza or GAW Miners is involved with issuing the following statement to Coin Fire,

> Walmart has no intention of expanding our current payment options to accept PayCoin from GAW Miners or any affiliate of the company. Any statements implying this is the case are false. Walmart offers a variety of payment methods in our stores and on our website for our customers which can be found online or in-store. <u>We have no partnership with this company</u>.

Target also confirmed to our team that much like Walmart it has no relation to paycoin, or GAW Miners with a spokesperson telling our editorial team,

> Target does not have any record of any partnership with GAW Miners or anyone named Josh Garza. <u>Any statement contrary to this is false</u>. We have no intention of accepting "paycoin".

Amazon went one step further with having an unnamed source at the company's legal department tell us that,

> If this company believes it can imply a partnership with Amazon we will be seeing them in court if they don't stop doing so immediately.

The official statement from an Amazon spokesperson was just as telling if less bold reading,

> Amazon is not affiliated or partnered with GAW Miners or paycoin. If this company wishes to list products on our website as a third-party seller they may do so. No partnership should be implied from those listings. Amazon has created a robust and international system that allows vendors to bring products to the Amazon.com website – but in no way does it imply a partnership with our company.
>
> We also have no intentions of selling our merchandise through paycoin and refer our customers to the now accepted payment methods already on the Amazon site.

While Josh is declaring publicly and implying a partnership with all three companies it would seem that all three are disavowing any sort of partnership. We have reached out to GAW Miners for a statement about these statements but once again the company has repeatedly denied our staff a statement.

Two members of the Authy team offered the following comments to Coin Fire about Josh's statements to CCN.

> We do not comment on customer account volumes compared to other accounts.
>
> — **Daniel Palacio, Founder of Authy, Inc.**

This statement was followed up by a statement from the President and COO of the company, Marc Boroditsky:

> First off, we don't comment on the specifics of our customers' use of our service.

> Second, our service has not been and could not be stressed by the use generated by any single customer.
>
> Third, ZenMiner use has genuinely increased in the past two months.

So while the company stated the use has genuinely increased it did offer comments that they wouldn't give details to one client about performance versus other clients. To do so would likely cause a sticky situation for the company as Coinbase and GHash likely wouldn't take kindly to the remarks.

After our site's previous concerns about GAW Miners and the company's failure to give a statement we immediately dropped all GAW Miners advertisements from our site.

As this feature went to editing a listing for Hashlet had gone live on Amazon. It should be noted though it is not being sold directly by Amazon but rather a third-party vendor. With the remarks from Josh Garza recently it would seem he is implying a direct partnership and this listing to the untrained eye would seem that way — but is not any sort of partnership with Amazon as a spokesperson had made clear to Coin Fire.

Coin Fire has reached out multiple times for comments on this story and a response from GAW Miners before publishing this article. If Josh Garza and GAW Miners can give complete evidence that any of the companies he has before mentioned are entering a **BONAFIDE** partnership and said company is willing to go on the record we will update this story. However, at this time, each company has **OUTRIGHT DENIED** each of Garza's statements.

About    Latest Posts

## Coin Fire

Coin Fire is a cryptocurrency news site started on June 6th of 2014. The site focused on hard-hitting investigative stories. Coin Fire was acquired by 99Bitcoins on October 2015.

RELATED POSTS

# Exhibit A-42

**archive.today**
webpage capture

Saved from [https://web.archive.org/web/20150120011913/https://coinfire.cf/2015/01/19/sec-inves]    search          21 Jan 2015 09:29:53 UTC
⟳ history

Original [https://coinfire.cf/2015/01/19/sec-investigation-of-gaw-miners-underway/]              20 Jan 2015 01:19:13 UTC
⟳ history

All snapshots    from host archive.org
                 from host coinfire.cf

Webpage | Screenshot                                    ✦ share    download .zip    report error or abuse



**EARN BITCOINS RIGHT**

Advertise Here

ABOUT    ADVERTISE    EDITORIAL POLICY    ETHICS POLICY    CONTACT                    JANUARY 20, 2015



# SEC Investigation of GAW Miners Underway

JANUARY 19, 2015 BY LEO — 11 COMMENTS

**135** SHARES

 Facebook           Twitter

Coin Fire has been able to exclusively confirm that an "active" investigation of GAW Miners, Josh Garza, Paybase, Paycoin, and several other "operating names" for Mr. Garza is underway by the United States Securities and Exchange Commission.

Coin Fire has obtained over 1,000 pages of an investigation file from a confirmed Commission employee that also has a bombshell draft of a potential enforcement litigation action against the company. The documents given to Coin Fire editors contain several hundred references to deleted forum posts on the company owned-and-operated Hashtalk forums, emails from potential victims of securities fraud, news stories from various websites, numerous social media postings, a

## WHAT IS COIN FIRE?

Coin Fire is the latest in Bitcoin and cryptocurrency news, reviews, interviews and editorials.

We are focused on providing truth-driven and honest pieces to the community.

We never accept payment for a single thing we write and are dedicated to being honest.

Let's create something different... click here to read more.

## OUR FRIENDS

› BITVPS

› Chain Radio

› The Daily Hash Rate

sealed subpoena demanding the IPs associated with certain accounts on a well-known site where Garza and potential sock puppets have operated, and several storyboards from videos uploaded by the embattled company that enforcement attorneys are stating contain many confirmations of potential wrongdoing.

**146. As a result of the conduct described above, company willfully violated Section 17(a) of the Securities Act of 1933, which prohibits fraudulent conduct in the offer or sale of securities.**

**147. As a result of the conduct described above, company also willfully violated Section 10(b) of the Exchange Act and Rule 10b-5 thereunder, which prohibit fraudulent conduct in connection with the purchase or sale of securities.**

The documents provided to Coin Fire are the raw investigation notes being used to decide whether an enforcement action against the company will take place. Many of the items inside the investigation jacket are outside of the standard scope of an SEC investigation.

The Commission is a bureau of the government dedicated to financial fraud or financial crimes as opposed to consumer fraud. While the documents contain allegations against the company from consumers of misappropriations or other potential fraud, the only sections highlighted or referenced in other locations of the document are sections containing specifics about the offering of illegal securities.

One of the cornerstones for the investigation and draft enforcement action is related to three statements Mr. Garza made online that the Commission feels qualified Mr. Garza's sales as an illegal securities offering. Enforcement attorneys spent several weeks gathering data that Mr. Garza made several efforts to "scrub" from the Internet.

The first major statement that our editorial team has seen highlighted in these documents is a statement from Mr. Garza in August of 2013. Mr. Garza stated that a percentage of the profits for ZenPool came from "day trading." The fact that he stated it was from day trading created a situation in which, according to various securities laws, makes it a security. This is the first major cornerstone that the SEC intends on using in a potential enforcement action.

Coin Fire is unable to give the other two statements at this time due to potentially compromising the security of the ongoing investigation; however, both statements made by Mr. Garza are large parts of the investigation.

The commission also detailed in a time-line style accounting the events running up to even more recent events, such as the failed "floor" from statements made by Mr. Garza, but later edited on the Hashtalk site and other cryptocurrency news sites.

**917. As part of the false solicitation of "purchases," company solicited consumers to convert their money into an obscure virtual currency called Paycoin and, in exchange, company would later purchase sums of Paycoin for $20. When the company was unable to purchase a large sum**

Enforcement attorneys for the Commission also drafted reports for potential future litigation stating,

› Let's Talk Bitcoin

› Piece of Bit



" "[..] it is our belief that Mr. Garza has been systematically with the assistance of his employees and "moderation team" been removing large portions of potential evidence from his websites and employing the services of attorneys used to intimidate other sites to remove potential evidence from the public record."

The jacket contains more than simply evidence of potential wrongdoing by the company. It also has extensive draft court documents that could later be filed against the company and principles of the company.

One document has information about Cantor Fitzgerald's Stuart Fraser and his involvement with the ongoing saga. The document confirms that Mr. Fraser is involved as an investor (a statement which Coin Fire and many other sites have been unable to verify until this document) and shows that some unwanted SEC attention could be coming his way as well.

The commission jacket also contains extensive evidence archived by victims on the Internet and has draft documents seeking subpoenas in the future requesting copies of the relevant information provided by consumers and victims to certify them for potential future court use.

923. Company failed to prevent the Representatives from opening hundreds of customer account numbers. The Representatives' customers maintained multiple accounts with company, many of which bore fictitious names that had no relation to the actual customer's name. The Representatives used these customer accounts interchangeably to execute trades, thereby creating the appearance that the trade originated from another customer.

Other sections of the investigation jacket are relevant about more recent events with the launch of trading platforms or the purchase of trading platforms upon which the company allows customers to buy, sell, or trade Paycoin. The commission believes that direct market manipulation has also taken place.

As our editorial team and attorneys have sifted through the pages of the jacket, it has become more clear that Mr. Garza's moves to both remove information from the Internet and restrict others from sharing information indicates that the agency has become more emboldened to seek further outside information.

Coin Fire is working diligently with our editorial team and legal team to decide which parts of the jacket can be shared without jeopardizing the investigation, our sources within the SEC, or potential third parties from destroying further evidence. We will be sharing these documents and information over the next several months in a series dedicated to this ongoing story as we are able to do so.

While the SEC has yet to file or begin any active enforcement actions against Mr. Garza or the associated companies, they have begun amassing potential evidence for those actions and are seeking further information from those in the public who feel they are a victim of securities fraud.

Our source shared the following information with our team stating,

> Those who feel they are potential victim of securities fraud should immediately contact the Securities and Exchange Commission with as much relevant information they have. The proper website for doing so is:
>
> http://www.sec.gov/complaint/tipscomplaint.shtml

While the act of reaching an investigation point can take several months or even potentially years, the more information the agency has of potential wrongdoing, the more resources can be dedicated to the investigation and potential enforcement.

*This post and series is the result of the work of Leo, Mike, and Christina from the Coin Fire team.*

*Image provided by Scott S.*



Consider me your resident mining expert at Coin Fire. I like to write about mining services, hardware, software and more.

Like what I am doing? Send a tip:
1NXJmahmFSTtHHN8SEag26Yzw6syjhNfSw

Leo — who has written 20 posts on Coin Fire.

---

**Share this:**

 Reddit    Pocket    ✉ Email    🖨 Print

**135**
**SHARES**

f  Facebook              Twitter

---

FILED UNDER: NEWS
TAGGED WITH: CANTOR FITZGERALD, GAW MINERS, JOSH GARZA, SEC, STUART FRASER



# Comments

**@ChangeTip** **says**
JANUARY 20, 2015 AT 12:09 AM

artilectinc just left a Bitcoin tip worth 0.47 USD (2,185 bits/$0.47).

# Exhibit A-43

| | |
|---|---|
| **From:** | Google Alerts |
| **Sent:** | Wednesday, January 21, 2015 12:31 PM EST |
| **To:** | rami@geniusesatwork.com |
| **Subject:** | Google Alert - gaw miners |

# Google Alerts

gaw miners

Daily update · January 21, 2015

NEWS

Bitcoin startup **GAW Miners** reportedly under SEC investigation
Ars Technica
The Securities and Exchange Commission (SEC) has opened an investigation of **GAW Miners** and its CEO Josh
Garza, according to CoinFire, ...

[2015-01-20] Coinfire.cf: SEC Investigation of **GAW Miners** Underway - Bitcoin Forum
Full Coverage

G+    f    🐦    Flag as irrelevant

Gift Card King Gyft Teams Up with Coinbase for Seamless Transactions
CryptoCoinsNews
One of the rumors floating around the controversial Paycoin and Paybase debacle, stemming from **GAW Miners**
CEO Josh Garza, was that of Gyft ...

G+    f    🐦    Flag as irrelevant

WEB

SEC Launches Investigation Into **GAW Miners** (also Paycoin)
Bitcoin Forum
The **mining** titan and CEO of **GAW** Labs, Josh Garza, has come under severe scrutiny due to claims from the
cryptocurrency news site Coin Fire, which ...

       Flag as irrelevant

---

**GAW Miners**, Josh Garza, Paybase - SEC investigation
Bitcoin Forum

Another cloud mining under investigation. https://coinfire.cf/2015/01/19/sec-investigation-of-**gaw**-**miners**-underway/
Cloud mining = ponzi and all of ...

       Flag as irrelevant

---

**GAW Miners**, Josh Garza, Paybase, Paycoin - SEC investigation
Bitcoin Forum

a statement from Mr. Garza in August of 2014. Mr. Garza stated that a percentage of the profits for ZenPool came
from "day trading." The fact that he ...

       Flag as irrelevant

---

Bitcoin startup **GAW Miners** reportedly under SEC investigation
Bitcoin Ticker

Bitcoin startup **GAW Miners** reportedly under SEC investigation - Ars Technica. Posted: 2015-01-20 23:11:15 0
Comments. Disqus seems to be taking ...

       Flag as irrelevant

---

Bitcoin startup **GAW Miners** reportedly under SEC investigation
Popist

**GAW** was first introduced to the Bitcoin public around a year ago, and first came about re-selling Bitcoin **mining** rigs.
There have been ...

       Flag as irrelevant

---

**GAW Miners** Q&A Interview/Update
HashTalk - Ideas, Talk, and Hardware - Bitcoin & Scrypt Mining

Wasn't the Q&A suppose to be out by now? Where is the update we have been waiting for?

       Flag as irrelevant

---

Bitcoin startup **GAW Miners** reportedly under SEC investigation
Topix

The Securities and Exchange Commission has opened an investigation of **GAW Miners** and its CEO Josh Garza,
according to CoinFire , a Bitcoin ...

       Flag as irrelevant

---

SEC Launches Investigation Into **GAW Miners** for Securities Fraud
Currly

The **mining** titan and CEO of **GAW** Labs, Josh Garza, has come under severe scrutiny due to claims from the
cryptocurrency news site Coin Fire, ...



Flag as irrelevant

**Ars Technica**
Bloglovin

The Securities and Exchange Commission (SEC) has opened an investigation of **GAW Miners** and its CEO Josh Garza, according to CoinFire, ...

Flag as irrelevant

**Bitcoin startup GAW Miners reportedly under SEC investigation.**
myinforms.com

Probe adds to list of lawsuits, investigations of alleged Bitcoin-fueled…

Flag as irrelevant

**Bitcoin startup GAW Miners reportedly under SEC investigation**
TheNewsCommenter

VOTE. Bitcoin startup **GAW Miners** reportedly under SEC investigation. Added 01-20-15 08:10:03pm EST - "Probe adds to list of lawsuits, ...

Flag as irrelevant

**Bitcoin startup GAW Miners reportedly under SEC investigation**
Newstral.com

News that are related to the article Ars Technica: «Bitcoin startup **GAW Miners** reportedly under SEC investigation» from papers and blogs.

Flag as irrelevant

**Re: GAW Miners, Josh Garza, Paybase, Paycoin**
ZippCoin

Re: **GAW Miners**, Josh Garza, Paybase, Paycoin - SEC investigation. I love how theres a "GOVERNMENT = BAD" post in every thread yet nobody ...

Flag as irrelevant

**SEC Investigation of GAW Miners Underway**
BTC Market Watch

SEC Investigation of GAW Miners Underway. Posted by dconroy in Uncategorized | 0 comments. SEC Investigation of **GAW Miners** Underway.

Flag as irrelevant

**Bitcoin startup GAW Miners reportedly under SEC investigation**
Usum

The Securities and Exchange Commission (SEC) has opened an investigation of **GAW Miners** and its CEO Josh Garza, according to CoinFire , a ...

   Flag as irrelevant

### SEC Launches Investigation Into GAW Miners for Securities Fraud
BitMakler.com

The **mining** titan and CEO of **GAW** Labs, Josh Garza, has come under severe scrutiny due to claims […] The post SEC Launches Investigation Into ...

   Flag as irrelevant

### Bitcoin startup GAW Miners reportedly under SEC investigation
cryptoclever.com

'Bitcoin startup **GAW Miners** reportedly under SEC investigation' – Ars Technica. Posted by Admin. Date: January 21, 2015. in: Bitcoin. Leave a ...

   Flag as irrelevant

### Bitcoin startup GAW Miners reportedly under SEC investigation by @cfarivar
inagist.com

Bitcoin startup **GAW Miners** reportedly under SEC investigation | Ars Technica Probe adds to list of lawsuits, investigations of alleged Bitcoin-fueled ...

   Flag as irrelevant

### Bitcoin startup GAW Miners reportedly under SEC probe
Google

Bitcoin startup **GAW Miners** reportedly under SEC probe - Cryptocurrency - Google+.

   Flag as irrelevant

### Reportedly SEC investigating bitcoin startup GAW Miners
Google

Reportedly SEC investigating bitcoin startup **GAW Miners** - DigiSlice - Google+.

   Flag as irrelevant

### Bitcoin startup GAW Miners reportedly under SEC investigation
viralnews365.com

Bitcoin startup **GAW Miners** reportedly under SEC investigation was added to our system 37 minutes ago. This viral news story does not rank in our top ...

   Flag as irrelevant

### Bitcoin startup GAW Miners reportedly under SEC investigation – Ars Technica
The truth is in here - WordPress.com

Ars TechnicaBitcoin startup **GAW Miners** reportedly under SEC investigationArs TechnicaGAW was first introduced to the Bitcoin public around a year ...

   Flag as irrelevant

Share
sNEWSi is News

Probe adds to list of lawsuits, investigations of alleged Bitcoin-fueled fraud.

                    Flag as irrelevant

---

Ars Technica
bitcoin-domain.com

Ars Technica **GAW** was first introduced to the Bitcoin public around a year ago, and first came about re-selling
Bitcoin **mining** rigs. Later, the company ...

                    Flag as irrelevant

---

Bitcoin: 'Bitcoin startup **GAW Miners** reportedly under SEC investigation'
cryptogeeks

Bitcoin: 'Bitcoin startup **GAW Miners** reportedly under SEC investigation' - Ars Technica. Submitted by newsbot on
Tue, 01/20/2015 - 7:45pm.

                    Flag as irrelevant

---

Bitcoin: Security and Exchange Commission Launches Investigation Into **GAW Miners** for ...
cryptogeeks

Bitcoin: Security and Exchange Commission Launches Investigation Into **GAW Miners** for Securities Fraud.
Submitted by newsbot on Tue, 01/20/2015 ...

                    Flag as irrelevant

---

Bitcoin startup **GAW Miners** reportedly under SEC investigation
bitcoin-domain.com

'Bitcoin startup **GAW Miners** reportedly under SEC investigation' – Ars Technica. Published on January 21st, 2015 |
by Bitcoin News Feed.

                    Flag as irrelevant

---

Bitcoin startup **GAW Miners** reportedly under SEC investigation by None. Score
Scanvine

Scanvine | Scores over time for "Bitcoin startup **GAW Miners** reportedly under SEC investigation" by None in Ars
Technica. Score: None.

                    Flag as irrelevant

---

Bitcoin startup **GAW Miners** reportedly under SEC investigation
Regator

Bitcoin startup **GAW Miners** reportedly under SEC investigation. 1 hour agoTechnology / Technology Industry News
: Ars Technica. Probe adds to list ...

                    Flag as irrelevant

---

See more results | Edit this alert

You have received this email because you have subscribed to **Google Alerts**.

Unsubscribe | View all your alerts

Receive this alert as RSS feed

Send Feedback

# Exhibit A-44

1                  UNITED STATES DISTRICT COURT

2                    DISTRICT OF CONNECTICUT

3

4   DENIS MARC AUDET, MICHAEL    )
    PFEIFFER, D. ALLEN SHINNERS, )
5   and JASON VARGAS,            )
    Individually and on Behalf   )
6   of All Others Similarly      )  No. 16-940
    Situated,                    )
7                                )
                     Plaintiffs, )
8                                )
           VS.                   )
9                                )
    HOMERO JOSHUA GARZA, STUART  )
10  A. FRASER, GAW MINERS, LLC,  )
    and ZENMINER, LLC, (d/b/a    )
11  ZENCLOUD),                   )
                                 )
12                   Defendants. )
    _____)

13

14

15

16        VIDEOTAPED DEPOSITION OF ROBERT MILLS

17              Los Angeles, California

18            Tuesday, October 30, 2018

19

20

21

22

23  Job No. 149295

24  Reported by:  NIKKI ROY

25              CSR No. 3052

Page 26

1  that yet.  My understanding is that there's some
2  schedule that's been worked out by the court.  And I
3  would expect to work towards that schedule, but I
4  haven't been asked to start the damages analysis yet.
5      Q.  Okay.  So you mentioned the two -- that
6  there were two databases you were asked to look at.
7  If you could turn back to Exhibit 212 and turn your
8  attention to page 2, paragraph 1.
9      A.  Yes.
10     Q.  Okay.  And there it says (reading):
11         "I have analyzed two .sql
12         databases."
13         Are those the two databases that you were
14  referring to?
15     A.  Yes.
16     Q.  Okay.  And you indicate there "they were
17  provided to me by counsel."
18         Do you know where your -- where plaintiffs'
19  counsel got those databases?
20     A.  My understanding is that they were provided
21  to counsel by a gentleman named Adam MacLack.
22     Q.  Okay.  Would that be Matlack?  Is that --
23     A.  Oh, Matlack, perhaps.
24     Q.  Ok.  M-a-t-l-a-c-k.
25         In what format -- did you receive the

Page 27

1  databases in the .sql format?
2      A.  I received the databases in a format -- I
3  don't recall the extension on the files that I
4  received, but essentially they were backups of two
5  databases, and I reconstituted or reconstructed the
6  databases from the backup files that were provided.
7      Q.  And what did you do to reconstitute the
8  databases?
9      A.  I downloaded a program called Maria DB,
10 which is the program that they had used for the
11 database.  And a series of commands -- I used a
12 series of commands that reconstructed the database
13 from the backup files.
14     Q.  Do you know where Adam Matlack got the
15 databases from?
16     A.  I don't have personal knowledge of that, but
17 my understanding is that he received the databases
18 from a former employee of GAW Miners, but I don't
19 know more than that.
20     Q.  And what's the basis for that understanding?
21     A.  Just a conversation with counsel.
22     Q.  Okay.  Do you know the name of the former
23 employee who provided Mr. Matlack with the databases?
24     A.  I don't.
25     Q.  Okay.  Did you ever know that or do you just

Page 28

1  not know today?
2      A.  I don't think I ever knew that, but I can't
3  be 100 percent certain.
4      Q.  Okay.  Do you know if Mr. Matlack did any
5  processing or reconstruction of the databases before
6  you received them?
7      A.  I don't know.
8      Q.  Okay.  In between when -- so just to follow
9  the chain of custody.  The former employee provided
10 them to Mr. Matlack.  Mr. Matlack provided them to
11 plaintiffs' counsel.  Plaintiff's counsel provided
12 them to you.  Is that the right sequence?
13     A.  Well, I mean, the sequence I know of is that
14 I received them from counsel.  Everything beyond that
15 is not something I have personal knowledge of.
16     Q.  Okay.
17     A.  My personal knowledge is me receiving the
18 files from counsel.
19     Q.  Okay.  Did you undertake to do anything to
20 get comfort about the data that you were going to be
21 using for purposes of your damages analysis?
22     A.  Yes, in a sense.  I mean, I reconstructed
23 the databases from the backup files.  That process
24 appeared to be -- to have worked smoothly.  I didn't
25 notice any kind of errors that occurred through that

Page 29

1  process.
2          There were a number of tables that seemed to
3  be structured properly after I reconstructed the
4  data, so it appeared to me to be a functioning
5  database at that point.
6      Q.  Okay.  And the Maria -- is it Maria capital
7  D capital B?  Is that the name of the program?
8      A.  I don't recall if it's capitalized, but
9  Maria DB is the name.
10     Q.  Maria DB.  Okay.
11         And is that a commercially available or is
12 that a proprietary software?
13     A.  It's open source.
14     Q.  Okay.  And did you do the reconstruction
15 yourself or did you have a colleague do it?
16     A.  I did it myself.
17     Q.  How long did it take?
18     A.  I don't recall.  I mean, I'm fairly certain
19 I did it within a day.
20     Q.  Okay.
21     A.  But I don't recall how much of the day it
22 took.
23     Q.  Okay.  How many -- and just to be clear,
24 when we're talking about the ZenCloud and the Paybase
25 databases that you refer to in paragraph 1.

Page 86

1    A.  Yes.
2    Q.  And so that number that he has, 30 Bitcoins,
3  is different than the number that's in your
4  paragraph 8 of your declaration, which is 36
5  Bitcoins, correct?
6    A.  Well, 30 is not 36, that's correct.
7    Q.  Okay.
8    A.  But I don't know that these are necessarily
9  trying to measure the same thing.
10   Q.  Okay.  What do you mean by that?
11   A.  Well, he's referring to a portion of his
12  investment not being recoverable, and I'm referring
13  to purchases -- completed purchases in a transaction
14  table.  So I'm not sure that those line up -- those
15  are the same thing.
16   Q.  Okay.  If assuming Mr. Shinners is correct
17  here that he recovered some of his losses through the
18  credit card chargeback process, is that something
19  that you would include in the value received
20  component of the damages methodology that you spoke
21  about with respect to paragraph 7 of your
22  declaration?
23   A.  I think I'd have to have a conversation with
24  counsel about that to understand, from a legal
25  standpoint, what that means for damages.  It may be

Page 87

1  something I'd want to something.  I mean, it's
2  something I'd want to consider, but it may be
3  something I'd have to actually utilize in my
4  analysis, but I'd want to speak with counsel about
5  that and understand the legal aspects of it.
6    Q.  Okay.  But if Mr. Shinners got money back
7  through the credit card chargeback process, that's
8  value received, correct?
9         MR. WATTERSON:  Object to the form.
10        THE WITNESS:  It may well be, but I'd want
11  to know, you know, more, whether that's an offset
12  that's legitimate under the law and whether -- I
13  mean, there might be costs associated with that
14  chargeback as well, but...
15  BY MS. CAVE:
16   Q.  He doesn't say that there are any costs
17  associated with the chargeback, though, here, does
18  he?
19   A.  No, he doesn't address -- as far as I can
20  tell in this paragraph anyway, he doesn't address
21  costs at all, but...
22   Q.  And in any event, that's something that
23  you'd have to look into individually?
24   A.  Well, to understand the costs, that may be
25  true, yes.

Page 88

1    Q.  Mr. Shinners says here he -- that he helped
2  many investors recover some of their losses through
3  credit card chargeback.  So in addition to
4  Mr. Shinners, there are other investors that you
5  would need to look at to assess whether this is
6  something you need to take into account in your
7  damages analysis -- methodology, right?
8    A.  Perhaps, yeah.  I'd want to talk to counsel
9  about this and understand the implications.
10   Q.  Okay.  Are there any tables in the databases
11  that you've looked at that reflect recovery through
12  the credit card chargeback process?
13   A.  I don't know.  I haven't looked specifically
14  for that, so I'm not certain.
15   Q.  Okay.  Is there any other information that
16  you've seen in this case that shows you the amounts
17  that investors recovered through the chargeback --
18  credit card chargeback process?
19   A.  No.
20   Q.  Okay.  Is that something that you would want
21  to see?
22   A.  Perhaps I'll have to have a conversation
23  with counsel to understand the ramifications of this
24  from a legal standpoint to see whether it's relevant,
25  but perhaps.

Page 89

1    Q.  Okay.  Okay.  You can set that to the side,
2  Mr. Mills.  Thank you.
3         Are you aware, Mr. Mills, that the SEC has
4  undertaken an analysis of versions of the ZenCloud
5  and Paybase databases?
6    A.  I have heard that's true, yes.
7         MS. CAVE:  Okay.  So I'm going to show you
8  what we'll mark as Exhibit 218.
9         (Exhibit 218 Email from Allen Shinners
10        to Mark E. Munster, March 1, 2016,
11        attaches declaration of Trevor T.
12        Donelan, marked for identification as
13        of this date.)
14  BY MS. CAVE:
15   Q.  And Exhibit 218 is an email from
16  Mr. Shinners to Mark E. Munster dated March 1, 2016
17  and it attaches the declaration of Trevor T. Donelan.
18        Is this anything you've seen before?
19   A.  No.
20   Q.  Okay.  And if you could turn to the --
21  certainly take as much time as you'd like to review
22  it, Mr. Mills, but I'll draw your attention to
23  paragraph 6 in particular.
24   A.  Okay.  I'm at paragraph 6.
25   Q.  Okay.  And so here Mr. Donelan says that

Page 94

1   A.  I don't have any plans either way at the
2   moment.
3       MS. CAVE:  Okay.  Okay.  You can set that to
4   the side.
5       Show you what we'll mark as Exhibit 219.
6       (Exhibit 219 Plaintiffs' Motion for
7       Class Certification, marked for
8       identification as of this date.)
9       THE WITNESS:  Thank you.
10  BY MS. CAVE:
11      Q.  Okay.  And Exhibit 219 is the plaintiffs'
12  motion for class certification which contains in the
13  indented paragraph the proposed class definition that
14  the plaintiffs have advanced here.
15      Do you see that?
16      A.  Yes.
17      Q.  Okay.  Did you have any input into the
18  definition of the class that the plaintiffs are
19  proposing here?
20      A.  No direct input.  I mean, I provided a
21  declaration, so I don't know whether that was used as
22  an input or not.  I just -- I don't know, but I
23  didn't offer a suggestion or recommendation about the
24  definition of class.
25      Q.  Okay.  The wording per se isn't anything

Page 95

1   that you specifically commented or critiqued or
2   anything?
3       A.  No.
4       Q.  Okay.  Did you have any -- the proposed date
5   range for the class is August 1, 2014 to December 1,
6   2015.
7       Do you see that?
8       A.  I do.
9       Q.  What is your understanding of the
10  significance of those two dates?  Aside from the fact
11  that they're the beginning and the end of the class,
12  do you know what those dates represent in terms of
13  the facts of this case?
14      A.  My understanding is that August 2014 is
15  about the time period that Hashlets began to be sold.
16  So I'm not certain that that's why August 1, 2014 is
17  the period identified in the class definition, but I
18  happen to have an understanding that that's about
19  when the Hashlets began to be sold.  I'm not certain
20  about December 1, 2015.
21      Q.  Okay.  And so the first sentence of the
22  definition is (reading):
23          "All persons or entities who,
24          between August 1, 2014 and
25          December 1, 2015 purchased or

Page 96

1       acquired Hashlets, Hashpoints,
2       Hashstakers and PayCoin from GAW
3       Miners and Zenminers."
4       Is that your understanding of the persons
5   and the date range and the purchase or acquisition of
6   those products from GAW Miners and Zenminers would be
7   included in the class?
8       A.  I think you read that sentence accurately,
9   so that would be my understanding --
10      Q.  Okay.
11      A.  -- but...
12      Q.  And the next sentence says (reading):
13          "Excluded from the class are any
14          defendants, any parent, subsidiary
15          affiliate, agent, or employee of any
16          defendant any co-conspirator, and any
17          governmental entity."
18      Is it your understanding that those are all
19  the categories that are excluded from the definition
20  of the class, right?
21      A.  I think you read the sentence accurately, so
22  I suspect that's true.
23      Q.  Okay.  So employees are specifically
24  excluded from the class as well, right?
25      A.  It appears that employees of any defendant

Page 97

1   are, yes.
2       Q.  Okay.  So how -- for purposes of your
3   damages -- well, strike that.
4       If this is the definition that's adopted for
5   the class, if the court grants class certification,
6   how will you go about determining for purposes of
7   your damages methodology who was an agent of any
8   defendant, co-conspirator, or governmental entity who
9   needs to be excluded from the class?
10      MR. WATTERSON:  Object to the form.
11      THE WITNESS:  I'm not certain as I sit here.
12  I'd have to speak with counsel to see if he could
13  identify those individuals, but I'm not certain as I
14  sit here.
15  BY MS. CAVE:
16      Q.  Is there any information in the tables in
17  either of the databases who tells you who an agent
18  is?
19      A.  I haven't looked for that, so I'm not
20  certain.
21      Q.  What about employees?  Is there anything
22  that is reflected in the tables that allows you to
23  determine who is an employee and therefore needs to
24  be excluded?
25      A.  Not that I've seen, but I haven't look for

Page 98

1 that. I have noticed that there are users -- for
2 example, it appeared to me that Mr. Lucas has a user
3 name. So I did recognize -- I did recognize that
4 user name, but I don't recall seeing any specific
5 table that identifies all employees.
6     Q. So you would need to go through each user ID
7 to determine whether a user ID is an agent or an
8 employee and therefore needs to be excluded?
9     A. Well, if the aim is to exclude them, then
10 somebody would have to do that, whether it's me or
11 somebody else. But if the aim is to exclude user
12 names that are owned by or affiliated with an
13 employee of a defendant, then I suppose they'd have
14 to be identified.
15     Q. Can you calculate using your damages
16 methodology damages for the class if you don't
17 have -- let me reword that.
18         In order to calculate damages for the class
19 you need to find a way to exclude all agents and
20 employees of any of the companies, right?
21     A. To avoid damages of any associated with
22 those employees or agents, then yes, they'd have to
23 be identified and removed.
24     Q. Okay. Okay. You can set that to the side.
25 Thank you.

Page 99

1     Have you thought at all about the but-for
2 world that would have existed if the alleged fraud
3 had been disclosed earlier?
4     A. I haven't tried to analyze the but-for
5 world, no.
6     Q. For purposes of your damages methodology,
7 are you assuming that the prices of Hashlets and
8 PayCoins and the other Cryptocurrency-related
9 products sold by the companies would have been zero?
10     MR. WATTERSON: Object to the form.
11     THE WITNESS: Under what circumstance would
12 they have been zero? I'm not sure I understand the
13 question.
14 BY MS. CAVE:
15     Q. If the -- in the absence of fraud, is it
16 your assumption that the Cryptocurrency-related
17 products sold by GAW Miners and Zenminers had zero
18 value?
19     A. I haven't made a specific assumption about
20 that one way or the other at this point.
21     Q. Do you have any views about what information
22 about the GAW Miners and Zenminers
23 Cryptocurrency-related products, what information
24 about those products should have been disclosed
25 earlier, do you have a view on that?

Page 100

1     A. No, that's a liability issue. I haven't
2 even thought about that.
3     MS. CAVE: Okay. Sorry. Bear with me one
4 second.
5     We're going to mark another exhibit. Just
6 bear with me one second please.
7     This is Exhibit 220.
8     (Exhibit 220 First Amended Complaint,
9     marked for identification as of this
10     date.)
11     THE WITNESS: Thanks.
12 BY MS. CAVE:
13     Q. Exhibit 220 is a copy of the first amended
14 complaint in this case. You mentioned earlier that
15 you had seen this before?
16     A. I think I have.
17     Q. Okay. And without having to go through this
18 the complaint line-by-line, the plaintiffs allege
19 that there are a number of misrepresentations
20 regarding the GAW Miners and Zenminers
21 Cryptocurrency-related products.
22     Is that your understanding?
23     A. Yes.
24     Q. Okay. Have you analyzed any of those
25 misrepresentations individually to see what effect

Page 101

1 they had on the value of the GAW Miners and Zenminers
2 Cryptocurrency products?
3     A. I have not done that.
4     Q. Okay. In other words, you haven't done any
5 kind of event study or anything like that in this
6 case so far?
7     A. I have not.
8     Q. Okay. You can set that to the side. Thank
9 you.
10     Do you plan to calculate damages in this
11 case in dollars or in Bitcoin?
12     A. I haven't thought about that issue actually.
13 I think most of the transactions are expressed in
14 both dollars and Bitcoins, so I think either can be
15 done, but I haven't really thought about that.
16     Q. Okay. Yeah. If -- do you know, is there a
17 standard conversion rate in the databases?
18     MR. WATTERSON: Object to the form.
19 BY MS. CAVE:
20     Q. In other words -- I can word that slightly
21 better, hopefully.
22     Where a value is expressed in Bitcoin in the
23 databases, do you know what point in time is used for
24 calculation of that value?
25     A. I'll have to go back to be certain. I think

# Exhibit A-45

http://teampaycoin.com/    GO
26 captures
26 Dec 2014 - 7 Nov 2016
NOV  DEC  FEB
◀ 26 ▶
2013  2014  2016
About this capture



# WE MOBILIZE AND EMPOWER PEOPLE
# WHO ARE PASSIONATE ABOUT PAYCOIN
# TO ASSIST IN ITS GLOBAL ADOPTION

http://teampaycoin.com/    GO    NOV  DEC  FEB

26 captures                                         ◄  **26**  ►
26 Dec 2014 - 7 Nov 2016                            2013  **2014**  **2016**

▼ About this capture



## FUND RAISING

Paycoin Community backed fundraising and fiscal
support. Paycoin is only as strong as the
community that supports it.

## AWARENESS & ADOPTION

Using Guerilla and Grass roots marketing
campaigns we want to help spread passion and
knowledge about paycoin.



http://teampaycoin.com/    GO

NOV  **DEC**  FEB

◀ **26** ▶

26 captures

2013  **2014**  **2016**

26 Dec 2014 - 7 Nov 2016        ▼ About this capture

# WEB & APP DEVELOPMENT

Help launch and Facilitate the creation of meaningful and powerful programs for Users and Merchants alike.

# WHO ARE WE?

Team Paycoin is a group of experts and enthusiasts who have come together to help change the future of finance. We believe that Paycoin can bring crypto-currency to the mainstream world and we want to help make that happen.

## TEAM PAYCOIN GOALS

1. Protect the integrity of the paycoin community.
2. Assist in increased User and Merchant adoption.
3. Produce useful and meaningful tools to help the community.
4. Help grow a movement that changes the world.

## APPLY TO JOIN THE TEAM

The application has moved to TeamPaycoin.com/apply



Complete the form and tell us where you would like to spend your PayCoin TeamPaycoin.com/accept

# CURRENT PROJECTS



## PAYCOIN NASCAR

Join in and support the effort to sponsor a Nascar team at the Daytona 500!

http://teampaycoin.com/   GO

26 captures
26 Dec 2014 - 7 Nov 2016

NOV   **DEC**   FEB
◀ **26** ▶
2013   **2014**   **2016**

About this capture



## PAYCOIN.TV

Fun, Educational, and Entertaining videos that promote Paycoin.



## PAYCOIN DOMAINS

Hundreds of web addresses to be issued to developers or sold for fundraising purposes.

## TOGETHER, WE CAN CHANGE THE WORLD

We have over 20 projects in development. Help be part of the movement that changes the world of finance. Let us know how we can help or apply to join today.

http://teampaycoin.com/    GO    NOV  DEC  FEB

26 captures    26    ▶

26 Dec 2014 - 7 Nov 2016    2013  2014  2016

About this capture

# STAY CONNECTED

We want to help paycoin change the world!

Subscribe to our mailist list to stay current with what we are doing and how you can help.

## SUBSCRIBE TO OUR MAILING LIST

*indicates required

EMAIL ADDRESS
*

FIRST NAME

LAST NAME

**SUBSCRIBE**



© Team Paycoin All rights reserved.    Team Paycoin

Team Paycoin

http://teampaycoin.com/                                          GO    NOV  DEC  FEB

26 captures                                                          ◄   26  ►
26 Dec 2014 - 7 Nov 2016                                      2013  2014  2016        ▼ About this capture

# Exhibit A-46

- Recent
- Tags
- Popular
- Users
- Search

- Register
- Login

- Search

- 
- 

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

1. Home
2. Wiki
3. List of GAW Miners Websites, Contacts, References

- seant3d

**List of GAW Miners Websites, Contacts, References**

So I am trying to compile a list of the known gaw websites & other important sites connected to all things GAW!

*Official GAW Websites*

Main Websites ~~~ Geniuses at Work // Gaw Miners // BTC.com
Cloud Mining Platform ~~~ ZenPortal // ZenPortal Status // Hashbase
Forum Community ~~~ Hashtalk
Cryptocurrency ~~~ Paycoin // Source //Wallet Win64 Download
Paycoin (XPY) Mining Pools ~~~ Paycoin Pool
Payment Processor ~~~ Paybase
Apparel ~~~ HashGear // HashGear Twitter
Social Network ~~~ Gaw on Facebook // Hashlets on Facebook // Gaw on Twitter // Josh on Twitter
Affiliate Companies ~~~ Team Paycoin Main // Team Paycoin Twitter
Rollout Plans ~~~ Timeline
Customer Service & Tickets ~~~ Support
Customer Service Hotline ~~~ (866) 554-5861

*3rd Party Sites USE AT YOUR OWN RISK*

Paycoin (XPY) Mining Pools ~~~ Minerpools, Blockchain Info // Coinminers // Multicoin // SuchPool
Paycoin Blockchain Explorer ~~~ Explorer // CryptoID
Paycoin Exchanges ~~~ CoinSwap // C-Cex
Paycoin Wallet ~~~ Mac OS X Wallet
Paycoin Raffle ~~~ Giveaway by Tokidoki
News ~~~ Cloud Miner by Keith
IRC Chatroom ~~~ #GAW

If you see something missing from this list reply to this thread

GAW00799561

# Exhibit A-47

archive.today
webpage capture

Saved from

Redirected from

All snapshots  from host hashtalk.org

14 Apr 2015 22:05:06 UTC

history

history

Webpage    Screenshot

share    download .zip    report error or abuse

hashtalk

For those of you who still believe.    21 out of 159

Register    Login

Home  /  Paycoin & Paybase  /  For those of you who still believe.

## XPYF

Huey

GAW
Founder

Team
PayCoin

Paycoin
Innovator

# For those of you who still believe.

If you don't already know me, my name is Adam Matlack. I have been a customer and investor in GAW since week one of its launch. I've participated in every single product release GAW has offered; Gridseed 5chips, Blades, Zues, Vault Breakers, Hashlets, and Hashtakers. With every product I've ordered from GAW they came through and managed to either fulfill the order or make it right through reimbursement.

In September along with some close friends I launched the reseller You Can Mine. We tried to offer the best support possible and help get outsiders involved in Mining. Obviously this didn't last too long due to the discontinuation of the VAR program but I truly hope we were able to offer a solid service to those who purchased from us.

Then along came Paycoin. I'm tired of reading all of the FUD over the fact that no investors have come forward stating that they participated in the ICO of XPY. Let me first say that I don't blame any individual who wants to remain anonymous when it comes to their finances and I totally understand why most are choosing to stay silent. So just to be clear, I participated in the ICO with GAW for a substantial amount, along with also acquiring a Prime controller. I have not sold a single Paycoin on the open market since its creation.

Now brings us to today. As regrettable as some aspects of this coins launch have been, I still have complete faith that this coin and the community that surrounds it can help the world realize the vast potential of crypto in general. On a personal note, as I've come to know Josh and the GAW family more extensively it has only been made more clear by the day, that they are a unique group of hard working individuals who definitely have flaws (just like the rest of us) but they believe in their projects and the work they put into them. And if my level of investment doesn't show my obvious belief in GAW and Paycoin I want to insure you that I absolutely believe in this coin and this company.

For those of you who still believe, you are not alone.

-------------------------------------------
*Join the Revolution* TeamPaycoin!

- 228

**Huey** posted 3 months ago

paycoin  688  | Posts **159** | Views **8.0k**

Reply



Yay Paycoin

@Huey said:

If you don't already know me, my name is Adam Matlack. I have been a customer and investor in GAW since week one of its launch. I've participated in every single product release GAW has offered; Gridseed 5chips, Blades, Zues, Vault Breakers, Hashlets, and Hashtakers. With every product I've ordered from

# Exhibit A-48

archive.today   **Saved from**   15 Oct 2015 16:50:13 UTC
webpage capture

**All snapshots from host** prestigeauditing.com

history

☐ share   download .zip   report error or abuse

Webpage | Screenshot

# Prestige

Home    Telecom Auditing    Clients    Case Studies    About    Contact



Allen Shinners
President & CEO



Adam Matlack
Partner



Joe Mordica
Partner

Our Founder's Bio

Founder and CEO Allen Shinners started his first career as a Russian linguist (Intelligence) with the United States Air Force in 1980. He attended the Defense Language Institute-Foreign Language Center (Presidio of Monterey, California) and earned a diploma in Russian Language and Literature in 1981. He was permanently stationed in Germany, and was part of an elite team of highly qualified linguists who supported U.S., NATO, and allied missions during the Cold War. Mr. Shinners continues his working knowledge in four languages.

In 1986, he separated from the Air Force and pursued a Bachelor of Science in Business Administration at the Ohio State University in Columbus, Ohio. He majored in International Business Administration, with a minor in Finance. In late 1989, upon graduation, he returned to Western Europe, as a civilian, where he worked on various projects as a business consultant in work process rationalization. In 1992, he returned to the U.S.

By 1993, the Telecommunications Industry was beginning to experience massive growth and sales in cellular technologies. Mr. Shinners learned much about the industry, initially through the sales and service of cellular technology. This eventually led to long distance and local carrier sales and technology migration. Mr. Shinners was the first and only U.S. independent representative sanctioned to approach Ameritech (currently part of AT&T) and General Telephone (GTE) national and protected enterprise client accounts, to facilitate migration of enterprise landline services to Centrex and T-1 services. It was during this period that Mr. Shinners learned the processes needed to program (provision), as well as project manage large scale, national conversion projects. His unorthodox approach to critical thinking, in his work, has also earned him

multiple awards, but mostly an undying loyalty from some of the largest companies in the United States. He continues to play a pro-bono consultative role to many of his past clients.

Mr. Shinners learned of the many problems U.S. companies endure with the management of their telecommunications accounts and expenses. This led Mr. Shinners to incorporate this company in 1999, solely focusing on the extensive need for companies to identify and resolve problems with their telecommunications assets management. Mr. Shinners is not only a nationally known telecommunications auditor, in local carrier telecommunications, but also a telecommunications arbiter. He is considered one of the few foremost authorities on local carrier telecommunications regulatory body and tariff. He is sought for his expertise in resolving complex corporate telecommunications issues in the United States today. Mr. Shinners has made presentations to many of Europe's largest companies on the complexities and pitfalls of the U.S. Telecommunications Industry. His knowledge base also extends to the newly deregulated telecommunications industry of the E.U.

Mr. Shinners' passion for U.S. and global small business development led him to pursue further education from the University of Maryland University College, where he graduated with an MBA in 2012. He earned his acceptance into the national honor society of Phi Kappa Phi during the MBA process, and was selected (twice) to compete for the prestigious Presidential Management Fellowship. He currently is on sabbatical from his pursuit of a Doctorate in U.S. and Global Entrepreneurship and Small Business Development. His studies and interest in national and international Small Business Development and Entrepreneurship has resulted in extensive research in these fields, including the importance and effects of governments' small business investment policies on national and global economic growth. His aspirations include future publications of his never-ending research efforts.

LEARN MORE

About Presitge Auditing

About the Team

References and Links

CASE STUDIES

Contract Examples

Time Effect Examples

SME Examples

Small Business Examples

Vendor Examples

CONTACT US

Email US

+1 (844)-280-1008

© 2015 Prestige Auditing.

# Exhibit A-49

Dismiss

## Join GitHub today

GitHub is home to over 28 million developers
working together to host and review code,
manage projects, and build software together.

Sign up

# ION Technical Whitepaper

Jump to bottom

FornaxA edited this page on Mar 26 · 1 revision

ION Technical Whitepaper · ionomy/ion Wiki · GitHub





**

ION white paper v. 0.1

** **

https://github.com/ionomy/ion/wiki/ION-Technical-Whitepaper

** **

April 9, 2016



** **

ION white paper v. 0.1

** **

Adam Matlack adam@ionomy.com

** **

Michael Pfeiffer michael@ionomy.com

**
**

Richard Nelson

richard@ionomy.com

**
**_

*This "living document" will be updated and revised until published upon public launch of ION.*

_** ## Abstract

ION is a blockchain based decentralized cryptocurrency that rewards network participation via static proof of stake. ION rewards "connectivity age" instead of "coin age," thus eliminating abuse from exchanges and users that do not actively contribute to the network. By having a static reward system, the rewards for participation are proportional to the work every active node contributes. This discourages centralization and promotes network health. In addition to static rewards, ION implements a masternode network to incentivize large holders, and perform advanced functions such as near instant and private transactions.

This paper describes the basic coin specifications, features, and capabilities of the coin. The paper also describes coin distribution, funding purposes, future growth efforts, and the involvement of ionomy.com.

The long term vision for ION is a thriving cryptocurrency ecosystem centered on gaming and digital goods.

![Authors](http://i.imgur.com/MIT78gw.png)

# Table of contents

- Abstract
- Table of contents
- Coin overview

- Proof of work vs. Static proof of stake
- Initial coin supply
- Block reward schedule
- Distribution of coin
- Blockchain specifications
- Staking wallets
- Masternodes
- Private transactions
- Coin development roadmap
- Bounties
- Coins in Context
- Conclusions
- Acknowledgements
- References
- Sample ION Block

## Coin overview

- **Static proof of stake, version 3**

- **Initial coin supply: 10,900,000 IONs**

  - 5 million IONs will be available through the Initial Coin Offering (ICO) in exchange for BTC and a wide selection of other cryptocurrencies.

  - 3.4 million IONs are allocated to ionomy.com and shall be distributed as structured incentives to gamers through the gaming applications designed by ionomy.com.

  - 2.5 million IONs are reserved to pay bounties for coin development.

- **Block rewards**

  - Year 1 = 23 IONs per block
  - Year 2 = 17 IONs per block
  - Year 3 = 11.5 IONs per block
  - Year 4 = 5.75 IONs per block
  - Years 5 to 9 = 1.85 IONs per block
  - Years 10 to 100 = 0.2 IONs per block

- **Final coin supply: 55 million total coins**

- **Blockchain specifications**

  - Target block generation time: 1 minute
  - Block height: 1 kb to 8 mb

- **Masternodes**

  - 20,000 IONs transaction with 15 block confirmations
  - Peer validated network uptime
  - Private transactions (0.01 ION fee to masternodes)
  - Active masternodes proportionally receive 50% of each block reward.

- **Staking wallets**

  - Connected wallets rewarded proportional to network uptime and coin volume

- **Coin development roadmap**

  - Specified rewards engage talented developers to improve coin functionality
  - Developers paid when code is validated to meeting bounty specifications and is merged into the ION core code on github

## Proof of work vs Static proof of stake

Bitcoin achieved the first distributed blockchain-based transaction ledger and an immutable digital currency. To achieve this, Bitcoin rewarded the distribution of computing equipment to maintain a decentralized blockchain and secure network. There was a short period of time when this worked well, but now Bitcoin rewards the *accumulation* of computing power, and only a few consolidated pools maintain the network.

The rapid growth of the Bitcoin network is also a disastrous burden on ecology. The exponential expansion of computing power has lead to a similar rise in difficulty, and power hungry mining consume a vast amount of electricity.

This concentration of power threatens the distributed model of checks and balances, and even governance over core development is at odds with how to solve the growing problems. A single transaction confirmation can take in excess of 12 minutes (blockchain.info, 2016) and the technology is vulnerable to attacks increase the delays.

Thus, ionomy.com rejected mining and proof of work as the basis for security and adopted proof of stake instead.

Critics of proof of work developed proof of stake (PoS) as an alternative protocol. PoS systems depend upon a low-energy, distributed computing network to achieve the same ends of a secure, distributed blockchain. They rely on accumulation of coin instead of computing power as the basis for rewards for securing the network.

Early models of proof of stake were designed around "coin age," the length of time that the coin was held in a wallet, and "coin weight," the total amount of coin in the wallet. These have proven to be necessary but insufficient conditions for rewards because they do not reward active facilitation of network transactions. In theory, and in practice, holders of cryptocurrencies based on the first versions of PoS could deposit large volumes of coin into a wallet, take it offline, accrue coin age for an extended period of time, then bringing the wallet online momentarily to obtain an instantaneous reward.

This first version of PoS rewards users for holding onto coins without actively contributing to the integrity of the network. In this model, exchanges and other large holders of coin maintain offline wallets, and only periodically connect them to the network to generate and sell the stake. This directly increases the coin supply while driving down the market value of the coin.

In contrast, ION uses a "static" proof of stake system, version 3 (PoS 3, or SPoS), which aligns incentives with user behaviors to actively contribute to a robust, fast, and secure network. The reward is "static" because it is always the same (50% of the block reward). Coin weight still matters, but "connectivity age," – the duration a wallet maintains active network communication – replaces coin age as the primary probability parameter for staking. Rewards are thus contingent upon active work and the amount of ION held in wallets to maintain and secure the network.

In addition, ION implements masternodes (Duffield, 2015) to reward large holders of coin, contribute to network robustness, and perform advanced functions such as near instant and private transactions.

# Initial coin supply

A total of 10,900,000 IONs will be used for the initial coin supply. These coins are generated in the genesis block and will be held in trust by ionomy.com. The coins shall be distributed as follows:

- 5 million IONs will be available through the Initial Coin Offering (ICO) in exchange for BTC and a wide selection of other cryptocurrencies. Details about the ICO and cost can be found at ionomy.com. ionomy.com will manage the procedes from the ICO and any coins that are not sold will be used to incentivize independent developers to integrate their games into ionomy.com.

- 3.4 million IONs are allocated to ionomy.com and shall be distributed as structured incentives to gamers through the gaming applications designed by ionomy.com. These incentives are meant to help distribute the coin, grow the user base, and engage users in the ION social, financial, and gaming economy.

- 2.5 million IONs are reserved to pay bounties for coin development. Bounties contribute to decentralized development. They invite cross-fertilization across the crypto space, bringing the best minds to contribute to the ION economy (the "ionomy"). Bounties also allow the community to drive initiatives by posting rewards for any feature desired. Initial development priorities are outlined in the *Bounties* section below.

## Block reward schedule

| Year | IONs/Block | IONs//Year | Total |
|------|-----------|-----------|-------|
| 1 | 23 | 12,000,000 | 22,900,000 |
| 2 | 17 | 9,000,000 | 31,900,000 |
| 3 | 11.5 | 6,000,000 | 37,900,000 |
| 4 | 5.75 | 3,000,000 | 40,900,000 |
| 5-9 | 1.85 | 1,000,000 | 45,900,000 |
| 10-100 | 0.2 | 100,000 | 55,000,000 |

## Distribution of coin

Many alternative cryptocurrencies start with a proof of work phase. Developers reason that miners become engaged with the coin economy and earn the coin through the work of mining. The lesson the ionomy.com team has taken from the history of cryptocurrency, however, is that the PoW phase encourages "mining and dumping" which drives down the value of the asset from the start. This supposedly "engaged" user base simply uses mining as a vehicle for quick profit then leaves without contributing ongoing value to the coin or community that uses it.

The ionomy.com business plan, however, is designed to grow the coin value through partial centralization in order to nurture a community whose continuous use of ION gives the coin lasting transactional value. For fuller details on the business model, please see the ionomy.com white paper.

Distribution of IONs takes place both through the ION technology and through the ionomy.com gaming company, according to its business plan. On the technology side, IONs are distributed as a reward for network security and blockchain maintenance performed by wallets and masternodes holding IONs. On the business side, ionomy.com rewards participants on the ionomy.com investment and social platform and rewards gamers on the gaming platforms for their investments, engagement and contributions to the ION community. This joint mode of distribution safeguards the technological infrastructure and populates the ION economy with an active user base. The plan is designed to generate a continuous stream of ION users and to give the coin lasting transactional value. For fuller details on the business model, please see the ionomy.com white paper.

## Blockchain Specifications

- Target block generation time: 1 minute
- Block height: 1 kb to 8 mb
- Fee for private transactions: 0.01 ION
- Static proof of stake version 3
- See Appendix A for sample ION block

The combination of one minute block time and minimum transaction fees were designed with speed and security in mind. The ample block height allows for scaling as network transaction volume increases. Collectively, these specifications prevent malicious actors from flooding the network with fake transactions, as has happened lately bringing Bitcoin transactions to a crawl (Gautham, 2016). Bad actors can still try to fill large blocks with multiple small transactions, but they will waste their time and money. The masternodes will collect large fees from their failed efforts.

## Staking wallets

QT wallets have been developed for general users. Daemon wallets have been developed for advanced users. Wallets will be maintained for all major desktop platforms: Windows, Mac, and Linux. QT and daemon wallets give ION holders complete control of the security of their ION, with controls to send and receive transactions. Online wallets contribute to network security by confirming successive blocks of validated transactions as they are added to the official blockchain, thus maintaining the complete ledger of all ION transactions.

- Coins required: No minimum. (Wallets must contain a non-zero sum of IONs to receive stake rewards.)

- Wallet stake reward = 50% block reward for each discovered block.

Staking is probabilistic, and probability is distributed according the amount of ION in the wallet address (coin weight) and the duration ION is held in the continuously connected wallet (connectivity age). Valid network connectivity requires that the wallet be connected to the internet with a sufficiently high-speed, stable connection to support the blockchain.

Previous versions of Proof of Stake require what is known as checkpointing. Checkpointing is a centrally broadcasted full node that is signed by the developer and is designed to help verify coin stake before it is accepted into the block tree. In ION, every node is a full node, and because of this no checkpoint system is needed. By removing this partial centralized dependency that existed in previous PoS versions, all nodes are fully authorized and makes a network attack far more difficult.

# Masternodes

####Secure public and private transactions

Masternodes validate all public transactions within about 4 seconds by communicating each transaction across all nodes on the network to prevent double spending (Duffield, Schinzel, and Gutierrez, 2014). When private transactions are initiated, masternodes also perform the work necessary to make the transactions hard to trace. The masternode network will be able to perform additional functions as new developments are commissioned and the bounties executed.

**Masternode specifications**

- Coins required: 20,000 (minimum and maximum)
- Reward: 50% of the block reward all fees for transactions contained in the block
- Peer validated network uptime

**Private transactions**

Masternodes facilitate private transactions through a decentralized mixing service that takes advantage of the perfect fungibility of the currency. Any unit of ION has the equivalent value to any other unit of identical size, regardless of the transaction history of any particular unit. Masternodes use this property to automatically break up private transactions into multiple identical and indistinguishable transactions, both adding complexity to the original transaction and obfuscating the provenance of any given unit.



***Each color represents one user's transactions*

*Diagram 2: In this example of a block of transactions, three users submit funds in various set denominations. **Users pay themselves back in the form of new outputs, which are randomly ordered. *

Private ION transactions are initiated through a local wallet and received by the masternode subnetwork. Transactions are processed in groups of three. Inputs of common denominations are required – for example 0.1 ION, 1 ION, 10 ION, or 100 ION.

Upon application to the mixing pool, a receiving masternode propagates the transaction set throughout the network. If only one or two private transactions are pending, they are held in queue until three are in the mixing pool. Fees are extracted from the individual transactions, then charged collectively to further obfuscate the transaction history.

Private send is limited to 20,000 ION, thus requiring multiple sessions to thoroughly delink associated transaction history from significant amounts of money. Since each session is limited to three clients, an observer has a one in three chance of being able to follow a transaction.

Mixed transactions are chained together through multiple masternodes, making traceability exponentially more difficult with each additional chained transaction. Users have some control over the degree of mixing. More mixing takes more time, but more thoroughly obfuscates inputs. The fee for these transactions grows with each degree, as the process is more labor intensive for the masternodes (Duffield and Diaz, 2015).

This method of mixing is a trustless, integrated, on-chain, on-network service that is efficient, effective, and safe. It is initiated directly within a local wallet and completed without leaving the ION network. While some details of private transactions are obscured, the system nevertheless retains verifiable integrity of spent coins on the ION blockchain.

What is the incentive to run a masternode?



*Diagram 3: Average daily reward ≈ (# of blocks per day * block reward * 50%) / (# of masternodes)*

Masternodes receive fixed rewards (50% of the block reward) which are probabilistically distributed among peer validated masternodes. Masternodes recursively scan peer node performance, and only high performance nodes with sustained, stable, high-speed internet connections are eligible for rewards. In addition to receiving 50% of the block reward, a masternode receives all fees for public transactions completed in a block and for all private transaction pools initiated in the block. These incentives promote continuous connectivity to maintain a high performance network.



*Diagram 4: Procedure to activate a masternode.*

**Masternode network performance maintenance**

In theory, malicious actors could also run ION masternodes, but not provide any of the quality service that is required of the rest of the network. To reduce this possibility and discourage people from using the system to their advantage, all nodes must regularly ping the rest of the ION masternode network to ensure they remain active. This work is done through a selection of 2 quorums per block. At every new block hash, Quorum A checks the service of Quorum B. Quorum A are the closest nodes to the current hash, while Quorum B are the furthest nodes from said hash.

Masternode A (1) checks Masternode B (rank 2300)

Masternode A (2) checks Masternode B (rank 2299)

Masternode A (3) checks Masternode B (rank 2298)

The masternode network is self-monitoring. Approximately 1% of the network will be checked for each block added to the blockchain. This results in the entire masternode network being checked approximately six times per day. To maintain this trustless system, nodes are selected randomly via the quorum system; the network also requires a minimum of six violations in order to deactivate a node (Duffield and Diaz, 2015).

# Coin development roadmap

ionomy.com will foster development on the open source core code for ION by defining targets, posting specifications for bounties, and paying independent developers for completed and validated commits. This approach allows the ionomy core development team to focus on what they do best, building the mobile and social games at the heart of the ION economy. The bounties engage the best talent from the developer community to enhance the core coin code while decentralizing coin development. The ION community can collectively influence the direction of the coin: if the community wants a feature and is prepared to post a bounty, the bounty will motivate developers to built it.

Payments for the bounties will be held in multisignature wallets. Pull requests are first implemented in the test network environment. Once deemed to meet the requirements and specifications set forth in the bounty, pull requests will be merged into the main branch of ION source code on github and bounties will be paid directly to the code developer.

# Bounties

The following bounties have been identified as post launch priorities:

- Time delay transaction / Safe address (see example #1 below for further specification)
- Smart contract / escrow
- Colored coins / side chains / assets (see, for instance, example #2 below)
- HTML5 wallet
- Electrum wallet
- ION-j for mobile wallet based on java
- In-wallet social integration

**Bounty example #1: Time delayed transactions with safe address***

*The problem*: Cold wallets — storage addresses with completely privately generated keys holding coins that are never online — provide the best known security in cryptocurrency. Users can print a private key on paper wallet that can be stored in a safe location. The optimal network, however, depends upon widespread participation by users holding ION in online wallets. Consider this scenario: If user Jane had a connected wallet (or masternode) at work and she leaves it running at night, then Dick, an employee in the IT department, could hack into her computer and send all her coins to his own address. Jane would have no remedy.

*The bounty*: Create a safe address system with delayed transactions to protect the ION owner even if the private key security is compromised. The developer will create an on-chain parameter that sets a variable delay in any send action for a given address, and points the wallet contents to a designated failover address if triggered. Now if Jane sets the time delay parameter to 10,000 blocks, then when Dick hacks her wallet, Jane still has a week to trigger the failsafe. If she does not trigger the failsafe, Dick gets her coins. But if she catches the attack in time, she can simply send a signal which diverts the coins to her cold wallet address. From there she can delete the compromised keys, and start fresh with new security measures, access her safe wallet and start staking again. The developer who wins the bounty will provide ION users with a whole new level of security: a "warm" wallet which strikes a balance between the safety of a cold wallet and the utility of a hot wallet. The "stake safe" system will optimize speed and security for the network and reward opportunities for the individual.

*This bounty example is a simplification for illustrative purposes. Actual bounties, posted on github, will fully detail specific requirements and parameters.*

# Coins in context

Historically, most cryptocurrencies are designed to incentivize miners and stakers to expand and secure the network. Since low-difficulty mining is highly profitable, this brings some attention to the coin and begins to distribute it. However, these users are quick to divest their holdings without an ongoing driver of value. As coin supply rises faster than adoption growth, supply overwhelms demand, reducing the coin's value. While the coin may now be somewhat more distributed, it is still concentrated among a small community of core users and transient holders whose primary interest is financial gain. Speculators and traders may buy the coin, but they are also short term holders. The cycle of price manipulation and massive sell offs repeats and the result over time is a devalued coin with low visibility, poor reputation, and a user base comprised of transient profiteers with no interest in a long term investment.

By contrast, the relationship between ionomy.com and ION is designed to build value from the start. ionomy.com produces and sells digital goods with a focus on mobile and social gaming applications. The company funds a system of social and financial incentives to cultivate an engaged user base. Users are rewarded for activity within the company's products. By continuously creating desirable uses for ION, the company incentivizes more users to join the ecosystem. The user base then consumes more IONs, creating demand and scarcity.

At the same time, masternodes reward users for holding ION and performing work to secure the integrity of the network and blockchain. Furthermore, ION features powerful technical capacities designed to attract entrepreneurs to build new businesses, expand the user base, and increase the utility of the coin.

## Conclusions

ION integrates static proof of stake (PoS v.3) system with an incentivized masternode/wallet matrix. The result is fast transaction confirmation, reliable network security, enhanced privacy through decentralized coin mixing, and reduced price volatility. This technological foundation establishes possibilities for smart contracts, colored coins, side chains and advanced security mechanisms.

This combination of ION's powerful coin technology with ionomy.com's creative corporate plan brings about compelling opportunities. Entrepreneurs and developers can leverage a social network of engaged customers and investors in a way that never before has been attempted in this industry.

## Acknowledgements

Special thanks to contributing editors including:

Robert Hoppenfeld, Derek Broyhill and James Pass

# References:

Blockchain.info. (2012). *Bitcoin Median Transaction Confirmation Time (With Fee Only)*. Retrieved from https://blockchain.info/fr/charts/avg-confirmation-time

Duffield, E. (2015). *Dash: Video Series - #4 - Incentivized Infrastructure and Masternodes. *DVS15E04. Retrieved March 28, 2016, from https://www.youtube.com/watch?v=FY1mciGGhO4.

Duffield, E. and Diaz, D. (2015). *Dash: A Privacy-Centric Crypto-Currency*. Retrieved from: https://www.dash.org/wp-content/uploads/2015/04/Dash-WhitepaperV1.pdf.

Duffield, E., Schinzel, H., and Gutierrez, F. (2014). *Transaction locking and masternode consensus: A mechanism for mitigating double spending attacks*. Version 2. Retrieved from https://www.dash.org/wp-content/uploads/2014/09/InstantTX.pdf

Gautham. (2016). *Blockchain Monday Blues Due to Spam Transactions on Bitcoin Network*. NEWSBTC. Retrieved from: http://www.newsbtc.com/2016/03/02/bitcoin-network-spam-attack/

## Appendix A

## Sample ION block

```
SetBestChain: new
best=0254614e1a37e7d1681738031a1ea18efa53773972b1b6cedeafb1a4877d926c  height=5043
trust=23477951177320352418
blocktrust=1099304894429909
date=04/05/16 21:52:00
ProcessBlock: ACCEPTED
connected to self at 25.12.221.127:39286,
Successfully synced, asking for Masternode ist and payment list
```

```
IONd masternode list
{
"25.12.221.127:9999" : 0
}

CommitTransaction:
CTransaction(hash=fff53d85c32a301bf61d6cde7951667e7740292e8f360c614aeb18eed7a143e8,
nTime=1459893428,
ver=1,
vin.size=1,
vout.size=2,
nLockTime=0)
CTxIn(COutPoint(50f90a5bc8, 1),
scriptSig=3045022100e135cbb17ee9fc)
CTxOut(nValue=1000.00,
scriptPubKey=OP_DUP OP_HASH160 dd28713d7c72c6a6017a98dd8f29743cf4ce6a49 OP_EQUALVERIFY
OP_CHECKSIG)
CTxOut(nValue=8.03999,
scriptPubKey=OP_DUP OP_HASH160 7b9a6410aea5fd21755d42778b65b5db5c898b36 OP_EQUALVERIFY
OP_CHECKSIG)
keypool keep 13
```



### ▾ Pages 12

Find a Page...

Home

HOW TO: Compile iond Daemon from source

HOW TO: Compile the ION QT wallet on Ubuntu

HOW TO: Convert xION to ION

HOW TO: Export Private Keys from **OLD** ion QT

HOW TO: Import private key to ION 3.0 Wallet

HOW TO: Setup ION remote Masternode with Ubuntu remote and local QT wallet

HOW TO: Upgrade to ION 3.0 (windows)

ion Bounty Information

ION Technical Whitepaper

Ionomy Bounty Information

Masternode FAQ

## Clone this wiki locally

| https://github.com/ionomy/ion.wiki.git |  |
| --- | --- |

# Exhibit A-50

From:    AnimoEsto
Sent:    Sat 9/13/2014 3:50 AM (GMT-04:00)
To:      "'Michael Pfeiffer'" <michael@mpfeiffer.com>
Cc:
Bcc:
Subject: RE: Exploring escrow

Yes, hence why I would say to continue what your doing – I have yet to see an "exchange" either …

**From:** Michael Pfeiffer [mailto:michael@mpfeiffer.com]
**Sent:** 13 September 2014 08:48
**To:** AnimoEsto
**Subject:** Re: Exploring escrow

Oh, that's really... disappointing.

On Sat, Sep 13, 2014 at 3:40 AM, AnimoEsto <<u>me@animoesto.co.uk</u>> wrote:

   Its not really a marketplace


   You "sell" it back to GAW – it goes into a holding pattern – when someone on the GAW/ZEN site
   to buy that hashlet – its sold to them for the full price off the GAW/ZEN website and yours disappear –
   you get the amount they say


   Not really a marketplace


   **From:** Michael Pfeiffer [mailto:<u>michael@mpfeiffer.com</u>]
   **Sent:** 13 September 2014 08:39
   **To:** AnimoEsto
   **Subject:** Re: Exploring escrow


   I'm still trying to figure out this new market place.


   I hope you have success with your investments!

                                                                                  GAW00691387

Michael

On Sat, Sep 13, 2014 at 3:36 AM, AnimoEsto <me@animoesto.co.uk> wrote:

Just saw the "market place" its shit – I would keep buying accounts

Wish I had the money to do that!  Have just started looking for a bitcoin loan online ☺

**From:** Michael Pfeiffer [mailto:michael@mpfeiffer.com]
**Sent:** 13 September 2014 07:22
**To:** david sevilla
**Cc:** AnimoEsto
**Subject:** RE: Exploring escrow

Thanks for the update.

Please make sure John has your wallet address so he can release the funds once the is confirmed.

I don't need to know that address, but please let me know when it has been sent.

Thanks,

Michael

On Fri, Sep 12, 2014 at 9:52 PM, david sevilla <dsevilla00@hotmail.com> wrote:

you are too old now, you should be at bed by 8pm :)

CONFIDENTIAL

by the way guys, two things that shouldn't have any impat but FYI just in case anything weird

-i created a new zenminer account to start from scratch with one solo :D

-i updated my hashtalk email to point to the new account. maybe my "earned" hashpoints transfer (from upvotes), maybe not , hard to tell. hopefully the system won't get confused

good night :)

---

From: me@animoesto.co.uk
To: dsevilla00@hotmail.com
CC: michael@mpfeiffer.com
Subject: Re: Exploring escrow
Date: Sat, 13 Sep 2014 01:18:44 +0000

Lol I am 43 and married - anyone telling me to go to bed these days is a bonus. ;)

On 13 Sep 2014, at 02:16, "david sevilla" <dsevilla00@hotmail.com> wrote:

Go to your bed! Now!

---

From: me@animoesto.co.uk
To: michael@mpfeiffer.com
CC: dsevilla00@hotmail.com
Subject: Re: Exploring escrow
Date: Sat, 13 Sep 2014 01:03:41 +0000

I can confirm receipt of funds

I shall check the account and change passwords in the morning (roughly. 5 hours from

Michael knows I am a man of my word ;)

On 12 Sep 2014, at 23:30, "Michael Pfeiffer" <michael@mpfeiffer.com> wrote:

BTC sent.

CONFIDENTIAL

Also:

We will also need to specify the detail and the understanding associated with this transaction which I have copied and pasted below.

I will pay 7 BTC in exchange for your (dsevilla00@hotmail.com) zenminer account gawminers account. The reason I ask for both is that I have learned it's good to have full documentation and proof of purchase in case there are any questions later. This is especially important with converted miners.

I will consider the sale complete after you transfer both your zenminer account and gawminers account. The sale will be considered complete when I and only I have password access to the accounts. gawminers does not store any credit card information with the account because they use a third party, shopify.com, to handle that end. You could remove your contact information and I could replace it with mine.

The contents of the account include:

Note: all hardware miners have been converted:

1 blackwidow - no hosting/maintenance fees until 7/16/15   =13 mh/s

2 falcons - no hosting/maintenance fees until 10/16/2014)  27 x 2 = 54 mh/s

1 15Mh hashlet -no free hosting   15 mh/s

2 black widows (no hosting/maintenance fees until 09/13/2014)  2x13 = 26 mh/s

1 hashlet (fury)  = 1.3 mh/s

4 prime hashlets   =4 mh/s

1 clever solo = 1mh/s

GAW00691390

1 100Gh genesis

1 10Gh genesis

These should total to:

113.3 Mh primes

110 Ghs genesis

1 clever hashlet

If all of this is acceptable to you, you may just want to forward this email to me@animoesto.co.uk. You should copy me on all relevant correspondence.

And there are a few riders I've agreed to which should also be in this email thread.

Michael

On Fri, Sep 12, 2014 at 6:23 PM, AnimoEsto <me@animoesto.co.uk> wrote:

    Also

    What's being sold?  I know an account but haven't seen the description yet

    John

On 12 Sep 2014, at 23:18, "Michael Pfeiffer" <michael@mpfeiffer.com> wrote:

GAW00691391

Also, now it's after 11pm in the UK where John lives, and he hasn't yet sent wallet address, so it looks like we may have to wait until tomorrow. Though, I, too, would rather complete this tonight.

Michael

On Fri, Sep 12, 2014 at 6:16 PM, Michael Pfeiffer <michael@mpfeiffer.com>

Thanks, David, good to know!

According to my account, I placed the order: September 06, 2014, at EDT.

And I completely understand and agree about John confirming he has the BTC in his account before handing over credentials.

Best,

Michael

On Fri, Sep 12, 2014 at 6:03 PM, david sevilla <dsevilla00@hotmail.com>

oh noez!, I don't think they deliver as per UTC. Last time I bought multiple day and they were delivered by coinbase roughly at the same time of day when I made the transaction (i.e. 9am, 11am, 3pm, 5pm ,etc)

anyway, if we have to wait until tomorrow to complete the transaction, that's

John will need to have the full 7BTC before he hands over all the info

---

GAW00691392

From: michael@mpfeiffer.com
Date: Fri, 12 Sep 2014 17:57:01 -0400
Subject: Re: Exploring escrow
To: dsevilla00@hotmail.com
CC: me@animoesto.co.uk

John and David,

This agreement works for me.

John, if send me your wallet address so I can fund the account.

I can put in a substantial deposit now (4 BTC) as a show of good faith Coinbase delivers the difference. If they go by UTC time, they should deliver in no more than three hours. I put in a ticket with them just in case.

Michael

On Fri, Sep 12, 2014 at 5:45 PM, david sevilla <dsevilla00@hotmail.com>

oh well, AnimoEsto, if you agree, we can continue with just you :)

below are the details from our email. if you agree, i'll send you my account password and my BTC address

GAW00691393

From: michael@mpfeiffer.com
Date: Fri, 12 Sep 2014 17:18:54 -0400
Subject: Re: Escrow for Zen account transfer
To: dsevilla00@hotmail.com

Yes, I agree to all of these details. So, I will send you (separately) the until you receive the BTC amount. (you'll need to provide me an address to which I can send it.)


Yes, that's an excellent idea to change your password. You can contact information and any stored addresses on GAWMiners. If you wouldn't mind, please add my full name and email:


Michael Pfeiffer

michael@mpfeiffer.com


Best,

Michael


On Fri, Sep 12, 2014 at 5:14 PM, david

I would like to add a couple of smaller things

-You would agree to "forfeit"/send to me the zenminer earnings until the completed (i.e. until I get paid the BTC amount described below)

-I'll change my passwords before the transfer (before I provide them to the guys) to avoid compromising my email or any other of my accounts. You agree to delete my person information (like phone number, address) as best as possible. You obviously have my full name :)

CONFIDENTIAL

GAW00691394

From: michael@mpfeiffer.com
Date: Fri, 12 Sep 2014 16:50:11 -0400
Subject: Fwd: Escrow for Zen account transfer
To: dsevilla00@hotmail.com


Below is the contact information for John (@animoesto on instructions to me and a previous seller.


He is good at walking people through the process to make it easy. lives in the UK, so we need to respect his time zone.


As for the gawminers account, what we should do is to have you username and a password that opens it. I can insert my contact information and have them change the email address. When I reset the password, it may first come to your email address on file. If so, please send me the link — without clicking on it — and make sure you are signed out of the account so there is not a security conflict.


We will also need to specify the detail and the understanding this transaction which I have copied and pasted below.


I will pay 7 BTC in exchange for your (dsevilla00@hotmail.com) account and gawminers account. The reason I ask for both is that I have learned it's good to have full documentation and proof of purchase in case there are any questions later. This is especially important with converted miners.


I will consider the sale complete after you transfer both your account and your gawminers account. The sale will be considered complete when I and only I have password access to the accounts. gawminers does not store any credit card information with the account because they use a third party, shopify.com, to handle that end. You could remove your contact information and I could replace it with mine.

CONFIDENTIAL

The contents of the account include:

Note: all hardware miners have been converted:

1 blackwidow - no hosting/maintenance fees until 7/16/15    =13

2 falcons - no hosting/maintenance fees until 10/16/2014)  27 x 2 =

1 15Mh hashlet -no free hosting    15 mh/s

2 black widows (no hosting/maintenance fees until

mh/s

1 hashlet (fury)  = 1.3 mh/s

4 prime hashlets   =4 mh/s

1 clever solo = 1mh/s

1 100Gh genesis

1 10Gh genesis

These should total to:

113.3 Mh primes

110 Ghs genesis

1 clever hashlet

If all of this is acceptable to you, you may just want to forward this to me@animoesto.co.uk. You should copy me on all relevant correspondence.

CONFIDENTIAL

Thank you,

Michael

---

From: me@animoesto.co.uk
To: dsevilla00@hotmail.com
CC: michael@mpfeiffer.com
Subject: Re: Exploring escrow
Date: Fri, 12 Sep 2014 21:33:04 +0000

Looks like his email account is gone

On 12 Sep 2014, at 22:27, "david sevilla" <dsevilla00@hotmail.com> wrote:

Thanks animoesto. I got a reject from drpaul's email for some reason

---

From: me@animoesto.co.uk
To: dsevilla00@hotmail.com
CC: michael@mpfeiffer.com; drpaul@multipledisorders.com
Subject: Re: Exploring escrow
Date: Fri, 12 Sep 2014 21:24:27 +0000

Sure I am ok with that if the Dr is :)

On 12 Sep 2014, at 22:20, "david sevilla" <dsevilla00@hotmail.com> wrote:

Adding DrPaul :)

I think both of you agree on a 2-person escrow right? one receives the
and the other one the BTC?

---

From: michael@mpfeiffer.com
Date: Fri, 12 Sep 2014 17:02:45 -0400
Subject: Exploring escrow
To: me@animoesto.co.uk; dsevilla00@hotmail.com

GAW00691397

Dear John,

SDRebel  (dsevilla00@hotmail.com) and I are attempting to secure services to protect a sale of a full account.

He wrote with a question:

So we'll use both animoesto and Dr. Paul or just one? Tthey another thread that for stuff like this that they'd prefer to use a 2-person escrow.   In paulogaspar's thread, see if you can find it.

Could you advise?

Thanks,

Michael

CONFIDENTIAL

# Exhibit A-51

From:         Allen Shinners
Sent:         Wed 12/20/2017 12:59 AM (GMT-05:00)
To:           'Cenatiempo, Ines (USACT)'; 'Munster, Mark E. (NH) (FBI)'
Cc:
Bcc:          Cenatiempo, Ines (USACT)
Subject:      From Allen Shinners: Victim's Impact Statement
Attachments:  Allen Shinners Victim Statement.docx; trixster67 PMs.docx; Lee Fadden.docx

Hi Ines and Mark,

Attached, three documents:

1.  My victim's statement (very long);
2.  Copy of all my PMs from Robert Puckett, now deceased, which I need appended to the victim's statement;
3.  Copy of Lee Fadden's emails explaining how he became homeless from the fraud, also to be appended to the victim's statement.

I have not decided whether to fly down/over or not for the sentencing. I know the time is approaching, but I am having trouble justifying the expense and time, not knowing that it will be of any value to the sentencing. If it is vital for me to come over/down, I am in Ohio, please tell me quickly, so I can make the necessary arrangements. Flying in the U.S. today is not a pleasant experience whatsoever.

If the government wishes to meet with me in Hartford, please let me know as well. You can also Have Mr. Pierpont call me should the need arise.

Best regards,

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

GAW01022852

**Ines Cenatiempo**
**United States Attorney's Office**
**District of Connecticut**
**Connecticut Financial Center**
**157 Church St. 25th Floor**
**New Haven, CT 06510**

**Victim's Full Name: D. Allen Shinners**
**USAO Number: 2015R00123**
**Court Docket Number: 17-CR-00158**

**The Honorable Judge Robert Chatigny,**

Your Honor,

I am writing this victim's impact statement in reference to the sentencing of Homero Joshua Garza.

**How I was affected:**

I started crypto-mining in 2013. I had viewed GAW Miners' website, multiple times, in consideration of the company as a possible hardware provider, although I never purchased hardware from the company.

In July of 2014, I ran across numerous advertisements for GAW Miners' "Hashlets;" a cloud-mining product. At that moment in time, only one "trustworthy" purveyor existed for cloud-mining products, Genesis-Mining. The latter had already been in the cryptocurrency mining space for a considerable period of time. The issue with Genesis-Mining was that the company was charging the equivalence of what one would expect to earn, using their cloud-mining products. There was little upside benefit in purchasing their products, and there were many "conditions," which would possibly render the products inoperable at any point in the future; causing the profitability to become negative. Gaw Miners offered more reasonably-priced cloud-mining products, with the claim that these products, "Hashlets," would never become obsolete and would always remain profitable. This was a selling point that Genesis-Mining never offered.

Initially, I purchased only a few "Hashlets." As the weeks progressed, it was obvious that the products appeared highly profitable, for the level of investment required. Moreover, through GAW Miners' website forum "Hashtalk.org," Mr. Garza increasingly made further "improvements" to the products, marketing their increasing value, and later, increased costs (price to the end-users).

The GAW Miners marketing model relied heavily on psychological marketing practices. On a telephone conversation, with Mr. Garza, I pointed out his use of psychological marketing. He admitted that he was a devotee to the practice of creating a "sense of urgency," although he was unfamiliar with the actual marketing term. This manifested itself in the early stages when Mr. Garza announced they had to shut down sales of Hashlets due to the overwhelming sales and demand for the products. It was later learned that GAW Miners had insufficient mining power to support the numbers of Hashlets sold; a condition which never changed. The end result was that sales of Hashlets resumed, and eventually the price for these products was dramatically increased due to the increased demand.

Over time, Mr. Garza refined his marketing tactics, drawing more attention to the GAW Miners product lines. This increased activity on the company-owned website Hashtalk.org, also creating an increased level of "group think," further advantaging GAW Miners' sales of the products.

As time progressed, my level of investment skyrocketed, as did the investments of others. In total, I had invested over $50,000 in GAW Miners' Hashlets, equally distributed between credit and debit card charges, as well as bitcoin. However, by October and November of 2014, the daily proceeds of my portfolio were already decreasing.

By November of 2014, Mr. Garza was already in the process of switching (compelling) investors to leave "cryptocurrency mining", changing their Hashlets to mine "Hashpoints," which later became Paycoins. Initially, Mr. Garza indicated that it would be a voluntary decision, however later, it became more compulsory, as shortly after the last "deadline" to switch

GAW01022853

from cryptocurrency mining to Hashpoint mining, GAW Miners shut down all Hashlet mining (all remaining Hashlets which did not convert). I have documentation reflecting this entire process.

Mr. Garza intentionally shifted his "psychological marketing," emphasizing Paycoin and the ability to use the new cryptocurrency at Amazon, Target and other big box retailers. As is common knowledge today, all the promises of Paycoin were unfulfilled, subsequently leaving all the investors with little value left in their portfolios. Mr. Garza also created Paybase, a mechanism that further defrauded customer by selling Paycoin at $20.00 per coin, with the promised guarantee of supporting the $20.00 value in the markets with a fiat currency fund. The fund never existed.

I started a drive to help many investors recover some of their losses through the credit card charge-back process. I recovered almost all of my credit card charges, save two. The rest of my losses, approximately $18,000, remained from bitcoin purchases and using that bitcoin to purchase GAW Miners' Hashlets and Hashstakers. These investments were not recoverable, roughly 30 bitcoins in total, valued at $517,000 at today's valuation.

Most of the remaining lost investment would have been used for personal expenses, as well as payments of my student loans from my Master's degree program. The entire investment portfolio, from the outset, would have been used to pay down existing debt, my student loans, as well as cover ongoing healthcare for my pre-existing health issues, since I was minimally insured during the period. I have yet to recover fully from my losses, although I managed to survive without catastrophic results, unlike many others.

**Those who cannot speak:**

I began organizing a civil suit against GAW miners in April of 2015. As a result, I have received literally thousands of emails from victims of the GAW Miners fraud. Many of these people I have come to know very well, but many also have explained to me the damages their investments in GAW Miners have caused. I have tried to reach out to everyone affected by this fraud in recent months, asking them to email their victim's impact statements directly. I have spent almost three years of my time attempting to seek restitution for the victims of this fraud, through the U.S. court system. The time required for this endeavor has taxed my personal and professional life.

There are two investors who will not be able to describe how this fraud affected them, because one died from pancreatic cancer and the other became homeless.

I want to take the opportunity to speak on their behalf since, like many others, they went full-in on the GAW Miners scheme.


**Robert Puckett (aka Trixster67):**

Mr. Puckett was a disabled veteran (Air Force) who was stricken with pancreatic cancer. He was 34 years old at the time of his investment in GAW Miners' products. He was already in stage three of the disease and stage four by the time GAW Miners had ceased operations. Mr. Puckett passed away in 2015.

Mr. Puckett invested $25,000 in the GAW scheme, representing his entire savings, unbeknownst to his family. His intentions were to grow the funds, through the investment, leaving an increased asset base behind to his wife and children after his death.  He wanted to improve the financial condition of his family from the investment, and Mr. Garza's psychological marketing ensured he would be enticed to invest everything. However, it would not end there.

Without going into details about his purchases, he fell into the same trap as all of the other investors, with Mr. Garza constantly changing the investment products, how they functioned, as well as how investor portfolios would subsequently be valued, all to the ultimate detriment of all.

The difference between Mr. Puckett and other investors, was Mr. Puckett's "direct" communications with Mr. Garza. When investors were becoming alarmed about the direction of the company, especially with the emergence of an SEC

enquiry, Mr. Puckett both emailed and called Mr. Garza, explaining his health and financial situations. Mr. Puckett asked for Mr. Garza's advice, whether it was wise to sell out of his investment, at a loss of 50%, or whether to stay in his investment with GAW. Mr. Garza instructed him to stay 100% in with the investment made, knowing that the company was already looking at an SEC investigation, as well as being in its death-throws.

As a result, Mr. Puckett lost almost the entirety of his investment, the family's nest egg, meant to help them transition after Mr. Puckett's death.

I have attached the private messages between myself and Mr. Puckett, as well as with his son, explaining the history from their perspectives. Since my intention was to have a class action lawsuit filed against the company, it was one of his last communications with me in the hope of recovering most of his lost investment for his family. Later, his son Michael communicated with me, a few weeks before his father's passing, as his father was no longer able to do so on his own. I have not been able to communicate with his son since his father's death. My suspicion is that they had to sell their house and move to more modest accommodations. A small group of victims attempted to take up several collections to send to the family. At the time, most victims were left without disposable funds to properly contribute to the effort.

Mr. Garza's egregious, self-centered actions led to the Puckett family becoming destitute after Mr. Puckett's death.


**Lee Fadden (aka Cryptoman):**

Mr. Fadden was one of the most troubling cases. Mr. Fadden not only lost all of his own investment, but a sizeable investment made by him on behalf of his landlady (Cindy).

Mr. Fadden's investments were from cash (debit cards), credit cards, as well as "borrowed" bitcoin. He was an "all in" investor, living in an average apartment in the Milwaukee area of Wisconsin. He was an independent contractor (engineer) who could not find normal or steady employment. He also indicated that he had a disability, preventing his steady employment, although I never asked what the disability was.

Mr. Fadden's motive for investing in GAW Miners was similar to many other investors, he needed to improve his financial situation, and Mr. Garza's psychological marketing tactics, through Hashtalk.org, ensured that every investor, including Mr. Fadden, would have the "sense of urgency" compelling them to invest as much as possible, regardless of the source of the investment funds.

Mr. Fadden lost all of his investment in GAW Miners, as well as a sizable investment belonging to his then landlady. They were unable to retrieve many of the losses through bank charge-backs; a process vehemently fought by Mr. Garza through Braintree Financial, a credit card processor GAW Miners used.

Due to the extreme financial losses, Mr. Fadden was evicted from his apartment, for lack of ability to pay his rent, his utilities and to compensate his landlady for the losses she also incurred from the fraudulent investment scheme. Initially, Mr. Fadden was able to live from a storage facility he rented previously, but that was to be short-lived. Eventually, he was living out of his automobile, connecting to the internet via a local library. I have not been able to communicate further with Mr. Fadden since December of 2016. His current status is unknown.


**Closing Statement:**

I have received, over the years, many hardship emails from affected GAW Miners investors. Some of these people are no longer reachable via email. I hope they have heard about the victim impact statement, through the many cryptocurrency forums on the internet. Every effort was made to inform as many GAW Miners victims as was possible.

Mr. Garza's attorney will tell you that he and his family suffered great psychological duress from the many threatening posts on the various cryptocurrency forums. The attorney will state that Mr. Garza has suffered greatly from the failing of his company and that he is remorseful, but I vehemently disagree with such posturing. Garza's actions, leading up to

GAW01022855

the plea deal, do not reflect such a contrivance of remorsefulness. As the judge in this case, one has to weigh the psychological and physical sufferings of the investors, above any psychological duress Mr. Garza and his family may have incurred. These investors number in the thousands. At minimum, hundreds of these investors have suffered extreme repercussions of Mr. Garza's criminal activities, with no present hope of meaningful restitution.

What should be admitted to the court are the thousands of internal emails, chat sessions and other media, reflecting the megalomaniacal nature of Mr. Garza. These documents, most of which are in the possession of the government, including myself, depict a man who was concerned for only two people, himself and his young son.

On multiple occasions, Mr. Garza referred to his investors as "muggles," a Harry Potter movie term for humans without any magical powers, therefore low on the scale of evolution. Mr. Garza flaunted his ill-gotten wealth by posting pictures of himself flying in a private jet, as well as a picture posing in front of three exotic (Italian) automobiles. Mr. Garza often spoke of his new i8 BMW. Mr. Garza presented a new Tesla automobile to his partner as a Christmas present in 2014, at a time he knew the company was in trouble. The internal emails of GAW also depict Mr. Garza as a person who spent money without regard to his responsibilities to the investors who invested in his company's products, staying in high-end hotel suites, as well as renting a house in Brussel, Belgium, in February of 2015, for an entire month; his first attempt to flee the government's investigation (SEC). Later, Mr. Garza paid for a luxury apartment in Dubai, U.A.E. He paid an entire year's rent for the apartment, in advance, in an upscale area of Dubai; his second attempt to flee the law.

Mr. Garza planned the complete offshoring of all of the various GAW Miners companies and financial assets. The plan commenced long before signs were evident that the whole company was defrauding investors, all starting in November of 2014 (Re: Empire Brief). There is significant evidence of this in the government's possession, as well as in my own possession. These are not the actions of a benevolent, responsible CEO, who later was caught in the act of defrauding his own investors of their hard-earned savings.

Mr. Garza's past interaction with GAW investors has been often contentious. His treatment of Mr. Puckett is only one example of how devoid of morals and ethics this man has shown himself to be.

Mr. Garza's attorney may also attempt to portray the entirety of GAW Miners' and Mr. Garza's problems as purely that of bad management. I personally can attest to the fact that a small group of us, with experience and business background, advised against many of the decisions Mr. Garza implemented against the investors. Internal GAW Miners emails support this statement. Mr. Garza knew that he was losing control of his self-contrived fraud, attempted to offshore his companies and assets to further perpetrate a fraud, and twice left the country with no intentions of ever returning. All of these have evidentiary support, of which the government is in possession.

Although I will be able to overcome my losses through my own independent work, I cannot say the same for many past investors in the GAW Miners fraud. Many of these people, scattered around the globe, used not only their life savings to invest in this fraud, but also took out loans or used credit cards that they could not recover through charge-backs. These people will be constantly reminded of their losses each month they pay their loans or credit card statements. Moreover, many of these people's lives were left in complete shambles, like the family of Mr. Puckett or Lee Fadden. Some GAW Miners investors were minors as well, investing sums of money they could ill-afford.

**My Request:**

I implore that you consider sentencing Mr. Garza to the maximum sentence allowed by law. I ask this for myself, partly, but also as justice for those who were greatly damaged by the criminal actions of Mr. Garza. I ask that you consider the fate of Mr. Puckett's family. I ask that you consider other investors, living in developing countries, who spent their life savings on this scheme, being left with nothing to show for the investment. I also ask that you consider the lavish lifestyle Mr. Garza and his family led with investors' funds. I ask that you take into consideration the fact that, twice, Mr. Garza endeavored to leave the country with no intention of ever returning to face justice.

**Respectfully,**

**D. Allen Shinners**

546 King Street

Lancaster, Ohio 43130

Phone: 740-681-1990

Email: ashinner@columbus.rr.com

Attachments: Robert Puckett's private messages; Lee Fadden's emails

CONFIDENTIAL

On Tue, May 12, 2015 at 9:00 PM, <cryptoman@uurda.org> wrote:

Hi Allen.


Following are the details of my investment trajectory:


1. I bought $6,000 worth of miners (two machines) just before GAW switched from selling hardware to selling quanta of mining bandwidth.   That hardware-MH/s value was converted directly to the same amount of hashing power on Zencloud.


2.  I then invested $18,721.25 via a friend's CC (I don't use them) to buy even more Prime hashlets.


3.  I racked up about $6000 in profits in one month, before the move to Hashpoints.  Of course, I was very impressed, and turned all of that profit back into more primes.


4. I borrowed 35.96 BTC (about $15,000 at the time; I can get a more precise figure from my exchanger if you need that) to buy more Prime hashlets.  Until the recent scandal/incompetence/deception I've been intent on accumulating only Immortal Prime hashlets and, after the upgrading of haslets to stakers, only Immortal Prime Stakers.  I currently own 1672 Immortal Prime Stakers.


5. Through a clumsy communication with GAW staff, I was screwed out of the free $1451 XPY I was due for each of the hashlets I owned at the time.  I made a strenuous written attempt to explain and clarify all the facts in repeated Freshdesk postings on one specific ticket.  No one at GAW would actually look at my enumerated facts and comment directly on them.  I got the brush-off, claiming that I "did not meet requirements."   This issue is probably moot, but I thought I should mention it, because, as I pointed out to GAW may times, those XPY had already been preallocated, because GAW's assumption was rightly that all sane and aware miners would take advantage of the 1-free-XPY-per-hashlet promotion.


If we exclude (5) above, the total I've invested is:  $6,000 + $18,721.25 + ~$6000 + ~$15,0000 = ~$45,721.25


**From:** cryptoman@uurda.org [mailto:cryptoman@uurda.org]
**Sent:** Friday, May 15, 2015 12:26 AM
**To:** 'Allen S.' <gaw.lawsuit.allen1980s@gmail.com>
**Subject:** RE: About the class-action lawsuit

CONFIDENTIAL

I do not know much about CCs because I've never owned one, by design. I used my friend's/landlord's repeatedly to build my GAW holdings. I gave her cash. In two cases I used her CC. In one case I used her debit card because we had reached the limit of her CC. I have e-mail acknowledgements of the prime hashlets I bought via Carlos Garza (wholesale department at GAW), who is almost as goofy as his brother. Can debit cards do charge-backs? I should tell her to do a charge-back now if that is possible. I do not recall the issuer of the CC. It might have been VISA. The debit card was issued by a local bank here in Madison.

I'm in a critical financial situation at this moment. I'm unemployed. I was working on personal projects—building new businesses. I was well funded. Started investing in GAW. I needed my financial backup plan at some point. I reached for it. It was not there. It had been stolen by another CEO at another company (another psychopath), right around the time the Paycoin investment started to fail.

I'm just a few days away from either being evicted or possibly getting a new engineering contract for work in another city, news of which should come Monday. The condo I'm living in is being sold soon (because the owner is in default because I cannot pay her). I need to leave it. I have no job. And I'm running out of food money. I am setting audio gear in order to pay for food and utilities. You get the picture—very ugly and stressful. If I can generate immediate cash for my landlord (the one whose CC/DC I used) and myself, I should do that now. Do you know how long such charge backs take? How do you suggest I proceed?

**From:** engine@uurda.org [mailto:engine@uurda.org]
**Sent:** 2015-June-28, 19:22
**To:** 'gaw.lawsuit.allen1980s@gmail.com'
**Subject:** RE: Citibank came through

Good. I hope you are in better shape financially because most of these are actually showing up.

My total assets right now: about $300. The power bill is months overdue. Internet is overdue. Gym is overdue. POB rental is due soon. I need knew contact lenses so that I can see… Dare I say things were hypercritical. I'm getting down to the last of the food and gas money.

I have a feeling Cindy is going to have a hard time coming up with all of the cash you paid here when you purchased all of this stuff, now being refunded on the cards.

Are you saying that she can't withdraw cash and give it to me? I'm due $6-7k of the total, and I really need it, or I won't be able to get to the next city and work the contract.

She says she's going to spoon-feed my portion, until I have the new job and have a plan for getting out of this condo. The whole double whammy with GAW the other company holding my savings effectively stranded me.

**From:** engine@uurda.org [mailto:engine@uurda.org]
**Sent:** Friday, July 10, 2015 7:01 PM
**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** Citibank is playing games

We were waiting 5 days for the posting of the credited funds, but at 10 days the funds are not there. Cindy inquired. Now they are saying that they cannot pay us until 08/09. I'm in the process of being evicted (bogus complaint), and forced out to enable the owner to sell at lower risk to a buy who wants, on a whim, to move in 15 days earlier than we had planned. Now we don't have the money they said we would have. I can't even drive the car. There is no gas. Food will be gone in a few days. Water will be gone in about two. Is there anything we can say to this damn bank to make them not wait unit 08/09? How can such bogus communication happen?

**From:** engine@uurda.org [mailto:engine@uurda.org]
**Sent:** Saturday, July 11, 2015 2:04 AM

CONFIDENTIAL

**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** RE: Citibank is playing games

Have you contacted the CFPB http://www.consumerfinance.gov/ ?

No, not yet.  I'm trying to get her to do that, but she is very impatient, and suspect that she will do nothing in this direction after I'm out of her condo.  I guess I'll have to pay her from charge back if granted.  I've completely burnt the relationship with all of the GAW trouble.  Bad business decisions starting with powerful CEOs spread like a disease.

Other than that, I have no idea how you can speed it along. I thought you had another job started. Can't you get an advance?

I get news next week or the week after, for a possible start around August 1st.

I'm not following the thread these days, because I'm trying to figure how to shelter and feed myself.  I'm assuming that you'll e-mail with instructions or a link to instructions about what  we all need to do next in the suit, as it develops.  I can't pay your legal firm a retainer, yet, anyway, but I don't even know whether you are at that stage.

**From:** engine@uurda.org [mailto:engine@uurda.org]
**Sent:** Sunday, August 23, 2015 8:24 PM
**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** situation; retainer

I have a court order to move of out here by the end of Tuesday.  I'm working on approval for the new room, but I have zero money.  The new landlord like me, but she's not going to like my recent history when she sees the explanation.  I have $3 of gas in the car, 800 MB of data on my phone (I'm tethering because my estranged room-mate turned the internet off for me), two meals of food left in the fridge.  If I'm not out of here by midnight Tuesday, I will likely be arrested (long story) and detained.  I will lose the contents of the room, the contents of the shed (locked, because payment is two weeks), my car, and now likely my two lawsuits (GAW Miners and the other ass hole who stole about double that), because I cannot pay the retainer if I am broke or detained.

I'm trying to get an emergency loan from a new business associate.  If it doesn't happen, I will likely lose everything.  I don't have any money at all.  I have eight items work $5000 total on eBay, and the big items are not selling yet.

The business associate/joker who keeps stringing me along saying that any day now he will give me a loan/advance is potentially hurting me badly, because if suddenly he decides "no" or I cannot get approval for the next room, I will have not given PoA to anyone to operate these suits in my potential absence.  I have offered it to local friends, but no one is interested. If things go badly, I don't want the auctions to get my stuff.

I haven't seen any e-mail from you recently about how much the retainer will be or when it is due.  Do you know anything about this?

Lee

CONFIDENTIAL



**trixster67**

5d

Thank you for the help, that is more than Josh ever did. I am sorry if i'm not around all the time as I have been in the past, I am sick a lot and it wipes me out. I invested with Josh savings I had set aside to leave my wife and family fro when I am no longer around and had hopes to increase it some reason why I was desperate. I told Josh that because of him I now have 1/10th of the savings to leave my family and he didn't care. Spent a lot of time in the hospital and results lost mostly all. What a sucker I was Thanks again for the gift you all have been so nice, and have missed u guys.



**trixster67**

4d

Sorry I missed the hangout, some days are good and others are not. Last year in May I preordered a Miner from Gaw for $6500, by this time I had been bedridden and wanted to occupy my time and also to feel useful in helping pay some bills kinda like being back at work. I soon had to be hospitalized and my wife had to cancel order not knowing what was going to happen. When i was released and after a lot of rest I saw how Gaw was moving into cloud mining / Hashpoints etc so I invested our savings$24,750, not all at once over a couple month period. Having no income coming in from mining but Hashpoints and all the continued Hype and promises.I was a bit desperate, we live on my VA pension and I know when I pass on it will stop, so I wanted to leave my family with more than we had. I had been in contact with Amber and set up with her that if anything should happen to me she would help my wife or son with investment. Things changed and failed so rapidly with Gaw, so much happened think the whole world knows, I kept emailing Josh and letting him know about me he kept assuring me all would be fine and that I should just hold on. I kept telling him time is not my friend and that I was very scared and all of this is constantly making me sick. His responses was always just around the corned something that will change it all. Finally after all the promise to me over and over and all my time sticking with him hoping he would finally fulfill his promise to me, I sent him one last email begging him, saying after all these so called businesses funded that never seem to pop up or all these failed adventures and all the wasted money why didn't he setup some kind of relief fund to help those really devastated by him. I told him I had no more of my precious time left to waste on waiting for him. I told him that I planned on writing my story and sending it to all news media and to my VA advocate, his response was "let me see it before you do" after him knowing my situation I guess all he cared about was protecting his ass again or threaten me to not send it. AT first Hashtalk was so good for me, kept me happy and busy making skins and spending time with all of you sharing was good for my health, but one by one everyone left.I just could not let myself believe all those things about Josh, it would mean that I lost my families savings on a Conman. I wanted to sell out at a huge loss then Coinstand hype came and the price shot up and seemed it might just go somewhere so again I held out thinking that with my luck I sell for a huge loss and then it takes off and my failure would be complete, so again I held. Then all with the Devs and Team XPY and such zencloud I sat and saw that my investment was gone. Being sick more regularly I spend less time on the forums. I have filed a few complaints against Josh with SEC and attorney general and such but who knows what will happen. I just know he lied about everything and I was a fool to trust him. Do not know how to explain this to my wife. I took what xpy I had sold it and purchased some of your GHX, I read you all have had much success and you are all honest and the brains, so I thought I might be able to what little I had left to a bit more, making the loss little bit less. Again thank you for the gift, I have put that into my families savings as with daily payout from the GHX. I would give anything to turn back time and just not have invested, at least I wouls still have that instead of the small amount now. Thanks again for the gift it meant so much to me.

Robert

GAW01022858



**trixster67**

4d

thanks, I have been praying about this for a long time. If time was not against me It would not have been as big of a blow.I agree that he does not care who is harmed, for he did not bat an eye with me but only cared about how he was presented. Very cold person.



**trixster67**

3d

thank you for your kind words. I wish with all my heart I could be able to work or not be sick then I would not care as much. I wish I could travel and kick his butt. I still have all my emails sent to Amber back in Oct asking her to setup something for my wife or son to take over investment and all the emails to Josh, Eric, Jonah, and others. One big kick in the gut is I defended him on many occasion. I sent a small email to Adam earlier today had to cut it short, everytime I start to think on this I can't stop crying and I get sick and have to stop. I am here you can always reach me, you guys are the best

Robert Puckett
503-327-3761

Tigard, OR.

Age 34

Annette Holmes, NE 179th Ave, Portland Oregon



**trixster67**

1d

well it seems more drama has befallen Mr Garza as it should. I have written Adam a few times but don't know if he is getting them, its all a Fool's hope at this point. I will just continue to pray that things will get better. If you speak to Adam and the rest see if they are considering a relief effort for those effected. I wish I had more time to recoup the loss then I would just work at that. I do hope your Lawsuit against Josh is fruitful, but I think he is avoiding any prosecution by staying out of the states. I am sorry for talking about this when I know all of you have successfully moved on and don't want any more to deal with this. If I knew I had a yr or two I would move on as well. I would gladly sell back to Josh all my stakers and coins just for even half, but he can only cry about his loss, yea its so sad Josh. As a Christian I know its wrong to wish for bad things for someone but I do get a little happiness seeing the things befallen on Josh, I think he deserves everything handed to him. Thanks for being a conduit and kind voice. I do prefer to not post in open forum things about my current situation as I feel embarrassed ( I know is stupid) I have shared with only a handful of people over the last 9 months ( Amber, Josh, Eric, Jonah, AnimeEsto, ManeBjorn - we discussed during his operation, and you ). What makes me upset at Josh right now is how he talks about spending this money and that money like it is nothing and tossing more here and there and not caring about the loss of it when only a small portion of what he tosses away would make my family whole again, even partial would be a blessing.. Just having someone to talk to about this has helped me, sorry 😊 I am rambling, al the meds I take

CONFIDENTIAL

GAW01022859

sometimes screws up my brain esp the pain meds, So glad I have the VA to pay for the medical that at least I know my family won't have huge medical bills.

CONFIDENTIAL

# Exhibit A-52

Please Follow Us On Twitter   Follow @BTCNewsMagazine   240 followers

NEWS ▢

**BNM**
BITCOIN NEWS MAGAZINE

Home  ›  News  ›  Bitcoin News



**POTENTIAL CLASS ACTION LAWSUIT AGAINST GAWMINERS**

▢ allegro101   ▢ 04/10/2015   ▢ Bitcoin News   ▢ 3 Comments   ▢ 7308

**Ⓜ MONERO** Secure, untraceable
**Created with Raphaël 2.0.1**
USD $ **85.96** ▲0.53%
24hr low $ 84.78   24hr high $ 88.20
Bitcoin $ 5475.60   Learn more

Ⓑ **Fear & Greed Index**
Multifactorial Crypto Market Sentiment Analysis

**Now:**
**Extreme Fear**

23

alternative.me   Last updated: Nov 16, 2018

**DMCA 🔒 PROTECTED**



1
SHARES



A member of the GetHashing Forum is organizing a class action lawsuit against GAWMiners.

> Hi Everyone.
>
> After numerous discussions on the topic, I will be reaching out to a law firm next week to gauge their position on a potential class action lawsuit against GAW. The firm has experience in such matters already.
>
> If you are interested in taking part in such a suit, please PM me to indicate your interest.
>
> Although there are avenues to subpoena account and trading information from Zencloud's and GAWminers' websites, including other outlets for the sales of Hashlets and HashStakers, I suggest everyone interested in participating in a suit start the accounting process now on their own, to be safe.
>
> Once I have communicated with the attorneys, I will relay the conditions of such pursuit to everyone via PM only. I will not be doing so via public forum.
>
> Again, I will be contacting this law firm to gauge their opinion on such a suit prior to announcing this again. To gauge preliminary interest, you must PM me with your intent. There will not be a need to divulge your real identity, your UID is enough at this stage. DO indicate you estimation as to your "realized" losses. Take also into consideration your recovery values from selling your assets in the marketplace at their greatly depreciated values. I will only need an estimate.
>
> Due to the nature of this suit, and the number of people involved globally, my intent is to pursue this on a class level, including non-U.S. citizens residing in other countries around the globe, "if possible."

*U.S. law requires only two people to gain class status in the courts. We technically have thousands.*

*Although the intent is to recover losses, I will also be focusing on punitive relief relating to the violation of multiple FTC statutes and rules on product misrepresentation and false advertisement, including the probable condition of bait and switch tactics on several levels. This I will discuss with the attorneys when I contact them and set up an informal discussion or discovery process.*

*Since this particular case has been so publicly covered, I am guessing they will already have much knowledge of the conditions leading up to this point. Moreover, it has been thoroughly covered in the various crypto news websites.*

*I am locking this thread to prevent people from posting in the clear. You must PM me your interest.*

*Thank you!*

Have you lost money from an investment with GAWMIners? Please contact the author by PM at the GetHashing forum to join in the class action lawsuit.

On 15 May 2015 the author added this information at the PaycoinTalk forum:

*Hi Everyone.*

*I have not posted this here in talk.paycoin.com, primarily because "**the person who shall be nameless**" hangs out here. However, most of you know anyway, so I have decided to post.*

*For a month now, there has been an open group formed on Forum.gethashing.com that will be filing a lawsuit to recover losses incurred from all of the products and services purchased or, pre-ordered, from GAW. I will not go into the details of how the case is being formed, nor will I go into any specific details that will lend assistance to the defendant. As @Huey and other prime leaders, here in your forum, can attest, I am not in the habit of giving information or ammunition to my enemies.*

*If you wish to join this group, you need to contact me, either on forum.gethashing.com, or via this email set up for this purpose: **gaw.lawsuit.allen1980s@gmail.com**. You need to include the following "initial" information:*

*Your "main" Hashtalk UID.*
*The amount of money you have lost.*

An email address to which I can send updates as they occur.

Later, you will need to provide the following, once we official prepare the complaint to be filed:

Your legal name.
Your physical address.
Your telephone number.
A copy of your state/government ID.
Your Zencloud user name, for account transactions verification (this is explained later).

The group is international, so passport copies will also be acceptable.

**Why this information must be disclosed:**

The complaint must list all members of the group who are part of the litigation, their legal names, their official addresses, and proof they are who they claim to be.

In the United States, court awards from lawsuits recovering physical damages are NOT taxable. However, since we are also going after punitive damages in the millions of U.S. dollars, that portion of award is taxable under the U.S. Tax Code (See links below to help explain this). Moreover, depending tax laws of the country in which you reside, you may have to check your respective country's laws concerning court awards received from other countries. I will also point out that most countries in the world allow foreign taxes paid to be deducted from your personal taxes in your respective countries in which you all reside. In essence, although you may have tax liabilities here in the U.S. for the punitive parts of the judgment, whatever you pay here may completely erase your personal tax liabilities in your home country. When the time arises, I will remind everyone to check with their local tax accountant or consultant to determine their prospective tax liabilities from any awards.

Once a judgment has been collected, and it WILL be collected, the funds will be collected by a "real" third party escrow (an attorney in the U.S.). These funds will sit is escrow, thereafter being disbursed, once I have validated each member's claim to their losses through copies of the Paybase, Zencloud and possibly the GAWminers databases. Two of these databases are already obtainable through another party. The third, may not, in which case each member will be responsible for providing the missing information through email confirmations received from their transactions on GAWminers.com. Once the account values have been

*verified, the funds will then be disbursed from the attorney escrow to each individual identified and verified, less any remittance fees and escrow fees. Funds will be disbursed in U.S. Dollars. These funds will include the principal and any damages awarded and retrieved. In the event that the total funds awarded are less than the total losses accrued, each member will receive their percentage share of the overall group's total. I am not expecting this. All disbursements will be NET attorney's fees, escrow fees, and remittance fees.*

Allen1980s went on to post the following comments at PaycoinTalk:

*Attorney's retainer: 20,000 USD (refunded upon receipt off financial award). Attorney will invoice hours against the retainer until the court judgment. Attorney's fees: 10% to 15% of the total award. Investor fee: Your fee will be equal to your loss contribution, as a percentage of the total loss value of the group.*

***Example:***

*Total group losses: $5 million Your loss in the group: $100,000 Your contribution to the retainer: 400 USD*

*You will not send the retainer now. The group is still open.*

*I will be closing the group, once I have completed the organization of the evidence that will be transmitted to the attorney for filing the formal complaint.*

*Once we are ready to file the complaint, then everyone will be notified of the following: Group total accrued losses. Member's stated losses. Member's percentage of the retainer. Member's Bitcoin equivalence of their portion of the retainer.*

*Once you have been notified of your portion of the retainer in Bitcoin, you will be given a Paycoin Foundation Bitcoin address to send the Bitcoin to, as they have tentatively agreed to act as escrow for the attorney's retainer. Ensure that you have signed your transaction with your identity!! Once you have been notified of the amount in Bitcoin, you will have 72 hours to remit your portion of the retainer to the Paycoin Foundation's special Bitcoin wallet address. If you have not remitted your share of the retainer, you will be dropped from the group. For those who fail to transmit their portion of the retainer, the numbers will be recalculated. If the value of the missing contributions is less than 2,000 USD, I will cover that*

shortfall, but those who have failed to pay their portion of the retainer will remain out of the group and receive none of the award from the lawsuit.

Once all of the funds have been received, the Paycoin Foundation will convert the Bitcoin to fiat (USD) and make a wire or check transfer to the attorney's escrow account, established for this suit.

**I want to include the following statements:**

There are no guarantees that the suit will be won.
Your retainer contributions will be forfeited to the attorney, as payment for their work, if we lose.
You must be verified on identity and account values before the funds are disbursed to you. I will start that process once the case complaint is filed. I will not wait for the judgment or settlement proceedings.
The law firm is experienced in crypto-based lawsuits.
The law firm operates internationally.
Members of the group will not have to appear in court. All members will be represented by proxy through a small, select number of individuals who can appear in court on behalf of the group. Once these people are identified and have committed, their names be listed for everyone to see.

**On a personal note (UNOFFICIAL):**

I have been told that the law firm is already fully cognizant of the GAW fraud. A few have approached them already, but they were turned away for reasons I will not disclose here. They have already stated that the case is solid and is highly likely to result in a judgment and punitive damages. My work, thus far, on this case has been to ensure that we have the highest probability of a judgment and to ensure that costs are kept to the lowest level. I am accomplishing this by filtering through the vast amount of evidence, categorizing the evidence into specific topic-related subjects, and including graphic images taken from screenshots of GAWminers.com, Paybase.com, Zencloud.com, Paycoin.com, Hashcoin, Hashtalk.com, and all other websites associated with GAW, which made official public statements of performance or guarantees, including the various variations of the ToS from all of the websites.

To ensure that we will be getting the full attention of the various defendants and their respective representatives, I will put into place certain actions, which will be activated to ensure the public exposure this lawsuit deserves.

To contact allen1980s to join in the lawsuit you may email him at gaw.lawsuit.allen1980s@gmail.com or use the

Potential Class Action Lawsuit against GAWMiners



ATangledWeb.Info web form.

More information on the timeline and alleged claims is also available and worth your attention.

GAWMiners    josh garza    lawsuit

**3 Comments**    Bitcoin News Magazine                              ☐ Login ▾

☐ Recommend         t Tweet    f Share                      Sort by Newest ▾

☐ | Join the discussion…

allegro101 **Mod** · 3 years ago
The lawsuit against GAWMiners is proceeding please see Lawsuit Update: We are now moving forward posted at PaycoinTalk.
☐ | ☐ · Reply · Share ›

allegro101 **Mod** · 3 years ago
The class action lawsuit will be closed to new applicants on May 31 per this post at PayCoinTalk.
☐ | ☐ · Reply · Share ›

allegro101 **Mod** · 4 years ago
If you lost money investing in GAWMiners you are encouraged to join in the lawsuit by completing the ATangledWeb.Info Class Action Submission Form.
☐ | ☐ · Reply · Share ›

# Exhibit A-53

Release of Zencloud and Paybase Account Details

## LETTER OF AUTHORIZATION

I, _____Michael Pfeiffer_____ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

In Zencloud:

| | | | |
|---|---|---|---|
| Account #1: | etruscan | Email #1: | etruscan@mpfeiffer.com |
| Account #2: | miningthailand | Email #2: | miningthailand@mpfeiffer.com |
| Account #3: | sdrebel | Email #3: | michael@mpfeiffer.com |
| Account #4: | fierce | Email #4: | fierce@mpfeiffer.com |
| Account #5: | warbigold | Email #5: | warbigold@mpfeiffer.com |
| Account #6: | tripppn | Email #6: | tripppn@mpfeiffer.com |
| Account #7: | sheep | Email #7: | sheep@mpfeiffer.com |
| Account #8: | banman24 | Email #8: | banman24@mpfeiffer.com |
| Account #9: | destroyer | Email #9: | destroyer@mpfeiffer.com |
| Account #10: | jedrbell | Email #10: | jedcito@gmail.com |

In Paybase:

| | | | |
|---|---|---|---|
| Account #1: | | Email #1: | |
| Account #2: | | Email #2: | |
| Account #3: | | Email #3: | |
| Account #4: | | Email #4: | |

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: 10/11/2015

Printed Name: Michael Pfeiffer

Signature: Michael Pfeiffer   Digitally signed by Michael Pfeiffer
Date: 2015.10.11 09:49:38 -04'00'

Telephone Number: 215-915-0256

Government Issued Identification Number: [redacted]   United States

Type of Identification Document: Passport   (Passport, Driver's License, Official ID)

EXHIBIT ID
98
DATE: 7/19/18
CORINNE J. BLAIR, CSR RPR

# Exhibit A-54

MENU

- Home
- Hashlet
  - Hashlet Genesis
  - Hashlet Solo
  - Hashlet Prime
  - Hashlet Comparison
  - ZenCloud FAQ
- Miners
- Accessories
- Wholesale
- Blog
- Company
  - About Us
  - Team
  - Contact Us
  - News
  - FAQ
  - Terms & Conditions
  - Shipping & Returns
  - Affiliate Program
  - Privacy Policy

- • • • (866) 554-5861

Free U.S. Shipping on orders over $300

- • • • Login
- Cart 0

- Home
- Hashlet
  - Hashlet Genesis
  - Hashlet Solo
  - Hashlet Prime
  - Hashlet Comparison
  - ZenCloud FAQ
- Miners
- Accessories
- Wholesale
- Blog
- Company
  - About Us
  - Team
  - Contact Us
  - News
  - FAQ
  - Terms & Conditions
  - Shipping & Returns
  - Affiliate Program
  - Privacy Policy

GAW00771454

- Home
- Hashlet
  - Hashlet Genesis
  - Hashlet Solo
  - Hashlet Prime
  - Hashlet Comparison
  - ZenCloud FAQ
- Miners
- Accessories
- Wholesale
- Blog
- Company
  - About Us
  - Team
  - Contact Us
  - News
  - FAQ
  - Terms & Conditions
  - Shipping & Returns
  - Affiliate Program
  - Privacy Policy

Home » Affiliate FAQ

**How can I receive my commission earnings?**

**What forms of payment are available?**

**Can I make social media pages to promote GAW Miners and use my affiliate link?**

**Can I make purchases with my own affiliate link?**

**How long does the tracking cookie last?**

**Does my commission % increase?**

**Why was my commission rejected?**

**Am I allowed to purchase traffic from traffic generation sites/exchanges?**

**Can I create a similar site to copy the original GAW Miners website?**

**Are there any places where I can't advertise?**

**Can I have a personal banner or a coupon created for me?**

**If I would like to become a reseller, what should I do?**

**Q. How can I receive my commission earnings?**

Payouts are completed upon request. Please email your account manager to request your commission. The minimum payout threshold is USD $50. You are permitted up to 4 payouts per month.

**Q. What forms of payment are available?**

GAW00771455

Forms of payment are **Bitcoins, Bank Wire Transfer** or **Store Credit** at 110% of your earned commissions.

**Q. Can I make social media pages to promote GAW Miners and use my affiliate link?**

You may not create social media pages that in any way imply that it is owned or run by GAW Miners.

You may not use images from the GAW Miners website unless those images are provided in the **Creatives** section of your offer.

If you are found to be impersonating, copying or reproducing the GAW Miners brand in any way, this is a direct violation of our policy and your account will be closed without warning.

All commissions generated from these methods will be rejected.


**Q. Can I make purchases with my own affiliate link?**

The purpose of the affiliate program is to drive new traffic to GAWMiners.com and earn money as a business partner, not to receive discounts on your own purchases. We do not allow personal commissions from your affiliate links. If you signed up to be an affiliate for the sole purpose of discounting your own purchases, your account will be closed immediately without warning.


**Q. How long does the tracking cookie last?**

Our tracking cookies expire after two weeks. Our system works by 'last click', meaning the last referrer is used to determine who receives the commission.


**Q. Does my commission % increase?**

If your account reaches $25,000 of revenue for the month, we will increase your commission rate to 5%. When an affiliate reaches $75,000 for the month, we increase it to 6%. Account commission % is automatically changed based on the current month's revenue.


**Q. Why was my commission rejected?**

A commission may be rejected for one of the following reasons:

- The order was not paid and is in pending status
- The order has not been fulfilled (most commonly due to pre-orders)
- The order was canceled
- The order was made by the affiliate (for affiliates who signed up for this sole purpose)


**Q. Am I allowed to purchase traffic from traffic generation sites/exchanges?**

Absolutely not. We will give you one warning to cease all fake traffic generation. The second time your account will be terminated.

**Q. Can I create a similar site to copy the original GAW Miners website?**

You may not white label our site (copy directly) or pretend to be GAW Miners in any way whatsoever. Your account will be terminated immediately if you are found to be white labeling. You may not use domains that imply you are in any way GAW Miners (e.g. gawminers.de).

A rule of thumb: if a visitor comes to your site and thinks it is GAW Miners, owned by GAW Miners or assumes you are a reseller due to the way the site delivers information, you are violating our policy and will be terminated with or without warning.

**Q. Are there any places where I can't advertise?**

You **MAY NOT** use Google AdWords, Bing Ads or similar ad delivery networks to directly advertise your GAW Miners affiliate link.

You **may** use ad networks to drive traffic to your own website.

If you are found to be using an ad network for directly advertising your affiliate links, your account will be closed immediately. It is a violation of our affiliate policy as well as ad networks like Google and Bing (redirects are not permitted).

We don't allow traffic buys. We don't allow advertising on auction sites such as eBay.

**Q. Can I have a personal banner or a coupon created for me?**

Please email your affiliate manager for any personal requests and they will be more than happy to help with your campaign if possible.

*Please note: at this current time, we will not provide coupons or discounts for ALL Hashlet products.*

**Q. If I would like to become a reseller, what should I do?**

**Reseller Applicant Guidelines**

- Minimum of $25,000 monthly sales to qualify as a reseller
- Resellers are forbidden to sell to another reseller
- Must adhere to or above MSRP (privileges will be revoked immediately if caught selling below)
- No promotion can be applied in addition to Reseller discount

You may inquire by emailing reseller@gawminers.com.

© 2014 GAW Miners - a Geniuses at Work Company

Stay up to date with the latest products and news:

SEARCH THIS STORE

GAW00771458

# Exhibit A-55

http://www.gawminers.com:80/pages/affiliate-program-guide     Go

1 capture
18 Oct 2014

SEP  OCT  NOV
◄  **18**  ►
2013  **2014**  2015

About this capture

f  🐦  ✉  (866) 554-5861                Unbeatable Customer Service & Support 24/7                🏠 🔍 Login 👤  Cart 🛒 0



HOME     HASHLET     MINERS     ACCESSORIES     WHOLESALE     BLOG     COMPANY

HOME  »  AFFILIATE PROGRAM GUIDE



## Affiliate Program Guide

Welcome to the GAW Miners Affiliate Program! We're excited to have you on board!
This guide will help you get set up and start earning money.

## 1. Your Dashboard

CLICKS: Shows how many people clicked on either your text link or banner.

CONVERSIONS: Shows the amount of people who clicked through an affiliate banner or text and made a purchase.

PAYOUT:  Shows the amount of dollars made from commissions in the last 7 days.

PAYOUT (2014 YTD): Shows the amount of dollars made from commissions this year up to date.



## 2. Selecting An Offer

To select an offer: select **OFFERS**[1] > **BROWSE/SEARCH**[2] and then select **GAWMiners**[3].**com** from the list.



Offers: Browse/Search

http://www.gawminers.com:80/pages/affiliate-program-guide    Go

1 capture
18 Oct 2014

SEP **OCT** NOV
◀ **18** ▶
2013 **2014** 2015     ▼ About this capture



http://www.gawminers.com:80/pages/affiliate-program-guide   Go    SEP **OCT** NOV

1 capture

18 Oct 2014    ◀ **18** ▶    2013 **2014** 2015    ▼ About this capture



Once you find the banner you want to use, select **Get Code**. Copy the provided code[2] from the popup window as shown below:

## 5. Conversions

To see your conversions click on reports[1] go to conversion report[2].

Here you can see all of your **Pending**, **Approved**, or **Rejected** commissions.

**APPROVED**: Commission was approved.

**PENDING**: Commission is awaiting approval or rejection by an account manager.

**REJECTED**: Commission was not approved.

http://www.gawminers.com:80/pages/affiliate-program-guide   Go

SEP **OCT** NOV
◀ **18** ▶
2013 **2014** 2015

1 capture
18 Oct 2014     About this capture

| | 2014-09-16 11:56:29 | GAWMiners.com | approved | $47.14 | |
| | 2014-09-16 11:55:57 | GAWMiners.com | approved | $15.71 | |
| | 2014-09-16 11:42:49 | GAWMiners.com | approved | $1.50 | |
| | 2014-09-16 10:37:42 | GAWMiners.com | approved | $1.89 | |

Account Manager:
**Denis Kondrashov**
Affiliate Marketing Manager
📞 (866)-554-5861
✉ denis@gawminers.com

Terms of Service
Contact Support

## 6. Payout & Billing

**ACCOUNT BALANCE**: Shows your pending requested payout.

**PAYOUT TO DATE**: Payouts an affiliate already received.

**1.** 👤 My Account ▲   ✉

FAQ
Account Details
**2.** Billing
Contact Support
Logout

🏫 Dashboard
💬 OFFERS ▾
📊 REPORTS ▾
🔧 TOOLS ▾

Search Offers
Search 🔍

Account Manager:
**Denis Kondrashov**
Affiliate Marketing Manager
📞 (866)-554-5861
✉ denis@gawminers.com

Terms of Service
Contact Support

### Billing

#### Overview

| ACCOUNT BALANCE | PAYOUT TO DATE | PAYOUT - YEAR |
| --- | --- | --- |
| $891.07 | $807.54 | $807.54 |

### Billing Details ✏

| Payment Method **Check** | Invoice Frequency **Other** |
| --- | --- |
| Payable Type | Address |
| Payable To **no value entered** | **no value entered** |

### Invoices

| STATEMENT | DATE/TIME | AMOUNT |
| --- | --- | --- |
| Invoice #8 | 2014-08-28 21:19:20 | $285.28 |
| Invoice #54 | 2014-09-09 21:50:40 | $591.04 |
| Invoice #80 | **3.** 2014-09-16 15:31:35 | $891.07 |

To see the current commission balance look at the last invoice date[3].

Go to **REPORTS**[1] > **PERFORMANCE REPORT**[2].



Performance Report

http://www.gawminers.com:80/pages/affiliate-program-guide [Go]

1 capture
18 Oct 2014

SEP  OCT  NOV
◄ **18** ►
2013  **2014**  2015

About this capture



Select dates right after the last invoice[5] and click apply.

Report Summary ⌄

| OFFER | IMPRESSIONS | CLICKS | CONVERSIONS | PAYOUT | CTR |
|-------|-------------|--------|-------------|--------|-----|
| GAWMiners.com | 870 | 507 | 125 | $690.88 | 58.28% |

**PAYOUT**: Commissions[4] earned since your last invoice.

## Questions?

Please visit our Affiliate FAQ before getting started: http://www.gawminers.com/pages/affiliate-faq

Log in into your account: http://partners.gawminers.com

If you have any further questions, please feel free to contact your Affiliate Manager.



© 2014 GAW Miners - a Geniuses at Work Company

# Exhibit A-56

| From: | Carlos Garza |
|---|---|
| Sent: | Friday, September 5, 2014 9:00 PM PDT |
| To: | Carlos Garza |
| BCC: | casey@softline.com.au; JWMutant; marko@cryptoprof.it; howudoin_09@yahoo.com; Chris Brightly; Tahir Akram; Thomas Büchling; Keegan Banister; gawminers.com01@networkofemail.net; Daniel Horn; r.condry@mchsi.com; Daniel Hunter; Barry; Evan Jones; k_t_39@hotmail.com; George Cummings; Josh Garza; kevin@askprodigi.com; Jeff Wedd; BDBusinessman@gmail.com; Corne Nel; vincent.vanbellingen@ghostweb.be; Michael Morton; Lane Black; Whit J; azda@pobox.sk; Dave Bradley; Bradley Chippi; Jose Carlos Barrales; Victor Vargas; Dan Conover; thomas@gawminers.com; Nathan319@gmail.com; reganreckman@gmail.com; info@bitshopper.de; joao@duraes.com; Anthony English; Dan Van Staalduinen; sharafatsyed@yahoo.com; Shah Chowdhury; Rick R; websterauto@hotmail.com; Emerson Jacobson; Jaime Lanister; Frank@virtualcoinbox.com; mark@cryptoprof.it; netguy87@gmail.com; david@cybershop.com.au; AnimoEsto; coin@micdizo.com; gantsevdenis@gmail.com; jjj092353@gmail.com; info@praya.cz; Andy Roehrl; admin@ghashcloud.com; Team@cowboyminers.com; Martin Listopad; charisma97@hotmail.com; dysan819@mac.com; mukhtardatau@gmail.com; v.ionescu@txmail.ro; bitcoin@bitcoinaliens.com; peterharrisonde@gmail.com; michael@teeuwisse.name; Shawn Auman; hw_mdn@yahoo.co.id; dave.verheyen321@gmail.com; brendan@mdma.com.au; markroach1@me.com; stefan.neidhoefer@icloud.com; info@cryptoservicios.com; Augustito Crypto; mittell@gmail.com |
| Subject: | GAWMiners Reseller Application-PLEASE DO NOT RESPOND TO THIS EMAIL |
| Attachments: | GAWMinersResellerApplication.docx |

Good Evening,

I want to personally thank you for expressing interest in becoming a reseller of GAWMiners. I am seeking trusted partners to build a working relationship with that enables us to grow our respective businesses.

Please fill out the attached application and create a new email to Carlos@geniusesatwork.com.

I look forward to speaking with you soon.

--
Cheers,

Carlos Garza
Lead Account Executive
(774)303-9578
GAWMiners
34 East Dudley Town Rd.
Bloomfield CT. 06002
http://www.gawminers.com/
*Advancing the Public Adoption of Digital Currency Through Integrity and Professionalism*

# Exhibit A-57

| | |
|---|---|
| **From:** | Denis Kondrashov |
| **Sent:** | Tuesday, September 16, 2014 8:56 PM PDT |
| **To:** | Carlos Garza |
| **Subject:** | Re: Affilliate |

Haha yea, Tim Davis and Ryan are both very profitable affiliates.

Denis Kondrashov

On Sep 16, 2014 11:55 PM, "Carlos Garza" <carlos@geniusesatwork.com> wrote:
  These guys are resellers so they are not allowed in the affiliate program. Approved :)

  Are any of them affiliates?

  Your missing out on the dubstep at the office again

  On Tue, Sep 16, 2014 at 11:46 PM, Denis Kondrashov <denis@gawminers.com> wrote:

   Cool cool, josh approves this. I won't get hate mail? Lol

   Denis Kondrashov

   On Sep 16, 2014 11:40 PM, "Carlos Garza" <carlos@geniusesatwork.com> wrote:
    They have multiple emails but the ones they had been using are as follows:

    ryan@hoosiermac.com

    orders@hashpros.net

    dvipertx@yahoo.com

    On Tue, Sep 16, 2014 at 11:23 PM, Denis Kondrashov <denis@gawminers.com> wrote:

     You got it, can you give me their emails please.

     Denis Kondrashov

     On Sep 16, 2014 10:50 PM, "Carlos Garza" <carlos@geniusesatwork.com> wrote:
      Hi Dennis,

      Please cancel  Affiliate ID 1648 starting tomorrow as he is starting the reseller program.

Also if Ryan Grimes, Tim Davis, or Jacob Wheeling have an account they need to be cancelled immediately please sir :)

--
Best Regards,

Carlos Garza
Lead Account Executive
(413)342-5380
GAWMiners
34 East Dudley Town Rd.
Bloomfield CT. 06002
http://www.gawminers.com/
*Advancing the Public Adoption of Digital Currency Through Integrity and Professionalism*

--
Best Regards,

Carlos Garza
Lead Account Executive
(413)342-5380
GAWMiners
34 East Dudley Town Rd.
Bloomfield CT. 06002
http://www.gawminers.com/
*Advancing the Public Adoption of Digital Currency Through Integrity and Professionalism*

--
Best Regards,

Carlos Garza
Lead Account Executive
(413)342-5380
GAWMiners
34 East Dudley Town Rd.
Bloomfield CT. 06002
http://www.gawminers.com/
*Advancing the Public Adoption of Digital Currency Through Integrity and Professionalism*

# Exhibit A-58





archive.today
webpage capture
Saved from https://hashtalk.org/groups/Global%20Moderator search 1 May 2015 05:36:44 UTC
history
All snapshots from host hashtalk.org
Webpage Screenshot
share download .zip report error or abuse

hashtalk Register Login

Group Details

# Global Moderator

Member List

| | |
|---|---|
| | MrCEO |
| | GAW_Luke |
| TEAM XPY | sciborg |
| | hashling |
| | rasalghul |
| | spydazcomputers |
| CPI GROUP | CPIGROUP |

Latest Posts

**MrCEO**

Devs found a bug when too many Hashlets got added to the cart, they just about sorted. The speed of our servers is slowing down their progress.

Stop hitting refresh! 😄

posted in Cloud Mining 9 months ago • read more

**MMartel**

hi Lextad,
I have one U1 and one U2 that were used for only one weekend to test my virtual machine hashing theory that did not work with Virtualbox due to its lack of ability to run both Antminer USB devices at the same time...
anyway, each one runs at the respective speeds you listed as desired...
I have an Ebay account with 247 perfect feedback score, so if you would like me to list these two for you at the prices you specified, then just let me know...
I also have a brand New 2.5 GH/s Red Fury USB that I never even got around to using because the Antminer testing already disproved my theory... I bought this one new on Ebay for $40 but would sell it to you, if you are interested, at more than half off this price, just let me know specifics...

posted in Cloud Mining 10 months ago • read more

**RockDaddy**

Yes I can measure it when I get home but I thought I remember doing it a while ago around the 450watt range but I'll double check.

posted in Cloud Mining 10 months ago • read more

**MrCEO**

all our hosted miners come alive and take off!

posted in Cloud Mining 10 months ago • read more

**MrCEO**

Please send questions in as tickets.

The warranty is based on the legth of time, and will move to the next person

posted in Cloud Mining 10 months ago • read more

**MrCEO**

This topic is now closed. New replies are no longer allowed.

posted in Cloud Mining 11 months ago • read more

**MrCEO**

This topic is now closed. New replies are no longer allowed.

posted in Cloud Mining 11 months ago • read more

**MrCEO**

@Coinminer said:

> @MrCEO I'm not trying to make a mountain out of a mole Hill, my submission is for a considerable amount of money and I need to be very clear on every aspect of that business to avoid issues down the road. An uninformed decision is the wost kind to make. 😊

See if you like the changes 😊

posted in 💼 Crypto Change and Projects about 4 hours ago • read more

 **spydazcomputers**

@loudness I can neither prove nor disprove that statement and I find it unlikely that you can and even if it were does it amount to a hill of beans the fact is josh is continually criticized for moving slowly this entire concept was launched in less than a week and yet the critics still arise over semantics

posted in 💼 Crypto Change and Projects about 4 hours ago • read more

# Exhibit A-59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br> vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>      Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><br>CLASS ACTION<br><br><br>MICHAEL PFEIFFER'S RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST INTERROGATORIES  TO PLAINTIFFS<br><br>DEMAND FOR JURY TRIAL |

To: Stuart Fraser, by and through his attorneys of record, Daniel H. Weiner, Sarah L. Cave, and Sara E. Echenique, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 and David R. Shaefer and Sean M. Fisher, Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511.

Pursuant to FRCP 26 and 33, plaintiff Michael Pfeiffer ("plaintiff") responds to Defendant Stuart A Fraser's First Set of Interrogatories to Plaintiffs as follows:

General Objections

1. Plaintiff objects to the definitions and instructions set forth in Defendant Stuart A Fraser's First Set of Interrogatories to Plaintiffs, as they seek to impose obligations beyond those required by the applicable rules of procedure. Plaintiff's obligations are limited to those set forth in Rule 33 of the Federal Rules of Civil Procedure.

2. Plaintiff objects to the Interrogatories to the extent any Interrogatory seeks the disclosure or discovery of information protected by any applicable privilege

1

or doctrine, including the attorney-client privilege, the work product doctrine, the common interest doctrine or any similar privilege or doctrine and including any disclosure or discovery of work product, information or materials prepared in contemplation of litigation, information or communications protected by the attorney-client privilege, or the opinions, mental impressions, conclusions or legal theories of plaintiff's attorneys or other representatives. Plaintiff provides information in response to the Interrogatories on the express condition that any inadvertent disclosure of information covered by such privileges or doctrines does not constitute a waiver of any such privilege or doctrine or a waiver of the Plaintiff's right to assert such privilege or doctrine with respect to such information or any related information. Plaintiff objects to any requirement that he must maintain or produce, for individual interrogatories, a privilege log reciting that information that will not be disclosed based upon a claim of privilege. It would be impracticable if not impossible for plaintiff to catalog that privileged information with respect to each Interrogatory. Accordingly, plaintiff will not disclose any information protected from discovery by the attorney-client privilege.

3.     Plaintiff objects to the Interrogatories to the extent the answer to any Interrogatory may be derived or ascertained from related business documents, or from an examination, audit or inspection of such business records, including a compilation, abstract or summary thereof, and the burden of deriving or ascertaining the answer is substantially the same for plaintiff and Mr. Fraser.

4.    Plaintiff objects to the Interrogatories to the extent they ask plaintiff to "identify each" or "identify any" items relating to a particular contention or proposition. It would be impossible and it is unduly burdensome to require the plaintiff to state all persons or facts or identify all documents that may conceivably relate to any particular contention or proposition.

5.    Each response below to the numbered Interrogatories in Defendants' Second Set of Interrogatories is made subject to the foregoing General Objections.

6.    Discovery is ongoing, and plaintiff reserves the right to supplement these interrogatories

<u>Responses</u>

1.    Identify each of Your email addresses, online usernames, avatars, screen-names or any other identifier and its associated platform, forum or application through which You discussed GAW Cryptocurrency Products, the Companies, Garza or Fraser, including without limitation Your identifying information for Hashtalk, Reddit and Bitcointalk.

<u>Response:</u> Subject to the foregoing general objections, plaintiff responds as follows: @etruscan (Hashtalk); @miningthailand (Hashtalk);   @hashling (Hashtalk); @mpfeiffer.com (email).

2.    Identify each person or entity that was involved in Your decision to make Your  Investment in the GAW Cryptocurrency products.

<u>Response:</u> Plaintiff objects to this interrogatory as vague and ambiguous because it uses the undefined term "involved." Plaintiff will interpret this interrogatory as seeking information about whether another individual such as a business partner, spouse, etc. shared in plaintiff's decision to invest or not invest in the GAW Cryptocurrency products.

Subject to the foregoing general and specific objections, plaintiff responds as follows: none.

       3.      Identify each person or entity that monitored, retained, redeemed or sold Your  Investment in the GAW Cryptocurrency Products.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome to the extent it requires plaintiff to identify all persons or entities that may have monitored his investments. It is possible that many such entities monitored plaintiff's investments without plaintiff's knowledge.

Subject to the foregoing general and specific objections, plaintiff responds as follows: the GAW Cryptocurrency Products plaintiff bought were sold by GAW Miners and ZenMiner. Plaintiff monitored the products through ZenCloud and PayBase.

       4.      Identify any website, software or other application through which You monitored  the value of Your Investments in the GAW Cryptocurrency Products.

Response: Subject to the foregoing general objections, plaintiff responds as follows: plaintiff monitored the GAW Cryptocurrency Products through ZenCloud and Paybase.

       5.      Identify each telephone conversation, in-person meeting or other communications You had with Garza concerning the Companies, GAW Cryptocurrency Products or Your  Investments by setting forth for each such conversation, meeting or communication:  (a) each  person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with Garza.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff had several exchanges with Garza on Hashtalk. Plaintiff sent a paper letter to Garza. Plaintiff had a phone conversation with Garza on or around April 2015. See also GAW00689994, GAW00691358, GAW00691206, GAW00690596, GAW00690623, GAW00690912, GAW00691088, GAW00689620, GAW00690439, GAW00690703,

GAW00691304, GAW00691048, GAW00690879, GAW00689753, GAW00689542, GAW00690041

6. Identify each telephone conversation, in-person meeting or other communication You had with Employees of the Companies other than Garza concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication: (a) each person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with employees of the Companies.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff communicated with GAW Miners technical support staff. See also GAW00689248-GAW00691433, which include communications with employees of the Companies.

7. Identify each telephone conversation, in-person meeting or other communication You had with the Federal Bureau of Investigation concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication: (a) each person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with the FBI.

Subject to the foregoing general and specific objections, plaintiff responds as follows: none.

8. Identify each telephone conversation, in-person meeting or other

communication  You had with Fraser or Thomas Fraser concerning the Companies, GAW Cryptocurrency  Products or Your Investments by setting forth for each such conversation, meeting or  communication:  (a) each person who participated or was present; and (b) the date or time period  during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with Fraser or Thomas Fraser.

Subject to the foregoing general and specific objections, plaintiff responds as follows: none.

9.      Identify each telephone conversation, in-person meeting  or other communication  You had with any non-party concerning the Companies, GAW Cryptocurrency Products or Your  Investments, by setting forth for each such conversation, meeting or communication:  (a) each  persons who participated in or was present; and (b) the date or time period during which it took  place.

Response: Plaintiff objects to this interrogatory as duplicative of interrogatories 5-8. Each of those interrogatories asks for plaintiffs' communications with non-parties. Plaintiff will provide information about his communications with any non-parties not identified in interrogatories 5-8. Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with any non-party. Plaintiff objects to this interrogatory to the extent it calls for information subject to the attorney-client or work product privileges.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff has discussed this case at length with his attorneys. Plaintiff also produced a number of email communications at GAW00689248-GAW00691433, some of which involve third parties.

10.      Identify any marketing materials, website content, or other written materials that  You reviewed concerning any of the GAW Cryptocurrency Products.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify all marketing materials, website

content, or other written materials he reviewed concerning any of the GAW Cryptocurrency Products.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff visited GAWMiners.com, Hashtalk, and reviewed articles about the GAW Cryptocurrency products.

11.    Identify each of the email addresses You used to communicate with the Companies, any Employees of the Companies or Garza.

Response: Subject to the foregoing general objections, plaintiff responds as follows: see response to Interrogatory 1.

12.    Identify any lawsuit, proceeding, claim or demand of any kind concerning Your Investment in the GAW Cryptocurrency Products that You filed or initiated other than this  action, including the names of the parties, the nature of the action, the date of the action, the case  number and the court in which each such proceeding was filed.

Response: Subject to the foregoing general objections, plaintiff responds as follows: none.

13.    Identify any other class action or putative class action in which You been a named  plaintiff, including the names of the parties, the nature of the action, the date the action was  commenced, the case number and the court in which the action was filed.

Response: Subject to the foregoing general objections, plaintiff responds as follows: none.

14.    Identify each payment You received concerning Your investment in the GAW  Cryptocurrency Products, including the date and amount of each such payment and the person or  entity who made each such payment.

Response: Subject to the foregoing general objections, plaintiff responds as follows:

see Docket Entry 1-1, GAW00198630, and GAW00198631.

      15.    Identify Garza's last known address and telephone number(s).

<u>Response:</u> subject to the foregoing general objections, plaintiff responds as follows: 860-253-2862.

Respectfully submitted,

*/s/ Colin M. Watterson*
Colin Watterson (*pro hac vice*)
Email:  cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
E-mail:mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Mark P. Kindall (ct13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*

9

<u>Certificate of Service</u>

I hereby certify that on June 27, 2018, I served the foregoing via electronic mail on the following:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

*/s/ Colin Watterson*
Colin Watterson

11

<u>Verification</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

I have read the foregoing interrogatory responses and know the contents thereof. To the best of my knowledge, information, and belief, the facts stated in the responses are true and correct.

| Dated: June 27, 2018 | *Michael Pfeiffer* |
| | Michael Pfeiffer |

12

# Exhibit A-60

From:     <josh@geniusesatwork.com> on behalf of Josh Garza
Sent:     Tue 12/30/2014 1:43 PM (GMT-05:00)
To:       "Jonah Dorman" <jonah@geniusesatwork.com>, "Eric Capuano" <eric@btc.com>
Cc:
Bcc:
Subject: Fwd: Android widget


Someone please send

Sent from my mobile phone

---------- Forwarded message ----------
From: "Unknown Apps" <egdahl@gmail.com>
Date: Dec 29, 2014 2:06 PM
Subject: Android widget
To: "Josh Garza" <josh@btc.com>
Cc:

I was sure if you got my previous email. I'm the dev who made this widget as per your request:
https://play.google.com/store/apps/details?id=latch.paycoin

I know you are busy so you probably just haven't gotten to it. Please send my XPY to this
address:
PMMH7tJboYtiCsKGrfa8e5RjW54Nt2jjHB

Thank you!
Richard

GAW00064051

# Exhibit A-61

From:       Jonah Dorman
Sent:       Wed 3/04/2015 12:55 PM (GMT-05:00)
To:         "Josh Garza" <joshatgaw@gmail.com>
Cc:         "Matthew Eden" <mk@btc.com>, "John Caceres" <cycoskier@gmail.com>
Bcc:
Subject:    Re: Paycoin Wallets
Attachments: unnamed00001.png


I feel like a broken record here.

Please do not inform the public of our internal security measures.

Do not talk internally or externally about our security protocols.

Do not publish anything acknowledging or disavowing a potential hack to all of our wallets.

Do not use plaintext email (this right here) to discuss this.

For once let's prevent damage and loss instead of aiding and abetting it.

On Wed, Mar 4, 2015 at 12:51 PM, Josh Garza <joshatgaw@gmail.com> wrote:
  Jonah sirs?

 On Wed, Mar 4, 2015 at 12:49 PM Matthew Eden <mk@btc.com> wrote:
   TBH, I'm not entirely sure what he should tell them.  It's a preventative security measure,
standard practice in the event of an internal breach.  I'd normally ask Jonah for a people
friendly version of what to say to the customers.


   **Matthew K. Eden**
   GAW Miners LLC
   C: (512) 718-6128



     On Wed, Mar 4, 2015 at 11:46 AM, Josh Garza <joshatgaw@gmail.com> wrote:
       Just want to prevent a panic :)

   What should John say after your done?

       On Wed, Mar 4, 2015 at 12:44 PM Matthew Eden <mk@btc.com> wrote:

Please consider your request for a moment.  You want to notify the public before we
the coins out of the wallets that someone may have copied?

There is one prime node left to move, and I am waiting for the stake to
wait until that's finished before you let the thieves know their plan's have been "foiled"
again.  :-)

**Matthew K. Eden**
GAW Miners LLC
C: (512) 718-6128



On Wed, Mar 4, 2015 at 11:41 AM, Josh Garza <joshatgaw@gmail.com> wrote:
        Hey matt, whats going on with the paycoins being moved around? Have you told
can notify the public on whats happening?

"The information contained in this email message may be confidential. If you are not
intended recipient any use, distribution, disclosure or copying of this information is
prohibited. If you receive this email in error, please tell us by return email and destroy this
communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the
intended recipient any use, distribution, disclosure or copying of this information is prohibited.
If you receive this email in error, please tell us by return email and destroy this communication
and any attachments from your system."

# Exhibit A-62

From:        Jonah Dorman
Sent:        Sat 2/28/2015 6:54 PM (GMT-05:00)
To:          "Josh Garza" <Josh@gaw.com>
Cc:          "John Caceres" <john@geniusesatwork.com>, "Evan Lucas" <evan@btc.com>, "Matthew
             Eden" <mk@btc.com>
Bcc:
Subject:     Re: whats up?
Attachments: unnamed00001.png

More important question for Matt/Evan is this recoverable?

If so, is the scope even known at this point?

If so, is there a way to estimate the recovery time?

From what I've heard so far it will be several days to two weeks.

On Sat, Feb 28, 2015 at 6:20 PM, Josh Garza <Josh@gaw.com> wrote:
    You have stated what has to happen a few times.

    What is the status? How much has been done? Whats the percentage of completion? And do
    have any time frame?
    .

    On Sun, Mar 1, 2015 at 12:14 AM, Jonah Dorman <jonah@geniusesatwork.com> wrote:

    This will not be resolved in a few hours.

    The entire set of all records for all platforms has to be validated.

    --
    Jonah Dorman
    General Manager
    GAW Miners LLC
    O: (860) 222-2631
    C: (727) 386-6825

    On Feb 28, 2015 5:12 PM, "Josh Garza" <Josh@gaw.com> wrote:

        Jonah, you mentioned a few emails back about why the outage procedure was not
    followed, why is it still not being followed?

        I have not heard from anyone outside this email from Matt (thank you) that was as a
    two request for updates.

GAW00041910

You made mentioned, to John, a few emails about habit being professional. How is this professional? Communication is almost non existence.  This is not a responsible way to treat our customers.

Can someone please provide continual updates on this matter?

On Feb 28, 2015 6:42 PM, "Matthew Eden" <mk@btc.com> wrote:
    Sorry.  Fell asleep while working sometime early this morning (didn't get a whole lot of sleep last night).

    We have multiple developers still working on analyzing the data, which I am doing as well.  At the same time I am cleaning out the Rackspace cloud, and removing every possible backdoor left open by Eric/Joe/Devs.  I've found more open holes on our 60+ cloud servers in the last two days than I can even begin to list here.

    Probably goes without saying that we're still working on it, and we're not yet to a point where this won't happen again when we turn it back on.  :-/


**Matthew K. Eden**
GAW Miners LLC
C: (512) 718-6128



On Sat, Feb 28, 2015 at 11:09 AM, Josh Garza <Josh@gaw.com> wrote:

    Guys, it's mid day. Can at least one person respond?

    On Feb 28, 2015 3:31 AM, "Josh Garza" <Josh@gaw.com> wrote:

    Any update?

    On Feb 27, 2015 9:25 PM, "Matthew Eden" <mk@btc.com> wrote:
        Just wanted to elaborate on that one a little more.  It's farther reaching than just transaction data.  We're also having to validate ownership data for hashlets/stakers, all user data, and all trade related data.  Most everything in both the Paybase and Zencloud databases that could be manipulated directly.


**Matthew K. Eden**

GAW00041911

GAW Miners LLC
C: (512) 718-6128



On Fri, Feb 27, 2015 at 2:12 PM, Jonah Dorman <jonah@geniusesatwork.com>
All of the data for all of our platforms is currently considered to be invalid.

We will have to manually and systematically repair, test, compare and then
transactional data on our platforms.


On Fri, Feb 27, 2015 at 1:32 PM, John Caceres <john@geniusesatwork.com>
I need to understand what the implications are about all of this both from
breach perspective as well as financial perspective internally. the more information I
have the better equipped I am able to put something together that makes sense  and
mitigates any other issues.


On Friday, February 27, 2015, Josh Garza <Josh@gaw.com> wrote:

What does this effect?

On Feb 27, 2015 7:28 PM, "Jonah Dorman"
We will have to reassemble and asses the current state of the database
backups.  The process will be time consuming and will help to determine the extend
of the breach.   After that time we can begin making decisions regarding bringing
systems back online.


On Fri, Feb 27, 2015 at 1:14 PM, Josh Garza <Josh@gaw.com>

Hey guys, do we have an update?

On Feb 27, 2015 6:32 PM, "John Caceres"
Jonah: the last message I received from you was at ~2:40ish about
pricing, nothing about this.

John

GAW00041912

On Friday, February 27, 2015, Jonah Dorman wrote:

John I sent you a message at 9:38PM and am awaiting a reply public statements.

Josh due to the nature of the current breach there could be no or statements made until the integrity and security of the platform was assured.

Someone has performed an extremely sophisticated attack database directly. The precision of this breach is such that anyone finding out we are aware could compromise the data collection surrounding the breach.

At this time we have preserved data showing that an attacker directly into the zencloud database in order to credit themselves and others bitcoin and paycoin.

The attacker has withdrawn around 70 BTC over the course of

All withdraws have been below our withdraw hold thresholds which have been inserted were pre-dated. Meaning the attacker manipulated our database directly in order to give credits ranging from December to February and then withdraw those credits recently.

All wallets are being migrated and protected and all data including records of how the system was manipulated are now stored encrypted in areas where the attacker will not have access to cover their tracks or delete any evidence of the attack.

Any announcement of this breach prior to having those records opened a severe risk of an attacker covering their tracks or worse compromising the entire system including wallets and data.

On Fri, Feb 27, 2015 at 11:54 AM, Josh Garza

Guys, can we get an update please?

On Feb 27, 2015 2:17 PM, "John Caceres"
What is going on?? And why am I not be kept in this loop are just putting stuff up without consultation as to how to comunicate? How is it that we are being compromised...again. Who is in charge of this stuff? WTF?!!

any and all outbound communications need to go through CSR scripts/messaging, announcements, outages...anything. We have had too many issues with the media and unfriendlies and their reaction to things that can be easily twisted.

GAW00041913

I don't understand why we are addressing this nearly 12

John

**John C. Caceres**
**Chief Marketing Officer**
Business Technology for Cryptocurrency
34 East Dudley Town Road
Bloomfield CT. 06002
john@btc.com
917.882.0900 - Mobile
802.359.7569 - VT Office

On Fri, Feb 27, 2015 at 8:06 AM, Josh Garza

Hey guys, what is happening here?

Jonah, why didn't we use the outage policy we placed a

Customers are getting upset

On Feb 27, 2015 1:58 PM, "Josh Garza"

Hey guys, what is happening here?

On Feb 27, 2015 2:55 AM, "Jonah Dorman"
wrote:
I can make a generic announcement that the
unscheduled maintenance.  Just not yet.


On Thu, Feb 26, 2015 at 8:53 PM, Jonah Dorman
<jonah@geniusesatwork.com> wrote:
This is not something that should be announced
anyone.  ANYONE outside of the company and should not be discussed
inside the company.


On Thu, Feb 26, 2015 at 8:51 PM, Matthew
We have everything shut down atm.  The
Zencloud have been compromised, and we are attempting to ascertain the
severity of the breach.

GAW00041914

This nature of the breach is very convoluted we have is currently suspect. It's very possible that the markets and withdrawals for both platforms will be offline until sometime tomorrow afternoon.

**-MK**

On Thu, Feb 26, 2015 at 5:09 PM, Josh Garza
https://hashtalk.org/topic/32700/hashmarket

"The information contained in this email message are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

--

John C. Caceres
Chief Marketing Officer
Business Technology for Cryptocurrency
34 East Dudley Town Road
Bloomfield CT. 06002
john@btc.com
917.882.0900 - Mobile
802.359.7569 - VT Office

"The information contained in this email message may be not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00041915

"The information contained in this email message may be confidential. the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

--

John C. Caceres
Chief Marketing Officer
Business Technology for Cryptocurrency
34 East Dudley Town Road
Bloomfield CT. 06002
john@btc.com
917.882.0900 - Mobile
802.359.7569 - VT Office

"The information contained in this email message may be confidential. If you intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00041916

# Exhibit A-63

Bitlend.io closing its doors??? | HashClub.org





Register    Login

Home / The Lounge / Bitlend.io closing its doors???



## Bitlend.io closing its doors???

Administrator

☐ **Global Moderator**

☐ **VIP Member**

☐ **Admin**



# 1 Stock for the Marijuana Boom - Like Buying Ar

This pot stock could be like buying Amazon for $3.19 fool.com

Is Bitlend.io closing its doors?

I received this message:

Hello from Bitlend.io,

When we launched Bitlend.io last year we vowed to make it a unique platform within the cryptocurrency industry. As many of us involved in the crypto industry know, it can change overnight, and in some cases within hours.

Taking into consideration several market factors and other internal analysis we have decided to suspend Bitlend.io's operations for the foreseeable future.

New registrations have been suspended and all verifications will be closed out. All Personally Identifiable Information (PII) will be secured and/or destroyed following the shutdown to protect the documents and trust that our verified borrowers placed with us.

What this means for you:

*All Users:* Do not deposit any further BTC into your Bitlend.io wallet.

*Users with funds in their balance:* You will need to withdraw them immediately.

Please note that during the wind down phase we will be manually processing all transactions so they may take additional time to complete.

*Borrowers with funded and active loans:* Your loans are still in effect and the repayment schedule and amount remains unchanged.

*Borrowers without active or funded loans:* No action is required beyond withdrawing any balance you may have on the system. Open loan requests will automatically expire and close.

We would again like to thank everybody who joined us at Bitlend.io for their support and business. We hope to see all of you again in the future.

If you have any questions please contact support@bitlend.io.

Regards,

The Bitlend.io Team

---

☐ • ☐ 1 • 🤷 2974 Hash Club Coins (HCC)    **Administrator** posted 3 years ago , last edited by **Administrator** 3 years ago

---

Posts **13** | Views **4.0k**    [Reply]

---



**@Administrator** Seems to be valid and true.

xpyerr
☐ **VIP Member**

☐ • ☐ 2 • 🤷 4573 Hash Club Coins (HCC)    ☐ **xpyerr** posted 3 years ago

---



IceKohl
**Club Hash**
☐ **VIP Member**

I got the email also. Unfortunate that Allen and the guys couldn't get it off the ground. I think I saw only a handful of requests and maybe 2 that ever got funded. I also can't remember ever seeing any real marketing done. I do hope that they only shelve the platform and revisit it at another time. I'll be back if they come back.

*https://twitter.com/Execute_Gaming*
*Join the Club Hash Investment Group https://hashclub.org/category/58/club-hash*
*https://btcpop.co/Home/3593/HashClub*



□ • 1 □ • 🧙 14319 Hash Club Coins (HCC)

□ **IceKohl** posted 3 years ago

apmapm12

**Global Moderator**

**Escrow**

**VIP Member**

@IceKohl agreed with u there, I managed to get funded twice from there but it dried up after that. Would be nice to see them rebrand it and continue

https://bitcasino.io/?ref=jjcShZsChmKo7JwbX
*Deposit play before your btc confirms, also instant withdrawls.*
*9DAIvqzc2AR8ecQg*
http://freebitco.in/?r=159461
*Now with weekly lotteries!*

□ • 0 □ • 🧙 4145 Hash Club Coins (HCC)

□ **apmapm12** posted 3 years ago



Allen1980s

Hi Guys.

Thanks for the posts.

The problems were multi-fold.

First, Ceforce and I were doing an immense amount of due diligence on applicants (more so Ceforce), who, 8 of 10 times, provided only forged documents to verify their identities. We got burned on a number of initial loans funded and much of that money came from peers on the platform. We had to compensate them for that. This led to the increased due diligence.

Second, there were a number of loans made to the community that are still late in being paid (like by months).

Third, to implement the secured lending platform, we needed a lot of programming to be accomplished, and some of the business members were already involved in other projects, leaving little time to dedicate to Bitlend.

Finally, there were too few peers on the platform, and those active borrowers, who did make it through the vetting process, were too few to run a business off of.

The monthly server costs were a few hundred dollars. There were other assets which were being spent to maintain the business, and we were just not making any money on the platform to even cover the costs and work being put into it. We are not necessarily shutting down forever (probably yes...LOL).

Between my other companies and Bitlend, I just really would rather focus on my

non-crypto-world businesses. I fought the notion of shutting down a number of months ago. After seeing that we were moving nowhere fast, I finally came around and supported shutting it down. It will be up for another 30 days to allow everyone time to A.) pay their open debt, and B.) retrieve any funds they may have left in their wallets.

I cannot really see BTCJam or Loanbase staying open much longer either really. There is more fraud than honest lending going on in the crypto world and most of that is coming out of India and Italy. It is just not a good enough environment to conduct commerce in really. The last BTC price rise was also killing us, because no one wanted to pay their loans back. This is another aspect of the business that makes it difficult to circumnavigate.

Anyway, that is the short of it.

Best regards,
Allen

 1 • 👤 794 Hash Club Coins (HCC)          **Allen1980s** posted 3 years ago , last edited by **Allen1980s** 3 years ago



**xpyerr**

🔲 **VIP Member**

**@Allen1980s** Just throwing this out here, as someone who has done private lending in the past.

It sounds like all your time was consumed in the verification process of a bunch of tiny loans which ended up defaulting in the end after all your hard work, with no assets to sell off when they did default.

In my opinion asset-based loan financing is the only way to go. With the fluctuation of BTC, they will need to be insanely high interest short-term loans in order to offset that fluctuation, along with a monthly stream of funds going back to the investors to keep the excitement and enthusiasm rolling in a forward motion.

So how do you justify lending at say 18% and still receive a monthly income going back to investors? Answer; Hard Money Loans!

Have you ever thought about more of an investment group? One where we could all pool our money into a single bulk fund and lend it out on a single asset-based deal?

I'm posting the below for people who are not familiar with this type of loan.

(1) What is the process for Hard Money Loans?
Hard Money Loans provide Investors access to capital to purchase investment

properties. They can fund quickly, typically within 72 hours of receiving the final docs from the Title Company. Hard Money is available for adequately collateralized loans on single-family residential houses and other Real Property including commercial projects.

(2) What is the interest rate?
The interest rate depends upon the Lender. The rate will range from 10% interest only to 18% interest only annual interest rate payable monthly in most cases. Some Lenders will defer interest payments to payoff, benefiting investors that do not want payments during rehab.

(3) What Loan-to-Value are Hard Money Lenders looking for?
Typically a loan does not exceed 70% of the after-repaired-value (ARV). This figure is calculated by an appraiser and consideration of repairs.

(4) How long is the loan for?
Typically write the notes from 3 months to 12 months depending on the Lender and your needs. Longer the term can lead to increased costs or interest rate.

(5) What are the costs?
All loans will require Title Policy, Insurance, and Appraisal. These services come with fees that can range from a few hundred to a couple of thousand dollars. Most require origination points ranging from 2 to 10 points.

(6) Can I get money pay for repairs?
Yes. Most Lenders require a "Draw Request" form to be filled out to identify the completed repairs to the property, copies of the invoices from the contractors or sub contractors. After work is inspected, draws can be dispersed. Typically work is not paid in advanced.

(7) Does my credit matter?
Maybe. Hard Money Lender do check credit, not necessary for credit scores, but to check for bankruptcies, foreclosures, charge offs and collections. They look for ability to repay. The loan is more collateral based, which means they look really closely at the property.

(8) Do I need to put any money down?
In most cases, Yes. Most lenders want to ensure that you have enough resources to finish the repairs and cover the costs of the loan plus any surprises. Expect to pay all origination/discount points and other costs at or before closing. If you cannot afford to close you typically cannot afford to take out this type of loan.

(9) Can interest be deferred to the end of the loan?

Sometimes. Most have interest payable monthly. Again, if you cannot afford to close you typically cannot afford to take out this type of loan.

(10) How does Hard Money compare to a traditional non-owner occupied investor loan?
This would be like comparing apples to oranges. Hard Money has a very specific purpose. Typically these loans are for quick turn around or after repair situations. Conventional financing is used for your traditional rentals and long term hold scenarios. As the foreclosure market increase you will find investors to use Hard Money as way to secure the property in a short period of time then refinance into Conventional finance.

So with this type of loan we are looking at just about zero risk, as the loan is backed by real estate. If the borrower defaults, you can sell off the asset and pay back investors. The other great upside is you are not verifying hundreds of tiny loans. You can also build a handful of proven "flippers" (people who borrow money to remodel houses for resale at a profit), providing even lower risk.

Just a thought. Of course it would take some great marketing to bring in enough investors to build enough cash to lend out. The housing market prices across the U.S. are very broad. A house in Los Angeles County in need of repair may cost $500,000, while the exact same house in say Arkansas would only be $75,000. So you would want to focus on the lower end states at first and build your way into the more lucrative markets as you go.

Thoughts, anyone?

☐  •  ☐  1  ☐  •  🧑  4573 Hash Club Coins (HCC)        ☐ **xpyerr** posted 3 years ago , last edited by **xpyerr** 3 years ago

---



Allen1980s

@xpyerr That was the direction we were intending to go. Asset-based loans on mining contracts, mostly Geneis-Mining contracts. The daily proceeds would go into a special wallet on the platform, paying against the outstanding balance, as well as having the borrower make weekly payments against the loans until the loan was paid off. Again, the main problem was that this was supposed to be a long-term development project, but many were getting involved in other projects which was limiting the amount of time they could spend on Bitlend.

The due diligence was actually not against any specific loans. The due diligence was enacted to ensure that only qualified borrowers could actually enter the platform. In the end, we realized that most of the borrowers were of very poor

quality, or were flat-out trying to game the system. When you borrowers are scattered around the globe, you become very reliant upon the documents submitted. When the documents are altered or forged, that results in denial of use of the platform.

I definitely agree with your idea of hard money loans. "Eventually," the goal was to address a specific demographic of client that is unserved and rather low risk. Since the platform will be down soon anyway, I can say that my goal was to approach the American expat community abroad. This is a demographic of roughly 7 million Americans who live and work outside of the United States.

Due to recently enacted reporting requirements of the U.S. Treasury, by foreign banks where Americans "held" assets (checking and savings accounts, predominantly), these foreign banks would incur significant increases in capital expenditures to remain compliant with the new Treasury reporting requirements. To avoid the increased annual costs, most foreign banks notified American account holders that they must close-out their accounts with the bank. This ultimately led to a vast majority of American expats having no banking relationship in the countries in which they worked and lived. Moreover, U.S. investment firms were also notifying their foreign-based American customers that they could no longer service them whilst overseas.

The above demographic equates to billions of USD in annual potential cash flow management to any financial enterprise that is willing to circumnavigate the underlying causation of unbanked American expats. Currently, those expats, who have foreign spouses (assets of which are also reportable to the U.S. Treasury (IRS) ), get around the problem by placing all of their assets in the names of their spouses. This has created additional problems with those expats who have divorced, as the reliance on the spouse puts them in rather unsavory positions, financially.

Ultimately, Bitlend was to become a "hybrid-bank," which could circumvent the current issues relating to international banking for American expats. Of course, on the surface, Bitlend looked and operated much like the other Bitcoin lending platforms out there, but the intent was to move away from the peer to peer lending model, and towards a more consumer banking oriented platform, utilizing Bitcoin as the method of transference and funding of assets.

Although the use of any crypto incurs much more significant risk to depositors and savers, there are many ways in which these risks could be mitigated, reducing the net-effective portfolio risk to the consumer/depositor. Moreover, since the model increases a value proposition to the depositor, via the ability to

fund mortgages and other major purchases, on-hand crypto holdings would be minimal, while cash based reserves would be relatively high. There are enough major players in the crypto/fiat world which could, in essence, create a non-traditional banking model that would resolve issues relating to American expat finance.

Anyway, this was the direction in which I wanted Bitlend to proceed. Since I hope to be an American expat again soon, the model will remain on my list, if not to facilitate my own financial activities while living abroad.

Thanks for the post! 😃

☐ • ☐ 1 • 👜 794 Hash Club Coins (HCC)

☐ **Allen1980s** posted 3 years ago

---

JackMiner

@Allen1980s At least you are closing doors the right way and not screwing the investors like BTCLend did. Yes I was one of them that drunk the Koolaid 😃

☐ • ☐ 3 • 👜 89 Hash Club Coins (HCC)

☐ **JackMiner** posted 3 years ago

---

.pyerr

xpyerr

☐ **VIP Member**

@Allen1980s Sounds like you have done lots of homework. I can't even fathom the amount of research you have had to do.

Things got really complex after 911, and now the recent offshore accounts leak. The noose just keeps getting tighter and tighter.

Sounds like you have some amazing plans. I look forward to what's next.

Thank you for the highly detailed post. I totally agree with @JackMiner. Thank you again for doing it the right way.

☐ • ☐ 2 • 👜 4573 Hash Club Coins (HCC)

☐ **xpyerr** posted 3 years ago

---


Allen1980s

@JackMiner said:

> @Allen1980s At least you are closing doors the right way and not screwing the investors like BTCLend did. Yes I was one of them that drunk the Koolaid 😃

It was very disturbing how Carmelo closed his doors. There are a number of rumors out there circulating as to what happened there. None of them are good, to say the least. Crypto is full of unethical business practices. One of the advantages I had over others, was that I have operated a successful fiat world business for nearly 25 years now, in a position of fiduciary trust, with some of the largest American enterprises. I would like to keep that record clean for my remaining years. LOL

☐ • ☐ 1 ☐ • 🏆 794 Hash Club Coins (HCC)    ☐ **Allen1980s** posted 3 years ago

.pyerr

**xpyerr**

☐ **VIP Member**

@Allen1980s I could not agree more.

It's really not that hard to do, right? I'm in my 35th year with my business, and we have never even seen the inside of a courtroom.

I'm always at a loss when people want to startup what I call a "hit and run business". I would much rather make a nice steady income over many years, than to make it overnight by screwing people over and being remembered at that one jack-a$.

☐ • ☐ 1 ☐ • 🏆 4573 Hash Club Coins (HCC)    ☐ **xpyerr** posted 3 years ago , last edited by **xpyerr** 3 years ago

Posts **13** | Views **4.0k**

**Reply**

This .org website is provided under "fair use". It functions as a source for public commentary, reporting, research and teaching.
Freedom of speech (guaranteed by the First Amendment) is a premise for the fair use doctrine in both trademark and copyright law.

Copyright © 2014-2018 HashClub.org. BTC donations are highly appreciated:
**1DtqnNdxhKzFc5RHYyQrrhTzwWCxkcCXye**

# Exhibit A-64

(https://archive.org/account/login.php)

https://hashtalk.org/topic/10390/private-marketplace-official-guide    Go

FEB **MAR** APR

◀ **16** ▶

2014 **2015** 2016

**1 capture** (/web/https://hashtalk.org/topic/10390/private-marketplace-official-guide)

16 Mar 2015

▼ About this capture

**Home** (/web/20150316055930/https://hashtalk.org/)

Private Marketplace (/web/20150316055930/https://hashtalk.org/category/7/private-marketpla

/   Private Marketplace [official guide] 🔊 (/web/20150316055930/https://hashtalk.org/topic/10390.rss)

# Private Marketplace [official guide]

**Hey Guys! **
As many of you know I work with dozens of users on a weekly basis for escrows, and get asked tons of questions.

**Here are some Tips/Advice for our Marketplace here:**

- When making a post to transact a product, use
- **[WTS] for products you wish to sell**
- **[WTB] for products that you are requesting to buy**, and
- **[WTT] for products you would like to request to trade for another selected product.**

Try to post your price in $ and once a buyer is found willing to pay that $ amount, agree upon a way to find a fair price to convert $ to BTC (either through preev.com or btcvert.com or a selected exchange)

- When selling accounts, it is VITAL that you **turn off 2Factor Authentication** through Authy before selling because when logging in, the buyer will be essentially locked out from the account they just bought. For this reason, it is also important that all escrow providers verify contents and user info found on the account

- Refer to @AnimoEsto (/web/20150316055930/https://hashtalk.org/user/animoesto) post for current escrow providers on https://hashtalk.org/topic/9018/known-escrows-account-sales (https://web.archive.org/web/20150316055930/https://hashtalk.org/topic/9018/known-escrows-account-sales)

- Remember that this category is SPECIFICALLY for private marketplace transactions, not BTC price analysis, complaints, or about anything that would fit better in any other category found on HashTalk.

- Always add a screenshot of your miners page to your listing. (https://web.archive.org/account/login.php)
- Once you've sold your account, please update the threads title from [WTS] to [SOLD]. A Moderator will review the thread and lock it.

Thank you all, suggest more tips/advice below, so I can add it to the OP.

**1 capture (/web/*/https://hashtalk.org/topic/10390/private-marketplace-official-guide)**

16-Mar-2015

**Please also see:**

https://hashtalk.org/topic/10913/hashtalk-escrow-services-faq
(https://web.archive.org/web/20150316055930/https://hashtalk.org/topic/10913
/hashtalk-escrow-services-faq)

*Crypto Lover, Miner, Elder Contact Me For Escrows!*
*BTC: 1BJuYntPHc3HPDWsKJwLMX7rUH3RQNrJTm*

⬤ **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan) posted , last edited by **taylan**
(/web/20150316055930/https://hashtalk.org/user/taylan)

♥ · ∧ 10 ∨

marketplace 59 (/web/20150316055930/https://hashtalk.org/tags/marketplace) private sales 2

(/web/20150316055930/https://hashtalk.org/tags/private sales) | Posts **6** | Views **727**

y (/web/20150316055930/https://hashtalk.org/login?next=topic/10390/private-marketplace-official-guide)

Edited, pinned, good job 👍

*"All warfare is based on deception" ~Sun Tzu*

♥ · ∧ 2 ∨                      ⬤ **cyberlizard** (/web/20150316055930/https://hashtalk.org/user/cyberlizard) posted

@cyberlizard (/web/20150316055930/https://hashtalk.org/user/cyberlizard) Thanks
Andy, my first guide and I tried to make it look good 😉

*Crypto Lover, Miner, Elder Contact Me For Escrows!*
*BTC: 1BJuYntPHc3HPDWsKJwLMX7rUH3RQNrJTm*

♥ · ∧ 1 ∨                      ⬤ **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan) posted

@taylan (/web/20150316055930/https://hashtalk.org/user/taylan) we can enhance on that. Good start! 😀



FEB **MAR** APR

◀ **16** ▶

2014 **2015** 2016

▼ About this capture

https://hashtalk.org/topic/10390/private-marketplace-official-guide `[Go]`

1 "Uptime (web: https://hashtalk.org/topic/10390/private-marketplace-official-guide)
16 Mar 2015

♥ · ∧ 2 ∨          ● **cyberlizard** (/web/20150316055930/https://hashtalk.org/user/cyberlizard) posted

Not sure why some are still trying to sell their entire account outside the "Hash Market"… with the risk to be scammed… I had 100 Prime Hashlet bought 2 months ago and just sold them more than twice their original prices in less than 2 hours! Not only I've made a full ROI in only 60 days but I've also made 10 BTC in selling them at the right price, place and time! Thank you GAW and the community for your help!

♥ · ∧ 3 ∨          ● **Banksy** (/web/20150316055930/https://hashtalk.org/user/banksy) posted

@ccv.io congrats man! 😀

*Crypto Lover, Miner, Elder Contact Me For Escrows!*
*BTC: 1BJuYntPHc3HPDWsKJwLMX7rUH3RQNrJTm*

♥ · ∧ 1 ∨          ● **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan) posted

# Exhibit A-65

btn-sm ">Follow</a>
                                        <a id="unfollow-btn" href="#" class="btn btn-warning
btn-sm hide">Unfollow</a>
                                    </div>

                                    <hr/>
                                    <div class="text-center account-stats">
                                        <div class="inline-block text-center">
                                            <span class="human-readable-number"
title="365">365</span>
                                            <span class="account-bio-
label">Reputation</span>
                                        </div>
                                        <div class="inline-block text-center">
                                            <span class="human-readable-number"
title="98">98</span>
                                            <span class="account-bio-label">Posts</span>
                                        </div>
                                        <div class="inline-block text-center">
                                            <span class="human-readable-number"
title="12">12</span>
                                            <span class="account-bio-label">Profile
views</span>
                                        </div>
                                    </div>
                                </div>
                            </div>
                        </div>
                        <div class="panel panel-default">
                            <div class="panel-body text-center">


                                <span class="account-bio-label">Followers</span>
                                <span class="human-readable-number account-bio-value"
title="0">0</span>

                                <span class="account-bio-label">Following</span>
                                <span class="human-readable-number account-bio-value"
title="0">0</span>

                                <span class="account-bio-label">Joined</span>
                                <span class="timeago account-bio-value" title="2014-09-
23T11:14:00.077Z"></span>

                                <span class="account-bio-label">Last Online</span>
                                <span class="timeago account-bio-value" title="2015-03-
26T00:16:30.278Z"></span>

                            </div>
                        </div>
                    </div>
                    <div class="col-md-7 user-recent-posts" data-nextstart="10">
                        <div class="topic-row panel panel-default clearfix">
                            <div class="panel-heading">
                                <h3 class="panel-title">Recent Posts</h3>
                            </div>
                            <div class="panel-body">

                                <div class="user-post clearfix" data-pid="785822">
                                    <div class="content">
                                        <p><p>I have made profit because I sold my XPY on
the first day at 13$ <img class="emoji emoji-extended img-responsive"
src="https://hashtalk.org/plugins/nodebb-plugin-emoji-

# Exhibit A-66

MY SUBREDDITS ▾   POPULAR - ALL - RANDOM - USERS | ASKREDDIT - WORLDNEWS - VIDEOS - FUNNY - TODAYILEARNED - PICS - GAMING - MOVIES ▾ | **MORE »**

 **ALLEN1980s**   *overview*   comments   submitted   Want to join? Log in or sign up in seconds. | English

### Welcome to Reddit,
**the front page of the internet.**   ✕

**BECOME A REDDITOR**

and subscribe to one of thousands of communities.

## Allen1980s

**1** post karma
**2** comment karma

✉ send a private message      redditor for 4 years

TROPHY CASE                                    what's this?

           
Four-Year Club            Verified Email

remember me       reset password       login

🎅 **Join our Secret Santa tradition**

sorted by: **new** ▾

**GAW Asks Community to Troll the Trolls In Deceptive "Media Blitz".**  by
**lovebitcoins**  in **Bitcoin**

▲ [-] **Allen1980s**  -3 points 3 years ago
▼   Definitely not "gullible." I am just well informed and can
perform the advanced math, you? :)

permalink   save   context   full comments (44)

**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt).**
**Why you should do the math first!**  by **Allen1980s**  in **dogecoin**

▲ [-] **Allen1980s** **[S]** 1 point 4 years ago
▼   I just now found this reply. Sorry for the late reply back. Now
it has been a month since you replied to my post. What has
happened since? Almost all of the cryptos have dropped
precipitously. Currently, BTC is around $500.00 and most of
the difficulty levels have increased due to the increased
network hash. Litecoin is hovering around $7.00 and has
"decoupled" from BTC (the divergence was about a month ago
when you replied to my post actually). So, while BTC has
become increasingly more difficult to mine, requiring much
more sophisticated hardware to be profitable, cyrptos have
been, market-wise, abandoned by a large majority of miners.
The newer ASIC hardware, whenever it is released (KnC Titan
and Mini-Titan) will still require a lot of power and will have a
breakeven of "infinity" based on current prices and difficulty
levels. If you are a DOGEcoin miner, the price is hovering
around 0.00000023 BTC (about 25% of where it was when I
posted). This is exactly what my point was all about. These
machines are priced to break-even at exactly 5 months from
their pre-purchase date. The machines actually cost a fraction
of the sale price to make. When I order a new car, there is
never any worry that the car will lose all of its value when I
receive it. It will still have a rate of return, or utility, long
after its purchase. You cannot even say that with any mining
equipment today. Anyone buying hardware really should be
having their head examined as the math just has too many
variables that can ultimately raise investment risk
exponentially.

permalink   save   context   full comments (10)

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... by gaw-whistleblower in Bitcoin

[–] Allen1980s 1 point 4 years ago

Good catch. Fast reader! ;)

permalink   save   context   full comments (98)

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... by gaw-whistleblower in Bitcoin

[–] Allen1980s 1 point 4 years ago*

I purchased a 100 Mh/s Hashlet from GAW on Aug 17th, 2014 at around 16:30. To date, I have earned slightly more than 0.38 BTC or $192.05 (as of this posting) after maintenance fees. At this rate, I expect to recover my $1599.99 investment at around 53-60 days. Although I understand that people may think this to be a Ponzi scheme, knowing the past performance of GAW leads me to believe they have implemented a business model that all of the other hardware vendors have already been using, only this time, they are letting outsiders buy into the model. What is the model? They are mining with their own machines and using their own multipool, and they are sharing the profits from the whole scheme. Unlike BFL and other past and current "hardware" builders, who consistently miss their delivery dates over and over each year, they probably are just using their produced hardware to mine for their own benefit, or in this case, anyone willing to buy in. Why are BFL, KnC, and other hardware vendors missing their own delivery dates? They are taking the pre-order money, building the machines, probably mining with them for more profit, then shipping the outdated, used machines to the end-users who prepaid for them the year before. What is GAW likely doing? They are using your money, building the machines and mining with them, while actually paying you a rate of return for it to boot. I could not care less whether there is a machine with my name on it out there somewhere. If they are selling me a crypto version of a "time share," who cares? If my rate of return is positive and I make my investment back, in a reasonable time period, and with a reasonable long term continued rate of return, why should I care? Can you say that with KnC, BFL, or any other hardware vendors who have yet to make a delivery on time? How many have pre-purchased hardware only for the product to be months or quarters late, or flat-out undelivered? Plus, how many times have you received the hardware so late that the break-even was "infinity?" I have a rig in a room of my house that cost me $4100 to be built, only to be shut off 4 months later, because the costs to run the GPU-based rig were more than what the mining produced. For the person who started this thread, with the poorest of English skills, I say to you that you are a fraud. I also believe you represent one of the piss-poor vendors who have been secretly mining with pre-paid users' machines you haven't delivered. I also believe you think that anyone is going to give two shits about your accusations. Why? Because you have nothing, can produce nothing, and therefore are "nothing." At least some of us can see through the cryptic vale and understand that the GAW business model is allowing people to buy into a business model where GAW can use the money to innovate newer technology along the way, supporting the pledge "you will always be mining at a profit" and "because over time your miner will be upgraded." If GAW had gone public, through a stock offering, they would be subject to all sorts of regulations and requirements. In this case, if I am correct, they bypass all of the stock requirements and just allow people to buy into the model directly, something resembling partial business ownership without the voting right. I'm fine with that, and I actually applaud it. It is a creative business model, and I am willing to go for the ride. If I lose, it is my money, not yours. Your "alarm" to the public is more or less, somehow self-serving, and anyone who reads this rubbish should keep that in mind. As my proof that my Hashlet is working and producing, I have attached imgur links to screenshots. Sorry I blocked my user information so you couldn't steal my account. I hope you catch the innuendo of how I can make you look like some crook too, without any proof one way or another. You know, I might actually be your boss at work (as you quoted: "I am near Josh").....notice anything strange in your cubicle in the last 4 days?

Imgur
Imgur Imgur

permalink   save   context   full comments (98)

**Anyone actually purchase AND receive a Black Miner (BlackElectronics)?** by **Allen1980s** in BitcoinMining

[–] **Allen1980s** [S] 1 point 4 years ago

I was pretty much certain of that when they had another account posting how he just received his Gridseeds from them.... They have a product video out there, on YouTube, showing the outside of the miner (ahem...black box) but not the inside of the unit. Also, a computer screen showing active mining performance (I could hook a laptop to my current rig and do the same thing). It seems that there are a lot more scammers out there now, than in the past.

permalink   save   context   full comments (3)

2



**Anyone actually purchase AND receive a Black Miner (BlackElectronics)?**
(self.BitcoinMining)
submitted 4 years ago by Allen1980s to r/BitcoinMining
3 comments   share   save   hide   report

**Black Miner Scrypt (75 MH/s) - Interesting Scrypt Mining Hardware** by **RuseIIPower** in Bitcoin

[–] **Allen1980s** 2 points 4 years ago

I have not. I compared the two closet products (Mini-Titan @ 150 Mh/s with Terminator A2 @ 75Mh/s). Of course, the ROI comparing a 75 Mh/s unit and the Titan would be even worse for a 75 Mh/s unit. This is why none of these smaller units, now showing up, are of any "real" value. We can look at this as cost per Mh/s. It is just better to wait for the KnC products, coming from a company that has already delivered product to consumers. :) Also, on the Black Miner thread, their website is mysteriously no longer reachable... Have you noticed that yet? LOL

permalink   save   context   full comments (16)

**Black Miner Scrypt (75 MH/s) - Interesting Scrypt Mining Hardware** by **RuseIIPower** in Bitcoin

[–] **Allen1980s** 2 points 4 years ago

I have another thread open on this same type of product from Innosilicon (China). They also are touting a 75 Mh/s miner available "now" for shipment. They are "supposedly" charging $12,000 for that unit. Your identification of KnC's Titan being only $10,000 (at 4 times the hashrate of a 75 Mh/s miner) is a very valid observation. I did an extensive mathematical analysis of why no one should be buying these newly marketed units at $12,000, let alone $15,000. Check out my Reddit post at http://redd.it/24n68b and drop a comment ! :)

permalink   save   context   full comments (16)

**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt). Why you should do the math first!** by **Allen1980s** in dogecoin

[–] **Allen1980s** [S] 1 point 4 years ago

I too am looking at the Summer to see what pops up. My suspicions are that newer configurations will begin to enter the market, at lower pricing points, than what we see now. As we have witnessed with Butterfly Labs, the preorders can be ROI dangerous, if the manufacturers delay product roll-out. When they have a "difficulty" or "competition" guarantee in their pre-sales agreement, this helps compensate for the loss of ROI, but in the end, preorders tend to be counterproductive. I would like to see a real company come out with an ASIC-scrypt machine (at higher Mh/s) that requires no preorder. Currently, the miners take on too much risk through preorders. If KnC delays even a few months, the value of their products will be greatly diminished in the eyes of the miners, based on reduced, first year ROI. For DOGE, in two months, the next halving will negate any value in the Titan/Mini-Titan miners, hence my focus on LTC. DOGE, in effect, will become naturally ASIC-resistant. Focus will shift to LTC mining, which will have more long-term ROI benefit opportunities. :)

permalink   save   context   full comments (10)

**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt). Why you should do the math first!**  by **Allen1980s**
in dogecoin

[–] **Allen1980s** [S] 1 point 4 years ago

Thank You !! :)

permalink    save    context    full comments (10)

**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt). Why you should do the math first!**  by **Allen1980s**
in dogecoin

[–] **Allen1980s** [S] 1 point 4 years ago

I agree. The hype can overtake a miner's reasoning. I think many miners are just plugging new values into Coinwarz's calculators, without considering the other variables/factors that affect ROI. At this stage of the game, miners are not upgrading (at these costs) for the pure enjoyment of mining DOGEcoin (or Litecoin). :D

permalink    save    context    full comments (10)

**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt). Why you should do the math first!**  by **Allen1980s**
in dogecoin

[–] **Allen1980s** [S] 1 point 4 years ago

Thank you! :)

permalink    save    context    full comments (10)

9



**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt). Why you should do the math first!**  (self.dogecoin)

submitted 4 years ago * by Allen1980s to r/dogecoin

10 comments    share    save    hide    report

**Sorry about your hashrate Shibes :(**  by **kskwerl**  in dogecoin

[–] **Allen1980s** 1 point 4 years ago

I spent some time to do a cost/benefit analysis for everyone to look at to show why a $12,000 Terminator is a horrible investment. Comparison was made to the most likely entrant, at closest hashrate, KnC's Mini-Titan (150 Mh/s) against Innosilicon's Terminator (75 Mh/s). Since the one poster indicated he ordered two at $12,000 each, I used that cost basis. Later, I show the mathematical valuation of the unit based on outputs of both, cost basis, and static Litecoin pricing.

For both units, I used the Coinwarz mining calculator for Litecoin. For difficulty calculations, I used Litecoinpool's calculator, because it allows you to manually input difficulty values. Additionally, I cross-calculated results against both calculators to make sure the variance was less than 5% (95% confidence rate).

Let us look at direct comparisons of the KnC and the A2 Terminator, mathematically, using Litecoin, since the next halving occurs in late 2015:

KnC's Mini-Titan is due out by Q3 of 2014, pending no disruptions. From now until then, we have roughly 4 months of zero production. Holding LTC's price static at today's valuation. Choosing machines of near-equal hashrates (Mini-Titan @ 150 Mh/s; Terminator @ 75 Mh/s). Not costing electricity (too variable across the world).

KnC Titan: $5,600, 150 Mh/s Terminator A2: $12,000 75 Mh/s

Litecoin Mining Value at 150 Mh/s: $209.13 (no electricity costs) Litecoin Mining Value at 75 Mh/s: $104.56 (no electricity costs)

Litecoin production months 1-4, Mini-Titan: $0.00 (not available yet). Litecoin production months 1-4, Terminator: $12,457.20

Litecoin production months 5-8, Mini-Titan: $24,914.40 Litecoin production months 5-8, Terminator: $12,457.20

Litecoin production months 9-12, Mini-Titan: $24,914.40 Litecoin production months 9-12, Terminator: $12,457.20

Year 1 (a partial year for Mini-Titan): Total 150 Mh/s, 12 Months: $49,828.80 Total 75 Mh/s, 12 months: $37,371.60

1st year Terminator pricing point, based on 12 month yield (a partial year for Mini-Titan): $49,828.80/$37,371.60 = 1.33:1 = $5600/1.33 = $4,180.00 (Terminator).

Year 2: Total 150 Mh/s, 12 Months: $74,743.20 Total 75 Mh/s, 12 months: $37,371.60

One year pricing point for Terminator, based on a full 12 month yield of Mini-Titan: $74,743.20/$37,371.60 = 2:1 = $5600/2 = $2,800.00 (Terminator).

Year 1 net-ROI, Mini-Titan: $49,828.80 - $5,600.00 = $44,228.80 (Ratio ROI: 7.9:1) Year 1 net-ROI, Terminator = $37,371.60 - $12,000 = $25,371.60 (Ratio ROI: 2.12:1)

The spread widens when you consider a full year's mining with the Mini-Titan.

Full year net-ROI, Mini-Titan: $74,743.20- $5,600.00 = $69,143.20 (Ratio ROI: 12.35:1) Full year net-ROI, Terminator = $37,371.60 - $12,000.00 = $25,371.60 (Ratio ROI: 2.12:1)

As you can see, purchasing the Terminator at anything more than $2,800.00 is a huge mistake. A full year's mining with the Mini-Titan (at $5,600) yields almost 6 times the return than the Terminator (at $12,000).

Any effects Litecoin halving would have would be proportionate to both miners (year 2015, around November). Any effects from dramatically increased mining difficulty (from all the ASIC miners going online in the next 6 months) would also be proportionate for each miner. Here is the math on this important variable:

2000 KnC Titans = 600,000 Mh/s (600 Gh/s in increased Litecoin network mining power). Current Litecoin network hashrate: 208.17 Gh/s (208,170 Mh/s). Total new network hashrate: 808 Gh/s (808,170 Mh/s). Current difficulty level: 7338.313 New Difficult level: (3.90 x 7338.313) 28,620 (conservative basis)

Full year estimated Mini-Titan production: $19,165.00 Full year estimated Terminator production: $9,583.00

ROI Mini-Titan (12 months): $19,165.00 - $5,600.00 = $13,565.00 ROI Terminator (12 months): $9,583.00 - $12,000 = -$2,417.00

This is why the Terminator is a foolish investment at the $12,000 price. Being the first mega-ASIC miner to the market, at $12,000, is not compelling enough to buy now. The math does not support any advantage in the miner whatsoever. A miner's best bet, for the money and mining capabilities, is to pre-order a Mini-Titan (or Titan, which doubles mining power at less than twice the price of the Mini-Titan). Of course, as we all have experienced, market pricing of any of the cryptos determines the ROI on the miner in the long-term. However, it also has a proportionate effect on the numbers above.

A2 Terminator thus, is a flightless albatross at the price-point of $12,000.

I hope this helps miners get a better perspective of how tricky the mining hardware market really is.

permalink   save   context   full comments (13)

Sorry about your hashrate Shibes :(   by kskwerl   in dogecoin

[–] Allen1980s   1 point 4 years ago

If this turns out to be the price, I do not see this selling well at all. If we use DOGEcoin as the computational basis, the break-even would be 4-6 months (including the next halving) at current prices; Worse for LTC. If KnC (and others) is on-time with the Titan and Mini-Titan ($10,000 and $5,500, respectively), within 2-4 months this mining hardware will be woefully under-performing against the

competition, and the per hash dollar cost will be way above that of KnC. Plus, the resale value of the unit will be a fraction of the current price, for those wanting the more powerful KnC units. All of this, if DOGEcoin and LTC prices remain at the current level, which is probably unlikely.

permalink   save   context   full comments (13)

**Innosilicone has a video out showing their 60MH/s scrypt miner in action, and is shipping May 4th.**  by Rawtashk  in dogemining

[–] **Allen1980s** 1 point 4 years ago

That is what it should be, by all intents and purposes. The time horizon to benefit from an early version of ASIC mega-mining hardware is too short to capitalize on as a "first to market" entrant. We already have Gridseed in the market, but it is not powerful, nor cost effective enough to be a comparison. The newer KnC machine, if on time, will be more powerful and better tested than this current new entrant. KnC has an established reputation from which it can associate "price." All these factors should play a role in the pricing of the Terminator from Innosilicon. I can't see this unit being offered for anything near what KnC has been charging on Titan pre-orders (Mini-Titan is closer to the Terminator capacity anyway, at 150 Mh/s). :)

permalink   save   context   full comments (16)

**Sorry about your hashrate Shibes :(**  by kskwerl  in dogecoin

[–] **Allen1980s** 2 points 4 years ago

You are correct. The next halving for LTC is much further down the road, in 2015. ASICs is redefining the ROI formula and it is becoming a far more complicated computation to make on hardware investments. We have not seen an interim impact from the new technologies on scrypt-based coin mining. Once these devices present themselves in mining pools, we will be able to corroborate the mathematics and implications for the long-term. :)

permalink   save   context   full comments (13)

**Sorry about your hashrate Shibes :(**  by kskwerl  in dogecoin

[–] **Allen1980s** 4 points 4 years ago

The problem with large ASIC miners is that they cannot be ROI positive, very quickly anyway, mining DOGEcoin. Anyone with a calculator, an understanding of the block reward schedule, and the progressive, hash-rate based difficulty levels can tell you that. Taking current price into consideration would also make mega-ASIC miners a waste of investment for mining DOGEcoin. The other issues relate to market depth at the exchanges. Once "much DOGE" starts hitting the exchange, it depresses the price and forces it further downward; further exacerbating the ROI issue in mining. The only real application for large ASIC miners is with LTC. The next halving for LTC is not anticipated until late 2015. Even with increased network hash from the ASIC miners, that end-date is not going to move forward much. Plus, like anything crypto, the algorithms are working against the large ASIC miners, because network hash determines level of difficulty, and subsequently the amount of crypto the miner will ultimately mine. The other HUGE issue is obsolescence. The new ASIC miners come out and, within months, bigger and more powerful ones emerge from other manufacturers, making first-to-market ASIC miners virtually worthless. I foresee a 1 Th/s ASIC scrypt miner entering the marketplace within 12 months, tops. Most of the popular scrypt-based cryptos will then see difficulty levels approaching that of BTC's. I also expect that the 20 nanometer barrier will be broken by this time next year. It currently is the limitation of the newer ASIC technologies emerging on the market (even if IBM says that it will be longer than that). No worries Shibes. Big ASIC will try to mine DOGE, but shortly thereafter, they will see that size does matter....just not on the plus side.

permalink   save   context   full comments (13)

**Innosilicone has a video out showing their 60MH/s scrypt miner in action, and is shipping May 4th.**  by Rawtashk  in dogemining

[–] **Allen1980s** 1 point 4 years ago

I am in contact with them currently to get one purchased for bench testing here in the U.S. If the quality, stability and performance are in line, then I might batch-buy more of the units for distribution/sales in the U.S. Time will tell though. I have a colleague in China checking them out as well. My primary concern is the affordability relative to the KnC Titan and Mini-Titan. If KnC makes the end of third quarter shipping time, then a unit, such as this, will have a difficult time competing, even now. Since I also am a pragmatist, I expect the ex-factory price to be at 1/4th that of the Titan (incl. delivery). If that is not the case, and it is priced anywhere near KnC's prices, it becomes a "non-starter" in my book. I saw on a Bitcoin forum that someone was thinking it is priced at 9,999 USD, which is humorous, if true. A 75 Mh/s unit would only be able to compete at less than 3,000 USD due to the soon-to-be obsolescence factors (ref: KnC Titan/Mini-Titan) of the configuration. I am still not understanding why people are spending 3,000 USD or more with Gridseeds at 8.8 Mh/s performance. The hash rate per dollar is awful, with a very long ROI/break-even point (using today's DOGEcoin price and future halving schedule in the base calculation).

permalink   save   context   full comments (16)

**Censorship on r/dogecoin? Mods why do you keep removing this important news post from the new page?** by
**gooberdude** in dogecoin

[–] **Allen1980s** 1 point 4 years ago

The blockchains may be independent, but hashing power is not independent under such a merging. If you are combing networks, you are also combining the workers, and that elevates network hash of DOGE, while lowering network hash of LTC. To see this, take two glasses of water, one half-full (DOGE) and the other full (LTC). Combine the two glasses together so that the levels are the same. You can see that the DOGE glass has obviously increased in volume (hash rate) while the LTC glass has diminished in volume (LTC). The network effects are fairly clear, as network hash rates affect the level of block difficulty. The DOGE difficulty rises substantially (meaning fewer blocks found in the same period as before) equating to a reduction in daily DOGE mining. However, for LTC, the total network hash rate would technically drop, and the result would be a lowered difficulty level. If the two coins were pegged to each other, price-wise, this would have a net effect of "zero," But since DOGE and LTC prices are not pegged together, the effect could be far more damaging to DOGE, resulting in decreased DOGE/day in mining equating to lower daily ROI (return on your hardware investment). If you look at the mining calculator websites, you will see that, more often than not, DOGEcoin mining is more profitable on a daily basis compared to LTC mining. If you combine the networks' mining hashing power, DOGE should technically drop in mining value, while LTC would marginally increase, but they would not be equal (DOGE network is less than 1/2 the power of LTC's network). This is really a statistical calculation, better accomplished with a spreadsheet, than words unfortunately.

permalink   save   context   full comments (347)



2

**The Halvings: A dismal future for DOGecoin, and most other scrypt-based cryptos.** (self.dogecoin)

submitted 4 years ago * by Allen1980s to r/dogecoin

comment   share   save   hide   report

**Censorship on r/dogecoin? Mods why do you keep removing this important news post from the new page?** by
**gooberdude** in dogecoin

[–] **Allen1980s** 1 point 4 years ago

My statement was based on what the actual proposal would be. If you are assigning a rig to mine a LTC block (say a DOGEcoin miner traditionally) then later a DOGE block, then you have to look at the actual network (coin) total hash equivalence. So if every rig (DOGE and LTC) is randomly assigned one block-type or another (differing over time) the effect is dilutive (network hashrate) to LTC but antidilutive to DOGE.

permalink   save   context   full comments (347)

**Censorship on r/dogecoin? Mods why do you keep removing this important news post from the new page?**  by
**gooberdude**  in  dogecoin

[-] **Allen1980s**  1 point 4 years ago

As far as I can tell, neither crypto markets itself very effectively to ever be more than "playing second fiddle" to Bitcoin. Litecoin is being accepted by a small group of vendors, as payment, but compared to BTC, it has not been all that notable. DOGE, has become more of the "social" currency (the sponsorships), but what we are seeing is limited application of this. From an economics point of view, DOGE is not competing well against LTC or BTC, at least not on the level where it should be. The structures of the two cryptos also lend, or do not lend, themselves to value. When you have a crypto that is not capped (DOGE), you cannot create "scarcity" enough to affect pricing (increased pricing/value). Unlike some here, I didn't invest in my mining rig to have zero ROI (we are speaking of thousands of dollars in investment). If you cannot do anything with the end product (cryptos) then you are throwing your investment in the toilet, so to say. Even as a "social currency" there must be convertibility for it to be used for any specific purpose (ref: DOGE). Why, because there is no, or little, end-user infrastructure (vendors). In this case, we can only refer to cross-convertibility with other cryptos, more so with LTC and BTC, but not nearly as much with the outside world (fiat) of vendors and such. This all boils down to "marketing" which again, neither are really doing. We can't stay dependent on what BTC is doing. In effect, we also have to take a hard look at all of this from a "business viewpoint," not as a passion for the cryptos solely. If we don't, the ASIC conversation is moot, because we are not actually focusing on future "valuations," are we? Companies do not make unlimited numbers of widgets they can never sell, do they? If they do, they do so to their detriment; reducing the odds they will be around very long. So, if the ASICs systems come online anytime soon, they will do so only for the benefit of "profit," not because they specifically like the memes. That is business sense, not passion. As a miner, this is how I see all of this. Anything the two networks do will have to be with all of the "other stuff" in mind as well. Merging will not remove the issues relating to poor marketing and planning, or falling prices of the actual underlying cryptos. :)

permalink   save   context   full comments (347)

**Censorship on r/dogecoin? Mods why do you keep removing this important news post from the new page?**  by
**gooberdude**  in  dogecoin

[-] **Allen1980s**  1 point 4 years ago

So yes, difficulty would increase for DOGE, technically, but for LTC, it would drop by roughly 27%.

permalink   save   context   full comments (347)

**Censorship on r/dogecoin? Mods why do you keep removing this important news post from the new page?**  by
**gooberdude**  in  dogecoin

[-] **Allen1980s**  1 point 4 years ago*

If we are speaking of actually combining the networks on all levels (each miner is mining both LTC/DOGE), I also should add that the combining of networks should be dilutive to Litecoin, not compounding. For DOGE it would be the opposite. DOGE network hash is around 75 Gh/s and LTC is around 160 Gh/s. The net effect on LTC would be "dilutive" with average combined network (per coin) of 117.5 Gh/s. If you split the work of both coins between all of the miners on both networks, equally. If we are speaking of apportionment of LTC and DOGE blocks equally across both networks. :)

permalink   save   context   full comments (347)

view more:  **next ›**

about
blog

help
site rules

apps & tools
Reddit for iPhone

<3
reddit premium

about
advertising
careers

Reddit help center
wiki
reddiquette
mod guidelines
contact us

Reddit for Android
mobile website

**reddit coins**
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2018 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

# Exhibit A-67

From:         Allen Shinners
Sent:         Tue 11/11/2014 11:35 AM (GMT-05:00)
To:           <josh@gaw.com>
Cc:
Bcc:
Subject:      Edited text "Decision to Mine" From Allen1980s
Attachments:  As some of you know00001.docx


Still working on the resume to send. In the meantime, I edited your post (attached) posted as "Decision to Mine."

I think BitJane works during the day, and I know she generally edits posts you make for clarity et al.


**Allen1980s**

**D. Allen Shinners**
**email: ashinner@columbus.rr.com**

GAW00118113

# Exhibit A-68

From:      Allen Shinners
Sent:      Sun 12/07/2014 8:23 PM (GMT-05:00)
To:        <dan@btc.com>
Cc:
Bcc:
Subject: RE: Allen's Position Offered

Hi Dan.

Thank you for the phone call on Friday. It was certainly an exciting conversation.

I am certainly interested in the position we discussed over the phone. As I stated then, I would like there to be a broader, open-ended opportunity attached to the position, that would allow the ability to expand into the international market component. Since I my first degree was in International Business, and my MBA research focused on Global Small Business Development, I would feel highly under-used, in the long-term, should I not have the ability to work internationally, developing the new XPY infrastructure and market expansion opportunities. Over 60% of the current active members are outside of the U.S., I would like to have as heavy a role in that development as physically possible. I have experience presenting to foreign companies, working through financial analyses of client infrastructures in the telecommunications space. I am very comfortable in that position. Travel is by far not an issue since I am single, with no dependents (or pets). Basing from my current residence is also not a problem. I am 25 minutes from an international airport. I am used to the virtual nature of what I do. Most of my clients' employees have never met me personally.

I feel it is important to have frequent interaction with the people who are utilizing my skills. I therefore propose that there should be fairly frequent trips to the main office, where my skills will be used most. If the marketing department will be in Massachusetts or Connecticut, I would at least need a cubicle that I can work from there, when I am resident, even if it is in the warehouse. I state this because I assume that all the marketing people will be located geographically at the same location.

I currently have the main software packages here that the majority of marketing departments utilize to create product, that being MS Office and Adobe Creative Suite. Any additional requirement could be easily acquired.

I look forward to further dialogue on this exciting opportunity.

Best regards,
Allen

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

GAW00130178

# Exhibit A-69

From:      Allen Shinners
Sent:      Wed 12/31/2014 12:53 AM (GMT-05:00)
To:        "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: JD and National Salary Specs CBDO/CBO. Well, here you go. Let the feathers fly.


Yes, keep talking. :D

As I have already stated, MA and CT are the most expensive states in which to live and work. However, since our conversation on the phone, I had to go back and change my list, again.

I am definitely game for the challenge/position, combined with the following:

1.  I would like work from here and from there. It is a traveling position anyway, so it should not matter where I am located in truth. I will need a quiet place to work, but I do not want to be isolated from anyone, especially from anyone doing marketing or any other activities that deal with the outside world. I expect full inclusion in all business related activities. I need to be an extension of both the CEO and the COO, as well as having input rank on financial outflow decisions, especially related to due diligence. I need to be sold on the notion that something will yield "long-term" value to the overall business model, as well as the clients, as they are one in the same.

2.  Travel expenses, around the globe, are on GAW's dime, and they will be frequent, eventually, including coming back and forth to HQ, on a very regular basis. That includes airfare, hotels, and autos. Paybase/Visa card only when meeting with business related appointments. I can feed myself.

3.  I periodically will need to bring in people with real vision and creativeness in all aspects of business modeling and development, which may include some marketing people. There is one person I would like to bring on immediately, who lives in Germany, and will take crypto payment in kind. We can discuss him later. His wife is also an accountant and can help with all European accounting issues, through the company she currently works for. There will be need to periodically outsource the most important aspects of business expansion to those firms that are known for their work, but only on a limited, as needed basis. We cannot do all the right things completely internally. It is impossible. This deals with marketing, law, and advertising areas. Later, when time and money allow, we can build internal departments whose sole purpose is to develop meaningful programs and collateral that can fulfill development needs regularly.

4.  Translators must be my domain. We need to enlist those translators I currently know who have been working in the field for the past 20+ years. Since we are friends, we don't get raped. We will decide, based on current client demographics and footprint, in which languages material is most needed to be translated. I have 95% of the most important languages already covered, as I came from that field originally.

5.  Promised development of the global consultant/contractor market, within the first month of my starting. We need to leverage this asset, as it will be less expensive to utilize in the long-term. Additionally, they will be willing to take crypto. This can be a company revenue source as well. We can network this out to major corporations, which includes the fees associated with such business models.

6.  We will wrap the communications director into the position as well, at least until such time as a capable and experienced candidate can be recruited for the position. All material being composed, for outside dissemination, will need to be run past me to be checked for clarity, content, accuracy and grammar, before it is released. The exception to this is that I have no desire to be the evil GAWer going after lowly clients from a legal perspective, or the person who has to deal with cease and desist orders. I am more than willing to interface with attorneys on this level, but only after it is decided that such activity does not damage the company's overall demeanor or reputation in the business community. We need to start separating ourselves from the detractors known to exist in the crypto world. It is a business, with a mission, and a purpose to serve the client base, as well as the future profitability of the overall business model. We no longer have the luxury of wasting time dealing with simple, ignorant troublemakers who do not serve the interests of the customers, the company, or the staff. Extreme cases can be dealt with by consensus and with real thought to benefit from such extreme actions.

7.  Heavy input into all proposed GAW product lines. I want to ensure that the financial interests of both the company and the client base are equally preserved. My ethics standards are much higher than most people in

GAW00152310

the business world, so I would like that characterization to extend throughout the company's business activities, where possible. Perceptions are important to me in the business community, whether realistic or not.

8. Three year contract. First year probationary period. Golden Parachute of one six months' of total annual compensation, if dismissed for other than negligence grounds. Jurisdiction should be MA.

9. First year: $90,000 fiat salary, plus $60,000 in additional XPY/BTC compensation (Total: $150,000), based on the "lowest" end of month Paybase or open market values (crypto), divided evenly and paid at the end of each month, into my Paybase account. Bonus, starting in the second year after probation period, of no less than 15% of the total fiat salary value (you decide based on the year's activity whether it should be higher), each year's end, paid in either BTC or XPY, using the lowest value set in the open market. Second year: Industry adjusted fiat salary back to $225,000, plus $10,000 in quarterly XPY/BTC payment (total: $265,000 + bonus), based on the lowest end of quarter open market rates. should company-wide cap no longer be in effect. Otherwise, $15,000 crypto equivalent increase, to $75,000 annually, divisible into twelve monthly payments, based on the lowest open market rate at the end of each month. Third year: same as previously stated, with contract renegotiation commencing no later than June of the third year. Each contract will be renewed for a period of three years, unless term is otherwise mutually agreed upon.

10. State of employment: Ohio, not CT. I am not sure how I will be able to mitigate the state tax liabilities for both states. It is something I have to research more.

11. Two Windows 7 based PCs, 4 monitors (2 each) in a 2x4 array at the HQ office. Which is what I am using currently. I have a modified MacBook Pro already. I will bring it with me when I come, as well as my own Windows notebooks. One system must have Adobe Master Suite 5.5, or later, installed (software). Both must have MS Office 10, which includes Outlook email client. I will need MS Project on one of the computers. Chrome, Firefox, and I.E. 11 on both computers, of course. I just need the software and hardware, I can build it all myself.

12. Corporate subscription to the following professional databases, not just for me, but also for everyone who works at GAW. People need to expand their knowledge and expertise through research, whether economic, management, financial, or CIS: EBSCO Host, Elsevier, JSTOR, EIU Database Service (Economist Intelligence Unit), others may follow, depending on demographic, market and business information needed. Also, I want to continue to write and prospective publish material relating to international business, global small business development, and now, how cryptography can leverage these two areas. The area of social development also is a perfect subject to be publishing material on, in this regard. GAW receives more legitimacy when someone inside is generating quality research and publishing. We need to leverage my academic background in this department. The research databases are also key in this department, and other employees can start backing their writing with academic references, as they should be already. The employee base needs to start developing their professional deliverance outside of the company. I cannot emphasize this enough.

13. GAW is responsible for defending and holding harmless all actions sanctioned by GAW in the practice or performance of my responsibilities of office. In other words, I will need an indemnity and defense clause in my contract.

14. Rental car and hotel when I am there at the office, initially. We already discussed this, and it appears you already have plans to accommodate all of this. Later, when I feel it is necessary, I may get an apartment somewhere nearby. Rents are expensive there (I already checked for CT) and I probably would look in MA, not CT.

15. Termination notice: 45 days in advance. Golden Parachute conditions referenced above.

16. I have a YMCA gym membership. Hopefully, when I am there, there is a YMCA nearby.

17. Health insurance. I have crappy Ohio coverage. It saves me paying for everything out of my pocket. It is not "national" however. I am not sure what you guys have there for employees.

18. I get a 15% discount on space heaters (think about that first...) :)

1. I need to add this part. I have uncertified dual citizenship with the U.S. and France. My mother was French. It will be beneficial for me to pursue the French citizenship certification, as it allows me to be in the EU for longer than the maximum 90 day Scheveningen limitation. I have no clue how long it will take, and dealing with the French government is not exactly what I would call speedy. French citizenship grants me an EU passport and driver's license. It also means that opening and or developing new branches of the company in Europe will be significantly easier (legally). Moreover, an insider will be able to manage EU locations without having to search for qualified Europeans to fill the key positions. Europeans, by labour laws, are very expensive. I am cheap compared to the social system financial liabilities GAW will have over there. We will be able to have an insider resident for training and or oversight, for as long as we need.  I am

not sure whether you have others like me at GAW already. I know how difficult it is to acquire a resident and work permit in most of the EU countries. Being a dual national skips this process, making it unnecessary. Once I am settled into the fold, I will have to start a dialogue with the French embassy or hire a French immigration attorney. I started the process before. It was difficult then. Now the laws have changed to my benefit, making it a much easier process. I will not, however, want any residency in France, unless absolutely necessary. Germany or London will always be my preferences. EU passport also falls under mutual agreements with other non-EU countries = much more liberal staying times.

This is all I can come up with for the moment. I am sure other things will pop into my head over time. Getting your feedback now is key. Since we are speaking of XPY, I think it would be in both of our best interests if a go through the full verification on Paybase and get the highest attainable limits. Obviously having tons of crypto locked up, is not in anyone's best interest, meaning mine actually. ;)

Any of this seem too demanding?

P.S. I don't do toilets or windows. Roofing is certainly out of the question.

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Tuesday, December 30, 2014 4:59 PM
**To:** Allen Shinners
**Subject:** JD and National Salary Specs CBDO/CBO

this could be an issue :(

We are still in start mode, and using investor money. All salaries are capped at 90k.

All high-end prospects are being discussed from salary and xpy combined. Good success

Keep talking?

**Josh Garza**
**CEO-** GAW Corp

On Tue, Dec 23, 2014 at 7:35 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Here you go:

## SUMMARY

As a member of the Executive Management Team, serves as the senior leader in developing new business and strategic partnerships, identifying and negotiating merger and acquisition opportunities, overseeing development of products and services, leading strategic planning and guiding all marketing and public relations activities. Provides support to the Vice President, Sales. He may be in

charge of developing plans and strategies to control more segments of the marketplace and determines the direction a company will take in its attempt to do this. This executive should have a firm understanding of market and industry dynamics, and he is responsible for maintaining relationships with other powerful industry and business professionals who are directly related to his particular market. This highly visible executive will be an important face of the company to the consumer services industry, the consumer goods industry, and the overall business community. The CBDO will be a valued thought partner and strategic consultant to the CEO on revenue creation and new business development.

## RESPONSIBILITIES

Enterprise wide responsibility for:

- Developing new lines of business to achieve the company's mission.
- Identifying potential organizations for merger or acquisition to expand existing product lines or bring new product lines to the organization and involvement in M&A negotiations.
- Designing and developing market-driven products and services.
- Promoting a customer oriented focus and advocating customer intimate client relationships.
- Developing and maintaining external relationships with regulators, elected officials and key trade associations (public relations presence).
- Pursuing the development of strategic partnerships, relationships and alliances.
- Participating in due diligence audits, site visits, etc. of enterprises company seeks to purchase.
- Overseeing marketing programs and partner channels that increase the company's revenues and customer base.
- Providing guidance and expert advice to technical staff from the provider perspective regarding design systems and processes that serve our customers.
- Overseeing strategic planning processes to ensure strategies align with market drivers and support a customer intimate approach.
- Acting as primary contact for industry consultants.

## SKILLS and ABILITIES

Proven leadership skills as a senior executive leading a company or major division of an organization.

Strong communication and negotiation skills.

Strong interpersonal and customer relations skills.

Demonstrated ability to mentor other executives and leaders within the organization.

Proven track record in successfully managing a profit center.

Proven track record building and developing successful teams.

Experience in a matrix management, for profit organization.

## QUALIFICATIONS and EDUCATION

MBA or equivalent education and experience required



**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

GAW00152314

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, December 22, 2014 7:55 PM
**To:** Allen Shinners
**Subject:** RE: FW: Probably one of the top ideas of the decade.

Allen, here is the issue. I am just going to be frank. I get emails all day with stuff like this. Some make no sense, and some are incredible intelligent (like the one here). The problem is I don't have the bandwidth to do anything with them at the moment.

I am up to my neck and I just do not that bandwidth. I need something to say yes to. Otherwise, I just have to stick to what we are doing.

What do you propose, what role do you want to play? Etc

You are not a "like everyone else" to just be frank with me. How can you help? Send me a JD and a compensation requirement so I can just say, sure. And we can move forward.

That's what I want to know in a clear and specific way. I value and respect the heck out of you. I am just so buried, I can not turn at the moment.

The other thing is people. Part of the reason I have not pushed hard on this end is we have none. There is not one to manage, we are boots on the ground right now.

Anyway, it's obvious in writing this that I am overwhelmed.

Sent from my mobile phone

On Dec 22, 2014 7:41 PM, "Allen Shinners" <ashinner@columbus.rr.com> wrote:

You are speaking to people who have no corporate level connections. That person one of these guys will be pushing a large company (or small business) to accept XPY, is a person who works 9 to 5, or 5 till 2 AM (bars). Although we have 23.5 million small businesses in this country, they want to have fiat, because fiat pays the monthly bills, and they do not have reserves behind them to hold XPY indefinitely. That model has already been attempted in history, several times. The only difference is this is crypto.

Your reserves are going to go fast. You do not have the kind of commerce occurring that can compensate for the fiat outflows. Taking a percentage of the transaction in fiat is not going to make up the 999% outflow from the reserve. You are not going to be able to convince people to purchase XPY unless there is a real world value proposition associated with it, and a 2% discount association is not going to get the fiat reserves healthy.

The model include a method by which people wish to deposit their weekly/monthly paychecks into. Since the model is now completely dependent on bots to control the markets, this will act more as a drain and less as a benefit. Cantor probably already pointed that out.

To date, the matrix has not prepared a methodology that will replenish or increase the fiat inflows enough to compensate for the liabilities relating to customer purchase outflows. In other words, where will the future fiat capital come from that will refill the bank daily to ensure liquidity?

The idea I sent as a BCC to everyone included a number of people. Those who are outside of GAW agreed that the idea was ground-breaking, and solved some major problems Americans experience abroad currently. The potential for "real monthly fiat inflows" wasn't even based on Paycoin, because currently, Paycoin cannot function as a value proposition without the aid of fiat. I chastised a poster for promoting a crypto (NEMcoin) based on "financial freedom" that showed a complete lack of understanding what "financial freedom" meant. No fiat. No merchant application. No value proposition. I told him it reminded me of Biblecoin, which turned out to be another scam crypto in the industry.

This model, has a great potential to solve a lot of national and global problems, while earning a steady fiat inflow of capital that is not "borrowed." As in the U.S. dollar economy, the issuance of "dollars" is a debt of the government. With XPY, every one of those you "sell" to the outside community is actually an IOU, not an investment. The debit/credit cards act as a bridge, but on a marketing level, they will accomplish nothing significant, except be a further drain on the existing capital reserves used to bolster XPY. Again, we have started with a coin that had no fiat-based buy-in associated with it. Having a coin with a fiat buy-in is already an existing failure in the crypto industry today...

When I see email responses, such as the one from Jonah today, an entire week after it was sent, I think to myself: "this company lacks sophistication when the corporate officers cannot grasp the obvious."

As others have stated privately, Paybase is the only platform here, thus far, that shows immense promise. XPY has no inflow capabilities and has not developed a value proposition that will be usable to small and large businesses. If this isn't taken out of the kindergarten stage, this whole enterprise is at risk. You would need billions of dollars in reserves to stand the test of time. Business developers, with a high degree of sophistication and experience, would be needed now to start developing the approach to mainstream conglomerates. Marketing should already have been developed for this aspect of the venture. You still do not have a CMO with experience in global marketing as yet, and as I have already stated, "crypto" is going to be your worst deterrent in acquiring the best and the brightest. "Paybase," is a different story. THAT is what you are developing and selling to MIT and BU graduates, who are looking for new upstart tech companies to work with initially; getting some green experience under their belts before moving on.

On another note, I gave the Cory guy the information they needed to do the currency swaps without GAW today. After my recent experience, I couldn't see anyone there capable enough to handle the transaction, because it would require an immense understanding of currency swaps and how to network the transaction, on a regular basis. I told them they can do this on their own and save the entire 100% of transaction costs associated with using banks. If I was speaking to

Jonah, he would have tossed the idea anyway, because it was not "big enough." Obviously you have to start with baby steps before you can embrace the big time. He is totally missing that point in his response today.

I could go on, but I'm not going to. I can talk until I am blue in the face, but I am afraid this is mostly falling on deaf ears, or I am speaking above everyone's head there for some reason. If the obvious is not obvious enough, I do not know what I can do to help turn this into a real legitimate endeavor at this point. "Time," is not your friend at this juncture.

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

Tel: **740-681-1990**

Fax: **740-681-5662**

email: **ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, December 22, 2014 7:06 PM
**To:** Allen Shinners
**Subject:** Re: FW: Probably one of the top ideas of the decade.

I still think we have to try. We have a lot of firepower in the community.

**Josh Garza**
**CEO-** GAW Corp

On Mon, Dec 22, 2014 at 6:33 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

6 million a month is a tiny target (I did say "minimum")? Obviously, there is a major lack of depth of reality in that office there. You are talking to less than a thousand people on HT about spreading the word to small businesses to embrace XPY meanwhile, "$3 million to $6.32 million in fees a month" are too tiny? The House of GAW needs to purge some people, and for obvious reasons. I have fed you guys a lot of real world applications of this network that actually "fills" the fiat side of the business with "un-borrowed" capital, and provides a "real" service to millions of Americans who have

GAW00152317

little alternative available to them. At the moment, selling XPY for $20.00 is fantasy in any real numbers on an ongoing basis, and that is actually "borrowed capital," just like in the world of fiat.

My response to him was "no" I am not going to elaborate any further than I already have. No point in educating anyone who lacks any real vision or depth of knowledge enough to see an opportunity when it smacks them in the gob.

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**

**From:** Jonah Dorman [mailto:jonah@btc.com]
**Sent:** Monday, December 22, 2014 11:07 AM
**To:** Allen Shinners
**Subject:** Re: Probably one of the top ideas of the decade.

I'm not sure what to say that.

6 Million seems like a tiny target to strive for and royalties are not our thing.

Can you present this differently to make it more appealing?

--

**Jonah Dorman**

**General Manager**

GAW Miners LLC

GAW00152318

O: (860) 222-2631
C: (727) 386-6825

---

On Wed, Dec 17, 2014 at 12:33 AM, Allen Shinners <ashinner@columbus.rr.com> wrote:

I have a Paybase idea that could pull in a minimum of $3 million in account service fees, at $1.00 per month, each. If I take it to the highest level, it would generate a minimum of $6.32 million a month at $1.00 each. It requires that Paybase be designated a financial institution with a designated bank routing number (related to direct deposit). Even then, I have a work-around for that as well. I get a penny each account, per dollar in fees charged, per month…. ;) It's so intuitive, I should be given the medal of honor for thinking about it, and there would probably be about 4 million Americans who would build a statue in my honor just for thinking of them. ;) It relates to a problem that has existed for a number of years, and is also related to taxation compliance issues. All 100% problem-solving and keeping a specific group of Americans completely compliant with tax laws. Not only would it address one problem, but also address a few other problems this special group currently is suffering through. We are not speaking of poor people either. It also ties into the loan aspect of the Paybase business. I have said too much already. Much more information relates to this. Let me know if you are interested.

Allen

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00152319

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

--

**Josh Garza**
**CEO-** GAW Corp

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

# Exhibit A-70

From:      Allen Shinners
Sent:      Sun 11/30/2014 9:57 PM (GMT-05:00)
To:        "'Josh Garza'" <josh@btc.com>
Cc:        "'Joe Mordica'" <joe@geniusesatwork.com>
Bcc:
Subject: RE: Lesser Hashlets


Current market price would yield a fraction HashStaker, which would work.

We need to get away from these other cryptos, at least for a while. If we have all miners focusing on Paycoin, the liquidity is more within reach. If I was you, I would make the conversion voluntary. Then, people cannot complain if their decision turns out to be the wrong decision.

GAW needs to be able to focus all of its efforts on "ensuring" this is a successful and profitable venture. Not just for GAW but also for the minions too. The only way to accomplish this, is to get past the other mining pools, focusing all of the currently wasted efforts and planning to be focused on Paycoin. It will also make it easier for outsiders to adopt, making the decision based on only one investment, versus a bunch of tricky choices. It is the "either you are in, or you are out" scenario... all or nothing.

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**


**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Sunday, November 30, 2014 9:50 PM
**To:** Allen Shinners
**Cc:** Joe Mordica
**Subject:** Re: Lesser Hashlets

Yea, I was think we would just do the conversion based on the market price of the hashlet


**Josh Garza**
**CEO-** GAW Corp

On Sun, Nov 30, 2014 at 9:48 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

I understand that the pools are representative of outside pool rates. I always knew that. Yes, converting to HashStakers is ideal. Frankly, I could care less how ticked-off the Prime holders would be to hear that, but these lowly hashlets are causing to0 much damage to the business model, through bad PR.


Suggestion:  If you convert all of the hashlets to HashStakers, someone should do the math on whether they can be converted as "fractional payout HashStakers."  Since the buy-in price was lower than both Primes and Zens, fractional payouts would make sense, proportional to the output of a Prime or Zen. If they want to mine whole "dollar coins" versus "quarters," sell an AMP for that. It keeps the capital investments relative.

Thoughts?


**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**


**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Sunday, November 30, 2014 9:29 PM
**To:** Allen Shinners
**Cc:** Joe Mordica
**Subject:** Re: Lesser Hashlets


We are going to let all hashlets convert to hashstakers


This is the only reasonable solution as we have no influence over all the pools

On Sunday, November 30, 2014, Allen Shinners <ashinner@columbus.rr.com> wrote:

Hey Josh and Joe,


This thread (Hashtalk link below) is actually a very valid post. I have been thinking about this over the past month with the constant adjustments having to be made in Zenportal for the under-performing hashlets. It is a huge drag on PR and company reputation. Imagine buying a MultiHashlet only to find out that the price you paid nets you near-zero income each day. Most newbies will not even know that they should open a ticket to address it. They will just leave and not come back…


What are your near-term plans to address these under-performing hashlets? AMPs do not address the near-term implications to PR and company reputation. It is nearly impossible to do the research, as a newbie, if you are totally new to cryptos. A new person would not even know where to look. This poster has it correct.

GAW00197390

The other issue rests with the way these were originally sold (to those who are already here). The original promise was that all hashlets would be remain profitable. A fraction of a penny in daily profits is not proifitable by anyone's definition. It is time to roll out replacement hashlets that are more apropos to the new environment surrounding Paycoin, in my opinion. Read through the thread, before it gets too long. I am posting there as well.

Here are today's yields on all of the hashlets except Zens:

| | |
|---|---|
| CleverHashlet | 0.00019400 BTC |
| LTC Pool | 0.00018249 BTC |
| HashletBit | 0.00018000 BTC |
| MultiHashlet | 0.00013876 BTC |
| WaffleHashlet | 0.00013687 BTC |

Maintenance fees are currently 0.0002125 BTC. Once Paycoin takes off and becomes firmly established, the maintenance fees will rise, on a BTC basis, not fall. My rationale behind this is that Paycoin will draw other miners away from BTC. Prices will fall, and the maintenance costs in USD are fixed.

All of these yield below the maintenance charges associated with the miners, on a per MH basis.

I believe that a major restructuring of these products needs accomplished very soon. Basically, at this point, they should be removed from GAWminers.com, Zenportal, and the resellers' product mix. Only Zens should be sold currently.

Thoughts? What are the near-term plans to get these all gone? Even if you push AMPs out sooner, the problem still remains behind for new purchases.

https://hashtalk.org/topic/20629/for-the-sake-of-people-we-re-trying-to-convince-to-enter-crypto-stop-selling-all-hashlets-but-zen

GAW00197391

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**

--

**Josh Garza**
**CEO-** GAW Corp

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00197392

# Exhibit A-71

From:     Allen Shinners
Sent:     Sat 1/03/2015 6:05 PM (GMT-05:00)
To:       "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: do you think this helpful?


We will have to use "coin aging" as part of the qualification for trading. Example: only coins aged for two weeks (or more) can be traded in the exchange. This also  forces people into either Hashbase or Paybase to hold balances longer to be able to trade them. You will need a trading quantity ceiling with a time block assignment. Example: 500 XPY max trade quantity, once per hour. This makes it a lot easier for people to take out "players" who want to do damage. Mid-level KYC. Traders have to identify themselves, for trading blocs above specific tiers. Starting at hourly 100 XPY block sizes and moving to 500 XPY block sizes per hour. Software will need to be rewritten to allow the system to "flag" accounts that are not trading in accordance with existing trading regulations, outside in the public realm. None of these stupid 0.0001 sells/buys being threaded throughout the order books.

This is not my complete list. I am just sending additional ideas along as I figure this all out.

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Saturday, January 03, 2015 5:18 PM
**To:** Allen Shinners
**Subject:** Re: do you think this helpful?

what rules do you suggest?


**Josh Garza**
**CEO-** GAW Corp

On Sat, Jan 3, 2015 at 5:18 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Hate to be brutal about it, but: Don't cock it up. None of us can afford any more destructive mistakes. Make sure you are outsourcing the due diligence to a professional to develop this. You are not an expert in financial markets, as you already know. There are certain conditions that have to be met for a market exchange to be truly "private." Allowing outsiders "easy access" through "easy membership qualification" will not make the market exchange private. The qualification rules have to be stringent. Just like the De Beers example.

GAW00062266

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Saturday, January 03, 2015 5:07 PM
**To:** Allen Shinners
**Subject:** Re: do you think this helpful?

thats whats about to happen

**Josh Garza**
**CEO-** GAW Corp

On Sat, Jan 3, 2015 at 5:06 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Read this and think:

https://dipkhatiwada.wordpress.com/2011/05/01/why-diamonds-are-not-traded-in-commodity-exchanges/

GAW00062267

Closed-loop commodity exchanges (a.k.a. monopolies or exclusively private exchanges) do not fall under the regulation of the CFTC. Once you have read the article you will know where I am going with this. The CFTC can only regulate "open" or "public" marketplaces.

https://hashtalk.org/topic/27597/take-your-paycoin-off-of-the-exchanges/6

Your biggest mistake thus far has been allowing outsiders to PoW mine XPY. You armed our enemies with the means to destroy the value of the coin. The "coin of the people" will have to become more privately oriented if this mess/problem is to be diminished. Coin-swap is not the answer unless you are willing to privatize the XPY market in the exchange.

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Saturday, January 03, 2015 12:45 AM
**To:** Allen Shinners
**Subject:** do you think this helpful?

https://hashtalk.org/topic/27459/5000-sell-block-coup-de-gras/73

**Josh Garza**
**CEO-** GAW Corp

GAW00062268

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00062269

# Exhibit A-72

From:        Allen Shinners
Sent:        Tue 11/25/2014 1:27 AM (GMT-05:00)
To:          "'Jonah Dorman'" <jonah@btc.com>
Cc:
Bcc:
Subject:     RE: White Paper Finished Final Drafts
Attachments: Allen paycoinwhitepaper (edited)00002.docx; Clean Allen paycoinwhitepaper
             (edited)00003.docx

Here you go.

Many spelling issues, I have rewritten section paragraphs in their entirety. The first file is the map of
changes. I stopped annotating every occurrence where a "TM" was missing. There were many other
issues I just could no longer annotate, so I just changed them. The second file is the clean version.

Here is my suggestion, stick with my clean version. Each time you sent me a copy of the past versions,
spelling and grammar changes were lost from previous revisions before that. Footnote number 8 needs
completed. Otherwise, if you are good with this, send the "clean" copy back with all of the pics you need
embedded. I probably already have them in this document anyway. I will put an Appendix for the
pictures describing the credit card processing procedures. I already inserted the reference in the
paragraph that would help explain what these "fees" really are and how they compare to traditional
credit card transactions.

Otherwise, highlight the few changes you make in blue, so I know what has been changed, then send it
back with everything else. I can then create a PDF and have the TOC clickable as well. Yes, two columns.

BR

Allen

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

**From:** Jonah Dorman [mailto:jonah@btc.com]
**Sent:** Monday, November 24, 2014 7:51 PM
**To:** Allen Shinners
**Subject:** Re: White Paper

I could pay you to make a pdf that works?

If you can add the graphics and format like the existing WP

--

**Jonah Dorman**
**General Manager**
GAW Miners LLC
O: (860) 222-2631
C: (727) 386-6825



On Mon, Nov 24, 2014 at 7:34 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Will you guys be creating a PDF that actually has a TOC that you can click on to get to the sections, without scrolling, this time? If you can't, I can here. All you would have to do is send me the final copy (after I send you back my edits). Then I can send it back as a complete PDF with a working TOC. You would only need to send me your header and footer Jpegs as well as placeholders put in place for the various graphs, sending me those images as well. :D

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**

**From:** Jonah Dorman [mailto:jonah@btc.com]
**Sent:** Monday, November 24, 2014 6:30 PM
**To:** Allen Shinners
**Subject:** White Paper

Allen,

GAW00040686

Did you want to go through the latest whitepaper before we format it and re-release?

--

**<span style="color:red">Jonah Dorman</span>**

**General Manager**

GAW Miners LLC

O: (860) 222-2631
C: (727) 386-6825



"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

# Exhibit A-73

From:        Allen Shinners
Sent:        Sun 11/16/2014 7:04 PM (GMT-05:00)
To:          '"Jonah Dorman"' <jonah@btc.com>
Cc:
Bcc:
Subject:     RE: Hashcoin draft round 7
Attachments: HashCoinTechnicals (1)00001.docx; HashCoinTechnicals (1) Allen Clean00002.docx

I think you guys want to give me a headache… LOL

First attachment = showing tracking and changes on.

Second attachment = clean

Go by the first, initially. It acts as a map in the text. The last revisions I made this morning did not all take for some reason on your end.

Make sure that the text "body" is universal. I am seeing mixed use of Arial 11 and Calibri 12. It could be from my conversion from PDF to Word. Who knows?

Notes:

Re-written a chunk of the "abstract."

I left Hashcoin as HashCoin in this document, although it is really not the name anyway and I do not wish to waste time on it. :)

If you change "those miners" to "any," it is followed by the singular in English. So it is written from "those miners wishing," to "any miner wishing." (Page 8)

Again, punctuation first, then the superscript. Here is another link:

http://tex.stackexchange.com/questions/56063/how-to-properly-typeset-footnotes-superscripts-after-punctuation-marks


Fixed many more grammar errors. I can tell we have "merge-mined" this new draft from multiple inputs.

Reworded various cumbersome statements/sentences.
"along with the fact" and "weeding out," "weed out" are all colloquial and do not belong in a White Paper.

Changed cumbersome section of fourth paragraph, page 5

It's = "it is."
Its = possessive pronoun. :)

GAW00036861

I'm sending someone a version of Diane Hacker's "A Writer's Reference, 6th Edition!"

Saying "we will try" (a negative), is the same as saying "we have no idea if it will work, but give us your money anyway."  When you use the phrase "aims to achieve" (another negative), you just told me you have no clue whether it will work or not, only that you will try to make it work. These are not semantics.  LOL  (page 7)

"TM" again missing everywhere, or used sporadically.

I changed my mind on a few past changes: "monetary values," is now "monetary units." (Page  11)

Second to the last bullet in a list ends in ", and;" Some places were left intact, others were not, and new additions actually used the correct format.

"affect" = to act upon or cause, "effect" is the aftermath. (page 19, Sec. 6.3.3). Example: "It will affect economic policy well into the future," or "The economic slow-down is the effect of poor monetary policy."

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

**From:** Jonah Dorman [mailto:jonah@btc.com]
**Sent:** Sunday, November 16, 2014 3:30 PM
**To:** Allen Shinners
**Subject:** Hashcoin draft round 7

I've incorporated all previous suggestions and ran through another round.

If you have any further suggestions please let me know.

We have a collaborative Google doc I can add you to so that you can make corrections and suggestions to the living version.

Thank you,

--
Jonah Dorman
General Manager
GAW Miners LLC

GAW00036862

O: (860) 222-2631
C: (727) 386-6825

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00036863

# Exhibit A-74

From:    <josh@geniusesatwork.com> on behalf of Josh Garza
Sent:    Tue 12/16/2014 9:12 PM (GMT-05:00)
To:      "Allen Shinners" <ashinner@columbus.rr.com>
Cc:
Bcc:
Subject: RE: Uh, wherever did you come up with this?


You guys make me laugh :)

How long do you think something will last that allowed you to be anonymous and legal?

Sent from my mobile phone

On Dec 16, 2014 9:08 PM, "Allen Shinners" <ashinner@columbus.rr.com> wrote:

> OMG I told you to move this offshore! I'm fine with it myself, but I probably will not transact on
> Paybase unless it is to purchase something or pay a bill. I have no interest in helping the U.S.
> government invade my privacy, beyond that which I allow them to see. I think you will find a lot of
> people like me in this group. That means a sizable chunk of the XPY will transact outside of the Paybase
> exchange for privacy reasons.




**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**



**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Tuesday, December 16, 2014 8:50 PM
**To:** Allen Shinners
**Subject:** Re: Uh, wherever did you come up with this?


We called multiple government offices, thats what they said. And thats what are attorneys

GAW00075155

**Josh Garza**
**CEO-** GAW Corp

On Tue, Dec 16, 2014 at 8:49 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Who told you KYC was required for coin to coin conversions? Cryptsy has not done that either and are also a U.S. operation. All trading can be accomplished on any exchange in the U.S. without KYC currently. It is only when you are dealing with Fiat currencies that KYC applies. You will push all of the trading outside of your control (XPY to BTC and BTC to XPY) by implementing a KYC policy on trading. This also will alienate the non-Americans. KYC rules apply to "financial institutions" dealing in fiat currency. No disrespect to InsaneMiner but what he posted there deals with currencies not "intangible properties" as outline by the IRS in the U.S.

D. Allen Shinners

546 East King Street

Lancaster, Ohio 43130

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

# Exhibit A-75

From:    Allen Shinners
Sent:    Tue 12/16/2014 9:27 PM (GMT-05:00)
To:      "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: Uh, wherever did you come up with this?

There are other methods of exchanging cryptos that do not require an American entity. I was dealing with this KYC thing since the early 80's when the U.S. government required all numismatic dealers in this country to have a copy of a photo ID for every sale of coins to a dealer. Each one of those transactions are sent to the government for tax purposes. Many dealers still adhere to that policy, many do not anymore. This is nothing new to me. This requirement for cryptos is the next step for killing it, if they choose. It only takes one subpoena from the government and the entire database of clients is in their possession. It is the same argument that has been used since BTC began to be noticed.

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Tuesday, December 16, 2014 9:12 PM
**To:** Allen Shinners
**Subject:** RE: Uh, wherever did you come up with this?

You guys make me laugh :)

How long do you think something will last that allowed you to be anonymous and legal?

Sent from my mobile phone

On Dec 16, 2014 9:08 PM, "Allen Shinners" <ashinner@columbus.rr.com> wrote:

OMG I told you to move this offshore! I'm fine with it myself, but I probably will not transact on Paybase unless it is to purchase something or pay a bill. I have no interest in helping the U.S. government invade my privacy, beyond that which I allow them to see. I think you will find a lot of people like me in this group. That means a sizable chunk of the XPY will transact outside of the Paybase exchange for privacy reasons.

**D. Allen Shinners**

GAW00074953

**546 East King Street**

**Lancaster, Ohio 43130**

Tel: **740-681-1990**

Fax: **740-681-5662**

email: **ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Tuesday, December 16, 2014 8:50 PM
**To:** Allen Shinners
**Subject:** Re: Uh, wherever did you come up with this?

We called multiple government offices, thats what they said. And thats what are attorneys said.

**Josh Garza**
**CEO-** GAW Corp

On Tue, Dec 16, 2014 at 8:49 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Who told you KYC was required for coin to coin conversions? Cryptsy has not done that either and they are also a U.S. operation. All trading can be accomplished on any exchange in the U.S. without KYC currently. It is only when you are dealing with Fiat currencies that KYC applies. You will push all of the trading outside of your control (XPY to BTC and BTC to XPY) by implementing a KYC policy on trading. This also will alienate the non-Americans. KYC rules apply to "financial institutions" dealing in fiat currency. No disrespect to InsaneMiner but what he posted there deals with currencies not "intangible properties" as outline by the IRS in the U.S.

**D. Allen Shinners**

**546 East King Street**

GAW00074954

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

**Fax: 740-681-5662**

**email: ashinner@columbus.rr.com**

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00074955

# Exhibit A-76

| | |
|---|---|
| **From:** | Allen Shinners |
| **Sent:** | Thursday, November 27, 2014 11:18 PM PST |
| **To:** | 'Josh Garza' |
| **Subject:** | RE: HashStaker |

Ashinners007@gmail.com

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Friday, November 28, 2014 2:10 AM
**To:** Allen Shinners
**Subject:** Re: HashStaker

Yes, I saw two users in there and got nervous. Do you have a google account so I can send a direct invite?

The edits have to made in here, as we are all collaborating in real time

**Josh Garza**
**CEO-** GAW Corp

On Fri, Nov 28, 2014 at 2:07 AM, Allen Shinners <ashinner@columbus.rr.com> wrote:
LOL Good thing I copied it to a word doc so I could read it. My access was changed right in the middle of reading it. Refreshing closed my access to the document. I wonder how did that...

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Friday, November 28, 2014 1:57 AM

**To:** Allen Shinners
**Subject:** Re: HashStaker

its awesome. Check this out
https://docs.google.com/document/d/1Q-z4LjL0QQWL_GweQjoOqml7g0-g0ZuNByJ8eDK6DIo/edit?usp=sharing

**Josh Garza**
**CEO-** GAW Corp

On Fri, Nov 28, 2014 at 1:55 AM, Allen Shinners <ashinner@columbus.rr.com> wrote:
I just cleaned up the new pages. LOL The Product-test page was all that I wanted to see on the original HashStaker Wallet page I was ranting about. Then Joe told me I had to get it corrected by midnight (I had 15 minutes to do that in). I am not sure why.... Then there was another page I didn't see, covering

the Prime HashStaker in detail, something I was looking for on the other page. That didn't have to be done until 10AM. Obviously I wanted it knocked out as quickly as possible, because I do not want to stay up all night again. On the WP..........Christian and I will be going to fist to cuffs, since he has not replied to one email over the past few days, requesting the "graphics" Jonah said would be forthcoming, for the WP rewrite... Are you aware that these guys are having me proof stuff?

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Friday, November 28, 2014 1:47 AM

**To:** Allen Shinners
**Subject:** Re: HashStaker

Ohhhhh I did not know you were doing that, cool. So you have seen the new pages?

**Josh Garza**
**CEO-** GAW Corp

On Fri, Nov 28, 2014 at 1:45 AM, Allen Shinners <ashinner@columbus.rr.com> wrote:
I just finished working the Shopify edits for the HashStaker (GAWminers.com). I thought you knew that. I will have PCFan get in there and read it over first, if he can. I can't get Joe on the phone again to have him check it out.

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Friday, November 28, 2014 1:43 AM
**To:** Allen Shinners
**Subject:** Re: HashStaker

sorry not following?

**Josh Garza**
**CEO-** GAW Corp

On Fri, Nov 28, 2014 at 1:41 AM, Allen Shinners <ashinner@columbus.rr.com> wrote:
Well, I think that Joe shut down already tonight. Can you go into the "product-test" part (Shopify), look it over, and let me know it is okay tonight?

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Wednesday, November 26, 2014 11:50 PM
**To:** Allen Shinners
**Subject:** Re: Bounty

That's smart

On Wednesday, November 26, 2014, Allen Shinners <ashinner@columbus.rr.com> wrote:

I am posting now to your thread that I am withdrawing from the contest and why. I want to make sure that miners here do not think that only a select few get all the benefits and such. I want them to keep what trust they have intact. ;)

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Wednesday, November 26, 2014 11:43 PM
**To:** Allen Shinners
**Subject:** Re: Bounty

I think your right :)

On Wednesday, November 26, 2014, Allen Shinners <ashinner@columbus.rr.com> wrote:
Josh,

I do not think I can post to the Bounty contest. I know too much about all of this from the collaboration on the Q&A. Nobody knows anything about Primes switching to HashStakers, and HashStakers hosting a wallet on Prime Controllers. It is too much of an advantage. I can post on everything else that has nothing to do with the NDA we have between us, but really not much more than that. Should I bother?

Allen


--

**Josh Garza**
**CEO-** GAW Corp


"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."


--

**Josh Garza**
**CEO-** GAW Corp


"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

# Exhibit A-77

From:     <josh@geniusesatwork.com> on behalf of Josh Garza
Sent:     Thu 12/18/2014 6:52 PM (GMT-05:00)
To:       "Allen Shinners" <ashinner@columbus.rr.com>
Cc:
Bcc:
Subject: Re: need help pls

as soon as you make it, I will pin it!

**Josh Garza**
**CEO-** GAW Corp

On Thu, Dec 18, 2014 at 6:52 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

I was getting there ! Patience. I do have autopilot you know. ;)

**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

Tel: **740-681-1990**

Fax: **740-681-5662**

email: **ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Thursday, December 18, 2014 6:47 PM
**To:** Allen Shinners
**Subject:** need help pls

can you help out with something!

https://hashtalk.org/topic/24296/your-xpy-is-on-the-way/43

I know everyones $20 bucks. And thats fine, they will get it if they wait.

GAW00074581

But can you explain to them at even at $4 this means they mined for the last few weeks with maintenance cost!

so they got a 3-6X upside even selling at 4

and they can sell it for almost twice that much at this second!

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00074582

# Exhibit A-78

Home (/)    /    Announcements (/category/3/announcements)
    /    HashCoin ICO Customer Round 🔊 (/topic/15530.rss)

# HashCoin ICO Customer Round

Hello everyone:

While we still have a formal release coming, I wanted to share some exciting news now.

Our Market Analyst and our banking partners have released their final market numbers for HashCoin :grinning: I will save the juicy stuff for later, but the summary is this:

HashCoin will go public for just over $20 a coin. Our customer ICO HashPoint round will be at less than $4 a coin.

Legal note: Remember, this is NOT the FIAT round. This round, at these prices, will be limited to purchases with HashPoints only. Our banking partners will NOT allow more coins to be purchased than with the available pool of HashPoints.

Also, "HashCoin" is the code name. We purchased the rights to the most popular name an online currency could ever have.

Deal finished today :grinning:

More to come! :grinning:

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago , last edited by **BitJane (/user/bitjane)** about 2 hours ago

❤ · ⌃ 110 ⌄

ico 3 (/tags/ico)  hashpoints 75 (/tags/hashpoints)  hashcoin releas 1 (/tags/hashcoin releas)
redeem hps 1 (/tags/redeem hps)  hashcoin 15 (/tags/hashcoin) | Posts **454** | Views **4.7k** · browsing

👥 116

Reply    Sort by ▲

---

@SS2006 (/user/ss2006) said:

> @Zo0n (/user/zo0n) GoogleCoin?

LMAO.. if you can't find your btc you use Googlecoin

*http://cointellect.com/?code=ae7dcca0 (http://cointellect.com/?code=ae7dcca0) turn 99 euro into 199 within three months get paid in Doge or through paypal.*

🖤 · ∧ 0 ∨                                        ● **Zo0n (/user/zo0n)** posted less than a minute ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @MiCa (/user/mica) said:
>
>> Can someone give a deeper explanation of how this will work.
>
> ∨

Yes I am

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

🖤 · ∧ 0 ∨                                        ● **Allen1980s (/user/allen1980s)** posted about a minute ago

---

@SS2006 (/user/ss2006) that would be big!

🖤 · ∧ 0 ∨                                        ● **nixminer (/user/nixminer)** posted about a minute ago

@Zoon (/user/zoon) GoogleCoin?

*Fastest ROI on net: http://ltcgear.com?apage=166 (http://ltcgear.com?apage=166), use code: anniversary1yr + pay in BTC for 58% off -> 5$/MH! No fees*
*I have ROI'd in 6 weeks, now making $! I will gladly send you 50$ back if you use my link. Mssg me with any questions :)*

 ● SS2006 (/user/ss2006) posted 2 minutes ago

I'm curious if they made btc guild an offer. It would give them the hashpower for this project.


 ● nixminer (/user/nixminer) posted 3 minutes ago , last edited by nixminer (/user/nixminer) 2 minutes ago

@cryptodiego (/user/cryptodiego) said:

> @ryanex1 (/user/ryanex1) said:
>
> > lol i need damn more upvotes sadly ill have to wait till banks open on monday to transfer some money
>
> 

 ● ryanex1 (/user/ryanex1) posted 3 minutes ago

webcoin, icoin, omfgidontcareaslongasitmakesmehappycoin..

although it seems impossible.. what if he bought the rights ... thinking he bought btc.com ...

maybe he just bought Bitcoin...

*http://cointellect.com/?code=ae7dcca0 (http://cointellect.com/?code=ae7dcca0) turn 99 euro into 199 within three months get paid in Doge or through paypal.*

❤ · ∧ 0 ∨                                                      ● **Zo0n (/user/zo0n)** posted 7 minutes ago

---

@GAW_CEO (/user/gaw_ceo) Sounds good boss man.

To us and the future!



*Genesis - 55gh/s*
*Zen 33mh/s*
*Prime 1mh/s*

❤ · ∧ 0 ∨                                                      ● **Warkind (/user/warkind)** posted 8 minutes ago

---

@ryanex1 (/user/ryanex1) said:

> lol i need damn more upvotes sadly ill have to wait till banks open on monday to transfer some money

Well, here is a penny!

❤ · ∧ 1 ∨                                                      ● **cryptodiego (/user/cryptodiego)** posted 8 minutes ago

---

lol i need damn more upvotes sadly ill have to wait till banks open on monday to transfer some money

❤ · ∧ 2 ∨                                                      ● **ryanex1 (/user/ryanex1)** posted 9 minutes ago

---

so the name will be better than bitcoin Right ? ;D



❤ · ∧ 0 ∨                                          ● MSC (/user/msc) posted 10 minutes ago

@TRUSTplusTrav (/user/trustplustrav) said:

> BitJane Coin?

No...It's DiegoCoin. :smile:

---

❤ · ∧ 0 ∨                          ● cryptodiego (/user/cryptodiego) posted 11 minutes ago

BitJane Coin?

---

❤ · ∧ 0 ∨                     ● TRUSTplusTrav (/user/trustplustrav) posted 12 minutes ago

Let er' rip, can't wait!!

---

❤ · ∧ 0 ∨                    ● Missouri_Miner (/user/missouri_miner) posted 12 minutes ago

is it stated anywhere how long Zens will be able to mine HashPoint Pool?

---

❤ · ∧ 1 ∨                                        ● gavi (/user/gavi) posted 14 minutes ago

Crap, and here I thought I would be well off with my measly HP...but at 4 a pop, there is no point in the little guys getting 1 to about 10 and calling it a day and being happy. Id imagine...

How will primes earn any coin if its a premined coin ? same simulated kind of deal ?



 · ∧ 0 ∨                                  ● **JackBlackSparrow (/user/jackblacksparrow)** posted 16 minutes ago

@GAW_CEO (/user/gaw_ceo)

This is some mind-blowing news Josh. Really appreciate you allowing us small-time miners the ability to get in on the ground floor of a great opportunity.

This statement is VERY intriguing "We purchased the rights to the most popular name an online currency could ever have."

 · ∧ 0 ∨                                          ● **Diggio (/user/diggio)** posted 18 minutes ago

Want to PERMANENTLY be able to mine HashCoin?? Get your frigging PRIMES, ladies and gents!!
The marketplace has spoken and the Prime bear whales have been slain!!! Primes in steady rise!!

 ·      ● **waingro (/user/waingro)** posted 21 minutes ago , last edited by **waingro (/user/waingro)** 20 minutes ago
∧ 0
∨

@GAW_CEO (/user/gaw_ceo) said:

> @Mpat120 (/user/mpat120) said:
>
> > +1000 @GAW_CEO (/user/gaw_ceo) make it rain for the folks that believe it can be done!
>
> 

would be nice, I'll believe it when it happens...and pray it actually does happen :grinning: miners have been beaten and broken down for awhile now...would be nice to see a change. My hp's are waiting for ICO

*Mess with the best, die like the rest, Total power 9 th/s btc & 300 mh/s scrypt Needz moar CoinZ!!!*

**LEGENDARY HASHLET - REMEMBER** *5 mh/s owner*

*They see me hashing....They hating...*

♥ · ∧ 1 ∨        ● **crashoveride54902** (**/user/crashoveride54902**) posted 22 minutes ago

---

@spartan (/user/spartan) it was mentioned once that a hash point is worth $0.01 USD, so 400 hash points should be $4.00.

*Making coin out of nothing at all.*

♥ · ∧ 0 ∨        ● **BobEast** (**/user/bobeast**) posted 23 minutes ago

---

@Zoon (/user/zoon) i got hard times as you . it will be ok ...cheer :grinning

*Love is patient, love is kind. It does not envy, . .:-)*

♥ · ∧ 1 ∨        ● **skatnimit7** (**/user/skatnimit7**) posted 25 minutes ago

---

And, maybe including hashcoin in the zen pool fixes that payout issue. Great idea! :p
I'm excited either way.

*Making coin out of nothing at all.*

♥ · ∧ 0 ∨        ● **BobEast** (**/user/bobeast**) posted 32 minutes ago

---

I'm just saying that the coin suffix tethers you to everything that has been done before.

♥ · ∧ 0 ∨        ● **nixminer** (**/user/nixminer**) posted 35 minutes ago

@ultracat (/user/ultracat) I second that :grinning:



*(https://gawminers.hasoffers.com/signup/518)*

♥ · ^ 0 ∨                              ● **Hashmaster (/user/hashmaster)** posted 37 minutes ago

---

@PCfan (/user/pcfan) said:

> @Full-Metal-B*tch I understand what your saying i just feel that many
> people are going to HODL hard on HC's and Wait instead of rushing the
> exits, At least amongst the people i know patience is winning out.

I will be. Maybe take some profits when I can, but I won't be selling out early,
that's for sure.

*WIN UP TO $200 PER HOUR BITCOIN FAUCET (http://freebitco.in/?r=497889)*
*LTC GEAR 57% DISCOUNT USE CODE: (http://ltcgear.com?apage=538) anniversary1yr*

♥ · ^ 1 ∨                              ● **Full Metal B*tch (/user/full-metal-b-tch)** posted 37 minutes ago

---

I'm pretty sure the word hash will be out of it.

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJrgLfAQ1GS8SqfkSQcqs*

♥ · ^ 0 ∨                              ● **ultracat (/user/ultracat)** posted 38 minutes ago

---

It would be nice to drop the coin suffix.I would go with hash dollar or
hashnote

♥ · ^ 0 ∨                              ● **nixminer (/user/nixminer)** posted 39 minutes ago

he's already said he's secured a good name. A very desirable name. I'd expect to see it soon in the announcement and/or the whitepaper.

---

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJr9LfAQ1GS8SqfkSQcqs*

---

♥ · ∧ 0 ∨                                              ● ultracat (/user/ultracat) posted 39 minutes ago

---

@GAW_CEO (/user/gaw_ceo) said:

> Hello everyone:
> [ ∨ ]

@GAWCEO (/user/gawceo) HashCoin sounds a little too close to "PotCoin" to me for use by the general public if you're not knowledgeable with the Bitcoin terms & vocabulary. Hopefully the branding and marketing is strong enough to help with that.

---

♥ · ∧ 0 ∨                                              ● Scott (/user/scott) posted 41 minutes ago

---

When will customer round happen?

Forgive me if it sounds silly to ask. I need to plan to be online.

---

♥ · ∧ 0 ∨                                              ● minerwoof (/user/minerwoof) posted 42 minutes ago

---

How much time between ICO and when we will be able to use these coins for purchases at merchant partners? There was mention of a merchant adoption team so I'd guess the framework is already underway
At this rate I'm going to be doing some serious online shopping

---

♥ · ∧ 0 ∨                                              ● mycoinminer (/user/mycoinminer) posted 42 minutes ago

---

Double cool then.

♡ · ⌃ 1 ⌄                                    ● **minerwoof (/user/minerwoof)** posted 44 minutes ago

@minerwoof (/user/minerwoof) said:

> Is that for real ?

In that ballpark it sounds like. Josh said "less than $4".

*HashPros.net! (https://www.hashpros.net) - @volder approved Hashlets!*
*LTC Gear (http://ltcgear.com?apage=269) - 160mh for $850 when using code: anniversary1yr and BTC payment.*

♡ · ⌃ 1 ⌄                                    ● **kcheel (/user/kcheel)** posted about an hour ago

This post is deleted!

♡ · ⌃ 0 ⌄                                    ● nixminer (/user/nixminer) posted about an hour ago

@tokidoki (/user/tokidoki) said:

> so 400 HP = 1 HashCoin
>
> ⌄

Is that for real ?

♥ · ⌃ 1 ⌄                                    ● **minerwoof (/user/minerwoof)** posted about an hour ago

"We purchased the rights to the most popular name an online currency could ever have."

My guess for the coin name is 'WebCoin' or some AmazonCoin

something related to the internet

*Fastest ROI on net: http://ltcgear.com?apage=166 (http://ltcgear.com?apage=166), use code: anniversary1yr + pay in BTC for 58% off -> 5$/MH! No fees*
*I have ROI'd in 6 weeks, now making $! I will gladly send you 50$ back if you use my link. Mssg me with any questions :)*

 **SS2006 (/user/ss2006)** posted about an hour ago , last edited by **SS2006 (/user/ss2006)** about an hour ago

❤ · ⌃ 0 ⌄

---

@pdqtrader (/user/pdqtrader) said:

> GAWSOME!
> ⌄

Zen Hashlets only get to mine HP temporarily, so ROI still will be tied to the Zen pool which is still way underperforming Multi and Waffle which weren't that bad with market prices hovering around $6-8/ea on those Hashlets.

❤ · ⌃ 0 ⌄                                         **Scott (/user/scott)** posted about an hour ago

---

@Flamatar (/user/flamatar) I just bought 8 primes at $32.00 each on impulse hahaha. Also bought my first Legendary for $47.00.


(https://gawminers.hasoffers.com/signup/518)

 **Hashmaster (/user/hashmaster)** posted about an hour ago , last edited by **Hashmaster (/user/hashmaster)** about an hour ago

❤ · ⌃ 0 ⌄

---

Interesting.

*Be Excellent To Each Other! Spread some love =) tips are always appreciated!*
*15AjURMfaZyVBji4iKWxxZCjFeG2sgy5rW*
*Thank you!*

 · ∧ 1 ∨                            ● **swaggkatt77 (/user/swaggkatt77)** posted about an hour ago

@Flamatar (/user/flamatar) said:

> @GAW_CEO (/user/gaw_ceo) If I buy some primes now and put them to
> hashpoint pool, how long do you think i'd get ROI considering whats
> coming next? :grinning:

You get 17 HP per MH per day right now. So that's $0.17 per MH per Day but if
the story is true 400 HP ($4) will get you $20 Hashcoins.

 · ∧ 0 ∨                            ● **TrillionBTC (/user/trillionbtc)** posted about an hour ago

@Flamatar (/user/flamatar) Well when the mining begins and difficulty is low, I
reckon within 7 days - at today's prices maybe even 1 day..

♥ · ∧ 0 ∨                            ● **Bitcoin_emu (/user/bitcoin_emu)** posted about an hour ago

@GAW_CEO (/user/gaw_ceo) i have one question... But when the Genesis
hashlet can upgrade at Prime whit ratio 40:1 :question: Thanks best regards

♥ · ∧ 1 ∨                            ● **hashcoinITA (/user/hashcoinita)** posted about an hour ago

@GAW_CEO (/user/gaw_ceo) oh another thing will we be able to sell and buy
primes , zens for hash coin in addition to BTC ...

♥ · ∧ 0 ∨                            ● **ZERO2CASH (/user/zero2cash)** posted about an hour ago

@GAW_CEO (/user/gaw_ceo) If I buy some primes now and put them to
hashpoint pool, how long do you think i'd get ROI considering whats coming
next? :grinning:

 · ⌃ 0 ⌄                                         ● **Flamatar (/user/flamatar)** posted about an hour ago

@GAW_CEO (/user/gaw_ceo) said:

> @hjb7683 (/user/hjb7683) said:
>
> > @GAW_CEO (/user/gaw_ceo) So are you going to be launching a
> > public pool for home hardware miners, adn can you give any info
> > about which algo?
>
> ⌄

can you give a for instance lets call it LASH COIN what is the diff between
hashbase mining and mining with home hardware , ((((( OH and most
important what kind of HASHING is it , x-11 ECT.... ))))) nobody asked that
question unless i missed it

---

● **ZERO2CASH (/user/zero2cash)** posted about an hour ago , last edited by **ZERO2CASH (/user/zero2cash)**
about an hour ago

 · ⌃ 1 ⌄

---

@Zippydoodles (/user/zippydoodles) said:

> @Full-Metal-B*tch said:
>
> > @Zippydoodles (/user/zippydoodles) This is my concern. How do we
> > ensure we get in?
>
> ⌄

How long would our customer round last in terms of the ICO?

 · ⌃ 0 ⌄                                         ● **Schumi554 (/user/schumi554)** posted about an hour ago

@Zoon (/user/zoon) Good to hear that, best wishes fella :grinning:

♥ · ⌃ 1 ⌄                                    ● **Bitcoin_emu (/user/bitcoin_emu)** posted about an hour ago

cool...im mining like 400$ a day right now...awesome

♥ · ⌃ 0 ⌄                                    ● **Sharkster (/user/sharkster)** posted about an hour ago

@GAW_CEO (/user/gaw_ceo) you know just 2 months ago i got divorced,, 3 kids 100 miles apart .. left my house.. got no income.. just in a room trying to fight my way back ..

this is actually the best news i have had for a long long time... thank you

*http://cointellect.com/?code=ae7dcca0 (http://cointellect.com/?code=ae7dcca0) turn 99 euro into 199 within three months get paid in Doge or through paypal.*

♥ · ⌃ 9 ⌄                                    ● **Zoon (/user/zoon)** posted about an hour ago

@melsprotege (/user/melsprotege) said:

> @Daffy (/user/daffy) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ⌄

"US Dollar" gaw just paid off the usa national debt buying rights to the name :grinning: :grinning: :laughing:

♥ · ⌃ 3 ⌄                                    ● **KenD (/user/kend)** posted about an hour ago

People still trying to sell their Primes must have not read this announcement yet :grinning:

---------

*Hey Now!*

---

❤ · ∧ 0 ∨                                         ● **jymining (/user/jymining)** posted about an hour ago

---

@Flamatar (/user/flamatar) said:

> @MSC (/user/msc) said:
>
> > what is it shortcut ICO?? someone can explain me?
>
> ∨

THX

---

❤ · ∧ 1 ∨        ● **MSC (/user/msc)** posted about an hour ago , last edited by **MSC (/user/msc)** about an hour ago

---

@Primer (/user/primer) said:

> @AetherCollector (/user/aethercollector) said:
>
> > @GAW_CEO (/user/gaw_ceo) How many merchants do you have signed up for this coin so far?
>
> ∨

Thank you. I don't think he can say *who* the merchants are while he is in talks with them.
One is highly speculated to be Overstock.com though.

- - - - - - - - - - - - - - -

*Another crazy-fun way to spend your BTC: https://thegoldenegg.co/users/Hashy?45b63db27*
*(https://thegoldenegg.co/users/Hashy?45b63db27)*



❤ · ⌃ 1 ⌄                                    ● **AetherCollector (/user/aethercollector)** posted about an hour ago

@Daffy (/user/daffy) said:

> @MSC (/user/msc) said:
>
> > what is it shortcut ICO?? someone can explain me?
>
> ⌄

thx a lot

❤ · ⌃ 0 ⌄                                    ● **MSC (/user/msc)** posted about an hour ago

@MSC (/user/msc) said:

> what is it shortcut ICO?? someone can explain me?

You mean what does it means? Its "Initial Coin Offering". Its basicly when the pre-mined coins get avaiable to a specific group of clients (in this case, the HashPoints owners).

❤ · ⌃ 1 ⌄                                    ● **Flamatar (/user/flamatar)** posted about an hour ago

@spartan (/user/spartan) said:

> @tokidoki (/user/tokidoki) said:
>
> > so 400 HP = 1 HashCoin
>
> ⌄

1 HP = $0.01

 · ⌃ 1 ⌄                                    ● **dingo (/user/dingo)** posted about an hour ago

@GAW_CEO (/user/gaw_ceo) said:

> @hjb7683 (/user/hjb7683) said:
>
> > @GAW_CEO (/user/gaw_ceo) So are you going to be launching a
> > public pool for home hardware miners, adn can you give any info
> > about which algo?
>
> ⌄

Good, I was worried about harware miners, Ive sold almost all of mine
:laughing:

 · ⌃ 0 ⌄                                    ● **Primer (/user/primer)** posted about an hour ago

@MSC (/user/msc) said:

> what is it shortcut ICO?? someone can explain me?

Initial Coin Offering.

*Simple things make people happy.* *"FAQs, Costs/Fees, Hashpoints, Payouts, Reseller
(https://hashtalk.org/topic/8872)"*

 · ⌃ 3 ⌄                                    ● **Daffy (/user/daffy)** posted about an hour ago

what is it shortcut ICO?? someone can explain me?

 · ⌃ 0 ⌄                                    ● **MSC (/user/msc)** posted about an hour ago

I wish I had more money to invest on primes.. too bad I don't have any more to invest. I'm allin with this one.. I didn't tell anyone i'm investing in this, cuz everyone will think i'm crazy LOL

♥ · ⌃ 1 ⌄    **Flamatar (/user/flamatar)** posted about an hour ago

---

@AetherCollector (/user/aethercollector) I would bet 30k min but i lose a lot of bets around here.

*Zen101:Daily Payouts (http://goo.gl/zKN9yS)|Feature Requests (http://goo.gl/5dTWJ5)|Adv- Forum Guide (http://goo.gl/J0IF64)|Stalk Josh (http://tinyurl.com/k5o99e9)|Stalk Joe (http://tinyurl.com/mvnmvfa) .*

♥ · ⌃ 0 ⌄    **PCfan (/user/pcfan)** posted about an hour ago

---

@AetherCollector (/user/aethercollector) said:

> @GAW_CEO (/user/gaw_ceo) How many merchants do you have signed up for this coin so far?

That is a great question. Also maybe more names :question:???

♥ · ⌃ 0 ⌄    **Primer (/user/primer)** posted about an hour ago

---

@GAW_CEO (/user/gaw_ceo) How many merchants do you have signed up for this coin so far?

*Another crazy-fun way to spend your BTC: https://thegoldenegg.co/users/Hashy?45b63db27 (https://thegoldenegg.co/users/Hashy?45b63db27)*

♥ · ⌃ 1 ⌄    **AetherCollector (/user/aethercollector)** posted about an hour ago

---

This post is deleted!

♡ · ∧ -1 ∨                                    ⬤ JumboZen (/user/jumbozen) posted about an hour ago

@GAW_CEO (/user/gaw_ceo) This is really great news, way better that I had ever envisioned: getting closer to being the youngest billionaire on earth, congrats.

But since only Prime will be able to mine hashcoins, do you still have a plan for Zens? After all, this is also another of your flagship. Thank you.

♥ · ∧ 2 ∨                                    ⬤ Sixpack32a (/user/sixpack32a) posted about an hour ago

Banning members that post off topic comments

_Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information._

♥ · ∧ 3 ∨                                    ⬤ GAW_CEO (/user/gaw_ceo) posted about an hour ago

@junk (/user/junk) Well, i would presume you can buy them once Zen's can no longer mine HashPool, which is sometime in the next 1-4 weeks. So we're looking at mid November or mid December.

♥ · ∧ 0 ∨                                    ⬤ dogecaptain (/user/dogecaptain) posted about an hour ago

@GAW_CEO (/user/gaw_ceo) Can you please clarify. When you say starting at less than $4 a coin for ICO customers. Is this about 400 hashpoints? Also do you have a timeline to when we will be able to buy the coin with hashpoints.

_Micdizo (Shadow Banned)_

♥ · ∧ 0 ∨                                    ⬤ junk (/user/junk) posted about an hour ago

@tommy (/user/tommy) how much shares or mh do you have at ltcgear that is major

 · ∧ -1 ∨                                    ● **saenomour (/user/saenomour)** posted about an hour ago

@pdqtrader (/user/pdqtrader) said:

> GAWSOME!
>
> 

You can't predict ROI on something that isn't there... Because of a new flaw in the GAW system I checking if leaving GAW was profitbHere is real ROI calculated on current prices:

BTC Buy Price Income Type Fee Earning ROI
341 6 0.017595308 0.00028 Multi 0.000234604 0.00004539589 387.60
341 10 0.029325513 0.0003 Clever 0.000234604 0.00006539589 448.43
341 10.5 0.030791789 0.00029 Waffle 0.000234604 0.00005539589 555.85
341 12 0.035190616 0.00036 Zen 0.000234604 0.00012539589 280.64
341 5.2 0.015249267 0.00014 Genesis 0.00005865 0.00008134897 187.45

No 80 days on zens ROI
Hashnest 110 days
Genesis-Mining @ potcoin/viacon (tip?) 125 days

And the winner LTC gear... yes I got all my 823 litecoins today. No announcement, no bug, just got 823 LTC. Plain and simple.

*http://ltcgear.com?apage=282 (http://ltcgear.com?apage=282) use coupon : "anniversary1yr" for a 57% Discount.*
*PM me for an extra 50% Cash back*
*Join GAWMiners! http://bit.ly/1CaqkHT (http://bit.ly/1CaqkHT)*
*If you read this, you owe me 1 euro.*

 · ∧ -5 ∨                                    ● **tommy (/user/tommy)** posted about an hour ago

So basically this increases the value of 1 HP to 0.05USD...?
With Zens mining 17HP/day with no maintenance fee right now, this makes 0.85USD/day, right?
I see a huge price spike in Zen market prices coming ...

 · ^ 1 ⌄                                      ● **Mike270 (/user/mike270)** posted about an hour ago

@Daffy (/user/daffy) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > Also, "HashCoin" is the code name. We purchased the rights to the
> > most popular name an online currency could ever have.
>
> ⌄

How about CashCoin?

 · ^ 1 ⌄                                      ● **melsprotege (/user/melsprotege)** posted about an hour ago

just don't spend that $4 hash coin all in one place... if you've got 10,000+
primes you might just make enough to get a couple of them. :grinning:

 · ^ 0 ⌄                                      ● **paulh69 (/user/paulh69)** posted about 2 hours ago

@saenomour (/user/saenomour) said:

> @favelle75 (/user/favelle75) i just thought that we the miners and customers
> were top priority but with the details available so far it suggest otherwise
> in my opinion, i just do not see how the small guys will benefit from the
> ICO ATM

Including us miners in the ICO IS the benefit for the small guys. That's
precisely what GAW is giving us.

The thing that should happen now, if everyone believes this to be true, is for
Zens to rocket up in price. An ROI of 15-20 days is worth a lot more than $11.xx
in the marketplace, LOL.

 · ⌃ 0 ⌄      ● **favelle75 (/user/favelle75)** posted about 2 hours ago

@cryptodiego (/user/cryptodiego) i am speaking on the ICO in terms of acquiring a substantial amount that will alleviate the shortcomings recently and the pinch felt when btc dropped. the most i might be able to afford is 4 hash coins by then.

 · ⌃ 0 ⌄      ● **saenomour (/user/saenomour)** posted about 2 hours ago

I give one week past the ICO before it hits $100.

 · ⌃ 1 ⌄      ● **nixminer (/user/nixminer)** posted about 2 hours ago

@saenomour (/user/saenomour) said:

> @favelle75 (/user/favelle75) i just thought that we the miners and customers were top priority but with the details available so far it suggest otherwise in my opinion, i just do not see how the small guys will benefit from the ICO ATM

If you're mining HashPoints, how can you not see the benefit?

 · ⌃ 1 ⌄      ● **cryptodiego (/user/cryptodiego)** posted about 2 hours ago

@favelle75 (/user/favelle75) i just thought that we the miners and customers were top priority but with the details available so far it suggest otherwise in my opinion, i just do not see how the small guys will benefit from the ICO ATM

 · ⌃ 0 ⌄      ● **saenomour (/user/saenomour)** posted about 2 hours ago

@Daffy (/user/daffy) Here is a page that explains it:
http://bitcoinmagazine.com/11108/multisig-future-bitcoin/
(http://bitcoinmagazine.com/11108/multisig-future-bitcoin/)

Co-signing transactions means it needs the signatures of both your private
key and a private key of another entity before the transaction gets executed.
The neat feature of Armoury where you can have BTC that requires X
signatures from a list? It uses co-signing to accomplish that.

The wiki has a bit more technical detail ->
https://en.bitcoin.it/wiki/Contracts#Theory
(https://en.bitcoin.it/wiki/Contracts#Theory)

---

 · ⌃ 1 ⌄                   ● **prk73fw3zb (/user/prk73fw3zb)** posted about 2 hours ago

---

Is this:
http://www.coindesk.com/fidor-kraken-digital-currency-banking/
(http://www.coindesk.com/fidor-kraken-digital-currency-banking/)
Related to our HashCoin? :grinning:
Or is it just coincidence in timing? ;-p

---

 · ⌃ 0 ⌄                   ● **Mike270 (/user/mike270)** posted about 2 hours ago

---

@saenomour (/user/saenomour) said:

> @GAW_CEO (/user/gaw_ceo) Why not let your customers buy "hashcoins"
> during the ICO with btc cash or credits c ards like you are letting other
> investors do. its seems as if some will not have enough hash points at the
> rate of $0.01 to only get a few. this will force people to buy more primes
> with the hopes of racking up hashpoints well the money they spent on
> primes might not be recouped if they can only affor a few hashcoins

Probably to keep the # of cheap hash coins to a known quantity. If only
hashlets can generate them and GAW isn't really selling any more hashlets,
then they limit the number of cheap coins initially offered. Smart.

 · ∧ 0 ∨                                    ● **favelle75 (/user/favelle75)** posted about 2 hours ago

And ROI for a $34 Prime comes after 40 days - pretty much gambling on how long before the ICO Customer Round and how long Zens will be able to mine HPs

–PDQ

 · ∧ 1 ∨                                    ● **pdqtrader (/user/pdqtrader)** posted about 2 hours ago

@pdqtrader (/user/pdqtrader) ya but zen is not going to mine hp that long i say another day or 2

 · ∧ 0 ∨                                    ● **ZERO2CASH (/user/zero2cash)** posted about 2 hours ago

@saenomour (/user/saenomour) said:

> @GAW_CEO (/user/gaw_ceo) Why not let your customers buy "hashcoins" during the ICO with btc cash or credits c ards like you are letting other investors do. its seems as if some will not have enough hash points at the rate of $0.01 to only get a few. this will force people to buy more primes with the hopes of racking up hashpoints well the money they spent on primes might not be recouped if they can only affor a few hashcoins

You probably can - he mentioned before that the minimum cash purchase that has been agreed to is a million dollars. Get our your BIG credit card and you'll be all set. Otherwise, you get to buy at the public ICO price.

*HashPros.net! (https://www.hashpros.net) - @volder approved Hashlets!*

 · ∧ 1 ∨                                    ● **redacted (/user/redacted)** posted about 2 hours ago

GAWSOME!

Buy a Zen today (lots under $12 each right now)

=> it earns 17 HP/day
=> which is 0.0425 HashCoins (at 400 HP/HC)
=> which is $0.85 value at launch (at $20/HC)

ROI for a $12 Zen in 15 days! (If the customer round waits that long...)

 · ∧ 1 ∨                                    ● **pdqtrader (/user/pdqtrader)** posted about 2 hours ago

---

@favelle75 (/user/favelle75) 400
lol

 · ∧ 1 ∨                                    ● **elamigo (/user/elamigo)** posted about 2 hours ago

---

@GAW_CEO (/user/gaw_ceo) Why not let your customers buy "hashcoins"
during the ICO with btc cash or credits c ards like you are letting other
investors do. its seems as if some will not have enough hash points at the rate
of $0.01 to only get a few. this will force people to buy more primes with the
hopes of racking up hashpoints well the money they spent on primes might
not be recouped if they can only affor a few hashcoins

 · ∧ 0 ∨                                    ● **saenomour (/user/saenomour)** posted about 2 hours ago

---

@spartan (/user/spartan) said:

> @tokidoki (/user/tokidoki) said:
>
> > so 400 HP = 1 HashCoin
>
> 

?? HP are 1 cent each. If a Hash Coin costs $4, how many 1 cent coins does
that equal?

 · ∧ 1 ∨                                    ● **favelle75 (/user/favelle75)** posted about 2 hours ago

Holy wow!!! Think about this. Even if the IPO of the coin is over-inflated by 50%, that STILL puts hash points at a value of $10/4, or 2.5x its current value! Holy, eff! That is insane. So 1000 hp, instead of being worth $10, would be worth $25.

We should all be mining the f**k out of hash pool right now!!!!!!!!!!!!! Easy money.

 · ⌃ 2 ⌄                    ● **favelle75 (/user/favelle75)** posted about 2 hours ago

---

Thanks for everyone pointing me at this thread, looks like it should be great. Guess I'm in it for the long run! Go hard team *future name goes here* coin!

 · ⌃ 1 ⌄                    ● **Sam75 (/user/sam75)** posted about 2 hours ago

---

@DrNash (/user/drnash) Not that I know of. Do you know of one?

Most of the coin whitepapers I read all focused around one or two differentiating features that ultimately didn't matter:

- Proof of Stake vs Proof of Work
- Pre-Mined with Investors buying ahead of time
- 1 min block time vs 10
- X11 vs SHA256

They also all seemed to have this weird notion that confidence would be conjured out of thin air and coalesce around the coin like a fairy tale.

Nothing really caught my eye. Etherum looked interesting because the paradigm was a bit different, but had all the same problems as anything else.

 · ⌃ 0 ⌄                    ● **prk73fw3zb (/user/prk73fw3zb)** posted about 2 hours ago

---

@prk73fw3zb (/user/prk73fw3zb) Can you point me to some reading about the co-signing?

But co-signing does not mean they have control over your coins. Or does it?

*Simple things make people happy. ""FAQs, Costs/Fees, Hashpoints, Payouts, Reseller (https://hashtalk.org/topic/8872)""*

 **Daffy (/user/daffy)** posted about 2 hours ago

great news...

 **jpass022 (/user/jpass022)** posted about 2 hours ago

so we the only uses of hashpoints is hashcoin ... lets wait and see ... i thinked 1 hp - 1 hashcoin and the hashcoin price will be lower than 20$ ... in my opinion is to high the price of 20$ for a new coin ...

Edit : ... it doesnt apply anymore ... mine haspoints and you will gain more than mining
btc s ... a small calculation makes me thinking this is not higher than mi
s ... so where`s the wow from this coin?? what it will bring new to be worthing 20$ ...

*"i'm a self made millionaire, though living out of prison pistols in the air"*
*2pac 4ever*

 **dandana (/user/dandana)** posted about 2 hours ago , last edited by **dandana (/user/dandana)** about 2 hours ago

@Hashaholic (/user/hashaholic) And back to $30.78. Fast again.

● **JumboZen (/user/jumbozen)** posted about 2 hours ago

@Doomling0101 (/user/doomling0101) said:

> @spartan (/user/spartan) lol, 4 weeks is **VERY** different from 4 days. I should be able to get even more primes by 4 weeks, but not in 4 days. When I heard 4 days, I was like damn this is going by quick.

I suspect it's weeks not days.

*Simple things make people happy. ""FAQs, Costs/Fees, Hashpoints, Payouts, Reseller (https://hashtalk.org/topic/8872)""*

♥ · ∧ 1 ∨                      ● **Daffy (/user/daffy)** posted about 2 hours ago

@Daffy (/user/daffy) said:

> @prk73fw3zb (/user/prk73fw3zb) said:
>
> > @Daffy (/user/daffy) It doesn't mean a web wallet man. I think your paradigm of crypto currency is influencing how you view this one.
>
> 

I doubt it. I actually expect the opposite, it will kick mainstream acceptance of this coin into overdrive.

If someone wants ultimate control, they already have that with BTC right now, no waiting required.

I would also point out that co-signing is something that has been explicitly added to the BTC spec. Because it prevents someone from stealing all your coins if they find your key or hack your computer.

Plus losing your keys with BTC is the equivalent of losing all your money if you forget the code to your bank card. Being unable to ever reclaim BTC that has been lost is a bad thing. Means the pool of BTC will only ever get smaller unless they fix that. Also means whoever lost it is unlikely to use it again unless they absolutely had to.

What this boils down to: BTC has serious usability problems for individual people. And that will ultimately be its undoing. BTC might be likened to a technically superior MP3 player ... something that people like more will ultimately crush it.

---

❤ · ∧ 0 ∨                                    ● **prk73fw3zb (/user/prk73fw3zb)** posted about 2 hours ago

---

Friday Gawsome news, Brilliant! :grinning:

---

❤ · ∧ 0 ∨                                    ● **polarsky (/user/polarsky)** posted about 2 hours ago

---

You are real HashKing :grinning:

- - - - - - - - - - - - - - - - - - - - - - - - - -
*Love is patient, love is kind. It does not envy, . .:-)*

---

❤ · ∧ 0 ∨                                    ● **skatnimit7 (/user/skatnimit7)** posted about 2 hours ago

---

@hashslanger (/user/hashslanger) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > Hello everyone:
> >
> > ⌄

Sounds about right

---

❤ · ∧ 0 ∨                                    ● **Izerian (/user/izerian)** posted about 2 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

Hello everyone:

⌄

I now see what @GAW_CEO (/user/gaw_ceo) meant by 5:1 upside for us.

*In HashCoin we trust*
*All your hashbase are belong to us!*
*http://counterparty.io/ (http://counterparty.io/)*

♥ · ⌃ 1 ⌄                              ● **hashslanger (/user/hashslanger)** posted about 2 hours ago

---

@spartan (/user/spartan) Hell 1 month to 4 months is even better. We can dream, can't we?

♥ · ⌃ 2 ⌄                              ● **Doomling0101 (/user/doomling0101)** posted about 2 hours ago

---

@maurice (/user/maurice) thx for the info
Appreciated

♥ · ⌃ 0 ⌄                              ● **faalaking (/user/faalaking)** posted about 2 hours ago

---

Been making HPs and cannot wait to use them.

*Can you handle the Mixed?*

*RememberHashlets - Remember 9/11 forever!*

♥ · ⌃ 0 ⌄                              ● **Mixed (/user/mixed)** posted about 2 hours ago

---

@Doomling0101 (/user/doomling0101) said:

> @spartan (/user/spartan) lol, 4 weeks is **VERY** different from 4 days. I should be able to get even more primes by 4 weeks, but not in 4 days. When I heard 4 days, I was like damn this is going by quick.

Yeah i know, Josh can confirm is it day or weeks zens can mine HP on hashpool, i am hoping more than 1 week less then 4 weeks :grinning:

●  **spartan (/user/spartan)** posted about 2 hours ago , last edited by **spartan (/user/spartan)** about 2 hours ago

 · ∧ 2 ∨

Talk about "Trick or TREAT!!!!!" Aweosome brother @GAW_CEO (/user/gaw_ceo)

 · ∧ 0 ∨          ●  **Doge_Doozer (/user/doge_doozer)** posted about 2 hours ago

If one Hpoint = $0.01 then 400 Hpoints = 1HCoin ($4).

There are two rounds in ICO, one where we get to buy the premined-coins with points, the second round is the FIAT which is when Josh's $1million investors come in the picture, but at this stage the premined-coins are already at $20. Then we have two scenarios: 1 if all the coins in the premine stage are sold which most likely will be the case, ICO is considered done and coin now goes out to public here is when exchanges and all of that com into play.
OR 2 If the premine coins are not sold entirely then the remaining ones must be destroyed, then again the public stage opens.

Once goes to public we might - might not have the choice of selling it depending of some rules at the ICO, however since this coin will have steak we should all keep it gaining interests for us in our wallets and fight FIAT together, our coin will be more valuable and we will potentiate our asset.

ps: @GAW_CEO (/user/gaw_ceo) Id like to be part of hashbase beta.

 · ∧ 0 ∨          ●  **elamigo (/user/elamigo)** posted about 2 hours ago

@spartan (/user/spartan) lol, 4 weeks is *VERY* different from 4 days. I should be able to get even more primes by 4 weeks, but not in 4 days. When I heard 4 days, I was like damn this is going by quick.

♥ · ^ 0 ∨                                    ● Doomling0101 (/user/doomling0101) posted about 2 hours ago

how many accounts thIs guy got?
ALOT

♥ · ^ 0 ∨                                    ● tudela (/user/tudela) posted about 2 hours ago

Great news... Future of mining, we are coming ^_^

♥ · ^ 0 ∨                                    ● wuzz (/user/wuzz) posted about 2 hours ago

@spartan (/user/spartan) thats good
black friday is day after thanksgiving

♥ · ^ 0 ∨                                    ● ZERO2CASH (/user/zero2cash) posted about 2 hours ago

@ZERO2CASH (/user/zero2cash) @dkbay (/user/dkbay) i thought days too but @Allen1980s (/user/allen1980s) & @Ben360 (/user/ben360) mentioned its weeks, @GAW_CEO (/user/gaw_ceo) can you confirm its more than 1 less than 4 weeks we can still mine HP:-)

● spartan (/user/spartan) posted about 2 hours ago , last edited by spartan (/user/spartan) about 2 hours ago

♥ · ^ 1 ∨

@GAW_CEO (/user/gaw_ceo) Long time with no additional speed
think it's time, so we can get more hashpoint :smile:

*Simply sign-up and receive the free coins every day. There is no limit.*
*https://qoinpro.com/1b1b3210cffab09e4fa2e797dd9cef4e*
*(https://qoinpro.com/1b1b3210cffab09e4fa2e797dd9cef4e)*
*Build an amazing town and win REAL CASH*
*www.goldentowns.com/?i=118003 (http://www.goldentowns.com/?i=118003)*
*Cointellect code http://cointellect.com/?code=05f180cc (http://cointellect.com/?code=05f180cc)*

♥ · ∧ 1 ∨  **danes1 (/user/danes1)** posted about 2 hours ago

and our benefits from the hashcoin will be ?... i still cant get that ...

*"i'm a self made millionaire, though living out of prison pistols in the air"*
*2pac 4ever*

♥ · ∧ 1 ∨  **dandana (/user/dandana)** posted about 2 hours ago

Friggen awesome!!

♥ · ∧ 1 ∨  **Dogepound (/user/dogepound)** posted about 2 hours ago

the original black Friday was October Friday 13. It was the day all the knight Templars were executed in the 1300s I think but that's where black Friday comes from.
from the dept of useless information dept lol

In Scotland any Friday that lands on the 13th of any month is called black friday

● **Bigred95 (/user/bigred95)** posted about 2 hours ago , last edited by **Bigred95 (/user/bigred95)** about 2 hours ago

♥ · ∧ 0 ∨

@faalaking (/user/faalaking) said:

> Whn is black friday ?

Black Friday is the day after Thanksgiving Day in the USA and falls on the Friday after the fourth Thursday in November.

November 28 2014

Origin:
"Black Friday" as a term has been used in multiple contexts, going back to the 19th century, where in the United States it was associated with a financial crisis of 1869. The earliest known use of "Black Friday" to refer to shopping on the day after Thanksgiving was made in a public relations newsletter from 1961 that is clear on the negative implications of the name and its origin in Philadelphia

● **maurice (/user/maurice)** posted about 2 hours ago , last edited by **maurice (/user/maurice)** about 2 hours ago

❤ · ∧  1 ∨

> @bandido (/user/bandido) said:
> cool more promises,i just want real ROI, las time i heared promises was about how much primes price will go up..... (/me looks at the market place) and that was before we were promised SHA mining for primes (do you remember that)
>
> ∨

you forgot the zenpool negociations

❤ · ∧  1 ∨                                     ● **tudela (/user/tudela)** posted about 2 hours ago

Whn is black friday ?

❤ · ∧  1 ∨                                 ● **faalaking (/user/faalaking)** posted about 2 hours ago



@nixminer (/user/nixminer) you mean next friday

♥ · ∧ 0 ∨                                    ● **ZERO2CASH (/user/zero2cash)** posted about 2 hours ago

@prk73fw3zb (/user/prk73fw3zb) I have a silly question that may put things in perspective for a lot of us....
Is there any other cryptocurrency that is backed up by a central bank that can stabilize the wild swings in the market?

♥ · ∧ 1 ∨                                    ● **DrNash (/user/drnash)** posted about 2 hours ago

I had a wicked thought, black friday ICO?

♥ · ∧ 1 ∨                                    ● **nixminer (/user/nixminer)** posted about 2 hours ago

Just read through all the posts. Really really sweet news, this is a happy Halloween treat from GAW to us all!

Now go grab some ZEN/Primes if you can. Can¨t wait to hear the full official announcement rather than this pre-announcement teaser :wink:

♥ · ∧ 0 ∨                                    ● **c4 (/user/c4)** posted about 2 hours ago

@dkbay (/user/dkbay) another thing without reading through over 300 threats , are we limited to the amount we can get with the HP

♥ · ∧ 1 ∨                                    ● **ZERO2CASH (/user/zero2cash)** posted about 2 hours ago

@prk73fw3zb (/user/prk73fw3zb) said:

> @Daffy (/user/daffy) It doesn't mean a web wallet man. I think your paradigm of crypto currency is influencing how you view this one.
>
> ⌄

And exactly that will be the death of the coin if this ever happens. Because nobody wants someone else to control their wallet or have even the slightest power over it.

*Simple things make people happy. ""FAQs, Costs/Fees, Hashpoints, Payouts, Reseller (https://hashtalk.org/topic/8872)""*

♥ · ⌃ 1 ⌄                          ● **Daffy (/user/daffy)** posted about 2 hours ago

<---- Fat Kid in a HashCoin store!

♥ · ⌃ 2 ⌄                          ● **tsbuckeye (/user/tsbuckeye)** posted about 2 hours ago

This post is deleted!

♥ ·
⌃ 0                ● **tudela (/user/tudela)** posted about 2 hours ago , last edited by **tudela (/user/tudela)** about 2 hours ago
⌄

@ZERO2CASH (/user/zero2cash) He said over 1 day but under 4 days

♥ · ⌃ 0 ⌄                          ● **dkbay (/user/dkbay)** posted about 2 hours ago

@GAW_CEO (/user/gaw_ceo) will an android wallet be released by GAW ?

 · ^ 1 ⌄                                          ● **savagebuddz (/user/savagebuddz)** posted about 2 hours ago

@dandana (/user/dandana) said:

> so for now ... the final price is how much hp / 1hashcoin ?

I believe it will be around 400 each as each one is 0.01 each. Or there abouts.

 · ^ 1 ⌄                                          ● **Eurobit (/user/eurobit)** posted about 2 hours ago

@GAW_CEO (/user/gaw_ceo) quick question how much time do we have till the ICO to accumulate HP

 · ^ 0 ⌄                                          ● **ZERO2CASH (/user/zero2cash)** posted about 2 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Daffy (/user/daffy) said:
>
>> @prk73fw3zb (/user/prk73fw3zb) All good and well but that would mean a web wallet and that will mean a lot of people are not going to like it. And we all know what dangers lie in a web wallet. I would have a wallet on my Own PC where i can make sure i can protect it. And if it is breached it will be my own fault.
>
> 

My private keys are MINE :laughing:

 · ^ 1 ⌄                                          ● **theGnome (/user/thegnome)** posted about 2 hours ago

@Daffy (/user/daffy) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > Also, "HashCoin" is the code name. We purchased the rights to the most popular name an online currency could ever have.
>
> 

You don't think they purchased the rights to Bitcoin do you? I mean you could have 2 Bitcoins just like you have 2 credit cards but there both named Visa

♥ · ∧ 1 ∨      ● **CritterDog (/user/critterdog)** posted about 2 hours ago

@dandana (/user/dandana)
1 HC = 400 HP

*BTC: 1PCq7cBx28nsxbPuTfETPMRoFmWYXA9sWH*

♥ · ∧ 2 ∨      ● **Nico (/user/nico)** posted about 2 hours ago

The whole thing is great, still can have the crypto you like and both, so bit is black and HC is white :grinning:

♥ · ∧ 0 ∨      ● **maurice (/user/maurice)** posted about 2 hours ago

so for now ... the final price is how much hp / 1hashcoin ?

*"i'm a self made millionaire, though living out of prison pistols in the air"*
*2pac 4ever*

♥ · ∧ 0 ∨      ● **dandana (/user/dandana)** posted about 2 hours ago

cool ? if this is real ...... holy crap

 · ∧ 0 ∨ ● **SKagt (/user/skagt)** posted about 2 hours ago

@GAW_CEO (/user/gaw_ceo) Oh my god. Finally someone in the Crypto world has finally got it.

Nothing against any of the other pioneers of course. But this is the real kickstart this industry needs.

 · ∧ 3 ∨ ● **Eurobit (/user/eurobit)** posted about 2 hours ago

@Jamrock (/user/jamrock) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @Nico (/user/nico) said:
> >
> > ∨

Some CCs charge as high as 7% currently. It is a problem that banks have been worrying about, when compared to block chain transactions and the low transaction cost. :grinning:

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 0 ∨ ● **Allen1980s (/user/allen1980s)** posted about 2 hours ago

@Daffy (/user/daffy) It doesn't mean a web wallet man. I think your paradigm of crypto currency is influencing how you view this one.

They are designing a crypto from the ground floor. They can retain the master-key to the state of their coin world as it were and still let everyone else submit transactions to the network. They would just retain a mechanism

to respond to legal orders. Would probably mean they have to co-sign every transaction ... which is why anyone who owns primes will make money from the transaction fees.

❤ · ∧ 0 ∨          ● **prk73fw3zb (/user/prk73fw3zb)** posted about 2 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> you will be able to use a normal downloadable wallet.

Perfect.

*Simple things make people happy. ""FAQs, Costs/Fees, Hashpoints, Payouts, Reseller (https://hashtalk.org/topic/8872)""*

❤ · ∧ 1     ● **Daffy (/user/daffy)** posted about 2 hours ago , last edited by **Daffy (/user/daffy)** about 2 hours ago
∨

@misifu (/user/misifu) said:

> @bandido (/user/bandido) said:
>
> > cool more promises,i just want real ROI, las time i heared promises was about how much primes price will go up..... (/me looks at the market place) and that was before we were promised SHA mining for primes (do you remember that)
>
> ⌄

wow @bandido (/user/bandido) shadow banned already, you touched some nerves i guess...

❤ · ∧ 3 ∨          ● **PACh (/user/pach)** posted about 2 hours ago

@prk73fw3zb (/user/prk73fw3zb) said:



You are correct. That aspect has not escaped my attention. Cryptos, in general, lack legitimacy. Although many out there have pointed to the lack of centralization of any of these coins, having a pseudo central bank to protect and stabilize the valuation of HC will indeed create a "storage of value" that many experts have cited as the main weakness of BTC. BTC is great if you want to move several million USD to another country without having to deal with currency controls and other legal aspects. You are very astute in recognizing this, what you have posted in your post. :grinning:

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 0 ∨                    ● **Allen1980s (/user/allen1980s)** posted about 2 hours ago

@Daffy (/user/daffy) said:

> @prk73fw3zb (/user/prk73fw3zb) All good and well but that would mean a web wallet and that will mean a lot of people are not going to like it. And we all know what dangers lie in a web wallet. I would have a wallet on my Own PC where i can make sure i can protect it. And if it is breached it will be my own fault.

you will be able to use a normal downloadable wallet.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 · ∧ 7 ∨                    ● **GAW_CEO (/user/gaw_ceo)** posted about 2 hours ago

@Allen1980s (/user/allen1980s) said:

> @Nico (/user/nico) said:
>
>> @GAW_CEO (/user/gaw_ceo) If the HashCoin value is guaranteed by
>> assets stored on bank accounts, you should use Swiss Franc (CHF)
>> or other strong foreign currencies instead of USD because it is losing
>> value over time and it could collapse (monetary policy, USA debt,
>> etc...)
>
> ⌄

Good points. BTC has swung wildly like that within the span of minutes. From
even a consumer point of view 1 minute you can afford something the next
minute you can't. It happened to me when I went for my first 100 primes. BTC
fell then I had to wait patiently for BTC to go up just enough to get the first
batch.

From a merchant point of view this should be a win for them. I'm thinking this
will save them tons in transaction fees. CC fees hover in the 3% range.
Whether a transaction is $10 or $10000 the fee for using Hashcoin would be
the same.

 · ︿ 0 ﹀        ● Jamrock (/user/jamrock) posted about 2 hours ago

---

I'm soooooo glad I stayed with gaw

*BleuTrade Exchange - 2FA - Buy Exchange Shares - Trade 100 Altcoins - https://bleutrade.com/exchange/7482
(https://bleutrade.com/exchange/7482)*

*Share Dividend Every 4 Hours in 100 Different Altcoins - Auto Sell For BTC/LTC/DOGE/HTML5 or Even Your
Favorite Coin*

*Very Arbitrage Friendly*

 · ︿ 2 ﹀        ● One Love (/user/one-love) posted about 2 hours ago

@prk73fw3zb (/user/prk73fw3zb) All good and well but that would mean a web wallet and that will mean a lot of people are not going to like it. And we all know what dangers lie in a web wallet. I would have a wallet on my Own PC where i can make sure i can protect it. And if it is breached it will be my own fault.

*Simple things make people happy.* *"FAQs, Costs/Fees, Hashpoints, Payouts, Reseller (https://hashtalk.org/topic/8872)"*

❤ · ︿ 0 ﹀                                              ● **Daffy (/user/daffy)** posted about 2 hours ago

@Mpat120 (/user/mpat120) said:



(https://i.imgur.com/URw1Z5y.jpg)

Yep just picked up several cheap ones myself

 ● **Primer (/user/primer)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) you and grinning on Halloween only mean the night getting scarier...

*HashPros.net! (https://www.hashpros.net)* - @volder approved Hashlets!

    ○ *https://gawminers.hasoffers.com/signup/1490 (https://gawminers.hasoffers.com/signup/1490) Gen Mining Discount code..1pCEB5*

*http://ltcgear.com?apage=646 (http://ltcgear.com?apage=646)*

*"Free Bitcoins every 24 hours contact me"*

 ● **GullyGodOSF (/user/gullygodosf)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) OMG, this is different from the rumors we have been hearing, many have talked how this will be centralized. Now we hear it will be DEceneteralized, GAWsome.

 ● **Doomling0101 (/user/doomling0101)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
>> @GAW_CEO (/user/gaw_ceo) said:
>>
>> 

@Allen1980s (/user/allen1980s) If you read between the lines here ... there is something else that @GAW_CEO (/user/gaw_ceo) 's coin will have that no other will ever have - Built in Legal Legitimacy.

Governments are only unhappy about bitcoin because it is immune to a lot of forms of legal power. Having a central issuing bank that can respond to legal orders is actually a really good thing. If you got hit by a bus on your way to

work tomorrow without leaving your crypto keys where your heirs could find them, you are hooped. A bank can fix that problem by overriding the system, and moving your money to your heirs.

Everyone knows the example of rich jerkwads who funnel money to people blowing things up. Those cases are a really small percentage of what a bank would deal with. Most of the time a bank is going to be dealing with the small mundane issues like someone inheriting your assets on your death, or freezing them if there were criminal proceedings.

If there is a central bank for the crypto currency in the picture that can mitigate these issues, governments will accept it much more readily. This is probably the reason GAW can attract all these investors in the first place, their fears of costly legal problems with BTC don't exist with this coin.

---

 · ∧ 0 ∨      ● **prk73fw3zb (/user/prk73fw3zb)** posted about 3 hours ago

---

@Daffy (/user/daffy) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > Also, "HashCoin" is the code name. We purchased the rights to the most popular name an online currency could ever have.
>
> 

dunno, but something is going on over at Goldcoin, they are on about some changes.... pure speculation on my part though

*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

---

 · ∧ 0 ∨      ● **Hillbilly (/user/hillbilly)** posted about 3 hours ago



(https://i.imgur.com/URw1Z5y.jpg)

*WOOF! WOOF! Thats my other dog impression!*

 · ⌃ 2 ⌄                    ● **Mpat120 (/user/mpat120)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @barry8193 (/user/barry8193) said:
>
> > @GAW_CEO (/user/gaw_ceo) one question I think a few people want to
> > no. How many days or weeks do we have left to mine some more
> > hash points?
>
> ⌄

Thats weeks right?

 ● **docata (/user/docata)** posted about 3 hours ago

@Daffy (/user/daffy) I agree, HashCoin is kinda weak. Now then, what will it be??????

 ● **Primer (/user/primer)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> Also, "HashCoin" is the code name. We purchased the rights to the most popular name an online currency could ever have.

Now this is good news. So that means my idea about another name was not so strange. But now what could it be.

*Simple things make people happy. ""FAQs, Costs/Fees, Hashpoints, Payouts, Reseller (https://hashtalk.org/topic/8872)""*

 ● **Daffy (/user/daffy)** posted about 3 hours ago

I've bought so many cheap zenlets over the past few days. After this ICO and stuff, when zenpool goes back up to old days as GAWCEO stated, we're in for a treat :D
It pays to stick here, and not sell, I plan on being proof of that!

*Fastest ROI on net: http://ltcgear.com?apage=166 (http://ltcgear.com?apage=166), use code: anniversary1yr + pay in BTC for 58% off -> 5$/MH! No fees*
*I have ROI'd in 6 weeks, now making $! I will gladly send you 50$ back if you use my link. Mssg me with any questions :)*

 ● **SS2006 (/user/ss2006)** posted about 3 hours ago , last edited by **SS2006 (/user/ss2006)** about 3 hours ago

I so hope referrals could take advantage of hashpoint mining too.. This news is just too good for them to miss.. For sure this would get Gaw hundreds or thousands of new customers..

*http://ltcgear.com?apage=461 (http://ltcgear.com?apage=461) . ROI in 6-8 weeks . Use coupon "anniversary1yr" and pay with bitcoins to get 57% off . Additional 5% off when you purchase thru my link :)*

 · ⌃ 0 ⌄

● **rhegz (/user/rhegz)** posted about 3 hours ago

---

Blimey Guv, that's why I call Friday night news, mi whippets 'r runnin in circles with excitement :wink:

*Hashie - initial 10GH/s free and cheap as chips with offers: https://hashie.co/t?p=1135&v=a06 (https://hashie.co/t?p=1135&v=a06)*

 · ⌃ 0 ⌄

● **Drobb07 (/user/drobb07)** posted about 3 hours ago

---

@viitman (/user/viitman) said:

> @Hashaholic (/user/hashaholic) said:
>
> > That was fast. primes hit a low of $28 today.......now the cheapest is $33 lol. that was fast!
>
> ⌄

i got a bunch for $29.5 as well :grinning:

*BTC: 17MQ9eH3TMvgCEpP3RF4zBYQEJJgLEbBbF*

 · ⌃ 1 ⌄

● **Hashaholic (/user/hashaholic)** posted about 3 hours ago

---

@Hashaholic (/user/hashaholic) said:

> That was fast. primes hit a low of $28 today.......now the cheapest is $33 lol. that was fast!

Yep, I got 5 @ sub 32 including buyers fee, couldn't move any more BTC till Sunday BAHHHHHHHHHHHHHHHH!!!!

*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

❤ · ∧ 0 ∨     ● **Hillbilly (/user/hillbilly)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) So every 400HP is worth $20? cool :grinning:

*"You can't see your own items on the market because too many people were buying THEIR OWN Hashlets when it started." - Blazecoin*

*Every HP is 0.05$ - We can buy Hashcoin at $4 and public price will be $20+*
*Every 400HP is worth $20+*

❤ · ∧ 1 ∨     ● **perceptor_mc (/user/perceptor_mc)** posted about 3 hours ago

---

@Nico (/user/nico) said:

> @GAW_CEO (/user/gaw_ceo) If the HashCoin value is guaranteed by assets stored on bank accounts, you should use Swiss Franc (CHF) or other strong foreign currencies instead of USD because it is losing value over time and it could collapse (monetary policy, USA debt, etc...)
>
> ∨

This may not be very viable "directly." They will have, as an aspect of the entire conglomerate of business entities/department, an exchange that will allow all currencies to purchase HC. This is the impression I am getting from the answers. Additionally, there will be a "bank" that will manage, to some degree, the valuation of HC in the open market, preventing the coin from getting too pricey, to quickly, as well as prevent the coin from going below a certain threshold in pricing. The reason for this is that you have a merchant circle involved who need a stable currency in order to facilitate sales. If you have BTC instead of HC, there is currently no mechanism to stabilize the coin in the markets. Hence, the reason BTC is $1000 per coin one month, and $290

dollars another month. This is the base reason why many vendors have not accepted BTC as a currency. This model gives them the level of stability to accept crypto into the world of fiat on an equal footing.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 4 ∨      ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

@Hashaholic (/user/hashaholic) said:

> That was fast. primes hit a low of $28 today.......now the cheapest is $33 lol. that was fast!

Yep. Glad I bought some more at $29,50 each! just in time!

*. (http://) - @viitman*

 · ∧ 0 ∨      ● **viitman (/user/viitman)** posted about 3 hours ago

That was fast. primes hit a low of $28 today.......now the cheapest is $33 lol. that was fast!

*BTC: 17MQ9eH3TMvgCEpP3RF4zBYQEJJgLEbBbF*

 · ∧ 2 ∨      ● **Hashaholic (/user/hashaholic)** posted about 3 hours ago

@gawCEO (/user/gawceo)

I still would like to know the following

1. What is the conversion rate for Hashpoints to Hashcoins?

2. Where will we be able to exchange Hashcoins to US Dollars, Euros etc...

3. Where/How we will be able to take advantage of the $4.00/Hashcoin offer?

I know you have to work out some details with the legal dept./marketing dept./investor dept. etc...

But I much rather get facts rather then vague announcements

I am very excited about this new plan of yours and started mining only at the hashpoints pool since you first announced the idea but I would like to get some real facts ( hopefully soon)

Thanks for your time and happy Halloween ...

 **orenjuice5 (/user/orenjuice5)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) This is brilliant news and makes my frustration at not being able to buy units with points a lot easier :grinning: Hopefully people will thankyou for this in the long run - Tom

*"You can't see your own items on the market because too many people were buying THEIR OWN Hashlets when it started." - Blazecoin*

*Every HP is 0.05$ - We can buy Hashcoin at $4 and public price will be $20+*
*Every 400HP is worth $20+*

 **perceptor_mc (/user/perceptor_mc)** posted about 3 hours ago

---

Great! Now I will never get to sleep tonight. This is exciting! :grinning:

 **tsbuckeye (/user/tsbuckeye)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @Skatter (/user/skatter) said:
>
>> not very pleasing for non US residents?
>
> 

Not very pleasing for non-US residents ? What does that mean ?

 · ^ 0 ∨                                   ● **Zippydoodles (/user/zippydoodles)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo)

If the HashCoin value is guaranteed by assets stored on bank accounts, you should use Swiss Franc (CHF) or other strong foreign currencies instead of USD because it is losing value over time and it could collapse (monetary policy, USA debt, etc...)

Please forgive me for my poor English :frowning:



(https://i.imgur.com/l6YYfNg.png)

*BTC: 1PCq7cBx28nsxbPuTfETPMRoFmWYXAgsWH*

---

 · ^ 1 ∨                                   ● **Nico (/user/nico)** posted about 3 hours ago , last edited by **Nico (/user/nico)** about 3 hours ago

nice one!

---

*Hashie - Get a FREE Cloud Miner - Newbie Friendly - LIMITED OFFER ☆·°˚·(^O^)/·˚°·☆ (http://smarturl.it/hashie)*

---

 · ^ 0 ∨                                   ● **tokidoki (/user/tokidoki)** posted about 3 hours ago

@Hillbilly (/user/hillbilly) Thanks for the explanation through PM. Good man

---

*Fastest ROI on net: http://ltcgear.com?apage=166 (http://ltcgear.com?apage=166), use code: anniversary1yr + pay in BTC for 58% off -> 5$/MH! No fees*
*I have ROI'd in 6 weeks, now making $! I will gladly send you 50$ back if you use my link. Mssg me with any questions :)*

❤ · ∧ 0 ∨                    ● **SS2006 (/user/ss2006)** posted about 3 hours ago

---

Ok I will shutup and mine hashpoints now.

-Scoundrel

❤ · ∧ 2 ∨                    ● **BlackScoundrel (/user/blackscoundrel)** posted about 3 hours ago

---

Very interesting...oh my way to reinvesting!

❤ · ∧ 1 ∨                    ● **highhigh (/user/highhigh)** posted about 3 hours ago

---

I am also glad for a name change. sounds exciting

---

*http://freedoge.co.in/?r=45081 (http://freedoge.co.in/?r=45081) Dogecoin and Bitcoin Faucets. Chance to win $200 every hour with the option to multiply your winnings. http://freebitco.in/?r=234006 (http://freebitco.in/?r=234006)*

❤ · ∧ 1 ∨                    ● **RCSpades (/user/rcspades)** posted about 3 hours ago

---

@coinophrenic (/user/coinophrenic) said:

> @Hillbilly (/user/hillbilly) Good assessment IMHO!

Thank you. Also hopefully we see BTCs blockchain start to be used more and more for contact work, public ledgers and the myriad of other things it is capable of. HC will be Yin to BTCs Yang

*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

❤ · ⌃ 1 ⌄                          ● **Hillbilly (/user/hillbilly)** posted about 3 hours ago

---

just read the edited first post. hashcoin was a code name! wow. Thats epic. Im glad because if i said hashcoin to anyone i know they will think of pot. lol

*BTC: 17MQ9eH3TMvgCEpP3RF4zBYQEJJgLEbBbF*

❤ · ⌃ 2 ⌄                          ● **Hashaholic (/user/hashaholic)** posted about 3 hours ago

---

@bassdude (/user/bassdude) said:

> @GAW_CEO (/user/gaw_ceo) still no answer to the will 400 Hp be able to purchase the $4 coin befor it goes public

Yes I believe that is what he is saying. $4 or less actually. So we will be in an initial offering before it goes public with a choice to buy at $4 or less per `HashCoin`.

*"HashCoin will go public for just over $20 a coin. Our customer ICO HashPoint round will be at less than $4 a coin"*

❤ · ⌃ 1 ⌄                          ● **MiCa (/user/mica)** posted about 3 hours ago

---

This is call a sunrise..

❤ · ⌃ 1 ⌄                          ● **naeem (/user/naeem)** posted about 3 hours ago

@Hillbilly (/user/hillbilly) Good assessment IMHO!

-----

*"Never hold discussions with the monkey when the organ grinder is in the room." - Sir Winston Churchill*

-----

♥ · ︿ 1 ﹀                                    ● **coinophrenic (/user/coinophrenic)** posted about 3 hours ago

-----

@bassdude (/user/bassdude) said:

> @GAW_CEO (/user/gaw_ceo) still no answer to the will 400 Hp be able to purchase the $4 coin befor it goes public

Do the math.. each hashpoint is $0.01 X 400 = $4

-----

*. (http://) - @viitman*

-----

♥ · ︿ 1 ﹀                                    ● **viitman (/user/viitman)** posted about 3 hours ago

-----

@Karmacoma (/user/karmacoma) said:

> omg will hascoin kill btc???

I doubt it, BTC will become a wealth storage vehicle while HC(or whatever it is going to be called) will be the daily spender. LTC maybe dead though.

-----

*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

-----

♥ · ︿ 2 ﹀                                    ● **Hillbilly (/user/hillbilly)** posted about 3 hours ago

-----

Just went through the whole thread. Wow. That's all I can say right now.

I'd love to implement the system in a couple of websites and am eager to see the whitepapers.

-----

♥ · ︿ 1 ﹀                                    ● **Bolk (/user/bolk)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) still no answer to the will 400 Hp be able to purchase the $4 coin befor it goes public

*http://www.harvestcrypto.com (http://www.harvestcrypto.com)*
*New Zealand Crypto Mining Pools*

*GAW Miner Affiliat http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1286*
*(http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1286)*

*Like our facebook page https://www.facebook.com/harvestcrypto (https://www.facebook.com/harvestcrypto)*

❤ · ∧ 0 ∨                                    ● **bassdude (/user/bassdude)** posted about 3 hours ago

---

@Ben360 (/user/ben360) @Allen1980s (/user/allen1980s) 2-3 weeks zens mining HP is great, thank you @GAW_CEO (/user/gaw_ceo) :grinning:

● **spartan (/user/spartan)** posted about 3 hours ago , last edited by **spartan (/user/spartan)** about 3 hours ago

❤ · ∧ 1 ∨

---

@Skatter (/user/skatter) said:

> how does HC differentiate between to any other crypto coin? seems to be another pump and dump situation about to happen

Try reading previous post on this thread and you will have your answer :grinning:

❤ · ∧ 1 ∨                                    ● **Primer (/user/primer)** posted about 3 hours ago

---

omg will hascoin kill btc???

*zeushash is now live, try it out https://zeushash.com?refer=1k9dd5 (https://zeushash.com?refer=1k9dd5)*

❤ · ∧ 1 ∨                                    ● **Karmacoma (/user/karmacoma)** posted about 3 hours ago

@SS2006 (/user/ss2006) said:

> NIce! So wait is hashcoin not the final name?
> Also, I don't understand FIAT rounds too well, is the 20$ per coin likely?
> isn't there a chance some guy lists his for 10$ just to sell first, then
> someone under cuts him and so on and they drive the price down

short answer: no

*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

 · ∧ 2 ∨                          ● **Hillbilly (/user/hillbilly)** posted about 3 hours ago

---

@Ben360 (/user/ben360) said:

> @spartan (/user/spartan) I think @GAW_CEO (/user/gaw_ceo) meant we can
> mine mine HP for another few weeks not days..... or at least I hope that is
> what he meant!

He originally said two to three weeks.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 2 ∨                          ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

---

NIce! So wait is hashcoin not the final name?
Also, I don't understand FIAT rounds too well, is the 20$ per coin likely? isn't
there a chance some guy lists his for 10$ just to sell first, then someone under
cuts him and so on and they drive the price down. Or is there a way to set a
minimum limit

*Fastest ROI on net: http://ltcgear.com?apage=166 (http://ltcgear.com?apage=166), use code: anniversary1yr + pay in BTC for 58% off -> 5$/MH! No fees*
*I have ROI'd in 6 weeks, now making $! I will gladly send you 50$ back if you use my link. Mssg me with any questions :)*

● **SS2006 (/user/ss2006)** posted about 3 hours ago , last edited by **SS2006 (/user/ss2006)** about 3 hours ago

❤ · ⌃ 0 ⌄

@GAW_CEO (/user/gaw_ceo) said:

> @MiCa (/user/mica) said:
>
> > Can someone give a deeper explanation of how this will work.
>
> ⌄

Thanks team! :grinning:

❤ · ⌃ 0 ⌄      ● **MiCa (/user/mica)** posted about 3 hours ago

I wonder how many people are going to want to jump off a bridge tomorrow

*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

❤ · ⌃ 3 ⌄      ● **Hillbilly (/user/hillbilly)** posted about 3 hours ago

@spartan (/user/spartan) I think @GAW_CEO (/user/gaw_ceo) meant we can mine mine HP for another few weeks not days..... or at least I hope that is what he meant!

❤ · ⌃ 1 ⌄      ● **Ben360 (/user/ben360)** posted about 3 hours ago

@MiCa (/user/mica) said:

> Can someone give a deeper explanation of how this will work.
>
> ⌄

I will put something together soon and post it for everyone, based on the exchange of questions and answers here

---

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

---

♥ · ∧ 0 ∨                                    ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

---

@MiCa (/user/mica) said:

> Can someone give a deeper explanation of how this will work.
>
> ⌄

==@Allen1980s (/user/allen1980s) will be putting all this together soon==

---

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

---

♥ · ∧ 3 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

Can someone give a deeper explanation of how this will work.

So does the coin have a floor of $20 but it can reach a higher value based on demand or is the coin worth a flat value of $20 in which case can the price of it rise and how?

---

♥ · ∧ 2 ∨                                    ● **MiCa (/user/mica)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
>
> ⌄

Okay

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

❤ · ⌃ 0 ⌄                                            ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @Allen1980s (/user/allen1980s) said:
> >
> > ⌄

yes sir

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

❤ · ⌃ 0 ⌄                                            ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo)

Any idea when we can use our hashlets as collateral? It would be nice to go
buy up some of those cheap primes and zen's.

*http://outdoortrailcams.com/ (http://outdoortrailcams.com/)*

❤ · ⌃ 0 ⌄                                            ● **tony54 (/user/tony54)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ⌄

Okay I will no problem. Where do you want it? In Hashlets?

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

❤ · ∧ 1 ∨                                    ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) can we indonesian poeple get hashcard?

***Facebook (https://facebook.com/ultramen.tilut)*** *- @GAWsome Hashlets!*
***Help My BTCjam loan (https://btcjam.com/listings/25031-hashlet-prime-purchase-5%25)***

*Donate ≈ 1DXTDq4dGLZ3eFZ47mCK1GxUGHybmoRiVs*

❤ · ∧ 2 ∨                                    ● **ultramen (/user/ultramen)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) if zens can only mine HP for another 3/4 days
does that mean zen pool rates will be returning back to previous rates in 3/4
days?

❤ · ∧ 0 ∨                                    ● **spartan (/user/spartan)** posted about 3 hours ago

---

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > Can one of our community leaders take all the questions and my
> > answers here and put them in to one post, to make it easier for
> > people to find them
>
> 

can you make a post and bring them all together? You understand this stuff
well

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

♥ · ∧ 2 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> Hello everyone:
>
> ⌄

@GAW_CEO (/user/gaw_ceo) can i guess the name? BIT?
Second Chance! NET

Although in other of my posts i suggested the use of Prime. ^_^

♥ · ∧ 0 ∨                                  ● **Renovatio (/user/renovatio)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) any thoughts on my one boss?

*http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104 (http://gawminers.go2cloud.org/aff_c?
offer_id=34&aff_id=1104)*

♥ · ∧ 0 ∨                                    ● **hjb7683 (/user/hjb7683)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> Can one of our community leaders take all the questions and my answers
> here and put them in to one post, to make it easier for people to find them

Smart idea. How about a PDF too? LOL

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

♥ · ∧ 2 ∨                                    ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

Can one of our community leaders take all the questions and my answers
here and put them in to one post, to make it easier for people to find them

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 9 ∨     ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) Sweeeeet, get your hashpoints while you can :grinning:

❤ · ∧ 0 ∨     ● **Paulio (/user/paulio)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Skatter (/user/skatter) said:
>
> > not very pleasing for non US residents?
>
> ∨

Asia? Philippines in particular... :grinning:

❤ · ∧ 0 ∨     ● **jomac21 (/user/jomac21)** posted about 3 hours ago

ohhh.. boy ... i wish i can mine my gens with hashpoints :grinning:

*Forever Young :)*
*you want free dogecoin? freeroll in https://pokershibes.com/?ref=dogblade (https://pokershibes.com/?ref=dogblade)*
*I'LL BUY YOUR GENESIS HASLET FASTER THAN THE SPEED OF LIGHT :).*
*BUT OF COURSE BELOW HASHMARKET PRICE. boyaaaahhhh!!!....*

❤ · ∧ 1 ∨     ● **hashblader (/user/hashblader)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:



@Skatter (/user/skatter) said:

> not very pleasing for non US residents?

∨

Do you know if walmart will be accepting this over their entire market, asking as a uk miner. could be nice to buy a new tv in hashcoin from asda :grinning:

*http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104)*

♥ · ∧ 2 ∨                    ● **hjb7683 (/user/hjb7683)** posted about 3 hours ago

This post is deleted!

♥ · ∧ 0 ∨                    ● naeem (/user/naeem) posted about 3 hours ago

I've found the pied piper!!! it's josh. he will drive all the rats away.

he's the doubternator

*Rats, Rats..... theres Rats everywhere. Aaarrgghhh*

♥ · ∧ 1 ∨                    ● **Andrew_French (/user/andrew_french)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @VCollective (/user/vcollective) said:
>
> > @VCollective (/user/vcollective) said:
>
> ∨

Think of the bank. The number of HC is dependent on the needs of the

market at any given period of time. Primes are like the printing presses for Fiat. That is the example. You print money as it is needed. If the commercial markets need more currency now, then the printing presses pump out at a faster pace, otherwise at a slower pace. This is really no different from a scrypt pool. Up and down, up and down.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 ♥ · ∧ 1 ∨                        ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

@Mpat120 (/user/mpat120) said:

> +1000 @GAW_CEO (/user/gaw_ceo) make it rain for the folks that believe it can be done!

Be nice for miners to finally win one rather then the fat cats right? :grinning:

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ∧ 18 ∨                        ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

+1000 @GAW_CEO (/user/gaw_ceo) make it rain for the folks that believe it can be done!

*WOOF! WOOF! Thats my other dog impression!*

♥ · ∧ 1 ∨                        ● **Mpat120 (/user/mpat120)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) Great news because I bought all my Primes for $50 :grinning:

♥ · ∧ 5 ∨                        ● **Ben360 (/user/ben360)** posted about 3 hours ago

@Mutant (/user/mutant) wonders off to find Abacus.

So if I hit 100000HP which is more than likely what I will hit at 400HP per coin is 250 coins at $4 per coin being $1000
turning that into a $4000 profit sounds rather nice.

*https://gawminersaustralia.org (https://gawminersaustralia.org)*
*https://www.facebook.com/gawminersaustralia (https://www.facebook.com/gawminersaustralia)*

♥ · ∧ 0 ∨                                            ● **Mutant (/user/mutant)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) wow!

*\*\*\* Buy some GAWsome Hashlets ! \*\*\**
*---> http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=2024 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=2024) <---*

*\*\*\* Become a GAWfililiate ! \*\*\**
*---> https://gawminers.hasoffers.com/signup/2024 (https://gawminers.hasoffers.com/signup/2024) <---*

♥ · ∧ 0 ∨                                            ● **Krumz (/user/krumz)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) thanks great to know:)

*2 MH Hashlet Prime*
*2 MH CleverHashlet*
*9 MH ZenHashlet*
*135 GH Genesis*

*www.vmxx.net (http://www.vmxx.net)*

♥ · ∧ 0 ∨                                            ● **PEARSON1FIED (/user/pearson1fied)** posted about 3 hours ago

---

@tvle83 (/user/tvle83) market cap (short for capitalization) is the value of all of the asset in circulation. For coins it is price x total number of coins. Referring to the max number of coins produced would be done in different terms as market cap carries this specialized meaning.

***HashPros.net! (https://www.hashpros.net)*** - @volder approved Hashlets!

 · ⌃ 1 ⌄                    ● **tenorsaxman (/user/tenorsaxman)** posted about 3 hours ago

Interesting to see any possible impact on Prime and Zen prices on the Hashmarket.......

**Mine those Hashpoints!**

(ha ha the spell checker just changed it to "Cashpoints"!!!)

*Tokyobitcoiner (http://tokyobitcoiner.com) - it's my blog!*
*Bitcointap (http://bitcointap.tokyobitcoiner.com) - waste time & earn pennies via pretty faucets!*

 · ⌃ 2 ⌄                    ● **Pokabu (/user/pokabu)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @VCollective (/user/vcollective) said:
>
> > @VCollective (/user/vcollective) said:
> >
> > ⌄

Good enough for me

*1FJZwqRxMLRSDEFoBYnUHUcr2zZwcmwviA Help me turn my chicken houses into hydroponics farms!!*

 · ⌃ 0 ⌄                    ● **VCollective (/user/vcollective)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) I have received many nice gifts for my birthday (today) but this post is the most beautiful of all presents :grinning: Thank you :grinning:

● **coinfairy (/user/coinfairy)** posted about 3 hours ago , last edited by **coinfairy (/user/coinfairy)** about 3 hours ago

 · ⌃ 1 ⌄

@VCollective (/user/vcollective) said:

> @VCollective (/user/vcollective) said:
>
> > @GAW_CEO (/user/gaw_ceo) How many Hashocins will a single Prime
> > be able to mine in a 24 hour period.
>
> 

I can not comment at this time. Other then to say it will make primes worth
well over the highest they have ever sold for.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

❤ · ⌃ 10 ⌄                          ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

@coinfairy (/user/coinfairy) 7 Dodge Challengers the new big ones 7 different
colors one for each day of week, LOL

❤ · ⌃ 0 ⌄                          ● **wolfsbane (/user/wolfsbane)** posted about 3 hours ago

---

@BitJane (/user/bitjane) said:

> @GAW_CEO (/user/gaw_ceo) We want to see your costume! Post later?

I agree!


*(https://gawminers.hasoffers.com/signup/518)*

❤ · ⌃ 1 ⌄                          ● **Hashmaster (/user/hashmaster)** posted about 3 hours ago

---

@VCollective (/user/vcollective) said:

> @GAW_CEO (/user/gaw_ceo) How many Hashocins will a single Prime be able to mine in a 24 hour period.

That one

---

*1FJZwqRxMLRSDEFoBYnUHUcr2zZwcmwviA Help me turn my chicken houses into hydroponics farms!!*

❤ · ∧ 1 ∨                    ● **VCollective (/user/vcollective)** posted about 3 hours ago

---

@djiles (/user/djiles) said:

> @VCollective (/user/vcollective) I second this any response josh?

what the question?

---

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 0 ∨                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
>> @GAW_CEO (/user/gaw_ceo) said:
>>
>> ∨

I thought maybe it was hint, like ALL YOUR BASE BELONG TO US. Hashbase, Coinbase, meaning coinbase buyout :grinning:

---

❤ · ∧ 0 ∨                    ● **cryptichermit (/user/cryptichermit)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) We want to see your costume! Post later?

*My ad-free, spam-free website: http://BitcoinChangeClub.org (http://BitcoinChangeClub.org)*

♥ · ⌃ 0 ⌄     ● **BitJane (/user/bitjane)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @ColdSpirit (/user/coldspirit) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ⌄

SSWWWWEEEETTTT!!!! Thank you for the answer :grinning:

*http://gawminers.go2cloud.org/SHLg (http://gawminers.go2cloud.org/SHLg)*

 )

*"I believe that banking institutions are more dangerous to our liberties than standing armies."*
*— Thomas Jefferson*

♥ · ⌃ 0 ⌄     ● **ColdSpirit (/user/coldspirit)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) will there be an announcement later tonight?

*BTC: 17MQ9eH3TMvgCEpP3RF4zBYQEJJgLEbBbF*

♥ · ⌃ 1 ⌄     ● **Hashaholic (/user/hashaholic)** posted about 3 hours ago

@VCollective (/user/vcollective) I second this any response josh?



♥ · ∧ 0 ∨                                    ● **djiles (/user/djiles)** posted about 3 hours ago

@ColdSpirit (/user/coldspirit) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > heading off for time with the kids. Any last minute questions?
>
> ∨

we do

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

♥ · ∧ 3 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Skatter (/user/skatter) said:
>
> > not very pleasing for non US residents?
>
> ∨

Yes!! Please to always concerns for Outside US members.

*Grace Under Pressure*

♥ · ∧ 0 ∨                                    ● **redtocatta (/user/redtocatta)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> heading off for time with the kids. Any last minute questions?

Do you have any plan to reach usuability of hashcoins to almost all European coutries (Portugal and Spain included) on release or short after?

*http://gawminers.go2cloud.org/SHLg (http://gawminers.go2cloud.org/SHLg)*

  )

*"I believe that banking institutions are more dangerous to our liberties than standing armies."*
*— Thomas Jefferson*



❤ · ⌃ 0 ⌄                                    ● **ColdSpirit (/user/coldspirit)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) Have fun :grinning:



*(https://gawminers.hasoffers.com/signup/518)*

❤ · ⌃ 0 ⌄                                    ● **Hashmaster (/user/hashmaster)** posted about 3 hours ago

---

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @cryptichermit (/user/cryptichermit) said:
> >
> > ⌄

Coffee just spewed outta my nose..... LMFAO



*But then what do I know, I am just a simple country boy. Nothing I say should be used as investment advice. But if you do find something I say useful or amusing feel free to drop me a tip. 13Fa2LSAX9uUFauodRR25e5zgfNPH2LpFh*

● **Hillbilly (/user/hillbilly)** posted about 3 hours ago , last edited by **Hillbilly (/user/hillbilly)** about 3 hours ago

♥ · ∧ 1 ∨

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @cryptichermit (/user/cryptichermit) said:
>
> ∨

Its more in the way it will work. Easy to move between currencies

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ∧ 2 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) Thanks :smirk:

♥ · ∧ 0 ∨                                    ● **Skatter (/user/skatter)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> this

♥ · ∧ 0 ∨                                    ● **syfare (/user/syfare)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> ⌄

Thank you for that confirmation.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

♥ · ⌃ 0 ⌄      ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) is that days or weeks :stuck_out_tongue_winking_eye: looking forward to seeing were you guys are going to take this and how much it will be worth. I'd hate to be the one that sold up all those primes and missed out on this.

♥ · ⌃ 0 ⌄      ● **barry8193 (/user/barry8193)** posted about 3 hours ago

---

@Skatter (/user/skatter) said:

> not very pleasing for non US residents?

Sit tight

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ⌃ 3 ⌄      ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) how about hashcard jose?

*Facebook (https://facebook.com/ultramen.tilut) - @GAWsome Hashlets!*
*Help My BTCjam loan (https://btcjam.com/listings/25031-hashlet-prime-purchase-5%25)*

*Donate = 1DXTDq4dGLZ3eFZ47mCK1GxUGHybmoRiVs*

---

 **ultramen (/user/ultramen)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) How many Hashocins will a single Prime be able to mine in a 24 hour period.

*1FJZwqRxMLRSDEFoBYnUHUcr2zZwcmwviA Help me turn my chicken houses into hydroponics farms!!*

---

 **VCollective (/user/vcollective)** posted about 3 hours ago

---

What's your Halloween costume?

---

 **TheBeardedMann (/user/thebeardedmann)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @cryptichermit (/user/cryptichermit) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ∨

Well that's a plus...can we pick a better example? Coinbase is not exactly on my happy camper list.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

---

 **Allen1980s (/user/allen1980s)** posted about 3 hours ago

not very pleasing for non US residents?

❤ · ⌃ 0 ⌄                                                **Skatter (/user/skatter)** posted about 3 hours ago

@Karmacoma (/user/karmacoma) said:

> @GAW_CEO (/user/gaw_ceo) please tell us how many hps we need to buy 1
> hascoin at the ICO :wink:

currently sounds like 400, but that number can change as release date
approaches.

❤ · ⌃ 0 ⌄                                      **cryptichermit (/user/cryptichermit)** posted about 3 hours ago

this is SO! exciting I can barley contain myself... Way to go gaw WHAT a great
treat for Halloween I think I'll dress up as a Hashlet :grinning: .....

*I May Not Be The Smartest Cookie In The Box, But I AM In The Box*

*In Gaw We Trust....*

❤ · ⌃ 1 ⌄                                                **Natasha (/user/natasha)** posted about 3 hours ago

heading off for time with the kids. Any last minute questions?

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit
gawminers.com for contact information.*

❤ · ⌃ 7 ⌄                                              **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

Go Josh, just do it :wink:



♥ · ⌃ 0 ⌄                                                    ● **BBB21 (/user/bbb21)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) please tell us how many hps we need to buy 1 hascoin at the ICO :wink:

*zeushash is now live, try it out https://zeushash.com?refer=1k9dd5 (https://zeushash.com?refer=1k9dd5)*

♥ · ⌃ 0 ⌄                                              ● **Karmacoma (/user/karmacoma)** posted about 3 hours ago

Josh. This is so exciting!!!!!!

♥ · ⌃ 1 ⌄                                              ● **lnairdavis (/user/lnairdavis)** posted about 3 hours ago

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
>> @tvle83 (/user/tvle83) said:
>
> ⌄

This^^^^^

*to each his own*

♥ · ⌃ 0 ⌄                                                    ● **vigani (/user/vigani)** posted about 3 hours ago

@Allen1980s (/user/allen1980s) said:

@GAW_CEO (/user/gaw_ceo) said:

> @tvle83 (/user/tvle83) said:
>
> ⌄

correct

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ⌃ 1 ⌄  ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

does this have anything to do with some retailers not accepting apple pay?

♥ · ⌃ 0 ⌄  ● **actionslacks (/user/actionslacks)** posted about 3 hours ago

@Skatter (/user/skatter) said:

> how does HC differentiate between to any other crypto coin? seems to be another pump and dump situation about to happen

The fact that it will be accepted on all exchanges and at major retailers(Walmart, amazon, etc) the second it launches.

♥ · ⌃ 0 ⌄  ● **theboarderdude (/user/theboarderdude)** posted about 3 hours ago

@cryptichermit (/user/cryptichermit) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @cryptichermit (/user/cryptichermit) said:
> >
> > ⌄

Yes, there will be a part of Hashbase that will work like coinbase (yes, I said it :grinning:)

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ⌃ 12 ⌄                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) Will ZenHashlets be able to mine HP up until the ICO then only Primes after, or will the lose the ability before that?

*LTCGear.com (http://ltcgear.com?apage=54) best ROI for cloud mining.*

♥ · ⌃ 0 ⌄                                    ● **pdelano (/user/pdelano)** posted about 3 hours ago

---

When are we going to be able to DD on the Primes for Hash Points? Tried this afternoon and got a message about already mining that pool.

Also would be great to get 24 Hours Boosting or 24 Hour DD on the Primes! :grinning:

*Calculating in binary code is as easy as 01,10,11.*

♥ · ⌃ 0 ⌄                                    ● **Crazy4Crypto (/user/crazy4crypto)** posted about 3 hours ago

---

probably 4 days

*2 MH Hashlet Prime*
*2 MH CleverHashlet*
*9 MH ZenHashlet*
*135 GH Genesis*

*www.vmxx.net (http://www.vmxx.net)*

 · ∧ 0 ∨   ● **PEARSON1FIED (/user/pearson1fied)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:



When you IPO stock, the number of shares is set in stone. Some go to the underwriters, others go directly to the marketplace. The "valuation" of all the coins will be based on outside "subscription." That means that many outside parties may see the overall value of the coin higher than the original offer rate before it is actually being sold in the market. You can cap at 250 million total coins, but the exact value of the overall placement will fluctuate, as will the value of the coin in the exchanges. That is why it cannot be determined what the "market capitalization" will actually be at this moment in time. Nobody knows anything until the actual ICO.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 3 ∨   ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

@barry8193 (/user/barry8193) said:

> @GAW_CEO (/user/gaw_ceo) one question I think a few people want to no. How many days or weeks do we have left to mine some more hash points?

⌄

Is this weeks or days?

❤ · ⌃ 0 ⌄                                    ● **wilsonwa (/user/wilsonwa)** posted about 3 hours ago

@cryptichermit (/user/cryptichermit) said:
I think so or maybe i misunderstood...

*Zen101:Daily Payouts (http://goo.gl/zKN9yS)|Feature Requests (http://goo.gl/5dTWJ5)|Adv- Forum Guide (http://goo.gl/J0lF64)|Stalk Josh (http://tinyurl.com/k5o99e9)|Stalk Joe (http://tinyurl.com/mvnmvfa) .*

❤ · ⌃ 1 ⌄                                    ● **PCfan (/user/pcfan)** posted about 3 hours ago

I'm starting to be curious what/where we can spend hashcoin.

*DigitalOcean (https://www.digitalocean.com/?refcode=ec7f5ccd90e1)*
*GawMiners Affiliate (http://gawminers.go2cloud.org/SH5Y))*

❤ · ⌃ 0 ⌄                                    ● **daebak (/user/daebak)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

@cryptichermit (/user/cryptichermit) said:

> @GAW_CEO (/user/gaw_ceo) said:

> ⌄

OK, so in hashmarket will we be able to purchase in BTC and HC - and will we be able to receive BTC and or HC for each sale?

♥ · ⌃ 2 ⌄     ● **cryptichermit (/user/cryptichermit)** posted about 3 hours ago

---

how does HC differentiate between to any other crypto coin? seems to be another pump and dump situation about to happen

♥ · ⌃ 1 ⌄     ● **Skatter (/user/skatter)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) how about hashcard jose?

*Facebook (https://facebook.com/ultramen.tilut) - @GAWsome Hashlets!*
*Help My BTCjam loan (https://btcjam.com/listings/25031-hashlet-prime-purchase-5%25)*

*Donate = 1DXTDq4dGLZ3eFZ47mCK1GxUGHybmoRiVs*

♥ · ⌃ 0 ⌄     ● **ultramen (/user/ultramen)** posted about 3 hours ago

---

@PCfan (/user/pcfan) said:

> @Full-Metal-B*tch I understand what your saying i just feel that many people are going to HODL hard on HC's and Wait instead of rushing the exits, At least amongst the people i know patience is winning out.

Ahem... You can have my HC's when you pry them from my cold dead hands..

*1FJZwqRxMLRSDEFoBYnUHUcr2zZwcmwviA Help me turn my chicken houses into hydroponics farms!!*

 · ∧ 3 ∨                          ● **VCollective (/user/vcollective)** posted about 3 hours ago

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @TheBeardedMann (/user/thebeardedmann) said:
>
> ∨

A white paper will not answer go to market questions, thats whats more important. And what we will release soon.

The white paper is finished, its getting final approval.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 · ∧ 3 ∨                          ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

So if HashPoints are just "made up" for us to buy HashPoints, how did you come up with the HashPoint Pool values?

 · ∧ 0 ∨                          ● **TheBeardedMann (/user/thebeardedmann)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @barry8193 (/user/barry8193) said:
>
> > @GAW_CEO (/user/gaw_ceo) one question I think a few people want to no. How many days or weeks do we have left to mine some more hash points?
>
> 

So more than one day and less than 4 weeks? :wink:

*"You can't see your own items on the market because too many people were buying THEIR OWN Hashlets when it started." - Blazecoin*

*Every HP is 0.05$ - We can buy Hashcoin at $4 and public price will be $20+*
*Every 400HP is worth $20+*

❤ · ^ 0 ∨          ● **perceptor_mc (/user/perceptor_mc)** posted about 3 hours ago

---

@jonnybravo0311 (/user/jonnybravo0311) said:

> Launch at $20 and we can get them at $4. Very nice.

And redeem for $100.

Just guessing. :grinning:

*My ad-free, spam-free website: http://BitcoinChangeClub.org (http://BitcoinChangeClub.org)*

❤ · ^ 1 ∨          ● **BitJane (/user/bitjane)** posted about 3 hours ago

---

@Full-Metal-B*tch I understand what your saying i just feel that many people are going to HODL hard on HC's and Wait instead of rushing the exits, At least amongst the people i know patience is winning out.

*Zen101:Daily Payouts (http://goo.gl/zKN9yS)|Feature Requests (http://goo.gl/5dTWJ5)|Adv- Forum Guide (http://goo.gl/J0IF64)|Stalk Josh (http://tinyurl.com/k5099e9)|Stalk Joe (http://tinyurl.com/mvnmvfa) .*

❤ · ^ 2 ∨          ● **PCfan (/user/pcfan)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @TheBeardedMann (/user/thebeardedmann) said:
>
> > Are HashPoints going away after ICO? Or at least mining for
> > HashPoints since we should be mining for HashCoins then?
>
> ˅

I thought you were writing a white paper on this for this week. It really would answer everyone's questions better anyway. Any chance that is coming out by the end of the weekend?

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

● **Allen1980s (/user/allen1980s)** posted about 3 hours ago , last edited by **Allen1980s (/user/allen1980s)** about 3 hours ago

❤ · ˄ 1 ˅

@cryptichermit (/user/cryptichermit) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @TheBeardedMann (/user/thebeardedmann) said:
> >
> > ˅

No, BTC and HC will be our two primary currencies.

I was saying HC were replacing HP

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ˄ 2 ˅                         ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@barry8193 (/user/barry8193) said:

> @GAW_CEO (/user/gaw_ceo) one question I think a few people want to no. How many days or weeks do we have left to mine some more hash points?

more then one, less then 4

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 ⋅ ∧ 9 ∨                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

I am hoping that even the very newest beginner on zencloud?hashbase will get a shot at this new coin. hashpoints are not so forthcoming for the newbie with a couple of hashlets and I want to see everybody being able to build up a decent account without being left behind by the whales..
I am a little further up the ladder than that but not so well off that I can mine thousands of hashpoints at will. I still need the mining income as well.
Knowing the gaw team they probably have already worked something out for everyone because the aim is to get every one involved in crypto,

 ⋅ ∧ 0 ∨                    ● **Bigred95 (/user/bigred95)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) Wow o wow o wow.
Would we be right in assuming the conversion of HP to HC will be as is at the moment?
So 0.01c = 1 HP?

 ⋅ ∧ 0 ∨                    ● **KingDamo (/user/kingdamo)** posted about 3 hours ago

I'm guessing, **eCoin ** from the clue, but I still insist on Gcoin: GeniusCoin!!

*My ad-free, spam-free website: http://BitcoinChangeClub.org (http://BitcoinChangeClub.org)*

 ⋅ ∧ 0 ∨                    ● **BitJane (/user/bitjane)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @TheBeardedMann (/user/thebeardedmann) said:
>
> > Are HashPoints going away after ICO? Or at least mining for HashPoints since we should be mining for HashCoins then?
>
> ⌄

Time to go buy some cheap primes :wink:

♥ · ⌃ 1 ⌄                    ● the_game (/user/the_game) posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @TheBeardedMann (/user/thebeardedmann) said:
>
> > Are HashPoints going away after ICO? Or at least mining for HashPoints since we should be mining for HashCoins then?
>
> ⌄

So will all payouts switch from BTC to HC after release?

♥ · ⌃ 0 ⌄                    ● cryptichermit (/user/cryptichermit) posted about 3 hours ago

---

@tvle83 (/user/tvle83) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @tvle83 (/user/tvle83) said:
>
> ⌄

I can not answer that at this time.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 1 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) one question I think a few people want to no. How many days or weeks do we have left to mine some more hash points?

❤ · ∧ 1 ∨                                    ● **barry8193 (/user/barry8193)** posted about 3 hours ago

---

What makes makes you people think the price will be 1 hc=400hp? I get that a hp is $.01, but I felt like there would be a different exchange ratio for it? Maybe it was just me...

❤ · ∧ 0 ∨                                    ● **theboarderdude (/user/theboarderdude)** posted about 3 hours ago

---

I will defo be integrating payments into a website or two.

*\*\*\* Buy some GAWsome Hashlets ! \*\*\**
*---> http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=2024 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=2024) <---*

*\*\*\* Become a GAWfililiate ! \*\*\**
*---> https://gawminers.hasoffers.com/signup/2024 (https://gawminers.hasoffers.com/signup/2024) <---*

❤ · ∧ 0 ∨                                    ● **Krumz (/user/krumz)** posted about 3 hours ago

---

@TheBeardedMann (/user/thebeardedmann) said:

> Are HashPoints going away after ICO? Or at least mining for HashPoints since we should be mining for HashCoins then?

They will go away after the ICO. HashCoin will become our native currency. But only primes can mine them.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 6 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

I know hashpoints can buy them, but I wasn't sure if USD or BTC could also be used.

Get your hashled *(http://gawminers.go2cloud.org/SHYe)*

❤ · ∧ 0 ∨                                    ● **Morg (/user/morg)** posted about 3 hours ago

---

@Full-Metal-B*tch said:

> @PCfan (/user/pcfan) said:
>
> > that will never happen...
>
> ∨

Thats very different. Closed market, and are currently being influenced by factors we can not control.

We will have much more influence over our coin.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 1 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

@chey (/user/chey) said:

> Plus, Prime's will still be able to mine them...right?

> ⌄

In effect, we are turning Primes into something similar to the U.S. Treasury (the money printing entity) or Exchequer (UK). However, the amount of coinage is limited in total. So after a point, Primes will no longer be able to create more of them. It is not permanent.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ^ 0 ⌄                               ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @tvle83 (/user/tvle83) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ⌄

Okay, that doesn't quite answer my question, though. :frowning: is `market cap` meant to mean the total valuation of all the coins in existence or the total that will ever be mined? e.g. Bitcoin is max at 21million, but it's market cap is a completely different number, the total valuation of the currently mined coins so far.

*http://goo.gl/4HLiaB (http://goo.gl/4HLiaB) - BTC Denomination calc*
*http://goo.gl/ah3NrC (http://goo.gl/ah3NrC) - Hash Market Calc*
*http://ltcgear.com?apage=597 (http://ltcgear.com?apage=597) - LTCGear has fast ROI -- I will share my referral bonus with you. PM me.*
*CryptoCause - A great reseller http://cryptocause.org/?ref=88 (http://cryptocause.org/?ref=88).*

 · ^ 0 ⌄                               ● **tvle83 (/user/tvle83)** posted about 3 hours ago

@Morg (/user/morg) Did you not read the post?

*137 Zens and counting...*
*Diversify:*
*LTCgear: http://tinyurl.com/LTCFREE50 (http://tinyurl.com/LTCFREE50)*
*Buy under my name and I will send you $50 in BTC/PayPal! contact me first*

♥ · ∧ 1 ∨                                    ● **Faydabomb (/user/faydabomb)** posted about 3 hours ago

@Morg (/user/morg) With HashPoints

*DigitalOcean (https://www.digitalocean.com/?refcode=ec7f5ccd90e1)*
*GawMiners Affiliate (http://gawminers.go2cloud.org/SH5Y))*

♥ · ∧ 2 ∨                                    ● **daebak (/user/daebak)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) When you say the coins will be $4 each initially,
can these be purchased with USD or just bitcoin?

*Get your hashlet* *(http://gawminers.go2cloud.org/SHYe)*

♥ · ∧ 0 ∨                                    ● **Morg (/user/morg)** posted about 3 hours ago

Are HashPoints going away after ICO? Or at least mining for HashPoints since
we should be mining for HashCoins then?

♥ · ∧ 0 ∨                              ● **TheBeardedMann (/user/thebeardedmann)** posted about 3 hours ago

@PCfan (/user/pcfan) said:

> that will never happen...

Look at Primes.

*WIN UP TO $200 PER HOUR BITCOIN FAUCET (http://freebitco.in/?r=497889)*
*LTC GEAR 57% DISCOUNT USE CODE: (http://ltcgear.com?apage=538) anniversary1yr*

❤ · ∧ 0 ∨                                              ⬤ **Full Metal B*tch (/user/full-metal-b-tch)** posted about 3 hours ago

So 400 HP per HC I presume....

***HashPros.net! (https://www.hashpros.net)** - @volder approved Hashlets!*

❤ · ∧ 1 ∨                                              ⬤ **minkgx (/user/minkgx)** posted about 3 hours ago

@tvle83 (/user/tvle83) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @chey (/user/chey) said:
> >
> > ∨

It will be much higher now

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

❤ · ∧ 2 ∨                                              ⬤ **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

Dang it, my deposit is almost cleared. Didn't have time to buy more primes at ridiculously cheap prices yet, soo close. :frowning:
Ah well maybe there will be more fools to buy from later.

❤ · ∧ 0 ∨                                              ⬤ **kcal63 (/user/kcal63)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @chey (/user/chey) said:
>
> > Plus, Prime's will still be able to mine them...right?
>
> 

A week or so ago you said the market cap is going to be 250million. Does that mean that's the total amount of coins available or does `market cap` mean something else in that context?

---

*http://goo.gl/4HLiaB (http://goo.gl/4HLiaB) - BTC Denomination calc*
*http://goo.gl/ah3NrC (http://goo.gl/ah3NrC) - Hash Market Calc*
*http://ltcgear.com?apage=597 (http://ltcgear.com?apage=597) - LTCGear has fast ROI -- I will share my referral*
*bonus with you. PM me.*
*CryptoCause - A great reseller http://cryptocause.org/?ref=88 (http://cryptocause.org/?ref=88).*

---

 · ● tvle83 (/user/tvle83) posted about 3 hours ago , last edited by **tvle83 (/user/tvle83)** about 3 hours ago

 0



---

@jadra (/user/jadra) said:

> What's the roadmap on documentation (on the API/protocol) so web developers like myself could integrate a coin like this into our websites to accept payments? Is that in the cards? Would love some more technical info on the coin itself and how I might be able to build things around it as an indie developer.

We are already partnered with some of the largest merchant payment collectors. But we will open source the project.

---

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

---

 · ∧ 2 ∨     ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ⌄

Okay, thank you for that confirmation as well, even though it was a bit redundant already.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

♥ · ⌃ 0 ⌄                    ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

---

@Side (/user/side) YES buy for under $4 in HP &They will be worth $20 when it goes public, YES, to the mooooooooooooooon

♥ · ⌃ 2 ⌄                    ● **wolfsbane (/user/wolfsbane)** posted about 3 hours ago

---

@chey (/user/chey) said:

> Plus, Prime's will still be able to mine them...right?

Correct

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ⌃ 1 ⌄                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

---

If I've only got 100 Hashpoints can I get 0.25 Hashcoins during the ICO?

*Get your hashlet* (http://gawminers.go2cloud.org/SHYe)

 · ∧ 0 ∨                         ● **Morg (/user/morg)** posted about 3 hours ago

@GAW_KAMRAN (/user/gaw_kamran) said:

> @hcf27 (/user/hcf27) hes basically saying they have funding to buy back all
> the coins for $20 to set the minimum price.... anyone else agree?

No. He is saying that they have significant Fiat available to support the coin
for the benefit of merchants in the marketplace.... forever.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

                 ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago , last edited by **Allen1980s (/user/allen1980s)** about
3 hours ago

 · ∧ 1 ∨

@donvenco (/user/donvenco) said:

> All of this sounds awesome.
> I just have some questions.
>
> ⌄

All can

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

 · ∧ 2 ∨                 ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

What's the roadmap on documentation (on the API/protocol) so web
developers like myself could integrate a coin like this into our websites to
accept payments? Is that in the cards? Would love some more technical info
on the coin itself and how I might be able to build things around it as an indie
developer.

❤ · ⌃ 0 ⌄                                              ● jadra (/user/jadra) posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) Are we going to be able to immediately reinvest in more Hashlets as soon the HP convert to HC or will there be a lag time between when they convert to when we can reinvest?

❤ · ⌃ 0 ⌄                                              ● DrNash (/user/drnash) posted about 3 hours ago

Plus, Prime's will still be able to mine them...right?

❤ · ⌃ 1 ⌄                                              ● chey (/user/chey) posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) Any hint on how long we will be able to mine HP before the ICO?

❤ · ⌃ 1 ⌄                                              ● Ben360 (/user/ben360) posted about 3 hours ago

@hcf27 (/user/hcf27) said:

> @GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down

The thing is it takes a buyer for there to be a sale. Since people may dump early, they can only do so if there are plenty of buyers also available in the marketplaces. I suspect there will be more buyers than sellers, which will drive up prices, at least in the short run.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

❤ · ⌃ 1 ⌄                                              ● Allen1980s (/user/allen1980s) posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @hcf27 (/user/hcf27) said:
>
>> @GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down
>
> 

*http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104)*

 ♥ · ∧ 0 ∨                                          ● **hjb7683 (/user/hjb7683)** posted about 3 hours ago

---

All of this sounds awesome.
I just have some questions.

1. Is there a guarantee that everyone of us will be able to convert their HP into HashCoins.
   I don't understand how that works. Are you just going to convert our HP into Hashcoins.

2. Or will it be first come first serve. Are there going to be enough Hashcoins for everyone to convert their HP.
   I don't understand it. If there is time frame how long would it be, 1 hour, 24 hours, a couple of days?

Please, someone who understand explain!

Thanks,

---

 ♥ · ∧ 0 ∨                                          ● **donvenco (/user/donvenco)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) Nice, cant wait!

*2.5% discount in https://www.genesis-mining.com/a/6451 (https://www.genesis-mining.com/a/6451) with this code: zStiwa*

---

❤ · ⌃ 0 ⌄                                        ● **hcf27 (/user/hcf27)** posted about 3 hours ago

---

for us, owners hashlets, it will be a race (first serve) or a fair share in proportion to our hashpoints?

*Want free BTC ? (http://freebitco.in/?r=652006) / or free Doges ? (http://freedoge.co.in/?r=48928)*
*ZigHash.com (http://zighash.com) A++ Hashlet Reseller!*

---

❤ · ⌃ 0 ⌄                                        ● **ranch19 (/user/ranch19)** posted about 3 hours ago

---

@GAW_CEO (/user/gaw_ceo) Thanks.

*Get your hashlet* (http://gawminers.go2cloud.org/SHYe)

---

❤ · ⌃ 0 ⌄                                        ● **Morg (/user/morg)** posted about 3 hours ago

---

@Morg (/user/morg) said:

> @hcf27 (/user/hcf27) said:
>
> > @GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down
>
> ⌄

answered above

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

---

❤ · ⌃ 3 ⌄                                        ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@hcf27 (/user/hcf27) said:

> @GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down

^ this.

 *(http://gawminers.go2cloud.org/SHYe)*

♥ · ^ 0 ⌄                                    ● **Morg (/user/morg)** posted about 3 hours ago

@hcf27 (/user/hcf27) said:

> @GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down

We have the reserves if they do. But we feel most people will not want to.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ^ 6 ⌄                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ⌄

Thank you. You are completing my mental picture. Most may not see what I am leading to, but many now will.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 1 ∨                    ● **Allen1980s (/user/allen1980s)** posted about 3 hours ago

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @bassdude (/user/bassdude) said:
>
> > @bassdude (/user/bassdude) said:
>
> > ∨

Thats correct

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 · ∧ 2 ∨                    ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago

@hcf27 (/user/hcf27) hes basically saying they have funding to buy back all the coins for $20 to set the minimum price.... anyone else agree?

● **GAW_KAMRAN (/user/gaw_kamran)** posted about 3 hours ago , last edited by **GAW_KAMRAN (/user/gaw_kamran)** about 3 hours ago

 · ∧ 1 ∨

@hjb7683 (/user/hjb7683) said:

> @GAW_CEO (/user/gaw_ceo) So are you going to be launching a public pool for home hardware miners, adn can you give any info about which algo?

Yes, it will be minable to the public. But Hashbase will create an upside multiple times over hardware miners. This is how we make our money

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 ● **GAW_CEO (/user/gaw_ceo)** posted about 3 hours ago , last edited by **GAW_CEO (/user/gaw_ceo)** about 3 hours ago

♥ · ∧ 6 ∨

---

@hcf27 (/user/hcf27) said:

> @GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down

that will never happen...

*Zen101:Daily Payouts (http://goo.gl/zKN9yS)|Feature Requests (http://goo.gl/5dTWJ5)|Adv- Forum Guide (http://goo.gl/J0IF64)|Stalk Josh (http://tinyurl.com/k5o99e9)|Stalk Joe (http://tinyurl.com/mvnmvfa) .*

♥ · ∧ 0 ∨                                                     ● **PCfan (/user/pcfan)** posted about 3 hours ago

---

@hjb7683 (/user/hjb7683) said:

> @GAW_CEO (/user/gaw_ceo) So are you going to be launching a public pool for home hardware miners, adn can you give any info about which algo?

Would like an answer to this as well.

 **ltcgearcalc.com (https://ltcgearcalc.com)** *- Get earnings estimates for Litecoin GEAR (http://ltcgear.com?apage=334), check in-stock products here! (https://ltcgearcalc.com/in-stock-at-ltcgear.php), compare vs. Hashlets and per-order ROI tracker.*

♥ · ∧ 0 ∨                                          ● **theorganizer (/user/theorganizer)** posted about 4 hours ago

---

Since im a struggling Zenhashlet owner who is still paying off btcjam loan can i just have 1000 coins now please? lol

*http://www.harvestcrypto.com (http://www.harvestcrypto.com)*
*New Zealand Crypto Mining Pools*

*GAW Miner Affiliat http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1286*
*(http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1286)*

*Like our facebook page https://www.facebook.com/harvestcrypto (https://www.facebook.com/harvestcrypto)*

❤ · ∧ 1 ∨                                      ● **bassdude (/user/bassdude)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) Dont you fear that everyone who bought at $4 will sell as soon as it hits the market at $20... which will drive the price of hashcoin down

*2.5% discount in https://www.genesis-mining.com/a/6451 (https://www.genesis-mining.com/a/6451) with this code: zStiwa*

❤ · ∧ 1 ∨                                      ● **hcf27 (/user/hcf27)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:

> @bassdude (/user/bassdude) said:
>
> > @GAW_CEO (/user/gaw_ceo) so after it goes public for just over $20 then what happens normally will it go up or down from there?
>
> 

@GAW_CEO (/user/gaw_ceo) said:

> @bassdude (/user/bassdude) said:
>
> > @GAW_CEO (/user/gaw_ceo) so after it goes public for just over $20 then what happens normally will it go up or down from there?
>
> 

In order for the merchants to have calculable or manageable risks, you would have to have a central banking authority that can step in to stabilize the price swings on a day to day basis. I guess this relates to the other question/statement I just made really. I am being repetitive.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 · ∧ 0 ∨     ● **Allen1980s (/user/allen1980s)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) So are you going to be launching a public pool for home hardware miners, adn can you give any info about which algo?

*http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104)*

 · ∧ 0 ∨     ● **hjb7683 (/user/hjb7683)** posted about 4 hours ago

---

@theorganizer (/user/theorganizer) said:

> @GAW_CEO (/user/gaw_ceo) Can you release the names of the analysts and banking partners involved in this estimate?

We will in the future. But if you do some research on my previous venters and partners, its not hard to figure out. I will give you a hint, all are valued at over 3 billion.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

 · ∧ 3 ∨     ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

---

@actionslacks (/user/actionslacks) can only be mined here too.

***ltcgearcalc.com (https://ltcgearcalc.com)*** *- Get earnings estimates for Litecoin GEAR (http://ltcgear.com?apage=334), check in-stock products here! (https://ltcgearcalc.com/in-stock-at-ltcgear.php), compare vs. Hashlets and per-order ROI tracker.*

 **theorganizer (/user/theorganizer)** posted about 4 hours ago

Interesting.

This may be answered in the future, but will primes mine one Hashcoin per MH or will this be disclosed later on?

*Cryptobound - A video series for Bitcoin News and Altcoin Development: https://www.youtube.com/user/btcbrian (https://www.youtube.com/user/btcbrian)*

 **btcbrian (/user/btcbrian)** posted about 4 hours ago

So only primes can mine this coin? how is that decentralized

 **actionslacks (/user/actionslacks)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) makes sense now why there is no "new" hashing to buy !

 **GAW_KAMRAN (/user/gaw_kamran)** posted about 4 hours ago

Cool stuff !

:grinning:

*Satoshi Cookie Jar : 1NoUZHvu3FGVJQj6TAPtAdn3dfij3oBcjX*
*" The only thing we have to fear is fear itself " - Hash on !*

 **Solpy (/user/solpy)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) I understand you can't just give the coins away but that's gonna be hard for me and my hashrate too get that many points for a decent amount of coinage... Don't wanna seem greedy do you see were im coming from?



♥ · ∧ 0 ∨                                    ● **djiles (/user/djiles)** posted about 4 hours ago

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > @ultracat (/user/ultracat) said:
> >
> > ∨

Permanent

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ∧ 3 ∨                                    ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ∨

Thank you for that confirmation. I thought it was clear in the beginning anyway.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

♥ · ∧ 0 ∨                                    ● **Allen1980s (/user/allen1980s)** posted about 4 hours ago

@Full-Metal-B*tch said:

Looks like @GAW_CEO (/user/gaw_ceo) is stalking the replies so I'll throw this out there.



Yes, they banks have allocated an amount equal to what everyone mines, if all customers were mining HP at the same time.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 4 ∨                    ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) Only hashpoints can be converted to hashcoins. Right?

*http://gawminers.go2cloud.org/SHLg (http://gawminers.go2cloud.org/SHLg)*



)

*"I believe that banking institutions are more dangerous to our liberties than standing armies."*
*— Thomas Jefferson*

❤ · ∧ 0 ∨                    ● **ColdSpirit (/user/coldspirit)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) Can you release the names of the analysts and banking partners involved in this estimate?

***ltcgearcalc.com (https://ltcgearcalc.com)*** *- Get earnings estimates for Litecoin GEAR (http://ltcgear.com? apage=334), check in-stock products here! (https://ltcgearcalc.com/in-stock-at-ltcgear.php), compare vs. Hashlets and per-order ROI tracker.*

❤ · ∧ 0 ∨                    ● **theorganizer (/user/theorganizer)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) said:



> @ultracat (/user/ultracat) said:
>
> > @ATLUS (/user/atlus) said:

So you are creating a "bank" to control the intermediate price swings then? Will the bank be a permanent or temporary entity? Since you have already stated that the coin will be on the major markets, you will need to have a central bank to intervene on any one of the markets to prevent a crash or a whale from pumping and dumping. Correct?

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

 ♥ · ∧ 0 ∨                                  ● **Allen1980s (/user/allen1980s)** posted about 4 hours ago

@cryptichermit (/user/cryptichermit) said:

> Is there something we will need to do in order to transfer HP into HC? Or will we have the option to auto roll into them?

@GAW_CEO (/user/gaw_ceo) Josh? i think many of us will wonder about this.

*Zen101:Daily Payouts (http://goo.gl/zKN9yS)|Feature Requests (http://goo.gl/5dTWJ5)|Adv- Forum Guide (http://goo.gl/J0IF64)|Stalk Josh (http://tinyurl.com/k5o99e9)|Stalk Joe (http://tinyurl.com/mvnmvfa) .*

 ♥ · ∧ 0 ∨                                  ● **PCfan (/user/pcfan)** posted about 4 hours ago

Looks like @GAW_CEO (/user/gaw_ceo) is stalking the replies so I'll throw this out there.

Are there any safeguards for us to ensure we can get in on the ICO "customer round"? Assuming you're going to have multi-million hash points out there are we all going to get a slice of the pie? Will there be enough coins during this round for all the Hash Points out there?

*WIN UP TO $200 PER HOUR BITCOIN FAUCET (http://freebitco.in/?r=497889)*
*LTC GEAR 57% DISCOUNT USE CODE: (http://ltcgear.com?apage=538) anniversary1yr*

♥ · ∧ 0 ∨                                    ● **Full Metal B*tch (/user/full-metal-b-tch)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) getting very interesting, tell us more! :grinning:

*HashPros.net! (https://www.hashpros.net)* - *@volder approved Hashlets!*
*Facebook - Bitcoinzar (https://www.facebook.com/bitcoinzar)* - *bitcoin info / news*
*Twitter - Bitcoinzar (https://twitter.com/bitcoinzar)* - *Are you on twitter? Follow me!*

♥ · ∧ 0 ∨                                    ● **Bitcoinzar (/user/bitcoinzar)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Allen1980s (/user/allen1980s) said:
>
> > @GAW_CEO (/user/gaw_ceo) said:
> >
> > ∨

Is there something we will need to do in order to transfer HP into HC? Or will
we have the option to auto roll into them?

♥ · ∧ 1 ∨                                    ● **cryptichermit (/user/cryptichermit)** posted about 4 hours ago

@spartan (/user/spartan) said:

> @tokidoki (/user/tokidoki) said:
>
> > so 400 HP = 1 HashCoin
> >
> ∨

Because 1HP = $0.01 (one penny)

*http://goo.gl/4HLiaB (http://goo.gl/4HLiaB) - BTC Denomination calc*
*http://goo.gl/ah3NrC (http://goo.gl/ah3NrC) - Hash Market Calc*
*http://ltcgear.com?apage=597 (http://ltcgear.com?apage=597) - LTCGear has fast ROI -- I will share my referral bonus with you. PM me.*
*CryptoCause - A great reseller http://cryptocause.org/?ref=88 (http://cryptocause.org/?ref=88).*

❤ · ∧ 2 ∨                                    ● **tvle83 (/user/tvle83)** posted about 4 hours ago

Confusing :grinning:

Why $20 and $4? people like me who can't do arithmetics have a mind block. Why not $1 coin, so it is easy to work out: it costs $10 at the shop so i can pay $10 or 10 coins easy peasy. The only thing this change will affect is the total number of coins, about which i don't think anyone from the users really cares if it is 21 million, 400 million or 250 billion.

*Please don't up vote me or donwvote me, if you want to provide feedback just post a reply, thank you for reading.*

❤ · ∧ -1 ∨                                **Spentalot (/user/spentalot)** posted about 4 hours ago

@bassdude (/user/bassdude) said:

> @GAW_CEO (/user/gaw_ceo) so after it goes public for just over $20 then what happens normally will it go up or down from there?

Since we have many merchants signing on, it will continue to climb

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ∧ 4 ∨                                ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

@ultracat (/user/ultracat) said:

> @ATLUS (/user/atlus) said:
>
> ⌄

### Very nice!

*http://goo.gl/4HLiaB (http://goo.gl/4HLiaB) - BTC Denomination calc*
*http://goo.gl/ah3NrC (http://goo.gl/ah3NrC) - Hash Market Calc*
*http://ltcgear.com?apage=597 (http://ltcgear.com?apage=597) - LTCGear has fast ROI -- I will share my referral bonus with you. PM me.*
*CryptoCause - A great reseller http://cryptocause.org/?ref=88 (http://cryptocause.org/?ref=88).*

❤ · ⌃ 0 ⌄                                   ● **tvle83 (/user/tvle83)** posted about 4 hours ago

@Allen1980s (/user/allen1980s) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> Hello everyone,
>
> ⌄

### Thats correct

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

❤ · ⌃ 1 ⌄                                   ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

### Psssh... Never doubted you... lolol.

❤ · ⌃ 1 ⌄                                   ● **Goroz (/user/goroz)** posted about 4 hours ago

@ultracat (/user/ultracat) said:

> @ATLUS (/user/atlus) said:
>
>> @GAW_CEO (/user/gaw_ceo) said:
>
> 

We will be using a large reserve of FIAT to create a floor for the coin. Thats how we will control the price and prevent pump and dumps

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ∧ 5 ∨                                      ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) Woah :grinning:

♥ · ∧ 0 ∨                                      ● **VictorVargas (/user/victorvargas)** posted about 4 hours ago

---

@Bitcoinzar (/user/bitcoinzar) said:

> How is this coin going to work? Is it POW / POS, or is it like a counterparty share type coin?

The majority will be minable. It will be decentralized.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ∧ 8 ∨                                      ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

---

@ATLUS (/user/atlus) said:

@GAW_CEO (/user/gaw_ceo) said:

> HashCoin . . . public for . . . $20 a coin . . .our customer ICO HashPoint
> round will be . . . $4 a coin.



We are preparing a 30mm plus reserve fund to create liquidity for the coin.
But we don't believe many will sell. Our market analyst reports show that we
should break the $75 market within 12 months of it going live.

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit*
*gawminers.com for contact information.*

 ♥ · ∧ 8 ∨                    ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

---

What happens once the ICO has been & gone, we mine zenpool again or
would there still be a point to hashpoints?

*Spread the Cloud mining Love*
*LTCGEAR - http://goo.gl/AV2T1U (http://goo.gl/AV2T1U) <- coupon anniversary1yr 49% discount*
*ZeusHash - http://goo.gl/5V8N3O (http://goo.gl/5V8N3O) -*
*Hashie - http://goo.gl/SLZVWI (http://goo.gl/SLZVWI) FREE 10gh. From $4.51 per 10 GH*
*BTCCloud - http://goo.gl/lasdsS (http://goo.gl/lasdsS) - .0016 BTC/GHs - no FEES*

 ♥ · ∧ 0 ∨                    ● **Potatoe (/user/potatoe)** posted about 4 hours ago

---

@GAW_CEO (/user/gaw_ceo) so after it goes public for just over $20 then what
happens normally will it go up or down from there?

*http://www.harvestcrypto.com (http://www.harvestcrypto.com)*
*New Zealand Crypto Mining Pools*

*GAW Miner Affiliat http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1286*
*(http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1286)*

*Like our facebook page https://www.facebook.com/harvestcrypto (https://www.facebook.com/harvestcrypto)*

 ♥ · ∧ 0 ∨                    ● **bassdude (/user/bassdude)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> Hello everyone,
>
> 

To rephrase this, he is saying that you will only be able to purchase a number of coins, at a soon to be specified price, equal to what you have in converted Hashpoints. You will not be able to purchase more with BTC or USD/EUR. At least that is my interpretation.

*When making sense of turmoil, sometimes the most obvious is the correct analysis.*

♥ · ∧ 3 ∨                    ● **Allen1980s (/user/allen1980s)** posted about 4 hours ago

---

@actionslacks (/user/actionslacks)
Why when you can have a GTR for half the price :grinning:

*http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104)*

♥ · ∧ 0 ∨                    ● **hjb7683 (/user/hjb7683)** posted about 4 hours ago

---

@ATLUS (/user/atlus) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
> > HashCoin . . . public for . . . $20 a coin . . .our customer ICO HashPoint round will be . . . $4 a coin.
>
> 

You're assuming miner price will stay the same as you accumulate HP and then HC. They won't! Free market economics 101.

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJr9LfAQ1GS8SqfkSQcqs*

♥ · ∧ 0 ∨      ● **ultracat (/user/ultracat)** posted about 4 hours ago

@actionslacks (/user/actionslacks) said:

> should I go for the ferrari? or just settle on the porsche?

**both**

---

♥ · ∧ 3 ∨      ● **coinfairy (/user/coinfairy)** posted about 4 hours ago

Realt good news, @GAW_CEO (/user/gaw_ceo) delivers again



---

♥ · ∧ 0 ∨      ● **kj3lll3 (/user/kj3lll3)** posted about 4 hours ago

How is this coin going to work? Is it POW / POS, or is it like a counterparty share type coin?

**HashPros.net! (https://www.hashpros.net)** - @volder approved Hashlets!
**Facebook - Bitcoinzar (https://www.facebook.com/bitcoinzar)** - bitcoin info / news
**Twitter - Bitcoinzar (https://twitter.com/bitcoinzar)** - Are you on twitter? Follow me!

---

♥ · ∧ 0 ∨      ● **Bitcoinzar (/user/bitcoinzar)** posted about 4 hours ago

I had to get out for now, emergency funds were needed :frowning:, I will be back soon though, plus only 5 5HP off 2 coins . :grinning: some funds will be back in the beginning of the week.

http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=1104)

---

♥ · ∧ 0 ∨      ● **hjb7683 (/user/hjb7683)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> HashCoin . . . public for . . . $20 a coin . . .our customer ICO HashPoint round
> will be . . . $4 a coin.

I'm just curious how do you guarantee this 20$ price?

Based on these calculations, it is very profitable to dump a lot of money into
Zen/Primes, buy HashCoins, and then sell the coins for the money back so
you have free miners.

5x the money what you put into it is nice.

❤ · ∧ 0 ∨                                                ● **ATLUS (/user/atlus)** posted about 4 hours ago

And everyone will sell them right the way! Bad....

*http://btcroi.org (http://btcroi.org) - so stats, much info*
*http://youcanmine.com (http://youcanmine.com) - the proper "pool" to mine hashlets*

❤ · ∧ 0 ∨                                                ● **slashka (/user/slashka)** posted about 4 hours ago

should I go for the ferrari? or just settle on the porsche?

❤ · ∧ 3 ∨                                                ● **actionslacks (/user/actionslacks)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) I love it. Keep hashing HP!

*"Never hold discussions with the monkey when the organ grinder is in the room." - Sir Winston Churchill*

❤ · ∧ 0 ∨                                                ● **coinophrenic (/user/coinophrenic)** posted about 4 hours ago

@viitman (/user/viitman) That makes sense :grinning:

 · ∧ 0 ∨                                    ● **Primer (/user/primer)** posted about 4 hours ago

If each hashpoint is $0.01 then costumers will be able to get each Hashcoin at $4 then we need 400 Hashpoints per coin.

*. **(http://)** - @viitman*

● **viitman (/user/viitman)** posted about 4 hours ago , last edited by **viitman (/user/viitman)** about 4 hours ago

 · ∧ 0 ∨

@GAW_CEO (/user/gaw_ceo) thankyou sir i value all info you can give us

 · ∧ 0 ∨                                    ● **malticoss (/user/malticoss)** posted about 4 hours ago

@VCollective (/user/vcollective) said:

> Fanboyism pays big money nowadays...

LOL I like it. GAW has monetized fanboyism! Take that, silicon valley!

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5jMPi6RvaJr9LfAQ1GS8SqfkSQcqs*

 · ∧ 1 ∨                                    ● **ultracat (/user/ultracat)** posted about 4 hours ago

@sciborg (/user/sciborg) said:

> @GAW_CEO (/user/gaw_ceo) said:
>
>> @Bitcoinzar (/user/bitcoinzar) said:
>
> ⌄

It sure sounds like it. I have no idea where the .05 per HP came into play here, but I think you're correct.

---

*WIN UP TO $200 PER HOUR BITCOIN FAUCET (http://freebitco.in/?r=497889)*
*LTC GEAR 57% DISCOUNT USE CODE: (http://ltcgear.com?apage=538) anniversary1yr*

---

♥ · ⌃ 0 ⌄    ● **Full Metal B*tch (/user/full-metal-b-tch)** posted about 4 hours ago

---

Huzzah!!
@GAW_CEO (/user/gaw_ceo)
So, can you confirm yet that since HP are $0.01 and HC will be $4.00 for us, that the conversion rate will indeed be 400 HP per HC?
Also, will we be restricted on how many HC we can trade our HP in for?

---

*cause someday you're going to get hungry*
*and eat most of the words you just said*
*-Ani DiFranco*

---

♥ · ⌃ 0 ⌄    ● **2xmfutures (/user/2xmfutures)** posted about 4 hours ago

---

When is this ICO again?

---

♥ · ⌃ 0 ⌄    ● **actionslacks (/user/actionslacks)** posted about 4 hours ago

---

Sounds good

---

♥ · ⌃ 1 ⌄    ● **russenmafia (/user/russenmafia)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Bitcoinzar (/user/bitcoinzar) said:
>
> > @GAW_CEO (/user/gaw_ceo) Thats gonna be a pretty fat market cap
>
> ⌄

Long time since we had a announcement this huge.

Bitcoin may drop, zenpool may go down, but in the end this kind of announcement will keep coming!

Go Team GAW

*http://ltcgear.com?apage=282 (http://ltcgear.com?apage=282) use coupon : "anniversary1yr" for a 57% Discount.*
*PM me for an extra 50% Cash back*
*Join GAWMiners! http://bit.ly/1CaqkHT (http://bit.ly/1CaqkHT)*
*If you read this, you owe me 1 euro.*

♥ · ⌃ 1 ⌄          ● **tommy (/user/tommy)** posted about 4 hours ago

Sounds interesting, very very interesting. :grinning:

*Hashlet Prime, up up and away!!*

♥ · ⌃ 0 ⌄          ● **illvisions (/user/illvisions)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) Thank you so much for looking out for us, the subtle hints etc.! I have not spent 1 single HP since I started mining with you in August. Thank GAWD!

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJr9LfAQ1GS8SqfkSQcqs*

♥ · ⌃ 0 ⌄          ● **ultracat (/user/ultracat)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> @Bitcoinzar (/user/bitcoinzar) said:
>
> > @GAW_CEO (/user/gaw_ceo) Thats gonna be a pretty fat market cap
>
> ⌄

So to make this very very clear,,

We people mining hashcoin pool right now will be able to trade in Hashpoints for hashcoin with hashpoints valued at.01 each and get the hashcoins for $4 each before it goes public...Correct ?

My mouth is salivating right now $

*I will buy your BTC with Instant Paypal Payment. Pm me if you need money now.*

♥ · ⌃ 1 ⌄                              ● **sciborg (/user/sciborg)** posted about 4 hours ago

Fanboyism pays big money nowadays...

*1FJZwqRxMLRSDEFoBYnUHUcr2zZwcmwviA Help me turn my chicken houses into hydroponics farms!!*

♥ · ⌃ 3 ⌄                              ● **VCollective (/user/vcollective)** posted about 4 hours ago

I'm looking forward to the details on this. Is "customer round" those with hashpoints or those with primes or both ?

♥ · ⌃ 0 ⌄                              ● **Zippydoodles (/user/zippydoodles)** posted about 4 hours ago

Here's my guess on how this will play. The ICO WILL be Public facing, for $20 per coin. VC, private investors, partners, and apparently we, will get in BELOW the public offering.

This is what we call good.

I just wonder how the hell GAW will have enough available for us to purchase at this price.

*WIN UP TO $200 PER HOUR BITCOIN FAUCET (http://freebitco.in/?r=497889)*
*LTC GEAR 57% DISCOUNT USE CODE: (http://ltcgear.com?apage=538) anniversary1yr*

● **Full Metal B\*tch (/user/full-metal-b-tch)** posted about 4 hours ago  ❤ · ⌃ 1 ⌄

---

@GAW_CEO (/user/gaw_ceo) aHHH

Now i can make investments! ! ! !

Thank you for the update! Very good info!

*http://gawminers.go2cloud.org/SHLg (http://gawminers.go2cloud.org/SHLg)*

 )

*"I believe that banking institutions are more dangerous to our liberties than standing armies."*
*— Thomas Jefferson*

● **ColdSpirit (/user/coldspirit)** posted about 4 hours ago , last edited by **ColdSpirit (/user/coldspirit)** about 4 hours ago  ❤ · ⌃ 1 ⌄

---

Let's see if this news can help shift some of those cheap Primes and Zens on the market (or has everyone maxed out their BTC like me?)

● **Ben360 (/user/ben360)** posted about 4 hours ago  ❤ · ⌃ 0 ⌄

---

But after saying that ZenPool will be always the highest pool, I have some doubt with this ....

And no new debit because something was wrong with HP pool :question:

 · ∧ -1 ∨                                        ● **uakm (/user/uakm)** posted about 4 hours ago

When does this all start Josh and how long can we mine Hashpoints with Zens?

 · ∧ 0 ∨                                        ● **Suzanne (/user/suzanne)** posted about 4 hours ago

@GAW_KAMRAN (/user/gaw_kamran) said:

> does customer round mean we will be able to get them for $4 ie 400 hp?

Good question.. really would like to know the answer to that/ point more power to the hashpointpool

*http://ltcgear.com?apage=282 (http://ltcgear.com?apage=282) use coupon : "anniversary1yr" for a 57% Discount.*
*PM me for an extra 50% Cash back*
*Join GAWMiners! http://bit.ly/1CaqkHT (http://bit.ly/1CaqkHT)*
*If you read this, you owe me 1 euro.*

 · ∧ 0 ∨                                        ● **tommy (/user/tommy)** posted about 4 hours ago

Josh you made my day !



(https://i.imgur.com/6SBHdcL.gif)

♥ · ∧ 4 ∨      ● **savagebuddz (/user/savagebuddz)** posted about 4 hours ago

---

Hey Josh Thanks for all the opportunities it means a lot. :wink:

*Zen101:Daily Payouts (http://goo.gl/zKN9yS)|Feature Requests (http://goo.gl/5dTWJ5)|Adv- Forum Guide (http://goo.gl/J0IF64)|Stalk Josh (http://tinyurl.com/k5o99e9)|Stalk Joe (http://tinyurl.com/mvnmvfa) .*

♥ · ∧ 2 ∨      ● **PCfan (/user/pcfan)** posted about 4 hours ago

---

@Bitcoinzar (/user/bitcoinzar) said:

> @GAW_CEO (/user/gaw_ceo) Thats gonna be a pretty fat market cap

Very, wait till you see those final numbers :grinning:

*Because of the hundred of PMs I receive a day, I am not able to respond to PMs directly. Please please visit gawminers.com for contact information.*

♥ · ∧ 7 ∨      ● **GAW_CEO (/user/gaw_ceo)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> HashCoin will go public for just over $20 a coin. And our customer ICO
> HashPoint round will be at **less than $4 a coin. **
>
> ⌄

@ultracat (/user/ultracat) Read it again :grinning: .

● **paulc010 (/user/paulc010)** posted about 4 hours ago , last edited by **paulc010 (/user/paulc010)** about 4 hours ago

♥ · ⌃ 0 ⌄

Hmm lets see how quickly I can double my 32000 HP LOL

*https://gawminersaustralia.org (https://gawminersaustralia.org)*
*https://www.facebook.com/gawminersaustralia (https://www.facebook.com/gawminersaustralia)*

♥ · ⌃ 1 ⌄                                               ● **Mutant (/user/mutant)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) Thats gonna be a pretty fat market cap

**HashPros.net! (https://www.hashpros.net)** - *@volder approved Hashlets!*
**Facebook - Bitcoinzar (https://www.facebook.com/bitcoinzar)** - *bitcoin info / news*
**Twitter - Bitcoinzar (https://twitter.com/bitcoinzar)** - *Are you on twitter? Follow me!*

♥ · ⌃ 0 ⌄                                               ● **Bitcoinzar (/user/bitcoinzar)** posted about 4 hours ago

@paulc010 (/user/paulc010) said:

> **Less than** $4 people. **Less than**. :wink: .

What am I missing? 1 HP = 0.01 fiat. ICO cost would be 4.00 fiat = 400 HP....no?

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJr9LfAQ1GS8SqfkSQcqs*

---

 ● **ultracat (/user/ultracat)** posted about 4 hours ago

---

@Full-Metal-B*tch said:

> @Zippydoodles (/user/zippydoodles) This is my concern. How do we ensure we get in?
>
> ⌄

Yup, otherwise everyone would mortgage the house. $4 to $20 ? I mean c'mon. Very limited "customer round"

---

● **Zippydoodles (/user/zippydoodles)** posted about 4 hours ago , last edited by **Zippydoodles (/user/zippydoodles)** about 4 hours ago



---

**Less than** $4 people. **Less than**. :wink: .

---

 ● **paulc010 (/user/paulc010)** posted about 4 hours ago

---

@Zippydoodles (/user/zippydoodles) This is my concern. How do we ensure we get in?

Awesome news otherwise.

*WIN UP TO $200 PER HOUR BITCOIN FAUCET (http://freebitco.in/?r=497889)*
*LTC GEAR 57% DISCOUNT USE CODE: (http://ltcgear.com?apage=538) anniversary1yr*

---

 ● **Full Metal B*tch (/user/full-metal-b-tch)** posted about 4 hours ago

---

Yeah but "customer round" has to be defined. It will definitely be very limited.

 · ∧ 2 ∨     ● **Zippydoodles (/user/zippydoodles)** posted about 4 hours ago

@spartan (/user/spartan) HP is worth $0.01

 · ∧ 1 ∨     ● **Munz (/user/munz)** posted about 4 hours ago

I hope this is one of those occasions where if it sounds to good to be true it actually isn't! :grinning:

 · ∧ 2 ∨     ● **Ben360 (/user/ben360)** posted about 4 hours ago

Great news.

*CryptoCause.org (http://cryptocause.org/?ref=105)* - Get Hashlets & support a good cause!
*LTCGear (http://ltcgear.com/?apage=489)* <-You will get 69% of my affiliate bonus.
*Mine scrypt & with mods X11 or N*

 · ∧ 1 ∨     ● **Kevsta (/user/kevsta)** posted about 4 hours ago

I think with this news that each HP wont be worth one HashCoin :stuck_out_tongue_winking_eye: Thatd be a LOT

 · ∧ 1 ∨     ● **Primer (/user/primer)** posted about 4 hours ago

@GAW_KAMRAN (/user/gaw_kamran) said:

> and here is when primes sky rocket..... get em cheap while you can!!

You have no idea how pissed I am right now that I have a negative account balance in Zencloud. I'm not emptying my BTC wallet into zencloud with a negative balance. Grrrrrr! I keep missing the deals!

Anyway, yes, Primes (and right now...Zens) FTW!

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJrgLfAQ1GS8SqfkSQcqs*

♥ · ⌃ 2 ⌄                                    ● **ultracat (/user/ultracat)** posted about 4 hours ago

---

Go HashCoin Go!!

**Click here to see - Top Cloud Miners Compared by Daily Return!!**
**(https://sites.google.com/site/freebitcoinsforall/)**

*Click here to become a GAW affiliate and start earning your referral bonus!!*
*(https://gawminers.hasoffers.com/signup/1368)*

♥ · ⌃ 5 ⌄                                    ● **kapp (/user/kapp)** posted about 4 hours ago

---

@rdewilde (/user/rdewilde) said:

> Wow. So every hp is 0.05$+

Basically, yes...

**HashPros.net! (https://www.hashpros.net)** - *@volder approved Hashlets!*

♥ · ⌃ 5 ⌄                                    ● **redacted (/user/redacted)** posted about 4 hours ago

---

pls pls pls be true.... pls

*Yea Yea i carnt spell, type or grammar. But i can make magical internet money.*
*http://cryptocause.org (http://cryptocause.org) Fight against Breast Cancer Month!*

 ❤ · ⌃ 1 ⌄     ● **Madcotto (/user/madcotto)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) Awesome news.

 ❤ · ⌃ 2 ⌄     ● **shpion (/user/shpion)** posted about 4 hours ago

$ win! Here's hoping I can buy with hashpoints!

 ❤ · ⌃ 0 ⌄     ● **cherrywaffle (/user/cherrywaffle)** posted about 4 hours ago



(http://i.imgur.com/u8awa.gif)

 ❤ · ⌃ 4 ⌄     ● **Trader69 (/user/trader69)** posted about 4 hours ago

Wow that much, alrite :grinning:

*** Buy some GAWsome Hashlets ! ***
---> http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=2024 (http://gawminers.go2cloud.org/aff_c?offer_id=34&aff_id=2024) <---

*** Become a GAWfililiate ! ***
---> https://gawminers.hasoffers.com/signup/2024 (https://gawminers.hasoffers.com/signup/2024) <---

♥ · ∧ 1 ∨                                    ● Krumz (/user/krumz) posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) ONLY 20 :wink:

♥ · ∧ 1 ∨                                ● coinfairy (/user/coinfairy) posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) wait, do I have this right? You're going to sell them to us at ICO for $4 a coin but the initial face value will be $20 per coin?

Sorry I'm totally new to this ICO stuff. Even if I'm wrong....I like that $20! : D : D : D

*If you feel like tipping, I personally guarantee it will all get turned into beer eventually...*
*Doge: DBzbY5iMPi6RvaJr9LfAQ1GS8SqfkSQcqs*

♥ · ∧ 1 ∨                                ● ultracat (/user/ultracat) posted about 4 hours ago

This is pretty impressive, I feel like I should have been a math major with all these dang numbers I keep though ha ha

*No I haven't received my payout either, yes it'll happen, no they aren't stealing. Effin A... just give it some time.*

♥ · ∧ 1 ∨                                    ● Gava (/user/gava) posted about 4 hours ago

and here is when primes sky rocket..... get em cheap while you can!!

♥ · ∧ 2 ∨                            ● GAW_KAMRAN (/user/gaw_kamran) posted about 4 hours ago

Sweet.

*T. Lake*

 ● **TtheInitial (/user/ttheinitial)** posted about 4 hours ago

Launch at $20 and we can get them at $4. Very nice.

 ● **jonnybravo0311 (/user/jonnybravo0311)** posted about 4 hours ago

GAWsome!!! Gimme some of that!

----

*Grace Under Pressure*

 ● **redtocatta (/user/redtocatta)** posted about 4 hours ago , last edited by **redtocatta (/user/redtocatta)** about 4 hours ago

 ● ∧ 2 ∨

@tokidoki (/user/tokidoki) said:

> so 400 HP = 1 HashCoin
>
> ⌄

what makes you say 400 HP for 1 coin?

 ● **spartan (/user/spartan)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) Wait, this means we can buy it for 4$ a piece and they are worth 20$?

 ● **Side (/user/side)** posted about 4 hours ago

sounds exciting !!!!!

♡ · ⌃ 2 ⌄                                    ● **unu (/user/unu)** posted about 4 hours ago

does customer round mean we will be able to get them for $4 ie 400 hp?

♡ · ⌃ 3 ⌄                          ● **GAW_KAMRAN (/user/gaw_kamran)** posted about 4 hours ago

Sounds good :grinning:

● **icbossman (/user/icbossman)** posted about 4 hours ago , last edited by **icbossman (/user/icbossman)** about 4 hours ago

♡ · ⌃ 2 ⌄

Great ICO Price!

*LTCGear.com (http://ltcgear.com?apage=129)* *- Best ROI (other than Gaw of course!)*
*Use Code - anniversary1yr for 49% off the ASIC share1K6X package - a little over $5 per MH!!*

● **pfinder95 (/user/pfinder95)** posted about 4 hours ago , last edited by **pfinder95 (/user/pfinder95)** about 4 hours ago

♡ · ⌃ 2 ⌄

Excellent!

*http://ltcgear.com?apage=282 (http://ltcgear.com?apage=282) use coupon : "anniversary1yr" for a 57% Discount.*
*PM me for an extra 50% Cash back*
*Join GAWMiners! http://bit.ly/1CaqkHT (http://bit.ly/1CaqkHT)*
*If you read this, you owe me 1 euro.*

♡ · ⌃ 1 ⌄                                ● **tommy (/user/tommy)** posted about 4 hours ago

Holy crap! Nice!

Definitely gotta get more primes to maximize HPs!

● **Gluttony (/user/gluttony)** posted about 4 hours ago , last edited by **Gluttony (/user/gluttony)** about 4 hours ago

❤ · ⌃ 3 ⌄

nice :laughing:

❤ · ⌃ 2 ⌄                                           ● **Flamatar (/user/flamatar)** posted about 4 hours ago

Way more than I thought! Awesome!

❤ · ⌃ 3 ⌄                                           ● **Primer (/user/primer)** posted about 4 hours ago

Awesome

*DigitalOcean (https://www.digitalocean.com/?refcode=ec7f5ccd90e1)*
*GawMiners Affiliate (http://gawminers.go2cloud.org/SH5Y))*

❤ · ⌃ 2 ⌄                                           ● **daebak (/user/daebak)** posted about 4 hours ago

wow over 20 a coin is awesomesauce :laughing:

*Donate a few Satoshis here: 13eoVK5GxT94SSW7PkmKXzJRt3edLajxcL*
*Every single satoshi will be used to make Hashlet Giveaways ;)*
*Latest Giveaway (Still Going): https://hashtalk.org/topic/15483 (https://hashtalk.org/topic/15483)*

❤ · ⌃ 3 ⌄                                           ● **Killermaniac93 (/user/killermaniac93)** posted about 4 hours ago

cool

♥ · ∧ 3 ∨                                                   ● **dovaboy (/user/dovaboy)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) said:

> ## Hello everyone,
>
> ⌄

## Exciting! **GAW** some!

*http://goo.gl/4HLiaB (http://goo.gl/4HLiaB) - BTC Denomination calc*
*http://goo.gl/ah3NrC (http://goo.gl/ah3NrC) - Hash Market Calc*
*http://ltcgear.com?apage=597 (http://ltcgear.com?apage=597) - LTCGear has fast ROI -- I will share my referral*
*bonus with you. PM me.*
*CryptoCause - A great reseller http://cryptocause.org/?ref=88 (http://cryptocause.org/?ref=88).*

♥ ·
∧ 2
∨                     ● **tvle83 (/user/tvle83)** posted about 4 hours ago , last edited by **tvle83 (/user/tvle83)** about 4 hours ago

## so 400 HP = 1 HashCoin

## that's pretty cool!

***Hashie - Get a FREE Cloud Miner - Newbie Friendly - LIMITED OFFER☆·˚° ·(^O^)/·˚° ·☆***
***(http://smarturl.it/hashie)***

♥ · ∧ 11 ∨                                                 ● **tokidoki (/user/tokidoki)** posted about 4 hours ago

@GAW_CEO (/user/gaw_ceo) Nice!

♥ · ∧ 1 ∨  💬  66  ↩  ⚑                                   ● **lzerian (/user/lzerian)** posted about 4 hours ago

1st That is super cool Need go buy some more primes now.

*When walking backwards always look forward.*

● **Lawrence_Hughes (/user/lawrence_hughes)** posted about 4 hours ago , last edited by **Lawrence_Hughes (/user/lawrence_hughes)** about 3 hours ago

♥ · ⌃ 0 ⌄

ico 3 (/tags/ico)   hashpoints 75 (/tags/hashpoints)   hashcoin releas 1 (/tags/hashcoin releas)
redeem hps 1 (/tags/redeem hps)   hashcoin 15 (/tags/hashcoin) | Posts **454** | Views **4.7k** • browsing

👥 116

Reply | Sort by ▲

Copyright © 2014 GAW Miners (https://www.gawminers.com)

# Exhibit A-79

From:     Jonah Dorman (via Google Docs)
Sent:     Fri 11/21/2014 11:21 PM (GMT-05:00)
To:       <Ashinners007@gmail.com>
Cc:
Bcc:
Subject: Paycoin Community Questions - Invitation to edit

Jonah Dorman has invited you to **edit** the following document:

Paycoin Community Questions

Open in Docs

Google Docs: Create and edit documents online.

GAW00092021

# Exhibit A-80

| | |
|---|---|
| **From:** | Allen Shinners |
| **Sent:** | Wednesday, November 26, 2014 8:42 PM PST |
| **To:** | Josh@gaw.com; Josh@btc.com |
| **Subject:** | Bounty |

Josh,

I do not think I can post to the Bounty contest. I know too much about all of this from the collaboration on the Q&A. Nobody knows anything about Primes switching to HashStakers, and HashStakers hosting a wallet on Prime Controllers. It is too much of an advantage. I can post on everything else that has nothing to do with the NDA we have between us, but really not much more than that. Should I bother?

Allen

# Exhibit A-81

From:     Allen Shinners
Sent:     Mon 12/29/2014 9:18 PM (GMT-05:00)
To:       "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: think we got it

And remember: "ignorance is bliss."  I will be very blissful to take advantage of other people's ignorance, in this case.

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
email: **ashinner@columbus.rr.com**

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, December 29, 2014 9:09 PM
**To:** Allen Shinners
**Subject:** think we got it

I can move just about all the XPY out there fro less than half the btc we have in reserve. Should work out just fine :)


**<span style="color:red">Josh Garza</span>**
**CEO-** GAW Corp


"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00150841

# Exhibit A-82

| | |
|---|---|
| **From:** | Allen Shinners |
| **Sent:** | Sunday, November 30, 2014 9:48 PM EST |
| **Cc:** | 'Joe Mordica' |
| **To:** | 'Josh Garza' |
| **Cc:** | 'Joe Mordica' |
| **Subject:** | RE: Lesser Hashlets |

I understand that the pools are representative of outside pool rates. I always knew that. Yes, converting to HashStakers is ideal. Frankly, I could care less how ticked-off the Prime holders would be to hear that, but these lowly hashlets are causing to0 much damage to the business model, through bad PR.

Suggestion:  If you convert all of the hashlets to HashStakers, someone should do the math on whether they can be converted as "fractional payout HashStakers."  Since the buy-in price was lower than both Primes and Zens, fractional payouts would make sense, proportional to the output of a Prime or Zen. If they want to mine whole "dollar coins" versus "quarters," sell an AMP for that. It keeps the capital investments relative.

Thoughts?

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

**From:** Josh Garza [mailto:josh@btc.com]
**Sent:** Sunday, November 30, 2014 9:29 PM
**To:** Allen Shinners
**Cc:** Joe Mordica
**Subject:** Re: Lesser Hashlets

We are going to let all hashlets convert to hashstakers

This is the only reasonable solution as we have no influence over all the pools

On Sunday, November 30, 2014, Allen Shinners <ashinner@columbus.rr.com> wrote:
Hey Josh and Joe,

This thread (Hashtalk link below) is actually a very valid post. I have been thinking about this over the past month with the constant adjustments having to be made in Zenportal for the under-performing hashlets. It is a huge drag on PR and company reputation. Imagine buying a MultiHashlet only to find out that the price you paid nets you near-zero income each day. Most newbies will not even know that they should open a ticket to address it. They will just leave and not come back...

What are your near-term plans to address these under-performing hashlets? AMPs do not address the near-term implications to PR and company reputation. It is nearly impossible to do the research, as a newbie, if you are totally new to cryptos. A new person would not even know where to look. This poster has it correct.

The other issue rests with the way these were originally sold (to those who are already here). The original promise was that all hashlets would be remain profitable. A fraction of a penny in daily profits is not proiftable by anyone's definition. It is time to roll out replacement hashlets that are more apropos to the new environment surrounding Paycoin, in my opinion. Read through the thread, before it gets too long. I am posting there as well.

Here are today's yields on all of the hashlets except Zens:

| | |
|---|---|
| **CleverHashlet** | **0.00019400 BTC** |
| **LTC Pool** | **0.00018249 BTC** |
| **HashletBit** | **0.00018000 BTC** |
| **MultiHashlet** | **0.00013876 BTC** |
| **WaffleHashlet** | **0.00013687 BTC** |

Maintenance fees are currently 0.0002125 BTC. Once Paycoin takes off and becomes firmly established, the maintenance fees will rise, on a BTC basis, not fall. My rationale behind this is that Paycoin will draw other miners away from BTC. Prices will fall, and the maintenance costs in USD are fixed.

All of these yield below the maintenance charges associated with the miners, on a per MH basis.

I believe that a major restructuring of these products needs accomplished very soon. Basically, at this point, they should be removed from GAWminers.com, Zenportal, and the resellers' product mix. Only Zens should be sold currently.

Thoughts? What are the near-term plans to get these all gone? Even if you push AMPs out sooner, the problem still remains behind for new purchases.

https://hashtalk.org/topic/20629/for-the-sake-of-people-we-re-trying-to-convince-to-enter-crypto-stop-selling-all-hashlets-but-zen

**D. Allen Shinners**

**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**


--

**Josh Garza**
**CEO-** GAW Corp


"The information contained in this email message may be confidential. If you are not the
intended recipient any use, distribution, disclosure or copying of this information is prohibited. If
you receive this email in error, please tell us by return email and destroy this communication and
any attachments from your system."

# Exhibit A-83





💬 **Allen1980s** commented on GAW Asks Community to Troll the Trolls In Deceptive "Media Blitz". · **r/Bitcoin** · Posted by u/lovebitcoins

**kiisfm** 8 points · 3 years ago

Are these people that gullible?

**Allen1980s** -3 points · 3 years ago

Definitely not "gullible." I am just well informed and can perform the advanced math, you? :)

Reply  Share  •••

---

🪙 **r/dogecoin** · Posted by u/Allen1980s 4 years ago 🗄️

**Rumors circulating of the Innosilicon A2 Terminator (ASIC-scrypt). Why you should do the math first!**

I have been seeing new threads posting about the Innosilicon, scrypt-based ASIC miner at 75 Mh/s. The claim is that these machines are available now. Although I have not seen a real price offered by the vendor directly, one price has been reported at $12,000 per 75 Mh/s unit, deliverable now. I sent the manufacturer an email, but I have heard nothing back.

I spent some time to do a cost/benefit analysis for everyone to look at to show why a $12,000 Terminator is a horrible investment.

Comparison was made to the most likely entrant, at closest hashrate, KnC's Mini-Titan (150 Mh/s) against Innosilicon's Terminator (75 Mh/s). Since the one poster indicated he ordered two at $12,000 each, I used that cost basis. Later, I show the mathematical valuation of the unit based on outputs of both, cost basis, and static Litecoin pricing.

The reason I used Litecoin pricing, and now DOGE pricing, is that bitcoin is not being priced in to 2015

⬆ 7 ⬇  💬 10 Comments  ↗ Share  •••

**hash-power** 1 point · 4 years ago

Hi, The above assumption is really based on a lot of inputs that you can not really measure. Bitcoin's price **See more**

**Allen1980s** 🔑 1 point · 4 years ago

I just now found this reply. Sorry for the late reply back. Now it has been a month since you replied to my post. What has happened since? Almost all of the cryptos have dropped precipitously. Currently, BTC is around $500.00 and most of the difficulty levels have increased due to the increased network hash. Litecoin is hovering around $7.00 and has "decoupled" from BTC (the divergence was about a month ago when you replied to my post actually). So, while BTC has become

increasingly more difficult to mine, requiring much more sophisticated hardware to be profitable, cryptos have been, market-wise, abandoned by a large majority of miners. The newer ASIC hardware, whenever it is released (KnC Titan and Mini-Titan) will still require a lot of power and will have a breakeven of "infinity" based on current prices and difficulty levels. If you are a DOGEcoin miner, the price is hovering around 0.00000023 BTC (about 25% of where it was when I posted). This is exactly what my point was all about. These machines are priced to break-even at exactly 5 months from their pre-purchase date. The machines actually cost a fraction of the sale price to make. When I order a new car, there is never any worry that the car will lose all of its value when I receive it. It will still have a rate of return, or utility, long after its purchase. You cannot even say that with any mining equipment today. Anyone buying hardware really should be having their head examined as the math just has too many variables that can ultimately raise investment risk exponentially.

Reply  Share  •••

[deleted]  2 points  ·  4 years ago

I picked up a Gridseed Blade for the electric savings alone. Competition's about to heat up amongst the more

Allen1980s 🔑  1 point  ·  4 years ago

I too am looking at the Summer to see what pops up. My suspicions are that newer configurations will begin to enter the market, at lower pricing points, than what we see now. As we have witnessed with Butterfly Labs, the preorders can be ROI dangerous, if the manufacturers delay product roll-out. When they have a "difficulty" or "competition" guarantee in their pre-sales agreement, this helps compensate for the loss of ROI, but in the end, preorders tend to be counterproductive. I would like to see a real company come out with an ASIC-scrypt machine (at higher Mh/s) that requires no preorder. Currently, the miners take on too much risk through preorders. If KnC delays even a few months, the value of their products will be greatly diminished in the eyes of the miners, based on reduced, first year ROI. For DOGE, in two months, the next halving will negate any value in the Titan/Mini-Titan miners, hence my focus on LTC. DOGE, in effect, will become naturally ASIC-resistant. Focus will shift to LTC mining, which will have more long-term ROI benefit opportunities. :)

Reply  Share  •••

**Load more comments**

💬 Allen1980s commented on Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... · **r/Bitcoin** · Posted by u/gaw-whistleblower

Allen1980s  1 point  ·  4 years ago  ·  edited 4 years ago

I purchased a 100 Mh/s Hashlet from GAW on Aug 17th, 2014 at around 16:30. To date, I have earned slightly more than 0.38 BTC or $192.05 (as of this posting) after maintenance fees. At this rate, I expect to recover my $1599.99 investment at around 53-60 days. Although I understand that people may think this to be a Ponzi scheme, knowing the past performance of GAW leads me to believe they have implemented a business model that all of the other hardware vendors have already been using, only this time, they are letting outsiders buy into the model. What is the model? They are mining with their own machines and using their own multipool, and they are sharing the profits from the whole scheme. Unlike BFL and other past and current "hardware" builders, who consistently miss their delivery dates over and over each year, they probably are just using their produced hardware to mine for their own benefit, or in this case, anyone willing to buy in. Why are BFL, KnC, and other hardware vendors

missing their own delivery dates? They are taking the pre-order money, building the machines, probably mining with them for more profit, then shipping the outdated, used machines to the end-users who prepaid for them the year before. What is GAW likely doing? They are using your money, building the machines and mining with them, while actually paying you a rate of return for it to boot. I could not care less whether there is a machine with my name on it out there somewhere. If they are selling me a crypto version of a "time share," who cares? If my rate of return is positive and I make my investment back, in a reasonable time period, and with a reasonable long term continued rate of return, why should I care? Can you say that with KnC, BFL, or any other hardware vendors who have yet to make a delivery on time? How many have pre-purchased hardware only for the product to be months or quarters late, or flat-out undelivered? Plus, how many times have you received the hardware so late that the break-even was "infinity?" I have a rig in a room of my house that cost me $4100 to be built, only to be shut off 4 months later, because the costs to run the GPU-based rig were more than what the mining produced. For the person who started this thread, with the poorest of English skills, I say to you that you are a fraud. I also believe you represent one of the piss-poor vendors who have been secretly mining with pre-paid users' machines you haven't delivered. I also believe you think that anyone is going to give two shits about your accusations. Why? Because you have nothing, can produce nothing, and therefore are "nothing." At least some of us can see through the cryptic vale and understand that the GAW business model is allowing people to buy into a business model where GAW can use the money to innovate newer technology along the way, supporting the pledge "you will always be mining at a profit" and "because over time your miner will be upgraded." ==If GAW had gone public, through a stock offering, they would be subject to all sorts of regulations and requirements. In this case, if I am correct, they bypass all of the stock requirements and just allow people to buy into the model directly, something resembling partial business ownership without the voting right.== I'm fine with that, and I actually applaud it. It is a creative business model, and I am willing to go for the ride. If I lose, it is my money, not yours. Your "alarm" to the public is more or less, somehow self-serving, and anyone who reads this rubbish should keep that in mind. As my proof that my Hashlet is working and producing, I have attached imgur links to screenshots. Sorry I blocked my user information so you couldn't steal my account. I hope you catch the innuendo of how I can make you look like some crook too, without any proof one way or another. You know, I might actually be your boss at work (as you quoted: "I am near Josh").....notice anything strange in your cubicle in the last 4 days?

[Imgur](#)
[Imgur](#) [Imgur](#)
**Reply  Share  ...**

> [Could_Care_Corrector](#)  2 points  ·  4 years ago
>
> "couldn't care less"
>
> > [Allen1980s](#)  1 point  ·  4 years ago
> >
> > Good catch. Fast reader! ;)
> >
> > **Reply  Share  ...**

---

**r/BitcoinMining** · Posted by u/Allen1980s 4 years ago 🗄

**Anyone actually purchase AND receive a Black Miner (BlackElectronics)?**

I have seen these subReddit threads about both Bitcoin and Altcoin ASIC miners on the market from Black Miner. Although no one seems to trust these guys, which I can understand why, has anyone actually



purchased from this company AND received a working miner? There is a recent thread in DOGEcoin's subReddit, from a few days ago, but when I tried to go to the website, it is no longer available... Again, not surprised.

⬆ 2 ⬇   💬 3 Comments   ➦ Share   •••

**Raider1284**  1 point  ·  4 years ago

avoid them like the plague. Not even worth potentially thinking about giving them your money.

> **Allen1980s** 🔑  1 point  ·  4 years ago
>
> I was pretty much certain of that when they had another account posting how he just received his Gridseeds from them.... They have a product video out there, on YouTube, showing the outside of the miner (ahem...black box) but not the inside of the unit. Also, a computer screen showing active mining performance (I could hook a laptop to my current rig and do the same thing). It seems that there are a lot more scammers out there now, than in the past.
>
> Reply  Share  •••

💬 **Allen1980s** commented on Black Miner Scrypt (75 MH/s) - Interesting Scrypt Mining Hardware
blackminer.com/shop/b... 🔗 · **r/Bitcoin** · Posted by u/RusellPower

**shadowandlight**  1 point  ·  4 years ago

Why is this device 75 mhs and $15k, and knc's device 300 mhs and $10k?

> **Allen1980s**  2 points  ·  4 years ago
>
> I have another thread open on this same type of product from Innosilicon (China). They also are touting a 75 Mh/s miner available "now" for shipment. They are "supposedly" charging $12,000 for that unit. Your identification of KnC's Titan being only $10,000 (at 4 times the hashrate of a 75 Mh/s miner) is a very valid observation. I did an extensive mathematical analysis of why no one should be buying these newly marketed units at $12,000, let alone $15,000. Check out my Reddit post at
> http://redd.it/24n68b and drop a comment ! :)
>
> Reply  Share  •••
>
> > **shadowandlight**  1 point  ·  4 years ago
> >
> > did you do an ROI on the Titan? (not the mini, I see that now)
> >
> > > **Allen1980s**  2 points  ·  4 years ago
> > >
> > > I have not. I compared the two closet products (Mini-Titan @ 150 Mh/s with Terminator A2 @ 75Mh/s). Of course, the ROI comparing a 75 Mh/s unit and the Titan would be even worse for a 75 Mh/s unit. This is why none of these smaller units, now showing up, are of any "real" value. We can look at this as cost per Mh/s. It is just better to wait for the KnC products, coming from a company that has already delivered product to consumers. :) Also, on the Black Miner thread, their website is mysteriously no longer reachable... Have you noticed that yet? LOL
> > >
> > > Reply  Share  •••

💬 **Allen1980s** commented on Sorry about your hashrate Shibes :( · **r/dogecoin** · Posted by u/kskwerl

> **Allen1980s**  1 point  ·  4 years ago

10/17/2018
Case 3:16-cv-00940-MPS   Document 107-1   Filed 11/19/18   Page 580 of 604
reddit: the front page of the internet

I spent some time to do a cost/benefit analysis for everyone to look at to show why a $12,000 Terminator is a horrible investment. Comparison was made to the most likely entrant, at closest hashrate, KnC's Mini-Titan (150 Mh/s) against Innosilicon's Terminator (75 Mh/s). Since the one poster indicated he ordered two at $12,000 each, I used that cost basis. Later, I show the mathematical valuation of the unit based on outputs of both, cost basis, and static Litecoin pricing.

For both units, I used the Coinwarz mining calculator for Litecoin. For difficulty calculations, I used Litecoinpool's calculator, because it allows you to manually input difficulty values. Additionally, I cross-calculated results against both calculators to make sure the variance was less than 5% (95% confidence rate).

Let us look at direct comparisons of the KnC and the A2 Terminator, mathematically, using Litecoin, since the next halving occurs in late 2015:

KnC's Mini-Titan is due out by Q3 of 2014, pending no disruptions. From now until then, we have roughly 4 months of zero production. Holding LTC's price static at today's valuation. Choosing machines of near-equal hashrates (Mini-Titan @ 150 Mh/s; Terminator @ 75 Mh/s). Not costing electricity (too variable across the world).

KnC Titan: $5,600, 150 Mh/s Terminator A2: $12,000 75 Mh/s

Litecoin Mining Value at 150 Mh/s: $209.13 (no electricity costs) Litecoin Mining Value at 75 Mh/s: $104.56 (no electricity costs)

Litecoin production months 1-4, Mini-Titan: $0.00 (not available yet). Litecoin production months 1-4, Terminator: $12,457.20

Litecoin production months 5-8, Mini-Titan: $24,914.40 Litecoin production months 5-8, Terminator: $12,457.20

Litecoin production months 9-12, Mini-Titan: $24,914.40 Litecoin production months 9-12, Terminator: $12,457.20

Year 1 (a partial year for Mini-Titan): Total 150 Mh/s, 12 Months: $49,828.80 Total 75 Mh/s, 12 months: $37,371.60

1st year Terminator pricing point, based on 12 month yield (a partial year for Mini-Titan): $49,828.80/$37,371.60 = 1.33:1 = $5600/1.33 = $4,180.00 (Terminator).

Year 2: Total 150 Mh/s, 12 Months: $74,743.20 Total 75 Mh/s, 12 months: $37,371.60

One year pricing point for Terminator, based on a full 12 month yield of Mini-Titan: $74,743.20/$37,371.60 = 2:1 = $5600/2 = $2,800.00 (Terminator).

Year 1 net-ROI, Mini-Titan: $49,828.80 - $5,600.00 = $44,228.80 (Ratio ROI: 7.9:1) Year 1 net-ROI, Terminator = $37,371.60 - $12,000 = $25,371.60 (Ratio ROI: 2.12:1)

The spread widens when you consider a full year's mining with the Mini-Titan.

Full year net-ROI, Mini-Titan: $74,743.20- $5,600.00 = $69,143.20 (Ratio ROI: 12.35:1) Full year net-ROI, Terminator = $37,371.60 - $12,000.00 = $25,371.60 (Ratio ROI: 2.12:1)

As you can see, purchasing the Terminator at anything more than $2,800.00 is a huge mistake. A full year's mining with the Mini-Titan (at $5,600) yields almost 6 times the return than the Terminator (at $12,000).

Any effects Litecoin halving would have would be proportionate to both miners (year 2015, around November). Any effects from dramatically increased mining difficulty (from all the ASIC miners going online in the next 6 months) would also be proportionate for each miner. Here is the math on this important variable:

2000 KnC Titans = 600,000 Mh/s (600 Gh/s in increased Litecoin network mining power). Current Litecoin network hashrate: 208.17 Gh/s (208,170 Mh/s). Total new network hashrate: 808 Gh/s (808,170 Mh/s). Current difficulty level: 7338.313 New Difficult level: (3.90 x 7338.313) 28,620 (conservative basis)

Full year estimated Mini-Titan production: $19,165.00 Full year estimated Terminator production: $9,583.00

ROI Mini-Titan (12 months): $19,165.00 - $5,600.00 = $13,565.00 ROI Terminator (12 months): $9,583.00 - $12,000 = -$2,417.00

This is why the Terminator is a foolish investment at the $12,000 price. Being the first mega-ASIC miner to the market, at $12,000, is not compelling enough to buy now. The math does not support any advantage in the miner whatsoever. A miner's best bet, for the money and mining capabilities, is to pre-order a Mini-Titan (or Titan, which doubles mining power at less than twice the price of the Mini-Titan). Of course, as we all have experienced, market pricing of any of the cryptos determines the ROI on the miner in the long-term. However, it also has a proportionate effect on the numbers above.

A2 Terminator thus, is a flightless albatross at the price-point of $12,000.

I hope this helps miners get a better perspective of how tricky the mining hardware market really is.

Reply  Share  •••

**kskwerl** 🔑  -1 points  ·  4 years ago
I have no affiliation with them, you can contact the owner on skype and do wire transfer. Each unit pulls more

> **Allen1980s**  1 point  ·  4 years ago
> If this turns out to be the price, I do not see this selling well at all. If we use DOGEcoin as the computational basis, the break-even would be 4-6 months (including the next halving) at current prices; Worse for LTC. If KnC (and others) is on-time with the Titan and Mini-Titan ($10,000 and $5,500, respectively), within 2-4 months this mining hardware will be woefully under-performing against the competition, and the per hash dollar cost will be way above that of KnC. Plus, the resale value of the unit will be a fraction of the current price, for those wanting the more powerful KnC units. All of this, if DOGEcoin and LTC prices remain at the current level, which is probably unlikely.
>
> Reply  Share  •••

**Load more comments**

💬  **Allen1980s** commented on Innosilicon has a video out showing their 60MH/s scrypt miner in action, and is shipping May 4th.
cryptocoinsnews.com/news/i...  🔗  ·  **r/dogemining**  · Posted by u/Rawtashk

**EvilToaster0ven**  2 points  ·  4 years ago

Anyone contact them and get a price?

**Allen1980s**  1 point  ·  4 years ago

I am in contact with them currently to get one purchased for bench testing here in the U.S. If the quality, stability and performance are in line, then I might batch-buy more of the units for distribution/sales in the U.S. Time will tell though. I have a colleague in China checking them out as well. My primary concern is the affordability relative to the KnC Titan and Mini-Titan. If KnC makes the end of third quarter shipping time, then a unit, such as this, will have a difficult time competing, even now. Since I also am a pragmatist, I expect the ex-factory price to be at 1/4th that of the Titan (incl. delivery). If that is not the case, and it is priced anywhere near KnC's prices, it becomes a "non-starter" in my book. I saw on a Bitcoin forum that someone was thinking it is priced at 9,999 USD, which is humorous, if true. A 75 Mh/s unit would only be able to compete at less than 3,000 USD due to the soon-to-be obsolescence factors (ref: KnC Titan/Mini-Titan) of the configuration. I am still not understanding why people are spending 3,000 USD or more with Gridseeds at 8.8 Mh/s performance. The hash rate per dollar is awful, with a very long ROI/break-even point (using today's DOGEcoin price and future halving schedule in the base calculation).

Reply  Share  ···

**vvash**  2 points  ·  4 years ago

If the price is 1/4 of KnC I would be very interested in this

**Allen1980s**  1 point  ·  4 years ago

That is what it should be, by all intents and purposes. The time horizon to benefit from an early version of ASIC mega-mining hardware is too short to capitalize on as a "first to market" entrant. We already have Gridseed in the market, but it is not powerful, nor cost effective enough to be a comparison. The newer KnC machine, if on time, will be more powerful and better tested than this current new entrant. KnC has an established reputation from which it can associate "price." All these factors should play a role in the pricing of the Terminator from Innosilicon. I can't see this unit being offered for anything near what KnC has been charging on Titan pre-orders (Mini-Titan is closer to the Terminator capacity anyway, at 150 Mh/s). :)

Reply  Share  ···

https://www.reddit.com/user/Allen1980s

reddit: the front page of the internet

reddit: the front page of the internet

# Exhibit A-84



XPY - Paycoin TeamXPY, XPY.IO linked to TeamION...

Crypto Discussions · Altcoins

GetHashing Store

Feb 2015

4040 / 4074
Mar 2016

Jun 2017

Apr '16

Daffy

**suchmoon** aka suchtroll

Daffy:

Seems XPY.IO is done for. They are preparing for the next scam.

They will exchange your expeewhys to ions and electrons... I'm not kidding.

http://www.talkxpy.com/topic/1409  4

Message from the team behind XPY.io

First of all, thank you for your loyalty! The team that developed and maintained XPY.io has always valued the community of people who joined us in a commitment to create a great product and value for its customers. The next chapter is now being written and we hope you will join us in helping to write it.

XPY.io was a business overlay upon an already established, but deficient coin with a tarnished reputation. For XPY.io trying to work with a broken coin was a setup for failure.

When we concluded these were barriers the company could not overcome, we also realized we had an opportunity to create a new brand, with cutting edge technology, and with a business model that works to incorporate them both.

We're starting over from the ground up:

New coin technology: a cryptocurrency called ION

New business model: a gaming development company called Ionomy.com

# Exhibit A-85

From:     Couch Life
Sent:     Fri 9/26/2014 5:30 PM (GMT-04:00)
To:       "Animoesto" <ukanimoesto@gmail.com>, "Michael Pfeiffer" <michael@mpfeiffer.com>
Cc:
Bcc:
Subject:  Re: escrow request: account transfer from @Coinotron to michael@mpfeiffer.com

Hi John,

I am sorry I offended you but I explained earlier that I am a new to this.
I do not want to get scammed so I was doing my due diligence.

I have come to found that you're a trusted member of the community and I am sure we all respect
you for providing such a services.

I would certainly vouch for you after this deal, we need people like yourself.


anyways please accept my apology and please reconsider?

thanks

On Sat, Sep 27, 2014 at 9:21 AM, Animoesto <ukanimoesto@gmail.com> wrote:
    Hi

    Your too much hassle to deal with - I had people asking me why you were asking if I was
    trustworthy - that's unacceptable to me

    Find another escrow - sorry Michael - we have had a long friendship and I have done
    of pounds of escrow for you

    But I am not having someone tell me how to run an escrow

    John



On 26 Sep 2014, at 22:12, Couch Life <couchlife.co.nz@gmail.com> wrote:

    Hi Guys,

    Lets get this one the show.

    Michael from you I need your BTC address from which you will send 3.5 BTC to John.
    John from you I need the  BTC address where John will send the funds.
    after 3 confirmation on the blockchain I will provide you with access to he account.

CONFIDENTIAL

My zenminer account contains:

67 x ZenHashlets
18 x MultiHashlets
2 x Primes
3 x Remembrance Hashlet 9/11 (Legendary Hashlets)
10 x GenesisHashlet

I have taken all these of the market now for full transfer.

I have adjusted the BTC price to today's price.

thanks

On Sat, Sep 27, 2014 at 7:31 AM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
Hello @coinotron (couchlife.co.nz@gmail.com),

I think John means that he needs for you to "reply all" to his email saying you to the terms if you want to proceed with this transaction.

Michael

On Fri, Sep 26, 2014 at 12:58 AM, Animoesto <ukanimoesto@gmail.com> wrote:
Good morning

I will wait on coinotron's answer based on our conversation last night

John

On 26 Sep 2014, at 02:49, Michael Pfeiffer <michael@mpfeiffer.com> wrote:

Dear John,

Would you be willing to escrow a zenminer (with GAWMiner) account transfer from hashtalk (couchlife.co.nz@gmail.com) to me. The transfer will be considered complete when the seller has given me full control and ownership over the zenminer account and the gawminers account used to purchase the hashlets.

The zenminer account should contain:

67 x ZenHashlets
18 x MultiHashlets
2 x Primes
3 x Remembrance Hashlet 9/11 (Legendary Hashlets)
10 x GenesisHashlet

The price is 3.45 BTC.

@coinotron, if you agree, please reply all.

Thanks,
Michael

CONFIDENTIAL

# Exhibit A-86

From:     Michael Pfeiffer
Sent:     Fri 9/12/2014 5:05 PM (GMT-04:00)
To:       "AnimoEsto" <me@animoesto.co.uk>
Cc:
Bcc:
Subject: Re: End of Escrow Services

Good point.

The seller is reviewing the agreement I sent him.

Also, as I informed the seller, I have most of the btc available immediately, but I am waiting on Coinbase for the balance which is supposed to be available in my account soon. Coinbase indicates it as a pending transaction with this information: "Your bitcoin will arrive by the end of day on Friday Sep 12, 2014."

Thanks,
Michael

On Fri, Sep 12, 2014 at 4:55 PM, AnimoEsto <me@animoesto.co.uk> wrote:
   Just be aware that they may pull the plug on "private marketplace" tonight

   On 12 Sep 2014, at 21:30, "Michael Pfeiffer" <michael@mpfeiffer.com> wrote:

   Yay! Thanks!

   We will be in touch with you when we have finalized the details on hashtalk.

   Michael

   On Fri, Sep 12, 2014 at 4:28 PM, AnimoEsto <me@animoesto.co.uk> wrote:
      Hi Michael

      For you I will do it

      John

   On 12 Sep 2014, at 21:22, "Michael Pfeiffer" <michael@mpfeiffer.com> wrote:

      Hello John,

      I initiated an account transfer yesterday (my last, I think!) and I expect the deal be finalized soon. Could I ask you to consider providing escrow services for us?

      I also read on hashtalk that @GAW_CEO updated the forum earlier:

GAW00689517

The manage expectations.
Today we will be addressing legacy SHA hardware :grinning:
Adding some pretty cool features to Prime Hahslets
Finally, a way to sell your Hashlets (instantly) so you can then purchase a different one
oh, one more more thing

https://hashtalk.org/topic/5304/since-we-had-to-delay-the-announcement/324

Since it seems that the new market will be pretty much between zenminer and the individual account holder (nat actually facilitated trading among account holders), I think there still may be a place for your services.

I would be happy to pay a fee for your services.

Let me know if you are available for this.

Thank you,
Michael

On Fri, Sep 12, 2014 at 12:11 PM, AnimoEsto <me@animoesto.co.uk> wrote:

All,


I thank you for allowing me to be an escrow for you for the last few transactions - I enjoyed doing it immensely.


That being said, all good things come to an end, and this is it.


Tonight - GAW/Zen will unveil their trading platform so there will no longer be a need do any Escrow services.


HOWEVER - if it doesnt measure up - I may come out of retirement ;)


John

CONFIDENTIAL

CONFIDENTIAL

# Exhibit A-87

From:    Michael Pfeiffer
Sent:    Wed 9/24/2014 11:30 PM (GMT-04:00)
To:      "Animoesto" <ukanimoesto@gmail.com>
Cc:
Bcc:
Subject: Fwd: Re: BTCrow.com - Contact Us Form

Good news: it looks like there's been a summary judgment in my favor.

Thanks for doing what you could to bring this matter to the GAWMiners zenminer attention.
Maybe they can protect others from this guy.

Michael


---------- Forwarded message ----------
From: **btcrow.com** <btcrow.com@gmail.com>
Date: Wed, Sep 24, 2014 at 10:32 PM
Subject: Re: BTCrow.com - Contact Us Form
To: "Michael Pfeiffer" <michael@mpfeiffer.com>

  Ok, this guy is a joker.

  Can I confirm your BTC address is **1PkzFoobn5uyXTZ6tFeiGCTWftcbUxKuf8** ?

  I will return the funds immediately.

  Regards,
  Paul
  BTCrow.com


     On 25/09/14 09:55, Michael Pfeiffer wrote:
     Thank you, Paul.
     I await his response, if any.

       Michael

     On Wed, Sep 24, 2014 at 7:50 PM, btcrow.com <btcrow.com@gmail.com> wrote:
        The buyer has disputed this escrow. You will not receive any Bitcoin until you can prove
     delivery. Additionally by pretending to be the seller and clicking the release funds links, you
     now have a much lower standing in the dispute process.

     Regards,

     Paul

CONFIDENTIAL

BTCrow.com

## Contact Form

| | |
|---|---|
| **Email:** | ultramen10@gmail.com |
| **Message:** | hi there<br>my transaction already complete finished. but how long im recieved the bitcoin? |
| **IP Address:** | 206.190.158.72 |
| **Transaction ID:** | qxF4Qet0Pr54219edd167a0 |

Regards,
btcrow.com
btcrow.com@gmail.com

CONFIDENTIAL

# Exhibit A-88

From:     Michael Pfeiffer
Sent:     Fri 9/26/2014 4:00 PM (GMT-04:00)
To:       "John Shaw-Miller" <ukanimoesto@gmail.com>
Cc:
Bcc:
Subject: Re: escrow request: account transfer from @Coinotron to michael@mpfeiffer.com

I understand that this is between you and me.

Doesn't that mean that in some cases (non-primes), the official marketplace will drive the private market prices up? When users can sell for 80% of the value of their hashlets without the troubles of escrow, they will no longer for anything less in the private market.

Of course, I can imagine that over time (or maybe from the start), the marketplace prices will fluctuate with supply and demand. Which would be interesting in itself. Such a solution might also jeopardize Josh's adoption of the language of an 80% buyback guarantee.

Michael

On Fri, Sep 26, 2014 at 3:52 PM, John Shaw-Miller <ukanimoesto@gmail.com> wrote:
   I didnt tell you this - theres a marketplace coming tonight - at first there wont be primes, but
  you will be able to trade without using an escrow

   On Fri, Sep 26, 2014 at 8:49 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
      Thank you, John, I'll wait.

      Yeah, I think there have been a lot of potential sellers lining up just in case they
     an exit. Hedging.

      Best,
      Michael

   On Fri, Sep 26, 2014 at 3:47 PM, John Shaw-Miller <ukanimoesto@gmail.com> wrote:
      Its not the seller - thats all I can say :)

      You might get a better deal later on tonight after the announcement ;)

   On Fri, Sep 26, 2014 at 8:45 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
      Yeah? because of the upcoming announcement?
      or is there something suspect about the seller?


      On Fri, Sep 26, 2014 at 3:32 PM, John Shaw-Miller <ukanimoesto@gmail.com>
         You might want to hold off buying full accounts ;)

CONFIDENTIAL                                                             GAW00691189

On Fri, Sep 26, 2014 at 8:31 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
Hello @coinotron (couchlife.co.nz@gmail.com),

I think John means that he needs for you to "reply all" to his email saying agree to the terms if you want to proceed with this transaction.

Michael

On Fri, Sep 26, 2014 at 12:58 AM, Animoesto <ukanimoesto@gmail.com> wrote:
Good morning

I will wait on coinotron's answer based on our conversation last night

John


On 26 Sep 2014, at 02:49, Michael Pfeiffer <michael@mpfeiffer.com> wrote:

Dear John,

Would you be willing to escrow a zenminer (with GAWMiner) account transfer from hashtalk user @coinotron (couchlife.co.nz@gmail.com) to me. The transfer will be considered complete when the seller has given me full control and ownership over the zenminer account and the gawminers account used to purchase the hashlets.

The zenminer account should contain:

67 x ZenHashlets
18 x MultiHashlets
2 x Primes
3 x Remembrance Hashlet 9/11 (Legendary Hashlets)
10 x GenesisHashlet

The price is 3.45 BTC.

@coinotron, if you agree, please reply all.

Thanks,
Michael

CONFIDENTIAL
GAW00691190

# Exhibit A-89

From:     Michael Pfeiffer
Sent:     Fri 9/26/2014 5:57 PM (GMT-04:00)
To:       "John Shaw-Miller" <ukanimoesto@gmail.com>
Cc:
Bcc:
Subject: Re: escrow request: account transfer from @Coinotron to michael@mpfeiffer.com

Hello John,

I'm inclined to follow your advice and hold of on this transaction.

Speaking hypothetically now, I would like to clarify, if possible, if you anticipate the
upcoming changes would be relevant to this particular deal. There are only two Primes
in this account, and the rest is solos and one genesis. It looks like a good deal as it is
under 80% of the current cost structure, and it seems like his offer is still on the table.

It's interesting working with different people. I'm starting to recognize that the sellers
who are the most cagey and labor-intensive may not be worth the effort to do business
with.

Thanks,
Michael

On Fri, Sep 26, 2014 at 4:00 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
   I understand that this is between you and me.

   Doesn't that mean that in some cases (non-primes), the official marketplace will drive
the private market prices up? When users can sell for 80% of the value of their
hashlets without the troubles of escrow, they will no longer for anything less in the
private market.

   Of course, I can imagine that over time (or maybe from the start), the marketplace
prices will fluctuate with supply and demand. Which would be interesting in itself. Such
a solution might also jeopardize Josh's adoption of the language of an 80% buyback
guarantee.

   Michael

   On Fri, Sep 26, 2014 at 3:52 PM, John Shaw-Miller <ukanimoesto@gmail.com> wrote:
      I didnt tell you this - theres a marketplace coming tonight - at first there wont be primes, but
   you will be able to trade without using an escrow

      On Fri, Sep 26, 2014 at 8:49 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
         Thank you, John, I'll wait.

         Yeah, I think there have been a lot of potential sellers lining up just in case they
      an exit. Hedging.

GAW00690324

Best,
Michael

On Fri, Sep 26, 2014 at 3:47 PM, John Shaw-Miller <ukanimoesto@gmail.com> wrote:
   Its not the seller - thats all I can say :)

   You might get a better deal later on tonight after the announcement ;)

   On Fri, Sep 26, 2014 at 8:45 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
      Yeah? because of the upcoming announcement?
      or is there something suspect about the seller?


      On Fri, Sep 26, 2014 at 3:32 PM, John Shaw-Miller <ukanimoesto@gmail.com>
         You might want to hold off buying full accounts ;)

      On Fri, Sep 26, 2014 at 8:31 PM, Michael Pfeiffer <michael@mpfeiffer.com>
         Hello @coinotron (couchlife.co.nz@gmail.com),

      I think John means that he needs for you to "reply all" to his email saying
agree to the terms if you want to proceed with this transaction.

         Michael

         On Fri, Sep 26, 2014 at 12:58 AM, Animoesto <ukanimoesto@gmail.com>
            Good morning

         I will wait on coinotron's answer based on our conversation last night

         John


      On 26 Sep 2014, at 02:49, Michael Pfeiffer <michael@mpfeiffer.com> wrote:

            Dear John,

            Would you be willing to escrow a zenminer (with GAWMiner) account transfer from hashtalk
         user @coinotron (couchlife.co.nz@gmail.com) to me. The transfer will be considered complete when
         the seller has given me full control and ownership over the zenminer account and the gawminers account
         used to purchase the hashlets.

            The zenminer account should contain:

            67 x ZenHashlets
            18 x MultiHashlets
            2 x Primes
            3 x Remembrance Hashlet 9/11 (Legendary Hashlets)

CONFIDENTIAL                                                                                      GAW00690325

10 x GenesisHashlet

The price is 3.45 BTC.

@coinotron, if you agree, please reply all.

Thanks,
Michael

CONFIDENTIAL

GAW00690326