# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DENIS MARC AUDET, *et al*.,

      Plaintiffs,

v.

STUART A. FRASER, GAW MINERS,
      LLC, and ZENMINER, LLC,

      Defendants.

Case No. 3:16-CV-00940-MPS

Hon. Michael P. Shea

ECF Case


November 19, 2018


**DECLARATION OF BRUCE STROMBOM, PH.D IN SUPPORT OF DEFENDANT**
**STUART A. FRASER'S MEMORANDUM OF LAW IN OPPOSITION TO**
**<u>PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u>**

## <u>TABLE OF CONTENTS</u>

I.     Qualifications ........................................................................................................ 1

II.    Assignment ........................................................................................................... 2

III.   Documents Considered ......................................................................................... 2

IV.    Summary of Opinions............................................................................................ 3

V.     Background ........................................................................................................... 4

       A.    GAW Miners and ZenMiner ...................................................................... 4

       B.    Fraser and his relationship to GAW Miners and other Defendants.......... 7

       C.    Named Plaintiffs......................................................................................... 8

VI.    Overview of Plaintiffs' Claims ............................................................................ 9

VII.   Analyses and Bases of Opinions ........................................................................ 11

       A.    Mr. Mills Has Not Provided a Uniform Methodology for Ascertaining
             Membership in the Proposed Class........................................................ 11

       B.    Mr. Mills Has Not Provided Any Methodology for Determining Whether
             Proposed Class Members Suffered Any Economic Losses and for Calculating
             Damages .................................................................................................. 18

       C.    Other Gaps and Inconsistencies in the Available Data Undermine Mr. Mill's
             Purported "Uniform Methodology" for Determining Whether Proposed
             Class Members Suffered Any Economic Losses and for Calculating Damages
             on a Class-Wide Basis .............................................................................. 28

       D.    All Proposed Class Members Could Not have Relied on the Same Set of
             Alleged Misrepresentations at All Times.................................................. 38

**I.      Qualifications**

1.      My name is Bruce A. Strombom. I am a Managing Principal of Analysis Group, Inc. ("Analysis Group"), an international economic, financial, and strategy consulting firm. Analysis Group employs approximately 800 professionals and has offices in North America, Europe, and Asia.

2.      I have over 35 years of experience in corporate finance and financial and economic analysis. For the past 24 years, I have been employed as a consulting and testifying expert in public policy matters and commercial litigation. My work in commercial litigation has involved analyzing economic issues related to class certification, liability, loss causation, and damages on behalf of both plaintiffs and defendants. I have been qualified as an expert and testified in federal courts, United States Tax Court, various state courts, and in arbitrations. Prior to joining Analysis Group, I was Executive Vice President of Business Valuation for a middle-market merger and acquisition firm serving privately held businesses. Earlier, I was a Consulting Manager in the Financial Advisory Services group at the public accounting firm of Price Waterhouse and Senior Financial Analyst with Tribune Newspapers West.

3.      I hold a B.A. in economics from San Jose State University and a Ph.D. in economics from the University of California, Irvine. My graduate education focused on applied microeconomics, industrial organization, and finance.

4.      I have conducted economic analyses related to the appropriateness of class treatment in approximately two dozen cases involving a range of products and markets, including investment products. A current copy of my curriculum vitae is attached as Exhibit B-1. It includes, *inter alia*, a list of matters in which I have testified at deposition or trial over the past four years and a list of my publications over the past ten years.

5.      Analysis Group is compensated at the rate of $750 per hour for the time I spend on this matter. Analysis Group's compensation is in no way dependent on the nature of my findings or the

outcome of this case.  I was assisted in the preparation of this declaration by other professional staff at Analysis Group working under my direction.

## II.     Assignment

6.      I have been engaged as an expert by Counsel for Defendant Stuart A. Fraser to examine economic issues related to class certification in the matter *Denis Marc Audet, et al., v. Stuart A. Fraser, GAW Miners, LLC, ZenMiner, LLC,* pending in the United States District Court of Connecticut, under Case 3:16-cv-00940.  It is my understanding that Plaintiffs seek to represent the following class ("Proposed Class," consisting of "Proposed Class Members" during the "Proposed Class Period"):

> All persons or entities who, between August 1, 2014, and December 1, 2015 purchased or acquired Hashlets, Hashpoints, HashStakers, and PayCoin from GAW Miners and ZenMiner. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, agent or employee of any defendant, any co-conspirator and any governmental entity.[1]

7.      Counsel asked me to evaluate whether, from an economic standpoint, liability, loss causation, and damages can be determined on a class-wide basis for all members of the Proposed Class as defined by Plaintiffs, or whether individualized inquiry is necessary.  As part of this assignment, I was asked to review, and where appropriate, respond to the opinions and analyses presented by Plaintiffs' expert, Mr. Robert Mills.[2]

## III.     Documents Considered

8.      The documents, materials, and other information that I have considered in forming my opinions are listed in Exhibit B-2.  My analyses and conclusions are based on the information available

---

[1]  *Denis Marc Audet, et al., v Stuart A. Fraser, et al.,* Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, September 13, 2018 ("Plaintiffs' MOL"), p. 11.

[2]  Declaration of Robert Mills re: Class Certification, September 11, 2018 ("Mills Declaration"); Expert Report of Robert Mills re Class Certification, September 11, 2018 ("Mills Report").

at present. If additional information becomes available, I reserve the right to update my opinions and analyses as appropriate.

## IV.    Summary of Opinions

9.      My opinions to date are presented in the body of this declaration and in the accompanying exhibits.  I present here a summary of those opinions.

(i)      Mr. Mills has not provided a uniform methodology for determining membership in the Proposed Class.  The "UserID" field he identifies in the data he reviewed is not sufficient to ascertain the identities of the underlying individuals or entities and Mr. Mills has not explained how he intends to associate these anonymous UserIDs with a person or entity.  Mr. Mills has also failed to provide a methodology for identifying individuals potentially excluded from the class, including GAW Miners employees, individuals who purchased GAW Miners products from third-party sellers, and certain non-U.S. residents.

(ii)     Mr. Mills has not provided any methodology for calculating damages on a class-wide basis.  He has asserted that class-wide damages can be calculated based on a "uniform methodology" using unique UserIDs but has provided no information, conducted no analyses, and presented no evidence that his ill-defined hypothetical approach is feasible.  His report and deposition testimony belie his lack of knowledge regarding the data he purports can be used for a comprehensive damages calculation.  While Mr. Mills "anticipate[s] being able to calculate damages for each class member based on the transactional information associated with that member's UserID,"[3] a review of the data reveals that the data do not provide a way to identify cases in which one individual owns multiple UserIDs or one UserID was sold or owned by multiple individuals during the Proposed Class Period.  In other words, the data do not allow identification of all transactions across all accounts associated with a Proposed Class Member without individualized inquiry, rendering any

---

[3]     Mills Report, ¶ 16.

calculation of claimed damages based solely on the SQL Databases unreliable and incomplete.

(iii)    The data Mr. Mills intends to rely upon contain gaps and inconsistencies that will undermine his ability to calculate class-wide damages.

    a.    The ZenCloud database does not provide information on private purchases or reseller transactions, and the Paybase database is missing many transactions that occurred on other cryptocurrency exchanges, including all transactions occurring before December 30, 2014 and since April 2015.

    b.    There is other evidence that the databases contain unreliable entries, including observations that are inconsistent with Plaintiffs' certifications and other documentary evidence produced in this litigation.

    c.    While Mr. Mills acknowledges that multiple versions of these databases exist, he has not undertaken any effort to assure he has the most accurate and complete database, and has ignored or is unaware of evidence that the databases may be unreliable.

    d.    Not only are all transactions in the data denominated in Bitcoin, the data also contain records of non-purchase acquisitions of Hashpoints.  Mr. Mills has not explained how his purported "uniform methodology" will account for either of these material issues when calculating damages in U.S. dollars.

(iv)    Mr. Mills has not explained how he plans to establish reliance upon the alleged misrepresentations by the Proposed Class Members, and one cannot simply assume that all Proposed Class Members relied on the same set of alleged misrepresentations at all times.  For example, Proposed Class Members who purchased Hashlets and other products *before* the announced launch of Hashpoints and PayCoin on November 4, 2014 cannot be harmed by alleged misrepresentations pertaining to PayCoin.  Similarly, individuals who purchased PayCoin *after* the truth behind misrepresentations regarding its $20 price floor and merchant adoption prospects became apparent cannot be harmed by those misrepresentations.

## V.    Background

### A.    GAW Miners and ZenMiner

*1.   Mining Equipment, Hosted-Mining, and Hashlets*

10.     I understand that GAW Miners, LLC ("GAW Miners") was incorporated in March 2014.  Homero Joshua Garza was the Managing Member of GAW Miners.  GAW Miners' primary business until approximately May or June 2014 was selling virtual currency mining equipment.[4]  In June 2014, GAW Miners began to offer "Hardware-Hosted Mining" whereby, for a fee, GAW Miners would host the computer hardware that customers ordered in the company's datacenter. Customers could remotely manage their computers' mining activity via software offered by ZenMiner, LLC ("ZenMiner"), a company Mr. Garza created in May 2014.  In July 2014, GAW Miners began offering "Cloud-Hosted Mining." According to Plaintiffs, while Hardware-Hosted Mining customers had to use the ZenMiner software to access and manage their mining equipment, Cloud-Hosted Mining customers could simply log onto the ZenCloud website to direct their equipment to different mining pools.[5]

11.     In mid-August 2014, GAW Miners and ZenMiner (collectively, the "Companies") shifted away from hosting customers' hardware to directly selling computational power in the form of "Hashlets."  Unlike customers of hosted-mining, Hashlet investors did not acquire specific pieces of mining equipment.[6]  Plaintiffs allege that Hashlet investors were entitled to a share of the profits that the Companies would earn by mining virtual currencies using the computers that were maintained in their data centers.[7]  An investor's portion of the profits earned via mining activity was posted as payouts to the investor's ZenCloud account, and maintenance fees were debited from the account. Investors could request withdrawals from their accounts in Bitcoin.[8]

---

[4]  *Denis Marc Audet, et al., v Stuart A. Fraser, et al*, First Amended Complaint, November 4, 2016 ("Amended Complaint"), ¶ 75.

[5]  Amended Complaint, ¶¶ 76-80.

[6]  Amended Complaint, ¶ 97.

[7]  Amended Complaint, ¶ 95.

[8]  Amended Complaint, ¶ 101.

### 2. Hashpoints, PayCoin, and Paybase

12.     I understand that in November 2014, GAW Miners announced its plan to launch a new form of virtual currency, called "PayCoin."  According to Plaintiffs, in preparation for the launch, GAW Miners also introduced a new product called "Hashpoints," which were essentially promissory notes that could be converted to PayCoin once the PayCoin currency was launched.[9]  The majority of Hashlet investors switched from mining Bitcoin and altcoins to mining Hashpoints.[10]  The PayCoin initial coin offering ("ICO") occurred in multiple stages.  The first ICO round began on November 10, 2014 when GAW Miners offered private investors the opportunity to purchase PayCoin at $2 per coin.[11]  On November 24, 2014, the second ICO round started whereby users' HashPoints, including those held by named Plaintiffs,[12] were converted to PayCoin at a 400-to-1 exchange ratio.[13]  Starting December 8, 2014, invited participants had the exclusive opportunity to purchase PayCoin for $10 per coin.[14]  Finally, on December 12, 2014, PayCoin launched to the general public at $20 per coin.[15]

13.     After the launch of PayCoin, GAW Miners developed an exchange for PayCoin called "Paybase."  While PayCoin became active in mid-December 2014, Paybase did not open until the end

---

[9]   Amended Complaint, ¶ 136.

[10]   Amended Complaint, ¶ 136.

[11]   Ex. B-16 (Terms and Conditions of the Initial HashCoin Initial Coin Offering, dated November 5, 2014, available at <https://forum.gethashing.com/uploads/default/3967/5a81fe5d2e68a856.pdf>), pp. 8-9.

[12]   For example, Mr. Audet converted his Hashpoints to a total of 1383 PayCoin on December 18, 2014 and on December 22, 2014. *See,* Plaintiffs' Certifications, Exhibit 1.

[13]   Ex. B-16 (Terms and Conditions of the Initial HashCoin Initial Coin Offering, dated November 5, 2014), pp. 8-9; Ex. B-17 ("GAW Miners Announces Plans for Initial Coin Offering," GAW Miners, Nov. 24, 2014, accessed on November 6, 2018, available at < http://www.marketwired.com/press-release/gaw-miners-announces-plans-for-initial-coin-offering-1970991.htm>).

[14]   Ex. B-16 (Terms and Conditions of the Initial HashCoin Initial Coin Offering, dated November 5, 2014), pp. 8-9.

[15]   Ex. B-18 ("PayCoin Launch Shatters Records; Investors Swarm to New Global Currency," GAW Miners, Dec. 17, 2014), accessed on November 6, 2018, available at < http://www.marketwired.com/press-release/PayCoin-launch-shatters-records-investors-swarm-to-new-global-currency-1977769.htm>. See also, Ex. B-16 (Terms and Conditions of the Initial HashCoin Initial Coin Offering, dated November 5, 2014), pp. 8-9; Amended Complaint, ¶ 149.

of December 2014.  During the approximately two-week period before Paybase opened, PayCoin were

traded on other exchanges, including Coin-Swap and Cryptsy.[16]

### 3.  Hashstakers

14.      I understand that in mid- to late-December 2014, GAW Miners introduced

"Hashstakers," which were digital wallets that held PayCoin.  Similar to certificates-of-deposit,

Hashstakers were investment vehicles with a fixed maturity date and a fixed rate of interest.

Hashstakers had investment periods of up to 180 days and yielded a daily payout of PayCoin.

According to Plaintiffs, the price of a Hashstaker was based on its capacity to hold PayCoin.[17]

### 4.  ZenCloud and Paybase Databases

15.      The Companies' databases purported to record transactions related to their products

(including purchases, payouts, fees, trades, etc.) in two databases: the ZenCloud database and the

Paybase database (collectively, the "SQL Databases").[18]  The ZenCloud database contains 37 tables

and the Paybase database contains 24 tables.[19]  Exhibits B-3A and B-3B summarize the number of

observations (or records) and the ranges of observation dates appearing within each table.

### B.      Fraser and his relationship to GAW Miners and other Defendants

16.      I understand that Defendant Stuart A. Fraser lives in Armonk, New York. He is the Vice

Chairman of Cantor Fitzgerald, L.P.  Mr. Fraser was a minority investor in the Companies. It is alleged

---

[16]   Amended Complaint, ¶¶ 153-154. *See also,* Ex. B-19 ("Crypto-Currency Market Capitalizations," PayCoin Markets, *CoinMarketCap*, captured on December 25, 2014, accessed on November 9, 2018, available at <https://web.archive.org/web/20141225110351/http://coinmarketcap.com:80/currencies/PayCoin2#markets>).

[17]   Amended Complaint, ¶¶ 151-152.

[18]   GAW00198630 and GAW00198631. These are the same databases Mr. Mills relies upon in his report (Mills Report, ¶ 10).

[19]   Among tables in the ZenCloud database, only 36 of the 37 tables contain data. The "device_payouts" data table is empty. Among tables in the ZenCloud database, only 19 of the 24 tables contain data. The "activities", "oauth_clients", "oauth_codes", user_setting_limits" and "vault_PayCoins" data tables are empty.

that "Fraser has served as a mentor and business associate of Mr. Garza for over a decade" and that "Fraser had the ability and power to direct Mr. Garza's decisions with respect to GAW Miners and ZenMiner."[20]

### C.    Named Plaintiffs

17.    I understand there are currently three named Plaintiffs.  Plaintiff Denis Marc Audet lives in Hamden, Connecticut.  Mr. Audet reported 169 purchases of Hashlets and HashStakers between October 7, 2014 and December 13, 2014 from the Companies and/or other investors.[21]

18.    Plaintiff Michael Pfeiffer lives in Narberth, Pennsylvania. Mr. Pfeiffer reported 745 purchases of Hashlets and HashStakers between August 23, 2014 and April 21, 2015 from the Companies and/or other investors.  Mr. Pfeiffer also reported 934 sales of Hashlets and HashStakers between September 29, 2014 and March 14, 2015.[22]

19.    Plaintiff Dean Allen Shinners lives in Lancaster, Ohio.  Mr. Shinners reported 212 purchases of Hashlets and HashStakers between August 17, 2014 and December 14, 2014 from the Companies and/or other investors.  Mr. Shinners also reported 61 sales of HashStakers between February 19, 2015 and February 23, 2015.[23]

20.    Below is a summary of each named Plaintiff's self-reported transactions:

---

[20]   Amended Complaint, ¶ 18.

[21]   *Denis Marc Audet, et al., v Stuart A. Fraser, et al*, Plaintiffs' Certifications, June 15, 2016 ("Plaintiffs' Certifications"), Exhibit 1. The certifications do not report whether the purchases were made from the Companies or from other sellers.

[22]   Plaintiffs' Certifications, Exhibit 2.

[23]   Plaintiffs' Certifications, Exhibit 3.

**Table 1**

**Summary of Plaintiffs' Certifications**

| Plaintiff | Purchases | | | Sales | | |
|---|---|---|---|---|---|---|
| | Number | Products | Date Range | Number | Products | Date Range |
| Denis Marc Audet | 169 | Hashlets and HashStakers | 10/7/2014 - 12/13/2014 | N/A | N/A | N/A |
| Michael Pfeiffer[24] | 745 | Hashlets and HashStakers | 8/23/2014 - 4/21/2015 | 934 | Hashlets and HashStakers | 9/29/2014 - 3/14/2015 |
| Dean Allen Shinners | 212 | Hashlets and HashStakers | 8/17/2014 - 12/14/2014 | 61 | HashStakers | 2/19/2015 - 2/23/2015 |

**VI.     Overview of Plaintiffs' Claims**

21.     I understand that Plaintiffs allege that Mr. Garza and the Companies misrepresented the following with respect to Hashlets, Hashpoints, PayCoin, Paybase, and HashStakers.

22.     With respect to Hashlets, Plaintiffs allege that:

a.   Mr. Garza and the Companies falsely and misleadingly claimed that Hashlets would always be profitable and never obsolete despite the fact that the Companies did not have sufficient computing power, or "hashing power," to support the Hashlets sold.[25]

b.   The Companies were not sending computing power to the pools that Hashlet investors selected and few Hashlets were supported by actual mining activity.[26] Rather, in order to meet daily Bitcoin payout obligations, the Companies converted revenue they received from Hashlet sales into Bitcoin.

---

[24]   Michael Pfeiffer's certifications contain eight privately purchased accounts, which have been included in the above number of purchases. Michael Pfeiffer acquired two Hashlets on August 25, 2014 and September 23, 2014 at no cost after discounts.

[25]   Plaintiffs' MOL, pp. 28-29.

[26]   Amended Complaint, ¶117.

     c.   GAW Miners introduced ZenPool as a mining pool that "mines both Bitcoin and altcoin, depending on the profitability of each coin at the time."[27]  ZenPool never actually mined Bitcoin or altcoins.[28]

23.     With respect to Hashpoints, PayCoin, Paybase, and HashStakers, Plaintiffs allege that Mr. Garza and the Companies misrepresented the following:

     a.   PayCoin would have an estimated value of $80-$100 per coin according to an ICO flowchart.[29]

     b.   Thousands of merchants, including Amazon.com, had agreed to accept PayCoin.[30]

     c.   PayCoin would have a $20 price floor supported by a coin adoption fund (a "reserve fund").[31]

     d.   The reserve fund would be "composed of $100,000,000."[32]

     e.   The utility of Paybase as a GAW Miners-owned exchange for PayCoin.[33]

     f.   "[E]ngaged in a secret pre-mine of PayCoin, yielding a block of over 12 million PayCoins that Garza ultimately sold in the market."[34]

     g.   The expected returns generated by HashStakers.[35]

24.     Plaintiffs claim in their brief that they will calculate damages "based on the price investors paid for the applicable securities plus various service fees the companies charged less any payouts or other value the investor received from the securities" using transactional data from the companies.[36]

---

[27]   Amended Complaint, ¶ 129.
[28]   Amended Complaint, ¶117.
[29]   Amended Complaint, ¶ 139.
[30]   Plaintiffs' MOL, p. 30.
[31]   Plaintiffs' MOL, p. 30.
[32]   Plaintiffs' MOL, p. 8.
[33]   Amended Complaint, ¶ 9.
[34]   Amended Complaint, ¶ 149.
[35]   Amended Complaint, ¶ 9.
[36]   Plaintiffs' MOL, pp. 32-33.

**VII.    Analyses and Bases of Opinions**

    **A.    Mr. Mills Has Not Provided a Uniform Methodology for Ascertaining Membership in the Proposed Class**

25.    Plaintiffs are seeking to certify a class consisting of the following:

> All persons or entities who, between August 1, 2014, and December 1, 2015 purchased or acquired Hashlets, Hashpoints, Hashstakers, and Paycoin from GAW Miners and ZenMiner.  Excluded from the Class are any defendants, any parent, subsidiary, affiliate, agent or employee of any defendant, any co-conspirator and any governmental entity.[37]

26.    However, as I explain in more detail below, Mr. Mills has not provided any uniform methodology to identify potential Proposed Class Members, or to identify individuals who must be excluded from the class.

    *1.   The UserID information is not sufficient to ascertain the identities of potential Proposed Class Members*

27.    In his report, Mr. Mills suggests that he will use the unique UserIDs that appear in the SQL Databases to identify Proposed Class Members, stating that he "anticipate[s] being able to calculate damages for each class member based on the transactional information associated with that member's UserID."[38]  However, because a UserID identifies neither a "person" nor an "entity," a UserID does not provide sufficient information to ascertain the identity of the person or entity underlying each UserID.  Mr. Mills has not explained how he plans to associate each UserID with an actual person or entity.

28.    Based on my review of the SQL Databases, the available information associated with each UserID is insufficient to ascertain the identity of all Proposed Class Members. While the "users" tables contained in both the ZenCloud and Paybase databases have data fields for recording identifying

---

[37]    Plaintiffs' MOL, p. 11.
[38]    Mills Report, ¶ 16.

information associated with each UserID, including name, email address, physical address, and phone number, these data fields are mostly unpopulated (i.e., blank) and thus unreliable for identifying the underlying customer. For example, Exhibits B-4A and B-4B depict all of the available information for UserIDs 1-5 in "users" tables within the ZenCloud and Paybase databases.

29.     First, while each UserID is associated with a unique email address, Mr. Mills has not explained how to link these inherently anonymous email addresses to actual people or entities. Furthermore, the other fields containing identifying information such as name, physical address, or phone number, are frequently unpopulated.  For example, in Exhibit B-4A, three of the five users are missing names and physical addresses, and two are missing phone numbers.

30.     A broader review of the "users" tables in both SQL Databases shows that lack of identifying information is widespread. As shown in Exhibit B-5, of the 277,323 and 8,679 unique UserIDs contained in the "users" tables in the ZenCloud and Paybase databases, respectively, over 70 percent of UserIDs have missing phone numbers and almost 70 percent of UserIDs are missing the entire physical address. Even when some information on the physical address is available, the information is almost always incomplete and thus unusable.  For example, over 98 percent of UserIDs in the ZenCloud database are missing at least one component of a physical address (i.e., missing mailbox number or street name).  Finally, even when these fields with identifying information are not missing, they often appear to be invalid or nonsensical.  For example, the following identifying information was recorded in ZenCloud for UserID 8300:

**Table 2**
**Excerpt of ZenCloud "Users" Table for UserID 8300**

| id | username | name | email | phone | address | city | state |
|----|----------|------|-------|-------|---------|------|-------|
| 8300 | spyware007 | Spyware | gembel@gmail.com | 8777777777 | Los Angeles | Los Angles | Washington |

31.     Mr. Mills has not explained how he plans to overcome these data deficiencies to ascertain the identities of potential Proposed Class Members.  For example, when asked about how he intends to identify the potential Proposed Class Members in his deposition, Mr. Mills asserted: "There's an email address. There's a userID" without explaining how this information would be sufficient for ascertaining class membership.[39]  While Mr. Mills conceded that the data do not contain any Social Security numbers, he claimed that "[t]here's other information for some … of the userIDs" that can be used to identify the underlying customers.[40]  However, he failed to acknowledge that this "other information" is, in the majority of cases, missing or nonsensical.  Mr. Mills has not conducted any analysis to determine whether it is possible to obtain the real identity of the person or entity underlying each UserID.  On the contrary, my review above of the "users" tables in the SQL Databases shows that in the vast majority of cases, information identifying members of the Proposed Class is not available in the data upon which Mr. Mills proposes to rely.  Thus, establishing a user's identity would require individualized inquiry.

>        2.  *Mr. Mills has not provided a methodology for identifying affiliates of the Companies that are excluded from the Proposed Class*

32.     Based on Plaintiffs' proposed class definition, I understand that any "parent, subsidiary, affiliate, agent or employee" of the Companies is to be excluded from the Proposed Class.  However, Mr. Mills has not provided a method to identify these affiliates without individualized inquiry.  He further admitted in his deposition that he is "not certain" how he would do so, and agreed that he would need to identify and remove these persons from his damages calculation.[41]  Mr. Mills suggested

---

[39]   Ex. B-20 (Deposition of Robert Mills, October 30, 2018 ("Mills Deposition")), p. 83:23-24.
[40]   Ex. B-20 (Mills Deposition), pp. 83:24-84:2
[41]   Ex. B-20 (Mills Deposition), pp. 97:4-98:23.

that perhaps he could use the email addresses associated with the UserID in order to identify which users were GAW Miners employees.[42]  However, screening for email addresses with GAW Miners-related email domain names (such as @btc.com or @gawminers.com) is an unreliable methodology, as many employees may use their own personal emails (or fictitious emails) to sign up for accounts.  For example, Evan Lucas, whom Mr. Mills identified as a GAW Miners employee in his deposition, appears to have two UserIDs in ZenCloud, one associated with a @btc.com domain and the other with a @me.com domain:[43]

**Table 3**
**Excerpt of ZenCloud "Users" Table for Evan Lucas**

| id | Username | name | email | phone | address | state |
|---|---|---|---|---|---|---|
| 1 | Evanherefordlucas | Evan Lucas | evan@btc.com | 6155944671 | 2306 Pickwick Pl | Alabama |
| 12563 | Evan | Evan Lucas | evanlucas@me.com | 6155944671 | | Alabama |

Using Mr. Mills' proposed method of excluding affiliates based on their email domain names would erroneously classify UserID 12563 as a potential Proposed Class Member because this user was not associated with a GAW Miners-related domain name.

33.    Additionally, the Plaintiffs' proposed definition of the class also excludes "any co-conspirator and any governmental entity."  Mr. Mills also agreed in his deposition that he did not have a methodology for identifying these excluded individuals or entities from his damages calculation.[44]

---

[42]    Ex. B-20 (Mills Deposition), p. 109:15-20.
[43]    @me.com is an Apple Inc. domain name.
[44]    Ex. B-20 (Mills Deposition), p. 97:4-14.

14

### 3. Mr. Mills has not provided a methodology for identifying indirect purchases

34.     Based on Plaintiffs' proposed class definition, I understand that only a person or entity who purchased the Companies' products "from GAW Miners or ZenMiner" is included in the Proposed Class.  An individual's purchases from third-party sources would not be included.  For example, and as discussed more below, individuals could purchase entire accounts privately, or they could purchase the Companies' products through resellers on third-party websites.  Moreover, individuals could purchase PayCoin on outside exchanges other than Paybase, where users could purchase PayCoin from other users, but not "from GAW Miners or ZenMiner."[45]  Mr. Mills has not provided a methodology to distinguish between direct purchasers and these indirect purchasers using data in the SQL Databases.

### 4. Mr. Mills has not provided a methodology for identifying non-U.S. residents

35.     To the extent that the Court finds that non-U.S. residents from certain countries are to be excluded from the Proposed Class, Mr. Mills has not explained how he would ascertain residency of the actual persons or entities associated with each UserID.  As shown in Exhibit B-5, nearly 70 percent of UserIDs are missing country information in both the ZenCloud and Paybase databases.  Many of these users with missing country information may be located overseas—in fact, as shown in Exhibit B-6, of the UserIDs that have populated country information, 14 percent of these observations in the ZenCloud database and 58 percent of these observations in the Paybase database are outside of the U.S.  To the extent that these non-U.S. residents are excluded from the Proposed Class, without a common methodology for identifying non-U.S. residents in the SQL Databases, it is unclear how Mr.

---

[45]   As discussed below in Section VII.C.1, transactions completed on outside exchanges are not observable in the SQL Databases.

Mills plans to ascertain which users to exclude from the Proposed Class and which transactions to exclude from his damages calculation.

> 5.  *The same UserIDs may correspond to multiple individuals due to undocumented private transactions*

36.    There is also evidence that the same UserID can be associated with multiple individuals, further undermining Mr. Mills' suggestion that UserID and emails are sufficient for ascertaining Proposed Class Members.  Some users engaged in private transactions, whereby users bought/sold entire accounts from/to other users.[46]  One of the named Plaintiffs, Michael Pfeiffer, testified that he purchased multiple accounts from other customers.[47]  As a result of these private transactions, some UserIDs may be associated with different individuals at different points in time.  In particular, the same UserID could be associated with the seller before the private transaction, and the buyer after the transaction.  But since each UserID only appears once in the "users" table in the SQL Databases, the UserID can only reflect information for one of the individuals who owned this account, and not any other(s).

37.    Individuals who purchased their accounts in private transactions would be excluded from the Proposed Class because they did not buy "from GAW Miners or ZenMiner." Because UserIDs can only reflect information for one of the individuals who owned the account, the SQL Databases do not appear to provide information to distinguish between UserIDs that purchased accounts from the Companies and UserIDs that purchased accounts in undocumented private transfers.

---

[46]  *See for example*, a user on Hashtalk states that he or she "Two days ago bought a (sic) account from @BitHash and Escrow through @taylan was fine. Recommended." On the same thread, another user states "Interested in buying some Zencloud Accounts. Up to 200-300MHs…Payment in BTC.  Deals only through Escrow." (Ex. B-21 (GAW00404937)).

[47]  Ex. B-22 (Deposition of Mr. Michael Pfeiffer ("Pfeiffer Deposition")), pp. 58:7-14, 198:5-11.

Therefore, there is no way to ascertain necessary exclusions from the Proposed Class due to undocumented private purchases without individualized inquiry.[48]

38.     For instance, Mr. Pfeiffer provided to Allen Shinners information for ten of his private purchases for the purposes of calculating damages, including the username and email address associated with his account purchases.[49]  I matched Mr. Pfeiffer's self-reported usernames and email addresses to the UserIDs in the ZenCloud "users" table, and in Exhibit B-7, I summarize the identifying information reported in ZenCloud for these ten privately purchased accounts.  Exhibit B-7 shows that ZenCloud only provides identifying information for one party, in most cases the buyer (Mr. Pfeiffer).  Hence, if Mr. Pfeiffer had not self-reported his private purchases, the fact that he did not purchase these accounts from the Companies, and therefore may be excluded from the Proposed Class (with respect to these accounts), would not be ascertainable based on the available information in the SQL Databases.  Further, there is no indication from the information reported in ZenCloud indicating from whom Mr. Pfeiffer purchased those accounts, when those transactions occurred, and whether Mr. Pfeiffer purchased them directly from the Companies or indirectly from another user.

39.     Mr. Mills has not identified a methodology for identifying these private purchases in the SQL Databases, or how he would identify information for both the buyer and seller in these transactions.  In his deposition, he speculates that the SQL Databases contains this information somewhere, but he has done no analysis to confirm this.[50]

---

[48]   Similarly, because the SQL Databases do not appear to provide information to identify prior owners of a UserID in private transactions, there is no way to ascertain necessary inclusions to the Proposed Class due to undocumented private sales without individualized inquiry.

[49]   Ex. B-22 (Pfeiffer Deposition), pp. 186:2-5, 196:11-22, Exhibit 102.  Mr. Pfeiffer's private transaction activities were also memorialized in his private email archives. For example, an email chain dated October 11, 2014 shows that Mr. Pfeiffer negotiated the purchase of a ZenMiner account associated with the username "destroyer" for 0.197 BTC.  The email also shows the transaction was facilitated by an escrow agent, talanyu@gmail.com, who transferred the email address associated with the account to Mr. Pfeiffer by changing the relevant passwords. Ex. B-23 (GAW00688259).

[50]   Ex. B-20 (Mills Deposition), pp. 68:25-71:10.

**B.      Mr. Mills Has Not Provided Any Methodology for Determining Whether Proposed Class Members Suffered Any Economic Losses and for Calculating Damages**

40.      I understand Plaintiffs assert that damages can be calculated on a class-wide basis based on the information in the SQL Databases.[51]  Mr. Mills, however, has not presented any methodology, let alone one that is uniform and feasible, for determining whether each Proposed Class Member suffered any economic losses, and for calculating damages on a class-wide basis.  Mr. Mills asserts, but has not demonstrated, that these calculations are possible without individual inquiry, and has conducted no substantive analysis of the available data to assess the feasibility of his proposed approach.  As I discuss more below, Mr. Mills either ignores or is unaware of deficiencies in the data that will prevent him from determining whether damages exist for each Proposed Class Member, and from performing an accurate and reliable calculation of damages on a class-wide basis.

*1.   Mr. Mills fails to present a "uniform methodology" for determining whether a Proposed Class Member was injured and, if so, calculating damages*

41.      In his report, Mr. Mills states that he "anticipate[s] calculating class-wide damages for plaintiffs in this case based on a uniform methodology."[52]  However, he provides no description in his report or declaration of this "uniform methodology," including what inputs would be used, whether those inputs are available for all Proposed Class Members without individualized inquiry, what calculations would be performed for each Proposed Class Member, and what such a methodology would purportedly measure.

42.      Mr. Mills does not provide many more details in his deposition testimony.  In his deposition, Mr. Mills testified that he is uncertain if he plans to calculate either out-of-pocket damages or rescission damages.  He further speculated that damages would likely be the same under either

---

[51]   Plaintiffs' MOL, pp. 32-33.
[52]   Mills Report, ¶ 16.

measure but concedes that he has not done the analysis so he cannot be certain.[53]  Mr. Mills also

declined to provide additional clarity on his "uniform methodology," other than vaguely stating that he

plans to "look at the value of the consideration paid for the products at issue and compare that to the

value received and use that as a measure of damages," and that he plans to use the "transactional

database and various records with, or various tables within the databases to determine purchases and

other outlays of cash."[54]   Mr. Mills further testified that he did not undertake any effort to gain "an

understanding as to whether there are any unique characteristics of Cryptocurrency that might impact

the damages methodology that [he] would need to use in this case."[55]

43.     Mr. Mills also testified in his deposition that he has made "no specific assumptions"

about whether and by how much the alleged misrepresentations affected the value of Hashlets (and its

derivative products) and PayCoin.[56]  In other words, he has not done the work that is necessary to

properly calculate damages because, according to his own testimony, damages would accrue from the

difference between "the value of the consideration paid for the products at issue" and "the value

received."[57]  In order to determine "the value received" in the but-for world where the alleged

misrepresentations were not made, he would need to know whether and by how much the alleged

misrepresentations affected the amount investors were willing to pay for Hashlets (and its derivative

products) and PayCoin.

44.     In short, Mr. Mills has failed to demonstrate that it is possible to determine whether

Proposed Class Members have been injured or the quantum of damages on a class-wide basis, in large

---

[53]   Ex. B-20 (Mills Deposition), pp. 34:16-38:1.
[54]   Ex. B-20 (Mills Deposition), pp. 66:19-67:12.
[55]   Ex. B-20 (Mills Deposition), pp. 24:25-25:4.
[56]   Ex. B-20 (Mills Deposition), pp. 99:15-20.
[57]   Ex. B-20 (Mills Deposition), p. 34:16-21.

part because he has done no work and conducted no analysis to determine whether there exists a

feasible approach given the limitations of the available data.

> 2. *Mr. Mills fails to demonstrate that the SQL Databases can be used to reliably calculate damages on a class-wide basis*

45.     In his report, Mr. Mills states that he analyzed the SQL Databases, and anticipates being

able to calculate damages using these databases.[58]  However, nowhere does he demonstrate that this is

possible.  Mr. Mills does not appear to have conducted any data integrity checks, which, as described

in Section VII.C of this declaration, undermine his apparent assumptions about the reliability of the

databases and prevents the calculation of class-wide damages due to data limitations.  In his

deposition, Mr. Mills confirmed the many things he did *not* do to determine the usability and reliability

of the SQL Databases.  For instance, Mr. Mills testified that he has not performed analyses to

determine whether the transaction tables he identified in his report contain all the relevant information

for calculating damages, whether the SQL Databases capture all private transactions, and whether and

how he is going to identify those users who are excluded from the Proposed Class, among other

things.[59]

46.     Mr. Mills demonstrates a lack of knowledge of the SQL Databases, the numerous tables

they contain (*see* Exhibit B-3), the relationships between the tables, or the variables within those

tables.  In his report, Mr. Mills only refers to two of the 37 ZenCloud tables and two of the 24 Paybase

tables,[60] and conceded in his deposition that he was familiar with some of the rest of these tables only

"at a high level."[61]  Importantly, Mr. Mills does not know whether the information contained in these

---

[58]   Mills Report, ¶¶ 10, 16.
[59]   Ex. B-20 (Mills Deposition), pp. 68:25-71:10, 97:4-98:23.
[60]   Mills Report, ¶¶ 10-15.
[61]   Ex. B-20 (Mills Deposition), p. 64:2-5.

tables are relevant to his proposed calculation of claimed damages.  For example, he ignores the "activities" table in ZenCloud, which is the table that serves as the basis for a damages calculation conducted by Allen Shinners.[62]  Similarly, records of Hashlet purchases found in ZenCloud's "orders" table (including those reported by Plaintiffs in their certifications) are not found in the "transactions" table, something Mr. Mills appeared to be unaware of when he claimed he could calculate damages using the "transactions" table alone.[63]

47.     Mr. Mills also testified that he has not reviewed any deposition testimony or any documents produced by the parties in this matter (other than the two bates-numbered SQL Databases).[64]  Despite his limited understanding of the evidentiary record and the SQL Databases, Mr. Mills states that he "anticipate[s] being able to calculate damages for each class member."[65]  He has provided no basis for this assertion.

### 3.  Multiple UserIDs may correspond to the same individual

48.     In order to assess whether an individual has incurred economic loss, it is necessary to obtain an understanding of all of the individual's purchases, sales, and various other activities that may impact the value of his or her investment.

49.     In his report, Mr. Mills asserts that the transactions in the SQL Databases can be associated with individual UserIDs, and, as such, he "anticipate[s] being able to calculate damages for each class member based on the transactional information associated with that member's UserID."[66]

---

[62]   Ex. B-22 (Pfeiffer Deposition Exhibit 102). *See also*, Ex. B-24 (GAW00363570).

[63]   Plaintiffs' Certifications, Exhibit 1. For example, Plaintiff Marc Audet disclosed two Hashlet Prime 1 purchases of $49.95 each on October 7, 2014.  These two purchases were recorded in the ZenCloud "orders" table, but not in the ZenCloud "transactions" table.

[64]   Ex. B-20 (Mills Deposition), p. 33:1-7.

[65]   Mills Report, ¶ 16.

[66]   Mills Report, ¶ 16.

However, the contents of the SQL Databases, and in particular the UserIDs, do not allow for an accurate identification of all transactions associated with individual Proposed Class Members.  This information is only ascertainable through individualized inquiry.

50.     Mr. Mills suggests that he can calculate damages for named Plaintiff Allen Shinners based on the 1,388 completed transactions for UserID 13250 in the ZenCloud database.[67]  However, this assertion is based on Mr. Mills' assumption that UserID 13250 is Mr. Shinners' *only* UserID.  If that assumption is false, Mr. Mills' calculation of damages for Mr. Shinners based only on the transactions for UserID 13250 would be incorrect.  This highlights a critical deficiency in Mr. Mills' proposed method of calculating damages based on the transactional information associated with UserIDs. As I discuss below at paragraph 56, Mr. Pfieffer had multiple UserIDs.  Had Mr. Mills used Mr. Pfeiffer as his example instead of Mr. Shinners, he would have had to consider how he would calculate damages for Proposed Class Members with multiple UserIDs

51.     Analysis of the "users" tables in the SQL Databases demonstrates that a given individual may be associated with multiple UserIDs.  I identified potentially overlapping UserIDs by comparing physical addresses and phone numbers across UserIDs.  I found that in the ZenCloud database, around 16,000 UserIDs shared a physical address or phone number with at least one other UserID.[68]  For instance, the following three UserIDs all reportedly reside at 2218 Ann Street in Houston Texas, have the same phone number of 713-737-5450, and the same name:

---

[67]   Mills Report, ¶ 17.

[68]   I do not include entries with missing street address, city, or phone number, nor do I include phone numbers with fewer than ten digits.

**Table 4**

**Excerpt of ZenCloud "Users" Table for Overlapping User**

| id | username | name | email | phone | address | city | state |
|---|---|---|---|---|---|---|---|
| 587 | code1420 | james pass | jpass02@yahoo.com | 7137375450 | 2218 ann st | houston | Texas |
| 1724 | jpass022 | James Pass | lizziehomenet@gmail.com | 713-737-5450 | 2218 ann st | houston | Texas |
| 136067 | pheenix99 | James Pass | jpass022@gmail.com | 7137375450 | 2218 ann st | houston | Texas |

52.     I also found UserIDs associated with nearly identical email addresses (after standardizing capitalization and removing punctuation from the reported email address).  In total, over 9,000 UserIDs share near-identical email addresses with at least one other user.  For example, in the ZenCloud database, there are 347 UserIDs associated with some variation of the email address "vouchergamepulsatokenlistrik@gmail.com" (e.g., vouchergam.epulsatokenlistrik@gmail.com, v.ouchergam.epulsatokenlistrik@gmail.com, etc.).  In fact, many of these UserIDs were created within seconds of each other.  This finding suggests that UserIDs can be associated with email addresses that were programmatically created to buy and sell the Companies' products.

53.     If these UserIDs do in fact belong to the same individual, claimed damages should be offset across all of them.  Limiting a calculation to only one of the individual's UserIDs could overstate damages.  For example, in Exhibit B-8, I used physical address and phone number information to identify five UserIDs in the ZenCloud database that appear to be associated with an individual named Daniel Simpson from Merrick, New York.  I then traced these UserIDs' completed transactions from ZenCloud's "transactions" table that Mr. Mills cited in his report.  Then, I aggregated all the Bitcoin inflow (i.e., funding transactions) and outflow (i.e., withdrawals) transactions to measure the net Bitcoin flows for these accounts based on the "transactions" table.  Exhibit B-8 shows that while one account (UserID 13592) experienced net outflows, the other UserIDs

23

experienced net inflows.  Aggregating across all five of his accounts, Daniel Simpson withdrew more Bitcoin than he deposited based on ZenCloud's "transactions" table.

54.      These observations from the SQL Databases highlight the likelihood that multiple UserIDs may correspond to the same individual; however, due to the lack of reliable identifying information (such as a Social Security number), the database cannot be used to prove conclusively that these potentially overlapping UserIDs do in fact belong to the same individual.  Further, the methods I have used to identify UserIDs that may be associated with the same individual cannot be used in general because information is so often missing from the databases.  Instead, such a determination would require individualized inquiry.  From an economic perspective, relying on individuals to self-disclose all their UserIDs is also not a reliable option, as there is an economic incentive for Proposed Class Members to exclude UserIDs associated with economic gains, and selectively disclose only the UserIDs associated with economic losses, in order to maximize their claimed damages. There would be no way to detect such selective disclosures from the database without individualized inquiry.

55.      Mr. Shinners' purported damages calculation for Mr. Pfeiffer further demonstrates the need for individualized inquiry in order to determine cases where multiple UserIDs belong to the same individual.[69]  In order to conduct this calculation, Mr. Pfeiffer informed Mr. Shinners of 12 different email addresses (which, in turn, are associated with 12 different User IDs) that were his.[70]  Had Mr. Pfeiffer not shared with Mr. Shinners the various email addresses that belonged to him, there would have been no way to ascertain Mr. Pfeiffer's common ownership of different UserIDs based on the SQL Database alone.

---

[69]    Ex. B-22 (Pfeiffer Deposition Exhibit 102).

[70]    Ex. B-22 (Pfeiffer Deposition Exhibit 102).

56.     In Exhibit B-9, I list all of the email addresses I found in the "users" table from ZenCloud and Paybase that appear to be associated with Michael Pfeiffer.  The exhibit shows that while Mr. Pfeiffer self-disclosed ownership of 12 UserIDs, the SQL Databases show that he may in fact have been associated with at least 8 more UserIDs.  The apparent incompleteness of Mr. Pfeiffer's disclosure illustrates why Mr. Mills cannot rely on individuals to self-disclose all their UserIDs.

57.     Similarly, a spreadsheet Mr. Shinners compiled summarizing information about potential Proposed Class Members further demonstrates that individualized inquiry would be required to ascertain the common ownership of UserIDs.[71]  Mr. Shinners' spreadsheet shows that in order to compile the necessary information to calculate losses by potential Proposed Class Members, Mr. Shinners contacted each individual separately and requested information about his or her investments. Responses to Mr. Shinners' inquiry shows that several individuals reported ownership of multiple accounts.  For example, Don Patterson disclosed: "I have three accounts on Zen Portal. The user names are: Donpreptiles, kskwerl, Vittman."  However, as shown in the table below, ZenCloud only has a record for two of these usernames, and since ZenCloud is missing identifying information for one of these accounts, there would be no way to know that Mr. Patterson is the common owner without his disclosure.  This discrepancy between the results of Mr. Shinners' own individualized inquiry and the SQL Database illustrates why individualized inquiry is required.

---

[71]    Ex. B-25 (GAW01021539); GAW00361522.

**Table 5**

**Excerpt of ZenCloud "Users" Table for Don Patterson**

| id | username | Name | email | phone | address | country |
|----|----------|------|-------|-------|---------|---------|
| 15032 | donreptiles | | donreptiles@hotmail.com | | | Canada |
| 201053 | kskwerl | Don Patterson | donreptiles2@shaw.ca | 250 655-0706 | 8503 Ebor Terrace, Sidney BC | Canada |

58.     Mr. Mills does not address how he will identify which UserIDs should be combined when calculating damages.  While in his deposition he agreed that it is relevant to a proper damages calculation to determine whether a Proposed Class Member has multiple User IDs, he conducted no analyses of the SQL Databases to verify that such a determination is even possible given the available data.[72]  Hence, while Mr. Mills states in his report that there are 277,323 UserIDs in ZenCloud and 8,679 UserIDs in Paybase,[73] my analysis above demonstrates that the number of unique individuals, and therefore potential Proposed Class Members, may be materially less than the figures reported by Mr. Mills.

*4.  Evidence that the same UserID may correspond to multiple individuals*

59.     Not only can one Proposed Class Member be associated with multiple UserIDs, the converse can also be true.  One UserID can be associated with transactions from multiple individuals or entities during the Proposed Class Period (as discussed above in Section VII.A.5).  As I discussed

---

[72]   Specifically, Mr. Mills states that "if damages were computed at the user level…and a particular user…or particular customer had two user IDs, it may be possible to calculate damages for each of the user IDs and then simply combine them to get the damages for the user or for the customer." (Ex. B-20 (Mills Deposition), p. 36:2-7)
[73]   Mills Report, ¶¶ 11, 14.

26

above, some users (including Mr. Pfeiffer) engaged in private transactions with other users.  I have not seen any evidence that these transactions can be identified in the SQL Databases, nor has Mr. Mills explained how he plans to identify them.[74]  This inability to distinguish between transactions made by different owners of the same UserID makes an accurate damages calculation based on the SQL Databases all but impossible, without individualized inquiry.

60.     For example, and as discussed above, Mr. Pfeiffer self-reported that he purchased ten UserIDs and accounts from other users on various dates during the Proposed Class Period.[75]  A review of the transactions recorded in the SQL Database associated with each of Mr. Pfeiffer's purchased accounts shows that no activity was recorded on any of the dates when Mr. Pfeiffer had purportedly made private purchases from third parties.  The ZenCloud database provides no record that Mr. Pfeiffer's private transactions occurred, let alone any information on the relevant counterparties and the transacted amounts.  In other words, without information separately provided by Mr. Pfeiffer, or access to Mr. Pfeiffer's email archives, it is not possible to ascertain that these private purchases took place, and whether Mr. Pfeiffer, or other Proposed Class Members who engaged in private purchases, suffered an economic loss as a result.

61.     Further, a review of the transactions associated with each of Mr. Pfeiffer's ten purchased accounts shows that there was activity on those accounts before Mr. Pfeiffer purchased those accounts.  For example, as shown on Exhibit B-10, there were nearly 700 transactions executed through UserID 116 prior to September 13, 2014, the date Mr. Pfeiffer purchased the account.  Exhibit B-10 also shows that across the over 16,000 transactions associated with Mr. Pfeiffer's ten purchased accounts, one fourth, or nearly 4,000 transactions, occurred prior to his ownership of those accounts

---

[74]   Ex. B-20 (Mills Deposition), pp. 68:25-71:10.
[75]   Ex. B-22 (Pfeiffer Deposition Exhibit 102).

and were not attributable to Mr. Pfeiffer.  If Mr. Mills had calculated damages without the benefit of Mr. Pfeiffer's separate disclosures about his private transactions, he would have incorrectly attributed all associated transactions (including transactions prior to Mr. Pfeiffer's private purchases) to Mr. Pfeiffer, leading to an unreliable and inaccurate assessment of claimed damages.

       **C.**      **Other Gaps and Inconsistencies in the Available Data Undermine Mr. Mill's Purported "Uniform Methodology" for Determining Whether Proposed Class Members Suffered Any Economic Losses and for Calculating Damages on a Class-Wide Basis**

       62.    Mr. Mills testified in his deposition that to calculate claimed damages, he is "planning to look at the value of the consideration paid for the products at issue and compare that to the value received and use that as a measure of damages."[76]  Mr. Mills also stated in his deposition that this determination can be made by "link[ing] through various transactions and associate transactions from various tables with users and understand what those transactions entail."[77]  However, as I discuss below, there appear to be numerous errors, gaps, and inconsistencies in the SQL Databases, indicating that the data upon which Mr. Mills proposes to rely do not provide a complete and accurate account of the purchases, sales, and other relevant account activities associated with the Proposed Class.  If unaccounted for, these issues, in addition to those discussed above, would render any determination of economic loss or calculation of damages based solely on the SQL Databases unreliable and incomplete.

---

[76]   Ex. B-20 (Mills Deposition), p. 66:19-23.
[77]   Ex. B-20 (Mills Deposition), p. 53:6-8.

*1. Individual inquiry would be necessary to account for transactions not captured in the SQL Databases*

63.     A comparison of documentary evidence and public information with the SQL Databases shows that private transactions, reseller transactions, and certain PayCoin transactions were not captured in the SQL Databases.

a)      Private Transactions

64.     As discussed above, documentary evidence shows that some users engaged in private transactions, whereby users bought and sold the Companies' products outside their environment.  The realized losses and gains resulting from these private transactions can materially impact the economic losses experienced by individual users, and accordingly any calculation of claimed damages. However, because these private transactions are not captured in the SQL Databases, individualized inquiry will be needed to ascertain which users engaged in these transactions, and if so, who the counterparty was, when the transaction occurred, what of the Companies' products were exchanged, and how much was paid.

b)      Reseller Transactions

65.     Documentary evidence indicates that resellers purchased Hashlets from the Companies at a wholesale discount and resold them on coin forums or eBay.[78]  Based on HashTalk posts, GAW Miners established a reseller program for Hashlets as early as August 2014.[79]  Because GAW Miners' guidelines required that users had a "minimum of $25,000 monthly sales to qualify as a reseller,"[80] resellers are potentially associated with a large portion of the transaction volume involving the Companies' products.  Despite the potential importance of resellers in terms of transaction volumes,

---

[78]   *See for example,* Ex. B-27 (GAW00626444).
[79]   Ex. B-28 (GAW00361293).
[80]   Ex. B-29 (GAW00771454).

and thus, damages, Mr. Mills has not identified (and I am not aware of) a way to identify resellers in the SQL Databases without individualized inquiry.

66.      For example, using documentary evidence, I identified email addresses associated with users whom Mr. Garza recruited as resellers.[81]  One such email address is viturrex@gmail.com.  This reseller in ZenCloud (userID 175312) completed a total of $434,277 in Hashlet purchases between August 9, 2014 and October 27, 2015,[82] but the SQL Databases only record a total of $29,770 sales for this user over a four month period from October 1, 2014 to February 1, 2015.[83]  Given that GAW Miners' guidelines require that resellers had a "minimum of $25,000 of monthly sales," one would expect this reseller to have sold a larger portion of what he or she purchased in order to remain in compliance with the guideline.  However, as this example illustrates, while a reseller's initial Hashlet purchases from the Companies may be recorded in the SQL Databases, details for many of the reseller's subsequent sales of those Hashlets to other users, including the counterparty, transaction date, and price, are apparently not.  As with private transactions, sales by resellers on other platforms, such as eBay, are not recorded in the SQL Databases and cannot be traced to a unique Proposed Class Member in the SQL Databases.  Without individualized inquiry, Mr. Mills has not explained how he would (nor am I aware of how one would) ascertain who the resellers were, what they sold, and whether these resellers incurred economic losses or gains as a result of Mr. Garza and the Companies' alleged misconduct.

> c)      PayCoin Transactions on Other Cryptocurrency Exchanges

---

[81]   Ex. B-30 (GAW00675796).

[82]   ZenCloud "orders" table.

[83]   ZenCloud "transactions" table.

67.     A comparison of PayCoin trading volume on Paybase and other cryptocurrency exchanges indicates that a large amount, and in fact the majority of, PayCoin transactions took place outside of the Paybase exchange (which was owned by the Companies).  Because transactions completed on outside exchanges are not observable in the SQL Databases, the data do not provide information on "the value received" by members of the Proposed Class selling on outside exchanges. Individual inquiry would be needed to establish which of the Proposed Class Members sold on outside exchanges, and which ones did not.  As a result, any calculation of economic losses or claimed damages based only on the SQL Databases would be inaccurate and unreliable.

68.     As shown in Exhibit B-11, according to data from coinmarketcap.com, in the two-week period after the PayCoin ICO and before the launch of Paybase on or around December 30, 2014, approximately 0.6 million PayCoins ($6.4 million in dollar value) were traded.  Exhibit B-11 also shows that after Paybase launched on December 30, 2014, a large amount of PayCoin transactions still took place outside of the Companies' exchange.  Specifically, from December 30, 2014 to March 27, 2015, Paybase recorded trading volume of 1.8 million PayCoins ($2.6 million in dollar value), while coinmarketcap.com reported that 7.2 million PayCoins ($14.7 million in dollar value) were traded across all exchanges.  Finally, Exhibit B-11 shows that while the Paybase database contains no PayCoin transactions since April 2015, coinmarketcap.com reports that 25.9 million PayCoins ($2.1 million in dollar value) were traded between March 28, 2015 and December 31, 2015.

69.     Moreover, during the two-week interim between the PayCoin ICO and launch of Paybase, users withdrew more than 800,000 PayCoins from their ZenCloud accounts.[84]  As shown in Exhibit B-12, PayCoin experienced large price fluctuations during this time period, with reported

---

[84]   This number represents the total completed withdrawals from December 16, 2014 through December 29, 2014 as identified in the ZenCloud "paycoins" table.

prices ranging from to $4.43 to $15.92.  Without data concerning what happened to the PayCoins withdrawn from ZenCloud during this period, including whether and for how much these PayCoins were sold, it is not possible to accurately assess whether and to what extent members of the Proposed Class were harmed.

### 2.  Inconsistencies in the SQL Databases undermine their reliability

70.     As Mr. Mills confirmed in his deposition,[85] and consistent with my understanding, there were two versions of the SQL Databases produced in this matter.  Moreover, in his deposition Mr. Mills testified that he spoke with Evan Lucas, a former GAW Miners employee, who informed him that GAW Miners transitioned its transactional database from the "Mongo" database system ("MongoDB") to the "Maria" database system ("MariaDB") during the Proposed Class Period.[86]  Mr. Mills also stated that he has conducted no independent analysis of the SQL Databases to verify whether the version that he reviewed in preparing his report, and purportedly intends to use in his calculation of claimed damages, is the most accurate and complete database, and acknowledged that there is no way for him to do so.[87]  However, my review of the SQL Databases shows that there are a number of inconsistencies that, if unresolved, would render any calculation of claimed damages unreliable.

71.     For example, one would expect that users could only receive payouts after they purchase and activate their Hashlets.  However, multiple users in the ZenCloud database had payouts before any recorded purchases.  For instance, the ZenCloud database shows that UserID 433 started receiving payouts beginning July 23, 2014, but this user's first purchase did not occur until August 24,

---

[85]   Ex. B-20 (Mills Deposition), p. 26:5-15.

[86]   Ex. B-20 (Mills Deposition), pp. 40:4-42:6.

[87]   Ex. B-20 (Mills Deposition), p. 104:1-18.

2014.  Similarly, UserID 453 had payouts beginning July 25, 2014, but did not purchase any Hashlets until August 17, 2014.  Mr. Mills has not explained how he would resolve this apparent inconsistency without individualized inquiry.  Also, I understand that Hashlets were not launched until August 2014, yet I observe payouts in the ZenCloud database in July 2014, indicating that the database contains activities associated with non-Hashlet products (e.g., payouts from Cloud-Hosted Mining).  Mr. Mills has not explained how he plans to distinguish between non-Hashlet and Hashlet-related transaction activity.

72.     Additionally, data from the SQL Databases appear inconsistent with the purchase activity reported by Plaintiffs in their certifications.  For example, Mr. Audet reported in his certifications two HashStaker purchases on November 28, 2014 for $913.55 and $997.50, respectively; however, a review of Mr. Audet's purchases on the ZenCloud database reveals only one HashStaker purchase on this date for $889.95. Similarly, Mr. Shinners reported a Hashlet purchase on September 15, 2014 for $789.99, but the only Hashlet purchase by Mr. Shinners that appears in ZenCloud on this date is for $20.95.  In addition, Mr. Pfeiffer reported four purchases of "Hashlet Prime 5 x 1" on October 14, 2014 totaling $1,399.00, but no matching purchases can be found in the ZenCloud database.  Exhibit B-13 summarizes these examples and several other discrepancies I found between the SQL Databases and the Plaintiffs' certifications, which further calls into question the reliability of the databases or the Plaintiffs' certifications.

73.     Documentary evidence also indicates that the Companies made manual credit entries in the SQL Databases at various times to address discrepancies and correct for customer service disruptions.  However, a comparison of the requests received by GAW Miners with the SQL Databases indicates that at least some of the credits were not recorded.  For example, an email from Mr. Pfeiffer to GAW Miners on March 18, 2015 shows that he had made a Bitcoin deposit to his UserID 2412

account that was never credited.[88]  In particular, a review of the SQL Databases shows that there were no transactions recorded for UserID 2412 after March 12, 2015.  This indicates that there may be instances where users, like Mr. Pfeiffer, either did not receive full credit for manual deposits made by GAW Miners, or the credits were not recorded, further calling into question the reliability of the SQL Databases.  In cases where users believe that the databases are not correctly reflecting their activities, individual inquiry would be needed to determine whether the user is right (and the database is wrong), or the database is right (and the user is wrong).

74.     Finally, documentary evidence provides anecdotal evidence of security flaws that some users exploited to sell or withdraw twice from ZenCloud.  Eric Capuano, an employee at GAW Miners during the Proposed Class Period, testified there was a "software vulnerability that allowed a user to basically withdraw funds twice."[89]  Users who exploited this vulnerability could have effectively doubled the value of their sales and withdrawals.  Mr. Mills not only fails to explain how he would account for these double sales and withdrawals in his calculation of claimed damages, but he has also not explained whether these mistaken sales and withdrawals (or any of GAW Miners' subsequent corrections) are reflected in the SQL Databases.  To the extent that they are not reflected in the SQL Databases, individualized inquiry is needed to identify these transactions in order to eliminate their distortion on damages calculations.

### 3.  Mr. Mills has not explained how his calculation of claimed damages will account for non-purchase acquisitions of Hashpoints

75.     Plaintiffs' definition of the Proposed Class includes individuals who purchased or acquired Hashpoints.  However, Mr. Mills has not explained how he would treat acquisitions of

---

[88]  Ex. B-31 (GAW00690175).

[89]  Ex. B-32 (Deposition of Eric Capuano, July 9, 2018 ("Capuano Deposition")), pp. 110:23-111:2.

Hashpoints from activity other than purchases, including rewards from helpful Hashtalk posts.  From an economic perspective, the cost to the investor of purchasing Hashpoints with dollars or Bitcoin may not be comparable to the costs to the same investor of earning Hashpoints from posting activity on an internet discussion forum.  Under Mr. Mills' ill-defined plan to "look at the value of the consideration paid for the products at issue and compare that to the value received and use that as a measure of damages," he has not specified how he would estimate the "value of consideration paid" under these circumstances.

>    4.  *Mr. Mills has not explained how his calculation of claimed damages will account for chargebacks*

76.    Documentary evidence and deposition testimony by former GAW Miners employee Eric Capuano shows multiple instances in which users disputed purchases of the Companies' products on their credit card, a process also referred to as chargebacks.[90]  Depending on the outcome of investigations by the credit card companies, users may receive refunds on the purchase amounts in dispute.  For example, in April 2015, Plaintiff Allen Shinners (username "Allen1980s") wrote multiple posts on the GetHashing Crypto Forum where he explained the chargeback procedures to other users and described his own chargeback experience.[91]  Also, a letter from USAA Federal Savings Bank to Mr. Pfeiffer shows that Mr. Pfeiffer successfully disputed a chargeback for a purchase made on August 28, 2014 and that $24.99 was returned to him.[92]

---

[90]   Ex. B-32 (Capuano Deposition), pp. 126:3-127:17, Exhibit 31.

[91]   Ex. B-33 ("How to Chargeback Gawminers Hashlets," *Bitcoin News Magazine*, accessed on November 16, 2018, available at <https://bitcoinnewsmagazine.com/how-to-chargeback-gawminers-hashlets/>). *See also*, Ex. B-34 ("GAW Legal, Credit and Consumer Protection Rights Thread," *GetHashing*, accessed on November 16, 2018, available at <https://forum.gethashing.com/t/gaw-legal-credit-and-consumer-protection-rights-thread/2878>).

[92]   Ex. B-35 (GAW00363521).

77.     As Mr. Mills acknowledged in his deposition, chargeback amounts "may well be" part of the "value received" that would enter into a calculation of damages for each Proposed Class Member.[93]   Despite the relevance of chargebacks to a determination of economic losses, Mr. Mills has not explained how he intends to identify chargebacks in the SQL Databases, and how his purported "uniform methodology" for calculating damages will account for these transactions.   I am not aware of any data within the SQL Databases pertaining to chargebacks.   To the extent that chargeback information is not reflected in the SQL Databases, individualized inquiry would be needed to determine economic impact and damages for each Proposed Class Member.

### 5.   The SQL Databases do not contain any data after April 2015

78.     The Proposed Class defines the Class Period from August 2014 to December 2015. However, as shown in Exhibit B-3, the last date of entry for any observation in the SQL Databases is in April 2015.   The SQL Databases are missing transaction data from April 2015 to December 2015, more than half the duration of the Proposed Class Period.   Yet Mr. Mills has not explained how he plans to address the apparent data gap in his calculation of claimed damages.   To the extent that Proposed Class Members sold their PayCoin after April 2015, any proceeds of their sales would offset damages.   However, because the post-April transactions are not observable in the SQL Databases, these offsets to damages cannot be calculated.

### 6.   Mr. Mills has not specified how he would calculate damages in U.S. Dollars

79.     As discussed above, Mr. Mills asserts that he anticipates being able to calculate damages for each Proposed Class Member based on the transactional information provided in the

---

[93]    Ex. B-20 (Mills Deposition), p. 87:6-10.

"transactions" table in the ZenCloud database and in the "paycoins" table in Paybase database.[94] However, all transactions recorded in these tables are denominated in Bitcoin ("BTC").[95]  In other words, when a user earns payouts and incurs service fees for Hashlet mining, or buys and sells PayCoin, he/she is often either providing or receiving BTC in exchange.   As shown in Exhibit B-14, the price of BTC fluctuated from approximately $180 to nearly $600 during the proposed Class Period. Due to fluctuations in the BTC-USD exchange rate, the methodology used to convert BTC into USD for the purposes of measuring economic loss may have a material impact on the magnitude of claimed damages.  To the extent that the Court finds that economic loss, and accordingly claimed damages, should be denominated in USD, Mr. Mills has provided no explanation of how his purported "uniform methodology" would calculate damages in USD.

80.     While the value associated with each transaction in ZenCloud and Paybase is recorded in BTC as well as in USD (based on the BTC-USD exchange rate at the time of the transaction), measuring economic loss based on the recorded USD value at the time the BTC was transacted may be inaccurate.  For example, consider an investor who paid for GAW Miners products with 1 BTC when BTC was worth $400 per BTC, and then sold the GAW Miners product at a later date for 0.5 BTC when BTC's value declined to $200 per BTC.  In USD terms, the investor lost $300 since she paid 1 BTC (which was at the time worth $400) and received 0.5 BTC (which was worth $100 at the time of sale).  By contrast, if the investor had not invested in GAW Miners products and held onto her 1 BTC, she would have lost $200 in value because of the depreciation of Bitcoin.  Hence, the economic loss attributable to Mr. Garza's and the Companies' alleged misrepresentation, as opposed to BTC-USD exchange rate movements unrelated to their alleged misconduct, is only $100 ($300 minus $200).

---

[94]   Mills Report, ¶¶ 10-16.
[95]   ZenCloud "transactions" table; Paybase, "paycoins" table.

Despite the material effect that BTC-USD exchange rates may have on the measurement of claimed damages, Mr. Mills testified in his deposition that he has not considered how he would convert transactions denominated in BTC to USD, and, more broadly, whether damages should be denominated in BTC or USD.[96]

### D. All Proposed Class Members Could Not have Relied on the Same Set of Alleged Misrepresentations at All Times

81.     Neither the Plaintiffs nor Mr. Mills have explained how they plan to establish reliance for the Proposed Class Members.  To the extent Plaintiffs or Mr. Mills try to establish reliance by making the simplifying assumption that all Proposed Class Members relied on the same set of alleged misrepresentations at all times, such an assumption would be challenged by the fact that the alleged misrepresentations were made at different points in time.  It would be unreasonable to assume that a Proposed Class Member relied on a misrepresentation before it was even made.

82.     For example, Proposed Class Members who purchased Hashlets and other GAW Miners' products prior to November 4, 2014, when Mr. Garza announced in an interview his plan to launch Hashpoints and PayCoin, cannot be harmed by alleged misrepresentations pertaining to PayCoin.[97]  As shown in Exhibit B-15, the ZenCloud database contains records of 146,614 purchases of Hashlets and other products, with a total transaction amount of over $24 million, prior to November 4, 2014.  Additionally, 5,655 users in the ZenCloud database purchased Hashlets only before November 4, 2014.[98]  Since PayCoin and Hashpoints were not known to the public before November

---

96   Ex. B-20 (Mills Deposition), pp. 102:14-103:4.

97   Amended Complaint, ¶ 136; Ex. B-36 ("HashCoin and HashBase Will Bring Bitcoin Mainstream: Interview with GAWMiners' Josh Garza," CCN, November 4, 2014, available at <https://www.ccn.com/hashcoin-hashbase-will-bring-bitcoin-mainstream-interview-with-gawminers-josh-garza/>). HashCoin and HashBase ultimately became PayCoin and Paybase, respectively.

98   Users are identified as unique email addresses. 838 email addresses found in the "orders" table could not be matched to an email address within the "users" table.

4, 2014, transactions that occurred before this date could not have relied on any alleged misrepresentations regarding PayCoin and Hashpoints.

83.     Similarly, Plaintiffs allege that the Companies made misleading statements about the utility of Paybase and, when Paybase launched on or around December 30, 2014, "it bore little resemblance to the all-inclusive exchange Mr. Garza represented."[99]  Among other things, PayCoin never achieved the $20 price floor, nor was it adopted by merchants.[100]  Despite this, Paybase data show that even after the limited functionality of Paybase became apparent, investors continued to purchase PayCoin on the exchange.  After December 30, 2014, investors made over 56,000 PayCoin purchases associated with over 2 million PayCoins on Paybase.[101] Despite the knowledge that some or all of the Companies' PayCoin-related representations were false or exaggerated, these investors still invested in PayCoin.

Bruce Strombom

November 19, 2018

---

[99]   Amended Complaint, ¶¶ 9, 155.
[100]  Ex. B-37 (Coinmarketcap.com).
[101]  Paybase, "paycoins" table.

39

# Exhibit B-1

**BRUCE A. STROMBOM, Ph.D.**
**Managing Principal**

Phone: (213) 896-4520                                                       333 S. Hope Street
Fax: (213) 623-4112                                                              Suite 2700
bruce.strombom@analysisgroup.com                            Los Angeles, CA  90071

Bruce Strombom is an expert in applied microeconomics, finance, and quantitative and statistical analysis.  He provides assistance to attorneys in all phases of pretrial and trial practice, prepares economic and financial models, and provides expert testimony in litigation and public policy matters. Dr. Strombom has conducted assessments of class certification, liability, and damages issues in cases involving antitrust, breach of contract, ERISA, false advertising, intellectual property, labor and employment, product liability, securities, and general commercial disputes.

Prior to joining Analysis Group, Dr. Strombom was Executive Vice President of a middle-market merger and acquisition firm, where he managed a financial and market research organization that provided valuation and consulting services to over 500 privately held companies annually.  Previously, he was Consulting Manager at Price Waterhouse, where he provided litigation support and value enhancement consulting services, and Senior Financial Analyst at the Tribune Company, where he evaluated capital projects and acquisition candidates.  Dr. Strombom holds a Ph.D. in economics from the University of California, Irvine, and a B.A. in economics from San Jose State University.

**EDUCATION**

Ph.D.                        Economics, University of California, Irvine
                              Fields: Finance and Industrial Organization
                              Thesis: Switching Cost, Price Sensitivity and Health Plan Choice

B.A.                         Economics, San Jose State University, San Jose, CA

**PROFESSIONAL EXPERIENCE**

2004 – Present          Managing Principal, Analysis Group, Inc., Los Angeles, CA

1993 – 2004             Senior Associate and Vice President, Analysis Group, Inc., Los Angeles, CA

1992                         Regional General Manager, Prodata, Inc., Sacramento, CA

1985 – 1991             Executive Vice President, Geneva Business Research Corp., Irvine, CA

1983 – 1985             Manager of Consulting Services, Price Waterhouse, Newport Beach, CA

1981 – 1983             Senior Financial Analyst, Tribune Newspapers West, Woodland Hills, CA

**SELECT CASE ASSIGNMENTS**

**General Commercial Litigation**

- **Iconlab Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.**
  *United States District Court, Central District of California, Southern Division*
  Evaluate lost profits and unjust enrichment in this matter involving alleged misappropriation of trade secrets related to the sale of intraocular lenses in Turkey and India (expert report and deposition).

- **Gregory Greene, et al. v. Mizuho Bank and Mark Karpeles**
  *United States District Court, Northern District of Illinois, Eastern Division*
  Evaluate economic issues related to class certification in this matter involving the bankruptcy of the bitcoin exchange Mt. Gox (expert report and deposition).

- **New World TMT Limited v. Wang Wei, et al.**
  *High Court of the Republic of Singapore*
  Project defendant's net cash balance as of June 30, 2017 that is traceable to funds misappropriated from plaintiff from April 2000 to December 2006 (expert report).

- **United States of America, ex rel. Bruce Jacobs v. Bank of America, et al.**
  *United States District Court, Southern District of Florida*
  Assess whether calculations performed by plaintiff's expert provide a reliable estimate of damages from allegedly false claims for FHA insurance recoveries (expert report).

- **Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.**
  *United States District Court, Central District of California - Western Division*
  Evaluate damages from alleged false advertising under the Lanham Act and unfair business practices in the market for protective medical garments (expert report, deposition and testimony at trial).

- **Benjamin Michael Merryman, et al. v. Citigroup, Inc., et al.**
  *United States District Court, Southern District of New York*
  Evaluate the feasibility of calculating damages on a class-wide basis and rebut plaintiffs' damages calculation in this case involving foreign exchange transactions associated with American Depository Receipts (ADRs) (expert declaration and deposition).

- **Carlos McClatchy v. Gary B. Pruitt, et al.**
  *Superior Court of the State of California, City and County of San Francisco*
  Calculate damages to a trust beneficiary from the alleged failure to properly diversify the trust's holdings (deposition and testimony at trial).

- **Ronald McAllister, et al. v. The St. Louis Rams, LLC**
  *United States District Court, Eastern District of Missouri, Eastern Division*
  Identify data related to personal seat licenses available to the Rams and evaluate whether those data are suitable for identifying members of the proposed classes, establishing liability and calculating damages on a class-wide basis without individualized inquiry (expert report and deposition).

- **James J. Cotter, et al. v. Margaret Cotter, et al. and Reading International, Inc.**
  *District Court, Clark County, Nevada*
  Evaluate plaintiffs' damages analysis in this shareholder derivative action and address issues of loss causation (expert report and deposition).

- **CoreLogic, Inc. v. First American Financial Corp.**
  *JAMS Arbitration*
  Rebut Plaintiff's damages analysis in this matter involving alleged breach of contract and misappropriation of trade secrets (deposition and testimony at arbitration).

- **Maricopa County v. Office Depot, Inc.**
  *United States District Court, District of Arizona*
  Calculate damages from the alleged failure to comply with the terms of a contract that guaranteed the plaintiff the lowest prices offered by the defendant (expert report).

- **Alex Ang, et al. v. Bimbo Bakeries USA, Inc.**
  *United States District Court, Northern District of California*
  Evaluate proposed regression-based methods of determining harm to consumers and calculating damages resulting from allegedly false and misleading claims appearing on the labels of bread and other baked goods (declaration).

- **Patrick Hendricks, et al. v. Starkist Co.**
  *United States District Court, Northern District of California*
  Assess whether members of a putative class can be ascertained and whether the proposed method for calculating harm to consumers from underweight products can be applied on a common, class-wide basis (declaration and deposition).

- **David Helmer, et al. v. The Goodyear Tire & Rubber Co.**
  *United States District Court, District of Colorado*
  Assess the typicality of class representatives and numerosity of potential class members in this matter related to the manufacturing and distribution of allegedly defect hose used in hydronic heating systems (expert report and testimony at hearing).

- **Big 5 Sporting Goods Song-Beverly Cases**
  *Superior Court of California, County of Los Angeles*
  Estimate the value of certain ZIP code information collected from customers who made credit card purchases (expert report).

- **UMG Recordings, Inc. v. NBC Universal, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the reliability and adequacy of data provided by plaintiffs to calculate damages from the destruction of over 100,000 original master audio recordings in a warehouse fire (deposition).

- **Hansen Beverage Company v. Vital Pharmaceuticals, Inc.**
  *United States District Court, Southern District of California*
  Evaluate damages under the Lanham Act from alleged false advertising in the energy drink and energy shot markets (expert report and deposition).

- **Emily Diaz v. First American Home Buyers Protection Corporation**
  *United States District Court, Southern District of California*
  Evaluate class certification issues including plaintiff's proposed method of calculating economic damages suffered by members of the putative class using a common method of proof (expert report and deposition).

- **State Pipe and Supply, Inc. v. Coutinho & Ferrostal Inc.**
  *United States District Court, Central District of California*
  Calculate damages (a) to the plaintiff from the failure of a steel pipe supplier to deliver products as contracted and (b) to the defendant under a counter-claim assuming proper mitigation (expert report).

- **Classic Concepts v. Linen Source, Inc.**
  *United States District Court, Central District of California*
  Estimate damages related to a claim of copyright infringement (expert report and testimony at trial).

- **City of Los Angeles**
  *Consent Decree with U.S. Department of Justice*
  Evaluate claims of racial profiling by LAPD officers using advanced statistical techniques and data on motor vehicle and pedestrian stops (expert report).

- **In re: FedEx Ground Package System, Inc., Employment Practices Litigation**
  *United States District Court, Northern District of Indiana*
  In this case involving the alleged misclassification of drivers as independent contractors, led case team supporting two Academic Affiliates who analyzed the functions performed by FedEx drivers, the economic relationships between FedEx, the drivers and customers of FedEx, and transactions involving the sale of routes by drivers.

- **Memory Card International v. Fry's Electronics, Inc., et al.**
  *California Superior Court, County of Orange*
  Estimate damages caused by alleged misappropriation of trade secrets related to computer memory devices (expert report).

- **New World TMT, Ltd. v. PrediWave Corp., et al.**
  *Superior Court of California, County of Santa Clara*
  Evaluate prices of SDRAM chips and calculate damages from investments, purchases and advances made by New World when a cable television venture in China failed (expert report and deposition).

- **Rajashree Karwa v. Madison Tyler Holdings, LLC**
  *Arbitration before JAMS*
  Rebut damages claimed by plaintiff related to her termination and removal as a management member of Madison Tyler Holdings without sufficient cause (expert report and deposition).

- **Mark Ford, et al. v. Bimbo Bakeries USA, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Estimate damages suffered by independent distributors in a contract dispute with a large commercial bakery (deposition).

- **Fredrick W. Penney, et al. v. CLC, Inc.**
  *Arbitration before JAMS*
  Estimate damages suffered by law firms from failure of a prepaid legal services plan to refer members to contracted legal network (deposition and testimony at arbitration).

- **Independent Association of Mailbox Center Owners, Inc., et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of San Diego*
- **O'Cubed Technology, Inc., et al. v. Mail Boxes Etc., Inc.**
  *Arbitration Before JAMS*
- **Anything Goes, LLC, et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of Los Angeles*
- **Catherine Thomas, et al. v. Mail Boxes Etc. USA, Inc.**
  *Arbitration before the American Arbitration Association*
- **Morgate LLC, et al. v. Mail Boxes Etc., Inc.**
  *Superior Court of California, County of Los Angeles*
  Case team leader supporting multiple experts in this series of cases brought by franchisees related to the acquisition of franchisor Mail Boxes Etc. USA, Inc. by United Parcel Service, Inc. and conversion of Mail Boxes Etc. stores to The UPS Stores.

- **Jason Brett, et al. v. The Walt Disney Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Led a case team that gathered information from both electronic and paper sources, interviewed staff members, and created a comprehensive database covering over 8,300 television writers and analyzed the data for evidence of age discrimination.

- **In re Quanex Corporation and Affiliated Subsidiaries**
  *United States Tax Court*
  Assess the economic substance and business purpose of a transaction establishing a special purpose subsidiary (expert report and testimony at trial).

- **Impact Management Consulting v. National Scrip Center**
  *Arbitration before JAMS*
  Estimate lost profits from the breach of an exclusive marketing agreement (expert report).

- **Larry Plancich v. United Parcel Service, Inc.**
  *Superior Court of California, County of San Bernardino (testimony at trial)*
- **Ben Lopez v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Daniel Kline v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Gerald Shoemaker v. United Parcel Service, Inc.**
  *United States District Court, District of Idaho (declaration)*
  Analyze time records to determine whether the FLSA Motor Carrier Exemption applied in these wage and hour matters.

- **Microsoft Corp. – Private Antitrust Litigations**
  Consulting support to counsel related to potential overcharges from anticompetitive conduct in markets for PC operating system and application software.  Estimated damages exposure in an antitrust action brought by Netscape for alleged anticompetitive conduct in the market for internet browsers.

- **Robert Kahn v. Financial Management Advisors, Inc.**
  *Arbitration before JAMS*
  Evaluate the equivalence of shares in an S-corporation with membership units in a majority owned subsidiary limited liability corporation (expert report and testimony at arbitration).

- **Janice Millius, et al. v. Los Angeles Unified School District**
  *Superior Court of California, County of Los Angeles*
  In this case seeking recovery of unpaid wages and benefits, calculated the difference in cost between bus service provided by district employees and service provided by independent third party vendors (expert report).

- **Kan Di Ki, Inc. v. Timothy B. Ferrigan, et al.**
  *Superior Court of California, County of Fresno*
  Estimate damages from breach of a non-solicitation agreement associated with the sale of a mobile radiology company (expert report and deposition).

- **Gary M. Kawesch, M.D. Inc. v. Antione L. Garabet, M.D., Inc., et al.**
  *United States District Court, Northern District of California*
  Estimate damages resulting from trademark/trade dress infringement by a laser eye surgery provider (expert reports).

- **Consumer Justice Center, et al. v. Brother Industries, Inc., et al.**
  *Superior Court of California, County of Orange*
  Develop, implement and analyze a consumer survey to determine whether product advertising misled consumers about product features.

- **Western Filter Corporation v. Vickers Inc.**
  *United States District Court, Central District of California*
  Assess damages resulting from the breach of an alliance agreement involving the sales and marketing of industrial hydraulic equipment (expert report and testimony at arbitration).

- **Edison Electric Institute**
  Prepare a white paper on the use of derivative securities to hedge risk in the electric utility industry.

- **SEC v. Henry Yuen, et al.**
  *United States District Court, Central District of California, Western Division*
  Provide consulting support on liability issues related to revenue recognition and market acceptance of a new interactive programming guide offered by Gemstar-T.V. Guide International.

- **Ticketmaster LLC v. StubHub, Inc.**
  *Superior Court of California, County of Los Angeles*
  Retained by defendant to evaluate damages from the sale of blocks of "artist hold tickets" on StubHub's internet-based marketplace.

## ERISA

- **Steve Wildman, et al. v. American Century Services, LLC, et al.**
  *United States District Court, Western District of Missouri*
  In this ERISA class action involving claims that a 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent, evaluate whether liability and damages can be determined on a class-wide basis without individualized inquiry and evaluate plaintiffs' damages estimate (expert reports, deposition and testimony at trial).

- **Jaclyn Santomenno, et al. v. Transamerica Life Insurance Company, et al.**
  *United States District Court, Central District of California*
  In this case involving claims that fees charged by an ERISA retirement plan service provider were excessive, evaluate whether questions related to liability and damages can be addressed on a class-wide basis without individualized inquiry (expert reports and deposition).

- **Beverly Kanawi, et al. v. Bechtel Corporation**
  *United States District Court, Central District of California*
  Case team leader in rebutting analyses of seven opposing experts in ERISA case involving claims that 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent.

- **Joan Ned-Sthran v. Methodist Hospitals of Dallas, et al.**
  *United States District Court, Northern District of Texas*
  Evaluate claims of breach of fiduciary duty and damages in ERISA case involving alleged excessive charges for employees' share of health insurance premiums (expert report).

- **Penske Logistics, LLC, et al. v. Freight Drivers and Helpers Local No. 557 Pension Fund**
  *Before Arbitrator Ira F. Jaffe*
  Evaluate economic issues related to the alleged evasion and avoidance of an unfunded pension liability under ERISA (expert report, deposition and testimony at arbitration).

## Health Care and Health Insurance

- **In re Asacol Antitrust Litigation**
  *United States District Court, District of Massachusetts*
  Evaluate economic issues related to the ascertainability of the class and evidence that defendant's actions caused class-wide harm and evaluate plaintiffs' damages claims (expert report and deposition).

- **Francis Fenwick, et al. v. Ranbaxy Pharmaceuticals, et al.**
  *United States District Court, District of New Jersey*
  Evaluate plaintiffs' proposed methodology for identifying class members and calculating damages on a class-wide basis to consumers who purchased generic atorvastatin that may have contained a foreign material (expert report and deposition).

- **In re Wellbutrin XL Antitrust Litigation**
  *United States District Court, Eastern District of Pennsylvania*
  Evaluate the ascertainability of members of a class of indirect purchasers given risk-sharing arrangements in the distribution of pharmaceuticals and the "pass-on" of health care costs by health plans in the form of higher premiums (expert reports and deposition).

- **New Mexico Oncology and Hematology Consultants v. Presbyterian Healthcare Services, et al.**
  *United States District Court, District of New Mexico*
  Evaluate damages to a medical specialty group from alleged unlawful maintenance of monopoly power in the markets for private health insurance and inpatient services and attempted monopolization of the market for a speciality medical service by an integrated health insurer and provider organization (expert reports and depositions).

- **Lake Travis Transitional LTCH, LLC v. Lakeway Regional Medical Center, LLC, et al.**
  *The District Court of Travis County, Texas, 345th Judicial District*
  Review and evaluate cash flow projections for a start-up long-term care hospital and assess the reasonablness of estimated lost profit damages (deposition and testimony at trial).

- **Mylan Pharmaceuticals, Inc., et al. v. Warner Chilcott Public Limited Company, et al.**
  *United States District Court, Eastern District of Pennsylvania*
  Evaluate the relevance of "pass-on" issues to the damages claimed by indirect purchasers of an oral antibacterial drug (expert reports and deposition).

- **WellSpan Health, et al. v. Quantum Imaging and Therapeutic Associates, Inc.**
  *Court of Common Pleas of York County, Pennsylvania*
  Calculate damages from the alleged breach of noncompete provisions of employment contracts and unfair competiton related to provision of radiology and radiation oncology services (expert report).

- **Allegheny General Hospital v. UPMC Health Plan, Inc.**
  *Court of Common Pleas of Allegheny County, Pennsylvania*
  Evaluate methods of calculating "actual costs" incurred by a hospital in providing emergency and other medical services to health plan enrollees (declaration, expert report and deposition).

- **Beverly Clark, et al. v. The Prudential Insurance Company of America**
  *United States District Court, District of New Jersey*
  Evaluate whether the existence and extent of damages to members of the proposed class due to the closure of a block of health insurance business can be determined using a common method of proof without individual inquiry (declaration, expert report and deposition).

- **Capital Funding Group, Inc. v. Credit Suisse Securities LLC, et al.**
  *Circuit Court for Montgomery County, Maryland (expert report, deposition and testimony at trial)*
- **Leonard Grunstein et al. v. Ronald E. Silva, et al.**
  *Court of Chancery of the State of Delaware (expert report and deposition)*
  Evaluate whether defendants used plaintiffs' proprietary information related to HUD-insured refinancing of commercial mortgage backed securities (CMBS) issued in the acquisition of assisted living facilities throughout the U.S.

- **Neurosurgical Specialties of Nepa, Inc., et al. v. Wyoming Valley Health Care System, Inc.**
  *Court of Common Pleas of Luzerne County, Pennsylvania*
  Calculate damages from the alleged breach of contract for neurosurgery services between a medical practice and a hospital (expert report).

- **California State Auditor**
  Several assignments including review of the financial status and future prospects of the Los Angeles County Department of Health Services and review of a decision by CalPERS to limit the hospital network available to health plan enrollees.

- **Nevada Attorney General - Health Plan Merger**
  Retained by Nevada State Attorney General to prepare an expert report and testify concerning market definition and the impact of a proposed health plan merger on competition in health insurance markets. Evaluate possible monopsony power in the market for physician services.

- **In re Managed Care**
  *United States District Court, Southern District of Florida*
  Provide expert support to a large commercial health plan in a dispute involving claims adjudication practices, including the use of automated claims review and editing software, and prepare detailed analyses of over 100 million fee-for-service claims.

- **Oncure Medical Corporation v. Mission Hospital Regional Medical Center**
  *Superior Court of California, County of Orange*
  Estimate damages suffered by a radiation therapy provider from the breach of a non-compete agreement and provide assistance in mediation.

- **Unilab Corporation v. Westcliff Medical Laboratories**
  *California Superior Court, County of Los Angeles*
  Estimate damages associated with the acquisition of a medical testing laboratory.

- **Health Net, Inc. v. State Department of Health Services, et al.**
  *Superior Court of California, County of Sacramento*
  Estimate damages suffered by Health Net from the State's failure to properly allocate MediCal managed care enrollees to the health plan (deposition).

- **John Muir Medical Center v. Health Net, Inc.**
  *Arbitration before JAMS*
  Evaluate whether inflation in hospital charges exceeded the amount allowed in a provider services contract (deposition).

- **Sutter Health v. Health Net, Inc.**
  *American Arbitration Association*
  Assess the reasonableness of a hospital's billed charges during contract negotiations with a health plan (expert report and testimony at arbitration).

- **Cost Shifting in Hospital Services**
  For a consortium of community hospitals, compare hospital reimbursement rates paid by government payers (Medicare, Medicaid and County Indigent Programs) with those paid by commercial health plans and estimate the impact of "cost shifting" on health plan premiums and enrollment.

- **Wichita Clinic, P.A., v. Columbia/HCA Healthcare Corporation**
  *United States District Court, District of Kansas*
  Support Academic Affiliate in economic analysis and evaluation of the alleged monopolization of hospital services market.

- **Vitascan Partners v. G.E. Healthcare Financial Services**
  *Superior Court of California, County of Santa Barbara*
  Evaluate claims that poor performance of EBT scanners caused the failure of plaintiffs' business and estimate damages (deposition and testimony at trial).

- **The Commissioner of Corporations of the State of California v. Western Dental Services, Inc.**
  *California Superior Court, County of Orange*
  Support Academic Affiliate in evaluating the statistical sampling methodology used by the Department of Corporations to assess the quality of dental services.

- **MedImmune, Inc., v. Centocor, Inc., et al.**
  *United States District Court, District of Maryland*
  Support an Academic Affiliate in evaluating whether the monoclonal antibody product, Synagis, was commercially successful and whether the patented technology at issue contributed to that success.

## <u>Valuation</u>

- **In re September 11 Litigation**
  *United States District Court, Southern District of New York*
  Led a case team that supported Academic Affiliate in estimating the value of the 99-year master leasehold interests held by Silverstein Properties and calculate damages from destruction of World Trade Center Towers One, Two, Four, Five and Seven on 9/11.

- **Center Partners, Ltd., et al. v. Urban Shopping Centers, L.P, et al.**
  *Circuit Court Cook County, Illinois*
  Value a minority interest with complex allocation and option provisions in a multi-billion dollar limited partnership with investments in regional shopping malls.

- **Gary Pudles v. William Robertshaw, et al.**
  *California Superior Court, County of Orange*
  Value a controlling interest in a software company providing communications, business process automation and performance management applications to businesses (deposition).

- **Sunset Drive Corporation v. City of Redlands**
  *United States District Court, Central District of California*
  Prepare financial projections, value a low- to moderate-income residential development and estimate damages suffered by a developer when defendant blocked construction (expert report and deposition).

- **MVU Investors LLC v. General Electric Corporation**
  *United States District Court, Central District of California*
  Estimate value and calculate damages from the alleged breach of an agreement to purchase a patent portfolio involving MRI technology (expert report).

- **Equipoint Financial Network, Inc. v. Bruce Barnes, et al.**
  *California Superior Court, County of San Diego*
  Review and critique defendants' valuation report and estimate the fair market value of a minority interest in an originator of FHA Home Equity Conversion (reverse) Mortgages (expert report).

- **SOC-SMG Inc. v. Day & Zimmermann, Inc.**
  *Arbitration before JAMS*
  Value two merging businesses and calculate the amount of overpayment in a joint venture transaction caused by misrepresentations and non-disclosure of material adverse events related to procurement of military contracts (expert report and testimony at arbitration).

- **Denise P. Edwards, et al., v. The First American Corporation, et al.**
  *United States District Court, Central District of California*
  Estimate the values of various interests in title insurance agencies acquired by First American to determine if purchase prices exceeded fair market value and constituted kickbacks for referrals of title insurance business under RESPA (expert reports and deposition).

- **Conrad P. Lee Company, et al. v. EPS Solutions Corp., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of five privately held companies, evaluate factors leading to the failure of a professional services firm and estimate damages resulting from non-disclosures in a roll-up transaction (expert reports, deposition and testimony at arbitration).

- **David Salomon v. Michael Gould, et al.**
  *Arbitration before JAMS*
  Review two competing valuations of a securities trading firm engaged in arbitrage in exchange-listed equities, fixed-income products and derivatives using proprietary algorithms and electronic trade execution software (deposition and testimony at arbitration).

- **Horowitz Limited Partnership I v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert report and testimony at arbitration);*
- **James Holden and Christine Holden v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration); and*
- **Victor Arias, et al. v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration)*
  Value eight privately held companies, assess loss causation issues and estimate damages resulting from non-disclosures in a roll-up transaction involving over thirty professional service companies.

- **Peter Vagenas, et al. v. Demetrios Kefallinos, et al.**
  *Arbitration before ADR Services, Inc.*
  Value a fast-food restaurant chain, rebut plaintiffs' damages analysis and estimate damages from alleged infringement of trademark/trade dress (deposition and testimony at arbitration).

- **Marshall Hospital v. Eliot R. Drell, M.D., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of an Ambulatory Surgery Center and calculate lost profits from termination of a joint venture between a hospital and medical group (deposition and testimony at arbitration).

- **Chinyun Kim v. The Grover Coors Trust, et al.**
  *District Court, Jefferson County, Colorado*
  Provide analytic support to an Academic Affiliate in the valuation of convertible preferred stock in a financial distressed packaging materials manufacturer.

- **California State Auditor**
  At the request of the State Legislature, evaluate the merger of UCSF Medical Center and Stanford Health Services to determine the benefits of integration and assess the relative value of assets contributed by the two organizations.

- **Pacific Coin Management v. BR Telephony Partners, et al.**
  *California Superior Court, County of Los Angeles*
  Estimate damages suffered by the buyer of a pay telephone company from the seller's failure to disclose information allegedly pertinent to the value of the company (expert report, deposition and testimony at trial).

- **Bell and Associates, Inc. v. Fidelity National Information Solutions, Inc., et al.**
  *Superior Court of California, County of Orange*
  Value a start-up internet-based business enterprise and estimate damages caused by the alleged breach of a joint venture agreement (expert report and deposition).

- **Gray v. ODS Technology, LP, et al.**
  *United States District Court, Southern District of Florida*
  Value an option to acquire an equity interest in an internet gaming enterprise.

- **In re the Marriage of Downey**
  *California Superior Court, County of Orange*
  Value a manufacturer of commercial and general aviation aircraft cabin interior products (expert report and deposition).

- **California Food Plan, Inc. v. Robert Size, et al.**
  *California Superior Court, County of Orange*
  Value a direct marketing food retailer and analyze alleged excess compensation under a consulting agreement (expert report and deposition).

**Real Estate and Mortgage Lending**

- **Nancy L. Manchester, et al. v. U.S. Bank National Association, et al.**
  *Circuit Court of the First Circuit, State of Hawaii*
  Evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report).

- **Evelyn Jane Gibo, et al. v. U.S. Bank National Association, et al.**
  *United States District Court, District of Hawaii*
  Evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report and declaration).

- **Lionel Lima, Jr., et al. v. Deutsche Bank National Trust Company, et al.**
  *United States District Court, District of Hawaii*
  Evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report and declaration).

- **Panagiotis Mallios v. Bank of America, NA, et al.**
  *District Court, Clark County, Nevada*
  Estimate damages to borrower when defendant declined to modify residential mortgages and foreclosed (expert report and testimony at trial).

- **In Re: RFC and ResCap Liquidating Trust Litigation**
  *United States District Court, District of Minnesota*
  Case team leader supporting multiple academic and mortgage industry experts in addressing issues including statistical sampling methods, mortgage origination standards and practices, loss causation and damages arising from the settlement of RMBS trust and monoline claims in the bankruptcy of RFC.

- **Old Republic Insurance Company v. The Bank of New York Mellon, et al.**
  *Circuit Court of Cook County, Illinois, County Department, Chancery Division*
  Case team leader supporting multiple academic and mortgage industry experts in addressing residential real estate and mortgage industry conditions, underwriting standards and practices and whether alleged misrepresentations had a statistically significant impact on loan performance.

- **Confidential Assignment – Residential Mortgage Portfolio Valuation**
  Value a multi-billion dollar portfolio of first and second lien residential mortgages for tax purposes.

- **Carmel Development Company v. Monterra Ranch Properties, LLC, et al.**
  *Superior Court of California, County of Monterey*
  Analyze financial and other records related to a failed residential real estate development and evaluate the amounts properly claimed under mechanics' liens (expert report, deposition and testimony at trial).

- **Bank of America, N.A. v. Old Republic Insurance Company**
  *United States District Court, Western District of North Carolina*
  Case team leader supporting academic affiliate in evaluating developments in the residential real estate and mortgage markets prior to, and during, the Great Recession and the impact of those developments on loan performance and mortgage market participants including mortgage insurers.

- **Conley D. Wolfswinkel, et al. v. Joseph Arpaio, et al.**
  *United States District Court, District of Arizona*
  Estimate damages resulting from inability to restructure real estate loans as a result of disruption to plaintiffs' business caused by illegal execution of a search warrant and seizure of company property (expert report and deposition).

- **Eagle Real Estate Group, LLC, et al. v. Kenneth R. Melton, et al.**
  *Superior Court of California, County of Orange*
  Support Academic Affiliate in the valuation of multifamily residential properties and estimation of damages resulting from breach of a partnership agreement.

- **Countrywide Financial Corporation, et al. v. Republic Mortgage Insurance Company, et al.**
  *American Arbitration Association*
  Case team leader supporting academic affiliate in addressing statistical sampling and inferences concerning mortgage underwriting practices and quality control procedures.

- **Confidential Assignment – Residential Mortgage Underwriting Standards**
  Evaluate the impact on minority borrowers of changes to underwriting standards of a large residential mortgage lender that were motivated by falling residential real estate values and present findings to HUD.

- **Bank of America, N.A. v Republic Mortgage Insurance Company, et al.**
  *American Arbitration Association*
  Case team leader supporting Academic Affiliate in evaluating risk management practices in mortgage lending and securitization and describing of factors that contributed to home price appreciation in the early to mid-2000s and the collapse that followed.

- **EMC Mortgage Corporation v. Ameriquest Mortgage Corporation**
  *District Court of Denton County, Texas 16th Judicial District*
  Support Academic Affiliate in preparing expert report analyzing how trends in residential real estate prices, loan repurchase obligations and developments in the securities markets interacted to force the closure of many subprime lenders.

- **First American Corporation**
  Prepare expert reports and provide testimony before various state regulators concerning competition in markets for title insurance and real estate closing services, variation in real estate conveyance practices across markets and proposed changes in title insurance regulation.

- **Cecil Barret, Jr., et al. v. Option One Mortgage Corp., et al.**
  *United States Distric Court, District of Massachusetts*
  Led a case team supporting an Academic Affiliate in evaluating whether plaintiffs' statistical analyses showed a common mode of exercising discretion in loan pricing across brokers and a common disparate impact on minority borrowers.

## Title Insurance

- **In The Matter of First American Title Insurance Company Market Conduct Examination**
  *Before the Indiana Commissioner of Insurance*
  Review and evaluate the methods of statistical sampling, extrapolation and calculation of alleged overcharges and premium tax underpayments used in the Department of Insurance's Market Conduct Examination (expert report, deposition and testimony at hearing).

- **Cynthia A. Patterson, et al. v. Fidelity National Title Insurance Company, et al.**
  *Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, Civil Division*
  Assess the accuracy of certian data stored in Fidelity's database systems related to real estate transactions (expert report and deposition).

- **Sjobring v. First American Title Co.**
  *Superior Court of the State of California, County of Los Angeles*
  Assess the feasibility of using defendant's electronic data to prove, on a class-wide basis, whether charges exceeded rates filed with the California Department of Insurance (declaration and deposition).

- **Bruce Levine, et al. v. First American Title Insurance Co.,**
  *United States District Court, Eastern District of Pennsylvania*
  Review and evaluate plaintiffs' proposed method of identifying class members and calculating damages on a class-wide basis (expert report).

- **Miriam Haskins, et al. v. First American Title Insurance Company**
  *United States District Court, District of New Jersey*
  Evaluate the feasibility of identifying members of a proposed class using electronic data and calculating damages on a class-wide basis (expert report, deposition and testimony at hearing).

- **Patrick Kirk, et al. v. First American Title Insurance Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the level of filed rates and estimate the fair market value of various real estate settlement services (declaration, deposition and testimony at trial).

- **Anthony L. Slapikas, et al. v. First American Title Insurance Company**
  *United States District Court, Western District of Pennsylvania*
  Evaluate the feasibility of identifying on a class-wide basis individuals that were entitled to, but did not receive, either the Reissue Rate or the Refinance Rate based on electronic data maintained in defendant's data processing systems (declaration).

- **Campbell v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Maine*
  Evaluate class certification issues and review the statistical sampling method used by plaintiffs' expert to estimate the frequency of overcharges for title insurance policies issued in refinance transactions (expert report).

- **Daniel Perez, et al. v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Arizona*
  Draw and evaluate a sample of title insurance policy files to determine the frequency of mispricing and assess whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Raffone, et al. v. First American Title Insurance Company, Inc.**
  *Circuit Court, Nassau County, Florida*
  Assess the feasibility of using the company's electronic data to determine whether consumers were entitled to, but did not receive, discounted prices on a class-wide basis (expert reports).

**<u>Automotive</u>**

- **Tom Kondash, et al. v. Kia Motors America and Kia Motors Corp.**
  *United States District Court, Southern District of Ohio*
  Evaluate the plaintiffs' proposed method of calculating class-wide damages resulting from alleged defects in panoramic sunroofs (expert report and deposition).

- **Billy Glenn, et al. v. Hyundai Motor America, et al.**
  *United States District Court, Central District of California*
  Evaluate the plaintiffs' proposed method of calculating class-wide damages and conduct a statistical analysis of the fracture rates of conventinal and panoramic sunroofs (expert report and deposition).

- **Paul Butler, et al. v. Porsche Cars North America, Inc.**
  *United States District Court, Northern Cistrict of California*
  Assess whether a common methodology exists to measure the alleged diminution in the value of class vehicles had an allegedly defect been disclosed at the time of purchase (expert report).

- **Alfred Salas and Gloria Ortega v. Toyota Motor Sales, U.S.A. Inc.**
  *United States District Court, Central District of California*
  Evaluate plaintiffs' proposed Benefit of the Bargain Damages Methodology and determine if it provides a reliable method of calculating class-wide damages without individualized inquiry (expert report and deposition).

- **Galo Coba, et al. v. Ford Motor Company**
  *United States District Court, District of New Jersey*
  Assess whether used vehicle prices support the claim of diminution in the value of class vehicles as a result of allegedly defective fuel tanks (expert report and deposition).

- **Margie Daniel, et al. v. Ford Motor Company**
  *United States District Court, Eastern District of California*
  Evaluate repair costs for fleet vehicles for evidence of excess tire wear and review prices of used car transactions for evidence of excess depreciation in the Ford Focus (expert report, deposition and testimony at trial).

- **Peter Diamond, et al v. Porsche Cars North America, Inc.**
  *Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida*
  Evaluate whether quantitative and statistical methods could be used to establish liability and loss causation in this case involving allegedly defective headlights in Porsche vehicles (deposition and testimony at hearing).

- **In re General Motors OnStar Litigation**
  *United States District Court, Eastern District of Michigan*
  Assess whether common proof exists of injury to all members of the putative class and whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Johnette C. Alexander, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of California, County of Orange*
  Assess damages suffered by class members caused by alleged defective rear seat belt systems in the Kia Sephia (deposition and testimony at trial).

- **Regina Little, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of New Jersey – Law Division Union County (expert report and testimony at trial);*
- **Maria Santiago, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of California, County of Orange (deposition); and*
- **Shamell Samuel-Bassett, et al. v. Kia Motors America, Inc., et al.**
  *Court of Common Pleas of Philadelphia County, Pennsylvania (expert report and testimony at trial)*
  Estimate excess depreciation of vehicle and other damages suffered by class members as the result of an allegedly defective braking system in the Kia Sephia in this series of cases in state courts.

## SELECTED PAPERS AND PRESENTATIONS

"Using Cash Flows Versus Accrual Net Income," (co-author), *Calculation of Lost Profits Damages – Theory and Practice*, 1st ed., Everett and Kinrich, eds., Valuation Products and Services LLC, 2017.

"Competition in Title Insurance Markets Since the Great Recession," presented at the National Conference of Insurance Legislators, Summer Meeting, July 11, 2013, Philadelphia, PA.

"Class Certification and Damages Theories: Consumers' Valuation of Un-priced Product Attributes," presented at a Webinar continuing legal education forum sponsored by Ballard Spahr, May 16, 2012.

"Statistical Analyses in Proactive Audits and Employment Litigation," presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc. May 20, 2009.

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc., July 29, 2008

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a continuing education forum for attorneys sponsored by Analysis Group, Inc., June 24, 2008, San Francisco, CA.

"Subprime Litigation: A Survival Guide," presented at Institutional Investor Legal Forum Summer Roundtable, June 18, 2008, Santa Monica, CA.

"Subprime Lending Litigation," Program Co-chair at a continuing education forum for attorneys sponsored by CLE International, May 8 and 9, 2008, Los Angeles, CA.

"Reductions in Force: Strategies to Minimize Litigation Risk in Downsizing," presented at a continuing education forum for attorneys sponsored by K&L Gates, January 17, 2008, New York, NY.

"Investigation of Racial Profiling by the LAPD – Pedestrian and Motor Vehicle Post-Stop Data Analysis Report," City of Los Angeles, July 2006.

"An Assessment of Competition in California Title Insurance and Escrow Markets," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Evaluation of Proposed Regulations for the California Title Insurance and Escrow Industry," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Competition and Title Insurance Rates in California," with Bruce Stangle, report prepared for First American Title Insurance Company, January 23, 2006.

"Competition and Title Insurance Prices in California," report and presentation to the National Association of Insurance Commissioners (NAIC), Title Insurance Working Group, June 2006, Washington DC.

"Switching Cost, Price Sensitivity and Health Plan Choice," *Journal of Health Economics* 21, January 2002, p. 89-116.

"Risk Selection Caused by the Correlation of Health Status and Sensitivity to Price," Research in Health Care Financial Management Symposium, August 2001, Best Research Paper Award.

 "Health Status and Consumers' Willingness to Switch Health Plans," American Public Health Association, Annual Meeting, October 1999, Chicago, IL.

"Risk Selection in a Setting of Managed Competition," Western Economics Association, Annual Conference, July 1999, San Diego, CA.

"Form of Ownership and the Exit Decision, Hospital Closures in California," UC Irvine, Department of Economics, Working Paper, February 1998.

"Policy Options for Reducing Growth in Medicaid Spending for Long-term Care Services," Pfizer, Inc., Health Care Legislation Conference, May 1997, Irvine, CA.

"Regulation of Provider Networks that Bear Insurance Risk," Health Care in Louisiana: Issues and Answers, January 1997.

Exhibit B-2

**Documents Considered**

**Legal**

*Denis Marc Audet, et al., v Stuart A. Fraser, et al*, First Amended Complaint, November 4, 2016.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al.,* Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, September 13, 2018.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al*, Plaintiffs' Certifications, dated June 15, 2016.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al*, Marc Audet's Responses and Objections to Defendant's First Interrogatories to Plaintiffs, dated June 27, 2018.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al*, Michael Pfeiffer's Responses and Objections to Defendant's First Interrogatories to Plaintiffs, dated June 27, 2018.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al*, Allen Shinners' Responses and Objections to Defendant's First Interrogatories to Plaintiffs, dated June 27, 2018.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al*, Plaintiffs' Motion for Class Certification, dated September 12, 2018.

**Depositions**

Deposition of Madeline Eden, dated June 26, 2018.

Deposition of Joe Mordica, dated June 28, 2018.

Deposition of Eric Capuano, dated July 9, 2018

Deposition of David McLain, dated July 11, 2018.

Deposition of Thomas Fraser, July 17, 2018.

Deposition of Michael Pfeiffer, dated July 19, 2018.

Deposition of Dean Allen Shinners, dated July 25, 2018.

Deposition of Daniel Pease, dated July 31, 2018.

Deposition of Jonah Dorman, dated August 1, 2018.

Deposition of Denis Marc Audet, dated August 10, 2018.

Deposition of Amber Capuano, dated August 3, 2018.

Deposition of Stuart Fraser, dated August 7, 2018.

Deposition of Robert Mills, dated October 30, 2018.

Deposition of Arvind Narayanan, dated November 5, 2018.

Deposition of Lou Kerner, dated November 8, 2018.

**Documents Considered**

**Declarations and Expert Reports**

Declaration of Arvind Narayanan in Support of Motion for Class Certification, dated September 12, 2018.

Declaration of Colin M. Watterson in Support of Plaintiffs' Motion for Class Certification, dated September 12, 2018.

Declaration of Lou Kerner in Support of Motion for Class Certification, dated September 12, 2018.

Declaration of Robert Mills re: Class Certification, dated September 11, 2018.

Expert Report of Arvind Narayanan and Supporting Materials, dated September 11, 2018.

Expert Report of Lou Kerner and Supporting Materials, dated September 12, 2018.

Expert Report of Robert Mills and Supporting Materials, dated September 11, 2018.

**Deposition Exhibits**

Eden Exhibits 1-18

Mordica Exhibits 19-26

Capuano Exhibits 27-39

McLain Exhibits 40-67

Fraser Exhibits 68-83

Pfeiffer Exhibits 84-105

Shinners Exhibits 106-129

Pease Exhibits 130-131

Dorman Exhibits 132-141

Capuano Exhibits 142-153

Fraser Exhibits 154-204

Audet Exhibits 205-211

Documents Considered

**Bates Stamped Documents**

| | |
|---|---|
| Fraser004480 | GAW00081748-GAW00081749 |
| Fraser004684 | GAW00091477-GAW00091481 |
| GAW00001245 | GAW00091987-GAW00091989 |
| GAW00008707-GAW00008712 | GAW00092021 |
| GAW00017961 | GAW00092570-GAW00092572 |
| GAW00018177 | GAW00092631-GAW00092633 |
| GAW00031250 | GAW00093032-GAW00093038 |
| GAW00036861-GAW00036863 | GAW00094440-GAW00094444 |
| GAW00040685-GAW00040687 | GAW00118113 |
| GAW00047631 | GAW00118805 |
| GAW00049895 | GAW00130178 |
| GAW00050049-GAW00050056 | GAW00144976 |
| GAW00052360-GAW00052362 | GAW00149784-GAW00149785 |
| GAW00059879-GAW00059880 | GAW00152310-GAW00152320 |
| GAW00061458-GAW00061465 | GAW00153926-GAW00153928 |
| GAW00061909-GAW00061914 | GAW00158789 |
| GAW00062266-GAW00062269 | GAW00160242-GAW00160243 |
| GAW00062270-GAW00062273 | GAW00169475 |
| GAW00064051 | GAW00172909 |
| GAW00064282 | GAW00193697-GAW00193704 |
| GAW00071317 | GAW00194075-GAW00194077 |
| GAW00072393 | GAW00194736-GAW00194741 |
| GAW00073696 | GAW00194783-GAW00194791 |
| GAW00073942-GAW00073945 | GAW00194807-GAW00194815 |
| GAW00074581-GAW00074582 | GAW00202266 |
| GAW00074615 | GAW00202277 |
| GAW00075475-GAW00075477 | GAW00206683 |

**Documents Considered**

| | |
|---|---|
| GAW00207886 | GAW00363562 |
| GAW00208588 | GAW00363563 |
| GAW00208777 | GAW00363567 |
| GAW00210955 | GAW00363570 |
| GAW00211050 | GAW00364044 |
| GAW00215132 | GAW00364622 |
| GAW00215442 | GAW00365872 |
| GAW00256149 | GAW00369189 |
| GAW00261031 | GAW00369515 |
| GAW00330937 | GAW00369534 |
| GAW00343406 | GAW00369544 |
| GAW00344165 | GAW00369610 |
| GAW00361293 | GAW00371206 |
| GAW00361522 | GAW00380923 |
| GAW00361613 | GAW00386542 |
| GAW00361816 | GAW00387537 |
| GAW00361858 | GAW00387543 |
| GAW00361865 | GAW00389103 |
| GAW00362208 | GAW00396699 |
| GAW00362209 | GAW00397205 |
| GAW00362211 | GAW00404937 |
| GAW00362218 | GAW00408080 |
| GAW00362521 | GAW00408081 |
| GAW00363517 | GAW00409105 |
| GAW00363521 | GAW00416360 |
| GAW00363528 | GAW00416519 |
| GAW00363531 | GAW00417311 |
| GAW00363561 | GAW00418172 |

**Documents Considered**

| | |
|---|---|
| GAW00419391 | GAW00579907 |
| GAW00419463 | GAW00584790 |
| GAW00419554 | GAW00586532 |
| GAW00419620 | GAW00591410 |
| GAW00421355 | GAW00596630 |
| GAW00444009 | GAW00599928 |
| GAW00444027 | GAW00604187 |
| GAW00455389 | GAW00612134 |
| GAW00458303 | GAW00620717 |
| GAW00466960 | GAW00621906 |
| GAW00484754 | GAW00623005 |
| GAW00489383 | GAW00623163 |
| GAW00510788 | GAW00623164 |
| GAW00525160 | GAW00623166 |
| GAW00526125 | GAW00623168 |
| GAW00526370 | GAW00623170 |
| GAW00529019 | GAW00623172 |
| GAW00529306 | GAW00623173 |
| GAW00530754 | GAW00623174 |
| GAW00539678 | GAW00623175 |
| GAW00551183 | GAW00623176 |
| GAW00554321 | GAW00623178 |
| GAW00559223 | GAW00623179 |
| GAW00563061 | GAW00623180 |
| GAW00564670 | GAW00623181 |
| GAW00565450 | GAW00623183 |
| GAW00566174 | GAW00623184 |
| GAW00573962 | GAW00623185 |

**Documents Considered**

| | |
|---|---|
| GAW00623186 | GAW00623227 |
| GAW00623187 | GAW00623228 |
| GAW00623188 | GAW00623230 |
| GAW00623189 | GAW00623231 |
| GAW00623191 | GAW00624397 |
| GAW00623192 | GAW00626444 |
| GAW00623193 | GAW00626864 |
| GAW00623195 | GAW00628734 |
| GAW00623196 | GAW00629733 |
| GAW00623199 | GAW00630267 |
| GAW00623200 | GAW00630268 |
| GAW00623201 | GAW00631366 |
| GAW00623202 | GAW00640486 |
| GAW00623203 | GAW00642382 |
| GAW00623204 | GAW00642383 |
| GAW00623205 | GAW00642385 |
| GAW00623207 | GAW00642386 |
| GAW00623210 | GAW00642388 |
| GAW00623211 | GAW00642389 |
| GAW00623212 | GAW00642390 |
| GAW00623213 | GAW00642391 |
| GAW00623214 | GAW00642392 |
| GAW00623220 | GAW00642393 |
| GAW00623221 | GAW00642395 |
| GAW00623222 | GAW00642396 |
| GAW00623224 | GAW00642397 |
| GAW00623225 | GAW00642399 |
| GAW00623226 | GAW00642400 |

## Documents Considered

| | |
|---|---|
| GAW00642401 | GAW00661391 |
| GAW00642402 | GAW00661394 |
| GAW00642403 | GAW00661403 |
| GAW00642405 | GAW00663554 |
| GAW00642406 | GAW00666689 |
| GAW00642407 | GAW00667335 |
| GAW00642409 | GAW00671732 |
| GAW00642410 | GAW00671734 |
| GAW00642411 | GAW00674016 |
| GAW00642412 | GAW00674782 |
| GAW00642413 | GAW00675796 |
| GAW00642415 | GAW00676496 |
| GAW00642416 | GAW00683036 |
| GAW00642417 | GAW00684852 |
| GAW00642418 | GAW00687940 |
| GAW00642419 | GAW00688258 |
| GAW00642420 | GAW00688259 |
| GAW00642421 | GAW00688260 |
| GAW00642650 | GAW00688261 |
| GAW00643331 | GAW00688262 |
| GAW00648560 | GAW00688264 |
| GAW00653667 | GAW00688265 |
| GAW00653687 | GAW00688266 |
| GAW00653804 | GAW00688267 |
| GAW00653949 | GAW00688268 |
| GAW00655125 | GAW00688269 |
| GAW00657667 | GAW00688270 |
| GAW00659971 | GAW00688272 |

**Documents Considered**

| | |
|---|---|
| GAW00688304 | GAW00690241 |
| GAW00688635 | GAW00690290 |
| GAW00688793 | GAW00690306 |
| GAW00689248-GAW00689249 | GAW00690317 |
| GAW00689487 | GAW00690324 |
| GAW00689503 | GAW00690324-GAW00690326 |
| GAW00689517-GAW00689519 | GAW00690352 |
| GAW00689540 | GAW00690360 |
| GAW00689573 | GAW00690363 |
| GAW00689609 | GAW00690382 |
| GAW00689691 | GAW00690411 |
| GAW00689695 | GAW00690416 |
| GAW00689735 | GAW00690431 |
| GAW00689744 | GAW00690457 |
| GAW00689752-GAW00689753 | GAW00690528 |
| GAW00689899 | GAW00690531 |
| GAW00689954 | GAW00690544 |
| GAW00689966 | GAW00690564 |
| GAW00689997 | GAW00690573-GAW00690575 |
| GAW00690041 | GAW00690588 |
| GAW00690053 | GAW00690595-GAW00690596 |
| GAW00690056 | GAW00690700-GAW00690703 |
| GAW00690094 | GAW00690722-GAW00690726 |
| GAW00690161 | GAW00690739 |
| GAW00690167 | GAW00690777 |
| GAW00690175 | GAW00690778 |
| GAW00690181 | GAW00690803 |
| GAW00690224 | GAW00690806 |

**Documents Considered**

| | |
|---|---|
| GAW00690834 | GAW00823897-GAW00823902 |
| GAW00690844 | GAW00834220 |
| GAW00690851 | GAW00845570-GAW00845574 |
| GAW00690854 | GAW00847467-GAW00847475 |
| GAW00690860 | GAW00873679-GAW00873680 |
| GAW00690910 | GAW00901195 |
| GAW00690953 | GAW00901331 |
| GAW00691045-GAW00691048 | GAW00901489-GAW00901495 |
| GAW00691128 | GAW00901969 |
| GAW00691159-GAW00691160 | GAW00965739-GAW00965745 |
| GAW00691221 | GAW00991656-GAW00991657 |
| GAW00691340 | GAW00991691-GAW00991694 |
| GAW00691362 | GAW00993997-GAW00994002 |
| GAW00691387-GAW00691398 | GAW01020620 |
| GAW00691850-GAW00691855 | GAW01021539 |
| GAW00691950-GAW00691955 | GAW01022075 |
| GAW00771454 | GAW01022076 |
| GAW00800487-GAW00800491 | GAW01022853-GAW01022857 |
| GAW00811272-GAW00811277 | GAW01025037 |
| GAW00811959-GAW00811962 | GAW01037902 |
| GAW00811998-GAW00812004 | GAW01038633 |
| GAW00816147-GAW00816153 | GAW01046561 |
| GAW00819759-GAW00819763 | GAW01052394 |
| GAW00820842-GAW00820843 | GAW01053559 |
| GAW00822690-GAW00822697 | GAW01054332 |

## Documents Considered

**Native Files from Plaintiffs' Production**

000002 Exhibit 2 - Original103568.xlsx

000026 Exhibit 26 - Original105047.xlsx

000028 Exhibit 28 - Original099729.xls

000029 Exhibit 29 - Original105044.xls

**Publicly Available Documents**

"Crypto-Currency Market Capitalizations," PayCoin Markets, *CoinMarketCap*, captured on December 25, 2014, accessed on November 9, 2018, available at <https://web.archive.org/web/20141225110351/http://coinmarketcap.com:80/currencies/PayCoin 2#markets>.

"GAW Legal, Credit and Consumer Protection Rights Thread," *GetHashing*, accessed on November 16, 2018, available at <https://forum.gethashing.com/t/gaw-legal-credit-and-consumer-protection-rights-thread/2878>.

"GAW Miners Announces Plans for Initial Coin Offering," GAW Miners, Nov. 24, 2014, accessed on November 6, 2018, available at < http://www.marketwired.com/press-release/gaw-miners-announces-plans-for-initial-coin-offering-1970991.htm>.

"HashCoin and HashBase Will Bring Bitcoin Mainstream: Interview with GAWMiners' Josh Garza," CCN, November 4, 2014, available at <https://www.ccn.com/hashcoin-hashbase-will-bring-bitcoin-mainstream-interview-with-gawminers-josh-garza/>.

"How to Chargeback Gawminers Hashlets," *Bitcoin News Magazine*, accessed on November 16, 2018, available at <https://bitcoinnewsmagazine.com/how-to-chargeback-gawminers-hashlets/>.

"PayCoin Launch Shatters Records; Investors Swarm to New Global Currency," GAW Miners, Dec. 17, 2014, accessed on November 6, 2018, available at < http://www.marketwired.com/press-release/PayCoin-launch-shatters-records-investors-swarm-to-new-global-currency-1977769.htm>.

Terms and Conditions of the Initial HashCoin Initial Coin Offering, dated November 5, 2014, available at <https://forum.gethashing.com/uploads/default/3967/5a81fe5d2e68a856.pdf>.

## Documents Considered

**Data**

GAW00198630

GAW00198631

CoinMarketCap.com, "Historical Data for Bitcoin" available at
<https://coinmarketcap.com/currencies/bitcoin/historical-data/>.

CoinMarketCap.com, "Historical Data for Paycoin" available at
<https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

Exhibit B-3

**Panel A**
**ZenCloud Tables**

|  | Table Name | Number of Observations | First Date[a] | Last Date[a] |
|---|---|---|---|---|
| (1) | transactions | 35,327,181 | 7/15/2014 | 4/3/2015 |
| (2) | activities | 33,967,294 | 7/15/2014 | 4/3/2015 |
| (3) | device_pool_payouts | 21,553,918 | 8/3/2014 | 1/30/2015 |
| (4) | paycoins | 8,079,827 | 12/14/2014 | 4/3/2015 |
| (5) | device_staker_payouts | 7,873,203 | 12/23/2014 | 4/3/2015 |
| (6) | device_pools | 3,037,171 | 7/15/2014 | 4/3/2015 |
| (7) | hashpoints | 2,829,765 | 8/9/2014 | 12/27/2014 |
| (8) | devices | 1,465,302 | 7/15/2014 | 4/2/2015 |
| (9) | device_histories | 452,027 | 10/4/2014 | 4/2/2015 |
| (10) | users | 277,323 | 7/15/2014 | 3/27/2015 |
| (11) | sale_items | 210,862 | 9/13/2014 | 4/3/2015 |
| (12) | order_devices | 160,889 | 8/5/2014 | 3/26/2015 |
| (13) | device_paycoins | 131,320 | 12/21/2014 | 4/3/2015 |
| (14) | invites | 121,980 | 8/9/2014 | 11/23/2014 |
| (15) | order_items | 106,236 | 8/5/2014 | 3/26/2015 |
| (16) | orders | 100,236 | 8/5/2014 | 3/26/2015 |
| (17) | wallet_reservations | 57,794 | 12/9/2014 | 12/21/2014 |
| (18) | sale_fees | 45,247 | 12/9/2014 | 3/19/2015 |
| (19) | stake_sale_items | 23,326 | 2/16/2015 | 4/3/2015 |
| (20) | machines | 8,851 | 7/15/2014 | 10/13/2014 |
| (21) | stake_purchases | 7,626 | 2/17/2015 | 3/25/2015 |
| (22) | auditlogs | 7,224 | 10/13/2014 | 4/3/2015 |
| (23) | held_withdrawals | 3,972 | 10/17/2014 | 4/3/2015 |
| (24) | report_data | 2,928 | 12/9/2014 | 4/3/2015 |
| (25) | pool_rates | 1,459 | 7/15/2014 | 1/30/2015 |
| (26) | passtokens | 1,138 | 12/9/2014 | 4/3/2015 |
| (27) | hashlet_products | 91 | 9/27/2014 | 11/28/2014 |
| (28) | settings | 27 | 8/16/2014 | 12/27/2014 |
| (29) | oauth_codes | 17 | 1/16/2015 | 1/16/2015 |
| (30) | hashlet_types | 15 | 9/27/2014 | 12/3/2014 |
| (31) | migrations | 10 | 12/14/2014 | 2/16/2015 |
| (32) | oauth_access_tokens | 10 | 1/16/2015 | 1/16/2015 |
| (33) | pools | 10 | 7/15/2014 | 10/26/2014 |
| (34) | stake_rates | 9 | 12/23/2014 | 1/8/2015 |
| (35) | stores | 4 | 12/9/2014 | 12/9/2014 |
| (36) | oauth_clients | 3 | 1/16/2015 | 1/16/2015 |
| (37) | device_payouts | 0 | - | - |
|  | **Total** | **115,854,295** | **7/15/2014** | **4/3/2015** |

**Note:**

[a] "First Date" and "Last Date" correspond to the earliest and latest recorded dates within the fields "createdAt" or "created_at" for each table.

**Source:**

[1] ZenCloud database.

**Panel B**
**Paybase Tables**

|     | Table Name | Number of Observations | First Date[a] | Last Date[a] |
|-----|------------|------------------------|---------------|--------------|
| (1) | paycoins | 182,925 | 12/30/2014 | 3/27/2015 |
| (2) | orderqueues | 162,873 | 1/16/2015 | 3/27/2015 |
| (3) | bitcoins | 161,757 | 12/30/2014 | 3/27/2015 |
| (4) | orders | 112,976 | 1/16/2015 | 3/27/2015 |
| (5) | balancequeues | 103,443 | 1/16/2015 | 3/27/2015 |
| (6) | orderlogs | 51,654 | 1/16/2015 | 3/27/2015 |
| (7) | botstats | 11,416 | 1/2/2015 | 1/12/2015 |
| (8) | users | 8,679 | 12/30/2014 | 3/27/2015 |
| (9) | coinbuys | 4,717 | 12/30/2014 | 1/12/2015 |
| (10) | user_verification | 2,170 | 2/5/2015 | 3/27/2015 |
| (11) | market_charts | 1,315 | 2/5/2015 | 3/27/2015 |
| (12) | oauth_access_tokens | 432 | 1/18/2015 | 3/26/2015 |
| (13) | held_withdrawals | 407 | 2/5/2015 | 3/25/2015 |
| (14) | paycoin_gifts | 147 | 12/30/2014 | 3/12/2015 |
| (15) | migrations | 78 | 12/30/2014 | 2/5/2015 |
| (16) | settings | 45 | - | - |
| (17) | shop_orders | 28 | 1/18/2015 | 1/18/2015 |
| (18) | buystate | 2 | 12/30/2014 | 12/30/2014 |
| (19) | markets | 1 | 1/16/2015 | 1/16/2015 |
| (20) | activities | 0 | - | - |
| (21) | oauth_clients | 0 | - | - |
| (22) | oauth_codes | 0 | - | - |
| (23) | user_setting_limits | 0 | - | - |
| (24) | vault_paycoins | 0 | - | - |
|     | **Total** | **805,065** | **12/30/2014** | **3/27/2015** |

**Note:**

[a]   "First Date" and "Last Date" correspond to the earliest and latest recorded dates within the fields "createdAt" or "created_at" for each table.

**Source:**

[1]   Paybase database.

Exhibit B-4

**Panel A**
**ZenCloud Users Table**
**Snapshot of Available Data for UserIDs 1-5**

| | Field | UserID 1 | UserID 2 | UserID 3 | UserID 4 | UserID 5 |
|---|---|---|---|---|---|---|
| (1) | id | 1 | 2 | 3 | 4 | 5 |
| (2) | _id | 53c481c78a6d544c249fc631 | 545574bbbac7bf796a655aff | 545d57869d86ce351106739f | 5484025fdd6d68f119c4340e | 53c4ba9cc186971053480e50 |
| (3) | username | evanherefordlucas | arrakasta | anjatan | polo51 | fernando_unesp |
| (4) | name | Evan Lucas | - | - | - | Fernando Silva |
| (5) | displayName | evanlucas | arrakasta | anjatan | polo51 | Fernando |
| (6) | email | evan@btc.com | r1jwan-2@yahoo.com | rec.eh14@gmail.com | polo51@yahoo.com | fernando_unesp@hotmail.com |
| (7) | phone | 6155944671 | - | - | 81331254989+51 | 5511998634161 |
| (8) | address | 2306 Pickwick Pl | - | - | - | Rua Jaguare Sao Paulo |
| (9) | locked | 0 | 0 | 0 | 0 | 0 |
| (10) | city | - | - | - | - | - |
| (11) | state | Alabama | - | - | - | - |
| (12) | country | United States | - | - | - | Brazil |
| (13) | roles | 32 | 2 | 2 | 2 | 2 |
| (14) | signupToken | - | - | - | 61de20897640537a8353920df7836abbf918c262 | 50f662a91174115947aae4e08809a564669e1fc7 |
| (15) | confirmed | 1 | 1 | 1 | 1 | 1 |
| (16) | canWithdraw | 0 | 1 | 1 | 1 | 1 |
| (17) | hashedPassword | 12f258a815178627bdec54e60a7ae81bf6c0fc8e | feaacbc9007aba80216c68e616cbe2905d2a68f5 | 900a3177fed16e728578a18a549cc1c041b479f7 | aaf1409763ccb66b62416f65095dcf97eef2366b | 4ab75671076811d15d2eaf9dedaf24d8c0805aa2 |
| (18) | salt | 631263065320 | 708892936108 | 848751176140 | 723796071978 | 582449674281 |
| (19) | gravatarHash | ecb1464c848949d9f7baefdbff92435b | 90b15284e0bbdbe8f68f9ddd7f5b399e | 7afc5ee6fc6cf17e5ee118d85c9f7ba0 | 8e838dc493d4ed409903028199fcc842 | 3942b5b44e1107612721850437 2eec40 |
| (20) | deletedAt | - | 12/09/14 00:59:44 | 12/09/14 00:59:44 | - | - |
| (21) | authyEnabled | 1 | 0 | 0 | 1 | 1 |
| (22) | authyVerified | 1 | 0 | 0 | 1 | 1 |
| (23) | authyUserId | 2287667 | - | - | 4414678 | 2342454 |
| (24) | timezone | US/Central | - | - | - | Brazil/East |
| (25) | autoPurchaseId | - | - | - | - | - |
| (26) | lastPayoutDate | - | - | - | - | - |
| (27) | lastPayout | - | - | - | 0.00008381 | 14.68692 |
| (28) | sharingAllowed | 1 | 1 | 1 | 1 | 1 |
| (29) | lastShareDate | - | 11/08/14 03:53:13 | 10/15/14 00:00:00 | 10/15/14 00:00:00 | 12/25/14 23:48:14 |
| (30) | btcAddress | 1LyaEjngQLAYzewRmeuxZdSXzHM4wD4Jbw | 1EN2GDW5WZAq9XDjiKyQKgL35NfemtZ7Tc | 17pcComvHQ5xHDjm4Ab5aGAUi4Gsp67vm1 | 1AaRCLXwnP37uMrT89TBxsxbQAeKva4hBc | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 |
| (31) | xpyAddress | - | - | - | - | PPMt53gBhga8K5MaZKLajwgPFM3UqtkV2Q |
| (32) | btcWithdrawalAddress | - | - | - | - | - |
| (33) | xpyWithdrawalAddress | - | - | - | - | - |
| (34) | referralPaid | 1 | 1 | 0 | 1 | 1 |
| (35) | referralCode | 77d1293966c0a492dca7dcfb329104492f94ed26 | - | - | 98ffc9a518ea8bd2b259641a01190f37531791c0 | 3b98d84946aa4a17659fed8aec89cb5b0cc41c28 |
| (36) | referredById | - | - | - | - | - |
| (37) | toured | 1 | 1 | 1 | 1 | 1 |
| (38) | awardedBonus | 0 | 1 | 0 | 0 | 0 |
| (39) | signupIP | - | 120.172.1.244 | 15.97.248.120 | 39.214.213.160 | - |
| (40) | createdAt | 07/15/14 01:20:07 | 11/02/14 00:03:07 | 11/07/14 23:36:38 | 12/07/14 07:31:44 | 07/15/14 05:22:36 |
| (41) | updatedAt | 03/07/15 19:21:36 | 11/09/14 22:26:03 | 11/10/14 00:25:58 | 01/08/15 23:17:24 | 04/01/15 17:57:03 |
| (42) | withdrawing | 0 | 0 | 0 | 0 | 0 |
| (43) | balance | 0.00181648 | - | 0 | 0 | 0.00114947 |
| (44) | balanceXPY | 0.16 | - | - | 0 | 6255.499659 |
| (45) | balanceHP | 0 | - | - | 0 | 0 |

**Source:** ZenCloud database "Users" table.

**Panel B**
**Paybase Users Table**
**Snapshot of Available Data for UserIDs 1-5**

| | Field | UserID 1 | UserID 2 | UserID 3 | UserID 4 | UserID 5 |
|---|---|---|---|---|---|---|
| (1) | id | 1 | 2 | 3 | 4 | 5 |
| (2) | email | dejan.ranisavljevic@gmail.com | evan@btc.com | mk@btc.com | mingproductions459@gmail.com | nathan@btc.com |
| (3) | displayName | - | - | - | - | - |
| (4) | name | Dejan | Evan Lucas | Matthew K Eden | - | Evil Monkey |
| (5) | firstName | - | - | - | - | - |
| (6) | lastName | - | - | - | - | - |
| (7) | dob | - | - | - | - | - |
| (8) | phone | +16014663819 | 6014671214 | 5127186128 | - | 7754641752 |
| (9) | address | Eagles Trail 8 | 2306 Pickwick Pl | 382 Akaloa Dr | - | Chris' Closet |
| (10) | city | Hattiesburg | Hattiesburg | Bastrop | - | Quohog |
| (11) | state | MS | Mississippi | TX | - | Road Island |
| (12) | zip | - | - | - | - | - |
| (13) | country | USA | United States | USA | - | US |
| (14) | timezone | - | - | - | - | - |
| (15) | roles | 2 | 2 | 32768 | 2 | 2 |
| (16) | signupToken | 8109d9947f0134067ec1b0cd8303317ed115075e | 2103a7a9bc37a0ecf507155c3353f7d869ab79e8 | 00dce2271fc5e7b05e889b7c0eb8de28d6664e78 | edcf6258fdfdc976c8553a6352747540ae9244ce | 92215d208f09e94484e9a4a817ab3b29d7253503 |
| (17) | referralCode | 96106b486e5c9bcd23e5395adde39367ccac0d4b | 61cc55e0b1a77b9bd72793275f067e1062df7127 | 27b0655598c5b920bade1adef78783b2cd9842f3 | 03a71e6399578fa5da2c4368ed4ce63302bc2f13 | 295b2a2563a7142aa1f5acb3ca432e48c7d3f032 |
| (18) | locked | 0 | 0 | 0 | 0 | 0 |
| (19) | confirmed | 1 | 1 | 1 | 1 | 1 |
| (20) | hashedPassword | 11ae4a235751a3023bd89b3e8fb94d13ff7ed22f | 718c5aa70b6513391c0ca098f794e76a1c6f47bc | a7efbb8e3ee2b1a19820113bfe46b817da60ef2f | 9c6d2b69c8aaff0e96bc006c0bdccb8c12e0d296 | 4cff92ee77893bdd353bfa3498c8ca333c74824a |
| (21) | salt | 969141173953 | 449117343448 | 296063323256 | 365737916077 | 377790619884 |
| (22) | gravatarHash | 984f0b40fcc84f003e0bae86887a2354 | ecb1464c848949d9f7baefdbff92435b | 0d7b78aad104815cfe8e37a58e6e4c15 | 547260bcfcd7370adea7eb8d753944ae | f720d811de5b061ac0b5a15eb25faf68 |
| (23) | authyEnabled | 1 | 1 | 1 | 1 | 1 |
| (24) | authyVerified | 1 | 1 | 1 | 1 | 1 |
| (25) | authyUserId | 4127593 | 2287667 | 1347656 | 2936198 | 4420822 |
| (26) | signupIP | - | - | - | - | - |
| (27) | btcBalance | 0 | 0 | 0 | 0.0013003 | 0 |
| (28) | xpyBalance | 15.10199727 | 0 | 0 | 5.0187254 | -0.09 |
| (29) | honorBalance | 0 | 0 | 0 | 0 | 0 |
| (30) | btcAddress | 1ERPcTBsnN7ZQtcmeUxCpau3fuV3W93hjF | 1CQB1CQUwthUFw9QKAicRQakL3sbA2Uqnf | 1GTYpB6x1mEMpw8mS7DdwVRJwGr99ZBMgW | 1FNv7JFaXMmAX349Yf8R6NfrQ9tQ8qiprw | 1Agm9JAJs4WvZztGvZTnqkk2LEDxmR1S4g |
| (31) | xpyAddress | PNroGnVvw7JLimYSoVX43hcRokEhkovNkb | PGs5HJv3iSzerDzhFdmSQFhMC7HeYcetob | PX1MzV6stB1gqJDtY9hc7ntFGhWXWcCd8A | PVTZjkDNGmk4nyyr6PizjBbJY1oZobgm67 | PWPaqM4NskVLGgoYy4NFsL4Pu9m8wGrfNd |
| (32) | xpyWithdrawalAddress | - | - | - | - | - |
| (33) | honorTermsAccepted | 0 | 0 | 0 | 0 | 0 |
| (34) | dailySalesTotalUSD | 0 | 0 | 0 | 0 | 0 |
| (35) | dailyGyftSalesTotalUSD | 0 | 5 | 0 | 0 | 0 |
| (36) | isSystemUser | 0 | 0 | 0 | 0 | 0 |
| (37) | createdAt | 12/30/14 08:51:20 | 12/30/14 08:51:22 | 12/30/14 09:12:11 | 12/30/14 20:09:24 | 12/30/14 21:08:15 |
| (38) | updatedAt | 03/07/15 22:07:02 | 03/07/15 18:11:03 | 03/07/15 18:10:48 | 03/26/15 17:12:16 | 03/07/15 18:10:27 |
| (39) | deletedAt | | | | | |

**Source:** Paybase database "Users" table.

Exhibit B-5

**Summary of Missing Information in "Users" Table**

| | ZenCloud "Users" | | Paybase "Users" | |
|---|---|---|---|---|
| | *Observations* | *Percent of Total* | *Observations* | *Percent of Total* |
| **Number of UserIDs** | 277,323 | 100.0% | 8,679 | 100.0% |
| **Unique Email Addresses** | 277,323 | 100.0% | 8,679 | 100.0% |
| **Missing Entire Physical Address**[a] | 191,321 | 69.0% | 6,021 | 69.4% |
| **Missing Part of Physical Address**[b] | 272,397 | 98.2% | 6,166 | 71.0% |
| **Missing Country**[c] | 191,321 | 69.0% | 6,048 | 69.7% |
| **Missing Phone Number**[d] | 216,051 | 77.9% | 6,205 | 71.5% |
| **Missing IP Address**[e] | 16,843 | 6.1% | 8,679 | 100.0% |

**Notes:**

[a] "Missing Entire Physical Address" includes observations where the fields "address," "city," "state," and "country" are all empty.

[b] "Missing Part of Physical Address" includes observations where the field "address" is empty.

[c] "Missing Country" includes observations where the field "country" is empty.

[d] "Missing Phone Number" includes observations for which the field "phone" is empty.

[e] "Missing IP Address" includes observations where the field "signupIP" is empty.

**Sources:**

[1] ZenCloud database "Users" table.

[2] Paybase database "Users" table.

# Exhibit B-6



**ZenCloud and Paybase "User" Tables**
**U.S. and Non-U.S. UserIDs**

**Notes:**
[a] There are 200 unique non-U.S. countries populated within the field "country" in the ZenCloud Users table.
[b] There are 91 unique non-U.S. countries populated within the field "country" in the Paybase Users table. Country names were standardized to account for spelling, capitalization, and language differences, as well as invalid country names (e.g., city name).

**Sources**: ZenCloud database and Paybase database "Users" tables.

Exhibit B-7

**Michael Pfeiffer Self-Identified Purchased Accounts**
**Account Information**

| | Information from Michael Pfeiffer | | | Information from ZenCloud "Users" Table | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Username** | **Seller's Email** | **Email[a]** | **id** | **name** | **address** | **city** | **state** | **phone** |
| (1) | sdrebel | dsevilla00@hotmail.com | michael@mpfeiffer.com | 116 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (2) | warbigold | warbigold@gmail.com | warbigold@mpfeiffer.com | 14212 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (3) | tripppn | tripppn@hotmail.com | tripppn@mpfeiffer.com | 172153 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (4) | sheep | couchlife.co.nz@gmail.com | sheep@mpfeiffer.com | 37137 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (5) | miningthailand | breuster@gmail.com | miningthailand@mpfeiffer.com | 137159 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (6) | fierce | fjschiller@gmail.com | fierce@mpfeiffer.com | 1838 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (7) | banman24 | k.banman24@gmail.com | banman24@mpfeiffer.com | 527 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (8) | i8joemoma | btcdestroyer@gmail.com | destroyer@mpfeiffer.com[b] | 1980 | Michael Pfeiffer | 120 Conway Avenue | Narberth | Pennsylvania | 2159150256 |
| (9) | zerocylinders | zerocylinders@yahoo.com | zerocylinders@yahoo.com[c] | 19923 | | | | | |
| (10) | ss2006 | sserhan2@gmail.com | sserhan2@gmail.com[c] | 86229 | Samer | 53 Water Street North | | | 5197225524 |

**Notes:**

[a]  User information was obtained by matching the "ZenCloud BTC address by account" provided by Michael Pfeiffer with the field "btcAddress" in the ZenCloud "Users" table.

[b]  Michael Pfeiffer inaccurately identified this account as user "id" 102034 ("email": btcdestroyer@gmail.com, "username": destroyer, "displayName": BTCDestroyer).

[c]  Michael Pfeiffer did not purchase the entirety of these accounts, but transferred the purchased items into his miningthailand account. User information was identified using email address.

**Sources:**

[1]  Purchased usernames from Ex. B-22 (Pfeiffer Deposition), Exhibit 102.

[2]  Ex. B-38 (GAW00688262).

[3]  Ex. B-39 (GAW00363561).

[4]  Ex. B-40 (GAW00683036).

[5]  Ex. B-41 (GAW00690573-GAW00690575), at 574.

[6]  ZenCloud database "Transactions" and "Users" tables.

Exhibit B-8

**Example of UserIDs Potentially Belonging to the Same Individual**

| Identifying Information | | | | | |
|---|---|---|---|---|---|
| id | **13592** | **231291** | **443** | **517** | **16552** |
| name | Danel Simpson | Daniel Simpson | Daniel Simpson | Goofy | |
| username | killdemon | buckrogers | easyminer | daffy | thebox |
| displayName | BeefEater | BoloYeung | Len | Goofy | Len2 |
| email | ronaldojbones@gmail.com | lennyfiler@yahoo.com | lennyfiler@gmail.com | groovyds@gmail.com | electricsoul350@yahoo.com |
| address | 2959 Holiday Park Dr | 2959 Holiday Park Dr | | . | |
| city | Merrick | Merrick | | | |
| state | New York | New York | Alabama | Alabama | Alabama |
| country | United States | United States | United States | United States | United States |
| phone | 917-539-8838 | 9175132074 | 917-513-2074 | 9175132074 | 9175132074 |
| *Inflows (BTC)* | | | | | |
| Withdrawals | 130.22 | 180.09 | 49.81 | 33.22 | 3.61 |
| *Outflows (BTC)* | | | | | |
| Fundings | 200.80 | 85.36 | 37.52 | 14.01 | 0.00 |
| **Net Inflow (Inflows − Outflows)** | **-70.58** | **94.73** | **12.29** | **19.21** | **3.61** |
| **Net Inflow Across All Accounts** | | | **59.26 BTC** | | |

**Note:**

[a] Users limited to those with either field "name" as "Daniel Simpson", the concatenation of fields "address," "city," and "state" as "2959 Holiday Park Drive, Merrick, NY", or field "phone" as "917-539-8838" or "917-513-2074".

**Source:**

[1] ZenCloud database "Transactions" and "Users" tables.

# Exhibit B-9

**Michael Pfeiffer Related and Apparently Related Accounts**
**Account Information**

| | id | username | name | email | address | city | state | country | phone | createdAt | Number of Transactions[e] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| *Accounts Identified by Michael Pfeiffer [a]* | | | | | | | | | | | |
| (1) | 116 | sdrebel | Michael Pfeiffer | michael@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 7/16/14 11:03 PM | 1,296 |
| (2) | 14212 | warbigold | Michael Pfeiffer | warbigold@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/18/14 12:45 PM | 997 |
| (3) | 172153 | tripppn | Michael Pfeiffer | tripppn@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/30/14 1:28 AM | 217 |
| (4) | 37137 | sheep | Michael Pfeiffer | sheep@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/30/14 9:38 AM | 4,961 |
| (5) | 137159 | miningthailand | Michael Pfeiffer | miningthailand@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 7/16/14 5:37 PM | 2,715 |
| (6) | 1838 | fierce | Michael Pfeiffer | fierce@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/23/14 8:42 PM | 1,045 |
| (7) | 527 | banman24 | Michael Pfeiffer | banman24@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/1/14 5:54 AM | 299 |
| (8) | 1980 | i8joemoma | Michael Pfeiffer | destroyer@mpfeiffer.com[b] | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/29/14 12:57 PM | 317 |
| (9) | 19923 | zerocylinders | | zerocylinders@yahoo.com[c] | | | | United States | | 7/24/14 8:41 PM | 2,577 |
| (10) | 86229 | ss2006 | Samer | sserhan2@gmail.com[c] | 53 Water Street North | | | Canada | 5197225524 | 8/8/14 5:55 AM | 1,771 |
| (11) | 13039 | etruscan | Michael Pfeiffer | etruscan@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 8/23/14 6:33 AM | 16,674 |
| (12) | 65204 | jedrbell | | jedcito@gmail.com | | | | | | 11/18/14 8:28 PM | 193 |
| *Accounts Not Identified by Michael Pfeiffer [d]* | | | | | | | | | | | |
| (13) | 74179 | gasmoneykid | Michael Pfeiffer | gasmoneykid@bodyclaim.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 11/5/14 11:35 PM | 244 |
| (14) | 74180 | thara | Michael Pfeiffer | thara@alchemy.identicloak.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 215910256 | 11/5/14 1:10 PM | 251 |
| (15) | 75209 | jklafehn | Michael Pfeiffer | jklafehn@mpfeiffer.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 11/18/14 10:58 PM | 151 |
| (16) | 93749 | argybargy | Michael Pfeiffer | argybargy@bodyclaim.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2026424352 | 11/3/14 9:29 PM | 224 |
| (17) | 135621 | jesuisturker | Michael Pfeiffer | jesuisturker@bodyclaim.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 11/23/14 4:08 AM | 176 |
| (18) | 142730 | piratejake | Michael Pfeiffer | piratejake@bodyclaim.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | (215) 240-6005 | 11/12/14 9:59 PM | 216 |
| (19) | 159022 | rtw7 | Michael Pfeiffer | rtw7@bodyclaim.com | 120 Conway Avenue | Narberth | Pennsylvania | United States | 2159150256 | 11/23/14 4:16 AM | 172 |
| (20) | 252516 | muenkewrench | | maxmuenke@mpfeiffer.com | | | | | | 12/11/14 4:09 AM | 102 |

**Notes:**

[a]  User information was obtained by matching the "ZenCloud BTC address by account" provided by Michael Pfeiffer with the field "btcAddress" in the ZenCloud "Users" table.

[b]  Michael Pfeiffer inaccurately identified this account as user "id" 102034 ("email": btcdestroyer@gmail.com, "username": destroyer, "displayName": BTCDestroyer).

[c]  Michael Pfeiffer did not purchase the entirety of these accounts, but transferred the purchased items his miningthailand account. User information was identified using email address.

[d]  Remaining users identified as those with common personal information as Pfeiffer's self-identified accounts, such as address and email domain (@mpfeiffer.com).

[e]  The number of transactions was calculated as any transaction in the "Transactions" table where the field "status" equals "completed".

**Sources:**

[1]  Purchased usernames from Ex. B-22 (Pfeiffer Deposition), Exhibit 102.

[2]  ZenCloud database "Transactions" and "Users" tables.

# Exhibit B-10

**Michael Pfeiffer Self-Identified Purchased Accounts**
**Transactions Before and After Account Acquisition**

| | email[a] | username | id | Acquired Date | Purchase Amount (BTC) | Before the Acquired Date | On and After the Acquired Date | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Self-Reported by Pfeiffer | | Number of Transactions[d] | | |
| (1) | michael@mpfeiffer.com | sdrebel | 116 | 9/13/2014 | 7.0 | 699 | 597 | 1,296 |
| (2) | warbigold@mpfeiffer.com | warbigold | 14212 | 9/27/2014 | 1.7 | 642 | 355 | 997 |
| (3) | tripppn@mpfeiffer.com | tripppn | 172153 | 9/12/2014 | 0.7 | 48 | 169 | 217 |
| (4) | sheep@mpfeiffer.com | sheep | 37137 | 9/26/2014 | 3.4 | 432 | 4,529 | 4,961 |
| (5) | miningthailand@mpfeiffer.com | miningthailand | 137159 | 8/26/2014 | 4.131775 | 301 | 2,414 | 2,715 |
| (6) | fierce@mpfeiffer.com | fierce | 1838 | 9/23/2014 | 3.4565825 | 572 | 473 | 1,045 |
| (7) | banman24@mpfeiffer.com | banman24 | 527 | 9/25/2014 | 0.27 | 207 | 92 | 299 |
| (8) | destroyer@mpfeiffer.com[b] | i8joemoma | 1980 | 10/11/2014 | 0.19711225 | 266 | 51 | 317 |
| (9) | zerocylinders@yahoo.com[c] | zerocylinders | 19923 | 9/4/2014 | 5.0775 | 656 | 1,921 | 2,577 |
| (10) | sserhan2@gmail.com[c] | ss2006 | 86229 | 9/6/2014 | 1.36 | 138 | 1,633 | 1,771 |
| | | | | | **Total** | **3,961** | **12,234** | **16,195** |

**Notes:**

[a] User information was obtained by matching the "ZenCloud BTC address by account" provided by Michael Pfeiffer with the field "btcAddress" in the ZenCloud "Users" table.

[b] Michael Pfeiffer inaccurately identified this account as user "id" 102034 ("email": btcdestroyer@gmail.com, "username": destroyer,

[c] Michael Pfeiffer did not purchase the entirety of these accounts, but transferred the purchased items into his miningthailand account. User information was identified using email address.

[d] The number of transactions was calculated as any transaction in the "Transactions" table where the field "status" equals "completed".

**Sources:**

[1] Purchased usernames from Ex. B-22 (Pfeiffer Deposition), Exhibit 102.

[2] ZenCloud database "Transactions" and "Users" tables.

Exhibit B-11

**Comparison of PayCoin Trading Volume Recorded in Paybase Database and CoinMarketCap.com**
*December 2014 - December 2015*



■ Total Volume Reported in Paybase Database ■ Total Volume Reported on CoinMarketCap.com

**Notes:**
[a] Total Volume Reported on CoinMarketCap.com is calculated by aggregating daily volume in PayCoins. Daily volume in PayCoins is calculated as the daily volume in USD reported by CoinMarketCap.com divided by the midpoint between daily high and low price of PayCoins.
[b] Total Volume Reported in Paybase Database includes transactions recorded in the Paybase "Paycoins" table with status "completed" and types "sale" and "market-sale" (excluding "market-sale" observations that are reversed by type "market-cancel").
[c] Paybase trading dates are taken from the field "createdAt." The last date observed is 3/27/2015.
[d] The PayCoin ICO was 12/12/2014, but volume data is only available on CoinMarketCap.com beginning 12/16/2014.
[e] The end of the Proposed Class Period is 12/1/2015.

**Sources:**
[1] Paybase database, "Paycoins" table.
[2] Ex B-37 (CoinMarketCap.com, "Historical Data for PayCoin" available at <https://coinmarketcap.com/currencies/paycoin2/historical-data/>).

Exhibit B-12



**PayCoin Price and Trading Volume Following PayCoin ICO**
*December 16, 2014 - December 29, 2014*

**Notes:**
[a] Daily volume in PayCoins is calculated as the daily volume in USD reported by CoinMarketCap.com divided by the midpoint between daily high and low price of PayCoins.
[b] The PayCoin ICO was 12/12/2014, but volume data is only available on CoinMarketCap.com beginning 12/16/2014.

**Source:**
[1] Ex B-37 (CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>).

Exhibit B-13

**Examples of Discrepancies between SQL Databases and Plaintiffs' Certifications**

| | Named Plaintiff | Hashlet/HashStaker Name | Date | Number of Purchases in Certification | Total Value on Certification | SQL Reported Value | Description of Discrepancy |
|---|---|---|---|---|---|---|---|
| (1) | Denis Marc Audet | HashStaker 50 | 11/28/2014 | 1 | $913.55 | $899.95 | There is one 11/28/2014 purchase recorded in the ZenCloud database for $899.95 |
| | Denis Marc Audet | HashStaker 50 | 11/28/2014 | 1 | $997.50 | | |
| (2) | Denis Marc Audet | Hashlet Genesis 30 | 10/14/2014 | 1 | $26.85 | $6.85 | An additional discount of $20 is recorded in the ZenCloud database |
| (3) | Dean Allen Shinners | Hashlet 100 | 9/9/2014 | 1 | $521.66 | - | No purchases can be found in ZenCloud that match the date and value reported in the certification |
| (4) | Dean Allen Shinners | Hashlet 1 | 9/15/2014 | 1 | $789.99 | $20.95 | Purchase is recorded for $20.95 in ZenCloud database |
| (5) | Dean Allen Shinners | Zen Hashlet 1 | 9/9/2014 | 1 | $20.95 | $0.95 | An additional discount of $20 is recorded in the ZenCloud database |
| (6) | Dean Allen Shinners | Zen Hashlet 5 | 9/9/2014 | 1 | $104.75 | $4.75 | An additional discount of $100 is recorded in the ZenCloud database |
| (7) | Dean Allen Shinners | Hashlet Prime 50 | 9/9/2014 | 1 | $2,497.50 | $2,477.50 | An additional discount of $20 is recorded in the ZenCloud database |
| (8) | Dean Allen Shinners | Zen Hashlet 1 | 9/13/2014 | 1 | $20.95 | $0.95 | An additional discount of $20 is recorded in the ZenCloud database |
| (9) | Michael Pfeiffer | Hashlet 5 | 8/24/2014 | 2 | $143.98 | - | No purchases can be found in ZenCloud that match the date and value reported in the certification[a] |
| (10) | Michael Pfeiffer | Hashlet Prime 5 X 1 | 10/14/2014 | 4 | $1,399.00 | - | No purchases can be found in ZenCloud that match the date and value reported in the certification |
| (11) | Michael Pfeiffer | HashStaker 1 | 4/19/2015 | 2 | $3.51 | - | No purchases can be found in ZenCloud that match the date and value reported in the certification |
| (12) | Michael Pfeiffer | HashStaker 28 | 4/21/2015 | 1 | $54.59 | - | No purchases can be found in ZenCloud that match the date and value reported in the certification |
| (13) | Michael Pfeiffer | Hashlet Prime 1 | 9/3/2014 | 1 | $39.95 | $2.45 | An additional discount of $225 is recorded in the ZenCloud database on this order[b] |
| | Michael Pfeiffer | Hashlet Prime 5 | 9/3/2014 | 1 | $199.75 | $12.25 | |

**Notes:**

[a] There is a purchase with status "void" associated with an email address potentially belonging to Mr. Pfeiffer. However, this email address is not listed in his ten disclosed accounts.

[b] These two items make up one order. While there is no specified methodology in the ZenCloud database to spread an entire-order discount over each item, the Plaintiff reports the non-discounted values of all two items on the order.

[c] Certifications are compared against ZenCloud transactions belonging to the accounts reported by plaintiffs. These include userIDs 14201 for Mr. Audet, 13250 for Mr. Shinners, and 116, 527, 1838, 1980, 13039, 14212, 37137, 65204, 137159, and 172153 for Mr. Pfeiffer.

**Sources:**

[1] Plaintiffs' Certifications, Sworn Certifications of Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners, dated June 15, 2016.

[2] ZenCloud database "Transactions," "Orders," "Order_Items," and "Users" tables.

[3] Ex. B-42 (GAW00362209).

[4] Mills Report, ¶ 17.

[5] Ex. B-22 (Pfeiffer Deposition), Exhibit 102.

Exhibit B-14



**Bitcoin Daily Closing Price in US Dollars**
*August 1, 2014 - December 31, 2015*

**Note:**
[a] Daily closing price is the price for the last trade of the day in UTC time.

**Source:**
[1] Ex. B-26 (CoinMarketCap.com, "Historical Data for Bitcoin" available at <https://coinmarketcap.com/currencies/bitcoin/historical-data/>).

Exhibit B-15

**Purchases That Did Not Rely on Alleged Misrepresentations**

| | Purchases Prior to November 4, 2014[a] | | Purchases On and After November 4, 2014[a] | |
|---|---|---|---|---|
| | Number of Transactions | Value | Number of Transactions | Value |
| "Orders" table[b] | 77,290 | $19,585,943 | 15,719 | $2,829,175 |
| "Transactions" table[c] | 69,324 | $4,775,322 | 136,218 | $5,944,635 |
| **Total Purchases** | 146,614 | $24,361,264 | 151,937 | $8,773,810 |
| (Percent of Total) | (49%) | (74%) | (51%) | (26%) |
| **Users who only purchased prior to/after announcement[d]** | 5,655 | | 8,230 | |

**Notes:**

[a] On November 4, 2014, Joshua Garza announced during an interview with CCN that GAW Miners would have an initial coin offering for HashCoin, which became PayCoin.

[b] Total orders based on where the field "status" equals "paid" and a non-zero dollar purchase amount is reported in the field "totalPrice".

[c] Total transactions based on where the field "status" equals "completed," field "type" equals "purchase," and a non-zero dollar purchase amount is reported in the field "usdAmount". It is my understanding that the field "saleitemID" indicates a transaction between users. Thus, transactions are limited to where "saleitemID" is populated to avoid potential double-counting with purchases from the "Orders" table.

[d] Purchasers are identified by email address in the "Orders" table. Number of users calculated as the unique email addresses from both tables.

**Sources:**

[1] Ex. B-36 ("HashCoin and HashBase Will Bring Bitcoin Mainstream: Interview with GAWMiners' Josh Garza," *CCN*, November 4, 2014, available at https://www.ccn.com/hashcoin-hashbase-will-bring-bitcoin-mainstream-interview-with-gawminers-josh-garza/).

[2] ZenCloud database "Transactions," "Orders," and "Users" tables.

Exhibit B-16

**Terms and Conditions of the Initial HashCoin Initial Coin Offering**

**IMPORTANT:**
**WARNING: DO NOT PURCHASE HashCoin IF YOU ARE NOT AN EXPERT IN DEALING WITH CRYPTOGRAPHIC TOKENS AND BLOCKCHAIN-BASED SOFTWARE SYSTEMS**

**WARNING: CRYPTOGRAPHIC TOKENS OF VALUE MAY EXPERIENCE EXTREME VOLATILITY IN PRICING**

**WARNING: THE PURCHASE OF HashCoin HAS A NUMBER OF RISKS**

**Table of Contents**
1. Geniuses at Work - The Company
2. What is HashBase, the Platform?
3. Overview of Initial Sale of HashCoin
4. Creation and Sale of HashCoin
5. Growth Rate of HashCoin
6. Timing of Sale
7. Pricing and Initial Discount on Price of HashCoin
8. Disclosure of Purchases
9. Purchase of HashCoin from the HashCoin Store
10. Obligation to Determine If Purchaser Can Purchase HashCoin in Purchaser's Jurisdiction
11. Acceptance of Terms and Conditions of the HashCoin Sale
12. Independent Confirmation of Purchases
13. Purchaser's Loss of the Purchase Password Will Cause the Loss of the Purchased HASHCOIN
14. Receipt of HASHCOIN and the Purchase Email
15. Purchaser's Loss of the Purchase Wallet Will Cause the Loss of the Purchased HASHCOIN
16. HashCoin Will Only Be Available For Sale on the HashCoin Website
17. Limitations on the Purchase of HashCoin
18. Fraudulent Attempts to Double Spend BTC
19. Early Use of the BTC Revenue from the Initial Sale
20. Certain Risks Associated with the Purchase of HashCoin
    i) Risk of Dissolution of the HashCoin Due To a Diminishment in the Value of the BTC Sale Revenue
    ii) Risk of Losing Access to HashCoin Due to Loss of a Wallet File or Password
    iii) Risk of Unauthorized Access to a Downloaded Wallet
    iv) Risk of Regulatory Action in One or More Jurisdictions
    v) Risk of Alternative, Unofficial HashCoin Networks
    vi) Risk of Insufficient Interest in the HashCoin Platform or Distributed Applications
    vii) Risk Associated With the Development of Other Platforms For Decentralized Applications
    viii) Risk that the HashCoin Platform, As Developed, Will Not Meet the Expectations of Purchaser
    ix) Risk that the HashCoin Platform May Never be Completed or Released
    x) Risk of Theft
    xi) Risk of Security Weaknesses in the HashCoin Platform Core Infrastructure Software
    xii) Risk of Weaknesses or Exploitable Breakthroughs in the Field of Cryptography
    xiii) Risk of HashCoin Mining Attacks
    xiv) Risk of Rapid Adoption and Increased Demand for HASHCOIN
    xv) Risk of Rapid Adoption and Insufficiency of Computational Application Processing Power on the HashCoin Network

2.  Underline: What is HashBase, the Platform?

The HashBase Platform combines a peer-to-peer networking platform with a next-generation blockchain architecture to deliver a decentralized, consensus-based, full-stack platform for developing, offering and utilizing distributed application services. A consumer-facing application, called the HashCoin Browser, integrates the front and back ends to create an environment in which developers of varying degrees of sophistication can relatively easily and relatively rapidly build secure, scalable and interoperable decentralized applications.

3.  Overview of Initial Sale of HashCoin

The HashCoin Platform requires, for proper operation, and comprehensive utilization, a cryptographic fuel called HashCoin ("HASHCOIN"). GAW will produce and market a quantity of HASHCOIN in a pre-sale event called the Initial Sale, to be conducted on its web site at https://www.HashCoin.org ("the Initial Sale"). Purchasers in the Initial Sale will acquire HASHCOIN in exchange for BTC at predefined sale prices over a period of forty-two (42) days. Purchasers of HASHCOIN in the Initial Sale will be awarded cryptographic receipts in the form of a downloaded "wallet" that will enable them to claim their purchase once the product has been developed and is ready for delivery. All HASHCOIN pre-sold in this manner will be delivered to Purchasers in the HashCoin Platform's Initial Block -- the initial block of the HashCoin Platform's blockchain which constitutes the inception of operation of the system -- which is expected to be created during the winter of 2014-2015, although there are no guarantees that this will occur according to such a time-frame or at all. Purchasers may claim their HASHCOIN at any point after such time by taking control of their assigned HashCoin account which holds the HASHCOIN.

4.  Creation and Sale of HASHCOIN

HASHCOIN will be created through two processes: (1) a pre-mining process, at the instant the system becomes operational, that will create and place a sum of HASHCOIN in the Initial Block of the blockchain used for the HashCoin Platform, and (2) the ongoing mining process which secures the HashCoin blockchain. The Initial Sale is directly related only to the first process.

HashCoin will be created on an as-ordered basis for the Initial Sale. The exact amount required by GAW to fulfill all Initial Sale commitments will be created by a pre-mining process in the Initial Block for allocation to Initial Sale Purchasers of HASHCOIN (the "Initial Sale Quantity of HASHCOIN").

From the Initial Sale Quantity of HASHCOIN, the pre-mining process will create and place a pool of HASHCOIN in the Initial Block. This pool will be used to establish a large, fiat-backed exchange to provide a safe floor price and to promote merchant acceptance. The size of this pool will be 33.3% of Initial Sale Quantity of HASHCOIN.

In addition to the Initial Sale Quantity of HASHCOIN, the pre-mining process will create and place a second pool of HASHCOIN in the Initial Block. This pool will be directly allocated to an Adoption Budget focused on growing merchant adoption by building payment plugins and apps, meeting high-volume merchant's requirements, and providing training resources. The size of this pool will be 33.3% of Initial Sale Quantity of HASHCOIN.

In addition to the Initial Sale Quantity of HASHCOIN and the second pool of HASHCOIN, a third pool will be directly allocated to a Miners Reward Budget utilized to build datacenters to distribute at-cost hash

power to individual miners for HashCoins. The size of this pool will be 33.3% of Initial Sale Quantity of HASHCOIN.

Anticipated HASHCOIN distributions are presented in graphical form below. These projections are only intended to be illustrative and actual percentages may turn out to be different than depicted herein.



5.  Growth Rate of HASHCOIN

Once the HashCoin blockchain is operational, new HASHCOIN is expected to be spontaneously created at a constant annual linear rate exclusively via the mining process pursuant to a target annual rate. The annual target rate of new HASHCOIN creation will be set to 26% of the Initial Sale Quantity of ASHCOIN. Although GAW does not intend to change the annual rate of new creation at this time, for technical reasons GAW may need to change the annual rate of new creation to a value lower than 26% to account for changes to the HashCoin mining algorithm or to address other issues that may arise. There is no guarantee that this percentage will be accurate or that this rate will continue at the same level.

See the HashCoin Protocol Specification (http://wiki.HashCoin.com) for further details.

6.  Timing of Sale

The Initial Sale will begin at 20:00 EST on Tuesday November 10, 2014.

The Initial Sale will run for 14 days and will end at 19:59:59 GMT on November 24, 2014.

GAW reserves the right to change the date when the Initial Sale will begin and further reserves the right to extend the sale duration for any reason, including the unavailability of the website https://www.HashCoin.com or other unforeseen security or procedural issues. Though it does not currently anticipate doing so, GAW also reserves the right to shorten the sale duration for any reason.

7.  Pricing and Initial Discount on Price of HashCoin

The baseline retail price of HASHCOIN will be set by GAW **at $20.00 USD, or 0.05845 BTC** (the "Retail Price"). A discount will be offered in the first 14 days of the Initial Sale. At the time of the start of the sale, the Retail Price of one HASHCOIN is **$2.00 USD, or .005845 BTC**.

At the end of the fourteen-day period this Initial Sale Period will end and ICO Round 2 will begin. Only GAW HashPoint owners will be allowed to participate in ICO Round 2, where they are invited to convert 400HP into 1 HashCoin for a 14 day time period. An exclusive ICO Round 3 will commence for a 14 day period during which selected individuals and groups will be invited to purchase HashCoin at the ICO Round 3 Retail Rate of $10.00 USD, or .029223 BTC. Following ICO Round 2, HashCoin will be offered to the public at a Public Retail Rate of **$20.00 USD, or 0.05845 BTC**, or as illustrated below:



GAW will not place a cap on the number of HASHCOIN that can be purchased by the community.

GAW reserves the right to change the duration of any affected discounting period for any reason, including the unavailability of the website https://www.HashCoin.com or other unforeseen procedural or security issues.

8.  Disclosure of Purchases

In the spirit of openness, and to enable HASHCOIN Purchasers to have as much information as possible to guide their decision making process, GAW has developed an HASHCOIN purchase mechanism that enables purchases to be tracked on the Bitcoin blockchain.

Each Purchaser has the option to calculate the total number of HASHCOIN sold to enable the Purchaser to develop an understanding of the size of the existing HASHCOIN pool at the time of their HASHCOIN purchase. GAW will make all purchases publicly visible on the Bitcoin blockchain at the following multi-signature Initial address:

**36PrZ1KHYMpqSyAQXSG8VwbUiq2EogxLo2**

9. Purchase of HashCoin from the HashCoin Store on the HashCoin.com Website

GAW will maintain a store interface, which can be used to purchase HASHCOIN. The store interface will be available on the HashCoin website (https://www.HashCoin.com). Instructions for purchasing HASHCOIN with BTC using the store interface will be embedded and available for review on the HashCoin website during the duration of the Initial Sale.

Failure to follow these instructions may limit, delay, or prevent a Purchaser from obtaining HASHCOIN. Any questions about these instructions should be directed to helpdesk@HashCoin.com.

10. Obligation to Determine If Purchaser Can Purchase HASHCOIN in Purchaser's Jurisdiction

The Initial Sale constitutes the sale of a legal software product under Swiss law. This product sale is conducted by GAW, a Swiss company, operating under Swiss law. It is the responsibility of each potential Purchaser of HASHCOIN to determine if the Purchaser can legally purchase HASHCOIN in the Purchaser's jurisdiction.

11. Acceptance of Terms and Conditions of the HASHCOIN Sale

As a first step in the purchase process, GAW will present the Purchaser with these Terms, and associated documents, along with a checkbox. By clicking the checkbox, the Purchaser: (i) consents and agrees to the Terms and the HashCoin Product Purchase Agreement; (ii) represents and warrants that the Purchaser is legally permitted to purchase HASHCOIN in the Purchaser's jurisdiction and is legally permitted to receive products of Swiss origin; (iii) represents and warrants that the Purchaser is of a sufficient age to legally purchase HASHCOIN or has received permission from a legal guardian who has reviewed and agreed to these Terms; (iv) represents and warrants that the Purchaser will take sole responsibility for any restrictions and risks associated with the purchase of HASHCOIN as set forth below; (v) represents and warrants that Purchaser is not exchanging bitcoin (BTC) for HASHCOIN for the purpose of speculative investment; (vi) represents and warrants that the Purchaser is acquiring HASHCOIN for the use of decentralized application services or the purchase of tokens specific to forthcoming decentralized applications on the HashCoin Platform, or to facilitate development, testing, deployment and operation of decentralized applications on the HashCoin Platform; and (vii) represents and warrants that the Purchaser has an understanding of the usage and intricacies of cryptographic tokens, like BTC, and blockchain-based software systems.

12. Independent Confirmation of Purchases

During the purchase process on the https://www.HashCoin.org website, GAW will provide Purchasers with a unique intermediary BTC address. Using this address, Purchasers can track and confirm that the Purchaser's BTC has been received at that address and has been subsequently and automatically sent to the Initial Sale. Additionally, GAW will lodge a small coded transaction into the Bitcoin blockchain to serve as an additional purchase confirmation.

Knowledge of the unique intermediary BTC address does not constitute a purchase receipt or indicate in any way that any party possessing such knowledge has rights to or ownership of the purchased HASHCOIN.

13. Purchaser's Loss of the Purchase Password Will Cause the Loss of the Purchased HASHCOIN

As part of the purchase process, and in order to purchase HASHCOIN, the Purchaser will need to provide a password (the "Purchase Password"). The Purchase Password will be used to load the unique address and private key to the Purchaser's HashCoin account (which will store the purchased HASHCOIN) into a wallet in the HashCoin Browser when the system is operational.

Exhibit B-17

Français     Media Partners     About Us     Blog

| Search | SITE | NEWS |

PRODUCTS     SOLUTIONS     NEWSROOM     RESOURCES     CONTACT US     SIGN IN

## News Room

   

Print Friendly     Share

SOURCE: GAW Miners



November 24, 2014 07:00 ET

# GAW Miners Announces Plans for Initial Coin Offering

**ICO Introduces Paycoin™, a New Cryptocurrency With Significant Investor Backing**

BLOOMFIELD, CT--(Marketwired - Nov 24, 2014) - GAW Miners, one of the world's foremost bitcoin mining hardware manufacturers and digital cloud mining providers, today announced its Initial Coin Offering (ICO) with the introduction of Paycoin™, a new cryptocurrency released alongside bitcoin to facilitate mass adoption and long-term valuation stability of this new digital currency.

Positioned as the cryptocurrency of the future, Paycoin addresses all of the inherent shortcomings that have prevented Bitcoin from achieving mainstream adoption. PayCoin improves upon existing coins by producing a decentralized network structured to promote price stability, fast transaction times, and rich features for achieving widespread consumer and merchant adoption.

Additionally, by employing a Hybrid-Flex Blockchain and Transaction Immutability coupled with the latest in cryptography and economic theory, GAW Miners is producing a digital currency for a global audience. Paycoin will be available to the public beginning January 2, 2015.

"Although relatively new, cryptocurrency is shifting the economic paradigm and that is reason enough for traditional financial organizations to start taking this seriously," said co-founder and early investor, Stuart Fraser, Vice Chairman and partner, Cantor Fitzgerald, L.P. "With the marrying of innovation, technology, finance and regulation -- I believe that cryptocurrency can provide a value proposition that has never before been contemplated in global commerce and thus has the real possibility of being a viable mainstream currency accepted by the masses around the globe."

"Cryptocurrency is a young, disruptive technology that offers easier, faster and more secure transactions between individuals and merchants than any payment technology to date," said GAW Miners founder and CEO Josh Garza. "However all existing cryptocurrencies have failed to achieve an adoption path leading to mainstream use. This is the primary reason why we're introducing Paycoin via this ICO.

"Because Paycoin carries with it the best features of bitcoin while making corrections where necessary to produce a coin network fit for global acceptance," Garza continued.

"To be honest, changing the world economy from fiat to cryptocurrency requires enormous effort. A decentralized currency leaves behind no parties with a financial incentive to do the work needed in order to promote global adoption. Until now that is. Paycoin's ICO fills in the missing piece by supporting continual adoption efforts allowing us to be the first to both legitimize and bring cryptocurrency to the mass market," concluded Garza.

**About GAW Miners**

GAW Miners is the fastest growing bitcoin mining technology provider, offering a range of world-class bitcoin mining hardware and cloud-based solutions. This includes Digital Cloud Mining (DCM) solutions, which are offered under the Hashlet, HashletGenesis, HashletSolo and HashletPrime brands. GAW Miners' bitcoin mining technology is in use around the world. For more information visit: www.gawminers.com.

---

**CONTACT INFORMATION**

Christina Sarracino
WISE PR

415-298-0165
Email Contact

   

Print Friendly          Share

News Room

**VIEW RELATED NEWS**

About this company        GAW Miners
From this industry        Computers and Software
                          Financial Services
From this sub-industry    Retail Banking
                          Commercial and Investment
                          Banking
                          Internet

See all RSS Newsfeeds

**About Marketwired**        **Products**                    **Resources**           **Newsroom**              Connect With Us
  Marketwired News          Marketwired Resonate            Brochures                All News
  Community Builders        Marketwired Influencers         Case Studies             Headlines Only
Privacy                     News Distribution               E-Books / Tip Sheets     Advanced Search
Site Map                    IR/PR Newsroom (Impress)        Webinars / Videos        RSS Newsfeeds
Accessibility               Media Database (Mediahub)                                Hot Off the Wire
                                                                                     Personal Beat
                                                                                     CASL Compliance

**MARKETWIRED IS NOW PART OF WEST**



Copyright ©2018 West Corporation. All rights reserved. Legal

Exhibit B-18



Français     Media Partners     About Us     Blog

| Search | SITE | NEWS |

PRODUCTS     SOLUTIONS     NEWSROOM     RESOURCES     CONTACT US     SIGN IN

## News Room

       Print Friendly    Share

**SOURCE: GAW Miners**



December 17, 2014 09:30 ET

# Paycoin Launch Shatters Records; Investors Swarm to New Global Currency

BLOOMFIELD, CT--(Marketwired - Dec 17, 2014) - Paycoin, the innovative new digital currency, launched this Friday with an avalanche of support from tech gurus and investors alike. The enormous attention drove Paycoin to a $115 million market cap within only 48 hours, quickly becoming the third most popular cryptocurrency currently in existence.

Thousands of investors swarmed the new digital currency moments after its 8:00 PM launch by directing their computers to mine Paycoin. Within a matter of minutes Paycoin's difficulty rate increased by over 10,000%. As miners sought to earn Paycoins, all major online hashing power rental services sold out their full inventory to mine the new cryptocurrency. Paycoin broke records as supporters spiked the Paycoin total network hash rate to over 40 Peta hashes per second -- equivalent to more than 4 million high-power computer processors.

"Surging from 0 to 40 petahashes is unheard of," said Jonah Dorman, general manager and vice president of GAW Miners. "We launched Paycoin in November of 2014 as a new digital currency built on Bitcoin's successes while making many needed enhancements to increase merchant adoption, improve price stability, and dramatically decrease transaction times. We're pleased to see so many miners and consumers support the new currency."

"We knew Paycoin had massive support, but we didn't know just how far the popularity would reach," said Josh Garza, CEO of GAW Miners -- an internationally-recognized leader in the industry. "The incredible thing is, we've only seen the tip of the iceberg. Paycoin will continue to expand and offer services that we and others can build upon. I have confidence that Paycoin will be established as the new dominant global online currency."

#### About Paycoin
Paycoin is a new, decentralized digital currency that allows merchants and consumers to send and receive payments online without the need for costly credit processors -- which can charge upwards of 10% per transaction. By eliminating these costs, Paycoin payments are virtually feeless, allowing merchants and consumers to keep and spend more of the money they earn, safely and securely.
Learn more at http://www.paycoin.com

---

## CONTACT INFORMATION

Contact
Christina Sarracino
415-298-0165
Email Contact

          Print Friendly    Share

## News Room

**VIEW RELATED NEWS**

About this company          GAW Miners
From this industry          Computers and Software
                            Financial Services
From this sub-industry      Internet
                            Investment Services and
                            Trading

See all RSS Newsfeeds

---

**About Marketwired**

Marketwired News
Community Builders
Privacy
Site Map
Accessibility

**Products**

Marketwired Resonate
Marketwired Influencers
News Distribution
IR/PR Newsroom (Impress)
Media Database (Mediahub)

**Resources**

Brochures
Case Studies
E-Books / Tip Sheets
Webinars / Videos

**Newsroom**

All News
Headlines Only
Advanced Search
RSS Newsfeeds
Hot Off the Wire
Personal Beat
CASL Compliance

Connect With Us

**MARKETWIRED IS NOW PART OF WEST**

Copyright ©2018 West Corporation. All rights reserved. Legal

west

# Exhibit B-19

# Crypto-Currency Market Capitalizations

## (/web/20141225110351/https://coinmarketcap.com/)

## PayCoin (XPY)

$ 9.69 (-6.82 %)

0.03041120 BTC (-3.49 %)

Website
(https://web.archive.org/web/20141225110351/http://www.paycoin.com/)

Explorer
(https://web.archive.org/web/20141225110351/https://chainz.cryptoid.info/xpy/)

Discussion
(https://web.archive.org/web/20141225110351/https://hashtalk.org/topic/22975/initial-paycoins-of-12m)

Mineable  Premined  Currency

| Market Cap | Volume (24h) | Available Supply |
|---|---|---|
| ? | $ 311,906 | ? XPY |
| ? BTC | 979 BTC | |

📊 Charts   ⇄ Markets   🌐 Social

## PayCoin Markets

USD ▾

| # | Source | Pair |
|---|---|---|
| 1 | Cryptsy (/web/20141225110351/https://coinmarketcap.com/exchanges/cryptsy/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://www.cryptsy.com/markets/viev |
| 2 | Bittrex (/web/20141225110351/https://coinmarketcap.com/exchanges/bittrex/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://bittrex.com/Market/I MarketName=BTC-XPY) |
| 3 | Coin-Swap (/web/20141225110351/https://coinmarketcap.com/exchanges/coin-swap/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://coin-swap.net/market/XPY/BTC) |
| 4 | Bitcoin Indonesia (/web/20141225110351/https://coinmarketcap.com/exchanges/bitcoin-indonesia/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://www.bitcoin.co.id/) |
| 5 | C-CEX (/web/20141225110351/https://coinmarketcap.com/exchanges/c-cex/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://c-cex.com/index.htr p=xpy-btc) |
| 6 | Bleutrade (/web/20141225110351/https://coinmarketcap.com/exchanges/bleutrade/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://bleutrade.com/exchange/XPY |
| 7 | Coin-Swap (/web/20141225110351/https://coinmarketcap.com/exchanges/coin-swap/) | XPY/DOGE (https://web.archive.org/web/20141225110351/https://coin-swap.net/market/XPY/DOGE) |
| 8 | Cryptsy (/web/20141225110351/https://coinmarketcap.com/exchanges/cryptsy/) | XPY/USD (https://web.archive.org/web/20141225110351/https://www.cryptsy.com/markets/viev |
| 9 | Bleutrade (/web/20141225110351/https://coinmarketcap.com/exchanges/bleutrade/) | XPY/LTC (https://web.archive.org/web/20141225110351/https://bleutrade.com/exchange/XPY |
| 10 | Bleutrade (/web/20141225110351/https://coinmarketcap.com/exchanges/bleutrade/) | XPY/DOGE (https://web.archive.org/web/20141225110351/https://bleutrade.com/exchange/XPY |
| 11 | Bleutrade (/web/20141225110351/https://coinmarketcap.com/exchanges/bleutrade/) | XPY/HTML5 (https://web.archive.org/web/20141225110351/https://bleutrade.com/exchange/XPY |
| 12 | Crypto-Trade (/web/20141225110351/https://coinmarketcap.com/exchanges/crypto-trade/) | XPY/BTC (https://web.archive.org/web/20141225110351/https://crypto-trade.com/trade/xpy_btc) |

* No Trading Fees

© 2014 CoinMarketCap | Advertise (https://web.archive.org/web/20141225110351/http://cointelegraph.com/news/112256/advertise-for-bitcoin) | BitcoinTalk
(https://web.archive.org/web/20141225110351/https://bitcointalk.org/index.php?topic=199685.0) | Request Form

Donate BTC: 15gJiApW3G9MN2iTteQwQbq7NundwGWwv6 | Others

# Exhibit B-20

1              UNITED STATES DISTRICT COURT
2                DISTRICT OF CONNECTICUT
3

4   DENIS MARC AUDET, MICHAEL    )
    PFEIFFER, D. ALLEN SHINNERS, )
5   and JASON VARGAS,            )
    Individually and on Behalf   )
6   of All Others Similarly      )  No. 16-940
    Situated,                    )
7                                )
                    Plaintiffs,  )
8                                )
            VS.                  )
9                                )
    HOMERO JOSHUA GARZA, STUART   )
10  A. FRASER, GAW MINERS, LLC,  )
    and ZENMINER, LLC, (d/b/a    )
11  ZENCLOUD),                   )
                                 )
12                  Defendants.  )
    _____)
13
14
15
16       VIDEOTAPED DEPOSITION OF ROBERT MILLS
17            Los Angeles, California
18          Tuesday, October 30, 2018
19
20
21
22
23  Job No. 149295
24  Reported by:  NIKKI ROY
25            CSR No. 3052

1        Videotaped deposition of ROBERT MILLS, taken on

2    behalf of the Defendants, at 1900 Avenue of the

3    Stars, Los Angeles, California, on Tuesday,

4    October 30, 2018 at 9:38 a.m., before NIKKI ROY, CSR

5    No. 3052.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    APPEARANCES OF COUNSEL:

2

3    FOR PLAINTIFFS:

4              SUSMAN GODFREY

5              COLIN WATTERSON, Attorney at Law

6              1000 Louisiana Street

7              Houston, Texas 77002

8

9    FOR DEFENDANTS:

10             HUGHES HUBBARD & REED

11             SARAH CAVE, Attorney at Law

12             HANNAH MILLER, Attorney at Law

13             One Battery Park Plaza

14             New York, New York 10004

15

16   VIDEOGRAPHER:

17             BRENT JORDAN

18

19

20

21

22

23

24

25

1          Q.    Okay.   Are there circumstances under which

2     you wouldn't need to take any steps to get

3     comfortable about the reliability of the data?

4          A.    Well, there may be instances where I'm asked

5     to analyze particular data that's provided to me, and

6     so I wouldn't necessarily take any steps to determine

7     its reliability if I'm asked to analyze it.

8          Q.    Okay.   You can set Exhibit 213 to the side

9     for the moment.

10              This case as know involves certain

11     Cryptocurrency products that were offered by GAW

12     Miners and ZenMiner during the alleged class period.

13              Prior to this case, what is your

14     professional experience with Cryptocurrency?

15          A.    I have no professional experience with it.

16     I mean, I see news articles about it from time to

17     time, but it's not something that I've studied on a

18     professional level.

19          Q.    Okay.   So prior to this, you didn't have any

20     engagement that involved Cryptocurrency?

21          A.    Not that I can recall.

22          Q.    Okay.   So then fair to say you didn't have

23     any experience prior to this case quantifying damages

24     with respect to Cryptocurrency products?

25          A.    That's true.

1      Q.   Have you ever mined Cryptocurrency yourself?

2      A.   I have not.

3      Q.   Have you ever purchased Cryptocurrency,

4  Bitcoin, any other alt coin?

5      A.   No.

6           (Reporter clarification.)

7           MS. CAVE:  Alt coin.  Sorry.

8  BY MS. CAVE:

9      Q.   So when you were engaged to work on this

10  case, is there any research that you did to get

11  yourself familiar with Cryptocurrency?

12      A.   I may have looked at an article or something

13  like that online, but I don't recall specifically

14  looking at anything.  I mean, it really wasn't my

15  role to explain what Cryptocurrency is or how it

16  works, so that's not something I concerned myself

17  with too much.

18      Q.   Okay.  But are there any differences -- so

19  Cryptocurrency -- strike that.

20           Are there any differences between

21  Cryptocurrency and other asset classes that might

22  affect how you calculate your damages calculate

23  damages in this case?

24      A.   I'm not sure I understand the question.

25      Q.   Did you undertake to gain an understanding

1    as to whether there are any unique characteristics of

2    Cryptocurrency that might impact the damages

3    methodology that you would need to use in this case?

4            A.    Not that I can recall.

5            Q.    Okay.  What's your understanding of the

6    plaintiffs' allegations in this case?

7            A.    My understanding is that the plaintiffs

8    allege that GAW Miners and ZenMiner sold unregistered

9    securities, that the defendants were involved in

10   securities fraud and -- both at federal claims and

11   state claims in Connecticut, and that there are also

12   allegations of state law fraud, common law fraud, I

13   guess.

14           Q.    Okay.  And what were you asked to do in this

15   case?

16           A.    Well, I've been retained to calculate

17   damages.  I haven't done that yet, but that's what I

18   was retained do.  And then I also was retained to

19   analyze a couple of databases that were provided by

20   counsel, and I've explained in the declaration my

21   analysis of those databases to date.

22           Q.    You said you haven't -- you were retained to

23   calculate damages, but you haven't done that yet.

24   When do you plan to do that?

25           A.    When I'm asked.  I haven't been asked to do

1    that yet.  My understanding is that there's some

2    schedule that's been worked out by the court.  And I

3    would expect to work towards that schedule, but I

4    haven't been asked to start the damages analysis yet.

5         Q.   Okay.  So you mentioned the two -- that

6    there were two databases you were asked to look at.

7    If you could turn back to Exhibit 212 and turn your

8    attention to page 2, paragraph 1.

9         A.   Yes.

10        Q.   Okay.  And there it says (reading):

11             "I have analyzed two .sql

12             databases."

13             Are those the two databases that you were

14   referring to?

15        A.   Yes.

16        Q.   Okay.  And you indicate there "they were

17   provided to me by counsel."

18             Do you know where your -- where plaintiffs'

19   counsel got those databases?

20        A.   My understanding is that they were provided

21   to counsel by a gentleman named Adam MacLack.

22        Q.   Okay.  Would that be Matlack?  Is that --

23        A.   Oh, Matlack, perhaps.

24        Q.   Ok.  M-a-t-l-a-c-k.

25             In what format -- did you receive the

1    databases in the .sql format?

2         A.    I received the databases in a format -- I

3    don't recall the extension on the files that I

4    received, but essentially they were backups of two

5    databases, and I reconstituted or reconstructed the

6    databases from the backup files that were provided.

7         Q.    And what did you do to reconstitute the

8    databases?

9         A.    I downloaded a program called Maria DB,

10   which is the program that they had used for the

11   database.  And a series of commands -- I used a

12   series of commands that reconstructed the database

13   from the backup files.

14        Q.    Do you know where Adam Matlack got the

15   databases from?

16        A.    I don't have personal knowledge of that, but

17   my understanding is that he received the databases

18   from a former employee of GAW Miners, but I don't

19   know more than that.

20        Q.    And what's the basis for that understanding?

21        A.    Just a conversation with counsel.

22        Q.    Okay.  Do you know the name of the former

23   employee who provided Mr. Matlack with the databases?

24        A.    I don't.

25        Q.    Okay.  Did you ever know that or do you just

1    A.   Yes.   There's a website for the open source

2    group that publishes it, and they have some

3    tutorials, you know, on how to reconstruct the

4    database, for example, and I remembered looking at

5    some of those.

6    Q.   Okay.  When you say "reconstruct," what does

7    the process of reconstructing the data do?

8    A.   Well, it's a backup as I understand it of a

9    database.

10   Q.   Okay.

11   A.   And so what I'm doing is taking that backup

12   file and restoring the database to the state it was

13   when it was backed up.

14   Q.   Do you know when the backup occurred?

15   A.    I don't off hand.  I mean, I may be able to

16   tell based on some of the records in the database,

17   but I don't have that committed to memory.

18   Q.   Okay.  Yeah.  Going back to your declaration

19   for a moment, you refer to the two databases.  Are

20   there any other documents or evidence that you relied

21   on to prepare the declaration that you submitted?

22   A.    I think I probably saw the complaint, so I

23   had sort of an understanding of what the allegations

24   were.  I don't recall reviewing any other documents

25   as I sit here.

1    Q.   Okay.  Did you review any deposition

2    transcripts from the case?

3    A.   No, I don't believe so.

4    Q.   What about the documents that the parties

5    have produced in this case, did you review any of

6    those?

7    A.   I don't recall doing so.

8    Q.   Okay.  Did you have access to that, the

9    parties' document productions?

10   A.   What do you mean by "access"?

11   Q.   Were you given access to a database that had

12   the parties' production in it?

13   A.   No.

14   Q.   Did you ask for that?

15   A.   No.

16   Q.   Why not?

17   A.   I don't think it was -- I didn't think it

18   was necessary for what I was asked to do for this

19   declaration which was fairly limited in scope.

20   Q.   And when you say "limited in scope," you

21   mean just to calculate damages?

22   A.   Well, I wasn't asked for purposes of this

23   declaration to calculate damages.  I was asked to

24   analyze these databases and determine whether

25   transactions could be associated with users and

1    provide some statistics regarding the number of users

2    with transactions.

3         Q.   Okay.  How did you go about determining

4    whether transactions could be associated with users?

5         A.   I examined the databases.  I looked at the

6    structure of the databases, came to understand

7    something about how the keys in the databases work,

8    which are ways that tables are linked together.  And

9    it became apparent that you could in fact look at

10   transaction tables and associate specific data

11   entries to specific users.

12        Q.   So why is it relevant to -- strike that.

13             In terms of associating specific data

14   entries to specific users, how does that tie to

15   calculating damages in this case?

16        A.   Well, as I understand it, one of the

17   measures of damages in this case would be the value

18   that -- the value of the consideration paid less the

19   value received.  And so these transactions are a way

20   of getting at understanding what has been paid and

21   what has been received.

22        Q.   So you said that that was one of the

23   measures of damages in this case.  Is that one of the

24   measures that you came up with or is that a measure

25   that someone else told you to use?

1    A.   Well, it's an understanding of the law, so

2    it's a legal issue as far as I'm concerned.  So it's

3    an understanding that I was asked to take based on

4    the remedies that are available for the causes of

5    action at issue in this case.

6    Q.   Okay.  And you said again that's one of the

7    measures of damages.  Is there another measure of

8    damages you're planning to use?

9    A.   Well, as I understand it, there are --

10   depending on the cause of action, there may be

11   different terms for the measure of damages that are

12   applicable, like out-of-pocket, for example, versus

13   recessionary damages.  But from a practical

14   standpoint I don't know that there will be any

15   meaningful difference between the way damages are

16   computed.  But again, I haven't actually done the

17   computation yet, so I can't be certain as I sit here.

18   Q.   Do you assume that each user represents a

19   unique customer?

20   A.   I haven't assumed that thus far, no.

21   Q.   Okay.  Does -- would -- does it impact the

22   measure of damages whether each user represents an

23   individual customer?

24   A.   I'm not certain without actually doing the

25   analysis, but I don't know that it necessarily would.

1      Q.    Why would it not?

2      A.    Well, if damages were computed at the user

3   level, the user ID level, for example, and a

4   particular user had -- or particular customer had two

5   user IDs, it may be possible to calculate damages for

6   each of the user IDs and then simply combine them to

7   get the damages for the user or for the customer.

8   But again, I haven't done the analysis, so I'm not

9   certain on that.

10     Q.    Okay.  And that's an analysis that you won't

11  do anything until somebody asks you?

12     A.    Right, I won't do, that's true.

13     Q.    You mentioned a moment ago out-of-pocket

14  versus recessionary damages.  What's the difference

15  between out-of-pocket damages and recessionary

16  damages?

17     A.    Well, I think in this case there might not

18  be much of a difference.  But again, I haven't done

19  the analysis, so I'm not certain.

20     Q.    Okay.  Just at a sort of general level --

21  generic level, what's the difference between

22  out-of-pocket and recessionary damages?

23     A.    Well, these are legal concepts, so I'm

24  not -- and I'm not an expert in the law.  I can give

25  you my understanding --

1      Q.    Sure.   That's fine.

2      A.    -- but I'm not offering opinions about the

3  law.

4            So out-of-pocket, as I understand it, would

5  be the difference between the value paid and the

6  value received.   And recessionary damages, as I

7  understand it, would be basically an attempt to

8  compensate as though the transaction was rescinded.

9      Q.    Okay.   Why might there not be any difference

10  between those -- with the understanding that you

11  haven't done the analysis, yet why might there not be

12  any difference between out-of-pocket and recessionary

13  damages in this case?

14      A.    Well, when I think about those two damages

15  concepts in a case like this, they seem like they

16  would be, if not identical, at least very close

17  because they're both getting at the consideration

18  paid versus the value received.

19      Q.    Do you assume for purposes of calculating

20  damages in this case that the databases that you

21  looked at include all the transactions that took

22  place in the Cryptocurrency products that are at

23  issue here?

24      A.    I haven't made that assumption thus far, but

25  at some point I may have to make that assumption to

1    actually calculate damages.

2        Q.   Do you need to take steps to verify whether

3    that's true or -- in order to do your damages

4    calculation?

5        A.   I would expect to have additional

6    conversations with people that are knowledgeable

7    about the database, so I think that's about as far as

8    I can go given what I've done thus far.

9        Q.   Okay.  And the people knowledgeable about

10   the database would be who?

11       A.   I spoke with Evan Lucas.  I might speak with

12   him again.

13       Q.   And Evan Lucas is who?

14       A.   As I understand it, he's a former employee.

15       Q.   Okay.  When did you speak with Evan Lucas?

16       A.   I don't recall the date.  I think it was

17   probably in September of this year.

18       Q.   And what did he tell you about the

19   databases?

20            Sorry.  Let me just clarify.  Did you speak

21   to him about ZenCloud or Paybase or both?

22       A.   I think both, but we primarily talked about

23   ZenCloud --

24       Q.   Okay.

25       A.   -- on that call.

1    Q.   And so it just -- this was a phone call?

2    A.   It was.

3    Q.   Okay.  And how long did the phone call last?

4    A.   Approximately an hour.

5    Q.   Okay.

6    A.   It was also -- counsel was also on the call.

7    Q.   And what did Evan Lucas tell you about the

8  databases?

9    A.   I don't recall with -- as I sit here what he

10 told me.  I mean, we had conversations about various

11 tables in the database and various fields within

12 those tables.  I took some notes, but I don't have

13 that committed to memory.

14   Q.   Okay.  Do you still have your notes of that

15 conversation?

16   A.   I suspect so, yes.

17   Q.   Okay.  Did you ask Evan Lucas whether he was

18 aware if there are any other versions of the

19 databases?

20   A.   I don't know that I asked that question.

21   Q.   Did he say that?

22   A.   Yes.

23   Q.   He -- so he said that there are other forms

24 of the databases?

25   A.   He told me, if memory serves me correctly,

1     that initially a different database software had been

2     used by GAW Miners and that that database was moved

3     over to the current database.

4         Q.   What was the prior version of the software

5     that was used?

6         A.   He didn't tell me, but my understanding is

7     that it's Mongo DB.

8         Q.   Okay.  And when the move happened from the

9     Mongo DB to the current form of the database, were

10    all of the trans -- was all of the transactional

11    information moved over to the new database?

12        A.   I can't be certain.  I mean, I don't know.

13        Q.   Did Evan Lucas tell you that that occurred?

14        A.   I don't recall him saying those words.  My

15    understanding is that a copy of that older database,

16    the Mongo database, has been produced.  I haven't

17    looked at it yet, but my understanding is that is

18    available, so it's something I can perhaps look into.

19        Q.   Do you plan to do that?

20        A.   If asked I will.

21        Q.   It's not important -- on your own it's not

22    important to check whether there's any differences

23    between the earlier version and later version of the

24    database?

25        A.   I think I would like to try do that assuming

1    that I can.

2         Q.   Okay.  And why might you not be able to?

3         A.   I haven't tried, so I'm not certain.

4         Q.   Are you aware whether there -- how many

5    versions of the Mongo DB database are there?

6         A.   I'm not sure what that means.

7         Q.   Okay.  Well, you said that Evan Lucas

8    referred to the fact that there was a Mongo DB that

9    was database that was the earlier version, right?

10        A.   No, that's not that I said.

11        Q.   Okay.

12        A.   He didn't tell me it was the Mongo DB.  I

13   testified to that.  My understanding it was Mongo DB

14   but he did not tell me that.

15        Q.   Do you know whether the earlier version of

16   the database, do you know whether there is more than

17   one version of that database?

18        A.   So it's not clear to me what do you mean by

19   "more than one version."  So that can mean different

20   things.  So I'm not sure exactly what you're asking.

21        Q.   Are there different copies -- different

22   nonidentical copies of the earlier database that you

23   discussed with Evan Lucas?

24        A.   Well, I didn't discuss copies of the

25   database with Evan Lucas, so I'm not sure that's what

1   you're asking, but from the question it could be

2   interpreted that way.

3        Q.   I'll rephrase the question.

4             The version of the databases that existed

5   prior to the Maria DB format, are there different

6   versions of that database?

7        A.   So I'm not entirely sure what you mean by

8   "versions."

9             Let me see if I can help.  So you could have

10  a database that has an upgrade to a new version of

11  the database, and now that -- you know, like you

12  update your Excel or something to a new version of

13  Excel.  That doesn't change the underlying data.

14  It's just a new version of Excel.  So I'm not sure --

15       Q.   Okay.

16       A.   -- if that's what you're seeking or

17  something else.

18       Q.   No.  What I'm trying to get at is whether

19  there -- substantive differences -- setting aside the

20  software version, are there substantive differences

21  between the earlier database that might have

22  different sets of transactional data in it?

23       A.   I would expect so, yes, because the earlier

24  database, as I understand it, was -- they stopped

25  using it at a point in time, and then they moved to a

1    new database.  And so that new database should have

2    more transactions than the first database.

3         Q.   When did they stop using -- what point in

4    time did they stop using the database and move to a

5    new database?

6         A.   I don't recall.  I may have -- he may

7    have -- Evan may have told me that, but I don't know

8    if he did.

9         Q.   The Maria DB version of the database that

10   you've been using, do you know when that was created?

11        A.   I don't remember the date that I created it,

12   but it was spring, early summer, something like of

13   that, this year.

14        Q.   Of this year?

15        A.   Yeah.

16        Q.   But the underlying -- before you touched it,

17   what was the date of the backup on the underlying

18   data?

19        A.   I don't know.  It may be possible to

20   determine that, but I don't know as I sit here.

21        Q.   Would that be in the metadata that you have?

22        A.   I'm not certain.  It's possible.  In fact, I

23   think it's likely, but I'm not certain.

24        Q.   Okay.  It's not something you've checked?

25        A.   No.

1    A.   I've demonstrated to myself that that is

2  possible and expressed that in the declaration.

3    Q.   Okay.

4    A.   I haven't linked every single transaction to

5  every user and done an analysis like that, but I have

6  demonstrated for myself that it's possible to do

7  that.

8    Q.   Okay.  And how many users did you do that

9  analysis for?

10    A.   Well, I've counted the number of

11  transactions for each user by linking the

12  transactions from the transaction table to the user

13  table, but I haven't, you know, prepared some

14  spreadsheet that shows all those transactions.

15    Q.   Okay.  And does the transactions table show

16  all of the transactions that occurred for any

17  particular user -- let me rephrase that.

18         Does the transactions table show all of the

19  transactions that you need to look at for purposes of

20  calculating damages in this case for any particular

21  user?

22    A.   I'm not certain at this point.  I suspect

23  not, but I'm not certain.

24    Q.   So there may be other tables that you need

25  to look at in order to make that calculation?

1          A.    There may well be, yeah.   There are other

2    tables in the database that appear to be

3    transactional data.

4          Q.    Okay.   So how will you determine which other

5    tables you need to look at?

6          A.    I have to link through various transactions

7    and associate transactions from various tables with

8    users and understand what those transactions entail.

9          Q.    Okay.   But you haven't done that yet?

10         A.    I have not.   At this point I've demonstrated

11   to myself that the transactions can be linked to

12   users.

13         Q.    The transactions in the transactions table

14   can be linked to users?

15         A.    Yes.   And there are other tables that can

16   also be linked to users, but the transactional data

17   tables certainly can.

18         Q.    Which other tables can be linked to users?

19         A.    I don't recall offhand all the tables that

20   have a user ID column, but if they have a user ID

21   column, that would key off of the user number in the

22   user table.

23         Q.    Okay.   But if there's a table that doesn't

24   have user IDs in it, is there any way to link it to

25   the user's table?

Page 54

1       A.   I don't know.  It depends on the table and

2   type of record.  So you might be able to link it

3   through a device, for example, and device ID which

4   then might be able to be linked to a user.  I haven't

5   done that, so I can't sit here, you know, and testify

6   under oath that that is possible, but I think that's

7   conceivably possible.

8       Q.   Okay.  But you don't know -- you haven't

9   done that, so you don't know for sure?

10      A.   That's right.  I haven't done the analysis,

11  the damages calculation yet, so I'm not certain.

12      Q.   If you can't do that, would you still be

13  able to perform a damages calculation?

14           MR. WATTERSON:  Object to the form.

15           THE WITNESS:  I guess I'm not sure what you

16  mean by if I can't do that.  What is the "that"?

17  BY MS. CAVE:

18      Q.   If you're unable to link all of the

19  transactions to users to the corresponding users,

20  will you be able to perform a damages calculation in

21  this case?

22      A.   I think that depends on what I'm not able to

23  link, assuming I wasn't able to link something.  So

24  I'm not certain how to answer that in the abstract.

25           MS. CAVE:  Okay.  I'll show you what we'll

1    to "completed transaction."  Is that in another table

2    outside of the user table and the transaction table?

3          A.   That's part of the transaction table.

4          Q.   Okay.  It's one of the columns in the

5    transaction table?

6          A.   It is, yes.

7          Q.   Okay.  So the difference between the total

8    number of user IDs and the user IDs with at least one

9    associated completed transaction is roughly about

10   55,000, if I'm doing the math right.  Whatever the

11   delta is between 277,323 and 212,455.

12         A.   Yeah, I think it's about 65 --

13         Q.   65.

14         A.   -- thousand, yes.

15         Q.   And so do you know why there are so many

16   user IDs with no associated completed transactions?

17         A.   No.

18         Q.   Okay.  In paragraph 5 you refer to the

19   Paybase database users table.  Is the users table the

20   only one that you've consulted so far in the Paybase

21   database?

22         A.   No.  I've looked at the other tables in the

23   database --

24         Q.   Okay.

25         A.   -- to ensure that it looked like they

1    imported properly, and when I reconstructed the file

2    from the backup.  So I'm familiar with some of those

3    tables, at least at a high level, but the user table

4    is the one that I focused on for purposes of this

5    declaration.

6         Q.   And you say here that the table contains

7    8,679 user identification numbers.  How did you

8    arrive at that number?

9         A.   I queried the database, and then I also

10   extracted the user table into a format that could be

11   read by Excel.

12        Q.   And are the user IDs in the Paybase database

13   the same as in the ZenCloud database or are they

14   unique?

15        A.   Well, the numbers are -- I mean, they're

16   typically sequential.

17        Q.   Right.

18        A.   So let's start with 1 --

19        Q.   Okay.

20        A.   -- and go all the way to 8,679.  They may

21   skip some but --

22        Q.   Okay.

23        A.   -- they should be unique.  So those same

24   numbers will appear in the other database --

25        Q.   Okay.

1      A.    -- or many of them anyway.

2      Q.    Okay.

3      A.    But that doesn't mean that they're the same

4  user --

5      Q.    Okay.

6      A.    -- because they're separate databases.

7      Q.    Understood.  So someone's user ID in

8  ZenCloud is not the same as their user ID in Paybase?

9          MR. WATTERSON:   Object to the form.

10          THE WITNESS:   Yeah, I think theoretically

11  that could be true that they're the same, but I

12  don't -- I think that would be not a necessary

13  condition.

14  BY MS. CAVE:

15      Q.    Okay.  Is there any conversion table between

16  ZenCloud and Paybase to tell you one particular

17  individual what their user ID is in each database?

18      A.    I'm not certain.

19      Q.    Okay.  Is that anything you've seen?

20      A.    I don't recall seeing something like that.

21      Q.    Okay.

22      A.    But it could potentially be in the database

23  somewhere.

24      Q.    Okay.  Okay.  In paragraph 6 of your

25  declaration you list a number of different types of

1    transactions starting with "fund."  Do you know what

2    each of those are or would you need to do further

3    analysis to determine what those mean with respect to

4    a particular user?

5         A.   To see what's actually being transacted, I

6    think I might have to look beyond the table, but I'm

7    not certain as I sit here.

8         Q.   What beyond the table, would you need to

9    look?

10        A.   Well, I'd look at other tables in the

11   database to see how they link together.  That may or

12   may not be necessary for purposes of calculating

13   damages, I don't know, because I haven't done that

14   yet.

15        Q.   Okay.  All right.  In paragraph 7 you say

16   that you anticipate calculating class-wide damages

17   for the plaintiffs in this case based on a uniform

18   methodology.

19             What methodology are you planning to use?

20        A.   I'm planning to look at the value of the

21   consideration paid for the products at issue and

22   compare that to the value received and use that as a

23   measure of damages.

24        Q.   Do you plan to use any other methods?

25             MR. WATTERSON:  Object to the form.

1           THE WITNESS:  If I'm asked I may look at it

2      from other perspectives, but as I sit here I'm not

3      certain that I will be.

4      BY MS. CAVE:

5           Q.   And what is the source of information that

6      you plan to use to -- for purposes of calculating the

7      value of the consideration paid?

8           A.   Well, I would expect to use the

9      transactional database and various records with -- or

10     various tables within the databases that I've

11     analyzed to determine purchases and other outlays of

12     cash.

13          Q.   Do you anticipate using any -- needing --

14     strike that.

15           Do you anticipate using any information

16     outside of the databases to calculate the value of

17     the consideration paid?

18           MR. WATTERSON:  Object to the form.

19           THE WITNESS:  It's possible I may use other

20     information, but nothing comes to mind as I sit here.

21     BY MS. CAVE:

22          Q.   Okay.

23          A.   I think the purpose of these databases is to

24     show -- to record the transactions of users, so this

25     is the data I would expect to use.

1    Q.   Okay.  So again, that assumes that all the

2    transactions are in the database?

3              MR. WATTERSON:  Object to the form.

4              THE WITNESS:  Well, I don't know that it

5    assumes that.  I mean, in order for me to analyze the

6    transaction it will have to be in some database, but

7    that's all I can say, I think.

8    BY MS. CAVE:

9    Q.   How do you anticipate calculating the value

10   received?

11   A.   One way in which I think that can be

12   accomplished is to understand how much was -- the

13   value of what was withdrawn from the user accounts.

14   So the value that was received would be the value

15   that was actually taken out of the accounts by the

16   users.

17   Q.   In your prior experience calculating

18   damages, have you ever employed this methodology

19   before?

20   A.   Yes, at a high level.  I mean, you know, the

21   specifics of every case are different, but at a high

22   level I have looked at out-of-pocket damages and

23   similar forms of damages that look at the value paid

24   versus the value received.

25   Q.   Are you aware that there are some users --

Page 69

1    some customers of GAW Miners and Zenminers who

2    engaged in private purchases of Cryptocurrency

3    products?

4                MR. WATTERSON:  Object to the form.

5                THE WITNESS:  By "Cryptocurrency products,"

6    do you mean Cryptocurrencies or you mean something

7    else?

8    BY MS. CAVE:

9        Q.   I mean the products that were offered by GAW

10   Miners and Zenminers, that there are some

11   customers -- some of the proposed members of the

12   class who purchased those products in private sales.

13       A.   Well, my understanding based on the

14   databases that -- and speaking with Mr. Lucas is that

15   there were -- there was some ability for buying and

16   selling certain products, and I think we have some

17   transactional data concerning sales like that.

18       Q.   So the databases record all of the private

19   sales?

20       A.   Well, I can't attest to that.

21       Q.   Okay.  So there may be private sales that

22   are not recorded in the databases that you have?

23       A.   That seems like a theoretical possibility.

24   I mean, I can't attest to what -- that the database

25   includes every single transaction.  I mean, there are

1    millions and millions of transactions, so I can't

2    attest to that.  I have to -- I mean, I'm accepting

3    the database and relying on it, at least for purposes

4    of the declaration and -- but I can't say that it

5    captures every single transaction that's ever

6    occurred.

7        Q.   Are the gains or losses on those private

8    sales something that the plaintiffs are claiming

9    here?

10            Let me rephrase that.

11            Are any losses that the plaintiffs may have

12   sustained on a private sale something that will be

13   included in your damages calculation here?

14            MR. WATTERSON:  Object to the form.

15            THE WITNESS:  Well, what I'm envisioning is

16   a damages calculation that looks at the consideration

17   paid and compares that to the value received, and so

18   if a transaction results in value received that's

19   ultimately withdrawn from the account, then I think

20   it would be relevant to that calculation.

21   BY MS. CAVE:

22       Q.   And how do you anticipate getting the

23   information about those private sales?

24       A.   Well, I suspect the database contains those

25   records.

Page 71

1          Q.    The database contains the records of the

2    private sales?

3          A.    Well, it does contain sales data.  As I

4    said, I can't attest that it includes every

5    transaction.  That would be -- I don't think anybody

6    could attest to that.  But my understanding is it

7    does contain information about private sales, and you

8    know, we have information about transactions that

9    occur within customer accounts, and so I would expect

10   to be able to identify that.

11         Q.    Which transactions are in -- let me rephrase

12   that.

13              What's the difference between the

14   transactions that are recorded in the ZenCloud

15   database and the transactions that are recorded in

16   the Paybase database?

17         A.    My recollection is that looking -- in

18   looking at the Paybase database it appeared to be

19   transactions related to PayCoin.

20         Q.    Uh-huh.

21         A.    And the ZenCloud database appeared to be

22   transactions related to Hashlets, Hashpoints, and

23   perhaps Hashstakers.

24         Q.    Okay.  So they're -- your understanding is

25   that they're mutually exclusive as far as the types

1        of products that were -- the transactions and the

2        types of products that were recorded in each?

3                    MR. WATTERSON:  Object to the form.

4                    THE WITNESS:  And I'd have to look at every

5        table to be certain that they're mutually exclusive.

6        But my recollection is that the transaction table

7        that -- within the Paybase database appeared to be

8        capturing different information.

9                    MS. CAVE:  Just give us a moment.

10                   We'll mark Exhibit 216.

11                   (Exhibit 216 Memorandum of Law in

12                   Support of Plaintiffs' Motion for

13                   Class Certification, marked for

14                   identification as of this date.)

15                   THE WITNESS:  Thank you.

16       BY MS. CAVE:

17            Q.   So Exhibit 216 is the plaintiffs' memorandum

18       of law in support of their motion for class

19       certification in this case.

20                   Is this something that you've reviewed

21       before?

22            A.   Yes.

23            Q.   Okay.  Did you review it before it was filed

24       or after it was filed?

25            A.   I don't recall reviewing it before, so I

1    at any point?

2         A.   I haven't thought about it.  I may.

3         Q.   Do you understand that this is Mr. Shinners'

4    representation of all of the purchases and sales of

5    GAW Miners and Zenminers Cryptocurrency that he's

6    claiming to recover in this case?

7         A.   I don't know, but I can look at the

8    certification if you like.

9         Q.   Yeah, I'll draw your attention to

10   paragraph 4.

11        A.   Okay.  I see what he says.  Yes.

12        Q.   Okay.  Okay.  So again, you haven't done any

13   analysis with respect to Mr. Shinners' certification

14   here?

15        A.   No.

16        Q.   Okay.  Have you done it with respect to --

17   I'll represent to you that there are other

18   certifications by each of the other putative class

19   representatives.

20             Have you looked at any of those or done any

21   analysis with respect to any of those?

22             MR. WATTERSON:  Object to the form.

23             THE WITNESS:  I haven't analyzed the

24   certifications.

25             MS. CAVE:  Okay.  Thank you.  You can set

1    that to the side.

2              Why don't we take a short break.

3              MR. WATTERSON:  Sure.

4              THE VIDEOGRAPHER:  Off video at 11:32.

5              (Recess held 11:32 a.m. to 11:50 a.m.)

6              THE VIDEOGRAPHER:  Back on video at

7    11:50 a.m.

8    BY MS. CAVE:

9         Q.   Mr. Mills, is it possible from the ZenCloud

10   and Paybase databases that you've looked at to

11   identify which user name pertains to which customer?

12        A.   I'm not sure I understand the question.

13        Q.   Is there sufficient information in the

14   databases that you've looked at to identify which

15   customer is behind each user name?

16        A.   Well, there's some information like an email

17   address, for example, and a user name.

18        Q.   Sorry.  Let me correct my question.

19             For each user ID is it possible to identify

20   who the customer is that connects to that user ID?

21        A.   I mean, there's information provided about

22   that customer, but I'm not sure what you mean by

23   identify that customer.  There's an email address.

24   There's a user ID.  There's other information for

25   some --

1          Q.    Uh-huh.

2          A.    -- some of the user IDs.  There's not a

3    Social Security or something like that, but there is

4    information concerning the users.

5                MS. CAVE:  I'm going to show you what we've

6    marked as Exhibit 217.

7                (Exhibit 217 Letter from D. Allen

8                Shinners to Judge Robert Chatigny,

9                marked for identification as of this

10               date.)

11   BY MS. CAVE:

12         Q.    Exhibit 217 is a letter from D. Allen

13   Shinners to Judge Robert Chatigny, and it says that

14   it's a victim's impact statement by Mr. Shinners.

15               Do you see that?

16         A.    Yes.

17         Q.    Okay.  Is this something you've seen before

18   today?

19         A.    I don't believe so.

20         Q.    Okay.  If I could turn your attention to the

21   second page of the -- certainly take as much time as

22   you like to review it, but I'll draw your attention

23   to the second page in particular.

24         A.    Okay.

25         Q.    Okay.  And the second full paragraph down

1    Mr. Shinners says (reading):

2              "I started a drive to help many

3              investors recover some of their

4              losses through the credit card

5              chargeback process.  I recovered

6              almost all of my credit card charges

7              save two."

8         Do you understand what Mr. Shinners is

9    referring to by the credit card chargeback process?

10        A.   I mean, I think so --

11        Q.   Okay.

12        A.   -- but I'm not absolutely certain.

13        Q.   And he goes on to say (reading):

14              "The rest of my losses,

15             approximately 18,000, remained from

16             Bitcoin purchases and using that

17             Bitcoin to purchase GAW Miners

18             Hashlets and Hashstakers."

19        Do you see that?

20        A.   Yes.

21        Q.   Okay.  And he says then (reading):

22              "These investments were not

23             recoverable, roughly 30 Bitcoins in

24             total."

25        Do you see that?

1        A.    Yes.

2        Q.    And so that number that he has, 30 Bitcoins,

3    is different than the number that's in your

4    paragraph 8 of your declaration, which is 36

5    Bitcoins, correct?

6        A.    Well, 30 is not 36, that's correct.

7        Q.    Okay.

8        A.    But I don't know that these are necessarily

9    trying to measure the same thing.

10        Q.    Okay.  What do you mean by that?

11        A.    Well, he's referring to a portion of his

12    investment not being recoverable, and I'm referring

13    to purchases -- completed purchases in a transaction

14    table.  So I'm not sure that those line up -- those

15    are the same thing.

16        Q.    Okay.  If assuming Mr. Shinners is correct

17    here that he recovered some of his losses through the

18    credit card chargeback process, is that something

19    that you would include in the value received

20    component of the damages methodology that you spoke

21    about with respect to paragraph 7 of your

22    declaration?

23        A.    I think I'd have to have a conversation with

24    counsel about that to understand, from a legal

25    standpoint, what that means for damages.  It may be

1    something I'd want to something.  I mean, it's

2    something I'd want to consider, but it may be

3    something I'd have to actually utilize in my

4    analysis, but I'd want to speak with counsel about

5    that and understand the legal aspects of it.

6        Q.   Okay.  But if Mr. Shinners got money back

7    through the credit card chargeback process, that's

8    value received, correct?

9            MR. WATTERSON:  Object to the form.

10           THE WITNESS:  It may well be, but I'd want

11   to know, you know, more, whether that's an offset

12   that's legitimate under the law and whether -- I

13   mean, there might be costs associated with that

14   chargeback as well, but...

15   BY MS. CAVE:

16       Q.   He doesn't say that there are any costs

17   associated with the chargeback, though, here, does

18   he?

19       A.   No, he doesn't address -- as far as I can

20   tell in this paragraph anyway, he doesn't address

21   costs at all, but...

22       Q.   And in any event, that's something that

23   you'd have to look into individually?

24       A.   Well, to understand the costs, that may be

25   true, yes.

1     Q.   Mr. Shinners says here he -- that he helped

2     many investors recover some of their losses through

3     credit card chargeback.  So in addition to

4     Mr. Shinners, there are other investors that you

5     would need to look at to assess whether this is

6     something you need to take into account in your

7     damages analysis -- methodology, right?

8     A.   Perhaps, yeah.  I'd want to talk to counsel

9     about this and understand the implications.

10    Q.   Okay.  Are there any tables in the databases

11    that you've looked at that reflect recovery through

12    the credit card chargeback process?

13    A.   I don't know.  I haven't looked specifically

14    for that, so I'm not certain.

15    Q.   Okay.  Is there any other information that

16    you've seen in this case that shows you the amounts

17    that investors recovered through the chargeback --

18    credit card chargeback process?

19    A.   No.

20    Q.   Okay.  Is that something that you would want

21    to see?

22    A.   Perhaps I'll have to have a conversation

23    with counsel to understand the ramifications of this

24    from a legal standpoint to see whether it's relevant,

25    but perhaps.

1                     acquired Hashlets, Hashpoints,

2                     Hashstakers and PayCoin from GAW

3                     Miners and Zenminers."

4           Is that your understanding of the persons

5    and the date range and the purchase or acquisition of

6    those products from GAW Miners and Zenminers would be

7    included in the class?

8           A.   I think you read that sentence accurately,

9    so that would be my understanding --

10          Q.   Okay.

11          A.   -- but...

12          Q.   And the next sentence says (reading):

13                     "Excluded from the class are any

14                     defendants, any parent, subsidiary

15                     affiliate, agent, or employee of any

16                     defendant any co-conspirator, and any

17                     governmental entity."

18          Is it your understanding that those are all

19   the categories that are excluded from the definition

20   of the class, right?

21          A.   I think you read the sentence accurately, so

22   I suspect that's true.

23          Q.   Okay.  So employees are specifically

24   excluded from the class as well, right?

25          A.   It appears that employees of any defendant

1    are, yes.

2        Q.   Okay.  So how -- for purposes of your

3    damages -- well, strike that.

4            If this is the definition that's adopted for

5    the class, if the court grants class certification,

6    how will you go about determining for purposes of

7    your damages methodology who was an agent of any

8    defendant, co-conspirator, or governmental entity who

9    needs to be excluded from the class?

10           MR. WATTERSON:  Object to the form.

11           THE WITNESS:  I'm not certain as I sit here.

12   I'd have to speak with counsel to see if he could

13   identify those individuals, but I'm not certain as I

14   sit here.

15   BY MS. CAVE:

16       Q.   Is there any information in the tables in

17   either of the databases who tells you who an agent

18   is?

19       A.   I haven't looked for that, so I'm not

20   certain.

21       Q.   What about employees?  Is there anything

22   that is reflected in the tables that allows you to

23   determine who is an employee and therefore needs to

24   be excluded?

25       A.   Not that I've seen, but I haven't look for

1    that.  I have noticed that there are users -- for

2    example, it appeared to me that Mr. Lucas has a user

3    name.  So I did recognize -- I did recognize that

4    user name, but I don't recall seeing any specific

5    table that identifies all employees.

6         Q.   So you would need to go through each user ID

7    to determine whether a user ID is an agent or an

8    employee and therefore needs to be excluded?

9         A.   Well, if the aim is to exclude them, then

10   somebody would have to do that, whether it's me or

11   somebody else.  But if the aim is to exclude user

12   names that are owned by or affiliated with an

13   employee of a defendant, then I suppose they'd have

14   to be identified.

15        Q.   Can you calculate using your damages

16   methodology damages for the class if you don't

17   have -- let me reword that.

18             In order to calculate damages for the class

19   you need to find a way to exclude all agents and

20   employees of any of the companies, right?

21        A.   To avoid damages of any associated with

22   those employees or agents, then yes, they'd have to

23   be identified and removed.

24        Q.   Okay.  Okay.  You can set that to the side.

25   Thank you.

1           Have you thought at all about the but-for

2     world that would have existed if the alleged fraud

3     had been disclosed earlier?

4           A.   I haven't tried to analyze the but-for

5     world, no.

6           Q.   For purposes of your damages methodology,

7     are you assuming that the prices of Hashlets and

8     PayCoins and the other Cryptocurrency-related

9     products sold by the companies would have been zero?

10               MR. WATTERSON:   Object to the form.

11               THE WITNESS:   Under what circumstance would

12     they have been zero?   I'm not sure I understand the

13     question.

14     BY MS. CAVE:

15           Q.   If the -- in the absence of fraud, is it

16     your assumption that the Cryptocurrency-related

17     products sold by GAW Miners and Zenminers had zero

18     value?

19           A.   I haven't made a specific assumption about

20     that one way or the other at this point.

21           Q.   Do you have any views about what information

22     about the GAW Miners and Zenminers

23     Cryptocurrency-related products, what information

24     about those products should have been disclosed

25     earlier, do you have a view on that?

1     A.   No, that's a liability issue.  I haven't

2     even thought about that.

3          MS. CAVE:  Okay.  Sorry.  Bear with me one

4     second.

5          We're going to mark another exhibit.  Just

6     bear with me one second please.

7          This is Exhibit 220.

8          (Exhibit 220 First Amended Complaint,

9          marked for identification as of this

10         date.)

11         THE WITNESS:  Thanks.

12    BY MS. CAVE:

13    Q.   Exhibit 220 is a copy of the first amended

14    complaint in this case.  You mentioned earlier that

15    you had seen this before?

16    A.   I think I have.

17    Q.   Okay.  And without having to go through this

18    the complaint line-by-line, the plaintiffs allege

19    that there are a number of misrepresentations

20    regarding the GAW Miners and Zenminers

21    Cryptocurrency-related products.

22         Is that your understanding?

23    A.   Yes.

24    Q.   Okay.  Have you analyzed any of those

25    misrepresentations individually to see what effect

1    they had on the value of the GAW Miners and Zenminers

2    Cryptocurrency products?

3        A.   I have not done that.

4        Q.   Okay.  In other words, you haven't done any

5    kind of event study or anything like that in this

6    case so far?

7        A.   I have not.

8        Q.   Okay.  You can set that to the side.  Thank

9    you.

10            Do you plan to calculate damages in this

11   case in dollars or in Bitcoin?

12        A.   I haven't thought about that issue actually.

13   I think most of the transactions are expressed in

14   both dollars and Bitcoins, so I think either can be

15   done, but I haven't really thought about that.

16        Q.   Okay.  Yeah.  If -- do you know, is there a

17   standard conversion rate in the databases?

18            MR. WATTERSON:  Object to the form.

19   BY MS. CAVE:

20        Q.   In other words -- I can word that slightly

21   better, hopefully.

22            Where a value is expressed in Bitcoin in the

23   databases, do you know what point in time is used for

24   calculation of that value?

25        A.   I'll have to go back to be certain.  I think

1    there are some notes in some of the records that

2    indicate that the value is as of the date of the

3    transaction, but I'd have to go back to confirm that.

4         Q.   Okay.  So if the value of Bitcoin is as of

5    the date of conversion and you were to calculate

6    damages in Bitcoin in this case, what conversion date

7    would you use?

8              MR. WATTERSON:  Object to the form.

9              THE WITNESS:  I'm not sure I understand the

10   question.

11             MS. CAVE:  Okay.  Hannah is pointing out

12   that I didn't word that correctly.

13   BY MS. CAVE:

14        Q.   All right.  If the -- if the value of

15   Bitcoin expressed in the database is as of the

16   transaction date and you were to calculate damages in

17   this case in Bitcoin, what conversion date would you

18   use?

19             MR. WATTERSON:  Object to the form.

20             THE WITNESS:  Well, if I were to calculate

21   damages in Bitcoin, I don't know that a conversion

22   would be necessary because we have the Bitcoin

23   amounts in the database.

24   BY MS. CAVE:

25        Q.   So you would just add up the total from the

1   Bitcoin column in the tables in the database?

2       A.   Well, I haven't really thought about this

3   issue all the way through, but that seems like one

4   way you could do it, yes.

5       Q.   Okay.  Are you able to tell if a customer --

6   are you able to tell if a user paid for his or her

7   transaction in Bitcoin or dollars?

8       A.   I don't recall as I sit here.  I'd have to

9   look back at the data.

10      Q.   Okay.  Does the ZenCloud database have any

11  transaction records for PayCoin transactions?

12      A.   I'd have to look back to be certain.  I'm

13  not sure.

14      Q.   Do you know if there are any transactions

15  that are recorded both in the ZenCloud database and

16  in the Paybase database?

17      A.   Not that I'm aware of, but I would have to

18  confirm that to be absolutely certain.  I don't

19  recall seeing any kind of -- they seem to be

20  different types of transactions.

21      Q.   And how would you go about confirming that?

22      A.   I would probably need to look at the

23  transactions tables and associate those with the

24  types of products that are being transacted to

25  confirm that they're mutually exclusive, if possible.

1   Q.   Do you agree that in order to -- in order

2   for an expert to calculate damages it's important for

3   the expert to verify that the data on which he's

4   relying has integrity?

5   A.   Well, as somebody that calculates damages,

6   it's not always possible for me to verify that the

7   data has integrity, but that's certainly the aim is

8   to use data that's accurate.

9        Oftentimes I rely on data that comes from

10   clients or from defendants, plaintiffs, produced in

11   the litigation process.  I have no way of verifying

12   that that data is accurate.  I have to take that as

13   an assumption of my analysis.  If there are tests

14   that can be done or there are checks that can be done

15   to check the reasonableness of the data, then I'll

16   oftentimes do that, to the extent that I can, but

17   it's not always possible to verify the accuracy of

18   underlying data in a damages analysis.

19   Q.   But you'd agree that it's important in order

20   to be able to calculate damages to have the best,

21   most reliable data possible?

22   A.   I would like to use the best data possible,

23   yes, the most reliable data possible.

24   Q.   Okay.  Do you -- if you're asked to go

25   forward and calculate damages in this case, do you

1    plan to use the best, most reliable data available?

2              MR. WATTERSON:  Object to the form.

3              THE WITNESS:  I would endeavor to use the

4    most best and most reliable data that's available to

5    me.  Now, that would certainly be my preference, and

6    I would try to do that, assuming that I have a choice

7    in different data sets to use, then I would try to

8    identify the data set that's the most accurate and

9    complete.

10   BY MS. CAVE:

11       Q.   Okay.  The factual record in this case

12   indicates that there were a number of instances where

13   ZenCloud and Paybase were hacked externally and data

14   was manipulated by an outside party.  Assuming that's

15   true, would that affect your damages analysis in this

16   case?

17       A.   If I were to learn that certain records were

18   not reliable within the database, it might well

19   affect the way I treat those records.  But I'm not

20   certain as I sit here how it might affect the

21   analysis.

22       Q.   Okay.  Are you aware that GAW Miners

23   employees made manual changes to entries in the

24   databases?

25       A.   I did see some records that looked to me to

1    A.   I haven't analyzed that issue.

2    Q.   Do you know whether that affects your

3 calculation of damages in this case whether there are

4 any foreign putative plaintiffs?

5    A.   I'm not certain.  I'd have to speak to

6 counsel about that.

7         MS. CAVE:  Okay.  Actually, if you want to

8 take a lunch break right now --

9         MR. WATTERSON:  I don't think lunch is

10 quite -- let's go off the record.

11        MS. CAVE:  Okay.

12        THE VIDEOGRAPHER:  Off video at 12:29 p.m.

13        (Recess held 12:29 p.m. to 12:39 p.m.)

14        THE VIDEOGRAPHER:  Back on video at

15 12:39 p.m.

16 BY MS. CAVE:

17    Q.   Okay.  Mr. Mills, if asked to analyze

18 damages in this case, do you -- will you need to

19 ascertain who is or is not a member of the class?

20    A.   I think I would need an understanding of

21 that, yes.  I mean, I could perhaps estimate damages

22 at the user ID level and then try to identify

23 user IDs that belong to customers that are not part

24 of the class and exclude them, but I think at the end

25 of the day there would be a need to understand which

1    users are in the class.

2         Q.   Okay.  And so how would you go about --

3    assuming that we have the class -- if the court were

4    to grants the motion for class certification using

5    the definition the plaintiffs have proposed here, how

6    would you go about ascertaining who is a member of

7    the class?

8              MR. WATTERSON:  Object to the form.

9              THE WITNESS:  I mean, I'm not certain

10   without doing it, but I think one thing I would do is

11   look at the transaction dates to see whether

12   transactions occurred during the class period for the

13   products that are at issue, and that would identify

14   user IDs that are relevant in my view.

15             Now, there might be a need to exclude some

16   of those user IDs if they belong to employees.  I'm

17   not sure how I would do that off the top of my head.

18   I would need to think about that issue, but perhaps I

19   could use email addresses or other information to

20   identify those accounts.

21   BY MS. CAVE:

22        Q.   You're aware that Josh Garza originally was

23   a defendant in this case but is no longer a

24   defendant?  Do you know that?

25        A.   I don't recall whether I heard that or not.

1    Q.   Do you know that Mr. Garza was criminally

2  charged, pled guilty, and has been sentenced?

3    A.   I did read that, yes.

4    Q.   Okay.  Have you read the transcript of his

5  sentencing?

6    A.   No.

7    Q.   Okay.  Are you aware that the court ordered

8  that he, Mr. Garza, repay $9.1 million in

9  restitution?

10    A.   I do recall reading something to that

11  effect, yes.  I don't remember the exact amount but

12  9 million sounds right.

13    Q.   Are you aware that the government had -- by

14  the government I mean the US Department of Justice,

15  the US Attorney's Office in Connecticut had an

16  analyst analyze the ZenCloud and Paybase databases?

17    A.   That sounds familiar, but I don't know the

18  details.

19    Q.   Okay.  Do you know who that person was?

20    A.   No.

21    Q.   And you've not spoken with whoever the

22  government analyst was?

23    A.   No.

24    Q.   Okay.  Are you aware that the government

25  determined that some users did make money on their

Exhibit B-21

- [Recent](#)
- [Tags](#)
- [Popular](#)
- [Users](#)
- [Search](#)

- [Register](#)
- [Login](#)

- Search

  Search

- 

- Enter index

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

1. [Home](#)
2. [Private Marketplace](#)
3. [WTB] (Closed) Buying your Account, Zencloud Accounts -DEAL only with ESCROW-

- cloudjoe cloudjoe

### [WTB] (Closed) Buying your Account, Zencloud Accounts -DEAL only with ESCROW-

Interested for buying some Zencloud Accounts.
Up to 200-300Mhs.

You have paid for with CC or Paypal Iam not interested.

Payment in BTC

Deals only through Escrow: @DrPaul and @AnimoEsto or other

Open chat and tell me your offer.

.

#click here **Hash Lottery** win up to **$20**

.

**cloudjoe** posted , last edited by **cloudjoe**
- ○ Watch
- ○ Favourite 1
- ○
- ○ Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [                    ]
- • 2
- **account28** **accounts2** **wtb14** **buying15** **zencloud199** | Posts **24** | Views **548** • browsing
  **Reply**
- FreakMiner  FreakMiner

Small size accounts or bigger aswell ?

Regards

**FreakMiner** posted
- ○
- ○ Favourite 0
- ○
- ○ Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [                    ]
- • 0
- cloudjoe  cloudjoe

@AnimoEsto said:

    I can say yes for me - and I am pretty sure @DrPaul will do it as well - wait until he is around

    Thanks for the :coffee: I have one now ;)

Thank you.

.

#click here **Hash Lottery** win up to **$20**

.

**cloudjoe** posted

- ○
- ○ Favourite 0
- ○
- ○ Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [ ]

- 0

- cloudjoe  cloudjoe

[@FreakMiner](#) said:

> Small size accounts or bigger aswell ?
>
> Regards

Small and Big ones.
What you have?

.

#[click here](#) **Hash Lottery win up to $20**

.

**cloudjoe** posted

- ○
- ○ Favourite 0
- ○
- ○ Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [ ]

- 0

- UniMatrixZ  UniMatrixZ

I was under the impression private sales of hashlets and accounts was not allowed...???


You gotta know when to hold'em know when to fold 'em know when to walk away know when to run!
XPY: PSep1VNeXPcn88WU9uj3K4tLJoxfyg1qWc

**UniMatrixZ** posted

- ○
- ○ Favourite 0
- ○

- Share this Post
- Facebook
- Twitter
- Google+

- 1

cloudjoe cloudjoe

@UniMatrixZ said:

I was under the impression private sales of hashlets and accounts was not allowed...???

Hashlet transfer is not allowed.
I buy only whole accounts with ESCROW.

.

#click here **Hash Lottery win up to $20**

.

**cloudjoe** posted

- Favourite 0
- Share this Post
- Facebook
- Twitter
- Google+

- 1

FreakMiner FreakMiner

@cloudjoe said:

@FreakMiner said:

Small size accounts or bigger aswell ?

Regards

Small and Big ones.
What you have?

2x 100 Prime
5x Solo Hashlets ( from each one )
50 GH/s Genesis
10 GH/s Genesis

Regards

**FreakMiner** posted

- ○
- ○ Favourite 0
- ○
- ○ Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [                              ]
- • 0

- cloudjoe  cloudjoe

[@FreakMiner](#) said:

> [@cloudjoe](#) said:
>
> > [@FreakMiner](#) said:
> >
> > > Small size accounts or bigger aswell ?
> > >
> > > Regards
> >
> > Small and Big ones.
> > What you have?
> >
> > 2x 100 Prime
> > 5x Solo Hashlets ( from each one )
> > 50 GH/s Genesis
> > 10 GH/s Genesis
> >
> > Regards
>
> Iam interested.
> Chat is open.
>
> .
>
> #[click here **Hash Lottery** win up to **$20**](#)
>
> .

**cloudjoe** posted

- ○
- ○ Favourite 0
- ○
- ○ Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [                              ]

- 0
- reini reini

@cloudjoe for how much mhs are you looking for?

http://scrypt.cc?ref=bacNc

**reini** posted
  - ○
  - Favourite 0
  - ○
  - Share this Post
  -  Facebook
  -  Twitter
  -  Google+
  - ○

- 0
- cloudjoe cloudjoe

@reini said:

> @cloudjoe for how much mhs are you looking for?

Small and Big ones.
What you have?

.

#click here **Hash Lottery win up to $20**

.

**cloudjoe** posted
  - ○
  - Favourite 0
  - ○
  - Share this Post
  -  Facebook
  -  Twitter
  -  Google+
  - ○

- 0
- reini reini

@trixster67 i belive the announcement on friday will not happen, because of the drama with nicehash....

[http://scrypt.cc?ref=bacNc](http://scrypt.cc?ref=bacNc)

**reini** posted
- ○
  - ○ Favourite 0
  - ○
  - ○ Share this Post
  - ○ Facebook
  - ○ Twitter
  - ○ Google+
  - ○ [                    ]
- • 0
- cloudjoe cloudjoe

BREAK I NEED A COFFEE :-)

.

#click here **Hash Lottery** win up to **$20**

.

**cloudjoe** posted
- ○
  - ○ Favourite 0
  - ○
  - ○ Share this Post
  - ○ Facebook
  - ○ Twitter
  - ○ Google+
  - ○ [                    ]
- • 0
- cloudjoe cloudjoe

Wallet is refilled.

.

#click here **Hash Lottery** win up to **$20**

.

**cloudjoe** posted
- ○

○ Favourite 0
○
○ Share this Post
○  Facebook
○  Twitter
○  Google+
○

• 1
• cloudjoe  cloudjoe

Two days ago bought a account from @BitHash and Escrow through @taylan was fine. Recommended.

.

#click here **Hash Lottery** win up to **$20**

.

**cloudjoe** posted
○
○ Favourite 0
○
○ Share this Post
○  Facebook
○  Twitter
○  Google+
○

• 1
• cloudjoe  cloudjoe

Next Account was succesfully bought from @LiveChains .
Escrow through @taylan :+1:

.

#click here **Hash Lottery** win up to **$20**

.

**cloudjoe** posted
○
○ Favourite 0
○
○ Share this Post
○  Facebook
○  Twitter

- ○  Google+
- ○ [                    ]
- • 3



- •                    LiveChains

[@cloudjoe](#) said:

Next Account was succesfully bought from [@LiveChains](#) .

Escrow through [@taylan](#)  [:+1:]

Confirmed

**LiveChains** posted
- ○
- ○  Favourite 0
- ○
- ○  Share this Post
- ○  Facebook
- ○  Twitter
- ○  Google+
- ○ [                    ]
- • 3

[account28](#) [accounts2](#) [wtb14](#) [buying15](#) [zencloud199](#) | Posts **24** | Views **548** • browsing
[Reply](#)



# Move Topic

Loading Categories

Disabled Categories are greyed out



**Fork Topic**

Title [ Enter new thread title ]
Click the posts you want to fork



**Move Post**

Topic ID 

Close Move

- [1](#)
- [2](#)



## Upload picture

Upload a picture   Choose File   No file selected

You may only upload PNG, JPG, or GIF files (max. kbs.)

Success

Close   Upload picture



Exhibit B-22

1

2                 UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
3                 CASE NO.:  3:16-cv-00940
4       ----------------------------------x
        DENIS MARC AUDET, MICHAEL
5       PFEIFFER, DEAN ALLEN
        SHINNERS, and JASON VARGAS,
6       Individually and on Behalf
        of All Others Similarly
7       Situated,
8                           Plaintiff(s),
9             vs.
10      STUART A. FRASER, GAW
        MINERS, LLC, and ZENMINER,
11      LLC, (d/b/a) ZENCLOUD),
12                          Defendant(s).
        ----------------------------------x
13

14

15        VIDEOTAPED DEPOSITION OF DR. MICHAEL PFEIFFER
16                    New York, New York
17                  Thursday, July 19, 2018
18

19

20

21

22      Reported by:
23      Corinne J. Blair, CRR, CCR, RPR, CLR
24      JOB NO.: 144959
25

Page 2

```
 1
 2
 3
 4                      July 19, 2018
 5                       8:58, a.m.
 6
 7
 8
 9        Deposition of MICHAEL PFEIFFER, held at the
10   offices of SUSMAN GODFREY, 1301 Avenue of the
11   Americas, New York, New York, before Corinne J.
12   Blair, a Certified Realtime Reporter, Certified
13   Court Reporter, Registered Professional
14   Reporter, Certified Livenote Reporter, and
15   Notary Public of the states of New York and New
16   Jersey.
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2   A-P-P-E-A-R-A-N-C-E-S:
 3
 4      SUSMAN GODFREY
 5      Attorneys for Plaintiff(s)
 6         1000 Louisiana Street
 7
 8         Houston, Texas  77702
 9      BY:  COLIN WATTERSON, ESQ.
10
11
12
13      HUGHES HUBBARD & REED
14      Attorneys for Defendants(s)
15         One Battery Park Plaza
16         New York, New York  10004
17      BY:  SARAH CAVE, ESQ.
18
19
20         - and -
21      BY:  ANNA SCHULER, ESQ.
22
23
24   ALSO PRESENT:
25      Sha-la Hollis, Legal Video Specialist
```

Page 4

```
 1
 2              STIPULATIONS
 3
 4        IT IS HEREBY STIPULATED AND AGREED, by and
 5   between the attorneys for the respective parties
 6   herein, that filing and sealing be and the same
 7   are hereby waived.
 8        IT IS FURTHER STIPULATED AND AGREED that
 9   all objections, except as to the form of the
10   question, shall be reserved to the time of the
11   trial.
12        IT IS FURTHER STIPULATED AND AGREED that
13   the within deposition may be sworn to and signed
14   before any officer authorized to administer an
15   oath, with the same force and effect as if
16   signed and sworn to before the Court.
17
18
19
20
21              - oOo -
22
23
24
25
```

Page 5

```
 1
 2        THE VIDEOGRAPHER:  Here begins tape
 3   number one of the videotaped deposition
 4   of Mr. Michael Pfeiffer in the matter
 5   of Denis Marc Audet, et al.,
 6   plaintiffs, versus Stuart A. Fraser, et
 7   al., defendants, in the United States
 8   District Court for the District of
 9   Connecticut.  Case Number
10   3:16-cv-00940.
11        This deposition is being held at
12   the Law Offices of Susman Godfrey, LLP,
13   located at 1301 Avenue of the Americas,
14   New York, New York, on July the 19th,
15   2018 at, approximately, 8:58 a.m.
16        My name is Sha La Hollis, and I'm
17   the legal video specialist from TSG
18   Reporting, Incorporated, headquartered
19   at 747 Third Avenue, New York, New
20   York.
21        The court reporter is Corinne
22   Blair, also in association with TSG
23   Reporting.
24        Will all counsel present please
25   introduce yourselves for the record?
```

Page 54

Michael Pfeiffer

1
2  A   No.
3  Q   Aside from cryptocurrency, are there
4  any other types of financial products that you
5  have studied or followed?
6  A   That's the main one.  I think --
7  I've read some about sort of methods for
8  following market activity.  So it's something
9  I'm interested, but it's not something I
10 consider myself an expert at.
11 Q   Okay.  In terms of your expertise,
12 do you consider yourself an expert in
13 cryptocurrency?
14 A   No.  In fact, that's part of, I
15 think, why I'm a helpful writer on some of
16 these cryptocurrency projects is because I
17 have to ask questions and I have to put it
18 into my own language and that, I think, makes
19 it a little bit easier for me to translate
20 some of the good ideas that cryptographers
21 have and translate them to people who aren't
22 specialists.
23 Q   Understood.  Okay.
24     MS. CAVE:  I'm going to ask the
25 court reporter to mark an exhibit,

Page 55

Michael Pfeiffer

1
2  which will just take a second.  I think
3  this will be Exhibit 84.
4     (Defendant's Exhibit 84,
5  Responses and Objections to
6  Defendant's First Interrogatories
7  to Plaintiffs, was marked for
8  identification at this time.)
9  BY MS. CAVE:
10 Q   If you could just take a moment to
11 look at that, Mr. Pfeiffer.
12 A   Yes.
13 A   Do you want me to read it --
14 Q   You don't need to read it
15 line-by-line, but I'll just ask you a few
16 questions about that.
17     First of all, have you seen this
18 before?
19 A   I have.
20 Q   Okay.  And these are your responses
21 to interrogatories that you received in this
22 case?
23 A   I believe so.  Let me take a look,
24 but yes, it looks like they're the ones that
25 I made, yes.

Page 56

Michael Pfeiffer

1
2  Q   And did you assist in preparing the
3  responses --
4  A   Yes.
5  Q   -- that are in this document?
6     Okay.  And did you understand when
7  you were preparing your responses that it was
8  important to be complete and accurate?
9  A   Yes.
10 Q   Okay.  And what did you do --
11 without getting into any discussions with your
12 counsel, what did you do to collect the
13 information that is provided in these
14 responses?
15 A   The lawyers gave me some directions
16 and instructions about how to gather the
17 information.  So I followed their directions
18 about how to enter the search terms and
19 return the relevant material.
20 Q   And did you, yourself, draft the --
21 write up the responses that are reflected in
22 this document?
23 A   You know, I see that some of these
24 have reference to specific numbers of
25 documents, and those certainly I wouldn't

Page 57

Michael Pfeiffer

1
2  have access to, like this one that says
3  GAW00691304, I don't have that.
4  Q   That's our code language here in
5  this case.  I wouldn't ... very good.
6     So if you could turn to the --
7  page 3 of this document, and there's a number
8  one there kind of midway down the page under
9  Responses.
10     And so the number one is the
11 interrogatory, the question, itself, and then
12 there's a response from you.
13     And there are -- this question seeks
14 your e-mail addresses and online user names,
15 et cetera.
16     So just going through your response
17 then, you list three user names for the
18 HashTalk forum; is that correct?
19 A   Yes.
20 Q   And the first one is ETruscan,
21 E-T-R-U-S-C-A-N.
22 A   Correct.
23 Q   And the second is @miningthailand,
24 correct?
25 A   Right.

Page 58

Michael Pfeiffer

1
2      Q   And the third is @hashling.
3      A   Right.
4      Q   Are there any other user names that
5  you use for the HashTalk forum other than
6  those three?
7      A   Not that I recall using.  It's
8  possible that the -- that the forum might
9  have generated accounts automatically for any
10  of the accounts that I held.  And since I've
11  purchased accounts from other GAW customers,
12  those -- the user name on the account might
13  be linked with the user name on the forums,
14  as well.
15      Q   Okay.  As between these three user
16  names that are here, is there one that you
17  used more than others?
18      A   @hashling would have been the one
19  that I used more than others.
20      Q   All right.  And then the next line
21  has @MPfeiffer.com for e-mail.
22      A   Right.
23      Q   So you have your own e-mail domain?
24      A   So I have my own domain.  And
25  when -- in owning my own domain at

Page 59

Michael Pfeiffer

1
2  MPfeiffer.com, I also have access to any
3  e-mail that ends in the suffix of at.  So it
4  could be -- my primary address is
5  Michael@MPfeiffer.com.  But if I'm signing up
6  for a service, if it was like advertising, a
7  corporate service, I might say I don't want
8  to give this address out to everybody so they
9  have my personal -- and also so I can track
10  if they're using it and giving it away to
11  other people.
12      Q   Is that stored through a service or
13  a particular vendor then?
14      A   I'm not exactly sure how that works.
15      Q   Okay.  And when did you set up the
16  @MPfeiffer.com domain?
17      A   It might have been 2012 or something
18  like that.  I'm not sure.  2013.
19      Q   So are -- just to give a couple of
20  examples of the @MPfeiffer.com domain, is
21  paycoinPoker@MPfeiffer.com, is that one of the
22  e-mail addresses you set up?
23      A   That would be one, yes.
24      Q   Or fierce@MPfeiffer.com?
25      A   Right.  And Fierce was the name of

Page 60

Michael Pfeiffer

1
2  one of the accounts I had purchased.
3      Q   Okay.  Very good.
4      Okay.  Turning to number 5, which is
5  on page 4.  This question asks about your --
6  any telephone conversations, in-person
7  meetings, or other communications with Josh
8  Garza.
9      So -- and this identifies a paper
10  letter that you sent to Garza; is that
11  correct?
12      A   That's right.
13      Q   Do you have a copy of that?
14      A   I don't have a copy of that.
15      Q   And why did you send Mr. Garza a
16  paper letter?
17      A   Well, I was requesting his
18  contribution in funding, in the form of
19  Paycoin, I think, or whatever the asset was
20  that was being issued by GAW Miners at the
21  time, to help assist with my dissertation
22  that I was working on at the time.  I was
23  doing research.  And I wondered if he would
24  be willing to contribute financial assistance
25  to that.

Page 61

Michael Pfeiffer

1
2      Q   So why did you send a paper letter
3  as opposed to another form of communication
4  then?
5      A   I felt it would be more formal and
6  more respectful.
7      Q   Okay.
8      A   And I thought that it might stand
9  out and get his attention.
10      Q   Okay.  And did he respond to you?
11      A   I never heard any response from him.
12      Q   Did you share the letter that you --
13  the paper letter that you sent to Mr. Garza,
14  did you share it with anyone else?
15      A   I did not.
16      Q   Okay.  Your response to
17  Interrogatory Number 5 also refers to a phone
18  conversation with Mr. Garza in April 2015.
19      Who initiated that call, yourself or
20  Mr. Garza?
21      A   I can't remember who initiated that
22  call.  I believe that it followed from
23  communications that Mr. Garza and I had
24  online.  And I'm not exactly sure who
25  initiated that communication either.

Michael Pfeiffer

1
2        And how often did you monitor the
3   prices through the website?
4        A   I think that the record shows that I
5   was a fairly active buyer and seller of
6   these.  So I would say that I was monitoring
7   it pretty closely on a regular basis.
8        Q   Did you have a particular time of
9   day that you engaged in these transactions, or
10  was it periodically throughout the day?
11       A   I don't recall.
12       Q   And then on the last two pages,
13  pages 53 and 54, at the bottom of 53 -- I'll
14  give you a minute to get there.
15       A   Yes.
16       Q   You have a chart of paycoins
17  converted from hashpoints.
18       Do you see that?
19       A   I do.
20       Q   Okay.  And this -- I think we were
21  discussing this a little bit earlier about the
22  hashpoints conversion and that the conversion
23  was done by the company; is that right?
24       A   Correct.
25       Q   Okay.  Did you or any other customer

Michael Pfeiffer

1
2   have any control over when the conversion
3   happened or whether it happened?
4        A   I don't believe so.
5        Q   Okay.  Could you keep your
6   hashpoints from being converted?
7        A   I don't think you could, and I can't
8   imagine that anybody would want to, because
9   they were valueless tokens.
10       Q   Okay.  So until they were converted
11  to paycoins, they didn't have any value?
12       A   That's correct.  And after they were
13  converted.  So at no point did they have any
14  value, except as a token.
15       Q   Okay.  Just give me one second on
16  that document.  See if I can ...
17       Okay.  I think you can set that to
18  the side.  And we'll show you another
19  document, which will be 97.
20       (Defendant's Exhibit 97,
21       E-mail, March 3, 2015, was marked
22       for identification at this time.)
23  BY MS. CAVE:
24       Q   This Exhibit 97 is an e-mail from
25  Admin Paycoin Poker to

Michael Pfeiffer

1
2   Paycoinpoker@MPfeiffer.com.  It appears dated
3   May -- March 3rd, 2015.
4        Do you recall receiving this?
5        A   No.
6        Q   Do you know what Paycoin Poker was?
7        A   I sort of vaguely remember that
8   there was an online, maybe, poker website
9   where you could play virtual poker and bet in
10  cryptocurrency.
11       Q   Okay.  Did you participate in that?
12       A   I don't recall ever playing in that.
13  Yeah, I don't remember that.
14       Q   What were -- are you familiar with
15  the affiliate programs at GAW Miners and
16  Zenminer?
17       A   No.
18       Q   Okay.  Did you ever participate in
19  any of the affiliate programs?
20       A   Not that I recall.
21       Q   Okay.
22       A   As far as I know, this was not a GAW
23  project.
24       Q   Okay.
25       A   I think it was a short-lived

Michael Pfeiffer

1
2   third-party project.  I don't know why it
3   folded.  It folded sometime after it started.
4        Q   Do you play poker, by the way?
5        A   I play poker.  I play Texas Hold'em
6   with friends.
7        Q   Do you play online or with friends?
8        A   With friends.  Just in-person.
9        Q   Okay.  You can set that to the side.
10       MS. CAVE:  I'll show what you we'll
11  mark as Exhibit 98.
12       (Defendant's Exhibit 98, Letter
13       of Authorization, signed October
14       11, 2015, was marked for
15       identification at this time.)
16  BY MS. CAVE:
17       Q   Exhibit 98 is at Letter of
18  Authorization from you that appears to have
19  been digitally signed on October 11th, 2015.
20       Is that your -- can you confirm
21  that?
22       A   Yeah.  That's what -- I see that
23  digital signature there, yes.
24       Q   And what was the purpose of this
25  Letter of Authorization?

Michael Pfeiffer

1
2     A    It looks like it was a Letter of
3  Authorization to allow Allen Shinners to
4  receive a complete transaction history data
5  from my zen cloud and Paybase accounts.
6        I believe that the purpose of this
7  was to verify -- I think to -- essentially to
8  identify some of the losses that people had
9  experienced as a result of their investment
10 in GAW Miners.  And to begin to document
11 the -- yeah.
12     Q    What led you to complete this Letter
13 of Authorization?
14     A    Well, I had suffered damages from
15 the GAW Miners' actions and -- and I wanted
16 to see if I could be a part of a class action
17 lawsuit that would help me and other people
18 who had suffered losses to recover on those.
19     Q    How did you find out about this, the
20 process that's set forth in this Letter of
21 Authorization?
22     A    I don't really remember how I
23 learned about this process.  I think that
24 this might have been in exchange -- it
25 happened even by the time that the lawsuit

Michael Pfeiffer

1
2  was beginning, or that the firm had begun to
3  take on the lawsuit.  I'm not sure whether it
4  was -- or whether it was information.  I
5  think it was maybe information that Allen
6  Shinners wanted to gather and to verify and
7  present so that anybody interested in taking
8  the lawsuit on at a firm might understand
9  what the, you know, what was at stake here.
10     Q    Okay.  And how did you learn about
11 the potential formation of a lawsuit?
12     A    I think there had been a number of
13 people who had posted about lawsuits online.
14 Allen Shinners seemed to be somebody who was
15 active, persistent, and organized in the
16 effort.  And he had also been somebody who
17 had posted on HashTalk.  So his name --
18 his -- he went by @Allen1980s.  That was his
19 user name.
20        I had seen his posts so that I was
21 familiar with his, you know, with his
22 character, I guess, as an online person.
23     Q    Prior to this date, which is
24 October 11th, 2015, had you had any -- had you
25 spoken to Mr. Shinners?

Michael Pfeiffer

1
2     A    I believe that by this point, I had
3  already shared with him my -- my own
4  downloads of the materials from zen cloud and
5  Paybase and the GAW Miners accounts.  So I
6  think that this might have been a sort of
7  step up to make sure that not only did he
8  have my information, but he could actually
9  get it from the source.
10     Q    Okay.
11     A    That it wasn't just me saying it or
12 me inventing it, but he could actually
13 present verified data that this was real.
14     Q    So the top of this refers to him as
15 being a third-party administrator,
16 Mr. Shinners.
17        Do you know how he came to have that
18 title?
19        MR. WATTERSON:  Object to the form.
20        THE WITNESS:  My guess is -- I
21     don't know how he came to that.  Yeah,
22     I just don't know.
23     Q    Okay.
24     A    I'm not sure what it means.  If it's
25 a name he made up himself or ...

Michael Pfeiffer

1
2     Q    And down at the bottom, it says, "I
3  hereby authorize access to and transmission of
4  my account information from BCI."
5        What's BCI?
6     A    I believe BCI is the name of the
7  company that had formed a partnership or had
8  -- had a contract with GAW and Garza to --
9  to -- I'm not sure if there's a word for
10 this, but I think it's called, to end of life
11 something; to end of life the hashlets
12 program.
13     Q    Okay.
14     A    To wind down the -- the contracts
15 that had been initiated by GAW and manage
16 them without, I guess, GAW's involvement.
17     Q    Okay.  And in parenthesis next to
18 BCI, it refers to Matthew Eden.  That's the
19 individual we were referring to before who had
20 been a GAW Miners employee; is that right?
21     A    That's correct.
22     Q    And it says, Matthew Eden, owner.
23        Did you understand that Matthew Eden
24 owned BCI?
25     A    I mean, I see it here.  I don't

Michael Pfeiffer

1   impression, like how does this look to me
2   kind of thing.
3       Q   And do you know if any action was
4   taken on any of these projects?
5       A   I believe that the entire project
6   was disbanded shortly after it was started.
7       Q   Okay.  And if you flip to the second
8   page, the item at the top is at Hashling, and
9   that's your handle?
10      A   Correct.
11      Q   So the description to the right of
12  that that begins, "Establish distributed
13  justice dot org," that's the project that you
14  were proposing, yourself?
15      A   Yes.
16      Q   And then down in the middle of the
17  page, it says in all caps, "You are admin."
18          What does that mean?
19      A   So I believe that Josh Garza did
20  have access to this document and he wrote,
21  "You are admin."  I guess if he assumed that
22  I was online or thought I would get that
23  message that way, I don't know why he
24  wouldn't have communicated it to me in, you

Michael Pfeiffer

1   know, in some other channel, but this was how
2   he communicated it.  It seems haphazard to
3   me, but that's what it is.
4       I'm not sure if I ever saw that
5   there.  Anyhow, I don't know.
6       Q   And the 215 number there, is that
7   your --
8       A   That's my cell phone number, yes.
9       Q   And then down at the bottom, there's
10  just a list of -- it appears to be the bottom
11  of the category column.  There's new web
12  store, new coins, new integration.
13      Do you know what those signify?
14      A   It looks like that was my
15  categorization of what type of service or
16  proposal, or kind of like market that
17  proposal fit into.
18      Q   Okay.  You can set that to the side.
19  Thank you.
20      I show you what we'll mark as
21  Exhibit 100.  And I apologize in advance for
22  the font size on this.
23      (Defendant's Exhibit 100,
24      Screen-shot of spreadsheet, was

Michael Pfeiffer

1   marked for identification at this
2   time.)
3   BY MS. CAVE:
4       Q   So what we've done with Exhibit 100,
5   the top page is a screen-shot of a spreadsheet
6   so that you could see -- at the top, it says,
7   GAW suit and Pfeiffer.  Allen Magic Matrix.
8       Have you seen this before?
9       A   Yes, I have.
10      Q   Okay.  Did you prepare this?
11      A   I contributed the raw data that we
12  discussed earlier that I had signed, allowing
13  Allen Shinners' access to that data from my
14  Zenminer account.
15      And Allen Shinners, I believe, put
16  it into his Magic Matrix.  And what that, I
17  believe, is, is an Excel spreadsheet with
18  formulas that calculated these end results.
19      So while I participated by
20  contributing the data, the calculations are
21  his and not mine.
22      Q   Okay.  So then what we did here,
23  just because it's hard to read, we printed out
24  the summary CALC tab.  It's the second page of

Michael Pfeiffer

1   the document that you're looking at, just
2   because it's a little bit easier to read.
3       A   Yes, it is.
4       Q   Okay.  So if you -- it's probably
5   easier to just use the second page then.
6       So just, in general, what was the
7   purpose of this spreadsheet then?
8       A   I believe it was a way that Allen
9   Shinners was trying to assess the damages,
10  the monetary damages for --
11      MR. WATTERSON:  Hold on.  I think
12  this might be work-product then.
13      THE WITNESS:  Oh.
14      MR. WATTERSON:  And I think all the
15  underlying data wouldn't necessarily
16  be, but if this is a calculation of
17  damages -- yeah.  I mean, so I'll
18  object to this going into this
19  calculation.
20      MS. CAVE:  Okay.  Well, I'd like to
21  proceed with at least finding out what
22  the categories are --
23      MR. WATTERSON:  Sure.
24      MS. CAVE:  -- that are listed

Michael Pfeiffer

1 here.
2 MR. WATTERSON:  That's fine.
3 BY MS. CAVE:
4 Q   So to go down through each of the
5 categories on the spreadsheet:
6 Privately Purchased Accounts.  Does
7 that refer to what we were looking at
8 earlier; that was the list of the accounts
9 that you bought from other customers?
10 A   Yes.
11 Q   Okay.  And then the purchases
12 GAWMiners.com refers to what?
13 A   I think we talked earlier about --
14 that GAW Miners was a seller of services --
15 or seller of contracts directly, or products
16 directly, but also later you could buy or
17 sell GAW Miners products on the hash market,
18 on GAW's market.
19 So these were ones that were
20 purchased directly with credit card or
21 Bitcoin or debit card on the GAW Miners.com
22 website from GAW Miners directly.
23 Q   Okay.  The next row is zen cloud
24 purchases made.

Michael Pfeiffer

1 What does that refer to?
2 A   I think zen cloud also allowed you
3 to make purchases of various products and
4 services directly on zen cloud.  I think, if
5 I recall correctly, those purchases could
6 only be made with Bitcoin.
7 Q   Okay.  But here they've been
8 assigned a dollar value?
9 A   It appears to be so.
10 Q   Okay.  And then the next row is
11 Hashlets/Staker Sales in the Marketplace.
12 A   Right.
13 Q   What does that --
14 A   The marketplace would refer to the
15 -- what we discussed earlier, the hash market
16 that GAW Miner hosted and took a 20 percent
17 cut of every transaction.
18 Q   And then the next row is Total
19 Account Purchases/Sales.
20 Is that what you understand to be
21 the total of your purchases and sales of GAW
22 Miners' products?
23 A   That's what it appears to be, a
24 summary of the above items.

Michael Pfeiffer

1 Q   Then the next row is, Hashpoints XPY
2 at $4.00.
3 Why -- what does that signify here
4 in this chart?
5 A   I believe that the number of XPY in
6 my accounts would have been the raw number in
7 the center, which looks like 6318.95 --
8 sorry.  That's -- sorry.
9 So the number at the far right would
10 be the number of hashpoints.  And then I
11 think -- it's a 20-to-1 ratio.  So the number
12 in the center would be the number of
13 hashpoints divided by 20, something like
14 that, to give it a $4.00 valuation.
15 I'm not exactly sure exactly how --
16 Allen made that calculation.
17 Q   You didn't make this calculation,
18 yourself?
19 A   That's correct.
20 Q   Okay.  But by the number in the
21 center, you're referring to the 6318.95?
22 A   Yeah, that looks like it's
23 denominated in XPY.  So I would assume that
24 the number at the far right, the 25275.80 is

Michael Pfeiffer

1 the number of hashpoints that were in the
2 account at the time of conversion from
3 hashpoints to XPY.
4 Q   Okay.  The next line is, Payouts
5 BTC.
6 What is that referring to?
7 A   I believe that refers to the
8 hashlets that generated, supposedly, income
9 from mining, minus a fee that was actually
10 deposited to my account.  Yeah.
11 Q   So the dollar value of the Bitcoin
12 that you received in these payouts is the
13 11 -- 11840.45?
14 A   That's what it looks like to me,
15 yes.
16 Q   And the next line is, Service Fees
17 BTC.
18 Do you see that?
19 A   Yes.
20 Q   And what's the service fees
21 referring to?
22 A   Every hashlet was charged, I think,
23 a daily service fee.  So even if -- so if
24 supposedly you made that -- the mining power

EXHIBIT ID
102
DATE: 7/19/18
CORINNE J. BLAIR, CSR RPR

Michael Pfeiffer michael@mpfeiffer.com     account summary

**GAW purchases CC**                date

| | | |
|---|---|---|
| 789.99 | USAA Debit M( | 8/25/2014 |
| 149.9 | USAA Debit M( | 8/25/2014 |
| 149.96 | USAA Debit M( | 8/26/2014 |
| 159.98 | USAir MC | 8/24/2014 |
| 199.9 | order #29081 | 8/24/2014 see email pdf for verifciation |
| 149.98 | BR Visa | 8/23/2014 |
| 159.96 | BR Visa | 8/26/2014 |
| 124.99 | USAA Debit M( | 8/28/2014 |
| 124.99 | BR Visa | 8/27/2014 |
| 24.99 | *USAA Visa 67* | 8/28/2014 |
| -24.99 | *USAA Visa 6771: Credit issued for $24.99 8/28/2014 transaction date* | |
| 14.7 | BR Visa | 9/3/2014 |
| 49.95 | BR Visa | 9/6/2014 |
| 499.5 | BR Visa | 9/6/2014 |
| 249.75 | BR Visa | 9/9/2014 |
| 497.95 | BR Visa | 9/9/2014 |
| 497.95 | BR Visa | 9/10/2014 |
| 209.5 | BR Visa | 9/14/2014 |
| 20.95 | BR Visa | 9/14/2014 |
| 9.9 | BR VIsa | 9/14/2014 |
| 20.95 | BR Visa | 9/23/2014 |
| 7.95 | USAir MC | 12/1/2014 |
| 7.95 | USAir MC | 12/1/2014 |
| 7.95 | USAir MC | 12/1/2014 |
| 33.16 | USAir MC | 12/2/2014 |
| -5.01 | USAir MC | 12/3/2014 |
| **4132.75** | **TOTAL** | |

combined CC Purchases
4132.75
699.5
**4832.25  TOTAL**

**3rd party (YouCanMine) Credit Card purchases**

| | | |
|---|---|---|
| 349.75 | USAA Visa | 10/14/2014 |
| 349.75 | Banana Repub | 10/14/2014 |
| **699.5** | **TOTAL** | |

**ZC account purchases emails & BTC txid**

| username | email | escrow | BTC | address | txid | USD | date |
|---|---|---|---|---|---|---|---|
| sdrebel | michael@mpfeiffer.com | animo | 7 | 186p27nC2ywç | f9d04517dd85ł | 3360.7 | 9/13/2014 |
| warbigold | warbigold@mpfeiffer.com | animo | 1.7 | 1QDFtGTLdWł | 757d3ec6f1a0e | 690.84 | 9/27/2014 |
| tripppn | tripppn@mpfeiffer.com | animo | 0.7 | 15RdbBhH9PF | 50f20cf3b2d2eı | 330.45 | 9/12/2014 |
| sheep | sheep@mpfeiffer.com | btcrow | 3.4 | 16AGS1XpQA\ | 1e85c8994c47ŧ | 1,405.70 | 9/26/2014 |
| miningThailanc | miningthailand@mpfeiffer.com | btcrow | 4.131775 | 1FWLwo52qZ4 | 685787d41d8aı | 2161.5 | 8/26/2014 |
| fierce | fierce@mpfeiffe fjschiller@gmai | btcrow | 3.4565825 | 171hZ2R5UmA | d0ee946574b0 | 1,369.01 | 9/23/2014 |
| banman24 | banman24@mpfeiffer.com | hashtalk | 0.27 | 17M5SERQ8t | 06aefa774e45ẻ | 110.74 | 9/25/2014 |

**ZenCloud BTC address by account**

19eRCMsqyuzjtyNoXtKSCddNQNAxpLE8T8
1JBt2YJ5LewsdcL2X8LN3mfd5ewNGksu9s
124PMoSBKckbNydxNdRmDiBaE7tgFfbASD
1JTYUBeKKXAoB1yyvTWdSqx3HoNN1oH5bx
173pRat7uEb2R9RHRXu28NpfjnRcfwLUp7
1QBA2pSfpNFHHZy2Pu3JCz9LBR1gCi4qXa
136DUy9SHjHoChksmbAykhaD7x3vrnPuRk

**Total amount BTC invested and re-invested in ZenCloud**

|  |
| --- |
| 0.20054933 |
| 0.048 |
| 0.11274964 |
| 0.34803071 |
| 0.71513708 |
| 0.0789924 |
| 0.0495 |

x

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| destroyer | btcdestroyer@gmail.com | taylan | 0.19711225 | 1CTt5FQ3N4P6eee9b2e76d8 | 70.91 | 10/11/2014 | 1BE54wm2nhLpDRYbZP6uAvcLyA4c27nEi2 |
| zerocylinders@yahoo.com | | merged into ma | 5.0775 | 13tZkXrUy7vjS c843850c101al | 2,498.02 | 9/4/2014 | merged account: no separate address |
| sserhan2@gmail.com | | animo | 1.36 | 17hep4hFGfd£8c694af892f53 | 319.5 | 9/6/2014 | merged account: no separate address |
| | | | | | | | |
| etruscan | etruscan@mpfeiffer.com | not a purchased account | | | | | 1Aggo3vco6afENygw6PV5wYg77wmbc9Ro3 |
| jedbell | jedcito@gmail.com | not a purchased account | | | | | 1AZNx3RT65nUrE4UQhBnDcz8miRnUm998e |

**Total BTC**  27.2929698        12317.37 **Total purchased accounts USD**

**Total HP Conv** total XPY from HP
2527580      6,318.95

0.09683287
1.64979203

128.4342919
0.60877617

Mail - ZenHardware Codes are ready to activate                                        6/8/16, 7:13 PM



Michael Pfeiffer <michael@mpfeiffer.com>

## ZenHardware Codes are ready to activate
3 messages

**noreply@cloud.zenminer.com** <noreply@cloud.zenminer.com>                Fri, Nov 28, 2014 at 1:29 PM
To: fierce@mpfeiffer.com

## Hello

Warning, this is your activation code.
Please do not share with anyone else unless you know that you are ok with someone
else activating miner.

Please use the following ZenHardware code to activate your device:

| Miner Type | Purchase Price | ZenHardware Code |
|------------|----------------|------------------|
| HashStaker 1 | $17.95 | a5cfdd7ef9d405235aa062a288b704b62f14415c |

If you do not currently have a ZenCloud account, please click the button below to
create a new account in order to redeem your ZenHardware Code

| Create Account |
|:--------------:|

If you have an existing ZenCloud account, please go here in order to redeem your
ZenHardware Code

Thanks,
zenportal


If you have any questions you can contact us at support@zenminer.com


**noreply@cloud.zenminer.com** <noreply@cloud.zenminer.com>                Fri, Nov 28, 2014 at 2:31 PM
To: fierce@mpfeiffer.com

# Hello

Warning, this is your activation code.
Please do not share with anyone else unless you know that you are ok with someone else activating miner.

Please use the following ZenHardware code to activate your device:

| Miner Type | Purchase Price | ZenHardware Code |
|---|---|---|
| HashStaker 1 | $17.95 | 9502c8f5da0700eca90a96fbe96705e7f85b7ca7 |

If you do not currently have a ZenCloud account, please click the button below to create a new account in order to redeem your ZenHardware Code

| Create Account |
|---|

If you have an existing ZenCloud account, please go here in order to redeem your ZenHardware Code

Thanks,
zenportal

If you have any questions you can contact us at support@zenminer.com

---

**noreply@cloud.zenminer.com** <noreply@cloud.zenminer.com>                Fri, Nov 28, 2014 at 2:40 PM
To: fierce@mpfeiffer.com

# Hello

Warning, this is your activation code.
Please do not share with anyone else unless you know that you are ok with someone else activating miner.

Please use the following ZenHardware code to activate your device:

| Miner Type | Purchase Price | ZenHardware Code |
|---|---|---|
| HashStaker 1 | $17.95 | 776cdd3ebdc32c67cf1baa3b365ffee96a25629c |

If you do not currently have a ZenCloud account, please click the button below to create a new account in order to redeem your ZenHardware Code

## Create Account

If you have an existing ZenCloud account, please go here in order to redeem your ZenHardware Code

Thanks,
zenportal

If you have any questions you can contact us at support@zenminer.com

# Exhibit B-23



Michael Pfeiffer <michael@mpfeiffer.com>

## Deal for 2 Primes from Destroyer to Hashling
14 messages

---

**taylan unal** <taylanu@gmail.com>                                    Sat, Oct 11, 2014 at 2:35 PM
To: michael@mpfeiffer.com, btcdestroyer@gmail.com

Hey guys, here we will openly discuss the deal and arrange the agreement. Right now, info I have is that the agreed price is 0.197 BTC. Once BTC is received from Hashling, I will ask Destroyer for login info. After that, I will verify contents, and pass login to Hashling. After Hashling changes email and password and confirms with me, then I will send funds to Destroyer.

---

**Michael Pfeiffer** <michael@mpfeiffer.com>                           Sat, Oct 11, 2014 at 2:45 PM
To: taylan unal <taylanu@gmail.com>
Cc: btcdestroyer@gmail.com

Hello @taylan and @destroyer,

@taylan thanks for providing escrow.

Just to clarify, I am offering 0.197 BTC for the cloud.Zenminer account with 2 primes and the associated GAWMiners account.

I apologize for the lag. My Gmail account on the laptop is not connecting so I am using my phone.

@destroyer if you I agree with these terms, please confirm.

Also, could you D activate two factor authentication before giving your credentials to escrow?

Also, escrow, could you change the password before you give it to me?

Thank you,
Michael

[Quoted text hidden]

---

**taylan unal** <taylanu@gmail.com>                                    Sat, Oct 11, 2014 at 2:46 PM
To: Michael Pfeiffer <michael@mpfeiffer.com>

I will change password before giving to you of course.
[Quoted text hidden]

---

**BTC Destroyer** <btcdestroyer@gmail.com>                             Sat, Oct 11, 2014 at 2:47 PM
To: Michael Pfeiffer <michael@mpfeiffer.com>

i dont have 2 factor and yes i agree with these terms !!!

On Sat, Oct 11, 2014 at 2:45 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:
[Quoted text hidden]

---

**Michael Pfeiffer** <michael@mpfeiffer.com>                           Sat, Oct 11, 2014 at 2:49 PM
To: taylan unal <taylanu@gmail.com>
Cc: btcdestroyer@gmail.com

I got messages from each of you, but I don't think you copied each other. I just want to make sure we are all on the same page.

I am ready to send the payment as soon as I have a wallet address.

Michael


On Sat, Oct 11, 2014 at 2:45 PM, Michael Pfeiffer <michael@mpfeiffer.com> wrote:

[Quoted text hidden]

---

**BTC Destroyer** <btcdestroyer@gmail.com>                                    Sat, Oct 11, 2014 at 2:49 PM
To: Michael Pfeiffer <michael@mpfeiffer.com>

also hahslin could you send him 200 cause my zencloud has 3 mBTC in it

[Quoted text hidden]

---

**taylan unal** <taylanu@gmail.com>                                           Sat, Oct 11, 2014 at 2:50 PM
To: Michael Pfeiffer <michael@mpfeiffer.com>, btcdestroyer@gmail.com

I just forwarded to destroyer I think everyone should be on the same page.

[Quoted text hidden]

---

**Michael Pfeiffer** <michael@mpfeiffer.com>                                  Sat, Oct 11, 2014 at 2:54 PM
To: BTC Destroyer <btcdestroyer@gmail.com>, taylan unal <taylanu@gmail.com>

@taylan, did you get @destroyer 's confirmation of agreement to the terms?

Michael


On Sat, Oct 11, 2014 at 2:47 PM, BTC Destroyer <btcdestroyer@gmail.com> wrote:

[Quoted text hidden]

---

**BTC Destroyer** <btcdestroyer@gmail.com>                                    Sat, Oct 11, 2014 at 2:56 PM
To: Michael Pfeiffer <michael@mpfeiffer.com>

is everything good to go? tylan go to chat so i can give you the info

[Quoted text hidden]

---

**Michael Pfeiffer** <michael@mpfeiffer.com>                                  Sat, Oct 11, 2014 at 2:58 PM
To: BTC Destroyer <btcdestroyer@gmail.com>
Cc: taylan unal <taylanu@gmail.com>

@destroyer Not sure we all got that message.

[Quoted text hidden]

---

**taylan unal** <taylanu@gmail.com>                                           Sat, Oct 11, 2014 at 2:59 PM
To: Michael Pfeiffer <michael@mpfeiffer.com>, btcdestroyer <btcdestroyer@gmail.com>

no I didnt, thanks for telling me. So lets start. Micheal please send btc to 1CTt5FQ3N4P2FzGRDywesMZFjsyXWWGN2

[Quoted text hidden]

---

**BTC Destroyer** <btcdestroyer@gmail.com>                                Sat, Oct 11, 2014 at 3:07 PM
To: taylan unal <taylanu@gmail.com>
Cc: Michael Pfeiffer <michael@mpfeiffer.com>

ok i found out how to send both of you a email at the same time sorry
yes i agreed to your terms that i send tylan the account and wait till you have it secured then tylan sends me the bitcoin.
and send him 200mBTC sense my zencloud has .0030961 as the btc balance

[Quoted text hidden]

---

**BTC Destroyer** <btcdestroyer@gmail.com>                                Sat, Oct 11, 2014 at 3:16 PM
To: taylan unal <taylanu@gmail.com>
Cc: Michael Pfeiffer <michael@mpfeiffer.com>

hey are you both here?

[Quoted text hidden]

---

**taylan unal** <taylanu@gmail.com>                                Sat, Oct 11, 2014 at 3:20 PM
To: BTC Destroyer <btcdestroyer@gmail.com>, Michael Pfeiffer <michael@mpfeiffer.com>

yes I am, I am workign on it hold on/

[Quoted text hidden]

# Exhibit B-24

| | | | |
|---|---|---|---|
| Privately purchased accounts | | | $ 12,317.37 |
| Purchases GAWMiners.com: | | | $ 4,832.25 |
| Purchases Made: | | | $ 50,737.52 |
| Hashlet/Staker Sales in Marketplace: | | | $ (21,656.90) |
| | | | |
| Hashpoints XPY @ $4.00: | 6318.95 | XPY | $ 25,275.80 |
| | | | |
| Payouts BTC: | 30.1316 | BTC | $ (11,840.45) |
| Service Fees BTC: | 9.456482 | BTC | $ (3,614.21) |
| | | | |
| Funding BTC: | 362.7865 | ######## BTC | $ 28,570.45 |
| Withdrawals BTC: | | ######## BTC | $ (12,262.95) |
| Variance BTC Fund/Withdrawal: | | ######## BTC | $ 16,307.51 |
| | | | |
| Total Loss/Gain: | | | $ 72,358.89 |

| Action | User | Details | Occured |
|--------|------|---------|---------|
| | banman24@mpfeiffer.com | updated profile | 2014-08-01T05:59:34+00:00 |
| | banman24@mpfeiffer.com | updated profile | 2014-08-01T06:00:40+00:00 |
| | banman24@mpfeiffer.com | account credited 0.01672 BTC | 2014-08-01T23:12:25+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00002375 BTC | 2014-08-02T04:15:58+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00076646 BTC | 2014-08-03T05:46:09+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00069477 BTC | 2014-08-04T02:22:08+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00083566 BTC | 2014-08-05T03:44:03+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00061916 BTC | 2014-08-06T05:23:52+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00064347 BTC | 2014-08-07T03:32:26+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.0006941 BTC | 2014-08-08T03:04:32+00:00 |
| | banman24@mpfeiffer.com | received payout of 4 ZenPoints | 2014-08-09T06:02:59+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00067386 BTC | 2014-08-09T06:07:49+00:00 |
| | banman24@mpfeiffer.com | updated profile | 2014-08-09T06:10:26+00:00 |
| | banman24@mpfeiffer.com | [f76168f584d5d818688795fdb61ab3a76c8b9263] code was activated | 2014-08-09T06:42:51+00:00 |
| | banman24@mpfeiffer.com | received payout of 4 ZenPoints | 2014-08-10T03:37:58+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00055849 BTC | 2014-08-10T03:42:37+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00023738 BTC | 2014-08-10T03:42:39+00:00 |
| | banman24@mpfeiffer.com | received payout of 4 ZenPoints | 2014-08-11T06:34:07+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00055899 BTC | 2014-08-11T06:39:36+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00055026 BTC | 2014-08-11T06:39:38+00:00 |
| | banman24@mpfeiffer.com | received payout of 4 ZenPoints | 2014-08-12T03:18:51+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00065362 BTC | 2014-08-12T03:24:22+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.0006998 BTC | 2014-08-12T03:24:24+00:00 |
| | banman24@mpfeiffer.com | received payout of 7 ZenPoints | 2014-08-13T05:09:26+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.0005786 BTC | 2014-08-13T05:11:21+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.0005866 BTC | 2014-08-13T05:11:22+00:00 |
| | banman24@mpfeiffer.com | received payout of 2 ZenPoints | 2014-08-13T15:07:06+00:00 |
| | banman24@mpfeiffer.com | received payout of 2 ZenPoints | 2014-08-13T15:09:06+00:00 |
| | banman24@mpfeiffer.com | received payout of 5 ZenPoints | 2014-08-13T15:29:11+00:00 |
| | banman24@mpfeiffer.com | received payout of 5 ZenPoints | 2014-08-13T15:29:41+00:00 |
| | banman24@mpfeiffer.com | received payout of 5 ZenPoints | 2014-08-13T15:30:53+00:00 |
| | banman24@mpfeiffer.com | received payout of 5 ZenPoints | 2014-08-13T15:32:46+00:00 |
| | banman24@mpfeiffer.com | received payout of 5 ZenPoints | 2014-08-13T15:33:42+00:00 |
| | banman24@mpfeiffer.com | received payout of 6 ZenPoints | 2014-08-13T15:35:25+00:00 |
| | banman24@mpfeiffer.com | received payout of 7 ZenPoints | 2014-08-14T04:04:23+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00046499 BTC | 2014-08-14T04:06:19+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00046377 BTC | 2014-08-14T04:06:22+00:00 |
| | banman24@mpfeiffer.com | [53ed7343bfb4508e44e25c34] initiated account funding for 0.00605 BTC ($3.1445276841 value at time of initiation) | 2014-08-15T02:41:07+00:00 |
| | banman24@mpfeiffer.com | [53ed7343bfb4508e44e25c34] confirming account funding for 0.00595 BTC ($3.1445276841 value at time of initiation) | 2014-08-15T03:28:56+00:00 |
| | banman24@mpfeiffer.com | [53ed7343bfb4508e44e25c34] account funding complete for 0.00595 BTC ($3.1445276841 value at time of initiation) | 2014-08-15T03:45:18+00:00 |
| | banman24@mpfeiffer.com | received payout of 8 ZenPoints | 2014-08-15T04:43:47+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00033327 BTC | 2014-08-15T04:45:53+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00033376 BTC | 2014-08-15T04:45:54+00:00 |
| | banman24@mpfeiffer.com | received payout of 9 ZenPoints | 2014-08-16T04:19:13+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00064471 BTC | 2014-08-16T04:21:22+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00067322 BTC | 2014-08-16T04:21:22+00:00 |
| | banman24@mpfeiffer.com | received payout of 10 ZenPoints | 2014-08-17T06:25:38+00:00 |
| | banman24@mpfeiffer.com | received payout of 0.00038384 BTC | 2014-08-17T06:28:17+00:00 |

| | | | |
|---|---|---|---|
| tripppn@mpfeiffer.com | Sold Hashlet Prime 1 for | $44.10 | 12/6/2014 |
| tripppn@mpfeiffer.com | Sold Hashlet Prime 1 for | $44.10 | 12/6/2014 |
| tripppn@mpfeiffer.com | Sold Hashlet Prime 1 for | $44.10 | 12/6/2014 |

$21,656.90

**Michael Pfeiff** michael@mpfeiffer.com      **account summary**

**GAW purchases CC**                    date

| | | |
|---|---|---|
| 789.99 | USAA Debit M | 8/25/2014 |
| 149.9 | USAA Debit M | 8/25/2014 |
| 149.96 | USAA Debit M | 8/26/2014 |
| 159.98 | USAir MC | 8/24/2014 |
| 199.9 | order #29081 | 8/24/2014 see email pdf for verifciation |
| 149.98 | BR Visa | 8/23/2014 |
| 159.96 | BR Visa | 8/26/2014 |
| 124.99 | USAA Debit M | 8/28/2014 |
| 124.99 | BR Visa | 8/27/2014 |
| *24.99* | *USAA Visa 67* | *8/28/2014* |
| *-24.99* | *USAA Visa 6771: Credit issued for $24.99 8/28/2014 transaction date* | |
| 14.7 | BR Visa | 9/3/2014 |
| 49.95 | BR Visa | 9/6/2014 |
| 499.5 | BR Visa | 9/6/2014 |
| 249.75 | BR Visa | 9/9/2014 |
| 497.95 | BR Visa | 9/9/2014 |
| 497.95 | BR Visa | 9/10/2014 |
| 209.5 | BR Visa | 9/14/2014 |
| 20.95 | BR Visa | 9/14/2014 |
| 9.9 | BR VIsa | 9/14/2014 |
| 20.95 | BR Visa | 9/23/2014 |
| 7.95 | USAir MC | 12/1/2014 |
| 7.95 | USAir MC | 12/1/2014 |
| 7.95 | USAir MC | 12/1/2014 |
| 33.16 | USAir MC | 12/2/2014 |
| -5.01 | USAir MC | 12/3/2014 |
| **4132.75** | **TOTAL** | |

combined CC Purchases
4132.75
699.5

**3rd party (YouCanMine) Credit Card purchases**

| | | |
|---|---|---|
| 349.75 | USAA Visa | 10/14/2014 |
| 349.75 | Banana Reput | 10/14/2014 |
| 699.5 | TOTAL | |

**4832.25 TOTAL**

**ZC account purchases emails & BTC txid**

| username | email | escrow | BTC | address | txid | USD | date | ZenCloud BTC address by account |
|---|---|---|---|---|---|---|---|---|
| sdrebel | michael@mpfeiffer.com | animo | 7 | 186p27nC2ywf9d04517dd85 | | 3360.7 | 9/13/2014 | 19eRCMsqyuzjtyNoXtKSCddNQNAxpLE8T8 |
| warbigold | warbigold@mpfeiffer.com | animo | 1.7 | 1QDFtGTLdW757d3ec6f1a0 | | 690.84 | 9/27/2014 | 1JBt2YJ5LewsdcL2X8LN3mfd5ewNGksu9s |
| tripppn | tripppn@mpfeiffer.com | animo | 0.7 | 15RdbBhH9Pf50f20cf3b2d2e | | 330.45 | 9/12/2014 | 124PMoSBKckbNydxNdRmDiBaE7tgFfbASD |
| sheep | sheep@mpfeiffer.com | btcrow | 3.4 | 16AGS1XpQA1e85c8994c47 | | 1,405.70 | 9/26/2014 | 1JTYUBeKKXAoB1yyvTWdSqx3HoNN1oH5bx |
| miningThailan | miningthailand@mpfeiffer.co | btcrow | 4.131775 | 1FWLwo52qZ-685787d41d8a | | 2161.5 | 8/26/2014 | 173pRat7uEb2R9RHRXu28NpfjnRcfwLUp7 |
| fierce | fierce@mpfeiffjschiller@gma | btcrow | 3.4565825 | 171hZ2R5Um.d0ee946574b( | | 1,369.01 | 9/23/2014 | 1QBA2pSfpNFHHZy2Pu3JCz9LBR1gCi4qXa |
| banman24 | banman24@mpfeiffer.com | hashtalk | 0.27 | 17M5SERQ806aefa774e45 | | 110.74 | 9/25/2014 | 136DUy9SHjHoChksmbAykhaD7x3vrnPuRk |
| destroyer | btcdestroyer@gmail.com | taylan | 0.19711225 | 1CTt5FQ3N4F6eee9b2e76d{ | | 70.91 | 10/11/2014 | 1BE54wm2nhLpDRYbZP6uAvcLyA4c27nEi2 |
| | zerocylinders@yahoo.com | merged in m | 5.0775 | 13tZkXrUy7vj{c843850c101a | | 2,498.02 | 9/4/2014 | merged account: no separate address |
| | sserhan2@gmail.com | animo | 1.36 | 17hep4hFGfd8c694af892f5( | | 319.5 | 9/6/2014 | merged account: no separate address |

**Total amount BTC invested and re-invested in ZenCloud**

| |
|---|
| 0.20054933 |
| 0.048 |
| 0.11274964 |
| 0.34803071 |
| 0.71513708 |
| 0.0789924 |
| 0.0495 |
| 0.09683287 |
| 1.64979203 |

etruscan     etruscan@mpfeiffer.com     not a purchased account                    1Aggo3vco6afENygw6PV5wYg77wmbc9Ro3
jedbell       jedcito@gmail.com            not a purchased account                    1AZNx3RT65nUrE4UQhBnDcz8miRnUm998e

**Total BTC**     27.2929698              12317.37  **Total purchased accounts USD**

**Total HP Con**·total XPY from HP
      2527580         6,318.95

128.434292
0.60877617

Exhibit B-25

From:       Allen Shinners
Sent:       Wed 9/23/2015 2:07 AM (GMT-04:00)
To:         Russell.Day@ic.fbi.gov
Cc:
Bcc:
Subject:    GAW Lawsuit Latest Update Spreadsheet
Attachments: submission__form All Applicants Sept 15 2015.xlsx

Hi Russ.

This is the latest spreadsheet with raw data for the lawsuit group. Some I am waiting back with clarifications.

The new website is now online. www.gawsuit.com

Registrants have already started to upload their supporting documents. Hopefully there will be some surprise goodies in some of the uploads. I know that many will be voluminous in numbers of documents, but we made them zip their files into one file. I will be shipping the hard drive out with the data to date. I will figure something out for the GAWsuit.com files, unless you send the drive back after you wipe it.

Best regards,
Allen


**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
**email: ashinner@columbus.rr.com**

GAW01021539

# Exhibit B-26



**Earn Daily profit  from**  ✕

**Market Cap: $182,893,616,315(/charts/)**  ▾


We convert **crypto into cash**
Great service. Best rates. Your liquidity partner.

 **Bitcoin** (BTC)

**$5,572.98** USD (-0.86%)

1.00000000 BTC (0.00%)

[ ◁ Share ]  [ ★ Watch ]

Buy ❯  Get Wallet ❯  Get Loan ❯

Ⓜ **SPONSORED (https://goo.gl/forms/qCrWt4mRJvzgjrZL2)**

| Market Cap | Volume (24h) |
|---|---|
| $96,856,331,430 USD | $5,212,716,632 USD |
| 17,379,637 BTC | 936,943 BTC |

| Circulating Supply | Max Supply |
|---|---|
| 17,379,637 BTC | 21,000,000 BTC |

 [ Rank 1 ]

🔗 Website(https://bitcoin.org/)

🔍 Explorer(https://blockchain.info/)

🔍 Explorer 2(https://live.blockcypher.com/btc/)

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.  

🔍 Explorer 3(https://blockchair.com/bitcoin/blocks)

☰ Message Board(https://bitcointalk.org)

</> Source Code(https://github.com/bitcoin/)

📄 Technical Documentation(https://bitcoin.org/bitcoin.pdf)

🏷 | Coin | | Mineable |

📊 Charts(/currencies/bitcoin/#charts)    ⇄ Markets(/currencies/bitcoin/#markets)

🌐 Social(/currencies/bitcoin/#social)    🔧 Tools(/currencies/bitcoin/#tools)

📅 **Historical Data(/currencies/bitcoin/historical-data/)**

# Historical data for Bitcoin

Currency in USD

📅 Oct 5, 2014 - Dec 31, 2015 ▾

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Dec 31, 2015 | 425.88 | 432.92 | 418.73 | 430.57 | 45,996,600 | 6,471,217,491 |
| Dec 30, 2015 | 433.30 | 434.39 | 422.08 | 426.62 | 46,889,400 | 6,410,381,455 |
| Dec 29, 2015 | 422.10 | 432.98 | 420.63 | 432.98 | 51,596,500 | 6,504,194,854 |
| Dec 28, 2015 | 423.34 | 429.77 | 418.48 | 422.28 | 49,638,600 | 6,341,733,237 |
| Dec 27, 2015 | 416.51 | 424.01 | 408.88 | 422.82 | 53,591,200 | 6,348,296,234 |
| Dec 26, 2015 | 455.76 | 457.49 | 405.76 | 417.27 | 116,166,000 | 6,262,844,602 |
| Dec 25, 2015 | 454.86 | 458.30 | 452.08 | 455.65 | 39,078,500 | 6,836,936,569 |
| Dec 24, 2015 | 443.09 | 458.46 | 443.08 | 454.98 | 57,157,200 | 6,825,070,740 |
| Dec 23, 2015 | 436.72 | 444.53 | 436.62 | 442.40 | 47,161,400 | 6,634,776,277 |
| Dec 22, 2015 | 437.44 | 443.69 | 435.52 | 436.57 | 50,840,400 | 6,545,633,139 |
| Dec 21, 2015 | 442.84 | 444.73 | 427.31 | 438.64 | 77,639,696 | 6,574,990,256 |
| Dec 20, 2015 | 462.23 | 462.64 | 434.34 | 442.68 | 75,409,400 | 6,633,988,873 |
| Dec 19, 2015 | 463.55 | 465.58 | 456.77 | 462.32 | 47,892,700 | 6,926,346,391 |
| Dec 18, 2015 | 455.85 | 465.18 | 454.94 | 463.62 | 60,220,100 | 6,943,912,954 |
| Dec 17, 2015 | 454.78 | 457.86 | 448.26 | 455.08 | 47,936,400 | 6,829,095,335 |
| Dec 16, 2015 | 465.21 | 465.21 | 443.85 | 454.93 | 107,944,000 | 6,810,202,753 |
| Dec 15, 2015 | 443.88 | 465.32 | 443.88 | 465.32 | 83,121,104 | 6,963,784,692 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

✕

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Dec 14, 2015 | 433.27 | 447.14 | 430.46 | 444.18 | 130,496,000 | 6,645,395,797 |
| Dec 13, 2015 | 431.66 | 441.68 | 426.27 | 433.76 | 55,050,600 | 6,487,293,999 |
| Dec 12, 2015 | 452.33 | 469.10 | 410.74 | 435.00 | 131,969,000 | 6,504,325,267 |
| Dec 11, 2015 | 415.28 | 451.94 | 415.28 | 451.94 | 110,944,000 | 6,755,795,193 |
| Dec 10, 2015 | 417.99 | 419.51 | 411.55 | 415.48 | 52,138,900 | 6,209,105,142 |
| Dec 09, 2015 | 414.44 | 423.12 | 406.29 | 417.56 | 90,917,200 | 6,238,015,413 |
| Dec 08, 2015 | 395.75 | 415.56 | 389.95 | 415.56 | 57,801,400 | 6,206,381,460 |
| Dec 07, 2015 | 389.98 | 399.97 | 385.41 | 395.54 | 63,455,800 | 5,905,560,136 |
| Dec 06, 2015 | 389.55 | 402.81 | 387.09 | 388.78 | 77,762,000 | 5,803,305,524 |
| Dec 05, 2015 | 363.72 | 389.79 | 363.23 | 388.95 | 66,282,200 | 5,804,247,032 |
| Dec 04, 2015 | 361.26 | 363.52 | 355.76 | 363.18 | 35,784,100 | 5,418,154,665 |
| Dec 03, 2015 | 359.33 | 370.27 | 357.41 | 361.05 | 50,714,900 | 5,384,892,776 |
| Dec 02, 2015 | 361.85 | 362.23 | 349.46 | 359.19 | 54,160,500 | 5,355,891,235 |
| Dec 01, 2015 | 377.41 | 378.93 | 356.56 | 362.49 | 60,452,200 | 5,403,653,927 |
| Nov 30, 2015 | 371.44 | 382.36 | 370.38 | 377.32 | 71,701,600 | 5,623,195,997 |
| Nov 29, 2015 | 357.47 | 371.94 | 355.67 | 371.29 | 40,409,300 | 5,531,872,177 |
| Nov 28, 2015 | 357.14 | 359.54 | 352.17 | 357.38 | 36,816,600 | 5,323,252,537 |
| Nov 27, 2015 | 351.86 | 363.59 | 347.87 | 358.04 | 55,179,100 | 5,331,719,786 |
| Nov 26, 2015 | 328.30 | 366.76 | 328.23 | 352.68 | 106,105,000 | 5,250,750,575 |
| Nov 25, 2015 | 320.05 | 329.13 | 316.77 | 328.21 | 41,666,900 | 4,884,886,822 |
| Nov 24, 2015 | 323.01 | 323.06 | 318.12 | 320.05 | 29,362,600 | 4,762,244,474 |
| Nov 23, 2015 | 324.35 | 325.12 | 321.29 | 323.05 | 27,478,900 | 4,805,632,296 |
| Nov 22, 2015 | 326.98 | 327.01 | 321.26 | 324.54 | 23,439,400 | 4,826,466,938 |
| Nov 21, 2015 | 322.09 | 328.16 | 319.60 | 326.93 | 28,200,500 | 4,860,628,038 |
| Nov 20, 2015 | 326.41 | 326.47 | 312.22 | 322.02 | 53,152,900 | 4,786,301,542 |
| Nov 19, 2015 | 334.68 | 335.33 | 325.27 | 326.15 | 45,011,100 | 4,846,272,452 |
| Nov 18, 2015 | 334.59 | 336.53 | 330.64 | 334.59 | 43,783,800 | 4,970,560,298 |
| Nov 17, 2015 | 330.36 | 338.35 | 329.61 | 335.09 | 51,001,600 | 4,976,765,824 |
| Nov 16, 2015 | 319.73 | 331.63 | 315.90 | 330.75 | 47,980,100 | 4,911,040,461 |
| Nov 15, 2015 | 333.05 | 334.66 | 317.49 | 320.17 | 44,213,100 | 4,752,464,063 |
| Nov 14, 2015 | 336.62 | 338.62 | 329.67 | 333.21 | 36,047,000 | 4,940,266,781 |
| Nov 13, 2015 | 338.50 | 340.91 | 326.08 | 336.08 | 52,003,000 | 4,996,160,115 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Nov 12, 2015 | 314.08 | 345.08 | 313.36 | 338.15 | 78,477,800 | 5,015,563,456 |
| Nov 11, 2015 | 339.82 | 340.58 | 301.00 | 311.08 | 107,070,000 | 4,612,831,323 |
| Nov 10, 2015 | 379.98 | 381.39 | 329.11 | 336.82 | 95,797,904 | 4,993,021,697 |
| Nov 09, 2015 | 374.32 | 385.28 | 362.89 | 380.26 | 68,224,400 | 5,635,560,843 |
| Nov 08, 2015 | 384.28 | 389.89 | 368.70 | 373.37 | 51,817,600 | 5,532,072,311 |
| Nov 07, 2015 | 374.27 | 390.59 | 372.43 | 386.48 | 56,625,100 | 5,725,035,162 |
| Nov 06, 2015 | 388.05 | 395.84 | 354.02 | 374.47 | 122,687,000 | 5,545,657,295 |
| Nov 05, 2015 | 408.08 | 447.56 | 374.58 | 386.35 | 151,824,992 | 5,720,251,077 |
| Nov 04, 2015 | 403.66 | 495.56 | 380.55 | 411.56 | 263,900,000 | 6,092,006,971 |
| Nov 03, 2015 | 361.87 | 417.90 | 357.65 | 403.42 | 206,162,000 | 5,969,855,535 |
| Nov 02, 2015 | 325.94 | 365.36 | 323.21 | 361.19 | 101,918,000 | 5,343,556,482 |
| Nov 01, 2015 | 315.01 | 327.47 | 311.88 | 325.43 | 37,001,100 | 4,813,287,206 |
| Oct 31, 2015 | 328.51 | 332.78 | 309.25 | 314.17 | 48,598,100 | 4,645,486,246 |
| Oct 30, 2015 | 313.94 | 334.17 | 313.94 | 328.02 | 78,305,000 | 4,849,062,146 |
| Oct 29, 2015 | 304.32 | 318.17 | 301.82 | 313.86 | 64,495,900 | 4,638,392,428 |
| Oct 28, 2015 | 293.70 | 306.33 | 293.70 | 304.62 | 50,808,100 | 4,500,730,950 |
| Oct 27, 2015 | 285.18 | 296.21 | 285.01 | 293.79 | 46,331,800 | 4,339,689,442 |
| Oct 26, 2015 | 283.63 | 285.30 | 280.51 | 285.30 | 32,108,800 | 4,213,260,473 |
| Oct 25, 2015 | 281.45 | 294.06 | 281.45 | 283.68 | 45,717,100 | 4,188,180,600 |
| Oct 24, 2015 | 276.50 | 281.71 | 276.50 | 281.65 | 25,942,400 | 4,157,184,875 |
| Oct 23, 2015 | 273.65 | 278.68 | 273.54 | 276.50 | 29,442,500 | 4,080,023,363 |
| Oct 22, 2015 | 266.50 | 276.51 | 266.14 | 274.02 | 37,808,600 | 4,042,524,308 |
| Oct 21, 2015 | 269.31 | 270.77 | 263.84 | 266.27 | 25,637,300 | 3,927,192,474 |
| Oct 20, 2015 | 263.57 | 270.83 | 263.23 | 269.46 | 30,889,800 | 3,973,292,564 |
| Oct 19, 2015 | 261.86 | 264.82 | 260.95 | 263.44 | 25,258,800 | 3,883,581,668 |
| Oct 18, 2015 | 270.91 | 271.67 | 260.78 | 261.64 | 22,434,300 | 3,856,061,829 |
| Oct 17, 2015 | 262.75 | 273.58 | 262.37 | 270.64 | 43,199,600 | 3,987,684,186 |
| Oct 16, 2015 | 254.30 | 266.14 | 253.93 | 262.87 | 35,901,500 | 3,872,283,809 |
| Oct 15, 2015 | 252.11 | 255.96 | 252.05 | 254.32 | 25,223,500 | 3,745,440,578 |
| Oct 14, 2015 | 249.49 | 254.27 | 248.90 | 251.99 | 27,462,600 | 3,710,065,546 |
| Oct 13, 2015 | 245.52 | 250.02 | 243.76 | 249.51 | 20,198,500 | 3,672,589,342 |
| Oct 12, 2015 | 246.88 | 247.45 | 245.18 | 246.92 | 17,388,300 | 3,609,927,997 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Oct 11, 2015 | 244.74 | 247.24 | 244.15 | 247.05 | 16,827,300 | 3,634,686,068 |
| Oct 10, 2015 | 243.74 | 245.32 | 243.07 | 244.94 | 15,912,700 | 3,602,763,687 |
| Oct 09, 2015 | 242.50 | 244.23 | 242.12 | 243.93 | 17,353,100 | 3,586,932,176 |
| Oct 08, 2015 | 243.07 | 244.25 | 242.18 | 242.30 | 18,515,300 | 3,562,238,314 |
| Oct 07, 2015 | 246.17 | 246.68 | 242.59 | 242.97 | 22,999,200 | 3,571,170,510 |
| Oct 06, 2015 | 240.36 | 246.93 | 240.14 | 246.06 | 27,535,100 | 3,615,828,118 |
| Oct 05, 2015 | 238.15 | 240.38 | 237.04 | 240.38 | 23,335,900 | 3,531,508,720 |
| Oct 04, 2015 | 238.53 | 238.97 | 237.94 | 238.26 | 12,999,000 | 3,499,387,367 |
| Oct 03, 2015 | 237.20 | 239.32 | 236.94 | 238.73 | 16,482,700 | 3,505,385,987 |
| Oct 02, 2015 | 237.26 | 238.54 | 236.60 | 237.29 | 19,677,900 | 3,483,431,578 |
| Oct 01, 2015 | 236.00 | 238.45 | 235.62 | 237.55 | 20,488,800 | 3,486,370,082 |
| Sep 30, 2015 | 236.64 | 237.73 | 235.63 | 236.06 | 19,743,500 | 3,463,625,759 |
| Sep 29, 2015 | 239.02 | 239.80 | 235.93 | 236.69 | 22,691,300 | 3,471,967,520 |
| Sep 28, 2015 | 232.84 | 239.34 | 232.47 | 239.14 | 24,713,000 | 3,506,933,730 |
| Sep 27, 2015 | 234.14 | 234.53 | 232.48 | 232.76 | 14,179,900 | 3,412,467,834 |
| Sep 26, 2015 | 235.08 | 235.40 | 233.36 | 234.34 | 13,724,100 | 3,434,809,258 |
| Sep 25, 2015 | 234.36 | 237.43 | 233.68 | 235.14 | 22,363,600 | 3,445,723,754 |
| Sep 24, 2015 | 230.36 | 235.65 | 230.29 | 234.53 | 25,097,800 | 3,435,744,312 |
| Sep 23, 2015 | 230.94 | 231.84 | 229.59 | 230.28 | 17,254,100 | 3,372,747,846 |
| Sep 22, 2015 | 226.97 | 232.39 | 225.12 | 230.62 | 25,009,300 | 3,376,737,583 |
| Sep 21, 2015 | 231.22 | 231.22 | 226.52 | 227.09 | 19,678,800 | 3,324,121,324 |
| Sep 20, 2015 | 231.40 | 232.37 | 230.91 | 231.21 | 14,444,700 | 3,383,764,499 |
| Sep 19, 2015 | 232.86 | 233.21 | 231.09 | 231.49 | 12,712,600 | 3,387,141,915 |
| Sep 18, 2015 | 233.52 | 234.35 | 232.18 | 232.98 | 20,242,200 | 3,408,098,085 |
| Sep 17, 2015 | 229.08 | 230.29 | 228.93 | 229.81 | 18,935,400 | 3,360,247,349 |
| Sep 16, 2015 | 230.25 | 231.21 | 227.40 | 229.09 | 20,144,200 | 3,349,613,966 |
| Sep 15, 2015 | 230.49 | 259.18 | 229.82 | 230.30 | 19,177,800 | 3,366,532,054 |
| Sep 14, 2015 | 230.61 | 232.44 | 227.96 | 230.64 | 20,997,800 | 3,370,579,521 |
| Sep 13, 2015 | 235.24 | 235.93 | 229.33 | 230.51 | 18,478,800 | 3,367,774,557 |
| Sep 12, 2015 | 239.85 | 240.12 | 234.75 | 235.23 | 17,962,600 | 3,435,801,820 |
| Sep 11, 2015 | 238.53 | 241.71 | 235.33 | 240.01 | 19,229,700 | 3,506,204,486 |
| Sep 10, 2015 | 238.34 | 241.29 | 235.79 | 238.48 | 21,215,500 | 3,481,466,104 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Sep 09, 2015 | 243.41 | 244.42 | 237.82 | 238.17 | 23,635,700 | 3,475,960,739 |
| Sep 08, 2015 | 239.85 | 245.78 | 239.68 | 243.61 | 26,879,200 | 3,554,439,286 |
| Sep 07, 2015 | 239.93 | 242.11 | 238.72 | 239.85 | 21,192,200 | 3,498,762,116 |
| Sep 06, 2015 | 234.87 | 242.91 | 234.68 | 239.84 | 25,473,700 | 3,497,748,612 |
| Sep 05, 2015 | 230.20 | 236.14 | 229.44 | 235.02 | 20,671,400 | 3,426,594,646 |
| Sep 04, 2015 | 227.21 | 230.90 | 227.05 | 230.30 | 20,962,400 | 3,356,910,010 |
| Sep 03, 2015 | 229.32 | 229.60 | 226.67 | 227.18 | 17,482,000 | 3,310,618,588 |
| Sep 02, 2015 | 228.03 | 230.58 | 226.48 | 229.28 | 18,760,400 | 3,340,404,203 |
| Sep 01, 2015 | 230.26 | 231.22 | 226.86 | 228.12 | 20,575,200 | 3,322,548,147 |
| Aug 31, 2015 | 229.11 | 231.96 | 225.91 | 230.06 | 20,710,700 | 3,349,845,416 |
| Aug 30, 2015 | 229.90 | 232.07 | 226.25 | 228.76 | 19,412,600 | 3,330,085,315 |
| Aug 29, 2015 | 231.55 | 233.22 | 227.33 | 229.78 | 17,142,500 | 3,344,063,019 |
| Aug 28, 2015 | 224.70 | 235.22 | 220.93 | 231.40 | 31,336,600 | 3,366,649,823 |
| Aug 27, 2015 | 226.05 | 228.64 | 223.68 | 224.77 | 21,905,400 | 3,269,360,632 |
| Aug 26, 2015 | 222.08 | 231.18 | 220.20 | 225.83 | 31,808,000 | 3,284,040,048 |
| Aug 25, 2015 | 210.07 | 226.32 | 199.57 | 221.61 | 61,089,200 | 3,221,751,642 |
| Aug 24, 2015 | 228.11 | 228.14 | 210.44 | 210.49 | 59,220,700 | 3,059,460,627 |
| Aug 23, 2015 | 230.38 | 232.71 | 225.58 | 228.17 | 18,406,600 | 3,315,466,697 |
| Aug 22, 2015 | 232.66 | 234.96 | 222.70 | 230.39 | 23,205,900 | 3,346,961,926 |
| Aug 21, 2015 | 235.35 | 236.43 | 231.72 | 232.57 | 23,173,800 | 3,377,704,243 |
| Aug 20, 2015 | 226.90 | 237.37 | 226.90 | 235.35 | 32,275,000 | 3,417,123,139 |
| Aug 19, 2015 | 225.67 | 237.41 | 222.77 | 226.68 | 60,869,200 | 3,290,448,603 |
| Aug 18, 2015 | 257.93 | 257.99 | 211.08 | 211.08 | 42,147,200 | 3,063,104,570 |
| Aug 17, 2015 | 258.49 | 260.51 | 257.12 | 257.98 | 21,617,900 | 3,742,748,055 |
| Aug 16, 2015 | 261.87 | 262.44 | 257.04 | 258.51 | 29,717,000 | 3,749,501,856 |
| Aug 15, 2015 | 265.53 | 266.67 | 261.30 | 261.55 | 19,321,100 | 3,792,757,590 |
| Aug 14, 2015 | 264.13 | 267.47 | 261.48 | 265.68 | 27,091,200 | 3,851,715,726 |
| Aug 13, 2015 | 266.18 | 266.23 | 262.84 | 264.08 | 27,685,500 | 3,827,588,724 |
| Aug 12, 2015 | 270.60 | 270.67 | 265.47 | 266.38 | 26,815,400 | 3,859,888,131 |
| Aug 11, 2015 | 264.34 | 270.39 | 264.09 | 270.39 | 25,433,900 | 3,917,142,819 |
| Aug 10, 2015 | 265.40 | 267.03 | 262.60 | 264.37 | 20,979,400 | 3,830,352,069 |
| Aug 09, 2015 | 261.12 | 267.00 | 260.47 | 265.08 | 23,789,600 | 3,838,130,130 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Aug 08, 2015 | 279.74 | 279.93 | 260.71 | 261.00 | 58,533,000 | 3,778,049,024 |
| Aug 07, 2015 | 278.74 | 280.39 | 276.37 | 279.58 | 42,484,800 | 4,045,993,359 |
| Aug 06, 2015 | 281.91 | 281.91 | 278.40 | 278.58 | 18,792,100 | 4,030,445,072 |
| Aug 05, 2015 | 284.85 | 285.50 | 281.49 | 281.88 | 20,128,000 | 4,077,254,001 |
| Aug 04, 2015 | 281.23 | 285.71 | 281.23 | 285.22 | 21,908,700 | 4,124,558,889 |
| Aug 03, 2015 | 282.81 | 285.47 | 280.23 | 281.23 | 21,474,100 | 4,065,895,598 |
| Aug 02, 2015 | 280.45 | 283.03 | 277.53 | 282.61 | 17,722,200 | 4,084,832,103 |
| Aug 01, 2015 | 284.69 | 284.93 | 278.11 | 281.60 | 18,995,000 | 4,069,120,370 |
| Jul 31, 2015 | 287.70 | 288.96 | 282.34 | 284.65 | 23,629,100 | 4,112,089,481 |
| Jul 30, 2015 | 289.10 | 290.13 | 286.57 | 287.72 | 21,635,800 | 4,155,381,827 |
| Jul 29, 2015 | 294.48 | 294.54 | 288.78 | 289.59 | 24,672,600 | 4,181,390,010 |
| Jul 28, 2015 | 293.63 | 296.65 | 293.42 | 294.43 | 25,453,600 | 4,250,112,630 |
| Jul 27, 2015 | 292.64 | 297.77 | 287.45 | 293.62 | 30,592,000 | 4,237,522,843 |
| Jul 26, 2015 | 288.64 | 293.05 | 287.71 | 292.69 | 16,032,300 | 4,222,888,242 |
| Jul 25, 2015 | 288.16 | 290.73 | 286.00 | 288.70 | 20,662,200 | 4,164,295,442 |
| Jul 24, 2015 | 276.01 | 289.25 | 275.25 | 288.28 | 37,199,400 | 4,157,148,934 |
| Jul 23, 2015 | 277.34 | 278.11 | 275.72 | 276.05 | 18,531,300 | 3,979,625,902 |
| Jul 22, 2015 | 275.66 | 277.67 | 274.38 | 277.22 | 19,389,800 | 3,995,572,964 |
| Jul 21, 2015 | 278.88 | 280.55 | 275.42 | 275.83 | 22,930,700 | 3,974,491,489 |
| Jul 20, 2015 | 273.50 | 278.98 | 272.96 | 278.98 | 22,711,400 | 4,018,965,413 |
| Jul 19, 2015 | 274.77 | 275.67 | 272.51 | 273.61 | 15,332,500 | 3,940,581,988 |
| Jul 18, 2015 | 279.33 | 282.53 | 274.08 | 274.90 | 25,187,100 | 3,958,065,833 |
| Jul 17, 2015 | 278.09 | 280.28 | 272.04 | 279.47 | 27,591,400 | 4,022,845,730 |
| Jul 16, 2015 | 286.04 | 291.18 | 275.24 | 278.09 | 49,482,600 | 4,001,916,229 |
| Jul 15, 2015 | 288.05 | 293.25 | 285.37 | 285.83 | 27,486,600 | 4,112,343,300 |
| Jul 14, 2015 | 292.03 | 296.15 | 286.64 | 287.46 | 28,727,200 | 4,134,767,190 |
| Jul 13, 2015 | 310.83 | 310.95 | 281.01 | 292.05 | 62,053,900 | 4,199,736,520 |
| Jul 12, 2015 | 293.14 | 314.39 | 292.51 | 310.87 | 56,405,000 | 4,469,117,252 |
| Jul 11, 2015 | 284.88 | 298.51 | 283.53 | 293.11 | 41,109,900 | 4,212,919,911 |
| Jul 10, 2015 | 269.16 | 294.59 | 268.80 | 284.89 | 100,390,000 | 4,093,705,987 |
| Jul 09, 2015 | 270.63 | 272.33 | 267.69 | 268.93 | 40,801,200 | 3,867,547,719 |
| Jul 08, 2015 | 265.98 | 272.97 | 264.39 | 270.79 | 36,980,200 | 3,889,020,940 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jul 07, 2015 | 269.96 | 271.34 | 264.83 | 266.21 | 28,857,600 | 3,822,200,106 |
| Jul 06, 2015 | 271.11 | 277.42 | 267.60 | 269.03 | 49,154,800 | 3,861,831,490 |
| Jul 05, 2015 | 260.80 | 274.51 | 258.70 | 271.91 | 44,156,100 | 3,901,985,539 |
| Jul 04, 2015 | 256.49 | 261.46 | 254.20 | 260.89 | 15,620,400 | 3,742,827,088 |
| Jul 03, 2015 | 255.46 | 257.08 | 253.51 | 256.34 | 19,033,800 | 3,676,575,981 |
| Jul 02, 2015 | 258.55 | 261.63 | 254.12 | 255.41 | 21,551,900 | 3,662,295,200 |
| Jul 01, 2015 | 263.35 | 265.17 | 255.77 | 258.62 | 27,029,800 | 3,707,306,173 |
| Jun 30, 2015 | 257.04 | 267.87 | 255.95 | 263.07 | 44,533,800 | 3,770,229,522 |
| Jun 29, 2015 | 248.72 | 257.17 | 248.58 | 257.06 | 34,742,900 | 3,683,193,712 |
| Jun 28, 2015 | 250.96 | 251.17 | 247.43 | 249.01 | 15,137,600 | 3,566,939,394 |
| Jun 27, 2015 | 243.55 | 251.34 | 243.12 | 250.99 | 20,488,600 | 3,594,402,691 |
| Jun 26, 2015 | 242.60 | 243.75 | 241.55 | 243.59 | 13,983,500 | 3,487,699,724 |
| Jun 25, 2015 | 240.37 | 243.33 | 240.37 | 242.80 | 16,133,100 | 3,475,370,256 |
| Jun 24, 2015 | 244.28 | 244.34 | 240.51 | 240.51 | 17,344,900 | 3,441,763,637 |
| Jun 23, 2015 | 246.93 | 247.30 | 243.13 | 244.30 | 15,108,700 | 3,494,929,113 |
| Jun 22, 2015 | 243.97 | 247.92 | 243.78 | 246.99 | 17,692,500 | 3,532,599,174 |
| Jun 21, 2015 | 245.10 | 245.22 | 241.88 | 243.94 | 10,600,900 | 3,488,106,467 |
| Jun 20, 2015 | 244.53 | 245.83 | 240.63 | 245.21 | 20,608,100 | 3,505,477,188 |
| Jun 19, 2015 | 249.04 | 250.98 | 243.79 | 244.61 | 23,965,300 | 3,495,994,564 |
| Jun 18, 2015 | 249.43 | 252.11 | 244.13 | 249.01 | 30,980,200 | 3,557,986,321 |
| Jun 17, 2015 | 250.82 | 256.85 | 246.48 | 249.28 | 43,858,400 | 3,560,953,387 |
| Jun 16, 2015 | 236.76 | 251.74 | 236.12 | 250.90 | 41,612,000 | 3,582,987,588 |
| Jun 15, 2015 | 233.42 | 237.84 | 233.42 | 236.82 | 19,912,100 | 3,381,329,191 |
| Jun 14, 2015 | 232.44 | 234.86 | 232.00 | 233.54 | 12,165,900 | 3,333,657,006 |
| Jun 13, 2015 | 229.92 | 232.65 | 229.21 | 232.40 | 13,305,300 | 3,316,504,361 |
| Jun 12, 2015 | 229.71 | 231.06 | 229.31 | 229.98 | 14,017,700 | 3,281,061,201 |
| Jun 11, 2015 | 228.85 | 230.29 | 228.77 | 229.71 | 14,416,000 | 3,276,293,900 |
| Jun 10, 2015 | 228.99 | 229.78 | 228.01 | 228.80 | 15,904,800 | 3,262,644,979 |
| Jun 09, 2015 | 228.54 | 230.95 | 227.93 | 229.05 | 28,353,100 | 3,265,176,585 |
| Jun 08, 2015 | 222.88 | 229.46 | 222.84 | 228.49 | 23,378,400 | 3,256,350,969 |
| Jun 07, 2015 | 225.60 | 226.75 | 222.62 | 222.58 | 13,315,400 | 3,175,547,196 |
| Jun 06, 2015 | 225.01 | 225.72 | 224.38 | 222.62 | 11,131,500 | 3,213,722,676 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS    Document 107-2    Filed 11/19/18    Page 221 of 401

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jun 05, 2015 | 224.15 | 225.97 | 223.18 | 224.95 | 18,056,500 | 3,203,220,875 |
| Jun 04, 2015 | 225.77 | 226.58 | 224.05 | 224.32 | 14,728,100 | 3,193,504,505 |
| Jun 03, 2015 | 225.74 | 227.40 | 223.93 | 225.87 | 17,752,400 | 3,214,774,292 |
| Jun 02, 2015 | 222.89 | 226.42 | 222.42 | 225.80 | 20,459,000 | 3,212,962,177 |
| Jun 01, 2015 | 230.23 | 231.71 | 221.30 | 222.93 | 26,090,500 | 3,171,172,508 |
| May 31, 2015 | 233.13 | 233.25 | 229.54 | 230.19 | 14,730,800 | 3,273,756,425 |
| May 30, 2015 | 237.09 | 237.09 | 232.05 | 233.35 | 14,098,600 | 3,317,769,214 |
| May 29, 2015 | 237.38 | 237.52 | 235.73 | 237.10 | 14,805,000 | 3,370,295,930 |
| May 28, 2015 | 237.26 | 237.82 | 236.65 | 237.41 | 13,829,600 | 3,373,816,958 |
| May 27, 2015 | 237.07 | 238.64 | 236.70 | 237.28 | 18,837,000 | 3,371,257,543 |
| May 26, 2015 | 237.10 | 238.24 | 235.69 | 237.12 | 16,425,000 | 3,368,066,799 |
| May 25, 2015 | 240.93 | 241.02 | 236.64 | 237.11 | 14,423,900 | 3,367,127,977 |
| May 24, 2015 | 238.98 | 241.98 | 238.81 | 240.95 | 11,508,000 | 3,420,845,884 |
| May 23, 2015 | 240.29 | 241.02 | 238.69 | 238.87 | 14,605,000 | 3,390,435,704 |
| May 22, 2015 | 235.32 | 240.97 | 235.06 | 240.35 | 27,003,000 | 3,410,712,372 |
| May 21, 2015 | 234.02 | 236.24 | 233.84 | 235.34 | 15,108,900 | 3,338,890,048 |
| May 20, 2015 | 231.89 | 234.68 | 231.84 | 234.02 | 15,499,400 | 3,319,170,901 |
| May 19, 2015 | 233.04 | 234.15 | 231.82 | 231.95 | 14,241,900 | 3,288,950,473 |
| May 18, 2015 | 236.89 | 237.21 | 232.46 | 233.13 | 16,780,300 | 3,304,944,920 |
| May 17, 2015 | 236.01 | 238.02 | 236.01 | 236.80 | 11,134,300 | 3,356,176,986 |
| May 16, 2015 | 237.64 | 237.70 | 235.29 | 236.15 | 11,089,700 | 3,345,969,203 |
| May 15, 2015 | 236.96 | 238.75 | 236.79 | 237.60 | 16,329,400 | 3,365,752,047 |
| May 14, 2015 | 236.21 | 237.80 | 234.06 | 236.93 | 24,413,700 | 3,355,311,496 |
| May 13, 2015 | 241.40 | 243.70 | 235.04 | 236.38 | 27,180,100 | 3,346,584,200 |
| May 12, 2015 | 242.15 | 242.88 | 240.10 | 241.11 | 19,282,600 | 3,412,644,998 |
| May 11, 2015 | 240.30 | 244.27 | 239.38 | 242.16 | 20,892,300 | 3,426,529,646 |
| May 10, 2015 | 241.73 | 244.07 | 238.85 | 240.30 | 15,019,100 | 3,399,245,238 |
| May 09, 2015 | 243.77 | 247.80 | 239.64 | 241.83 | 19,790,500 | 3,420,193,701 |
| May 08, 2015 | 237.20 | 246.27 | 236.27 | 243.86 | 27,445,500 | 3,448,119,178 |
| May 07, 2015 | 229.66 | 239.10 | 228.57 | 237.33 | 29,064,400 | 3,354,923,757 |
| May 06, 2015 | 236.23 | 236.45 | 229.23 | 229.78 | 29,687,200 | 3,247,353,903 |
| May 05, 2015 | 238.85 | 239.20 | 232.05 | 236.12 | 23,929,100 | 3,335,976,518 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/19/18   Page 222 of 401

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| May 04, 2015 | 240.36 | 242.64 | 237.81 | 239.02 | 21,223,400 | 3,375,997,790 |
| May 03, 2015 | 234.88 | 243.24 | 234.08 | 240.36 | 18,494,100 | 3,394,161,416 |
| May 02, 2015 | 232.34 | 235.73 | 232.34 | 234.93 | 12,535,500 | 3,316,683,008 |
| May 01, 2015 | 235.94 | 238.97 | 232.08 | 232.08 | 18,815,300 | 3,275,574,610 |
| Apr 30, 2015 | 225.69 | 239.56 | 224.99 | 236.15 | 33,818,600 | 3,332,094,504 |
| Apr 29, 2015 | 225.59 | 227.04 | 223.43 | 225.81 | 18,936,500 | 3,185,479,101 |
| Apr 28, 2015 | 228.97 | 229.49 | 223.07 | 225.85 | 21,469,200 | 3,185,425,042 |
| Apr 27, 2015 | 219.43 | 233.30 | 218.02 | 229.29 | 38,574,000 | 3,232,938,332 |
| Apr 26, 2015 | 226.41 | 226.94 | 214.87 | 219.43 | 28,943,700 | 3,093,216,938 |
| Apr 25, 2015 | 231.24 | 232.56 | 226.34 | 226.39 | 13,957,200 | 3,190,508,610 |
| Apr 24, 2015 | 235.97 | 236.30 | 229.93 | 231.27 | 21,448,700 | 3,258,311,725 |
| Apr 23, 2015 | 234.05 | 236.48 | 233.20 | 236.46 | 17,036,000 | 3,330,762,351 |
| Apr 22, 2015 | 235.60 | 237.91 | 233.48 | 234.18 | 23,847,900 | 3,297,795,229 |
| Apr 21, 2015 | 224.62 | 235.27 | 224.30 | 235.27 | 24,978,000 | 3,312,299,315 |
| Apr 20, 2015 | 222.61 | 226.35 | 221.98 | 224.63 | 18,364,700 | 3,161,599,719 |
| Apr 19, 2015 | 223.46 | 226.35 | 222.37 | 222.60 | 15,021,500 | 3,132,226,860 |
| Apr 18, 2015 | 222.85 | 224.32 | 220.88 | 223.36 | 12,939,000 | 3,142,049,362 |
| Apr 17, 2015 | 228.57 | 228.91 | 221.94 | 222.88 | 20,429,800 | 3,134,573,444 |
| Apr 16, 2015 | 223.92 | 229.67 | 223.92 | 228.57 | 24,805,400 | 3,213,884,952 |
| Apr 15, 2015 | 219.07 | 223.83 | 218.65 | 223.83 | 22,562,000 | 3,146,465,248 |
| Apr 14, 2015 | 224.76 | 224.98 | 216.32 | 219.16 | 31,719,000 | 3,080,098,939 |
| Apr 13, 2015 | 235.95 | 236.93 | 222.00 | 224.59 | 31,181,800 | 3,155,548,414 |
| Apr 12, 2015 | 236.54 | 237.73 | 233.49 | 236.15 | 12,387,900 | 3,317,129,018 |
| Apr 11, 2015 | 236.02 | 239.54 | 234.18 | 236.55 | 16,365,200 | 3,321,976,615 |
| Apr 10, 2015 | 243.69 | 243.69 | 232.77 | 236.07 | 28,882,000 | 3,314,409,567 |
| Apr 09, 2015 | 244.75 | 246.12 | 239.40 | 243.68 | 21,643,500 | 3,420,248,520 |
| Apr 08, 2015 | 253.06 | 253.85 | 244.21 | 245.02 | 30,086,400 | 3,438,326,345 |
| Apr 07, 2015 | 255.27 | 255.80 | 252.21 | 253.18 | 18,467,400 | 3,552,014,128 |
| Apr 06, 2015 | 260.72 | 261.80 | 254.57 | 255.49 | 20,034,200 | 3,583,466,919 |
| Apr 05, 2015 | 253.76 | 260.67 | 251.94 | 260.60 | 19,649,200 | 3,654,268,030 |
| Apr 04, 2015 | 254.23 | 255.28 | 251.76 | 253.76 | 12,493,500 | 3,556,559,216 |
| Apr 03, 2015 | 253.07 | 256.04 | 251.88 | 254.23 | 23,146,600 | 3,564,354,620 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Apr 02, 2015 | 247.09 | 254.46 | 245.42 | 253.01 | 26,272,600 | 3,544,973,232 |
| Apr 01, 2015 | 244.22 | 247.54 | 241.16 | 247.27 | 22,877,200 | 3,463,619,267 |
| Mar 31, 2015 | 247.45 | 248.73 | 242.74 | 244.22 | 22,672,000 | 3,420,112,896 |
| Mar 30, 2015 | 242.88 | 249.24 | 239.21 | 247.53 | 23,009,600 | 3,465,419,693 |
| Mar 29, 2015 | 252.74 | 253.14 | 240.85 | 242.71 | 21,699,400 | 3,397,187,115 |
| Mar 28, 2015 | 246.98 | 254.21 | 246.98 | 252.80 | 16,040,900 | 3,537,377,134 |
| Mar 27, 2015 | 248.57 | 256.81 | 245.21 | 247.03 | 17,274,900 | 3,455,731,911 |
| Mar 26, 2015 | 246.28 | 254.35 | 244.90 | 248.53 | 25,730,000 | 3,475,701,380 |
| Mar 25, 2015 | 247.47 | 249.19 | 236.51 | 246.20 | 35,866,900 | 3,442,129,496 |
| Mar 24, 2015 | 266.58 | 267.00 | 244.15 | 245.60 | 40,073,700 | 3,432,718,154 |
| Mar 23, 2015 | 267.89 | 277.30 | 261.74 | 266.74 | 22,811,900 | 3,727,111,341 |
| Mar 22, 2015 | 259.92 | 269.75 | 259.59 | 267.96 | 18,438,100 | 3,743,193,531 |
| Mar 21, 2015 | 261.64 | 262.20 | 255.65 | 260.02 | 17,130,100 | 3,631,424,642 |
| Mar 20, 2015 | 260.96 | 264.85 | 259.16 | 261.75 | 18,456,700 | 3,654,506,819 |
| Mar 19, 2015 | 255.88 | 264.24 | 248.64 | 260.93 | 52,732,000 | 3,642,156,965 |
| Mar 18, 2015 | 285.07 | 285.34 | 249.87 | 256.30 | 57,008,000 | 3,576,671,767 |
| Mar 17, 2015 | 290.60 | 292.36 | 284.37 | 285.51 | 21,497,200 | 3,983,144,494 |
| Mar 16, 2015 | 285.68 | 294.11 | 285.68 | 290.59 | 21,516,100 | 4,053,198,429 |
| Mar 15, 2015 | 281.42 | 286.53 | 281.00 | 286.39 | 11,970,100 | 3,993,628,668 |
| Mar 14, 2015 | 284.44 | 286.34 | 280.98 | 281.89 | 22,612,300 | 3,929,758,785 |
| Mar 13, 2015 | 294.12 | 294.50 | 285.34 | 285.34 | 31,421,500 | 3,976,948,638 |
| Mar 12, 2015 | 296.13 | 297.09 | 292.41 | 294.35 | 32,585,200 | 4,101,535,995 |
| Mar 11, 2015 | 291.52 | 297.39 | 290.51 | 296.38 | 33,963,900 | 4,128,796,573 |
| Mar 10, 2015 | 289.86 | 300.04 | 289.74 | 291.76 | 67,770,800 | 4,063,305,050 |
| Mar 09, 2015 | 274.81 | 292.70 | 273.89 | 289.61 | 59,178,200 | 4,032,241,702 |
| Mar 08, 2015 | 276.43 | 277.86 | 272.57 | 274.35 | 22,067,900 | 3,818,877,362 |
| Mar 07, 2015 | 272.29 | 277.85 | 270.13 | 276.26 | 17,825,900 | 3,844,351,385 |
| Mar 06, 2015 | 275.60 | 277.61 | 270.02 | 272.72 | 28,918,900 | 3,794,156,466 |
| Mar 05, 2015 | 272.74 | 281.67 | 264.77 | 276.18 | 41,302,400 | 3,841,201,000 |
| Mar 04, 2015 | 281.99 | 284.23 | 268.13 | 273.09 | 41,383,000 | 3,797,385,224 |
| Mar 03, 2015 | 275.05 | 285.59 | 268.76 | 281.70 | 50,461,500 | 3,916,108,523 |
| Mar 02, 2015 | 260.36 | 276.30 | 258.31 | 275.67 | 40,465,700 | 3,831,178,959 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Mar 01, 2015 | 254.28 | 261.66 | 245.93 | 260.20 | 25,213,700 | 3,615,181,538 |
| Feb 28, 2015 | 253.52 | 254.69 | 249.48 | 254.26 | 13,949,300 | 3,531,776,636 |
| Feb 27, 2015 | 236.44 | 256.65 | 236.44 | 253.83 | 44,013,900 | 3,524,820,596 |
| Feb 26, 2015 | 237.34 | 237.71 | 234.26 | 236.43 | 13,619,400 | 3,282,272,605 |
| Feb 25, 2015 | 238.89 | 239.34 | 235.53 | 237.47 | 11,496,200 | 3,295,875,814 |
| Feb 24, 2015 | 239.00 | 239.90 | 236.40 | 238.74 | 14,200,400 | 3,312,489,904 |
| Feb 23, 2015 | 235.99 | 240.11 | 232.42 | 238.89 | 16,400,000 | 3,313,897,879 |
| Feb 22, 2015 | 244.54 | 246.39 | 233.85 | 235.98 | 19,527,000 | 3,272,629,326 |
| Feb 21, 2015 | 243.75 | 255.32 | 243.18 | 244.53 | 12,284,200 | 3,390,372,210 |
| Feb 20, 2015 | 240.25 | 247.10 | 239.30 | 243.78 | 23,876,700 | 3,379,032,908 |
| Feb 19, 2015 | 236.41 | 242.67 | 235.59 | 240.28 | 18,270,500 | 3,329,631,566 |
| Feb 18, 2015 | 243.78 | 244.25 | 232.34 | 236.33 | 25,200,800 | 3,273,812,262 |
| Feb 17, 2015 | 233.42 | 245.77 | 232.31 | 243.61 | 27,363,100 | 3,373,706,168 |
| Feb 16, 2015 | 234.82 | 239.52 | 229.02 | 233.84 | 28,153,700 | 3,237,573,873 |
| Feb 15, 2015 | 257.51 | 265.61 | 227.68 | 234.82 | 56,552,400 | 3,250,242,178 |
| Feb 14, 2015 | 235.53 | 259.81 | 235.53 | 257.32 | 49,732,500 | 3,560,717,936 |
| Feb 13, 2015 | 221.97 | 240.26 | 221.26 | 235.43 | 42,744,400 | 3,256,814,719 |
| Feb 12, 2015 | 219.21 | 222.20 | 217.61 | 221.76 | 15,206,200 | 3,066,996,120 |
| Feb 11, 2015 | 219.73 | 223.41 | 218.07 | 219.18 | 17,201,900 | 3,030,676,475 |
| Feb 10, 2015 | 220.28 | 221.81 | 215.33 | 219.84 | 21,115,100 | 3,038,850,985 |
| Feb 09, 2015 | 223.39 | 223.98 | 217.02 | 220.11 | 27,791,300 | 3,041,799,140 |
| Feb 08, 2015 | 227.69 | 229.44 | 221.08 | 223.41 | 17,145,200 | 3,086,537,315 |
| Feb 07, 2015 | 222.63 | 230.30 | 222.61 | 227.75 | 21,604,200 | 3,145,761,023 |
| Feb 06, 2015 | 216.92 | 230.51 | 216.23 | 222.27 | 24,435,300 | 3,069,076,711 |
| Feb 05, 2015 | 227.66 | 239.40 | 214.73 | 217.11 | 22,516,400 | 2,996,945,966 |
| Feb 04, 2015 | 227.51 | 230.06 | 221.11 | 226.85 | 26,594,300 | 3,130,520,358 |
| Feb 03, 2015 | 237.45 | 245.96 | 224.48 | 227.27 | 40,783,700 | 3,135,343,874 |
| Feb 02, 2015 | 226.49 | 242.18 | 222.66 | 238.23 | 30,612,100 | 3,285,797,305 |
| Feb 01, 2015 | 216.87 | 231.57 | 212.01 | 226.97 | 29,128,500 | 3,129,637,468 |
| Jan 31, 2015 | 226.44 | 233.50 | 216.31 | 217.46 | 23,348,200 | 2,997,692,311 |
| Jan 30, 2015 | 232.27 | 242.08 | 223.84 | 226.93 | 26,083,200 | 3,120,272,355 |
| Jan 29, 2015 | 233.35 | 238.71 | 220.71 | 233.51 | 32,213,400 | 3,217,149,466 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Bitcoin (BTC) Historical Data - CoinMarketCap

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 28, 2015 | 263.35 | 266.54 | 227.05 | 233.91 | 44,352,200 | 3,221,728,839 |
| Jan 27, 2015 | 273.17 | 275.48 | 250.65 | 263.48 | 44,399,000 | 3,627,760,928 |
| Jan 26, 2015 | 254.08 | 309.38 | 254.08 | 273.47 | 106,794,000 | 3,764,417,376 |
| Jan 25, 2015 | 247.35 | 255.07 | 243.89 | 253.72 | 33,582,700 | 3,491,686,145 |
| Jan 24, 2015 | 232.70 | 248.21 | 230.02 | 247.85 | 24,782,500 | 3,410,114,481 |
| Jan 23, 2015 | 233.52 | 234.85 | 225.20 | 232.88 | 24,621,700 | 3,203,436,948 |
| Jan 22, 2015 | 227.32 | 237.02 | 226.43 | 233.41 | 33,544,600 | 3,209,962,696 |
| Jan 21, 2015 | 211.38 | 227.79 | 211.21 | 226.90 | 29,924,600 | 3,119,680,595 |
| Jan 20, 2015 | 212.91 | 215.24 | 205.15 | 211.32 | 24,051,100 | 2,904,651,464 |
| Jan 19, 2015 | 211.47 | 216.73 | 207.32 | 214.86 | 18,658,300 | 2,952,759,522 |
| Jan 18, 2015 | 200.05 | 218.70 | 194.51 | 210.34 | 30,085,100 | 2,889,858,038 |
| Jan 17, 2015 | 207.83 | 211.73 | 194.88 | 199.26 | 23,469,700 | 2,736,875,952 |
| Jan 16, 2015 | 209.07 | 221.59 | 199.77 | 208.10 | 38,421,000 | 2,857,541,182 |
| Jan 15, 2015 | 176.90 | 229.07 | 176.90 | 209.84 | 81,773,504 | 2,880,801,385 |
| Jan 14, 2015 | 223.89 | 223.89 | 171.51 | 178.10 | 97,638,704 | 2,444,379,076 |
| Jan 13, 2015 | 267.39 | 268.28 | 219.91 | 225.86 | 72,843,904 | 3,099,004,902 |
| Jan 12, 2015 | 266.15 | 272.20 | 265.20 | 267.80 | 18,880,300 | 3,673,551,884 |
| Jan 11, 2015 | 274.61 | 279.64 | 265.04 | 265.66 | 18,200,800 | 3,643,307,731 |
| Jan 10, 2015 | 287.30 | 288.13 | 273.97 | 274.80 | 15,264,300 | 3,767,535,599 |
| Jan 09, 2015 | 282.38 | 291.11 | 280.53 | 290.41 | 18,718,600 | 3,980,426,431 |
| Jan 08, 2015 | 294.14 | 294.14 | 282.17 | 283.35 | 19,982,500 | 3,882,766,766 |
| Jan 07, 2015 | 286.08 | 298.75 | 283.08 | 294.34 | 24,866,800 | 4,032,255,015 |
| Jan 06, 2015 | 274.61 | 287.55 | 272.70 | 286.19 | 23,245,700 | 3,919,623,080 |
| Jan 05, 2015 | 265.08 | 278.34 | 265.08 | 274.47 | 43,962,800 | 3,758,098,008 |
| Jan 04, 2015 | 281.15 | 287.23 | 257.61 | 264.20 | 55,629,100 | 3,616,320,975 |
| Jan 03, 2015 | 314.85 | 315.15 | 281.08 | 281.08 | 33,054,400 | 3,846,269,872 |
| Jan 02, 2015 | 314.08 | 315.84 | 313.57 | 315.03 | 7,860,650 | 4,309,551,126 |
| Jan 01, 2015 | 320.43 | 320.43 | 314.00 | 314.25 | 8,036,550 | 4,297,535,768 |
| Dec 31, 2014 | 310.91 | 320.19 | 310.21 | 320.19 | 13,942,900 | 4,377,510,595 |
| Dec 30, 2014 | 312.72 | 314.81 | 309.37 | 310.74 | 12,528,300 | 4,247,060,095 |
| Dec 29, 2014 | 317.70 | 320.02 | 312.51 | 312.57 | 12,302,500 | 4,272,268,163 |
| Dec 28, 2014 | 316.16 | 320.03 | 311.08 | 317.24 | 11,676,600 | 4,333,389,568 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Dec 27, 2014 | 327.58 | 328.91 | 312.63 | 315.86 | 15,185,200 | 4,313,267,197 |
| Dec 26, 2014 | 319.15 | 331.42 | 316.63 | 327.92 | 16,410,500 | 4,476,703,675 |
| Dec 25, 2014 | 322.29 | 322.67 | 316.96 | 319.01 | 9,883,640 | 4,353,789,283 |
| Dec 24, 2014 | 334.39 | 334.74 | 321.36 | 322.53 | 15,092,300 | 4,400,637,769 |
| Dec 23, 2014 | 332.02 | 336.29 | 329.60 | 334.57 | 16,574,200 | 4,563,595,537 |
| Dec 22, 2014 | 321.07 | 334.12 | 320.42 | 331.89 | 22,315,100 | 4,525,705,359 |
| Dec 21, 2014 | 329.54 | 329.63 | 318.90 | 320.84 | 15,207,600 | 4,373,820,008 |
| Dec 20, 2014 | 317.62 | 330.33 | 316.04 | 329.96 | 20,856,700 | 4,496,945,577 |
| Dec 19, 2014 | 311.18 | 318.53 | 306.77 | 317.84 | 23,823,100 | 4,330,801,581 |
| Dec 18, 2014 | 319.79 | 323.71 | 304.23 | 311.40 | 39,173,000 | 4,241,890,806 |
| Dec 17, 2014 | 326.86 | 333.95 | 315.15 | 319.78 | 37,567,900 | 4,355,021,350 |
| Dec 16, 2014 | 345.67 | 345.86 | 327.06 | 327.06 | 30,864,900 | 4,453,202,603 |
| Dec 15, 2014 | 351.36 | 351.82 | 344.93 | 345.35 | 17,264,200 | 4,700,905,209 |
| Dec 14, 2014 | 346.73 | 353.32 | 345.42 | 351.63 | 12,415,200 | 4,785,245,608 |
| Dec 13, 2014 | 352.38 | 352.38 | 346.59 | 347.38 | 11,675,900 | 4,726,102,586 |
| Dec 12, 2014 | 350.83 | 352.98 | 349.29 | 352.54 | 16,989,800 | 4,795,055,945 |
| Dec 11, 2014 | 344.34 | 361.36 | 338.76 | 350.51 | 32,431,300 | 4,766,084,199 |
| Dec 10, 2014 | 352.20 | 352.38 | 346.36 | 346.36 | 16,427,700 | 4,708,572,401 |
| Dec 09, 2014 | 361.89 | 363.07 | 344.95 | 352.22 | 32,915,500 | 4,786,893,958 |
| Dec 08, 2014 | 374.96 | 376.03 | 361.89 | 361.91 | 18,898,700 | 4,917,302,822 |
| Dec 07, 2014 | 374.84 | 376.29 | 373.27 | 375.10 | 6,491,650 | 5,094,943,517 |
| Dec 06, 2014 | 376.76 | 378.45 | 370.95 | 374.79 | 7,009,320 | 5,089,542,822 |
| Dec 05, 2014 | 369.44 | 379.19 | 365.76 | 376.85 | 15,181,800 | 5,116,358,331 |
| Dec 04, 2014 | 375.72 | 378.65 | 367.76 | 369.60 | 14,529,600 | 5,016,487,250 |
| Dec 03, 2014 | 381.72 | 383.03 | 374.35 | 375.01 | 13,340,100 | 5,088,491,940 |
| Dec 02, 2014 | 379.25 | 384.04 | 377.86 | 381.32 | 12,364,100 | 5,172,928,823 |
| Dec 01, 2014 | 378.25 | 383.66 | 376.67 | 379.24 | 11,763,000 | 5,143,434,464 |
| Nov 30, 2014 | 375.51 | 382.53 | 373.31 | 378.05 | 9,194,440 | 5,125,958,175 |
| Nov 29, 2014 | 376.15 | 387.60 | 372.14 | 375.49 | 15,375,600 | 5,089,799,280 |
| Nov 28, 2014 | 369.37 | 382.84 | 358.45 | 376.45 | 22,946,500 | 5,101,280,353 |
| Nov 27, 2014 | 376.50 | 373.93 | 368.28 | 368.97 | 7,748,030 | 5,008,058,116 |
| Nov 26, 2014 | 376.02 | 377.70 | 365.82 | 368.37 | 18,601,700 | 4,989,166,443 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 25, 2014 | 376.89 | 394.70 | 374.78 | 375.35 | 25,442,200 | 5,082,390,210 |
| Nov 24, 2014 | 366.95 | 387.21 | 366.67 | 376.90 | 30,930,100 | 5,102,174,795 |
| Nov 23, 2014 | 353.17 | 370.85 | 353.17 | 367.57 | 15,151,600 | 4,974,540,006 |
| Nov 22, 2014 | 351.60 | 364.84 | 350.88 | 352.92 | 15,273,000 | 4,774,989,954 |
| Nov 21, 2014 | 357.88 | 357.88 | 344.11 | 350.85 | 29,850,100 | 4,745,605,133 |
| Nov 20, 2014 | 380.31 | 382.02 | 356.78 | 357.84 | 25,233,200 | 4,839,043,482 |
| Nov 19, 2014 | 373.90 | 386.48 | 373.90 | 380.55 | 18,931,800 | 5,144,903,809 |
| Nov 18, 2014 | 387.79 | 392.40 | 371.12 | 375.20 | 32,222,500 | 5,071,157,408 |
| Nov 17, 2014 | 388.35 | 410.20 | 377.50 | 387.41 | 41,518,800 | 5,234,695,637 |
| Nov 16, 2014 | 374.73 | 390.80 | 374.60 | 387.88 | 11,905,600 | 5,239,694,300 |
| Nov 15, 2014 | 399.65 | 405.53 | 371.01 | 376.13 | 15,727,500 | 5,079,582,132 |
| Nov 14, 2014 | 418.42 | 419.25 | 384.79 | 397.82 | 29,589,200 | 5,371,040,273 |
| Nov 13, 2014 | 427.27 | 457.09 | 401.12 | 420.73 | 58,945,000 | 5,678,828,589 |
| Nov 12, 2014 | 367.98 | 429.72 | 367.98 | 423.56 | 45,783,200 | 5,715,426,244 |
| Nov 11, 2014 | 365.86 | 371.31 | 363.73 | 367.70 | 15,838,900 | 4,960,242,320 |
| Nov 10, 2014 | 362.27 | 374.82 | 357.56 | 366.92 | 30,450,100 | 4,948,658,123 |
| Nov 09, 2014 | 345.38 | 363.63 | 344.26 | 363.26 | 24,205,600 | 4,897,961,165 |
| Nov 08, 2014 | 342.15 | 347.03 | 342.15 | 345.49 | 8,535,470 | 4,656,988,222 |
| Nov 07, 2014 | 349.82 | 352.73 | 341.78 | 342.42 | 16,834,200 | 4,614,264,695 |
| Nov 06, 2014 | 339.46 | 352.97 | 338.42 | 349.29 | 18,797,000 | 4,705,591,219 |
| Nov 05, 2014 | 330.68 | 343.37 | 330.68 | 339.49 | 19,817,200 | 4,572,205,935 |
| Nov 04, 2014 | 327.16 | 331.77 | 325.08 | 330.49 | 15,655,500 | 4,449,934,321 |
| Nov 03, 2014 | 325.57 | 334.00 | 325.48 | 327.55 | 12,948,500 | 4,409,040,617 |
| Nov 02, 2014 | 326.08 | 329.05 | 320.63 | 325.89 | 8,603,620 | 4,385,292,372 |
| Nov 01, 2014 | 338.65 | 340.53 | 321.05 | 325.75 | 16,677,200 | 4,382,113,991 |
| Oct 31, 2014 | 345.01 | 348.05 | 337.14 | 338.32 | 12,545,400 | 4,549,893,052 |
| Oct 30, 2014 | 335.71 | 350.91 | 335.07 | 345.30 | 30,177,900 | 4,642,194,094 |
| Oct 29, 2014 | 357.09 | 357.83 | 335.34 | 335.59 | 18,192,700 | 4,510,175,245 |
| Oct 28, 2014 | 353.21 | 359.98 | 352.68 | 357.62 | 7,845,880 | 4,804,812,401 |
| Oct 27, 2014 | 354.78 | 358.63 | 349.81 | 352.99 | 13,033,000 | 4,741,410,021 |
| Oct 26, 2014 | 347.49 | 358.23 | 343.93 | 354.78 | 11,272,500 | 4,763,036,253 |
| Oct 25, 2014 | 358.61 | 359.86 | 342.88 | 347.27 | 18,127,500 | 4,662,139,220 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Oct 24, 2014 | 358.59 | 364.35 | 353.30 | 358.35 | 15,585,700 | 4,809,419,914 |
| Oct 23, 2014 | 382.96 | 385.05 | 356.45 | 358.42 | 26,456,900 | 4,808,952,572 |
| Oct 22, 2014 | 386.12 | 388.58 | 382.25 | 383.16 | 11,641,300 | 5,139,461,096 |
| Oct 21, 2014 | 382.42 | 392.65 | 380.83 | 386.48 | 14,188,900 | 5,182,426,851 |
| Oct 20, 2014 | 389.23 | 390.08 | 378.25 | 382.85 | 16,419,000 | 5,132,276,503 |
| Oct 19, 2014 | 391.25 | 393.94 | 386.46 | 389.55 | 5,914,570 | 5,220,783,140 |
| Oct 18, 2014 | 383.98 | 395.16 | 378.97 | 391.44 | 11,416,800 | 5,244,892,214 |
| Oct 17, 2014 | 382.76 | 385.48 | 375.39 | 383.76 | 13,600,700 | 5,140,342,471 |
| Oct 16, 2014 | 394.52 | 398.81 | 373.07 | 382.56 | 26,990,000 | 5,122,903,035 |
| Oct 15, 2014 | 400.95 | 402.23 | 388.77 | 394.77 | 25,267,100 | 5,285,043,276 |
| Oct 14, 2014 | 391.69 | 411.70 | 391.32 | 400.87 | 38,491,500 | 5,365,153,884 |
| Oct 13, 2014 | 377.92 | 397.23 | 368.90 | 390.41 | 35,221,400 | 5,223,924,767 |
| Oct 12, 2014 | 362.61 | 379.43 | 356.14 | 378.55 | 17,552,800 | 5,063,689,090 |
| Oct 11, 2014 | 361.36 | 367.19 | 355.95 | 362.30 | 13,345,200 | 4,844,961,125 |
| Oct 10, 2014 | 364.69 | 375.07 | 352.96 | 361.56 | 43,665,700 | 4,833,830,847 |
| Oct 09, 2014 | 352.75 | 382.73 | 347.69 | 365.03 | 83,641,104 | 4,878,718,500 |
| Oct 08, 2014 | 336.12 | 354.36 | 327.19 | 352.94 | 54,736,300 | 4,715,887,222 |
| Oct 07, 2014 | 330.58 | 339.25 | 320.48 | 336.19 | 49,199,900 | 4,490,819,565 |
| Oct 06, 2014 | 320.39 | 345.13 | 302.56 | 330.08 | 79,011,800 | 4,408,130,777 |
| Oct 05, 2014 | 328.92 | 341.80 | 289.30 | 320.51 | 83,308,096 | 4,279,040,870 |

\* Earliest data in range (UTC time)
\*\* Latest data in range (UTC time)

# Sign up for our newsletter

Get crypto analysis, news and updates, right to your inbox! Sign up here so you don't miss a single one.

Enter your email...

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

✕

Subscribe now



## Related Cryptocurrencies

 Tezos (XTZ)(/currencies/tezos/)   Binance Coin (BNB)(/currencies/binance-coin/)

Lisk (LSK)(/currencies/lisk/)   Dash (DASH)(/currencies/dash/)   Ethereum (ETH)(/currencies/ethereum/)

© 2018 CoinMarketCap

## Useful Links

Advertise(/advertising/)                          Request Form(/request/)

Professional API(https://pro.coinmarketcap.com)   Careers(/careers/)

Public API(/api/)                                 Blog(https://blog.coinmarketcap.com)

Disclaimer(/disclaimer/)                          Newsletter(/newsletter/)

Privacy(/privacy/)                                Facebook(https://www.facebook.com/CoinMarketCap)

Terms(/terms/)                                    Twitter(https://twitter.com/CoinMarketCap)

FAQ(/faq/)

Methodology(/methodology/)



We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Night Mode                                            Downloads

| Off | On |

(https://appstore.com/coinmarketcapcom/)

Donate

BTC: 3CMCRgEm8HVz3DrWaCCid3vAANE42jcEv9

LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX

ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B

BCH: 1LVXG4Z4oF6TrJfmUfSuLX8nqb8c5eCwha

Secure your crypto assets

Ledger(https://www.ledger.com/products/ledger-nano-s?r=70935dc26797)

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

✕

Exhibit B-27

| | |
|---|---|
| **From:** | GAW Miners |
| **Sent:** | Friday, September 12, 2014 1:57 PM PDT |
| **To:** | Carlos |
| **Subject:** | Fwd:  Ebay sales? |

Hi Carlos

This customer is interested in being set up for doing reselling, Amanda said
to forward this request to you.

Thanks you,

Justin Kuncas


On Mon, 8 Sep at 3:20 pm , Ad Herlihy <herlihy92@gmail.com> wrote:
I'm the guy helping craig with accessing his account due to his blindness, I think I
created the previous ticket prior to opening this account. My response is as follows;

"Yes I have been checking his account for him. But it seems that after todays
announcement I can no longer provide this service to people? I have been selling
activation codes on ebay and providing live support to all of my customers. That's
technically not the same as reselling hashlets no? Ebay is a different can of worms to
private sales as there is no opportunity for me to scam the buyer, if they don't get a
code, they just claim "no delilvery" and ebay/paypal refunds them. I have been video
recording every code I have sent out."

Exhibit B-28

2014-08-02 02:39:33  That's the best way!
2014-08-02 02:40:00  Dang Google, I can't sneak in!
2014-08-02 02:40:26 <Josh Garza> Tim, company meeting next monday?
2014-08-02 02:40:33 <Josh Garza> calling all the staff in
2014-08-02 02:40:39 <Josh Garza> you should pay a visit?
2014-08-02 02:40:54 <Josh Garza> haha so everyone can meet the famous volder
2014-08-02 02:41:38 <Tim Davis> Whoa
2014-08-02 02:41:44 <Tim Davis> Let me prep the jet
2014-08-02 02:41:55 <Tim Davis> Send it over
2014-08-02 02:42:05 <Josh Garza> we will send the GAWjet get you
2014-08-02 02:42:17 <Josh Garza> *to get
2014-08-02 02:42:22 <Tim Davis> Ok
2014-08-02 02:54:38  Tim you better do it, even ZenMiner will be present at the meeting :)
2014-08-02 02:57:42 <Jacob Wheeling> We need to have a big meeting one day with GAW, Zen and all if the resellers. Would love to meet everybody!
2014-08-02 02:58:02 <Tim Davis> Your going to MA Eric!
2014-08-02 02:58:08 <Tim Davis> .??
2014-08-02 02:58:17  You bet, flying up just to meet with the GAW Miners staff
2014-08-02 02:58:37  I'm also meeting with a few other businesses in the area
2014-08-02 02:58:52 <Tim Davis> Swing by with zen jet and get me.
2014-08-02 02:58:57 <Tim Davis> What time?
2014-08-02 03:00:52  Not sure, I'll be at GAW all day Monday so whenever it kicks off.
2014-08-02 03:01:01  The 11th that is
2014-08-02 03:02:01 <Josh Garza> Volder you can help us meet the conking noobies
2014-08-02 03:02:28  Ah yes, we're meeting with those guys too
2014-08-02 03:02:39  Hope they bring their lunchables  :)
2014-08-02 03:02:46 <Tim Davis> I know that was an accident, but conking is suiting.
2014-08-02 03:03:25 <Tim Davis> Sweet
2014-08-02 03:03:36 <Tim Davis> I can pack a sack lunch.
2014-08-02 03:04:53  So whats the deal V? you coming?
2014-08-02 03:04:59  The whole gang will be there
2014-08-02 03:05:22 <Tim Davis> Such peer pressure.
2014-08-02 03:05:33  Don't think Southwest accepts Bitcoin yet so you better sell
2014-08-02 03:05:41 <Tim Davis> Expedia does.
2014-08-02 03:05:50  Well I'll be damned. Problem solved.
2014-08-02 03:06:08 <Tim Davis> I booked an entire vacation to Texas paid in bitcoin in June.
2014-08-02 03:06:39 <Tim Davis> Josh, hows my expense account looking?
2014-08-02 03:06:58  Expensive  :)
2014-08-02 03:08:00 <Josh Garza> Not sure, Eric check his zenminer wallet
2014-08-02 03:08:04 <Josh Garza> Haha
2014-08-02 03:08:10 <Tim Davis> Oh snap
2014-08-02 03:08:19  Will do! How much shall I deduct?  ;)
2014-08-02 03:08:19 <Tim Davis> I withdrawal daily.
2014-08-02 03:08:42 <Josh Garza> No interest for you mang
2014-08-02 03:08:52 <Tim Davis> Let me remind you what happened last time I played with my ZenMiner wallet. ;)
2014-08-02 03:08:57  sad sad volder.... won't get to play the reindeer games
2014-08-02 03:09:18 <Tim Davis> Found some cool features!
2014-08-02 03:09:23  LOL
2014-08-02 03:09:30  those 'features' have since been fixed.
2014-08-02 03:09:43 <Tim Davis> I haven't told you about the others
2014-08-02 03:10:01 <Josh Garza> You mean when you can withdrawl more big coins then you should have been able to? I still think you should have taken all of Eric's money
2014-08-02 03:10:03  You better be joking or else we should be having another conversation in private, good sir
2014-08-02 03:10:55 <Tim Davis> Well that depends
2014-08-02 03:11:05  Hah, scene from Office Space

Exhibit B-29

MENU

- Home
- Hashlet
  - Hashlet Genesis
  - Hashlet Solo
  - Hashlet Prime
  - Hashlet Comparison
  - ZenCloud FAQ
- Miners
- Accessories
- Wholesale
- Blog
- Company
  - About Us
  - Team
  - Contact Us
  - News
  - FAQ
  - Terms & Conditions
  - Shipping & Returns
  - Affiliate Program
  - Privacy Policy

- • • • (866) 554-5861

Free U.S. Shipping on orders over $300

- • • • Login
- Cart 0

- Home
- Hashlet
  - Hashlet Genesis
  - Hashlet Solo
  - Hashlet Prime
  - Hashlet Comparison
  - ZenCloud FAQ
- Miners
- Accessories
- Wholesale
- Blog
- Company
  - About Us
  - Team
  - Contact Us
  - News
  - FAQ
  - Terms & Conditions
  - Shipping & Returns
  - Affiliate Program
  - Privacy Policy

GAW00771454

- Home
- Hashlet
  - Hashlet Genesis
  - Hashlet Solo
  - Hashlet Prime
  - Hashlet Comparison
  - ZenCloud FAQ
- Miners
- Accessories
- Wholesale
- Blog
- Company
  - About Us
  - Team
  - Contact Us
  - News
  - FAQ
  - Terms & Conditions
  - Shipping & Returns
  - Affiliate Program
  - Privacy Policy

Home » Affiliate FAQ

How can I receive my commission earnings?

What forms of payment are available?

Can I make social media pages to promote GAW Miners and use my affiliate link?

Can I make purchases with my own affiliate link?

How long does the tracking cookie last?

Does my commission % increase?

Why was my commission rejected?

Am I allowed to purchase traffic from traffic generation sites/exchanges?

Can I create a similar site to copy the original GAW Miners website?

Are there any places where I can't advertise?

Can I have a personal banner or a coupon created for me?

If I would like to become a reseller, what should I do?


Q. How can I receive my commission earnings?

Payouts are completed upon request. Please email your account manager to request your commission. The minimum payout threshold is USD $50. You are permitted up to 4 payouts per month.


Q. What forms of payment are available?

GAW00771455

Forms of payment are **Bitcoins, Bank Wire Transfer** or **Store Credit** at 10% of your earned commissions.

**Q. Can I make social media pages to promote GAW Miners and use my affiliate link?**

You may not create social media pages that in any way imply that it is owned or run by GAW Miners.

You may not use images from the GAW Miners website unless those images are provided in the **Creatives** section of your offer.

If you are found to be impersonating, copying or reproducing the GAW Miners brand in any way, this is a direct violation of our policy and your account will be closed without warning.

All commissions generated from these methods will be rejected.

**Q. Can I make purchases with my own affiliate link?**

The purpose of the affiliate program is to drive new traffic to GAWMiners.com and earn money as a business partner, not to receive discounts on your own purchases. We do not allow personal commissions from your affiliate links. If you signed up to be an affiliate for the sole purpose of discounting your own purchases, your account will be closed immediately without warning.

**Q. How long does the tracking cookie last?**

Our tracking cookies expire after two weeks. Our system works by 'last click', meaning the last referrer is used to determine who receives the commission.

**Q. Does my commission % increase?**

If your account reaches $25,000 of revenue for the month, we will increase your commission rate to 5%. When an affiliate reaches $75,000 for the month, we increase it to 6%. Account commission % is automatically changed based on the current month's revenue.

**Q. Why was my commission rejected?**

A commission may be rejected for one of the following reasons:

- The order was not paid and is in pending status
- The order has not been fulfilled (most commonly due to pre-orders)
- The order was canceled
- The order was made by the affiliate (for affiliates who signed up for this sole purpose)

**Q. Am I allowed to purchase traffic from traffic generation sites/exchanges?**

Absolutely not. We will give you one warning to cease all fake traffic generation. The second time your account will be terminated.

**Q. Can I create a similar site to copy the original GAW Miners website?**

You may not white label our site (copy directly) or pretend to be GAW Miners in any way whatsoever. Your account will be terminated immediately if you are found to be white labeling. You may not use domains that imply you are in any way GAW Miners (e.g. gawminers.de).

A rule of thumb: if a visitor comes to your site and thinks it is GAW Miners, owned by GAW Miners or assumes you are a reseller due to the way the site delivers information, you are violating our policy and will be terminated with or without warning.

**Q. Are there any places where I can't advertise?**

You **MAY NOT** use Google AdWords, Bing Ads or similar ad delivery networks to directly advertise your GAW Miners affiliate link.

You **may** use ad networks to drive traffic to your own website.

If you are found to be using an ad network for directly advertising your affiliate links, your account will be closed immediately. It is a violation of our affiliate policy as well as ad networks like Google and Bing (redirects are not permitted).

We don't allow traffic buys. We don't allow advertising on auction sites such as eBay.

**Q. Can I have a personal banner or a coupon created for me?**

Please email your affiliate manager for any personal requests and they will be more than happy to help with your campaign if possible.

*Please note: at this current time, we will not provide coupons or discounts for ALL Hashlet products.*

**Q. If I would like to become a reseller, what should I do?**

**Reseller Applicant Guidelines**

- Minimum of $25,000 monthly sales to qualify as a reseller
- Resellers are forbidden to sell to another reseller
- Must adhere to or above MSRP (privileges will be revoked immediately if caught selling below)
- No promotion can be applied in addition to Reseller discount

You may inquire by emailing reseller@gawminers.com.

© 2014 GAW Miners - a Geniuses at Work Company

Stay up to date with the latest products and news:

SEARCH THIS STORE

GAW00771458

Exhibit B-30

| | |
|---|---|
| **From:** | Carlos Garza |
| **Sent:** | Monday, December 1, 2014 8:33 AM PST |
| **To:** | Eric C. |
| **Subject:** | Reseller Chat |

Hello Eric,

Please add the following email addresses to the White Label Chat at your convenience:

| |
|---|
| adam@youcanmine.com |
| andyroehrl@gmail.com |
| viturrex@gmail.com |
| support@hashminer.eu |
| jbpoynton@gmail.com |
| sales@cloudminingacademy.com |
| private@zighash.com |
| reseller@gawminersaustralia.org |
| gawminerswa@iinet.net.au |
| sales@hoosiermac.com |
| sales@electrickiss.net |
| tim@hashpros.net |
| johnnytuberosi@hotmail.com |
| gawminers.com02@discountminers.com |
| philk@bitsy.net.au |

Moving forward do you want me to contact you to for new additions or can I add manually?

Thanks for your help.

--
Best Regards,

**Carlos Garza**
**Channel Manager, Value Added Resales**
GAW Miners LLC
O: (413)342-5380



Exhibit B-31

From:    GAW Miners
Sent:    Wed 3/18/2015 7:10 PM (GMT-04:00)
To:      <etruscan@mpfeiffer.com>
Cc:
Bcc:
Subject: Re: Missing Deposit to PayBase

Hello,

Thank you for contacting us! I apologize for the inconvenience. Some deposit transactions will have to be manually reviewed and credited. Please fill out the form below and we will take a look into this for you as soon as possible.

http://goo.gl/forms/FS5tfgDwD0

Thank you for your patience and understanding,
Amanda

Ticket: GAW Miners

GAW Miners Team- Please visit us at: hashtalk.org


On Wed, 18 Mar at 2:54 pm , Etruscan <etruscan@mpfeiffer.com> wrote:
Created via Chat. Conversation between **Michael** and **Amanda**.

**Michael**                                                                           02:49 PM
Hello, I sent BTC to my PayBase account this morning, but it hasn't shown up

**Michael**                                                                           02:50 PM
I tried to submit a ticket through PayBase, but I could not enter or reset the password.

**Amanda**                                                                            02:50 PM
I can open a ticket for you. I will have to send you a form to fill out for a missing deposit. A developer has to review this and manually credit what is missing

**Michael**                                                                           02:50 PM
Thanks, that would be great.

**Michael**                                                                           02:51 PM
This kind of lock on funds keeps happening. Very frustrating when the market changes by 50%.

**Amanda**                                                                            02:53 PM
Do you have 2fa enabled on your paybase account?

**Michael**                                                                           02:53 PM
Yes

CONFIDENTIAL                                                                      GAW00690175

**Amanda**                                                                                    02:53 PM

ok perfect, just wanted to double check. I'm so sorry for the trouble! I am going to convert this ticket to a chat now and send over the form

**Michael**                                                                                   02:54 PM

Thanks

CONFIDENTIAL

Exhibit B-32

Page 1

1                          E. CAPUANO
2                UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
3
4
5   DENIS MARC AUDET,            )
    MICHAEL PFEIFFER, DEAN       )
6   ALLEN SHINNERS, and          )   Case 3:16-cv-00940
    JASON VARGAS,                )
7   Individually and on          )
    Behalf of All Others         )
8   Similarly Situated,          )
                                 )
9             Plaintiffs,        )
                                 )
10  VS.                          )
                                 )
11  STUART A. FRASER, GAW        )
    MINERS, LLC, and             )
12  ZENMINER, LLC (d/b/a         )
    ZEN CLOUD),                  )
13                               )
              Defendants.        )
14                               )
15
16
17         ORAL AND VIDEOTAPED DEPOSITION OF
                     ERIC CAPUANO
18                   JULY 9, 2018
19
20
21
22
23
24  Job No. 143278
25

Page 2

1                E. CAPUANO
2
3
4
5        ORAL DEPOSITION OF ERIC CAPUANO, produced
6   as a witness at the instance of the Plaintiff
7   and duly sworn, was taken in the above styled
8   and numbered cause on July 9, 2018, from 9:33
9   a.m. to 12:39 p.m., before KATERI A.
10  FLOT-DAVIS, CSR, CCR in and for the State of
11  Texas, reported by machine shorthand, at the
12  offices of Regus Office Suites, 106 East 6th
13  Street, Ste. 900, Austin, Texas, pursuant to
14  the Federal Rules of Civil Procedure and the
15  provisions stated on the record herein.
16
17
18
19
20
21
22
23
24
25

Page 3

1                E. CAPUANO
2           A P P E A R A N C E S
3
4
5   FOR THE PLAINTIFF:
6     EDGAR SARGENT, ESQ.
      Susman Godfrey
7     1201 Third Avenue
      Seattle, Washington 98101
8
9
10
11  FOR THE DEFENDANTS:
12    HANNAH MILLER, ESQ.
      ANNA SCHULER, ESQ.
13    Hughes Hubbard & Reed
      One Battery Park Plaza
14    New York, New York 10004
15
16
17  Also Present:
18    Jordan Mummert, Videographer
19
20
21
22
23
24
25

Page 4

1                E. CAPUANO
2
3                INDEX
4                         PAGE
5
6
Appearances......................     3
7
8
ERIC CAPUANO
9
10  Examination by Mr. Sargent.........     9
11
    Examination by Ms. Miller..........    107
12
13
14
    Signature and Changes..............   162
15
    Reporter's Certificate.............   164
16
17
18
19
20
21
22
23
24
25

Page 5

1                E. CAPUANO
2
3                EXHIBITS
4   NO.      DESCRIPTION        PAGE
5
6   Exhibit 27   E-mail string from Josh
                 Garza to Eric Capuano,
7                Dated 6/18/2014, Subject:
                 RE:Fwd: Issue
8                Resolution..............    52
9
10  Exhibit 28   E-mail string from Dan
                 Kelley to Joe Mordica,
11               Et al., dated 12/26/2014,
                 Subject: RE: PayBase/
12               PayCoin questions -
                 IMPORTANT..............    93
13
14
15  Exhibit 29   E-mail from Eric Capuano
                 To Joe Mordica and Dan
16               Kelley, dated 1/13/2015,
                 Subject: Turnover-Eric's
17               Departure...............   109
18
19  Exhibit 30   E-mail from Jonah Dorman
                 To Carlos Garza and Eric
20               Capuano, dated 1/6/2015,
                 Subject: Re: Wire.......   122
21
22  Exhibit 31   E-mail string from Jonah
                 Dorman to Eric Capuano,
23               Dated January 2, 2015,
                 Subject: Re: Pls Check..   126
24
25

Page 106

E. CAPUANO

1
2          So as I was learning that, Evan and
3  I talked about some of the things -- the
4  issues that he was having when he was the lead
5  developer for GAW.  He was like, "Joe ran me
6  into the ground.  He, you know, basically
7  worked me to death."
8          Like, he literally -- I mean,
9  Evan -- I don't think I've ever seen someone
10 put through what Evan was put through to build
11 that platform in the timeframe that it was
12 built.
13         He ended up taking like a two- or
14 three-day, just, hiatus.  He disappeared.
15 Like, we were worried about him.  I mean,
16 like, he had some issues with it.
17         So -- so it was a -- it was a legit
18 concern that, you know, he would never want to
19 talk to Joe again.
20         But anyway, answering your
21 question: Do Evan and I talk about GAW?
22         That was the only conversation I
23 remember that was in that ballpark, was him
24 explaining to me why him and Joe weren't on
25 speaking terms any more.

Page 107

E. CAPUANO

1
2     Q.  So it's -- it's an unhappy memory
3  for Mr. Lucas because of how hard he had to
4  work.  Anything else?
5     A.  Not that I know of.
6     Q.  He didn't talk to you about the
7  fact that customers lost money and that
8  hashing power was being sold that didn't
9  exist, anything like that?
10    A.  No.
11        MR. SARGENT:  I don't think I have
12 any more questions.
13        MS. MILLER:  All right.
14        MR. SARGENT:  Do you want to take a
15 short break?
16        MS. MILLER:  Yes.  Let's take a
17 break.
18        THE VIDEOGRAPHER:  The time is
19 11:20.  We're off the record.
20        (Brief Recess Taken.)
21        THE VIDEOGRAPHER:  The time is
22 11:25.  We're on the record.
23            EXAMINATION
24 BY MS. MILLER:
25    Q.  All right.  So I introduced myself

Page 108

E. CAPUANO

1
2  earlier, but again I'm Hannah Miller from
3  Hughes Hubbard and I represent Stuart Fraser.
4         So earlier you mentioned some chat
5  channels.  I just wanted to ask about that.
6         What exactly were those chat
7  channels?
8     A.  We had started off on a application
9  called HipChat, which is -- very simply, it's
10 just a chat application for teams, right?  Not
11 necessarily traditional chat where it's
12 one-to-one, but more, "Hey, you know, the four
13 of us are working on a project together.
14 Let's get into a chat room where we can
15 discuss that project," right?
16        So we had moved from HipChat to
17 another platform called Slack at some point.
18 I don't remember when.
19        But that's what I mean when I say
20 "chat channels."
21    Q.  Okay.
22    A.  Or the other channel that was
23 pretty commonly used in the company was
24 HangOuts, because it's built into G-Suites,
25 which is what we used for business.

Page 109

E. CAPUANO

1
2     Q.  Got it.
3         And so were -- were chat channels
4  only used by GAW employees, or were -- were
5  they accessible to the public?
6     A.  Oh, no.  I mean, I don't think any
7  of them were accessible to the public.  It was
8  pretty much just for internal communication.
9     Q.  What about other GAW insiders who
10 weren't necessarily GAW employees?
11 Consultants or freelancers?
12    A.  I don't know if I know the lines
13 clear enough to know who -- who is considered
14 a consultant or who is a freelancer.  So --
15    Q.  Okay.
16    A.  -- it would be hard for me to say.
17    Q.  Okay.
18        MS. MILLER:  I'm about to hand you
19 what we've marked as Exhibit 29.
20        (Exhibit No. 29 Marked)
21    Q.  (BY MS. MILLER) Do you remember
22 this e-mail?
23    A.  Let me --
24    Q.  Yeah, feel free to take a moment
25 and read it.

E. CAPUANO

1
2      A.   (Witness reviewing exhibit.)
3      Q.   When you're ready, I was just going
4  to ask you a specific question.
5      A.   Sure.
6           It's a really good turnover.  Okay.
7  Go ahead.
8      Q.   So at the top where you say, "With
9  cryptocurrency companies being compromised
10  every week," what -- what specifically did you
11  mean there?
12     A.   "Compromised" meaning, like, you'd
13  read the news about hacks, like a major --
14  like, I think MountGawks was probably one of
15  the bigger ones that come to mind.
16          So, me letting them know that,
17  "Hey, look, my role here previously was to
18  defend against and/or detect, you know, an
19  intrusion that could compromise the integrity
20  of the platform."
21     Q.   Do you suspect that GAW had been
22  compromised at that point in any way?
23     A.   We did have a major security issue.
24  I don't remember when, exactly.  But we had --
25  it was a software vulnerability that allowed a

E. CAPUANO

1
2  user to basically withdraw funds twice.
3          In software development they call
4  it a race condition, where two things that
5  should not be able to happen simultaneously
6  do.
7          And the result is unknown, right?
8  It's like quantum physics.  You don't know if
9  it's on or off until you observe it, right?
10         But basically, if a user had two
11  browser windows open looking at their account
12  balance, and then simultaneously hit
13  "Withdraw" and then put in a Bitcoin on each
14  one and then simultaneously hit "Withdraw,"
15  they could effectively withdraw the same
16  Bitcoin twice.
17         Because the way that the
18  application was written -- and I imagine it's
19  similar to some banking software -- it's just
20  a database on the back end.  You're not
21  actually manipulating the actual coins.
22  You're manipulating a database value, which is
23  indirectly connected to those coins, right?
24         So if you can exploit that
25  application and, therefore, manipulate the

E. CAPUANO

1
2  database value, you win, right?
3          So there was -- so that was one
4  of -- that was probably the only real
5  significant security issue that we had, that I
6  can recall.
7          But -- but I mean, anything is
8  possible, right?  So...
9      Q.   Right.
10         And so you mentioned that you know
11  of two instances where that happened, or
12  two -- or was that two -- was that a general
13  flaw in the system that may have been
14  exploited multiple times?
15     A.   Oh, it may have been exploited
16  multiple times.  Actually, I imagine it
17  probably was.  I don't remember the exact
18  details, but yeah.
19     Q.   Okay.
20         Okay.  And then moving down on this
21  same e-mail, where you wrote, "Someone must
22  continue monitoring held withdrawals for
23  suspicious or fraudulent activity."
24     A.   You bet.
25     Q.   What kinds of suspicious or

E. CAPUANO

1
2  fraudulent activity were going on?
3      A.   So, this was something that I
4  fought for heavily.  It was, I want to say, as
5  a result of that security -- that security
6  flaw that allowed the double withdrawals.
7      Q.   Uh-huh.
8      A.   I -- if I remember, one particular
9  customer really, really exploited that thing
10  like crazy.  He pulled a lot of money out of
11  the system.
12         And we could have -- what my
13  argument was, we could have at least detected
14  the bleeding had there been sort of a back end
15  review process for large withdrawals, right?
16         So if somebody is trying to pull
17  out the equivalent of $60,000, shouldn't
18  there, like, be a pair of eyes on that, just
19  to make sure that everything is kosher?  And
20  that was what I asked for.
21         Because, again, my role was --
22  around security was -- was more holistic
23  around:  Okay, yeah, no one's breaking into
24  the servers, but let's also make sure that no
25  one is exploiting the software.

E. CAPUANO

1
2  withdraw the same Bitcoin twice?"
3      Q.  Right.
4          So a beta tester is more of a user
5  interface tester --
6      A.  Yes.
7      Q.  -- right?
8      A.  Yes.
9      Q.  Okay.
10         MS. MILLER:  Moving on, I'm handing
11  you what we marked as Exhibit 30.
12         (Exhibit No. 30 Marked)
13         MS. MILLER:  Feel free to take a
14  minute to look that over.
15         (Witness reviewing exhibit.)
16         THE WITNESS:  I need to go back and
17  correct something I said earlier,
18  because I just remembered.
19         So I said earlier that there was no
20  sort of sales force at all, which is
21  true for the majority of the time that
22  we were there.
23         That was the role that Josh's
24  brother, Carlos, took.  Carlos was the
25  sales guy.

E. CAPUANO

1
2      So I -- I just want to make sure
3  that I was clear that that wasn't
4  entirely true.  I -- I just remember
5  that Carlos was doing that.
6      MS. MILLER:  Understood.
7      Q.  (BY MS. MILLER)  So do you remember
8  this -- this exchange here?
9      A.  Okay.  I just got to my part of
10  this.
11     Q.  Uh-huh.
12     A.  (Reviewing exhibit.)  Yes.  Yes, I
13  do.
14         Okay.  Yeah, I -- yeah, I -- I do.
15     Q.  So why were you surprised that
16  Carlos Garza had accepted $100,000 in cash
17  from Viet Lee in exchange for PayCoin?
18     A.  Because that's very much the kind
19  of thing that I -- I was raising the stink
20  about requiring, you know, the MSB, you know,
21  stuff.
22         So, yeah.  Like, I was very out of
23  the loop on what Carlos was doing.
24         What I did know that he was doing
25  was he was working the bigger deals for Josh.

E. CAPUANO

1
2  So if someone had e-mailed Josh and said,
3  "Hey, Josh, I got a huge chunk of money up in
4  the attic, and I'd love to convert that to
5  Hashlets or PayCoin," whatever, Josh would
6  say, "Hey, talk to my brother, Carlos, here,"
7  right, as -- as sort of the white-gloved
8  approach, versus, "Yeah, go to our store and
9  just swipe your -- your American Express
10  black."
11         So I knew that Carlos was doing big
12  deals.  But I think it caught me off guard to
13  realize how big some of those deals were,
14  right, like $100,000 in PayCoin.  And it was
15  in cash, right?
16     Q.  Right.
17     A.  I don't know.  I think at that time
18  it was a little more common to exchange one
19  cryptocurrency for another.  I think there's
20  even -- I don't know if it's still in
21  existence, but there's a website that you can
22  go to, Fox -- ShapeShift -- ShapeShift?  Come
23  on, you're the up and coming guru here.
24         There was a website you could go
25  to, literally, without logging in, you didn't

E. CAPUANO

1
2  need an account or anything.  You could go in
3  and give it one type of coin, and it will spit
4  it out in another coin.
5         You want to talk about convenient
6  conversions, right?
7         So I'm like, okay, I -- I think it
8  would have been less surprising if he said,
9  "No, a guy just gave us 100K in Bitcoin for
10  PayCoin."
11         I'm not saying it wouldn't have
12  raised a flag, but it wouldn't have raised as
13  big a flag if, "No, it was cash.  It was a
14  wire transfer."  Like, this is -- this is
15  what's wrong.  Yeah.
16     Q.  Okay.
17         So do you know if anyone ever
18  reported suspicious activity to FinCEN?
19     A.  I don't know.  Again, I was
20  probably annoying a lot of people with my
21  constant barking up that tree, since it wasn't
22  really my job.  So I didn't necessarily, like,
23  follow up, you know.  But I at least made
24  noise where I had felt the need to.
25     Q.  Okay.

E. CAPUANO

1          E. CAPUANO
2      (Exhibit No. 31 Marked)
3     Q.  (BY MS. MILLER)  All right.  I'm
4  handing you now what has been marked as
5  Exhibit 31.
6     A.  (Reviewing exhibit.)  Oh, wow.
7  This was the other terrible, terrible
8  decision, that we were taking credit card
9  payments for cryptocurrency, right?  So you're
10  taking a credit card, which can be reversed,
11  to sell currency which cannot be reversed.
12     So we saw -- we had a lot of issues
13  with that, a lot of, like, credit card fraud,
14  where they would just buy as much as they
15  could, and then by the time the charge-back
16  came it was too late, because they already had
17  the currency or whatever.  I'm guessing that's
18  what this probably was.
19     Q.  Right.
20     So was it possible for somebody to
21  purchase cryptocurrency on a credit card,
22  effect a successful charge-back, and still
23  retain the cryptocurrency?
24     A.  It was 100 possible.  As a matter
25  of fact, it's the nature of cryptocurrency

1          E. CAPUANO
2  that makes that possible, because it's an
3  irreversible transaction.
4     Q.  Right.
5     A.  If -- if -- if you give me $100 in
6  cash and I give you $100 in Bitcoin -- well,
7  technically, cash is almost just the same,
8  irreversible.
9     But if you used a credit card, and
10  you get the charge-back, the bank might give
11  you your $100 back, but I can't take that
12  Bitcoin back from you.  Like, that's
13  irreversible.
14     So, yeah, that was a -- I mean, in
15  hindsight, you know, you would think -- just
16  five minutes of thought would have said that's
17  not a good idea.
18     Q.  And was it possible for people to
19  falsify receipts, like, receipts of purchase?
20     Or was that an issue at all?
21     A.  Not that I recall.
22     Q.  Okay.
23     A.  I'm not going to say it wasn't an
24  issue.  I don't remember that being an issue.
25     Q.  So when somebody made a purchase,

1          E. CAPUANO
2  did they get an e-mail confirmation?
3     Or what kind of receipt did they
4  receive?
5     A.  Yeah.  So, this was interesting
6  because I do remember there being some
7  confusion around -- okay, if you placed an
8  order, you know, you would get, you know, like
9  a confirmation e-mail.  Then you would get a
10  follow-on e-mail.
11     And so I think there was some
12  confusion over, "Hey, look, here's my
13  confirmation e-mail."
14     But this is too muddy a territory
15  for me to really say.
16     Q.  Okay.
17     So here where you say -- it looks
18  like you're encouraging GAW employees to
19  request GAW Miners receipts showing proof of
20  purchase, with order numbers.
21     Would you say that would have been
22  the best way, at the time, to verify a
23  transaction?
24     A.  To the best of my knowledge.  I
25  mean, it's been a while since -- obviously,

1          E. CAPUANO
2  back in these days, I was very heavily
3  embedded into this process of figuring out if
4  something is legitimate activity.
5     I would imagine what I was probably
6  doing, or what I was -- the customer service
7  reps was -- were doing, was going back and
8  looking at the history on the account, seeing,
9  okay, what does he have, and going back to
10  that -- that customer's account -- or history
11  in the storefront and saying, "What did he
12  buy?  Does he have what he bought?"
13     Because what we would find is they
14  would somehow end up with things that they did
15  not buy.
16     And -- and that was another -- that
17  was another one of the issues that I brought
18  up as it pertains to the hashing power cap,
19  right?
20     We have customers ending up with
21  things that they didn't buy, right?
22     Like, how are we keeping tabs on
23  what is out there?  You know.  So it was -- it
24  was a huge mess.
25     I don't think anyone really fully

EXHIBIT

tabbies®

31

| | |
|---|---|
| **From:** | Jonah Dorman |
| **Sent:** | Friday, January 2, 2015 8:45 AM PST |
| **To:** | Eric Capuano |
| **CC:** | Luke Rusten; Amanda Veilleux; Josh Garza |
| **Subject:** | Re: pls check |

We have someone who has attempted more than one chargeback?

Who is it?

Let's go over the order history and costs of closure.

--
**Jonah Dorman**
**General Manager**
GAW Miners LLC
O: (860) 222-2631
C: (727) 386-6825



On Thu, Jan 1, 2015 at 1:57 PM, Eric Capuano <eric@btc.com> wrote:
So the guy is a scammer who's trying to pressure us into unlocking his account. Keep
researching his claims, request GAW Miners receipts showing proof of purchase with order
number.

If you can't find it, he didn't buy it. shut him down and close the account.


On Thursday, January 1, 2015, Luke Rusten <lrusten@gawminers.com> wrote:
Also just to add to this, he attempted a charge back on another order (we won) and he has also
changed his email address on Zencloud (in my opinion to try to game the system).

On Thu, Jan 1, 2015 at 11:28 AM, Amanda Veilleux <amanda@gawminers.com> wrote:
Hi Jonah and Eric,

This ticket has come in question a few times now and the customer has posted on HashTalk. I
have recorded the information I was asked for on the ticket. Can you please tell me where we
stand or provide instructions on what action you would like me to take?

https://gawminers.freshdesk.com/helpdesk/tickets/45892

TL;DR - This customer's account is on withdrawal hold due to non payment of an order. I searched Braintree and was unable to find any captured funds yet the customer claims we have the money. Receipts / screenshots attached to my note on the ticket.

Thank you!
Amanda


---------- Forwarded message ----------
From: **Josh Garza** <josh@gaw.com>
Date: Wed, Dec 31, 2014 at 11:33 PM
Subject: pls check
To: Luke Rusten <lrusten@gawminers.com>, Amanda Veilleux <amanda@gawminers.com>


https://hashtalk.org/topic/26300/45892-btc-account-hold-not-resolved-what-are-you-doing-gaw

**Josh Garza**
**CEO**- GAW Corp


--
**Luke Rusten**
**TS Manager**
GAW Miners LLC
O: (866) 554-5861 x300
C: (802) 275-8932




--
**Eric Capuano**

# Exhibit B-33

BITCOIN NEWS MAGAZINE (https://bitcoinnewsmagazine.com)

Home (https://bitcoinnewsmagazine.com) > Mining (https://bitcoinnewsmagazine.com/category/mining/) > Cloud Mining (https://bitcoinnewsmagazine.com/category/mining/cloud-mining/)

HOW TO CHARGEBACK GAWMINERS HASHLETS

(http://... url=https%3A%2F%2Fbitcoinnewsmagazine.com%2Fhow-to-chargeback-gawminers-hashlets%2F&title=How+to+Chargeback+GAWMiners+Hashlets) p=313&via=BTCNewsMagazine)

l)

ip of

**Allen1980s** ⬚  Show me the numbers                                    2d

Hi Everyone,

I just got off of the phone with PNC Bank, to get clarification as to how you should approach your charge backs.

This pertains to Visas issued by banks:

Visa has a 120 day charge back window for "normal" charge backs. This particular GAW transaction has been classified non-standard. Under Visa's guidelines, non-standard charge backs have extension periods which are not fixed. In the case of fraud or failure to deliver the service as described, an extension period is fairly open to the credit card issuing bank's determination.

Approximately 4-5 weeks ago many of the banks were receiving charge back requests for GAW Miners. PNC began investigating the company and after finding the website gone, they began to dig deeper, including contacting the SEC on the status of the investigation, since this one of the main statements made by contesting card users.

According to PNC, Visa does NOT cover losses relating to INVESTMENTS. The main contention of the SEC is that Hashlets/Stakers are unregistered INVESTMENTS. However, since GAW is claiming that Hashlets/Stakers are not investments, consumers were purchasing another service unrelated to investments.

The banks are apparently pursuing this line to force charge backs with the processors (GAW side). When you call to charge back a GAW transaction, make sure you **stay completely away** from the word **INVESTMENT**. Most of the customer service reps are already aware of what is happening with GAW, since there has been a tsunami of recent activity and effort to charge back these transactions.

As others have already stated, you must state that it is GAW Miners and that they are under a FORMAL investigation by the SEC in order to connect the dots with your card issuing bank.

I cannot yet speak to Mastercard and Discover Card. I am calling Citibank next to get their position or the approach they have taken. Thus far, it appears that all of this has been well documented by the major credit card issuing banks.

**Cheat Sheet:**

1. Purchased a product from GAW Miners.
2. Confirmed, under a formal SEC investigation
3. Product/Service has been stopped
4. Company has stated that the service is being terminated or EOLed
5. Did not receive the service as stated at the time of the sales process.

These are the top issues at hand. Do not go into anything further than this, as it only complicates the process. If they ask questions, think before you answer.

PNC indicated that they will not be sending any documentation for me to fill out, as they already have a "crib sheet" version they are using to support the charge backs. More than likely, your credit card issuing bank will have something similar.

For those who may have received rejection notices, you do have the right to appeal the decision. If you need a copy of the formal SEC subpoena, obviously all you have to do is ask here in the forums. Someone ( @suchmoon ) will be able to either upload it for you or send you a link to a copy.

Hopefully, this helps everyone through this process.

5 Replies ⌄

23 people liked this.

(https://bitcoinnewsmagazine.com/wp-content/uploads/2015/04/chargeback3.png)

More information is being added regularly to the thread at the GetHashing forum so check back for updates concerning exact procedures for other credit cards.

chargeback (https://bitcoinnewsmagazine.com/tag/chargeback/)   GAWMiners (https://bitcoinnewsmagazine.com/tag/gawminers/)

Hashlets (https://bitcoinnewsmagazine.com/tag/hashlets/)   josh garza (https://bitcoinnewsmagazine.com/tag/josh-garza/)



1 Comment    **Bitcoin News Magazine**    🔴 Login ▾

♡ Recommend    🐦 Tweet    f Share    Sort by Newest ▾

Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

Name

**allegro101** Mod • 3 years ago
Please visit this thread at PayCoinTalk for latest information on how to chargeback against GAWMiners.

∧ ∨ | • Reply • Share ›

✉ Subscribe    🅓 Add Disqus to your siteAdd DisqusAdd    🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

BTC



 (http://www.dmca.com/Protection/Status.aspx?ID=35dab480-84aa-40bc-b280-9b3bedee8b81&refurl=https://bitcoinnewsmagazine.com/how-to-chargeback-gawminers-hashlets/)

Home (http://bitcoinnewsmagazine.com)   Copyright © 2015, 2016 (https://bitcoinnewsmagazine.com/copyright/)   About (https://bitcoinnewsmagazine.com/about/)

Privacy Policy (https://bitcoinnewsmagazine.com/privacy/)   Terms and Conditions (https://bitcoinnewsmagazine.com/terms/)   Cookies (https://bitcoinnewsmagazine.com/cookies/)

Exhibit B-34

# GAW Legal, Credit and Consumer Protection Rights Thread

**Crypto Discussions**
**Watchlist**

---

**Allen1980s** 2015-04-16 02:44:39 UTC #1

This topic covers issues and procedures concerning consumer credit protection rights in the United States. It includes known charge back procedures, as well as various documents and files relating to GAW product and performance statements.

---

**PayCon™ Muggle Relief Fund™ Giveaway - May 1st - 8th, 2015**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**[SCAM] GAWMiners, Paybase, ZenCloud**

---

**Allen1980s** 2015-04-15 17:09:15 UTC #3

Hi Everyone,

I just got off of the phone with PNC Bank, to get clarification as to how you should approach your charge backs.

This pertains to Visas issued by banks:

Visa has a 120 day charge back window for "normal" charge backs. This particular GAW transaction has been classified non-standard. Under Visa's guidelines, non-standard charge backs have extension periods which are not fixed. In the case of fraud or failure to deliver the service as described, an extension period is fairly open to the credit card issuing bank's determination.

Approximately 4-5 weeks ago many of the banks were receiving charge back requests for GAW Miners. PNC began investigating the company and after finding the website gone, they began to dig deeper, including contacting the SEC on the status of the investigation, since this one of the main statements made by contesting card users.

According to PNC, Visa does NOT cover losses relating to INVESTMENTS. The main contention of the SEC is that Hashlets/Stakers are unregistered INVESTMENTS. However, since GAW is claiming that Hashlets/Stakers are not investments, consumers were purchasing another service unrelated to investments.

The banks are apparently pursuing this line to force charge backs with the processors (GAW side). When you call to charge back a GAW transaction, make sure you **stay completely away** from the word **INVESTMENT**. Most of the customer service reps are already aware of what is happening with GAW, since there has been a tsunami of recent activity and effort to charge back these transactions.

As others have already stated, you must state that it is GAW Miners and that they are under a FORMAL investigation by the SEC in order to connect the dots with your card issuing bank.

I cannot yet speak to Mastercard and Discover Card. I am calling Citibank next to get their position or the approach they have taken. Thus far, it appears that all of this has been well documented by the major credit card issuing banks.

**Cheat Sheet:**

1. Purchased a product from GAW MIners.
2. Confirmed, under a formal SEC investigation
3. Product/Service has been stopped
4. Company has stated that the service is being terminated or EOLed
5. Did not receive the service as stated at the time of the sales process.

These are the top issues at hand. Do not go into anything further than this, as it only complicates the process. If they ask questions, think before you answer.

PNC indicated that they will not be sending any documentation for me to fill out, as they already have a "crib sheet" version they are using to support the charge backs. More than likely, your credit card issuing bank will have something similar.

For those who may have received rejection notices, you do have the right to appeal the decision. If you need a copy of the formal SEC subpoena, obviously all you have to do is ask here in the forums. Someone ( **@suchmoon** ) will be able to either upload it for you or send you a link to a copy.

Hopefully, this helps everyone through this process.

---

**suchmoon** 2015-04-15 17:19:10 UTC #4

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> For those who may have received rejection notices, you do have the right to appeal the decision. If you need a copy of the formal SEC subpoena, obviously all you have to do is ask here in the forums. Someone ( **@suchmoon** ) will be able to either upload it for you or send you a link to a copy.



### Securities and Exchange Commission Subpoena of GAW Miners

Letter from the SEC's Boston regional office requesting documents from Josh Garza, Paybase, GAW Miners, Paycoin LLC, and ZenMiner.

GAW Legal Credit and Consumer Protection Rights Thread - Watchdog - getHashing

**Gava** 2015-04-15 17:41:02 UTC #5

Excellent guide **@Allen1980s** still have one chargeback left, but the one that went through was basically automatic after linking SEC information. Kind of a big deal in the financial world.

**tom14cat14** 2015-04-15 17:43:12 UTC #6

Any Ideas for Paypal? They are holding firm that they only file disputes for 60 days. Target has told me that they can not do it because it is out of the 120 days. I am calling them back with the info posted hoping it works. But they did tell me they believe i have a good court case.

**DogeCaptain** 2015-04-15 17:48:21 UTC #7

DISCOVER is requiring you to contact GAW Miners first to ask for a refund, and if you are unable to reach someone or they are unruly, then you contact DISCOVER back and they will begin the Dispute process.

The CSR lady, Pam, was very helpful and nice about explaining this to me. Also, DISCOVER generally asks that you dispute within 120 days of the transaction, HOWEVER, there is no set time limit in which you can dispute a charge.

**jay** 2015-04-15 18:48:49 UTC #8

Just made a phone call to my bank for a purchase back in August, can confirm these steps are great and work to get things rolling, but you will need you to basically use the term fraud. Bank actually canceled my card on the spot and reissued, sending me paper work to fill out. Also as soon as the words SEC came out of my mouth all attempts to down play or avoid the charge-back process went away and they took it very seriously.

**Brainiac** 2015-04-15 19:05:36 UTC #9

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Cheat Sheet:
>
> Purchased a product from GAW MIners.
> Confirmed, under a formal SEC investigation
> Product/Service has been stopped
> Company has stated that the service is being terminated or EOLed
> Did not receive the service as stated at the time of the sales process.

I'm curious, were all charges done through GAW, even if you bought from a re-seller? Also, if someone bought through a re-seller, who will be forking the bill, GAW or the re-seller?

**Aethercollector** 2015-04-15 15:06:00 UTC #10

**PSA - REMINDER**
If you used your credit card to purchase Hashlets I implore you to check your agreement with your bank/cc provider. Many of us are getting our charge backs approved. Some cc providers might want a further explanation about the product and provider of the product(s) (GAW).

GAW Legal Credit and Consumer Protection Rights Thread - Watching Gethashing

*Be sure to mention that GAW is under investigation by the SEC and possible other agencies.* 😁

I'm not sure if cc payments that were used to buy actual XPY will work in a charge back. Let us know if such a thing worked out for you though.

*As your reading over whichever leaked email pertains to your curiosity. You might think some of these individuals have problems communicating with each other in more ways than one. This song will help guide your sanity…*



"Weird Al" Yankovic - Word Crimes

---

**ilidion** 2015-04-15 15:09:18 UTC #11

dont chargebacks have a time limit? lets say I purchased with CC around october. Would their be a posibility of chargeback?

---

**Nebular** 2015-04-15 15:28:16 UTC #12

Would anyone have a small download of relevant material already assembled to hand over to the CC company? I assume they want the marketing materials regarding the Hashlets?

---

**suchmoon** 2015-04-15 15:37:24 UTC #13

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> If you used your credit card to purchase Hashlets I implore you to check your agreement with your bank/cc provider. Many of us are getting our charge backs approved. Some cc providers might want a further explanation about the product and provider of the product(s) (GAW).

Also note that if your dispute is declined (e.g. because the bank drones didn't bother to read the submitted documents) it might be worth escalating through **CFPB** or the equivalent regulatory agency in your country, especially if the amount involved is significant. Don't abuse it, just make sure your voice is heard.

Also keep in mind that due to GAW being essentially bankrupt the bank would be holding the bag with CC chargebacks, so there is understandable reluctance for them to honor those. However as Mississippi Power has shown us once the losses reach into six figures there is chance of a lawsuit - so there's that.

---

**DogeCaptain** 2015-04-15 15:15:15 UTC #14

I believe there is a time limit. I know I have to call Discover on the phone to dispute as it seems to be past the time to allow online dispute.

---

**Aethercollector** 2015-04-15 15:15:24 UTC #15

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> dont chargebacks have a time limit? lets say I purchased with CC around october. Would their be a posibility of chargeback?

We discussed this in the slack chat yesterday.
Most of the time cc TOS states the time period is part the "realization time of the problem" and within 60 days of it.
For example your reading all these emails months later from when the product you purchased. So your "realization" period starts somewhere in this week. From there it differs from the provider.
I'm not promising you will get yours because I don't know all your details. A lot of people have mentioned it is working out just fine for them.
I'm starting mine now today as well 

---

**ilidion** 2015-04-15 15:18:45 UTC #16

OK thanks. I will have a look into it. Al thought my bank is in europe so they wont care if there is a us investigation pending. Thanks

---

**Aethercollector** 2015-04-15 15:21:38 UTC #17

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> OK thanks. I will have a look into it. Al thought my bank is in europe so they wont care if there is a **us investigation pending**. Thanks

Yep, it might be different for the EU cc's.
Regardless though. If you purchased hashlets they were plainly advertised as something that your now seeing as not obtainable. Also they are trying to bait and switch them out for vouchers at this point to force you out of the product.

---

**Vizique** 2015-04-15 15:32:05 UTC #18

That's actually a good idea.
A community packaged "List of links and media useful to a CC Co."
It would save repeated enquiries (not that they're not welcome ofc) and generally speed up the momentum of chargebacks.

---

**Aethercollector** 2015-04-15 15:33:53 UTC #19

I don't have anything prepared nor have I seen a mention of needed any sort yet.
I think it differs per cc/provider.

For example @volder explained he didn't have much problem with it, while @Gava mentioned he is getting a push back on his. Gava explained what his cc provider is pushing back with generic things, like try to engage GAW (I know right?) and things like that. Gava is the only one we know of getting resistance with his so far.

I'm sure the GH community will help people with any details needed to help your own case. We just need the details, as I said they differ per provider and case.

I don't think people will get a charge back on buying XPY directly though. But I haven't seen any examples of this yet.

---

**Gava** 2015-04-15 15:40:49 UTC #20

Yep and of course I'm sure the pushback is from JG putting me on the watch list 😛

Yeah do everything you can to not let this guy win!

---

**Aethercollector** 2015-04-15 15:41:06 UTC #21

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Also note that if your dispute is declined

Yes! Don't forget you might be dealing with a lazy CSR or they might not validate your case with their *standards*.
You can re-open the case just like a support ticket. Keep arguing your stance with facts.

---

**suchmoon** 2015-04-15 15:41:41 UTC #22

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> I don't think people will get a charge back on buying XPY directly though. But I haven't seen any examples of this yet.

It might depend on (a) how the transaction is classified and (b) how the dispute is worded. If it's classified as cash advance or the dispute mentions anything about currency it will probably not fly. If it's a product or a service - should be possible. IANAL and please don't try to defraud your bank using my advice.

---

**Nebular** 2015-04-15 16:10:17 UTC #23

Ok thanks,

One of my CC providers is asking for a packet of info about the product and I know there were some archives being thrown around.

I appreciate the response.

---

**ThePeddler** 2015-04-15 19:32:03 UTC #24

I know I'm 100 posts behind, but my card company allowed all charges with GAW to be disputed regardless of date.

I used the case of outright fraud and had a whole binder of information I gladly shared…even more golden info has come out since then 

Anyone who hasn't atleast tried to initiate chargebacks by now should 😄

-Edit-
👍 👍 to **@Allen1980s** as he is dead on with his post after the point I was replying to.
the most important fact is it was **not an investment but a purchased product**.
I bought hosted hardware via the "hashlets" product that was not maintained as per promised from the company… 

---

**DogeCaptain** 2015-04-15 16:11:39 UTC #25

Can confirm, DISCOVER wants you to first contact GAW Miners and see if they'll reverse the transaction. If you're unable to reach anyone, or they are unruly with you, then contact DISCOVER back and they will initiate the Dispute process.

---

**Aethercollector** 2015-04-15 16:12:54 UTC #26

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Ok thanks,
>
> One of my CC providers is asking for a packet of info about the product and I know there were some archives being thrown around.
>
> I appreciate the response.

Welcome!
Let us know if they are asking for details your having a harder time finding.

BTW - **@Gava** Congrats on getting your charge back successfully processed!
It shows if politely persistent with this, you'll succeed.

---

**Mythhash** 2015-04-15 16:23:47 UTC #27

**@Allen1980s**
Hey, may i ask you to send me the information about the proibing law suit? I can't send PMs right now…thanks

I'm trying to charback my CC as well…but i'm in Brazil and maybe things are a little bit more complicated than what i would like…

---

**Aethercollector** 2015-04-15 16:39:24 UTC #28

I noticed peoples cc providers asking for the Zenminer TOS.
Can someone that has the original Zenminer TOS available, please post it for everyone?

---

**suchmoon** 2015-04-15 16:43:56 UTC #29

**[SCAM] GAWMiners, Paybase, ZenCloud**

I noticed peoples cc providers asking for the Zenminer TOS.Can someone that has the original Zenminer TOS available, please post it for everyone?

**https://bitcointalk.org/index.php?topic=720844.msg8605520#msg8605520**

---

**Allen1980s** 2015-04-15 17:12:07 UTC #30

**[SCAM] GAWMiners, Paybase, ZenCloud**

OK thanks. I will have a look into it. Al thought my bank is in europe so they wont care if there is a us investigation pending. Thanks

This is not true. Anytime a company is in a formal investigation for securities fraud by the SEC, they will care.

---

**Allen1980s** 2015-04-15 17:13:21 UTC #31

**[SCAM] GAWMiners, Paybase, ZenCloud**

I assume they want the marketing materials regarding the Hashlets?

The fact that GAW took their website down, hurt them more than they realize. PNC even tracked down other websites belonging to GAW to get any information possible. The end result was not favourable for GAW.

---

**ilidion** 2015-04-15 17:14:56 UTC #32

this would also include hashlets that were converted to stakers right?

---

**Redacted** 2015-04-15 17:20:31 UTC #33

The people here sure are great… Kudos and a press of the 🍑 button to everyone helping out !!

(that was supposed to be a heart, but all I could find that was close was a peach emoji)

---

**Allen1980s** 2015-04-15 17:27:58 UTC #34

**[SCAM] GAWMiners, Paybase, ZenCloud**

Ok thanks,

One of my CC providers is asking for a packet of info about the product and I know there were some archives being thrown around.

I appreciate the response.

**https://archive.today/hashtalk.org**

This is the long-running repository of Hashtalk. It is now approaching 7000 entries.

**Allen1980s** 2015-04-15 17:57:43 UTC #35

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Any Ideas for Paypal? They are holding firm that they only file disputes for 60 days.

Unfortunately, PayPal is showing their typical colors, which is why I only use PayPal for unimportant transactions on eBay. Ask for an appeal.

---

**tom14cat14** 2015-04-15 18:10:16 UTC #36

Any idea of how to ask for appeal? They will not even attempt to file it. Thanks for all the help even if it does not apply to Paypal. Side note I did ask them to send it to me in writing that they are siding with the fraud that was committed. And will not attempt to help its customers.

---

**Mountain** 2015-04-15 23:55:44 UTC #37

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> **https://archive.today/hashtalk.org**
>
> This is the long-running repository of Hashtalk. It is now approaching 7000 entries.

The gift that keeps on giving



---

**DogeCaptain** 2015-04-15 18:16:25 UTC #38

Could you instead go through your bank and dispute the charge?

---

**tom14cat14** 2015-04-15 18:20:12 UTC #39

I used Paypal Credit so I am not sure. Target said go to court. But we know how that will work out.

**Allen1980s** 2015-04-15 18:37:13 UTC #40

With PayPal, I have no idea. I know that there must be an active seller account for any charge back to occur. This may be part of your problem. For Target, did you call Target the company or the bank underwriting Target's card? Is it a Visa, Mastercard, or similar? I am unfamiliar with Target's credit card.

Okay, so I did a little digging. Target's RedCard Visa is actually issued by TD Bank USA, and Target sold the entire portfolio to TD Bank Group ( **http://pressroom.target.com/news/target-announces-closing-of-credit-card-portfolio-sale-to-td-bank-group**) . Check the back of your card and see if they have a customer service number for TD Bank listed. If not, try this one: (Disputes) 888-751-9000

Direct Bank Information: **http://www.tdbank.com/tdhelps/default.aspx/dispute/v/38700376/**

---

**Allen1980s** 2015-04-15 18:47:21 UTC #41

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> I used Paypal Credit so I am not sure.

**Who issues the PayPal Extras MasterCard?**
The PayPal Extras MasterCard is issued by Synchrony Bank, one of the leading providers of consumer credit.

**https://www.synchronyfinancial.com/contact-us.html**

Unfortunately, it appears that Synchrony Bank (Financial) has a less than stellar reputation. They were part of GE Capital. GE is selling off their GE Capital holdings for, I believe, around $73 billion. That was just in the news recently. The BBB has a less than stellar rating of the company as well.

Consumer credit underwriters are the least savory of the entire finance industry.

This was also interesting: **http://www.consumerfraudlegalservices.com/synchronybank.html**

---

**Allen1980s** 2015-04-15 18:52:26 UTC #42

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Just made a phone call to my bank for a purchase back in August, can confirm these steps are great and work to get things rolling, but you will need you to basically use the term fraud. Bank actually canceled my card on the spot and reissued, sending me paper work to fill out. Also as soon as the words SEC came out of my mouth all attempts to down play or avoid the charge-back process went away and they took it very seriously.

I am glad this worked for you. The more people we can help, the better. 

---

**Allen1980s** 2015-04-15 18:53:10 UTC #43

Is this the same Jay who was up until 4:30AM this morning on a GoogleGroups meet? LMAO

---

**jay** 2015-04-15 19:00:12 UTC #44

no not me

---

**Dave_Wills** 2015-04-15 19:01:06 UTC #45

@keymaster  Is it possible to have a dedicated thread for all the "legal" consumer information that is being posted on here. I am sure many can benefit from all this great info that  @Allen1980s  and many others have posted. It would be nice for all of it to be in a central location.
Thanks
Sorry  @recon_eric  I mistakenly replied to you.

---

**quigley** 2015-04-15 19:01:56 UTC #46

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> @keymaster  Is it possible to have a dedicated thread for all the "legal" consumer information that is being posted on here. I am sure many can benefit from all this great info that  @Allen1980s  and many others have posted. It would be nice for all of it to be in a central location.Thanks

Good idea. Maybe a sticky in the Watchlist section?

---

**Dave_Wills** 2015-04-15 19:03:12 UTC #47

Anything would be better then it being spread out over 7000 pages


---

**tom14cat14** 2015-04-15 19:04:17 UTC #48

Thank you. I will try the TD bank. I also left a message with the target credit card person that was handling my case.

---

**keymaster** 2015-04-15 19:05:29 UTC #49

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> @keymaster  Is it possible to have a dedicated thread for all the "legal" consumer information that is being posted on here.

If you would like to compile that information and make a thread, go ahead. Since it is "legal consumer information" the content should be factual and objective.

However, GAW, Paybase, ZenCloud are already on the Watchlist.

---

**nemesio** 2015-04-15 19:08:35 UTC #50

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> GAW or the re-seller?

The Re-Seller, they will have to pursue their own charge backs to be reimbursed, as well, they will most likely challenge the chargeback, as they have their own ToS.

---

**Brainiac** 2015-04-15 19:10:51 UTC #51

Was just wondering, didn't buy any Hashlets through a credit card ever but was wondering who that chargeback tsunami was going to hurt the most, Re-Sellers or GAW… Guess I have my answer.

---

**volder** 2015-04-15 19:11:16 UTC #52

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> I'm curious, were all charges done through GAW, even if you bought from a re-seller? Also, if someone bought through a re-seller, who will be forking the bill, GAW or the re-seller?

No, unfortunately if you chargeback to a reseller they are screwed. The reseller is on the hook. I believe all of them are already at a huge loss just for selling this crap to begin with. 😞

---

**Aethercollector** 2015-04-15 19:11:26 UTC #53

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> The Re-Seller, they will have to pursue their own charge backs to be reimbursed

Makes you think about the re-sellers getting together to pursue damages with this product 

---

**volder** 2015-04-15 19:12:21 UTC #54

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Makes you think about the re-sellers getting together to pursue damages with this product

You can't squeeze blood from a stone. It's completely pointless.

---

**Brainiac** 2015-04-15 19:14:30 UTC #55

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> No, unfortunately if you chargeback to a reseller they are screwed. The reseller is on the hook. I believe all of them are already at a huge loss just for selling this crap to begin with.

Makes you wonder if that wouldn't be the reason for them to start sharing the pie… Stretching the conspiracy theory but after yesterday everything is possible…

---

**suchmoon** 2015-04-15 19:17:34 UTC #56

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Who issues the PayPal Extras MasterCard?The PayPal Extras MasterCard is issued by Synchrony Bank, one of the leading providers of consumer credit.

PayPal Credit (formerly **Bill Me Later**) is not the same as PayPal MC. It's not even a credit card, so not sure what kind of protection applies here. **@tom14cat14** you're at the mercy of PayPal I guess but try CFPB if nothing else helps.

---

**Aethercollector** 2015-04-15 19:18:16 UTC #57

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> You can't squeeze blood from a stone. It's completely pointless.

That's why I'm not looking to charge backs on my orders through you and **@cyberdexter** 

---

**volder** 2015-04-15 19:23:32 UTC #58

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> That's why I'm not looking to charge backs on my orders through you and **@cyberdexter**

We appreciate that. We took it much worse than any of GAWs regular customers.

Wait until you see the emails from Carlos telling me I had to order $125k at a time or be kicked to the curb. I'm sure they will show up (along with the weekly contract negotiations).

---

**Gava** 2015-04-15 19:24:30 UTC #59

Yep only direct GAW chargebacks, you can have your 8k or whatever you got from me volder 

---

**Aethercollector** 2015-04-15 19:26:39 UTC #60

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> We took it much worse than any of GAWs regular customers.

Its one of the main reasons I knew something was wrong.
Any business doing the things they did to re-sellers doesn't know how to conduct business correctly.

Didn't you also personally go onto HT to reconcile with any customers that felt *wronged* with the several weird changes made by GAW and the hashlet product?

---

**volder** 2015-04-15 19:31:11 UTC #61

> **[SCAM] GAWMiners, Paybase, ZenCloud**

Yep only direct GAW chargebacks, you can have your 8k or whatever you got from me volder

That 8k went straight to GAW. For me, it actually probably ended up more like NEGATIVE 8.5k.

---

**volder** 2015-04-15 19:32:01 UTC #62

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Didn't you also personally go onto HT to reconcile with any customers that felt wronged with the several weird changes made by GAW and the hashlet product?

I did many things to attempt to make it right with my customers. I do business the right way.

---

**quigley** 2015-04-15 19:36:39 UTC #63

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> I did many things to attempt to make it right with my customers. I do business the right way.

And this is why I, for one, haven't charged anything back. I purchased exclusively through resellers - yourself, @cyberdexter , and CryptoCause. If I could land those charges back on GAW, I certainly would, but no one else deserves to hold that bag.

---

**ThePeddler** 2015-04-15 19:44:35 UTC #64

Amen.
@volder  is as much a victim in all of this as the customers.

Getting back around $80k is tempting, but not worth being a ▪▪▪▪ over.
Lesson learned, though now I wish GAW took my wires too 😄

---

**Allen1980s** 2015-04-15 19:45:56 UTC #65

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> @keymaster  Is it possible to have a dedicated thread for all the "legal" consumer information that is being posted on here. I am sure many can benefit from all this great info that  @Allen1980s  and many others have posted. It would be nice for all of it to be in a central location.

Hi Dave,

I am also a mod here. I will get these moved to a new thread later today, once I get off the phone with all of the banks. I agree that this information would best be used in one dedicated thread. 🙂  @keymaster

---

**Allen1980s** 2015-04-15 19:50:59 UTC #66

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> I'm curious, were all charges done through GAW, even if you bought from a re-seller? Also, if someone bought through a re-seller, who will be forking the bill, GAW or the re-seller?

GAW is legally responsible for their products regardless of where you purchased them. VARs (Value Added Resellers) are only agents of the sales process, not owners of the product. I am not fully familiar with the legal arrangements between GAW and the resellers. When you charge back any items, they are charged back through the "processing bank." Since I do not know whether that was directly GAW or the VAR I cannot really adequately answer your question. 

---

### Allen1980s 2015-04-15 19:53:22 UTC #67

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> No, unfortunately if you chargeback to a reseller they are screwed. The reseller is on the hook. I believe all of them are already at a huge loss just for selling this crap to begin with.

There. Official clarification received. Thanks. 

---

### ThePeddler 2015-04-15 19:53:34 UTC #68

Knowing JG the resellers were likely setup as a shield for such a scenario…
That's why I'm not even trying but if anyone finds out otherwise I would be very happy to know 

-edit-
I give up trying to keep up with the thread.

---

### Allen1980s 2015-04-15 20:02:12 UTC #69

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> I bought hosted hardware via the "hashlets" product that was not maintained as per promised from the company…

On this level we are certainly in agreement.  (all other levels as well.)

---

### InsaneMiner 2015-04-15 20:11:33 UTC #70

@Allen1980s oh mighty font of wisdom 

what is your opinion on charge backs for items that you sold on the marketplace?

I am assuming if you do not have the items in your account anymore that you will not be able to charge them back right?

just throwing this out there as i would hate to see people get trapped with the CC or bank coming back after people if this is a no no.

of course if the opinion is do it anyways i got to go through my paperwork 

**Allen1980s** 2015-04-15 20:42:21 UTC #71

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> what is your opinion on charge backs for items that you sold on the marketplace?

You bought them, they became crap, but it is all immaterial really. Did you "make" money (profit) from the sales, above what you paid and received compensations for? If so, I would not do the charge back.

Since I "netted" a substantial loss from all the purchases of the product/service, they should be charged back.

Remember, the marketplace was late being turned on, was then turned off, then turned back on after everyone had already lost most of the value of their products. Moreover, GAW charged a fee to purchase and sell something they had already been paid for. If the value of the portfolio was dropping due to failures of GAW to implement any of the promised product value descriptions, then they are subject to compensate for the failure to deliver the product as advertised and supported by statements in HashTalk.

Moreover, changes to a ToS AFTER the products were purchased is not legally binding in the U.S. if the company does not offer a full refund for the products or services being affected by such changes. The statement that you agree to such changes by logging into Zencloud, does not constitute acceptance unless the company is initiating a full refund upon the customer's request. Since I, twice, demanded a refund for my account, and was denied such, again, it is within my legally protected rights to seek any and all such options available to me to recoup the material loss of value of such assets.

In a nutshell: GAW claims these were not investments, like securities or commodities. The SEC differs on this statement and has launched a formal investigation citing that GAW violated securities laws. As far as I am concerned, GAW violated the law in selling these products, and are subject to fully compensate for the financial losses suffered on all levels by those who purchased them. I personally am not waiting on the Feds to exact a pound of flesh from GAW, only seeing a small portion, if anything, from those results.

GAW:

1. Controlled the sale of the assets on Zencloud, GAWminers and through the VARs
2. Controlled the secondary market for the sale and purchase of customer hashlets
3. Controlled the switching on and off of the secondary market which precluded customers from selling their assets
4. Made material statements of inflated future values of Zenlets and Primes, which could not be delivered
5. Made constant references to specific AMPs coming "soon" including, mining other crypto coins
6. Advertised that Hashlets would never expire and would always be profitable.
   etc.

With the recent statements that Hashlets and Stakers are entering an EOL business draw-down, it is being stated that they will be honoring none of their advertised claims. Therefore, violating statues, regulations, and other consumer protection laws concerning the advertising and sale of products to consumers in the United States (as well as state laws governing consumer rights and protections). It is for all of these reasons, and more, that anyone who has suffered material financial loss of purchasing such assets, should, and have the right to, pursue any and all options available to them to recoup losses, including charging back the original purchases made from the company.

In a nutshell 

---

**cyberdexter** 2015-04-15 20:42:54 UTC #72

**[SCAM] GAWMiners, Paybase, ZenCloud**

That's why I'm not looking to charge backs on my orders through you and **@cyberdexter**

shame that you can't charge back the blockchain uh? 

PrimeHashlets only accepted crypto's and it was also the first of the reseller sites to shut down since there wasn't any point to continue being a reseller with Carlos pinching the whales behind the scenes and GAW constantly under-cutting the reseller pricing via ZenCloud and co.

Besides none of the resellers having sold anything since Hasher's United anyway because who in this world wants to buy "HashPoint miners"?

**[SCAM] GAWMiners, Paybase, ZenCloud**

Its one of the main reasons I knew something was wrong.Any business doing the things they did to re-sellers doesn't know how to conduct business correctly.

The entire reseller story would fill another book. Most of it has gone untold until today… at least in public.

**[SCAM] GAWMiners, Paybase, ZenCloud**

I did many things to attempt to make it right with my customers. I do business the right way.

That's why it's so great to have you on the GHteam. 👍

**[SCAM] GAWMiners, Paybase, ZenCloud**

And this is why I, for one, haven't charged anything back. I purchased exclusively through resellers - yourself, **@cyberdexter**, and CryptoCause. If I could land those charges back on GAW, I certainly would, but no one else deserves to hold that bag.



**[SCAM] GAWMiners, Paybase, ZenCloud**

Since I do not know whether that was directly GAW or the VAR I cannot really adequately answer your question.

VAR's operated their own payment gateways so it would be the VAR's. The resellers were put on wait for like 2-3 months for the roll-out of *the most amazing crypto-mining white-label solution ever conceived.* which never evolved (surprise). The WL would have had a central gateway all VAR's would have then used so in that case it would be a different story.

Pretty much the same empty talk like all the features and soonTM's promoted to the customer side specifically tailored for the members of *"this elite group of valued resellers".*

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> The coin opened on other exchanges prior to Paybase opening if I remember it correctly… Coin-swap was first, then Cryptsy shortly thereafter. All of those before Paybase opened. The dumping started before Paybase.

You're right. But those dumps appeared to be from the PoW miners not from GAW or customers who didn't have coins at that time yet anyway. The first major dump occurred the day HPs were converted to XPY. The moment people could withdraw their XPY caused a massive dump which was being expected to happen anyway. A lot of folks dumped their mined coins the moment the conversion happened and then bought in again a lot lower to unload again and XPY's first major spike.

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> Those Slack email message tend to be funny… We get an insight on the moderation chat where real things were being discussed

I remember that day. There was rumours going around that a small P&D group was actually going to play the P&D game and a ton of accounts were created. This was actually a genuine P&D on XPY shortly after the launch.

---

**jakez** 2015-04-15 22:17:09 UTC #73

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> The reseller is on the hook. I believe all of them are already at a huge loss just for selling this crap to begin with.

This man speaks the truth.

---

**mharter** 2015-04-15 22:37:24 UTC #74

I don't know much about the reseller program, but it seems that Josh made more money through resellers than directly selling themselves. He's a scumbag.

---

**Mythhash** 2015-04-15 21:21:38 UTC #75

 @Allen1980s
I called my card holder which is mastercard and they said that charge backs after 90 days aren't possible at least by phone, i have been oriented to go in person and ask for the charge back in my bank…Maybe things are a little complicated here in my Country…i'm going tomorrow to see what i can get…

---

**DogeCaptain** 2015-04-15 21:47:10 UTC #76

Is there a way to get a copy of the subpoena where I don't need to sign up? I need it for my VISA CC, I have to send the documents pertaining as to why the merchandise/service I purchased was not as advised.

---

**MadMacs** 2015-04-15 22:05:10 UTC #77

11/16/2018                    GAW Legal, Credit and Consumer Protection Rights, Unread... Watching Getting...

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/12/18   Page 280 of 401

Well, this certainly took a turn for the strange. **@Just_Amber** good to see you again!

Most of the resellers were originally with zencloud and **@recon_eric** . He ran an honest program, gave us good margins, and we all made money. Once GAW "bought" zencloud everything started going downhill. We were on the hook for EVERYTHING. We had to manage our own fraud protections, CC processor, store, etc. When everything was said and done, HoosierMiner ended up losing money due to Gaw's stupid restrictions and rule changing.

On one hand I wish I had never heard of GAW, but on the other hand I never would have gotten to know **@volder** **@AnimoEsto** **@cyberdexter** **@wpstudio** **@Viturrex** **@nemesio** and **@jakez** . We collaborated on GH because of what we saw GAW doing to customers (and us). We felt it was important for somebody to do it the "right" way.

We greatly appreciate people not charging back to us resellers because some of us paid GAW in BTC so chargebacks to them are impossible.

---

**Nebular** 2015-04-15 22:11:33 UTC #78

Thank you for this post.

Not but 30 minutes ago while on the phone with my CC provider I had your name on my list before I removed it. I don't know you but in the end I took a guess that you were a victim just like anyone else was. What a terrible person this Garza fellow…

No charge back from me and thank you for helping the information get out.

---

**jakez** 2015-04-15 22:16:00 UTC #79

Reseller 😦

---

**MadMacs** 2015-04-15 22:19:06 UTC #80

You don't know how much I appreciate that. Thanks for your honesty and integrity.

---

**volder** 2015-04-15 22:25:22 UTC #81

This is how much GAW loved their ***elite group of value added resellers.*** Awwwww, I'm feeling the love now. Please try to *poach* more customers that you *forced* me to go out and find, Carlos.

**Translation:** "Let's get him because he *might* make us look bad!"

**Carlos Garza** 📎     December 2, 2014 at 10:49 AM    CG
To: Josh Garza    josh@geniusesatwork.com ✉
Volder

Hey Josh,

A few of my trusted resellers have notified me that Tim Davis is selling his portfolio and planning to make a very loud exit.

Two Strategies I see workable are:

1. Keep your friends close, and your enemies closer. Possibly a phone call from you would help?
2. Denounce and discredit him before he does it to us.

--
Best Regards,

**Carlos Garza**
**Channel Manager, Value Added Resales**
GAW Miners LLC
O: (413)342-5380

---

**jakez** 2015-04-15 22:27:37 UTC #82

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Any Ideas for Paypal?

I think I was the only reseller at the time who accepted Paypal, so I assume you are talking about a purchase made on my site, "ZigHash". I have no way to chargeback GAW of any chargebacks we recieve at this point so it all comes out of pocket. After all of this madness, we ended up losing money. I have tried to get in touch with Josh and Carlos, but have heard nothing out of them.

Would have never sold any of this GAW stuff had I known it would have all gone down this crazy road.

---

**volder** 2015-04-15 22:28:34 UTC #83

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> I think I was the only reseller at the time who accepted Paypal, so I assume you are talking about a purchase made on my site, "ZigHash". I have no way to chargeback GAW of any chargebacks we recieve at this point so it all comes out of pocket. After all of this madness, we ended up losing money. I have tried to get in touch with Josh and Carlos, but have heard nothing out of them.

GAW took PayPal directly for a good period of time. So it could be that.

---

**Vizique** 2015-04-15 22:29:47 UTC #84

Seems to be the MO of these guys
Can't take people on professionally the resort to smears and lies.

Highly trust worthy…not

---

**MadMacs** 2015-04-15 22:30:54 UTC #85

Yeah…they lied to us, screwed us, manipulated us, and then didn't even buy us dinner!

---

**jakez** 2015-04-15 22:32:38 UTC #86

Ah. Did not realize that. Not sure if he purchased from us or them.
I sincerely hope he reconsiders a chargeback if he did purchase through us.

---

**recon_eric** 2015-04-15 22:36:53 UTC #87

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Most of the resellers were originally with zencloud and  **@recon_eric** . He ran an honest program, gave us good margins, and we all made money.

To be fair (and honest) MacMacs, I was merely the relay… Even back when it was "fair", I never called any shots or made any business decisions, I simply executed the plan that was given to me. I didn't realize it at the time, but I was basically the "front man" for ZenMiner from the start. (Re: Eric's mistakes)

---

**tom14cat14** 2015-04-15 22:37:56 UTC #88

Yea after I saw how resellers cant do anything I havent even bother to look into paypal anymore because I am not going to screw you. So dont worry I will not be sending anything your way. I have only bought from you and GAW. And I have filed/trying to file all of them against GAW only. Wish we could go after him for the ones I bought form you because there are some large orders. Maybe a lawsuit in the future will solve it a little but doubt it. I dont have high hopes for my CC ones either.

---

**MadMacs** 2015-04-15 22:38:45 UTC #89

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> To be fair (and honest) MacMacs, I was merely the relay… Even back when it was "fair", I never called any shots or made any business decisions, I simply executed the plan that was given to me. I didn't realize it at the time, but I was basically the "front man" for ZenMiner from the start. (Re: Eric's mistakes)

Yeah, we kind of pieced that together after a while. There's a whole lot more I'd like to say about this but I'm under a strict Veterinarian's NDA so I can't spill the dogfood.

---

**jakez** 2015-04-15 22:41:58 UTC #90

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Yea after I saw how resellers cant do anything I havent even bother to look into paypal anymore because I am not going to screw you.

I appreciate it man. I have emailed Amanda, Josh and Carlos and Amanda basically told me to contact Carlos (who did not reply). Its amazing how Carlos can be your best friend when you are throwing money his way, but boy does he run when you coming looking for him because you are being hit with chargebacks from a product you can't control.

---

**jakez** 2015-04-15 22:42:49 UTC #91

LOL. I was never given a NDA to sign. Someone must have overlooked that!

---

**MadMacs** 2015-04-15 22:45:41 UTC #92

I failed to return that as my dog food is very important.

For those of you that weren't resellers, the file they sent us as an NDA was titled something like veterinian_dog_and_horseNDA.doc or something like that.

---

**tom14cat14** 2015-04-15 22:57:44 UTC #93

Oh I know it first hand. I could always reach him when I was working on launching Envy Coin. After I said I was pulling the plug it became very hard to get a hold of him.

---

**Brainiac** 2015-04-15 23:10:52 UTC #94

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Reseller

French here, and Goolge Chrome dictionnary is telling me to correct to re-seller  Google is always right! 

---

**DogeCaptain** 2015-04-15 23:16:22 UTC #95

Here's some information I've gathered from my CC companies.

**DISCOVER Card**
Requires contact of GAW Miners first to ask for refund, if cannot contact or unruly, call back and they will start the process.

If you haven't contacted GAW first, mention to DISCOVER that they have since took down their website, and DISCOVER will try to conference call the number that is provided by GAW for each CC transaction.

If they cannot get a hold of someone, or they are unruly, DISCOVER will start the dispute claim. Once started, you are able to upload supporting documentation under the "My Disputes" section on your account page.

Minimum days for Dispute Claim to complete: 30 days

**Navy Federal Credit Union (VISA)**
Reason For Dispute: I did authorize the transaction but the merchandise or services received were defective or not as described (according to the written or verbal characterization). I have returned the merchandise for a credit.

Alert that pops up for this dispute: Please explain in detail what the merchant's response was and the details surrounding your dispute. Also, ensure that you supply proof of return within 10 business days to Navy Federal. Please

forward your proof of return to Credit Card Chargeback and Resolution, P.O. Box 3503, Merrifield, VA 22119-3503, or you may fax it to us at 703-206-2055.

**Walmart Mastercard**

Must complete a Dispute Form (I have copied the relevant sections):

I am disputing the transaction for the following reason (Please check one box):

I did not make the sale nor did anyone authorized to use my account make the sale. In addition, neither I nor anyone authorized to use my account received the goods or services represented by the transaction.

The goods or services were not received on expected receipt dates of /_____/ The date I notified the merchant was //_____ and their response was: _____

I cancelled my service/subscription with this merchant on //_____ by (phone/mail) or _____ but the charges still appear on my statement. Enclose any documentation.

The goods or services were received and were defective or damaged, and I returned it/contacted the store. The date in which I returned it was //_____, the amount of the credit to be applied to my account was $_____. Please attach a copy of the return or credit receipts received and if returned via mail, please provide proof of return.

Other Reason not listed above: (Credit not posted, duplicate sale) Please provide any additional information _____

Complete this form and fax to 866-433-6076 or mail to PO Box 965023 Orlando, FL 32896-5023

Supporting Documents Used for all CC disputes:
GAW Miners ToS
ZenCloud ToS
SEC Subpoena
Prime Sales Ad
Comparison Sales Ad (Classic Miner, Genesis, Solo & Prime)
Hashlet EOL

EDIT 1: Updated DISCOVER information
EDIT 2: Added Supporting Documents Used
EDIT 3: NFCU has declined to chargeback because I'm outside the window
EDIT 4: Walmart has credited what appears to be half total purchased on that card

---

**BoB** 2015-04-15 23:20:23 UTC #96

Damn, so not so much a day for big news, but a day for getting stuff done (ie charge backs) and a day for lots more old faces turning up, nice to see so many folk arriving here 🙂

Any funnies from GAWd himself today, or has everyone been too busy reading all his emails to actually pay attention to today's inevitable stupids?

---

**Vizique** 2015-04-15 23:23:46 UTC #97

it's been relentless laughs and surprises today

**MadMacs** 2015-04-15 23:39:09 UTC #98

I remember that conversation. They didn't make us do it but we were "grandfathered" in at the "good" rate.

That whole thing was a trainwreck.

**Jim258** 2015-04-15 23:47:04 UTC #99

I made it all the way through the reseller application process, and Carlos told me I had to make a minimum order of $15k to get set up. This was once most of the original resellers were already up and running. Very happy I decided to not move forward…best decision of my life (other than selling all my primes for $40+ each as well as all my hashpoint-converted paycoins at ~$13 once I saw the light).

**Goroz** 2015-04-16 00:38:54 UTC #100

Updates on CC disputes…

American Express (Costco) said they could do nothing and suggested pursuing legal means. Probably not worth the $3k I put on there. They let me dispute the charge and tried to contact GAW… GAW never responded so they said by default they reversed the dispute as vendors are only required to keep records for 6 months… So, guess I'm stuck on this one…

Discover IT card - Won all of my disputes pretty easily. GAW only responded to 1 of 4 disputes and provided a shitty and unreadable paperwork… Typical GAW…

Chase Visa Sapphire - Originally was denied a dispute due to length of time. Mentioned the "fraud" and SEC angle and they said I could mail in the dispute and they would open it for me. I'm going to provide them with the following…

1. SEC Supeona 2) Original hashlet sales ad (saying never obsolete etc) and 3) End of life annoucement.

Can anyone think of anything else I should give to make it a more solid case? Hope this helps someone else!

**tankjnr** 2015-04-16 00:39:32 UTC #101

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Can anyone think of anything else I should give to make it a more solid case?

Pictures of the glass dong

**mechsupply** 2015-04-16 00:49:58 UTC #102

I would definitely go at amex again as they usually are the best ones on the consumer side. I have lost chargebacks as a merchant with them after a full year and I had all my i's dot and t's crossed. (plus they allowed the customer to keep the product)

**Goroz** 2015-04-16 01:05:58 UTC #103

Hrm… Not sure how… I mean they literally said there's nothing else they can do… They won't even reopen it.

**Mountain** 2015-04-16 01:10:12 UTC #104

If anyone needs original "Sales Ad" screenshots for chargebacks…



## It's Yours, Forever

Hashlets never expire & will never break down.

Once you buy a Hashlet, it's yours forever - or until you sell, trade, or give it away, that is. Owning a Hashlet is like owning any other miner, only better. Hashlets have 99.9% uptime, are guaranteed to never break down, and have decreasing fees over time, which already start at the record low rate of $.08/day per MH.

Additionally, for all Hashlet Solos, if your target pool disbands, your Solo will automatically retarget the next most profitable pool. This is guarantees your investment is protected and secure, so you can enjoy many years of owning the world's most advanced miner.



## Incredible Performance

Hashlet is the most powerful cryptominer in the the world.

Great usability is wonderful, but it should never come at the cost of performance. That's why Hashlet has been built to be the most powerful and power-efficient cryptocurrency miner in the world. It uses enormous economies of scale to maintain profitability longer and more reliably than any other miner on the market.

## Datacenter Optimized

Built exclusively to dominate the cloud.

The future of profitability is in the cloud. Datacenters cut power costs in half and maximize uptime and keep hot, noisy equipment out of your home. Hashlet is the world's first Digital Cloud Miner (DCM), perfectly optimized to thrive in large, controlled datacenters and achieve massive economies of scale. All Hashlets are hosted in the most robust cloud mining data centers in the world with 99.9% uptime guaranteed.





## Made for ZenPool

The world's best miner deserves the world's most profitable pool.

The Hashlet was designed from the ground up to be optimized for ZenPool - the most advanced multi- pool ever conceived. Developed specifically for the Hashlet Prime, ZenPool uses smart payout prediction and the industry's fastest monitoring systems to give Hashlet owners the highest and most reliable payouts of any multipool in the world. And it belongs exclusively to Hashlet Prime & ZenHashlet owners.



## More of What you Want
### Less of what you Don't

- **Obsolete-Proof** - Adjusts to always remains profitable & never breaks down.
- **Instant Activation** - Start hashing in minutes. No pre-orders.
- **Unlocks ZenPool** - The world's most profitable multipool, exclusive to Hashlet owners.
- **0% Pool Fees** - All pool fees are built into the price of your Hashlet.
- **No Shipping** - Don't pay or wait days for a package to arrive. Start mining immediately.
- **Datacenter-Optimized** - Engineered to take full advantage of economies of scale.
- **Depreciating Costs** - Costs decline over time, keeping your Hashlet profitable.

| | Classic Miner SHA256 or Scrypt | HashletGenesis SHA256 | HashletSolo Scrypt | HashletPrime Scrypt & SHA256* |
|---|---|---|---|---|
| **Upgrades over time** - Prime Hashlets gain every feature new Hashlets introduce. | | | | ✓ |
| **Unlocks ZenPool** - The world's most profitable multipool belongs to Hashlet. | | | ❓ Only ZenHashlet | ✓ |
| **0% Pool Fees** - All pool fees are built into the price of your Hashlet, forever. | | ✓ | ✓ | ✓ |
| **Instant Activation** - Start hashing in minutes. Don't wait for pre-orders. | | ✓ | ✓ | ✓ |
| **Depreciating Costs** - Costs decline over time, keeping your Hashlet profitable. | | ✓ | ✓ | ✓ |
| **Datacenter-Optimized** - Engineered to take full advantage of economies of scale. | | ✓ | ✓ | ✓ |
| **No Shipping** - Don't pay or wait days for a package to arrive. Start mining today. | | ✓ | ✓ | ✓ |
| **Obsolete-Proof** - Always adjusts to remain profitable & never breaks down. | | ✓ | ✓ | ✓ |
| **Own it Forever** - Hashlets belong to you and you don't have an expiration date. | ✓ | ✓ | ✓ | ✓ |
| **Exchangeable (coming soon)** - You can sell, trade, or give away Hashlets. | ✓ | ✓ | ✓ | ✓ |

*COMING SOON

And my personal favorite… 🙂 (smiley makes everything ok)



## DogeCaptain 2015-04-16 01:13:35 UTC #105

Thank you for those screen shots. They will come in handy. You don't happen to have a copy of GAW & ZenCloud's ToS for August & September, I know they changed them in Octoberish I believe.

## Mountain 2015-04-16 01:19:36 UTC #106

> ### [SCAM] GAWMiners, Paybase, ZenCloud
>
> Thank you for those screen shots. They will come in handy. You don't happen to have a copy of GAW & ZenCloud's ToS for August & September, I know they changed them in Octoberish I believe.

Sorry DC, just looked and I do not have those shots. If its any consolation, I came across this little gem 



## DogeCaptain 2015-04-16 01:26:10 UTC #107

lol, I remember that post

## Leo 2015-04-16 01:34:51 UTC #108

I'm getting all my paperwork together and will start calling my cc companies tomorrow to make my disputes against the payprisons. I'm going to forgo trying to do anything against the Hashlets I had because I did sell them for a profit on the market, unfortunately, someone else got screwed by my gain. The payprisons on the other hand will be fair game to me.

@Just_Amber it's good to see you again and I hope you are doing well, I'm sure you are though with Eric by your side. Besides Eric and one other person there, you were the most helpful and cheerful of all.

**Allen1980s** 2015-04-16 02:22:21 UTC #109

> **[SCAM] GAWMiners, Paybase, ZenCloud**
>
> Thank you for those screen shots. They will come in handy. You don't happen to have a copy of GAW &
> ZenCloud's ToS for August & September, I know they changed them in Octoberish I believe.

Here you go

⬇ **GAW Miners TERMS.pdf** (30.5 KB)
⬇ **Zencloud Terms of Service.pdf** (49.8 KB)

---

**DogeCaptain** 2015-04-16 02:28:16 UTC #110

Thank you kind sir.

---

**osseg** 2015-04-16 04:32:38 UTC #111

Thanks for all this info will start my process here in Sweden tonight.

---

**Allen1980s** 2015-04-16 04:59:09 UTC #112

Bank of America Charge Back Update:

I called Bank of America (BoA) this afternoon and went through the charge back process with them as well.
Surprisingly, BoA was very accommodating. After explaining the conditions leading up to my decision to call and start
the process, the Customer Service Representative (Fraud and Charge Backs Department) asked if I wanted to go
further back than December of 2014. Doing a search by vendor name, the representative found 5 total transactions,
and proceeded to mark all of the transactions for refutation. I was then passed on to a lady who took the remaining
information.

One of the questions that the bank asked was, at what time I realized that the company was allegedly committing fraud,
or at what point I was certain that the company was no longer honoring their service/product description. Having spent
a little time pondering the answer, I told the lady that I was "sure" that the company was committing a fraud around the
beginning or middle of February. It was at this time that all hopes of GAW actually honoring any of their statements and
promises were, beyond a doubt, never going to come to fruition.

End effect, BoA is going much farther back in time than the normal 120-180 days. In many ways, I wished I had put all
of my transactions with GAW on my BoA credit line.

I want to clarify something that probably should be said to everyone pursuing charge backs. I hate to say this, but what
kind of customer you are and what kind of card/program you belong to, may have an impact on how stringently the
bank will pursue or force a charge back. With the exception of my Discover Card, all of my credit lines are Diamond,
Signature, or other similarly high quality charge accounts, including Black and a number of income-based elite
programmes. Visa has different guarantees in place for the more "elite" credit lines, where you may, or may not, be
paying special benefit fees for the additional assurances. For instance, one of my cards guarantees a double warranty
period for all products.

Vendors accepting Visa, Mastercard, AMEX, Discover Card, and other similar credit cards, must agree to the ToS
relating to ALL programmes these card providers present to their various users. Since we know that GAW has this habit

of ignoring these ToS for various vendors they have done business with, do not be surprised if they push back hard on charge backs, regardless of how prestigious your card terms may be.

I suggest everyone check with Visa, Mastercard, and other credit card providers to find out what benefits and guarantees are given with their specific credit card programmes they are subscribed to.



---

**MadMacs** 2015-04-16 10:35:53 UTC #113

> DogeCaptain:
>
> Thank you for those screen shots. They will come in handy. You don't happen to have a copy of GAW & ZenCloud's ToS for August & September, I know they changed them in Octoberish I believe.

It doesn't matter. The product description cannot directly contradict any ToS. The TOS might say "all sales final and they can shut it off whenever they want to" but if the product description says this is for a lifetime subscription and "never obsolete and always profitable" they cancel each other out.

---

**DogeCaptain** 2015-04-16 13:16:28 UTC #114

I'm just making sure I cover all my bases.

Also, I've updated my post regarding my CC Companies in regards to disputes.

---

**ikeboy** 2015-04-16 14:22:35 UTC #115

> Aethercollector:
>
> I'm not sure if cc payments that were used to buy actual XPY will work in a charge back. Let us know if such a thing worked out for you though.

I got all my chargebacks for cc purchases of xpy back. From a chase card and a discover one.

---

**Mythhash** 2015-04-16 16:02:05 UTC #116

i'm going right now to the Bank to see what can be done about the charge back. I'm from Brazil, i've used a national bank and the card holder mastercard.

---

**waboss** 2015-04-16 16:38:07 UTC #117

Yep, Discover took care of it pretty easily.

Amex just told me I was out of luck (in a much nicer way of course).

---

**Allen1980s** 2015-04-16 16:42:46 UTC #118

> waboss:

> Amex just told me I was out of luck

AMEX has a very checkered past themselves. I will never use their card. They used to be the base bank around the globe, when I was in the military. Dealing with them then was frustrating at best, especially when I was making Deutschmark and USD deposits and withdrawals. Mysteriously, currency deposits were disappearing periodically, or were showing as lesser deposits than were made.

---

**Goroz** 2015-04-16 19:42:21 UTC #119

Guys… Here is a possible template to "explain" start a dispute with your CC company. Due to the age of the charge I have to send this via snail mail… I'm removing my personal info, but it should help people as a guide.

To Whom It May Concern,

```
I made a purchase at GAW Miners for $****that posted to my card approximately DATE. I have prov
This company is currently under investigation by the Securities and Exchange Commission (SEC) a
I have made many attempts to contact the company – all of which have failed. I have no choice b
```

I have included the following items:

1. Proof of purchase/receipt
2. SEC Investigation
3. News article of GAWs equity fraud issue
4. News article of the product never actually existing
5. End of Life Annoucement
6. Original sales ad stating what I was buying

Please let me know if you require anything else.

Name
Your Phone #
Your email
*signature*date*

---

**Allen1980s** 2015-04-16 23:10:06 UTC #120

> ### Group Lawsuit Against GAWminers et al
>
> Hi Everyone. After numerous discussions on the topic, I will be reaching out to a law firm next week to gauge their position on a potential group lawsuit against GAW. The firm has experience in such matters already. If you are interested in taking part in such a suit, please PM me to indicate your interest. Although there are avenues to subpoena account and trading information from Zencloud's and GAWminers' websites, including other outlets for the sales of Hashlets and HashStakers, I sugg…

Minor update in this thread above on the pending lawsuit.

---

**CryptoBob** 2015-04-17 12:57:08 UTC #121

Has anyone from UK or Europe tried for a charge back?

**clr** 2015-04-17 13:00:06 UTC #122

I'll be working with Royal Bank RBC Visa (USA) today and CIBC Visa (Canada) today. I'll post my feedback. Thanks to all for the info and push to do this.

---

**stapler** 2015-04-17 14:21:34 UTC #123

Too bad I didn't purchase my hashlets with my credit card… should have done so. Does the chargeback applies to hashstakers too? I am currently using a local Indonesian bankcredit card with visa logo on it… I wonder if it'll work? Hmm…

---

**Goroz** 2015-04-17 15:02:10 UTC #124

It should apply to Hashstakers as well… They were sold under false sales ads and not as advertised.

---

**Mythhash** 2015-04-17 15:44:19 UTC #125

Hey guys, as i talked to @Allen1980s yesterday, i just thought that would be nice to write here as well.
i went to my bank here in Brazil, and as i assumed before even going there, trying to do something here drove to nowhere. They said that they can't do anything regarding my charge back requisition and that i therefore should contact mastercard directly. I sent a e-mail to mastercard, but i doubt whether this e-mail would help at all…so i called them. They guy said that i should contact my bank, the one which issued me my Mastercard, which i already did as i said above. The bottom line, i don't know what i could do next…

---

**Goroz** 2015-04-17 15:56:06 UTC #126

Yea… some aren't too willing to help… I had no issues with my Discover IT card… American Express sucked and did nothing… my Visa Sapphire card initially denied me, but said they would allow it once I mentioned the fraud/SEC stuff.

It just really depends… Some people will be ■■■■ out of luck:(

---

**Allen1980s** 2015-04-17 17:33:29 UTC #127

> stapler:
>
> Too bad I didn't purchase my hashlets with my credit card… should have done so. Does the chargeback applies to hashstakers too? I am currently using a local Indonesian bankcredit card with visa logo on it… I wonder if it'll work? Hmm…

Are these purchased HashStakers or converted Hashlets? With the exception of a few, such as AMEX and Discover Card, Carte Blanche, and probably a few others I have not heard off, most credit cards are issued by banks. Visa and Mastercard credit cards are certainly issued by banks, but the programmes you select (card program from Visa for instance) determines you benefits and coverage. I am not sure how charge backs would work with debit cards however. I have not looked into that.

---

**MadMacs** 2015-04-17 19:14:29 UTC #128

> Allen1980s:

> I am not sure how charge backs would work with debit cards however. I have not looked into that.

We looked into that option "just in case" people charged back to us and our bank went "NO WAY".

---

**Allen1980s** 2015-04-17 19:23:10 UTC #129

Yeah, I thought it might go that way, since really it is the lowest level of Visa/Mastercard protection involved for the end-user. I never bothered gathering those up for charge backs, for that very reason.

---

**vancefox** 2015-04-17 20:18:25 UTC #130

Chase apparently hasn't heard yet… they have now.

---

**stapler** 2015-04-17 23:16:03 UTC #131

Stakers. I bought my hashlets (which later converted into stakers) with bitcoins, so I kissed my money goodbye on those (ROI?? Are you joking me, JG? *shakes fist*). But yeah, I'll call my bank later in the day to see if they have more info on chargebacks since I have Visa logo on my credit card. Crossing my fingers here, and thank you for the thread!

---

**lostsoul** 2015-04-18 20:19:12 UTC #132

Can anyone tell me if I stand a chance asking visa for chargeback for the Hashlets converted to hashstakers?. Or did I kiss my money goodbye?. I bought them in September and never got my ROI.

---

**Allen1980s** 2015-04-18 20:28:43 UTC #133

Just follow the normal procedures outline in a few places in this thread. The main point is that you do not over-explain yourself out of a charge back. Are you in the U.S.? The term "ROI" does not even exist in this conversation any longer. Your focus is on a product/service that the company did not follow through with. In other words, you are not in receipt of the product you paid for, period. The company did not offer you a refund for changing the product/service, forcing you to accept any and all changes to the service without recourse. Changing the ToS AFTER most people already had made their purchases, without the ability to decline the changes through an unconditional refund. The company listed many product attributes it failed to deliver upon, again, without any viable recourse to the consumer for reimbursement for failed delivery of the services stated at the time of the sale.

What you are charging back:

Hashlets

HashStakers

Any and all hosted hardware converted to Hashlets, without consumer recourse to cancel and receive a return of their hosted hardware. This also includes the vaporware Vaultbreakers.

Direct purchases of XPY at $20.

---

**lostsoul** 2015-04-18 21:25:39 UTC #134

Thanks for the information Allen.

Bought good amount of Zen's later converted to hashstaker's. I am based in the UK, my banks did help me get my money back previously from FT & Alpha so hopefully they will do the same now. Used multiple credit cards to buy hashlets so will have to file multiple claims.

---

**P4ndoraBox7** 2015-04-20 04:25:25 UTC #135

Am I covered if I'm from Canada ? I know a relative that would be happy to recover some credit card losses due to hashlets primes he boughts. ( And got some buy as well )

---

**Allen1980s** 2015-04-20 06:15:27 UTC #136

If you are speaking of the ability to charge purchases back, yes. However, Visa and the banks have specific limits on the time allowed to charge back items. If you have a very solid and long relationship with the bank, chances are they will go beyond the normal period typically allowed for charge backs. Make sure you call the bank and start that process. Do not waste time going into a history or spiel about what Hashlets are and why you didn't break even or get a return. Visa and Mastercard do not cover investments. Tell them you purchased a product/service which was guaranteed to never expire. You can also add that the company sold the products/service under the promise of future enhancements and benefits, also never delivered. Tell them (for hashlets) that the service was terminated without refund, by the company and the data center, where the service/product was sold from has been dismantled. Don't forget the SEC investigation for fraud.

Keep it simple and to the point.

---

**lostsoul** 2015-04-20 10:11:04 UTC #137

Need advice.

I spoke to my Bank today, what they are saying is it's out of the cut-off period so they cannot accept a chargeback request. They said if they were supposed to deliver the item then they could have done something but because the item was not supposed to be delivered there's hardly anything that can be done. How do I move forward from here?. How do I overcome this hurdle?.

I am wondering if all the Banks that I have to speak to would ask me questions along the same line?.

---

**P4ndoraBox7** 2015-04-20 11:14:54 UTC #138

Thank you very much Allen, I'll check that out and not precise it's an investment but more a product that were meant to last but finally that was not delivered.

---

**Dave_Wills** 2015-04-20 15:53:18 UTC #139

@Allen1980s  links #3 and #4 at the top are invalid links. Can someone post the correct URL
Thanks! 😃

---

**Dave_Wills** 2015-04-20 16:02:19 UTC #140

Also what was the date mining was shut off in the ZenCloud?
Thanks

---

**Allen1980s** 2015-04-20 16:34:10 UTC #141

> Dave_Wills:
>
> > @Allen1980s links #3 and #4 at the top are invalid links. Can someone post the correct URLThanks!

Hi Dave.

Can you link to the posts you are referring to? I have just checked all the links through the thread and they all open for me.

**Allen1980s** 2015-04-20 16:39:04 UTC #142

> lostsoul:
>
> They said if they were supposed to deliver the item then they could have done something but because the item was not supposed to be delivered there's hardly anything that can be done. How do I move forward from here?. How do I overcome this hurdle?.

1.) The product/service was deliverable to you Zencloud account.
2.) The product/service represents Data Center access, which is now gone.
3.) Time unlimited access to the service (Hashlets), which no longer exists
4.) Company is formally being investigated for fraud by the SEC
5.) You no longer have access to a functional product/service.

If you scan through the thread, you will see others have had success, keeping the approach within a narrow field of statements. You should not be having these problems if the purchases were within 120-180 days for a "credit card." It could be a different story with debit cards.

**lostsoul** 2015-04-20 16:53:27 UTC #143

Thanks for your reply Allen.

I was having issues with the debit card transaction, trying to convince dispute's team at my bank to issue charge back request was really hard work. They would not accept my case at all, then I had to speak to Visa Europe and they put me through to some Specialist Team at my Bank and then they helped me file a case. Every thing is in order now, but they are asking me for copy of the Advert, which I have and also copy terms and conditions. Should I give them both Gaw & ZenCloud T&C's?.

I still have to speak to 2 different credit card companies for charge back, as debit card is out of the way now.

**Allen1980s** 2015-04-20 16:58:50 UTC #144

If the transaction was on **GAWminers.com**, then give them the ToS for that, if on Zencloud too, when they were taking credit card transactions, give them that. Do not give them more information than is necessary for each specific transaction.

**Dave_Wills** 2015-04-20 17:16:12 UTC #146

I figured it out. For some reason if you click on the link it goes to a page not found, but if you open it in a new window you can access the PDF probably a ■■■■■■ IE thing. I WILL never learn. 😁

---

**pbj** 2015-04-20 19:20:41 UTC #147

How did they handle it? Where you able to get the charge back?

Just curious have Chase as well

---

**Allen1980s** 2015-04-21 02:33:59 UTC #149

Thanks for this as it saves me having to post it myself. Good work too !!

---

**vancefox** 2015-04-21 11:11:34 UTC #151

Perhaps because it's not a flood yet… definitely appeal and send all relevant email dumps, dkim included, to the appellate.

---

**CryptoBob** 2015-04-21 11:52:00 UTC #152

 @lostsoul  - Thanks for sharing this info. Do you know which
UK banks you are requesting chargebacks
from ? I bought hashlets in September. I
don't think i would be eligible for a chargeback

---

**vancefox** 2015-04-21 13:09:36 UTC #153

> CryptoBob:
>
> I bought hashlets in September. Idon't think i would be eligible for a chargeback

Due to the circumstances of this particular issue, payment processors are waiving the normal time limits for this. At least some of them are.

It does not cost anything to try if you believe that you are entitled to your money back due to fraud.

---

**CryptoBob** 2015-04-21 13:40:14 UTC #154

I am going reach out to my Credit card money today.Thanks

---

**Goroz** 2015-04-21 14:29:59 UTC #155

Odd… My Chase Sapphire allowed me to dispute… I just started, so not sure what the outcome will be… But they allowed it.

---

**lostsoul** 2015-04-21 17:05:33 UTC #157

Requesting charge back from Lloyds Bank for hashlets bought in September. They did accept my case but it is still to be seen if they can/will get me my money back.

**Finale** 2015-04-21 17:11:25 UTC #158

What method are people using to contact their banks and request charge backs? Email? Telephone calls? Which is likely to work better I wonder, a structured email or a brief call.

I'm thinking about Barclaycard in the UK…

**Allen1980s** 2015-04-21 17:11:58 UTC #159

> lostsoul:
>
> Requesting charge back from Lloyds Bank for hashlets bought in September. They did accept my case but it is still to be seen if they can/will get me my money back.

This goes for anyone really. All of the banks that have seemed consumer-oriented have yet to prove that they will actually follow through in crediting the accounts and obtaining a full charge back. I only know of a few people who have actually seen the positive end result.

**Allen1980s** 2015-04-21 17:14:10 UTC #160

> Finale:
>
> What method are people using to contact their banks and request charge backs? Email? Telephone calls? Which is likely to work better I wonder, a structured email or a brief call.

I have been calling them. I have also not called during lunch or shortly thereafter. People come back from lunch tired and cranky sometimes.

**CryptoBob** 2015-04-21 19:13:44 UTC #161

Quick question, Will i be eligible for charge back even if i converted my primes and zen to hashstakers? It was claimed to be profitable

**Goroz** 2015-04-21 19:22:25 UTC #162

Yes you are… You were sold something under false pretenses… It's theft/fraud.

*edit* Honestly, I wouldn't even mention it… It's kinda irrelevant… Just keep to the basics… YOu were sold something and never received it as advertised blah blah blah…

Anything more that you add will only cause confusion and complications. Don't give them anything unless they ask for it or it's needed for the original dispute.

**CryptoBob** 2015-04-21 19:28:10 UTC #163

Thanks Goroz. I will be calling my bank tomorrow.

**Allen1980s** 2015-04-21 19:45:23 UTC #164

As I have stated earlier, the subsequent events following the ownership of Hashlets is moot. People were led to believe that the upgrading of the Hashlets allowed for the continued possibility of profitability. The real benefit, as we know now, was for GAW, as they no longer had to payout in BTC, as was the case with Hashlets in general. Stick with the Hashlets or Hashstakers specifically as separate, independent products/services. Remember, GAW went to great lengths to ensure that all of these products were only considered as "assets" not "investments." Do not overly elaborate when dealing with the banks, they are not in crypto and the less they are able to understand of this complex crypto industry, the more likely they will not pursue the charge back.

**Allen1980s** 2015-04-21 19:46:00 UTC #165

> Goroz:
>
> edit Honestly, I wouldn't even mention it… It's kinda irrelevant… Just keep to the basics…

exactly

**InsaneMiner** 2015-04-21 20:08:21 UTC #166

Tried a Citi thank you preferred card dispute charge from October 14th, 2014. they came back with a generic email stating transaction date was too far in the past they were closing the dispute. Will follow up with them via phone to a real live person and see if that gets me anywhere.

**vancefox** 2015-04-21 20:10:57 UTC #167

Contact local news to inform them about the newest multi-million dollar alleged ponzi scheme that the credit card companies are allowing to get away with?

**Goroz** 2015-04-21 20:23:40 UTC #169

It's not uncommon to be unable to dispute something ONLINE when it is passed their timeline windows. Anything that's passed that timeline will have to be sent in via fax/mail/call etc… It will take extra work.

**Allen1980s** 2015-04-22 19:02:11 UTC #171

> Processor:
>
> THE CLASS ACTION LAWSUIT AND FBI COMPLAINT TOGETHER WITH SEC & CRIMINAL COMPLAINT IS IN PROGRESS ! JOIN NOW TO RECOUP YOUR INVESTMENT !!!
>
> **LINK REMOVED BY MODERATOR**

Have you not read this thread yet?

> **Group Lawsuit Against GAWminers et al**

> Hi Everyone. After numerous discussions on the topic, I will be reaching out to a law firm next week to gauge their position on a potential group lawsuit against GAW. The firm has experience in such matters already. If you are interested in taking part in such a suit, please PM me to indicate your interest. Although there are avenues to subpoena account and trading information from Zencloud's and GAWminers' websites, including other outlets for the sales of Hashlets and HashStakers, I sugg…

**volder** 2015-04-22 21:06:41 UTC #172

I have put together a packet of information for everyone in this thread interested in disputing payments to GAW with your credit card company. This packet should contain everything you need to successfully initiate and win a dispute against GAW.

As I expect that this document will continually evolve with community input and new information coming to light (minutely it seems), I will post a link directly to the source. You should check back there frequently for the latest version of the document.

If you have any information that I may have missed, or that you feel needs to be added, please post it here and tag me so I can add it.

# Document Here

Edit: Last updated 04/23/15

**Processor** 2015-04-22 21:21:44 UTC #173

sorry didn't see this post. we will be glad to join your class action lawsuit.

**CryptoBob** 2015-04-22 21:29:40 UTC #174

Thanks Volder.

**volder** 2015-04-22 21:30:09 UTC #175

> CryptoBob:
>
> Thanks Volder.

You are welcome.

**DogeCaptain** 2015-04-22 21:33:01 UTC #176

Thank you kind sir.

**Gava** 2015-04-22 21:41:55 UTC #177

Dang it, where were you two weeks ago! Well I hope my visa one will still go through with my weak wording XD ha ha

**volder** 2015-04-22 21:44:30 UTC #178

> Gava:
>
> Dang it, where were you two weeks ago! Well I hope my visa one will still go through with my weak wording XD ha ha

You can submit this packet to your CC provider at ANY point during your dispute. If it's not final, send in a copy. If your previous dispute was rejected, reopen it and send in a copy. Either way, send it in! Unless you already won, then you don't need it anyways. 😛

---

**Gava** 2015-04-22 21:46:08 UTC #179

Oh I WILL win *throws javelin 5000 feet*

---

**stapler** 2015-04-22 22:37:07 UTC #180

Thanks Volder! But what about the hashstakers and the 20$ paycoin, will it be included in the docs too?

---

**volder** 2015-04-22 22:53:15 UTC #181

> stapler:
>
> Thanks Volder! But what about the hashstakers and the 20$ paycoin, will it be included in the docs too?

Welcome. I had no plans to incorporate those into the doc. Perhaps we should maintain a separate doc for those items as they are not related to Hardware/Hashlets much.

---

**Allen1980s** 2015-04-23 00:46:28 UTC #182

> Processor:
>
> sorry didn't see this post. we will be glad to join your class action lawsuit.

Hi Processor.

Can you PM me with your information and roughly how much you guys have lost to date? Also, are all of the people you are in contact with in Israel or all over the world? You may want to have them come to GH and PM me separately as well, so they can be tagged for the suit. Thanks 

---

**Allen1980s** 2015-04-23 00:49:09 UTC #183

Very nice !! You know you can upload PDFs here right? 😉

---

**Allen1980s** 2015-04-23 00:50:23 UTC #184

Did you purchase XPY at $20 ?? 

**rodrigo081089** 2015-04-23 01:33:15 UTC #185

I spent 500 dollars when i bought from **paycoin.com**

I would like to be part on the lawsuit, i´m from Uruguay

---

**Allen1980s** 2015-04-23 01:34:43 UTC #186

> rodrigo081089:
>
> I spent 500 dollars when i bought from **paycoin.com**
>
> I would like to be part on the lawsuit, i´m from Uruguay

Can you PM me so that I can keep track of you? Thank you. 

---

**rodrigo081089** 2015-04-23 01:35:49 UTC #187

I was trying to PM you but i didn´t find the option

Tomorrow i´ll go to my bank and i´ll try the charge back

---

**Allen1980s** 2015-04-23 01:36:37 UTC #188

I just PMed you now, you can respond. 

---

**stapler** 2015-04-23 02:00:56 UTC #189

Thankfully no. But I did at 8$ and 12$. and luckily… It was small amount. I am just curious, that's all 😄

---

**Onalim** 2015-04-23 02:18:50 UTC #190

Thanks for the awesome document **@volder** ! This will save a lot of people a lot of time. I actually helped my father setup everything for his chargeback last night but he hadn't sent it yet so we'll be sending this instead. 😄 It's much more thorough than what we had. That said, I think I found a couple of small typos. I've attached screenshots below.

I believe this should say "Mr. Garza **has**"

Furthermore it is public knowledge that the U.S. Securities and Exchange Commission is investigating GAW Miners, LLC and Mr. Garza for Securities Fraud. In addition I have learned that the Federal Bureau of Investigation and the U.S. Department of Justice are also involved. Mr. Garza is has allegedly fled to Dubai in an attempt to escape the U.S. Government and the charges he now faces.



I believe this should say "in February." or "on February xx."

GAW Legal Credit and Consumer Protection Rights Thread - Watching the Breeding

This notice available to all customers shows that products and services offered by GAW Miners, LLC have been disabled and "indefinitely put on hold" without warning or compensation. Products and services were indefinitely suspended on February



Just thought I'd point those out so that it's as accurate as possible. Thanks again for the incredibly helpful document!

---

**Pants** 2015-04-23 03:13:36 UTC #191

What was the date that Zen ceased Mining? my CC co wants to know.

---

**DogeCaptain** 2015-04-23 03:31:40 UTC #192

1/27/2015 I believe because it was almost 3 weeks before they made the EOL announcement.

---

**FlyingGuy** 2015-04-23 10:34:38 UTC #193

Tried to PM, but I think I'm too much of a newb… I'd like to put my name in the hat for the lawsuit as well.

---

**CryptoBob** 2015-04-23 13:56:47 UTC #194

Just called Lloyds bank in UK , i have raised a dispute request. Now i need to do this for Amex and Barclays. Has anyone reached out to Amex and Barclays regarding GAW in UK ?

---

**Goroz** 2015-04-23 15:17:38 UTC #195

Quick Update - After Chase received my package in the mail they allowed me to dispute the charges from July 21st and gave me an extension… I think the big part of this is the fact they are a scam company that never delivered what they said they were selling, and now with the investigations and proven lies etc. they are a lot more willing to work with you. GAW has a chance to respond, but unlikely they will as they know what they did wrong.

Only card I had no success with is American Express, so if AE is reading this ▇▇▇▇ YOU WITH A BIG FAT JOSH GARZA COCK YOU FUCKS. Protect your customers next time - you ▇▇▇▇▇▇▇ suck donkey ass.

Edit - Odd… a lot of that passed the filters LOL.

---

**Allen1980s** 2015-04-23 16:32:35 UTC #196

Well, I doubt that AMEX is a member here, but maybe they should be. LOL

---

**volder** 2015-04-23 16:33:55 UTC #197

> Onalim:
>
> Just thought I'd point those out so that it's as accurate as possible. Thanks again for the incredibly helpful document!

Good catch. I will correct those now.

---

**volder** 2015-04-23 16:37:28 UTC #198

> Onalim:
>
> I believe this should say "in February." or "on February xx."

Anyone know the exact date that cloud mining was disabled? I don't remember so I put 'on or around Feb 1st.'

---

**Goroz** 2015-04-23 16:57:11 UTC #199

The annoucement was made Feb 18th…

Not sure of exact cut off date tho.

---

**volder** 2015-04-23 16:58:40 UTC #200

> Goroz:
>
> The annoucement was made Feb 18th…
>
> Not sure of exact cut off date tho.

It happened well before the announcement.

---

**Goroz** 2015-04-23 17:00:27 UTC #201

So you're number would be less than 18 but greater than 1… Hope this helps.

---

**volder** 2015-04-23 17:01:44 UTC #202

> Goroz:
>
> So you're number would be less than 18 but greater than 1… Hope this helps.

Going by HT posts where people complain, it seems to be around Jan 30/31 where the notice appeared inside ZenCloud. Maybe **@recon_eric** or **@miaviator** can help us here?

---

**recon_eric** 2015-04-23 17:46:57 UTC #203

> volder:
>
> Going by HT posts where people complain, it seems to be around Jan 30/31 where the notice appeared inside ZenCloud. Maybe **@recon_eric** or **@miaviator** can help us here?

Negative, I resigned in early January.

---

**volder** 2015-04-23 17:55:29 UTC #204

I meant that you might just know the date from info out in the wild.

---

**Allen1980s** 2015-04-23 18:36:16 UTC #205

> Goroz:
>
> Not sure of exact cut off date tho

Apparently April 30th

---

**Allen1980s** 2015-04-23 18:37:49 UTC #206

> volder:
>
> Going by HT posts where people complain, it seems to be around Jan 30/31 where the notice appeared inside ZenCloud. Maybe **@recon_eric** or **@miaviator** can help us here?

And **@xmk3** would be the guy who knows for certain actually.

---

**prk73fw3zb** 2015-04-23 18:49:30 UTC #207

For anyone who is going to be pursuing charge backs with Canadian banks I can provide a bit of information:

- My charge backs were immediately accepted and credited by Visa when they were inside the 120 day window. They did ask how I tried to resolve this, and the dates and times that I tried to contact them. First time I tried they said "Sorry! Nothing we can do." about anything outside of the 120 days. This was before the massive email dump went public.

- I called them again about transactions outside the window when the emails went public and there was a lot more proof of fraud and malicious intent. I called back and pressed the issue to a senior representative.

- At first they told me I couldn't, but I explained to them that they actually can go after it at their discretion, 120 days is just for the normal case of disputes. This situation clearly wasn't a normal case because it was premeditated fraud. I also invoked the SEC active investigation and told them about coinfire's article naming other US Government entities that were investigating as well.

- After a longer discussion with the senior representative, I was told to write them a later with the dates and times of all transactions and they would make a good faith effort to recover as much as possible for me, but they were not going to guarantee anything. They entered an entirely new case # in their computers for it and said send the letter and supporting evidence via fax or mail.

- I called back yesterday about the status of the chargebacks, and I was told that Visa basically closed the case on one of my first chargebacks already in my favour, and the second one they pushed the merchant bank to produce my original signature that I authorized it at all. They told me they figure this is going end in my favour as well.

- I confirmed they got all my evidence I sent them, and the guy on the phone said whatever bank GAW was using to get this money is stuck holding the bag. They figure its costing that bank millions, which is good because that bank will just sue the pants off GAW and go after Josh all on its own.

I would recommend that anyone who got told "Sorry, nothing we can do!" Call back, and explain how recent evidence has come to light that shows it was a pre-mediate fraud meant to deceive and steal money. Try a similar tactic of telling them they can extend the period in exceptional cases, and this certainly warrants it because of how much money they defrauded. Anyone I talked to suddenly became a lot more willing to listen when I told them I could produce a copy of the SEC subpoena related to the investigation.

**InsaneMiner** 2015-04-23 20:00:56 UTC #208

> **ZenCloud suspends cloud mining**
>
> **[image]** Edit: the dear leader - vocal as he was about "the 19" earlier today - is obviously nowhere to be found now. Perhaps working on a Paybase blog entry to explain everything (TM). Edit2: damn forum is eating my pictures.

Jan 30 seems to be the date zencloud stopped

**volder** 2015-04-23 20:31:43 UTC #209

> InsaneMiner:
>
> Jan 30 seems to be the date zencloud stopped

Thanks!

**DogeCaptain** 2015-04-23 21:24:28 UTC #210

January 27ish because it was almost three weeks when they finally annouced about the EOL (2/15?)

**DogeCaptain** 2015-04-27 22:25:46 UTC #211

Do we have anymore compiled packets we could send to our CC Companies/Banks?

I know NFCU won't allow because it's outside the 60 day window, however I will try again.

**Link to volder's document**.

**volder** 2015-04-27 22:59:46 UTC #212

> DogeCaptain:
>
> Do we have anymore compiled packets we could send to our CC Companies/Banks?

I know NFCU won't allow because it's outside the 60 day window, however I will try again.

Link to volder's document.

Tell them that if they do not allow disputes outside the 60 day window for purchases made under false pretenses that you want it in writing.

**astro** 2015-04-27 23:01:08 UTC #213

Can I ask why? It is in their ToS (NFCU)

**DogeCaptain** 2015-04-27 23:22:51 UTC #214

"Must be notified of a dispute no later than 60 days after we sent the first bill on which the error or problem occurred."

Relevant Section:

**Billing Rights Summary**
What to Do if You Think You Find a Mistake on Your Statement
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180
You may also contact us on the Web at **navyfederal.org**.
In your letter, give us the following information:
• Account information: Your name and account number
• Dollar amount: The dollar amount of the suspected error
• Description of problem: If you think there is an error on your bill,
describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing or electronically. You may call
us, but if you do, we are not required to investigate any potential errors, and you
may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question or report you as delinquent on
that amount.
• The charge in question may remain on your statement, and we may
continue to charge you interest on that amount. But, if we determine that we
made a mistake, you will not have to pay the amount in question or any interest
or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for
the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Your Rights if You Are Dissatisfied With Your Credit Card Purchases
If you are dissatisfied with the goods or services that you have purchased with
your credit card, and you have tried in good faith to correct the problem with
the merchant, you may have the right not to pay the remaining amount due on
the purchase.
To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these is necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify.
3. You must not yet have fully paid for the purchase.
   If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing or electronically at:
   Navy Federal Credit Union
   820 Follin Lane
   Vienna, VA 22180
   You may also contact us on the Web at **navyfederal.org**.
   While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

---

**astro** 2015-04-27 23:31:15 UTC #215

 **@Dogecaptain** yeah thats what I read as well. I was asking  **@volder**  why getting it in writing is important.

---

**volder** 2015-04-27 23:45:02 UTC #216

> astro:
>
> **@Dogecaptain** yeah thats what I read as well. I was asking  **@volder**  why getting it in writing is important.

So you can prove that your CC company denied you when you take it to court. The more you are prepared, the better.

---

**Allen1980s** 2015-04-28 01:48:27 UTC #217

> astro:
>
> Can I ask why? It is in their ToS (NFCU)

That is only for normal product charge backs. Charge backs for fraud go longer for Visa and Mastercard

---

**Powerman** 2015-04-29 21:50:06 UTC #218

So I sent dispute paperwork to my bank (Summit CU) just over a month ago for transactions I made on my VISA debit card, and they just got back to me today stating that GAW is fighting the dispute. Still have a pending dispute from USAA and will update you guys once I hear back from them. The following screenshot is the weak response from GAW:

Case 3:16-cv-00940-MPS Document 107-2 Filed 11/12/18 Page 308 of 401

**Merchant Comments**

This customer received his products and there is no legitimate reason for this chargeback. This customer agreed to the Terms of Service when purchasing from us. Our terms of service is located here: https://drive.google.com/a/geniusesatwork.com/file/d/0ByOHpAiO_y1MR1AwIVdyY1ZUV0dxVnInOEl1YTMxUGJtS0FZ/view Please read the following snippets from our TOS: By using Services, you agree to these conditions. Please read them carefully. We offer a wide range of Services, and sometimes additional terms may apply. Some of the products sold through the Site can only be accessed through the ZenCloud mining platform (the "ZenCloud Platform"). If you purchase products that are accessible through the ZenCloud Platform, you also will be subject to the ZenCloud Terms of Service. If these Terms are inconsistent with the ZenCloud Terms of Service, the ZenCloud Terms of Service will control. RISK OF LOSS All items purchased from GAW are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier. Return Policy There are no returns for ZenCloud-hosted products; all sales are final.

The link they sent over to their Terms of Service doesn't even work! I responded with the packet from **@volder** so this should be an easy win for me.

---

**Allen1980s** 2015-04-29 22:07:56 UTC #219

There is a huge difference between receiving a product and it actually being what was advertised. In this case, nothing sold was what was advertised.

---

**Goroz** 2015-04-29 23:12:43 UTC #220

Yea, I wouldn't worry about it… They are probably doing a cut and paste response… They will win some by default because people won't follow through. So it's smart on their end… Just keep fighting it. They have no leg to stand on.

---

**Goroz** 2015-05-01 13:51:37 UTC #221

So, just got a request for more information from Chase Sapphire… I mean, it's basic questions like describe in detail blahb lah… I've actually already provided them all the information they asked for…

Anyway - I"m just going to download Volders package and send them that. Will update if anything new.

---

**DogeCaptain** 2015-05-01 15:16:08 UTC #222

NFCU has allowed me to continue the dispute. It seems that my information packet never arrived within the 10 business day window once you open a dispute which is why they initially denied it-I wrote the address wrong. Thankfully I was able to submit all of my information electronically via their messaging system.

---

**volder** 2015-05-01 15:31:45 UTC #223

> Goroz:
>
> Volders package

Whoa, leave my package out of this! 

---

**Goroz** 2015-05-01 15:35:46 UTC #224

LOL - Well, the postage associated with your package woudl really low due to the small weight and size of it… It cost me 5 bucks to send my last packet of info for the dispute!

---

**DogeCaptain** 2015-05-01 15:44:41 UTC #225

I paid for signature confirmation…it cost like $10-$15 to send in the envelope. NFCU and Walmart only accept snail mail of fax when you first start your dispute. With that said, you can upload documents when sending secure messages to them through your account dashboard.

---

**volder** 2015-05-01 16:00:46 UTC #226

You are mistaken! Send it priority mail flat rate and you can ship up to 84 inches girth and 70 lbs for $5. That will do it, just barely.

---

**DogeCaptain** 2015-05-01 16:02:18 UTC #227

I still get signature confirmation, ESPECIALLY when it deals with money.

---

**ThePeddler** 2015-05-01 17:12:19 UTC #228

I stopped sending signature confirmation to the IRS since they never sign and send notification back (though they clearly receive the information…)

---

**korfax** 2015-05-04 02:17:04 UTC #229

> Allen1980s:
>
> s others have already stated, you must state that it is GAW Miners and that they are under a FORMAL investigation by the SEC in order to connect the dots with your card issuing bank.
>
> I cannot yet speak to Mastercard and Discover Card. I am calling Citibank next to get their positi

Thanks for putting this together! Can I get in on your lawsuit?

---

**Allen1980s** 2015-05-04 06:41:06 UTC #230

Send me a PM. 

---

**korfax** 2015-05-04 11:18:59 UTC #231

I'm going to call today and see what happens. Wish me luck.

---

**Goroz** 2015-05-04 13:41:04 UTC #233

Noveria - Check PM.

---

**korfax** 2015-05-04 13:41:28 UTC #234

I just got off the phone with CITI and they made me fill out a letter and send it into their dispute center.

---

**Goroz** 2015-05-04 13:42:13 UTC #235

11/16/2018
Case 3:16-cv-00940-MPS Document 107-2 Filed 11/19/18 Page 310 of 401
GAW legal Credit and Consumer Protection Rights Thread - Watch this Get Legal thing

That sounds about right… Anything passed the 60 day window typically will have to be written in… That's what I had to do for a few.

**korfax** 2015-05-04 13:42:33 UTC #236

Did it work for you.

**korfax** 2015-05-04 13:43:38 UTC #237

For my America Airlines CC they did it over the phone.

**korfax** 2015-05-04 14:14:39 UTC #238

WOW! Great job. I'm sending it in now. Thank you for your help.

**ThePeddler** 2015-05-04 14:19:37 UTC #239

I didn't believe you could dispute the charges if you sold your account?

If you could, shame on me for still holding onto my account and not selling everything when they still had some resale value…

Then again I tried and nobody could afford it 

**korfax** 2015-05-05 10:56:46 UTC #240

I cant belive it. My credit card company actually reversed the tranasactions. Atleast I got half of my money back.

**Onalim** 2015-05-05 13:48:20 UTC #241

Congrats! Wish I had been so lucky. Chase finally got back to me on Friday and while they wouldn't give me a real reason to why they declined, they kept alluding that I waited too long. I repeatedly tried to explain that it wasn't until recently that all of the leaked emails came out and provided the proof that it was indeed fraud. I'm quite frustrated with them and told them not to close the case because we're not done. Any possibility to change their minds  **@Allen1980s** ? I sent in  **@volder** 's packet.

**DogeCaptain** 2015-05-05 14:23:33 UTC #242

You may need to also compile a packet regarding: possible illegal use of funds, possible tax evasion, possible fleeing the country to escape answering questions by the SEC, possible embezzlement

**korfax** 2015-05-05 14:29:46 UTC #243

Keep fighting it.

In my case, I think GAW has like 45 days or something to fight it. So, I'm not calling it a win for atleast 60-90 days. I suspect it will be overturned or something. I'm not that lucky.

I'm praying everyday that this is for real.

GAW Legal Credit and Consumer Protection Rights Thread - Watch list - getbashing

**Allen1980s** 2015-05-05 19:15:01 UTC #244

> Onalim:
>
> Any possibility to change their minds

Did you speak with a supervisor? I would escalate this to the supervisory level.

**Onalim** 2015-05-05 20:37:09 UTC #245

I asked to speak to the woman's supervisor but she said she would go talk to him. Sat on hold for her to come back 10 minutes later saying the same thing. Maybe I'll try again and insist that I be transferred to a supervisor.

**ThePeddler** 2015-05-05 21:25:43 UTC #246

It is pretty sad most folks you would get on the phone are just muppets and have no real authority (and could unlikely care less about your specific issue since you are the Nth person that day who called in and talked with them) 😳

**Onalim** 2015-05-05 22:23:51 UTC #247

Exactly. It's very frustrating. I'm sure they are paid to try to do all they can to *not* complete a charge back and potentially cost the bank money.

**frank** 2015-05-06 23:13:49 UTC #248

sleepy time

**InsaneMiner** 2015-05-06 23:18:09 UTC #249

says an account that is ten minutes old with their first ever post.

but yeah I am really worried about that scam company under SEC investigation dinging my credit score.

edit: lol WTF is sleepy time 😄

**volder** 2015-05-06 23:19:36 UTC #250

> InsaneMiner:
>
> but yeah I am really worried about that scam company under SEC investigation dinging my credit score.

Ummm also, GAW does not have my social security number so anything related to my credit score is out of their reach.

**frank** 2015-05-06 23:19:38 UTC #251

ok snidely but i guess you know all the laws anyway im sure (if we want to be nasty)

**jakez** 2015-05-06 23:19:52 UTC #252

From what I understand that is illegal. The only people that should be disputing are people who never converted Hashlets

---

**InsaneMiner** 2015-05-06 23:21:07 UTC #253

> frank:
>
> ok snidely but i guess you know all the laws anyway im sure (if we want to be nasty)

hmmm second post is worst then the first

good bye

---

**jakez** 2015-05-06 23:22:48 UTC #254

Also guys as a reminder.

PLEASE, PLEASE do not chargeback resellers. We have no way to get money back from GAW. We will have to refund out of our pocket. That just adds onto even more money we have lost. I know I can't afford it and I am sure the others can't either 😢

---

**DogeCaptain** 2015-05-07 19:06:04 UTC #255

Well NFCU was not able to render a charge back because I was past the 120 day limit for VISA.

Their explanation as follows: I had received the service, therefore I fell under the 120 day limit for charge backs.

It did not matter that I had provided a treasure trove of information, I was past the limit, and recommended I seek legal advice.

I wonder if I could submit a complaint to the **Consumer Financial Protection Bureau** and file a **complaint**.

---

**Allen1980s** 2015-05-07 20:08:35 UTC #256

I would seek any avenue that might result in a speedier return of your money. I am surprised by the 120 limitation being imposed, since my banks regarded "fraud" as an exception to that limitation.

---

**DogeCaptain** 2015-05-07 20:15:36 UTC #257

Yeah, maybe a CFPB complaint will light a fire under their ass.

---

**cyberdexter** 2015-05-07 20:38:25 UTC #258

> MadMacs:
>
> On one hand I wish I had never heard of GAW, but on the other hand I never would have gotten to know **@volder** **@AnimoEsto** **@cyberdexter** **@wpstudio** **@Viturrex** **@nemesio** and **@jakez** . We collaborated on GH because of what we saw GAW doing to customers (and us). We felt it was important for somebody to do it the "right" way.

 this!

---

**@volder** damn how did I miss this?

> **https://forum.gethashing.com/uploads/default/3653/20c8d14c963e69cd.png**

*What goes around comes around Sirs…karma is a bi… Josh, enjoy.*

---

> Jim258:
>
> I made it all the way through the reseller application process, and Carlos told me I had to make a minimum order of $15k to get set up. This was once most of the original resellers were already up and running. Very happy I decided to not move forward…best decision of my life (other than selling all my primes for $40+ each as well as all my hashpoint-converted paycoins at ~$13 once I saw the light).

HaHah lucky you. I did a "$15k opening order" only to lose my wholesale discount a couple of days later on **GAWMiners.com** because the white-label launch was "imminent". Two weeks or so later it was re-enabled because the WL was obviously delayed because it was the most amazing thing ever developed and obviously that takes time.

I think another week later Hasher's United happened during which GAW undercut the Reseller prices twice by either selling new hardware codes cheaper on ZC or by reducing the Zen price on **GAWMiners.com** while taking the wholesale discounts off.

So yeah, I think overall **PrimeHashlets.com** was "actually" selling for about 2 weeks or so, then the site was merely online for another 8 weeks or so and that was that.

I ended up activating most of the purchased hardware codes myself to dump them on the HashMarket since GAW kept dropping the price for Zens almost daily at that point and I took a nice loss in stock value. (like most of the resellers. Activating spare codes and selling those Hashlets was the last resort to minimize losses).

---

**volder** 2015-05-07 20:51:32 UTC #259

> cyberdexter:
>
> **@volder** damn how did I miss this?

Yep, I saw and posted that a long time ago. Those guys sure are shady, eh?

Where did you see it?

We can thank our good friend **@mutant** for reporting that to Carlos for me. 

---

**cyberdexter** 2015-05-07 23:09:35 UTC #260

> volder:
>
> Where did you see it?

Today when reading this thread for the first time. [spoiler]lil fkrs…[/spoiler]

---

**kellenj** 2015-05-08 01:13:05 UTC #261

Hi allen, I have purchased $513.73 AUD from paybase and would like to be a part of the lawsuit

---

**CryptoBob** 2015-05-08 12:21:58 UTC #262

My Bank has asked me to contact GAW . Has anyone been able to contact them ?

A full breakdown of how you've contacted the merchant and the outcome – if you haven't contacted the merchant, please advise why not

---

**Goroz** 2015-05-08 12:58:47 UTC #263

Yea… tried many times… they refuse to do anything or the number is disconnected and website shut down

I think your best bet is to stay they have cut and run - which they have… There numbers no longer get answered and their original site no longer works

---

**CryptoBob** 2015-05-08 19:23:27 UTC #264

Thanks Goroz. That's exactly what i did .

---

**GetGuap** 2015-05-08 19:42:25 UTC #265

Hadn't seen this thread yet - but can confirm I received, in full, my payments made through debit card purchases to gawminers

---

**jakez** 2015-05-08 23:21:29 UTC #266

Woah! You got debit card purchases back? I got told to pound sand by Chase

---

**DogeCaptain** 2015-05-09 01:12:36 UTC #267

Yeah, it seems VISA and AMEX are telling people to pound sand while Discover and MasterCard are helping us out.

---

**GetGuap** 2015-05-09 05:04:13 UTC #268

Oh really? I think a friend of mine who received credit for the purchases used a debit card too but I'd have to confirm that. Best of luck in recovery from this tragic learning lesson guys

---

**KevinBlevins** 2015-05-11 16:38:07 UTC #269

Dispute past 60 days from PNC. They are saying case closed. Not even a chance to submit documentation to substantiate.

Has anyone else overcome this hurdle with PNC?

---

**DogeCaptain** 2015-05-11 17:53:00 UTC #270

You could try and file a complaint with the CFPB. See post 253.

---

**Allen1980s** 2015-05-11 19:45:18 UTC #271

They credited my account $1000 from a purchase I made on the card. I just saw that today.

---

**DogeCaptain** 2015-05-11 20:57:56 UTC #272

Minor Update:
Walmart DISCOVER, now Walmart MasterCard has granted provisional credit and is allowing two billing cycles for
GAW to dispute the charge back. So Walmart card wont be finalized till August time frame.

DISCOVER is still in the process of investigation, and I hope to receive an update within the next couple of weeks.

---

**DogeCaptain** 2015-05-11 22:04:04 UTC #274

Make sure you upload as must documentation as possible.

---

**jakez** 2015-05-11 22:32:12 UTC #275

> a4xcrypto:
>
> just called Discover and opened a case. I am not sure if this is applicable to me because i converted my
> vaultbreaker to hashlets and then hashstakers… But I only converted to hashstakers due to false promises from
> Josh. None the less, they flagged all of my purchases (Vaultbreaker, Hashlets, Warmachines) for fraud…

Careful saying that on a public forum. That is technically illegal.

EDIT: Quote edited to include full original post. OP should be ashamed of himself.

---

**Allen1980s** 2015-05-11 22:34:47 UTC #276

What Vaultbreaker? I was under the impression they never existed.

---

**a4xcrypto** 2015-05-11 22:35:39 UTC #277

> Allen1980s:
>
> What Vaultbreaker? I was under the impression they never existed.

Lol they didnt. I bought it and they offered me the guaranteed for life hashlets. Always profitable, lifetime contract, never
obsolete. Then offered my hashlets to stakers which supposedly had a guaranteed ROI.

---

**cyberdexter** 2015-05-11 22:39:56 UTC #279

> I am not sure if this is applicable to me because i converted my vaultbreaker to hashlets and then hashstakers…

GAW Legal Credit and Consumer Protection Rights Thread - Watch this GetHashing

You didn't by any chance sell some of your hashlets on the marketplace did you? Afaik most of the vaultbreaker "victims" that converted to Primes made a very decent cut. At least the ones I know.

---

**a4xcrypto** 2015-05-11 22:43:15 UTC #280

I actually never sold any on market… I bagheld them 

---

**Goroz** 2015-05-11 22:53:55 UTC #281

I don't see why you're getting on a high horse… Nothing he said about this is illegal. He was still sold a fraudulent product regardless if he converted… All the products were frauds.

You should be ashamed of yourself for rushing to judgement and stating false information.

---

**Allen1980s** 2015-05-12 01:10:21 UTC #282

I do not believe what he said was meant to be serious, but more tongue-in-cheek. 

---

**Allen1980s** 2015-05-12 05:18:23 UTC #284

Yeah, so far, PNC and BoA have said nothing more on the subject and have all credited back the charges I refuted, including all past interest charged against the charges. Of course, that could change in the future. It is hard to say.

---

**KevinBlevins** 2015-05-12 12:24:32 UTC #285

How did you get PNC to do that? I spoke with someone in their retail escalation department twice and hit a hard wall on the 120 day limit. I even mentioned that other PNC account holders who had been defrauded by GAW were able to find resolution.

---

**DogeCaptain** 2015-05-12 12:30:54 UTC #287

File a complaint with the CFPB (post 253) and seek legal advice.

---

**Onalim** 2015-05-12 14:23:15 UTC #288

This has been my exact experience with Chase as well. I, unfortunately, do not have the funds for a lawyer so it's just a slap in the face.

---

**DogeCaptain** 2015-05-12 14:30:08 UTC #289

File a complaint with the CFPB (post 253). Also, check your State for the small claims court amount. It varies between $2.5k-$7.5k from what I've see so far, and you don't need a lawyer to file. Average cost to file in small claims is about $150 from what I've seen.

---

**Goroz** 2015-05-12 14:32:05 UTC #290

Hrm… Chase Sapphire? That's who I have and they gave me a temporary credit… Was this after the temporary credit was issued? What phase of the process were you in?

I haven't heard back as far as a "final" resolution just yet.

---

**Onalim** 2015-05-12 14:41:52 UTC #291

It's a Chase Freedom card. I got as far as calling them and them sending out a form to fill out requesting additional info. I filled out the form and sent @volder 's packet with it. They've since called and said it was denied. They couldn't provide a legitimate reason other than saying I waited too long even after explaining to them numerous times that it shouldn't matter due to the fact that it's blatant fraud and it took time to gather all the required materials to prove the fraud.

---

**Allen1980s** 2015-05-12 14:46:22 UTC #292

> KevinBlevins:
>
> How did you get PNC to do that? I spoke with someone in their retail escalation department twice and hit a hard wall on the 120 day limit. I even mentioned that other PNC account holders who had been defrauded by GAW were able to find resolution.

I think it has a lot to do with how long you have been a customer and how much they have made off of you over the years, but I could be wrong. All my main accounts, including my business, are with PNC.

Other than that, this is what I told them when I called:

> I purchased these services from this company that were supposed to last permanently. Now the company is terminating these services without any recourse and without refunding for the service. The company advertised that these services would continue indefinitely. Moreover, it has recently come to light that the Security and Exchange Commission, FBI, DHS, and other federal agencies are investigating the company, and its CEO, for fraud and various other federal felonies. I have a copy of the subpoena formerly notifying the company that they are being investigated for infractions of U.S. law. I approached the company, twice, for a refund, and was denied on both attempts. The company has made it clear that they will not honor their original advertised service advertisements. I therefore wish to charge these services back, since they have been rendered fundamentally worthless by the company that sold them to me.

This is more or less what I stated to all of the banks on whose CCs I charged GAW products. Bank of America actually asked if I wanted to charge back further than the 120 days normally allocated for such items. PNC stated that when fraud is involved, the limitations for charge backs are loosened.

---

**Allen1980s** 2015-05-12 14:48:23 UTC #293

> Onalim:
>
> It's a Chase Freedom card. I got as far as calling them and them sending out a form to fill out requesting additional info. I filled out the form and sent @volder 's packet with it. They've since called and said it was denied. They couldn't provide a legitimate reason other than saying I waited too long even after explaining to them numerous times that it shouldn't matter due to the fact that it's blatant fraud and it took time to gather all the required materials to prove the fraud.

The time clock is supposed to be reset, based on the moment that you became aware that you were a victim of fraud.

---

**Onalim** 2015-05-12 14:51:30 UTC #294

The puppets working there sure don't seem to think so.

---

**Allen1980s** 2015-05-12 14:54:10 UTC #295

That was their direct statement to me over the phone. LOL

---

**Onalim** 2015-05-12 15:20:04 UTC #296

Interesting. Suppose I'll have to give them yet another call and see what I can do.

---

**Allen1980s** 2015-05-12 15:21:10 UTC #297

Remember NOT to over-explain the situation. It was not an investment.

---

**Onalim** 2015-05-12 15:22:08 UTC #298

Yeah, I've been very careful throughout this whole process to avoid the "i" word like the plague.

---

**jakez** 2015-05-12 15:56:56 UTC #299

It will be interesting to see Chase's "final decision" on the ones they have credited back already

---

**Goroz** 2015-05-12 15:57:04 UTC #300

Hrm… I received a request for additional info a few weeks ago and haven't received anything additional yet. I'll call and check in.

---

**a4xcrypto** 2015-05-12 20:31:16 UTC #301

> Allen1980s:
>
> This is more or less what I stated to all of the banks on whose CCs I charged GAW products. Bank of America actually asked if I wanted to charge back further than the 120 days normally allocated for such items. PNC stated that when fraud is involved, the limitations for charge backs are loosened.

Can you link me to the packet? I tried saving alot of the info at top of the thread but alot of the items say I dont have access to them.

---

**DogeCaptain** 2015-05-12 20:32:30 UTC #302

Post 171/172.

---

GAW Legal, Credit and Consumer Protection Rights Thread - Watch this Category GetHashing

**a4xcrypto** 2015-05-12 20:35:13 UTC #303

Wow thank you. and thank you **@volder** as well.

---

**a4xcrypto** 2015-05-12 21:07:40 UTC #304

Was anyone here a vaultbreaker customer? I'm trying to get some info together about the "Vaultbreaker" and how it was never a real product and it was all made up to include in this packet.

---

**Allen1980s** 2015-05-12 22:28:54 UTC #305

Can you link me to the packet?

> volder:
>
> I have put together a packet of information for everyone in this thread interested in disputing payments to GAW with your credit card company. This packet should contain everything you need to successfully initiate and win a dispute against GAW. As I expect that this document will continually evolve with community input and new information coming to light (minutely it seems), I will post a link directly to the source. You should check back there frequently for the latest version of the documen…

---

**slacker** 2015-05-12 22:57:21 UTC #306

Aside from being a dork, how the heck do you send a PM? I'd like to join the lawsuit .

---

**Allen1980s** 2015-05-12 23:13:07 UTC #307

> slacker:
>
> Aside from being a dork, how the heck do you send a PM? I'd like to join the lawsuit .

Since you are new, I have to PM you first. 

---

**4jalbert** 2015-05-12 23:56:31 UTC #308

Hey guys, just wanted to say thanks for the info. I called my bank and now they opened a case. They are asking me to submit a report on the whole situation. I was just wondering if anyone could help me with a couple of questions they want me to answer. I don't really know how to describe them in a way that will make sense.

1. What exactly was the products you purchased? (What is a GAW Miner?)
2. What exactly was the services you purchased?
3. When did they suspend the product/services?
4. What did you receive/ what didn't you receive?

Thanks!

---

**DogeCaptain** 2015-05-13 00:47:04 UTC #309

1. You purchased a service

2.
3. January 27-30 2015, somewhere between then
4. Didn't receive compensation when the service was terminated despite it being advertised as lifetime
   Service was oversold and fraudulent from the start

---

**4jalbert** 2015-05-13 03:19:13 UTC #310

Thanks, but I need to explain to them what a miner (Hashlet) is. and what it exactly does.

---

**Goroz** 2015-05-13 22:50:41 UTC #311

Guys… Some CC companies are denying charges and saying unless you have something in writing stating they will refund (and they didn't), we can't do anything…

Well - a buddy of mine found this gem…

**http://us8.campaign-archive1.com/?u=cdea713669f1600ffb2230df5&id=2836e3ccc0&e=cb2268fe0a**

edit -  **@volder**  You should add this to your tiny package… It will make it a little more… solid… and engorged with documentation… Since it's so small and inadequate, it needs a little "extra"… teehehhe

edit2 - archived **https://archive.is/Kgfjl**

---

**DogeCaptain** 2015-05-14 00:21:07 UTC #312

I think we need to know which June 26, 2014 or 2015.

---

**Goroz** 2015-05-14 00:24:23 UTC #313

It's June 2014… June 2015 isn't here yet and no one works at GAW anymore, so it's not a recent email.

---

**volder** 2015-05-14 20:28:17 UTC #314

> Goroz:
>
> Guys… Some CC companies are denying charges and saying unless you have something in writing stating they will refund (and they didn't), we can't do anything…
>
> Well - a buddy of mine found this gem…
>
> **http://us8.campaign-archive1.com/?u=cdea713669f1600ffb2230df5&id=2836e3ccc0&e=cb2268fe0a**
>
> edit -  **@volder**  You should add this to your tiny package… It will make it a little more… solid… and engorged with documentation… Since it's so small and inadequate, it needs a little "extra"… teehehhe

Thanks, I will add that as well as some other recent info in the next couple days when I get back home.

---

**Goroz** 2015-05-14 22:04:22 UTC #315

Really  **@volder**  ? Nothing to my snide comment?!

**InsaneMiner** 2015-05-14 22:34:53 UTC #316

> volder:
>
> when I get back home

**@volder** is in Dubai I knew it !!! lol

---

**volder** 2015-05-15 02:57:04 UTC #317

> Goroz:
>
> Really **@volder** ? Nothing to my snide comment?!

No point. My bank account is bigger than yours, that is all that really matters. 

---

**volder** 2015-05-15 02:57:48 UTC #318

> InsaneMiner:
>
> **@volder** is in Dubai I knew it !!! lol

Haha. Nope I was in Mexico. Almost as good.

---

**sburn** 2015-05-15 03:22:03 UTC #319

> volder:
>
> Haha. Nope I was in Mexico. Almost as good.

Better food and drinks in Mexico than Dubai, without a doubt.

---

**c44c** 2015-05-15 22:02:06 UTC #320

**@Allen1980s** Hey man, saw your post on **talk.paycoin.com** and am interested in taking part of the lawsuit. Care for sending a pm so I can provide more details as per your request? Thanks a lot!

---

**Allen1980s** 2015-05-15 22:23:15 UTC #321

Hello Everyone.

This is a multi-thread post, to ensure that everyone affected runs across at least one of these posts.

I want to address a growing concern brought to my attention via the lawsuit emails I have been receiving, or concerns vocalized in recent Google Hangout sessions.

Some of you have indicated being shut out of your accounts due to ongoing efforts in charging back past purchases from Zencloud and GAWminers.

Many of you have voiced your fear in pursuing chargebacks; because the amount of those chargebacks represent only a small portion of your overall Zencloud account holdings. I have discussed this with various people, including Matt Eden, pointing out that a complete lockout of a Zencloud account, because of one or a few chargebacks, is illegal in the U.S. The vendor has the right to deny you access only to services and products where the vendor has "authorized" a chargeback to occur, not all of the services or products you personally own.

As many of you know, GAW has taken every effort to deny all chargebacks, using a form letter response including the same excuse: "The customer is in receipt of the service sold." When a vendor denies the chargeback, they have no legal standing to lock out your account, in what the law would view as a retaliatory act. It is illegal in all 50 states of the U.S., as well as in violation of federal consumer protection laws. They only have the right to deny you access to those services that have effectively been successfully charged back.

I have impressed this, repetitively, upon the current organization overseeing both Zencloud and Paybase end of life projects.

Result:

Matt has looked at some of the accounts where clients have stated to me, and to others, that their accounts have been locked out due to charge backs. In two of three cases, the lockouts were not related to chargebacks, but 2FA issues. The third account was due to theft. Only one account was locked out due to chargebacks.

If you are charging back all of your account assets, and those chargebacks have been refused to you through your bank, there is no reason for your account to be locked. You need to contact Matt for an account review to ensure that the lockout is justified or is lifted. Please be prepared to show proof that your chargeback is currently refused by your bank (you should have a document or email stating this).

The sole GAW employee administrating chargebacks appears to be no longer a legal employee of GAW, to the best of our knowledge, leaving no one left to administer such actions. All GAW administrative access accounts to Zencloud "have been terminated" now. There is no remaining threat from GAW, preventing you charging back any of the account items qualified for chargebacks. Do not let this past threat prevent you from exercising your legal rights to charge back purchases you have made with GAW. Moreover, do not let the threat of having your account locked keep you from joining the lawsuit group.

As long as your account is not one of the accounts responsible for BTC theft in the past, and you know who you are, there should be no reason for your account to be locked out, other than 2FA issues. If you feel your account locked out due to refused chargebacks, you can contact Matt via email at **MK@xpydev.org** and request an account review, which may result in your account being unlocked. Be prepared to show that your chargeback has been refused by GAW.

GAW will be forced to comply with U.S. consumer protection laws regulating actions they can legally pursue. If you charge back specific items, GAW can only deny you access to those specific items you are charging back, and ONLY when they are authorizing those chargebacks. They will now have to request any account actions directly through Matt Eden's group moving forward.

Thank you.

Allen

---

**kaden369** 2015-05-16 06:42:28 UTC #322

**@Allen1980s** hey could you please pm me?

---

**Profiterol** 2015-05-16 13:37:04 UTC #323

**@Allen1980s** How I PM you in this forum?.. I am interested in taking part of the lawsuit and I need to know what documentation is required. Thank you.

---

**DogeCaptain** 2015-05-16 13:41:48 UTC #324

Click on the person's name, which will take you to their profile. Then click "Message".

---

**Profiterol** 2015-05-16 14:50:35 UTC #325

**@DogeCaptain** Thank you!

---

**Allen1980s** 2015-05-16 14:51:49 UTC #326

He is new, so he has to be PMed first.

---

**Powerman** 2015-05-21 18:27:16 UTC #327

Just called up USAA asking for an update on my dispute and was told it was resolved 1 week ago (which I never received notice of) and not in my favor. The only explanation given was "As required in your Cardholder Agreement, your inquiry was received after the time period for initiating a billing error dispute had expired."

I submitted the dispute paperwork within 120 days of the transaction which I thought were within the guidelines for MasterCard. However USAA is stating that the dispute needed to be sent withing 60 days after transaction date. What should I do from here?

---

**DogeCaptain** 2015-05-21 19:09:08 UTC #328

File a complaint with the **Consumer financial protection bureau**.

---

**DogeCaptain** 2015-05-22 17:51:41 UTC #329

Just wanted to say, from now on, make any purchases for Mining Services or Hardware with DISCOVER. Both my DISCOVER and Walmart DISCOVER have processed the charge back in my favor and now in a two billing cycle waiting period for the merchant to respond with evidence from their side. If they fail to respond, or their evidence is found lacking, I will be officially granted the charge backs.

---

**Goroz** 2015-05-22 18:10:02 UTC #330

Yea, I'd have to agree with you there… Discover was my most customer friendly card I disputed with… They totally supported me throughout the entire process and gave me the benefit of the doubt over GAW. Had ZERO issues with DIscover.

On the other hand, my Chase Sapphire VISA was a little more difficult, but managed to win the disputes on those as well… American Express - Absolutely no protection, no help whatsoever. Which actually suprised me a bit as AE is typically a pretty well respected card.

---

**HashMiner** 2015-05-22 18:18:35 UTC #331

Hello guys,

i asked Skrill Moneybookers for a refund of my CC purchases.
After weeks of nothing they sent me this list:

**Thank you for contacting the Skrill Help Team.**

**In order to advise you accordingly, we kindly ask you to provide us with more detailed information about the issue you have experienced, such as:**
**- website of the merchant where the order was placed;**
**- what was the item purchased (please provide the name of the item as listed on the merchant's website);**
**- what were the delivery Terms and Conditions accepted upon placing the order;**
**- what was the delivery time-frame promised by the merchant;**
**- what was the delivery method;**
**- proof of your correspondence with the merchant and your attempts to resolve this issue with them;**
**and any other information you consider relevant for the resolution of your case.**

**Kind regards,**
**Gergana**
**Skrill Help Team**

Is there a place where i can find the answers to these questions?
I don´t want to make a mistake by giving the wrong answers to them.

Thanks for your help…BR

---

**Goroz** 2015-05-22 20:46:27 UTC #332

It's all on this thread most likely.

---

**amc4486adam** 2015-05-22 21:28:27 UTC #333

Alright mate I'm from the UK also need to talk to you as soon as possible and also with lloyds I bought £7200 worth of zen hashlets

---

**Allen1980s** 2015-05-23 00:36:19 UTC #334

Important update on the lawsuit here: **Group Lawsuit Against GAWminers et al**

We are moving forward. 

---

**Bishop81** 2015-05-23 21:46:15 UTC #335

I have a quick question. I read through most of the update post and realized that I still needed to export my activity from Zencloud. The export never worked in the past, so I forgot about it. Anyway, I did that, but noticed something strange. On 10/30, I started seeing some groupings of rows that had no Details in them. The rest of the info was there, but the Details field was blank.

Has anybody else seen this? Do we know what those Details should be?

---

**DogeCaptain** 2015-05-23 21:49:33 UTC #336

I have lots and lots of blank Details

---

**Allen1980s** 2015-05-24 02:08:24 UTC #337

Mine looks fine. Not sure why yours would be any different than my output. 

---

**Bishop81** 2015-05-24 14:04:58 UTC #338

I apologize if this has been asked and answered in this thread already, but I haven't been paying much attention lately.

When filling out the form, do we need to account for any earnings that were actually paid? Most of my earnings were used to purchase more worthless Hashlets. In that case, do they count as losses as well, or are we simply considering the stuff that we purchased with external BTC and CC's?

Maybe the better question to ask is "How are you estimating the total amount of losses?" Are you taking the entire amount that you deposited minus the amount of BTC that you withdrew? That makes sense to me, but I just want to make sure I'm doing the same thing as everyone else.

---

**Allen1980s** 2015-05-24 17:31:53 UTC #339

> Bishop81:
>
> When filling out the form, do we need to account for any earnings that were actually paid?

Yes. Total cash in less total cash out. If you reinvested all of your daily earnings back into more hashlets or stakers, that is still cash in, not cash out. Yes, they "compound" your losses because Hashlets were never supposed to be limited in function, like staker wallets.

Your spreadsheet download will show "purchases" and "withdrawals." If all of your activities were "purchases," and you have no withdrawals, then you are 100% loss, because you "reinvested" building the asset base higher.

If you actually withdrew BTC from payouts generated through Hashlets, you must subtract that. It is a wash if you withdrew BTC to be used on GAWminers or elsewhere to purchase more hashlets.

---

**Cryptoman** 2015-05-25 03:47:09 UTC #340

@Aethercollection, I'm putting together now my response to Citibank. I've already sumitted the first document to them. They asked for a more detailed account of my communication with GAW. I'm filling out a second form now and including copies of e-mails showing that I bought 2 VB Minis and got Prime Hashlets instead and that I bought more Prime Hashlets later and ultimately got Prime Stakers creating XPY instead of BTC. I'll include the SEC document this time. (The first time I send the folder web page, which was a great start).

My question is about the "vouchers" mentioned about. I don't recall exactly how this went. I recall that I had moslty Prime Hashlets creating BTC. Then we were mining HPs instead. Then we traded HPs for XPY at 4 HPs for 1 XPY and Hashlets for Stakers. Can you clarify?

Also, although the fraud is extensive in this case, I'm concerned that Citibank want me to show them that I actually asked for a refund, which I did not. I was having so much trouble just communicating with GAW (mostly Carlos, Luke, and Amanda) on normal issues with the currently offered services that I concluded that asking for a refund would have been a waste of time; so I did not bother. I'm assuming that the bait and switch tactics in which the original product/service is never realized but a new *more exciting* one is offered instead are adequate basis for the charge-

back. Can you comment on this? I'm still working through all the posts in this thread. Sorry if this has been answered already.

---

**Aethercollector** 2015-05-26 15:26:22 UTC #341

> Cryptoman:
>
> @Aethercollection, I'm putting together now my response to Citibank. I've already sumitted the first document to them. They asked for a more detailed account of my communication with GAW. I'm filling out a second form now and including copies of e-mails showing that I bought 2 VB Minis and got Prime Hashlets instead and that I bought more Prime Hashlets later and ultimately got Prime Stakers creating XPY instead of BTC. I'll include the SEC document this time. (The first time I send the folder web page, which was a great start).

Good luck. Chases response to me was as expected and denied me as it was too late for me to claim charge backs, regardless of circumstances.

> Cryptoman:
>
> My question is about the "vouchers" mentioned about. I don't recall exactly how this went. I recall that I had moslty Prime Hashlets creating BTC. Then we were mining HPs instead. Then we traded HPs for XPY at 4 HPs for 1 XPY and Hashlets for Stakers. Can you clarify?

You have it all down correct. The vouchers were a vague promise from JG that was never fulfilled.

> Cryptoman:
>
> Also, although the fraud is extensive in this case, I'm concerned that Citibank want me to show them that I actually asked for a refund, which I did not. I was having so much trouble just communicating with GAW (mostly Carlos, Luke, and Amanda) on normal issues with the currently offered services that I concluded that asking for a refund would have been a waste of time; so I did not bother. I'm assuming that the bait and switch tactics in which the original product/service is never realized but a new more exciting one is offered instead are adequate basis for the charge-back. Can you comment on this? I'm still working through all the posts in this thread. Sorry if this has been answered already.

Citibank will ask you if you **attempted** to contact JG/GAW to resolve this yourself. You can tell them that GAW no longer has anyone processing claims and that you attempted to contact them.

Either Citibank will then decide to further investigate the claim and see how they can give you a credit and then recoup their losses against GAW or deny your claim. Usually they'll state something out the credit cards TOS like Chase did for me. My charges are manageable and I've decided not worth the resources to fight further on it, I also wrote them off.

---

**Cryptoman** 2015-05-26 21:10:53 UTC #343

@Aethercollector , yes, I did attempt, but my calls/messages were not answered.

I asked Allen whether I should try to present the same questions to the other bank proactively. Still waiting to hear from him on that issue. The second bank, a local bank, have not asked for these answers, as Citibank have. I'm in a huge rush for the charge-back; so I want to be proactive about speeding up the process if possible, but I don't know whether offering answers to questions that were not asked is a good idea.

Edit: Allen advised to wait for the bank to ask.

**Product_Placement** 2015-05-27 20:43:19 UTC #344

> Allen1980s:
>
> I am calling Citibank

@Allen1980s Were you ever able to talk to them? I used a citibank CC and got denied when filling out the dispute web form based on the length of time.

**Allen1980s** 2015-05-28 02:02:17 UTC #345

I was going to call them but others had already indicated that Citi was not being very helpful in the least. So, I did not bother.

**Powerman** 2015-05-28 13:04:49 UTC #346

You should give USAA a call. I've had nothing but problems trying to get a hold of someone in the disputes department to explain everything. Maybe you would have better luck.

**DogeCaptain** 2015-05-28 13:17:32 UTC #347

So I took my own advice and filed a complaint with the CFPB against NFCU for my VISA card.

Their Serving Department, which I presume is higher on the food chain than their Disputes Department, because they said their going to submit a claim to VISA to reverse the charges. I just need to furnish information regarding what the GAW Miners service was I purchased, and what I was suppose to receive, along with any and all receipts. Now this doesn't gaurentee VISA will reverse the charges but it a big change from NFCU straight telling my to pound sand in our prior conversations.

TL;DR: Filing a complaint with the CFPB against your VISA card issuer lights a fire under them and gets them motivate.

**Bishop81** 2015-05-28 15:47:47 UTC #348

I'll be waiting to see how it goes for you, then make my attempt. Good luck!

**DogeCaptain** 2015-05-28 16:08:20 UTC #349

Thanks! The problem now is how do I best describe the the service a Hashlet provided while stay away from all the key no-no words.

**paybacks** 2015-05-28 19:40:12 UTC #350

@DogeCaptain : How about something like this:

I purchased a service from GAW. GAW promised promised, as a service, to host specialized hardware that generates revenue. GAW initially paid customers revenues as if there were actual hardware, but then they defaulted on those payments and publicly announced the end of life of the hosting service.

**paybacks** 2015-05-28 19:43:52 UTC #351

@Allen1980s

I imagine some customers suffered damage to their credit ratings and increased financial expenses through higher interest rates, especially if they bought on credit or with loans. Will the lawsuit that you have been organizing address such damages or should GAW customers pursue those damage in individual lawsuits? For some, those losses are likely still mounting, so it may be difficult to calculate the losses until the case is actually settled.

---

**DogeCaptain** 2015-05-28 23:18:49 UTC #352

Needs to be worded a little better than that.

---

**DogeCaptain** 2015-05-28 23:39:40 UTC #353

Here's what I've come up with:

**GAW's Service (Hashlet)**
Hashlets were sold as digital mining service, a cloud based representation of GAW's physical Bitcoin mining hardware. You would receive a daily reward of Bitcoins based on the amount of Hashlets you had, and the number of blocks GAW was able to solve each day. There were several types of Hashlets, each with it's own features.

---

**Cryptoman** 2015-05-29 01:28:30 UTC #354

We recently submitted our answers to Citibank's questions. We should get feedback soon.

---

**Allen1980s** 2015-05-29 01:44:20 UTC #355

> paybacks:
>
> @Allen1980s  I imagine some customers suffered damage to their credit ratings and increased financial expenses through higher interest rates, especially if they bought on credit or with loans. Will the lawsuit that you have been organizing address such damages or should GAW customers pursue those damage in individual lawsuits? For some, those losses are likely still mounting, so it may be difficult to calculate the losses until the case is actually settled.

It would be part of the punitive aspect of the litigation.

---

**paybacks** 2015-05-29 02:06:16 UTC #356

Thanks  @Allen1980s , so do members of the class need to provide that information to you in the preliminary phase, or further into the suit?

---

**Allen1980s** 2015-05-29 10:10:32 UTC #357

All the initial information required is in the web form at **www.paycoin.atangledweb.info/** 

---

**DogeCaptain** 2015-06-01 15:30:47 UTC #358

Update Time:

NFCU will be proceeding with charge backs for "Services Not Provided" on my VISA. They will be going after 75% my total purchase amount, the 25% is for the services that I did received from GAW.

Also, NFCU and VISA do have people that are familiar with Bitcoin and Bitcoin Mining, at least thats what the person handling my case said.

---

**Bishop81** 2015-06-01 19:43:05 UTC #359

Great! Now it's time to read through the thread again and figure out what to say when I call them this week.

---

**DogeCaptain** 2015-06-01 20:03:33 UTC #360

File a complaint with the CFPB, it's what lit the fight under their seat.

---

**korfax** 2015-06-02 00:05:46 UTC #361

Has anyone been able to get citibank to reverse the charges?

---

**Drb0b** 2015-06-02 09:41:39 UTC #362

Has anyone been able to do a chargeback through amex (Europe)?

---

**Product_Placement** 2015-06-02 12:51:58 UTC #363

Any feedback from Citi yet?

---

**Aethercollector** 2015-06-02 15:24:31 UTC #364

Here is my update from Chase/JP

"Dear Aethercollector:

As your credit card company, we value your business and want you to be completely satisfied with your credit card account. We are writing to provide you with the resolution to your inquiry about these transactions.

(Cited charges)

**As you mentioned when you contacted us, you disputed the charges because you believe that the merchant did not meet your expectations in providing their services. Since a significant amount of time has passed since the (dates cited from August 2014), the merchant is not under any obligation to provide credits to your account. We contacted the merchant on May 6th, 2015 and May 20th, 2015 at 866-554-5861 to request a credit for your account and, unfortunately, we did not get any response.**

Based on our review and the information available to us, **we consider the charge valid**. The disputed amount will remain on your account and will be included in the balance of your next statement.

We recognize that this is not the outcome you hoped for in this situation, and we are sorry for any inconvenience this matter has cause you. If you have any questions, please call us anytime at the phone number found on the back of your card."

This came to me after I had a **45min phone call** with one of Chases CSR's to resolve this. I had to explain all the material I sent in to Chase and he put me on hold several times after each piece. After his "review" he explained the same conclusion in which the letter describes.

I will be paying off the charges, closing the credit card, and my Chase account at this point.
*Best of luck for everyone else with a Chase/JP CC.*

---

**Allen1980s** 2015-06-02 17:28:00 UTC #365

I think it is a bit obvious that many people are holding or doing business with certain banks that are not fulfilling their customer service obligations. Since Braintree is holding funds specifically for the purpose of crediting chargeback claims, the banks are either not pursuing these claims with due diligence or they are just not bothering at all. In my mind, if the vendor is not responding, then the chargebacks should be automatic and forced through the system, via a direct chargeback to the payment processor on the vendor end. Unanswered queries by the vendor does not justify the charge, it shows that the vendor is not upholding the ToS of the various credit card processors (Visa and MasterCard specifically). As per recent posts by Dogecaptain, people should be filing complaints with the CFPB, pointing out the fact that Braintree Payments has frozen GAW assets specifically for the purpose of honoring chargebacks to the GAW account.

You should file a complaint here: **http://www.consumerfinance.gov/**

You should state that the bank has not been receiving responses from GAW on the chargebacks, and that it does not support the claim that the chargebacks are valid, since the company no longer has any employees. Hopefully, the Mississippi Power suit will force GAW into a court-ordered bankruptcy, which should further show the banks that the company is no longer solvent, or remiss in their financial responsibilities.

---

**Onalim** 2015-06-02 20:08:29 UTC #366

Exact same response we received from Chase. Card is closed and will not be banking with them in the future.

---

**jakez** 2015-06-02 21:21:57 UTC #367

Same response I received as well. I will be moving banks.

---

**Allen1980s** 2015-06-04 02:53:21 UTC #368

Okay, I gave in. Too many pings about responses to banks on charge-backs, so this is what I came up with:

⬇ **Credit Card Charge-backs.pdf** (163.7 KB)

Text for those who do not have Adobe Acrobat Pro to manipulate the text:

> GAW, Inc. sold cloud-integrated, specialized computer hardware that performed complex network calculations, critical to the maintenance and securitization of a financial, transactions-based network, built by the company. This network was purported to facilitate commercial activities between major American retailers and consumers, such as Amazon, Target, and Best Buy, as well as other future "big box retailers." The whole and fractionally purchased hardware earned rents for their contribution to the maintenance and securitization of the financial network. The company stated that the purchases were permanent, and would yield rents in perpetuity, or until the purchaser sold his or her ownership rights to another. GAW initially provided customers with rents proportionate to the amount of computational power the customer purchased, less maintenance fees associated with hosting the "physical" activated hardware, in a data center, located in Hattiesburg Mississippi.

Soon after the company sold these products, it was revealed that the company sold more product than actually existed in the Mississippi data center. Further investigation also revealed that the company had sold multiple times more hardware than physically existed in their Mississippi data center. This eventually resulted in a formal SEC subpoena being served on the company, based on the assessment that the company had sold unregistered shares (securities) of the company, not actual ownership of network data center hardware; counter to the advertisements on the various company's websites, as well as on other websites around the internet. This action, by the SEC, resulted in other investigations being formed by other U.S. federal agencies, and for different federal violations and infractions; investigations which are ongoing.

GAW officially suspended rents to its customers for the use of customer hardware they claimed to be hosting. A public announcement was made on January 6th, 2015, stating that the operations was entering "end-of-life," and that the main consumer interface to their "alleged" hardware property would be terminated, without recourse, by June, 2015. It was at this time that the various company operations were apportioned out to third party companies to wind down operations, WITHOUT REALIZED RECOMPENSE NOR DELIVERY OF SUPPOSED CONSUMER-OWNED HARDWARE. Through various public statements and disclosures, it was further revealed that GAW had sustained operations by selling more products to hapless customers, at inflated prices, without physical hardware being present. In essence, the company perpetrated a Ponzi scheme, which is a felony in the United States, where the company existed, and where the consumers' banks are headquartered. The company also made statement that they would be issuing vouchers for the consumers at a future date, which never occurred, further delaying consumers' right to pursue charge-backs against the company. This appeared to be by design.

The company made public statements that the network would be used to facilitate commercial activities with major American retailers, proven to be fraudulently misrepresented. Due to the material statements made in public commercial advertising, GAW could not materially deliver on their product and service obligations. Moreover, it was further revealed that the company had been aware of the fact that they could not fulfill these obligations, shortly after commencement of hardware sales to the public, further perpetrating fraudulent commercial activities around the globe. As a result, GAW could not maintain the business model or rents promised, resulting in the company becoming fundamentally insolvent, reneging on their material and commercial obligations to their customers. It is also alleged that the CEO of the company embezzled substantial sums of consumer monies, without delivering the purchased products to the hosting data center of the company in Hattiesburg, Mississippi.

As a result, and unbeknownst to GAW's customers until a very late date, the company dismantled their Mississippi data center, soon after receipt of an SEC subpoena, returning no hardware purchased by their customers through a publicly stated, explicit merchant/consumer sales contract. The company dismantled their data center at the end of February, 2015. The company neither offered, nor delivered, restitution nor refunds to their customers who purchased these products from the company, although requested by the customers, en masse. The company released all of its employees, eliminating any opportunity for consumers to request refunds or process credit card purchase charge-backs, as is their right under Visa and MasterCard terms of service.

Additionally, the company CEO fled the United States for the United Arab Emirates (UAE), leaving no employees in the company to address consumer requests, until being returned to the United States, less than two months later, by the U.S. government, due to violations of financial responsibility laws in the UAE, which would have required imprisonment.

GAW Legal Credit and Consumer Protection Rights Thread - Watch me get Bleeding

Under Visa and MasterCard terms of service, customers must be in receipt of the products they purchased for charge-backs to be refuted by the "merchant." The following:

1. GAW claimed delivery of consumer purchased products to their data center in Hattiesburg Mississippi.

2. Later, it was learned that GAW sold more products than actually existed at the Hattiesburg, Mississippi data center.

3. GAW dismantled their Hattiesburg, Mississippi data center at the end of February, 2015. Their utility service was disconnected, at the company's request, on January 27th, 2015, per a pending complaint filed by Mississippi Power, rendering consumer assets inoperable.

4. GAW sold the hardware of the dismantled data center to a third-party company called Final Hash, returning no hardware to the consumers, because the company had:

   a. Fraudulently oversold the hardware products to their consumers, ultimately leading to the majority of consumers having no real hardware hosted at the data center, and;

   b. The company never possessed sufficient hardware to return to the consumers, and;

   c. The company liquidated the hardware it had for its own financial gain, although legally, the hardware belonged to the consumers, and;

   d. The only representation that the consumers possessed any hardware was through a simple graphic representation of the hardware, located on a company-owned website. The consumers were never given any physical proof that they possessed any hardware in the data center.

5. The consumers where never given refunds or financial restitution promised for the hardware they purchased (vouchers) from the company.

6. The company liquidated properties that were not legally the company's assets, selling such property to a competitor, Final Hash at a discount.

7. The company did not physically satisfy its obligations to deliver purchased hardware to consumers, failing also their consumer obligations under Visa and MasterCard merchant terms of service they agreed to uphold, to have the privilege of utilizing the Visa and MasterCard credit card networks. The company initially promised vouchers for another service/product, but never delivered on such promises, making no restitution for the consumers' purchased products.

In conclusion, under Visa and MasterCard terms of service, the merchant is obligated to prove "physical" delivery of the product to the consumer who made the purchase on a Visa or MasterCard, when the consumer has initiated a charge-back with the consumer's Visa or MasterCard issuing bank. Failure to respond to a charge-back request is not in compliance with standing Visa or MasterCard terms of service, resulting in a charge-back being warranted "by default." Failure to prove delivery, via a physical shipping and delivery form, is also not compliant with Visa or MasterCard terms of service. Multi-colored graphic representations on the company website does not constitute proof that the consumer is physically in receipt of the product or service. The company's website is no longer active on the internet. The company no longer has a physical, registered business presence anywhere in the world. The company no longer has employees. The location of the CEO is unknown to consumers, and has not been reachable to fulfill charge-back requests for over two months. The company is under criminal investigation for the sale of unregistered securities, contradicting the advertised product having a real world physical manifestation, which was discovered to be fraudulently represented by the company. The company liquidated their data center, purportedly housing consumer hardware. This hardware was purportedly sold to third parties, without the consent of the consumers who had legal claims to such hardware, under the terms of sale. The hardware went unshipped to consumers via a U.S. shipping company (U.S.P.S., FedEx, DHL, UPS, etc.). The company is incapable of proving that the products were delivered to the consumers, a requirement of both Visa and MasterCard terms of service. Without recognizable proof of delivery, the charge-back is awarded by default. The company ended the company's obligations via a public "end-of-life" statement on its main consumer website, in opposition to the explicitly stated description that the product would be operational in perpetuity; a gross misrepresentation of fact.

All of these aforementioned facts, fully support a default claim for charge-backs against the merchant, The merchant's product had been in existence for less than seven months, further supporting the claim that the company perpetrated a fraud against its customers.

**Cryptoman** 2015-06-04 03:10:39 UTC #369

No response yet from Citibank. We got an e-mail ack from them on Thursday last week saying that they were working on it. No time frame for completion of the task was given. Does anyone know how long Citibank take to process a charge-back?

11/16/2018                    GAW Legal: Credit and Consumer Protection Rights Thread - Watch These Get Fleeced!

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/18/18   Page 334 of 401

**Allen1980s** 2015-06-04 03:31:22 UTC #370

The process for most banks is up to 60 days. In Europe the merchant often must respond within 7 business days supposedly.

---

**Cryptoman** 2015-06-04 15:23:59 UTC #371

The above history on GAW is very good and relevant. Should I submit the above PDF document to Citibank as an addendum to my original? Will this action speed or slow the process?

Can anyone tell me how long he has actually waited to receive a decision on a Citibank charge-back?

---

**DogeCaptain** 2015-06-04 15:31:43 UTC #372

Most VISA card issuers are denying processing charge backs. Therefore, if you are a US citizen, file a complaint with the **CFPB**, it'll take about 20-30min of your time. Attach all documents you have to this complaint, including **Volder**'s, and **Allen**'s info packet.

The CFPB came about because of the financial crisis in 2008-2009. Banks/CC Companies DO NOT like receiving notices from the CFPB that there's been a complaint submitted against them.

---

**Bishop81** 2015-06-04 15:53:52 UTC #373

I've submitted my dispute, let's see how it goes.

I'm hoping it's a bit easier with **@Allen1980s** 's writeup.

---

**Allen1980s** 2015-06-04 16:10:13 UTC #374

It is Citibank. It will probably have no affect, since you already submitted paperwork to them.

---

**Cryptoman** 2015-06-04 18:02:15 UTC #375

I have waited a week so far for Citibank to respond. Should I file the CFPB complaint now?

If I did this I would include my original PDF synthesized from all of the comments, mostly Allen's, in this thread, plus the original Volder page (a link to it), plus Allen's more recent, thorough GAW history.

I am in a critical rush to get the charge-back, and I don't know how long a wait is reasonable. Would you file the complaint without calling the bank to check status?

---

**DogeCaptain** 2015-06-04 18:04:36 UTC #376

You would file a complaint only after Citibank denies your dispute.

---

**Cryptoman** 2015-06-04 18:13:04 UTC #377

Okay. There is a second local bank involved. They issued the debit card. About half my charges were on that card. We called them and asked how things were going after we submitted their initial form to them. They have not asked for any

Case 3:16-cv-00940-WHP Document 107-2 Filed 11/19/18 Page 335 of 401

additional data, as Citibank did. So Citibank has substantial data from me. But the local bank has very little, and I fear that they are doing nothing. I'm wondering whether I should file a complaint about the second bank too.

Are you saying that any waiting period under the stated 60 days is not cause for a complaint, even if the evidence against GAW is overwhelming, clear, and well prepared?

---

**DogeCaptain** 2015-06-04 18:19:51 UTC #378

Most disputes will state it can take up too 60 days to resolve. Usually you'll get information regarding your dispute within 2 weeks of filing it about whether they are pursing charge backs or denying your dispute. If they proceed with disputing the charges, it can take up too 45 days to resolve, as they give then merchant 30-45 days to respond. If the merchant responds, you're able to counter their response and they'll continue playing ping pong till there's enough evidence for either side to win.

---

**Cryptoman** 2015-06-04 18:42:37 UTC #379

I'm going on about 1.5 weeks for the Citibank wait. If they typically respond within 2-weeks, I should be hearing something soon. If they are pursing the charge-back and not disputing it, shouldn't the credit appear immediately in the CC account? I don't think GAW is responding to anyone.

---

**DogeCaptain** 2015-06-04 18:46:04 UTC #380

Generally you will not see credits appear until they decide to purse the charge backs. Also keep in mind that those credits are temporary until final judgement is rendered.

---

**Cryptoman** 2015-06-04 18:49:32 UTC #381

I'm thinking that the time between deciding to pursue the charge-back and the appearance of the first temporary credit is minutes to perhaps a day. How long does the final judgment take? Can the money in the CC account be used in the meantime?

Also, is there anything I can do to be more proactive with Citibank or with the local bank?

---

**DogeCaptain** 2015-06-04 19:02:35 UTC #382

I'll use myself as an example.

Submitted complaint to CFPB on a Thursday.
Bank contacts me following Monday saying they are going to review my case again.
Bank contacts me that Tuesday saying they are going to purse the charge backs.
Temporary credits show up on statement on Thursday.

I am now in a 45 day holding pattern where the bank is waiting for the Merchant to respond with any and all information they can to dispute my charge backs. At the end of that 45 day wait, if they have not heard from the merchant, I am awarded the credits permanently.

---

**Cryptoman** 2015-06-04 19:13:37 UTC #383

I thought pursuing was the opposite of disputing, which takes the extra 45 days. Are you saying that you must wait 45 days in either case?

GAW is all but gone. They won't be responding to anyone. Does anyone know whether they are officially closed or officially bankrupt? Either condition would speed up the processes for the bank.

You filed the CFPB because you were originally denied. Is everyone with Citibank being denied initially? Is anyone getting Citibank to grant the charge-back immediately without a 45-day investigation?

---

**Powerman** 2015-06-04 19:17:01 UTC #384

I'm currently a few days out from hearing a final decision on a few of my disputes with Summit CU. GAW initially responded within the first 30 days however I responded with Volder's packet and haven't heard anything since. As long as GAW doesn't respond I should be getting everything back.

As far as submitting a complaint with the Consumer Financial Protection Bureau do you have some type of template as to what should be filled in each form? I'm looking to file for my USAA MasterCard and PayPal Credit account.

---

**DogeCaptain** 2015-06-04 19:18:29 UTC #385

No. I just complained that VISA should as least try to do the charge backs since DISCOVER did them with hesitation. I'll try to find what I wrote and PM you it.

I also recommend, for any future crypto purchases anyone does online, use DISCOVER. They were by far that absolute easiest and pleasant to work with. Other than the 5MB file upload limit, it was a cake walk working with them.

---

**Cryptoman** 2015-06-04 19:22:20 UTC #386

 @Powerman , what did GAW say when they responded?

---

**Powerman** 2015-06-04 19:38:07 UTC #387

Go to post 215. I attached an image of GAW's response.

---

**ThePeddler** 2015-06-04 19:44:21 UTC #388

> Cryptoman:
>
> GAW is all but gone. They won't be responding to anyone.

This, though the card provider legally has to give them time to reply so it doesn't speed up…

I got my money back in full on day 1, but it's been over 2 months now and there is still no formal resolution which causes reluctance to spend it elsewhere 👎

---

**Cryptoman** 2015-06-04 19:46:28 UTC #389

That's encouraging. Is your card from Citibank?

---

**ThePeddler** 2015-06-04 19:54:29 UTC #390

Nope, Visa issued through PNC.
I have a strong relationship with the bank, so there was little issue getting the charges credited.

I just wish there was some definitive resolution by this point since a vast portfolio of documentation was provided detailing the fraud "with feeling and 5 part harmony and stuff" (stealing from Arlo Guthrie) 😁

-edit-
The tale of Homero's Scam Business Massacre.

…It's been a long day 🙌

---

**CryptoBob** 2015-06-04 21:07:19 UTC #391

Has anyone from UK reported GAW to Action Fraud team ?

> ### Online shopping and auction fraud
>
> When you discover any of a variety of problems you may have with something you're buying or selling in an online auction or marketplace.

---

**falconer** 2015-06-04 22:05:13 UTC #392

To all who spoke with BOA:

Just got off the phone with BOA, I spent almost an hour between the disputed charges dept. and the fraud dept. and both were not helpful at all.
They kept referring to the age of the charges and saying that they couldn't do anything about it.
I finally wore down the fraud guy after he said that he couldn't setup a dispute today, and got him to file a dispute and send a form out.
He said he can't guarantee i will like the outcome but he would submit it anyways.

I guess i did a poor job of describing what happened, but he said to send all information (SEC letter, ect.) in with the fraud form so they will investigate. I said thank you, just give me the chance to at least submit my claim and investigate it!

They are sending a new card, but i'm shredding both cards and never using them again.

I hope other have better outcomes/experiences!

---

**Allen1980s** 2015-06-05 05:03:03 UTC #393

Actually, I had unbelievable success with them, and they even took the charge-backs to much further back than 120 days. Of course, I have a $40,000 line of credit with them that is almost 10 years old, so that may have had something to do with it I suspect.

---

**HashMiner** 2015-06-05 09:46:04 UTC #394

Finaly a mail from the skrill (moneybookers) "help team" arrived:

---

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/19/18   Page 338 of 401

*Dear xxxxxxxxx,*
*Thank you for contacting the Skrill Help Team.*

*Regarding the transactions in question, we will not be able to initiate a reversal for this payment. According to Skrill Prepaid MasterCard Terms and Conditions, section 14 Disputes with retailers, if you have any disputes about purchases made using your Skrill Card, you should settle these with the person you bought the goods or services from. We are not responsible for the quality, safety, legality or any other aspect of any goods or services purchased with your Skrill Card.*

*Kind regards,*
*Gergana*
*Skrill Help Team*

Skrill is regulated by FCA. Is there anybody who have a suggestion what to do now?

---

**falconer** 2015-06-05 13:41:43 UTC #395

Yes, after reading your post i had high hopes. But like you said the more important customers get better services. I am a far cry at a $5000 limit vs. your $40k so that's a big difference there.

I will try to follow through anyway, and see what happens.

According to my account they have given me a provisional credit of the amount of the charged.

I called Chase shortly thereafter and they were more helpful but still said that the time frame is the issue for me.

I told them just give me a chance to submit the information and investigate before making the decision just based on time frame. I kept telling them that is was a complex which why so much time has passed.

---

**jakez** 2015-06-05 15:07:36 UTC #396

> falconer:
>
> I called Chase shortly thereafter and they were more helpful but still said that the time frame is the issue for me.

I do not think anyone has had any luck with Chase. 

---

**Cryptoman** 2015-06-05 15:56:31 UTC #397

Yes, I don't understand why the charge-backs–all of them–are not just granted, given GAW's obviously fraudulent behavior and all the documentation that has been prepared to show this.

---

**ThePeddler** 2015-06-05 16:58:28 UTC #398

> Cryptoman:
>
> Yes, I don't understand why the charge-backs–all of them–are not just granted,

Because the banks then have to do non-value added work (the chargeback fees to the merchant don't count for much if they are going bankrupt and will have issues collecting)

It is easier for them to deny the request and move on

**Cryptoman** 2015-06-05 17:00:44 UTC #399

I see that there is no profit for the bank, but aren't the banks required by law to grant the CB if there is fraud?

**ThePeddler** 2015-06-05 17:13:24 UTC #400

> Cryptoman:
>
> but aren't the banks required by law to grant the CB if there is fraud?

It all gets back to if they don't have to do something without value to the bank they won't voluntarily do it.

That's why others recommend putting in a complaint with the CFPB if the claim was outright denied without them starting to investigate.

**jakez** 2015-06-05 17:13:51 UTC #401

They say you are supposed to report it 45-90 days after the transaction (depending on what bank you are at). Well technically it is AFTER the the problem happens. The discontinuation of Hashlets happened in January, It is now June so it is well past those 90 days. So it is going to be really tough to get anything back.

I called chase IN January and they still told me no.

**Cryptoman** 2015-06-05 17:16:30 UTC #402

That does not cover the case where they have not denied the CB, but are proceeding at a slow pace. The pace is an urgent problem for me.

**Cryptoman** 2015-06-05 17:17:35 UTC #403

The time limits matter very little or not at all if fraud is involved.

**CryptoBob** 2015-06-09 19:27:03 UTC #404

I got my dispute resolved with Barclarycard UK . It took them 30 days to resolve. Got all my money back. I am still waiting for lloyds and amex to respond. Thanks **@Allen1980s** and **@volder** . Both of your inputs have been valuable to me.

**Powerman** 2015-06-09 19:38:36 UTC #405

Just got my dispute settled with Summit CU today! Took a total of 75 days to resolve. In the end I beat GAW thanks to **@Allen1980s** and **@volder** and got my $26,500 back!!! I still have yet to hear back from USAA on my second dispute attempt with them and will be filing with the CFPB for a PayPal charge that they declined to review.

**Bishop81** 2015-06-09 22:53:16 UTC #406

**@DogeCaptain** - How long before NFCU contacted you about your dispute? Did you submit online or call? Mine was online and I faxed all follow-up information to associate with the dispute. I don't think it's been quite a week yet, but maybe I should follow-up soon.

---

**DogeCaptain** 2015-06-09 23:23:42 UTC #407

When you submit your initial dispute to NFCU, it will take about 2 weeks for them to contact you, usually via snail mail. Also, you can call them and ask a CSR if there's been any update on your dispute.

---

**Cryptoman** 2015-06-10 02:27:04 UTC #408

I want to start bothering the banks daily, asking for status. We are talking about Citibank (CC) and a local bank (DC). Does anyone see any problem with this? I also want to give them a copy of Allen's latest doc about the GAW fraud history. I don't see how that can hurt at this point. I cannot afford to be patient and cool anymore. Both I and my friend, whose credit card I used, have super-critical financial situations developing, and we need to do whatever is necessary to accelerate the charge back.

---

**Drb0b** 2015-06-10 09:08:15 UTC #409

# Can you please drop me a line when and if amex responds? Thanks m8

Also as a general question: Any1 from germany had success in doing chargebacks?

---

**Bishop81** 2015-06-10 13:37:07 UTC #410

After I initiated my dispute, I faxed in a copy of Allen1980's doc, a copy of the SEC investigation, and a copy of Volder's doc. This was all prefaced by a summary that explained what account it was referencing, and what parts each of the documents supported in the dispute.

I'm hoping that sending it all right away prevents unnecessary time and communication.

---

**ThePeddler** 2015-06-10 14:47:16 UTC #411

> Bishop81:
>
> I'm hoping that sending it all right away prevents unnecessary time and communication.

The biggest issue is getting the card provider to accept the case in the first place.

Anyone who gets past that will (with 99% certainty) win in arbitration because there is nobody left arguing for GAW.

Unfortunately providing everything up front won't speed up the process since by law they have to give the vendor a set time to respond…

When I had resolution, the bank was amazed the vendor refused to provide any evidence they even provided a product or service in the first place. 😄

---

**Cryptoman** 2015-06-10 15:31:38 UTC #412

Sounds reasonable. We are submitting Allen's latest GAW fraud history today. Now the banks will have a personal narrative of what happened (PDF with inserted ads and e-mails, etc), plus the SEC doc, plus the Volder doc, and finally Allen's doc. That looks complete to me. I don't see how to do better.

---

**Product_Placement** 2015-06-10 16:12:12 UTC #413

I'm about to kick off my dispute with Citi today… fingers crossed!

---

**Bishop81** 2015-06-10 16:23:07 UTC #414

Right. I don't mind the required time that they have to wait for a reply from GAW, I just want to avoid days and weeks of me spending hours on the phone explaining why they should accept the case.

---

**kken** 2015-06-10 18:20:41 UTC #415

im so happy for you  **@Powerman** . thats a lot of money you might have crossed off as a total loss. this thread just proves theres ZERO point letting some scam-muggle like Garza go off with your money with no consequences

---

**kmhmining** 2015-06-11 02:54:48 UTC #416

I had success with Chase getting my initial investment credited back. It is currently still pending a 45 day response period from GAW, but I'm not expecting them to respond since nobody in monitoring their phones.

I took a very aggressive approach and hired an atty to draft up a very simple letter asking them to consider a charge back of the charges and avoid any litigation. I got a call 3 days after Chase received the letter and 2 days after that the charges were reversed.

Copy of the Language Used:

"To whom it may concern:

I have been retained to assist the above referenced card holder in his attempt to receive a full refund for two charges were to GAW Miners, LLC, dated August 14, 2014 and September 5, 2014 in the amounts of $XXXX.XX and $XXXXX.XX respectively. The nature of this correspondence is to settle this matter with out the need for litigation.

The two purchases were for Bitcoin Mining hardware that was never delivered. It is a clear case of theft. Under several consumer protection statutes we believe we would be successful on our claims should this matter proceed beyond the negation phase. Our desire is that your institution will fulfill their obligation and return the $XXXXX.XX to my client.

An investigation into the company who fraudulently represented the nature of the goods sold will result in evidence that both the SEC, FBI, and DOJ are all investigating the company along with its CEO for various alleged frauds. My client was the victim of said fraud. Attached herewith please find the order confirmation receipts. The hardware was never delivered as promised.

I am certain all parties involved would prefer to avoid a legal proceeding on this matter. Before your decision is complete, I would strongly encourage you to do your own research into GAW Miners, LLC. Doing so will validate all our claims and much more. I am confident after you have investigated the matter thoroughly, you will be inclined to refund to my

client the amount of his purchases. Please notify me at the above address with your response to our request. "

---

**Drb0b** 2015-06-11 12:12:23 UTC #417

FYI: I just called American Express Germany. They said I need to provide them all data I have, which I will do. Also, in the EU you have the right to make disputes within 12 (or 13) Months. Boo-Ya!

A friend of mine tried @MasterCard Germany/Europe. But they acted like totally 
"You need to file an international crime, and after that we're going to think about it." Screw you, MasterCard!

Glad I used my amex for that.

I'll keep you guys up to date ✌️

---

**Drb0b** 2015-06-11 12:14:17 UTC #418

Congratulations m8 😄

---

**pcminer** 2015-06-11 12:27:01 UTC #419

I contacted MasterCard Europe as well but they just wanted a lot of information, to even consider a possible charge-back procedure, they were not completely negative. They did not mention anything about filing a crime.

---

**pcminer** 2015-06-11 12:31:37 UTC #420

That is great news, congrats! Beware because they can still reverse the charge-back, some of the settlements I have been reading about here may temporary ones, I would not spend the money yet, just sayin'

---

**Drb0b** 2015-06-11 12:34:04 UTC #421

For my friend they did - that's why they're 💩 in my opinion.
I guess one of the main advantages is, that amex is not only the card company, itself, also the bank.

---

**pcminer** 2015-06-11 12:40:04 UTC #422

I guess you're right about the bank, in my situation there is a connection between my bank and MC, the bank is a representative doing the investigation, which could explain why they are more willing to help me.

---

**Powerman** 2015-06-11 12:44:32 UTC #423

As far as I know the dispute is completely over. GAW never responded in the time frame given so it automatically went in my favor. I would be very very surprised to see them reverse the chargeback, but also I will be holding on to the money for at least another month.

---

**Drb0b** 2015-06-11 13:00:19 UTC #424

He contacted the bank, and the bank told him to contact MC directly. Which shouldn't be the case normally, I think.

---

**DogeCaptain** 2015-06-11 13:05:44 UTC #425

That's what NFCU does. They do the investigation then forward it to VISA whom will make the final decision.

---

**Powerman** 2015-06-11 20:03:39 UTC #426

Well, I called up USAA today to get an update on my second dispute attempt and was told it was again denied because it exceeded the time frame to file a dispute. They didn't even look at any of the documentation I sent them. I'm taking this case to the Consumer Financial Protection Bureau… hopefully they can do something for me.

---

**Cryptoman** 2015-06-11 21:53:16 UTC #427

@kmhmining , this looks very interesting. I may try it. Your strategy is now relevant:

I recently had a telephone conference call with a Citibank rep. My friend with the CC and I were in the call. The bank rep had some questions for me about what I bought and what I received. I explained that everything they need to know is in the documents already submitted, but I explained again anyway that I bought hardware and received something else (data-center-hosted bandwidth), instead, not what I had agreed to (Vaultbreakers). The rep was satisfied with the info, and said that she would get back to us if she needed more info. She added that she did not think she would be doing that, because she thought she had everything she needed. The two issues were: getting the charges within a workable time scope; and the 45-day response period. In the first case, I pointed out that the time scope is often very flexible when fraud is involved. She went on the mention CC fraud in this context, somewhat side-tracking the conversation. I corrected her, stating what she already knew: there was no misuse of the card; there was instead lots of ongoing *consumer fraud* regarding what was supposedly purchased with it. She agreed. She said that the 45-day period of waiting for a response starts when the bank "starts a charge-back," as if that had not already, by default, been done when we filled out their "step 1" form. Apparently, they've been sitting on it and thinking/researching about what to do next. About 2.5 weeks have passed. I thought this would count toward the 45 days. We cannot handle 45 days starting from now. Too much financial damage has been done. We need a remedy sooner.

Just to be clear: you actually waited until the bank began the charge-back process and was already in the 45-day waiting period before you mail them the letter?

Also, is there a mistake above? Did the letter really say: "…should this matter proceed beyond the **negation** phase." Or did the lawyer intend to write **negotiation**? I suppose **negation** could work too.

---

**confact** 2015-06-15 10:35:41 UTC #428

Hi!

I am new, i had a status thread on hashtalk.ch about just this, I waited for 45 days for respond from my bank. They got info from braintree that got info from Gaw Miners. They are ofc talking about TOS and stuff. See under here:



**Merchant Comments**

There are no credits due. This customer agreed to the Terms of Service when purchasing from us and received all of their products. Our store terms of service is located here: https://drive.google.com/a/geniusesatwork.com/file/d/0ByOHpAIO_y1MR1AwTVdyY1ZUV0dxVnInOEl1YTMxUGjtS0FZ/view Please read the following snippets from our TOS: By using Services, you agree to these conditions. Please read them carefully. We offer a wide range of Services, and sometimes additional terms may apply. Some of the products sold through the Site can only be accessed through the ZenCloud mining platform (the â€œZenCloud Platformâ€). If you purchase products that are accessible through the ZenCloud Platform, you also will be subject to the ZenCloud Terms of Service. If these Terms are inconsistent with the ZenCloud Terms of Service, the ZenCloud Terms of Service will control. RISK OF LOSS All items purchased from GAW are made pursuant to a shipment contract. This means that the risk of loss and title for such items pass to you upon our delivery to the carrier. Return Policy There are no returns for ZenCloud-hosted products; all sales are final.

**Transaction Information**

**Merchant**
GAW Miners
**Transaction Type**
sale
**Amount**
$99.99 USD
**Transaction Created**
Aug 24 2014, 05:05 PM CDT
**Status**
settled

Just that they link to a google doc makes it so weird 

I will contact my bank again and say they are just trying to delay it.

---

**ThePeddler** 2015-06-15 13:39:35 UTC #429

> confact:
>
> I will contact my bank again and say they are just trying to delay it.

GAW was unable to even prove they provided **ANY** of the disputed products or services when pressed by my bank, so the whole TOS thing is BS 

Purely a delay tactic to reset the mandatory clock and drag things out longer…

Welcome aboard by the way 👍

---

**osseg** 2015-06-15 13:40:23 UTC #430

I got the same response how do we reply to this?

My bank wants a reply otherwise they will cancel the claim.

They still see it as a claim for (returned goods) how do i state that is refund based on fraud?

---

**Drb0b** 2015-06-15 14:43:53 UTC #431

What about providing them THIS:
**https://docs.google.com/document/d/1eHj3QCCG3JBALJZtd1dVSU5U2nqOuhqdgQ96ujlIE7w/edit**
?

---

**Drb0b** 2015-06-15 16:20:36 UTC #432

I called american express again and filed a dispute. They're starting their investigation. All amounts have been frozen and temporarily credited to my card. I've also sent them the link to the google document (Thx to **@volder**  ). They're going to talk to Paypal as well. The guy on the phone seemed pretty confident.

Also they told me that I always have 13 Month to claim a dispute.

Stay tuned for more 😁

*P.S: I expect this issue to be solved within the next 2-4w.*

---

**Bishop81** 2015-06-17 13:55:49 UTC #433

Good news is that NFCU resolved the dispute of all items under $25 in my favor. Bad news is that the rest of the transactions have to wait for a response from GAW. I'll find out those results in 45 days or so.

---

**DogeCaptain** 2015-06-17 15:14:20 UTC #434

Glad to hear NFCU is actually going forward.

---

**Powerman** 2015-06-18 15:19:55 UTC #435

Has anyone had any luck with the CFPB? I called in today because they needed some additional information on my case, and the lady I spoke to has never heard of PayPal before… makes me a little nervous.

---

**DogeCaptain** 2015-06-18 15:32:08 UTC #436

That's odd they they would need more info. The CFPB just forwards all the information you provided to the institution your are writing a complaint about.

---

**Drb0b** 2015-06-21 23:57:38 UTC #437

Update: Amex has sent me like 15 letters.
They are requesting my signature for a declaration of transfer, because GAW is no longer doing business.

So I need to sign + fill them all out. As usual, I'll keep you guys updated.

*Edit: I guess someone is shitting you guys. Amex clearly said to me in a bunch of letters: GAW is not doing business anymore!*

---

**CryptoBob** 2015-06-22 06:29:57 UTC #438

Amex UK has applied the chareback to my account . Got my money back in 2 weeks

---

**Drb0b** 2015-06-22 06:31:53 UTC #439

Were you also required to sign this declaration of transfer crap?

---

**CryptoBob** 2015-06-22 21:01:19 UTC #440

Yes, they asked me to sign , but i never signed . I got my refund just after two days they send me the declaration.

Has anyone dealt with Lloyds bank ?

**a4xcrypto** 2015-06-22 21:26:35 UTC #442

Anyone have any luck w/ Discover? They started the process no problem, but they basically waited 45 days and told me they don't handle charges greater than 90 days. Supervisor is apparently calling me back, but they said I couldn't provide adequate proof that GAW didn't fulfill services.

Those of you using **consumerfinance.gov** are you filing the complaint against GAW or your credit card company?

**confact** 2015-06-22 22:50:17 UTC #443

I answered with pictures of GAWCEO's promises and the message on top here to explain the lies and the rest of it.

I haven't got any answer or response back from them, but i will call them tomorrow for a status check.

EDIT: I called my bank, I will need to wait for end of July for report because I told them GAW was lying… I gave them more info this time though, must make it go fast IMO.

**DogeCaptain** 2015-06-22 23:36:20 UTC #444

Odd, Discover did mine without any hesitation. I also sent them a literal book of information.

**Drb0b** 2015-06-23 03:13:32 UTC #445

Ok, strange. I'll give them a call today and ask. Because: 15 Letters wtf? 😀

**confact** 2015-06-23 12:03:27 UTC #446

I know! They are pretty sneaky on that. But my bank is kinda good on this stuff. I hope they could see through the lies here. They got more info from me to show that they are talking BS. I will get a new report end of July, latest.

Hopefully sooner than that.

**Drb0b** 2015-06-24 03:10:47 UTC #447

Turns out that I have to fill out and sign every of these 15 letters. FML 😀

**Powerman** 2015-06-25 02:51:59 UTC #448

Well the CFPB did their job and USAA reopened my case and in a matter of 2 days I was credited my $6,000 back to my credit card.

**DogeCaptain** 2015-06-25 02:52:59 UTC #449

Wait, what? A government agency actually did it's job!?! Que the celebrations!!

**kkhaial** 2015-06-25 13:55:06 UTC #450

11/16/2018
Case 3:16-cv-00940-MPS Document 107-2 Filed 11/19/18 Page 347 of 401
GAW Legal, Credit and Consumer Protection Rights Thread - Watch this getDeleted! - ...

Hi all, Is there anyone in Australia here that has tried the charge back? if so what are the procedures?

---

**Allen1980s** 2015-06-25 22:12:50 UTC #451

I do not know of any. I guess you will be the first !! 😃

---

**Drb0b** 2015-06-26 14:39:10 UTC #452

Document is no longer available publicly 🙁

---

**DogeCaptain** 2015-06-26 14:48:37 UTC #453

PM me your email, I'll send it to you when I get home from work today at 530 EST

---

**Drb0b** 2015-06-26 14:51:44 UTC #454

Thanks. Not needed. I just checked it and wondered that it isn't available anymore. Might be useful for some other ppl as well, hopefully

---

**ThePeddler** 2015-06-26 18:24:22 UTC #455

I think people started using  **@volder** 's own information against him for chargebacks as a GAW reseller.

I don't blame him for removing the information, as whoever charged back against resellers (especially directly against him!) is pretty low… 👇

---

**Drb0b** 2015-06-26 19:24:32 UTC #456

I don't think so. Even if they *do*, Amex for example is giving me a full refund I just needed to sign a bunch of declarations of transfer, because a reseller where I bought + GAW stopped doing business.

*Note: I never bought from*  **@volder**

---

**jakez** 2015-06-26 19:45:37 UTC #457

Please do not chargeback resellers 😧

There is no way for us to get money back from GAW via charging back.

---

**jakez** 2015-06-26 19:45:51 UTC #458

Which reseller did you purchase from?

---

**Drb0b** 2015-06-26 20:26:44 UTC #459

The reseller forwarded my cc info to GAW. So he deserves it.
And the reseller I'm charging back has discontinued business, so he has nothing to fear - *i guess, and again, if he does - he deserves it. Why? See above*, since all the costs are covered by amex.

**ThePeddler** 2015-06-27 11:19:00 UTC #460

> Drb0b:
>
> And the reseller I'm charging back has discontinued business, so he has nothing to fear - i guess, and again, if he does - he deserves it. Why? See above, since all the costs are covered by amex.

CC company's don't cover the cost out of the kindness of their heart, they cover it by collecting from the vendors in question (and charging them a fee per chargeback on top of that).

Even if the reseller is no longer in business, they could potentially be pursued personally. With the margins GAW supposedly gave their resellers, being on the hook for the full purchase price they end up get screwed the most…

---

**astro** 2015-06-27 16:36:51 UTC #461

> Drb0b:
>
> The reseller forwarded my cc info to GAW.

Re-sellers bought their stock with a minimal discount from GAW and then sold directly to users. Why do you think they forwarded your CC to GAW?

> Drb0b:
>
> And the reseller I'm charging back has discontinued business, so he has nothing to fear

That's not usually how it works. Banks will pursue getting their money back however they can, liability for the chargebacks are on the company/person and most account agreements with payment processors stipulate that. Closing a business does not guarantee that bill collectors can't come after you.

---

**larandker** 2015-06-27 18:27:27 UTC #462

Does anyone have experience dealing with Wells Fargo?

---

**NetWhiz** 2015-06-29 00:21:18 UTC #463

What is the status of the lawsuit? I sent in my information but never heard anything. Sorry if it is covered somewhere in the previous 453 posts.

---

**bitfire** 2015-06-29 01:36:06 UTC #464

Here … **https://paycointalk.org/topic/46/gawsuit?page=1**

---

**NetWhiz** 2015-07-04 15:25:28 UTC #466

Thank you!

---

**InsaneMiner** 2015-07-04 16:20:37 UTC #467

**@Allen1980s** is this you on paycointalk?

> bitfire:
>
> Here … **https://paycointalk.org/topic/46/gawsuit?page=1**

just want to verify since the posters above only have these single posts and the account there with your name is only 7 days old.

**DogeCaptain** 2015-07-04 17:10:44 UTC #468

Allen uses the same name.

**Allen1980s** 2015-07-07 18:37:06 UTC #469

> InsaneMiner:
>
> just want to verify since the posters above only have these single posts and the account there with your name is only 7 days old.

That would be me, yes.  There are so many forums now it is getting to be difficult to keep up.

**Allen1980s** 2015-07-07 18:37:21 UTC #470

> DogeCaptain:
>
> Allen uses the same name.

"everywhere." 😃

**Drb0b** 2015-07-15 19:29:25 UTC #472

Just had a call with American Express Europe / Germany. Their representative told me, that GAW is **not** a dark horse to them. the guy will call me tomorrow. Of course I will keep you guys up to date 😊

**Allen1980s** 2015-07-16 02:52:44 UTC #473

"Dark Horse?" This sounds like one of those German references I never learned when I lived in Germany. Care to elaborate on this one? 🙂

**Drb0b** 2015-07-16 05:37:24 UTC #474

"Unbeschriebenes Blatt" ? 😊

**Allen1980s** 2015-07-16 17:02:34 UTC #475

Vielen Dank ! 

Case 3:16-cv-00940-MPS Document 107-2 Filed 11/18/18 Page 350 of 401

**Drb0b** 2015-07-16 19:25:28 UTC #476

Haha xD

---

**Drb0b** 2015-07-16 22:07:55 UTC #477

For now: ■■■■ Amex. "We can't do anything, you have to deal with our insurance. Call them at *number here*. I will call them tomorrow in the morning if they still say they can't do anything, well then they loose another customer who spend a shitload of money per year on using their cards. Simple it is.

*Stay tuned for more*

---

**Drb0b** 2015-07-17 10:31:40 UTC #478

■■■■ amex. Cancelled all my cards. Done with them.

---

**Product_Placement** 2015-07-21 12:47:42 UTC #479

Has anyone surpassed the 45 day (vendor response) wait and had their full amount credited back to their cards yet?

---

**Bishop81** 2015-07-21 15:20:58 UTC #480

I'm 30 days into the 60 that I was told it would take for arbitration.

---

**Allen1980s** 2015-07-22 06:48:24 UTC #481

I have had one credited back already, permanently.

---

**confact** 2015-07-23 11:16:15 UTC #482

Update on my case about the around 800 USD - You guys maybe remember the weird email i got from braintree and GAW miners and they just wanted to make it take longer. I send them some text some of you guys used (was it @Allen1980s text?) to explain what GAW miners was and did to Ponzi scheme us. Also mailed them some pictures and told them a bit in Swedish about what stuff I purchase in the text you guys wrote, because i just used zenminer and didn't buy any bitcoin miner.

**Today I got a email saying that they will give any penny that was included in the reclamation today. Haven't got the money yet, but it's 1 PM so let's hope for the best!**

Nordea in Scandinavia seems to be okay to pay back GAW miners charges, all Scandinavians if you are a Nordea customer and not done any reclamation due to that.

EDIT: to be more clear, the reclamation included around 14 charges between 10 to 99 USD. So it is pretty good news.

---

**CryptoBob** 2015-07-25 08:26:18 UTC #483

Quick question. I have been disputing my charges with Lloyds bank for the past three months . they want a contract to prove that my debit and credit card purchases are under same contract. I don't know what to do.

Anyone has any ideas?

I showed them the email receipts .

**Sithra** 2015-07-25 10:27:51 UTC #484

For what it's worth, I joined to say that **persistence pays** - I was successful in getting chargebacks from Mastercard & Visa (based in Australia) for not minor sums of around AUD$6000 & AUD$3800.

They both initially tried the **'too late'** defense but when I requested that the matter be escalated,provided evidence of the misleading advertising when selling Hashlets & the non-delivery of the 'mining vouchers' & mentioned that my next recourse would be opening a case with the Financial Ombudsmen, I eventually succeeded with both.

A lot of the material linked at the top of this discussion helped me build my case - particularly the 'Statement of Facts' PDF that was compiled by someone I owe my thanks to!

So … don't give up!

**Allen1980s** 2015-07-25 18:18:07 UTC #485

After sending 58 pages of documents to BoA, they still refused to credit my account for the charges.

**Drb0b** 2015-07-26 10:54:35 UTC #486

Same for amex. Now I handed it over to my defense insurance :>

**osseg** 2015-07-27 18:06:17 UTC #487

Great news i have Nordea as well and i await answer anyway now.

**ssa3512** 2015-07-27 18:09:20 UTC #488

I was able to get all my money back from my US Bank Visa card. Just got the final mailed notices that the dispute was resolved in my favor. I had to send in a full packet and wait quite some time to get any response. They refunded the charges "provisionally" about a month ago, and the refund is now finalized.

**confact** 2015-08-03 07:12:40 UTC #489

Okay nice, You better call them or they will just delay it further. I called ever second week to get status how it goes.

Hopefully it will go okay. You got exactly same answer from braintree at me and I got all money back so the same thing should happen for you. If they still say no you could refer to me if you want.

**osseg** 2015-08-07 15:09:26 UTC #490

I got my refund yesterday Nordea and Visa can still have my business. Feels ■■■■■■■ great to "steal" some money back from Mr. garza.

**Bishop81** 2015-08-07 22:34:05 UTC #491

Got my letter from NFCU today. Good news! 

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/19/18   Page 352 of 401

The credit is permanent, the dispute was in my favor. 

---

**DogeCaptain** 2015-08-08 18:32:00 UTC #492

Glad it worked out man!!

---

**vancefox** 2015-08-08 18:45:42 UTC #493

Since it's been three statements since the dispute was filed I can now say that they have no choice but maintain the provisional credit. I have not received any disposition as of yet but legally they can't recharge the account.

Probably fell through the cracks since I was small time compared to some/most of you…

---

**Bishop81** 2015-08-08 18:54:47 UTC #494

@Allen1980s - How do I go about changing my amounts? Do I have to fill out the form again, or just wait until you set up the new site?

---

**Allen1980s** 2015-08-09 00:03:16 UTC #495

@Bishop81 No just send me a PM. 

---

**Ijaz** 2015-08-13 16:52:21 UTC #496

> CryptoBob:
>
> I got my dispute resolved with Barclaycard UK . It took them 30 days to resolve. Got all my money back. I am still waiting for lloyds and amex to respond. Thanks @Allen1980s and @volder . Both of your inputs have been valuable to me.

I am new to this forum Barclaycard UK just refused my claim any help would be appreciated. Lost all my saving plus about 10K in debt now. at least if i get some of my money back from credit card companies that will be a real help. thanks to all for a wonderful community.

---

**CryptoBob** 2015-08-14 13:33:32 UTC #497

Ijaz If you had bought this thru credit card you should get this as a refund thru section 75 claims procedure.
The banks are legally bound to do this for any purchases for upto an year

---

**Ijaz** 2015-08-14 19:41:20 UTC #498

Thanks @CryptoBob i used two credit cards Barclay and Santander. i started dispute on both of them under section 75 about 6 weeks ago Barclay is refusing my claim but i got call from Santander today and they agreed to refund my money at least some relief. i think normal chargeback in the uk is 120 days but section 75 covers any transaction between £100 to £30000 upto 6 years thats what it says on the Santander website.

---

**Allen1980s** 2015-08-14 23:43:25 UTC #499

> Ijaz:
>
> I am new to this forum Barclaycard UK just refused my claim any help would be appreciated. Lost all my saving plus about 10K in debt now. at least if i get some of my money back from credit card companies that will be a real help. thanks to all for a wonderful community.

Hi Ijaz.

If you receive any charge-backs from the banks, make sure you let me know as well, as I have to subtract that from your claim. I also sent you an email. 😄
Allen

---

**Ijaz** 2015-08-15 23:01:30 UTC #500

Thanks  **@Allen1980s**  just replied to your email.

---

**CryptoBob** 2015-08-17 17:12:21 UTC #501

I am trying to claim a charge back done on my debit card, if i can prove that the purchases done on my credit card and debit card are under the same contract. The bank is asking for copy of a contract and i cant provide that. Anyone has had any similar issue? This is for Lloyds Bank in UK

---

**Allen1980s** 2015-08-22 18:07:07 UTC #502

Well, I am shocked. I received a letter from Bank of America changing their minds on crediting my account for some of the GAW charge-backs I filed for. That was nice, since they sent me an original statement that they were not going to credit it back, and that the vendor (GAW) had the right to payment for their products/services. I thought that was infuriating to read when it arrived about a month ago. I guess they may have been touched by the feds on the GAW issues. LOL

---

**Allen1980s** 2015-08-22 18:32:52 UTC #503

> CryptoBob:
>
> I am trying to claim a charge back done on my debit card, if i can prove that the purchases done on my credit card and debit card are under the same contract. The bank is asking for copy of a contract and i cant provide that. Anyone has had any similar issue? This is for Lloyds Bank in UK

There was no "contract" in a written form, only the advertisements and sales descriptions made on the **GAWminers.com** website.

**https://archive.is/gawminers.com**

Other snapshots of other GAW announcements and promises can be found here:

**https://archive.is/hashtalk.org**

Also,  **@suchmoon**  did a nice summary of events, with links, here: **https://bitcointalk.org/index.php?topic=857670.0**

Hope this helps.

**Product_Placement** 2015-08-30 14:38:42 UTC #504

Ahh… I can breathe now.

The dispute was in my favour and the credit is permanent.

---

**tigger** 2015-09-17 21:42:48 UTC #505

Hey guys im trying to do a chargeback with wellsfargo. did anyone else do a chargeback with wellsfargo? they want some info about the company and the website but i cant find cached images of the site. Thnx

---

**Allen1980s** 2015-09-18 05:00:11 UTC #506

You mean of **GAWminers.com**?

Start here: **https://archive.is/gawminers.com**

---

**tigger** 2015-09-18 11:51:14 UTC #507

Ya I just started it for gaw. It's probably been too long but they seemed to take it seriously and knew what was going on. They wanted info on what I bought and why I was doing the chargeback. I sent in what I could find so hopefully it's enough.

---

**Home**      **Categories**      **FAQ/Guidelines**      **Terms of Service**      **Privacy Policy**

Powered by **Discourse**, best viewed with JavaScript enabled

Exhibit B-35

USAA Federal Savings Bank
10750 McDermott Freeway
San Antonio, TX 78288-0544

MICHAEL DAVID PFEIFFER
120 CONWAY AVE
NARBERTH PA 19072-2202

E206
10297

June 2, 2015

Reference: Credit Card Dispute Resolved; Credit Posted to Account

Dear Michael David Pfeiffer,

We've completed our investigation of the following credit card transaction dispute:

**Card # ending in:** 6771
**Merchant:** Gaw Miners
**Transaction amount:** $24.99
**Transaction date:** August 28, 2014

Based on our research, we've concluded that you're entitled to a permanent credit of $24.99, which will appear on your next billing statement. You can also view the credit on usaa.com, mobile.usaa.com or your USAA Mobile App within two business days.

Thank you for trusting us with your financial needs. No further action on your part is needed. If you have questions, please call us at 210-531-USAA (8722), our mobile shortcut #8722 or 800-531-8722.

Thank you,
USAA Federal Savings Bank

Credit Cards are issued by USAA Savings Bank and are serviced by USAA Federal Savings Bank.

 

FDIC
INSURED

105989-0714

COLR150C 5550 5000 CC 1    07 150601 PAGE 00001 OF 00001 5023    10297

Exhibit B-36


Case 3:16-cv-00940-MPS Document 107-2 Filed 11/19/18 Page 358 of 401



Marketcap   Prices ˅   ICO Calendar   Events   Network   Bitcoin ˅   Ethereum   Altcoins   Learn ˅

Advertise ˅   Contact

**BTC/USD**

| 21:57 | Low | High | Marketcap |
|---|---|---|---|
| $6,374.56 | $6,349.03 | $6,470.49 | $110.71B |

**BITCOIN ANNOUNCEMENTS** NOVEMBER 04, 2014 05:16 CET

# HashCoin and HashBase Will Bring Bitcoin Mainstream: Interview with GAWMiners' Josh Garza



ment

**ICO CALENDAR**


MetaCert Protocol
ETHEREUM ✓ 6


Honeybox
STELLAR ✓ 2


Platio
ETHEREUM ✓ 4


NODVIX
ETHEREUM ✓ 2 

View all ICOs

**Advertisement**

**The CCN Podcast**

  



HashCoin and HashBase Will Bring Bitcoin Mainstream, Interview w/ Josh Garza On Mainstream Move

**GAWMiners explosive growth over the past nine months has taken the mining industry down an interesting road. The next step in that road is the ICO (Initial Coin Offering) that is part of HashBase and Project Prime. HashBase has been teased to the Bitcoin and Cryptocurrency space for a month now with details emerging in bits and pieces as it all comes closer to launch.**

**HashBase, HashCoin and Project Prime are being guided into fruition by Josh Garza. Josh's vision for Bitcoin and Cyptocurrencies is a full ecosystem approach. He is working to bring both Bitcoin and mining to the mainstream and t0 make it easier for anyone to get involved and use Bitcoin. HashBase and the new HashCoin launch is the next big step in bringing everything to the mainstream. CCN has reported on GAWMiners from the beginning. We have covered it all from Josh buying BTC.com for a record $1 million to the launch of the Hashlet mining ecosystem. Through it all, Josh and GAW have called their shots and followed through on them.**

*Also Read: How GAWMiners' CEO Josh Garza Got Into Bitcoin and Scrypt Mining*

# HashBase Interview

CCN recently spoke at to Josh about what is happening now, the ICO and where he sees it all going.

**When you and I first spoke to each other back in March and April, you had outlined what is becoming HashBase and HashCoin. You had this vision the whole time. Could you tell CCN how the process has been getting banks and mainstream companies to realize Bitcoin and GAWMiners is mainstream as well?**



(edited)

## BITCOIN EVENTS CALENDAR

### Crypto-Rockstars Blockchain Confere

| COLOGNE, GERMANY | 26.11.2 |

### The Blockchain Academy Europe

| LUXEMBOURG | 26.11.2 |

### Digital Asset Investment Forum

| WASHINGTON, D.C. | 05.12.2 |

View all Events

**Trending**



### Tax Nightmare: Student Invested $5k in Ethereum & Now Owes $400k in Taxes



### 'Santa Claus Rally': Why Bitcoin is Primed

Case 3:16-cv-00940-MPS Document 107-2 Filed 11/19/18 Page 360 of 401



Josh Garza CEO of GAWMiners and Scott Fargo Head of Mining News CCN

*It is all about the big picture. Right now, we gain 1500 to 2500 new customers per day. When started it was a couple hundred per day after the initial rush. It is about bringing new people into the space. The more we can get people into it the more it will grow. Bitcoin and Cryptocurrencies need more people involved and using it to grow. When Hashlets went up, more people came into mining and Bitcoin. We need to keep people interested in it and get it used more.*

*HashBase and Hashcoin is about the miners and getting more people involved and educated while lower volatility. I knew that I needed to bring more people into it. I feel bad for miners they are the backbone of the industry. The always get the short end of the stick and yet they are the key part of the industry. I feel like I am a steward of all the miners and try to keep them out of harm's way. We stand in front of the problems and help the miners.*



Make $2,400 in your first
guaranteed. Earn more advertisement
own schedule.

Ad   Lyft

Learn more

for a Christmas
Surprise



**War: Bitcoin
Cash Startup
Launches
Mining Pool to
Attack Altcoins
& BCH Forks**



**Roger Ver:
'Maybe I've
Been Fooled' by
Craig Wright**



**Ethereum dApp
Augur Records
$2 Million in
Bets in US
Midterms**

*GAW changed everything. No matter what happens from here on out things will be different. Things are better, and the ecosystem belongs to miners, and they can have control of their destiny again. We stand between them and the manufacturers to get better pricing and faster access to the hash power they need to keep up with the difficulty changes. HashBase is the next step in mining. It is for miners. The industry needs to support them as they support it.*

*As for the banks and the mainstream companies our scale, We grew that by helping miners and being part of their ecosystem. This work has allowed us to negotiate these deals that will benefit them all and bring new people into Bitcoin allowing it to be used more and grow again. The banks and companies have seen what we have done and were on board. They know they have to be with us or left behind.*

**Could you tell CCN how negotiations have been with the big retailers you mention and how you connected it all for your customers and theirs?**

*The great thing is we have the scale and lots of customers and mining power so we move 800 to 1500 bitcoins per day. That is larger than most all of the exchanges do, and we are not even an exchange. So negotiations are going well, and they have been easy. The companies see our scale and have confidence in what we have done, and we are doing.*

**Could you expand on Hashcoin as it is a new coin to the market?**



Hashcoin White Paper

**Note: Hashcoin is the code name, the release name is one that GAWMiners has purchased and will reveal soon.**



*Despite with people think, Bitcoin main issue is not education, it's volatility. It is unstable, so no merchant will hold onto their bitcoin. Most get their payment and have it immediately changed to cash. We do not do that, but most companies have to. Bitcoins volatility is some that changes 12% in two days. Most merchants have tiny margins they have to cash out immediately.*

*We are releasing the White Paper on Hashcoin. HashCoin is a new code. It is going to have faster confirmations, we did a lot to compress the blockchain. Its not practical to wait an hour to buy a coup of coffee. With HashCoin you can get confirmations instantly.*

*HashCoin is all about adoption of Bitcoin and Hashcoin. Our coin is mined and decentralized. As the coins are generated, it pays out dividend to escrow accounts for marketing and adoption to get people involved. People trust the GAW brand and the ICO will be huge, and we have already locked in at $15+ million in funding. This large locked in backing will allow a huge market cap at inception. We are already working with exchanges and merchants before launch even. What other coin has done that? None.*

*1 Adoption Fund. The adoption fund will be used to create resources to expanse the coin. We will use it for launching massive marketing PR and marketing campaigns. We will also work with merchants to help train them on accepting digital currency. Finally, we will finance business development teams and create tools and resources to help grow adoption.*

*2 Fiat Reserve. The Fiat reserve will create a liquid fiat reserve to allow the coin to move between fiat and coins seamlessly. HashBase will allow this similar to Coinbase only better and easier. When someone wants to do business with Bitcoin or Hashcoin with a merchant, it sets it up and facilitates it seamlessly. It is the key part as it sets up a floor for the coins value. We are always going to pay X amount for the coin the helps stop pump and dumps for less volatility and more liquidity. This feature will make it easier for a merchant to take Bitcoin & Hashcoin and know they can pay their bills with it if they hold onto it. We are close to announcing deals with a few major payment processors.*

*3 Miner Rewards. This fund is for all things miners. It will fund R&D to build new chips that will allow us to build new data centers for new Hashlets for a fraction of the market price so miners can make more money. Miners get the upside and the benefit of their work getting more value.*

*Miners need to have a say in the industry we are going to give it to them. For me, I want to prove all the doubters wrong mining is not dead. I will make them eat their words. We are going to stand up to them. Someone has to be willing to give up money to make miners successful. We are willing to do that. Payouts are lower right now, and we are working hard to get this done to help the miners control their destiny and make money again, you have to own it end to end. We do.*

This view Josh has always had, and it has intensified as the market has gotten more and more compressed, and miners are unable to make money to support themselves. When he heard BTC Guild was possibly closing Josh immediately contacted the owner to see about purchasing it and keeping it open. With added benefits for miners who use BTC Guild in mind if he can purchase the popular mining pool. CCN will keep you up to date on the progress of BTC Guild's sale to whoever it will be.

**How much are Hashpoints going to be worth in the ICO?**

*HashCoin will go public for just over $20 a coin. Our customer ICO HashPoint round will be at less than $4 a coin.*

*Legal note: Remember, this is NOT the FIAT round. This round, at these prices, will be limited to purchases with HashPoints reward points only. Our banking partners will NOT allow more coins to be purchased than with the available pool of HashPoints.*



Trade any coin across cryptocurrency exchar accounts with a single

Ad　Quadency

Sign Up

We hope our miners will see major increase on their investment immediately. What other coin has that possibility, None!! We are taking care of those who got us to where we are. Prime Hashlets are the base and will be the only ones to mine Hashcoins. We will make mining profitable again and bring Bitcoin and Hashcoins to the mass market.

GAWMiners recently completed a deal with Bitmain for over 5 ph/s of mining power to augment their existing data centers as growth never stops in the mining industry. CCN was able to verify the purchase of the

AntMiners as well: Bitmain also made an official statement on it.

One of the big questions on everyone's mind was the fact that ZenPool has been dropping lately.



GAWMiners Hashlet Solos

**With ZenPool payouts dropping by 40%, you have stated the plan was to get them back up after your contract situations worked out. Will you be able to get it back to the levels it was at previously?**

*Mining rewards are down all over. The first thing people need to realize it does not only affect our pool, because all the other pools suck we get drawn into the same negativity. We needed big companies to buy our hashing power. They come to us and buy 5 ph/s of power and pay more money for it. It is very expensive to setup a data center, so we get a large amount of business for our mining power. We are renegotiating it to get it going and make it more profitable for everyone. ZenPool has not been left out, and things are coming back. We are fighting to get it where it will be higher. As HashBase and Hashcoin come out it will raise everything. Bear with us as current levels are temporary. We have a plan to get it back to normal and beyond.*

Growth has been so massive that Josh also publicly stated:

*ZenCloud Now Sends More Requests to Authy (a 2 factor authentication service) than Coinbase and CEX!*

*And, it's all because of you guys.*

*Earlier this week, Authy called us and said our users were stressing their network. Authy is an amazing company. Turns out ZenCloud users are pinging Authy for more 2FA requests than any other company in the space. Even more than CoinBase and CEX.io received communication from Authy.*

[divider]CCN[/divider]



Hashcoin Roadmap

**Josh for months now you and your team have been working extremely hard. Even though there is a ton of work to go how does it feel to see it all come together?**

> *It still feels like as soon as we are able to catch our breath the next thing is happening, and it will be like this for a while. Everyone is working overtime to get it all done. You know you are busy when your financial people are staying late as well.*

> *We are bringing everyone together at the same time. If you treat your customers well, the money will follow it is about the long game all these other companies are thinking short term. We are willing to not make money if it helps out customers. If things don't work out I am making sure, it is not because we did not do the right thing. The launch is all about the little guy makes money. We are in it for the long haul, and we are having fun and bringing all people we love helping the community.*

Hashbase is a big step in the move towards mainstream adoption of Bitcoin and Cryptocurrencies.  CCN will bring you the details of it in the coming days.  Stayed tuned more to come.



Case 3:16-cv-00940-MPS Document 107-2 Filed 11/19/18 Page 366 of 401

Built for Miners, by Miners

*Tell CCN your Thoughts On Hashbase, Hashcoin and mining in general.*

*Images from Shutterstock.*

**Follow us on Telegram or subscribe to our newsletter here.**

**Advertisement**

## Around the Web

Ads by Revcontent

**Boston, Massachusetts: This Unbelievable**

EverQuote

**Can You Name This Prominent Evangelical**

ArcaMax Polls

**New Vision Discovery That is Leaving**

Newhealthierlifestyle

**POSTED IN:** BITCOIN ANNOUNCEMENTS, BITCOIN BUSINESS, BITCOIN INTERVIEWS, BITCOIN MINING, EXCLUSIVE, LITECOIN NEWS, NEWS

**TAGS:** BITCOIN MAINSTREAM, GAWMINERS, HASHBASE, HASHCOIN

**AUTHOR**

Scott Fargo

**SHARE POST**

I am a disabled former Systems Admin, computer tech, business manager enjoying crytpo currencies. I am deeply involved in the mining ecosystem and physical coins, It fascinates me how it has brought people from all over the world together into a tight knit supportive community with commerce and tech.



0 Comments    CCN                                                    1  Login

♡ Recommend        🐦 Tweet    f Share                          Sort by Best

Start the discussion…

LOG IN WITH            OR SIGN UP WITH DISQUS  ?

                       Name

Be the first to comment.

ALSO ON CCN

**Roger Ver: 'Maybe I've Been Fooled' by Craig Wright**
16 comments • a day ago
    RJF — Wright is a psychopath. He is NOT Satoshi, he is NOT a "genius" most all of his

**Bitcoin Cash Community is Working to Kick CSW Out:**
2 comments • 7 hours ago
    RJF — Good move! The man is an ass. At one of his recent appearances, almost the entire

**Fake News: SWIFT Dismisses Rumors that It's Joining Ripple's**
4 comments • a day ago
    ___ X — What makes you think XRP is a scam and Bitcoin or Ethereum isn't? Bitcoin was

**Ethereum: Decentralized Crypto Exchange Volumes Plunge after**
4 comments • 5 hours ago
    John John — Didn't stop me bahahaha........

✉ Subscribe   Ⓓ Add Disqus to your siteAdd DisqusAdd

BITCOIN ANNOUNCEMENTS NOVEMBER 04, 2014 03:03 CET

# UK Treasury Seeking Regulation Advice From Bitcoin Community



  



**Following in the footsteps of regulation practices like BitLicense out of New York, the UK Treasury is seeking advice from members of the Bitcoin community to help further their understanding on regulation. According to The Guardian, the Treasury is asking for information from law enforcement agencies, financial regulators along with the general public and "FinTech" firms.**

*Also Read: NYDFS's Ben Lawsky Reveals Plans for Transitional BitLicense at #Money2020*

When asked for the purpose of these discussions, The Guardian reported that a Treasury spokesman said the following:

"We're considering the potential benefits of digital currencies to customers and the technology that underpins them, and whether we should take action to support innovation in this area. We're also looking at the potential risks, and assessing whether action is required to address any concerns."



In August, the Treasury launched a review supposedly planning to open their arms in the UK to digital currency, according to chancellor George Osborne. The study, yet to be completed, assesses the benefits and threats of Bitcoin to the UK's economic structure:

"It's only by harnessing innovations in finance, alongside our existing world class knowledge and skills in financial services, that we'll ensure Britain's financial sector continues to meet the diverse needs of businesses and consumers, here and around the globe, and create the jobs and growth we all want to see in the future," Osbourne said at Innovate Finance upon the announcement that the Treasury has eyes on the digital currency sector.

# Put In A Vote For Andreas Antonopoulos



If there's anyone that's shown they can explain Bitcoin and digital currency as a whole on a lengthy scale that's understandable and almost poetic, it's Andreas Antonopoulos. He's the Bitcoin evangelist and entrepreneur that sat before the Canadian Senate in early October. He fielded questions with ease, asking that bitcoin is not put in the same constraints of currently existing financial infrastructure.

After talking with skeptical senators, Andreas asked that bitcoin and digital currency technology be allowed to continue to evolve and expand for five more years. The idea was met with a positive tone by the Senate, but, of course, was not finalized during their meeting.

Andreas may be an evangelist, but he proves time and time again that his credibility outweighs his bias for the technology. He consistently finds ways to explain the technology in a sophisticated manner that's entertaining to hear, without droning on in a monotone fashion.

> "The ability to innovate without permission at the edge of the bitcoin network is the same fundamental force that has driven internet innovation for 20 years at a frenetic pace, creating enormous value for consumers, economic growth, opportunities and jobs."

# How Long Should Governments Wait Before Trying to Regulate Digital Currency?

Although most bitcoin users say Bitcoin needs to remain unregulated, the mere concept is nearly impossible. World governments have interests to protect, and a decentralized, unregulated global currency is something the world is experiencing for the first time.

The issue with regulations like BitLicense is that they're viewing this decentralized currency on the same level as their centralized currencies'. The technology is completely revolutionary, requiring brand new laws if any; not the laws currently locking national currency infrastructures. This concept is only five years old, yet it's evolving at an unprecedented pace. For it to become successful, governments should redefine their ideas of regulation completely and give it room to breathe.

The notion that it will remain completely unregulated by law is a concept that's completely naive and unprecedented in today's world. Bitcoin will continue to be banned by large countries not looking to embrace it, and it will stay under the microscope of legal entities for years to come. The hope is that these lawmakers will educate themselves the way the UK Treasury and Canadian Senate is doing; not the way the NYDFS is handling BitLicense.

What do you think is coming out of the UK? Comment below!

*Images from Shutterstock.*

**POSTED IN:** BITCOIN ANNOUNCEMENTS, BITCOIN POLITICS, NEWS, WORLD POLITICS
**TAGS:** ANDREAS ANTONOPOULOS, BITLICENSE, CANADIAN SENATE, GEORGE OSBORNE, NYDFS

**AUTHOR**
Clay Michael Gillespie

**SHARE POST**

Clay Gillespie a writer and reporter for many different platforms across the tech industry. He holds a B.S. in Public Relations from Ball State University, and freelances for different clients in technology and cryptocurrency. For more information, visit his personal website, claygillespie.com.

Exhibit B-37



**Earn Daily profit  from**

✕

**Market Cap: $181,321,520,917(/charts/)** ▼


**We convert crypto into cash**
Great service. Best rates. Your liquidity partner.

 # PayCoin (XPY)

## $0.010780 USD (-23.69%)

0.00000196 BTC (-22.72%)

[ ⤴ Share ]   [ ★ Watch ]

Buy ❯    Get Wallet ❯    Get Loan ❯

Ⓜ **SPONSORED (https://goo.gl/forms/qCrWt4mRJvzgjrZL2)**

| Market Cap | Volume (24h) |
|---|---|
| $129,064 USD | $2 USD |
| 23 BTC | 0.00 BTC |

**Circulating Supply**

11,972,371 XPY

 [ Rank 1443 ]

🔗 Website(http://www.paycoin.com)

🔍 Explorer(https://ledger.paycoin.com/)

☰ Message Board(http://www.talkxpy.com/)

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

 ⌃✕



Coin    Mineable

📊 Charts(/currencies/paycoin2/#charts)    ⇄ Markets(/currencies/paycoin2/#markets)

🌐 Social(/currencies/paycoin2/#social)    🔧 Tools(/currencies/paycoin2/#tools)

📅 **Historical Data(/currencies/paycoin2/historical-data/)**

# Historical data for PayCoin

Currency in USD                                              📅 May 12, 2013 - Dec 31, 2015 ▾

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Dec 31, 2015 | 0.050236 | 0.053277 | 0.036735 | 0.041867 | 3,974 | 690,378 |
| Dec 30, 2015 | 0.043726 | 0.062292 | 0.043726 | 0.053294 | 3,033 | 878,434 |
| Dec 29, 2015 | 0.035529 | 0.050661 | 0.035529 | 0.043662 | 775 | 719,222 |
| Dec 28, 2015 | 0.042501 | 0.052895 | 0.034745 | 0.035535 | 310 | 585,248 |
| Dec 27, 2015 | 0.033498 | 0.050256 | 0.033498 | 0.042441 | 5,108 | 698,854 |
| Dec 26, 2015 | 0.027415 | 0.062360 | 0.027064 | 0.033557 | 3,053 | 552,444 |
| Dec 25, 2015 | 0.036261 | 0.036462 | 0.027856 | 0.028126 | 876 | 462,928 |
| Dec 24, 2015 | 0.037927 | 0.039672 | 0.033840 | 0.036270 | 1,298 | 596,843 |
| Dec 23, 2015 | 0.035271 | 0.038604 | 0.030145 | 0.037814 | 2,646 | 622,090 |
| Dec 22, 2015 | 0.055199 | 0.055199 | 0.034870 | 0.035328 | 2,543 | 581,048 |
| Dec 21, 2015 | 0.030844 | 0.071682 | 0.030681 | 0.055191 | 5,422 | 907,532 |
| Dec 20, 2015 | 0.036522 | 0.036546 | 0.028668 | 0.030822 | 1,327 | 506,695 |
| Dec 19, 2015 | 0.039645 | 0.040215 | 0.035526 | 0.036301 | 2,455 | 596,631 |
| Dec 18, 2015 | 0.034830 | 0.041219 | 0.034726 | 0.039649 | 3,735 | 651,487 |
| Dec 17, 2015 | 0.030364 | 0.039246 | 0.027212 | 0.034730 | 3,081 | 570,514 |
| Dec 16, 2015 | 0.035681 | 0.037057 | 0.029499 | 0.030354 | 2,144 | 498,368 |
| Dec 15, 2015 | 0.033978 | 0.041870 | 0.025482 | 0.035588 | 2,961 | 584,161 |
| Dec 14, 2015 | 0.028881 | 0.034165 | 0.028732 | 0.033992 | 1,196 | 557,867 |
| Dec 13, 2015 | 0.034227 | 0.034987 | 0.025565 | 0.030195 | 2,613 | 495,439 |
| Dec 12, 2015 | 0.034604 | 0.034890 | 0.032780 | 0.034580 | 837 | 571,307 |
| Dec 11, 2015 | 0.034937 | 0.038167 | 0.033903 | 0.034567 | 784 | 566,912 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Dec 10, 2015 | 0.035952 | 0.037090 | 0.033667 | 0.034949 | 1,812 | 573,020 |
| Dec 09, 2015 | 0.037795 | 0.039151 | 0.034751 | 0.035926 | 1,390 | 588,860 |
| Dec 08, 2015 | 0.034962 | 0.038750 | 0.033995 | 0.037572 | 1,701 | 615,688 |
| Dec 07, 2015 | 0.032218 | 0.045019 | 0.031238 | 0.034975 | 1,587 | 572,985 |
| Dec 06, 2015 | 0.028861 | 0.033782 | 0.028519 | 0.032455 | 1,393 | 531,560 |
| Dec 05, 2015 | 0.026516 | 0.031418 | 0.026516 | 0.028699 | 793 | 469,899 |
| Dec 04, 2015 | 0.026325 | 0.027863 | 0.025814 | 0.026528 | 676 | 434,241 |
| Dec 03, 2015 | 0.026198 | 0.027769 | 0.025388 | 0.026267 | 965 | 429,844 |
| Dec 02, 2015 | 0.024587 | 0.026935 | 0.023745 | 0.026176 | 1,205 | 428,232 |
| Dec 01, 2015 | 0.025905 | 0.027461 | 0.024006 | 0.024593 | 808 | 402,171 |
| Nov 30, 2015 | 0.027505 | 0.028207 | 0.025994 | 0.026028 | 432 | 425,506 |
| Nov 29, 2015 | 0.025635 | 0.027594 | 0.025635 | 0.027418 | 514 | 448,096 |
| Nov 28, 2015 | 0.026360 | 0.027065 | 0.025514 | 0.025602 | 451 | 418,260 |
| Nov 27, 2015 | 0.026541 | 0.027380 | 0.025535 | 0.026368 | 376 | 430,614 |
| Nov 26, 2015 | 0.024942 | 0.027049 | 0.023888 | 0.026541 | 353 | 433,243 |
| Nov 25, 2015 | 0.026061 | 0.026097 | 0.022845 | 0.024949 | 899 | 407,046 |
| Nov 24, 2015 | 0.025615 | 0.026906 | 0.024506 | 0.026061 | 798 | 424,951 |
| Nov 23, 2015 | 0.025039 | 0.026503 | 0.024574 | 0.025612 | 582 | 416,123 |
| Nov 22, 2015 | 0.026573 | 0.026735 | 0.024939 | 0.025015 | 292 | 406,420 |
| Nov 21, 2015 | 0.026607 | 0.027596 | 0.025832 | 0.026551 | 644 | 431,377 |
| Nov 20, 2015 | 0.026484 | 0.028140 | 0.024551 | 0.026618 | 223 | 432,477 |
| Nov 19, 2015 | 0.031848 | 0.033930 | 0.025272 | 0.026476 | 333 | 430,167 |
| Nov 18, 2015 | 0.025845 | 0.032189 | 0.025845 | 0.031824 | 175 | 517,046 |
| Nov 17, 2015 | 0.031370 | 0.031370 | 0.024712 | 0.025879 | 2,330 | 420,455 |
| Nov 16, 2015 | 0.028513 | 0.031869 | 0.028474 | 0.031368 | 986 | 509,611 |
| Nov 15, 2015 | 0.029426 | 0.030171 | 0.027929 | 0.028510 | 1,135 | 463,167 |
| Nov 14, 2015 | 0.027860 | 0.029038 | 0.026458 | 0.028669 | 1,634 | 465,715 |
| Nov 13, 2015 | 0.028095 | 0.028902 | 0.027207 | 0.027860 | 1,736 | 452,489 |
| Nov 12, 2015 | 0.023492 | 0.028153 | 0.023188 | 0.028153 | 1,597 | 456,865 |
| Nov 11, 2015 | 0.024877 | 0.026672 | 0.022953 | 0.023529 | 1,768 | 381,792 |
| Nov 10, 2015 | 0.026137 | 0.026212 | 0.023073 | 0.025319 | 940 | 410,676 |
| Nov 09, 2015 | 0.028693 | 0.030511 | 0.025985 | 0.028600 | 2,799 | 463,854 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/19/18   Page 376 of 401

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 08, 2015 | 0.029788 | 0.031588 | 0.027728 | 0.028612 | 1,072 | 463,962 |
| Nov 07, 2015 | 0.030127 | 0.031842 | 0.029249 | 0.029953 | 978 | 485,522 |
| Nov 06, 2015 | 0.027340 | 0.030614 | 0.024113 | 0.029408 | 1,415 | 476,635 |
| Nov 05, 2015 | 0.026432 | 0.029227 | 0.024446 | 0.026965 | 1,278 | 436,984 |
| Nov 04, 2015 | 0.028526 | 0.033838 | 0.024062 | 0.026763 | 1,667 | 433,638 |
| Nov 03, 2015 | 0.030972 | 0.033008 | 0.027985 | 0.028365 | 1,535 | 459,506 |
| Nov 02, 2015 | 0.030891 | 0.033043 | 0.027916 | 0.030924 | 3,817 | 500,848 |
| Nov 01, 2015 | 0.031758 | 0.032285 | 0.029789 | 0.030919 | 1,101 | 500,603 |
| Oct 31, 2015 | 0.030487 | 0.031917 | 0.029093 | 0.031661 | 1,443 | 512,576 |
| Oct 30, 2015 | 0.030855 | 0.032854 | 0.028825 | 0.030487 | 1,735 | 493,544 |
| Oct 29, 2015 | 0.032044 | 0.032056 | 0.026017 | 0.030851 | 3,684 | 499,367 |
| Oct 28, 2015 | 0.031843 | 0.033710 | 0.030264 | 0.032068 | 2,700 | 519,001 |
| Oct 27, 2015 | 0.030182 | 0.032848 | 0.027946 | 0.032461 | 2,168 | 525,284 |
| Oct 26, 2015 | 0.038111 | 0.038154 | 0.027364 | 0.029733 | 3,215 | 481,067 |
| Oct 25, 2015 | 0.040142 | 0.044810 | 0.037896 | 0.038035 | 1,595 | 615,268 |
| Oct 24, 2015 | 0.042205 | 0.044175 | 0.036417 | 0.040150 | 3,500 | 649,176 |
| Oct 23, 2015 | 0.037643 | 0.045515 | 0.036183 | 0.042208 | 3,742 | 682,432 |
| Oct 22, 2015 | 0.027325 | 0.046795 | 0.027325 | 0.037623 | 12,193 | 608,046 |
| Oct 21, 2015 | 0.027812 | 0.028164 | 0.024244 | 0.027330 | 2,665 | 441,670 |
| Oct 20, 2015 | 0.020472 | 0.028843 | 0.020208 | 0.027811 | 4,110 | 449,410 |
| Oct 19, 2015 | 0.016595 | 0.023113 | 0.016357 | 0.020474 | 2,972 | 330,596 |
| Oct 18, 2015 | 0.016390 | 0.017627 | 0.016322 | 0.016598 | 841 | 267,988 |
| Oct 17, 2015 | 0.015552 | 0.017211 | 0.015540 | 0.016417 | 1,058 | 265,043 |
| Oct 16, 2015 | 0.014572 | 0.016003 | 0.014267 | 0.015536 | 1,843 | 250,812 |
| Oct 15, 2015 | 0.014759 | 0.015300 | 0.014167 | 0.014575 | 973 | 235,274 |
| Oct 14, 2015 | 0.014725 | 0.015976 | 0.014397 | 0.014764 | 1,784 | 238,304 |
| Oct 13, 2015 | 0.013310 | 0.015316 | 0.013310 | 0.014714 | 1,277 | 237,483 |
| Oct 12, 2015 | 0.014336 | 0.014336 | 0.013272 | 0.013311 | 1,025 | 214,792 |
| Oct 11, 2015 | 0.013857 | 0.014858 | 0.013348 | 0.014340 | 664 | 231,377 |
| Oct 10, 2015 | 0.013548 | 0.014322 | 0.013155 | 0.013854 | 780 | 223,511 |
| Oct 09, 2015 | 0.012949 | 0.014060 | 0.012939 | 0.013550 | 794 | 218,689 |
| Oct 08, 2015 | 0.013306 | 0.014170 | 0.012953 | 0.012954 | 816 | 208,937 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Oct 07, 2015 | 0.013687 | 0.014518 | 0.013300 | 0.013302 | 624 | 214,389 |
| Oct 06, 2015 | 0.013267 | 0.014065 | 0.012957 | 0.013667 | 505 | 220,245 |
| Oct 05, 2015 | 0.014062 | 0.014103 | 0.013259 | 0.013259 | 454 | 213,648 |
| Oct 04, 2015 | 0.013214 | 0.014501 | 0.012659 | 0.014059 | 1,696 | 226,502 |
| Oct 03, 2015 | 0.013977 | 0.014680 | 0.013323 | 0.013526 | 2,235 | 217,880 |
| Oct 02, 2015 | 0.013922 | 0.014692 | 0.013094 | 0.013978 | 1,578 | 225,126 |
| Oct 01, 2015 | 0.013862 | 0.014991 | 0.013582 | 0.014133 | 716 | 227,598 |
| Sep 30, 2015 | 0.015021 | 0.015191 | 0.013855 | 0.013863 | 946 | 223,216 |
| Sep 29, 2015 | 0.015372 | 0.015839 | 0.014898 | 0.015012 | 431 | 241,685 |
| Sep 28, 2015 | 0.014859 | 0.015979 | 0.014799 | 0.015411 | 478 | 248,064 |
| Sep 27, 2015 | 0.015203 | 0.015812 | 0.014580 | 0.014858 | 939 | 239,132 |
| Sep 26, 2015 | 0.014739 | 0.016235 | 0.014176 | 0.015205 | 1,053 | 244,687 |
| Sep 25, 2015 | 0.014791 | 0.015300 | 0.013210 | 0.014743 | 4,859 | 237,214 |
| Sep 24, 2015 | 0.013483 | 0.015300 | 0.012811 | 0.015092 | 5,510 | 242,777 |
| Sep 23, 2015 | 0.012491 | 0.013873 | 0.012379 | 0.013485 | 2,496 | 216,927 |
| Sep 22, 2015 | 0.013681 | 0.017927 | 0.012488 | 0.012490 | 14,027 | 200,878 |
| Sep 21, 2015 | 0.014279 | 0.015391 | 0.011894 | 0.013669 | 21,154 | 219,829 |
| Sep 20, 2015 | 0.015212 | 0.017980 | 0.013917 | 0.014274 | 2,481 | 229,507 |
| Sep 19, 2015 | 0.020772 | 0.020772 | 0.015226 | 0.015226 | 1,390 | 244,790 |
| Sep 18, 2015 | 0.018658 | 0.021574 | 0.017848 | 0.020776 | 3,561 | 333,998 |
| Sep 17, 2015 | 0.014549 | 0.019227 | 0.013331 | 0.018658 | 4,482 | 299,954 |
| Sep 16, 2015 | 0.013374 | 0.015847 | 0.011664 | 0.013827 | 3,522 | 222,283 |
| Sep 15, 2015 | 0.011425 | 0.013443 | 0.011378 | 0.013378 | 1,506 | 215,008 |
| Sep 14, 2015 | 0.012216 | 0.012269 | 0.011098 | 0.011426 | 1,091 | 183,249 |
| Sep 13, 2015 | 0.012643 | 0.013434 | 0.011539 | 0.012231 | 1,007 | 196,154 |
| Sep 12, 2015 | 0.013343 | 0.013541 | 0.012105 | 0.012643 | 284 | 202,737 |
| Sep 11, 2015 | 0.013010 | 0.013732 | 0.012950 | 0.013346 | 521 | 214,012 |
| Sep 10, 2015 | 0.012278 | 0.013747 | 0.012178 | 0.013017 | 371 | 208,720 |
| Sep 09, 2015 | 0.013481 | 0.013596 | 0.009897 | 0.012027 | 1,686 | 192,842 |
| Sep 08, 2015 | 0.013650 | 0.013886 | 0.012043 | 0.013794 | 955 | 221,152 |
| Sep 07, 2015 | 0.013323 | 0.013790 | 0.011545 | 0.013427 | 1,629 | 215,270 |
| Sep 06, 2015 | 0.013231 | 0.014014 | 0.012466 | 0.013328 | 1,040 | 213,672 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Paycoin (XPY) Historical Data | CoinMarketCap

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Sep 05, 2015 | 0.013346 | 0.013784 | 0.011812 | 0.013232 | 1,259 | 212,108 |
| Sep 04, 2015 | 0.012279 | 0.013493 | 0.012172 | 0.013343 | 677 | 213,887 |
| Sep 03, 2015 | 0.012289 | 0.013623 | 0.011810 | 0.012279 | 796 | 196,813 |
| Sep 02, 2015 | 0.012606 | 0.013183 | 0.011455 | 0.012286 | 1,304 | 196,919 |
| Sep 01, 2015 | 0.014019 | 0.014492 | 0.011871 | 0.012607 | 2,437 | 202,050 |
| Aug 31, 2015 | 0.017000 | 0.017000 | 0.013576 | 0.014027 | 2,264 | 224,798 |
| Aug 30, 2015 | 0.015956 | 0.018228 | 0.014569 | 0.016979 | 1,509 | 272,083 |
| Aug 29, 2015 | 0.017450 | 0.017450 | 0.013913 | 0.015957 | 8,044 | 255,699 |
| Aug 28, 2015 | 0.022285 | 0.022297 | 0.017440 | 0.017456 | 5,155 | 279,690 |
| Aug 27, 2015 | 0.020773 | 0.022716 | 0.020283 | 0.022264 | 1,931 | 356,723 |
| Aug 26, 2015 | 0.021510 | 0.023928 | 0.020017 | 0.020772 | 1,973 | 332,792 |
| Aug 25, 2015 | 0.022207 | 0.022326 | 0.019507 | 0.021516 | 1,317 | 344,691 |
| Aug 24, 2015 | 0.024595 | 0.024595 | 0.021136 | 0.022314 | 1,983 | 357,440 |
| Aug 23, 2015 | 0.023509 | 0.025094 | 0.022653 | 0.024594 | 1,186 | 393,943 |
| Aug 22, 2015 | 0.023437 | 0.024681 | 0.022575 | 0.023518 | 1,164 | 376,684 |
| Aug 21, 2015 | 0.023828 | 0.028499 | 0.022838 | 0.023456 | 3,358 | 375,674 |
| Aug 20, 2015 | 0.022396 | 0.024533 | 0.022396 | 0.023850 | 704 | 381,983 |
| Aug 19, 2015 | 0.021903 | 0.024572 | 0.021566 | 0.022400 | 1,224 | 358,732 |
| Aug 18, 2015 | 0.028183 | 0.030589 | 0.022093 | 0.022093 | 2,711 | 353,800 |
| Aug 17, 2015 | 0.027370 | 0.030717 | 0.027027 | 0.028181 | 2,897 | 451,249 |
| Aug 16, 2015 | 0.029545 | 0.030224 | 0.026586 | 0.027380 | 1,175 | 438,387 |
| Aug 15, 2015 | 0.027824 | 0.031064 | 0.026859 | 0.029529 | 1,137 | 472,762 |
| Aug 14, 2015 | 0.030777 | 0.031112 | 0.027009 | 0.027818 | 1,469 | 445,348 |
| Aug 13, 2015 | 0.033449 | 0.034081 | 0.028975 | 0.030765 | 1,999 | 492,490 |
| Aug 12, 2015 | 0.033026 | 0.038425 | 0.033026 | 0.033441 | 1,164 | 535,300 |
| Aug 11, 2015 | 0.037904 | 0.038543 | 0.032153 | 0.032996 | 930 | 528,156 |
| Aug 10, 2015 | 0.035747 | 0.039308 | 0.034551 | 0.038641 | 678 | 618,445 |
| Aug 09, 2015 | 0.035547 | 0.037216 | 0.034423 | 0.035585 | 842 | 569,517 |
| Aug 08, 2015 | 0.038890 | 0.039525 | 0.035526 | 0.035532 | 350 | 568,643 |
| Aug 07, 2015 | 0.033227 | 0.042609 | 0.031662 | 0.038846 | 5,499 | 621,658 |
| Aug 06, 2015 | 0.029870 | 0.036898 | 0.029753 | 0.033238 | 2,460 | 531,890 |
| Aug 05, 2015 | 0.029425 | 0.030081 | 0.025373 | 0.029874 | 946 | 478,067 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Aug 04, 2015 | 0.027934 | 0.029433 | 0.024660 | 0.029433 | 4,512 | 470,992 |
| Aug 03, 2015 | 0.032951 | 0.033659 | 0.026079 | 0.027974 | 2,956 | 447,618 |
| Aug 02, 2015 | 0.030955 | 0.034009 | 0.028817 | 0.032952 | 908 | 527,240 |
| Aug 01, 2015 | 0.034245 | 0.035621 | 0.028594 | 0.031000 | 1,010 | 495,990 |
| Jul 31, 2015 | 0.029535 | 0.035094 | 0.026752 | 0.033978 | 3,568 | 543,617 |
| Jul 30, 2015 | 0.033133 | 0.033172 | 0.028475 | 0.029549 | 4,203 | 472,738 |
| Jul 29, 2015 | 0.034838 | 0.039090 | 0.029849 | 0.033140 | 7,108 | 530,170 |
| Jul 28, 2015 | 0.041553 | 0.042609 | 0.034691 | 0.034836 | 2,969 | 557,265 |
| Jul 27, 2015 | 0.046195 | 0.046408 | 0.037750 | 0.042328 | 5,216 | 677,062 |
| Jul 26, 2015 | 0.046292 | 0.047237 | 0.044778 | 0.046185 | 421 | 738,727 |
| Jul 25, 2015 | 0.044519 | 0.047415 | 0.044501 | 0.046293 | 407 | 740,421 |
| Jul 24, 2015 | 0.044827 | 0.047811 | 0.043453 | 0.044540 | 1,607 | 712,368 |
| Jul 23, 2015 | 0.047781 | 0.047946 | 0.044041 | 0.044830 | 2,319 | 718,321 |
| Jul 22, 2015 | 0.048698 | 0.049357 | 0.045766 | 0.047930 | 1,649 | 768,678 |
| Jul 21, 2015 | 0.048777 | 0.049692 | 0.047587 | 0.048768 | 605 | 782,089 |
| Jul 20, 2015 | 0.051145 | 0.051669 | 0.048211 | 0.048675 | 1,351 | 780,563 |
| Jul 19, 2015 | 0.047535 | 0.053520 | 0.047360 | 0.051118 | 3,053 | 819,695 |
| Jul 18, 2015 | 0.046917 | 0.050685 | 0.044368 | 0.047558 | 1,851 | 762,573 |
| Jul 17, 2015 | 0.046210 | 0.048029 | 0.044126 | 0.046667 | 2,289 | 748,236 |
| Jul 16, 2015 | 0.048065 | 0.050181 | 0.044124 | 0.045660 | 3,374 | 732,053 |
| Jul 15, 2015 | 0.049500 | 0.053613 | 0.047481 | 0.048030 | 4,243 | 770,008 |
| Jul 14, 2015 | 0.053233 | 0.057208 | 0.048834 | 0.049523 | 1,460 | 793,899 |
| Jul 13, 2015 | 0.054927 | 0.057739 | 0.048384 | 0.053236 | 2,473 | 853,359 |
| Jul 12, 2015 | 0.053947 | 0.059662 | 0.053889 | 0.054934 | 2,723 | 880,531 |
| Jul 11, 2015 | 0.052432 | 0.059270 | 0.052054 | 0.053946 | 3,137 | 864,655 |
| Jul 10, 2015 | 0.051039 | 0.059822 | 0.049069 | 0.052435 | 4,101 | 840,394 |
| Jul 09, 2015 | 0.058759 | 0.058759 | 0.048732 | 0.051039 | 6,758 | 817,980 |
| Jul 08, 2015 | 0.062039 | 0.064235 | 0.055205 | 0.058732 | 3,098 | 941,515 |
| Jul 07, 2015 | 0.061584 | 0.065156 | 0.055407 | 0.062149 | 3,741 | 997,820 |
| Jul 06, 2015 | 0.061823 | 0.068351 | 0.060134 | 0.061802 | 2,660 | 992,197 |
| Jul 05, 2015 | 0.060521 | 0.069987 | 0.061173 | 0.061802 | 9,567 | 992,332 |
| Jul 04, 2015 | 0.053043 | 0.074978 | 0.052229 | 0.065233 | 14,502 | 1,047,417 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

11/16/2018

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jul 03, 2015 | 0.048005 | 0.053071 | 0.046544 | 0.053017 | 4,987 | 851,235 |
| Jul 02, 2015 | 0.053143 | 0.053751 | 0.041847 | 0.047900 | 9,886 | 768,981 |
| Jul 01, 2015 | 0.054139 | 0.055904 | 0.051986 | 0.053149 | 4,022 | 853,125 |
| Jun 30, 2015 | 0.058612 | 0.061792 | 0.053509 | 0.054146 | 7,848 | 868,883 |
| Jun 29, 2015 | 0.059217 | 0.060291 | 0.057387 | 0.058599 | 6,691 | 939,933 |
| Jun 28, 2015 | 0.059937 | 0.062530 | 0.058573 | 0.059290 | 3,453 | 949,637 |
| Jun 27, 2015 | 0.058786 | 0.061100 | 0.057485 | 0.059959 | 2,354 | 959,891 |
| Jun 26, 2015 | 0.058263 | 0.059350 | 0.057544 | 0.058807 | 1,204 | 940,911 |
| Jun 25, 2015 | 0.062199 | 0.062599 | 0.057760 | 0.058205 | 3,711 | 930,786 |
| Jun 24, 2015 | 0.058305 | 0.062433 | 0.057333 | 0.062221 | 4,077 | 994,413 |
| Jun 23, 2015 | 0.064051 | 0.064934 | 0.058219 | 0.058271 | 7,321 | 930,968 |
| Jun 22, 2015 | 0.065891 | 0.066560 | 0.059692 | 0.064053 | 6,506 | 1,023,061 |
| Jun 21, 2015 | 0.064517 | 0.067756 | 0.063386 | 0.065885 | 2,359 | 1,052,118 |
| Jun 20, 2015 | 0.066803 | 0.068035 | 0.064068 | 0.064517 | 1,356 | 1,030,058 |
| Jun 19, 2015 | 0.068125 | 0.069615 | 0.065019 | 0.066779 | 2,129 | 1,065,989 |
| Jun 18, 2015 | 0.067859 | 0.072492 | 0.065254 | 0.068088 | 5,003 | 1,086,664 |
| Jun 17, 2015 | 0.069019 | 0.074908 | 0.064505 | 0.067760 | 6,912 | 1,081,200 |
| Jun 16, 2015 | 0.068813 | 0.072156 | 0.066686 | 0.068891 | 6,315 | 1,099,013 |
| Jun 15, 2015 | 0.069032 | 0.075528 | 0.066956 | 0.069185 | 7,140 | 1,103,466 |
| Jun 14, 2015 | 0.068555 | 0.069874 | 0.062819 | 0.069071 | 3,712 | 1,101,444 |
| Jun 13, 2015 | 0.069986 | 0.070030 | 0.059423 | 0.068524 | 9,039 | 1,092,517 |
| Jun 12, 2015 | 0.068242 | 0.071506 | 0.067694 | 0.070028 | 6,150 | 1,116,300 |
| Jun 11, 2015 | 0.069464 | 0.072223 | 0.066621 | 0.068785 | 4,023 | 1,096,197 |
| Jun 10, 2015 | 0.068552 | 0.071457 | 0.067757 | 0.069464 | 2,043 | 1,106,780 |
| Jun 09, 2015 | 0.071339 | 0.071379 | 0.068212 | 0.068567 | 2,722 | 1,092,258 |
| Jun 08, 2015 | 0.068563 | 0.077909 | 0.066772 | 0.071751 | 5,121 | 1,144,197 |
| Jun 07, 2015 | 0.070275 | 0.070659 | 0.063855 | 0.068721 | 3,068 | 1,094,234 |
| Jun 06, 2015 | 0.072134 | 0.072517 | 0.064103 | 0.069818 | 4,117 | 1,111,457 |
| Jun 05, 2015 | 0.071974 | 0.073871 | 0.070905 | 0.072122 | 7,578 | 1,147,899 |
| Jun 04, 2015 | 0.075264 | 0.075635 | 0.072002 | 0.073319 | 5,234 | 1,166,681 |
| Jun 03, 2015 | 0.076312 | 0.077584 | 0.074158 | 0.075239 | 9,586 | 1,196,928 |
| Jun 02, 2015 | 0.079491 | 0.083297 | 0.070816 | 0.076320 | 8,896 | 1,213,905 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jun 01, 2015 | 0.095514 | 0.100135 | 0.068984 | 0.079538 | 10,451 | 1,264,799 |
| May 31, 2015 | 0.100322 | 0.101545 | 0.093232 | 0.095422 | 3,560 | 1,517,034 |
| May 30, 2015 | 0.096346 | 0.103612 | 0.096162 | 0.101677 | 2,052 | 1,616,030 |
| May 29, 2015 | 0.114725 | 0.115584 | 0.095163 | 0.096355 | 11,014 | 1,531,125 |
| May 28, 2015 | 0.106814 | 0.117577 | 0.106665 | 0.114720 | 5,781 | 1,822,511 |
| May 27, 2015 | 0.120364 | 0.128883 | 0.106708 | 0.106825 | 11,331 | 1,696,769 |
| May 26, 2015 | 0.115352 | 0.123743 | 0.108704 | 0.120364 | 3,027 | 1,911,340 |
| May 25, 2015 | 0.123199 | 0.123199 | 0.107718 | 0.115331 | 7,355 | 1,831,059 |
| May 24, 2015 | 0.117421 | 0.132386 | 0.107949 | 0.123197 | 5,941 | 1,955,546 |
| May 23, 2015 | 0.138043 | 0.138459 | 0.116612 | 0.116612 | 5,845 | 1,850,572 |
| May 22, 2015 | 0.152931 | 0.153707 | 0.137339 | 0.137498 | 4,350 | 2,181,195 |
| May 21, 2015 | 0.157082 | 0.158113 | 0.148837 | 0.149919 | 3,776 | 2,378,294 |
| May 20, 2015 | 0.162348 | 0.167869 | 0.149804 | 0.157044 | 13,167 | 2,490,827 |
| May 19, 2015 | 0.150160 | 0.163447 | 0.143064 | 0.163352 | 5,983 | 2,590,286 |
| May 18, 2015 | 0.166658 | 0.169942 | 0.147899 | 0.150160 | 11,696 | 2,380,549 |
| May 17, 2015 | 0.169771 | 0.170590 | 0.165588 | 0.166804 | 3,985 | 2,643,853 |
| May 16, 2015 | 0.169509 | 0.170772 | 0.165321 | 0.169242 | 17,966 | 2,681,914 |
| May 15, 2015 | 0.167865 | 0.170507 | 0.148361 | 0.169509 | 40,207 | 2,685,533 |
| May 14, 2015 | 0.149297 | 0.184275 | 0.147043 | 0.167930 | 35,977 | 2,659,893 |
| May 13, 2015 | 0.131591 | 0.151256 | 0.126259 | 0.149750 | 26,708 | 2,366,759 |
| May 12, 2015 | 0.116152 | 0.142016 | 0.111671 | 0.131644 | 16,570 | 2,080,134 |
| May 11, 2015 | 0.086339 | 0.138114 | 0.085765 | 0.116263 | 19,824 | 1,836,783 |
| May 10, 2015 | 0.082778 | 0.092218 | 0.082564 | 0.086356 | 3,637 | 1,364,035 |
| May 09, 2015 | 0.087514 | 0.087542 | 0.079883 | 0.082731 | 4,233 | 1,306,145 |
| May 08, 2015 | 0.086933 | 0.090366 | 0.082806 | 0.087414 | 2,950 | 1,379,237 |
| May 07, 2015 | 0.098641 | 0.098848 | 0.074798 | 0.087228 | 13,760 | 1,375,207 |
| May 06, 2015 | 0.112921 | 0.115418 | 0.094115 | 0.098641 | 12,251 | 1,553,958 |
| May 05, 2015 | 0.123308 | 0.127344 | 0.111683 | 0.113257 | 13,900 | 1,782,800 |
| May 04, 2015 | 0.138247 | 0.139376 | 0.123219 | 0.123261 | 7,502 | 1,938,699 |
| May 03, 2015 | 0.139689 | 0.141491 | 0.130564 | 0.137079 | 9,803 | 2,154,414 |
| May 02, 2015 | 0.132414 | 0.141782 | 0.129304 | 0.139770 | 8,759 | 2,195,004 |
| May 01, 2015 | 0.129958 | 0.144451 | 0.124745 | 0.132308 | 17,612 | 2,078,274 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Apr 30, 2015 | 0.129082 | 0.141607 | 0.120404 | 0.129958 | 9,543 | 2,039,712 |
| Apr 29, 2015 | 0.129607 | 0.155997 | 0.126490 | 0.129259 | 13,350 | 2,027,066 |
| Apr 28, 2015 | 0.136770 | 0.139672 | 0.124290 | 0.129564 | 9,715 | 2,029,558 |
| Apr 27, 2015 | 0.151459 | 0.153826 | 0.130182 | 0.136803 | 19,279 | 2,141,145 |
| Apr 26, 2015 | 0.156723 | 0.158707 | 0.139167 | 0.151009 | 9,676 | 2,361,469 |
| Apr 25, 2015 | 0.165234 | 0.177277 | 0.158848 | 0.160946 | 12,354 | 2,514,856 |
| Apr 24, 2015 | 0.143355 | 0.167713 | 0.143355 | 0.167653 | 22,472 | 2,638,571 |
| Apr 23, 2015 | 0.180155 | 0.182993 | 0.140901 | 0.142845 | 19,570 | 2,246,210 |
| Apr 22, 2015 | 0.198158 | 0.203386 | 0.179929 | 0.179929 | 11,921 | 2,827,268 |
| Apr 21, 2015 | 0.186492 | 0.198158 | 0.179393 | 0.198158 | 14,080 | 3,111,341 |
| Apr 20, 2015 | 0.208331 | 0.208343 | 0.181076 | 0.190667 | 20,364 | 2,990,759 |
| Apr 19, 2015 | 0.209907 | 0.216153 | 0.201251 | 0.208335 | 14,492 | 3,263,331 |
| Apr 18, 2015 | 0.195178 | 0.209885 | 0.195178 | 0.209814 | 10,142 | 3,279,662 |
| Apr 17, 2015 | 0.213472 | 0.213477 | 0.192333 | 0.195201 | 15,625 | 3,044,200 |
| Apr 16, 2015 | 0.216490 | 0.225944 | 0.205847 | 0.213661 | 22,766 | 3,324,739 |
| Apr 15, 2015 | 0.150258 | 0.222981 | 0.150258 | 0.215669 | 49,233 | 3,349,053 |
| Apr 14, 2015 | 0.127245 | 0.198208 | 0.127064 | 0.150200 | 49,271 | 2,327,086 |
| Apr 13, 2015 | 0.181701 | 0.184892 | 0.098236 | 0.132281 | 81,034 | 2,045,550 |
| Apr 12, 2015 | 0.247703 | 0.254908 | 0.144843 | 0.181856 | 47,340 | 2,805,443 |
| Apr 11, 2015 | 0.257688 | 0.274094 | 0.235602 | 0.247706 | 28,273 | 3,812,800 |
| Apr 10, 2015 | 0.284755 | 0.292555 | 0.255340 | 0.257759 | 37,438 | 3,959,313 |
| Apr 09, 2015 | 0.376557 | 0.377188 | 0.251459 | 0.287463 | 86,353 | 4,404,219 |
| Apr 08, 2015 | 0.433066 | 0.436451 | 0.363660 | 0.375619 | 37,347 | 5,742,112 |
| Apr 07, 2015 | 0.453952 | 0.454624 | 0.415319 | 0.440544 | 31,377 | 6,718,112 |
| Apr 06, 2015 | 0.482305 | 0.486735 | 0.428642 | 0.454808 | 42,643 | 6,918,262 |
| Apr 05, 2015 | 0.497795 | 0.517040 | 0.457804 | 0.483591 | 39,944 | 7,337,469 |
| Apr 04, 2015 | 0.545112 | 0.545112 | 0.492246 | 0.497655 | 47,810 | 7,530,032 |
| Apr 03, 2015 | 0.542246 | 0.571613 | 0.531092 | 0.545190 | 29,941 | 8,205,167 |
| Apr 02, 2015 | 0.596920 | 0.613579 | 0.514355 | 0.536299 | 72,783 | 8,059,217 |
| Apr 01, 2015 | 0.505854 | 0.603198 | 0.471881 | 0.597173 | 70,258 | 8,959,956 |
| Mar 31, 2015 | 0.558100 | 0.554892 | 0.479708 | 0.505897 | 35,342 | 7,578,591 |
| Mar 30, 2015 | 0.572408 | 0.587411 | 0.554581 | 0.554617 | 33,063 | 8,295,355 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS    Document 107-2    Filed 11/19/18    Page 383 of 401

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Mar 29, 2015 | 0.631931 | 0.631931 | 0.552824 | 0.572017 | 43,939 | 8,547,194 |
| Mar 28, 2015 | 0.585757 | 0.654528 | 0.559921 | 0.632076 | 55,879 | 9,434,784 |
| Mar 27, 2015 | 0.548094 | 0.638353 | 0.528980 | 0.585741 | 80,703 | 8,734,116 |
| Mar 26, 2015 | 0.465734 | 0.588239 | 0.449040 | 0.548458 | 65,554 | 8,168,819 |
| Mar 25, 2015 | 0.472903 | 0.482677 | 0.384119 | 0.465585 | 79,419 | 6,742,726 |
| Mar 24, 2015 | 0.575358 | 0.582602 | 0.455623 | 0.466973 | 76,198 | 6,744,812 |
| Mar 23, 2015 | 0.637749 | 0.674429 | 0.568806 | 0.575687 | 82,332 | 8,141,140 |
| Mar 22, 2015 | 0.648634 | 0.704725 | 0.622138 | 0.639535 | 34,405 | 9,042,473 |
| Mar 21, 2015 | 0.799881 | 0.803758 | 0.601643 | 0.651811 | 81,154 | 9,214,446 |
| Mar 20, 2015 | 0.798220 | 0.824599 | 0.723220 | 0.799937 | 91,225 | 11,306,676 |
| Mar 19, 2015 | 0.887469 | 0.999717 | 0.723493 | 0.813153 | 208,226 | 11,491,486 |
| Mar 18, 2015 | 0.570367 | 1.54 | 0.512832 | 0.859657 | 269,076 | 12,146,711 |
| Mar 17, 2015 | 0.670325 | 0.678563 | 0.548519 | 0.571239 | 54,329 | 8,070,118 |
| Mar 16, 2015 | 0.678357 | 0.736513 | 0.654775 | 0.670289 | 21,517 | 9,467,739 |
| Mar 15, 2015 | 0.688330 | 0.713042 | 0.644092 | 0.678357 | 34,919 | 9,580,083 |
| Mar 14, 2015 | 0.728998 | 0.742604 | 0.653493 | 0.688629 | 16,634 | 9,723,386 |
| Mar 13, 2015 | 0.651012 | 0.815787 | 0.641784 | 0.731291 | 59,651 | 10,323,985 |
| Mar 12, 2015 | 0.644666 | 0.659626 | 0.631004 | 0.651533 | 14,768 | 9,196,450 |
| Mar 11, 2015 | 0.651740 | 0.677796 | 0.621555 | 0.645106 | 17,304 | 9,104,226 |
| Mar 10, 2015 | 0.689364 | 0.692611 | 0.607574 | 0.650382 | 38,280 | 9,177,025 |
| Mar 09, 2015 | 0.638969 | 0.756333 | 0.613734 | 0.688764 | 52,322 | 9,570,453 |
| Mar 08, 2015 | 0.748449 | 0.750601 | 0.630708 | 0.639979 | 64,217 | 8,837,401 |
| Mar 07, 2015 | 0.811496 | 0.883030 | 0.725853 | 0.748649 | 65,215 | 10,334,891 |
| Mar 06, 2015 | 0.585796 | 0.815824 | 0.577539 | 0.812751 | 64,776 | 11,216,982 |
| Mar 05, 2015 | 0.607731 | 0.622199 | 0.541991 | 0.587022 | 27,157 | 8,099,261 |
| Mar 04, 2015 | 0.631414 | 0.680101 | 0.514433 | 0.608446 | 71,874 | 8,392,635 |
| Mar 03, 2015 | 0.878950 | 0.885411 | 0.369949 | 0.597693 | 150,130 | 8,239,479 |
| Mar 02, 2015 | 0.922511 | 0.923647 | 0.845602 | 0.880356 | 33,656 | 12,104,784 |
| Mar 01, 2015 | 0.876233 | 0.944225 | 0.851950 | 0.922663 | 13,786 | 12,654,258 |
| Feb 28, 2015 | 0.972119 | 0.972119 | 0.849965 | 0.876087 | 20,676 | 11,982,245 |
| Feb 27, 2015 | 0.906669 | 1.02 | 0.869488 | 0.972431 | 49,763 | 13,266,053 |
| Feb 26, 2015 | 0.945068 | 0.980818 | 0.867262 | 0.908620 | 74,913 | 12,365,306 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Paycoin (XPY) Historical Data | CoinMarketCap

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Feb 25, 2015 | 0.811407 | 0.967574 | 0.759295 | 0.951702 | 66,225 | 12,917,437 |
| Feb 24, 2015 | 0.713078 | 0.883440 | 0.705752 | 0.807637 | 65,454 | 10,932,693 |
| Feb 23, 2015 | 0.730516 | 0.731368 | 0.670088 | 0.713084 | 32,347 | 9,624,425 |
| Feb 22, 2015 | 0.714906 | 0.758811 | 0.685704 | 0.730460 | 28,674 | 9,831,699 |
| Feb 21, 2015 | 0.680314 | 0.759526 | 0.667212 | 0.714877 | 28,880 | 9,594,146 |
| Feb 20, 2015 | 0.801980 | 0.801980 | 0.657482 | 0.680366 | 44,866 | 9,104,986 |
| Feb 19, 2015 | 0.809818 | 0.841963 | 0.762735 | 0.802097 | 33,963 | 10,703,964 |
| Feb 18, 2015 | 0.855091 | 0.882423 | 0.780524 | 0.809573 | 27,157 | 10,773,415 |
| Feb 17, 2015 | 0.792242 | 0.965138 | 0.776129 | 0.860650 | 65,617 | 11,418,138 |
| Feb 16, 2015 | 0.997059 | 1.12 | 0.785562 | 0.793671 | 26,087 | 10,500,017 |
| Feb 15, 2015 | 0.971419 | 1.02 | 0.773999 | 0.996153 | 42,503 | 13,140,252 |
| Feb 14, 2015 | 0.964050 | 0.990999 | 0.920707 | 0.970745 | 39,187 | 12,768,055 |
| Feb 13, 2015 | 0.979630 | 1.03 | 0.931415 | 0.963636 | 73,117 | 12,637,701 |
| Feb 12, 2015 | 0.974143 | 1.02 | 0.923209 | 0.978729 | 40,393 | 12,909,983 |
| Feb 11, 2015 | 1.08 | 1.09 | 0.910468 | 0.974041 | 72,377 | 12,810,237 |
| Feb 10, 2015 | 1.10 | 1.10 | 1.05 | 1.08 | 31,469 | 14,127,230 |
| Feb 09, 2015 | 1.17 | 1.17 | 1.07 | 1.10 | 44,443 | 14,322,745 |
| Feb 08, 2015 | 1.18 | 1.20 | 1.01 | 1.18 | 77,919 | 15,303,314 |
| Feb 07, 2015 | 1.19 | 1.22 | 1.12 | 1.18 | 38,306 | 15,330,680 |
| Feb 06, 2015 | 1.24 | 1.43 | 1.09 | 1.18 | 152,528 | 15,181,311 |
| Feb 05, 2015 | 1.03 | 1.24 | 0.831677 | 1.23 | 165,444 | 15,805,234 |
| Feb 04, 2015 | 1.19 | 1.19 | 1.01 | 1.03 | 79,576 | 13,179,179 |
| Feb 03, 2015 | 1.07 | 1.19 | 0.999839 | 1.19 | 96,937 | 15,156,961 |
| Feb 02, 2015 | 1.55 | 1.55 | 0.933382 | 1.07 | 314,221 | 13,578,651 |
| Feb 01, 2015 | 1.78 | 1.89 | 1.58 | 1.58 | 84,446 | 19,897,229 |
| Jan 31, 2015 | 1.87 | 1.92 | 1.76 | 1.78 | 65,497 | 22,406,335 |
| Jan 30, 2015 | 1.91 | 2.01 | 1.85 | 1.87 | 73,182 | 23,430,420 |
| Jan 29, 2015 | 2.02 | 2.03 | 1.86 | 1.91 | 86,998 | 23,882,592 |
| Jan 28, 2015 | 2.29 | 2.29 | 1.96 | 2.03 | 114,468 | 25,203,444 |
| Jan 27, 2015 | 2.56 | 2.57 | 2.28 | 2.29 | 113,177 | 28,403,089 |
| Jan 26, 2015 | 2.30 | 2.92 | 2.15 | 2.57 | 149,451 | 31,776,257 |
| Jan 25, 2015 | 2.22 | 2.74 | 1.96 | 2.56 | 290,062 | 31,680,216 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS   Document 107-2   Filed 11/19/18   Page 385 of 401

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|------------|
| Jan 24, 2015 | 2.43 | 2.46 | 2.04 | 2.21 | 169,497 | 27,262,627 |
| Jan 23, 2015 | 2.46 | 2.55 | 2.35 | 2.42 | 72,550 | 29,846,427 |
| Jan 22, 2015 | 2.33 | 2.47 | 2.18 | 2.46 | 145,004 | 30,421,581 |
| Jan 21, 2015 | 2.55 | 2.61 | 2.03 | 2.33 | 229,794 | 28,760,140 |
| Jan 20, 2015 | 2.66 | 2.78 | 2.14 | 2.50 | 262,196 | 30,848,648 |
| Jan 19, 2015 | 3.04 | 3.07 | 2.60 | 2.67 | 133,028 | 32,918,367 |
| Jan 18, 2015 | 3.86 | 3.87 | 1.84 | 3.02 | 553,262 | 37,343,721 |
| Jan 17, 2015 | 3.89 | 4.14 | 3.70 | 3.84 | 131,858 | 47,440,812 |
| Jan 16, 2015 | 3.51 | 4.12 | 3.51 | 3.90 | 185,484 | 48,121,784 |
| Jan 15, 2015 | 3.05 | 3.90 | 3.05 | 3.52 | 200,107 | 43,453,704 |
| Jan 14, 2015 | 3.78 | 3.80 | 2.94 | 3.07 | 229,832 | 37,879,508 |
| Jan 13, 2015 | 3.72 | 4.53 | 3.71 | 3.81 | 422,484 | 47,067,708 |
| Jan 12, 2015 | 2.95 | 6.15 | 2.94 | 3.72 | 733,265 | 45,843,349 |
| Jan 11, 2015 | 3.36 | 3.41 | 2.81 | 2.96 | 88,191 | 36,494,269 |
| Jan 10, 2015 | 3.91 | 3.91 | 3.26 | 3.39 | 120,958 | 41,808,595 |
| Jan 09, 2015 | 4.03 | 4.03 | 3.65 | 3.91 | 199,627 | 48,209,015 |
| Jan 08, 2015 | 3.67 | 4.22 | 3.62 | 4.04 | 234,576 | 49,833,161 |
| Jan 07, 2015 | 4.02 | 4.07 | 3.36 | 3.67 | 228,094 | 45,317,348 |
| Jan 06, 2015 | 4.21 | 4.36 | 4.02 | 4.02 | 211,556 | 49,623,612 |
| Jan 05, 2015 | 4.34 | 4.72 | 3.98 | 4.20 | 294,214 | 51,834,845 |
| Jan 04, 2015 | 3.13 | 4.95 | 2.96 | 4.31 | 695,183 | 53,186,779 |
| Jan 03, 2015 | 5.69 | 5.77 | 2.33 | 3.13 | 823,479 | 38,602,639 |
| Jan 02, 2015 | 7.76 | 8.24 | 5.61 | 5.75 | 778,028 | 70,897,353 |
| Jan 01, 2015 | 9.97 | 10.21 | 7.76 | 7.78 | 427,807 | 95,951,251 |
| Dec 31, 2014 | 12.39 | 15.04 | 7.13 | 10.03 | 1,706,630 | 123,665,974 |
| Dec 30, 2014 | 12.70 | 13.69 | 10.26 | 12.38 | 767,213 | 152,597,607 |
| Dec 29, 2014 | 12.33 | 13.94 | 11.98 | 12.67 | 710,106 | 156,199,639 |
| Dec 28, 2014 | 10.10 | 12.38 | 9.99 | 12.35 | 610,875 | 151,955,595 |
| Dec 27, 2014 | 10.18 | 10.36 | 9.54 | 10.04 | 239,092 | 123,488,525 |
| Dec 26, 2014 | 9.71 | 10.54 | 9.42 | 10.16 | 277,706 | 125,011,526 |
| Dec 25, 2014 | 10.15 | 10.25 | 9.42 | 9.70 | 265,498 | 119,339,764 |
| Dec 24, 2014 | 11.13 | 11.47 | 9.50 | 10.14 | 473,197 | 124,754,412 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Paycoin (XPY) Historical Data | CoinMarketCap

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|------|-------|------|-----|---------|--------|-----------|
| Dec 23, 2014 | 14.51 | 14.56 | 10.77 | 11.17 | 614,737 | 137,396,055 |
| Dec 22, 2014 | 9.67 | 15.92 | 8.47 | 14.46 | 1,249,460 | 177,726,739 |
| Dec 21, 2014 | 11.42 | 11.75 | 6.97 | 9.67 | 541,036 | 118,826,848 |
| Dec 20, 2014 | 6.85 | 11.93 | 6.82 | 11.61 | 306,093 | 142,725,371 |
| Dec 19, 2014 | 6.76 | 6.95 | 4.43 | 6.84 | 443,119 | 83,873,587 |
| Dec 18, 2014 | 6.31 | 7.77 | 5.78 | 6.85 | 252,276 | 83,650,429 |
| Dec 17, 2014 | 9.14 | 9.78 | 6.04 | 6.43 | 268,608 | 78,147,044 |
| Dec 16, 2014 | 9.31 | 13.37 | 7.70 | 8.99 | 231,477 | 108,757,916 |

\* Earliest data in range (UTC time)

\*\* Latest data in range (UTC time)

# Sign up for our newsletter

Get crypto analysis, news and updates, right to your inbox! Sign up here so you don't miss a single one.

Enter your email...

Subscribe now

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy (/privacy/)**. If you continue to use this site, you consent to our use of cookies.

**Related Cryptocurrencies**



Atomic Coin (ATOM)(/currencies/atomic-coin/)     GeyserCoin (GSR)(/currencies/geysercoin/)

vSportCoin (VSC)(/currencies/vsportcoin/)     Crowdholding (YUP)(/currencies/crowdholding/)

Alphabit (ABC)(/currencies/alphabitcoinfund/)

© 2018 CoinMarketCap

## Useful Links

Advertise(/advertising/)          Request Form(/request/)

Professional API(https://pro.coinmarketcap.com)      Careers(/careers/)

Public API(/api/)               Blog(https://blog.coinmarketcap.com)

Disclaimer(/disclaimer/)         Newsletter(/newsletter/)

Privacy(/privacy/)            Facebook(https://www.facebook.com/CoinMarketCap)

Terms(/terms/)             Twitter(https://twitter.com/CoinMarketCap)

FAQ(/faq/)

Methodology(/methodology/)

## Night Mode

| Off | On |

## Downloads

(https://appstore.com/coinmarketcapcom/)

## Donate

BTC: 3CMCRgEm8HVz3DrWaCCid3vAANE42jcEv9

LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX

ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B

BCH: 1LVXG4Z4oF6TrJfmUfSuLX8nqb8c5eCwha

## Secure your crypto assets

Ledger(https://www.ledger.com/products/ledger-nano-s?r=70935dc26797)

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.



We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy(/privacy/)**. If you continue to use this site, you consent to our use of cookies.

Exhibit B-38

| username | email | escrow | BTC | address | txid | USD | date | original | owner | ZenCloud BTC address by account |
|---|---|---|---|---|---|---|---|---|---|---|
| sdrebel | michael@mpfeiffer.com | animo | 7 | 186p27nC2ywʒf9d04517dd85b | | 3360.7 | 9/13/2014 | dsevilla00@hx | David Sevilla | 19eRCMsqyuzjtyNoXtKSCddNQNAxpLE8T8 |
| warbigold | warbigold@mpfeiffer.com | animo | 1.7 | 1QDFtGTLdWⱨ757d3ec6f1a0e | | 690.84 | 9/27/2014 | José-Jalapeño | (warbigold@ɡ | 1JBt2YJ5LewsdcL2X8LN3mfd5ewNGksu9s |
| tripppn | tripppn@mpfeiffer.com | animo | 0.7 | 15RdbBhH9PF50f20cf3b2d2eʟ | | 330.45 | 9/12/2014 | Billy Winter | tripppn@hotr | 124PMoSBKckbNydxNdRmDiBaE7tgFfbASD |
| sheep | sheep@mpfeiffer.com | btcrow | 3.4 | 16AGS1XpQA\1e85c8994c47a | | 1,405.70 | 9/26/2014 | couchlife.co.n | Stan Calif | 1JTYUBeKKXAoB1yyvTWdSqx3HoNN1oH5bx |
| miningThailand | miningthailand@mpfeiffer.com | btcrow | 4.131775 | 1FWLwo52qZ4685787d41d8aⱨ | | 2161.5 | 8/26/2014 | | | 173pRat7uEb2R9RHRXu28NpfjnRcfwLUp7 |
| fierce | fierce@mpfeiffe | fjschiller@gmai | btcrow | 3.4565825 | 171hZ2R5UmAd0ee946574b0 | | 1,369.01 | 9/23/2014 | fjschiller@gmai | Frederick Schill | 1QBA2pSfpNFHHZy2Pu3JCz9LBR1gCi4qXa |
| banman24 | banman24@mpfeiffer.com | hashtalk | 0.27 | 17M5SERQ8t06aefa774e454 | | 110.74 | 9/25/2014 | | Keegan Banis | 136DUy9SHjHoChksmbAykhaD7x3vrnPuRk |
| destroyer | btcdestroyer@gmail.com | taylan | 0.19711225 | 1CTt5FQ3N4P¡6eee9b2e76d8 | | 70.91 | 10/11/2014 | btcdestroye | | 1BE54wm2nhLpDRYbZP6uAvcLyA4c27nEi2 |
| | zerocylinders@yahoo.com | merged into ma | 5.0775 | 13tZkXrUy7vjSlc843850c101aʟ | | 2,498.02 | 9/4/2014 | Jeff Volentine | zerocylinder | merged account: no separate address |
| | sserhan2@gmail.com | animo | 1.36 | 17hep4hFGfd€8c694af892f53 | | 319.5 | 9/6/2014 | | | merged account: no separate address |
| | | | | | | | | | | |
| etruscan | etruscan@mpfeiffer.com | not a purchased account | | | | | | | | 1Aggo3vco6afENygw6PV5wYg77wmbc9Ro3 |
| jedbell | jedcito@gmail.com | not a purchased account | | | | | | | | 1AZNx3RT65nUrE4UQhBnDcz8miRnUm998e |

| | | **Total BTC** | 27.2929698 | | | 12317.37 | **Total purchased accounts USD** |
|---|---|---|---|---|---|---|---|

| Total amount BTC invested a | Contents of account | | |
|---|---|---|---|
| 0.20054933 | see email breakout | 113.3 Primes  110 Genesis   1 Clever | |
| 0.048 | 19 Prime Hashlets | | |
| 0.11274964 | 10 Prime Hashlets | | |
| 0.34803071 | see email breakout | 67 x ZenHashl 18 x MultiHas 2 x Primes | 3 x Remembe 10 x GenesisHashlet |
| 0.71513708 | 113 Prime Hashlets | | |
| 0.0789924 | see email--> | 24Primes 2x911 23zen 160gh gen | |
| 0.0495 | | | |
| 0.09683287 | 2 Primes | | |
| 1.64979203 | 104 Primes | | |
| | 956 Primes | 2 hosted Bitmain Antminer 478Gh/s | |
| | | | |
| 128.4342919 | | | |
| 0.60877617 | | | |

# Exhibit B-39



Michael Pfeiffer <michael@mpfeiffer.com>

# Please confirm transaction #qgJZdJjHr653fc3c100db80

1 message

**btc-asia.com** <noreply@btcrow.com>                                      Tue, Aug 26, 2014 at 3:50 AM
Reply-To: info@btcrow.com
To: michael@mpfeiffer.com

### Confirm btcrow transaction #qgJZdJjHr653fc3c100db80

Please **click here** to confirm your email address and start the transaction.

https://btcrow.com/confirmemail.php?id=qCPl8Cx1ft53fc3c100eb27&t=b

**NOTE: FUNDS HAVE NOT YET BEEN RECEIVED FOR THIS ESCROW.**

Your email was entered as the buyer for btcrow.com transaction #qgJZdJjHr653fc3c100db80. Please check the escrow details below:

| | |
|---|---|
| **Description:** | Title to ZenMiner miningThailand 113 Hashlets acct |
| **Escrow Amount:** | 4.10000000 |
| **Buyer Email:** | michael@mpfeiffer.com |
| **Seller Email:** | breuster@gmail.com |
| **Escrow Fee:** | 0.06355000 |
| **Fee Payable by Buyer:** | 0.03177500 |
| **Fee Payable by Seller:** | 0.03177500 |
| **Total Payable by Buyer:** | 4.131775 |
| **Seller will Receive:** | 4.068225 |
| **Tracking:** | Not Required |
| **Maximum Shipping Time:** | 1 day |
| **Inspection Period:** | 2 days |

**Take Notice:**

- We do not recommend exchanging PayPal for Bitcoins due to chargeback fraud
- We will **NOT** send the escrow's payment address in an email. It can only be obtained via a secure link to btcrow.com

Regards,
btcrow.com
btcrow.com@gmail.com

Exhibit B-40

| | |
|---|---|
| **From:** | josh |
| **Sent:** | Monday, August 11, 2014 12:47 PM PDT |
| **To:** | carlos@geniusesatwork.com |
| **Subject:** | Ticket Assigned - GAW Wholesale Inquiry from Keegan Banister |

Hi Carlos Garza,

A new ticket has been assigned to you. Please follow the link below to view the ticket.

GAW Wholesale Inquiry from Keegan Banister

Name: Keegan Banister
Company:
Email: k.banman24@gmail.com
Phone:
Cell:
Inquiry: Hi, I'm looking to get good discounts on orders! I am apart of an asicgroupbuy on reddit and the members of the group would like to get the best price per megahash. I am also a seller on moolah.io and would love to sell your products on there. I myself am a active miner and supporter of gaw Miner's as I have 3 fury's! If I become registered I will most likely also sell on eBay, thanks!

To unsubscribe from this group and stop receiving emails from it, send an email to josh+unsubscribe@gawminers.com.

https://gawminers.freshdesk.com/helpdesk/tickets/23201

Exhibit B-41

From:     AnimoEsto
Sent:     Sat 9/06/2014 12:39 PM (GMT-04:00)
To:       "Michael Pfeiffer" <michael@mpfeiffer.com>
Cc:
Bcc:
Subject: RE: DEAL2

Six funding's – I will check it now ☺

**From:** Michael Pfeiffer [mailto:michael@mpfeiffer.com]
**Sent:** 06 September 2014 17:30
**To:** AnimoEsto
**Subject:** Re: DEAL2

Thank you, John,

I have initiated the funding of the account.
You should receive confirmations shortly.
How many confirmations do you usually require?

@Samer_Serhan, the transfer can be tracked on <u>blockchain.info</u> by entering the wallet address provided above

https://blockchain.info/address/17hep4hFGfd8mZRQNndSToHokVSoCNDsdC

Best,
Michael


On Sat, Sep 6, 2014 at 12:18 PM, AnimoEsto <me@animoesto.co.uk> wrote:

Hello Folks,


How we will do the deal is this


1)  The BTC Will be sent to 17hep4hFGfd8mZRQNndSToHokVSoCNDsdC – this is an OFFLINE WALLET

2)  You will then start the procedure (Copying me in at all times) that is described here
https://hashtalk.org/topic/3270/announcement-regarding-transferring-zencloud-hosted-miners

3)  Once I have confirmation that BOTH of you are happy with the transaction I will release the BTC a nominated Bitcoin Address of Samer Serhan ☺ (AKA – Micheal has the Hardware and Samer has done the transfer via GAWMiners)

4) That's it – quite simple really

If either of you wish to make a donation for escrow that is upto you – but please wait until the transaction is finished.

Thanks

John

**From:** Michael Pfeiffer [mailto:michael@mpfeiffer.com]
**Sent:** 06 September 2014 17:11
**To:** AnimoEsto; sserhan2@gmail.com
**Subject:** DEAL2

Dear @AnimoEsto

Thank you for offering to provide escrow to protect our transaction.

I, Michael Pfeiffer, am the buyer. @Samer_Serhan is the seller. The terms of the agreement are that I will pay 1.36 BTC in exchange for transfer of ownership to me of @Samer_Serhan 's 2 hosted Bitmain Antminer 478Gh/s units. They can be transfered to my zenminers account "miningThailand" associated with miningthailand@mpfeiffer.com. His email is: sserhan2@gmail.com.

With sserhan2@gmail.com's agreement, I will fund the wallet you indicate.

With gratitude.

Michael

CONFIDENTIAL

CONFIDENTIAL

GAW00690575

Exhibit B-42

**Release of Zencloud and Paybase Account Details**

# LETTER OF AUTHORIZATION

I, _____ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

**In Zencloud:**

Account #1: _____        Email #1: _____

Account #2: _____        Email #2: _____

Account #3: _____        Email #3: _____

Account #4: _____        Email #4: _____

Account #5: _____        Email #5: _____

Account #6: _____        Email #6: _____

Account #7: _____        Email #7: _____

Account #8: _____        Email #8: _____

Account #9: _____        Email #9: _____

Account #10: _____       Email #10: _____

**In Paybase:**

Account #1: _____        Email #1: _____

Account #2: _____        Email #2: _____

Account #3: _____        Email #3: _____

Account #4: _____        Email #4: _____

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: _____

Printed Name: _____

Signature: _____

Telephone Number: _____

Government Issued Identification ███████████████████

Type of Identification Document: _____ (Passport, Driver's License, Official ID)