# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, <br><br> Defendants. | Case No. 3:16-CV-00940-MPS <br><br> Hon. Michael P. Shea <br> ECF Case <br><br><br> November 19, 2018 |

## NOTICE OF MOTION
## TO EXCLUDE DECLARATIONS AND TESTIMONY OF
## <u>ROBERT MILLS AND LOU KERNER</u>

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law and Declaration of Sarah Cave, both dated November 19, 2018, and supporting documents filed therewith; and all other pleadings, papers, and proceedings herein, the undersigned counsel for Defendant Stuart A. Fraser will move this Court pursuant to Federal Rules of Evidence 401, 402, and 702, on such date and as such time as it may please the Court, for an Order excluding the Declarations and Testimony of Robert Mills and Lou Kerner, whom Plaintiffs offer as experts in support of Plaintiffs' Motion for Class Certification.

Dated: November 19, 2018

        HUGHES HUBBARD & REED LLP
        By: /s/ Sarah L. Cave

Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Sara E. Echenique (phv08436)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: Sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*