**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, | Civil Action No. 3:16-cv-00940 |
| Plaintiffs, | Honorable Michael P. Shea |
| vs. | Magistrate Judge Donna F. Martinez |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, | (ECF Case) |
| Defendants. | November 30, 2018 |

**AFFIRMATION OF SARAH L. CAVE IN FURTHER SUPPORT OF DEFENDANT STUART A. FRASER'S MOTION TO COMPEL DISCOVERY**

1. I am a partner at the law firm Hughes Hubbard & Reed LLP, counsel of record for Defendant Stuart A. Fraser ("Mr. Fraser") in this action, and I am fully familiar with the facts and circumstances in this case. I submit this affirmation in support of the accompanying reply brief in support of Mr. Fraser's motion to compel discovery, which seeks an order directing Plaintiffs to produce putative class member communications.

2. Exhibit A-1 a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Dean Allen Shinners ("Shinners") taken on July 25, 2018 in this action.

3. Exhibit A-2 is a true and correct copy of Plaintiff Michael Pfeiffer's October 11, 2015 Letter of Authorization for the Release of Zencloud and Paybase Account Details that Plaintiffs produced in this case without a Bates number.

I, Sarah L. Cave, hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: November 30, 2018

        Respectfully submitted,

        By: /s/ Sarah L. Cave

        Sarah L. Cave (phv08437)
        Hughes Hubbard & Reed LLP
        One Battery Park Plaza
        New York, NY 10004-1482
        Tel.: (212) 837-6000
        Fax: (212) 422-4726
        Email: sarah.cave@hugheshubbard.com

        *Attorneys for Defendant Stuart A. Fraser*