Release of Zencloud and Paybase Account Details

## LETTER OF AUTHORIZATION

I, _____ Michael Pfeiffer _____ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

**In Zencloud:**

| | | | |
|---|---|---|---|
| Account #1: | etruscan | Email #1: | etruscan@mpfeiffer.com |
| Account #2: | miningthailand | Email #2: | miningthailand@mpfeiffer.com |
| Account #3: | sdrebel | Email #3: | michael@mpfeiffer.com |
| Account #4: | fierce | Email #4: | fierce@mpfeiffer.com |
| Account #5: | warbigold | Email #5: | warbigold@mpfeiffer.com |
| Account #6: | tripppn | Email #6: | tripppn@mpfeiffer.com |
| Account #7: | sheep | Email #7: | sheep@mpfeiffer.com |
| Account #8: | banman24 | Email #8: | banman24@mpfeiffer.com |
| Account #9: | destroyer | Email #9: | destroyer@mpfeiffer.com |
| Account #10: | jedrbell | Email #10: | jedcito@gmail.com |

**In Paybase:**

| | | | |
|---|---|---|---|
| Account #1: | _____ | Email #1: | _____ |
| Account #2: | _____ | Email #2: | _____ |
| Account #3: | _____ | Email #3: | _____ |
| Account #4: | _____ | Email #4: | _____ |

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: 10/11/2015

Printed Name: Michael Pfeiffer

Signature: _____

Telephone Number: 215-915-0256

Government Issued Identification Number: ██████████  United States

Type of Identification Document: Passport (Passport, Driver's License, Official ID)