UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>NOVEMBER 30, 2018<br><br>JOINT MOTION REQUESTING THIRD EXTENSION OF FACT DISCOVERY FOR GARZA DEPOSITION |

Pursuant to D. Conn. L. Civ. R. 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly submit this motion requesting a third limited extension of the fact discovery deadline for the sole purpose of taking the deposition of former Defendant Homero Joshua Garza ("Garza").

The Court granted two previous extensions of the fact discovery deadline for the purpose of taking Garza's deposition due to scheduling difficulties and the likelihood of Garza invoking his Fifth Amendment rights if deposed before he was criminally sentenced. Garza was sentenced in September 2018 to a term of 21 months in a federal penitentiary.

Following the Garza sentencing, the parties have been diligently attempting to schedule the deposition. Initially, plaintiffs' counsel attempted to voluntarily schedule the deposition. Garza became non-responsive, and so plaintiffs' counsel had a skip trace run to determine Garza's whereabouts so he could be served with a subpoena. Plaintiffs investigated several different residences and a place of business, and are still in the process of determining Garza's whereabouts, but believe it should be possible to serve him with a subpoena, ideally before Garza is incarcerated. In the meantime, Defendant Fraser's motion to compel the production of notes taken during a 2016

meeting with Garza remains pending before Magistrate Judge Martinez.  The parties do not believe this extension of fact discovery will affect any other deadlines in the case.

      WHEREFORE, the parties request that the Court extend the fact discovery deadline for an additional three (3) months, until March 1, 2019, for the limited purpose of allowing the parties to take the deposition of former Defendant Garza.

DATED: November 30, 2018

Respectfully submitted,

| | |
|---|---|
| /s/ Colin Watterson | /s/ Sarah L. Cave |
| Colin Watterson (*pro hac vice*) | Daniel H. Weiner |
| cwatterson@susmangodfrey.com | daniel.weiner@hugheshubbard.com |
| Texas Bar No. 2409330 | Sarah L. Cave |
| Susman Godfrey L.L.P. | sarah.cave@hugheshubbard.com |
| 1000 Louisiana Street, Suite 5100 | Sara E. Echenique |
| Houston, TX  77002 | sara.echenique@hugheshubbard.com |
| Tel: (713) 651-9366 | Hughes Hubbard & Reed LLP |
| Fax: (713) 654-3367 | One Battery Park Plaza |
| | New York, NY  10004-1482 |
| Mark P. Kindall (ct13797) | Tel: (212) 837-6000 |
| mkindall@ikrlaw.com | Fax: (212) 422-4726 |
| Robert A. Izard | |
| rizard@ikrlaw.com | Sean M. Fisher (ct23087) |
| Izard, Kindall & Raabe, LLP | sfisher@bswlaw.com |
| 29 S. Main St., Suite 305 | Brenner, Saltzman & Wallman LLP |
| West Hartford, CT 06107 | 271 Whitney Avenue |
| Tel: (860) 493-6292 | New Haven, CT  06511 |
| Fax: (860) 493-6290 | Tel: (203) 772-2600 |
| | Fax: (203) 562-2098 |
| Marc Seltzer (*pro hac vice*) | |
| mseltzer@susmangodfrey.com | |
| California Bar No. 54534 | |
| Kathryn Hoek (*pro hac vice*) | |
| khoek@susmangodfrey.com | |
| California Bar No. 219247 | |
| Susman Godfrey L.L.P. | |
| 1900 Avenue of the Stars, Suite 1400 | |
| Los Angeles, CA 90067 | |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | |

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*