UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS,<br>LLC, and ZENMINER, LLC,<br><br>      Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>December 7, 2018<br><br>JUDGE MICHAEL P. SHEA<br>ECF CASE |

### JOINT MOTION TO EXTEND TIME AND PAGE LIMIT

  Plaintiffs and Defendant Stuart A. Fraser hereby move jointly for an extension of time and extension of page limits in this matter, as outlined below.

  This motion seeks to extend the time for Plaintiffs to respond to Defendant Stuart A. Fraser's Motion to Exclude Plaintiffs' Class Certification Experts (ECF No. 108) until December 21, 2018, and to extend the time for Defendant Stuart A. Fraser submit his reply in further support of his Motion to Exclude Plaintiffs' Class Certification Experts until January 22, 2019. Additionally, Plaintiffs seek to extend the page limit of their reply memorandum of law in further support of their Motion to Certify Class (ECF No. 107) to thirty (30) pages, from the default twenty (20) pages.

  Plaintiffs request the additional time to respond to the Motion to Exclude in order to coordinate with the current briefing schedule on the Motion to Certify Class. Plaintiffs request an additional ten pages for their reply in further support of their Motion to Certify Class in order to provide a complete response to Mr. Fraser's opposition. In support of his opposition, Mr. Fraser attached 132 documents, including a 42-page expert declaration. Plaintiffs believe that

1

the requested additional pages are necessary to fully address the arguments and evidentiary material presented by Mr. Fraser. Plaintiffs therefore request a 10-page extension.

If Plaintiffs' request for an extension of time is granted, Defendant Fraser seeks an additional two weeks' time to submit his reply in further support of his Motion to Exclude because his counsel (1) has previously-scheduled travel during the holiday week that follows the date on which Plaintiffs will file their response brief, and (2) anticipates travel on other client matters in early January 2019 such that additional time would be necessary to prepare the reply.

The requested extensions of time will not impact any other existing pre-trial deadlines in this case.

WHEREFORE, the parties submit that good cause for the extensions has been shown and request that this Motion be granted.

Respectfully submitted:

Dated: December 7, 2018

| SUSMAN GODFREY L.L.P. | HUGHES HUBBARD & REED LLP |
|---|---|
| By: s/ Colin Watterson | By: s/ Sarah L. Cave |
| Colin Watterson (pro hac vice) | Daniel H. Weiner (ct12180) |
| cwatterson@susmangodfrey.com | Sarah L. Cave (phv08437) |
| Texas Bar No. 2409330 | Sara E. Echenique (phv08436) |
| Susman Godfrey L.L.P. | Hughes Hubbard & Reed LLP |
| 1000 Louisiana Street, Suite 5100 | One Battery Park Plaza |
| Houston, TX 77002 | New York, NY 10004-1482 |
| Tel: (713) 651-9366 | Tel.: (212) 837-6000 |
| Fax: (713) 654-3367 | Fax: (212) 422-4726 |
| | Email: sarah.cave@hugheshubbard.com |
| Izard, Kindall and Raabe, LLP | |
| Mark P. Kindall (ct13797) | David R. Schaefer (ct04334) |
| E-mail: mkindall@ikrlaw.com | Sean M. Fisher (ct23087) |
| Robert A. Izard | Brenner, Saltzman & Wallman LLP |
| E-mail: rizard@ikrlaw.com | 271 Whitney Avenue |
| | New Haven, CT 06511 |

2

29 S. Main St., Suite 305  
West Hartford, CT 06107  
Tel: (860) 493-6292  
Fax: (860) 493-6290  

Marc Seltzer (pro hac vice)  
E-mail:mseltzer@susmangodfrey.com  
California Bar No. 54534  
Kathryn Hoek (pro hac vice)  
E-mail: khoek@susmangodfrey.com  
California Bar No. 219247  
SUSMAN GODFREY L.L.P.  
1901 Avenue of the Stars, Suite 950  
Los Angeles, CA 90067  
Tel: (310) 789-3100  
Fax: (310) 789-3150  

Seth Ard (pro hac vice)  
E-mail: sard@susmangodfrey.com  
New York Bar No. 4773982  
SUSMAN GODFREY L.L.P.  
1301 Avenue of the Americas, 32nd Floor  
New York, NY 10019-6022  
Tel: (212) 336-8330  
Fax: (212) 336-8340  

Edgar Sargent (pro hac vice)  
E-mail: esargetn@susmangodfrey.com  
Washington Bar No. 28283  
SUSMAN GODFREY L.L.P.  
1201 Third Avenue, Suite 3800  
Tel: (202) 516-3880  
Fax: (310) 789-3150  

*Attorneys for Plaintiffs*

Tel.: (203) 772-2600  
Fax: (203) 562-2098  
Email: sfisher@bswlaw.com  

*Attorneys for Defendant Stuart A. Fraser*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, a copy of the foregoing Joint Motion to Extend Time and Page Liimit was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                      Respectfully submitted,

                                       s/ Sarah L. Cave

                                      Sarah L. Cave (phv08437)
                                      Hughes Hubbard & Reed LLP
                                      One Battery Park Plaza
                                      New York, NY  10004-1482
                                      Tel.: (212) 837-6000
                                      Fax: (212) 422-4726
                                      Email: sarah.cave@hugheshubbard.com