EXHIBIT F

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | Case No. 3:16-cv-00940 |
|  ) | Hon. Michael P. Shea |
| Plaintiffs, ) ) | Courtroom 2 |
|  ) | ECF Case |
| vs. ) ) | Class Action |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), ) ) ) |  |
| Defendants. ) ) |  |

## REPLY DECLARATION OF ROBERT MILLS
## IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

I have personal knowledge of the facts in this declaration unless otherwise noted.

1.      I am an economist and Director at Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California.  Micronomics, Inc. is a subsidiary of ERS group, a national economic and statistical consulting firm.

2.      I have more than 20 years of economic research and consulting experience in areas including valuation of intellectual property and other assets, industrial organization, and the calculation of economic damages.  I have qualified as an expert on damages issues and have provided expert testimony before United States District Courts, state courts, and at arbitration.  A biographical summary is attached as Exhibit 1, which includes a list of the cases in which I have testified at deposition or trial during the past four years.

3.      For purposes of class certification, I have been asked to analyze two databases provided to me by counsel for the plaintiffs: the ZenCloud database and the Paybase database.  It is my understanding that these databases have been produced in this litigation as GAW00198630 and GAW00198631.

4.      The ZenCloud and Paybase databases that I have analyzed were restored by me from backup files provided by Susman Godfrey LLP, counsel for the plaintiffs.  I understand that Susman Godfrey LLP received these backup files from Adam Matlack, who received the backup files from Madeline Eden, a former employee of GAW Miners, LLC ("GAW Miners").  I further understand that neither Mr. Matlack nor Susman Godfrey LLP has altered the data contained in these backup files.[1]  I used a widely-deployed, open source database software package called MariaDB to restore the ZenCloud and Paybase databases from the backup files.  I used

---

[1].    December 6, 2018 email from Adam Matlock to Colin Watterson.

MariaDB for this purpose because information within the backup files indicates that MariaDB was the software used to create the backup files.

   5. The ZenCloud and Paybase databases are relational databases.  Relational databases comprise tables of data that are structured in a specific way to facilitate efficient management, access, and analysis of the underlying data.  Each table in a relational database is organized into a number of columns and rows.  The columns in each table of data represent an attribute while each row represents an observation of that attribute.  A table of customer data, for example, might include attributes such as the customer name, address, and email address.  Each of these attributes corresponds to a column in the table.  Each row in the table provides data concerning these attributes for a specific customer.  Each row in a relational database also includes a unique key that can be used to link the row to one or more rows of data in another table of data.  So, for example, a specific customer in a customer table might be linked to one or more transactions in a sales table as shown in the figure below.

**Customer Table**

| Customer Key | Name | Address | Email Address |
|---|---|---|---|
| 1 | John Doe | 1234 Main Street | johndoe@email.com |
| 2 | Jane Doe | 789 First Street | janedoe@email.com |

**Sales Table**

| Sales Key | Product | Quantity | Price | Customer Id |
|---|---|---|---|---|
| 1 | Red Widget | 5 | $31.25 | 1 |
| 2 | Blue Widget | 2 | $12.50 | 2 |
| 3 | Green Widget | 7 | $43.75 | 2 |

6.      Relational databases are created using a computer language known as structured query language ("SQL").  SQL also is used to perform tasks such as adding data to a relational database and retrieving data of interest from a relational database.

7.      The ZenCloud database includes 36 tables that are populated with data. Attached as <u>Exhibit 2</u> is a list of the columns from each of the tables in the ZenCloud database.  In total there are 485 columns and approximately 115.9 million rows of data contained in these 36 tables.

8.      The Paybase database includes 19 tables that are populated with data. Attached as <u>Exhibit 3</u> is a list of the columns from each of the tables in the Paybase database.  In total there are 230 columns and approximately 805,000 rows of data contained in these 19 tables.

9.      The ZenCloud database contains a table called "users" that includes 277,323 observations (i.e., rows of data).[2]  The ZenCloud database also contains a table called "transactions" that includes 35,327,181 observations.[3]  A column called "id" in the users table corresponds to a column called "userId" in the transactions table.  Accordingly, it is possible to correlate specific transactions included in the transactions table to users identified in the users table.

10.      It also is possible to correlate certain transactions, orders, and additional data contained in other tables from the ZenCloud database to specific users in the users table.[4]  For example, there is a table in the ZenCloud database called "orders" and the orders reflected in that

---

[2].   SQL: SELECT COUNT(*) FROM users;

[3].   SQL: SELECT COUNT(*) FROM transactions;

[4].   Likewise, it is possible to link various transactions reported in tables in the Paybase database to users in the users table from that database.

Declaration of Robert Mills                                                                                     3

table often can be linked to users in the users table using the "email" columns in the orders and users tables.[5]

   11. The transactions table from the ZenCloud database includes 274,421 transactions for which the transaction type is "purchase" and the status is "completed."[6]  There are 15,584 users in the users table with at least one completed purchase in the transactions table.[7]

   12. The transactions table includes 96,470 transactions for which the transaction type is "fund" and the status is "completed."[8]  There are 16,215 users in the users table with at least one completed fund transaction in the transactions table.[9]

   13. The transactions table includes 400,862 transactions for which the transaction type is "withdraw" and the status is "completed."[10]  There are 16,068 users in the users table with at least one completed withdraw transaction of $1.00 or more in the transactions table.[11]

   14. It is my understanding that more than one user identified in the users table may be associated with the same individual.  I understand, for example, that an individual could create two ZenCloud accounts, in which case two users in the users table would be associated with that individual.  I further understand that at least one individual purchased ZenCloud accounts

---

5. Additionally, orders in the orders table can be correlated to users in the users table by linking the "id" column from the orders table to the "orderId" column from a table called "order_devices"; linking the "deviceId" column from the order_devices table to the "id" column from a table called "devices"; and linking the "userId" column from the devices table to the "id" column from the users table.

6. SQL: SELECT COUNT(*) FROM transactions WHERE status="completed" AND type="purchase";

7. SQL: SELECT COUNT(DISTINCT(users.id)) FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.status="completed" AND transactions.type="purchase";

8. SQL: SELECT COUNT(*) FROM transactions WHERE status="completed" AND type="fund";

9. SQL: SELECT COUNT(DISTINCT(users.id)) FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.status="completed" AND transactions.type="fund";

10. SQL: SELECT COUNT(*) FROM transactions WHERE status="completed" AND type="withdraw";

11. SQL: SELECT COUNT(DISTINCT(users.id)) FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.status="completed" AND transactions.type="withdraw" AND transactions.usdAmount<=-1;

---

Declaration of Robert Mills                 4

from other individuals, which could result in more than one user in the users table being associated with an individual.

15.     Although I understand from counsel for plaintiffs that a user-by-user calculation of damages may be appropriate given the nature of this matter, the users table provides information that could be useful for purposes of correlating users in the users table to individual members of the class if necessary.  For example, the users table provides a unique email address for each of the 277,323 users in the users table.[12]  It would be possible to devise an algorithm to search for similar email addresses within the users table on a class-wide basis.  The same is true with respect to the name, phone, and address columns from the users table when such data is available.

16.     Although the name, phone, and address columns from the users table often are not populated with data, the rate at which these columns are populated is greater for users with completed purchases reflected in the transactions table compared to users without completed purchases.  As discussed, there are 15,584 users in the users table with at least one completed purchase in the transactions table.  The name, phone, or address columns are populated for 34 percent of these users (5,294 users).[13]  The rate at which these columns are populated is even greater when users that account for a significant share of the completed purchases are considered. The top 1,025 users in terms of the value of completed purchases reflected in the transactions table account for approximately 75 percent of the value of all completed purchases reflected in that

---

12.   SQL: SELECT COUNT(DISTINCT(email)) FROM users;

13.   SQL: SELECT COUNT(DISTINCT(userId)) FROM transactions JOIN users ON transactions.userid=users.id WHERE transactions.status="completed" AND transactions.type="purchase" AND (users.name!="" OR users.phone!="" OR users.address!="");

Declaration of Robert Mills                                                                                                   5

table.[14]   The name, phone, or address columns are populated for 544 of these 1,025 users (53

percent).[15]   Users for which the name, phone, or address columns are populated account for 58

percent of the value of completed purchases reflected in the transactions table.[16]

17.     The rate at which the name, phone, or address columns are populated also

is significantly greater for users with completed fund transactions reflected in the transactions table

compared to users without completed fund transactions.  As discussed, there are 16,215 users in

the users table with at least one completed fund transaction.  The name, phone, or address columns

are populated for 32 percent of these users (5,225 users).[17]   The rate at which these columns are

populated is even greater when users that account for a significant share of the completed fund

transactions are considered.  The top 881 users in terms of the value of completed fund transactions

reflected in the transactions table account for approximately 75 percent of the value of all

completed fund transactions reflected in that table.[18]   The name, phone, or address columns are

---

14.   SQL: SELECT COUNT(DISTINCT(userId)), SUM(btcTotal) FROM (SELECT userId, SUM(btcAmount) AS "btcTotal" FROM transactions WHERE transactions.status="completed" AND transactions.type="purchase" GROUP BY userId HAVING SUM(btcAmount)<-8) purchasers;

SQL: SELECT COUNT(DISTINCT(userId)), SUM(btcTotal) FROM (SELECT userId, SUM(btcAmount) AS "btcTotal" FROM transactions WHERE transactions.status="completed" AND transactions.type="purchase" GROUP BY userId) purchasers;

15.   SQL: SELECT COUNT(DISTINCT(purchasers.userId)) FROM (SELECT transactions.userId, users.name, users.phone, users.address, SUM(transactions.btcAmount) FROM transactions JOIN (users) ON (transactions.userid=users.id) WHERE transactions.status="completed" AND transactions.type="purchase" GROUP BY transactions.userId HAVING SUM(transactions.btcAmount)<-8) purchasers WHERE purchasers.name!="" OR purchasers.phone!="" OR purchasers.address!="";

16.   SQL: SELECT COUNT(DISTINCT(purchasers.userId)), SUM(purchasers.btcTotal) FROM (SELECT transactions.userId, users.name, users.phone, users.address, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userid=users.id WHERE transactions.status="completed" AND transactions.type="purchase" GROUP BY transactions.userId) purchasers WHERE purchasers.name!="" OR purchasers.phone!="" OR purchasers.address!="";

17.   SQL: SELECT COUNT(DISTINCT(userId)) FROM transactions JOIN users ON transactions.userid=users.id WHERE transactions.status="completed" AND transactions.type="fund" AND (users.name!="" OR users.phone!="" OR users.address!="");

18.   SQL: SELECT COUNT(DISTINCT(funders.id)), SUM(funders.btcTotal) FROM (SELECT users.id, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userId=users.id

populated for 437 of these 881 users (50 percent).[19]  Users for which the name, phone, or address columns are populated account for 55 percent of the value of completed fund transactions reflected in the transactions table.[20]

18.     Similarly, the rate at which the name, phone, or address columns are populated is significantly greater for users with at least one completed withdraw transaction of $1.00 or more reflected in the transactions table compared to users without a completed withdraw transaction of $1.00 or more.  As discussed, there are 16,068 users in the users table with at least one completed withdraw transaction of $1.00 or more.  The name, phone, or address columns are populated for 31 percent of these users (5,004 users).[21]  The rate at which these columns are populated is even greater when users that account for a significant share of the completed withdraw transactions are considered.  The top 810 users in terms of the value of completed withdraw transactions of $1.00 or more reflected in the transactions table account for approximately 75 percent of the value of all completed withdraw transactions of $1.00 or more reflected in that

---

  WHERE transactions.type="fund" AND transactions.status="completed" GROUP BY users.id HAVING SUM(btcAmount)>7.5) funders;

  SQL: SELECT COUNT(DISTINCT(funders.id)), SUM(funders.btcTotal) FROM (SELECT users.id, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="fund" AND transactions.status="completed" GROUP BY users.id) funders;

19. SQL: SELECT COUNT(DISTINCT(funders.id)) FROM (SELECT users.id, users.name, users.phone, users.address, SUM(transactions.btcAmount) FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="fund" AND transactions.status="completed" GROUP BY users.id HAVING SUM(btcAmount)>7.5) funders WHERE funders.name!="" OR funders.phone!="" OR funders.address!="";

20. SQL: SELECT COUNT(DISTINCT(funders.id)), SUM(funders.btcTotal) FROM (SELECT users.id, users.name, users.phone, users.address, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="fund" AND transactions.status="completed" GROUP BY users.id) funders WHERE funders.name!="" OR funders.phone!="" OR funders.address!="";

21. SQL: SELECT COUNT(DISTINCT(userId)) FROM transactions JOIN users ON transactions.userid=users.id WHERE transactions.status="completed" AND transactions.type="withdraw" AND transactions.usdAmount<=-1 AND (users.name!="" OR users.phone!="" OR users.address!="");

---

Declaration of Robert Mills                                                 7

table.[22]   The name, phone, or address columns are populated for 424 of these 810 users (52

percent).[23]   Users for which the name, phone, or address columns are populated account for 53

percent of the value of completed withdraw transactions of $1.00 or more reflected in the

transactions table.[24]

    19.  Many of the email addresses in the users table from the Paybase database

match email addresses in the users table from the ZenCloud database.  Matching email addresses

in these databases provides a way to populate additional rows of the name, phone, and address

columns in the ZenCloud database because the Paybase database often includes name, phone, or

address data that are not available in the ZenCloud database for the same email address.  Joining

name, phone, and address data from the Paybase database with the ZenCloud database increases

the share of users in the users table from the ZenCloud database for which the name, phone, or

address columns are populated.  Employing this approach, users for which the name, phone, or

address columns are populated account for 73 percent of the value of completed purchases

---

22. SQL: SELECT COUNT(DISTINCT(withdraw.id)), SUM(withdraw.btcTotal) FROM (SELECT users.id, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="withdraw" AND transactions.status="completed" AND transactions.usdAmount<=-1 GROUP BY users.id HAVING SUM(btcAmount)<-10.7) withdraw;

 SQL: SELECT COUNT(DISTINCT(withdraw.id)), SUM(withdraw.btcTotal) FROM (SELECT users.id, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="withdraw" AND transactions.status="completed" AND transactions.usdAmount<=-1 GROUP BY users.id) withdraw;

23. SQL: SELECT COUNT(DISTINCT(withdraw.id)) FROM (SELECT users.id, users.name, users.phone, users.address, SUM(transactions.btcAmount) FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="withdraw" AND transactions.status="completed" AND transactions.usdAmount<=-1 GROUP BY users.id HAVING SUM(btcAmount)<-10.7) withdraw WHERE withdraw.name!="" OR withdraw.phone!="" OR withdraw.address!="";

24. SQL: SELECT COUNT(DISTINCT(withdraw.id)), SUM(withdraw.btcTotal) FROM (SELECT users.id, users.name, users.phone, users.address, SUM(transactions.btcAmount) AS "btcTotal" FROM transactions JOIN users ON transactions.userId=users.id WHERE transactions.type="withdraw" AND transactions.status="completed" AND transactions.usdAmount<=-1 GROUP BY users.id) withdraw WHERE withdraw.name!="" OR withdraw.phone!="" OR withdraw.address!="";

---

reflected in the transactions table.[25]   Users for which the name, phone, or address columns are populated account for 71 percent of the value of completed fund transactions reflected in the transactions table.[26]   Users for which the name, phone, or address columns are populated account for 64 percent of the value of completed withdraw transactions of $1.00 or more reflected in the transactions table.[27]

        20.     I also have analyzed online customer sales data provided by counsel for the plaintiffs ("Shopify data") and found that the email addresses in the Shopify data often match email addresses in the users table from the ZenCloud database.[28]   Matching email addresses in the Shopify data and the users table from the ZenCloud database provides a way to populate additional

---

25. SQL: SELECT COUNT(DISTINCT(comb.id)), SUM(btcTotal) FROM (SELECT gaw.users.id, gaw.users.name, gaw.users.phone, gaw.users.address, SUM(gaw.transactions.btcAmount) AS btcTotal, paybase_prod.users.name AS name2, paybase_prod.users.phone AS phone2, paybase_prod.users.address AS address2 FROM gaw.users LEFT JOIN paybase_prod.users ON gaw.users.email=paybase_prod.users.email INNER JOIN gaw.transactions ON gaw.users.id=gaw.transactions.userid WHERE gaw.transactions.status="completed" AND gaw.transactions.type="purchase" GROUP BY gaw.users.id) comb WHERE comb.name!="" OR comb.name2!= "" OR comb.phone!= "" OR comb.phone2!= "" OR comb.address!= "" OR comb.address2!= "";

26. SQL: SELECT COUNT(DISTINCT(comb.id)), SUM(btcTotal) FROM (SELECT gaw.users.id, gaw.users.name, gaw.users.phone, gaw.users.address, SUM(gaw.transactions.btcAmount) AS btcTotal, paybase_prod.users.name AS name2, paybase_prod.users.phone AS phone2, paybase_prod.users.address AS address2 FROM gaw.users LEFT JOIN paybase_prod.users ON gaw.users.email=paybase_prod.users.email INNER JOIN gaw.transactions ON gaw.users.id=gaw.transactions.userid WHERE gaw.transactions.status="completed" AND gaw.transactions.type="fund" GROUP BY gaw.users.id) comb WHERE comb.name!="" OR comb.name2!= "" OR comb.phone!= "" OR comb.phone2!= "" OR comb.address!= "" OR comb.address2!= "";

27. SQL: SELECT COUNT(DISTINCT(comb.id)), SUM(btcTotal) FROM (SELECT gaw.users.id, gaw.users.name, gaw.users.phone, gaw.users.address, SUM(gaw.transactions.btcAmount) AS btcTotal, paybase_prod.users.name AS name2, paybase_prod.users.phone AS phone2, paybase_prod.users.address AS address2 FROM gaw.users LEFT JOIN paybase_prod.users ON gaw.users.email=paybase_prod.users.email INNER JOIN gaw.transactions ON gaw.users.id=gaw.transactions.userid WHERE gaw.transactions.status="completed" AND gaw.transactions.type="withdraw" AND gaw.transactions.usdAmount<=-1 GROUP BY gaw.users.id) comb WHERE comb.name!="" OR comb.name2!= "" OR comb.phone!= "" OR comb.phone2!= "" OR comb.address!= "" OR comb.address2!= "";

28. I understand that the Shopify data was produced in this litigation in connection with a subpoena to an individual named David McLain. I understand from counsel that Mr. McLain did not mark the documents he produced with Bates numbers. The Shopify data I analyzed was from an Excel spreadsheet that was attached to an April 9, 2015 email from David McLain to Juan Marcelino.

---

user names in the ZenCloud database because the Shopify data often include name data that are not available in the ZenCloud database for the same email address. Joining the name data from the Shopify data with the ZenCloud database increases the share of users in the users table from the ZenCloud database for which the name, phone, or address columns are populated. After incorporating the Shopify data into the analysis (along with the Paybase database user data discussed above), users for which the name, phone, or address columns are populated account for 91 percent of the value of completed purchases reflected in the transactions table.[29] Users for which the name, phone, or address columns are populated account for 89 percent of the value of completed fund transactions reflected in the transactions table.[30] Users for which the name, phone, or address columns are populated account for 88 percent of the value of completed withdraw transactions of $1.00 or more reflected in the transactions table.[31]

---

29. SQL: SELECT COUNT(DISTINCT(comb.id)), SUM(btcTotal) FROM (SELECT gaw.users.id, gaw.users.name, gaw.users.phone, gaw.users.address, SUM(gaw.transactions.btcAmount) AS btcTotal, paybase_prod.users.name AS name2, paybase_prod.users.phone AS phone2, paybase_prod.users.address AS address2, shopify.sales.name AS name3 FROM gaw.users LEFT JOIN paybase_prod.users ON gaw.users.email=paybase_prod.users.email LEFT JOIN shopify.sales ON shopify.sales.email=gaw.users.email INNER JOIN gaw.transactions ON gaw.users.id=gaw.transactions.userid WHERE gaw.transactions.status="completed" AND gaw.transactions.type="purchase" GROUP BY gaw.users.id) comb WHERE comb.name!="" OR comb.name2!="" OR comb.name3!="" OR comb.phone!="" OR comb.phone2!="" OR comb.address!="" OR comb.address2!="";

30. SQL: SELECT COUNT(DISTINCT(comb.id)), SUM(btcTotal) FROM (SELECT gaw.users.id, gaw.users.name, gaw.users.phone, gaw.users.address, SUM(gaw.transactions.btcAmount) AS btcTotal, paybase_prod.users.name AS name2, paybase_prod.users.phone AS phone2, paybase_prod.users.address AS address2, shopify.sales.name AS name3 FROM gaw.users LEFT JOIN paybase_prod.users ON gaw.users.email=paybase_prod.users.email LEFT JOIN shopify.sales ON shopify.sales.email=gaw.users.email INNER JOIN gaw.transactions ON gaw.users.id=gaw.transactions.userid WHERE gaw.transactions.status="completed" AND gaw.transactions.type="fund" GROUP BY gaw.users.id) comb WHERE comb.name!="" OR comb.name2!="" OR comb.name3!="" OR comb.phone!="" OR comb.phone2!="" OR comb.address!="" OR comb.address2!="";

31. SQL: SELECT COUNT(DISTINCT(comb.id)), SUM(btcTotal) FROM (SELECT gaw.users.id, gaw.users.name, gaw.users.phone, gaw.users.address, SUM(gaw.transactions.btcAmount) AS btcTotal, paybase_prod.users.name AS name2, paybase_prod.users.phone AS phone2, paybase_prod.users.address AS address2, shopify.sales.name AS name3 FROM gaw.users LEFT JOIN paybase_prod.users ON gaw.users.email=paybase_prod.users.email LEFT JOIN shopify.sales ON shopify.sales.email=gaw.users.email INNER JOIN gaw.transactions ON gaw.users.id=gaw.transactions.userid WHERE gaw.transactions.status="completed" AND gaw.transactions.type="withdraw" AND gaw.transactions.usdAmount<=-1 GROUP BY gaw.users.id) comb WHERE comb.name!="" OR

21.     It is my understanding that GAW Miners converted users' hashpoints to Paycoins in December 2014.  Completed conversions are recorded in the Paycoins table in the ZenCloud database.  The Paycoins table reflects conversions on three dates: December 18, 2014 (conversions amounting to 2,946,291.97 Paycoins associated with 12,364 users); December 22, 2014 (conversions amounting to 155,474.18 Paycoins associated with 6,877 users); and December 27, 2014 (conversions amounting to 85.29 Paycoins associated with 12 users).[32]  In total, these reported conversions amount to 3,101,851.44 Paycoins and they are associated with 12,431 users from the users table in the ZenCloud database.[33]

22.     The ZenCloud database contains a table called "auditlogs" that records, among other things, possible fraudulent activities by users.  The "notes" column from the auditlogs table provides a brief description of these activities.  By way of example, there are references to users exploiting the referral system, potential credit card fraud, negative account balances, and credit card chargebacks.  The "details" column from the auditlogs table provides information concerning the action that was taken in response to the potential fraudulent activity, e.g., "user lock placed," "withdrawal hold placed."  These activities are associated with specific users in the users table.

23.     The auditlogs table also identifies numerous users from the users table that reportedly were employees of GAW Miners.  The notes column from the auditlogs table indicates that withdrawal holds were placed on "employee accounts."  The notes column also indicates that

---

comb.name2!="" OR comb.name3!="" OR comb.phone!="" OR comb.phone2!="" OR comb.address!="" OR comb.address2!="";

32.   SQL: SELECT DATE(createdAt), COUNT(DISTINCT(userId)), SUM(xpyAmount) FROM paycoins WHERE type="credit" AND status="completed" AND notes="convert hp to xpy" GROUP BY DATE(createdAt);

33.   SQL: SELECT COUNT(DISTINCT(userId)), SUM(xpyAmount) FROM paycoins WHERE type="credit" AND status="completed" AND notes="convert hp to xpy";

---

Declaration of Robert Mills                                                                          11

employee accounts were locked "per Dan/Dave/Jonah" as of March 7, 2015.  These employee accounts encompass 60 users from the users table in the ZenCloud database.[34]  A list of these employee users is provided at Exhibit 4.

24.     I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Executed on December 21, 2018, at Redondo Beach, California.


_____
Robert Mills

---

34.   SQL: SELECT COUNT(DISTINCT(userId)) FROM auditlogs WHERE notes LIKE "%employee account%";

**EXHIBIT 1**

Micronomics
Forty-Sixth Floor
777 South Figueroa Street
Los Angeles, California 90017
Tel: 213 629 2655
Fax: 213 688 8899
www.micronomics.com

## MICRONOMICS
*Economic Research & Consulting*

## ROBERT MILLS
### Director

Robert Mills has extensive experience quantifying economic damages in connection with commercial litigation.  He has served as an expert witness or consultant in a wide range of matters, including patent, trademark and copyright infringement, theft of trade secrets, breach of contract, interference, conversion, fraud, predatory pricing, attempted monopolization, and labor disputes.  His consulting experience spans many industries, including software, semiconductors, telecommunications, manufacturing, apparel, insurance, energy, entertainment, waste, real estate, sporting goods, health care, pharmaceuticals, and medical devices, among others.  Mr. Mills has testified as an economic expert in Federal District Court, state courts in multiple jurisdictions, and at arbitration.  He has appeared at mediation venues and before the U.S. Department of Justice.

Mr. Mills also engages in economic research and consulting activities outside the context of litigation.  He has assessed the anticipated competitive effects of mergers and joint ventures on behalf of government regulatory agencies and merging parties; developed forecasts and strategic recommendations for government agencies and clients involved with real estate development; and assisted clients with the valuation of intangible assets and entire businesses.

**FIELDS OF CONCENTRATION**

> Intellectual Property; Industrial Organization; Economic Valuation and Damages Calculations

**EMPLOYMENT**

> Micronomics, 1998 – present (affiliated with InteCap, Inc., 2000 – 2003)
> > Los Angeles, California

> Hobson Johnson & Associates
> > Associate, 1996 – 1998
> > Portland, Oregon

> University of California, Santa Barbara
> > Teaching Assistant, Department of Economics, 1994 – 1995
> > Santa Barbara, California

**SELECTED CONSULTING EXPERIENCE**

Economic Damages/Lost Profits

- Calculated lost profits on behalf of plaintiffs and defendants in connection with contract disputes, patent infringement, fraud, interference, antitrust, and other causes of action. Addressed lost sales, incremental cost, market definition, capacity, foreseeability, mitigation, and alter ego issues.

- Quantified relevant profits under disgorgement theories of damages.

- Determined magnitude of alleged underpayment of overtime to a class of exempt employees on behalf of a national retail chain.

- Quantified lost earnings and benefits in connection with wrongful termination and personal injury matters.

- Determined damages resulting from cost of insurance rate increases in the life insurance industry.

- Analyzed irreparable harm issues in connection with motions for temporary restraining orders and preliminary injunctions.

Intellectual Property

- Determined reasonable royalties and calculated lost profits in connection with patent infringement matters on behalf of patent owners and alleged infringers. Addressed royalty base, reasonable royalty rates, commercial success, non-infringing substitutes, availability, comparability, capacity constraints, convoyed sales, price erosion damages, and the entire market value rule.

- Calculated damages on behalf of clients involved with theft of trade secrets, trademark infringement, and copyright infringement litigation.

- Reviewed numerous license and cross-license agreements covering technologies related to telecommunications, semiconductors, software, sporting goods, medical devices, security, construction materials, motion control, and consumer products, among other industries.

- Assisted with the negotiation of patent license agreements.

Valuation

- Valued controlling and minority interests in closely held businesses. Addressed issues of liquidity, marketability, comparability, and the cost of capital.

- Valued stock options, earn-outs, and escrowed contingencies in connection with acquisitions and intellectual property transfers.

- Analyzed commercial and industrial real estate appraisals and made strategic recommendations to government agencies contemplating real estate transactions.

Antitrust

- Assessed the anticipated competitive effects of mergers, acquisitions, and joint ventures on behalf of government regulatory agencies as well as merging parties.

- Estimated anticipated post-merger prices using merger simulation techniques on behalf of a manufacturer of branded consumer products.  Presented findings to U.S. Department of Justice.

- Conducted studies of market definition, attempted monopolization, below-cost pricing, price discrimination, and economic damages on behalf of plaintiffs and defendants involved with antitrust litigation.

- Evaluated price fixing allegations in the semiconductor industry.

- Analyzed relevant markets and economic damages in connection with a patent misuse claim.

- Conducted econometric analyses of pricing and output in a matter involving price fixing allegations.

Real Estate

- Assisted government agencies with eminent domain compensation issues.

- Prepared numerous feasibility studies and financial projections for income producing properties, including commercial, industrial, residential, and resort projects.

- Prepared forecasts of vacancy, absorption, rental rates, and new construction for financial institutions, government agencies, and real estate developers.

- Conducted study of student housing options on behalf of a university. Recommended adjustments to university housing rental rates and determined target rates for planned development.

- Recommended development strategies to numerous real estate developers. Addressed product size, mix, location, and other qualitative factors.

- Calculated damages caused by interference with development of a master planned community.

Cost-Benefit Analysis

- Estimated the economic, fiscal, and social impact of instituting system development fees for new real estate development.

- Assisted a multi-jurisdiction planning commission in assessing economic, fiscal and social impacts of anticipated demilitarization.

- Advised the developer of a major destination resort of the economic and fiscal impacts of the proposed project.

- Advised client of financial and other costs and benefits of relocating headquarters and manufacturing operations.

- Assessed the impact of a large retail establishment on small retailers located near its stores.

- Recommended development strategies to a port authority based on analysis of the costs and benefits of its options.

Econometrics

- Developed econometric models used to assess the competitive impacts of proposed mergers.

- Estimated own- and cross-price elasticity of demand for differentiated products in the baking industry.

- Prepared and evaluated revenue and earnings forecasts on behalf of plaintiffs and defendants involved with commercial litigation.

- Evaluated econometric models provided to a government regulatory agency by parties contemplating a merger.

- Developed econometric models used to measure the effects of economic events on the value of firms.

- Assisted clients with survey design, sampling, and hypothesis testing.

Risk Analysis

- Assisted law firms, corporate legal departments, and mediators with assessments of litigation risk and the expected value of litigation.

- Analyzed risk associated with litigation versus settlement in insurance claim disputes on behalf of insurers and insured parties.

**RECENT TESTIMONY**

1. *HTC Corporation, et al. v. Telefonaktiebolaget LM Ericsson, et al.*
   United States District Court, District of Texas
   Case No. 6:18-cv-00243-JRG
   Breach of Contract
   Report, Deposition

2. *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*
   United States District Court, District of Connecticut
   Case No. 3:16-cv-00940
   Fraud
   Report, Deposition

3. *Helen Hanks v. The Lincoln Life & Annuity Company of New York, et al.*
   United States District Court, Southern District of New York
   Case No. 16-CV-6399
   Breach of Contract and Unjust Enrichment
   Reports, Deposition

4. *37 Besen Parkway, LLC v. John Hancock Life Insurance Company (U.S.A.)*
   United States District Court, Southern District of New York
   Case No. 1:15-CV-9924
   Breach of Contract
   Report, Deposition

5. *Network-1 Technologies, Inc. v. Alcatel-Lucent USA Inc., et al.*
   United States District Court, Eastern District of Texas
   Case No. 6:11-cv-00492-RWS-KNM
   Patent Infringement
   Reports, Deposition, Trial

6. *Isaac Jakobovits v. Allianz Life Insurance Company of North America*
   United States District Court, Southern District of New York
   Case No. 1:15-CV-9977
   Breach of Contract
   Report, Deposition

7. *Realtime Data LLC d/b/a IXO v. Actian Corporation, et al.*
   United States District Court, Eastern District of Texas
   Case No. 6:15-CV-463-RWS-JDL
   Patent Infringement
   Reports, Hearing, Depositions, Trial

8. *Chrimar Systems, Inc. v. ADTRAN Inc., et al.*
   United States District Court, Eastern District of Texas
   Case No. 6:15-CV-618-JRG-JDL
   Patent Infringement
   Reports, Deposition, Trial

9. *VideoShare, LLC v. Google Inc., et al.*
   United States District Court, District of Delaware
   Case No. 13-CV-990-GMS
   Patent Infringement
   Report, Deposition

10. *Chrimar Systems, Inc. v. Alcatel-Lucent S.A., et al.*
    United States District Court, Eastern District of Texas
    Case No. 6:15-CV-163-JDL
    Patent Infringement
    Reports, Hearing, Depositions, Trial

11. *Chrimar Systems, Inc. v. Cisco Systems, Inc., et al.*
    United States District Court, Northern District of California
    Case No. 4:13-cv-1300
    Patent Infringement, Antitrust
    Reports, Deposition

12. *Ericsson Inc., et al. v. TCL Communication Technology Holdings Ltd., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:15-cv-00011
    Patent Infringement
    Reports, Depositions, Trial

13. *SimpleAir, Inc. v. Google, Inc., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:14-cv-00011
    Patent Infringement
    Reports, Deposition

14. *ZiiLabs, Inc., Ltd. v. Samsung Electronics Co., Ltd., et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:14-CV-203
    Patent Infringement
    Report, Depositions

15. *DataQuill Limited v. ZTE Corporation, et al.*
United States District Court, Eastern District of Texas
Case No. 2:13-CV-634
Patent Infringement
Reports, Deposition, Trial

16. *Ahmed Hussein v. UBS Financial Services, Inc.*
FINRA Dispute Resolution
Case No. 14-00162
Breach of Contract
Reports, Trial

17. *Unwired Planet LLC v. Apple Inc.*
United States District Court, Northern District of California
Case No. 3:13-CV-04134-VC
Patent Infringement
Reports, Deposition

18. *AAMP of Florida, Inc. v. Automotive Data Solutions, Inc.*
United States District Court, Middle District of Florida
Case No. 8:13-CV-02019-MSS-TGW
Patent Infringement
Report, Deposition

19. *Malibu Boats, LLC v. Nautique Boat Company, Inc.*
United States District Court, Eastern District of Tennessee
Case No. 3:13-CV-00656
Patent Infringement
Reports, Deposition

20. *Droplets, Inc. v. Overstock.com, Inc., et al.*
United States District Court, Eastern District of Texas
Case No. 2:11-CV-401
Patent Infringement
Reports, Deposition, Trial

21. *Smartflash, LLC, et al. v. Apple Inc., et al.*
United States District Court, Eastern District of Texas
Case Nos. 6:13-CV-447 and 6:13-CV-448
Patent Infringement
Reports, Depositions, Trial

22. *SimpleAir, Inc. v. Microsoft Corporation, et al.*
    United States District Court, Eastern District of Texas
    Case No. 2:11-cv-416
    Patent Infringement
    Report, Depositions, Trials

**EDUCATION**

M.A., Economics, University of California, Santa Barbara, 1995
M.S., Applied Economics, Portland State University, 1994
B.S., Economics and History, Portland State University, 1992

**PAPERS/SPEECHES/PRESENTATIONS**

- "Practical Elements of Finance," Practising Law Institute, New York, New York, June 13-14, 2011.

- "Regression Analysis Applications in Litigation," (with Dubravka Tosic), chapter in *Pocket MBA: Finance for Lawyers*, Practising Law Institute, March 2011.

- "Industry Norms and Reasonable Royalty Rate Determination," (with Roy Weinstein and Michelle Porter), *les Nouvelles*, March 2008.

- "Market Concentration and Unilateral Effects," UCLA First Annual Institute on US and EU Antitrust Aspects of Mergers and Acquisitions, Ritz-Carlton Hotel, Marina Del Ray, California, February 28, 2004.

- "Hot Topics in Intellectual Property Valuation," California Mandatory Continuing Legal Education Program, Los Angeles, November 2000.

- "Valuing Intellectual Property," California Mandatory Continuing Legal Education Program, Los Angeles, July 2000.

- "Unilateral Effects in Merger Analysis: The Simulation Approach," for the Los Angeles County Bar Association, February 1999.

**AFFILIATIONS**

American Economic Association
Licensing Executives Society
American Bar Association, Intellectual Property Law Section, Associate Member

**EXHIBIT 2**

**EXHIBIT 2**

**SUMMARY OF TABLES AND COLUMNS IN ZENCLOUD DATABASE**

| | activities Table | | auditlogs Table | | device_histories Table | | device_paycoins Table | | device_pool_payouts Table | | device_pools Table |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | _id | 2. | _id | 2. | _id | 2. | type | 2. | _id | 2. | _id |
| 3. | userId | 3. | UserId | 3. | parentId | 3. | deviceID | 3. | devicePoolId | 3. | userId |
| 4. | type | 4. | _userId | 4. | originalId | 4. | xpyAmount | 4. | _poolEventId | 4. | deviceId |
| 5. | details | 5. | action | 5. | originalSecondId | 5. | notes | 5. | userId | 5. | poolId |
| 6. | notes | 6. | details | 6. | targetId | 6. | activtyId | 6. | _userId | 6. | isHashPoolEvent |
| 7. | initiatedById | 7. | initiatedById | 7. | targetSecondId | 7. | createdAt | 7. | deviceId | 7. | isSecondPoolEvent |
| 8. | _transaction | 8. | _initiatedById | 8. | type | 8. | updatedAt | 8. | _deviceId | 8. | isDeviceBoostEvent |
| 9. | _feeTransaction | 9. | notes | 9. | message | 9. | deletedAt | 9. | poolRateId | 9. | startedAt |
| 10. | _zpTransaction | 10. | createdAt | 10. | createdAt | | | 10. | _poolPayoutId | 10. | endedAt |
| 11. | createdAt | 11. | UpdatedAt | 11. | updatedAt | | | 11. | transactionId | 11. | createdAt |
| 12. | updatedAt | | | | | | | 12. | feeTransactionId | 12. | updatedAt |
| | | | | | | | | 13. | hashPointId | | |
| | | | | | | | | 14. | btcAmount | | |
| | | | | | | | | 15. | usdAmount | | |
| | | | | | | | | 16. | hpAmount | | |
| | | | | | | | | 17. | seconds | | |
| | | | | | | | | 18. | start | | |
| | | | | | | | | 19. | end | | |
| | | | | | | | | 20. | createdAt | | |
| | | | | | | | | 21. | updatedAt | | |
| | | | | | | | | 22. | _transaction | | |
| | | | | | | | | 23. | _zpTransaction | | |
| | | | | | | | | 24. | _feeTransaction | | |
| | | | | | | | | 25. | activityId | | |

**EXHIBIT 2**

**SUMMARY OF TABLES AND COLUMNS IN ZENCLOUD DATABASE**

| device_staker_payouts Table | | devices Table | | hashlet_products Table | | hashlet_types Table | | hashpoints Table | | held_withdrawals Table | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | userId | 2. | _id | 2. | _id | 2. | _id | 2. | _id | 2. | _id |
| 3. | deviceId | 3. | name | 3. | productId | 3. | name | 3. | btcAmount | 3. | userId |
| 4. | paycoinId | 4. | userId | 4. | _productId | 4. | className | 4. | usdAmount | 4. | _userId |
| 5. | xpyAmount | 5. | _userId | 5. | hashletTypeId | 5. | coinType | 5. | hpAmount | 5. | status |
| 6. | start | 6. | storeId | 6. | _hashletTypeId | 6. | unitPrice | 6. | type | 6. | coinType |
| 7. | end | 7. | _storeId | 7. | power | 7. | purchasable | 7. | userId | 7. | approverId |
| 8. | createdAt | 8. | coinType | 8. | freeDays | 8. | poolId | 8. | deviceId | 8. | _approverId |
| 9. | updatedAt | 9. | poolId | 9. | createdAt | 9. | _poolId | 9. | initiatedById | 9. | transactionId |
| 10. | activityId | 10. | _poolId | 10. | updatedAt | 10. | iconName | 10. | notes | 10. | paycoinId |
| | | 11. | secondPoolId | | | 11. | solo | 11. | createdAt | 11. | _transactionId |
| | | 12. | _secondPoolId | | | 12. | legendary | 12. | updatedAt | 12. | toAddress |
| | | 13. | hashletTypeId | | | 13. | isStake | | | 13. | reason |
| | | 14. | _hashletTypeId | | | 14. | canMineHashPool | | | 14. | ipAddress |
| | | 15. | productId | | | 15. | createdAt | | | 15. | createdAt |
| | | 16. | fee | | | 16. | updatedAt | | | 16. | updatedAt |
| | | 17. | orderId | | | | | | | | |
| | | 18. | power | | | | | | | | |
| | | 19. | totalPayout | | | | | | | | |
| | | 20. | purchasePrice | | | | | | | | |
| | | 21. | purchasePriceUSD | | | | | | | | |
| | | 22. | purchasePriceHP | | | | | | | | |
| | | 23. | liability | | | | | | | | |
| | | 24. | freeDays | | | | | | | | |
| | | 25. | zenCode | | | | | | | | |
| | | 26. | isHashlet | | | | | | | | |
| | | 27. | isShalet | | | | | | | | |
| | | 28. | isHashling | | | | | | | | |
| | | 29. | isAmping | | | | | | | | |
| | | 30. | isBeingMerged | | | | | | | | |
| | | 31. | salePrice | | | | | | | | |
| | | 32. | forSale | | | | | | | | |
| | | 33. | lastBoosted | | | | | | | | |
| | | 34. | lastPayoutDate | | | | | | | | |
| | | 35. | locked | | | | | | | | |
| | | 36. | upgraded | | | | | | | | |
| | | 37. | datePurchased | | | | | | | | |
| | | 38. | dateActivated | | | | | | | | |
| | | 39. | billingStartDate | | | | | | | | |
| | | 40. | billingStartType | | | | | | | | |
| | | 41. | createdAt | | | | | | | | |
| | | 42. | updatedAt | | | | | | | | |
| | | 43. | deletedAt | | | | | | | | |
| | | 44. | addedSecondPool | | | | | | | | |
| | | 45. | _needsDeletionOnPayout | | | | | | | | |
| | | 46. | email | | | | | | | | |
| | | 47. | lockedByAppId | | | | | | | | |

**EXHIBIT 2**

**SUMMARY OF TABLES AND COLUMNS IN ZENCLOUD DATABASE**

| Col. | invites Table — Column Name | Col. | machines Table — Column Name | Col. | migrations Table — Column Name | Col. | oauth_access_tokens Table — Column Name | Col. | oauth_clients Table — Column Name | Col. | oauth_codes Table — Column Name |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | _id | 2. | _id | 2. | title | 2. | value | 2. | name | 2. | value |
| 3. | code | 3. | coinType | 3. | current | 3. | userId | 3. | clientId | 3. | redirecturi |
| 4. | invitedById | 4. | productId | 4. | createdAt | 4. | clientId | 4. | secret | 4. | userId |
| 5. | _invitedById | 5. | storeId | 5. | updatedAt | 5. | createdAt | 5. | redirecturi | 5. | clientId |
| 6. | invitedByIP | 6. | poolId | | | 6. | updatedAt | 6. | userId | 6. | createdAt |
| 7. | invitedId | 7. | hashletTypeId | | | 7. | deletedAt | 7. | roles | 7. | updatedAt |
| 8. | _invitedId | 8. | name | | | | | 8. | createdAt | 8. | deletedAt |
| 9. | invitedIP | 9. | description | | | | | 9. | updatedAt | | |
| 10. | referralPaid | 10. | power | | | | | 10. | deletedAt | | |
| 11. | invitedEmail | 11. | price | | | | | | | | |
| 12. | createdAt | 12. | fee | | | | | | | | |
| 13. | updatedAt | 13. | freeDays | | | | | | | | |
| | | 14. | purchasable | | | | | | | | |
| | | 15. | createdAt | | | | | | | | |
| | | 16. | updatedAt | | | | | | | | |

**EXHIBIT 2**

**SUMMARY OF TABLES AND COLUMNS IN ZENCLOUD DATABASE**

| order_devices Table | | order_items Table | | orders Table | | passtokens Table | | paycoins Table | | pool_rates Table | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | _id | 2. | _id | 2. | _id | 2. | _id | 2. | type | 2. | _id |
| 3. | deviceId | 3. | orderId | 3. | checkoutId | 3. | userId | 3. | status | 3. | poolId |
| 4. | _deviceId | 4. | _orderId | 4. | orderId | 4. | _userId | 4. | userId | 4. | payout |
| 5. | orderId | 5. | productId | 5. | email | 5. | token | 5. | xpyAmount | 5. | paysHashPoints |
| 6. | _orderId | 6. | price | 6. | name | 6. | createdAt | 6. | expectedXpyAmount | 6. | startedAt |
| 7. | updatedAt | 7. | quantity | 7. | note | 7. | updatedAt | 7. | usdAmount | 7. | endedAt |
| 8. | createdAt | 8. | freeDays | 8. | currency | | | 8. | completionDate | 8. | createdAt |
| 9. | orderItemId | 9. | createdAt | 9. | discounts | | | 9. | refundAddress | 9. | updatedAt |
| | | 10. | updatedAt | 10. | confirmed | | | 10. | initiatedById | | |
| | | 11. | lineItemId | 11. | totalLineItemsPrice | | | 11. | notes | | |
| | | | | 12. | totalPrice | | | 12. | heldWithdrawalId | | |
| | | | | 13. | orderNumber | | | 13. | receiveAddress | | |
| | | | | 14. | subtotalPrice | | | 14. | transactionId | | |
| | | | | 15. | createdAt | | | 15. | createdAt | | |
| | | | | 16. | status | | | 16. | updatedAt | | |
| | | | | 17. | paidAt | | | | | | |
| | | | | 18. | storeId | | | | | | |
| | | | | 19. | updatedAt | | | | | | |

**EXHIBIT 2**

**SUMMARY OF TABLES AND COLUMNS IN ZENCLOUD DATABASE**

| | pools Table | | report_data Table | | sales_fees Table | | sale_items Table | | settings Table | | stake_purchases Table |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | _id | 2. | name | 2. | _id | 2. | _id | 2. | _id | 2. | stakeSaleItemId |
| 3. | coinType | 3. | reportDate | 3. | deviceId | 3. | status | 3. | key | 3. | deviceId |
| 4. | name | 4. | total | 4. | _deviceId | 4. | coinType | 4. | value | 4. | saleId |
| 5. | payout | 5. | cumu_total | 5. | sellerId | 5. | _deviceId | 5. | createdAt | 5. | purchaseId |
| 6. | icon | 6. | breakdown | 6. | _sellerId | 6. | _sellerId | 6. | updatedAt | 6. | createdAt |
| 7. | className | 7. | cumu_breakdown | 7. | buyerId | 7. | _buyerId | 7. | isBool | 7. | updatedAt |
| 8. | isHashletOnly | 8. | createdAt | 8. | _buyerId | 8. | _transactionId | | | | |
| 9. | isHashPointPool | 9. | updatedAt | 9. | saleItemId | 9. | _hashletTypeId | | | | |
| 10. | createdAt | | | 10. | _saleItemId | 10. | deviceId | | | | |
| 11. | updatedAt | | | 11. | btcAmount | 11. | sellerId | | | | |
| 12. | isActive | | | 12. | usdAmount | 12. | buyerId | | | | |
| | | | | 13. | createdAt | 13. | transactionId | | | | |
| | | | | 14. | updatedAt | 14. | hashletTypeId | | | | |
| | | | | | | 15. | power | | | | |
| | | | | | | 16. | salePrice | | | | |
| | | | | | | 17. | saleFee | | | | |
| | | | | | | 18. | unitPrice | | | | |
| | | | | | | 19. | description | | | | |
| | | | | | | 20. | createdAt | | | | |
| | | | | | | 21. | updatedAt | | | | |

**EXHIBIT 2**

**SUMMARY OF TABLES AND COLUMNS IN ZENCLOUD DATABASE**

| stake_rates Table | | stake_sale_items Table | | stores Table | | transactions Table | | users Table | | wallet_reservations Table | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name | Col. | Column Name |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | rate | 2. | status | 2. | _id | 2. | _id | 2. | _id | 2. | deviceId |
| 3. | rateDate | 3. | deviceId | 3. | name | 3. | type | 3. | username | 3. | qty |
| 4. | createdAt | 4. | xpyBalance | 4. | createdAt | 4. | status | 4. | name | 4. | maxBalance |
| 5. | updatedAt | 5. | salePrice | 5. | updatedAt | 5. | userId | 5. | displayName | 5. | months |
| | | 6. | createdAt | | | 6. | _userId | 6. | email | 6. | createdAt |
| | | 7. | updatedAt | | | 7. | deviceId | 7. | phone | 7. | updatedAt |
| | | | | | | 8. | _deviceId | 8. | address | 8. | deletedAt |
| | | | | | | 9. | btcAmount | 9. | locked | | |
| | | | | | | 10. | expectedBtcAmount | 10. | city | | |
| | | | | | | 11. | usdAmount | 11. | state | | |
| | | | | | | 12. | completionDate | 12. | country | | |
| | | | | | | 13. | refundAddress | 13. | roles | | |
| | | | | | | 14. | initiatedById | 14. | signupToken | | |
| | | | | | | 15. | _initiatedById | 15. | confirmed | | |
| | | | | | | 16. | notes | 16. | canWithdraw | | |
| | | | | | | 17. | receiveAddress | 17. | hashedPassword | | |
| | | | | | | 18. | saleItemId | 18. | salt | | |
| | | | | | | 19. | _saleItemId | 19. | gravatarHash | | |
| | | | | | | 20. | createdAt | 20. | deletedAt | | |
| | | | | | | 21. | updatedAt | 21. | authyEnabled | | |
| | | | | | | 22. | transactionId | 22. | authyVerified | | |
| | | | | | | 23. | heldWithdrawalId | 23. | authyUserId | | |
| | | | | | | 24. | _heldWithdrawalId | 24. | timezone | | |
| | | | | | | | | 25. | autoPurchaseId | | |
| | | | | | | | | 26. | lastPayoutDate | | |
| | | | | | | | | 27. | lastPayout | | |
| | | | | | | | | 28. | sharingAllowed | | |
| | | | | | | | | 29. | lastShareDate | | |
| | | | | | | | | 30. | btcAddress | | |
| | | | | | | | | 31. | xpyAddress | | |
| | | | | | | | | 32. | btcWithdrawalAddress | | |
| | | | | | | | | 33. | xpyWithdrawalAddress | | |
| | | | | | | | | 34. | referralPaid | | |
| | | | | | | | | 35. | referralCode | | |
| | | | | | | | | 36. | referredById | | |
| | | | | | | | | 37. | toured | | |
| | | | | | | | | 38. | awardedBonus | | |
| | | | | | | | | 39. | signupIP | | |
| | | | | | | | | 40. | createdAt | | |
| | | | | | | | | 41. | updatedAt | | |
| | | | | | | | | 42. | withdrawing | | |
| | | | | | | | | 43. | balance | | |
| | | | | | | | | 44. | balanceXPY | | |
| | | | | | | | | 45. | balanceHP | | |

**EXHIBIT 3**

**EXHIBIT 3**

**SUMMARY OF TABLES AND COLUMNS IN PAYBASE DATABASE**

| balancequeues Table | |
|---|---|
| Col. | Column Name |
| 1. | id |
| 2. | orderid |
| 3. | userid |
| 4. | symbol |
| 5. | amount |
| 6. | completed |
| 7. | created_at |
| 8. | updated_at |

| bitcoins Table | |
|---|---|
| Col. | Column Name |
| 1. | id |
| 2. | type |
| 3. | status |
| 4. | userId |
| 5. | transactionId |
| 6. | receiveAddress |
| 7. | amount |
| 8. | userBalance |
| 9. | usdAmount |
| 10. | xpyAmount |
| 11. | notes |
| 12. | createdAt |
| 13. | updatedAt |
| 14. | deletedAt |
| 15. | completedAt |
| 16. | marketOrderId |

| botstats Table | |
|---|---|
| Col. | Column Name |
| 1. | avgBUY |
| 2. | AVGBUY |
| 3. | AVGSELL |
| 4. | BTCCRYPTSY |
| 5. | BTCDEPOSITED |
| 6. | BTCDIFF |
| 7. | BTCFLOOR |
| 8. | BTCLIABILITY |
| 9. | BTCWITHDRAWN |
| 10. | BUYSPROCESSED |
| 11. | CREATEDAT |
| 12. | ORDERAMOUNT |
| 13. | ORDERID |
| 14. | ORDERPRICE |
| 15. | ORDERTYPE |
| 16. | SELLSPROCESSED |
| 17. | UPDATEDAT |
| 18. | XPYCRYPTSY |
| 19. | XPYDEPOSITED |
| 20. | XPYDIFF |
| 21. | XPYFLOOR |
| 22. | XPYLIABILITY |
| 23. | XPYWITHDRAWN |

| buystate Table | |
|---|---|
| Col. | Column Name |
| 1. | id |
| 2. | COINTYPE |
| 3. | CREATEDAT |
| 4. | CURRENTBALANCE |
| 5. | UPDATEDAT |

| coinbuys Table | |
|---|---|
| Col. | Column Name |
| 1. | id |
| 2. | ACQUIRED |
| 3. | AMOUNT |
| 4. | COINTYPE |
| 5. | COMPLETEDAT |
| 6. | CREATEDAT |
| 7. | TXID |
| 8. | UPDATEDAT |

| held_withdrawals Table | |
|---|---|
| Col. | Column Name |
| 1. | id |
| 2. | status |
| 3. | userId |
| 4. | approverId |
| 5. | paycoinId |
| 6. | bitcoinId |
| 7. | coinType |
| 8. | toAddress |
| 9. | reason |
| 10. | ipAddress |
| 11. | createdAt |
| 12. | updatedAt |
| 13. | deletedAt |

**EXHIBIT 3**

**SUMMARY OF TABLES AND COLUMNS IN PAYBASE DATABASE**

| market_charts Table | | markets Table | | migrations Table | | oauth_access_tokens Table | | orderlogs Table | | orderqueues Table | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | marketid | 2. | active | 2. | title | 2. | value | 2. | marketid | 2. | orderid |
| 3. | low | 3. | coin1 | 3. | current | 3. | userId | 3. | type | 3. | userid |
| 4. | high | 4. | coin2 | 4. | createdAt | 4. | clientId | 4. | coin1type | 4. | marketid |
| 5. | open | 5. | volume | 5. | updatedAt | 5. | createdAt | 5. | coin2type | 5. | queuetype |
| 6. | close | 6. | last | | | 6. | updatedAt | 6. | coin1amt | 6. | ordertype |
| 7. | date | 7. | low | | | 7. | deletedAt | 7. | coin2amt | 7. | price |
| 8. | hour | 8. | high | | | | | 8. | price | 8. | amount |
| 9. | volume | 9. | created_at | | | | | 9. | sellorder | 9. | symbol |
| 10. | createdAt | 10. | updated_at | | | | | 10. | buyorder | 10. | completed |
| 11. | updatedAt | | | | | | | 11. | seller | 11. | created_at |
| | | | | | | | | 12. | buyer | 12. | updated_at |
| | | | | | | | | 13. | tradefee1 | | |
| | | | | | | | | 14. | tradefee2 | | |
| | | | | | | | | 15. | created_at | | |
| | | | | | | | | 16. | updated_at | | |

**EXHIBIT 3**

**SUMMARY OF TABLES AND COLUMNS IN PAYBASE DATABASE**

| | orders Table | | paycoin_gifts Table | | paycoins Table | | settings Table | | shop_orders Table | | user_verification Table |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** | **Col.** | **Column Name** |
| 1. | id | 1. | id | 1. | id | 1. | id | 1. | id | 1. | id |
| 2. | userid | 2. | userId | 2. | type | 2. | key | 2. | userId | 2. | userId |
| 3. | marketid | 3. | paycoinId | 3. | status | 3. | value | 3. | merchantId | 3. | applicationDate |
| 4. | symbol | 4. | email | 4. | userId | 4. | role | 4. | cardId | 4. | applicationStatus |
| 5. | type | 5. | createdAt | 5. | transactionId | | | 5. | usdAmount | 5. | tid |
| 6. | balance | 6. | updatedAt | 6. | receiveAddress | | | 6. | xpyAmount | 6. | applicationTier |
| 7. | price | 7. | deletedAt | 7. | amount | | | 7. | url | 7. | createdAt |
| 8. | status | | | 8. | userBalance | | | 8. | status | 8. | updatedAt |
| 9. | created_at | | | 9. | usdAmount | | | 9. | completedAt | | |
| 10. | updated_at | | | 10. | btcAmount | | | 10. | createdAt | | |
| | | | | 11. | notes | | | 11. | updatedAt | | |
| | | | | 12. | createdAt | | | | | | |
| | | | | 13. | updatedAt | | | | | | |
| | | | | 14. | deletedAt | | | | | | |
| | | | | 15. | completedAt | | | | | | |
| | | | | 16. | confirmChargeId | | | | | | |
| | | | | 17. | marketOrderId | | | | | | |

**EXHIBIT 3**

**SUMMARY OF TABLES AND COLUMNS IN PAYBASE DATABASE**

| | users Table |
|---|---|
| **Col.** | **Column Name** |
| 1. | id |
| 2. | email |
| 3. | displayName |
| 4. | name |
| 5. | firstName |
| 6. | lastName |
| 7. | dob |
| 8. | phone |
| 9. | address |
| 10. | city |
| 11. | state |
| 12. | zip |
| 13. | country |
| 14. | timezone |
| 15. | roles |
| 16. | signupToken |
| 17. | referralCode |
| 18. | locked |
| 19. | confirmed |
| 20. | hashedPassword |
| 21. | salt |
| 22. | gravatarHash |
| 23. | authyEnabled |
| 24. | authyVerified |
| 25. | authyUserId |
| 26. | signupIP |
| 27. | btcBalance |
| 28. | xpyBalance |
| 29. | honorBalance |
| 30. | btcAddress |
| 31. | xpyAddress |
| 32. | xpyWithdrawalAddress |
| 33. | honorTermsAccepted |
| 34. | dailySalesTotalUSD |
| 35. | dailyGyftSalesTotalUSD |
| 36. | isSystemUser |
| 37. | createdAt |
| 38. | updatedAt |
| 39. | deletedAt |

**EXHIBIT 4**

**EXHIBIT 4**

**EMPLOYEE USERS IDENTIFIED IN AUDITLOGS TABLE**

| | ID | Email | Name |
|---|---|---|---|
| 1. | 1 | evan@btc.com | Evan Lucas |
| 2. | 6 | josh@smart-tech.com | |
| 3. | 300 | mark+2@gawminers.com | |
| 4. | 311 | michael@gawminers.com | |
| 5. | 603 | dejan@gawlabs.com | Dejan Ranisavljevic |
| 6. | 1627 | lrusten@gawminers.com | Luke Rusten |
| 7. | 2020 | william.j.fay@gmail.com | |
| 8. | 2309 | josh@gaw.com | Josh Garza |
| 9. | 2344 | samantha.kelley@live.com | Samantha Kelley |
| 10. | 2394 | jessica@gaw.com | |
| 11. | 4933 | josh@btc.com | |
| 12. | 4940 | josh@geniusesatwork.com | |
| 13. | 6744 | amandaveilleuxx@gmail.com | |
| 14. | 7380 | jonah@geniusesatwork.com | Jonah Dorman |
| 15. | 7484 | samantha@gawminers.com | Samantha Kelley |
| 16. | 8056 | joe@gawminers.com | |
| 17. | 9693 | christopher@geniusesatwork.com | |
| 18. | 10562 | evan+1@btc.com | |
| 19. | 10863 | mk@btc.com | |
| 20. | 10874 | reseller@gawminers.com | Carlos Garza |
| 21. | 11163 | rami@btc.com | |
| 22. | 11981 | bgovoni@geniusesatwork.com | Brian Govoni |
| 23. | 12962 | jessica.r@btc.com | |
| 24. | 13017 | dejan.ranisavljevic@gmail.com | Dejan |
| 25. | 16175 | christiangogol@gmail.com | |
| 26. | 17205 | bgovoni@gawminers.com | Brian Govoni |
| 27. | 20556 | deacon368@gmail.com | |
| 28. | 22547 | leahgriggswilliamson@gmail.com | |
| 29. | 23114 | dennis@gawminers.com | |
| 30. | 31003 | alan@gawminers.com | |
| 31. | 31615 | eric@btc.com | Eric Capuano |
| 32. | 32084 | hopevowels@gawminers.com | Hope Vowels |
| 33. | 46224 | amanda@gawminers.com | |
| 34. | 49006 | joe@comtelconnect.com | |
| 35. | 61474 | joe@gawlabs.com | Joe Mordica |
| 36. | 75750 | wfay@gawminers.com | William Fay |
| 37. | 88048 | danny@gawminers.com | Danny Lopez |
| 38. | 91091 | carsenk@gmail.com | Carsen Klock |
| 39. | 91980 | dpease@btc.com | Dan Pease |
| 40. | 92286 | support@zenminer.com | |
| 41. | 93732 | dannyo1983@yahoo.com | |
| 42. | 114354 | kaeti@gawminers.com | |
| 43. | 114445 | jbaldwin@geniusesatwork.com | Joshua Baldwin |
| 44. | 116719 | kerstin@gawminers.com | Kerstin P. |
| 45. | 117058 | hopevowels@gawminer.com | |
| 46. | 126771 | joseph@gaw.com | |
| 47. | 135927 | rami@gawlabs.com | |
| 48. | 139974 | rami@gawminers.com | |
| 49. | 171787 | jessica.r+5@gawminers.com | |
| 50. | 181918 | jonah@btc.com | |
| 51. | 198921 | amber@btc.com | |
| 52. | 219642 | deacon367@gmail.com | |
| 53. | 233720 | ryan@btc.com | |
| 54. | 245725 | nathan@gawminers.com | Nathan |
| 55. | 245904 | mk@gawminers.com | Test script to replace Matt :P |
| 56. | 248637 | carlos@btc.com | |
| 57. | 252024 | lrusten@btc.com | GAW Test |
| 58. | 252249 | nathan@geniusesatwork.com | |
| 59. | 256688 | nathan@btc.com | |
| 60. | 257089 | admin@zenminer.com | |

SQL: SELECT id, email, name FROM users INNER JOIN (SELECT DISTINCT(userId) AS id2 FROM auditlogs
WHERE action="security" AND notes LIKE "%employee account%") employees ON employees.id2=users.id;