# EXHIBIT G

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>December 21, 2018<br><br>DECLARATION OF ALLEN SHINNERS RE: PLAINTIFFS' REPLY BRIEF |

I declare under penalty of perjury as follows:

1. My name is Dean Allen Shinners. I am one of the named plaintiffs in this lawsuit. I make this declaration in support of plaintiffs' Reply Brief in Support of their Motion for Class Certification. I have personal knowledge of the facts in this declaration unless otherwise noted.

2. I have reviewed the Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification. On page 38 of the document, Mr. Fraser takes the position that I "knew Hashlet payouts were not generated from physical mining." My understanding is that Mr. Fraser's basis for that claim is a November 30, 2014 email thread attached to Mr. Fraser's opposition as Exhibit A-82.

3. Mr. Fraser's interpretation of the email is incorrect. In that email, I was discussing the GAW community's desire for Hashlets to be converted into Hashstakers, based on the initial purchase value of each Hashlet. One issue with this conversion was what type of Hashlet would be converted into what type of Hashstaker. Hashlets were priced based on the pools they mined in, and so there was concern over whether a relatively inexpensive Hashlet would be converted

into a relatively expensive Hashstaker, equal in standing to more expensive Hashlets. My statement that "I understand that the pools are representative of outside pool rates" was a reference to my understanding that the purchase prices of "Hashlets" were based on the pools where they supposedly mined. My statement in Exhibit A-82 had nothing to do with the payouts Hashlets generated, only their initial purchase price, which I understood to be priced based on the associated pool in which they mined. I thus disagree with Mr. Fraser that this email proves that I "knew Hashlet payouts were not generated from physical mining."

4. In order to activate a Hashlet, a GAW customer was required to create an account on ZenCloud, login, and enter an activation code associated with the Hashlet.

5. As far as I am aware, mining Hashpoints had no function other than to be converted subsequently into Paycoin. When GAW converted Hashpoints into Paycoin, the PayCoin appeared in a customer's ZenCloud account.

6. In order to activate a Hashstaker, a GAW customer was required to fund their ZenCloud account with PayCoin and deposit the Paycoin in the Hashstaker(s) through GAW's ZenCloud software.

Dated: December 21, 2018

*/s/ Dean Allen Shinners*_____
Dean Allen Shinners