# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366
FAX (713) 654-6666
WWW.SUSMANGODFREY.COM

_____

| SUITE 1400 | SUITE 3800 | 32ND FLOOR |
| 1900 AVENUE OF THE STARS | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6023 |
| (310) 789-3100 | (206) 516-3880 | (212) 336-8330 |

COLIN WATTERSON
DIRECT DIAL (713) 653-7844

E-MAIL CWatterson@susmangodfrey.com

January 10, 2019

*Via E-File*

The Hon. Donna F. Martinez
United States Courthouse
450 Main Street – Suite 262
Hartford, CT 06103

Re:   *Audet et al. v. Garza et al.*, No. 3:16-cv-000940, Defendant Stuart A. Fraser's Motion to Compel Discovery (Dkt. 82)

Dear Judge Martinez:

On behalf of plaintiffs and the proposed class, we are submitting copies of the notes at issue in Defendant Stuart A. Fraser's Motion to Compel Discovery (Dkt. 82) under separate cover. We are sending this letter to update the Court on events relevant to the motion. In his motion, Fraser seeks to compel production of notes we took during a 2016 interview of Joshua Garza. At the time the parties briefed the motion, they had not yet taken Garza's deposition.

On December 14, 2018, the parties took Garza's deposition. Fraser's counsel had a full opportunity to question Garza. Indeed, Fraser's counsel took that opportunity to ask Garza about the questions that were asked during the interview. X-1 at 153:14-17 ("Q. Okay Can – tell me what you remember about what he asked you? A. A lot of the things he asked me, he asked me today….").

As plaintiffs argued in their opposition to the motion, it is well established that a party cannot obtain attorney notes from a witness interview if the party can simply depose the witness. *See* Dkt. 86 at 11-12. Fraser had that opportunity, and Garza never asserted his Fifth Amendment rights. Given that Fraser's counsel now deposed Garza, Fraser cannot show that he has a substantial need for the notes.

January 6, 2019
Page 2


Respectfully,

*/s/ Colin M. Watterson*
Colin Watterson


cc:    all counsel of record