UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br><br>Declaration of Colin M. Watterson re: Creation of Notes at Issue in Stuart A. Fraser's Motion to Compel Discovery<br><br>January 10, 2019 |

I declare under penalty of perjury as follows:

1. My name is Colin Watterson. I am an attorney licensed to practice law in the State of Texas and am an associate with the law firm Susman Godfrey LLP. I have personal knowledge of the facts in this declaration.

2. I serve as counsel for plaintiffs in the above captioned action. I am admitted *pro hac vice* in the above captioned action. I am making this declaration in support of plaintiffs' opposition to Stuart A. Fraser's Motion to Compel Discovery (Dkt. 82) and pursuant to the Court's January 4, 2019 order for an affidavit of counsel regarding the creation and/or preparation of the notes at issue in the motion.

3. On October 26, 2016, I conducted an in-person interview of Homero Joshua Garza in Austin, Texas. I did so in my capacity as an attorney representing plaintiffs in this case.

1

4. The only physical participants in the interview were myself and Mr. Garza. A paralegal at my firm—Simon DeGeorges—also participated by phone.

5. The main purpose of the interview was to learn information that would support plaintiffs' claim that Stuart Fraser was a controlling person of GAW Miners, LLC, ZenMiner, LLC, and Mr. Garza, as well as information on the underlying fraud. To that end, I asked Mr. Garza questions that I considered relevant to those topics.

6. During the interview, I took notes by hand. I did not attempt to transcribe the entire interview, but rather took note of information I considered to be significant for the purposes of plaintiffs' claims against Mr. Fraser and the companies. A copy of the handwritten notes are being submitted *in camera* as GAW-In-Camera-000025.

7. Mr. DeGeorges also took notes. After the interview, I edited, revised, and supplemented Mr. DeGeorges' notes to reflect information I believed to be significant for purposes of plaintiffs' claims against Mr. Fraser and the companies. A copy of those notes are being submitted *in camera* as GAW-In-Camera-000013.

8. While collecting documents to produce to Mr. Fraser in this lawsuit, I learned that plaintiff Allen Shinners forwarded a copy of the notes to FBI Special Agent Mark Munster. A copy of the notes that were sent to the FBI are being submitted *in camera* as GAW-In-Camera-000001.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Dated: January 10, 2019

                                                    */s/ Colin M. Watterson*
                                                    Colin M. Watterson

## Certificate of Service

I hereby certify that on January 10, 2019, I served the foregoing via electronic mail on the following counsel of record:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482

Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511

                                                    */s/ Colin Watterson*
                                                    Colin Watterson