# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>February 5, 2019<br><br>Declaration of Allen Shinners re: Plaintiffs' Objections to Ruling on Motion to Compel |

I declare under penalty of perjury as follows:

1. My name is Dean Allen Shinners. I am one of the named plaintiffs in this lawsuit. I make this declaration in support of plaintiffs' Objections to Ruling on Motion to Compel. I have personal knowledge of the facts in this declaration unless otherwise noted.

2. Starting in the Summer of 2015, I began assisting the FBI with a criminal investigation into Homero Joshua Garza.

3. The FBI regularly "admonished" me while I was providing assistance. Approximately twice a year, an FBI agent—along with a supervisor—read me a list of admonishments. The admonishment(s) addressed a number of topics relating to my responsibilities, obligations, rights, etc.

4. As a part of the admonishment(s), the FBI informed me that information, documents, and other data I provided to the FBI would be kept confidential and be used only for the purpose of the investigation into Garza.

1

Dated: February 5, 2019

                                        */s/ Dean Allen Shinners*  
                                        Dean Allen Shinners