# EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>February 5, 2019<br><br>Declaration of Colin M. Watterson re: Objections to Ruling on Motion to Compel |

I declare under penalty of perjury as follows:

1. My name is Colin Watterson. I am an attorney licensed to practice law in the State of Texas and am an associate with the law firm Susman Godfrey LLP. I have personal knowledge of the facts in this declaration.

2. I serve as counsel for plaintiffs in the above captioned action. I am admitted *pro hac vice* in the above captioned action. I am making this declaration in support of plaintiffs' Objections to Ruling on Motion to Compel (Dkt. 127).

3. On October 26, 2016, I conducted an in-person interview of Homero Joshua Garza in Austin, Texas. I did so in my capacity as an attorney representing plaintiffs in this case. A paralegal at my firm attended by phone.

4. During the interview, I took notes by hand. A copy of the handwritten notes were submitted to the Court *in camera* as GAW-In-Camera-000025. These handwritten notes were never submitted to the FBI.

1

5. The paralegal also took notes. After the interview, I edited, revised, and supplemented those notes. A copy of those notes were submitted *in camera* as GAW-In-Camera-000013. Although GAW-In-Camera-000013 is similar to the version that was submitted to the FBI, that precise document was not submitted to the FBI.

6. A copy of the notes that were sent to the FBI were submitted *in camera* as GAW-In-Camera-000001.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge.

Dated: February 5, 2019

*/s/ Colin M. Watterson*
Colin M. Watterson