# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>                Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>February 11, 2019 |

## JOINT MOTION FOR BRIEFING SCHEDULE

Plaintiffs and Defendant Stuart A. Fraser ("Fraser") jointly submit this motion to request the Court's approval of a briefing schedule for the purpose of responding to Plaintiffs' objection to Magistrate Judge Martinez's recent non-dispositive order.

On January 22, 2019, Magistrate Judge Martinez granted Fraser's motion to compel notes prepared in connection with an interview of former defendant Homero Joshua Garza. (ECF No. 127.) On February 5, 2019, Plaintiffs filed an objection to Magistrate Judge Martinez's order. (ECF No. 131.) The Federal Rules of Civil Procedure and the District of Connecticut's Local Rules are silent with respect to deadlines for responding to objections to non-dispositive rulings. Counsel for Plaintiffs and Fraser have conferred and agreed on a timeline that approximates the timeline for objections and responses to dispositive rulings of magistrate judges prescribed by Rule 72(b) of the Federal Rules of Civil Procedure.

Accordingly, counsel for the parties respectfully request that the Court set February 21, 2019 as the deadline for Fraser to respond to Plaintiffs' objection, and March 7, 2019 as the deadline for Plaintiffs to reply.

Dated: February 11, 2019

Respectfully submitted:

| | |
|---|---|
| IZARD, KINDALL & RAABE, LLP | HUGHES HUBBARD & REED LLP |
| By: s/ Mark P. Kindall | By: s/ Sarah L. Cave |
| Mark P. Kindall (ct13797) | Daniel H. Weiner (ct12180) |
| E-mail: mkindall@ikrlaw.com | Sarah L. Cave (phv08437) |
| Robert A. Izard | Sara E. Echenique (phv08436) |
| E-mail: rizard@ikrlaw.com | Hughes Hubbard & Reed LLP |
| 29 S. Main St., Suite 305 | One Battery Park Plaza |
| West Hartford, CT 06107 | New York, NY 10004-1482 |
| Tel: (860) 493-6292 | Tel.: (212) 837-6000 |
| Fax: (860) 493-6290 | Fax: (212) 422-4726 |
| | Email: sarah.cave@hugheshubbard.com |
| Marc Seltzer (pro hac vice) | |
| E-mail:mseltzer@susmangodfrey.com | David R. Schaefer (ct04334) |
| California Bar No. 54534 | Sean M. Fisher (ct23087) |
| Kathryn Hoek (pro hac vice) | Brenner, Saltzman & Wallman LLP |
| E-mail: khoek@susmangodfrey.com | 271 Whitney Avenue |
| California Bar No. 219247 | New Haven, CT 06511 |
| SUSMAN GODFREY L.L.P. | Tel.: (203) 772-2600 |
| 1901 Avenue of the Stars, Suite 950 | Fax: (203) 562-2098 |
| Los Angeles, CA 90067 | Email: sfisher@bswlaw.com |
| Tel: (310) 789-3100 | |
| Fax: (310) 789-3150 | *Attorneys for Defendant Stuart A. Fraser* |

Seth Ard (pro hac vice)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen (pro hac vice)
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2019, a copy of the foregoing Joint Motion for a Briefing Schedule was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Respectfully submitted,

    s/ Sarah L. Cave

    Sarah L. Cave (phv08437)
    One Battery Park Plaza
    New York, NY 10004-1482
    Tel.: (212) 837-6000
    Fax: (212) 422-4726
    Email: sarah.cave@hugheshubbard.com