# Exhibit A
# (GAW00363421)

**From:** GAW Miners
**Sent:** Wednesday, November 5, 2014 11:24 AM EST
**To:** imartinhorton@gmail.com
**Subject:** Order confirmation for order #59752

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 11/05/2014

Billing address
Martin Horton
50 Abbey Road
Sale, Cheshire  M33 6HT
United Kingdom

1x Hashlet Genesis 1000 for $695.00 each

Subtotal  : $695.00 USD
Total     : $695.00 USD