# Exhibit B (GAW00362006)



## Transactions & Details



**Visa Signature ...5243**
**Rewards:** $0.00 cash

**Current Balance:** $0.00
**Available Credit:** $10,000.00

| Date | Description | All Categories | Cards | Amount |
|---|---|---|---|---|
| **View Pending Transactions (0)** | | | | |
| **Posted Transactions** | | | | |
| 3/18/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 3/11/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 3/02/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 2/21/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 1/27/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 1/17/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 1/07/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 12/30/14 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 12/23/14 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |

Case 3:16-cv-00940-MPS   Document 139-2   Filed 05/03/19   Page 3 of 3

Maps are informational only and not intended for navigation.