# Exhibit C (GAW00362004)



Page 1 of 2
Customer Service 1-800-955-7070
www.capitalone.com

Feb. 17 - Mar. 16, 2015    28 Days in Billing Cycle

**Visa Signature**    Account ending in 5243

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $6,451.59 | $64.00 | Apr 13, 2015 |

PLEASE PAY AT LEAST THIS AMOUNT

Revolving Credit Limit: $10,000.00    Cash Advance Credit Limit: $5,000.00
Available Revolving Credit: $3,548.41    Available Credit for Cash Advances: $3,548.41

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 21 Years | $15,103 |
| $228 | 3 Years | $8,212 |

Your estimated savings if you pay off this balance in 3 years: $6,891

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $4,957.74 | − | $90.13 | + | $0.00 | + | $1,583.98 | = | $6,451.59 |

### TRANSACTIONS

**PAYMENTS, CREDITS & ADJUSTMENTS FOR CHRIS CRANE #5243**

| # | Date | Description | Amount |
|---|---|---|---|
| 1 | 19 FEB | CAPITAL ONE ONLINE PYMT AuthDate 18-FEB | ($50.00) |
| 2 | 11 MAR | CREDIT-CASH BACK REWARD | ($40.13) |

**TRANSACTIONS FOR CHRIS CRANE #5243**

| # | Date | Description | Amount |
|---|---|---|---|
| 1 | 18 FEB | BOAR'S HEAD/PIECE OF CAK ATLANTA GA | $6.01 |
| 2 | 18 FEB | SUBWAY        00478453 LOS ANGELES CA | $5.25 |
| 3 | 18 FEB | UNIONSTATIONFLYAWAY LOSANGELES CA | $8.00 |
| 4 | 18 FEB | METROLINK LAUS #0008 LOS ANGELES CA | $9.25 |
| 5 | 19 FEB | SOME CRUST BAKERY CLAREMONT CA | $2.35 |
| 6 | 19 FEB | CIRCLE INTERNET FINANCIAL 617-3268326 MA | $102.90 |
| 7 | 20 FEB | VERIZON*ONETIMEPAY VERIZON.COM TX | $29.99 |
| 8 | 21 FEB | AROMA GRILL AND BANQUET UPLAND CA | $11.82 |
| 9 | 22 FEB | SUSHI TAKUMI UPLAND CA | $46.33 |
| 10 | 24 FEB | PAYPAL *EMMAXYF 402-935-7733 CA | $11.99 |
| 11 | 24 FEB | PAYPAL *GOGREENENT 402-935-7733 UT | $19.30 |
| 12 | 24 FEB | PAYPAL *YEAMING 402-935-7733 CA | $16.25 |
| 13 | 24 FEB | PAYPAL *USABEARINGS 402-935-7733 FL | $4.30 |
| 14 | 25 FEB | REPUBLIC WIRELESS 800-808-5150 NC | $17.90 |

Transactions continue on page 2

### REWARDS INFORMATION

| | |
|---|---|
| PREVIOUS AVAILABLE REWARDS BALANCE | $26.11 |
| REWARDS EARNED THIS PERIOD | $23.75 |
| (reflects transactions posted during this billing cycle) | |
| REDEEMED THIS PERIOD | ($40.13) |
| AVAILABLE BALANCE AS OF 03/16/2015 | $9.73 |

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001



### INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $5,673.23 | $0.00 |
| Cash Advances | 24.90% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

REDACTED



Account ending in 5243

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Apr 13, 2015 | $6,451.59 | $64.00 | . |

PLEASE PAY AT LEAST THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com
• Pay bills
• Check your balance
• Review transactions

400018

CHRIS CRANE
265 E ARROW HWY
CLAREMONT, CA 91711-5007

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

REDACTED



| | | Page 2 of 2 |
|---|---|---|
| | | Customer Service 1-800-955-7070 |
| | | www.capitalone.com |

Feb. 17 - Mar. 16, 2015    28 Days in Billing Cycle

**Visa Signature**                                   Account ending in 5243

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $6,451.59 | $64.00 | Apr 13, 2015 |

| Revolving Credit Limit: | $10,000.00 |
|---|---|
| Available Revolving Credit: | $3,548.41 |
| Cash Advance Credit Limit: | $5,000.00 |
| Available Credit for Cash Advances: | $3,548.41 |

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $4,957.74 | − | $90.13 | + | $0.00 | + | $1,583.98 | = | $6,451.59 |

### TRANSACTIONS CONTINUED

**TRANSACTIONS FOR CHRIS CRANE #5243 (CONTINUED)**

| 15 | 25 FEB | VERIZON*ONETIMEPAYVERIZON.COMTX | $29.99 |
|---|---|---|---|
| 16 | 25 FEB | STATERBROS049CLAREMONTCA | $28.53 |
| 17 | 25 FEB | SHELL OIL 57444468805CLAREMONTCA | $47.60 |
| 18 | 26 FEB | PAYPAL *MTLNAVIGATO402-935-7733CA | $45.00 |
| 19 | 27 FEB | Amazon.comAMZN.COM/BILLWA | $8.08 |
| 20 | 27 FEB | AMAZON MKTPLACE PMTSAMZN.COM/BILLWA | $12.99 |
| 21 | 27 FEB | EUREKA CLAREMONTCLAREMONTCA | $26.16 |
| 22 | 27 FEB | MOCHA-LOTIVE EXPRESS LLCBLOOMINGTONCA | $27.79 |
| 23 | 27 FEB | CIRCLE INTERNET FINANCIAL617-3268326MA | $102.90 |
| 24 | 28 FEB | CARDPOOL INC415-4198787CA | $74.26 |
| 25 | 02 MAR | FREEDOMPOP888-743-8107CA | $9.99 |
| 26 | 02 MAR | BAKERS BURGERS - 168UPLANDCA | $7.75 |
| 27 | 02 MAR | PAYPAL *DFOL2505402-935-7733CA | $48.50 |
| 28 | 03 MAR | RABI'S CAFEUPLANDCA | $11.59 |
| 29 | 04 MAR | STATE OF CALIF DMV INT SC800-7770133CA | $94.00 |
| 30 | 05 MAR | PAYPAL *TOOLTRADERU402-935-7733CA | $17.95 |
| 31 | 06 MAR | SQ *ROK HOUSE BREWING CO.UplandCA | $46.00 |
| 32 | 07 MAR | BAKERS BURGERS - 168UPLANDCA | $1.39 |
| 33 | 09 MAR | BAKERS BURGERS - 168UPLANDCA | $3.43 |
| 34 | 09 MAR | CIRCLE INTERNET FINANCIAL617-3268326MA | $102.90 |
| 35 | 10 MAR | PAYPAL *INDIEGOGO402-935-7733CA | $149.00 |
| 36 | 10 MAR | PAYPAL *PAYPAL402-935-7733NY | $145.00 |
| 37 | 11 MAR | JEDCO SUPPLY404-630-1346GA | $35.46 |
| 38 | 12 MAR | THE STACKZ CORANCHO CUCAMOCA | $21.51 |
| 39 | 13 MAR | CLAREMONT SANITATION909-3995453CA | $120.01 |
| 40 | 13 MAR | O DONOVANS PUBPOMONACA | $34.53 |
| 41 | 14 MAR | GEN KOREAN BBQ HOURANCHO CUCAMOCA | $40.03 |

**Total for Chris Crane #5243**                                   **$1,583.98**

▶ **Total Transactions This Period   $1,583.98**

**FEES**

| Total Fees This Period | $0.00 |
|---|---|

**INTEREST CHARGED**

| Total Interest This Period | $0.00 |
|---|---|

**TOTALS YEAR TO DATE**

| Total Fees This Year | $0.00 |
|---|---|
| Total Interest This Year | $0.00 |