# Exhibit D (GAW00362081)



Printed by customer on 12.10.2015 07:23:03 GMT +3

## Account transactions

### Visa Electron purch.

| | |
|---|---|
| From account: | REDACTED |
| Card number: | 4920 **** **** 1377 |
| Remitter: | MONDESIRE DANIEL OLAVI |
| Beneficiary: | GAW MINERS |
| Amount: | 16,82- EUR |
| Payment date: | 26.09.2014 |
| Reference number: | 140924603017 |
| Message: | USD 20,95 8665545861<br>KURSSI: 1,2455 |
| Entry date: | 26.09.2014 |
| Value date: | 26.09.2014 |
| Archive ID: | 140926258875AR7156 |

Printed by customer ©© Copyright 2015 Nordea · Time: 12.10.2015 07:23:03 GMT +3