# Exhibit E (GAW00362090)



Daniel Mondesire <daniel.mondesire@gmail.com>

## Order confirmation for order #1036
1 message

**You Can Mine** <youcan@youcanmine.com>  Tue, Oct 14, 2014 at 9:37 AM
To: daniel.mondesire@gmail.com

Thank you for placing your order with You Can Mine!

This email is to confirm your recent order.

Date 10/14/2014

**Billing address**
Mastercraftmods
Hallituskatu 18 A 11
Tampere
Pirkanmaa 33200
Finland

   3x Hashlet Prime - 1 for $69.95 each

Subtotal : $209.85 USD

Total : $209.85 USD