# Exhibit F (GAW00361841)

Order confirmation for order #1947

**One Miner** to me                                                                                                                       8/5/14

Thank you for placing your order with One Miner!

This email is to confirm your recent order.

Date 08/05/2014

**Billing address**
Arthur James
101 Palm Harbor Pkwy, Suite 416
Palm Coast
Florida 32137
United States

4x 54+ MH/S - THE WAR MACHINE BY GAW MINERS - 1 MONTH OF FREE ZENCLOUD HOSTING SERVICE - 24-HOUR ACTIVATION! (ASIC SCRYPT MINER) for $899.95 each

Subtotal : $3,599.80 USD

Total : $3,599.80 USD