# Exhibit G
# (First 10 pages only)
# (GAW00364779)

```
Action,User,Details,Occured
,wim.berkhof@gmail.com,,2015-01-01T15:31:35+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:35+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:36+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:36+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:36+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:36+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:37+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:37+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:37+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:38+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:38+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:38+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:38+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:39+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:39+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:39+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:40+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:40+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:40+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:41+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:41+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:41+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:42+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:42+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:42+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:42+00:00
,wim.berkhof@gmail.com,,2015-01-01T15:31:42+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:28+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:28+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:28+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:28+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:29+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:29+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:30+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:30+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:30+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:30+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:31+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:31+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:31+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:32+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:32+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:32+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:32+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:33+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:33+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:33+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:34+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:34+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:34+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:35+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:35+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:35+00:00
,wim.berkhof@gmail.com,,2015-01-02T15:32:35+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:25+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:25+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:25+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:26+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:26+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:27+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:27+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:27+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-03T15:26:28+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:28+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:28+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:28+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:29+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:29+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:29+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:30+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:30+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:30+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:31+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:31+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:31+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:32+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:32+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:32+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:32+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:32+00:00
,wim.berkhof@gmail.com,,2015-01-03T15:26:32+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:37+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:37+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:40+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:40+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:40+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:41+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:41+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:41+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:42+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:42+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:42+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:43+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:43+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:43+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:44+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:44+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:44+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:44+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:44+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:44+00:00
,wim.berkhof@gmail.com,,2015-01-04T15:30:45+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:24+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:25+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:25+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:25+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:25+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:26+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:26+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:26+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:27+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:27+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:27+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:27+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:28+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:28+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:28+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:28+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:29+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-05T15:30:29+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:30+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:30+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:30+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:31+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:31+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:31+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:31+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:32+00:00
,wim.berkhof@gmail.com,,2015-01-05T15:30:32+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:33+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:33+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:33+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:34+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:34+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:34+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:34+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:35+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:35+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:35+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:35+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:36+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:36+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:36+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:36+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:37+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:37+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:37+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:38+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-06T15:30:39+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:46+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:47+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:47+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:47+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:48+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:48+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:48+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:48+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:49+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:49+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:49+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:49+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:50+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:50+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:50+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:51+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:51+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:51+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:51+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:52+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:52+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:52+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:52+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:53+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:53+00:00
,wim.berkhof@gmail.com,,2015-01-07T15:29:53+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-07T15:29:53+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:57+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:57+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:57+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:57+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:57+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:58+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:58+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:58+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:58+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:58+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:58+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:59+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:59+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:59+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:59+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:59+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:16:59+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:00+00:00
,wim.berkhof@gmail.com,,2015-01-08T17:17:01+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:42+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:42+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:43+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:43+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:43+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:43+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:43+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:44+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:44+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:44+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:44+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:44+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:44+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:45+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-09T15:17:46+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:31+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:31+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:31+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:31+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:31+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:32+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:32+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:32+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-10T15:17:32+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:33+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:33+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:33+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:33+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:33+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:33+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:34+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:35+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:35+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:35+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:35+00:00
,wim.berkhof@gmail.com,,2015-01-10T15:17:35+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:16+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:17+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:17+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:17+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:17+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:17+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:17+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:18+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:18+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:18+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:18+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:18+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:18+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:19+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-11T15:17:20+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:20+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:20+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:21+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:21+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:21+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:21+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:21+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:21+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:22+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:22+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:22+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:22+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:22+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:22+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:23+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:23+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:23+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-12T15:59:23+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:23+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:23+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-12T15:59:24+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:06+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:06+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:06+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:07+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:07+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:07+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:08+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:08+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:08+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:08+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:08+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:08+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:09+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-13T15:19:10+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:39+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:43+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:43+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:43+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:43+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:43+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:43+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:44+00:00
,wim.berkhof@gmail.com,,2015-01-14T15:19:44+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-14T15:19:44+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:38+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:38+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:39+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:39+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:39+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:39+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:40+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:41+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-15T15:19:42+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:09+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:09+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:09+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:09+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:10+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:10+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:10+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:10+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:10+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:11+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:11+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:11+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:11+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:11+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:11+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:12+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:12+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:12+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:12+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:12+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:12+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:13+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:13+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:13+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:13+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:13+00:00
,wim.berkhof@gmail.com,,2015-01-16T15:09:13+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:20+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:20+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:20+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:20+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:21+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-17T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-17T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:21+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:22+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:23+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:24+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:25+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:25+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:25+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:25+00:00
,wim.berkhof@gmail.com,,2015-01-18T15:09:25+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:34+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:34+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:35+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:35+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:35+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:35+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:35+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:35+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:36+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:36+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:36+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:36+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:36+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:36+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:37+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:37+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:37+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-19T15:04:37+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:37+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:37+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-19T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:38+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:39+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:40+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:41+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:41+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:41+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:41+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:41+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:41+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:42+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:42+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:42+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:42+00:00
,wim.berkhof@gmail.com,,2015-01-20T15:04:42+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:50+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:50+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:50+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:50+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:50+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:50+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:51+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:51+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:51+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:51+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:51+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:52+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
```

```
,wim.berkhof@gmail.com,,2015-01-21T15:04:53+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:58+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:58+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:58+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:58+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:58+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:04:59+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:00+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-22T15:05:01+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:02+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:02+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:02+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:03+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:03+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:03+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:03+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:03+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:05+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:06+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:06+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:06+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:06+00:00
,wim.berkhof@gmail.com,,2015-01-23T15:05:06+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:03+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
,wim.berkhof@gmail.com,,2015-01-24T15:05:04+00:00
```