# Exhibit H
# (First 10 pages only)
# (GAW00364410)

```
Action,User,Details,Occured
,sim@sol1.net,[72cb6a44f236483ecea8635663be3f75bc8af025] code was activated,2014-09-17T01:36:43+00:00
,sim@sol1.net,account service fee -0.00019696 BTC,2014-09-21T17:53:13+00:00
,sim@sol1.net,received payout of 0.00060571 BTC,2014-09-21T17:53:14+00:00
,sim@sol1.net,account service fee -0.00020848 BTC,2014-09-30T17:11:54+00:00
,sim@sol1.net,received payout of 0.00061842 BTC,2014-09-30T17:11:54+00:00
,sim@sol1.net,account service fee -0.00020096 BTC,2014-09-26T14:25:32+00:00
,sim@sol1.net,received payout of 0.00071470 BTC,2014-09-26T14:25:32+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-10-01T13:56:46+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-09-27T14:58:03+00:00
,sim@sol1.net,received payout of 0.00003344 BTC,2014-09-17T13:09:48+00:00
,sim@sol1.net,account service fee -0.00020065 BTC,2014-09-22T13:56:58+00:00
,sim@sol1.net,received payout of 0.00064902 BTC,2014-09-22T13:56:58+00:00
,sim@sol1.net,account service fee -0.00020752 BTC,2014-10-01T14:28:01+00:00
,sim@sol1.net,received payout of 0.00063074 BTC,2014-10-01T14:28:01+00:00
,sim@sol1.net,account service fee -0.00019944 BTC,2014-09-27T15:27:27+00:00
,sim@sol1.net,received payout of 0.00060322 BTC,2014-09-27T15:27:27+00:00
,sim@sol1.net,received payout of 0.00073347 BTC,2014-09-18T14:07:04+00:00
,sim@sol1.net,account service fee -0.00020104 BTC,2014-09-23T14:04:38+00:00
,sim@sol1.net,received payout of 0.00064907 BTC,2014-09-23T14:04:38+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-09-28T13:55:48+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-10-02T14:52:29+00:00
,sim@sol1.net,account service fee -0.00020248 BTC,2014-09-28T14:24:08+00:00
,sim@sol1.net,received payout of 0.00064299 BTC,2014-09-28T14:24:08+00:00
,sim@sol1.net,account service fee -0.00021168 BTC,2014-10-02T15:25:22+00:00
,sim@sol1.net,received payout of 0.00066179 BTC,2014-10-02T15:25:22+00:00
,sim@sol1.net,account service fee -0.00020000 BTC,2014-09-19T16:58:27+00:00
,sim@sol1.net,received payout of 0.00060357 BTC,2014-09-19T16:58:27+00:00
,sim@sol1.net,account service fee -0.00018912 BTC,2014-09-24T09:44:03+00:00
,sim@sol1.net,received payout of 0.00065105 BTC,2014-09-24T09:44:04+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-10-03T15:29:04+00:00
,sim@sol1.net,account service fee -0.00020896 BTC,2014-09-29T13:04:48+00:00
,sim@sol1.net,received payout of 0.00063089 BTC,2014-09-29T13:04:48+00:00
,sim@sol1.net,user signed up,2014-09-16T03:03:43+00:00
,sim@sol1.net,updated profile,2014-09-16T03:04:24+00:00
,sim@sol1.net,account service fee -0.00018816 BTC,2014-09-20T16:35:53+00:00
,sim@sol1.net,received payout of 0.00063371 BTC,2014-09-20T16:35:54+00:00
,sim@sol1.net,account service fee -0.00019632 BTC,2014-09-25T12:42:26+00:00
,sim@sol1.net,received payout of 0.00064671 BTC,2014-09-25T12:42:26+00:00
,sim@sol1.net,account service fee -0.00021744 BTC,2014-10-03T16:03:28+00:00
,sim@sol1.net,received payout of 0.00063828 BTC,2014-10-03T16:03:28+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-09-29T13:39:32+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-09-30T15:51:53+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-09-26T13:56:46+00:00
,sim@sol1.net,received payout of 2 HashPoints,2014-10-04T15:43:52+00:00
,sim@sol1.net,received payout of 3 HashPoints,2014-10-12T14:40:01+00:00
,sim@sol1.net,[5447058fdab684ff5e1a71ab] account withdrawal complete for -0.2501 BTC ($-96.3 value at time of initiation),2014-10-22T01:17:03+00:00
,sim@sol1.net,received payout of 70 HashPoints,2014-10-22T10:18:48+00:00
,sim@sol1.net,account service fee -0.00020424 BTC,2014-10-15T19:55:35+00:00
,sim@sol1.net,received payout of 0.00050050 BTC,2014-10-15T19:55:36+00:00
,sim@sol1.net,account service fee -0.00023792 BTC,2014-10-04T16:19:01+00:00
,sim@sol1.net,received payout of 0.00061149 BTC,2014-10-04T16:19:01+00:00
,sim@sol1.net,account service fee -0.00023032 BTC,2014-10-08T14:59:52+00:00
,sim@sol1.net,received payout of 0.00068227 BTC,2014-10-08T14:59:52+00:00
,sim@sol1.net,received payout of 110 HashPoints,2014-10-25T10:20:40+00:00
,sim@sol1.net,account service fee -0.00020912 BTC,2014-10-22T12:39:43+00:00
,sim@sol1.net,received payout of 0.00035884 BTC,2014-10-22T12:39:43+00:00
,sim@sol1.net,account service fee -0.00021976 BTC,2014-10-12T15:25:26+00:00
,sim@sol1.net,received payout of 0.00062806 BTC,2014-10-12T15:25:27+00:00
,sim@sol1.net,account service fee -0.00023184 BTC,2014-10-25T14:29:15+00:00
,sim@sol1.net,received payout of 0.00037822 BTC,2014-10-25T14:29:16+00:00
```

,sim@sol1.net,received payout of 2 HashPoints,2014-10-05T15:00:28+00:00
,sim@sol1.net,received payout of 2 HashPoints,2014-10-09T13:35:05+00:00
,sim@sol1.net,account service fee -0.00020464 BTC,2014-10-19T16:31:09+00:00
,sim@sol1.net,received payout of 0.00040722 BTC,2014-10-19T16:31:10+00:00
,sim@sol1.net,received payout of 0.00037088 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,received payout of 0.00893307 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,account service fee -0.00022544 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,received device payout of 719 HashPoints,2014-10-28T14:39:30+00:00
,sim@sol1.net,account service fee -0.00893306 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,received payout of 0.00921487 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,received payout of 0.00789181 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,received device payout of 212 HashPoints,2014-10-28T14:39:30+00:00
,sim@sol1.net,received device payout of 742 HashPoints,2014-10-28T14:39:30+00:00
,sim@sol1.net,account service fee -0.00921486 BTC,2014-10-28T14:39:30+00:00
,sim@sol1.net,account debited -26 HashPoints,2014-10-13T12:13:51+00:00
,sim@sol1.net,account service fee -0.00026056 BTC,2014-10-05T15:34:54+00:00
,sim@sol1.net,received payout of 0.00067980 BTC,2014-10-05T15:34:54+00:00
,sim@sol1.net,account service fee -0.00021600 BTC,2014-10-09T14:18:30+00:00
,sim@sol1.net,received payout of 0.00070251 BTC,2014-10-09T14:18:30+00:00
,sim@sol1.net,Merged Hashlet Prime 42 into Hashlet Prime 41,2014-10-29T08:24:20+00:00
,sim@sol1.net,received payout of 22 HashPoints,2014-10-29T10:01:46+00:00
,sim@sol1.net,account service fee -0.00020952 BTC,2014-10-16T16:04:59+00:00
,sim@sol1.net,received payout of 0.00059315 BTC,2014-10-16T16:04:59+00:00
,sim@sol1.net,received payout of 115 HashPoints,2014-10-26T10:20:12+00:00
,sim@sol1.net,received payout of 118 HashPoints,2014-10-23T10:19:55+00:00
,sim@sol1.net,account service fee -0.00020928 BTC,2014-10-13T17:39:45+00:00
,sim@sol1.net,received payout of 0.00059877 BTC,2014-10-13T17:39:45+00:00
,sim@sol1.net,received payout of 2 HashPoints,2014-10-06T14:25:36+00:00
,sim@sol1.net,received payout of 2 HashPoints,2014-10-10T15:00:10+00:00
,sim@sol1.net,account service fee -0.00022736 BTC,2014-10-26T14:59:17+00:00
,sim@sol1.net,received payout of 0.00044182 BTC,2014-10-26T14:59:17+00:00
,sim@sol1.net,account service fee -0.00022096 BTC,2014-10-23T13:03:07+00:00
,sim@sol1.net,received payout of 0.00032647 BTC,2014-10-23T13:03:07+00:00
,sim@sol1.net,account service fee -0.00020784 BTC,2014-10-20T14:59:55+00:00
,sim@sol1.net,received payout of 0.00037318 BTC,2014-10-20T14:59:55+00:00
,sim@sol1.net,account service fee -0.00023480 BTC,2014-10-06T15:04:30+00:00
,sim@sol1.net,received payout of 0.00059955 BTC,2014-10-06T15:04:30+00:00
,sim@sol1.net,account service fee -0.00022384 BTC,2014-10-10T15:47:32+00:00
,sim@sol1.net,received payout of 0.00067431 BTC,2014-10-10T15:47:32+00:00
,sim@sol1.net,received payout of 0.00886393 BTC,2014-10-29T15:01:26+00:00
,sim@sol1.net,received payout of 0.00038153 BTC,2014-10-29T15:01:26+00:00
,sim@sol1.net,account service fee -0.00023528 BTC,2014-10-29T15:01:26+00:00
,sim@sol1.net,received device payout of 434 HashPoints,2014-10-29T15:01:26+00:00
,sim@sol1.net,account service fee -0.00314687 BTC,2014-10-29T15:01:26+00:00
,sim@sol1.net,received payout of 0.00733977 BTC,2014-10-29T15:01:27+00:00
,sim@sol1.net,received payout of 0.00805442 BTC,2014-10-29T15:01:27+00:00
,sim@sol1.net,received device payout of 962 HashPoints,2014-10-29T15:01:27+00:00
,sim@sol1.net,received device payout of 985 HashPoints,2014-10-29T15:01:27+00:00
,sim@sol1.net,received payout of 8 HashPoints,2014-10-30T10:01:46+00:00
,sim@sol1.net,account service fee -0.00021120 BTC,2014-10-17T17:00:05+00:00
,sim@sol1.net,received payout of 0.00057489 BTC,2014-10-17T17:00:05+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 42 for $1601.25,2014-10-27T00:36:39+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 41 for $1638,2014-10-27T00:47:28+00:00
,sim@sol1.net,[544df6d48530e5946c90908b] initiated account funding for 2 BTC ($706 value at time of initiation),2014-10-27T07:40:04+00:00
,sim@sol1.net,[544df6d48530e5946c90908b] account funding complete for 2 BTC ($706 value at time of initiation),2014-10-27T08:05:46+00:00
,sim@sol1.net,received payout of 113 HashPoints,2014-10-27T10:34:52+00:00
,sim@sol1.net,received payout of 2 HashPoints,2014-10-07T14:54:27+00:00
,sim@sol1.net,account service fee -0.00019952 BTC,2014-10-14T16:27:11+00:00
,sim@sol1.net,received payout of 0.00063374 BTC,2014-10-14T16:27:11+00:00
,sim@sol1.net,updated profile,2014-10-21T10:39:16+00:00
,sim@sol1.net,[54463837f4ff9edb6c3b72bf] initiated account funding for 10.95697167 BTC ($4251.94

value at time of initiation),2014-10-21T10:40:55+00:00
,sim@sol1.net,[54463837f4ff9edb6c3b72bf] account funding complete for 10.95697167 BTC ($4251.94 value at time of initiation),2014-10-21T11:09:25+00:00
,sim@sol1.net,received payout of 3 HashPoints,2014-10-11T14:39:54+00:00
,sim@sol1.net,received payout of 0.01373485 BTC,2014-10-27T13:59:56+00:00
,sim@sol1.net,account service fee -0.00022664 BTC,2014-10-27T13:59:56+00:00
,sim@sol1.net,received payout of 0.00035095 BTC,2014-10-27T13:59:57+00:00
,sim@sol1.net,,2014-10-30T15:03:21+00:00
,sim@sol1.net,,2014-10-30T15:03:21+00:00
,sim@sol1.net,,2014-10-30T15:03:22+00:00
,sim@sol1.net,account service fee -0.00024544 BTC,2014-10-07T15:33:53+00:00
,sim@sol1.net,received payout of 0.00070589 BTC,2014-10-07T15:33:53+00:00
,sim@sol1.net,account service fee -0.00020560 BTC,2014-10-21T16:34:45+00:00
,sim@sol1.net,received payout of 0.00038997 BTC,2014-10-21T16:34:46+00:00
,sim@sol1.net,[5452e6880304dcdd3dc518e0] account withdrawal complete for -0.01110175 BTC ($-3.85 value at time of initiation),2014-10-31T01:31:53+00:00
,sim@sol1.net,received payout of 115 HashPoints,2014-10-24T10:20:26+00:00
,sim@sol1.net,received payout of 9 HashPoints,2014-10-31T10:01:40+00:00
,sim@sol1.net,account service fee -0.00022536 BTC,2014-10-11T15:25:33+00:00
,sim@sol1.net,received payout of 0.00071687 BTC,2014-10-11T15:25:34+00:00
,sim@sol1.net,account service fee -0.00022256 BTC,2014-10-24T15:27:15+00:00
,sim@sol1.net,received payout of 0.00034196 BTC,2014-10-24T15:27:15+00:00
,sim@sol1.net,received payout of 0.01784958 BTC,2014-10-27T17:41:49+00:00
,sim@sol1.net,account service fee -0.00020296 BTC,2014-10-18T17:18:11+00:00
,sim@sol1.net,received payout of 0.00054653 BTC,2014-10-18T17:18:11+00:00
,sim@sol1.net,received payout of 2 HashPoints,2014-10-08T14:20:12+00:00
,sim@sol1.net,,2014-10-31T13:53:53+00:00
,sim@sol1.net,,2014-10-31T13:53:53+00:00
,sim@sol1.net,,2014-10-31T13:53:53+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 25 for $976.5,2014-10-28T11:08:13+00:00
,sim@sol1.net,received payout of 34 HashPoints,2014-10-28T11:35:10+00:00
,sim@sol1.net,,2014-11-14T15:14:32+00:00
,sim@sol1.net,,2014-11-14T15:14:32+00:00
,sim@sol1.net,received payout of 8 HashPoints,2014-11-01T10:01:44+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 5 for $194.25,2014-11-01T11:57:09+00:00
,sim@sol1.net,,2014-11-01T14:32:15+00:00
,sim@sol1.net,,2014-11-01T14:32:15+00:00
,sim@sol1.net,,2014-11-01T14:32:15+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-18T13:18:05+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-18T13:36:47+00:00
,sim@sol1.net,,2014-11-10T14:27:32+00:00
,sim@sol1.net,,2014-11-10T14:27:32+00:00
,sim@sol1.net,,2014-11-23T16:06:54+00:00
,sim@sol1.net,,2014-11-23T16:06:57+00:00
,sim@sol1.net,,2014-11-06T15:44:50+00:00
,sim@sol1.net,,2014-11-06T15:44:50+00:00
,sim@sol1.net,,2014-11-06T15:44:51+00:00
,sim@sol1.net,received payout of 5 HashPoints,2014-11-02T10:01:37+00:00
,sim@sol1.net,,2014-11-18T15:17:08+00:00
,sim@sol1.net,,2014-11-18T15:17:08+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-11-15T10:01:43+00:00
,sim@sol1.net,[545cb6a6d1fd03b107b36d19] initiated account funding for 0.09899555 BTC ($34.11 value at time of initiation),2014-11-07T12:10:14+00:00
,sim@sol1.net,[545cb6a6d1fd03b107b36d19] account funding complete for 0.09899555 BTC ($34.11 value at time of initiation),2014-11-07T12:25:46+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $39.9,2014-11-07T12:32:25+00:00
,sim@sol1.net,[545cbdfbd1fd03b107b36d4d] initiated account funding for 1.9862176 BTC ($686.9 value at time of initiation),2014-11-07T12:41:31+00:00
,sim@sol1.net,[545cbdfbd1fd03b107b36d4d] account funding complete for 1.9862176 BTC ($686.9 value at time of initiation),2014-11-07T12:46:43+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 14 for $551.25,2014-11-07T12:47:18+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $39.9,2014-11-07T12:47:42+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $39.9,2014-11-07T12:47:50+00:00

,sim@sol1.net,Purchased miner Hashlet Prime 1 for $39.9,2014-11-07T12:47:57+00:00
,sim@sol1.net,Merged Hashlet Prime 14 into Hashlet Prime 1,2014-11-07T12:48:12+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-07T12:48:35+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-07T12:48:40+00:00
,sim@sol1.net,,2014-11-21T15:44:19+00:00
,sim@sol1.net,,2014-11-21T15:44:19+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-26T07:05:02+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-26T07:08:35+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-26T07:13:28+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-26T08:26:44+00:00
,sim@sol1.net,,2014-11-02T14:13:15+00:00
,sim@sol1.net,,2014-11-02T14:13:15+00:00
,sim@sol1.net,,2014-11-02T14:13:15+00:00
,sim@sol1.net,,2014-11-02T14:13:15+00:00
,sim@sol1.net,,2014-11-26T09:23:20+00:00
,sim@sol1.net,,2014-11-26T09:23:20+00:00
,sim@sol1.net,,2014-11-15T14:53:07+00:00
,sim@sol1.net,,2014-11-15T14:53:07+00:00
,sim@sol1.net,,2014-11-15T14:53:07+00:00
,sim@sol1.net,,2014-11-07T15:11:17+00:00
,sim@sol1.net,,2014-11-07T15:11:18+00:00
,sim@sol1.net,received payout of 3 HashPoints,2014-11-03T10:01:37+00:00
,sim@sol1.net,,2014-11-11T15:32:50+00:00
,sim@sol1.net,,2014-11-11T15:32:50+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-26T11:23:19+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-26T11:23:54+00:00
,sim@sol1.net,,2014-11-24T15:10:12+00:00
,sim@sol1.net,,2014-11-24T15:10:12+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-08T13:16:57+00:00
,sim@sol1.net,Merged sir mine into Hashlet Prime 1,2014-11-08T13:17:01+00:00
,sim@sol1.net,[545e17cd8e8ca38a0e1be295] changed miner name from Hashlet Prime 1 to sir mine,2014-11-08T13:17:28+00:00
,sim@sol1.net,,2014-11-03T15:22:03+00:00
,sim@sol1.net,,2014-11-03T15:22:04+00:00
,sim@sol1.net,,2014-11-03T15:22:04+00:00
,sim@sol1.net,,2014-11-03T15:22:04+00:00
,sim@sol1.net,,2014-11-19T14:20:53+00:00
,sim@sol1.net,,2014-11-19T14:20:54+00:00
,sim@sol1.net,Purchased miner ZenHashlet 1 for $11.81,2014-11-22T07:30:49+00:00
,sim@sol1.net,Merged ZenHashlet 1 into aeiou,2014-11-22T07:31:00+00:00
,sim@sol1.net,received payout of 3 HashPoints,2014-11-04T10:01:34+00:00
,sim@sol1.net,,2014-11-12T14:01:09+00:00
,sim@sol1.net,,2014-11-12T14:01:09+00:00
,sim@sol1.net,,2014-11-08T15:56:16+00:00
,sim@sol1.net,,2014-11-08T15:56:17+00:00
,sim@sol1.net,,2014-11-08T15:56:17+00:00
,sim@sol1.net,,2014-11-08T15:56:17+00:00
,sim@sol1.net,,2014-11-08T15:56:17+00:00
,sim@sol1.net,,2014-11-16T15:02:32+00:00
,sim@sol1.net,,2014-11-16T15:02:32+00:00
,sim@sol1.net,,2014-11-16T15:02:33+00:00
,sim@sol1.net,,2014-11-22T14:03:39+00:00
,sim@sol1.net,,2014-11-22T14:03:44+00:00
,sim@sol1.net,,2014-11-22T14:03:45+00:00
,sim@sol1.net,,2014-11-04T16:44:58+00:00
,sim@sol1.net,,2014-11-04T16:44:58+00:00
,sim@sol1.net,,2014-11-04T16:44:58+00:00
,sim@sol1.net,,2014-11-04T16:44:58+00:00
,sim@sol1.net,,2014-11-27T09:23:49+00:00
,sim@sol1.net,,2014-11-27T09:23:49+00:00
,sim@sol1.net,Merged Hashlet Prime 41 into Hashlet Prime 5,2014-11-05T06:21:08+00:00
,sim@sol1.net,Merged Hashlet Prime 25 into Hashlet Prime 5,2014-11-05T06:21:12+00:00
,sim@sol1.net,[5459c1d866d11648404ed84f] changed miner name from Hashlet Prime 5 to sir mine,2014-

11-05T06:21:26+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $41.46,2014-11-05T07:10:14+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 2 for $84,2014-11-05T07:10:31+00:00
,sim@sol1.net,Merged Hashlet Prime 2 into Hashlet Prime 1,2014-11-05T07:10:46+00:00
,sim@sol1.net,received payout of 3 HashPoints,2014-11-05T10:01:35+00:00
,sim@sol1.net,Merged sir mine2 into sir mine,2014-11-17T10:30:01+00:00
,sim@sol1.net,,2014-11-09T14:41:43+00:00
,sim@sol1.net,,2014-11-09T14:41:43+00:00
,sim@sol1.net,,2014-11-13T15:18:01+00:00
,sim@sol1.net,,2014-11-13T15:18:02+00:00
,sim@sol1.net,,2014-11-20T13:07:56+00:00
,sim@sol1.net,,2014-11-20T13:07:56+00:00
,sim@sol1.net,,2014-11-25T10:22:39+00:00
,sim@sol1.net,,2014-11-25T10:22:40+00:00
,sim@sol1.net,,2014-11-17T14:32:00+00:00
,sim@sol1.net,,2014-11-17T14:32:00+00:00
,sim@sol1.net,,2014-11-17T14:32:01+00:00
,sim@sol1.net,,2014-11-05T16:08:21+00:00
,sim@sol1.net,,2014-11-05T16:08:21+00:00
,sim@sol1.net,,2014-11-05T16:08:22+00:00
,sim@sol1.net,,2014-11-05T16:08:22+00:00
,sim@sol1.net,,2014-11-05T16:08:22+00:00
,sim@sol1.net,Double HashPoint Payout for sir mine at 1142 HP,2014-11-09T16:57:22+00:00
,sim@sol1.net,Double HashPoint Payout for Hashlet Prime 1 at 9 HP,2014-11-09T16:57:22+00:00
,sim@sol1.net,Double HashPoint Payout for Hashlet Prime 1 at 173 HP,2014-11-09T16:57:22+00:00
,sim@sol1.net,Double HashPoint Payout for sir mine at 2171 HP,2014-11-09T16:59:29+00:00
,sim@sol1.net,[546604433e3d03ae7c26429f] initiated account funding for 8.53618066 BTC ($3486.7 value at time of initiation),2014-11-14T13:31:47+00:00
,sim@sol1.net,[546604433e3d03ae7c26429f] account funding complete for 8.53618066 BTC ($3486.7 value at time of initiation),2014-11-14T13:48:36+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 25 for $1050,2014-11-14T13:50:06+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 25 for $1050,2014-11-14T13:50:14+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 25 for $1050,2014-11-14T13:50:23+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:51:26+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:51:41+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:51:56+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:52:06+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:52:19+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:52:39+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $43.05,2014-11-14T13:52:53+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $44.4,2014-11-14T13:53:11+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:24+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:31+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:37+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:43+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:47+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:52+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 1,2014-11-14T13:53:56+00:00
,sim@sol1.net,Merged Hashlet Prime 25 into Hashlet Prime 1,2014-11-14T13:54:01+00:00
,sim@sol1.net,Merged Hashlet Prime 25 into Hashlet Prime 25,2014-11-14T13:54:08+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into Hashlet Prime 25,2014-11-14T13:54:12+00:00
,sim@sol1.net,[54660984da91543817881788] changed miner name from Hashlet Prime 25 to sir mine2,2014-11-14T13:54:43+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into sir mine,2014-11-06T08:08:50+00:00
,sim@sol1.net,received payout of 1 HashPoints,2014-11-06T10:01:39+00:00
,sim@sol1.net,,2014-11-28T09:23:57+00:00
,sim@sol1.net,,2014-11-28T09:23:57+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-11-28T08:32:06+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-12-07T01:19:02+00:00
,sim@sol1.net,,2014-12-03T08:57:08+00:00
,sim@sol1.net,,2014-12-03T08:57:08+00:00
,sim@sol1.net,,2014-12-05T07:58:48+00:00
,sim@sol1.net,,2014-12-05T07:58:48+00:00

,sim@sol1.net,,2014-12-01T08:55:27+00:00
,sim@sol1.net,,2014-12-01T08:55:28+00:00
,sim@sol1.net,Purchased a HashStaker 1 with -0.02660630 BTC,2014-11-29T02:12:40+00:00
,sim@sol1.net,[01e5a5b43999a161f6777dbba1aa359cd59b4ae6] code was activated,2014-11-29T02:12:40+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-12-05T09:48:04+00:00
,sim@sol1.net,,2014-11-29T15:28:24+00:00
,sim@sol1.net,,2014-11-29T15:28:24+00:00
,sim@sol1.net,,2014-12-07T15:54:18+00:00
,sim@sol1.net,,2014-12-07T15:54:19+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-12-03T12:38:21+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-12-03T15:24:56+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-12-03T15:30:16+00:00
,sim@sol1.net,account credited 1 HashPoint for Helpful Hashtalk Post,2014-12-03T19:28:21+00:00
,sim@sol1.net,,2014-12-04T08:57:05+00:00
,sim@sol1.net,,2014-12-04T08:57:06+00:00
,sim@sol1.net,,2014-12-02T08:56:43+00:00
,sim@sol1.net,,2014-12-02T08:56:43+00:00
,sim@sol1.net,[54792b982a2a2ee444d863d0] changed miner name from HashStaker 1 to cow,2014-11-30T06:31:55+00:00
,sim@sol1.net,,2014-12-06T21:33:23+00:00
,sim@sol1.net,,2014-12-06T21:33:24+00:00
,sim@sol1.net,,2014-11-30T08:54:49+00:00
,sim@sol1.net,,2014-11-30T08:54:50+00:00
,sim@sol1.net,,2014-12-08T06:48:35+00:00
,sim@sol1.net,,2014-12-08T06:48:36+00:00
,sim@sol1.net,,2014-12-09T23:21:25+00:00
,sim@sol1.net,,2014-12-09T23:21:25+00:00
,sim@sol1.net,,2014-12-11T01:03:15+00:00
,sim@sol1.net,,2014-12-11T01:03:15+00:00
,sim@sol1.net,,2014-12-11T15:45:41+00:00
,sim@sol1.net,,2014-12-11T15:45:41+00:00
,sim@sol1.net,,2014-12-12T15:40:32+00:00
,sim@sol1.net,,2014-12-12T15:40:32+00:00
,sim@sol1.net,credited 86800 HashPoints for reserving HashStaker with sir mine (Hashlet Prime 217 MH),2014-12-12T23:12:55+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $62.47,2014-12-13T09:06:04+00:00
,sim@sol1.net,[1219726] changed miner name from Hashlet Prime 1 to sluice,2014-12-13T09:07:10+00:00
,sim@sol1.net,,2014-12-13T15:36:30+00:00
,sim@sol1.net,,2014-12-13T15:36:30+00:00
,sim@sol1.net,,2014-12-14T15:36:51+00:00
,sim@sol1.net,,2014-12-14T15:36:51+00:00
,sim@sol1.net,,2014-12-14T15:36:51+00:00
,sim@sol1.net,,2014-12-15T15:40:36+00:00
,sim@sol1.net,,2014-12-15T15:40:36+00:00
,sim@sol1.net,,2014-12-15T15:40:36+00:00
,sim@sol1.net,[20290179] confirming account funding for 0.12806991 BTC ($45.07 value at time of initiation),2014-12-15T17:47:05+00:00
,sim@sol1.net,[20290179] account funding complete for 0.12806991 BTC ($45.04 value at time of initiation),2014-12-15T18:07:38+00:00
,sim@sol1.net,Purchased miner Hashlet Prime 1 for $61.95,2014-12-15T23:28:16+00:00
,sim@sol1.net,,2014-12-16T15:41:42+00:00
,sim@sol1.net,,2014-12-16T15:41:42+00:00
,sim@sol1.net,,2014-12-16T15:41:42+00:00
,sim@sol1.net,,2014-12-16T15:41:42+00:00
,sim@sol1.net,Merged Hashlet Prime 1 into sluice,2014-12-17T10:50:56+00:00
,sim@sol1.net,,2014-12-17T15:45:02+00:00
,sim@sol1.net,,2014-12-17T15:45:02+00:00
,sim@sol1.net,,2014-12-17T15:45:02+00:00
,sim@sol1.net,,2014-12-17T15:45:02+00:00
,sim@sol1.net,,2014-12-18T15:53:01+00:00
,sim@sol1.net,,2014-12-18T15:53:01+00:00

,sim@sol1.net,,2014-12-18T15:53:02+00:00
,sim@sol1.net,,2014-12-18T15:53:02+00:00
,sim@sol1.net,,2014-12-18T15:53:02+00:00
,sim@sol1.net,converted 335779 HP to 839.44750000 XPY,2014-12-18T23:48:21+00:00
,sim@sol1.net,,2014-12-19T16:59:43+00:00
,sim@sol1.net,,2014-12-19T16:59:43+00:00
,sim@sol1.net,,2014-12-19T16:59:43+00:00
,sim@sol1.net,,2014-12-20T15:44:27+00:00
,sim@sol1.net,,2014-12-20T15:44:28+00:00
,sim@sol1.net,,2014-12-20T15:44:28+00:00
,sim@sol1.net,staked 217 XPY in sir mine (HashStaker 217),2014-12-21T06:05:50+00:00
,sim@sol1.net,staked 2 XPY in sluice (HashStaker 2),2014-12-21T06:05:58+00:00
,sim@sol1.net,staked 1 XPY in cow (HashStaker 1),2014-12-21T06:06:05+00:00
,sim@sol1.net,staked 2 XPY in aeiou (HashStaker 2),2014-12-21T06:06:36+00:00
,sim@sol1.net,Withdraw request for amount of -617.001 XPY has been submitted,2014-12-21T14:00:54+00:00
,sim@sol1.net,,2014-12-21T15:40:26+00:00
,sim@sol1.net,,2014-12-21T15:40:26+00:00
,sim@sol1.net,,2014-12-21T15:40:27+00:00
,sim@sol1.net,Withdraw request for amount of -617.00100000 XPY has been approved,2014-12-22T15:54:38+00:00
,sim@sol1.net,,2014-12-22T18:07:41+00:00
,sim@sol1.net,,2014-12-22T18:07:41+00:00
,sim@sol1.net,,2014-12-22T18:07:41+00:00
,sim@sol1.net,converted 16747 HP to 41.86750000 XPY,2014-12-22T19:41:39+00:00
,sim@sol1.net,,2014-12-23T01:16:44+00:00
,sim@sol1.net,,2014-12-23T01:16:44+00:00
,sim@sol1.net,,2014-12-23T01:16:44+00:00
,sim@sol1.net,,2014-12-23T01:16:44+00:00
,sim@sol1.net,[a13c3e09680b1f3aa2c11efe780db39058e6b24752a80009f1ccc35c113d4185] account withdrawal complete for -43.92100000 XPY,2014-12-23T14:28:01+00:00
,sim@sol1.net,,2014-12-23T20:29:09+00:00
,sim@sol1.net,,2014-12-23T20:29:09+00:00
,sim@sol1.net,,2014-12-23T20:29:09+00:00
,sim@sol1.net,,2014-12-23T20:29:09+00:00
,sim@sol1.net,,2014-12-24T17:39:44+00:00
,sim@sol1.net,,2014-12-24T17:39:44+00:00
,sim@sol1.net,,2014-12-24T17:39:44+00:00
,sim@sol1.net,,2014-12-24T17:39:44+00:00
,sim@sol1.net,,2014-12-25T16:20:36+00:00
,sim@sol1.net,,2014-12-25T16:20:36+00:00
,sim@sol1.net,,2014-12-25T16:20:36+00:00
,sim@sol1.net,,2014-12-25T16:20:36+00:00
,sim@sol1.net,,2014-12-26T15:53:12+00:00
,sim@sol1.net,,2014-12-26T15:53:12+00:00
,sim@sol1.net,,2014-12-26T15:53:12+00:00
,sim@sol1.net,,2014-12-26T15:53:12+00:00
,sim@sol1.net,,2014-12-27T16:10:14+00:00
,sim@sol1.net,,2014-12-27T16:10:14+00:00
,sim@sol1.net,,2014-12-27T16:10:14+00:00
,sim@sol1.net,,2014-12-27T16:10:14+00:00
,sim@sol1.net,,2014-12-28T15:52:04+00:00
,sim@sol1.net,,2014-12-28T15:52:04+00:00
,sim@sol1.net,,2014-12-28T15:52:05+00:00
,sim@sol1.net,,2014-12-28T15:52:05+00:00
,sim@sol1.net,,2014-12-29T15:47:58+00:00
,sim@sol1.net,,2014-12-29T15:47:58+00:00
,sim@sol1.net,,2014-12-29T15:47:59+00:00
,sim@sol1.net,,2014-12-29T15:47:59+00:00
,sim@sol1.net,[1168e791158581b286a4eeef393c93a9242fcc943e62708c8cc2fdb75cead9f1] account withdrawal complete for -14.57100000 XPY,2014-12-30T03:22:41+00:00
,sim@sol1.net,,2014-12-30T15:52:24+00:00
,sim@sol1.net,,2014-12-30T15:52:24+00:00

,sim@sol1.net,,2014-12-30T15:52:24+00:00
,sim@sol1.net,,2014-12-30T15:52:24+00:00
,sim@sol1.net,,2014-12-31T15:55:40+00:00
,sim@sol1.net,,2014-12-31T15:55:41+00:00
,sim@sol1.net,,2014-12-31T15:55:41+00:00
,sim@sol1.net,,2014-12-31T15:55:41+00:00
,sim@sol1.net,[9d3e17c80a2900406b90cdba63e3e11f8f3a21ae20c58deb19412c7346d791c7] account withdrawal complete for -4.32100000 XPY,2015-01-01T06:48:34+00:00
,sim@sol1.net,[c4cbb291fa088af031c1c92a2852c0edccde196f29a2d28e38b96863e90a0c7c] account withdrawal complete for -0.03098314 BTC,2015-01-01T07:19:40+00:00
,sim@sol1.net,,2015-01-01T15:54:14+00:00
,sim@sol1.net,,2015-01-01T15:54:14+00:00
,sim@sol1.net,,2015-01-01T15:54:14+00:00
,sim@sol1.net,,2015-01-01T15:54:14+00:00
,sim@sol1.net,,2015-01-02T15:55:54+00:00
,sim@sol1.net,,2015-01-02T15:55:54+00:00
,sim@sol1.net,,2015-01-02T15:55:54+00:00
,sim@sol1.net,,2015-01-02T15:55:54+00:00
,sim@sol1.net,,2015-01-03T15:48:41+00:00
,sim@sol1.net,,2015-01-03T15:48:41+00:00
,sim@sol1.net,,2015-01-03T15:48:41+00:00
,sim@sol1.net,,2015-01-03T15:48:42+00:00
,sim@sol1.net,,2015-01-04T15:52:53+00:00
,sim@sol1.net,,2015-01-04T15:52:53+00:00
,sim@sol1.net,,2015-01-04T15:52:54+00:00
,sim@sol1.net,,2015-01-04T15:52:54+00:00
,sim@sol1.net,,2015-01-05T15:52:09+00:00
,sim@sol1.net,,2015-01-05T15:52:09+00:00
,sim@sol1.net,,2015-01-05T15:52:09+00:00
,sim@sol1.net,,2015-01-05T15:52:09+00:00
,sim@sol1.net,[012a32aa691b0e88e1381f9dbe28738955e0dec2955a6f9abb242aeba644f405] account withdrawal complete for -10.22100000 XPY,2015-01-06T07:29:31+00:00
,sim@sol1.net,,2015-01-06T15:52:06+00:00
,sim@sol1.net,,2015-01-06T15:52:06+00:00
,sim@sol1.net,,2015-01-06T15:52:06+00:00
,sim@sol1.net,,2015-01-06T15:52:07+00:00
,sim@sol1.net,[aece8e44bbfca07b894c15ea61b4c05bf4ed99586d515057d463460d27e1c024] account withdrawal complete for -2.14100000 XPY,2015-01-07T01:27:00+00:00
,sim@sol1.net,,2015-01-07T15:50:44+00:00
,sim@sol1.net,,2015-01-07T15:50:44+00:00
,sim@sol1.net,,2015-01-07T15:50:44+00:00
,sim@sol1.net,,2015-01-07T15:50:44+00:00
,sim@sol1.net,[a28d1e94a559a5726ee024d3b4a9fdceb2b6b2cc76ef5afab6ea5fb84edcaf3e] account withdrawal complete for -2.14100000 XPY,2015-01-08T10:38:33+00:00
,sim@sol1.net,,2015-01-08T17:29:31+00:00
,sim@sol1.net,,2015-01-08T17:29:31+00:00
,sim@sol1.net,,2015-01-08T17:29:31+00:00
,sim@sol1.net,,2015-01-08T17:29:31+00:00
,sim@sol1.net,,2015-01-09T15:30:46+00:00
,sim@sol1.net,,2015-01-09T15:30:46+00:00
,sim@sol1.net,,2015-01-09T15:30:46+00:00
,sim@sol1.net,,2015-01-09T15:30:46+00:00
,sim@sol1.net,[5c743a90bc3592710c4ea5f45d3e28ed2d8f42e472d8b8275dd154ffa9fa8330] account withdrawal complete for -4.21100000 XPY,2015-01-10T06:12:46+00:00
,sim@sol1.net,[1642665] confirming account funding for 3.25704200 XPY ($65.14 value at time of initiation),2015-01-10T10:50:19+00:00
,sim@sol1.net,[1642665] account funding complete for 3.25704200 XPY ($65.14 value at time of initiation),2015-01-10T10:56:26+00:00
,sim@sol1.net,[f7f4048ffdd3594c5066f36052a62cbaa73fbec8d1e8f1a06ff8e4c9c2e5dfb0] account withdrawal complete for -2.20100000 XPY,2015-01-10T12:28:09+00:00
,sim@sol1.net,[92deec66799a5c6cba28e6cd94315f8fbc0dabf87a1cc664f6cb9e395057c5db] account withdrawal complete for -1.05100000 XPY,2015-01-10T12:29:53+00:00
,sim@sol1.net,,2015-01-10T15:30:05+00:00

```
,sim@sol1.net,,2015-01-10T15:30:05+00:00
,sim@sol1.net,,2015-01-10T15:30:05+00:00
,sim@sol1.net,,2015-01-10T15:30:06+00:00
,sim@sol1.net,[b3fe40f79f8416246ab6d2af5899dfdb892a5317addd2074bca3ba00312757e6] account withdrawal complete for -2.11100000 XPY,2015-01-11T11:00:49+00:00
,sim@sol1.net,,2015-01-11T15:29:30+00:00
,sim@sol1.net,,2015-01-11T15:29:30+00:00
,sim@sol1.net,,2015-01-11T15:29:30+00:00
,sim@sol1.net,,2015-01-11T15:29:30+00:00
,sim@sol1.net,,2015-01-12T16:12:03+00:00
,sim@sol1.net,,2015-01-12T16:12:03+00:00
,sim@sol1.net,,2015-01-12T16:12:03+00:00
,sim@sol1.net,,2015-01-12T16:12:03+00:00
,sim@sol1.net,,2015-01-13T15:31:23+00:00
,sim@sol1.net,,2015-01-13T15:31:23+00:00
,sim@sol1.net,,2015-01-13T15:31:23+00:00
,sim@sol1.net,,2015-01-13T15:31:23+00:00
,sim@sol1.net,[7740b8e447ebb10e31a629523be311241bb4253a204a669c2b61715dc6fc63cb] account withdrawal complete for -6.27100000 XPY,2015-01-14T07:12:03+00:00
,sim@sol1.net,,2015-01-14T15:32:15+00:00
,sim@sol1.net,,2015-01-14T15:32:15+00:00
,sim@sol1.net,,2015-01-14T15:32:15+00:00
,sim@sol1.net,,2015-01-14T15:32:15+00:00
,sim@sol1.net,,2015-01-15T15:32:13+00:00
,sim@sol1.net,,2015-01-15T15:32:13+00:00
,sim@sol1.net,,2015-01-15T15:32:13+00:00
,sim@sol1.net,,2015-01-15T15:32:13+00:00
,sim@sol1.net,,2015-01-16T15:14:48+00:00
,sim@sol1.net,,2015-01-16T15:14:48+00:00
,sim@sol1.net,,2015-01-16T15:14:49+00:00
,sim@sol1.net,,2015-01-16T15:14:49+00:00
,sim@sol1.net,,2015-01-17T15:15:02+00:00
,sim@sol1.net,,2015-01-17T15:15:02+00:00
,sim@sol1.net,,2015-01-17T15:15:02+00:00
,sim@sol1.net,,2015-01-17T15:15:02+00:00
,sim@sol1.net,,2015-01-18T15:14:59+00:00
,sim@sol1.net,,2015-01-18T15:15:00+00:00
,sim@sol1.net,,2015-01-18T15:15:00+00:00
,sim@sol1.net,,2015-01-18T15:15:00+00:00
,sim@sol1.net,,2015-01-19T15:10:13+00:00
,sim@sol1.net,,2015-01-19T15:10:14+00:00
,sim@sol1.net,,2015-01-19T15:10:14+00:00
,sim@sol1.net,,2015-01-19T15:10:14+00:00
,sim@sol1.net,,2015-01-20T15:10:29+00:00
,sim@sol1.net,,2015-01-20T15:10:29+00:00
,sim@sol1.net,,2015-01-20T15:10:30+00:00
,sim@sol1.net,,2015-01-20T15:10:30+00:00
,sim@sol1.net,,2015-01-21T15:10:25+00:00
,sim@sol1.net,,2015-01-21T15:10:26+00:00
,sim@sol1.net,,2015-01-21T15:10:26+00:00
,sim@sol1.net,,2015-01-21T15:10:26+00:00
,sim@sol1.net,,2015-01-22T15:10:37+00:00
,sim@sol1.net,,2015-01-22T15:10:37+00:00
,sim@sol1.net,,2015-01-22T15:10:37+00:00
,sim@sol1.net,,2015-01-22T15:10:37+00:00
,sim@sol1.net,,2015-01-23T15:10:46+00:00
,sim@sol1.net,,2015-01-23T15:10:46+00:00
,sim@sol1.net,,2015-01-23T15:10:46+00:00
,sim@sol1.net,,2015-01-23T15:10:46+00:00
,sim@sol1.net,,2015-01-24T15:10:38+00:00
,sim@sol1.net,,2015-01-24T15:10:38+00:00
,sim@sol1.net,,2015-01-24T15:10:38+00:00
,sim@sol1.net,,2015-01-24T15:10:38+00:00
```

```
,sim@sol1.net,,2015-01-25T15:10:43+00:00
,sim@sol1.net,,2015-01-25T15:10:43+00:00
,sim@sol1.net,,2015-01-25T15:10:43+00:00
,sim@sol1.net,,2015-01-25T15:10:44+00:00
,sim@sol1.net,,2015-01-26T15:11:09+00:00
,sim@sol1.net,,2015-01-26T15:11:09+00:00
,sim@sol1.net,,2015-01-26T15:11:09+00:00
,sim@sol1.net,,2015-01-26T15:11:10+00:00
,sim@sol1.net,,2015-01-27T15:12:00+00:00
,sim@sol1.net,,2015-01-27T15:12:00+00:00
,sim@sol1.net,,2015-01-27T15:12:00+00:00
,sim@sol1.net,,2015-01-27T15:12:00+00:00
,sim@sol1.net,,2015-01-28T15:11:58+00:00
,sim@sol1.net,,2015-01-28T15:11:58+00:00
,sim@sol1.net,,2015-01-28T15:11:59+00:00
,sim@sol1.net,,2015-01-28T15:11:59+00:00
,sim@sol1.net,,2015-01-29T15:11:54+00:00
,sim@sol1.net,,2015-01-29T15:11:54+00:00
,sim@sol1.net,,2015-01-29T15:11:54+00:00
,sim@sol1.net,,2015-01-29T15:11:54+00:00
,sim@sol1.net,,2015-01-30T18:12:27+00:00
,sim@sol1.net,,2015-01-30T18:12:27+00:00
,sim@sol1.net,,2015-01-30T18:12:27+00:00
,sim@sol1.net,,2015-01-30T18:12:28+00:00
,sim@sol1.net,,2015-01-31T16:59:47+00:00
,sim@sol1.net,,2015-01-31T16:59:47+00:00
,sim@sol1.net,,2015-01-31T16:59:47+00:00
,sim@sol1.net,,2015-01-31T16:59:47+00:00
,sim@sol1.net,,2015-02-01T15:07:45+00:00
,sim@sol1.net,,2015-02-01T15:07:45+00:00
,sim@sol1.net,,2015-02-01T15:07:45+00:00
,sim@sol1.net,,2015-02-01T15:07:46+00:00
,sim@sol1.net,,2015-02-02T15:08:06+00:00
,sim@sol1.net,,2015-02-02T15:08:06+00:00
,sim@sol1.net,,2015-02-02T15:08:06+00:00
,sim@sol1.net,,2015-02-02T15:08:06+00:00
,sim@sol1.net,,2015-02-03T15:08:16+00:00
,sim@sol1.net,,2015-02-03T15:08:16+00:00
,sim@sol1.net,,2015-02-03T15:08:16+00:00
,sim@sol1.net,,2015-02-03T15:08:16+00:00
,sim@sol1.net,,2015-02-04T15:08:27+00:00
,sim@sol1.net,,2015-02-04T15:08:27+00:00
,sim@sol1.net,,2015-02-04T15:08:27+00:00
,sim@sol1.net,,2015-02-04T15:08:27+00:00
,sim@sol1.net,,2015-02-05T20:54:58+00:00
,sim@sol1.net,,2015-02-05T20:54:58+00:00
,sim@sol1.net,,2015-02-05T20:54:58+00:00
,sim@sol1.net,,2015-02-05T20:54:58+00:00
,sim@sol1.net,,2015-02-06T15:06:01+00:00
,sim@sol1.net,,2015-02-06T15:06:01+00:00
,sim@sol1.net,,2015-02-06T15:06:01+00:00
,sim@sol1.net,,2015-02-06T15:06:01+00:00
,sim@sol1.net,,2015-02-07T15:06:07+00:00
,sim@sol1.net,,2015-02-07T15:06:07+00:00
,sim@sol1.net,,2015-02-07T15:06:08+00:00
,sim@sol1.net,,2015-02-07T15:06:08+00:00
,sim@sol1.net,,2015-02-08T15:06:14+00:00
,sim@sol1.net,,2015-02-08T15:06:14+00:00
,sim@sol1.net,,2015-02-08T15:06:14+00:00
,sim@sol1.net,,2015-02-08T15:06:14+00:00
,sim@sol1.net,,2015-02-09T15:06:22+00:00
,sim@sol1.net,,2015-02-09T15:06:23+00:00
,sim@sol1.net,,2015-02-09T15:06:23+00:00
```