# Exhibit I
# (GAW00363122)

| Date | Transaction | Amount | Value |
|---|---|---|---|
| 01/27/2015 | Purchase | -0.00517041 | 1.31 |
| 03/10/2015 | Purchase | -0.150696 | 43.34 |
| 03/10/2015 | Purchase | -0.1469286 | 42.25 |
| 03/12/2015 | Purchase | -0.1412775 | |
| 03/13/2015 | Purchase | -0.00638664 | 1.78 |
| 03/13/2015 | Purchase | -0.00638664 | 1.78 |
| 03/13/2015 | Purchase | -0.00638664 | 1.78 |
| 03/13/2015 | Purchase | -0.00638664 | 1.78 |
| 03/13/2015 | Purchase | -0.00638664 | 1.78 |
| 03/13/2015 | Purchase | -0.00638664 | 1.78 |
| 03/13/2015 | Purchase | -0.0414414 | 11.5 |
| 03/13/2015 | Purchase | -0.00957996 | 2.67 |
| 03/13/2015 | Purchase | -0.18837 | 52.5 |
| 03/13/2015 | Purchase | -0.0320229 | 9.05 |
| 03/13/2015 | Purchase | -0.0320229 | 9.05 |
| 03/13/2015 | Purchase | -0.0320229 | 9.05 |
| 03/13/2015 | Purchase | -0.113022 | 31.94 |
| 03/16/2015 | Purchase | -0.53726891 | 151.87 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00563316 | 1.57 |
| 03/16/2015 | Purchase | -0.00581256 | 1.62 |
| 03/16/2015 | Purchase | -0.00581256 | 1.62 |
| 03/16/2015 | Purchase | -0.00581256 | 1.62 |
| 09/10/2014 | Purchase | -0.04085983 | 19.95 |
| 09/12/2014 | Purchase | -0.04231271 | 19.95 |
| 09/13/2014 | Purchase | -0.0438213 | 19.95 |
| 09/14/2014 | Purchase | -0.0438693 | 19.95 |
| 09/14/2014 | Purchase | -0.2197655 | 103.21 |
| 09/14/2014 | Purchase | -0.2196335 | 103.15 |
| 09/15/2014 | Purchase | -0.0414171 | 19.95 |
| 09/16/2014 | Purchase | -0.0439559 | 19.95 |
| 09/16/2014 | Purchase | -0.0440369 | 19.95 |
| 09/16/2014 | Purchase | -0.04185495 | 19.95 |
| 09/17/2014 | Purchase | -0.0429894 | 19.95 |
| 09/19/2014 | Purchase | -0.23096851 | 88.36 |
| 09/20/2014 | Purchase | -0.04953732 | 19.95 |
| 09/22/2014 | Purchase | -0.04898005 | 19.95 |
| 09/24/2014 | Purchase | -0.24602725 | 101 |
| 09/25/2014 | Purchase | -0.04852229 | 19.95 |

| Date | Type | Amount | Value 1 | Value 2 |
|------|------|--------|--------:|--------:|
| 09/25/2014 | Purchase | -0.04607428 | | 19.95 |
| 09/27/2014 | Purchase | -0.04991547 | | 19.95 |
| 09/28/2014 | Purchase | -0.468153 | 189 | |
| 09/28/2014 | Purchase | -0.03230304 | 13.11 | |
| 09/28/2014 | Purchase | -0.0361326 | 14.7 | |
| 09/28/2014 | Purchase | -0.03677168 | 14.96 | |
| 09/28/2014 | Purchase | -0.0441609 | 17.85 | |
| 09/28/2014 | Purchase | -0.0368382 | 14.7 | |
| 09/28/2014 | Purchase | -0.1120425 | | 41.45 |
| 09/28/2014 | Purchase | -0.2307228 | 92.4 | |
| 09/28/2014 | Purchase | -0.0314244 | 12.6 | |
| 09/28/2014 | Purchase | -0.0360591 | 14.7 | |
| 10/01/2014 | Purchase | -0.0298452 | 11.5 | |
| 10/01/2014 | Purchase | -0.029799 | 11.5 | |
| 10/01/2014 | Purchase | -0.029799 | 11.5 | |
| 10/01/2014 | Purchase | -0.029799 | 11.5 | |
| 10/01/2014 | Purchase | -0.0375585 | 14.7 | |
| 10/06/2014 | Purchase | -0.0568197 | 18.27 | |
| 10/06/2014 | Purchase | -0.0568197 | 18.27 | |
| 10/10/2014 | Purchase | -0.74178375 | | 262.27 |
| 10/11/2014 | Purchase | -0.0501882 | | 17.81 |
| 10/11/2014 | Purchase | -0.0501882 | | 17.81 |
| 10/11/2014 | Purchase | -0.04923685 | | 17.48 |
| 10/11/2014 | Purchase | -0.04923685 | | 17.48 |
| 10/11/2014 | Purchase | -0.04923685 | | 17.48 |
| 10/12/2014 | Purchase | -0.0503677 | | 18.88 |
| 10/12/2014 | Purchase | -0.0503677 | | 18.88 |
| 10/12/2014 | Purchase | -0.0503677 | | 18.88 |
| 10/13/2014 | Purchase | -0.13241745 | | 50.98 |
| 10/13/2014 | Purchase | -0.13241745 | | 50.98 |
| 10/13/2014 | Purchase | -0.0472085 | | 18.17 |
| 10/13/2014 | Purchase | -0.0472085 | | 18.17 |
| 10/13/2014 | Purchase | -0.0472085 | | 18.17 |
| 10/14/2014 | Purchase | -0.219912 | 89.25 | |
| 10/14/2014 | Purchase | -0.04635493 | 18.79 | |
| 10/14/2014 | Purchase | -0.04635493 | 18.79 | |
| 10/14/2014 | Purchase | -0.04635493 | 18.79 | |
| 10/14/2014 | Purchase | -0.04626098 | 18.79 | |
| 10/15/2014 | Purchase | -0.00162825 | 0.65 | |
| 10/15/2014 | Purchase | -0.0417648 | 16.8 | |
| 10/15/2014 | Purchase | -0.0417648 | 16.8 | |
| 10/15/2014 | Purchase | -0.0417648 | 16.8 | |
| 10/15/2014 | Purchase | -0.0417648 | 16.8 | |
| 10/16/2014 | Purchase | -0.04645522 | 18.34 | |
| 10/16/2014 | Purchase | -0.04645522 | 18.34 | |
| 10/17/2014 | Purchase | -0.04601924 | 17.32 | |
| 10/17/2014 | Purchase | -0.04601924 | 17.32 | |

| | | | |
|---|---|---|---:|
| 10/17/2014 | Purchase | -0.04601924 | 17.32 |
| 10/17/2014 | Purchase | -0.04600192 | 17.32 |
| 10/17/2014 | Purchase | -0.0018592 | 0.7 |
| 10/18/2014 | Purchase | -0.11459679 | 43.89 |
| 10/19/2014 | Purchase | -0.2175579 | 85.05 |
| 10/21/2014 | Purchase | -0.20952015 | 80.43 |
| 10/22/2014 | Purchase | -0.10548972 | 40.84 |
| 10/22/2014 | Purchase | -0.041328 | 15.75 |
| 10/22/2014 | Purchase | -0.041328 | 15.75 |
| 10/23/2014 | Purchase | -0.110295 | 40.85 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.1098596 | 40.84 |
| 10/23/2014 | Purchase | -0.110268 | 40.84 |
| 10/23/2014 | Purchase | -0.19845 | 73.5 |
| 10/25/2014 | Purchase | -0.0393666 | 13.65 |
| 10/25/2014 | Purchase | -0.0393666 | 13.65 |
| 10/25/2014 | Purchase | -0.0393666 | 13.65 |
| 10/25/2014 | Purchase | -0.0302085 | 10.5 |
| 10/27/2014 | Purchase | -0.03695904 | 13.12 |
| 10/27/2014 | Purchase | -0.12100492 | 42.94 |
| 10/29/2014 | Purchase | -0.103047 | 36.75 |
| 10/30/2014 | Purchase | -0.1049937 | 31.92 |
| 10/30/2014 | Purchase | -0.1095288 | 37.6 |
| 10/30/2014 | Purchase | -0.1095288 | 37.6 |
| 10/30/2014 | Purchase | -0.1095664 | 37.6 |
| 10/30/2014 | Purchase | -0.1095664 | 37.6 |
| 10/30/2014 | Purchase | -0.1095664 | 37.6 |
| 10/30/2014 | Purchase | -0.1095664 | 37.6 |
| 10/30/2014 | Purchase | -0.1095664 | 37.6 |
| 10/30/2014 | Purchase | -0.1095664 | 37.6 |
| 10/30/2014 | Purchase | -0.1094912 | 37.6 |
| 10/30/2014 | Purchase | -0.1094912 | 37.6 |
| 11/01/2014 | Purchase | -0.0932064 | 35.7 |
| 11/01/2014 | Purchase | -0.18696184 | 61.99 |
| 11/01/2014 | Purchase | -1.184148 | 400.05 |
| 11/01/2014 | Purchase | -0.18696184 | 61.99 |
| 11/01/2014 | Purchase | -0.0329448 | 11.13 |
| 11/01/2014 | Purchase | -0.1456728 | 48.3 |
| 11/01/2014 | Purchase | -0.03766984 | 12.49 |
| 11/01/2014 | Purchase | -0.0329448 | 11.13 |
| 11/01/2014 | Purchase | -0.03780723 | 12.49 |
| 11/02/2014 | Purchase | -0.03716353 | 12.07 |

| Date | Type | Amount | | |
|---|---|---|---|---|
| 11/05/2014 | Purchase | -0.1235806 | 41.47 | |
| 11/05/2014 | Purchase | -0.1239953 | 41.47 | |
| 11/05/2014 | Purchase | -0.039485 | 13.25 | |
| 11/05/2014 | Purchase | -0.61174984 | 205.01 | |
| 11/05/2014 | Purchase | -0.6141072 | 205.8 | |
| 11/05/2014 | Purchase | -0.61565888 | 206.32 | |
| 11/05/2014 | Purchase | -0.6148336 | 206.32 | |
| 11/05/2014 | Purchase | -0.1235806 | 41.47 | |
| 11/07/2014 | Purchase | -0.10357683 | 36.33 | |
| 11/07/2014 | Purchase | -0.10357683 | 36.33 | |
| 11/07/2014 | Purchase | -0.10357683 | 36.33 | |
| 11/07/2014 | Purchase | -0.10357683 | 36.33 | |
| 11/07/2014 | Purchase | -0.10357683 | 36.33 | |
| 11/07/2014 | Purchase | -0.10328619 | 36.33 | |
| 11/07/2014 | Purchase | -0.03624825 | 12.75 | |
| 11/07/2014 | Purchase | -0.03656098 | 12.86 | |
| 11/07/2014 | Purchase | -0.03664627 | 12.89 | |
| 11/07/2014 | Purchase | -0.03664627 | 12.89 | |
| 11/07/2014 | Purchase | -0.01578815 | 5.53 | |
| 11/29/2014 | Purchase | -0.04880605 | | 18.25 |
| 11/29/2014 | Purchase | -0.027064 | | 10.12 |
| 11/29/2014 | Purchase | -0.02705405 | | 10.12 |
| 11/29/2014 | Purchase | -0.04880605 | | 18.25 |
| 11/29/2014 | Purchase | -0.048824 | | 18.25 |
| 11/29/2014 | Purchase | -0.048824 | | 18.25 |
| 12/04/2014 | Purchase | -0.140175 | 52.5 | |
| 12/04/2014 | Purchase | -0.14028 | 52.5 | |
| 12/04/2014 | Purchase | -0.12682935 | 47.77 | |
| 12/04/2014 | Purchase | -0.12682935 | 47.77 | |
| 12/04/2014 | Purchase | -0.12682935 | 47.77 | |
| 12/04/2014 | Purchase | -0.139755 | 52.5 | |
| 12/04/2014 | Purchase | -0.140175 | 52.5 | |
| 12/04/2014 | Purchase | -0.13965 | 52.5 | |
| 12/04/2014 | Purchase | -0.72836577 | 272.49 | |
| 12/04/2014 | Purchase | -0.12692489 | 47.77 | |
| 12/04/2014 | Purchase | -0.12682935 | 47.77 | |
| 12/04/2014 | Purchase | -0.12682935 | 47.77 | |
| 12/04/2014 | Purchase | -0.139755 | 52.5 | |
| 12/04/2014 | Purchase | -0.1403325 | 52.5 | |
| 12/04/2014 | Purchase | -0.13965 | 52.5 | |
| 12/05/2014 | Purchase | -0.03255279 | 12.07 | |
| 12/05/2014 | Purchase | -0.03255279 | 12.07 | |
| 12/05/2014 | Purchase | -0.03255279 | 12.07 | |
| 12/09/2014 | Purchase | -0.02561811 | 9.03 | |
| 12/09/2014 | Purchase | -0.02561811 | 9.03 | |
| 12/13/2014 | Purchase | -0.03857133 | 13.1 | |
| 12/24/2014 | Purchase | -0.8367666 | 278.25 | |

| | | | | |
|---|---|---|---|---|
| 12/24/2014 | Purchase | -0.50205996 | | 166.95 |
| 12/25/2014 | Purchase | -0.8631315 | | 278.25 |
| 12/25/2014 | Purchase | -0.032949 | | 10.5 |
| 12/25/2014 | Purchase | -0.0164745 | | 5.25 |
| 12/25/2014 | Purchase | -0.0164745 | | 5.25 |
| 12/25/2014 | Purchase | -0.0164745 | | 5.25 |
| 12/25/2014 | Purchase | -0.016422 | | 5.25 |
| | | | | |
| Sold Miner | Legendary | | Sold | -90.25 |
| | | | Totals | 5808.89 | 1669.7 |

Grand total within Zencloud:   7478.59

| | | |
|---|---|---|
| 10/15/2014 | Purchase | -0.00162825 BTC |
| 10/23/2014 | Purchase | -0.11029500 BTC |
| 09/17/2014 | Purchase | -0.04298940 BTC |
| 09/25/2014 | Purchase | -0.04852229 BTC |
| 09/13/2014 | Purchase | -0.04382130 BTC |
| 11/29/2014 | Purchase | -0.04880605 BTC |
| 10/15/2014 | Purchase | -0.04176480 BTC |
| 09/20/2014 | Purchase | -0.04953732 BTC |
| 10/15/2014 | Purchase | -0.04176480 BTC |
| 10/15/2014 | Purchase | -0.04176480 BTC |
| 09/16/2014 | Purchase | -0.04395590 BTC |
| 09/16/2014 | Purchase | -0.04403690 BTC |
| 10/29/2014 | Purchase | -0.10304700 BTC |
| 10/15/2014 | Purchase | -0.04176480 BTC |
| 10/17/2014 | Purchase | -0.04601924 BTC |
| 10/17/2014 | Purchase | -0.04601924 BTC |
| 01/27/2015 | Purchase | -0.00517041 BTC |
| 11/01/2014 | Purchase | -0.09320640 BTC |
| 11/29/2014 | Purchase | -0.02706400 BTC |
| 11/02/2014 | Purchase | -0.03716353 BTC |
| 12/13/2014 | Purchase | -0.03857133 BTC |
| 09/28/2014 | Purchase | -0.46815300 BTC |
| 09/28/2014 | Purchase | -0.03230304 BTC |
| 10/19/2014 | Purchase | -0.21755790 BTC |
| 10/27/2014 | Purchase | -0.03695904 BTC |
| 12/04/2014 | Purchase | -0.14017500 BTC |
| 11/29/2014 | Purchase | -0.02705405 BTC |
| 09/28/2014 | Purchase | -0.03613260 BTC |
| 09/28/2014 | Purchase | -0.03677168 BTC |
| 10/06/2014 | Purchase | -0.05681970 BTC |
| 10/06/2014 | Purchase | -0.05681970 BTC |
| 12/04/2014 | Purchase | -0.14028000 BTC |
| 03/13/2015 | Purchase | -0.00638664 BTC |
| 03/13/2015 | Purchase | -0.00638664 BTC |
| 10/21/2014 | Purchase | -0.20952015 BTC |
| 10/14/2014 | Purchase | -0.21991200 BTC |
| 09/28/2014 | Purchase | -0.04416090 BTC |
| 03/13/2015 | Purchase | -0.00638664 BTC |
| 12/04/2014 | Purchase | -0.12682935 BTC |
| 03/13/2015 | Purchase | -0.00638664 BTC |
| 12/04/2014 | Purchase | -0.12682935 BTC |
| 03/13/2015 | Purchase | -0.00638664 BTC |
| 03/13/2015 | Purchase | -0.00638664 BTC |
| 03/13/2015 | Purchase | -0.04144140 BTC |
| 12/04/2014 | Purchase | -0.12682935 BTC |
| 11/01/2014 | Purchase | -0.18696184 BTC |
| 03/13/2015 | Purchase | -0.00957996 BTC |

| | | |
|---|---|---|
| 12/25/2014 | Purchase | -0.86313150 BTC |
| 11/01/2014 | Purchase | -1.18414800 BTC |
| 11/01/2014 | Purchase | -0.18696184 BTC |
| 09/28/2014 | Purchase | -0.03683820 BTC |
| 11/01/2014 | Purchase | -0.03294480 BTC |
| 10/22/2014 | Purchase | -0.10548972 BTC |
| 10/18/2014 | Purchase | -0.11459679 BTC |
| 10/13/2014 | Purchase | -0.13241745 BTC |
| 11/29/2014 | Purchase | -0.04880605 BTC |
| 11/01/2014 | Purchase | -0.14567280 BTC |
| 10/13/2014 | Purchase | -0.13241745 BTC |
| 12/04/2014 | Purchase | -0.13975500 BTC |
| 10/22/2014 | Purchase | -0.04132800 BTC |
| 09/15/2014 | Purchase | -0.04141710 BTC |
| 03/13/2015 | Purchase | -0.18837000 BTC |
| 11/01/2014 | Purchase | -0.03766984 BTC |
| 10/16/2014 | Purchase | -0.04645522 BTC |
| 09/28/2014 | Purchase | -0.11204250 BTC |
| 11/01/2014 | Purchase | -0.03294480 BTC |
| 10/16/2014 | Purchase | -0.04645522 BTC |
| 10/01/2014 | Purchase | -0.02984520 BTC |
| 03/13/2015 | Purchase | -0.03202290 BTC |
| 10/01/2014 | Purchase | -0.02979900 BTC |
| 09/19/2014 | Purchase | -0.23096851 BTC |
| 09/27/2014 | Purchase | -0.04991547 BTC |
| 03/13/2015 | Purchase | -0.03202290 BTC |
| 03/13/2015 | Purchase | -0.03202290 BTC |
| 09/14/2014 | Purchase | -0.04386930 BTC |
| 09/28/2014 | Purchase | -0.23072280 BTC |
| 10/01/2014 | Purchase | -0.02979900 BTC |
| 03/13/2015 | Purchase | -0.11302200 BTC |
| 10/17/2014 | Purchase | -0.04601924 BTC |
| 12/04/2014 | Purchase | -0.14017500 BTC |
| 10/17/2014 | Purchase | -0.04600192 BTC |
| 10/01/2014 | Purchase | -0.02979900 BTC |
| 11/05/2014 | Purchase | -0.12358060 BTC |
| 10/17/2014 | Purchase | -0.00185920 BTC |
| 11/05/2014 | Purchase | -0.12399530 BTC |
| 11/07/2014 | Purchase | -0.10357683 BTC |
| 11/07/2014 | Purchase | -0.10357683 BTC |
| 11/07/2014 | Purchase | -0.10357683 BTC |
| 12/04/2014 | Purchase | -0.13965000 BTC |
| 09/25/2014 | Purchase | -0.04607428 BTC |
| 11/07/2014 | Purchase | -0.10357683 BTC |
| 11/07/2014 | Purchase | -0.10357683 BTC |
| 10/12/2014 | Purchase | -0.05036770 BTC |
| 11/07/2014 | Purchase | -0.10328619 BTC |

| | | |
|---|---|---|
| 12/09/2014 | Purchase | -0.02561811 BTC |
| 10/12/2014 | Purchase | -0.05036770 BTC |
| 11/07/2014 | Purchase | -0.03624825 BTC |
| 12/09/2014 | Purchase | -0.02561811 BTC |
| 10/12/2014 | Purchase | -0.05036770 BTC |
| 11/07/2014 | Purchase | -0.03656098 BTC |
| 11/07/2014 | Purchase | -0.03664627 BTC |
| 09/24/2014 | Purchase | -0.24602725 BTC |
| 11/07/2014 | Purchase | -0.03664627 BTC |
| 11/07/2014 | Purchase | -0.01578815 BTC |
| 12/25/2014 | Purchase | -0.03294900 BTC |
| 11/05/2014 | Purchase | -0.03948500 BTC |
| 12/25/2014 | Purchase | -0.01647450 BTC |
| 09/12/2014 | Purchase | -0.04231271 BTC |
| 09/22/2014 | Purchase | -0.04898005 BTC |
| 10/13/2014 | Purchase | -0.04720850 BTC |
| 10/01/2014 | Purchase | -0.03755850 BTC |
| 12/25/2014 | Purchase | -0.01647450 BTC |
| 10/13/2014 | Purchase | -0.04720850 BTC |
| 10/13/2014 | Purchase | -0.04720850 BTC |
| 12/25/2014 | Purchase | -0.01647450 BTC |
| 12/25/2014 | Purchase | -0.01642200 BTC |
| 03/16/2015 | Purchase | -0.53726891 BTC |
| 12/24/2014 | Purchase | -0.83676660 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 09/10/2014 | Purchase | -0.04085983 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 12/24/2014 | Purchase | -0.50205996 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 12/04/2014 | Purchase | -0.72836577 BTC |
| 10/11/2014 | Purchase | -0.05018820 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 10/11/2014 | Purchase | -0.05018820 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 10/11/2014 | Purchase | -0.04923685 BTC |
| 03/16/2015 | Purchase | -0.00563316 BTC |
| 10/11/2014 | Purchase | -0.04923685 BTC |
| 11/05/2014 | Purchase | -0.61174984 BTC |
| 10/11/2014 | Purchase | -0.04923685 BTC |
| 03/16/2015 | Purchase | -0.00581256 BTC |
| 11/05/2014 | Purchase | -0.61410720 BTC |
| 03/16/2015 | Purchase | -0.00581256 BTC |
| 10/22/2014 | Purchase | -0.04132800 BTC |

| | | |
|---|---|---|
| 03/16/2015 | Purchase | -0.00581256 BTC |
| 12/05/2014 | Purchase | -0.03255279 BTC |
| 11/05/2014 | Purchase | -0.61565888 BTC |
| 12/04/2014 | Purchase | -0.12692489 BTC |
| 10/27/2014 | Purchase | -0.12100492 BTC |
| 12/04/2014 | Purchase | -0.12682935 BTC |
| 09/14/2014 | Purchase | -0.21976550 BTC |
| 11/05/2014 | Purchase | -0.61483360 BTC |
| 11/01/2014 | Purchase | -0.03780723 BTC |
| 12/04/2014 | Purchase | -0.12682935 BTC |
| 10/14/2014 | Purchase | -0.04635493 BTC |
| 12/05/2014 | Purchase | -0.03255279 BTC |
| 10/25/2014 | Purchase | -0.03936660 BTC |
| 10/14/2014 | Purchase | -0.04635493 BTC |
| 10/30/2014 | Purchase | -0.10499370 BTC |
| 03/10/2015 | Purchase | -0.15069600 BTC |
| 10/14/2014 | Purchase | -0.04635493 BTC |
| 09/14/2014 | Purchase | -0.21963350 BTC |
| 10/30/2014 | Purchase | -0.10952880 BTC |
| 10/25/2014 | Purchase | -0.03936660 BTC |
| 09/28/2014 | Purchase | -0.03142440 BTC |
| 10/30/2014 | Purchase | -0.10952880 BTC |
| 09/28/2014 | Purchase | -0.03605910 BTC |
| 10/30/2014 | Purchase | -0.10956640 BTC |
| 10/25/2014 | Purchase | -0.03936660 BTC |
| 10/14/2014 | Purchase | -0.04626098 BTC |
| 03/10/2015 | Purchase | -0.14692860 BTC |
| 12/05/2014 | Purchase | -0.03255279 BTC |
| 10/30/2014 | Purchase | -0.10956640 BTC |
| 09/16/2014 | Purchase | -0.04185495 BTC |
| 10/30/2014 | Purchase | -0.10956640 BTC |
| 10/25/2014 | Purchase | -0.03020850 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |
| 11/05/2014 | Purchase | -0.12358060 BTC |
| 10/30/2014 | Purchase | -0.10956640 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |
| 11/29/2014 | Purchase | -0.04882400 BTC |
| 10/30/2014 | Purchase | -0.10956640 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |
| 10/30/2014 | Purchase | -0.10956640 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |
| 10/30/2014 | Purchase | -0.10949120 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |
| 12/04/2014 | Purchase | -0.13975500 BTC |
| 10/10/2014 | Purchase | -0.74178375 BTC |
| 10/23/2014 | Purchase | -0.10985960 BTC |

| | | |
|---|---|---|
| 12/04/2014 | Purchase | -0.14033250 BTC |
| 11/29/2014 | Purchase | -0.04882400 BTC |
| 12/04/2014 | Purchase | -0.13965000 BTC |
| 10/30/2014 | Purchase | -0.10949120 BTC |
| 10/23/2014 | Purchase | -0.11026800 BTC |
| 03/12/2015 | Purchase | -0.14127750 BTC |
| 10/23/2014 | Purchase | -0.19845000 BTC |