# Exhibit J (GAW00363123)

Bitcoin Address Zencloud: 1Kddgq7B1diBneAsEM8P5ehwArEFpjqr3V

Paybase Address: 1Pyqtfb2TJ8WTuxAXj2kPqBDFUQJjcQhQ3

Potential Paybase address: 1DNdGHWyhTUsAYsg6BFi5Gaaw7y1yCihy1


I have received Chargeback for PC financial and commonwealth bank credit cards

Pc financial: $3513.22 CAD

Commonwealth Bank: $1740.42 aud

I still have a RBC Visa chargeback that is ongoing.