# Exhibit K (GAW00683123)

| | |
|---|---|
| **From:** | GAW Miners |
| **Sent:** | Saturday, August 16, 2014 4:19 PM PDT |
| **To:** | carlos@geniusesatwork.com |
| **Subject:** | Ticket Assigned - Help completing "partially_paid" Order |

Hi Carlos Garza,

A new ticket has been assigned to you. Please follow the link below to view the ticket.

Help completing "partially_paid" Order

I just placed Order #23337. I used $175 from my gift card. I chose to pay the rest in BTC. I'm not sure where to send my BTC to. I received an email confirming my order.

https://gawminers.freshdesk.com/helpdesk/tickets/24388