# Exhibit L (GAW00682933)

| | |
|---|---|
| From: | GAW Miners |
| Sent: | Tuesday, August 26, 2014 1:05 PM PDT |
| To: | carlos@geniusesatwork.com |
| Subject: | Ticket Assigned - Gaw Vulnerability |

Hi Carlos Garza,

A new ticket has been assigned to you. Please follow the link below to view the ticket.

Gaw Vulnerability

Josh,
Hey. Thought I should give you a heads up on a loophole on the gawminers.com site that could be taken advantage of by a customer, possibly costing GAW a lot of money. It is due to how the loyalty points are awarded. Noticed this last night after purchasing one of the $150 Widow deals you posted about.
I had decided to not buy any more miners for the time being with everything going the way it is and being so far in red on the ones I have already but I was weak and was about to impulse buy 2 more S3's anyway. Went through checkout and chose to purchase with BTC but finally talked myself out of paying for it so I did not complete the order. Noticed though that as soon as I hit pay with BTC, I received the order confirmation email and also another saying I earned loyalty points. Went to the GAW site and sure enough, was awarded almost 10k points for the order I didn't even pay for. Figured maybe once the order cancelled out after the payment time frame expired, it would reverse them but never did.
Anyway, figured you might want to know about this if you didn't already before someone got them a bunch of $500 coupons for free (if it hasn't happened already).
Kevin

https://gawminers.freshdesk.com/helpdesk/tickets/24139