# Exhibit M (GAW00361293)

2014-09-01 01:37:13 <unknown_10034544465582186440​8> maybe A2s are built in Hogwarts
2014-09-01 01:37:17 <Tim Davis> You know what the funny part is?
2014-09-01 01:37:21 <unknown_10034544465582186440​8> and so he needs to build staffs
2014-09-01 01:37:34 <Tim Davis> GAW runs mostly A2 hardware that they bought direct!
2014-09-01 01:37:38 <Tim Davis> Hahahaha
2014-09-01 01:38:14 <Tim Davis> Ask josh.
2014-09-01 01:39:04 <unknown_10034544465582186440​8> I don't want to ask Josh, Suchmoon told me if i did he would just scam me.?
2014-09-01 01:40:11 <unknown_10034544465582186440​8> oh you mean suchmoon the new defender of gaw on btctalk
2014-09-01 01:40:43 <unknown_10034544465582186440​8> someone else will claim GAW paid him to defend them.?
2014-09-01 01:42:51 <unknown_10034544465582186440​8> oooo picked up some Audio Technica ATH-M40x's soo comfy, and sound nice mmmmm Finally a better headset than them cheap Turtlebeach i had
2014-09-01 01:55:36 <unknown_10034544465582186440​8> GAWMiners - Melters of Servers and Shopping Carts since 2014
2014-09-01 01:55:47 <unknown_10034544465582186440​8> new branding
2014-09-01 02:08:11 <unknown_10034544465582186440​8> have you guys been given moderator priveleges on new forum yet?
2014-09-01 02:08:21 <unknown_10034544465582186440​8> Don't think so
2014-09-01 02:08:45 <unknown_10034544465582186440​8> I can only move threads from the general category... but that's it
2014-09-01 02:08:46 <unknown_10034544465582186440​8> Hah, I'm still learning the new platform myself. We'll get you guys hooked up
2014-09-01 02:09:01 <unknown_10034544465582186440​8> Thanks, I haven't had much luck doing anything on it yet
2014-09-01 02:09:11 <unknown_10034544465582186440​8> like posting, navigating, etc.
2014-09-01 02:09:19 <unknown_10034544465582186440​8> but it doesn't work quite yet... it just spins and spins when trying to load categories to move it to
2014-09-01 02:09:30 <unknown_10034544465582186440​8> The stuffs is working hard to catch up
2014-09-01 02:09:38 <unknown_10034544465582186440​8> yeah Joe must still be working under the hood
2014-09-01 02:10:03 <unknown_10034544465582186440​8> I think the moment Joe put his head under the hood. ?The forum ATE him
2014-09-01 02:10:15 <unknown_10034544465582186440​8> ha, probably
2014-09-01 02:24:00 <unknown_10034544465582186440​8> right now i'm just browsing, no problems there, haven't tried posting. Still only have mod powers for General no other categories. But i'm liking it so far
2014-09-01 03:08:06 <Jacob Wheeling> Just had a customer email me asking why his month old order was never shipped out. He selected the Bitcoin payment option which automatically sends a confirmation and decided he didn't want to pay. Now he emails me asking why his order hasn't shipped yet. Hahaha
2014-09-01 03:08:22 <unknown_10034544465582186440​8> yeah I've seen that?
2014-09-01 03:08:25 <Jacob Wheeling> I guess he thought that because he got an order confirmation he cheated the system
2014-09-01 03:08:31 <unknown_10034544465582186440​8> nice
2014-09-01 03:08:34 <unknown_10034544465582186440​8> they forward you the confirmation email as if its a receipt
2014-09-01 03:08:59 <Jacob Wheeling> Yup. Just reviewed Coinbase and there wasn't even a transaction that day with that amount.?
2014-09-01 03:09:56 <unknown_10034544465582186440​8> I have had a situation where somebody paid with BTC from zencloud and coinbase didn't accept it as full payment. ?Even though it was more than the transaction amount
2014-09-01 03:10:23 <unknown_10034544465582186440​8> And of course Shopify didn't close the order either
2014-09-01 03:10:35 <unknown_10034544465582186440​8> Keyword =?Even though it was more than the transaction amount
2014-09-01 03:10:46 <unknown_10034544465582186440​8> More is just as bad as less to these processors... They want the exact amount
2014-09-01 03:11:08 <unknown_10034544465582186440​8> Well, how many decimal places can zencloud send?
2014-09-01 03:12:07 <unknown_10034544465582186440​8> the number supported by the network, 8 I beleive?
2014-09-01 03:12:12 <unknown_10034544465582186440​8> ok