# Exhibit N (GAW00620397)

| | |
|---|---|
| From: | josh |
| Sent: | Friday, August 29, 2014 8:37 PM PDT |
| To: | josh@gaw.com; lrusten@geniusesatwork.com; carlos@geniusesatwork.com |
| Subject: | Assigned to Group - GAW Wholesale Inquiry from Robert Hoppenfeld |

Hi

A new ticket has been assigned to your group "New Purchase and Sales". Please follow the link below to view the ticket.

GAW Wholesale Inquiry from Robert Hoppenfeld

Name: Robert Hoppenfeld
Company: ASKAR Technologies
Email: hoppenfeld@hotmail.com
Phone: REDACTED
Cell: REDACTED
Inquiry: We are a technology consulting firm, however we also provide investment services. On the investment side, doctors are our second largest client category. We constantly get asked about bit coins and investments in that area. Previously we have recommended that they stay away, mostly because there was no easy button. We think that GAW has the right idea and that we could sell this as a viable simple solution to our customers. I have also applied under your affiliate category.

To unsubscribe from this group and stop receiving emails from it, send an email to josh+unsubscribe@gawminers.com.

https://gawminers.freshdesk.com/helpdesk/tickets/26892