# EXHIBIT 11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>May 3, 2019<br><br>DECLARATION OF COLIN M. WATTERSON RE: PLAINTIFFS' SUPPLEMENTAL BRIEF RE: CLASS MEMBER IDENTIFICATION AND DAMAGES |

I, Colin M. Watterson, declare under penalty of perjury as follows:

1. My name is Colin M. Watterson. I am an attorney licensed to practice law in the State of Texas and am an associate with the law firm Susman Godfrey L.L.P. I have personal knowledge of the facts in this declaration.

2. I serve as counsel for plaintiffs in the above captioned action. I am admitted *pro hac vice* in the above captioned action. I am making this declaration in support of plaintiffs' Supplemental Brief re: Class Member Identification and Damages.

3. **Exhibit 1** to this declaration are true and correct excerpts from the transcript of the hearing on plaintiffs' motion for class certification.

4. **Exhibit 4** to this declaration are true and correct examples of email receipts from gawminers.com that were provided by class members to plaintiff Allen Shinners. Exhibit 4 consists of one page from Alex Lukashevich, nine pages from Arthur James, two pages from Christopher Alan Crane, two pages from Daniel Olavi Mondesire, five pages from Jack Gentry

Saunders, one page from Kellen Jalbert, eight pages from Martin Horton Alexander, nine pages from Michael Viklund, three pages from Paul Heath, four pages from Paul William Lindgren, ten pages from Robert Hoppenfeld, eight pages from Slaven Sabolovic, and six pages from Tezontl Rosario.

5.  **Exhibit 5** to this declaration are true and correct excerpts of credit card data from Braintree and Stripe. The full dataset contains over 40,000 transactions; however, Exhibit 5 is simply the first page from each data set for illustrative purposes. The data was produced in this litigation as attachments to emails sent on February 26, 2015 and April 7, 2015. The filename of the data is "Sales Transactions via Internet Payment Processors." The data was produced without bates numbers by former GAW representative and attorney David McLain.

6.  **Exhibit 6** to this declaration is a true and correct copy of a comparison of excerpts from the Braintree and Stripe credit card data and a credit card statement submitted by Christian Bills, a GAW investor. I filtered the data to show only records relevant to the 20 randomly selected class members and to exclude irrelevant data fields. I then attached Mr. Bills' credit card statement. Then, for the convenience of the Court, I have made marks in the margin of these documents indicating how the Braintree records tie to the credit card statement.

7.  **Exhibit 7** to this declaration are true and correct examples of credit card and other financial statements that were provided by class members to plaintiff Allen Shinners. Exhibit 5 consists of three pages from Christian Bills, five pages from Christopher Alan Crane, four pages from Daniel Mondesire, four pages from Kellen Jalbert, two pages from Paul Heath, two pages from Paul William Lindgren, one page from Slaven Sabolovic, and three pages from Tezontl Rosario.

8. **Exhibit 8** to this declaration are true and correct copies of documents relating to class members' bitcoin addresses and transfer confirmations provided to plaintiff Allen Shinners. Exhibit 7 consists of one page from Alfonso Hernandez, one page from Belinda Jane Elizabeth Burrows, one page from Christopher Alan Crane, one page from Jonas Per Lars Berqvist, four pages from Jack Gentry Saunders, one page from Michael Viklund, one page from Paul Heath, and one page from Slaven Sabolovic.

9. **Exhibit 9** to this declaration is a true and correct bitcoin blockchain report from the website: https://www.blockchain.com/btc/address/1LnT29STn5U866g5JsB1PN978r8pxeC2qT. The report shows the transaction history for the bitcoin address 1LnT29STn5U866g5JsB1PN978r8pxeC2qT, which is the address associated with putative class member Belinda Burrows. The website report has not been altered or modified. The report shows that the total amount of bitcoin transferred to that address is 1.11321429. It also includes the detail for three transactions involving this address, one on November 6, 2014 in the amount of 1.08341161 bitcoin, and two on November 28, 2014, one for .02708485 bitcoin and one for .00271783 bitcoin.

10. **Exhibit 10** to this declaration is a true and correct copy of a declaration filed in *SEC v. Garza*, No. 3:15-cv-1760 (D. Conn.).

11. In connection with preparation of Plaintiffs' Supplemental Brief re: Class Member Identification and Damages, I compared documents submitted by the 20 randomly selected class members and the ZenCloud and Paybase databases. I did so in two ways.

12. First, I reviewed the email receipts and credit card statements submitted by the 20 class members. I compared those documents to purchases reflected in the "Orders" table of

ZenCloud.[1] Each transaction in the Orders table contains an associated email address and associated name. I used that information to determine which transactions were associated with the 20 randomly selected class members. Through the review process, I confirmed that the purchases reflected in ZenCloud largely tie to the receipts and credit card statements submitted by the class members.

13. By way of example, below are the date and dollar amount of purchases made by class member Christian Bills as reflected by a credit card statement (GAW00361992) and wire statement (GAW00361993) he submitted to Mr. Shinners:

| Date | Amount |
|---|---|
| 8/31/14 | $329.25 |
| 9/2/14 | $329.25 |
| 9/2/14 | $548.75 |
| 9/4/14 | $523.75 |
| 9/4/14 | $1,047.50 |
| 9/9/14 | $523.75 |
| 9/9/14 | $1,047.50 |
| 9/18/14 | $1,047.50 |
| 9/18/14 | $523.75 |
| 9/18/14 | $14.25 |
| 9/30/14 | $1,248.75 |
| 10/6/14 | $249.75 |
| 10/12/14 | $1,248.75 |
| 10/14/14 | $499.50 |

14. Mr. Bills' relevant purchases as reflected in the "Orders" table of ZenCloud are as follows:

[1] I obtained data specific to the 20 class members based on their email addresses and userIDs from plaintiffs' expert, Robert Mills.

| | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | checkoutId | orderId | email | name | note | currency | discounts | confirmed | totalLineItemsPrice | totalPrice | orderNumber | subtotalPrice | createdAt | status | paidAt | storeId | updatedAt |
| 2 | 350471633 | 328717765 | onge92@gmail.com | Christian Bills | \N | USD | 0 | 1 | 17.95 | 17.95 | 32686 | 17.95 | 8/31/2014 8:13 | Paid | 8/31/2014 8:13 | 1 | 8/31/2014 8:13 |
| 3 | 350553717 | 328764073 | onge92@gmail.com | Christian Bills | \N | USD | 0 | 1 | 329.25 | 329.25 | 32768 | 329.25 | 8/31/2014 12:51 | Paid | 8/31/2014 12:51 | 1 | 8/31/2014 12:51 |
| 4 | 352557989 | 330026805 | onge92@gmail.com | Christian Bills | \N | USD | 0 | 1 | 329.25 | 329.25 | 34037 | 329.25 | 9/2/2014 18:47 | Paid | 9/2/2014 18:47 | 1 | 9/2/2014 18:47 |
| 5 | 353935165 | 330883697 | onge92@gmail.com | Christian Bills | \<br>Product: Zen Hashlet 25\<br>SKU: 1304\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/zen-hashlet-25\ | USD | 0 | 1 | 523.75 | 523.75 | 34809 | 523.75 | 9/4/2014 6:47 | Paid | 9/4/2014 6:47 | 1 | 9/4/2014 6:47 |
| 6 | 354281877 | 331074073 | onge92@gmail.com | Christian Bills | \<br>Product: Zen Hashlet 50\<br>SKU: 1305\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/zen-hashlet-50\ | USD | 0 | 1 | 1047.5 | 1047.5 | 35051 | 1047.5 | 9/4/2014 16:55 | Paid | 9/4/2014 16:55 | 1 | 9/4/2014 16:55 |
| 7 | 358829981 | 333445053 | onge92@gmail.com | Christian Bills | \<br>Product: Zen Hashlet 50\<br>SKU: 1305\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/zen-hashlet-50\ | USD | 0 | 1 | 1047.5 | 1047.5 | 38894 | 1047.5 | 9/9/2014 11:12 | Paid | 9/9/2014 11:12 | 1 | 9/9/2014 11:12 |
| 8 | 337218705 | 328176345 | onge92@gmail.com | Christian Bills | \N | USD | 0 | 1 | 548.75 | 548.75 | 31564 | 548.75 | 9/9/2014 19:22 | Paid | 9/9/2014 19:22 | 1 | 9/9/2014 19:22 |
| 9 | 359283781 | 333682189 | onge92@gmail.com | Christian Bills | \<br>Product: Zen Hashlet 25\<br>SKU: 1304\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/zen-hashlet-25\ | USD | 0 | 1 | 523.75 | 523.75 | 39227 | 523.75 | 9/9/2014 20:07 | Paid | 9/9/2014 20:07 | 1 | 9/9/2014 20:07 |

| | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | checkoutId | orderId | email | name | note | currency | discounts | confirmed | totalLineItemsPrice | totalPrice | orderNumber | subtotalPrice | createdAt | status | paidAt | storeId | updatedAt |
| 10 | 368289781 | 338290941 | onge92@gmail.com | Christian Bills | \<br>Product: Zen Hashlet 50\<br>SKU: 1305\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/zen-hashlet-50\ | USD | 0 | 1 | 1047.5 | 1047.5 | 44904 | 1047.5 | 9/18/2014 18:49 | Paid | 9/18/2014 18:49 | 1 | 9/18/2014 18:49 |
| 11 | 368306209 | 338302925 | onge92@gmail.com | Christian Bills | \<br>Product: Zen Hashlet 25\<br>SKU: 1304\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/zen-hashlet-25\ | USD | 0 | 1 | 523.75 | 523.75 | 44910 | 523.75 | 9/18/2014 19:14 | Paid | 9/18/2014 19:14 | 1 | 9/18/2014 19:14 |
| 12 | 368315473 | 338309641 | onge92@gmail.com | Christian Bills | \<br>Product: Multi Hashlet 15\<br>SKU: 1292\<br>Variant: \<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/multi-hashlet-15\ | USD | 225 | 1 | 239.25 | 14.25 | 44918 | 14.25 | 9/18/2014 19:25 | Paid | 9/18/2014 19:25 | 1 | 9/18/2014 19:25 |
| 13 | 378814580 | 343931072 | onge92@gmail.com | Christian Bills | \<br>Product: Hashlet Prime 25\<br>SKU: 1275\<br>Variant: HashletPrime 25\<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/hashlet-25\ | USD | 0 | 1 | 1248.75 | 1248.75 | 50296 | 1248.75 | 9/30/2014 20:05 | Paid | 9/30/2014 20:05 | 1 | 9/30/2014 20:05 |
| 14 | 381517232 | 346134344 | onge92@gmail.com | Christian Bills | \<br>Product: Hashlet Prime 5\<br>SKU: 1273\<br>Variant: HashletPrime 5\<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/hashlet-5\ | USD | 0 | 1 | 249.75 | 249.75 | 52373 | 249.75 | 10/6/2014 18:30 | Paid | 10/6/2014 18:30 | 1 | 10/6/2014 18:30 |

| | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | checkoutId | orderId | email | name | note | currency | discounts | confirmed | totalLineItemsPrice | totalPrice | orderNumber | subtotalPrice | createdAt | status | paidAt | storeId | updatedAt |
| 15 | 383976704 | 348217572 | onge92@gmail.com | Christian Bills | \<br>Product: Hashlet Prime 25\<br>SKU: 1275\<br>Variant: HashletPrime 25\<br>Qty: 1\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/hashlet-25\<br>\<br>Riskified - Email confirmation sent\<br>Riskified - Documents request sent\<br>Riskified - Documents verified | USD | 0 | 1 | 1248.75 | 1248.75 | 54026 | 1248.75 | 10/11/2014 22:53 | Paid | 10/11/2014 22:53 | 1 | 10/11/2014 22:53 |
| 16 | 384973648 | 348940556 | onge92@gmail.com | Christian Bills | \<br>Product: Hashlet Prime 5\<br>SKU: 1273\<br>Variant: HashletPrime 5\<br>Qty: 2\<br>URL: http://gaw-<br>miners.myshopify.com/products<br>/hashlet-5\ | USD | 0 | 1 | 499.5 | 499.5 | 54722 | 499.5 | 10/14/2014 1:26 | Paid | 10/14/2014 1:26 | 1 | 10/14/2014 1:26 |
| 17 | 427315840 | 369088428 | onge92@gmail.com | Christian Bills | \N | USD | 89.75 | 1 | 89.75 | 0 | 64551 | 0 | 12/1/2014 6:14 | Paid | 12/1/2014 6:14 | 1 | 12/1/2014 6:14 |

The entries in the excerpts above tie to the credit card and wire statement as follows:

| Date | Amount | Line |
|---|---|---|
| 8/31/14 | $329.25 | 3 |
| 9/2/14 | $329.25 | 4 |
| 9/2/14 | $548.75 | 8 |
| 9/4/14 | $523.75 | 5 |

| 9/4/14 | $1,047.50 | 6 |
|---|---|---|
| 9/9/14 | $523.75 | 9 |
| 9/9/14 | $1,047.50 | 7 |
| 9/18/14 | $1,047.50 | 10 |
| 9/18/14 | $523.75 | 11 |
| 9/18/14 | $14.25 | 12 |
| 9/30/14 | $1,248.75 | 13 |
| 10/6/14 | $249.75 | 14 |
| 10/12/14 | $1,248.75 | 15 |
| 10/14/14 | $499.50 | 16 |

15. Second, I performed a similar comparison with respect to transactions where the class members used cryptocurrency to purchase securities from GAW. Both the ZenCloud and Paybase databases contain a bitcoin wallet address for each user. In both databases, the bitcoin wallet address is found in the "btcAddress" column in the "Users" table. The "Users" table also contains a unique email address for each user. Thus, each "btcAddress" entry can be associated with an email address.

16. The "Users" table of both databases also contains a unique "id" for each user. As with the bitcoin wallet address, each "id" entry can be associated with a given email address. I determined the id (or in some cases, ids) for each the 20 class members based on their email addresses.

17. I then reviewed the transactions reflecting bitcoin invested into GAW by the 20 class members. It is my understanding that both ZenCloud and Paybase denote such transactions as "fund" type transactions. In ZenCloud, I reviewed "fund" transactions in the "Transactions" table. In Paybase, I reviewed "fund" transactions in the "Bitcoins" table. Each such transaction is linked with a given id, so it is possible to determine which "fund" transactions are associated with the 20 class members.

18. I then compared the "fund" transactions from the "Transactions" table in ZenCloud with transactions from a user's bitcoin wallet as reflected by the blockchain via the

website blockchain.info. Again, the transactions reflected on the blockchain largely tie to the "fund" transactions in the "Transactions" table. The same is true of the "fund" transactions in the "Bitcoins" table of Paybase.

19. By way of example, below is a description of how I reviewed the transactions of class member Jonas Per Lars Berqvist. I identified the transactions related to Mr. Berqvist's ZenCloud bitcoin wallet as follows. First, I used his email address (jonasb@delta.se) to identify his bitcoin wallet in the ZenCloud "Users" table. The wallet address associated with Mr. Berqvist's email address is 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3. I further verified Mr. Berqvist's wallet address because he provided a document to Mr. Shinners identifying his bitcoin address (GAW00362987). Below is a screenshot from the document:

My Zencloud bitcoinadress, which I used to fund my account and buy Hashlets

1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3

20. I then used a blockchain explorer website to identify transactions to and from Mr. Berqvist's bitcoin wallet. The transactions can be viewed at https://www.blockchain.com/btc/address/1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3. Below is a summary of the outgoing transactions reflected by the blockchain explorer website:

| **Date** | **Amount** |
|---|---|
| 10/5/14 | 1.2 BTC |
| 10/31/14 | .21 BTC |
| 10/31/14 | .5 BTC |
| 11/3/14 | .2783 BTC |
| 11/4/14 | .71 BTC |
| 11/5/14 | .17553612 BTC |
| 11/7/14 | .248 BTC |
| 11/7/14 | .52657498 BTC |
| 11/10/14 | 2.37 BTC |
| 11/26/14 | 1.74886312 BTC |

| | |
|---|---|
| 11/27/14 | 1.73786923 BTC |
| 12/8/14 | .1 BTC |
| 2/19/15 | .28586493 BTC |

21. I then compared the transactions as reflected by the blockchain to the "fund" type transactions in the "Transactions" table of ZenCloud. The "id" associated with Mr. Berqvist's email address is "13422." Because each transaction in the "Transactions" table has an associated "userId," it is possible to identify the "fund" transactions associated with userId 13422 and bitcoin wallet address 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3. Below is a screenshot of those transactions:

| | A | C | D | E | I | J | K | Q | U | V |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | id | type | status | userId | btcAmount | expectedBtcAmount | usdAmount | receiveAddress | updatedAt | transactionId |
| 4224 | 3419318 | fund | completed | 13422 | 0.1 | \N | 33.41 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 10/5/2014 6:31 | 9a14f7b1d3d8bb32096a4f4436b0c5c3b3c193be5d517febe37137f71b962612 |
| 4225 | 3419320 | fund | completed | 13422 | 1.1 | \N | 367.44 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 10/5/2014 6:37 | 4dd70856b6fe578b3c1704fb62cfa7bff2e0e6f82d2f61a9cfba07113c50d855 |
| 4408 | 6339384 | fund | completed | 13422 | 0.21 | \N | 72.34 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 10/31/2014 6:01 | 93aef33f16a4fdaee6a6f036679da85369f5fe45fa90a3ddf80b79ad518ac4c5 |
| 4459 | 6349794 | fund | completed | 13422 | 0.5 | \N | 171.07 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 10/31/2014 12:34 | 83b02951d20489c024d806e796cb4353fe42cb59322fdb329b728a7e9055e677 |
| 4517 | 4939462 | fund | completed | 13422 | 0.163 | \N | 54.12 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/3/2014 8:02 | 3ab57e93646512a3dc94a5aa5fbac0779a1be0430b4c9e6405b1f03ea4d90adb |
| 4518 | 4939464 | fund | completed | 13422 | 0.1153 | \N | 38.28 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/3/2014 8:02 | f7e272ce83483216ec1e66a1e85f57822e47b66cc672a0ae3bc5f95365120fbd |
| 4679 | 5976838 | fund | completed | 13422 | 0.71 | \N | 233.41 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/4/2014 16:51 | cf822689f43671e3accff29c788d98182d3e2bebc67d363f15f5d347152f7136 |
| 4718 | 7487501 | fund | completed | 13422 | 0.17553612 | \N | 60.03 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/5/2014 18:10 | a4eb71a6567ea17af5c014f181bdee5e976f6fd7cf35e9cc854f16021c13b2a5 |
| 4723 | 4421016 | fund | completed | 13422 | 0.248 | \N | 85.88 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/7/2014 10:06 | 8c9ea3845f9c042411043a4d0fe6aec281b825a7ce842fc6b05c820244376ccb |
| 4888 | 4691351 | fund | completed | 13422 | 0.52657498 | \N | 182.24 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/7/2014 15:08 | 9ecdc1ba8b02986992640bf4a397614764e0d7f370213a83fd630fcb5cd3bbb7 |
| 4896 | 7393603 | fund | completed | 13422 | 2.37 | \N | 872.37 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/10/2014 11:36 | 40c780879dd5fec2a8a5471c1b02fec485b72f746ae1038090408e2ba9e2ae8a |
| 4994 | 8858975 | fund | completed | 13422 | 1.74886312 | \N | 645.4 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/26/2014 7:55 | 12e69b183245d8b2d9235828f11adf661bbb920853b53cb2ac9fefed4bf42830 |
| 4996 | 8532260 | fund | completed | 13422 | 1.73786923 | \N | 651.23 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 11/27/2014 11:52 | 1f55b1614acb8e3c9acddc31acbf31800e5a241a499b03aa70099557b26adc69 |
| 5146 | 15015349 | fund | completed | 13422 | 0.1 | \N | 37.13 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 12/8/2014 7:15 | ab67c7a2140dfa413e0f236a92277947687c7531c5a0362d1502017787779450 |
| 5149 | 37275836 | fund | completed | 13422 | 0.28586493 | \N | 67.35 | 1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3 | 2/19/2015 12:46 | f0b2bcc59533f7c973bd584d5348b6bcd31c7d7b875fe24e48a3b63ea54d148b |

These transactions tie to outgoing transactions reflected on the blockchain as follows:

| **Date** | **Amount** | **Line(s)** |
|---|---|---|
| 10/5/14 | 1.2 BTC | 4224-25 |
| 10/31/14 | .21 BTC | 4408 |
| 10/31/14 | .5 BTC | 4459 |
| 11/3/14 | .2783 BTC | 4517-18 |
| 11/4/14 | .71 BTC | 4679 |
| 11/5/14 | .17553612 BTC | 4718 |
| 11/7/14 | .248 BTC | 4723 |
| 11/7/14 | .52657498 BTC | 4888 |
| 11/10/14 | 2.37 BTC | 4896 |
| 11/26/14 | 1.74886312 BTC | 4994 |
| 11/27/14 | 1.73786923 BTC | 4996 |
| 12/8/14 | .1 BTC | 5146 |
| 2/19/15 | .28586493 BTC | 5149 |

22. I analyzed Mr. Berqvist's Paybase transactions in a similar way. First, I used his email address to determine his bitcoin wallet in the Paybase "Users" table (1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28). Then, I used the same blockchain explorer

website to review his transactions on the blockchain: https://www.blockchain.com/btc/address/1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28. Below is a summary of the transactions:

| Date | Amount |
|---|---|
| 12/31/14 | .39413446 BTC |
| 1/20/15 | .01386943 BTC |
| 1/20/15 | 1.40517687 BTC |
| 1/22/15 | .5 BTC |
| 1/28/15 | .519 BTC |

23. I then compared the transactions as reflected by the blockchain to the "fund" type transactions in the "Bitcoins" table of Paybase. The "id" associated with Mr. Berqvist's email address is "3137." Because each transaction in the "Bitcoins" table has an associated "userId," it is possible to identify the "fund" transactions associated with userId 3137 and bitcoin wallet address 1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28. Below is a screenshot of those transactions:

| | A | B | C | D | F | G | H | I | J | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | id | type | status | userId | receiveAddress | amount | userBalance | usdAmount | xpyAmount | createdAt | updatedAt |
| 2 | 1038 | fund | completed | 3137 | 1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28 | 0.39413446 | 0.39413446 | 125.32 | 19.40295041 | 12/31/2014 21:16 | 12/31/2014 21:31 |
| 3 | 28082 | fund | completed | 3137 | 1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28 | 0.01386942 | 0.01386942 | 2.93 | 1.14613739 | 1/18/2015 18:22 | 1/18/2015 18:32 |
| 4 | 36718 | fund | completed | 3137 | 1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28 | 1.40517687 | 1.40517687 | 295.27 | 116.8060574 | 1/20/2015 8:58 | 1/20/2015 9:29 |
| 5 | 46131 | fund | completed | 3137 | 1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28 | 0.5 | 0.5 | 116.02 | 48.64333732 | 1/22/2015 9:49 | 1/22/2015 10:10 |
| 6 | 67007 | fund | completed | 3137 | 1HKe3goCkvGA3dseTnYRLgnyc5zCuUXt28 | 0.519 | 0.519 | 129.83 | 58.11870101 | 1/28/2015 14:12 | 1/28/2015 15:17 |

These transactions tie to outgoing transactions reflected on the blockchain as follows:

| Date | Amount | Line(s) |
|---|---|---|
| 12/31/14 | .39413446 BTC | 2 |
| 1/20/15 | .01386943 BTC | 3 |
| 1/20/15 | 1.40517687 | 4 |
| 1/22/15 | .5 BTC | 5 |
| 1/28/15 | .519 BTC | 6 |

24. I compared the Braintree credit card data to documents submitted by the 20 randomly selected class members. Specifically, I compared the nine transactions that appear on the credit card statement submitted by member Christian Bills to the Braintree data and

confirmed that all nine transactions on the credit card statement appear on the Braintree data. A summary of that comparison is attached as Exhibit 6.

    I declare under penalty of perjury under the laws of the United States that the foregoing is above statements are true and correct to the best of my knowledge, information, and belief.

Dated: May 3, 2019
At Houston, Texas

                                      */s/ Colin M. Watterson*
                                      Colin M. Watterson