# EXHIBIT 4



Dimitri Zelepuhin <dimitriz@gmail.com>

## GAW Miners - Order confirmation for order #28156
1 message

**Alex Lukashevich** <alukashevich@cinci.rr.com>                    Sun, Sep 6, 2015 at 6:39 PM
To: dimitriz@gmail.com

-----Original Message-----
From: GAW Miners [mailto:orders@gawminers.com]
Sent: Saturday, August 23, 2014 12:59 PM
To: alukashevich@cinci.rr.com
Subject: Order confirmation for order #28156

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/23/2014

Billing address
Alexander Lukashevich
███████████
United States

1x Hashlet 50 - Hashlet 50 for $799.99 each

Discount (code: WELCOMETOGAW): $-10.00 USD Subtotal : $789.99 USD
Total    : $789.99 USD

Case 3:16-cv-00940-MPS   Document 140-3   Filed 05/03/19   Page 3 of 70

**GAW Miners** to me                                                                    10/13/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/13/2014

Billing address
Arthur James
██████████████████
████████████
United States

2x Hashlet Prime 1 - Prime Hashlet 1 for $49.95 each

Discount (code: SLUFLG2LQTVIGP): $-10.00 USD
Subtotal  : $89.90 USD
Total      : $89.90 USD

Order confirmation for order #25538

**GAW Miners** to me                                                                    8/19/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/19/2014

Billing address
Arthur James
███████████████████
████████████████
United States

2x Hashlet 5 - Hashlet 5 for $79.99 each

Subtotal  : $159.98 USD
Total      : $159.98 USD

Order confirmation for order #23985

**GAW Miners** to me                                                      8/16/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/16/2014

Billing address
Arthur James
███████████████████
█████████████████
United States

1x Hashlet 1 - Hashlet 1 for $15.99 each

Subtotal  : $15.99 USD
Total      : $15.99 USD

Order confirmation for order #22565

**GAW Miners** to me                                                                8/11/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/11/2014

Billing address
Arthur James
████████████████████
████████████████
United States

1x 40-42 Mh/s - Lightning X6 by Zeusminer - 1 Month of FREE ZenCloud Hosting Service - 24-Hour Activation! (Low-Power Scrypt ASIC Miner) for $799.95 each

Subtotal  : $799.95 USD
Total      : $799.95 USD

Order confirmation for order #36008

---

**GAW Miners** to me                                                                 9/5/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

 Date 09/05/2014

 Billing address
 Arthur James
 ███████████████████
 ██████████████
 United States

1x Hashlet Genesis 50 for $49.95 each

Subtotal  : $49.95 USD
Total      : $49.95 USD

Order confirmation for order #28250

**GAW Miners** to me                                                    8/23/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/23/2014

Billing address
Arthur James
████████████████████
██████████████
United States

2x Hashlet 5 - Hashlet 5 for $79.99 each

Subtotal  : $159.98 USD
Total      : $159.98 USD

Order confirmation for order #25538

---

**GAW Miners** to me                                                    8/19/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/19/2014

Billing address
Arthur James
███████████████████
███████████████
United States

2x Hashlet 5 - Hashlet 5 for $79.99 each

Subtotal  : $159.98 USD
Total     : $159.98 USD

**GAW Miners** to me                                                    10/13/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/13/2014

Billing address
Arthur James
███████████████
████████████
United States

2x Hashlet Prime 1 - Prime Hashlet 1 for $49.95 each


Discount (code: SLUFLG2LQTVIGP): $-10.00 USD
Subtotal  : $89.90 USD
Total     : $89.90 USD

Order confirmation for order #48172

**GAW Miners** to me                                                                                    9/26/14

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/26/2014

Billing address
Arthur James
████████████████████████
████████████████████
United States

1x Hashlet Genesis 250 for $198.75 each

Subtotal  : $198.75 USD
Total      : $198.75 USD

Print                                                                                      Close

# Order confirmation for order #65816

From: **GAW Miners** (orders@gawminers.com)
Sent: Sun 12/21/14 8:14 PM
To:    jps1369@hotmail.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 12/21/2014

Billing address
Chris Crane
██████████████████
United States

2x HashStaker 5 - 3 Month Container for $59.75 each

Subtotal : $119.50 USD
Total : $119.50 USD

Print     Close

# Order confirmation for order #65671

From: **GAW Miners** (orders@gawminers.com)
Sent: Thu 12/18/14 5:53 PM
To:   jps1369@hotmail.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 12/18/2014

Billing address
Chris Crane
██████████████
United States

2x HashStaker 1 – 6 Month Container for $19.95 each

Subtotal : $39.90 USD
Total : $39.90 USD



Daniel Mondesire <daniel.mondesire@gmail.com>

---

# Order confirmation for order #53211

1 message

---

**GAW Miners** <orders@gawminers.com>                                    Thu, Oct 9, 2014 at 1:38 PM
To: daniel.mondesire@gmail.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/09/2014

Billing address
Daniel Mondesire

███████████████████
Finland

280x Zen Hashlet 1 for $20.95 each

Subtotal   : $5,866.00 USD
Total      : $5,866.00 USD



Daniel Mondesire <daniel.mondesire@gmail.com>

# Order confirmation for order #53500

1 message

**GAW Miners** <orders@gawminers.com>                    Fri, Oct 10, 2014 at 7:38 AM
To: daniel.mondesire@gmail.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/10/2014

Billing address
Daniel Mondesire
████████████████████
Finland

170x Zen Hashlet 1 for $20.95 each

Subtotal  : $3,561.50 USD
Total     : $3,561.50 USD

**Colin Watterson**

| | |
|---|---|
| **From:** | noreply@cloud.zenminer.com |
| **Sent:** | Friday, November 28, 2014 1:38 PM |
| **To:** | jsaunders1974@gmail.com |
| **Subject:** | ZenHardware Codes are ready to activate |



# Hello

Warning, this is your activation code.
Please do not share with anyone else unless you know that you are ok with someone else activating miner.

Please use the following ZenHardware code to activate your device:

| Miner Type | Purchase Price | ZenHardware Code |
|---|---|---|
| HashStaker 25 | $448.75 | 52ecf5a5e8b3f3b694839e671f21d20a48e71b3a |

If you do not currently have a ZenCloud account, please click the button below to create a new account in order to redeem your ZenHardware Code

## Create Account

If you have an existing ZenCloud account, please go here in order to redeem your ZenHardware Code

Thanks,
zenportal

If you have any questions you can contact us at support@zenminer.com

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Wednesday, September 10, 2014 8:48 AM
**To:** jsaunders1974@gmail.com
**Subject:** Order confirmation for order #39691

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/10/2014

Billing address
Jack Saunders
█████████████████████████
United States

1x Hashlet Prime 5 - HashletPrime 5 for $249.75 each

Subtotal  : $249.75 USD
Total     : $249.75 USD

1

**Colin Watterson**

**From:**       GAW Miners <orders@gawminers.com>
**Sent:**       Friday, October 10, 2014 9:43 AM
**To:**         jsaunders1974@gmail.com
**Subject:**    Order confirmation for order #53611

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/10/2014

Billing address
Jack Saunders
██████████████████████
United States

1x Zen Hashlet 15 for $314.25 each

Subtotal  : $314.25 USD
Total     : $314.25 USD

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Friday, November 28, 2014 10:02 AM
**To:** jsaunders1974@gmail.com
**Subject:** Order confirmation for order #63234

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 11/28/2014

Billing address
Jack Saunders
████████████████████████
United States

1x HashStaker 25 - 6 Month Container for $448.75 each

Subtotal  : $448.75 USD
Total      : $448.75 USD

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Monday, September 8, 2014 8:34 PM
**To:** jsaunders1974@gmail.com
**Subject:** Order confirmation for order #38649

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/08/2014

Billing address
Jack Saunders
█████████████████████████
United States

1x Hashlet Prime 1 - Prime Hashlet 1 for $49.95 each

Subtotal  : $49.95 USD
Total     : $49.95 USD



**Kellen Jalbert <kellenjalbert@gmail.com>**

## ZenHardware Codes are ready to activate

**support@zenminer.com** <support@zenminer.com>  Mon, Oct 13, 2014 at 8:02 PM
To: kellenjalbert@gmail.com

zenportal

**Warning, this is your activation code. Please do not share this with anyone else unless you know that you are ok with someone else activating this miner.**

**Hello,**

Please use the following ZenHardware code to activate your device:

| Miner Type | Purchase Price | ZenHardware Code |
|---|---|---|
| Hashlet Prime 5 | $249.75 | 633e073bfaaf18e1e0dcd3387c5a0c7c0af431da |

If you do not currently have a ZenCloud account, please click the button below to create a new account in order to redeem your ZenHardware Code

**Create Account**

If you have an existing ZenCloud account, please go here in order to redeem your ZenHardware Code

Terms | Privacy | Unsubscribe

If you have any questions you can contact us at support@zenminer.com

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Friday, September 12, 2014 6:34 AM
**To:** imartinhorton@gmail.com
**Subject:** Order confirmation for order #40853

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/12/2014

Billing address
Martin Horton
███████████  ██████
United Kingdom

1x Multi Hashlet 1 for $15.95 each

Subtotal  : $15.95 USD
Total     : $15.95 USD

**Colin Watterson**

**From:**       GAW Miners <orders@gawminers.com>
**Sent:**       Friday, September 12, 2014 7:08 AM
**To:**         imartinhorton@gmail.com
**Subject:**    Order confirmation for order #40873

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/12/2014

Billing address
Martin Horton
███████████████
United Kingdom

1x Hashlet Prime 1 - Prime Hashlet 1 for $49.95 each

Subtotal  : $49.95 USD
Total     : $49.95 USD

1

**Colin Watterson**

**From:**      GAW Miners <orders@gawminers.com>
**Sent:**      Friday, September 12, 2014 7:21 AM
**To:**        imartinhorton@gmail.com
**Subject:**   Order confirmation for order #40878

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/12/2014

Billing address
Martin Horton
███████████████████
United Kingdom

1x Hashlet Genesis 50 for $49.95 each

Subtotal  : $49.95 USD
Total     : $49.95 USD

1

**Colin Watterson**

| | |
|---|---|
| **From:** | GAW Miners <orders@gawminers.com> |
| **Sent:** | Wednesday, September 24, 2014 11:10 AM |
| **To:** | imartinhorton@gmail.com |
| **Subject:** | Order confirmation for order #47039 |

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/24/2014

Billing address
Martin Horton
███████████████
United Kingdom

1x Hashlet Prime 5 - HashletPrime 5 for $249.75 each

Subtotal  : $249.75 USD
Total      : $249.75 USD

1

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Monday, October 6, 2014 3:00 AM
**To:** imartinhorton@gmail.com
**Subject:** Order confirmation for order #52257

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/06/2014

Billing address
Martin Horton
███████████████
United Kingdom

1x Hashlet Prime 15 - HashletPrime 15 for $749.25 each

Subtotal  : $749.25 USD
Total     : $749.25 USD

1

**Colin Watterson**

**From:**       GAW Miners <orders@gawminers.com>
**Sent:**       Monday, October 20, 2014 8:41 AM
**To:**         imartinhorton@gmail.com
**Subject:**    Order confirmation for order #56629

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/20/2014

Billing address
Martin Horton
███████████████████
United Kingdom

1x Zen Hashlet 50 for $897.50 each

Subtotal  : $897.50 USD
Total      : $897.50 USD

1

**Colin Watterson**

**From:**      GAW Miners <orders@gawminers.com>
**Sent:**      Wednesday, November 5, 2014 10:24 AM
**To:**        imartinhorton@gmail.com
**Subject:**   Order confirmation for order #59752

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 11/05/2014

Billing address
Martin Horton
█████████████
United Kingdom

1x Hashlet Genesis 1000 for $695.00 each

Subtotal  : $695.00 USD
Total     : $695.00 USD

1

**Colin Watterson**

**From:**     GAW Miners <orders@gawminers.com>
**Sent:**     Wednesday, November 5, 2014 10:33 AM
**To:**       imartinhorton@gmail.com
**Subject:**  Order confirmation for order #59755


Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 11/05/2014

Billing address
Martin Horton
████████████   ████
United Kingdom

2x Zen Hashlet 1 for $14.95 each

1x Zen Hashlet 5 for $74.75 each


Discount (code: SLT46VCNDTBLYW): $-100.00 USD Subtotal  : $4.65 USD
Total    : $4.65 USD

**Colin Watterson**

**From:**        GAW Miners <orders@gawminers.com>
**Sent:**        Monday, August 18, 2014 5:59 AM
**To:**          michael.viklund@gmail.com
**Subject:**     Order confirmation for order #24874

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/18/2014

Billing address
Michael Viklund
█████████████
Sweden

2x Hashlet 5 - Hashlet 5 for $79.99 each

Subtotal  : $159.98 USD
Total     : $159.98 USD

1

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Monday, August 18, 2014 5:59 AM
**To:** michael.viklund@gmail.com
**Subject:** Order confirmation for order #24874

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/18/2014

Billing address
Michael Viklund
███████████
Sweden

2x Hashlet 5 - Hashlet 5 for $79.99 each

Subtotal  : $159.98 USD
Total     : $159.98 USD

1

**Colin Watterson**

**From:**       GAW Miners <orders@gawminers.com>
**Sent:**       Thursday, August 21, 2014 5:29 AM
**To:**         michael.viklund@gmail.com
**Subject:**    Order confirmation for order #26588

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/21/2014

Billing address
Michael Viklund

▇▇▇▇▇▇▇▇▇
Sweden

2x Hashlet 5 - Hashlet 5 for $79.99 each

Subtotal  : $159.98 USD
Total     : $159.98 USD

1

## Colin Watterson

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Friday, August 22, 2014 3:06 PM
**To:** michael.viklund@gmail.com
**Subject:** Order confirmation for order #27606

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/22/2014

**Billing address**
Michael Viklund

Sweden

1x Hashlet 15 - Hashlet 15 for $239.99 each

**Subtotal** : $239.99 USD
**Total** : $239.99 USD

## Colin Watterson

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Sunday, August 24, 2014 9:01 AM
**To:** michael.viklund@gmail.com
**Subject:** Order confirmation for order #28735

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/24/2014

**Billing address**
Michael Viklund
█████████████
Sweden

1x Hashlet 15 - Hashlet 15 for $239.99 each

Subtotal  : $239.99 USD
Total     : $239.99 USD

1

**Colin Watterson**

**From:**     GAW Miners <orders@gawminers.com>
**Sent:**     Sunday, August 24, 2014 12:02 PM
**To:**       michael.viklund@gmail.com
**Subject:**  Order confirmation for order #28891

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/24/2014

Billing address
Michael Viklund
██████████████
Sweden

2x Hashlet 1 - Hashlet 1 for $15.99 each

Discount (code: SL4RMYFFBWTDFJ): $-20.00 USD Subtotal  : $11.98 USD
Total     : $11.98 USD

1

**Colin Watterson**

**From:**      GAW Miners <orders@gawminers.com>
**Sent:**      Wednesday, September 10, 2014 2:08 PM
**To:**        michael.viklund@gmail.com
**Subject:**   Order confirmation for order #39878

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/10/2014

Billing address
  Michael Viklund
  
  Sweden

1x Zen Hashlet 5 for $104.75 each

Subtotal  : $104.75 USD
Total     : $104.75 USD

1

**Colin Watterson**

**From:** GAW Miners <orders@gawminers.com>
**Sent:** Friday, November 28, 2014 1:49 PM
**To:** michael.viklund@gmail.com
**Subject:** Order confirmation for order #63839

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 11/28/2014

Billing address
Michael Viklund
███████████
Sweden

2x HashStaker 5 - 6 Month Container for $89.75 each

Subtotal  : $179.50 USD
Total     : $179.50 USD

1

**Colin Watterson**

**From:**      GAW Miners <orders@gawminers.com>
**Sent:**      Friday, November 28, 2014 2:22 PM
**To:**        michael.viklund@gmail.com
**Subject:**   Order confirmation for order #63879

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 11/28/2014

Billing address
Michael Viklund
████████  ████
Sweden

1x HashStaker 5 - 6 Month Container for $89.75 each

Subtotal  : $89.75 USD
Total     : $89.75 USD

1

## Colin Watterson

**From:**        GAW Miners <orders@gawminers.com>
**Sent:**        Tuesday, December 2, 2014 1:38 AM
**To:**          michael.viklund@gmail.com
**Subject:**     Order confirmation for order #65078

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 12/02/2014

Billing address
Michael Viklund
███████████
Sweden

2x HashStaker 5 - 6 Month Container for $89.75 each

Subtotal  : $179.50 USD
Total     : $179.50 USD

# Order confirmation for order #48491

## Order confirmation for order #48491

GAW Miners (orders@gawminers.com)
Add to contacts
27/09/2014

To: paul4561@hotmail.co.uk



Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

   Date 09/27/2014

   Billing address

1x Zen Hashlet 500 for $10,475.00 each

Subtotal  : $10,475.00 USD
Total     : $10,475.00 USD

## Order confirmation for order #44402

# Order confirmation for order #44402

GAW Miners (orders@gawminers.com)
Add to contacts
17/09/2014

To: paul4561@hotmail.co.uk



Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/17/2014

Billing address

1x Zen Hashlet 200 for $4,190.00 each


Discount (code: SL604RUVJYMCDC): $-100.00 USD
Subtotal  : $4,090.00 USD
Total     : $4,090.00 USD

# Order confirmation for order #42163

# Order confirmation for order #42163

GAW Miners (orders@gawminers.com)
Add to contacts

14/09/2014

To: paul4561@hotmail.co.uk



Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

  Date 09/14/2014

  Billing address



1x Multi Hashlet 250 for $3,987.50 each


Subtotal  : $3,987.50 USD
Total     : $3,987.50 USD



**Paul Lindgren <paul2083@gmail.com>**

# Order confirmation for order #1122

1 message

**One Miner** <orders@oneminer.com>                                 Wed, Jul 9, 2014 at 3:07 PM
To: paul2083@gmail.com

Thank you for placing your order with One Miner!

This email is to confirm your recent order.

Date 07/09/2014

**Shipping address**
Paul Lindgren
███████████████████████
Nevada 89108
United States

**Billing address**
Paul Lindgren
███████████████████████
Nevada 89108
United States

1x (SHIPPED PRE-ORDER: BATCH #2) THE VAULTBREAKER MINI 250 MH/S+ ASIC SCRYPT MINER W/ FREE ZENCONTROLLER for $2,995.95 each

Subtotal : $2,995.95 USD

Shipping : $0.00 USD

Total : $2,995.95 USD



**Paul Lindgren <paul2083@gmail.com>**

# Order confirmation for order #1233
1 message

**One Miner** <orders@oneminer.com>                                    Tue, Jul 15, 2014 at 1:18 PM
To: paul2083@gmail.com

Thank you for placing your order with One Miner!

This email is to confirm your recent order.

Date 07/15/2014

**Billing address**
Paul Lindgren

███████████████████

Nevada 89108
United States

1x 13+ MH/S - THE BLACK WIDOW BY GAW MINERS - HOSTED ASIC SCRYPT
MINER - 3 Months Free ZenCloud Hosting for $399.95 each

Subtotal : $399.95 USD

Total : $399.95 USD



**Paul Lindgren <paul2083@gmail.com>**

## Your GAW Miners Order Confirmation (#14994)
1 message

**GAW Miners** <orders@gawminers.com>                    Mon, Jul 28, 2014 at 10:15 AM
Reply-To: orders@gawminers.com
To: paul2083@gmail.com

# Thanks for Your Order

Your order ID is **#14994**. A summary of your order is shown below. To view the status of your order click here.

## Shipping Address

Immediate download after completion of payment.

## Billing Address

**Paul Lindgren**

███████████████████████

United States
3603590936

## Your Order Contains...

| Cart Items | Qty | Item Price | Item Total |
|---|---|---|---|
| **478+ GH/s - AntMiner S3 by Bitmain Tech - 1 Month of FREE ZenCloud Hosting Service - August 8th Activation! (ASIC SHA-256 Miner)** (Download Files) (Expected release date is 8th Aug 2014) | 1 | $449.95 USD | $449.95 USD |

|  |  |
|---|---|
| **Subtotal:** | **$449.95 USD** |
| **Coupon Code (GAW25):** | **-$25.00 USD** |
| **Store Credit:** | **-$20.00 USD** |
| **Grand Total:** | **$404.95 USD** |
| Payment method: | credit-card |

**GAW Miners**
http://www.gawminers.com/

GAW Miners



Paul Lindgren <paul2083@gmail.com>

# Order confirmation for order #1789

3 messages

**One Miner** <orders@oneminer.com>                              Tue, Jul 29, 2014 at 10:48 AM
To: paul2083@gmail.com

Thank you for placing your order with One Miner!

This email is to confirm your recent order.

Date 07/29/2014

**Billing address**
Paul Lindgren

████████████████████████████████

United States

1x 54+ MH/S - THE WAR MACHINE BY GAW MINERS - 1 MONTH OF FREE
ZENCLOUD HOSTING SERVICE - 24-HOUR ACTIVATION! (ASIC SCRYPT MINER) for $899.95 each

Subtotal : $899.95 USD

Total : $899.95 USD

**Paul** <paul2083@gmail.com>                                   Tue, Jul 29, 2014 at 12:32 PM
To: One Miner <orders@oneminer.com>

On website my account it say say order fulfilled but I have not received activation code in email

[Quoted text hidden]

**Amber Messer** <orders@oneminer.com>                          Tue, Jul 29, 2014 at 12:47 PM
To: Paul <paul2083@gmail.com>

Hi Paul,

You will receive your activation code within 24 hours of purchase. Please let me know if you get outside that
window.

Sincerely,
Amber
[Quoted text hidden]

"The information contained in this email message may be confidential. If you are not the intended recipient any
use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please
tell us by return email and destroy this communication and any attachments from your system."

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNRm0yamDyfe/Q1SSrDJF7HMfM9C5r1r4d5hbUiRmgms1rVgVZQrNEv/Cv4Xk6/rhoQDL5rC4MFqSBeRc3ItGQjo+JQuDaD/NrFgDIGGEY4r
Authentication-Results: hotmail.com; spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7ZdQf5MDtsPTE7YT0x0Q9MTtHRD0x01NDTD0w
X-Message-Info:
NhFq/7gR1vTd3SDyQzeG5qvybIKGULCWJKPMXW1f0BbKHTkGrCLyHQqcN09nh3aw3O/djsUH1RvvSdiZ6Of55/rU+wOnlfxnTIMXKSGhLhy4enR+d+QcYo98irDidKPEZTavty8aWUVlqyXd/PjVepAj/gWcZbyLE6hlRN/uCSV+4mwbIV2/NR3qRP2Yrizel2B8vjnmsCLU8pGX3RzgMnr+jHIqwt8fD
```

```
Received: from smtp.shopify.com ([204.93.213.119]) by SNT004-MC4F55.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
        Mon, 18 Aug 2014 08:24:13 -0700
Received: from jobs14.chi.shopify.com (jobs14.chi.shopify.com [172.16.1.118])
        by smtp.shopify.com (Postfix) with ESMTPS id 0EDF2104380
        for <hoppenfeld@hotmail.com>; Mon, 18 Aug 2014 15:24:13 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
        t=1408375463; bh=U5nQ3JWIXOmyyjoFJBvWVUCriak23ummmRz2kd1XaGc=;
        h=Date:From:To:Message-ID:Subject;
        b=Mtk814WegST0qUTXunE62DYTslk70EtzZ0E4e8bbNQlcN4zUlQDIvLPxHFt7M5uEpNQ
        uCwk8hpNm8CXubdTPJVeC4nHSPO0hqQzK+BJ+szLiqg3nsrIpsFxjB/EMF/LXOOhhD
        IBkbPp8VvkJlaMybJeuGqzpEd2/ZgxtyNIWOVydQ=
Received: by jobs14.chi.shopify.com (Postfix, from userid 8002)
        id 03A87206F1; Mon, 18 Aug 2014 15:24:13 +0000 (UTC)
Date: Mon, 18 Aug 2014 15:24:12 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53f21a9ceefe0_94e3fe629b91334258b@jobs14.chi.shopify.com.mail>
Subject: Order confirmation for order #24974
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 18 Aug 2014 15:24:13.0866 (UTC) FILETIME=[779FF0A0:01CFBAF8]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/18/2014

Bi▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1x Hashlet 15 - Hashlet 15 for $239.99 each

3x Hashlet 100 - Hashlet 100 for $1,599.99 each

Discount (code: GAW5FOR5000): $-252.00 USD
Subtotal : $4,787.96 USD
Total    : $4,787.96 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa45Xd6uensxNRGNyaWNyfrbADxdIjR2RA95/eZeIRBMRzxORm19/O2hbxaAsWwQTPpVOkw23xZ1DOro2yYFY/JGwVVWq3J4z9XC1ExQocCQaiJ9Brc0XQ=
Authentication-Results: hotmail.com; spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=ne
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDTD0w
X-Message-Info: NhFq/7gR1vTNbxKK9BIiBOC1T/q1xOmDlOG9mIIET3fnTWe2KOih0p0Y7ukdsY5YccIGDUDASsPF3mVSUxoaECAzqfxuh+76TrKRuDTrwQ8TKwTKqz/onJvuN1MePdNMXzMXs16Dhwh
Received: from smtp.shopify.com ([204.93.213.119]) by BAY004-MC1F52.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
         Mon, 18 Aug 2014 14:31:11 -0700
Received: from jobs11.chi.shopify.com (jobs11.chi.shopify.com [172.16.1.45])
         by smtp.shopify.com (Postfix) with ESMTPS id 12F5243792
         for <hoppenfeld@hotmail.com>; Mon, 18 Aug 2014 21:31:11 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
         t=1408397471; bh=270Y1cYWSssc1p+tUAG+REG4TrWNwLO8JZuJr7fdpB4=;
         h=Date:From:To:Message-ID:Subject;
         b=AB2zcTZ0KlyTocPKigwIrmlMWNGbzrloarM6sFwUDBId7cFtIAFiZE9KvN8oF+zAO
          8cr/aHkF4ZTI0oG877iRHx8WKgvdlnJ64cTSBIGds+b3SZp5RglNPyZZBSu2To2zG9
          ObfsdZrfj4xZ+9PbFVpdwtzgjxlAvko0aFF4PUi8=
Received: by jobs11.chi.shopify.com (Postfix, from userid 8002)
         id 10929A09CD; Mon, 18 Aug 2014 21:31:11 +0000 (UTC)
Date: Mon, 18 Aug 2014 21:31:10 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53f2709ef3c97_5c393fbfc6763318330c4@jobs11.chi.shopify.com.mail>
Subject: Order confirmation for order #25151
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 18 Aug 2014 21:31:12.0050 (UTC) FILETIME=[BB7C3120:01CFBB2B]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

   Date 08/18/2014

   Billing address
     Robert Hoppenfeld
     ████████████████████████
     United States

2x Hashlet 5 - Hashlet 5 for $79.99 each


Discount (code: WELCOMETOGAW): $-10.00 USD
Subtotal  : $149.98 USD
Total     : $149.98 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNRm6ya4m0ya1hEA4Bm3u0GWi1KNV+AIyNFdJdXdEf6ypRSDWAiDBhJ4WeNIg/OoYAQbokPzaBUzL5CzMLzAd3jCe8dXdbQoK3StegnM6weu=
Authentication-Results: hotmail.com: spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDTD0w
X-Message-Info:
NhPq/7gRlvQRvP6JRnCKLavG8ooo9b/ga3cR1GDycjjvdbVqjG3R23e9HxMrXE6xmV5FNxq/F/+32843eH/7VFR9ZLYUv0aleieFrove3KXSGa/00G3J2JMTa6FIGL5lvX4CEawqYm4ClcpSZetBhfwt2dwuJHu2EIs2S71UWnRKZ9vpnh8x47lsi1FQPRu8WoaJN9weZfb061eLRVOTMCVvvMU87EbIt
```

```
Received: from smtp.shopify.com ([204.93.213.119]) by COL004-MC6FS.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
        Mon, 18 Aug 2014 14:45:08 -0700
Received: from jobsll.chi.shopify.com (jobsll.chi.shopify.com [172.16.1.45])
        by smtp.shopify.com (Postfix) with ESMTPS id 2F5C1104C63
        for <hoppenfeld@hotmail.com>; Mon, 18 Aug 2014 21:45:08 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
        t=1408398308; bh=dno5fogbMSyqxtrljntxWYLf7GRbOhNmi1OF4jXNzpDY=/
        h=Date:From:To:Message-ID:Subject;
        b=RoIHnMEtdeg8wUzxK7mFoUashlGZa61DHruNQpJoLyCcRDcdl2p0o9Pg8oZQs/a9z
         SABk14GLrstopQ8BabNNMUxpot5eev6/65OE3tlWz1c2yyGQ45gi5zmQOdZm28Wk9J
         fJ/kXT75Odmb0+RZGMcxzESmsejs1TQ8CTzfPOk0=
Received: by jobsll.chi.shopify.com (Postfix, from userid 8002)
        id 2D0E5A09CD; Mon, 18 Aug 2014 21:45:08 +0000 (UTC)
Date: Mon, 18 Aug 2014 21:45:08 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53f273e4204a6_63513fc1db60732c586ec@jobsll.chi.shopify.com.mail>
Subject: Order confirmation for order #25156
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 18 Aug 2014 21:45:08.0893 (UTC) FILETIME=[AE484CD0:01CFBB2D]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

    Date 08/18/2014

    Billing address

    ██████████████████
    United States

1x Hashlet 15 - Hashlet 15 for $239.99 each


Discount (code: SLG25KAN5XAS49): $-225.00 USD
Subtotal  : $14.99 USD
Total     : $14.99 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNR0kya8N5yaOJ8Rz8CVBBJg1LUSgKJ+jxX+zFbk8kRoM/pUGYAO7hsUGmAis010lhaFoR1kJAaADiig8nsPVc+P+zkItw8UhFAFzHVQ84s3g=
Authentication-Results: hotmail.com: spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDTD0w
X-Message-Info:
NhPq/7gRlvS4W55s+ZyoGc7eKfi97VYeP6VMeLBlS/lvhnjyVY3lBcLcE5pariLPxnYhzEYL2OP+VlJw1H+EPCn1q1VZMVoEYXpt4HaJIas025FeHdHJfoXU8jPH51Hqbm9vDxMOA5a5FZlJXPoBlQmPHjqj8dWfmLz35hqPSpXBmNQfASBfYwMorXsXN/P0nPyI4qGpUnolmH6nRbEtwYWkxcfb3Lk+
Received: from smtp.shopify.com ([204.93.213.119]) by COL004-MC5F29.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
         Fri, 22 Aug 2014 20:47:38 -0700
Received: from jobs12.chi.shopify.com (jobs12.chi.shopify.com [172.16.1.50])
         by smtp.shopify.com (Postfix) with ESMTPS id 47143436C1
         for <hoppenfeld@hotmail.com>; Sat, 23 Aug 2014 03:47:38 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
         t=1408765658; bh=2vi8+gcqSI2S5BqrESOaIu9M6gaAV3P79ajF7eWjAMk=;
         h=Date:From:To:Message-ID:Subject;
         b=Cyk62uyhkvOkcdd7fih6pjyV+A6cO2nXO5uDuIne0Vwj/MM5ZOc25uQSOMKIgDNO4
          dw5aIDPa7dp/Ijx9fQVtSgTNR/ST+Q3Q2eMmqPGw/Bn93VOLBbTtJC6e+lOaxtF0pX
          +LElCmVc0Ea+DmlI+oiERItftPmLHdATkjQ6Czjk=
Received: by jobs12.chi.shopify.com (Postfix, from userid 8002)
         id 3C86DB1013; Sat, 23 Aug 2014 03:47:38 +0000 (UTC)
Date: Sat, 23 Aug 2014 03:47:38 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53f80eda33576_1e983ffe6dbf33341871d@jobs12.chi.shopify.com.mail>
Subject: Order confirmation for order #27842
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 23 Aug 2014 03:47:38.0869 (UTC) FILETIME=[FBEE4250:01CFBE84]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

```
   Date 08/22/2014

   Billing address

      ██████████████████████
      United States
```

2x Hashlet 5 - Hashlet 5 for $79.99 each

```
Discount (code: WELCOMETOGAW): $-10.00 USD
Subtotal  : $149.98 USD
Total     : $149.98 USD
```

x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNROBy4WOyCc14k3j1DnOKvAvOFOjC5IyO8o91RKgW6Mh5dz94gLiAVAUFUH3g5yQCnA8S8shVSGkDcOrc2z4dunWbRAUGRIBLB0URds4UA4
Authentication-Results: hotmail.com; spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDTD0w
X-Message-Info:
NhPq/7gRlvSUQLBC65OlOFKv1NxWBs29zRiwLQaDpMJPdqRWnxtCcmGZ4+s7Gl3/ysfKxnBEcqOhUfzphlNgx3pstuSVVe9flEmyWuIR4fxitcf6GriZ57PdHsU5sner+cDvuviUZWo8VEgPzOfuQRMAlHFARjSmz3DcpMzDPXsV3lTwLEP1WnG0ik3ueLYlOKxdJROqdilAFUQex9ASYBNVbrC59q4o

Received: from smtp.shopify.com ([204.93.213.119]) by COL004-MC4F1.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
         Sun, 24 Aug 2014 07:26:06 -0700
Received: from jobs9.chi.shopify.com (jobs9.chi.shopify.com [172.16.1.231])
         by smtp.shopify.com (Postfix) with ESMTPS id 3C51342C96
         for <hoppenfeld@hotmail.com>; Sun, 24 Aug 2014 14:26:06 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
         t=1408990366; bh=jIxMDX8e686z/puL3sKwXqaWk4SuFZDQUNY+/7lDDGY=;
         h=Date:From:To:Message-ID:Subject;
         b=MlO3u1luO6QY1sGcvvRi6gcC1ioUn9zTDSJoEmdSJ1qDZTDMkfivL+ql02Pd64QdH
          q6gHo55JfIlbLZ5clYK4vaPJOwZk6ejCLjeV6Rtf+MiQasawsedXZk3/EjkFjji8M2
          XVGP8OVTHS2wx+Omk2uJ7bJBoEwTuJAf42pyqWuQ=
Received: by jobs9.chi.shopify.com (Postfix, from userid 8002)
         id 39E8EAO678; Sun, 24 Aug 2014 14:26:06 +0000 (UTC)
Date: Sun, 24 Aug 2014 14:26:06 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53f9f5fe2e692_9573f88eb235330763e7@jobs9.chi.shopify.com.mail>
Subject: Order confirmation for order #28755
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 24 Aug 2014 14:26:07.0022 (UTC) FILETIME=[57C844E0:01CFBFA7]

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

  Date 08/24/2014

  Billing address

  ██████████████
  United States

2x Hashlet 5 - Hashlet 5 for $79.99 each


Discount (code: WELCOMETOGAW): $-10.00 USD
Subtotal  : $149.98 USD
Total     : $149.98 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNMU6yaMhyGQms5zeXsadIx6dXLzaM/HgS5zzsiNo3gRPmDlzyILtDKHjblMk89oWiw8hFz+WhOQmz7rA7G19CN1/Bz9O0UjsvWnKDiKQz
Authentication-Results: hotmail.com: spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDT0Ow
X-Message-Info:
NhPg/7gRlvQhuvi3NX+DFFBk5nzCC3r7l32keRHgYhsJqWg8miIFXYcvKAt0a9c08WE7S6VPyURTefPcnbK8XjAn9PUnajXISz8AdT53HMlNVbGCZHKisuI8QI0mK+Hjmd+WmkNViDPhjVYbdAAiYd5pPfBzBZu8cdacZfIBPSVyU6vIt/zPKFvdkNJCT266ThyM16OCXT5Kn7v/BeEwIs7R6EthLhPp

Received: from smtp.shopify.com ([204.93.213.119]) by BAY004-MC5F25.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
         Sun, 24 Aug 2014 08:23:42 -0700
Received: from jobs10.chi.shopify.com (jobs10.chi.shopify.com [172.16.1.91])
         by smtp.shopify.com (Postfix) with ESMTPS id 56318103090
         for <hoppenfeld@hotmail.com>; Sun, 24 Aug 2014 15:23:42 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
         t=1408893822; bh=jIxMbX8e686z/puLsKwXqaWk4SuFZDQUNY+/71DDGY=;
         h=Date:From:To:Message-ID:Subject;
         b=rh5DnHX2SlLWQDO5l26zm+JnjfOaP4vOQP8dNQ0t/XSHC7xoPZrBpP0BLfCC9dzq
          OzwL2DOu26/CO8ckNhOrbQgCrCP5KMabIYXCu4lmiBtTSJjcj8Rstn3p+UToaQoIrd
          36iSEJOUzv+MOgfNYPDKgcAgJScb8A/ifn/2l8hw=
Received: by jobs10.chi.shopify.com (Postfix, from userid 8002)
         id 5408060459; Sun, 24 Aug 2014 15:23:42 +0000 (UTC)
Date: Sun, 24 Aug 2014 15:23:42 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53fa037e48a2c_2fe33fd3d5481334489ac@jobs10.chi.shopify.com.mail>
Subject: Order confirmation for order #28804
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 24 Aug 2014 15:23:43.0094 (UTC) FILETIME=[63C30160:01CFBFAF]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

　Date 08/24/2014

　Billing address

　███████████████████████████
　United States

2x Hashlet 5 - Hashlet 5 for $79.99 each

```
Discount (code: WELCOMETOGAW): $-10.00 USD
Subtotal  : $149.98 USD
Total     : $149.98 USD
```

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNRO6y84MoYgLigabMo2zkRFj0IE9sEBPYjaXyuvkIdVs+AlF/WOoULkdxsgIy/Wd3V71JOMR/Fzai9dUoVrK69RiXdpoUkToKsOUhRt5i1
Authentication-Results: hotmail.com: spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDts8fTE7YTO=O0Q9MTtHRDO=O1NDTD0w
X-Message-Info:
NhPq/7gRlvQDL73Sti6nzCPMEBkFg78/ojT+W5cOEh6exYMQrMR+7EYa7E1QOOKJ+r4AKiJ2CGZisovOTSIbYHyi5YzxPRPffeuP3+iNrjgF+R36fD7rY2UsH6NQyyhVXfirt/e7FNML4tepbendTde3ndof1BStNjX2QQnL/KMbyy5EQIB11LuavoZuBCFcQ9ed5iLzAw9ntWA0UdyUtoA3gxcUZqv
```

```
Received: from smtp.shopify.com ([204.93.213.119]) by BAY004-MC1F52.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
         Sun, 24 Aug 2014 08:49:11 -0700
Received: from jobs14.chi.shopify.com (jobs14.chi.shopify.com [172.16.1.118])
         by smtp.shopify.com (Postfix) with ESMTPS id A05201008E50
         for <hoppenfeld@hotmail.com>; Sun, 24 Aug 2014 15:49:10 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
         t=1408895350; bh=jIxMbX8e6B6z/puLJsKwXqaWk4SuFZDQUNY+/71DDGY=;
         h=Date:From:To:Message-ID:Subject;
         b=Hy/9d8rNqJOr74zXDZm8FEQGOUBvkp8/kZwdg3Pl8SsHtmcuAhJT6hl2BCKPQT0b7
          Z1V1V6CpOvucq3uAoRTYTaFhaBmz/dLml6qYM1RKz+eHHE+J7wLsfOwdhHnBKG9Sf1
          JXCOe+NqSaoC04gBK+BFJiV2y2YX5j+qxnxnP+vQ=
Received: by jobs14.chi.shopify.com (Postfix, from userid 8002)
         id 95DCB20846; Sun, 24 Aug 2014 15:49:10 +0000 (UTC)
Date: Sun, 24 Aug 2014 15:49:10 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53fa09768b4c2_3c5e3f8e934b5314603e3@jobs14.chi.shopify.com.mail>
Subject: Order confirmation for order #28831
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 24 Aug 2014 15:49:11.0683 (UTC) FILETIME=[F2DF2D30:01CFBFB2]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

    Date 08/24/2014

    Billing address

    ██████████████
    United States

2x Hashlet 5 - Hashlet 5 for $79.99 each


Discount (code: WELCOMETOGAW): $-10.00 USD
Subtotal  : $149.98 USD
Total     : $149.98 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNR0Ady6BPzdz8Wyr28pyFsTyUbPhAYH2GcGnVbqtQq71bjt3z3D8V8zIEIDKj5kZVQaa3u3di8iAEwAdGwUrUhmjyjkt3gWerFXCOssA=
Authentication-Results: hotmail.com; spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDTD0w
X-Message-Info:
NhPq/7gRlvSUQLBC65O10FbvuStCrpN739yKlubdEUW4Q0Vt/eVgJso/yCBLdGKYC6Z27CfVjslrdB37fU/ldH8xULrfnM2yXO5vpbgZGHBv/dxH9XxevB4zs9j0ra3cmQzUMES5os6R6HhOOuqnE9oUMfljKZyhjTyOKTocMwjxU73+vP0iv1fzPKDeNubI5ijCYKpeejFY18TqWiCAzZ4uqKyKmTEw

Received: from smtp.shopify.com ([204.93.213.119]) by COL004-MC3F36.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
         Tue, 26 Aug 2014 10:51:22 -0700
Received: from jobs14.chi.shopify.com (jobs14.chi.shopify.com [172.16.1.118])
         by smtp.shopify.com (Postfix) with ESMTPS id B2F4A100F3C
         for <hoppenfeld@hotmail.com>; Tue, 26 Aug 2014 17:51:21 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
         t=1409075481; bh=6JN1E3tg/SsdpAP4kk8xi/VkF4xhFoiJbr77Bt+dT1M=;
         h=Date:From:To:Message-ID:Subject;
         b=gFNpSmYfR4JecgJ1F/0+xbOJ/kpRgGu1GCbbcfPp2B9F3iirRoq3w21XdyCVEIGT+
         VieMQu1K04qCA/dToXaj9Oyu2O145DS4OF/ys9dY7RVgL3ttTwKWDFTz+DTIsstcDI6
         08PHDakwS5cORAtwyGOa7nTuHYVyCKYjSzA2E9GI=
Received: by jobs14.chi.shopify.com (Postfix, from userid 8002)
         id A667520846; Tue, 26 Aug 2014 17:51:21 +0000 (UTC)
Date: Tue, 26 Aug 2014 17:51:21 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53fcc91984fac_26d43fb566ca13307392d@jobs14.chi.shopify.com.mail>
Subject: Order confirmation for order #30268
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 26 Aug 2014 17:51:22.0600 (UTC) FILETIME=[5943D680:01CFC156]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

    Date 08/26/2014

    Billing address

    ███████████████
    United States

2x Hashlet 100 - Hashlet 100 for $1,999.99 each


    Subtotal  : $3,999.98 USD
    Total     : $3,999.98 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNRO8y8mh0jw+/MmL3U0pwu3zKxWcaccgCz9tGHBi8rilelSQJYJKOU4LiReHAhVDFvd1PoXVuWT4k27/Ckgy8b8tAUWkWyguuPnlWu8+
Authentication-Results: hotmail.com; spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRD0xO1NDT0w
X-Message-Info:
NhPq/7gRlvSrNenVdZDcac+uT8PA2SOzhWQVGGQwGo+784BpW0GFEo4JQu2LTKuX6uYmO0//O3gYnppGVbs+qVW6q4g609Ae25E9s1AYVKpB0ccAeGKj0nqbW8q/RD4+buOvb76jTzCkY5hrQUIJAVVBKy7kP1D5nuv00G1Gbok+83KTVekERG8606PRAQ5kTARyc3SgJeXZiagK/Z9vTbmfGNZy42Lc
```

Received: from smtp.shopify.com ([204.93.213.119]) by BAY004-MC3F37.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
        Tue, 26 Aug 2014 10:54:38 -0700
Received: from jobs14.chi.shopify.com (jobs14.chi.shopify.com [172.16.1.118])
      by smtp.shopify.com (Postfix) with ESMTPS id 8954643172
      for <hoppenfeld@hotmail.com>; Tue, 26 Aug 2014 17:54:37 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
      t=1409075677; bh=8xS9hAKc1z9MqHL4h8U/rdBI2yJBUhIzFA/tiLd1Tm0=;
      h=Date:From:To:Message-ID:Subject;
      b=OjjMvRc/1lO5ZIYgPxg35xP2DsH8p5TKP0a5m7bXp8hOk2sBxmvnSYPmKB3Q4iXvP
      POpQFmxabCBkqJOOl6drpXSunaKdmWrU+cJDPXSBcPTfvGo+EWEZDvpY12Nr3dfHZh
      1QUgEDmKgFGFP9GPrFRGITfXweWXmaZ46+miySv4=
Received: by jobs14.chi.shopify.com (Postfix, from userid 8002)
      id 8578320846; Tue, 26 Aug 2014 17:54:37 +0000 (UTC)
Date: Tue, 26 Aug 2014 17:54:37 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <53fcc9dd775f2_41343fe4f6b05318866b8@jobs14.chi.shopify.com.mail>
Subject: Order confirmation for order #30271
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 26 Aug 2014 17:54:38.0462 (UTC) FILETIME=[CE0201E0:01CFC156]

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

  Date 08/26/2014

  Billing address

  ██████████████
  United States

1x Hashlet 1 - Hashlet 1 for $19.99 each


Subtotal  : $19.99 USD
Total     : $19.99 USD

```
x-store-info:J++/JTCzmObr++wNraA4Pa4f5Xd6uensxNR06YdMhYChVJ1spUfoFtz/8EzZ4C/FwciubUtroMmC5ByzoMuqJsNdgRhCAUr1TewJ48jNuSslIngOX3T6wtKW/xKyYqvM8rhCdyCU
Authentication-Results: hotmail.com: spf=none (sender IP is 204.93.213.119) smtp.mailfrom=orders@gawminers.com; dkim=none header.d=gawminers.com; x-hmca=none header.id=orders@gawminers.com
X-SID-PRA: orders@gawminers.com
X-AUTH-Result: NONE
X-SID-Result: NONE
X-Message-Status: n:n
X-Message-Delivery: Vj0xLjE7dXM9MDtsPTE7YT0xO0Q9MTtHRDOxO1NDTD0w
X-Message-Info:
NhPq/7gRlvTfihg0QheF443bBo9gPQIi8As8Ue8YvdQlOf1+zTIbIhoHZyXqLKDTxTld6w/aZu9JL1Yjwuy0ZEMH1bTHB2S9TlAF+024OrviDx123Qsl/mneAM2g6a+LlHdXT2b2JxuFR8YJ7GCV50U0v4A676d9gKc5Lc1v3xUiKRkqQYkjkEoZLEUJBK5x4HIOheLFPkGqspO9qYi1q/cd1M7vh+3W
```

```
Received: from smtp.shopify.com ([204.93.213.119]) by SNT004-MC4F38.hotmail.com over TLS secured channel with Microsoft SMTPSVC(7.5.7601.22712);
        Sat, 27 Sep 2014 09:23:17 -0700
Received: from jobs20.chi.shopify.com (jobs20.chi.shopify.com [172.16.1.51])
        by smtp.shopify.com (Postfix) with ESMTPS id AD145100B93
        for <hoppenfeld@hotmail.com>; Sat, 27 Sep 2014 16:23:16 +0000 (UTC)
DKIM-Signature: v=1; a=rsa-sha256; c=simple/simple; d=shopify.com; s=mail;
        t=1411834996; bh=Y9JUGKF12F4Og6P8y1Y91bbzGq1NoFzVlMz/iifAGVA=;
        h=Date:From:To:Message-ID:Subject;
        b=YS3FhusuuU2ds6mXucAiRj4OTK1x9siLUeLUWtssIgTOhZsr1CleK3EQkrtYSl0u
        ZhlsTq/PcpRARFSstOOawl3xBQr/9o6xkq+vJNs+CpwK9mq3vWThBIhxEBOIKU9t75
        PgwdDkXn+hauClwy6VOl3ADD46viaruL32oS2MzI=
Received: by jobs20.chi.shopify.com (Postfix, from userid 8003)
        id A20B881DCB; Sat, 27 Sep 2014 16:23:16 +0000 (UTC)
Date: Sat, 27 Sep 2014 16:23:16 +0000
From: GAW Miners <orders@gawminers.com>
To: hoppenfeld@hotmail.com
Message-ID: <5426e47498329_52793fb0751bf32c409a2@jobs20.chi.shopify.com.mail>
Subject: Order confirmation for order #48818
Mime-Version: 1.0
Content-Type: text/plain;
 charset=UTF-8
Content-Transfer-Encoding: 7bit
Return-Path: orders@gawminers.com
X-OriginalArrivalTime: 27 Sep 2014 16:23:17.0252 (UTC) FILETIME=[582BBC40:01CFDA6F]
```

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

   Date 09/27/2014

   Billing address

   ███████████████████

   United States

1x Hashlet Genesis 500 for $397.50 each


   Subtotal  : $397.50 USD
   Total     : $397.50 USD



Outlook.com

Order confirmation for order #44524

GAW Miners (orders@gawminers.com)   Add to contacts 9/18/2014
To: slaven.sabolovic@live.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/17/2014

Billing address

Croatia

1x Zen Hashlet 1 for $20.95 each

Subtotal : $20.95 USD
Total : $20.95 USD

© 2015 Microsoft   Terms   Privacy & cookies   Developers   English (United States)





# Order confirmation for order #55110

GAW Miners    Add to contacts    10/14/2014

To: slaven.sabolovic@live.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/14/2014

Billing address
Slaven Sabolović

Croatia

2x Hashlet Genesis 10 for $8.95 each

2x Hashlet Genesis 100 for $89.50 each

Subtotal : $196.90 USD
Total : $196.90 USD



Order confirmation for order #55114

GAW Miners    Add to contacts  10/14/2014
To: slaven.sabolovic@live.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/14/2014

Billing address
Slaven Sabolović

Croatia

1x Zen Hashlet 1 for $20.95 each


Discount (code: SL34SPCWTTD16A): $-20.00 USD
Subtotal : $0.95 USD
Total : $0.95 USD

Order confirmation for order #44697

GAW Miners (orders@gawminers.com)   Add to contacts   9/18/2014
To: slaven.sabolovic@live.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/18/2014

Billing address
Slaven Sabolović

Croatia

8x Hashlet Genesis 10 for $9.95 each

Subtotal : $79.60 USD
Total : $79.60 USD





# Order confirmation for order #45894

GAW Miners (orders@gawminers.com)    Add to contacts 9/21/2014
To: slaven.sabolovic@live.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 09/20/2014

Billing address
Slaven Sabolović

Croatia

2x Hashlet Genesis 10 for $9.95 each

1x Multi Hashlet 5 for $79.75 each

Subtotal : $99.65 USD
Total : $99.65 USD

Order confirmation for order #22954



**GAW Miners**   Add to contacts 8/14/2014

To: mr_tez@hotmail.com ⌄

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/14/2014

Billing address
Tezontl Rosario

████████████████

Netherlands

4x 13+ MH/s - The Black Widow by GAW Miners - 1 Month of FREE ZenCloud Hosting Service - 24-Hour Activation! (ASIC Scrypt Miner) for $249.95 each

Discount (code: latewidow): $-400.00 USD
Subtotal : $599.80 USD
Total : $599.80 USD



**GAW Miners**   Add to contacts 8/14/2014

To: mr_tez@hotmail.com ❯

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/14/2014

Billing address
Tezontl Rosario
███████████████

Netherlands

1x 13+ MH/s - The Black Widow by GAW Miners - 1 Month of FREE ZenCloud Hosting Service - 24-Hour Activation! (ASIC Scrypt Miner) for $249.95 each

Discount (code: latewidow): $-100.00 USD
Subtotal : $149.95 USD
Total : $149.95 USD

Case 3:16-cv-00940-MPS   Document 140-3   Filed 05/03/19   Page 67 of 70

 **GAW Miners**   Add to contacts  8/14/2014

To: mr_tez@hotmail.com ✗

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/14/2014

Billing address
Tezontl Rosario

████████████████

Netherlands

3x 13+ MH/s - The Black Widow by GAW Miners - 1 Month of FREE ZenCloud Hosting Service - 24-Hour Activation! (ASIC Scrypt Miner) for $224.95 each

Discount (code: latewidow): $-300.00 USD
Subtotal : $374.85 USD
Total : $374.85 USD

 **GAW Miners**   Add to contacts 8/16/2014

To: mr_tez@hotmail.com ⌄

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/16/2014

Billing address
Tezontl Rosario

███████████████

Netherlands

1x Hashlet 15 - Hashlet 15 for $239.99 each

Subtotal : $239.99 USD
Total : $239.99 USD

Order confirmation for order #23683



**GAW Miners**   Add to contacts 8/16/2014

To: mr_tez@hotmail.com ⹁

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/16/2014

Billing address
Tezontl Rosario

███████████████████

Netherlands

1x Hashlet 50 - Hashlet 50 for $799.99 each

Discount (code: SLO5F45LEWXW42): $-20.00 USD
Subtotal : $779.99 USD
Total : $779.99 USD

Order confirmation for order #28618



**GAW Miners**   Add to contacts 8/24/2014

To: mr_tez@hotmail.com ⌄

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 08/24/2014

Billing address
Tezontl Rosario

██████████████████

Netherlands

1x Hashlet 15 - Hashlet 15 for $239.99 each

1x Hashlet 100 - Hashlet 100 for $1,599.99 each

Subtotal : $1,839.98 USD
Total : $1,839.98 USD