# EXHIBIT 5

| Transaction Type | Transaction Status | Created Datetime | Settlement Date | Disbursement Date | Amount Authorized | Amount Submitted For Settlement | Card Type | Customer First Name | Customer Last Name | Customer Email | Billing Street Address | Billing Extended Address | Billing City (Locality) | Billing State/Province (Region) | Billing Postal Code | Billing Country | Settlement Amount | Fraud Detected | Disputed Date | IP Address |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sale | settled | 2/24/2015 15:22 | 2/24/2015 | | 949.9 | 949.9 | | Andrew | Owens | andreweowens@gmail.com | | | | | | United States of America | | | | 50.112.156.226 |
| credit | settled | 2/23/2015 12:12 | 2/23/2015 | | -492.94 | -492.94 | | Maxime | Desmarais | maximesd@gmail.com | | | | | | Canada | | | | |
| sale | settled | 2/23/2015 9:18 | 2/23/2015 | | 30.33 | 30.3 | | Darrel | McCurry | dimincome@gmail.com | | | | | | United States of America | | | | |
| sale | gateway_rejected | 2/22/2015 14:09 | | | 111.7 | | | Muhammad | Nur | ariw30584@gmail.com | | | | | | Indonesia | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | processor_declined | 2/22/2015 6:15 | | | 191.65 | | | kristian | nugraha | knugraha87@yahoo.com | | | | | | Indonesia | | | | 50.112.156.227 |
| sale | settled | 2/21/2015 22:03 | 2/22/2015 | | 145.41 | 145.41 | | Donald | Tinker | dmc2tkd@1791.com | | | | | | United States of America | | | | 50.112.156.226 |
| sale | gateway_rejected | 2/21/2015 18:15 | | | 143.05 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | 1 | Ukraine | | Fraud - Gateway Detected | | 50.112.156.227 |
| sale | gateway_rejected | 2/21/2015 17:43 | | | 143.05 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.227 |
| sale | gateway_rejected | 2/21/2015 14:12 | | | 191.65 | | | kristian | tamfan | knugraha1@yahoo.com | | | | | | Indonesia | | Fraud - Gateway Detected | | 50.112.156.227 |
| sale | gateway_rejected | 2/20/2015 10:05 | | | 191.65 | | | kristian | tamfan | knugraha1@yahoo.com | | | | | | Indonesia | | Fraud - Gateway Detected | | 50.112.156.227 |
| sale | processor_declined | 2/20/2015 10:01 | | | 191.65 | | | kristian | tamfan | knugraha1@yahoo.com | | | | | | Indonesia | | | | 50.112.156.227 |
| sale | processor_declined | 2/20/2015 9:57 | | | 191.65 | | | kristian | tamfan | knugraha1@yahoo.com | | | | | | Indonesia | | | | 50.112.156.227 |
| sale | processor_declined | 2/20/2015 9:27 | | | 343.8 | | | kristian | tamfan | knugraha1@yahoo.com | | | | | | Indonesia | | | | 50.112.156.227 |
| sale | processor_declined | 2/20/2015 3:08 | | | 191.65 | | | kristian | tamfan | knugraha1@yahoo.com | | | | | | Indonesia | | | | 50.112.156.227 |
| sale | gateway_rejected | 2/17/2015 15:42 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.226 |
| credit | settled | 2/17/2015 15:12 | 2/17/2015 | 2/18/2015 | -14.5 | -14.5 | | Andrew | E Owens | andreweowens@gmail.com | | | | | | United States of America | -14.5 | | | |
| credit | settled | 2/17/2015 15:00 | 2/17/2015 | 2/18/2015 | -150 | -150 | | Andrew | Nassar | icrealtimeaz@gmail.com | | | | | | United States of America | -150 | | | |
| sale | authorized | 2/17/2015 14:47 | | | 1712.51 | | | Yoed | Grizim | admin@detaxnet.com | | | | | | Israel | | | | 50.112.156.226 |
| sale | processor_declined | 2/17/2015 14:32 | | | 1712.51 | | | Natan | Elkanovich | admin@detaxnet.com | | | | | | Israel | | | | 50.112.156.227 |
| sale | gateway_rejected | 2/17/2015 14:22 | | | 75.88 | | | Jacob | Preston | r3krts@gmail.com | | | | | | United States of America | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 14:10 | | | 474.95 | | | nelson | mota | noryollarves@gmail.com | | | | | | United States of America | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | processor_declined | 2/17/2015 14:07 | | | 474.95 | | | nelson | mota | noryollarves@gmail.com | | | | | | United States of America | | | | 50.112.156.227 |
| sale | processor_declined | 2/17/2015 14:07 | | | 474.95 | | | nelson | mota | noryollarves@gmail.com | | | | | | United States of America | | | | 50.112.156.226 |
| sale | processor_declined | 2/17/2015 14:06 | | | 474.95 | | | nelson | mota | noryollarves@gmail.com | | | | | | United States of America | | | | 50.112.156.226 |
| sale | settled | 2/17/2015 12:28 | 2/17/2015 | 2/18/2015 | 474.95 | 474.95 | | JAMES | GRIFFIN | xpyekzsurazawan.text@gmail.com | | | | | | United States of America | 474.95 | | | 50.112.156.226 |
| sale | settled | 2/17/2015 11:19 | 2/17/2015 | 2/18/2015 | 1039.7 | 1039.7 | | Yevhen | Parolis | Sjenja@msn.com | | | | | | Denmark | 1039.7 | | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 9:57 | | | 1009.27 | | | Anastasia | Bulavchenko | kanistracanon@outlook.com | | | | | | United States of America | | Fraud - Gateway Detected | | 50.112.156.227 |
| sale | gateway_rejected | 2/17/2015 9:36 | | | 1009.27 | | | Anastasia | Bulavchenko | kanistracanon@outlook.com | | | | | | United States of America | | | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 9:35 | | | 1009.27 | | | Anastasia | Bulavchenko | kanistracanon@outlook.com | | | | | 0 | United States of America | | | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 9:37 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | settled | 2/17/2015 9:34 | 2/17/2015 | 2/18/2015 | 4749.5 | 4749.5 | | Michael | Vick | mvickjr@ymail.com | | | | | | United States of America | 4749.5 | | | 50.112.156.227 |
| sale | gateway_rejected | 2/17/2015 9:26 | | | 1009.27 | | | Anastasia | Bulavchenko | prettyflyer@mac.hush.com | | | | | | United States of America | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | processor_declined | 2/17/2015 9:26 | | | 1009.27 | | | Anastasia | Bulavchenko | prettyflyer@mac.hush.com | | | | | | United States of America | | | | 50.112.156.226 |
| sale | processor_declined | 2/17/2015 9:24 | | | 1009.27 | | | Anastasia | Bulavchenko | prettyflyer@mac.hush.com | | | | | | United States of America | | | | 50.112.156.227 |
| sale | gateway_rejected | 2/17/2015 9:23 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 9:16 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 9:13 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | 1 | Ukraine | | Fraud - Gateway Detected | | 50.112.156.227 |
| sale | gateway_rejected | 2/17/2015 9:12 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.226 |
| sale | authorized | 2/17/2015 8:43 | | | 523.98 | | | MR | S W LAKE | sharongracey14@gmail.com | | | | | | United Kingdom | | | | 50.112.156.226 |
| sale | gateway_rejected | 2/17/2015 8:42 | | | 560.55 | | | Denus | Baguta | denus.baguta@yandex.com | | | | | | Ukraine | | Fraud - Gateway Detected | | 50.112.156.227 |

| Description | Created (UTC) | Amount | Status | Name | Address Line1 | Card Address City | State | Zip | Country | email (metadata) | phone (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| rohansvp@gmail.com purchased 60 In Store Gift Credits for $267.42 | 1/13/2015 10:47 | 267.42 | Paid | Rohan Dodhia | | | | | United Kingdom | rohansvp@gmail.com | 4.47722E+11 |
| gavr876@gmail.com purchased 40 In Store Gift Credits for $180.82 | 1/13/2015 10:37 | 180.82 | Paid | Andrey Kasyanchuk | | | | | Russian Federation | gavr876@gmail.com | 79216635453 |
| rodrigo0810899@hotmail.com purchased 50 In Store Gift Credits for $222.30 | 1/13/2015 10:36 | 222.3 | Failed | Rodrigo Bentancur | | | | | Uruguay | rodrigo0810899@hotmail.com | 59891026384 |
| rtehome@gmail.com purchased 67 In Store Gift Credits for $296.82 | 1/13/2015 10:32 | 296.82 | Paid | Kathleen M Whitehead | | | | | United States | rtehome@gmail.com | 8086792592 |
| ganianecq@outlook.com purchased 39 In Store Gift Credits for $176.65 | 1/13/2015 10:19 | 176.65 | Refunded | Mark Coffey | | | | | United States | ganianecq@outlook.com | 8653881754 |
| bymanuel@gmx.de purchased 15 In Store Gift Credits for $71.12 | 1/13/2015 10:11 | 71.12 | Failed | Manuel Thier | | | | | Germany | bymanuel@gmx.de | 17620686208 |
| bymanuel@gmx.de purchased 20 In Store Gift Credits for $96.84 | 1/13/2015 10:06 | 96.84 | Failed | Manuel Thier | | | | | Germany | bymanuel@gmx.de | 17620686208 |
| bymanuel@gmx.de purchased 20 In Store Gift Credits for $98.12 | 1/13/2015 10:04 | 98.12 | Failed | Manuel THier | | | | | Germany | bymanuel@gmx.de | 17620686208 |
| rjmartindvd@hotmail.com purchased 27 In Store Gift Credits for $129.57 | 1/13/2015 9:54 | 129.57 | Refunded | Tami Goodrich | | | | | United States | rjmartindvd@hotmail.com | 2122039901 |
| thatcherc@hush.ai purchased 54 In Store Gift Credits for $269.40 | 1/13/2015 9:43 | 269.4 | Refunded | Susan Weaver Parrott | | | | | United States | thatcherc@hush.ai | 4349818384 |
| thatcherc@hush.ai purchased 55 In Store Gift Credits for $275.55 | 1/13/2015 9:39 | 275.55 | Failed | Michelle Anderson | | | | | United States | thatcherc@hush.ai | 2024121107 |
| rdlevitan@outlook.com purchased 27 In Store Gift Credits for $134.49 | 1/13/2015 9:31 | 134.49 | Refunded | Richard Dietzel | | | | | United States | rdlevitan@outlook.com | 5202999042 |
| rodrigo0810899@hotmail.com purchased 60.00065218 In Store Gift Credits for $299.86 | 1/13/2015 9:20 | 299.86 | Failed | Rodrigo Bentancur | | | | | Uruguay | rodrigo0810899@hotmail.com | 59891026384 |
| looobs@live.com purchased 40 In Store Gift Credits for $200.27 | 1/13/2015 9:17 | 200.27 | Failed | nikolaj | | | | | Macedonia | looobs@live.com | 4796667230 |
| skiingbutler@roadrunner.com purchased 30 In Store Gift Credits for $150.29 | 1/13/2015 9:10 | 150.29 | Paid | Nathaniel Butler | | | | | United States | skiingbutler@roadrunner.com | 2078315279 |
| rdlevitan@outlook.com purchased 52 In Store Gift Credits for $261.53 | 1/13/2015 9:08 | 261.53 | Refunded | Richard Dietzel | | | | | United States | rdlevitan@outlook.com | 5202999042 |
| bitcointerminal@gmail.com purchased 10 In Store Gift Credits for $50.29 | 1/13/2015 9:07 | 50.29 | Failed | Torrey Clark | | | | | United States | bitcointerminal@gmail.com | 5407501300 |
| bitcointerminal@gmail.com purchased 40 In Store Gift Credits for $200.72 | 1/13/2015 9:06 | 200.72 | Failed | Torrey Clark | | | | | United States | bitcointerminal@gmail.com | 5407501300 |
| bitcointerminal@gmail.com purchased 10 In Store Gift Credits for $50.17 | 1/13/2015 9:04 | 50.17 | Paid | Torrey Clark | | | | | United States | bitcointerminal@gmail.com | 5407501300 |
| jonas.hals@nytt1.no purchased 18.46172282 In Store Gift Credits for $92.48 | 1/13/2015 8:54 | 92.48 | Paid | Jonas Hals | | | | | Norway | jonas.hals@nytt1.no | 4741383306 |
| mvnenchev@gmail.com purchased 5 In Store Gift Credits for $25.21 | 1/13/2015 8:51 | 25.21 | Paid | Miroslav | | | | 0 | Bulgaria | mvnenchev@gmail.com | 3.59876E+11 |
| chanoddy@hotmail.com purchased 59 In Store Gift Credits for $299.27 | 1/13/2015 8:49 | 299.27 | Paid | Chanchai Pankudrua | | | | | Thailand | chanoddy@hotmail.com | 819566494 |
| snortex@gmail.com purchased 39 In Store Gift Credits for $197.82 | 1/13/2015 8:49 | 197.82 | Paid | Sheila Gaden | | | | | United States | snortex@gmail.com | 8322701721 |
| petko.dimitrov@gmail.com purchased 15 In Store Gift Credits for $76.00 | 1/13/2015 8:41 | 76 | Paid | Petko Dimitrov | | | | | Bulgaria | petko.dimitrov@gmail.com | 3.5989E+11 |
| isv.ryan@gmail.com purchased 59 In Store Gift Credits for $298.95 | 1/13/2015 8:41 | 298.95 | Paid | Ryan Radford | | | | | Australia | isv.ryan@gmail.com | 430501558 |
| jolyone385@gmail.com purchased 60 In Store Gift Credits for $276.23 | 1/13/2015 8:23 | 276.23 | Paid | fikret hadzic | | | | | Australia | jolyone385@gmail.com | 479107372 |
| andrej.kudlacek@gmail.com purchased 13 In Store Gift Credits for $59.76 | 1/13/2015 8:21 | 59.76 | Paid | Andrej Kudlá?ek | | | | | Czech Republic | andrej.kudlacek@gmail.com | 4.2072E+11 |
| ganianecq@outlook.com purchased 20 In Store Gift Credits for $91.72 | 1/13/2015 8:20 | 91.72 | Failed | Judith Mogul | | | | | United States | ganianecq@outlook.com | 4236453418 |
| jrobinson313@hotmail.co.uk purchased 66 In Store Gift Credits for $297.99 | 1/13/2015 7:59 | 297.99 | Failed | Josh | | | | | United Kingdom | jrobinson313@hotmail.co.uk | 7766041098 |
| snortex@gmail.com purchased 20 In Store Gift Credits for $89.64 | 1/13/2015 7:57 | 89.64 | Paid | Sheila Gaden | | | | | United States | snortex@gmail.com | 8322701721 |
| snortex@gmail.com purchased 20 In Store Gift Credits for $89.54 | 1/13/2015 7:52 | 89.54 | Failed | C Tsai | | | | | United States | snortex@gmail.com | 7136616203 |