# EXHIBIT 6

| Transaction Type | Settlement Date | Disbursement Date | Card Type | Customer First Name | Customer Last Name | Customer Email | Billing Street Address | Billing Extended Address | Billing City (Locality) | Billing State/Province (Region) | Billing Postal Code | Billing Country | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sale | 12/1/2014 | 12/3/2014 | MasterCard | Alfonso | Hernandez | | | | | | | United States of America | 269.25 |
| sale | 10/10/2014 | 10/14/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 0.95 |
| sale | 10/10/2014 | 10/14/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 0.95 |
| sale | 10/10/2014 | 10/14/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 3561.5 |
| sale | 10/9/2014 | 10/10/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 5.45 |
| sale | 10/9/2014 | 10/10/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 5866 |
| sale | 9/26/2014 | 9/29/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 20.95 |
| sale | 9/24/2014 | 9/25/2014 | Visa | Daniel | Mondesire | | | | | | | Finland | 20.95 |
| credit | 12/2/2014 | 12/8/2014 | American Express | Robert | Hoppenfeld | | | | | | | United States of America | -4.85 |
| sale | 12/1/2014 | 12/5/2014 | American Express | Robert | Hoppenfeld | | | | | | | United States of America | 1795 |
| sale | 12/1/2014 | 12/5/2014 | American Express | Robert | Hoppenfeld | | | | | | 32832 | United States of America | 59.71 |
| sale | 11/28/2014 | 12/1/2014 | American Express | Robert | Hoppenfeld | | | | | | | United States of America | 44.25 |
| sale | 9/27/2014 | 9/30/2014 | American Express | Robert | Hoppenfeld | | | | | | | United States of America | 397.5 |
| sale | 11/5/2014 | 11/6/2014 | MasterCard | Martin | Horton | | | | | | | United Kingdom | 4.65 |
| sale | 11/5/2014 | 11/6/2014 | MasterCard | Martin | Horton | | | | | | | United Kingdom | 695 |
| sale | 10/20/2014 | 10/21/2014 | MasterCard | Martin | Horton | | | | | | | United Kingdom | 897.5 |
| sale | 10/6/2014 | 10/7/2014 | Visa | Martin | Horton | | | | | | | United Kingdom | 749.25 |
| sale | 9/24/2014 | 9/25/2014 | Visa | Martin | Horton | | | | | | | United Kingdom | 249.75 |
| sale | 9/12/2014 | 9/15/2014 | Visa | Martin | Horton | | | | | | | United Kingdom | 49.95 |
| sale | 9/12/2014 | 9/15/2014 | Visa | Martin | Horton | | | | | | | United Kingdom | 49.95 |
| sale | 9/12/2014 | 9/15/2014 | Visa | Martin | Horton | | | | | | | United Kingdom | 15.95 |
| sale | 9/11/2014 | 9/12/2014 | Visa | jaime | martin | | | | | | | United States of America | 59.9 |
| sale | 9/7/2014 | 9/9/2014 | Visa | Fernando | Yanez | | | | | | | United States of America | 298.7 |
| sale | 9/6/2014 | 9/9/2014 | Visa | jaime | martin | | | | | | | United States of America | 149.25 |
| sale | 12/22/2014 | 12/23/2014 | Visa | Chris | Crane | | | | | | | United States of America | 119.5 |
| sale | 1/29/2015 | 1/30/2015 | Visa | Jack | Saunders | | | | | | | United States of America | 69.99 |
| credit | 12/3/2014 | 12/4/2014 | Visa | Jack | G Saunders II | | | | | | | United States of America | -4.85 |
| credit | 12/2/2014 | 12/3/2014 | Visa | Jack | G Saunders II | | | | | | | United States of America | -4.85 |

| Transaction Type | Settlement Date | Disbursement Date | Card Type | Customer First Name | Customer Last Name | Customer Email | Billing Street Address | Billing Extended Address | Billing City (Locality) | Billing State/Province (Region) | Billing Postal Code | Billing Country | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sale | 12/1/2014 | 12/3/2014 | | Jack | G Saunders II | jsaunders1974@gmail.com | | | | | | United States of America | 72.68 |
| sale | 12/1/2014 | 12/3/2014 | | Jack | G Saunders II | jsaunders1974@gmail.com | | | | | | United States of America | 112.71 |
| sale | 11/28/2014 | 12/1/2014 | | Jack | Saunders | jsaunders1974@gmail.com | | | | | | United States of America | 448.75 |
| sale | 10/10/2014 | 10/14/2014 | | Jack | Saunders | jsaunders1974@gmail.com | | | | | | United States of America | 314.25 |
| sale | 9/10/2014 | 9/11/2014 | | Jack | Saunders | jsaunders1974@gmail.com | | | | | | United States of America | 249.75 |
| sale | 9/9/2014 | 9/10/2014 | | Jack | Saunders | jsaunders1974@gmail.com | | | | | | United States of America | 49.95 |
| sale | 11/28/2014 | 12/1/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 897.5 |
| sale | 11/7/2014 | 11/10/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 0.65 |
| sale | 10/16/2014 | 10/17/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 997.5 |
| sale | 10/13/2014 | 10/14/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 1498.5 |
| sale | 10/13/2014 | 10/14/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 249.75 |
| sale | 9/14/2014 | 9/16/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 1571.25 |
| sale | 9/14/2014 | 9/16/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 314.25 |
| sale | 9/14/2014 | 9/16/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 1257 |
| sale | 9/12/2014 | 9/15/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 314.25 |
| sale | 9/9/2014 | 9/10/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 314.25 |
| sale | 9/8/2014 | 9/9/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 19.95 |
| sale | 9/8/2014 | 9/9/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 209.5 |
| sale | 9/6/2014 | 9/9/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 129.85 |
| sale | 9/3/2014 | 9/4/2014 | | kellen | jalbert | kellenjalbert@gmail.com | | | | | | Canada | 305.1 |
| sale | 12/2/2014 | 12/3/2014 | | Michael | Viklund | michael.viklund@gmail.com | | | | | | Sweden | 179.5 |
| sale | 11/28/2014 | 12/1/2014 | | Michael | Viklund | michael.viklund@gmail.com | | | | | | Sweden | 89.75 |
| sale | 11/28/2014 | 12/1/2014 | | Michael | Viklund | michael.viklund@gmail.com | | | | | | Sweden | 179.5 |
| sale | 9/10/2014 | 9/11/2014 | | Michael | Viklund | michael.viklund@gmail.com | | | | | | Sweden | 104.75 |
| credit | 9/30/2014 | 10/3/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | -449.95 |
| credit | 9/30/2014 | 10/3/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | -349.95 |
| credit | 9/30/2014 | 10/3/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | -1799.8 |

| Transaction Type | Settlement Date | Disbursement Date | Card Type | Customer First Name | Customer Last Name | Customer Email | Billing Street Address | Billing Extended Address | Billing City (Locality) | Billing State/Province (Region) | Billing Postal Code | Billing Country | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| credit | 9/30/2014 | 10/3/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | -449.95 |
| credit | 9/30/2014 | 10/3/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | -349.95 |
| sale | 9/28/2014 | 10/1/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | 349.95 |
| sale | 9/28/2014 | 10/1/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | 449.95 |
| sale | 9/28/2014 | 10/1/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | 1799.8 |
| sale | 9/28/2014 | 10/1/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | 349.95 |
| sale | 9/28/2014 | 10/1/2014 | | Tezontl | Rosario | mr_tez@hotmail.com | | | | | | Netherlands | 449.95 |
| sale | 10/14/2014 | 10/15/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 499.5 |
| sale | 10/12/2014 | 10/14/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 1248.75 |
| sale | 10/6/2014 | 10/7/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 249.75 |
| sale | 9/30/2014 | 10/1/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 1248.75 |
| sale | 9/18/2014 | 9/19/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 14.25 |
| sale | 9/18/2014 | 9/19/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 523.75 |
| sale | 9/18/2014 | 9/19/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 1047.5 |
| sale | 9/9/2014 | 9/10/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 523.75 |
| sale | 9/9/2014 | 9/10/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 1047.5 |
| sale | 9/4/2014 | 9/5/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 1047.5 |
| sale | 9/4/2014 | 9/5/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 523.75 |
| sale | 9/2/2014 | 9/3/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 329.25 |
| sale | 8/31/2014 | 9/2/2014 | | Christian | Bills | onge92@gmail.com | | | | | | United States of America | 329.25 |
| sale | 1/22/2015 | 1/23/2015 | | Paul | Lindgren | paul2083@gmail.com | | | | | | United States of America | 630.29 |
| credit | 12/5/2014 | 12/8/2014 | | Paul | W Lindgren | paul2083@gmail.com | | | | | | United States of America | -9.95 |
| credit | 12/5/2014 | 12/8/2014 | | Paul | Lindgren | paul2083@gmail.com | | | | | | United States of America | -17.95 |
| credit | 12/2/2014 | 12/3/2014 | | Paul | Lindgren | paul2083@gmail.com | | | | | | United States of America | -5.01 |
| sale | 12/1/2014 | 12/3/2014 | | Paul | Lindgren | paul2083@gmail.com | | | | | | United States of America | 22.16 |

| Transaction Type | Settlement Date | Disbursement Date | Card Type | Customer First Name | Customer Last Name | Customer Email | Billing Street Address | Billing Extended Address | Billing City (Locality) | Billing State/Province (Region) | Billing Postal Code | Billing Country | Settlement Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| sale | 11/29/2014 | 12/2/2014 | ■ | Paul | W Lindgren | paul2083@gmail.com | | | | | | United States of America | 9.95 |
| sale | 11/28/2014 | 12/1/2014 | ■ | Paul | Lindgren | paul2083@gmail.com | | | | | | United States of America | 17.95 |
| sale | 10/13/2014 | 10/14/2014 | ■ | Paul | Lindgren | paul2083@gmail.com | | | | | | United States of America | 10.95 |

| Description | Created (UTC) | Amount | Status | Name | Address Line1 | Card Address City | State | Zip | Country | email (metadata) | phone (metadata) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| hoppenfeld@hotmail.com purchased 10 XPY for $44.49 | 1/8/2015 3:44 | 44.49 | Paid | Robert Hoppenfeld | | | | | United States | hoppenfeld@hotmail.com | |
| jps1369@hotmail.com purchased 84 In Store Gift Credits for $297.44 | 1/12/2015 5:53 | 297.44 | Paid | Chris Crane | | | | | United States | jps1369@hotmail.com | |
| jps1369@hotmail.com purchased 75 XPY for $293.11 | 1/8/2015 1:08 | 293.11 | Paid | Chris Crane | | | | | United States | jps1369@hotmail.com | |
| jsaunders1974@gmail.com purchased 75 In Store Gift Credits for $298.49 | 1/10/2015 2:38 | 298.49 | Paid | Jack G Saunders II | | | | | United States | jsaunders1974@gmail.com | |
| jsaunders1974@gmail.com purchased 77 XPY for $296.87 | 1/8/2015 1:32 | 296.87 | Paid | Jack G Saunders II | | | | | United States | jsaunders1974@gmail.com | |
| kellenjalbert@gmail.com purchased 17 In Store Gift Credits for $75.93 | 1/12/2015 11:12 | 75.93 | Paid | Kellen Jalbert | | | | | Australia | kellenjalbert@gmail.com | |
| kellenjalbert@gmail.com purchased 50 In Store Gift Credits for $219.03 | 1/12/2015 11:06 | 219.03 | Paid | Kellen Jalbert | | | | | Australia | kellenjalbert@gmail.com | |
| kellenjalbert@gmail.com purchased 20 In Store Gift Credits for $79.96 | 1/10/2015 2:46 | 79.96 | Paid | Kellen Jalbert | | | | | Australia | kellenjalbert@gmail.com | |
| kellenjalbert@gmail.com purchased 10 In Store Gift Credits for $42.15 | 1/9/2015 21:40 | 42.15 | Failed | Kellen Jalbert | | | | | Canada | kellenjalbert@gmail.com | |
| kellenjalbert@gmail.com purchased 50 In Store Gift Credits for $214.77 | 1/8/2015 22:17 | 214.77 | Paid | Kellen Jalbert | | | | | Canada | kellenjalbert@gmail.com | |
| kellenjalbert@gmail.com purchased 10 XPY for $42.31 | 1/8/2015 12:08 | 42.31 | Paid | kellen Jalbert | | | | | Australia | kellenjalbert@gmail.com | |
| michael@viklund.cc purchased 69 In Store Gift Credits for $295.97 | 1/12/2015 8:03 | 295.97 | Paid | Michael Viklund | | | | | Sweden | michael@viklund.cc | |
| mr_tez@hotmail.com purchased 75 In Store Gift Credits for $282.45 | 1/12/2015 7:06 | 282.45 | Paid | Tezontl Rosario | | | | | Netherlands | mr_tez@hotmail.com | |



0341505 YES 001 0001
CHRISTIAN L BILLS

Account number ending in: **9698**

Dear CHRISTIAN L BILLS,

We are pleased to provide the 2014 Annual Summary for your Chase Freedom credit card. We hope you find this document helpful as you prepare your taxes, set your 2015 budget, or easily track special types of expenses like charitable donations or child care.

**About your 2014 Annual Summary:**

- Your Annual Summary provides you with an easy way to categorize and manage your expenses.
- The summary document includes detail for all purchases, cash advances, access check transactions and balance transfers processed between January 1, 2014 and December 31, 2014.
- This document also can be viewed online or saved to your computer or tablet. Please visit chase.com, go to the bottom of your statement page and click the 2014 Year End Summary link.

Thank you for being our customer. We appreciate your business.

Sincerely,

Tom Horne
Senior Vice President
Chase Card Services

N 20   01/10/2015   Page 1 of 10   06610

