# EXHIBIT 7



0341505 YES 001 0001

**CHRISTIAN L BILLS**

Account number ending in: **9698**

Dear CHRISTIAN L BILLS,

We are pleased to provide the 2014 Annual Summary for your Chase Freedom credit card.  We hope you find this document helpful as you prepare your taxes, set your 2015 budget, or easily track special types of expenses like charitable donations or child care.

**About your 2014 Annual Summary:**

- Your Annual Summary provides you with an easy way to categorize and manage your expenses.
- The summary document includes detail for all purchases, cash advances, access check transactions and balance transfers processed between January 1, 2014 and December 31, 2014.
- This document also can be viewed online or saved to your computer or tablet.  Please visit chase.com, go to the bottom of your statement page and click the 2014 Year End Summary link.

Thank you for being our customer.  We appreciate your business.

Sincerely,

*Tom Horne*

**Tom Horne**
**Senior Vice President**
**Chase Card Services**

N 20   01/10/2015   Page 1 of 10   06610



## SHOPPING                                                                $9,130.04

**Monthly comparison**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

(chart values: $0, $1,300, $2,600, $3,900, $5,200, $6,500)

### Department & Clothing Stores/Catalogs

| | | | |
|---|---|---|---|
| ■■ | ■■■■■■ | | ■ |
| ■■ | ■■■■ | | ■ |
| 08/31/14 | GAW MINERS, MA | | 329.25 |
| 09/02/14 | GAW MINERS, MA | | 329.25 |
| 09/04/14 | GAW MINERS, MA | | 523.75 |
| 09/04/14 | GAW MINERS, MA | | 1,047.50 |
| 09/09/14 | GAW MINERS, MA | | 523.75 |
| 09/09/14 | GAW MINERS, MA | | 1,047.50 |
| ■■ | ■■■■ | | ■ |
| 09/18/14 | GAW MINERS, MA | | 1,047.50 |
| 09/18/14 | GAW MINERS, MA | | 523.75 |
| 09/18/14 | GAW MINERS, MA | | 14.25 |
| 09/30/14 | GAW MINERS, MA | | 1,248.75 |
| 10/06/14 | GAW MINERS, MA | | 249.75 |

### Department & Clothing Stores/Catalogs - Continued

| | | |
|---|---|---|
| 10/12/14 | GAW MINERS, MA | 1,248.75 |
| 10/14/14 | GAW MINERS, MA | 499.50 |
| ■■ | ■■■■■ | ■ |
| | **Department & Clothing Stores/Catalogs Total** | $8,963.24 |

### Wholesale Clubs & Discount Stores

| | | |
|---|---|---|
| ■■ | ■■■■ | ■ |
| | **Wholesale Clubs & Discount Stores Total** | ■ |

### Electronic & Appliance Stores

| | | |
|---|---|---|
| ■■ | ■■■■■ | ■ |
| ■■ | ■■■■ | ■ |
| | **Electronic & Appliance Stores Total** | ■ |

### Other Retail

| | | |
|---|---|---|
| ■■ | ■■■■ | ■ |
| ■■ | ■■■ | ■ |
| | **Other Retail Total** | ■ |

# J.P.Morgan

Quick Links ⊙       J.P. Morgan Team

Website Support: 1-866-265-1727

**Your Portfolio**   **Payments & Transfers**   **Statements & Documents**   **Markets & Research**   **Client Center**

-- Symbol --    **Get Quote**

Payments & Transfers > Wire Activity

## Wire Activity

⊙ Print ⊙ Help with this page

**I'd like to...**
- Schedule a wire transfer
- Schedule a repeating wire transfer
- See repeating wire activity
- See more choices

**Using This Page** — Below is a list of your recent wire requests. You can use the drop-down list to select how you want to view a Wire Transfer. You also can sort by recipient, or see, change or cancel a wire. Please e-mail us if you have a question about a transfer not shown below.



| **Show me...** | Which transactions do you want to see? | -- Select Payment View -- ▼ | Show |
|---|---|---|---|

| Wire Activity — Transactions 1 to 1 of 1 | | | | | | | Sort by clicking column headings | |
|---|---|---|---|---|---|---|---|---|
| Details | Wire To | Wire From | Debit Amount | Send Amount | Wire Date | Frequency | Status ⍰ | Transaction Number ⍰ | Actions ⍰ |
| ☐ | GAW Miners (...9103) | PRIV CLIENT CKG PLUS (...7587) | $548.75 | $548.75 | 09/02/2014 | One-Time | Completed | 4966579201 | See \| Inquiry |

Page 1 of 1



**Page 1 of 2**
Customer Service 1-800-955-7070
www.capitalone.com

Jan. 17 - Feb. 16, 2015   31 Days in Billing Cycle

**Visa Signature**                                      Account ending in 5243

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $■■■ | $49.00 | Mar 13, 2015 |

PLEASE PAY AT LEAST THIS AMOUNT

Revolving Credit Limit: $10,000.00          Cash Advance Credit Limit: $5,000.00

Available Revolving Credit: $5,042.26       Available Credit for Cash Advances: $5,000.00

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 19 Years | $■■■ |
| $174 | 3 Years | ■■■ |

Your estimated savings if you pay off this balance in 3 years: ■■■

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $■■■ | – | $■■■ | + | $0.00 | + | $■■■ | = | $■■■ |

## TRANSACTIONS



**PAYMENTS, CREDITS & ADJUSTMENTS FOR CHRIS CRANE #5243**
1  ■■■■■■

**TRANSACTIONS FOR CHRIS CRANE #5243**
1   16 JAN  CIRCLE INTERNET FINANCIAL617-3268326MA          $102.90
2
3
4
5
6
7
8
9
10
11
12
13
14
15

Transactions continue on page 2

## REWARDS INFORMATION



PREVIOUS AVAILABLE REWARDS BALANCE          ■■■

REWARDS EARNED THIS PERIOD          ■■■
(reflects transactions posted during this billing cycle)

AVAILABLE BALANCE AS OF 02/16/2015          ■■■

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001

*No Hassle* rewards

### INTEREST CHARGE CALCULATION

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $■■■ | $0.00 |
| Cash Advances | 24.90% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1  4147099809235243  16  4957740042000049009



**Account ending in 5243**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Mar 13, 2015 | ■■■ | $■■■ | . |

PLEASE PAY AT LEAST
THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com

• Pay bills
• Check your balance
• Review transactions

400018

CHRIS CRANE
■■■■■■

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1  4147099809235243  16  4957740042000049009



**Capital One**

Page 2 of 2
Customer Service 1-800-955-7070
www.capitalone.com

Jan. 17 - Feb. 16, 2015   31 Days in Billing Cycle

**Visa Signature**                              Account ending in 5243

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $4,957.74 | $49.00 | Mar 13, 2015 |

| | |
|---|---|
| Revolving Credit Limit: | $10,000.00 |
| Available Revolving Credit: | $5,042.26 |
| Cash Advance Credit Limit: | $5,000.00 |
| Available Credit for Cash Advances: | $5,000.00 |

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $4,178.78 | − | $42.00 | + | $0.00 | + | $820.96 | = | $4,957.74 |

## TRANSACTIONS CONTINUED

**TRANSACTIONS FOR CHRIS CRANE #5243 (CONTINUED)**



| | | |
|---|---|---|
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | 25 JAN  CIRCLE INTERNET FINANCIAL617-3268326MA | $102.90 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |

**Total for Chris Crane #5243**

▶ **Total Transactions This Period**

**FEES**

Total Fees This Period          $0.00

**INTEREST CHARGED**

Total Interest This Period          $0.00

**TOTALS YEAR TO DATE**

Total Fees This Year          $0.00
Total Interest This Year          $0.00



**Capital One**

Page 1 of 2
Customer Service 1-800-955-7070
www.capitalone.com

Feb. 17 - Mar. 16, 2015    28 Days in Billing Cycle

**Visa Signature**                                    Account ending in 5243

| NEW BALANCE | MINIMUM PAYMENT | DUE DATE |
|---|---|---|
| $ | $ | Apr 13, 2015 |

PLEASE PAY AT LEAST THIS AMOUNT

Revolving Credit Limit: $          Cash Advance Credit Limit: $

Available Revolving Credit: $          Available Credit for Cash Advances: $

**MINIMUM PAYMENT WARNING:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| Payment Amount Each Period If No Additional Charges Are Made | Approximate Time to Pay Off Statement Balance | Estimated Total Cost |
|---|---|---|
| Minimum Payment | 21 Years |  |
| $228 | 3 Years | $ |

Your estimated savings if you pay off this balance in 3 years: $

If you would like information about credit counseling services, call 1-888-326-8055.

**LATE PAYMENT WARNING:** If we do not receive your minimum payment by your due date, you may have to pay a late fee of up to $35.00 and your APRs may be increased up to the Penalty APR of 29.40%.

| Previous Balance | | Payments and Credits | | Fees and Interest Charged | | Transactions | | New Balance |
|---|---|---|---|---|---|---|---|---|
| $ | − | | + | $0.00 | + | | = | $ |

---

**TRANSACTIONS**

**PAYMENTS, CREDITS & ADJUSTMENTS FOR CHRIS CRANE #5243**

1
2

**TRANSACTIONS FOR CHRIS CRANE #5243**

1
2
3
4
5
6   19 FEB   CIRCLE INTERNET FINANCIAL617-3268326MA          $102.90
7
8
9
10
11
12
13
14

Transactions continue on page 2



**REWARDS INFORMATION**

PREVIOUS AVAILABLE REWARDS BALANCE          $

REWARDS EARNED THIS PERIOD
(reflects transactions posted during this billing cycle)

REDEEMED THIS PERIOD          ($

AVAILABLE BALANCE AS OF 03/16/2015

For up-to-date rewards tracking, visit
www.capitalone.com
or simply call 1-800-228-3001

**No Hassle** rewards

**INTEREST CHARGE CALCULATION**

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 0.00% | $ | $0.00 |
| Cash Advances | 24.90% P | $0.00 | $0.00 |

P,L,D,F = Variable Rate. See reverse of page 1 for details

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1  4147099809235243  16  6451590050000064003



**Capital One**

**Account ending in 5243**

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Apr 13, 2015 | $ | $ | . |

PLEASE PAY AT LEAST THIS AMOUNT

**ENJOY 24/7 ACCESS TO YOUR ACCOUNT**
Log in and manage your account online at www.capitalone.com

• Pay bills
• Check your balance
• Review transactions

400018

CHRIS CRANE

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

1  4147099809235243  16  6451590050000064003



**Page 2 of 2**
Customer Service 1-800-955-7070
www.capitalone.com

Feb. 17 - Mar. 16, 2015     28 Days in Billing Cycle

**Visa Signature**                                    Account ending in 5243

**NEW BALANCE**     **MINIMUM PAYMENT**     **DUE DATE**
$███             ███                      **Apr 13, 2015**

Revolving Credit Limit: █████
Available Revolving Credit: $████
Cash Advance Credit Limit: █████
Available Credit for Cash Advances: █████

**Previous Balance**   **Payments and Credits**   **Fees and Interest Charged**   **Transactions**   **New Balance**
$█████  −  $█████  +  $0.00  +  $█████  =  $█████



**TRANSACTIONS CONTINUED**

**TRANSACTIONS FOR CHRIS CRANE #5243 (CONTINUED)**

| | | |
|---|---|---|
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | 27 FEB   CIRCLE INTERNET FINANCIAL617-3268326MA | $102.90 |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | | |
| 33 | | |
| 34 | 09 MAR CIRCLE INTERNET FINANCIAL617-3268326MA | $102.90 |
| 35 | | |
| 36 | | |
| 37 | | |
| 38 | | |
| 39 | | |
| 40 | | |
| 41 | | |

▶ **Total Transactions This Period**  $████

**FEES**
Total Fees This Period     $0.00

**INTEREST CHARGED**
Total Interest This Period     $0.00

**TOTALS YEAR TO DATE**
Total Fees This Year     $0.00
Total Interest This Year     $0.00





# Transactions & Details

 **Visa Signature ...5243**
Rewards: $0.00 cash

Current Balance:    **$0.00**
Available Credit:    **$** ▮▮▮▮▮

| Date | Description | All Categories | Cards | Amount |
|------|-------------|----------------|-------|--------|
| **View Pending Transactions (0)** | | | | |
| **Posted Transactions** | | | | |
| 3/18/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 3/11/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 3/02/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 2/21/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 1/27/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 1/17/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 1/07/15 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 12/30/14 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |
| 12/23/14 | CIRCLE INTERNET FINANCIAL | Other Services | ...5243 | **$102.90** |



Printed by customer on 12.10.2015 07:02:26 GMT +3

# Account transactions

## Visa Electron purch.

| | |
|---|---|
| From account: | ████████████ |
| Card number: | 4920 **** **** 1377 |
| Remitter: | MONDESIRE DANIEL OLAVI |
| Beneficiary: | GAW MINERS |
| Amount: | 4.774,85- EUR |
| Payment date: | 13.10.2014 |
| Reference number: | 141009603073 |
| Message: | USD 5.866,00 8665545861<br>KURSSI: 1,2285 |
| Entry date: | 13.10.2014 |
| Value date: | 13.10.2014 |
| Archive ID: | 141013258875BA6192 |

Printed by customer ©© Copyright 2015 Nordea · Time: 12.10.2015 07:02:26 GMT +3



Printed by customer on 12.10.2015 07:03:50 GMT +3

# Account transactions

## Visa Electron purch.

| | |
|---|---|
| From account: | ▬▬▬▬▬▬▬ |
| Card number: | 4920 **** **** 1377 |
| Remitter: | MONDESIRE DANIEL OLAVI |
| Beneficiary: | GAW MINERS |
| Amount: | 2.905,91- EUR |
| Payment date: | 13.10.2014 |
| Reference number: | 141010603077 |
| Message: | USD 3.561,50 8665545861<br>KURSSI: 1,2256 |
| Entry date: | 13.10.2014 |
| Value date: | 13.10.2014 |
| Archive ID: | 141013258875DO1628 |

Printed by customer ©© Copyright 2015 Nordea · Time: 12.10.2015 07:03:50 GMT +3



# Account transactions

## Visa Electron purch.

| | |
|---|---|
| From account: | ■■■■■■■■ |
| Card number: | 4920 **** **** 1377 |
| Remitter: | MONDESIRE DANIEL OLAVI |
| Beneficiary: | GAW MINERS |
| Amount: | 16,82- EUR |
| Payment date: | 26.09.2014 |
| Reference number: | 140924603017 |
| Message: | USD 20,95 8665545861 |
| | KURSSI: 1,2455 |
| Entry date: | 26.09.2014 |
| Value date: | 26.09.2014 |
| Archive ID: | 140926258875AR7156 |

Printed by customer ©© Copyright 2015 Nordea · Time: 12.10.2015 07:23:03 GMT +3



Printed by customer on 12.10.2015 07:23:57 GMT +3

# Account transactions

## Visa Electron purch.

| | |
|---|---|
| From account: | ████████████ |
| Card number: | 4920 **** **** 1377 |
| Remitter: | MONDESIRE DANIEL OLAVI |
| Beneficiary: | GAW MINERS |
| Amount: | 16,96- EUR |
| Payment date: | 29.09.2014 |
| Reference number: | 140926603024 |
| Message: | USD 20,95 8665545861<br>KURSSI: 1,2353 |
| Entry date: | 29.09.2014 |
| Value date: | 29.09.2014 |
| Archive ID: | 140929258875GV6224 |

Printed by customer ©© Copyright 2015 Nordea · Time: 12.10.2015 07:23:57 GMT +3



## RBC Royal Bank

### Signature®RBC Rewards®Visa‡

KELLEN JALBERT ███ ██** **** 9716
STATEMENT FROM JAN 08 TO FEB 09, 2015

1 OF 1

## PREVIOUS STATEMENT BALANCE                    $███

**KELLEN JALBERT**
4510 15** **** 9716 - PRIMARY

| TRANSACTION DATE | POSTING DATE | ACTIVITY DESCRIPTION | AMOUNT ($) |
|---|---|---|---|
| JAN 08 | JAN 09 | PAYBASE LLC. LEASERIG.NET TX | $260.48 |
| | | 24492155008637003504162 | |
| | | Foreign Currency-USD 214.77          Exchange rate-1.212832 | |
| JAN 27 | JAN 28 | PAYMENT - THANK YOU / PAIEMENT - MERCI | -███ |
| | | 74510405028619980086403 | |
| FEB 09 | FEB 09 | PURCHASE INTEREST ███% | $███ |
| | | **NEW BALANCE** | $███ |

### Time to Pay

If you make only the Minimum Payment each month, we estimate it will take 26 year(s) and 8 month(s) to fully repay the outstanding balance. Our estimate is based on the New Balance shown on this statement and your current credit card account terms.

### INTEREST RATE CHART

| Rate (%) | Remaining Balance** | Expiry Date |
|---|---|---|
| 19.99 | ███ | |

** The "Determination of Interest" section on the back of your statement explains how interest is charged and how you may avoid interest charges on purchases and fees and the "Applying your payments" section explains how payments are applied to the Remaining Balances shown above.

### Want a future full of extraordinary possibilities?

When you've finally got the time, have the money too! Investing regularly with RBC Royal Bank® - through regular, automatic contributions - in a TFSA or RRSP could make it a reality. Visit rbc.com/automatic or call 1-800-463-3863.

### IMPORTANT INFORMATION

#### RBC REWARDS POINTS

| | |
|---|---|
| Previous Points balance | |
| Points earned this statement | ███ |
| **New points balance** | |

#### CONTACT US



| | |
|---|---|
| Customer Service / Lost & Stolen | 1-800-769-2512 |
| Collect Outside North America | (416) 974-7780 |
| RBC Rewards Travel Redemption | 1-877-636-2870 |
| Merchandise Redemption | 1-800-769-2512 |
| Web site | www.rbcrewards.com |

#### PAYMENTS & INTEREST RATES

| | |
|---|---|
| Minimum payment | $65.00 |
| Payment due date | MAR 06, 2015 |
| Credit limit | $███ |
| Available credit | $███ |
| Annual interest rates: | |
| Purchases | ███ |
| Cash advances | ███ |

#### CALCULATING YOUR BALANCE

| | |
|---|---|
| Previous Statement Balance | $███ |
| Payments & credits | -$███ |
| Purchases & debits | $███ |
| Cash advances | $0.00 |
| Interest | $███ |
| Fees | $0.00 |
| **NEW BALANCE** | $███ |

---

**RBC ROYAL BANK**
CREDIT CARD PAYMENT CENTRE
P.O.BOX 4016, STATION "A"
TORONTO, ONTARIO M5W 2E6



| NEW BALANCE | MINIMUM PAYMENT | PAYMENT DUE DATE | AMOUNT PAID |
|---|---|---|---|
| $███ | $███ | MAR 06, 2015 | $ |

### Signature®RBC Rewards®Visa‡
 ** **** 9716

RBC0190000_4290009_083-411161          01079

**Payment options**
· Telephone banking 1-800-769-2511
· Online banking www.rbcroyalbank.com
· RBC Royal Bank ATM
· RBC Royal Bank Branch

KELLEN JALBERT
███



## RBC Royal Bank

### Signature®RBC Rewards®Visa‡

KELLEN JALBERT ▮▮▮ ▮▮ ** **** 9716
STATEMENT FROM SEP 09 TO OCT 07, 2014

1 OF 1

**Earn RBC Rewards® points faster!**
Shop online at the RBC Rewards eMall™ and earn bonus RBC Rewards points which are in addition to the points you already earn when you complete a purchase with your RBC Rewards credit card! Visit **www.rbcrewards.com/emall** to start shopping today.

| PREVIOUS STATEMENT BALANCE | | | -$0.40 |
| --- | --- | --- | --- |

**KELLEN JALBERT**
**4510 15** **** 9716 - PRIMARY**

| TRANSACTION DATE | POSTING DATE | ACTIVITY DESCRIPTION | AMOUNT ($) |
| --- | --- | --- | --- |
| SEP 13 | SEP 15 | ▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮ |
|  |  | 341930007 |  |
| SEP 14 | SEP 15 | GAW MINERS 8665545861 MA | $357.53 |
|  |  | 244921542576039831446136 |  |
|  |  | Foreign Currency-USD 314.25      Exchange rate-1.137724 |  |
| SEP 14 | SEP 15 | GAW MINERS 8665545861 MA | $1,430.14 |
|  |  | 244921542576039831446151 |  |
|  |  | Foreign Currency-USD 1,257.00      Exchange rate-1.137740 |  |
| OCT 03 | OCT 06 | PAYMENT - THANK YOU / PAIEMENT - MERCI | -$▮▮▮ |
|  |  | 745104042796199872874 09 |  |
|  |  | **NEW BALANCE** | $▮▮▮▮ |

### Time to Pay

If you make only the Minimum Payment each month, we estimate it will take 6 year(s) and 9 month(s) to fully repay the outstanding balance. Our estimate is based on the New Balance shown on this statement and your current credit card account terms.

### INTEREST RATE CHART

| Rate (%) | Remaining Balance** | Expiry Date |
| --- | --- | --- |
| ▮▮ | $▮▮ | |

** The "Determination of Interest" section on the back of your statement explains how interest is charged and how you may avoid interest charges on purchases and fees and the "Applying your payments" section explains how payments are applied to the Remaining Balances shown above.

### IMPORTANT INFORMATION

#### RBC REWARDS POINTS

| | |
| --- | --- |
| Previous Points balance |  |
| Points earned this statement | |
| Points redeemed this statement | |
| New points balance | |

#### CONTACT US

| | |
| --- | --- |
| Customer Service / Lost & Stolen | 1-800-769-2512 |
| Collect Outside North America | (416) 974-7780 |
| RBC Rewards Travel Redemption | 1-877-636-2870 |
| Merchandise Redemption | 1-800-769-2512 |
| Web site | www.rbcrewards.com |

#### PAYMENTS & INTEREST RATES

| | |
| --- | --- |
| Minimum payment | |
| Payment due date | OCT 28, 2014 |
| Credit limit | |
| Available credit | |
| Annual interest rates: | |
| Purchases | |
| Cash advances | |

#### CALCULATING YOUR BALANCE

| | |
| --- | --- |
| Previous Statement Balance | |
| Payments & credits | |
| Purchases & debits | |
| Cash advances | $0.00 |
| Interest | $0.00 |
| Fees | $0.00 |

**NEW BALANCE** $▮▮▮

---



RBC ROYAL BANK
CREDIT CARD PAYMENT CENTRE
P.O.BOX 4016, STATION "A"
TORONTO, ONTARIO M5W 2E6

| NEW BALANCE | MINIMUM PAYMENT | PAYMENT DUE DATE | AMOUNT PAID |
| --- | --- | --- | --- |
| $▮▮▮ | $▮▮▮ | OCT 28, 2014 | $ |

**Signature®RBC Rewards®Visa‡**
** **** 9716

RBC0190000_1262568_028-136716        01689

**Payment options**
· Telephone banking 1-800-769-2511
· Online banking www.rbcroyalbank.com
· RBC Royal Bank ATM
· RBC Royal Bank Branch

KELLEN JALBERT




## RBC Royal Bank

## Signature®RBC Rewards®Visa‡

KELLEN JALBERT ███ ** **** 9716
STATEMENT FROM OCT 08 TO NOV 07, 2014

1 OF 2

**Redeem points for the latest tech!**

You can redeem your RBC Rewards points online for over 100,000 of the latest tech products from Best Buy† and Future Shop†. Redeem at: **www.rbcrewards.com/bestbuy** or **www.rbcrewards.com/futureshop**

### PREVIOUS STATEMENT BALANCE          $ ███

### IMPORTANT INFORMATION

#### RBC REWARDS POINTS
| | |
|---|---|
| Previous Points balance | |
| Points earned this statement | |
| New points balance | ███ |

**KELLEN JALBERT**
**4510 15** **** 9716 - PRIMARY**

| TRANSACTION DATE | POSTING DATE | ACTIVITY DESCRIPTION | AMOUNT ($) |
|---|---|---|---|
| OCT 16 | OCT 17 | GAW MINERS 8665545861 MA | $1,161.07 |
| | | 24492154286503098406088 | |
| | | Foreign Currency-USD 997.50     Exchange rate-1.163979 |  |



#### CONTACT US
| | |
|---|---|
| Customer Service / Lost & Stolen | 1-800-769-2512 |
| Collect Outside North America | (416) 974-7780 |
| RBC Rewards Travel Redemption | 1-877-636-2870 |
| Merchandise Redemption | 1-800-769-2512 |
| Web site | www.rbcrewards.com |

#### PAYMENTS & INTEREST RATES
| | |
|---|---|
| Minimum payment |  |
| Payment due date | DEC 02, 2014 |
| Credit limit | |
| Available credit | $0.00 |
| Annual interest rates: | |
| Purchases | |
| Cash advances | |

### NEW BALANCE          $ ███

#### CALCULATING YOUR BALANCE
| | |
|---|---|
| Previous Statement Balance | |
| Payments & credits | |
| Purchases & debits | |
| Cash advances | |
| Interest | |
| Fees | |
| **NEW BALANCE** | ███ |

### Time to Pay

If you make only the Minimum Payment each month, we estimate it will take 16 year(s) and 11 month(s) to fully repay the outstanding balance. Our estimate is based on the New Balance shown on this statement and your current credit card account terms.

### Please Note:

Your credit limit has been exceeded. Please ensure your payment includes the overlimit amount outstanding as well as the minimum payment due.



RBC ROYAL BANK
CREDIT CARD PAYMENT CENTRE
P.O.BOX 4016, STATION "A"
TORONTO, ONTARIO M5W 2E6

| NEW BALANCE | MINIMUM PAYMENT | PAYMENT DUE DATE | AMOUNT PAID |
|---|---|---|---|
| $ ███ | $ ███ | DEC 02, 2014 | $ |

**Signature®RBC Rewards®Visa‡**
███ 9716

RBC0190000_2044628_028-137039          02012

**Payment options**
· Telephone banking 1-800-769-2511
· Online banking www.rbcroyalbank.com
· RBC Royal Bank ATM
· RBC Royal Bank Branch

KELLEN JALBERT



# RBC Royal Bank

## Signature®RBC Rewards®Visa‡

KELLEN JALBERT  4510 15** **** 9716

**STATEMENT FROM NOV 08 TO DEC 08, 2014**

1 OF 1

| PREVIOUS STATEMENT BALANCE | $1,981.97 |
|---|---|

**KELLEN JALBERT**
** **** 9716 - PRIMARY

| TRANSACTION DATE | POSTING DATE | ACTIVITY DESCRIPTION | AMOUNT ($) |
|---|---|---|---|
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |
| NOV 28 | DEC 01 | GAW MINERS 8665545861 MA | $1,052.95 |
| | | 24492154332603317996551 | |
| | | Foreign Currency-USD 897.50 | Exchange rate-1.173203 |

### Time to Pay

If you make only the Minimum Payment each month, we estimate it will take 23 year(s) and 8 month(s) to fully repay the outstanding balance. Our estimate is based on the New Balance shown on this statement and your current credit card account terms.

### INTEREST RATE CHART

| Rate (%) | Remaining Balance** | Expiry Date |
|---|---|---|
| ▮▮▮ | ▮▮ | |

** The "Determination of Interest" section on the back of your statement explains how interest is charged and how you may avoid interest charges on purchases and fees and the "Applying your payments" section explains how payments are applied to the Remaining Balances shown above.

**BEST Holiday EVER**

This holiday season, shop RBC Rewards® to find the perfect gift for everyone on your list. From fashion to the kitchen, from tech to toys, and so much more! Start shopping now at **rbcrewards.com/bestholiday**

### IMPORTANT INFORMATION

#### RBC REWARDS POINTS

| | |
|---|---|
| Previous Points balance | |
| Points earned this statement | |
| New points balance | |

#### CONTACT US

| | |
|---|---|
| Customer Service / Lost & Stolen | 1-800-769-2512 |
| Collect Outside North America | (416) 974-7780 |
| RBC Rewards Travel Redemption | 1-877-636-2870 |
| Merchandise Redemption | 1-800-769-2512 |
| Web site | www.rbcrewards.com |

#### PAYMENTS & INTEREST RATES

Minimum payment
Payment due date
Credit limit
Available credit
Annual interest rates:
Purchases
Cash advances

#### CALCULATING YOUR BALANCE

Previous Statement Balance
Payments & credits
Purchases & debits
Cash advances
Interest
Fees

#### NEW BALANCE

---



RBC ROYAL BANK
CREDIT CARD PAYMENT CENTRE
P.O.BOX 4016, STATION "A"
TORONTO, ONTARIO M5W 2E6

| NEW BALANCE | MINIMUM PAYMENT | PAYMENT DUE DATE | AMOUNT PAID |
|---|---|---|---|
| | | **JAN 02, 2015** | $ |

**Signature®RBC Rewards®Visa‡**
** **** 9716

RBC0190000_2747854_113-561836     01724

**Payment options**
· Telephone banking 1-800-769-2511
· Online banking www.rbcroyalbank.com
· RBC Royal Bank ATM
· RBC Royal Bank Branch

KELLEN JALBERT



Account name: MR PAUL HEATH
Statement number: 10/2014      Page number: 2 of 3

## Important Messages

**Important information about compensation arrangements.** We are covered by the Financial Services Compensation Scheme (FSCS). The FSCS can pay compensation to depositors if a bank is unable to meet its financial obligations. Most depositors - including most individuals and small businesses - are covered by the scheme. In respect of deposits, an eligible depositor is entitled to claim up to £85,000. For joint accounts each account holder is treated as having a claim in respect of their share so, for a joint account held by two eligible depositors, the maximum amount that could be claimed would be £85,000 each (making a total of £170,000).
The £85,000 limit relates to the **combined** amount in all the eligible depositor's accounts with the bank, including their share of any joint account, and not to each separate account. For further information about the scheme (including the amounts covered and eligibility to claim) please ask at your local branch, refer to the FSCS website www.FSCS.org.uk or call 020 7741 4100 or 0800 678 1100. Please note **only** compensation related queries should be directed to the FSCS.  Santander UK plc is an authorised deposit taker and accepts deposits under the Santander and cahoot trading names. In the unlikely event of a claim, the maximum compensation levels above would apply to the combined total of all deposits held with Santander UK plc (including cahoot).

**For Customers with an Overdraft.**  If you have a problem with your agreement, please try to resolve it with us in the first instance. If you are not happy with the way in which we handled your complaint or the result, you may be able to complain to the Financial Ombudsman Service. If you do not take up your problem with us first you will not be entitled to complain to the Ombudsman. We can provide details of how to contact the Ombudsman.

**Details of rates and charges can be found in your Interest Rates and Fees Information.**
If you need another copy, please call into your local branch or visit www.santander.co.uk. Interest or fees will be calculated daily on any outstanding overdraft balance.

Santander UK plc. Registered Office: 2 Triton Square, Regent's Place, London, NW1 3AN, United Kingdom. Registered Number 2294747. Registered in England. www.santander.co.uk. Telephone 0870 607 6000. Calls may be recorded or monitored. Authorised by the  Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Our Financial Services Register number is 106054. Santander and the flame logo are registered trademarks.

Santander UK plc advises on mortgages, a limited range of life assurance, pension and collective investment scheme products and acts as an insurance intermediary for general insurance.



| Date | Average balance for the month | Amount |
|------|-------------------------------|--------|
| 2nd Oct | Average credit balance | £ ▓ |

# Your transactions 3rd Sep 2014 to 2nd Oct 2014

| Date | | Description | Money in | Money out | £ Balance |
|------|---|-------------|----------|-----------|-----------|
| 3rd Sep | | **Balance brought forward from previous statement** | | | ▓ |
| 3rd Sep | DEBIT | | | | |
| 4th Sep | DEBIT | | | | |
| 5th Sep | | | | | |
| 5th Sep | | | | | |
| 6th Sep | DEBIT | | | | |
| 8th Sep | DEBIT | | | | |
| 8th Sep | | | | | |
| 9th Sep | | | | | |
| 9th Sep | DEBIT | | | | |
| 9th Sep | DEBIT | | | | |
| 9th Sep | DEBIT | | | | |
| 9th Sep | DEBIT | | | | |
| 9th Sep | | | | | |
| 10th Sep | | | | | |
| 10th Sep | | | | | |
| 13th Sep | DEBIT | | | | |
| 15th Sep | | | | | |
| 15th Sep | | | | | |
| 15th Sep | | | | | |
| 16th Sep | DEBIT | | | | |
| 16th Sep | DEBIT | | | | |
| 16th Sep | DEBIT | CARD PAYMENT TO GAW MINERS,3,987.50 USD, RATE 0.61/GBP ON 14-09-2014 NON-STERLING TRANSACTION FEE 67.68/GBP | | 2,528.64 | |
| 16th Sep | | NON-STERLING PURCHASE FEE | | 1.25 | |
| 17th Sep | DEBIT | | | | |
| 17th Sep | DEBIT | | | | |
| 19th Sep | | | | | |
| 19th Sep | DEBIT | CARD PAYMENT TO GAW MINERS,4,090.00 USD, RATE 0.61/GBP ON 17-09-2014 NON-STERLING TRANSACTION FEE 69.45/GBP | | 2,595.08 | |
| 19th Sep | | NON-STERLING PURCHASE FEE | | 1.25 | |
| 19th Sep | | | | | |
| 20th Sep | ATM | | | | |







| Date | | Description | Money in | Money out | £ Balance |
|------|---|-------------|----------|-----------|-----------|
| 23rd Sep | | | | | |
| 24th Sep | DEBIT | | | | |
| 25th Sep | ATM | | | | |
| 29th Sep | DEBIT | | | | |
| 29th Sep | | | | | |
| 30th Sep | DEBIT | CARD PAYMENT TO GAW MINERS, 10,475.00 USD, RATE 0.61/GBP ON 27-09-2014 NON-STERLING TRANSACTION FEE 176.94/GBP | | 6,611.22 | |
| 30th Sep | | NON-STERLING PURCHASE FEE | | 1.25 | |
| 30th Sep | DEBIT | CARD PAYMENT TO GAW MINERS, 4,737.50 USD, RATE 0.61/GBP ON 28-09-2014 NON-STERLING TRANSACTION FEE 80.03/GBP | | 2,990.04 | |
| 30th Sep | | NON-STERLING PURCHASE FEE | | 1.25 | |
| 1st Oct | | | | | |
| 2nd Oct | | **Balance carried forward to next statement:** | | | |

2/2



## ACCOUNT ACTIVITY (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 07/26 | | |
| 07/26 | | |
| 07/26 | | |
| 07/26 | | |
| 07/27 | | |
| 07/28 | GAW MINERS 860-268-4137 MA | 404.95 |
| 07/27 | | |
| 07/28 | | |
| 07/29 | GAW MINERS 860-268-4137 MA | 899.95 |
| 07/29 | | |
| 07/29 | | |
| 07/30 | | |
| 07/30 | | |
| 07/31 | | |
| 07/31 | | |
| 08/02 | | |
| 08/02 | | |
| 08/03 | | |
| 08/03 | | |
| 08/06 | | |
| 08/06 | | |
| 08/07 | | |
| 08/06 | | |
| 08/09 | | |
| 08/09 | | |
| 08/11 | | |
| 08/12 | | |
| 08/13 | | |
| 08/13 | | |
| 08/14 | | |
| 08/15 | | |
| 08/15 | | |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | | -0- | -0- |

(v) = Variable Rate **31 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to
Avoid Interest on Purchases, and other important information, as applicable.

**CHASE**
*freedom*®

www.chase.com/creditcards    1-800-945-2000    on your mobile browser

## ACCOUNT ACTIVITY      (CONTINUED)

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 06/26 | | |
| 06/27 | | |
| 06/28 | GAW LABS 888-978-4143 MA | 3,205.75 |
| 07/01 | | |
| 07/02 | | |
| 07/01 | | |
| 07/02 | | |
| 07/03 | | |
| 07/04 | | |
| 07/08 | | |
| 07/09 | | |
| 07/10 | | |
| 07/09 | | |
| 07/12 | | |
| 07/13 | | |
| 07/14 | | |
| 07/14 | | |
| 07/13 | | |
| 07/14 | | |
| 07/14 | | |
| 07/15 | GAW LABS 888-978-4143 MA | 399.95 |
| 07/16 | | |
| 07/15 | | |
| 07/15 | | |
| 07/16 | | |



| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $0.00 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Balance Subject To Interest Rate | Interest Charges |
|---|---|---|---|
| **PURCHASES** | | | |
| Purchases | | -0- | -0- |
| **CASH ADVANCES** | | | |
| Cash Advances | | -0- | -0- |
| **BALANCE TRANSFERS** | | | |
| Balance Transfer | | -0- | -0- |

(v) = Variable Rate      **30 Days in Billing Period**

Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.



## Flying Blue - American Express Gold Card

www.americanexpress.nl
**Ledenservice:**
020 504 8747
**Openingstijden:**
ma t/m vr 08:00-20:00 uur
**Verloren
of gestolen kaart:**
020 504 8747 (24/7)

# Maandafrekening

Pagina 1 / 2

| | Kaartnummer | Datum | Datum volgende maandafrekening |
|---|---|---|---|
| DHR TEZONTL ROSARIO S ROSARIO | xxxx-xxxxxx-12008 | 11/02/15 | 11/03/15 |

| Vorig saldo | | Crediteringen | Debiteringen | Nieuw saldo | Te betalen | |
|---|---|---|---|---|---|---|
| ▮ | − | ▮ | + ▮ | = ▮ | ▮ | EUR |

Automatische incasso vindt plaats binnen 5 dagen na: 16 februari 2015

Wilt u geen papieren maandafrekening meer ontvangen? Ga dan naar www.americanexpress.nl/onlineservices
Het te betalen bedrag is met de door u afgegeven machtiging bij uw bank aangeboden.

**Periode:** 12 januari tot 11 februari 2015

| Transactie datum | Datum transactie verwerkt | Transactiegegevens | Bedrag in vreemde valuta | Bedrag EUR |
|---|---|---|---|---|
| | | | | |

**Nieuwe transacties voor: DHR TEZONTL ROSARIO S ROSARIO**
Kaartnummer xxxx-xxxxxx-11000

| 11 jan | 12 jan | PAYBASE LLC.   8665545861 | 282.45 Amerikaanse dollar | **245,68** |
| | | WISSELKOERS 1.1760 + COMMISSIE BEDRAG 5,52 | | |
| 12 jan | 12 jan | PAYBASE LLC.   8665545861 | 297.75 Amerikaanse dollar | **258,99** |
| | | WISSELKOERS 1.1760 + COMMISSIE BEDRAG 5,82 | | |

American Express Services Europe Limited, gebouw Amerika, Hoogoorddreef 15, 1101 BA Amsterdam ZO is ingeschreven bij de
KVK onder nummer 33.272.246 en geregistreerd in het handelsregister van Engeland en Wales onder nummer 1833139.

American Express Services Europe Limited is geregistreerd voor het verrichten van betaaldiensten door middel van een
Europees paspoort bij de Britse toezichthouder Financial Conduct Authority (FCA) The North Colonnade,
Canary Wharf, London E14 5HS en bij De Nederlandsche Bank, Westeinde 1, 1017 ZN Amsterdam, www.dnb.nl.

DHR TEZONTL ROSARIO S ROSARIO

Indien de
adressering onjuist
is, belt u dan
met de Ledenservice
om uw wijzigingen
door te geven.

**AMERICAN EXPRESS**

**Flying Blue - American Express Gold Card**

www.americanexpress.nl
**Ledenservice:**
020 504 8747
**Openingstijden:**
ma t/m vr 08:00-20:00 uur
**Verloren
of gestolen kaart:**
020 504 8747 (24/7)

# Maandafrekening

Pagina 1 / 4

| | Kaartnummer | Datum | Datum volgende maandafrekening |
|---|---|---|---|
| DHR TEZONTL ROSARIOS ROSARIO | xxxx-xxxxxx-11000 | 11/10/14 | 11/11/14 |

| Vorig saldo | | Crediteringen | | Debiteringen | | Nieuw saldo | | | EUR |
|---|---|---|---|---|---|---|---|---|---|
| ▮▮▮ | - | ▮▮▮ | + | ▮▮▮ | = | ▮▮▮ | ▮▮▮ | | EUR |

Automatische incasso vindt plaats op: 16 oktober 2014

Wilt u geen papieren maandafrekening meer ontvangen? Ga dan naar www.americanexpress.nl/onlineservices
Het te betalen bedrag is met de door u afgegeven machtiging bij uw bank aangeboden.

**Periode:** 12 september tot 11 oktober 2014

| Transactie datum | Datum transactie verwerkt | Transactiegegevens | Bedrag in vreemde valuta | Bedrag EUR |
|---|---|---|---|---|
| | | ▮▮▮ | | |

**Nieuwe transacties voor: DHR TEZONTL ROSARIO S ROSARIO**
Kaartnummer xxxx-xxxxxx-11000

| | | | | |
|---|---|---|---|---|
| | | ▮▮▮ | | |
| 28 sep | 28 sep | GAW MINERS*GAW MINERS   EAST LONGME | 449.95 Amerikaanse dollar | **362,52** |
| | | WISSELKOERS 1.2697 + COMMISSIE BEDRAG 8,15 | | |
| 28 sep | 28 sep | GAW MINERS*GAW MINERS   EAST LONGME | 349.95 Amerikaanse dollar | **281,95** |
| | | WISSELKOERS 1.2697 + COMMISSIE BEDRAG 6,34 | | |

American Express Services Europe Limited, gebouw Amerika, Hoogoorddreef 15, 1101 BA Amsterdam ZO is ingeschreven bij de KVK onder nummer 33.272.246 en geregistreerd in het handelsregister van Engeland en Wales onder nummer 1833139.

American Express Services Europe Limited is geregistreerd voor het verrichten van betaaldiensten door middel van een Europees paspoort bij de Britse toezichthouder Financial Conduct Authority (FCA) The North Colonnade, Canary Wharf, London E14 5HS en bij De Nederlandsche Bank, Westeinde 1, 1017 ZN Amsterdam. www.dnb.nl.

DHR TEZONTL ROSARIO S ROSARIO

Indien de
adressering onjuist
is, belt u dan
met de Ledenservice
om uw wijzigingen
door te geven.



# Maandafrekening

Pagina 2 / 4

| | | Kaartnummer | Datum | Datum volgende maandafrekening |
|---|---|---|---|---|
| DHR TEZONTL ROSARIOS ROSARIO | | xxxx-xxxxxx-11000 | 11/10/14 | 11/11/14 |

| Transactie datum | Datum transactie verwerkt | Transactiegegevens | Bedrag in vreemde valuta | Bedrag EUR |
|---|---|---|---|---|
| 28 sep | 28 sep | GAW MINERS*GAW MINERS  EAST LONGME<br>WISSELKOERS 1.2697 + COMMISSIE BEDRAG 32,60 | 1.799,80<br>Amerikaanse dollar | **1.450,10** |
| 28 sep | 28 sep | GAW MINERS*GAW MINERS  EAST LONGME<br>WISSELKOERS 1.2697 + COMMISSIE BEDRAG 8,15 | 449,95<br>Amerikaanse dollar | **362,52** |
| 28 sep | 28 sep | GAW MINERS*GAW MINERS  EAST LONGME<br>WISSELKOERS 1.2697 + COMMISSIE BEDRAG 6,34 | 349,95<br>Amerikaanse dollar | **281,95** |
| 30 sep | 30 sep | GAW MINERS     EAST LONGME<br>WISSELKOERS 1.2667 + COMMISSIE BEDRAG 6,35 | 349,95<br>Amerikaanse dollar | **282,60**<br>CR |
| 30 sep | 30 sep | GAW MINERS     EAST LONGME<br>WISSELKOERS 1.2668 + COMMISSIE BEDRAG 8,17 | 449,95<br>Amerikaanse dollar | **363,35**<br>CR |
| 30 sep | 30 sep | GAW MINERS     EAST LONGME<br>WISSELKOERS 1.2668 + COMMISSIE BEDRAG 32,68 | 1.799,80<br>Amerikaanse dollar | **1.453,41**<br>CR |
| 30 sep | 30 sep | GAW MINERS     EAST LONGME<br>WISSELKOERS 1.2667 + COMMISSIE BEDRAG 6,35 | 349,95<br>Amerikaanse dollar | **282,60**<br>CR |
| 30 sep | 30 sep | GAW MINERS     EAST LONGME<br>WISSELKOERS 1.2668 + COMMISSIE BEDRAG 8,17 | 449,95<br>Amerikaanse dollar | **363,35**<br>CR |

## Belangrijke informatie

### Automatische incasso
De betaling wordt automatisch van uw rekening afgeschreven op de datum zoals aangegeven op de eerste pagina van uw maandafrekening.

### Handmatig betalen
Maak uw betaling over aan American Express Services Europe Ltd op rekening nummer NL13RBOS0636065073 onder vermelding van uw volledige kaartnummer. Om kosten te vermijden moeten uw betalingen aan ons uiterlijk door ons ontvangen zijn op de op uw rekeningafschrift vermelde datum en in ieder geval vóór de datum van uw volgende rekeningafschrift.

### Online Services
Ga naar www.americanexpress.nl/onlineservices  en bekijk o.a. uw recente transacties en pincode. U kunt hier ook rekeningoverzichten van voorgaande periodes downloaden en uw contactvoorkeuren aanpassen.

### Correspondentieadres
American Express Services Europe Ltd.
Postbus 7319
1007 JH Amsterdam
Nederland

### Buitenlandse transacties
Alle transacties in vreemde valuta zijn omgerekend naar euro's op de datum waarop wij de transactie hebben verwerkt. Alle niet-Amerikaanse dollar transacties worden eerst omgerekend naar Amerikaanse dollars en vervolgens omgerekend naar euro's. Transacties in Amerikaanse dollars worden direct in euro's omgerekend.

American Express hanteert wisselkoersen die gebaseerd zijn op algemeen geldende interbancaire tarieven, zoals die zijn vastgesteld op de dag van de verwerkingsdatum. Genoemde tarieven zijn verhoogd met een provisie van 2,3%. De gehanteerde wisselkoers is niet van toepassing indien bepaalde wet- of regelgeving een specifieke wisselkoers voorschrijft. Indien derden transacties omrekenen alvorens deze bij American Express te declareren, dan is de door hen gehanteerde wisselkoers van toepassing.

### Bankgegevens
American Express Services Europe Ltd.
Royal Bank of Scotland: 63,60.65,073
BIC: RBOSNL2A
IBAN: NL13RBOS0636065073