# EXHIBIT 8

−1.0000 BTC
−$313.89 USD
to
**Bitcoin address** 1F5torARiCnUqFraYzRzeCUqZxJ9H4FNTa
Status
**Transaction confirmed**
47141 confirmations
11:58PM — January 2, 2015


−1.2000 BTC −1.2000 BTC
−$376.67 USD
to
**Bitcoin address** 1F5torARiCnUqFraYzRzeCUqZxJ9H4FNTa
Status
**Transaction confirmed**
47142 confirmations
11:39PM — January 2, 2015


−1.8000 BTC −1.8000 BTC
−$570.79 USD
to
**Bitcoin address** 1F5torARiCnUqFraYzRzeCUqZxJ9H4FNTa
Status
**Transaction confirmed**
49385 confirmations
12:52PM — December 19, 2014


−1.0000 BTC
−$347.48 USD
to
**Bitcoin address** 1M7swLxdYZXJGtmegb3ECHZAKocMfVbyGL
Status
**Transaction confirmed**
50191 confirmations
1:23PM — December 13, 2014


−1.5000 BTC −1.5000 BTC
−$579.19 USD
to
**Bitcoin address** 1M7swLxdYZXJGtmegb3ECHZAKocMfVbyGL
Status
**Transaction confirmed**
53903 confirmations
3:36PM — November 17, 2014

Gaw BTC Addresses

1LnT29STn5U866g5JsB1PN978r8pxeC2qT

Gaw BTC Transactions

5dd2d882d3bec2a4bbc2354537290cc7660f3434c84bc7539caf6f934a113647

44d59cf3c427e579b3b9755d96acfc9159dc70786ef0aeb69341fbea157c740f

7388751f39b62d68d98e9a21d51602d3cca456ae0bceee2d33957ae6d5115a6c

| Date | Reference ID | Transaction Type | From Account | To Account | From Amount | From Currency | To Amount | To Currency | Status |
|---|---|---|---|---|---|---|---|---|---|
| Tue Dec 23 2014 02:54:57 GMT+0000 (UTC) | 63c7b23f-1544-4c8f-a53c-3ddc5b652178 | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.29865011 BTC | BTC | complete |
| Tue Dec 23 2014 02:57:54 GMT+0000 (UTC) | c0b014f1-7851-4340-9ba5-652f20e0106e | spend | Your Account | 1Kg21134fshu4yFtUyg6T1hrM7X93JDkSr | 0.29865011 BTC | BTC | 0.29865011 BTC | BTC | complete |
| Tue Dec 30 2014 02:55:53 GMT+0000 (UTC) | 427befb7-3129-4709-93ec-021d155a4c4a | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.31541762 BTC | BTC | complete |
| Tue Dec 30 2014 02:58:51 GMT+0000 (UTC) | e74effe0-b431-4572-8c61-6f368605e6a4 | spend | Your Account | 19QnNyK27D6KmUcgAvprNmKtrk68pq48ym | 0.31510950 BTC | BTC | 0.31510950 BTC | BTC | complete |
| Fri Jan 02 2015 17:34:00 GMT+0000(UTC) | 2dd9d8fe-8fac-4f5b-a5b5-37685cf4cc9f | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.00028309 BTC | BTC | 0.00028309 BTC | BTC | complete |
| Tue Jan 06 2015 05:07:00 GMT+0000(UTC) | 09b2002b-2570-42ca-8ff4-b055eb9f8f8d | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.35990643 BTC | BTC | complete |
| Tue Jan 06 2015 05:13:00 GMT+0000(UTC) | 501f668b-4aaf-447d-883f-260c90b75ee5 | spend | Your Account | 13K4aVaTJ1LSG3H4rugp7yNAoD2MXvK2YK | 0.35991216 BTC | BTC | 0.35991216 BTC | BTC | complete |
| Fri Jan 16 2015 17:35:00 GMT+0000(UTC) | 10270a85-fa5d-48d8-b9a6-68d3b2be746b | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.48759082 BTC | BTC | complete |
| Fri Jan 16 2015 17:37:00 GMT+0000(UTC) | d63e5e2b-2d82-42ab-8e94-3cf5f7051d63 | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.48717449 BTC | BTC | 0.48717449 BTC | BTC | complete |
| Sun Jan 25 2015 20:15:00 GMT+0000(UTC) | ca9efb9f-7f44-4769-a3d0-5f7ecf9dfacc | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.38918078 BTC | BTC | complete |
| Sun Jan 25 2015 20:16:00 GMT+0000(UTC) | 12be8d90-291d-47dc-b75f-f6f8ad70243a | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.38957855 BTC | BTC | 0.38957855 BTC | BTC | complete |
| Thu Feb 19 2015 16:13:00 GMT+0000(UTC) | 702d54d0-9ed8-424e-af98-45c00da751ee | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.41478287 BTC | BTC | complete |
| Thu Feb 19 2015 16:15:00 GMT+0000(UTC) | c84c3ce8-3d97-45a3-96c5-9f8d045a9c91 | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.41481021 BTC | BTC | 0.41481021 BTC | BTC | complete |
| Fri Feb 27 2015 17:23:00 GMT+0000(UTC) | 0703fa03-bf30-4c14-8d9b-8b6fef1ce936 | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.38948394 BTC | BTC | complete |
| Fri Feb 27 2015 17:24:00 GMT+0000(UTC) | 77160784-c59a-4184-bd68-d7d738f2067a | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.38947532 BTC | BTC | 0.38947532 BTC | BTC | complete |
| Mon Mar 09 2015 05:37:00 GMT+0000(UTC) | 68cd8f3e-df19-4ed0-8aeb-30f2dba27fdd | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.35450936 BTC | BTC | complete |
| Mon Mar 09 2015 05:39:00 GMT+0000(UTC) | 22d3405d-13d2-41c8-82b8-830be5432412 | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.35452193 BTC | BTC | 0.35452193 BTC | BTC | complete |
| Tue Mar 10 2015 18:30:00 GMT+0000(UTC) | c51edbb7-db62-4399-86a5-6b5c958e5c17 | deposit | CAPITAL ONE N.A. ****4462 | Your Account | $100.00 | USD | 0.12947348 BTC | BTC | complete |
| Tue Mar 10 2015 19:43:00 GMT+0000(UTC) | 08286f66-fe39-4515-b425-1c8ad9e968a7 | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.12946905 BTC | BTC | 0.12946905 BTC | BTC | complete |
| Fri Mar 13 2015 18:29:00 GMT+0000(UTC) | e243fd0e-cca4-4d9c-a0b9-00f83bfac785 | deposit | CAPITAL ONE N.A. ****4462 | Your Account | $100.00 | USD | 0.3386352 BTC | BTC | complete |
| Fri Mar 13 2015 18:31:00 GMT+0000(UTC) | c92a0d34-1002-4476-b769-e5e0738765c7 | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.33861257 BTC | BTC | 0.33861257 BTC | BTC | complete |
| Tue Mar 17 2015 18:14:00 GMT+0000(UTC) | 0b0134e3-35d7-4bc6-8ade-ca7077d99d44 | deposit | VISA ****5243 | Your Account | $100.00 | USD | 0.34353637 BTC | BTC | complete |
| Tue Mar 17 2015 18:15:00 GMT+0000(UTC) | 425fab84-23a2-4bb0-9084-b56e153e870e | spend | Your Account | 19WkyBugDozNFVuYmzDreq6FataXRKEWit | 0.34353636 BTC | BTC | 0.34353636 BTC | BTC | complete |

My Zencloud bitcoinadress, which I used to fund my account and buy Hashlets

1BvtbUv6rEJP6mMWZK6cD8VeAF7rcxxrs3

**r:** 718 099 052
korttransaktioner

**Urval:** Alla korttransaktioner
**Period:** 20

| Köpdatum | Inköpsställe | Utl. belopp | Valuta | Belopp i SEK | Förfallodag | |
|---|---|---|---|---|---|---|
| 1/12/2015 | PAYBASE LLC. | -$295.97 | USD | -2 447,20 | 1/30/2015 | 230 XPY |
| 12/2/2014 | GAW MINERS | -$179.50 | USD | -1 377,51 | 12/30/2014 | |
| 11/28/2014 | GAW MINERS | -$89.75 | USD | -683.24 kr | 12/30/2014 | |
| 11/28/2014 | GAW MINERS | -$179.50 | USD | -1 366,49 | 12/30/2014 | |
| 9/10/2014 | GAW MINERS | -$104.75 | USD | -761.09 kr | 9/30/2014 | |
| 8/22/2014 | GAW MINERS | -$239.99 | USD | -1 690,59 | 9/30/2014 | |
| 8/24/2014 | GAW MINERS | -$11.98 | USD | -84.39 kr | 9/30/2014 | |
| 8/24/2014 | GAW MINERS | -$239.99 | USD | -1 690,59 | 9/30/2014 | |
| 8/21/2014 | GAW MINERS | -$159.98 | USD | -1 126,43 | 9/30/2014 | |
| 8/18/2014 | GAW MINERS | -$159.98 | USD | -1 118,28 | 9/30/2014 | |

| | | | | | |
|---|---|---|---|---|---|
| 1/16/2015 Zencloud | https://blockchain.info/tx-index/7691f89e1a514f8584fde1b01b929d96959810e0a04c7f9a3f8a17de9a9fea48 | | 1 BTC | 1EF279aqs3KuXoksTJvNJ8dDk8jwPRoDyn | |
| 1/16/2015 Paybase | https://blockchain.info/tx-index/449aec204e5a1d5dfee045f2d68579f2523176f0b949c618c750d5d6e49aa042 | | 3.4314 BTC | 14rirRFpLfbeBdXusjq5CFuApETxYb4Pnr | |
| 1/22/2015 Paybase | https://blockchain.info/tx-index/7db36439f730e0993ad3a01699d1419ca55df41df88902e76d5fbf06d582cb0f | | 2 BTC | 14rirRFpLfbeBdXusjq5CFuApETxYb4Pnr | |
| 2/3/2015 Paybase | https://blockchain.info/tx-index/5dedf079608b8f66133aaba4315d56785640e0432ad8cfcaf255a60ae25cf45b | | 1.25 BTC | 14rirRFpLfbeBdXusjq5CFuApETxYb4Pnr | |
| 1/6/2015 Paybase | https://blockchain.info/tx-index/0e4d661b489ff0c8a5c096da65d5c6170088945b88d31798c3606b31918fd4df | | 2.06194116 BTC | 14rirRFpLfbeBdXusjq5CFuApETxYb4Pnr | |
| 1/14/2015 Paybase | 8582836274bb0abed1a563369d258a7faf2d756b723661900de17064389ff4eb | | 230 XPY | Withdraw to local wallet | |

| Description | Amount | BTC Amount | Date |
|---|---|---|---|
| Purchased miner Zen Hashlet 100 for $ | -$18.90 | | 2014/10/01 08:56 |
| Purchased miner Nice Hashlet 500 for | -$18.90 | | 2014/10/01 08:56 |
| Purchased miner Nice Hashlet 500 for | -$18.90 | | 2014/10/01 08:56 |
| Auto Purchased a Merged ZenPool Hashlet 5 with -0.25058097 BTC | | -0.25058097 BTC | 2014/09/09 21:40 |
| Auto Purchased a Zen Hashlet 5 with -0.23037143 BTC | | -0.23037143 BTC | 2014/09/24 15:32 |
| Purchased miner Zen35 for $19.84 | -$19.84 | | 2014/09/29 09:16 |
| Purchased miner Zen42 for $19.84 | -$19.84 | | 2014/09/29 09:17 |
| Purchased miner Zen44 for $19.84 | -$19.84 | | 2014/09/29 09:17 |
| Purchased miner Zen17 for $19.84 | -$19.84 | | 2014/09/29 09:17 |
| Purchased miner Zen2 for $19.84 | -$19.84 | | 2014/09/29 09:17 |
| Auto Purchased a Zen Hashlet 5 with -0.20410013 BTC | | -0.20410013 BTC | 2014/09/10 13:29 |
| Auto Purchased a Zen Hashlet 5 with -0.20927478 BTC | | -0.20927478 BTC | 2014/09/15 19:34 |
| [5410c698dd23a0f21d0a267d] account funding complete for 0.18 BTC ($ | -0.18000000 BTC | | 2014/09/10 22:47 |
| Auto Purchased a Zen Hashlet 5 with -0.21026991 BTC | | -0.21026991 BTC | 2014/09/11 19:51 |
| Purchased miner Hashlet Prime 1 for $ | -$38.98 | | 2014/10/25 06:04 |
| Purchased miner Hashlet Prime 1 for $ | -$38.98 | | 2014/10/25 06:04 |
| Purchased miner Hashlet Prime 1 for $ | -$38.98 | | 2014/10/25 06:04 |
| Purchased miner Hashlet Prime 1 for $ | -$36.75 | | 2014/10/28 21:10 |
| Purchased miner for sale for $18.9 | -$18.90 | | 2014/10/05 20:00 |
| Purchased miner green42 for $17.82 | -$17.82 | | 2014/10/06 06:29 |
| Purchased miner green21 for $17.82 | -$17.82 | | 2014/10/06 06:29 |
| Purchased miner green23 for $17.82 | -$17.82 | | 2014/10/06 06:29 |
| Purchased a Zen Hashlet 5 with -0.24438925 BTC | | -0.24438925 BTC | 2014/10/10 08:44 |
| Purchased miner Hashlet Prime 1 for $ | -$36.75 | | 2014/10/29 16:46 |
| Purchased a Zen Hashlet 1 with -0.05018820 BTC | | -0.05018820 BTC | 2014/10/10 17:55 |
| Purchased a Zen Hashlet 1 with -0.05018820 BTC | | -0.05018820 BTC | 2014/10/10 17:55 |
| Purchased a Zen Hashlet 5 with -0.24555600 BTC | | -0.24555600 BTC | 2014/10/11 07:02 |
| Purchased miner Sell for $43.05 | -$43.05 | | 2014/10/15 02:21 |
| Purchased miner Sell for $43.05 | -$43.05 | | 2014/10/15 02:21 |
| Purchased a HashStaker 1 with -0.04882400 BTC | | -0.04882400 BTC | 2014/11/28 15:10 |
| Purchased miner Hashlet Prime 1 for $ | -$61.32 | | 2014/12/18 21:07 |
| Purchased miner Hashlet Prime 1 for $ | -$61.32 | | 2014/12/18 21:23 |
| Purchased miner Hashlet Prime 1 for $ | -$61.32 | | 2014/12/18 21:24 |
| Purchased miner Hashlet Prime 1 for $ | -$61.32 | | 2014/12/18 21:26 |
| Purchased miner Hashlet Prime 1 for $ | -$61.42 | | 2014/12/18 21:31 |

-$2,472.89            7.81959829 BTC

# Colin Watterson

| | |
|---|---|
| **From:** | contact@coinbase.com on behalf of Coinbase <contact@coinbase.com> |
| **Sent:** | Thursday, November 20, 2014 1:33 PM |
| **To:** | jsaunders1974@gmail.com |
| **Subject:** | You just sent 0.25 BTC to 13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN |

Hi Jack Saunders,

You just sent **0.25** BTC (worth $90.26 USD) to **13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN**.

You can view this transaction at any time from your account.

Kind regards,
The Coinbase Team

© Coinbase 2014

1

**From:** contact@coinbase.com on behalf of Coinbase
**To:** jsaunders1974@gmail.com
**Subject:** You just sent 0.39 BTC to 13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN
**Date:** Tuesday, November 25, 2014 4:10:23 PM



Hi Jack Saunders,

You just sent **0.39** BTC (worth $146.42 USD) to **13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN**.

You can view this transaction at any time from your account.

Kind regards,
The Coinbase Team

© Coinbase 2014

**From:** contact@coinbase.com on behalf of Coinbase
**To:** jsaunders1974@gmail.com
**Subject:** You just sent 0.39 BTC to 13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN
**Date:** Wednesday, December 3, 2014 9:32:41 PM



Hi Jack Saunders,

You just sent **0.39** BTC (worth $147.38 USD) to **13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN**.

You can view this transaction at any time from your account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

**From:** contact@coinbase.com on behalf of Coinbase
**To:** jsaunders1974@gmail.com
**Subject:** You just sent 0.28 BTC to 13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN
**Date:** Thursday, December 4, 2014 3:11:50 PM



Hi Jack Saunders,

You just sent **0.28** BTC (worth $104.42 USD) to **13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN**.

You can view this transaction at any time from your account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

**From:** contact@coinbase.com on behalf of Coinbase
**To:** jsaunders1974@gmail.com
**Subject:** You just sent 1.28 BTC to 13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN
**Date:** Monday, December 8, 2014 5:58:35 PM



Hi Jack Saunders,

You just sent **1.28** BTC (worth $463.57 USD) to **13pXywXmhWXddyAvxDF5ycNeVbdGXwgzkN**.

You can view this transaction at any time from your account.

Kind regards,
The Coinbase Team

Earn free bitcoin by inviting your friends to Coinbase.

1EDxEyht7SZEiHsVKG16u9dPGuvzSJ99Y7

