# EXHIBIT 9



# BLOCKCHAIN

WALLET    DATA    API    ABOUT

🔍 BLOCK, HASH, TRANSACTION, ETC...

GET A FREE WALLET

## Bitcoin Address Addresses are identifiers which you use to send bitcoins to another person.

| Summary | |
|---|---|
| Address | 1LnT29STn5U866g5JsB1PN978r8pxeC2qT |
| Hash 160 | d902d40fc76fed80eb5d0cd3c3be69eafed11dcc |

| Transactions | |
|---|---|
| No. Transactions | 6 |
| Total Received | 1.11321429 BTC |
| Final Balance | 0 BTC |

Request Payment    Donation Button



## ReceivedTransactions (Oldest First)

Filter▾

| 7388751f39b62d68d98e9a21d51602d3cca456ae0bceee2d33957ae6d5115a6c | | 2014-11-28 15:00:51 |
|---|---|---|
| 1P9QCmZepbnZ2EwErhPaAeNiAfJ6hqnLop ➡ 1LnT29STn5U866g5JsB1PN978r8pxeC2qT | | 0.00271783 BTC |
| | | 0.00271783 BTC |

| 44d59cf3c427e579b3b9755d96acfc9159dc70786ef0aeb69341fbea157c740f | | 2014-11-28 02:22:12 |
|---|---|---|
| 1P9QCmZepbnZ2EwErhPaAeNiAfJ6hqnLop ➡ 1LnT29STn5U866g5JsB1PN978r8pxeC2qT | | 0.02708485 BTC |
| | | 0.02708485 BTC |

| 5dd2d882d3bec2a4bbc2354537290cc7660f3434c84bc7539caf6f934a113647 | | 2014-11-06 09:25:45 |
|---|---|---|
| 1P9QCmZepbnZ2EwErhPaAeNiAfJ6hqnLop ➡ 1LnT29STn5U866g5JsB1PN978r8pxeC2qT | | 1.08341161 BTC |
| | | 1.08341161 BTC |

 BLOCKCHAIN

**PRODUCTS**
WALLET          EXPLORER
API             CHARTS
BUSINESS        MARKETS
THUNDER         STATS
RESEARCH

**COMPANY**
ABOUT           PRESS
TEAM            BLOG
CAREERS
INTERVIEWING
FAQ

**SUPPORT**
HELP CENTER
TUTORIALS
LEARNING PORTAL
STATUS

ENGLISH ▾
BITCOIN ▾
ADVANCED VIEW:
ENABLE

© 2017 BLOCKCHAIN LUXEMBOURG S.A. ALL RIGHTS RESERVED.   PRIVACY   TERMS   COOKIES   LAW ENFORCEMENT GUIDE   ADVERTISE





