# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), <br><br> Defendants. | Case 3:16-cv-00940 <br><br> Hon. Michael P. Shea <br> Courtroom 2 <br><br> ECF Case <br><br> <u>CLASS ACTION</u> <br><br> May 3, 2019 <br><br> DECLARATION OF ALLEN SHINNERS RE: PLAINTIFFS' SUPPLEMENTAL BRIEF RE: CLASS MEMBER IDENTIFICATION AND DAMAGES |

I, Dean Allen Shinners, declare under penalty of perjury as follows:

1.  My name is Dean Allen Shinners. I am one of the named plaintiffs in this lawsuit. I make this declaration in support of plaintiffs' Supplemental Brief re: Class Member Identification and Damages. I have personal knowledge of the facts in this declaration unless otherwise noted.

2.  There were several ways for people to purchase products from GAW Miners and ZenMiner. First, investors could purchase products through the GAW Website. If somebody purchased a product through the GAW website, GAW's systems automatically emailed a receipt documenting the purchase.

3.  Alternatively, an investor could purchase products through ZenCloud or Paybase with bitcoin. To do so, an investor first needed to "fund" his or her account with bitcoin. GAW assigned each user a unique cryptocurrency wallet. The user would transfer bitcoin from a personal wallet or outside cryptocurrency exchange to this unique GAW wallet. GAW would then "sweep" bitcoin from the wallet and credit the user's ZenCloud internal ledger account so that the user could purchase securities.

1

4. Starting in April 2015, I began to discuss filing a class action lawsuit against GAW Miners with other investors. A preliminary website was launched to identify the level of community interest in pursuing a lawsuit. Approximately 500 individuals expressed interest in the lawsuit initially.

5. In the Fall of 2015, I created a follow-up website called Gawsuit.com. One of the purposes of the website was to allow investors to upload documents relating to their purchases of products from GAW Miners. Unfortunately, the amount of data (size) was limited by the service we were using. One hundred and seventy-three individuals uploaded various supporting documents through Gawsuit.com, which related to their purchases, other transactions and subsequent losses.

6. Many of the individuals who submitted documents included printouts in an electronic format identifiable by the extension ".csv". These files are data that was exported from their ZenCloud accounts with GAW. At the time I created the initial website for collecting information, I had requested investors to download/export their ZenCloud and Paybase account activities, preserving their account data, knowing that ZenCloud would be inaccessible at some future date. When we began collecting documents from victims of GAW's fraud, many of them uploaded these .csv files.

7. Apart from the ZenCloud and Paybase data, I did not request investors to upload specific types of supporting documentation. The uploaded information was never intended to be exhaustive on the part of the responding investors, although it did identify various data sources available to document investor losses.

8. Following the hearing on class certification in this case, I contacted several attorneys and investigators involved in the federal case against Joshua Garza and asked what data

sources they had used in that prosecution. On April 29, 2019 I received an email response from Assistant U.S. Attorney John Pierpont who said, "[w]e verified through the zen cloud data and other information we gathered during the course of our investigation. We also had victims submit any and all supporting documentation they had in their possession." A copy of Mr. Pierpont's email is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: May 3, 2019

_____
Dean Allen Shinners