UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>July 5, 2019<br><br>PLAINTIFFS' RESPONSE TO THE COURT'S ORDER RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

On June 21, 2019, the Court entered its order certifying the following class:

> All persons or entities who, between August 1, 2014 and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin by converting, upgrading, or exchanging other products sold by the Companies. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

*Audet v. Fraser*, 2019 WL 2562628, at *5 (D. Conn. June 21, 2019).

The Court also ordered that—because the definition was different than the definition proposed by plaintiffs—that the parties may submit "briefs not exceeding 10 pages in which they address any *new* issues raised by the modified class definition that the Court has not already addressed in this decision." *Id.*

Plaintiffs do not believe the Court's order raises any new issues. Plaintiffs therefore request that the Court enter an order: (1) certifying the class as defined in the June 21, 2019 order; (2) designating plaintiffs Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners as class representatives; and (3) appointing Susman Godfrey L.L.P. and Izard, Kindall & Raabe, LLP as class counsel. Attached is a proposed order providing for the same.

1

Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
Robert A. Izard
 rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Respectfully submitted,

/s/ Colin M. Watterson
Colin M. Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150


Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*

<u>Certificate of Service</u>

I hereby certify that on July 5, 2019, I served the foregoing via electronic mail on the following:

Daniel H. Weiner
Sarah L. Cave Sara
E. Echenique
Hughes Hubbard & Reed LLP One
Battery Park Plaza
New York, NY 10004-1482

Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP 271
Whitney Avenue
New Haven, CT 06511

                                                  <u>*/s/ Colin Watterson*</u>
                                                  Colin Watterson

6687099v1/014928