UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>       Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>July 5, 2019<br><br>[PROPOSED] ORDER CERTIFYING THE PLAINTIFF CLASS, APPOINTING CLASS REPRESENTATIVES, AND CLASS COUNSEL |

  Before the Court is plaintiffs' motion for class certification (Dkt. 96-97). The Court has considered the motion, the response (Dkt. 107), the reply (Dkt. 113), the evidence, and the arguments of counsel. The Court also ordered and considered supplemental briefing on class member identification and damages (Dkt. 136, 138-40) and briefing on the Court's class definition. For the reasons provided in the Court's June 21, 2019 Order (Dkt. 141), the Court ORDERS as follows:

  Plaintiffs' motion for class certification is GRANTED. The following class is certified:

  All persons or entities who, between August 1, 2014 and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin by converting, upgrading, or exchanging other products sold by the Companies. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

  IT IS HEREBY FURTHERED ORDERED that:

  Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners are appointed as class representatives.

1

IT IS HEREBY FURTHERED ORDERED that:

Susman Godfrey L.L.P. and Izard, Kindall & Raabe, LLP are appointed as class counsel.

IT IS SO ORDERED.

_____
Michael P. Shea
UNITED STATES DISTRICT JUDGE