

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Sarah L. Cave
Partner
Direct Dial: +1 (212) 837-6559
Direct Fax: +1 (212) 299-6559
sarah.cave@hugheshubbard.com

July 24, 2019

VIA ECF

Honorable Michael P. Shea
United States District Court, District of Connecticut
Abraham A. Ribicoff Federal Building
450 Main Street, Room 217
Hartford, CT 06103

   Re:  *Audet v. Fraser*, No. 16-cv-000940 (D. Conn)

Dear Judge Shea:

  On behalf of Defendant Stuart A. Fraser ("Fraser"), we write to obtain the Court's permission for Fraser to seek limited discovery from third parties (*e.g.*, payment processors or credit card companies) regarding "chargebacks and private transactions" related to purchases or sales by potential class members.

  In Fraser's portion of the Joint Status Report dated July 15, 2019, Fraser proposed taking discovery from "Plaintiffs and/or third parties." ECF No. 146 at 4. Plaintiffs did not object to this request in their portion of that Report, or during the teleconference with the Court held on July 19, 2019. On the teleconference, the Court stated that it would adopt Fraser's proposed discovery plan. The Court's Order dated July 19, 2019 (ECF No. 150), however, did not expressly address discovery from anyone other than potential class members.

  Discovery from third parties such as payment processors or credit card companies will help determine the extent to which individual issues exist with respect to damages, particularly with respect to chargebacks. Plaintiffs' previous subpoena to PayPal Holdings, LLC ("PayPal") demonstrates that Plaintiffs themselves believe PayPal may possess data relevant to the subject matter about which this Court has now specifically authorized post-certification discovery. While Fraser objected to that subpoena on the ground it was untimely, the re-opening of discovery on this issue renders discovery from third parties exclusively related to "chargebacks and private transactions" appropriate.

94665722_1

Accordingly, we respectfully request that the Court confirm that Fraser may pursue such limited discovery of third parties, provided that such discovery relates exclusively to the subject matter specified in the Court's July 19, 2019 Order.

                                            Respectfully submitted,

                                            /s/ Sarah L. Cave

cc:    Colin S. Watterson, Esq. (via email)

94665722_1