UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
|  | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| HOMERO JOSHUA GARZA, ET AL., | : |  |
|  | : |  |
| Defendants. | : | July 31, 2019 |
|  | : |  |

**DEFENDANT'S MOTION FOR ADMISSION OF HANNAH MILLER**

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Hannah Miller be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Stuart A. Fraser. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Hannah Miller is a member of the law firm of HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6134, fax: (212) 299-6134, email: hannah.miller@hugheshubbard.com.

3. As the attached Affidavit of Hannah Miller demonstrates, Attorney Hannah Miller is a member in good standing of the bar of the State Court of New York, Second Department (Registration No. 5275276) and the Court of Appeals for the Second Circuit (no registration number assigned). There are currently no pending disciplinary complaints against Attorney

Hannah Miller as to which a finding has been made that such complaint should proceed to a hearing.

4. Based on the attached Affidavit, Attorney Hannah Miller has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite seventy-five dollar fee ($75.00) for the admission of Attorney Hannah Miller, which is submitted herewith, the Court enter an order permitting Attorney Hannah Miller to represent Defendant Stuart A. Fraser in this civil action as a visiting lawyer.

                              DEFENDANT STUART A. FRASER

By:      /s/ Sean M. Fisher
      David R. Schaefer (ct04334)
      Sean M. Fisher (ct23087)
      BRENNER, SALTZMAN & WALLMAN LLP
      271 Whitney Avenue
      New Haven, CT  06511
      Juris No. 06063
      Tel. (203) 772-2600
      Fax: (203) 562-2098
      Email:  dschaefer@bswlaw.com
      Email: sfisher@bswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Sean M. Fisher*
Sean M. Fisher (ct23087)