UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), <br><br> Defendants. | Case 3:16-cv-00940 <br><br> Hon. Michael P. Shea <br> Courtroom 2 <br><br> ECF Case <br><br> <u>CLASS ACTION</u> <br><br> August 9, 2019 <br><br> JOINT MOTION FOR EXTENSION OF TIME RE: FORM AND MANNER OF NOTICE |

On July 19, 2019, the Court entered an order requiring the parties to "jointly file with the Court (1) a proposed notice and (2) a plan to distribute the notice." Dkt. 150. The parties respectfully request that the Court extend the deadline two business days to August 13, 2019 so they can complete the submission.

The parties are also submitting a proposed order.

DATED: August 9, 2019

Respectfully submitted,

/s/ Colin Watterson
Colin Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
Susman Godfrey L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
Robert A. Izard
rizard@ikrlaw.com
Izard, Kindall & Raabe, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

/s/ Sarah L. Cave
Daniel H. Weiner
daniel.weiner@hugheshubbard.com
Sarah L. Cave
sarah.cave@hugheshubbard.com
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel: (212) 837-6000
Fax: (212) 422-4726

Sean M. Fisher (ct23087)
sfisher@bswlaw.com
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel: (203) 772-2600
Fax: (203) 562-2098

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*

Certificate of Service

I hereby certify that on August 9, 2019, I served the foregoing via electronic mail on the following:

   Daniel H. Weiner
   Sarah L. Cave
   Hughes Hubbard & Reed LLP One
   Battery Park Plaza
   New York, NY  10004-1482

   Sean M. Fisher (ct23087)
   Brenner, Saltzman & Wallman LLP 271
   Whitney Avenue
   New Haven, CT  06511

   /s/ Colin M. Watterson
   Colin M. Watterson