UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br> vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>       Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>August 9, 2019<br><br>[PROPOSED] ORDER EXTENDING TIME TO SUBMIT FORM AND MANNER OF NOTICE |

  The Court has considered the parties' Motion for Extension of Time re: Form and Manner of Notice. The Court ORDERS as follows:

  The deadline to submit a form and manner of notice is extended from August 9, 2019 to August 13, 2019.

  IT IS SO ORDERED.

                _____
                Michael P. Shea
                UNITED STATES DISTRICT JUDGE