# EXHIBIT B

## If you purchased or acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, a class action lawsuit may affect your rights.

**What is the lawsuit about?**  Plaintiffs allege that GAW Miners, LLC and ZenMiner, LLC made false and misleading statements to potential investors about their virtual currency mining operations.  Plaintiffs allege that GAW Miners, LLC and ZenMiner, LLC sold a progressive array of products and investment contracts to investors that GAW Miners LLC and ZenMiner LLC claimed would yield profits from mining or otherwise investing in virtual currency.  Plaintiffs allege that, because GAW Miners, LLC and ZenMiner, LLC sold far more computing power than they owned and dedicated to virtual currency mining, GAW Miners, LLC and ZenMiner, LLC owed investors a return larger than any actual return GAW Miners, LLC and ZenMiner, LLC were making on their limited mining operations.

GAW Miners, LLC and ZenMiner, LLC have defaulted and the sole remaining defendant is Stuart A. Fraser. Plaintiffs allege, among other things, that Mr. Fraser assisted the other defendants and exercised control over them such that he is liable for any injuries caused by the misconduct allegedly perpetrated by GAW Miners, LLC and ZenMiner, LLC described above.  Mr. Fraser denies all allegations against him. **The Court has not decided that Mr. Fraser is liable.**

The Class includes all persons or entities who, <u>between August 1, 2014, and January 19, 2015</u>, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin <u>from GAW Miners, LLC and/or ZenMiner, LLC</u>; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin <u>from GAW Miners, LLC and/or ZenMiner, LLC</u>, by converting, upgrading, or exchanging other products sold by GAW Miners, LLC and/or ZenMiner, LLC.  Excluded from the Class certified by the Court are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

**What are your options?**  If you are a Class Member, you must choose whether to stay in the Class. If you stay in the Class, and money or benefits are obtained for the Class, you will be notified about how you can share in any benefits for which you may be eligible. If you stay in the Class, however, you will be bound by all orders and judgments of the Court, whether favorable to you or not, and you won't be able to sue the defendants for the claims at issue in this case. If you want to stay in the Class, you do not have to do anything now, but you [Fraser's proposed language: "will"; plaintiffs' proposed language: "may"] be required to show proof of your transactions at a later time [Fraser's proposed language: "to share in any class recovery"; plaintiffs oppose this addition]. If you stay in the Class, you may (but do not have to) enter an appearance in the Court through your own counsel.

If you would like to exclude yourself from the lawsuit, you must send an email to ___ by [DATE] or letter to ___ by [DATE] asking to be excluded.  Instructions for making this request can be found at the website or by calling the toll-free number below. If you request exclusion, you cannot get any money or benefits from this lawsuit, but you will also not be bound by any orders or judgments in this case that may be unfavorable to you. Detailed information is available at the website and toll-free number listed below.



```
         www._____.com              [toll-free number]_____
```