September 13, 2019

<u>VIA ECF</u>

Honorable Michael P. Shea
United States District Court, District of Connecticut
Abraham A. Ribicoff Federal Building
450 Main Street, Room 217
Hartford, CT 06103

Re: <u>Audet v. Fraser</u>, No. 16-cv-940 (D. Conn)

Dear Judge Shea:

On behalf of Defendant Stuart A. Fraser ("Fraser"), we write to obtain the Court's permission for the parties to seek discovery from Wells Fargo Bank, N.A. ("Wells Fargo") regarding chargebacks and private transactions related to purchases or sales by potential class members. Plaintiffs take no position with respect to this request.

On July 31, 2019, the Court authorized limited discovery from the following non-parties: PayPal, Stripe, Visa, Mastercard, Discover and Capital One. (ECF No. 157.) Fraser subsequently served subpoenas on each of those entities. On September 6, 2019, Visa responded to Fraser's counsel, stating, *inter alia*:

> Visa is a payments network, providing processing services for payment card transactions. Visa does not maintain or have access to accounts belonging to merchants. Merchant account information resides with the financial institution that signed up the merchant to accept Visa payment cards (also called the "acquirer"). More information about Visa's role in the payments system is available on our website, www.visa.com.
>
> However, a name search of our database identified the following financial institution as the acquirer of the merchant.

| MERCHANT | FINANCIAL INSTITUTION |
|---|---|
| GAW MINERS | **Wells Fargo Bank, National Association**<br>7000 Vista Drive<br>West Des Moines, IA 50266 |

In light of this new information provided by Visa, Fraser requests the Court's permission to withdraw his subpoena to Visa and serve a subpoena on Wells Fargo.

Respectfully submitted,
/s/ Sarah L. Cave

95000574_1