AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Denis Marc Audet, et al. )
*Plaintiff* )
v. ) Case No. 3:16-CV-00940-MPS
Homero Joshua Garza, et al. )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stuart A. Fraser.

Date: 10/03/2019

/s/ Hannah Miller
*Attorney's signature*

Hannah Miller (phv10290)
*Printed name and bar number*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

*Address*

hannah.miller@hugheshubbard.com
*E-mail address*

(212) 837-6134
*Telephone number*

(212) 422-4726
*FAX number*