**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | |
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMERO JOSHUA GARZA, ET AL., | : | |
| | : | |
| Defendants. | : | October 3, 2019 |
| | : | |

**NOTICE OF MOTION AND MOTION**
**FOR WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Rule 7(e) of the Local Rules of Civil

Procedure for the United States District Court for the District of Connecticut, I, Hannah Miller,

an associate with the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Sarah

L. Cave and Sara E. Echenique are no longer associated with the law firm Hughes Hubbard &

Reed LLP.  I, along with Daniel H. Weiner, a partner with the law firm Hughes Hubbard & Reed

LLP, will continue to serve as counsel for Defendant Stuart A. Fraser.  Accordingly, I hereby

request that the names and email addresses of Ms. Cave and Ms. Echenique be removed from the

official docket of the above-captioned case.

Dated: New York, New York
       October 3, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ Hannah Miller
Daniel H. Weiner
Hannah Miller
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: hannah.miller@hugheshubbard.com

*Attorneys for Defendant Stuart A. Fraser*