## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HOMERO JOSHUA GARZA, ET AL., | : | |
| | : | |
| Defendants. | : | October 4, 2019 |
| | : | |

**DEFENDANT'S MOTION FOR ADMISSION OF MARC A. WEINSTEIN**

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Marc A. Weinstein be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Stuart A. Fraser.  In support of this motion, the undersigned represents as follows:

1.      The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2.      Marc A. Weinstein is a member of the law firm of HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6460, fax: (212) 299-6460, email: marc.weinstein@hugheshubbard.com.

3.      As the attached Affidavit of Marc A. Weinstein demonstrates, Attorney Marc A. Weinstein is a member in good standing of the following bars: (a) the State Court of New York (Registration No. 2643492); (b) the Southern District of New York (no registration number assigned); (c) the Eastern District of New York (no registration number assigned); and (d) the

Court of Appeals for the Second Circuit (no registration number assigned).  There are currently

no pending disciplinary complaints against Attorney Marc A. Weinstein as to which a finding

has been made that such complaint should proceed to a hearing.

     4.     Based on the attached Affidavit, Attorney Marc A. Weinstein has never been

denied admission to, been disciplined by, resigned from, surrendered his license to practice

before, or withdrawn an application for admission to practice before this Court or any other

court, while facing a disciplinary complaint.

     5.     The granting of this motion will not require modification of any scheduling order

entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the

standing order on scheduling in civil cases.

     WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of

the United States District Court for the District of Connecticut of the requisite seventy-five dollar

fee ($75.00) for the admission of Attorney Marc A. Weinstein, which is submitted herewith, the

Court enter an order permitting Attorney Marc A. Weinstein to represent Defendant Stuart A.

Fraser in this civil action as a visiting lawyer.

By:     *s/Sean M. Fisher*
     David R. Schaefer (ct04334)
     Sean M. Fisher (ct23087)
     BRENNER, SALTZMAN & WALLMAN LLP
     271 Whitney Avenue
     New Haven, CT  06511
     Juris No. 06063
     Tel. (203) 772-2600
     Fax: (203) 562-2098
     Email:  dschaefer@bswlaw.com
     Email: sfisher@bswlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 4, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/*Sean M. Fisher*                              </u>
Sean M. Fisher (ct23087)