## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, ET AL., | Civil Action No. |
| | 3:16-CV-00940-MPS |
| Plaintiffs, | |
| v. | |
| HOMERO JOSHUA GARZA, ET AL., | |
| Defendants. | October 3, 2019 |

## AFFIDAVIT OF MARC A. WEINSTEIN

COMES NOW Marc A. Weinstein, who, after having been duly sworn, deposes and states as follows:

1. I am an attorney practicing with the law firm of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6460, fax: (212) 299-6460, email: marc.weinstein@hugheshubbard.com.

2. I represent Defendant Stuart A. Fraser in the above-captioned matter.

3. I am currently admitted to the following bars: (a) the State Court of New York (Registration No. 2643492); (b) the Southern District of New York (no registration number assigned); (c) the Eastern District of New York (no registration number assigned); and (d) the Court of Appeals for the Second Circuit (no registration number assigned).

4. I am a member in good standing of each of the bars of which I am a member. There are currently no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

94577043_1

Case 3:16-cv-00940-MPS   Document 173-1   Filed 10/04/19   Page 2 of 2

2

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the rules of the Federal Rules of Civil and Criminal Procedure, the Local Rules for the U.S. District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Sean M. Fisher, Esq. (ct23087), of Brenner, Saltzman & Wallman LLP, 271 Whitney Ave., New Haven, Connecticut 06511, who is the sponsor for my motion for admission, is hereby designated as my agent for service of process.

8. I hereby designate the U.S. District Court for the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

_____
Marc A. Weinstein

STATE OF NEW YORK           October 3, 2019
COUNTY OF NEW YORK

Subscribed and sworn to before me on this 3rd day of October 2019.

_____
Notary Public
My Commission Expires:

**ELAINE VELEZ**
**Notary Public, State of New York**
**No. 01VE5066311**
**Qualified in New York County**
**Commission Expires 9/ , 20 22**

94577043_1