UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.,*<br><br>                              Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a/ ZEN CLOUD,<br><br>                              Defendants. | Civil Action No. 3:16-cv-00940<br><br>Honorable Michael P. Shea<br><br><br><br>December 23, 2019 |

**NOTICE OF DEFENDANT STUART A. FRASER'S MOTION TO DECERTIFY THE CLASS AS TO DAMAGES**

Pursuant to this Court's Order dated November 14, 2019 (ECF No. 178) and Federal Rules of Civil Procedure 23(c)(1)(C) and 23(c)(4), Defendant Stuart A. Fraser hereby moves this Court for entry of an order decertifying the class as to damages for the reasons set forth in the accompanying Memorandum of Law in Support of Defendant Stuart A. Fraser's Motion to Decertify the Class as to Damages.

Dated: December 23, 2019

                              Respectfully submitted,

                              HUGHES HUBBARD & REED LLP

                              By:   *s/Daniel H. Weiner*

                              Daniel H. Weiner (ct12180)
                              Marc A. Weinstein (*pro hac vice*)
                              Hannah Miller (*pro hac vice*)
                              Hughes Hubbard & Reed, LLP
                              One Battery Park Plaza
                              New York, NY 10004-1482
                              Tel.: (212) 837-6000
                              Fax.: (212) 422-4726
                              Email: daniel.weiner@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax.: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

95823979_1