# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DENIS MARC AUDET, ET AL., : | Civil Action No. |
| : | 3:16-CV-00940-MPS |
| Plaintiffs, : |  |
| : |  |
| v. : |  |
| : |  |
| STUART A. FRASER, GAW MINERS, : | |
| LLC, and ZENMINER, LLC, (d/b/a/ ZEN : | |
| CLOUD, : | December 23, 2019 |
| : | |
| Defendants. : | |
| : | |

## DEFENDANT STUART A. FRASER'S MOTION TO FILE UNDER SEAL DOCUMENTS RELATED TO DEFENDANT STUART A. FRASER'S MOTION TO DECERTIFY THE CLASS AS TO DAMAGES

Pursuant to Rule 5(e) of the Local Rules of Civil Procedure for the District of Connecticut, Defendant Stuart A. Fraser ("Fraser") submits this motion to file under seal the following exhibits to the Declaration of Hannah L. Miller in Support of Defendant Stuart A. Fraser's Motion to Decertify the Class as to Damages:

- Exhibit 10

- Exhibit 28

- Exhibit 70

- Exhibit 71

- Exhibit 81

- Exhibit 82

- Exhibit 83

Fraser respectfully submits that the foregoing exhibits should be filed under seal because they contain material that has been designated by Plaintiffs as "Confidential" pursuant to this Court's Standing Protective Order dated June 6, 2016 (ECF No. 5). Paragraph 14 of that Order obligates Fraser to move to file the material Plaintiffs have marked "Confidential" under seal.

WHEREFORE, Fraser moves to file under seal Exhibits 10, 28, 70, 71, 81, 82, and 83 to the Declaration of Hannah L. Miller in Support of Defendant Stuart A. Fraser's Motion to Decertify the Class as to Damages.

Dated: December 23, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By:   *s/Daniel H. Weiner*

Daniel H. Weiner (ct12180)
Marc A. Weinstein (*pro hac vice*)
Hannah Miller (*pro hac vice*)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: daniel.weiner@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

_s/Daniel H. Weiner_
Daniel H. Weiner (ct12180)