UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>January 3, 2020<br><br>UNOPPOSED MOTION TO SEAL |

On December 23, 2019, defendant Stuart Fraser filed his Motion to Decertify the Class as to Damages (Dkt. 179). Along with the motion, Fraser filed the Declaration of Hannah L. Miller, which attaches 86 exhibits (Dkt. 179-2). Fraser redacted the documents that plaintiffs produced as "Confidential" under the parties' protective order and filed unredacted copies of those documents under seal (Dkt. 181).

Plaintiffs respectfully request that the Court seal Ms. Miller's declaration in its entirety because it contains potential personally identifiable information. For example, Exhibit 32 to Ms. Miller's declaration is Dr. Strombom's rebuttal report. The report contains tables that identify the names and email addresses of certain class members. This is potentially sensitive information that should be sealed. *See, e.g.*, *In the Matter of Eli Lilly and Company*, 2002 WL 34463115 (F.T.C. May 8, 2002) (consent order based on inadvertent disclosure of patient email addresses).

Counsel for Fraser indicated that he does not oppose this motion. The parties also met and conferred and agreed to file a mutually acceptable redacted version of Ms. Miller's declaration if the Court believes doing so is necessary.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Colin M. Watterson* |
| Mark P. Kindall (ct13797) | Colin M. Watterson (*pro hac vice*) |
| mkindall@ikrlaw.com | cwatterson@susmangodfrey.com |
| Robert A. Izard | Texas Bar No. 2409330 |
| rizard@ikrlaw.com | SUSMAN GODFREY L.L.P. |
| IZARD, KINDALL & RAABE, LLP | 1000 Louisiana Street, Suite 5100 |
| 29 S. Main St., Suite 305 | Houston, TX 77002 |
| West Hartford, CT 06107 | Tel: (713) 651-9366 |
| Tel: (860) 493-6292 | Fax: (713) 654-3367 |
| Fax: (860) 493-6290 |  |
|  | Marc Seltzer (*pro hac vice*) |
|  | mseltzer@susmangodfrey.com |
|  | California Bar No. 54534 |
|  | Kathryn Hoek (*pro hac vice*) |
|  | khoek@susmangodfrey.com |
|  | California Bar No. 219247 |
|  | SUSMAN GODFREY L.L.P. |
|  | 1901 Avenue of the Stars, Suite 950 |
|  | Los Angeles, CA 90067 |
|  | Tel: (310) 789-3100 |
|  | Fax: (310) 789-3150 |
|  |  |
|  | Seth Ard (*pro hac vice*) |
|  | sard@susmangodfrey.com |
|  | New York Bar No. 4773982 |
|  | SUSMAN GODFREY L.L.P. |
|  | 1301 Avenue of the Americas, 32nd Floor |
|  | New York, NY 10019-6022 |
|  | Tel: (212) 336-8330 |
|  | Fax: (212) 336-8340 |
|  |  |
|  | Edgar Sargent (*pro hac vice*) |
|  | esargent@susmangodfrey.com |
|  | Washington Bar No. 28283 |
|  | Susman Godfrey L.L.P. |
|  | 1201 Third Avenue, Suite 3800 |
|  | Tel: (202) 516-3880 |
|  | Fax: (310) 789-3150 |
|  |  |
|  | *Counsel for Plaintiffs* |

<u>Certificate of Service</u>

I hereby certify that on January 3, 2020, I served the foregoing via electronic mail on all counsel of record.

<u>*/s/ Colin Watterson*</u>
Colin Watterson

7055113v1/014928