## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>                Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>January 9, 2020 |

### JOINT MOTION TO ADJOURN DEADLINE TO SUBMIT JOINT TRIAL MEMORANDUM

Pursuant to the District of Connecticut's Local Rule of Civil Procedure 7(b), Plaintiffs and Defendant Stuart A. Fraser (together, the "Parties") jointly submit this motion to request a 60-day adjournment of the deadline to submit their joint trial memorandum from **January 23, 2020 to March 23, 2020**.

On July 19, 2019, the Court ordered that the Parties file their joint trial memorandum on or before January 23, 2020 if no dispositive motions were filed by December 23, 2019. ECF No. 150. No dispositive motions were filed by that date. However, in light of the pending motion to decertify, which could impact the scope and structure of the trial, and other time constraints faced by counsel, counsel for the Parties respectfully request that the Court extend the deadline by 60 days and set March 23, 2020 as the new deadline for the parties to submit their joint trial memorandum. This is the Parties' first request to extend the deadline to submit their joint trial memorandum.

Respectfully submitted:

Dated: January 9, 2020

| SUSMAN GODFREY, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: s/ Colin Watterson | By: s/ Hannah Miller |

Colin Watterson (*pro hac vice*)
E-mail: cwatterson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
Kathryn Hoek (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA
Tel: (202) 516-3880
Fax: (310) 789-3150

Mark P. Kindall (ct13797)
Robert A. Izard
E-mail: rizard@ikrlaw.com
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Attorneys for Plaintiffs*

Daniel H. Weiner (ct12180)
Marc A. Weinstein (*pro hac vice*)
Hannah Miller (phv10290)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-6134
Email: daniel.weiner@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

95941776_2