UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                  Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br><br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>JANUARY 15, 2020 |

## **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), Plaintiffs, through their undersigned counsel, respectfully request that this Court grant leave for attorney Russell F. Rennie to appear *pro hac vice* on behalf of Plaintiffs.

1. Russell F. Rennie is an Associate with the law firm of Susman Godfrey L.L.P and a member in good standing of the Bar of New York.  His contact information is as follows:

   Russell F. Rennie
   SUSMAN GODFREY L.L.P.
   1301 Sixth Avenue, 32nd Floor
   New York, New York 10019
   Telephone: (212) 336-8330
   Fax: (212) 336-8340
   rrennie@susmangodfrey.com

2. The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

3.  The undersigned hereby moves that Russell F. Rennie be permitted to represent Plaintiffs in all matters and proceedings related to the above-captioned case.

4.  The undersigned agrees to accept service on behalf of Russell F. Rennie.

5.  In connection with this motion, $75 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3).

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Russell F. Rennie be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: January 15, 2020

Respectfully submitted,

/s/ Robert A. Izard
Mark P. Kindall (ct13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard (ct01601)
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Colin M. Watterson (*pro hac vice*)
E-mail: cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
E-mail: mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
Email: esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*