UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>JANUARY 15, 2020 |

## <u>AFFIDAVIT OF RUSSELL F. RENNIE IN SUPPORT OF<br>MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*</u>

Russell F. Rennie, being duly sworn, deposes and says:

1. I am a member of the law firm of Susman Godfrey L.L.P., 1301 Sixth Avenue, 32nd Floor, New York, NY 10019; the firm's telephone number is (212) 336-8330; its fax number is (212) 336-8340; and my email address is rrennie@susmangodfrey.com.

2. I am a member in good standing of the State Bar of New York, Second Department. My State Bar No. is 5650536. My date of admission is 11/01/2018.

3. I am not admitted to practice in any other courts.

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission under Local Rule 83.1(d).

Date: January 15, 2020

                                               Russell F. Rennie
State Bar No. 5650536
SUSMAN GODFREY L.L.P.
1301 Sixth Avenue, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340
rrennie@susmangodfrey.com

STATE OF NEW YORK
COUNTY OF KINGS

Subscribed and sworn before me on this 15th day of January 2020.

                                               Notary Public
My Commission Expires

MALVINA PALLOJ
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01PA6317242
Qualified in Kings County
Commission Expires December 29, 2022