UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>January 22, 2020<br><br>DECLARATION OF RICHARD NELSON RE: PLAINTIFFS' OPPOSITION TO FRASER'S MOTION TO DECERTIFY THE CLASS AS TO DAMAGES |

## Declaration of Richard Nelson

I declare under penalty of perjury as follows:

1. My name is Richard Nelson. I am over eighteen years of age and competent in all respects to make this declaration. I have personal knowledge of the facts in this declaration.

2. I am the General Manager of Ionomy and was Support Manager in xpy.io.

3. Xpy.io was a project started in June 2015. The purpose of xpy.io was to try to make Paycoin a viable cryptocurrency. Xpy.io offered staking wallets. Staking refers to holding cryptocurrency in a wallet. In exchange for holding cryptocurrency, a user is granted additional cryptocurrency.

4. Eventually, we determined that Paycoin would never recover as a viable cryptocurrency and decided to create a new cryptocurrency called Ion. Ion launched in April 2016.

5. There were several ways to acquire Ion. One way was to sell Paycoin for Ion. We valued Ion at a rate of 1:8 with Paycoin. In other words, if an individual had 8,000 Paycoins, she could sell the 8,000 Paycoins for 1,000 Ion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 16, 2020

*Richard Nelson*
Richard Nelson