# EXHIBIT 2

```
 1            IN THE UNITED STATES DISTRICT COURT

 2                     OF CONNECTICUT

 3
   DENIS MARC AUDET, MICHAEL       )
 4 PFEIFER, DEAN ALLEN SHINNERS,   )
   and JASON VARGAS, Individually) Case No. 3:16-cv-00940
 5 and on Behalf of All Others     )
   Similarly Situated,             )
 6                                 )
                                   )
 7          Plaintiffs,            )
                                   )
 8      vs.                        )
                                   )
 9 STUART A. FRASER, GAW MINERS,   )
   LLC, AND ZENMIER, LLC (d/b/a    )
10 ZEN CLOUD),                     )
                                   )
11                                 )
            Defendants.            )
12                                 )
   _____)
13

14

15

16

17      VIDEOTAPED DEPOSITION OF TERESA CRIVELLO

18              San Pedro, California

19           Wednesday, October 23, 2019

20

21

22
   Stenographically Reported By:
23
   Cheryl Asada, CSR 13496
24
   Job No. 170505
25
```

1   last two.
2       Q    Okay.  So based on this, it looks like a
3   total of 10,722,646 hashpoints were converted to
4   PayCoin.  Does that sound right?
5       A    Sounds -- I -- sounds reasonable, but I don't
6   remember the exact number.
7       Q    Okay.  Do you remember around when those
8   hashpoints were converted to PayCoin?
9       A    Okay.  Possibly December of 2014.
10      Q    Do you remember if they were converted to
11  PayCoin automatically or if you had to do something to
12  initiate the conversion?
13      A    I don't remember.
14      Q    Did you ever sell any PayCoin?
15      A    No.
16      Q    Did you ever withdraw any PayCoin from any of
17  the accounts that you managed?
18      A    No.
19      Q    To your knowledge, do you still own PayCoin
20  today?
21      A    No.  I don't know -- I don't own any
22  PayCoin --
23      Q    What --
24      A    -- to my knowledge.
25      Q    Do you know what happened to the PayCoin that

1   you owned?

2        A    No.

3        Q    Was that PayCoin ever converted to a
4   different type of currency?

5        A    If it did, I have no idea.

6        Q    Okay.  Did you ever purchase PayCoin on a
7   public exchange like Cryptsy?

8        A    No.

9        Q    Did you ever receive any refunds from GAW
10  Miners for any of the purchases that you made?

11       A    I'm thinking.  I believe I did not, no.

12       Q    Did you ever request that GAW Miners void any
13  transactions after you had made them?

14       A    I don't believe so.

15       Q    Did you ever receive any chargebacks from
16  your credit card companies --

17       A    I did.

18       Q    -- for purchases from GAW Miners?

19       A    I did.

20       Q    How many chargebacks did you receive?

21       A    Let me think.

22       Q    If you can recall.

23       A    Yeah, I'm thinking.  Approximately a hundred
24  thousand dollars.

25            MS. MILLER:  Okay.  If we could turn to

1  A  Okay.
2  Q  -- this is just your row in that spreadsheet.
3  A  Uh-huh.
4  Q  It's a little tricky to read because there
5  are many columns --
6  A  Right.
7  Q  -- but the different pages are just the
8  continuation of the same row.
9     Do you recall submitting this information to
10 Allen Shinners?
11 A  The $311,000 is reasonable based on what I
12 just said, like, it's 300- to 315,000; however, it
13 says refunds or chargebacks, it says "no."  And I
14 don't know if that means from my credit card company
15 because that's not true.  As I just mentioned, I did
16 receive chargebacks from the credit card company.  And
17 there's a statement here which is not accurate, and I
18 don't know if it's referring to GAW Miners refunding
19 us the money because it states we did not receive any
20 refund on our total purchase amount of $311,000.  I
21 don't know if that means from the credit card company
22 or from GAW Miners, LLC --
23 Q  Right --
24 A  -- because that's not a true statement, if it
25 means from the credit card.

1    Q    Because it looks like -- if we look back to
2  Exhibit 285, it looks like you had received at least
3  some of these chargebacks --
4    A    Yes.
5    Q    -- at the time you submitted this
6  information, although not all?
7    A    Correct.
8    Q    But -- but you hadn't taken into account the
9  chargeback information here.  Right?
10   A    Well, I don't understand the statement
11 because it's not an accurate statement.
12   Q    What do you mean by that?
13   A    Well, it says we did not receive any refund.
14 So what I had said is, is it referring to GAW Miners
15 refunding us the money, or am I referring to the
16 credit card company?  Because that statement, if it's
17 referring to the credit card company, is not accurate,
18 so -- because I also submitted my chargebacks from the
19 credit card company when -- disclosing my information.
20   Q    Right.  Okay.  In the -- in the leaf under
21 chargeback column, though, you also said "no," so that
22 more clearly refers to chargebacks.  Right?
23   A    I would say yes.  But like I said, it's
24 not -- I don't remember -- I mean, it's obviously not
25 an accurate statement.

1

2

3

4   STATE OF CALIFORNIA   )
                          ) ss.
5   COUNTY OF LOS ANGELES )

6

7           I, CHERYL ASADA, CSR No. 13496, certify: That
8   the foregoing proceedings were taken before me at the
9   time and place herein set forth; at which time the
10  witness was duly sworn; and that the transcript is a
11  true record of the testimony so given.
12          The dismantling, unsealing, or unbinding
13  of the original transcript will render the
14  reporter's certificate null and void.
15          I further certify that I am not financially
16  interested in the action, and I am not related to any
17  of the parties in this case.
18          Before completion of the deposition,
19  review of the transcript [] was [ x] was not
20  requested.
21          Dated this 5TH day of NOVEMBER, 2019.

22

23          *[signature]*

24          _____
            CHERYL ASADA, CSR 13496
25