# EXHIBIT 3

## Teresa Crivello

**From:** citicards@info3.citibank.com
**Sent:** Friday, May 22, 2015 8:56 AM
**To:** tcrivello@sbcglobal.net
**Subject:** Confirmation of our recent conversation



 Security
Zone:     TERESA CRIVELLO     Member Since: 1995     Account ending in: █ ✖

Dear TERESA CRIVELLO,

Thanks for contacting us about your Citi® / AAdvantage® Platinum Select® Card account. We hope that we met all of your servicing needs. As a reminder, here is what was discussed:

### Your request for a credit balance refund for 69919.20 has been submitted

We'll send you an update on the status of the refund within 7-10 days

If you did not request a change, please contact us at the number on the back of your card or on your billing statement.

## We are working hard to serve you

...and we're always looking for ways to do more. Give us a call or visit us at citicards.com if you have questions or suggestions.

| View Your Account | Pay Your Bill | Contact Us |
| --- | --- | --- |

**Email Security Zone**
At the top of this message, you'll see an Email Security Zone. Its purpose is to help you verify that the email was indeed sent by Citi. If you have questions, please call the customer service phone number on the back of your card. To learn more about online fraud, visit citibank.com and click "Security" at the bottom of the screen.

Privacy | Security

**Email Preferences**
This is a message from Citi Cards. If you'd like to refine the types of email messages you receive, or if you'd prefer to stop receiving

1.

Confidential

Crivello00000125



Citibank, N.A.
Customer Service Center
P.O. Box 6500
Sioux Falls, SD 57117-6500

June 04, 2015

TERESA CRIVELLO

Account ending ████

Dear TERESA CRIVELLO:

Thank you for contacting our Customer Service Team.

A refund in the amount of $6,226.19 has been returned directly to your financial institution as requested.  This amount is less than the original credit balance on your account due to a temporary credit that was issued for an item(s) you disputed.  If the dispute is resolved in your favor, you may request an additional refund at that time.

If you have any questions or are in need of further assistance, please call us at 1-800-950-5114.  If you are outside the United States, Canada, and Puerto Rico, you may call us collect at 1-605-335-2222.  Our telecommunication number for our hearing impaired customers is 1-800-325-2865.

Sincerely,

Your Customer Service Team

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

LW0604B
SDPH376

3430264

Confidential

Crivello00000126

citi

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD  57117-6013

րկերերերակերություններարդերերերերերերարդ

00000472 BB CCC 188 BDPANCNN AM1

July 07, 2015

TERESA CRIVELLO

1355

S107

ACCOUNT NUMBER

Dear TERESA CRIVELLO:

Great News!  This letter is in response to your inquiry about the
transaction made at GAW MINERS*GAW MINERS   EAST LONGME      on 10/13/2014
for $24975.00.

Our investigation is now complete and we are pleased to inform you that the
conditional credit you received for $24975.00 is now permanent.

While you are always welcome to contact our Customer Service Center at
1-866-449-2484, we are also available to provide personalized service
regarding your dispute.  To reach your dispute investigator you may call the
number listed below from Monday through Friday 6:00 AM - 12:00 PM (CST).

Thank you for the opportunity to serve you. Feel free to contact us if you
have any questions.

Sincerely,

Jenese Schwarz
Service Specialist
Phone: 605-373-7812 (We accept collect calls)
Fax: 877-486-3883
billingdisputes@citi.com

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.

/CBRCRSLV/XX/  /  /    /        /D-528717200415/00472



Confidential

Crivello00000127

## Citi®/AAdvantage® Gold Card



citi

TERESA CRIVELLO
Member Since 2006  Account number ending in: ▊
Billing Period: 04/16/15-05/15/15

How to reach us
www.citicards.com
1-866-449-2484
PO BOX 6500 SIOUX FALLS, SD 57117-6500

Minimum payment due:  $0.00
New balance:  -$24,975.00
Payment due date:  06/13/15

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37 and your APRs may be increased up to the variable Penalty APR of 28.99%.

For information about credit counseling services, call 1-877-337-8187.



### Account Summary
| | |
|---|---|
| Previous balance | $0.00 |
| Payments | -$0.00 |
| Credits | -$24,975.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$0.00 |
| **New balance** | **-$24,975.00** |

### Credit Limit
| | |
|---|---|
| Revolving Credit limit | $25,000 |
| Includes $15,000 cash advance limit | |
| Available Revolving credit | $25,000 |
| Includes $15,000 available for cash advances | |

### Save time and money with Citi® Price Rewind

**You Buy, We Track, You Save**

Buy what you want now and let us help you get a lower price later.

Terms Apply

» Visit citipricerewind.com

A new, improved Citi Price Rewind site
- Mobile-friendly
- Easier navigation
- Enhanced view of your price tracking and refunds

FGCNO1061S



### American Airlines AAdvantage® Miles

**AAdvantage® Miles Reported to American Airlines:**

0

» See page 3 for more information about your rewards



P.O. Box 6004
Sioux Falls, SD 57117-6004

Your Statement is Inside

**Credit Balance –**
**No payment is necessary.**

**You currently have a credit balance on your account.**

Please print **Address Changes** on the reverse side

| | |
|---|---|
| Minimum payment due | $0.00 |
| New balance | -$24,975.00 |
| Payment due date | 06/13/15 |

Amount enclosed: $

Account number ending in 1620

9200579971 1 AV 0.381  YW088687 TMN 007472 3055

TERESA CRIVELLO

CITI CARDS
Processing Center
Des Moines, IA 50363-0005



Confidential

Crivello00000128

TERESA CRIVELLO



**American Airlines**
**AAdvantage® Miles**
**Reported:**

0

| | |
|---|---|
| Purchase Miles | -24,975 |
| **Accumulated This Month** | **-24,975** |

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| | | Payments, Credits and Adjustments | |
| | 04/13 | CITIBANK CONDITIONAL CREDIT FOR DISPUTE | -$24,975.00 |

## Fees charged

| | |
|---|---|
| Total fees charged in this billing period | $0.00 |

## Interest charged

| | |
|---|---|
| Total interest charged in this billing period | $0.00 |

### 2015 totals year-to-date

| | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total interest charged in 2015 | $0.00 |

Billing Disputes

| | | |
|---|---|---|
| | THIS IS A CONDITIONAL CREDIT WHILE WE CONTINUE OUR | |
| | INVESTIGATION OF THIS ITEM - ADJUSTMENT MADE BELOW | |
| 10/13 | GAW MINERS*GAW MINERS EAST LONGME | $24975.00 |

### Interest charge calculation

Days in billing cycle: 30

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Balance type | Annual percentage rate (APR) | Balance subject to interest rate | Interest charge |
|---|---|---|---|
| PURCHASES | | | |
| Standard Purch | 13.24% (V) | $0.00 (D) | $0.00 |
| ADVANCES | | | |
| Standard Adv | 19.99% | $0.00 (D) | $0.00 |

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

## Account messages

Support Nepal: Use ThankYou® Points via Pointworthy.com to help earthquake victims or make a donation at www.redcross.org/citigroup-pub

Your account has a credit balance that is owed to you. You may make charges against it if your account is open. We will send you a refund of any remaining balance of $1.00 or more after the balance has been on your account for 90 days or upon request made to the customer service address or phone number above.

You may pay all or part of your account balance at any time. However, you must pay, by the payment due date, at least the minimum payment due.

Our records show home phone 310-831-9706 and business phone 310-833-1927. If incorrect, please update your account online at www.citicards.com or call us at 1-866-449-2484 to let us know.

Please be sure to pay on time. If you submit your payment by mail, we suggest you mail it no later than 06/06/2015 to allow for enough time for regular mail to reach us.

» Visit aa.com/aadvantage
to redeem miles and book flights.

American Airlines reserves the right to change the AAdvantage® program and its terms and conditions at anytime without notice, and to end the AAdvantage® program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage® miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler℠ status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage® program, visit www.aa.com/aadvantage
American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

Confidential



Crivello00000129