# EXHIBIT 5



**To:** Taryn
Company:
Fax: 18886362030
Phone:

**From:** Tracy
Fax:
Phone:
E-mail:

**NOTES:**

**Date and time of transmission:** Friday, July 10, 2015 9:28:42 AM
**Number of pages including this cover sheet:** 03

Fax Server          7/10/2015 9:32:18 AM   PAGE   2/003    Fax Server

**MERCHANT SERVICES**
PO Box 6010
HAGERSTOWN, MD 21741-6010
USA

# CHARGEBACK NOTIFICATION

07/09/2015 (mm/dd/yyyy)

MY IT INDY



Faxed to:

> A financial adjustment has been made to your account as a result of a chargeback initiated by the issuing bank (below). If you wish to contest the chargeback, your response must be:
> **Received No Later Than**
> **07/29/2015** (mm/dd/yyyy)
> We must receive your response by the above due date or we will be unable to reverse this chargeback.

| | |
|---|---|
| Jurisdiction: | Visa USA Domestic |
| Dispute Type: | FIRST CHARGEBACK |
| Reason: | Services Not Provided or Merchandise Not Received |
| Case Number: | 0301518942777 |
| Adjustment Amount: | 2422.58 |

### Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 00000510159230304271 | Credit Card Number: | |
| Transaction Date (mm/dd/yyyy): | 10/13/2014 | Reference Number: | 24412894288980007497872 |
| Transaction Amount: | 2422.58 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | 1 | Custom Data: | SYS/PRIN: 1428/2300 |
| Card Product Type: | Visa Traditional | Transaction Method: | Electronic Commerce |
| Invoice Number: | | POS Entry: | |
| AVS Code: | | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 4816 |
| Reason Code: | 30 / Services Not Provided or Merchandise Not Received | | |

**Case Summary**
This chargeback has been initiated by Citibank, N.A. because the cardholder claims the services or merchandise was not received.

**If you accept this adjustment:** No response or further action is required.
**If you want to contest this adjustment:** The following actions are suggested so that we can assist you and provide the initiating bank with your response as required by the Payment Card Regulations.
**DO NOT ISSUE CREDIT.** The cardholders account has been credited as a result of this chargeback. If you previously issued credit, please provide the date and amount of the credit.

**Required Action:** To refute this chargeback please provide a rebuttal addressing all the Cardholders concerns OR proof you were willing to provide services or merchandise and Cardholder refused services or merchandise OR proof services and merchandise were provided and acknowledged by cardholder.

**Complete the information requested on the back side of this form. Follow all instructions.**

Questions?
Call **Merchant Services** at:
800 672-5008

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

```
Fax Server            7/10/2015 9:32:18 AM   PAGE   3/003    Fax Server
```

**My Merchant Services**

# CHARGEBACK RESPONSE

Date (mm/dd/yyyy): _____

**MERCHANT SERVICES**
PO Box 6010
HAGERSTOWN, MD 21741-6010
USA

**FAX YOUR RESPONSE TO:**
402-933-1525

**Responses must be received by**
**07/29/2015** (mm/dd/yyyy)

**Case Number:** 0301518942777
**Amount:** 2422.58
**Custom Data:** SYS/PRIN: 1428/2300

**Questions?**
Call 800 672-5008

| I am requesting that you reverse the chargeback case referenced above because: |
|---|
|  |

(If additional space is needed please continue on a separate sheet of paper)

**I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper.** I have written the Case Number in the upper right hand corner of every sheet. **(Check all that apply)**

__ Signed and Imprinted Sales Slip      __ Signed Order Form                     __ Signed Rental Agreement
__ Signed proof of Delivery             __ Hotel/Motel Folio                     __ Credit receipts
__ Signed Return or Cancellation Policy __ Documentation of additional cardholder transactions
__ Other Documentation (Please describe)_____

■ **For non face-to-face transactions,** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face-to-face transactions are made at your own risk.

■ **For face-to-face transactions,** the Associations' rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.