EXHIBIT 6

**MERCHANT SERVICES**
PO Box 6010
HAGERSTOWN, MD 21741-6010
USA

# Merchant Information Request

**\*\*\*TIME SENSITIVE DOCUMENT\*\*\***
**\*\*\*IMMEDIATE RESPONSE REQUIRED\*\*\***

08/18/2015 (mm/dd/yyyy)

MY IT INDY

███████████████████████

Faxed to:

| A dispute has been initiated by the issuing bank (below). If you wish to contest the dispute, your response must be: |
|---|
| **Received No Later Than** |
| **09/01/2015** (mm/dd/yyyy) |
| Failure to respond by the requested due date with a valid remedy may result in a fatal financial adjustment to your account. |

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Services Not Provided or Merchandise Not Received |
| **Case Number:** | 615225037601 |
| **Adjustment Amount:** | 747.50 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 00000510159230304271 | Credit Card Number: | ███████████ |
| Transaction Date (mm/dd/yyyy): | 10/30/2014 | Reference Number: | 24412894303980007497832 |
| Transaction Amount: | 747.50 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1428/2300 |
| Card Product Type: | Visa Traditional | Transaction Method: | Electronic Commerce |
| Invoice Number: | | POS Entry: | |
| AVS Code: | | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 4816 |
| Reason Code: | 30 / Services Not Provided or Merchandise Not Received | | |

**Case Summary**
A dispute has been initiated by Citibank, N.A. because the cardholder claims the services or merchandise was not received.

**Comments:** We acknowledge receving your reponse CH was order merchandise on 2014 and expected delivery is on 03/13/15 and did not receive merchandise. To refute this charge provide a detailed rebuttal addressing all of the cardholder claims, provide all supporting documentation to defend this dispute. Provide proof the cardholder received the merchandise by the agreed upon date.

### Complete the information requested on the back side of this form. Follow all instructions.

Fax your response to:  402-933-1525

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

08/18/15  IDS000   0000740

Confidential                                                      Grimes00000006

**My Merchant Services**

# DISPUTE RESPONSE

Date (mm/dd/yyyy): _____

**MERCHANT SERVICES**
PO Box 6010
HAGERSTOWN, MD 21741-6010
USA

```
FAX YOUR RESPONSE TO:
402-933-1525

Responses must be received by
09/01/2015 (mm/dd/yyyy)
```

| | |
|---|---|
| **Case Number:** | 615225037601 |
| **Amount:** | 747.50 |
| **Custom Data:** | SYS/PRIN: 1428/2300 |

**Questions?**
Call 800 672-5008

I am requesting that you reverse the dispute case referenced above because:

_(If additional space is needed please continue on a separate sheet of paper)_

**I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the Case Number in the upper right hand corner of every sheet. (Check all that apply)**

___ Signed and Imprinted Sales Slip       ___ Signed Order Form             ___ Signed Rental Agreement
___ Signed proof of Delivery              ___ Hotel/Motel Folio             ___ Credit receipts
___ Signed Return or Cancellation Policy  ___ Documentation of additional cardholder transactions
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Associations' rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO:** 402-933-1525
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

08/18/15  IDS000   0000740

Confidential                                                                Grimes00000007

## Exhibit 2E-6

## Issuer Chargeback Form—Non-Receipt Goods/Services

| Member Information | |
|---|---|
| To BIN: 441289 | From BIN: 412800 |
| Chargeback Reference Number:          (if used) | |

| Cardholder Information | |
|---|---|
| Account Number: ▮▮▮▮▮▮ | Cardholder Name (optional): CRAIG J CARTER |

| Transaction Information | | |
|---|---|---|
| Acquirer Reference Number:<br>24412894303980007497832 | MCC: 4816 | Transaction ID:<br>164303190691296<br>(Required for domestic use in CPS countries only) |
| Merchant Name: HOOSIER MAC ▮▮▮▮ N | | |
| Transaction Date (MMDDYY): 10/30/2014 | Merchant Location: IN | |
| Transaction Amount: $747.50<br>(In Billing Currency) | Processing Date (MMDDYY): 10/31/2014 | |
| | Dispute Amount: $747.50<br>(If different from Transaction Amount) | |

| Chargeback Reason Code |
|---|
| Check the reason code and provide all information that applies |

☒ **30 – Services No Provided or Merchandise Not Received**
  ☐ Merchant Unwilling or unable to provide service(s)
  ☐ Date services were to be provided (if applicable):          (MMDDYY)
  ☒ Cardholder attempted to resolve with Merchant or Merchant's liquidator
  ☒ Merchandise or ticket not received by agreed date (MMDDYY, if applicable): 03/13/15
  ☐ Merchandise or ticket not received at agreed location (specify, if applicable):
  ☒ Issuer certifies that Cardholder attempted to resolve with Merchant


☐ **90 – Non-Receipt of Cash or Load Transaction Value at ATM or Load Device**
  ☐ Cash or Load Value not received
  ☐ Partial cash or Load Value received (Amount received):

| Member Contact Information | |
|---|---|
| Contact Name: LB33667 | Telephone Number: 423-467-6505 |
| Fax Number: 1-866-799-4758<br>(Please include the country and city code with the telephone and fax numbers, if appropriate and if known.) | E-Mail Address:          (optional) |

**Additional Information** (Use an additional sheet if necessary)

This transaction was for  machines called hashlets. The merchant originally stated the equipment for this transaction would be shipped as soon as possible due to its size. The CM was still expecting the equipment as of 3/13/2015 to be shipped. The cm had been in contact with the merchant up until 3/13/2015 awaiting shipping date. The cm tried again on 3/13/2015 to reach the merchant to inquire on shipping and learned that the company phone numbers were disconnected and the website was no

Confidential                                                                                                   Grimes00000008

---------------------------------------------

From: Burger, Latisha Kay [GCB-OT]
Sent: Wednesday, July 01, 2015 1:45:26 PM
To: PaperWAH
Subject: RUSH PDOC D-559279180515 CRAIG J CARTER
Auto forwarded by a Rule
Merchant Acquirer Please Note:
The attached email came through the Citibank Secured email environment from the customer and was
forwarded to the Citibank Dispute area from our Customer Service Unit

file://C:\Image\AM\AM  WordToTiff\temp\15182JC0100C859  EMAILBODY  1.HTM          7/1/2015

Confidential

Grimes00000009

**Cardholder Contact Information**

Name

Cardholder did not release contact information.

08/18/15 IDS000  0000740

Confidential

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1378322440

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ▮▮▮▮▮▮ | Tran Type: | Sale | Issuer: | CITIBANK, NATIONAL |
| Network: | VISA | Tran Date: | 10/30/14 | | ASSOCIATION - CON- |
| Tran ID: | 164303190691296 | Processing Date: | 10/31/14 | | SUMER |
| ARN: | 2-441289-4303-98000749783-2 | Tran Amount: | 747.50 USD | CH Name: | |
| Retrievel Ref. #: | 430322980007 | Jurisdiction: | DOMESTIC-US | Acquirer: | WELLS FARGO BANK, |
| | | | | | NATIONAL ASSOCIA- |
| | | | | | TION |
| | | | | Merchant: | HOOSIER MAC |
| | | | | Location: | ▮▮▮▮▮ IN |
| Acqr BID: | 10000056 | Spec Cond: | | MCC: | 4816 |
| Reimb Attr: | A | MOTO/ECI: | 1 | Network ID: | VISA |
| Action: | Chargeback | | | | |

### Dispute Information

| | |
|---|---|
| Dispute Group | 6 - Non-Receipt Goods/Services |
| Dispute Reason | 30 - Services not Provided or Merchandise Not Received |
| Dispute Amount | 747.50 USD   Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

What was purchased?

### Attempt To Resolve

Did the cardholder attempt to resolve with the merchant?

### Questionnaire Notes and Documents

Comments

**Documents**
Other                                                B/W

**Chargeback Reference Number**
322440

08/18/15  TPS000  0000760

Confidential                                                Grimes00000011

Visa Resolve Online

### Pre-Arb Questionnaire: ROL Case Number - 1378322440

**Transaction Information**

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | ████████ | Tran Type: | Sale | Issuer: | CITIBANK, NATIONAL AS-SOCIATION · |
| Network: | VISA | Tran Date: | 10/30/14 | | |
| Tran ID: | 164303190691296 | Processing Date: | 10/30/14 | CH Name: | |
| ARN: | 2-441289-4303-98000749783-2 | Tran Amount: | 747.50 USD | Acquirer: | WELLS FARGO BANK, NA-TIONAL ASSOC |
| Retrieval Ref #: | 430322980007 | Jurisdiction: | DOMESTIC-US | | |
| | | | | Merchant: | HOOSIER MAC |
| | | | | Location: | ████████ , IN |

**Case History Summary**

| Event | CPD | Dispute Amount | Reason Code |
|---|---|---|---|
| Chargeback: | 07/07/15 | 747.50 USD | 30 - Services not Provided or Merchandise Not Received |
| Representment: | 07/22/15 | 747.50 USD | 30 - Services not Provided or Merchandise Not Received |

**Days Between Events**

| | | | |
|---|---|---|---|
| RFC CPD From Tran CPD | N/A | Repre CPD from CB CPD | 15 |
| RFC Response CPD From RFC CPD | N/A | Pre-Arb Date from Repre CPD | 21 |
| CB CPD From Tran CPD | 250 | | |
| CB CPD From RFC CPD | N/A | | |
| CB CPD From RFC Response CPD | N/A | | |

**Issuer's Pre-Arbitration Information**

| | |
|---|---|
| Dispute Amount: | 747.50 USD |
| Why are you initiating Pre-Arbitration? | |
| Our cardholder continues to dispute this charge. Please issue credit and advise. Thank you | |
| Days Given to Respond: 30 | Last Day to Respond: 09/11/15  (Based on Pacific Time) |

| | |
|---|---|
| Are you changing your Reason Code? | No |
| Are you providing new information? | Yes |
| Summary of New Information: | Our cardholder continues to dispute this charge. Please issue credit and advise. Thank you |

☑ Issuer certifies that they have attempted to contact the cardholder with the compelling evidence presented for this transaction which they continue to dispute.

Explain your attempt to resolve with the cardholder:

Confidential

Grimes00000012

longer functioning. The cm patiently waited and was working with the merchant, however as of 3/13/2015 it appears the merchant has gone out of business and no merchandise was shipped or delivered as promised to the cm.

By completing this form, you assert that the Information Included is accurate to the best of your knowledge.

*Refer to the *Visa International Operating Regulations for* complete Chargeback requirements.

15 April 2013

Notice: This information is proprietary and CONFIDENTIAL to Visa. It is distributed to Visa participants for use exclusively in managing their Visa programs. It must not be duplicated, published, distributed or disclosed, in whole or in part, to merchants, cardholders or any other person without prior permission from Visa. © 2013 Visa. All Rights Reserved.