# EXHIBIT 8

# Citi Simplicity® Card 

# 2014 Annual Account Summary

**Account Number Ending In: 3780**

How to Reach Us
www.citicards.com
1-866-696-5673
BOX 6500 SIOUX FALLS, SD 57117

page 1 of 2

## 2014 Purchases by Top Categories



- Merchandise
- Services

## What's In Which Category?

**AIR TRAVEL:** Airline tickets and other airline services.

**AUTO RENTAL:** Auto rental, truck leasing, trailer rental, motor home and RV rentals.

**CASH TRANSACTIONS:** Includes cash advances, ATM withdrawals and cash fees.

**ENTERTAINMENT:** Recreational, amusement and cultural services and events, such as concerts, movies, museums, athletic clubs, golf and sporting events.

**HEALTH CARE:** Medical services provided by hospitals, clinics, nursing facilities, laboratories and pharmacies.

**LODGING:** Transactions at hotels, resorts, camps, etc. including charges billed to rooms such as meals, dry cleaning and pay television. May also include hotel restaurant charges.

**MERCHANDISE:** Purchases made in any store whether in person, by phone, Internet or mail.

**MISCELLANEOUS:** Charges not categorized elsewhere including any fees associated with your account.

**ORGANIZATIONS:** Charitable, political, civic, religious, fraternal, educational, automobile organizations and more.

**OTHER TRAVEL:** Taxis, bus lines, railroads, tolls, travel agencies and more.

**RESTAURANTS:** All types of food and beverage establishments, including caterers, restaurants, bars and nightclubs.

**SERVICES:** Various services not listed elsewhere such as shipping, financial, cable, utilities, beauty, dry cleaning and online services.

**VEHICLE SERVICES:** Vehicle purchases, servicing, parts, including fuel and parking.

## 2014 Charges by Month

| Month | Amount |
|---|---|
| January | ■ |
| February | ■ |
| March | ■ |
| April | ■ |
| May | ■ |
| June | ■ |
| July | ■ |
| August | ■ |
| September | ■ |
| October | ■ |
| November | ■ |
| December | ■ |
| **TOTAL** | ■ |

## 2014 Charges by Category

| Category | Amount |
|---|---|
| Air Travel | ■ |
| Auto Rental | ■ |
| Cash Transactions | ■ |
| Entertainment | ■ |
| Health Care | ■ |
| Lodging | ■ |
| Merchandise | ■ |
| Miscellaneous | ■ |
| Organizations | ■ |
| Other Travel | ■ |
| Restaurants | ■ |
| Services | ■ |
| Vehicle Services | ■ |
| **TOTAL** | ■ |

CONFIDENTIAL

GAW00362383

©2014 Citibank, N.A.
Citi, Citibank, Citi Simplicity and Citi with Arc Design are registered service marks of Citigroup Inc.

## 2014 Transactions and Monthly Totals by Category

for account number ending in 3780

| Date | Description | | Amount | Tax Item | Monthly Totals |
|---|---|---|---:|---|---|
| **Merchandise** | | | | | |
| 05/06 | ███ | ███ | ███ | | May |
| 05/06 | ███ | ███ | ███ | | Jun |
| 05/06 | ███ | ███ | ███ | | Jul |
| 05/06 | ███ | ███ | ███ | | Aug |
| 05/07 | ███ | ███ | ███ | | Sep |
| 06/13 | ███ | ███ | ███ | | Nov |
| 06/18 | ███ | ███ | ███ | | |
| 06/20 | ███ | ███ | ███ | | |
| 07/04 | ███ | ███ | ███ | | |
| 07/04 | ███ | ███ | ███ | | |
| 07/10 | ███ | ███ | ███ | | |
| 07/13 | ███ | ███ | ███ | | |
| 07/13 | ███ | ███ | ███ | | |
| 07/28 | ███ | ███ | ███ | | |
| 07/28 | ███ | ███ | ███ | | |
| 07/28 | GAW MINERS | 860-268-4137 MA | 156.68 | | |
| 08/03 | ███ | ███ | ███ | | |
| 08/17 | GAW MINERS | 866-554-5861 MA | 399.99 | | |
| 08/17 | GAW MINERS | 866-554-5861 MA | 499.95 | | |
| 08/20 | GAW MINERS | 866-554-5861 MA | 1,599.99 | | |
| 08/25 | GAW MINERS | 866-554-5861 MA | 999.99 | | |
| 08/26 | GAW MINERS | 866-554-5861 MA | 3,979.98 | | |
| 09/30 | ███ | ███ | ███ | | |
| 11/04 | ███ | ███ | ███ | | |
| **Services** | | | | | |
| 05/06 | ███ | ███ | ███ | | May |
| 05/06 | ███ | ███ | ███ | | Jun |
| 06/09 | GAW LABS | 888-978-4143 MA | 4,439.95 | | Jul |
| 07/01 | GAW LABS | 8889784143 MA | -500.00 | | |
| 07/19 | GAW LABS | 888-978-4143 MA | 159.85 | | |
| 07/23 | GAW LABS | 8889784143 MA | -3,939.95 | | |

**Account Total** ███

End of statement.

CONFIDENTIAL

GAW00362384