# EXHIBIT 9

Citi(R) Cards
P.O. Box 6013
Sioux Falls, SD 57117-6013

May 15, 2015

CYNTHIA F KILEY                                                    ACCOUNT NUMBER


Dear CYNTHIA F KILEY:

Thank you for contacting our Customer Service Center.  This letter is regarding your inquiry about the transaction dated 01/06/2015 in the amount of $6693.30 made at GAW MINERS 8665545861 MA with account number _____.

Please assist us with this investigation for $6693.30 by promptly reviewing, completing, and returning the following information within 10 days of your receipt of this letter.  If we do not receive your response, we will consider this matter resolved and close our investigation.

An important first step of this process is your attempt to contact the merchant, return any merchandise, and then complete the following:

"I was not satisfied with (CIRCLE ONE) goods/services purchased from this merchant for $_____.  I returned the merchandise or cancelled the service on ___/___/___ (date).  I attempted to resolve this matter with the merchant on ___/___/___ (date)."

In addition, please provide the following information so that we may process your inquiry:

o    On a separate page, provide a detailed explanation of your dispute, including details of why you are not satisfied with the goods or services provided. Please describe exactly what you were promised compared to what was provided.

o    Any copies of documentation supporting your dispute such as itemized work orders (detailing parts and labor), sales vouchers, bids for service and repair estimates.  In situations involving work that was duplicated by another merchant, please provide copies of documentation supporting the duplicate work.

o    An estimate or other documentation from a similar merchant indicating the work performed by the original merchant was incorrectly or unnecessarily performed.

o    If applicable, a copy of your lawsuit against the merchant and copy of the judgment from the courts showing the case was ruled in your favor.

o    If applicable, a copy of the state or local law which supports your claim against this merchant.

o    The merchant's response to your attempt to resolve this matter or the reason you were unable to contact the merchant.

Cardmember Signature _____ Date _____

We will be able to assist you in resolving this inquiry once we receive the requested information.  Please respond within the next 10 days to: P.O. Box 6013, Sioux Falls, SD 57117-6013.



CONFIDENTIAL                                                          GAW00365049

While you are always welcome to contact our Customer Service Center at 1-800-823-4086, we are also available to provide personalized service regarding your dispute. To reach your dispute investigator you may call the number listed below from Monday to Thursday 8:00 A.M. to 5:30 P.M. and Friday 8:00 A.M. to 12:00 P.M. (CST).

Sincerely,


Tim
Service Specialist
Phone: 605-731-3787 (We accept collect calls)
Fax: 877-486-3883
billingdisputes@citi.com

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE.
/NADCLMD/L0/SD/PH/UP/0031//D-525331150515/

CONFIDENTIAL

GAW00365050

The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act.  The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection,1700 G Street NW.,Washington, DC 20006.

The creditor is Citibank, N.A., 701 E. 60th St. N., Sioux Falls, SD 57104.  Please direct any questions to the return address on the reverse side of this letter.

CONFIDENTIAL

GAW00365051

CITIBANK
CUSTOMER SERVICE
PO Box 6013
Sioux Falls SD 57117-6013

CONFIDENTIAL                                                                 GAW00365052