# EXHIBIT 10



Citibank, N.A.
Security Services
P.O. Box 6063
Sioux Falls, SD 57117-6063

September 30, 2015

JOHN L TUBEROSI

*ELAINE*
*866-442-7479*

Account ending 8537

Dear JOHN L TUBEROSI:

This letter is regarding your Citibank account.

Our investigation found that the disputed charges are not related to a lost, stolen, or counterfeit credit card.

When you provided your credit card number to GAW Miners to purchase Hashlets, you accepted responsibility for the charges. These charges were not unauthorized; therefore, credit will not be issued.

This is not a matter of fraud; however, if you have not received the services from the merchant or have cancelled the service, please contact our Billing Dispute Center at 1-877-601-8029. They may be able to assist you.

We appreciate the opportunity to assist you.

Sincerely,

Your Security Operations Service Team

FEDERAL REGULATIONS REQUIRE THE STATEMENT PRINTED ON THE REVERSE SIDE

PG0929A
SDCSQTC

3605225

Confidential
Tuberosi00000107