# EXHIBIT 11



# PNC BANK

If you don't already have online access to account maintenance features, please call 1-877-459-9801 and establish an Account View Program Administrator User ID today.

**Business Card**

| | |
|---|---|
| Account # | 8995 |
| Statement closing date | 04/29/15 |
| New balance | |
| Minimum payment | |
| Due date | 05/25/15 |

**Questions?**
pnc.com/accountview
1-800-474-2101  24 hours a day, 7 days a week

## Your account summary

| | |
|---|---|
| Previous balance | |
| Payment received on 04/23/15 - thank you | |
| Purchases | |
| Credits | $997.50 |
| Cash advances | $0.00 |
| Late and overlimit fees | $0.00 |
| Finance charges | |
| **New balance** | |
| Minimum payment | |
| Due date | 05/25/15 |

| | |
|---|---|
| Total credit limit | $23,500.00 |
| Total available credit | |
| Cash advance available credit | |

*[handwritten: Gross Credit $997.50]*

## Your transactions

*[stamp: COMPLETED]*

| TRANS DATE | POST DATE | REFERENCE NUMBER | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| 04/15 | 04/15 | 000000000000DSINT | *FINANCE CHG* DISPUTE ADJ PURCHASES | $11.06- |
| 04/17 | 04/17 | F5625003B000Q5594 | ADJUSTMENT-PURCHASES | 997.50- |
| 04/23 | 04/23 | 74436033J9YJ2V0NN | BRANCH PAYMENT*THANK YOU WILMINGTON  DE | 500.00- |
| 04/26 | 04/26 | 24906413L0EBFQ2Y5 | LegalZoom Advantage Plan 888-3100151  CA<br>MCC: 8111   MERCHANT ZIP: 91203 | 29.99 |

5170  0001 HXH     002   7  20  150429  0      PAGE 1 of 3       1 0  5625  0300  TC08  0A5170CC        51933

# BankAmericard Rewards

## Visa Signature®

DEAN A SHINNERS
Account Number: ############0651
March 20 - April 19, 2015

*Handwritten: 650.00 avg*

### Account Information:
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

**Customer Service:**
1.800.421.2110

(1.800.346.3178 TTY)

### Payment Information

New Balance Total .................................................. [redacted]
Current Payment Due ............................................. 
Total Minimum Payment Due .................................. [redacted]
Payment Due Date ........................................... 5/16/15

**Late Payment Warning:** If we do not receive your Total Minimum Payment by the date listed above, you may have to pay a late fee of up to **$35.00** and your APRs may be increased up to the Penalty APR of **29.99%**.

**Total Minimum Payment Warning:** If you make only the Total Minimum Payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the Total Minimum Payment | 30 years | [redacted] |
| [redacted] | 36 months | [redacted] |

If you would like information about credit counseling services, call 1-866-300-5238.

### Account Summary

Previous Balance ............................... [redacted]
Payments and Other Credits ........... –3,192.79
Purchases and Adjustments .................. 0.00
Fees Charged .......................................... 0.00
Interest Charged .................................. [redacted]

New Balance Total .............................. [redacted]

Total Credit Line ......................... $36,400.00
Total Credit Available ..................... [redacted]
Cash Credit Line ........................ $11,900.00
Portion of Credit Available
for Cash .................................... $11,900.00
Statement Closing Date ................ 4/19/15
Days in Billing Cycle ............................... 31

*COMPLETED*

*Handwritten: GAW Credit $2270.50*

## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 10/02 | 04/15 | BAL ADJ/GAW MINERS | 2721 | 0651 | –523.75 | |
| 10/14 | 04/15 | BAL ADJ/GAW MINERS | 1001 | 0651 | –749.25 | |
| 10/18 | 04/15 | | | | | |
| 10/18 | 04/15 | | | | | |
| 11/17 | 04/15 | | | | | |

continued on next page...

Please review your enclosed annual "Billing Rights" and "Privacy Notice" information for your account. You can also review this information online if you have registered your account in Online Banking.

CONFIDENTIAL

GAW01075692





americard Rewards® Bank of America

Signature®

■■■■■■■■ 0651
March 20 - April 19, 2015
Page 3 of 6

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Payments and Other Credits** | | | | |
| 12/08 | 04/15 | BAL ADJ/GAW MINERS | 2648 | 0651 | −997.50 | |
| 04/08 | 04/16 | PAYMENT - NET ACCESS | 0893 | 0651 | −800.00 | |
| | | | | | | −$3,192.79 |
| | | **Interest Charged** | | | | |
| 04/19 | 04/19 | | | | | |
| 04/19 | 04/19 | INTEREST CHARGED ON BALANCE TRANSFERS | | 0651 | 0.00 | |
| 04/19 | 04/19 | INTEREST CHARGED ON DIR DEP&CHK CASHADV | | 0651 | 0.00 | |
| 04/19 | 04/19 | INTEREST CHARGED ON BANK CASH ADVANCES | | 0651 | 0.00 | |

| 2015 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2015 | $0.00 |

## Important Messages

Please review your enclosed annual "Billing Rights" and "Privacy Notice" information for your account. You can also review this information online if you have registered your account in Online Banking.

CONFIDENTIAL                                                                                         GAW01075693

