# EXHIBIT 12

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                       OF CONNECTICUT

 3
    DENIS MARC AUDET, MICHAEL     )
 4  PFEIFER, DEAN ALLEN SHINNERS, )
    and JASON VARGAS, Individually)  Case No. 3:16-cv-00940
 5  and on Behalf of All Others   )
    Similarly Situated,           )
 6                                )
                                  )
 7          Plaintiffs,           )
                                  )
 8       vs.                      )
                                  )
 9  STUART A. FRASER, GAW MINERS, )
    LLC, AND ZENMIER, LLC (d/b/a  )
10  ZEN CLOUD),                   )
                                  )
11                                )
            Defendants.           )
12                                )
    _____)
13

14

15

16

17        VIDEOTAPED DEPOSITION OF JOHN TUBEROSI

18              San Pedro, California

19           Wednesday, October 23, 2019

20

21

22

23  Stenographically Reported By:

24  Cheryl Asada, CSR 13496

25  Job No. 170505
```

```
 1    converted to PayCoin.  What did you do with the
 2    PayCoin at that point?
 3         A    I moved it into my own wallet.  Some of --
 4    most of it.
 5         Q    And where was your own wallet?
 6         A    On my own computer.
 7         Q    Did you ever sell any of that PayCoin?
 8         A    Did I ever sell any PayCoin?  I believe I
 9    sold some.
10         Q    Where did you sell it?
11         A    Cryptsy exchange.
12         Q    Any other exchanges?
13         A    Did GAW have an exchange of their own?  Maybe
14    on -- on GAW's exchange.
15         Q    Uh-huh.  Does Paybase sound familiar?
16         A    Paybase, was that -- was that their exchange?
17         Q    I'm actually not sure what exactly you could
18    do on Paybase, but -- but do you recall there being an
19    exchange through GAW Miners on Paybase?
20         A    Yes.
21         Q    Okay.  So you sold some PayCoin on Cryptsy
22    and possibly some on Paybase.  Is that right?
23         A    Possibly on Paybase.
24         Q    Okay.  Do you remember how much PayCoin you
25    sold on Cryptsy?
```

1    A    Not enough.

2    Q    Do you have any sense of a number of PayCoin?

3    A    Maybe two percent of my holdings.

4    Q    Okay.  Do you remember when you sold PayCoin
5  on Cryptsy?

6    A    Before they got hacked and -- and went
7  offline?

8    Q    Cryptsy got hacked and went offline?

9    A    Yeah.

10    Q    Do you know when that was?

11    A    I'm going to guesstimate January,
12  February 2015.

13    Q    Okay.  Did you ever use PayCoin to purchase
14  anything?

15    A    No, not that I recall.

16    Q    Did you ever trade PayCoin for any other
17  currency?

18    A    Not that I recall.

19    Q    Aside from -- okay.  Do you know if you still
20  own PayCoin today?

21    A    No, I don't own any PayCoin today.

22    Q    What happened to the PayCoin that you didn't
23  sell?

24    A    It was converted into another coin
25  eventually.

1    Q    Does the reseller program sound familiar at
2   all?
3    A    I -- I remember there being resellers, yes.
4   I -- I do remember that.
5    Q    Do you remember what resellers were?
6    A    People who resold hashlets and stakers and
7   stuff.
8    Q    <u>Were you a reseller?</u>
9    A    <u>Not that -- not that I -- I am aware of.</u>
10   Q    Were you an affiliate?
11   A    Not that I'm aware of.
12        MS. MILLER:  All right.  Let's get the
13  exhibit titled Tuberosi 7, which we'll mark as
14  Exhibit 276.  That -- that document has the Bates
15  number GAW00666547.
16        (Exhibit 276 was marked for
17         identification by the shorthand
18         reporter.)
19  BY MS. MILLER:
20   Q    Mr. Tuberosi, can you see that document now?
21   A    I do see it.
22   Q    Do you see the subject line where it says
23  "reseller commission"?
24   A    I do see a line that says "John Tuberosi
25  commission."

Case 3:16-cv-00940-MPS  Document 191-14  Filed 01/22/20  Page 6 of 11

Page 52

```
 1   received in commissions in total --
 2        A    I have --
 3        Q    -- from GAW Miners?
 4        A    I have no idea.
 5        Q    Okay.  Did you ever sell hashlets directly to
 6   other customers?
 7        A    No.
 8        Q    Aside from using the secondary market?
 9        A    Repeat the question, please.
10        Q    Aside from using the secondary market that
11   GAW Miners had set up, did you ever sell hashlets to
12   other customers?
13        A    Can you repeat the question one more time,
14   please?
15        Q    Sure.
16             Aside from using the secondary market that
17   GAW Miners had set up, did you ever sell hashlets to
18   other customers?
19        A    No.
20        Q    When you referred a customer to GAW Miners,
21   how did GAW Miners know that that customer had been
22   referred by you?
23        A    I -- I would let them know I'm sending them a
24   new customer.
25        Q    Sorry, can you repeat that?
```

TSG Reporting - Worldwide - 877-702-9580

1      A     I would let GAW Miners know that I'm sending
2   them a new customer.
3      Q     And you would do that by e-mailing Carlos
4   Garza?
5      A     Either e-mail or phone.
6      Q     Do you know how the customers you referred
7   typically paid for their purchases?
8      A     Can you repeat that question, please?
9      Q     Do you know how the customers you referred
10  typically paid for their purchases from GAW Miners?
11     A     I have no idea.
12     Q     Did they pay through you?
13     A     I -- I have no idea how they paid.
14     Q     Did you ever receive payment on behalf of any
15  of your customers?
16     A     No.
17     Q     Did you ever transmit payment information on
18  behalf of any of your customers?  And by "your
19  customers," I mean the customers you referred to GAW
20  Miners.
21     A     I may have.
22     Q     What kind of payment information do you
23  recall transmitting?
24     A     Credit card numbers.
25     Q     Was there any advantage to the customer to

1            That's you.  Right?
2      A    That's correct.
3      Q    And then, "You" -- Johnny Tuberosi -- "will
4  make payments and e-mail me the order number."  Is
5  that right?
6      A    That's what it says.
7      Q    And then Carlos will confirm payments and the
8  order number and send codes to
9  johnnytuberosi@hotmail.com?
10     A    That's what it says, but that's not how it
11 actually happened.
12     Q    Is that -- how did it happen?
13     A    Well, I would give him the customer's name,
14 their desired amount of primes that they want, how
15 they wanted it broken down, their e-mail.  I would
16 send that information to Carlos, he would send me a
17 link, then I would e-mail the link to the person --
18 the person making the purchase, and they would
19 complete their purchase.  And once the purchase was
20 complete, I would get a code for that person and give
21 them the code after Carlos confirmed payment.
22     Q    So the customer would make the purchase, but
23 you would receive the code.  Is that right?
24     A    I would receive the e-mail link for the
25 purchase and then the codes, yes.

Page 63

1  document titled Tuberosi 12.  Let's mark that as
2  Exhibit 278.  That document has the Bates number
3  GAW00626313.
4         (Exhibit 278 was marked for
5         identification by the shorthand
6         reporter.)
7  BY MS. MILLER:
8      Q    Mr. Tuberosi, do you recall if Lawrence
9  Hughes was a customer of yours or someone you referred
10 to GAW Miners?
11     A    Can you repeat the question, please?
12     Q    <u>Do you recall if Lawrence Hughes was a</u>
13 <u>customer of yours or someone you referred to GAW</u>
14 <u>Miners?</u>
15     A    <u>No.  Lawrence Hughes was a customer of GAW</u>
16 <u>Miners be- -- before this e-mail transpired.</u>
17     Q    So why did Lawrence Hughes forward his GAW
18 Miners confirmation number for Order Number 59087 to
19 you on November 1st, 2014?
20     A    Because -- because GAW Miners was filtering
21 who they would sell to.  Only certain people would be
22 able to buy at certain times, and Lawrence knew I had
23 access to purchase through GAW when he didn't.
24         THE COURT REPORTER:  "He didn't"?
25 ///

Page 65

1   placing -- sorry, withdrawn.
2          How did you place the order for him?
3      A   Possibly with the same format from the last
4   e-mail.
5      Q   So you e-mailed Carlos Garza with a request
6   to purchase -- looks like hashlet primes for Lawrence
7   Hughes, and then Lawrence Hughes received this
8   confirmation e-mail?
9      A   That's what it looks like.
10     Q   I just want to make sure I understand this
11  transaction. So did you transmit Lawrence Hughes'
12  credit card number to Carlos Garza to make this
13  purchase --
14     A   I have no --
15     Q   -- for Lawrence Hughes?
16     A   I have no idea how this transaction
17  transpired. Not one idea.
18     Q   Okay. Do you know why in the top e-mail you
19  wrote, "Two, three so far"?
20     A   There might have been three orders that day.
21  I'm guessing.
22     Q   Were -- okay. Okay. Do you know why you
23  were able to make a purchase when Lawrence Hughes was
24  not able to make a purchase?
25     A   I'll say it again. GAW Miners filtered who

1

2

3

4   STATE OF CALIFORNIA    )
                           ) ss.
5   COUNTY OF LOS ANGELES  )

6

7         I, CHERYL ASADA, CSR No. 13496, certify: That

8   the foregoing proceedings were taken before me at the

9   time and place herein set forth; at which time the

10  witness was duly sworn; and that the transcript is a

11  true record of the testimony so given.

12        The dismantling, unsealing, or unbinding

13  of the original transcript will render the

14  reporter's certificate null and void.

15        I further certify that I am not financially

16  interested in the action, and I am not related to any

17  of the parties in this case.

18        Before completion of the deposition,

19  review of the transcript [] was [ x] was not

20  requested.

21        Dated this 5TH day of NOVEMBER, 2019.

22

23        *[signature]*

24        _____
          CHERYL ASADA, CSR 13496
25