# EXHIBIT 13

Page 1

1                      L.D. Hughes

2   UNITED STATES DISTRICT COURT

3   OF CONNECTICUT

4   -------------------------------x

5   DENIS MARC AUDET, et al.,

6             Plaintiffs,          Case No.

7        v.                        3:16-cv-00940

8   STUART A. FRASER, et al.,

9             Defendants.

10  -------------------------------x

11

12

13    VIDEOTAPED DEPOSITION OF LAWRENCE DAVID HUGHES

14                 Cincinnati, Ohio

15              Tuesday, November 5, 2019

16

17  Reported by:

18  DEBORAH C. FUREY, RPR, CLR, CRI

19  JOB NO. 171537

20

21

22

23

24

25

1                    L.D. Hughes

2    It's been five years.

3         Q.    Fair.  Was there a code that Carlos

4    Garza would send, that you copy/pasted into

5    another site to activate the Hashlets?

6         A.    I can't remember how it happened.  It's

7    been so long.

8         Q.    Okay.  Did you always purchase through

9    Carlos Garza in the way you described earlier or

10   did you sometimes purchase some other way?

11        A.    Through their website.

12        Q.    But always through Carlos Garza or no?

13        A.    And you mean John.

14        Q.    John Tuberosi?

15        A.    Yes.

16        Q.    How did you purchase through John

17   Tuberosi?

18        A.    The same way with Carlos.  I would call

19   him, give him my information, and they would

20   e-mail me the code.

21        Q.    So John Tuberosi would e-mail you the

22   code when you purchased through John?

23        A.    I don't know if Carlos and John actually

24   created those.  I know that came from GAW after --

25   and that's where the receipt came from.

Page 25

1                    L.D. Hughes

2       Q.    If you could turn back for a second to
3    Exhibit 317, which was Hughes 7.
4              Here again, it says, "Amount of
5    Hashpoints mined, converted to Paycoin," and then
6    next to that field there's a number listed,
7    258,000.
8              Does that refresh your memory?
9       A.    Okay.  There it says how the algorithm
10   works.  You would mine the Hashpoints and then
11   convert them to Paycoin.
12      Q.    And so did you convert 258,000
13   Hashpoints to Paycoin?
14      A.    If that's what's reflected on the
15   document, then yes.
16      Q.    Okay.  Did you ever purchase Paycoin on
17   any exchange?
18      A.    I don't recall being on an exchange, and
19   if so, it would have been in my documents I
20   provided, but I don't recall that.
21      Q.    Okay.  Do you recall ever selling any
22   Paycoins?
23      A.    I believe I held all mine, to the best
24   of my recollection.
25      Q.    So you never sold any Paycoin?

1                    L.D. Hughes

2    CERTIFICATE

3    STATE OF OHIO       )

4                        )ss:

5    COUNTY OF HAMILTON)

6              I, Deborah C. Furey, Registered

7    Reporter, Certified LiveNote Reporter, and Notary

8    Public within and for the State of Ohio do hereby

9    certify:

10             That LAWRENCE DAVID HUGHES, the

11   witness whose deposition is hereinbefore set forth,

12   was duly sworn by me and that such deposition is a

13   true record of the testimony given by such witness.

14             I further certify that I am not related to

15   any of the parties to this action by blood or marriage

16   and that I am in no way interested in the outcome of

17   this matter.

18             In witness whereof, I have hereunto

19   set my hand this 14th day of November, 2019.

20

21         _____*Deborah Furey*_____

22         DEBORAH C. FUREY, RPR, CLR

23         My commission expires 1-11-21

24

25