# EXHIBIT 14

| | |
|---|---|
| From: | HoosierMiner |
| To: | bartkant@hotmail.com |
| Subject: | Order confirmation for order #1182 |
| Date: | Wednesday, September 3, 2014 4:12:15 PM |

Thank you for placing your order with HoosierMiner!

This email is to confirm your recent order.

Date 09/03/2014

**Billing address**
BART KANT


- 1x ZenHashlet - Starting at $21.95 - ZenHashlet - 1 for $21.95 each
- 3x Hashlet Prime - Starting at $39.99 - Hashlet 1 for $39.99 each

Discounts : $-11.35 USD

Subtotal : $130.57 USD

Total : $130.57 USD

CONFIDENTIAL                                                                                             GAW00361866