# EXHIBIT 15

**Van:** CryptoCause sa es@v turrex.co.za
**Onderwerp:** Order confirmat on for order #1241
**Datum:** 5 september 2014 08:33
**Aan:** c ahsen.bv@me.com

Thank you for placing your order with CryptoCause!

This email is to confirm your recent order.

Date 09/05/2014

**Billing address**
Pieter Clahsen



 1x ZenHashlet - 100 for $2,095.00 each

 1x ZenHashlet - 200 for $4,190.00 each

Discounts : $-641.07 USD

Subtotal : $5,643.93 USD

Total : $5,643.93 USD

CONFIDENTIAL                                                                                          GAW00363918