# EXHIBIT 16

| | |
|---:|:---|
| **Van:** | **ZigHash** support@z ghash.com |
| **Onderwerp:** | Order confirmat on for order #1138 |
| **Datum:** | 27 augustus 2014 15:22 |
| **Aan:** | c ahsen.bv@me.com |

Thank you for placing your order with ZigHash!

This email is to confirm your recent order.
If you ordered a hosted miner please allow up to 24 hours to receive a activation email before contacting support!
If you ordered a hosted miner and you are in the US you will receive an email with an Activation Code in addition to a Physical Activation code that will be mailed to you!

Date 08/27/2014

Billing address
Pieter Clahsen



5x 100MH/s for $2,499.99 each


Discount (code: pcminer): $-3,750.00 USD
Subtotal   : $8,749.95 USD
Total      : $8,749.95 USD

CONFIDENTIAL                                                                                           GAW00363923