# EXHIBIT 17



Yawar Abbas <yawarabbasp@gmail.com>

## Your Hash Pros order from October 14, 2014 is complete

**Hash Pros** <info@hashpros.net>
To: yawarabbasp@gmail.com

Wed, Oct 15, 2014 at 6:26 AM



# Your order is complete

Hi there. Your recent order on Hash Pros has been completed. Your order details are shown below for your reference:

# Order: #9164

| Product | Quantity | Price |
| --- | --- | --- |
| Hashlet Prime 5<br>ZenHardware Code(s): **Code#1:** bae2291a9e5e3d6ddc7b4fcd0c04f2103e9d6f8b<br>**Code#2:** 30643686c27189a322a5108d67527ad3f86331e0<br>**Code#3:** ac488089b94f61f5607b3153c84c498b8310cfe7 | 3 | $749.25 |
| **Cart Subtotal:** | | $749.25 |
| **Order Discount:** | | -$37.46 |
| **Order Total:** | | $711.79 |

# Customer details

**Email:** yawarabbasp@gmail.com

**Tel:** ▮▮▮▮▮▮▮▮

CONFIDENTIAL                                                                                                       GAW00364817

## Billing address

Yawar Abbas

CONFIDENTIAL GAW00364818