# EXHIBIT 18



Thomas Le &lt;tvle83@gmail.com&gt;

**Prime Hashlet Order Receipt from November 9, 2014**
1 message

**PrimeHashlets** &lt;store@primehashlets.com&gt;     Sun, Nov 9, 2014 at 2:36 PM
To: tvle83@gmail.com

## Thank you for your order

Your order has been received and is now being processed. Your order details are shown below for your reference:

Please send your bitcoin payment as follows:

| | |
|---|---|
| Amount (**BTC**): | 1.01290053 |
| Address: | 1Nx9cLQrzy5chwEU2TCFLASeVvamS8x44o |
| QR Code: |  |

Please note:

1. You must make a payment within 1 hour, or your order will be cancelled
2. As soon as your payment is received in full you will receive email confirmation with order delivery details.
3. You may send payments from multiple accounts to reach the total required.

CONFIDENTIAL     GAW00364619

# Order: #504

| Product | Quantity | Price |
|---|---|---|
| 25 MH/s Zen Hashlet (#ZEN25) | 1 | $373.75 |
| **Cart Subtotal:** | | $373.75 |
| **Order Discount:** | | -$28.03 |
| **Payment Method:** | | Pay with Bitcoins |
| **Order Total:** | | $345.72 |

Email Address:

tvle83@gmail.com

# Customer details

**Email:** tvle83@gmail.com

**Tel:** 

# Billing address

Thomas Le

*Prime Hashlets – Bitcoin mining has evolved*