# EXHIBIT 19



Thomas Le <tvle83@gmail.com>

# Order confirmation for order #1090

1 message

**You Can Mine** <youcan@youcanmine.com>  Tue, Oct 14, 2014 at 4:23 PM
To: tvle83@gmail.com

Thank you for placing your order with You Can Mine!

This email is to confirm your recent order.

Date 10/14/2014

**Billing address**
Thomas Le



  2x Hashlet Prime - 1 for $69.95 each

Subtotal : $139.90 USD

Total : $139.90 USD

CONFIDENTIAL                                        GAW00364626