# EXHIBIT 23

## *Audet et al. v. Fraser et al.*
### Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:** GORODNEV, Roman

**QUESTION 1:** To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Paycoin is missing from my final calculations**

**There is no history for Paycoin deals at Bittrex exchange ive used that time (maybe Im wrong, but there was a special site for exchanging XPY to BTC, in any case Im not able to provide exact sum of USD ive received for XPY), but Ive missed that we can take all strings with "account withdrawal complete for XPY" from my history file "Complete_Zencloud_account_history.csv" and take the price from** https://coinmarketcap.com/currencies/paycoin2/ **on the date and time of the withdrawal:**

_____

| XPY Amoont withdrawal | Date and closest time | Price at https://coinmarketcap.com/ on date and time, USD | Total in USD |
|---:|---|---:|---:|
| 70,001 | 21.12.2014 18:13 UTC | 10,06 | 704,21006 |
| 51,001 | 22.12.2014 07:10 UTC | 9,85 | 502,35985 |
| 100,001 | 31.12.2014 06:01 UTC | 12,59 | 1259,01259 |
| 100,001 | 31.12.2014 10:29 UTC | 12,32 | 1232,01232 |
| 151,001 | 13.04.2015 04:26 UTC | 0,17 | 25,67017 |
| 80,001 | 25.04.2015 19:53 UTC | 0,16 | 12,80016 |
| 100,001 | 13.05.2015 16:29 UTC | 0,14 | 14,00014 |
| 135,001 | 06.06.2015 06:04 UTC | 0,07 | 9,45007 |
| 83,001 | 19.06.2015 21:55 UTC | 0,07 | 5,81007 |
| 609,001 | 23.06.2015 17:00 UTC | 0,06 | 36,54006 |
| 46,001 | 10.07.2015 12:35 UTC | 0,06 | 2,76006 |
|  |  |  |  |
|  |  | Total in USD | 3804,62555 |

**So we have to reduce my previous "Total locked on site in USD value: 18032.49 USD" for 3804,63 USD. And there will be 14227,86 USD**

**I never was connected to reselling of Hashlets, Hashstakers, or Hashpoints, chargesbacks, refunds, commissions. I had one account, and the history of my account can be found in "Complete_Zencloud_account_history.csv".**

**Some of my purchases of Hashlets were made through 3rd party sites, but in any case such purchases are reflected in order confirmations from GAW Miners.**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**I have information in my gmail account about activation of 7 Hashstakers and 1 Micro-prime key. But I don't have any information about how much it costed to me and how Ive payed for them. See below screenshots:**

___









___

Civil Action No. 3:16-cv-00940

Page **4** of **5**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**NO**


**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**As I remember around 220…250 Ion`s**