# EXHIBIT 24

Page 1

```
 1
 2         IN THE UNITED STATES DISTRICT COURT
                    OF CONNECTICUT
 3    -------------------------------X
      DENIS MARC AUDET, MICHAEL       )
 4    PFEIFFER, DEAN ALLEN            )
      SHINNERS, and JASON             )   Case 3:16-cv-00940
 5    VARGAS, Individually and        )
      on Behalf of All Others         )
 6    Similarly Situated,             )
                                      )
 7              Plaintiffs,           )
                                      )
 8         vs.                        )
                                      )
 9    STUART A. FRASER,               )
      GAW MINERS, LLC, AND            )
10    ZENMINER, LLC (d/b/a            )
      ZEN CLOUD),                     )
11                                    )
                Defendants.           )
12    -------------------------------X
13
14       VIDEOTAPED DEPOSITION OF DANIEL SIMPSON
15
16                Uniondale, New York
17             Tuesday, October 29, 2019
18
19
20
21
22
23    Reported by:
24    JEFFREY BENZ, CRR, RMR
25    JOB NO. 171021
```

1                    Simpson
2   able to withdraw it into my own personal wallet.
3        Q.   So you weren't able to withdraw
4   PayCoin from Cryptsy?
5        A.   I was unable to sell PayCoin into
6   Bitcoin to -- or any other currency.
7        Q.   You weren't able to sell it?
8        A.   I was unable to transact at a certain
9   point.  They had locked the wallets.
10       Q.   Just to be clear, Cryptsy had locked
11  the wallets?
12       A.   I believe that was the name at the
13  time.
14       Q.   Do you remember when approximately
15  that was?
16       A.   I have -- it should be public
17  information.  I don't have the date in front of
18  me.
19       Q.   Was it sometime in 2015?
20       A.   It was towards the end, when --
21  before, like -- everyone was, like, well, they
22  just locked everything down.  I think the whole
23  premise was, they were trying to keep a $20
24  valuation for XPY for PayCoin and they couldn't
25  maintain that floor of $20 and -- because it

Page 99

1                    Simpson

2   wasn't real.

3           And then, I think -- what happened

4   was, that you would log in and you were unable

5   to move anything, like, it was locked.  And then

6   somehow an insider, I don't know what the

7   actual -- happened as far as Cryptsy and GAW was

8   concerned, but they unloaded what they needed to

9   unload and left everyone with the bags,

10  basically, so.

11       Q.   Do you remember any other exchanges

12  where you could sell PayCoin?

13       A.   There might have been their own, like,

14  PayBase type of a -- I know there was a PayBase

15  exchange that they -- that GAW set up or

16  ZenMiner set up, but it was short-lived and it

17  was -- you know, nothing actually worked well,

18  so, yeah.

19       Q.   Just to be clear, did you ever

20  exchange PayCoin for any other cryptocurrency?

21       A.   If I did, it was very small amounts.

22  But I -- I don't recall being able to sell,

23  yeah.

24       Q.   Earlier today there was a discussion

25  about a GAW affiliate program.  Do you remember

## C E R T I F I C A T E

STATE OF NEW YORK       )
                        )  Ss.:
COUNTY OF NEW YORK      )

      I JEFFREY BENZ, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:

      That DANIEL SIMPSON, the witness whose examination is hereinbefore set forth, was duly sworn by me and that this transcript of such examination is a true record of the testimony given by such witness.

      I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

      IN WITNESS WHEREOF, I have hereunto set my hand this 8th of November, 2019.

_____

JEFFREY BENZ, CRR, RMR