# EXHIBIT 25

Page 1

1

2    IN THE UNITED STATES DISTRICT COURT
             OF CONNECTICUT
3    ----------------------------------------x
4    DENIS MARC AUDET, MICHAEL PFEIFFER,
     DEAN ALLEN SHINNERS, and JASON VARGAS,
5    Individually and on Behalf of All
     Others Similarly Situated,
6                                      Case 3:16-cv-
                            Plaintiffs,    00940
7
                  -against-
8
     STUART A. FRASER, GAW MINERS, LLC,
9    and ZENMINER, LLC, (d/b/a ZEN CLOUD),
10                          Defendants.
11   ----------------------------------------x
12                          October 29, 2019
                            2:09 p.m.
13

14

15        Videotaped deposition of Deposition of
16   JASON VARGAS, taken by Defendants, held at the
17   offices of Hughes Hubbard & Reed, One Battery Park
18   Plaza, New York, New York, before Joseph R. Danyo,
19   a Shorthand Reporter and Notary Public within
20   and for the State of New York.
21

22

23   Job No. 171098
24

25

1                           Vargas

2    points?

3           A.   Correct.   Sorry.

4           Q.   No.   Please explain.

5           A.   As far as I can tell, in this part of

6    the document here, all of my Hash points I

7    converted directly to pay coins to get as many

8    pay coins as possible, yes.

9           Q.   Did you separately purchase any pay

10   coins?

11          A.   No, not to my recollection.   I pretty

12   much, I was a very sort of meat and potatoes guy.

13   I just stayed mining within the parameters of

14   what we were supposed to be doing in order to

15   support the project.

16          Q.   Did you at any point sell any of your

17   Hashlets?

18          A.   No.

19          Q.   Did you ever sell an entire account?

20          A.   No.   I didn't sell anything.   I was

21   part of the group that stayed on the long hold.

22   It was essentially show integrity by staying here

23   and believing in the product.   So I held to the

24   very end.

25          Q.   Did you ever sell any Hash points?

1

2                    C E R T I F I C A T I O N

3

4              I, JOSEPH R. DANYO, a Shorthand

5    Reporter and Notary Public, within and for the

6    State of New York, do hereby certify:

7                    That I reported the proceedings in

8    the within entitled matter, and that the within

9    transcript is a true record of such proceedings.

10                    I further certify that I am not

11    related, by blood or marriage, to any of the

12    parties in this matter and that I am in no way

13    interested in the outcome of this matter.

14                    IN WITNESS WHEREOF, I have hereunto

15    set my hand this 8th day of November, 2019.

16

17

18

19

20

21                                    _Joseph R ___

22                                    JOSEPH R. DANYO

23

24

25