# EXHIBIT 26

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF CONNECTICUT
 3
 4    DENIS MARC AUDET, et. al.,      )
                                      )
 5         Plaintiff,                 )
                                      )
 6         -vs-                       )  No.
                                      )  3:16-CV-00940
 7    STUART A. FRASER, et. al.,      )  (MPS)
                                      )
 8         Defendants.                )
                                      )
 9                                    )
10
11
12
            VIDEOTAPED EXAMINATION of MAHENDRA PHAGU
13
            _____
14
                          TAKEN ON
15
16              THURSDAY, OCTOBER 31, 2019
17
18
19
20
21
22
23
24    REPORTED BY:
      JESSIE WAACK, RDR, CRR, CCRR, CCR, NYACR, NYRCR
25    JOB NO.:  171118
```

1                  M. PHAGU
2       A.    I guess maybe through -- I
3   guess they earned points, and those
4   points converted.  I can't remember
5   100 percent how it happened.  I can't
6   remember.
7       Q.    Do you recall if you did
8   something to initiate that converse from
9   HashStakers to PayCoin?
10      A.    No.  I think it was
11  automatic, and I think it happened to
12  everyone at the same time.
13      Q.    Aside from the PayCoin that
14  you acquired through the conversion of
15  HashStakers, did you ever purchase
16  PayCoin directly from GAW Miners?
17      A.    I believe I purchased
18  PayCoins through Pay Base, which was GAW
19  Miners' company as well.
20      Q.    Did you also purchase it on
21  any private exchange or public exchange?
22      A.    Yes, I did.
23      Q.    Which ones?
24      A.    I believe it was one that
25  Josh had invested into.  I can't

1                    M. PHAGU

2    remember the name of it.  But I know
3    that I doubled and tripled down on
4    PayCoin.
5         Q.   By "Josh," I assume you mean
6    Josh Garza?
7         A.   Yes.
8         Q.   Did you ever sell PayCoin?
9         A.   Eventually when it was
10   worthless.
11        Q.   How did you sell it?
12        A.   Through an exchange.
13        Q.   Do you recall which one?
14        A.   It's the same one Josh had
15   owned.  I believe he had owned or
16   borrowed -- or invested into this
17   exchange.  I can't remember the name of
18   it.  It was too long ago.
19        Q.   How -- what makes you think
20   that he had --
21        A.   There was news --
22        Q.   -- invested --
23        A.   -- at the time I believe --
24             MR. WATTERSON:  Just let her
25        finish.

1                M. PHAGU
2  point in 2015 your PayCoin converted to
3  another currency?
4       A.   No.
5       Q.   Do you still have PayCoin
6  today?
7       A.   Absolutely not.
8       Q.   What happened to it?
9       A.   It's worthless.
10      Q.   But technically do you still
11 have PayCoin today?
12      A.   No.
13      Q.   Do you know what happened to
14 it?
15      A.   You mean it's value or --
16 what happened to the coins that I have?
17      Q.   Yeah.
18      A.   I sold them a long time ago.
19      Q.   Where did you sell them?
20      A.   On a private exchange.
21 Probably for --
22      Q.   The same one?
23      A.   -- cents on the dollar.
24      Q.   The same one that we
25 mentioned earlier?

1  STATE OF NEW YORK         )
                             ) ss.
2  COUNTY OF KINGS           )
3           I hereby certify that the witness in
4  the foregoing deposition, MAHENDRA PHAGU, was by
5  me duly sworn in the within-entitled cause; that
6  said deposition was taken at the time and place
7  herein named; that the deposition is a true
8  record of the witness's testimony as reported by
9  me, a disinterested person, and was thereafter
10 transcribed into typewriting by computer.
11          I further certify that I am not
12 interested in the outcome nor connected with nor
13 related to any of the parties in said action nor
14 to their respective counsel.
15          IN WITNESS WHEREOF, I have hereunto
16 set my hand this 13th day of November, 2019.
17
18
19
20      *[signature: Jessica R. Waack]*
21  ____                                    ____
            JESSICA R. WAACK
22       Registered Diplomate Reporter
         Certified Realtime Reporter
23   California Certified Realtime Reporter
        New York Realtime Court Reporter
24     New York Association Court Reporter
        Notary Public, State of New York
25           Licensed in New Jersey