# EXHIBIT 28

**PayCoin Distributions**

| | | |
|---|---|---|
| POW Start | 12/12/2014 | 5:10 AM |
| POW End | 12/12/2014 | 4:53pm |

| Date | Debit | Notes |
|---|---|---|
| 12/12/2014 | 12,000,000.00 | Assigned to GAW Miners |
| 12/18/2015 | 3,101,851.44 | Assigned to Round 2 ICO, HashPoint Conversions |
| 12/27 - 12/24 | 10,328.58 | Used for 2/23-2/24 Account Deletions |
| 12/12/2014 | 1,875,000.00 | Assigned to 15 Prime Controllers-125,000 per Prime |
| 12/12/2014 | 5,125,190.00 | Assigned to 35 Prime Controllers-125,000 per Prime |
| 12/27 - 12/24 | 50,384.41 | Assigned to HashPoints and Account Credits |