# EXHIBIT 29

## Dimitrios Anastasakis

| | |
|---|---|
| **From:** | Escrow.com <transactions@escrow.com> |
| **Sent:** | September 17, 2014 3:28 PM |
| **To:** | danasta10@yahoo.ca |
| **Subject:** | #722985-508067 ZEN CLOUD account sale - Closing Statement |

| | |
|---|---|
| **Flag Status:** | Flagged |

**#722985-508067 ZEN CLOUD ACCOUNT SALE - CLOSING STATEMENT**



Escrow.com
30318 Esperanza

Rancho Santa Margarita, CA 92688
1-949-635-3800

Escrow #508067

Transaction #722985
Closing Date: 9/17/2014
Ref: ZEN CLOUD account sale

BUYER CLOSING STATEMENT

Buyer: Dimitrios Anastasakis
Buyer email: danasta10@yahoo.ca
Seller:Martin Ruzek
Seller email: martin.ruzek@noveria.cz

| | **Debit** | **Credit** |
|---|---|---|
| Deposit | | $0.00 |
| Item(s) | $29,000.00 | |
| Escrow Fee | $141.55 | |
| Shipping | $0.00 | |
| Refund | | $0.00 |
| **TOTAL** | $29,141.55 | $0.00 |

1

Anastasakis00000012

Thank you for your business! We hope we can assist you with your future escrow needs.

---

Escrow.com support@escrow.com 888-511-8600

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-888-511-8600 or www.escrow.com. You can also refer to the General Escrow Instructions on our website or contact us for a written explanation of your rights. For questions or complaints about Escrow.com, contact the appropriate regulatory agency for your state of residence as listed on our website.

## Security Tips

We encourage our customers to use caution when conducting online transactions, even when using our escrow service.
We only offer our escrow services at Escrow.com. You should make sure your browser shows the Escrow.com URL when logging in to your account.
We are not affiliated with any other escrow service, regardless of what others may claim.
Escrow.com will never provide payment instructions or tell you to ship merchandise via email.
To avoid being deceived by fraudulent emails, you should log in to Escrow.com to verify information in any email received.
Your Escrow.com password should be different from other passwords you use. Never share your password with anyone.
Escrow.com will never ask you for your password in an email or over the phone.
If you have concerns about the legitimacy of a transaction, or if you receive suspicious information that appears to conflict with other information you have received, please contact us immediately at:
888-511-8600 (US) or 1-949-635-3800 (internationally).

2

Anastasakis00000013