# EXHIBIT 30



David Mah <yeesheng@gmail.com>

# [HashTalk - Ideas, Talk, and Hardware] [PM] Hashlets Sold, need your good word on me

Let_Her_Go_Go <no-reply@hashtalk.org>  Wed, Aug 27, 2014 at 4:44 AM
Reply-To: Let_Her_Go_Go <hashtraderreply+8023f6ce321156c57b54c0c63621c2f8@gmail.com>
To: yeesheng@gmail.com



**Let_Her_Go_Go**
August 26

Hei Gentamicin

Say Hello to Eric, he will assist us on the transfer & thanks him a lot 

Dear
Eric, if you remember i told i have 2 accounts 1st one jc@dsihotel.fr 190 MH's & at second jc2@dsihotel.fr 27 MH's

Dear
Gentamicin our deal was for 7.2btc for 217 Hashlets please send it to my wallet

1ACHchZGTA16EmdgEckGHdx4n8JR7yuvdn

After first
confirmation i will ask our Dear General Manager Eric to proceed transfer of my
217 hashlets to your provided ZenCloud account,

From the moment i receive payment, I engage
that all future payouts starting 27 august USA time, will belong to
Gentamicin & if hashlet transfer
time will be longer as usual, i will give Gentamicin

access to my ZenCloud accounts that he could recuperate his belonging payouts.

Please Note

My TimeZone is (UTC+01:00) Paris
Buyers:Gentamicin Time zone (gmt + 9.30) Australia
Gaw Team Time zone United States

Thank you

To respond, reply to this email or visit https://hashtalk.org/t/hashlets-sold-need-your-good-word-on-me/8297/3 in your browser.

**Previous Replies**



**zenMiner_Eric**
August 26

Just post the details HERE please. Invite all applicable people to this PM.

To respond, reply to this email or visit https://hashtalk.org/t/hashlets-sold-need-your-good-word-on-me/8297/3 in your browser.

CONFIDENTIAL  GAW00362126