# EXHIBIT 31



David Mah <yeesheng@gmail.com>

---

# transfer
6 messages

---

**David Mah** <yeesheng@gmail.com>     Wed, Sep 3, 2014 at 8:02 AM
To: transfers@zenminer.com

hi eric

this is the follow up of our conversation between me (username : gentamicin) , and let_her_go_go with yourself while the old forum was up. I purchase 27 mhs worth of hashlets from let_her_go_go's account (username : dsihotel) . i have since purchased and taken over the account, as well as changed the email account as well and account name etc. could you please initiate transfer "dsihotel" to "gentamicin". the hardware codes are

c40720dda97cbf1be27b1b8b3a291bf5b534250b

1b917a5ea25f6b2d26d2f4107c3582974c3d4aea

3197415be4adeb458ae9d2659f461a90e97f24ea


ps; i do not know what let_her_go_go's email address

---

**Leah W.** <leah@zenminer.com>     Thu, Sep 4, 2014 at 6:38 AM
To: David Mah <yeesheng@gmail.com>
Cc: "transfers@zenminer.com" <transfers@zenminer.com>

Hello,

I will need all parties to confirm the transfer. Also please confirm the email address that the devices are coming from. There are two different address under (dsihotel ) this user name.

Thank You,
Leah
[Quoted text hidden]

---

**David Mah** <yeesheng@gmail.com>     Thu, Sep 4, 2014 at 7:36 AM
To: "Leah W." <leah@zenminer.com>

> its coming from david_mah@hotmail.com
> [Quoted text hidden]

---

**Leah W.** <leah@zenminer.com>     Thu, Sep 4, 2014 at 10:26 AM
To: David Mah <yeesheng@gmail.com>, "transfers@zenminer.com" <transfers@zenminer.com>

> I'm sorry are these all your accounts?
> [Quoted text hidden]

---

**David Mah** <yeesheng@gmail.com>     Thu, Sep 4, 2014 at 10:27 AM
To: "Leah W." <leah@zenminer.com>

hi, yes, the smaller account was purchased by me, when the old forum was up, i have changed all the details to mine, i just want to transfer to hash over to my bigger account.
[Quoted text hidden]

CONFIDENTIAL     GAW00362127

**Leah W.** <leah@zenminer.com>  Thu, Sep 4, 2014 at 10:40 AM
To: David Mah <yeesheng@gmail.com>, "transfers@zenminer.com" <transfers@zenminer.com>

Hi David,

The only one I was able to transfer was the hashlet 25. I'm sorry the appreciation fury and the gifted hashlet solo has to stay on the original account.

Again my Apologizes
Leah

[Quoted text hidden]

CONFIDENTIAL                                                                                             GAW00362128