# EXHIBIT 32



David Mah <yeesheng@gmail.com>

---

# buying hashlets from limburatorul (tucu.bogdan.1@gmail.com)
5 messages

---

**David Mah** <yeesheng@gmail.com>  Thu, Sep 25, 2014 at 4:27 AM
To: tucu.bogdan.1@gmail.com, ukanimoesto@gmail.com

hi animo,

thanks for your time to escrow, im buying 23 prime and 14 zensolo from limburatorul at $900 , 2.086 btc

please let me know your address when you have time.

---

**John Shaw-Miller** <ukanimoesto@gmail.com>  Thu, Sep 25, 2014 at 4:32 AM
To: David Mah <yeesheng@gmail.com>
Cc: tucu.bogdan.1@gmail.com

IT IS UPTO THE BUYER AND SELLER TO DO APPROPRIATE DUE DILLIGENCE AS REGARDS TO HOW THE ITEMS WERE PURCHASED IN THE EVENT OF POSSIBLE CHARGEBACKS.

PLEASE NOTE I USE GMT AND I RESPOND AT WEIRD TIMES ;)

Seller : limburatorul

Buyer : gentamicin

Amount : 2.086btc (2.088btc required for network fees)

Items

1). Buyer sends funds (including network fees) to

1QDFtGTLdWhq1W8jhCBrjBiHL7Ryk6UCHr

2) I will confirm receipt of funds

3) Seller will disable two factor authentication and send only me the details for the account (At this point seller is welcome to send me the GAW/Zen Receipts and any other evidence they have to show that this was paid by BTC)

4) I will verify the goods as noted are correct

5) I will email the seller asking if they wish to proceed with the escrow and any findings they should be made aware of

6) If they still wish to proceed the password and email will be reset to something I choose (two factor authentication will be enabled to force all sessions to logout)

7) The funds are released to the seller.

Donations for this service are welcome to 1D9NmQtsuLy2PMwcbdiAyZt68pq8k4L6Xa

[Quoted text hidden]

---

**John Shaw-Miller** <ukanimoesto@gmail.com>  Thu, Sep 25, 2014 at 4:33 AM
To: David Mah <yeesheng@gmail.com>
Cc: tucu.bogdan.1@gmail.com

Get it right this time

CONFIDENTIAL  GAW00362129

IT IS UPTO THE BUYER AND SELLER TO DO APPROPRIATE DUE DILLIGENCE AS REGARDS TO HOW THE ITEMS WERE PURCHASED IN THE EVENT OF POSSIBLE CHARGEBACKS.

PLEASE NOTE I USE GMT AND I RESPOND AT WEIRD TIMES ;)

Seller : limburatorul

Buyer : genamicin

Amount : 2.086btc (2.088btc with network fees)

Items : 23 Prime, 14 ZenSolo

1). Buyer sends funds (including network fees) to

1QDFtGTLdWhq1W8jhCBrjBiHL7Ryk6UCHr

2) I will confirm receipt of funds

3) Seller will disable two factor authentication and send only me the details for the account (At this point seller is welcome to send me the GAW/Zen Receipts and any other evidence they have to show that this was paid by BTC)

4) I will verify the goods as noted are correct

5) I will email the seller asking if they wish to proceed with the escrow and any findings they should be made aware of

6) If they still wish to proceed the password and email will be reset to something I choose (two factor authentication will be enabled to force all sessions to logout)

7) The funds are released to the seller.

Donations for this service are welcome to 1D9NmQtsuLy2PMwcbdiAyZt68pq8k4L6Xa

On Wed, Sep 24, 2014 at 7:57 PM, David Mah <yeesheng@gmail.com> wrote:
[Quoted text hidden]

---

**David Mah** <yeesheng@gmail.com>     Thu, Sep 25, 2014 at 4:44 AM
To: John Shaw-Miller <ukanimoesto@gmail.com>
Cc: "tucu.bogdan.1" <tucu.bogdan.1@gmail.com>

payment sent
[Quoted text hidden]

---

**John Shaw-Miller** <ukanimoesto@gmail.com>     Thu, Sep 25, 2014 at 4:48 AM
To: David Mah <yeesheng@gmail.com>
Cc: "tucu.bogdan.1" <tucu.bogdan.1@gmail.com>

I have payment - just doing my due dilligence on the accounts and invoices
[Quoted text hidden]

CONFIDENTIAL     GAW00362130