# EXHIBIT 33

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**   MUELLER, Thomas

**QUESTION 1:**  To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Purchases from GAW:  $18695.75**

**Purchases from GAW marketplace:  $8242.47**

**N/A to all other transactions**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**NO**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**YES:  10,310.34283032 ION**

_____
**Civil Action No. 3:16-cv-00940**
Page **2** of **2**