# EXHIBIT 34

| First Name | Last Name | Shopify Order # | Item(s) Purchased | Amount | Date | Phone # | Email Address | Physical Address |
|---|---|---|---|---|---|---|---|---|
| Adam | Matlack | Invoice # | Hashpoints | $328,500.00 | 11/17/2014 | | | |
| Adam | Matlack | Invoice # | Hashpoints | $15,552.67 | 11/20/2014 | | | |
| John | Tuberosi | Invoice # | Hashpoints | $20,000.00 | 11/14/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $20,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $15,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $5,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $3,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $11,900.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $8,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $3,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $3,950.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $5,000.00 | 11/26/2014 | | | |
| Luz | Vasquez | Invoice # | Hashpoints | $5,150.00 | 11/26/2014 | | | |
| Michael | Deeg | Invoice # | Hashpoints | $100,000.00 | 11/14/2014 | | | |
| Ted | Dowding | Invoice # | Hashpoints | $35,415.87 | 11/18/2014 | | | |