# EXHIBIT 35

# Wire Transfer Outgoing Request

 **CHASE**

## Wire Transfer Sender Information

| Field | Value |
|---|---|
| Sender Name: | JOHN L TUBEROSI |
| Account Name: | JOHN L TUBEROSI OR MARIA E TUBEROSI |
| Street Address: | 958 W 14TH ST |
| City: | SAN PEDRO |
| State: | CA |
| Zip: | 90731-3910 |
| Country: | USA |
| Daytime Phone: | 310-514-1222 |
| Primary ID Type: | Driver's License |
| ID Issuer: | CA |
| ID Number: | C4176610 |
| ID Issue Date: | 01/18/2013 |
| ID Exp: | 02/18/2018 |
| Secondary ID Type: | |
| Request Method: | Walk-in |

## Wire Transfer Information

| Field | Value |
|---|---|
| Request Date: | 11/14/2014 |
| Request time: | 01:30:58PM Eastern time |
| Effective date: | 11/14/2014 |
| Wire Type: | Domestic |
| Debit Account #: | 981603113 |
| Debit Account Type: | TOTAL CHECKING |
| Available balance: | $26,958.41 |
| Wire Amount (US dollars): | $20,000.00 |
| Source of funds: | Checking |
| Wire Fee: | $30.00 |
| Currency type to be sent: | US Dollars |
| Exchange rate: | N/A |
| Foreign currency amount: | N/A |
| Amount to Collect (USD): | $20,030.00 |

## Recipient Account Information

| Field | Value |
|---|---|
| Account Name: | GAW MINERS LLC |
| Account Number: | 8251679103 |
| Text to Recipient: | TRASFER TO CARLOS GARZA |

## Receiving Bank Information

| Field | Value |
|---|---|
| Bank Name: | TD Bank, National Association |
| Street Address: | 7 ELM ST |
| Bank ABA/SWIFT Code: | 211370545 |
| City: | BOXFORD |
| State: | MA |
| Zip: | 01921 |
| Country: | USA |



N15220-CS WTA (6/14)

Page 1 of 2

CONFIDENTIAL                                                                                                   GAW00362835