# EXHIBIT 36

| Subject: | Order confirmation for order #65923 |
| --- | --- |
| From: | GAW Miners (orders@gawminers.com) |
| To: | hutche54@yahoo.com; |
| Date: | Wednesday, January 14, 2015 12:33 PM |

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 01/14/2015

Shipping address
  Edward Hutchinson



Billing address
  Edward Hutchinson

1x 588 Paycoin for $2,000.00 each

Subtotal  : $2,000.00 USD
Shipping  : $0.00 USD
Total     : $2,000.00 USD

10/19/2015 1:16 PM

CONFIDENTIAL
GAW00365424