# EXHIBIT 37

[Return to Account page](#)

**Order #65589**

Placed on December 15, 2014 05:09PM

**Billing Address**

Payment Status: paid

Viet Ly

New Path Mining LLC

███████████

███████████

███████████

████████

**Shipping Address**

Fulfillment Status: unfulfilled

Viet Ly

███████████

███████████

███████████

███████████

████████

| Product | SKU | Price | Quantity | Total |
|---|---|---|---|---|
| 1 XPY - Paycoin | | $ 20.00 | **5000** | $ 100,000.00 |
| Subtotal: | | | | $ 100,000.00 |
| Shipping (Free U.S. Shipping on Orders Over $300): | | | | $ 0.00 |
| Total: | | | | $ 100,000.00 |

CONFIDENTIAL                                                                                                   GAW00364768