EXHIBIT 38

# Wells Fargo Combined Statement of Accounts

Primary account number ▇▇▇▇▇▇▇    ■ December 1, 2014 - December 31, 2014    ■ Page 1 of 5



NEW PATH MINING LLC
2475 152ND AVE NE
REDMOND WA 98052-5573

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (120)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Don't forget to notify us of your business travel plans to help avoid issues when using your Wells Fargo cards while traveling. It's easy to notify us online at wellsfargo.com/travelplan, through the Wells Fargo mobile app, or by calling the phone number on the back of your card.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☑ |

---

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Gold Business Services Package | 2 | ▇▇▇▇▇ | 350.17 | 15.02 |
| Business Market Rate Savings | 3 | ▇▇▇▇▇ | 1,400.30 | 500.33 |
| | **Total deposit accounts** | | **$1,750.47** | **$515.35** |

Primary account number: ■■■■■   ■ December 1, 2014 - December 31, 2014   ■ Page 2 of 5



## Gold Business Services Package

### Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $350.17 |
| Deposits/Credits | 100,000.60 |
| Withdrawals/Debits | - 100,335.75 |
| **Ending balance on 12/31** | **$15.02** |
| | |
| Average ledger balance this period | $22,774.55 |

Account number: ■■■■■

**NEW PATH MINING LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ■■■■■

For Wire Transfers use
Routing Number (RTN): ■■■■■

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

■ Savings  - ■■■■■

## Transaction history



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| ■ | | ■■■■■ | | | |
| ■ | | ■■■■■ | | 5.59 | 300.82 |
| 12/9 | | Deposit Made In A Branch/Store | 100,000.00 | | 100,300.82 |
| ■ | | ■■■■■ | | ■ | ■ |
| 12/16 | | Wire Trans Svc Charge - Sequence: 141216075436 Srf# 0062966349357113 Trn#141216075436 Rfb# | | 30.00 | |
| 12/16 | | WT Fed#00974 Td Bank, NA /Ftr/Bnf=Gaw Miners LLC Srf# 0062966349357113 Trn#141216075436 Rfb# | | 100,000.00 | 170.82 |
| 12/19 | | Coinbase.Com/Btc 8003435845 141218 Xk4Efse5 New Path Mining LLC | 0.25 | | |
| 12/19 | | Coinbase.Com/Btc 8003435845 141218 K3U3Q521 New Path Mining LLC | 0.35 | | 171.42 |
| 12/23 | | Coinbase.Com/Btc 8003435845 141222 07Hhbfu8 New Path Mining LLC | | 0.60 | 170.82 |
| ■ | | ■■■■■ | | ■ | ■ |
| **Ending balance on 12/31** | | | | | **15.02** |
| **Totals** | | | **$100,000.60** | **$100,335.75** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2014 - 12/31/2014 | | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee  (complete 1 AND 2)** | | Minimum required | This fee period |
| 1) Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | | $7,500.00 | $22,775.00 ☑ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | | 1 | 0 ☐ |

Primary account number:   **1592764680**   ■   December 1, 2014 - December 31, 2014   ■   Page 3 of 5



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $100.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☑ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Transactions | 5 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $1,400.30 |
| Deposits/Credits | 100.03 |
| Withdrawals/Debits | - 1,000.00 |
| **Ending balance on 12/31** | **$500.33** |
| Average ledger balance this period | $1,132.55 |

Account number: ▮▮▮▮▮▮▮

**NEW PATH MINING LLC**

*Washington account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮▮▮▮▮

For Wire Transfers use
Routing Number (RTN): ▮▮▮▮▮▮▮

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.03 |
| Average collected balance | $1,132.55 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.03 |
| Interest paid this year | $0.33 |

---

CONFIDENTIAL

GAW00365426

Primary account number:   **1592764680**   ■   December 1, 2014 - December 31, 2014   ■   Page 4 of 5



## Transaction history



*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 12/01/2014 - 12/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·   Average collected balance | $500.00 | $1,133.00 ☑ |
| ·   Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $100.00 ☑ |
| YC/YC | | |

Primary account number:   **1592764680**   ■   December 1, 2014 - December 31, 2014   ■   Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                    $ _____
shown on your statement.                   + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

CONFIDENTIAL                                                                     GAW00365428