# EXHIBIT 39

Release of Zencloud and Paybase Account Details

## LETTER OF AUTHORIZATION

I, __Acácio da Rosa Florentino__ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

**In Zencloud:**

| | | | |
|---|---|---|---|
| Account #1: | acaciosc | Email #1: | acaciosc1@gmail.com |
| Account #2: | angelsc | Email #2: | angelodarosaflorentino@gmail.com |
| Account #3: | | Email #3: | |
| Account #4: | | Email #4: | |
| Account #5: | | Email #5: | |
| Account #6: | | Email #6: | |
| Account #7: | | Email #7: | |
| Account #8: | | Email #8: | |
| Account #9: | | Email #9: | |
| Account #10: | | Email #10: | |

**In Paybase:**

| | | | |
|---|---|---|---|
| Account #1: | acaciosc | Email #1: | acaciosc1@gmail.com |
| Account #2: | angelsc | Email #2: | angelodarosaflorentino@gmail.com |
| Account #3: | | Email #3: | |
| Account #4: | | Email #4: | |

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: September 28, 2015

Printed Name: Acácio da Rosa Florentino

Signature: Acácio da Rosa Florentino  _Assinado de forma digital por Acácio da Rosa Florentino. Dados: 2015.09.28 16:35:57 -03'00'_

Telephone Number: +55(48)9143-8978

Government Issued Identification Number: 0463829750   Brazil

Type of Identification Document: Driver's License (Passport, Driver's License, Official ID)

CONFIDENTIAL                                                                                                                       GAW00361689