EXHIBIT 40

Release of Zencloud and Paybase Account Details

## LETTER OF AUTHORIZATION

I, _____ Robert de Wilde _____ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

**In Zencloud:**

| | | | |
|---|---|---|---|
| Account #1: | rdewilde | Email #1: | email@robertdewilde.nl |
| Account #2: | Rdw | Email #2: | rdewildenl@gmail.com |
| Account #3: | Robert | Email #3: | sssjoukje@hotmail.com |
| Account #4: | RdwNL | Email #4: | mining@robertdewilde.nl |
| Account #5: | johnzen | Email #5: | johan@robertdewilde.nl |
| Account #6: | tdcoin | Email #6: | jgwilde1953@kpnmail.nl |
| Account #7: | | Email #7: | |
| Account #8: | | Email #8: | |
| Account #9: | | Email #9: | |
| Account #10: | | Email #10: | |

**In Paybase:**

| | | | |
|---|---|---|---|
| Account #1: | rdewilde | Email #1: | email@robertdewilde.nl |
| Account #2: | | Email #2: | |
| Account #3: | | Email #3: | |
| Account #4: | | Email #4: | |

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: _____ 19 oct 2015 _____

Printed Name: _____ Robert de Wilde _____

Signature: _____ Robert de Wilde _____  Digitaal ondertekend door Robert de Wilde
DN: cn=Robert de Wilde, o=NA, ou=NA, email=email@robertdewilde.nl, c=NL
Datum: 2015.10.19 14:05:02 +02'00'

Telephone Number: _____ 0031625563236 _____

Government Issued Identification Number: _____ 194671628 _____  | Netherlands |

Type of Identification Document: _____ Passport _____ (Passport, Driver's License, Official ID)

CONFIDENTIAL                                                                 GAW00364060