# EXHIBIT 41

**Release of Zencloud and Paybase Account Details**

## LETTER OF AUTHORIZATION

I, ___David Miles Shepherd_____ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

**In Zencloud:**

| | | | |
|---|---|---|---|
| Account #1: | donkiddick | Email #1: | david@depart-travel.co.uk |
| Account #2: | southelmsalltravel | Email #2: | shep732001@yahoo.co.uk |
| Account #3: | borisjohnson | Email #3: | charlieshepherd123456789@gmail.com |
| Account #4: | jaspershepherd | Email #4: | cateshepherd@hotmail.co.uk |
| Account #5: | maisieshepherd | Email #5: | maisie260@gmail.com |
| Account #6: | | Email #6: | |
| Account #7: | | Email #7: | |
| Account #8: | | Email #8: | |
| Account #9: | | Email #9: | |
| Account #10: | | Email #10: | |

**In Paybase:**

| | | | |
|---|---|---|---|
| Account #1: | donkiddick | Email #1: | david@depart-travel.co.uk |
| Account #2: | southelmsalltravel | Email #2: | shep732001@yahoo.co.uk |
| Account #3: | | Email #3: | |
| Account #4: | | Email #4: | |

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: ___27th September 2015___

Printed Name: ___David Miles Shepherd___

Signature: ___David Miles Shepherd___ Digitally signed by David Miles Shepherd Date: 2015.09.27 08:44:55 +01'00'

Telephone Number: ___+44 1977 791478___

Government Issued Identification Number: ___507106769___   [United Kingdom of Great Britain]

Type of Identification Document: ___Passport___ (Passport, Driver's License, Official ID)