EXHIBIT 42

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 3:16-cv-00940 |
| Plaintiffs, | ) ) ) |  |
| vs. | ) ) |  |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), | ) ) ) |  |
| Defendants. | ) ) |  |

## SUPPLEMENTAL EXPERT REPORT OF ROBERT MILLS



EXHIBIT 326

MILLS

Tuesday, December 17, 2019

Reported by:  Elizabeth Borrelli
CSR 7844, CCRR, CLR

1.      I am an economist and Director at Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California. I submitted an opening expert report in this matter on September 25, 2019.

2.      I understand that the United States Securities and Exchange Commission ("SEC") recently answered a Freedom of Information Act request that was submitted by counsel for Plaintiffs. I further understand that the SEC provided tables from the GAW Miners database that the SEC relied upon in litigation it brought against Homero Joshua Garza, GAW Miners, LLC, and ZenMiner, LLC. These tables—as well as a letter from the SEC—have been produced in the instant matter as GAW01075694-GAW01075731. I have been asked by counsel for Plaintiffs to consider this information and update my damages analysis if necessary.

3.      As I explained in my opening report, I rely upon the ZenCloud database for two primary purposes: (1) to determine investments made by members of the class in the form of purchases of Hashlets and HashStakers from the Companies between August 1, 2014 and January 19, 2015, and (2) to determine withdrawals made by members of the class from their ZenCloud accounts. I rely upon the orders table to determine investments made by members of the class in the form of purchases of Hashlets and HashStakers from the Companies, and I rely upon the transactions table to determine withdrawals made by members of the class from their ZenCloud accounts.

4.      The SEC has provided orders and transactions tables from the database it used in its disgorgement analysis. As discussed in the sections that follow, I have compared these tables to the orders and transactions tables from the ZenCloud database that I relied upon for my opening report.

A.      Orders Tables

5.      The orders table from the ZenCloud database includes orders with payment dates ranging from August 5, 2014 to March 26, 2015.  The orders table provided by the SEC is limited to orders with payment dates ranging from August 5, 2014 to December 6, 2014.  Thus, the orders data upon which I rely are more comprehensive than the data utilized by the SEC.

6.      As shown in the following table, total monthly orders contained in the SEC orders table are identical to total monthly orders contained in the ZenCloud orders table over the same time period, i.e., August 5, 2014 through December 5, 2019 (the last complete date for which orders are reported in the SEC orders table).[1]

**Table 1: Comparison of SEC and ZenCloud Orders Tables**
**August 5, 2014 Through December 5, 2014**

| Month | Total Price | | Discounts | |
|-------|-------------|----------|-----------|----------|
| | ZenCloud | SEC | ZenCloud | SEC |
| Aug 2014 | $ 7,933,184.05 | $ 7,933,184.05 | $ 181,728.56 | $ 181,728.56 |
| Sep 2014 | 8,019,049.47 | 8,019,049.47 | 173,522.36 | 173,522.36 |
| Oct 2014 | 6,080,108.20 | 6,080,108.20 | 85,477.96 | 85,477.96 |
| Nov 2014 | 2,058,437.03 | 2,058,437.03 | 85,562.64 | 85,562.64 |
| Dec 2014 | 436,971.70 | 436,971.70 | 2,228.15 | 2,228.15 |
| Total | $ 24,527,750.45 | $ 24,527,750.45 | $ 528,519.67 | $ 528,519.67 |

7.      This analysis demonstrates that the data upon which I rely are consistent with the data used by the SEC and relied upon by the Court in the SEC action.

8.      As discussed in my opening report, my damages analysis includes devices purchased through January 19, 2015.  It is not possible to compare orders from the ZenCloud database to orders from the SEC orders table for the 45-day period from December 6, 2014 to

---

1.    See "gaw_orders_compare.csv" and "sec_orders_compare.csv" in Supplemental Appendix A.

January 19, 2015, given that the latest complete date covered by the SEC orders table is December 5, 2014.  However, this 45-day period accounts for only 1.8 percent of the purchases at issue.[2]

### B.   Transactions Tables

9.      The transactions table from the ZenCloud database includes transactions with dates ranging from July 15, 2014 to April 3, 2015.  The transactions table provided by the SEC includes transactions with dates ranging from July 15, 2014 to December 6, 2014.  As shown in the following table, total monthly completed withdraw transactions contained in the SEC transactions table are identical to total monthly completed withdraw transactions contained in the ZenCloud transactions table for all months over the same time period, i.e., August 5, 2014 through December 5, 2019 (the last complete date for which transactions are reported in the SEC transactions table).[3]   In fact, total monthly completed transactions contained in the SEC transactions table are identical to total monthly completed transactions contained in the ZenCloud transactions table for all transaction types (i.e., purchase, fund, payout, service fee, debit, credit, sale, and revert buyback) and all months over the same period.[4]

---

2.   See "gaw_orders_percent_s1.csv" and "gaw_orders_percent_s2.csv" in Supplemental Appendix A.

3.   See "gaw_withdraw_compare.csv" and "sec_withdraw_compare.csv" in Supplemental Appendix A.

4.   See "gaw_transactions_compare.csv" and "sec_transactions_compare.csv" in Supplemental Appendix A.

**Table 2: Comparison of SEC and ZenCloud Withdraw Transactions**
**July 15, 2014 Through December 5, 2014**

| Month | Withdraw Transactions (U.S. Dollars) | | Withdraw Transactions (Bitcoin) | |
|---|---|---|---|---|
| | ZenCloud | SEC | ZenCloud | SEC |
| Jul 2014 | $      115,072.85 | $      115,072.85 | 191.47 | 191.47 |
| Aug 2014 | 1,064,023.54 | 1,064,023.54 | 2,028.23 | 2,028.23 |
| Sep 2014 | 2,881,344.59 | 2,881,344.59 | 6,565.12 | 6,565.12 |
| Oct 2014 | 6,043,126.09 | 6,043,126.09 | 16,435.40 | 16,435.40 |
| Nov 2014 | 3,548,057.38 | 3,548,057.38 | 9,785.02 | 9,785.02 |
| Dec 2014 | 666,592.60 | 666,592.60 | 1,773.64 | 1,773.64 |
| Total | $ 14,318,217.05 | $ 14,318,217.05 | 36,778.87 | 36,778.87 |

This analysis further demonstrates that the data upon which I rely are consistent with the data used by the SEC and relied upon by the Court in the SEC action. Given this consistency, I maintain the opinions set forth in my opening report.

10.     If called upon to testify at trial, I expect to prepare additional demonstrative materials reflecting the opinions and conclusions set forth herein.

Executed on October 21, 2019,

Robert Mills

SUPPLEMENTAL APPENDIX A

```
# MariaDB version 10.2.14

USE GAW;

SELECT 'year_mo', 'discounts', 'subtotalPrice', 'totalPrice',
        'totalLineItemsPrice'
    UNION ALL
    SELECT CONCAT(YEAR(gaw.orders.paidAt),"_",
            IF(MONTH(gaw.orders.paidAt)<10,"0",""),
            MONTH(gaw.orders.paidAt)) AS year_mo,
            SUM(gaw.orders.discounts),
            SUM(gaw.orders.subtotalPrice),
            SUM(gaw.orders.totalPrice),
            SUM(gaw.orders.totalLineItemsPrice)
    FROM gaw.orders
    WHERE DATE(gaw.orders.paidAt)<'2014/12/06'
    GROUP BY year_mo
    INTO OUTFILE 'D:/GAW Miners/Output/gaw_orders_compare.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'year_mo', 'type', 'btcAmount', 'usdAmount'
    UNION ALL
    SELECT CONCAT(YEAR(gaw.transactions.createdAt),"_",
            IF(MONTH(gaw.transactions.createdAt)<10,"0",""),
            MONTH(gaw.transactions.createdAt)) AS year_mo,
            gaw.transactions.type,
            SUM(gaw.transactions.btcAmount),
            SUM(gaw.transactions.usdAmount)
    FROM gaw.transactions
    WHERE DATE(gaw.transactions.createdat)<'2014/12/06'
            AND gaw.transactions.status="completed"
            AND gaw.transactions.type="withdraw"
    GROUP BY year_mo
    INTO OUTFILE 'D:/GAW Miners/Output/gaw_withdraw_compare.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';
```

```
SELECT 'year_mo', 'type', 'btcAmount'
       UNION ALL
       SELECT CONCAT(YEAR(gaw.transactions.createdAt),"_",
              IF(MONTH(gaw.transactions.createdAt)<10,"0",""),
              MONTH(gaw.transactions.createdAt)) AS year_mo,
              gaw.transactions.type,
              SUM(gaw.transactions.btcAmount)
       FROM gaw.transactions
       WHERE DATE(gaw.transactions.createdat)<'2014/12/06'
              AND gaw.transactions.status="completed"
       GROUP BY gaw.transactions.type, year_mo
       INTO OUTFILE 'D:/GAW Miners/Output/gaw_transactions_compare.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE employee_accounts
       SELECT DISTINCT users.id AS "userId"
       FROM auditlogs
       LEFT JOIN users ON auditlogs.userId = users.id
       WHERE auditlogs.action="security"
              AND auditlogs.notes LIKE "%employee account%";

CREATE TEMPORARY TABLE nonemployee_accounts
       SELECT id as "userId"
       FROM users
       WHERE id NOT IN (
              SELECT DISTINCT(userid) FROM auditlogs
                   WHERE action="security"
                        AND notes LIKE "%employee account%");

CREATE TEMPORARY TABLE activated_zencodes_all
       SELECT SUBSTRING(details, LOCATE('[',details)+1,
              LOCATE(']',details)-LOCATE('[',details)-1) AS zencode,
              userId, createdAt
       FROM activities
       WHERE type="activated code"
       ORDER BY zencode;

DELETE activated_zencodes_all
       FROM activated_zencodes_all
       INNER JOIN (
              SELECT MIN(createdAt) AS firstActivation, zencode
              FROM activated_zencodes_all
              GROUP BY zencode
              HAVING COUNT(*) > 1) dup
              ON dup.zencode = activated_zencodes_all.zencode
              WHERE activated_zencodes_all.createdAt > dup.firstActivation;

CREATE TEMPORARY TABLE activated_zencodes
       SELECT DISTINCT *
       FROM activated_zencodes_all
       ORDER BY zencode;
```

```
CREATE TEMPORARY TABLE ordered_devices_s1
            (discountPercent DECIMAL(8,5)
                AS (discounts / totalLineItemsPrice) virtual,
            discountedPrice DECIMAL(12,2)
                AS ((1 - discountPercent) * purchasePriceUSD) virtual)
        SELECT order_devices.deviceId, orders.currency, orders.discounts,
            orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
            devices.userId, devices.purchasePriceUSD, devices.zenCode,
            stores.name AS 'stores_name',
            hashlet_types.name AS 'hashlet_types_name'
        FROM order_devices
        INNER JOIN devices
            ON order_devices.deviceId = devices.id
        INNER JOIN orders
            ON order_devices.orderId = orders.id
        INNER JOIN stores
            ON orders.storeId=stores.id
        INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
        WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND devices.userId IN (SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE ordered_devices_s2 (discountPercent DECIMAL(8,5)
            AS (discounts / totalLineItemsPrice) virtual,
        discountedPrice DECIMAL(12,2)
            AS ((1 - discountPercent) * purchasePriceUSD) virtual)
        SELECT order_devices.deviceId, orders.currency, orders.discounts,
            orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
            devices.purchasePriceUSD, devices.zenCode,
            stores.name AS 'stores_name',
            hashlet_types.name AS 'hashlet_types_name',
            activated_zencodes.userId AS 'activatedUserId'
        FROM order_devices
        INNER JOIN devices
            ON order_devices.deviceId = devices.id
        INNER JOIN orders
            ON order_devices.orderId = orders.id
        INNER JOIN stores
            ON orders.storeId=stores.id
        INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
        INNER JOIN activated_zencodes
            ON devices.zencode = activated_zencodes.zencode
        WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND activated_zencodes.userId
                IN (SELECT userId FROM nonemployee_accounts);
```

```
SELECT 'dateRange', 'purchaseAmount'
      UNION ALL
      SELECT '08/01/2014-12/05/2014', SUM(ordered_devices_s1.discountedPrice)
      FROM ordered_devices_s1
      WHERE DATE(ordered_devices_s1.paidAT)<'2014/12/06'
      UNION ALL
      SELECT '08/01/2014-1/20/2015', SUM(ordered_devices_s1.discountedPrice)
      FROM ordered_devices_s1
      INTO OUTFILE 'D:/GAW Miners/Output/gaw_orders_percent_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'dateRange', 'purchaseAmount'
      UNION ALL
      SELECT '08/01/2014-12/05/2014', SUM(ordered_devices_s2.discountedPrice)
      FROM ordered_devices_s2
      WHERE DATE(ordered_devices_s2.paidAT)<'2014/12/06'
      UNION ALL
      SELECT '08/01/2014-1/20/2015', SUM(ordered_devices_s2.discountedPrice)
      FROM ordered_devices_s2
      INTO OUTFILE 'D:/GAW Miners/Output/gaw_orders_percent_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

USE SEC;

SELECT 'year_mo', 'discounts', 'subtotalPrice', 'totalPrice',
            'totalLineItemsPrice'
      UNION ALL
      SELECT CONCAT(SUBSTRING(sec.orders.datePaid, 1, 4),"_",
            SUBSTRING(sec.orders.datePaid, 6, 2)) AS year_mo,
            SUM(sec.orders.discounts),
            SUM(sec.orders.subtotalPrice),
            SUM(sec.orders.totalPrice),
            SUM(sec.orders.total_line_items_price)
      FROM sec.orders
      WHERE DATE(SUBSTRING(sec.orders.datePaid,1, 10))<'2014/12/06'
      GROUP BY year_mo
      INTO OUTFILE 'D:/GAW Miners/Output/sec_orders_compare.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';
```

```
SELECT 'year_mo', 'type', 'btcAmount', 'usdAmount'
      UNION ALL
      SELECT CONCAT(SUBSTRING(sec.transactions.createdAt, 1, 4),"_",
            SUBSTRING(sec.transactions.createdAt, 6, 2)) AS year_mo,
            sec.transactions.type,
            SUM(sec.transactions.btcAmount),
            SUM(sec.transactions.usdAmount)
      FROM sec.transactions
      WHERE DATE(SUBSTRING(sec.transactions.createdAt,1, 10))<'2014/12/06'
            AND sec.transactions.status="completed"
            AND sec.transactions.type="withdraw"
      GROUP BY year_mo
      INTO OUTFILE 'D:/GAW Miners/Output/sec_withdraw_compare.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'type', 'btcAmount'
      UNION ALL
      SELECT CONCAT(SUBSTRING(sec.transactions.createdAt, 1, 4),"_",
            SUBSTRING(sec.transactions.createdAt, 6, 2)) AS year_mo,
            sec.transactions.type,
            SUM(sec.transactions.btcAmount)
      FROM sec.transactions
      WHERE DATE(SUBSTRING(sec.transactions.createdAt,1, 10))<'2014/12/06'
            AND sec.transactions.status="completed"
      GROUP BY sec.transactions.type, year_mo
      INTO OUTFILE 'D:/GAW Miners/Output/sec_transactions_compare.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

QUIT;
```

gaw.orders.compare.csv

| year_mo | discounts | subtotalPrice | totalPrice | totalLineItemsPrice |
|---------|-----------|---------------|------------|---------------------|
| 2014_08 | 181,728.56 | 7,932,715.44 | 7,933,184.05 | 8,113,864.05 |
| 2014_09 | 173,522.36 | 8,019,283.83 | 8,019,049.47 | 8,192,206.19 |
| 2014_10 | 85,477.96 | 6,080,094.50 | 6,080,108.20 | 6,165,572.46 |
| 2014_11 | 85,562.64 | 2,058,406.92 | 2,058,437.03 | 2,143,969.56 |
| 2014_12 | 2,228.15 | 437,021.70 | 436,971.70 | 439,199.85 |

sec.orders.compare.csv

| year_mo | discounts | subtotalPrice | totalPrice | totalLineItemsPrice |
|---------|-----------|---------------|------------|---------------------|
| 2014_08 | 181,728.56 | 7,932,715.44 | 7,933,184.05 | 8,113,864.05 |
| 2014_09 | 173,522.36 | 8,019,283.83 | 8,019,049.47 | 8,192,206.19 |
| 2014_10 | 85,477.96 | 6,080,094.50 | 6,080,108.20 | 6,165,572.46 |
| 2014_11 | 85,562.64 | 2,058,406.92 | 2,058,437.03 | 2,143,969.56 |
| 2014_12 | 2,228.15 | 437,021.70 | 436,971.70 | 439,199.85 |

**gaw_orders_percent_s1.csv**

| dateRange | purchaseAmount |
|---|---|
| 08/01/2014-12/05/2014 | 21,395,820.87 |
| 08/01/2014-1/20/2015 | 21,791,089.65 |

**gaw_orders_percent_s2.csv**

| dateRange | purchaseAmount |
|---|---|
| 08/01/2014-12/05/2014 | 21,322,473.16 |
| 08/01/2014-1/20/2015 | 21,717,741.94 |

**gaw_withdraw_compare.csv**

| year_mo | type | btcAmount | usdAmount |
|---------|------|-----------|-----------|
| 2014_07 | withdraw | -191.47 | -115,072.85 |
| 2014_08 | withdraw | -2,028.23 | -1,064,023.54 |
| 2014_09 | withdraw | -6,565.12 | -2,881,344.59 |
| 2014_10 | withdraw | -16,435.40 | -6,043,126.09 |
| 2014_11 | withdraw | -9,785.02 | -3,548,057.38 |
| 2014_12 | withdraw | -1,773.64 | -666,592.60 |

**sec_withdraw_compare.csv**

| year_mo | type | btcAmount | usdAmount |
|---------|------|-----------|-----------|
| 2014_07 | withdraw | -191.47 | -115,072.85 |
| 2014_08 | withdraw | -2,028.23 | -1,064,023.54 |
| 2014_09 | withdraw | -6,565.12 | -2,881,344.59 |
| 2014_10 | withdraw | -16,435.40 | -6,043,126.09 |
| 2014_11 | withdraw | -9,785.02 | -3,548,057.38 |
| 2014_12 | withdraw | -1,773.64 | -666,592.60 |

**gaw_transactions_compare.csv**

| year_mo | type | btcAmount |
|---------|------|-----------|
| 2014_07 | credit | 0.93 |
| 2014_08 | credit | 51.90 |
| 2014_09 | credit | 116.86 |
| 2014_10 | credit | 407.40 |
| 2014_11 | credit | 89.15 |
| 2014_12 | credit | 27.97 |
| 2014_07 | debit | -4.57 |
| 2014_08 | debit | -35.58 |
| 2014_09 | debit | -675.46 |
| 2014_10 | debit | -1,050.13 |
| 2014_11 | debit | -677.61 |
| 2014_12 | debit | -7.31 |
| 2014_07 | fund | 10.30 |
| 2014_08 | fund | 1,784.98 |
| 2014_09 | fund | 3,455.37 |
| 2014_10 | fund | 9,067.61 |
| 2014_11 | fund | 10,233.55 |
| 2014_12 | fund | 1,980.36 |
| 2014_07 | payout | 266.44 |
| 2014_08 | payout | 3,435.91 |
| 2014_09 | payout | 12,061.82 |
| 2014_10 | payout | 16,467.45 |
| 2014_11 | payout | 3,549.81 |
| 2014_12 | payout | 541.54 |
| 2014_08 | purchase | -1,625.58 |
| 2014_09 | purchase | -3,748.50 |
| 2014_10 | purchase | -15,458.38 |
| 2014_11 | purchase | -12,129.03 |
| 2014_12 | purchase | -2,620.54 |
| 2014_10 | revert buyback | -461.80 |
| 2014_11 | revert buyback | -56.50 |
| 2014_12 | revert buyback | -23.82 |
| 2014_09 | sale | 802.94 |
| 2014_10 | sale | 11,948.24 |
| 2014_11 | sale | 9,847.00 |
| 2014_12 | sale | 2,101.57 |
| 2014_08 | servicefee | -307.20 |
| 2014_09 | servicefee | -2,922.69 |
| 2014_10 | servicefee | -5,476.32 |
| 2014_11 | servicefee | -1,772.19 |
| 2014_12 | servicefee | -280.30 |
| 2014_07 | withdraw | -191.47 |
| 2014_08 | withdraw | -2,028.23 |

| | | |
|---|---|---|
| 2014_09 | withdraw | -6,565.12 |
| 2014_10 | withdraw | -16,435.40 |
| 2014_11 | withdraw | -9,785.02 |
| 2014_12 | withdraw | -1,773.64 |

**sec_transactions_compare.csv**

| year_mo | type | btcAmount |
|---------|------|-----------|
| 2014_07 | credit | 0.93 |
| 2014_08 | credit | 51.90 |
| 2014_09 | credit | 116.86 |
| 2014_10 | credit | 407.40 |
| 2014_11 | credit | 89.15 |
| 2014_12 | credit | 27.97 |
| 2014_07 | debit | -4.57 |
| 2014_08 | debit | -35.58 |
| 2014_09 | debit | -675.46 |
| 2014_10 | debit | -1,050.13 |
| 2014_11 | debit | -677.61 |
| 2014_12 | debit | -7.31 |
| 2014_07 | fund | 10.30 |
| 2014_08 | fund | 1,784.98 |
| 2014_09 | fund | 3,455.37 |
| 2014_10 | fund | 9,067.61 |
| 2014_11 | fund | 10,233.55 |
| 2014_12 | fund | 1,980.36 |
| 2014_07 | payout | 266.44 |
| 2014_08 | payout | 3,435.91 |
| 2014_09 | payout | 12,061.82 |
| 2014_10 | payout | 16,467.45 |
| 2014_11 | payout | 3,549.81 |
| 2014_12 | payout | 541.54 |
| 2014_08 | purchase | -1,625.58 |
| 2014_09 | purchase | -3,748.50 |
| 2014_10 | purchase | -15,458.38 |
| 2014_11 | purchase | -12,129.03 |
| 2014_12 | purchase | -2,620.54 |
| 2014_10 | revert buyback | -461.80 |
| 2014_11 | revert buyback | -56.50 |
| 2014_12 | revert buyback | -23.82 |
| 2014_09 | sale | 802.94 |
| 2014_10 | sale | 11,948.24 |
| 2014_11 | sale | 9,847.00 |
| 2014_12 | sale | 2,101.57 |
| 2014_08 | servicefee | -307.20 |
| 2014_09 | servicefee | -2,922.69 |
| 2014_10 | servicefee | -5,476.32 |
| 2014_11 | servicefee | -1,772.19 |
| 2014_12 | servicefee | -280.30 |
| 2014_07 | withdraw | -191.47 |
| 2014_08 | withdraw | -2,028.23 |

| | | |
|---|---|---|
| 2014_09 | withdraw | -6,565.12 |
| 2014_10 | withdraw | -16,435.40 |
| 2014_11 | withdraw | -9,785.02 |
| 2014_12 | withdraw | -1,773.64 |