# EXHIBIT 43

**MERCHANT SERVICES**
PO Box 6010
HAGERSTOWN, MD 21741-6010
USA

# Merchant Information Request

***TIME SENSITIVE DOCUMENT***
***IMMEDIATE RESPONSE REQUIRED***

**08/18/2015** (mm/dd/yyyy)

MY IT INDY
1500 E. RIVERSIDE DR.
INDIANAPOLIS IN 46202-2039
US

Faxed to:

A dispute has been initiated by the issuing bank (below). If you wish to contest the dispute, your response must be:
**Received No Later Than
09/01/2015** (mm/dd/yyyy)
Failure to respond by the requested due date with a valid remedy may result in a fatal financial adjustment to your account.

| | |
|---|---|
| **Jurisdiction:** | Visa USA Domestic |
| **Dispute Type:** | INCOMING PRE-ARBITRATION |
| **Reason:** | Services Not Provided or Merchandise Not Received |
| **Case Number:** | 615225037401 |
| **Adjustment Amount:** | 2297.70 |

## Original Transaction Detail Information

| | | | |
|---|---|---|---|
| Merchant Number: | 00000510159230304271 | Credit Card Number: | 412800XXXXXX0148 |
| Transaction Date (mm/dd/yyyy): | 09/09/2014 | Reference Number: | 24412894254980007497807 |
| Transaction Amount: | 2297.70 | Foreign Amount: | 0.00 |
| Merchant Xref: | | Airline Ticket Number: | |
| Total Batch Amount: | 0.00 | Batch Date (mm/dd/yyyy): | |
| Usage Code: | | Custom Data: | SYS/PRIN: 1428/2300 |
| Card Product Type: | Visa Traditional | Transaction Method: | Electronic Commerce |
| Invoice Number: | | POS Entry: | |
| AVS Code: | | CVV2/CVC2/CID: | |
| UCAF/CAVV: | | MCC: | 4816 |
| Reason Code: | 30 / Services Not Provided or Merchandise Not Received | | |

**Case Summary**
A dispute has been initiated by Citibank, N.A. because the cardholder claims the services or merchandise was not received.

**Comments:** We acknowledge receiving your reponse CH was order merchandise on 2014 and expected delivery is on 03/13/15 and did not receive merchandise. To refute this charge provide a detailed rebuttal addressing all of the cardholder claims, provide all supporting documentation to defend this dispute. Provide proof the cardholder received the merchandise by the agreed upon date.

**Complete the information requested on the back side of this form. Follow all instructions.**

Fax your response to: 402-933-1525

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

08/18/15 TDS000 0000740

Confidential                                                                                                                                    Grimes00000027

**My Merchant Services**

# DISPUTE RESPONSE

Date (mm/dd/yyyy): _____

**MERCHANT SERVICES**
PO Box 6010
HAGERSTOWN, MD 21741-6010
USA

**FAX YOUR RESPONSE TO:**
402-933-1525

**Responses must be received by**
**09/01/2015** (mm/dd/yyyy)

| | |
|---|---|
| **Case Number:** | 615225037401 |
| **Amount:** | 2297.70 |
| **Custom Data:** | SYS/PRIN: 1428/2300 |

**Questions?**
Call 800 672-5008

I am requesting that you reverse the dispute case referenced above because:

_____
_____
_____

(If additional space is needed please continue on a separate sheet of paper)

I have attached copies of the following on separate sheets of 8 1/2 by 11 white paper. I have written the Case Number in the upper right hand corner of every sheet. (Check all that apply)

___ Signed and Imprinted Sales Slip          ___ Signed Order Form                              ___ Signed Rental Agreement
___ Signed proof of Delivery                      ___ Hotel/Motel Folio                                 ___ Credit receipts
___ Signed Return or Cancellation Policy  ___ Documentation of additional cardholder transactions
___ Other Documentation (Please describe): _____

■ **For non face-to-face transactions** (mail/telephone and internet transactions) we recommend that you provide as much information as possible to establish cardholder participation in a transaction. Non face to face transactions are made at your own risk.

■ **For face-to-face transactions,** the Associations' rules require a signed and card-imprinted (if not card-swiped) transaction document to establish cardholder participation in a transaction.

**FOR FAST PROCESSING, FAX YOUR RESPONSE TO: 402-933-1525**
OR, MAIL TO: The address at the top of this page.

Help us save energy, money and the planet through electronification of paper correspondence. If you are interested in "going green", call the Merchant Services number provided to find out more about our web based Dispute Manager tool.

08/18/15 IDS000  0000740

Confidential                                                                                                                                   Grimes00000028

# Exhibit 2E-6

## Issuer Chargeback Form—Non-Receipt Goods/Services

### Member Information

| | |
|---|---|
| To BIN: 441289 | From BIN: 412800 |
| Chargeback Reference Number: (if used) | |

### Cardholder Information

| | |
|---|---|
| Account Number: 4128003572530148 | Cardholder Name (optional): CRAIG J CARTER |

### Transaction Information

| | | |
|---|---|---|
| Acquirer Reference Number: 24412894254980007497807 | MCC: 4816 | Transaction ID: 284253117679031 (Required for domestic use in CPS countries only) |
| Merchant Name: HOOSIER MAC 317-534-0562 IN | | |
| Transaction Date (MMDDYY): 9/9/2014 | Merchant Location: IN | |
| Transaction Amount: $2,297.70 (In Billing Currency) | Processing Date (MMDDYY): 9/12/2014 | |
| | Dispute Amount: $2,297.70 (If different from Transaction Amount) | |

### Chargeback Reason Code
*Check the reason code and provide all information that applies*

☒ **30 – Services No Provided or Merchandise Not Received**
  ☐ Merchant Unwilling or unable to provide service(s)
  ☐ Date services were to be provided (if applicable):         (MMDDYY)
  ☒ Cardholder attempted to resolve with Merchant or Merchant's liquidator
  ☒ Merchandise or ticket not received by agreed date (MMDDYY, if applicable): 03/13/15
  ☐ Merchandise or ticket not received at agreed location (specify, if applicable):
  ☒ Issuer certifies that Cardholder attempted to resolve with Merchant

☐ **90 – Non-Receipt of Cash or Load Transaction Value at ATM or Load Device**
  ☐ Cash or Load Value not received
  ☐ Partial cash or Load Value received (Amount received):

### Member Contact Information

| | |
|---|---|
| Contact Name: LB33667 | Telephone Number: 423-467-6505 |
| Fax Number: 1-866-799-4758 (Please include the country and city code with the telephone and fax numbers, if appropriate and if known.) | E-Mail Address:         (optional) |

**Additional Information** (Use an additional sheet if necessary)
This transaction was for machines called hashlets. The merchant originally stated the equipment for this transaction would be shipped as soon as possible due to its size. The CM was still expecting the equipment as of 3/13/2015 to be shipped. The cm had been in contact with the merchant up until 3/13/2015 awaiting shipping date. The cm tried again on 3/13/2015 to reach the merchant to inquire on shipping and learned that the company phone numbers were disconnected and the website was no longer functioning. The cm patiently waited and was working with the merchant, however as of

---

From: Burger, Latisha Kay [GCB-OT]
Sent: Thursday, July 02, 2015 7:08:00 AM
To: PaperWAH
Subject: RUSH PDOC D-559255180515 Craig Carter
Auto forwarded by a Rule
Merchant Acquirer Please Note:
The attached email came through the Citibank Secured email environment from the customer and was forwarded to the Citibank Dispute area from our Customer Service Unit

Visa Resolve Online

## Chargeback Questionnaire: ROL Case Number - 1378322438

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | 4128-0035-7253-0148 | Tran Type: | Sale | Issuer: | CITIBANK, NATIONAL ASSOCIATION - CONSUMER |
| Network: | VISA | Tran Date: | 09/09/14 | | |
| Tran ID: | 284253117679031 | Processing Date: | 09/12/14 | | |
| ARN: | 2-441289-4254-98000749780-7 | Tran Amount: | 2297.70 USD | CH Name: | |
| Retrievel Ref. #: | 425427980007 | Jurisdiction: | DOMESTIC-US | Acquirer: | WELLS FARGO BANK, NATIONAL ASSOCIATION |
| | | | | Merchant: | HOOSIER MAC |
| | | | | Location: | 317-534-0562, IN |
| Acqr BID: | 10000056 | Spec Cond. | | MCC: | 4816 |
| Reimb Attr: | A | MOTO/ECI: | 1 | Network ID: | VISA |
| Action: Chargeback | | | | | |

### Dispute Information

| | |
|---|---|
| Dispute Group | 6 - Non-Receipt Goods/Services |
| Dispute Reason | 30 - Services not Provided or Merchandise Not Received |
| Dispute Amount | 2,297.70 USD   Cardholder ☐ Debit ☑ Credit |

### Elaboration Information

What was purchased?

### Attempt To Resolve

Did the cardholder attempt to resolve with the merchant?

### Questionnaire Notes and Documents

**Comments**

**Documents**
Other                                                 B/W

**Chargeback Reference Number**
322438

08/18/15 TDS000  0000740

Confidential

Grimes00000031

**Cardholder Contact Information**

Name
Cardholder did not release contact information.

Confidential

Visa Resolve Online

## Pre-Arb Questionnaire: ROL Case Number - 1378322438

### Transaction Information

| | | | | | |
|---|---|---|---|---|---|
| Card/Acct #: | 4128-0035-7253-0148 | Tran Type: | Sale | Issuer: | CITIBANK, NATIONAL ASSOCIATION - |
| Network: | VISA | Tran Date: | 09/09/14 | | |
| Tran ID: | 284253117679031 | Processing Date: | 09/11/14 | CH Name: | |
| ARN: | 2-441289-4254-98000749780-7 | Tran Amount: | 2,297.70 USD | Acquirer: | WELLS FARGO BANK, NATIONAL ASSOC |
| Retrieval Ref #: 425427980007 | | Jurisdiction: | DOMESTIC-US | | |
| | | | | Merchant: | HOOSIER MAC |
| | | | | Location: | 317-534-0562, IN |

### Case History Summary

| Event | CPD | Dispute Amount | Reason Code |
|---|---|---|---|
| Chargeback: | 07/07/15 | 2,297.70 USD | 30 - Services not Provided or Merchandise Not Received |
| Representment: | 07/22/15 | 2,297.70 USD | 30 - Services not Provided or Merchandise Not Received |

### Days Between Events

| | | | |
|---|---|---|---|
| RFC CPD From Tran CPD | N/A | Repre CPD from CB CPD | 15 |
| RFC Response CPD From RFC CPD | N/A | Pre-Arb Date from Repre CPD | 21 |
| CB CPD From Tran CPD | 299 | | |
| CB CPD From RFC CPD | N/A | | |
| CB CPD From RFC Response CPD | N/A | | |

### Issuer's Pre-Arbitration Information

Dispute Amount: 2,297.70 USD

Why are you initiating Pre-Arbitration?
Our cardholder has provided updated letter. Please issue credit and advise. Thank you

Days Given to Respond: 30    Last Day to Respond: 09/11/15 (Based on Pacific Time)

Are you changing your Reason Code?    No
Are you providing new information?    Yes
Summary of New Information:    Our cardholder has provided updated letter. Please issue credit and advise. Thank you

☑ Issuer certifies that they have attempted to contact the cardholder with the compelling evidence presented for this transaction which they continue to dispute.

Explain your attempt to resolve with the cardholder:

Confidential                                              Grimes00000033

> 3/13/2015 it appears the merchant has gone out of business and no merchandise was shipped or delivered as promised to the cm.

By completing this form, you assert that the information included is accurate to the best of your knowledge.

*Refer to the *Visa International Operating Regulations for* complete Chargeback requirements.

_____

_____

15 April 2013

Notice: This information is proprietary and CONFIDENTIAL to Visa. It is distributed to Visa participants for use exclusively in managing their Visa programs. It must not be duplicated, published, distributed or disclosed, in whole or in part, to merchants, cardholders or any other person without prior permission from Visa. © 2013 Visa. All Rights Reserved.

08/18/15  IDS000   0000740

Confidential                                                                                           Grimes00000034

We have contacted the cardholder and they have provided an updated letter

**Questionnaire Notes and Documents**

**Comments**

**Documents**

Other 2                                              B/W

**Issuer's Contact Information**

Name:     Michelle H
Phone:    605-373-7722        Fax:     866-799-4758
Email:

**Cardholder Contact Information**

Name
Cardholder did not release contact information.

---

By completing this form, you agree that the information captured is correct to the best of your knowledge. Any available documentation which supports this dispute should be attached.

08/18/15 TDS000  0000740

Confidential

Grimes00000035

---

From: Craig Carter[SMTP:MAIL@CRAIGCARTER.COM]
Sent: Friday, August 07, 2015 4:53:41 PM
To: billingdisputes@citi.com
Subject: Dispute D-559279180515
Auto forwarded by a Rule
D-559279180515

file://C:\Image\AM\AM_WordToTiff\temp\15219JC0101040F_EMAILBODY_1.HTM        8/7/2015

08/18/15 IDS000  0000740

Confidential                                                                                                  Grimes00000036