# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>              Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>              Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>February 3, 2020 |

## **UNOPPOSED MOTION TO ADJOURN DEADLINE TO SUBMIT REPLY BRIEF**

On November 14, 2019, the Court ordered that any replies to any motions to decertify the class would be due February 5, 2020. ECF No. 178. Pursuant to the District of Connecticut's Local Rule of Civil Procedure 7(b), Defendant Stuart A. Fraser submits this motion to request a 2-day adjournment of the deadline to submit his reply memorandum in support of his motion to decertify the class as to damages from **Wednesday, February 5, 2019 to Friday, February 7, 2019.** Plaintiffs consent to this request.

This is Fraser's first request to extend the deadline to submit his reply memorandum, and the extension would not impact any other deadlines in this case.

Respectfully submitted:

Dated: February 3, 2020

                                            HUGHES HUBBARD & REED LLP

                                            By: s/ Hannah Miller
                                            Daniel H. Weiner (ct12180)
                                            Marc A. Weinstein (*pro hac vice*)
                                            Hannah Miller (phv10290)
                                            HUGHES HUBBARD & REED LLP
                                            One Battery Park Plaza
                                            New York, NY  10004-1482
                                            Tel.: (212) 837-6000
                                            Fax: (212) 422-6134
                                            Email: daniel.weiner@hugheshubbard.com

                                            David R. Schaefer (ct04334)
                                            Sean M. Fisher (ct23087)
                                            BRENNER, SALTZMAN & WALLMAN LLP
                                            271 Whitney Avenue
                                            New Haven, CT  06511
                                            Tel.: (203) 772-2600
                                            Fax: (203) 562-2098
                                            Email: sfisher@bswlaw.com

                                            *Attorneys for Defendant Stuart A. Fraser*