## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC,<br><br>      Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>February 3, 2020 |

### **UNOPPOSED MOTION TO ADJOURN DEADLINE TO SUBMIT REPLY BRIEF**

  On November 14, 2019, the Court ordered that any replies to any motions to decertify the class would be due February 5, 2020. ECF No. 178. Pursuant to the District of Connecticut's Local Rule of Civil Procedure 7(b), Defendant Stuart A. Fraser submits this motion to request a 2-day adjournment of the deadline to submit his reply memorandum in support of his motion to decertify the class as to damages from **Wednesday, February 5, 2020 to Friday, February 7, 2020.** Plaintiffs consent to this request.

  This is Fraser's first request to extend the deadline to submit his reply memorandum, and the extension would not impact any other deadlines in this case.

96182118_1

Respectfully submitted:

Dated: February 3, 2020

                      HUGHES HUBBARD & REED LLP

                      By: s/ Hannah Miller
                      Daniel H. Weiner (ct12180)
                      Marc A. Weinstein (*pro hac vice*)
                      Hannah Miller (phv10290)
                      HUGHES HUBBARD & REED LLP
                      One Battery Park Plaza
                      New York, NY  10004-1482
                      Tel.: (212) 837-6000
                      Fax: (212) 422-6134
                      Email: daniel.weiner@hugheshubbard.com

                      David R. Schaefer (ct04334)
                      Sean M. Fisher (ct23087)
                      BRENNER, SALTZMAN & WALLMAN LLP
                      271 Whitney Avenue
                      New Haven, CT  06511
                      Tel.: (203) 772-2600
                      Fax: (203) 562-2098
                      Email: sfisher@bswlaw.com

                      *Attorneys for Defendant Stuart A. Fraser*