**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| | : | |
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ ZEN | : | |
| CLOUD, | : | February 7, 2020 |
| | : | |
| Defendants. | : | |
| | : | |

## REPLY DECLARATION OF HANNAH L. MILLER IN FURTHER SUPPORT OF DEFENDANT STUART A. FRASER'S MOTION TO DECERTIFY THE CLASS AS TO DAMAGES

I, Hannah L. Miller, declare under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of New York. I am

an associate with the law firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A.

Fraser ("Fraser") in this action, and I have been admitted *pro hac vice* for purposes of

representing Fraser in this action. I have personal knowledge of the facts in this

Declaration.

2. On September 24, 2019, Fraser's counsel sent an email to Plaintiffs'

counsel objecting to Plaintiffs' failure to provide any narrative responses to Fraser's

interrogatories. That email is attached as Exhibit R1.

3. The parties conferred about the issue on a telephone call on September 27,

2019. On that call, Plaintiffs' counsel stated that class members would not respond to

Fraser's interrogatories, which asked each class member to identify all relevant

transactions. He explained that his firm had made efforts to contact class members, most of which responded that they previously provided documents to Allen Shinners, and that they did not have additional information to provide. Defense counsel made clear that the lack of responses left unknown whether any particular class member's production of document to Shinners encompassed all relevant transactions, and in particular whether chargebacks and private transactions were included in such documents at all, and that such information was required. Plaintiffs' counsel responded that class members would not be able to remember every single transaction. He further stated that the class members will "lose patience" if he has to go back to them to get more specific information.

4. Attached as Exhibit R2 is a true and correct copy of the response to written questions from class member Dimitrios Anastasakis.

5. Attached as Exhibit R3 is a true and correct copy of the response to written questions from class member Scott Fehrman.

6. Attached as Exhibit R4 is a true and correct copy of the response to written questions from class member Jeremy Schwartz.

I declare under penalty of perjury that the above statements are correct to the best of my knowledge.

Hannah L. Miller

Exhibit R1

| From: | Miller, Hannah |
|---|---|
| To: | Colin Watterson |
| Cc: | Weiner, Daniel H.; Weinstein, Marc A.; Cave, Sarah L.; Marc Seltzer; Seth Ard; Kathryn P. Hoek; Simon DeGeorges; Edgar G. Sargent |
| Subject: | RE: GAW Miners: Document Production |
| Date: | Tuesday, September 24, 2019 2:32:13 PM |

Colin,

We have reviewed Plaintiffs' objections and responses to Fraser's interrogatories as well as the documents listed on Exhibit A to your objections and responses.  Plaintiffs' responses are insufficient because, *inter alia*, they fail to provide specific answers and instead only refer to the general Bates range of documents submitted by each of the 173 potential class members to whom the interrogatories were directed.  *See, e.g.*, *In re Savitt/Adler Litig.*, 176 F.R.D. 44, 48 (N.D.N.Y. 1997) ("The interrogatories seek facts, not documents or tangible objects, and the proper form of response is a narrative answer, not a reference to documents or objects where the answers might be found.").  Please let us know if you plan to supplement your responses to provide actual answers to the interrogatories on behalf of the 173 potential class members to whom the interrogatories were directed.  If not, please let us know on what basis you object to providing answers to the interrogatories to which you responded by referencing "the documents identified in Exhibit A."

Based on the information available to us, we have identified several individuals whose depositions we would like to take pursuant to the Court's order at ECF No. 150.  We will prepare deposition notices, but first wanted to check in with you about scheduling.  To start, we would like to take the depositions of the following individuals:

1. Teresa Crivello
2. Ryan Grimes
3. Lawrence David Hughes
4. Michael Koerner
5. John Leonard Tuberosi

Please let us know if you are in a position to coordinate scheduling with these individuals/what dates might work for you.

Best,
Hannah

---

**From:** Colin Watterson <CWatterson@susmangodfrey.com>
**Sent:** Monday, August 26, 2019 11:08 PM
**To:** Miller, Hannah <hannah.miller@hugheshubbard.com>
**Cc:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Weinstein, Marc A.

<marc.weinstein@hugheshubbard.com>; Cave, Sarah L. <sarah.cave@hugheshubbard.com>; Marc
Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Kathryn P. Hoek
<khoek@SusmanGodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>; Edgar G.
Sargent <esargent@SusmanGodfrey.com>; Colin Watterson <CWatterson@susmangodfrey.com>
**Subject:** GAW Miners: Document Production

Hannah:

See the link below and attached. I'm sending the password in a follow up email.

https://files.knj360.com/?u=efYfFlDv&p=uzISNVcE&path=/20190826%20-
%20All%20GAW%20-
%20Documents%20from%20Absent%20Class%20Members%20Productions.zip

**Colin Watterson**

Susman Godfrey LLP

cwatterson@susmangodfrey.com

Office: 713.653.7844 |Cell: 512.965.2481

Exhibit R2

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**    **ANASTASAKIS, Dimitrios**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**As far I remember the documents include the following, except chargebacks (explained):**

- **Purchases from GAW;**
- **Chargebacks related to GAW products;**
  **Regarding chargebacks I had the following chargebacks, these are not in the provided documents, because the submission was all about the actual losses and not of nay already recovered funds:**

Date 09/12/2014    1x Zen Hashlet 50 for $1,047.50 each    Discount (code:
SLSSR3TOXHVKME): $-225.00 USD Subtotal  : $822.50 USD

```
Date 09/06/2014      1x Clever Hashlet 100 for $1,695.00 each
Date 09/08/2014      1x Zen Hashlet 75 for $1,571.25 each
Date 09/10/2014      1x Zen Hashlet 100 for $2,095.00 each
```

- **Purchase or sale of ZenCloud accounts (with the facilitation of an escrow agent).**
- **I believe I didn't have any purchases of GAW products from a reseller.**
- **Never sold any of these Hashlets, Hashstakers, or Hashpoints.**
- **As far I remember I didn't sell any Paycoin.**
- **Never had any commissions.**

## Please note:

## The following were my losses:

My losses are totaling of $29,141.55 + $7,974.61 USD = $37,116.16 USD, these are outlined in the provided documents "martanftm_Zencloud_TXIDs Send to Zencloud from Wallet.xls" and "martanftm_Zencloud_#722985-508067 ZEN CLOUD account sale - ESCROW Closing Statement.pdf"

The "martanftm_Zencloud_TXIDs Send to Zencloud from Wallet.xls" document contains bitcoin that was sent from my BTC wallet to the GAW owned wallet on the ZenCloud platform.

The "martanftm_Zencloud_#722985-508067 ZEN CLOUD account sale - ESCROW Closing Statement.pdf" contains the purchase of a full account using the ESCROW service, on the Zencloud platform.

## The following chargebacks were funds that recovered, these are Not included above:

```
Date 09/12/2014      1x Zen Hashlet 50 for $1,047.50 each    Discount (code:
SLSSR3TOXHVKME): $-225.00 USD Subtotal  : $822.50 USD

Date 09/06/2014      1x Clever Hashlet 100 for $1,695.00 each
Date 09/08/2014      1x Zen Hashlet 75 for $1,571.25 each
Date 09/10/2014      1x Zen Hashlet 100 for $2,095.00 each

Total: $822.50 + $1,695.00 + $1,571.25 + $2,095.00 = $6,183.75 USD
```

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**The chargebacks as described above in the question 1. This is because we were submitting documentation of losses and not any that already been recovered, like the chargebacks in this case.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**I have never received any ION coin.**

Exhibit R3

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**     **FEHRMAN, Scott**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**I submitted documents and the information on all GAW purchases. I did not have any chargebacks or anything like that.**

**I don't believe I submitted any sales of Paycoin previously. Seeing it in this list reminded me of this.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**On January 14th, 2015 I cashed out of all my paycoin, sold it for BTC and then sold that for USD.**

| Date | Note | Exchange | Currency | Amt XPY | Amt BTC After Fees | Amt USD | Conversion Rate |
|------|------|----------|----------|---------|--------------------|---------|-----------------|
| 1/14/2015 | Sold for BTC | Cryptsy | XPY | -126.7744072 | 2.1612526 | | 0.01704801977 |
| 1/14/2015 | Sold for BTC | Cryptsy | XPY | -123.2255928 | 2.08970273 | | 0.01695834999 |
| 1/14/2015 | Sold for BTC | Cryptsy | XPY | 231.5422569 | 4.13445211 | | 0.01785614499 |
| 1/14/2015 | Sold for BTC | Bittrex | XPY | -157.199281 | 2.71902092 | | 0.01729664985 |
| 1/14/2015 | Sold for USD | Circle | BTC | | -11.10212917 | 2285.04 | 205.8199797 |

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No I was not.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**I did not receive any ion coin**

Exhibit R4

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:** Jeremy Schwartz

**QUESTION 1:** To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

Yes

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

No

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

I believe so but it has been so long I honestly can't remember the details and have no such records.