AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Denis Marc Audet, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-cv-00940-MPS |
| Stuart A. Fraser, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                                                 .

Date:    04/14/2020

/s/ Russell F. Rennie
*Attorney's signature*

Russell F. Rennie (NY5650536)
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
*Address*

rrennie@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 226-8340
*FAX number*