AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Denis Marc Audet, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:16-CV-00940-MPS |
| Homero Joshua Garza, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stuart A. Fraser   .

Date:   04/20/2020

/s/ Marc A. Weinstein
*Attorney's signature*

Marc A. Weinstein (NY 643492)
*Printed name and bar number*
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482

*Address*

marc.weinstein@hugheshubbard.com
*E-mail address*

(212) 837-6460
*Telephone number*

(212) 299-6460
*FAX number*