Civil- (Dec-2008)

HONORABLE: Michael P. Shea

DEPUTY CLERK: D. Johnson       RPTR/ECRO/TAPE: J, Monette

TOTAL TIME: 1 hours 33 minutes

DATE: April 24, 2020    START TIME: 2:00    END TIME: 3:33

LUNCH RECESS    FROM: _____  TO: _____

RECESS (if more than ½ hr)    FROM: _____  TO: _____

CIVIL NO. 3:16CV940 (MPS)

AUDET, et al                                                 Rennie/Watterson/Seltzer/Barrett
                                                             Plaintiff's Counsel
              vs
GARZA, et al                                                 Weiner/Weinstein/Miller/Fisher
                                                             Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   via Zoom   ☐ Show Cause Hearing
☐ Evidentiary Hearing         ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ …..#179  Motion to Decertify the Class    ☐ granted ☐ denied ☑ advisement
☐ …..#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..#___ Motion _____    ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion _____   ☐ granted ☐ denied ☐ advisement
☐ …..   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____    ☐ filed ☐ docketed
☐ ………… _____ Hearing continued until _____ at _____

Notes: Telephonic Status Conference set for 6/10/20 @2pm; Joint Trial Memo due 7/7/20