UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>May 18, 2020<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF AN ATTORNEY FOR PLAINTIFFS** |

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure for the United States District Court for the District of Connecticut, please take notice that Colin M. Watterson no longer works at the firm of Susman Godfrey L.L.P.  I, along with other counsel of record for Plaintiffs, will continue to serve as counsel for Plaintiffs.  Accordingly, I hereby request that the Court withdraw Mr. Watterson's appearance and update the service list accordingly.

|  | Respectfully submitted, |
|---|---|
|  | */s/ Seth Ard* |
| Mark P. Kindall (ct13797) | Seth Ard |
| Robert A. Izard | Russell F. Rennie |
| IZARD, KINDALL & RAABE, LLP | SUSMAN GODFREY L.L.P. |
| 29 S. Main St., Suite 305 | 1301 Avenue of the Americas, 32nd Floor |
| West Hartford, CT 06107 | New York, NY 10019-6022 |
| Tel: (860) 493-6292 | Tel: (212) 336-8330 |
| mkindall@ikrlaw.com | sard@susmangodfrey.com |
| rizard@ikrlaw.com | rrennie@susmangodfrey.com |
|  |  |
|  | Marc Seltzer |
|  | Kathryn Hoek |
|  | SUSMAN GODFREY L.L.P. |
|  | 1900 Avenue of the Stars, Suite 1400 |
|  | Los Angeles, CA 90067 |
|  | Tel: (310) 789-3100 |
|  | mseltzer@susmangodfrey.com |
|  | khoek@susmangodfrey.com |
|  |  |
|  | Edgar Sargent |
|  | SUSMAN GODFREY L.L.P. |
|  | 1201 Third Avenue, Suite 3800 |
|  | Tel: (202) 516-3880 |
|  | esargent@susmangodfrey.com |
|  |  |
|  | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 18, 2020, a copy of foregoing Notice of Withdrawal of An Attorney for Plaintiffs was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

      */s/ Seth Ard*
      Seth Ard