UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, ET AL.,<br><br>                      Plaintiffs,<br><br>    v.<br><br>STUART A. FRASER, ET AL.,<br><br>                      Defendants. | Case No. 3:16-CV-00940-MPS<br><br>**JOINT STATEMENT**<br>**REGARDING MEDIATION** |

Pursuant to the Court's May 4, 2020 Order (ECF 206), the parties, having met and conferred, have agreed to pursue mediation. Accordingly, they hereby jointly certify that:

1. Counsel for both parties have conferred with their clients and with one another;
2. The parties wish to proceed to mediation;
3. At mediation, the parties are willing to participate in settlement efforts in good faith; and
4. Counsel believe that a mediation stands at least a reasonable chance of resolving the case without trial.

The parties wish to pursue private mediation, and therefore do not require the Court's assistance in arranging for a mediator.

In light of their agreement to mediate, the parties respectfully request that the Court extend the current pretrial deadlines, and the trial date itself, by ninety (90) days. The parties are available at the Court's convenience for a conference to set a new trial date.

DATED:  New York, New York                    DATED:  New York, New York
              May 18, 2020                                                      May 18, 2020

PLAINTIFFS                                                          DEFENDANT STUART A. FRASER

By: /s/Seth Ard                                                    By: /s/ Daniel H. Weiner

Seth Ard (pro hac vice)
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340
E-mail: sard@susmangodfrey.com

Mark P. Kindall (ct13797)
Robert A. Izard
Izard, Kindall & Raabe
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
E-mail: mkindall@ikrlaw.com,
         rizard@ikrlaw.com

*Attorneys for Plaintiffs*

Daniel H. Weiner (ct12180)
Marc A. Weinstein (*pro hac vice*)
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: daniel.weiner@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven CT 06511
Tel.: 203-772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*