# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| DENIS MARC AUDET, ET AL., | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ ZEN | : | |
| CLOUD, | : | December 23, 2019 |
| | : | |
| Defendants. | : | |
| | : | |

## DECLARATION OF HANNAH L. MILLER IN SUPPORT OF DEFENDANT STUART A. FRASER'S MOTION TO DECERTIFY THE CLASS AS TO DAMAGES

I, Hannah L. Miller, declare under penalty of perjury as follows:

1.  I am an attorney licensed to practice law in the State of New York.  I am an associate with the law firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser ("Fraser") in this action, and I have been admitted *pro hac vice* for purposes of representing Fraser in this action.  I have personal knowledge of the facts in this Declaration.

2.  Following the Plaintiffs' production of insufficient interrogatory responses, the parties in this action agreed that Plaintiffs' counsel would convey several specific follow-up questions to the 173 class members to facilitate the collection of accurate responses to Fraser's interrogatories.  On December 9, 2019, Plaintiffs' counsel produced 111 unsigned written responses from class members to those follow-up

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 2 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 2 of 667

2

questions.  To date, Fraser has not received signed, written responses to Fraser's interrogatories from any of the 173 class members.

3.   Fraser issued subpoenas to PayPal, Stripe, Visa, Mastercard, Discover, Capital One, and Wells Fargo, but none of those third parties produced any documents in response.

4.   Fraser sought to depose Michael Koerner ("Koerner"), who was listed among the subset of 173 class members from whom named Plaintiff Allen Shinners had previously collected information.  In response to Fraser's request, Plaintiffs' counsel conveyed to Fraser's counsel that Koerner had requested that he not be deposed, and explained that he had received chargebacks from his credit card companies that nearly negated his losses. Fraser agreed to forego the deposition because Koerner's net damages—after considering the chargebacks—fall below the $3,000 damages threshold the Court had established for class member deponents.

5.   Class members who admitted being resellers in their responses to Fraser's written questions produced no evidence of their resales, despite Fraser's requests for such information.

6.   None of the individuals who admit exchanging Paycoin for Ion coin provided any records of their conversions, despite Fraser's requests for that information.

7.   Attached hereto as Exhibit 1 is a true and correct copy of Defendant Stuart A. Fraser's Document Requests to Potential Class Members.

8.   Attached hereto as Exhibit 2 is a true and correct copy of Defendant Stuart A. Fraser's Interrogatories to Potential Class Members.

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 3 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 3 of 667

3

9.   Attached hereto as Exhibit 3 is a true and correct copy of the Class Members' Objections and Responses to Defendant Stuart A. Fraser's Interrogatories to Class Members.

10. Attached hereto as Exhibit 4 is a true and correct copy of the Class Members Responses and Objections to Defendant Stuart A. Fraser's Document Requests to Plaintiffs.

11. Attached hereto as Exhibit 5 is a true and correct copy of the First Amended Class Members [sic] Responses and Objections to Defendant Stuart A. Fraser's Interrogatories to Plaintiffs.

12. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Michael Pfeiffer taken on July 19, 2018 in this action.

13. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of class member John Tuberosi taken on October 23, 2019 in this action.

14. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the transcript of the deposition of class member Teresa Crivello taken on October 23, 2019 in this action.

15. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of the deposition of class member Daniel Simpson taken on October 29, 2019 in this action.

16. Attached hereto as Exhibit 10 is a true and correct copy of the victim impact statement submitted by Plaintiff Allen Shinners.

Case 3:16-cv-00940-MPS   Document 219-2   Filed 06/01/20   Page 4 of 667

4

17. Attached hereto as Exhibit 11 is a true and correct copy of emails dated August 26, 2019, September 24, 2019, and October 2, 2019 between Hannah Miller and Colin Watterson regarding absent class member Michael Koerner.  The password required to access Plaintiffs' production has been redacted.

18. Attached hereto as Exhibit 12 is a true and correct copy of an April 2015 GAW Legal, Credit and Consumer Protection Rights thread on Gethashing.com.

19. Attached hereto as Exhibit 13 is a true and correct copy of a description of chargebacks received by one class member, produced by Plaintiffs in this action as GAW00363123.

20. Attached hereto as Exhibit 14 is a true and correct copy of emails dated August 10, 2015 between class member John Jallade and Plaintiff Allen Shinners, produced by Plaintiffs in this action as GAW00365038

21. Attached hereto as Exhibit 15 is a true and correct copy of a summary of class member Ian MacPhee's transactions with GAW Miners, produced by Plaintiffs in this action as GAW00362419.

22. Attached hereto as Exhibit 16 is an excerpt from a spreadsheet entitled "Up to Date Putative GAW Member Losses," produced by Plaintiffs in this action as GAW00361522.  The excerpt depicts the sheet within the spreadsheet titled "Removed." Fraser's counsel has modified the sheet to exclude certain columns to enable all relevant information to fit on two pages.  Each row continues from one page to the next.  Fraser's counsel has not modified any of the columns included in the excerpt.

Case 3:16-cv-00940-MPS   Document 219-2   Filed 06/01/20   Page 5 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 5 of 667

5

23. Attached hereto as Exhibit 17 is true and correct copy of excerpts taken from the deposition of Eric Capuano, a former employee of the Companies, taken on July 9, 2018 in this action.

24. Attached hereto as Exhibit 18 is a true and correct copy of an email chain dated October 23, 2014 and October 24, 2014 between Eric Capuano, Michael Bova, Josh Garza and Juliette Dunlevy, produced by Plaintiffs in this action as GAW00674717.

25. Attached hereto as Exhibit 19 is a true and correct copy of an email chain dated August 14, 2014 between Dan Pease and Amanda Veilleux, produced by Plaintiffs in this action as GAW00650209.

26. Attached hereto as Exhibit 20 is a true and correct copy of an email dated October 15, 2014 from Jonah Dorman to Carlos Garza, produced by Plaintiffs in this action as GAW00642242.

27. Attached hereto as Exhibit 21 is a true and correct copy of an email dated October 11, 2014 from John Shaw-Miller to Amber Messer, Andy Roehrl, Benjamin Bradley, Chris Brown, Corne Nel, Eric Capuano, Jose Mordica and Josh Garza, produced by Plaintiffs in this action as GAW00624239.

28. Attached hereto as Exhibit 22 is a true and correct copy of excerpts taken from the deposition of class member Ryan Grimes taken on October 22, 2019 in this action.

29. Attached hereto as Exhibit 23 is a true and correct copy of an excerpt from a spreadsheet entitled "Up to Date Putative GAW Member Losses," produced by Plaintiffs in this action as GAW00361522.

30. Attached hereto as Exhibit 24 is a true and correct copy of excerpts from the deposition of class member Lawrence Hughes taken on November 5, 2019 in this action.

31. Attached hereto as Exhibit 25 is a true and correct copy of excerpts a spreadsheet entitled "Up to Date Putative GAW Member Losses," produced by Plaintiffs in this action as GAW00361522.

32. Attached hereto as Exhibit 26 is a true and correct copy of the Written Response of class member Alexander Lukashevich.

33. Attached hereto as Exhibit 27 is a true and correct copy of the Written Response of class member Hilary David Kinckner.

34. Attached hereto as Exhibit 28 is a true and correct copy of an email dated March 1, 2016 from Allen Shinners to Mark E. Munster.

35. Attached hereto as Exhibit 29 is a true and correct copy of the Written Response of class member Trestin Harper.

36. Attached hereto as Exhibit 30 is a true and correct copy of the Written Response of class member Payton Peterson.

37. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt from a spreadsheet entitled "Up to Date Putative GAW Member Losses," produced by Plaintiffs in this action as GAW00361522.

38. Attached hereto as Exhibit 32 is a true and correct copy of the Expert Rebuttal Report of Bruce Strombom dated November 11, 2019.

39. Attached hereto as Exhibit 33 is a true and correct copy of the Written Response of class member Roman Gorodnev.

40. Attached hereto as Exhibit 34 is a true and correct copy of the Written Response of class member John Tuberosi.

41. Attached hereto as Exhibit 35 is a true and correct copy of the Written Response of class member Simon Black.

42. Attached hereto as Exhibit 36 is a true and correct copy of the Written Response of class member Martin Ammann.

43. Attached hereto as Exhibit 37 is a true and correct copy of the Written Response of class member Leonardo Colucci.

44. Attached hereto as Exhibit 38 is a true and correct copy of the Written Response of class member Jurgen Daems.

45. Attached hereto as Exhibit 39 is a true and correct copy of the Written Response of class member Paul David Formosa.

46. Attached hereto as Exhibit 40 is a true and correct copy of the Written Response of class member Robert Hoppenfeld.

47. Attached hereto as Exhibit 41 is a true and correct copy of the Written Response of class member Kellen Jalbert.

48. Attached hereto as Exhibit 42 is a true and correct copy of the Written Response of class member Eric Kraus.

49. Attached hereto as Exhibit 43 is a true and correct copy of the Written Response of class member Thomas Le.

50. Attached hereto as Exhibit 44 is a true and correct copy of the Written Response of class member Adam Lemm.

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 8 of 667

8

51. Attached hereto as Exhibit 45 is a true and correct copy of the Written Response of class member Jeff Macfarlane.

52. Attached hereto as Exhibit 46 is a true and correct copy of the Written Response of class member Tom Mueller.

53. Attached hereto as Exhibit 47 is a true and correct copy of the Written Response of class member Dag Olsen.

54. Attached hereto as Exhibit 48 is a true and correct copy of the Written Response of class member James Pass.

55. Attached hereto as Exhibit 49 is a true and correct copy of the Written Response of class member Tezontl Rosario.

56. Attached hereto as Exhibit 50 is a true and correct copy of the Written Response of class member David Shepherd.

57. Attached hereto as Exhibit 51 is a true and correct copy of the Written Response of class member Helmut Siedl.

58. Attached hereto as Exhibit 52 is a true and correct copy of the Written Response of class member Steve Smith.

59. Attached hereto as Exhibit 53 is a true and correct copy of the Written Response of class member Alex Tolstykh.

60. Attached hereto as Exhibit 54 is a true and correct copy of the Written Response of class member Jimmy Vespoli.

61. Attached hereto as Exhibit 55 is a true and correct copy of the Written Response of class member Florian Winter.

9

62. Attached hereto as Exhibit 56 is a true and correct copy of the Written Response of class member Davis Tyner.

63. Attached hereto as Exhibit 57 is a true and correct Copy of the Written Response of class member Jeremy Schwartz.

64. Attached Hereto as Exhibit 58 is a true and correct copy of the Written Response of class member Ali Hussain.

65. Attached hereto as Exhibit 59 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Denis Marc Audet taken on August 10, 2018 in this action.

66. Attached hereto as Exhibit 60 is a true and correct screenshot of the Ion Coin webpage on CoinMarketCap.com.

67. Attached Hereto as Exhibit 61 is a true and correct copy of the Written Response of class member Pieter Clahsen.

68. Attached hereto as Exhibit 62 is a true and correct copy of an email dated September 17, 2014 from Martin Ruzek to Dimitrios Anastasakis, produced by Plaintiffs in this action as GAW00362226.

69. Attached hereto as Exhibit 63 is a true and correct copy of an email dated September 10, 2014 from Martin Ruzek to Bart Kant, produced by Plaintiffs in this action as GAW00361886.

70. Attached hereto as Exhibit 64 is a true and correct copy of the Written Response of class member Guillaume Barlier.

Case 3:16-cv-00940-MPS   Document 1794   Filed 06/01/20   Page 10 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 10 of 667

10

71. Attached hereto as Exhibit 65 is a true and correct copy of an email chain dated September 7, 2014 and September 8, 2014 between David Mah, John Shaw-Miller, and Nacer Laradji, produced by Plaintiffs in this action as GAW00362131.

72. Attached hereto as Exhibit 66 is a true and correct copy of an email chain dated September 25, 2014 between David Mah and John Shaw-Miller, produced by Plaintiffs in this action as GAW00362129.

73. Attached hereto as Exhibit 67 is a true and correct copy of a document that appears to reflect transactions involving class member Ian MacPhee, produced by Plaintiffs in this action as GAW036488.

74. Attached hereto as Exhibit 68 is a true and correct screenshot of a hashtalk.org thread entitled "WARNING about Buying/Selling Accounts."

75. Attached hereto as Exhibit 69 is a true and correct screenshot of a hashtalk.org thread entitled "Private Marketplace [official guide]."

76. Attached hereto as Exhibit 70 is a true and correct copy of an email chain dated September 12, 2014 between Plaintiff Michael Pfeiffer and John Shaw-Miller, produced by Plaintiffs in this action as GAW00689788-GAW00689792.

77. Attached hereto as Exhibit 71 is a true and correct copy of an email dated September 13, 2014 email between Plaintiff Michael Pfeiffer and John Shaw-Miller

78. Attached hereto as Exhibit 72 is a true and correct copy of excerpts from the transcript of the deposition of class member Mahendra Phagu taken on October 31, 2019 in this action.

Case 3:16-cv-00940-MPS  Document 242  Filed 06/01/20  Page 11 of 667
Case 3:16-cv-00940-MPS  Document 179-2  Filed 12/23/19  Page 11 of 667

11

79. Attached hereto as Exhibit 73 is a true and correct copy of an excerpt from an account summary of Plaintiff Michael Pfeiffer, produced by Plaintiffs in this action as GAW00353528.

80. Attached hereto as Exhibit 74 is a true and correct copy of an excerpt form an account summary of class member Holy Scott, produced by Plaintiffs in this action as GAW00365398.

81. Attached hereto as Exhibit 75 is a true and correct copy of an excerpt from an account summary of class member Bart Kant, produced by Plaintiffs in this action as GAW00361858.

82. Attached hereto as Exhibit 76 is a true and correct copy of the September 25, 2019 Expert Report of Robert Mills (without the appendices attached thereto).

83. Attached hereto as Exhibit 77 is a true and correct copy of the December 11, 2019 Reply Expert Report of Robert Mills (without the appendices attached thereto).

84. Attached hereto as Exhibit 78 is a true and correct copy of excerpts from the rough transcript of the deposition of Robert Mills taken on December 17, 2019 in this action.  The final transcript of the deposition was not yet available at the time of this filing.

85. Attached hereto as Exhibit 79 is a true and correct copy of the Michael Pfeiffer October 11, 2015 Letter of Authorization for the Release of ZenCloud and Paybase Account Details, produced by Plaintiffs in this action as GAW00363517.

86. Attached hereto as Exhibit 80 is a true and correct copy of a screenshot of an October 27, 2014 order confirmation email from GAW Miners to class member John Tuberosi, produced by Plaintiffs in this action as GAW00362923.

87. Attached hereto as Exhibit 81 is a true and correct copy of a screenshot of an August 20, 2014 order confirmation email from GAW Miners to class member Daniel Simpson, produced by Plaintiffs in this action as Simpson00000134.

88. Attached hereto as Exhibit 82 is a true and correct copy of a screenshot of a September 2, 2014 order confirmation email from GAW Miners to class member Daniel Simpson, produced by Plaintiffs in this action as Simpson00000137.

89. Attached hereto as Exhibit 83 is a true and correct copy of correspondence between class member Michael Koerner and his credit card company, produced by Plaintiffs in this action as Koerner00000001-Koerner00000003.

90. Attached hereto as Exhibit 84 is a true and correct copy of the Written Response of class member Alec Kloss.

91. Attached hereto as Exhibit 85 is a true and correct copy of the Written Response of class member Chris Crane.

92. Attached hereto as Exhibit 86 is a true and correct copy of the Written Response of class member Keith Burrows.

I declare under penalty of perjury that the above statements are correct to the best of my knowledge.

Hannah L. Miller

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, | Civil Action No. 3:16-cv-00940 |
| Plaintiffs, | Honorable Michael P. Shea |
| vs. | |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, | July 26, 2019 |
| Defendants. | |

## DEFENDANT STUART A. FRASER'S DOCUMENT REQUESTS TO POTENTIAL CLASS MEMBERS

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure and the Court's Order dated July 19, 2019 (ECF No. 150), Defendant Stuart A. Fraser, through his undersigned counsel, hereby requests that each of the potential class members listed on Exhibit A hereto respond individually, separately and fully, in writing, to the requests for production set forth below, by no later than August 9, 2019.

### DEFINITIONS

1.      The Definitions Applicable to Discovery Requests set forth in Local Civil Rule 26 are hereby incorporated by reference into these Document Requests.

2.      "Chargeback" means the reversal of a prior transfer of funds from a bank account, line of credit or credit card.

3.      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).  It includes without limitation emails, text messages, social media messages, social media posts, direct messages, private or public messages or posts in chatrooms or in online forums or communities (including Slack, Google Hangouts, Reddit, Bitcointalk,

Hashtalk, Facebook, Twitter, WhatsApp and others), and messages sent through secure applications such as Telegram.

4.  "Companies" refers to GAW Miners, LLC and ZenMiner, LLC (d/b/a/ ZenCloud).

5.  "GAW Miners" refers to defendant GAW Miners, LLC.

6.  "Hashlet" has the meaning ascribed to it in the Court's Ruling on Class Certification dated June 21, 2019 (ECF No. 141 at 5-6).

7.  "Hashpoint" has the meaning ascribed to it in the Court's Ruling on Class Certification dated June 21, 2019 (ECF No. 141 at 6-7).

8.  "Hashstaker" has the meaning ascribed to it in the Court's Ruling on Class Certification dated June 21, 2019 (ECF No. 141 at 7).

9.  "Ion coin" is a cryptocurrency sometimes denoted as ION.

10.  "Paycoin" has the meaning ascribed to it in the Court's Ruling on Class Certification dated June 21, 2019 (ECF No. 141 at 6-7).

11.  The term "you" or "your" refers to the responding potential class member, and any associates, agents or any other person acting on behalf of that potential class member.

12.  "ZenMiner" refers to defendant ZenMiner, LLC (d/b/a/ ZenCloud).

## **INSTRUCTIONS**

1.  You are to produce all Documents requested herein that are in your possession, custody or control, or in the possession, custody or control of any of your agents or attorneys. Without limiting the terms, "possession, custody or control" means that you either have physical possession of the Document or have a right to possession of the Document that is equal or superior to the person who has physical possession of the Document.

2.      These Document Requests are continuing in nature.  You are under a duty to supplement your responses to these Document Requests pursuant to Federal Rule of Civil Procedure 26(e).  If, after you produce any of the discovery requested herein, you discover or receive additional Documents responsive to these Requests, you should promptly produce such additional Documents.

3.      The Documents requested herein should be produced in the manner that they are kept in the usual course of business.  Documents should be produced with the label or labels from any file folder, binder, file drawer, file box, notebook, computer disk or other container in which the Document was found.  Electronically stored information, including electronic mail and corresponding attachments, should be produced in native format.

4.      If any Documents requested herein have been lost, discarded or destroyed, they should be identified as completely as possible, including the following information:  (a) the date of disposal; (b) the manner of disposal; (c) the reason for disposal; (d) the person authorizing disposal; and (e) the person disposing of the Document.

5.      If you are withholding Documents requested herein pursuant to any objection, you should so expressly indicate.

6.      If any of the Documents requested herein are withheld under a claim of privilege, you must produce a privilege log in accordance with the requirements in Local Civil Rule 26(e).

7.      Responsive Documents are to be clearly designated so as to reflect their source, owner and custodian.

8.      References to any "Interrogatory" refer to the specified enumerated paragraph of Defendant Stuart A. Fraser's Interrogatories to Potential Class Members, dated July 26, 2019.

9.      Except where otherwise indicated, each request covers the time period beginning August 1, 2014 to the present.

## REQUESTS

1.      Please produce all Documents concerning all transactions you listed in response to Interrogatory 1.

2.      Please produce all Documents concerning all purchases you listed in response to Interrogatory 2.

3.      Please produce all Documents concerning all transactions you listed in response to Interrogatory 3.

4.      Please produce all Documents, including without limitation credit card statements, concerning all chargebacks or refunds you listed in response to Interrogatory 4.

5.      Please produce all Documents concerning any efforts you or anyone on your behalf made between and including August 1, 2014 and the present to recover funds you used to purchase Hashlets, Hashpoints, Hashstakers or Paycoin from the Companies between and including August 1, 2014 and January 19, 2015.

6.      Please produce all Documents concerning any conversion of your Paycoin to Ion coin.

7.      Please produce all Documents concerning your response to Interrogatory 9.

8.      Please produce all Documents concerning any escrow agents with whom you communicated between and including August 1, 2014 and the present in connection with any attempted or completed purchase, sale, trade or exchange of any Hashlet, Hashpoint, HashStaker or Paycoin that you purchased from the Companies between and including August 1, 2014 and January 19, 2015.

DATED: July 26, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: s/ Sarah L. Cave

Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that, on July 26, 2019, I caused to be served copies of Defendant Stuart

A. Fraser's Document Requests to Potential Class Members upon the following counsel for

Plaintiffs via electronic mail:

Mark P. Kindall, Esq.
Robert A. Izard, Esq.
Izard, Kindall & Raabe, LLP
29 S. Main St., Ste. 305
West Hartford, CT 06107
mkindall@ikrlaw.com
rizard@ikrlaw.com

Marc Seltzer, Esq.
Kathryn Hoek, Esq.
Susman Godfrey L.L.P.
1901 Ave. of the Stars, Ste. 950
Los Angeles, CA 90067
mseltzer@susmangodfrey.com
khoek@susmangodfrey.com

Seth Ard, Esq.
Susman Godfrey L.L.P.
1301 Ave. of the Americas, 32 Fl.
New York, NY 10019
sard@susmangodfrey.com

Colin Watterson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Ste. 5100
Houston, TX 77002
cwatterson@susmangodfrey.com

s/      Sarah L. Cave

# EXHIBIT A

| Number | Name |
|---|---|
| 1 | Aaron Carter |
| 2 | Acácio da Rosa Florentino |
| 3 | Adam Lemm |
| 4 | Aleksandr Tolstykh |
| 5 | Alex Lukashevich |
| 6 | Alexander Anthony Kloss |
| 7 | Alexander Georgiev Boiadjiev |
| 8 | Alfonso Hernandez |
| 9 | Ali Hussain |
| 10 | Andrew Clausen Thomas |
| 11 | Andrew Scott Dupont |
| 12 | Andrew Scott Hopkinson |
| 13 | Arthur James |
| 14 | Austin Payam Koosha |
| 15 | Bart Cornelis Kant |
| 16 | Belinda Jane Elizabeth Burrows |
| 17 | Bishoy Shehata |
| 18 | Brandon Shane Russell |
| 19 | Brett Colin Madden |
| 20 | Bryan Meyers Gilbert |
| 21 | CARLOS LUIS ESPINOZA |
| 22 | Chao Heng  Lin |
| 23 | Charlie Borgund |
| 24 | Chris Lyons Richmond |
| 25 | Christian Clifford Makalo |
| 26 | Christian L Bills |
| 27 | Christopher Alan Crane |
| 28 | Christopher James Coffman |
| 29 | Christopher joel spangler |
| 30 | Christopher Paul Robert Cameron |
| 31 | Christopher Regul |
| 32 | Dag Frode Olsen |
| 33 | Daniel Gil Simpson |
| 34 | Daniel Olavi  Mondesire |
| 35 | Dave Wayne Fisher |
| 36 | David Miles Shepherd |
| 37 | David Yee Sheng Mah |
| 38 | Davis Tyner |
| 39 | Dean Paul John |
| 40 | Denis Sholokhov |
| 41 | Denis Marc Audet |
| 42 | Dimitri Zelepuhin |
| 43 | Dimitrios  Anastasakis |
| 44 | Duc Minh Mai |
| 45 | Edward Hutchinson |
| 46 | Efstratios Kapetanakis |

| 47 | Eric Bryce Kahan |
| 48 | Eric S Kraus |
| 49 | Fendy Gunawan |
| 50 | Florian Winter |
| 51 | Gabriel Garriga Rijo |
| 52 | George William Gregory |
| 53 | Giovanni  Silvestri |
| 54 | Guillaume Pierre André Barlier |
| 55 | hedi ben mansour |
| 56 | helmut  siedl |
| 57 | Hieu Pham |
| 58 | Hilary David Kinckner |
| 59 | Ian Scott MacPhee |
| 60 | Ian Thomas Roskam |
| 61 | Jack Gentry Saunders |
| 62 | Jacobus Vlasveld |
| 63 | Jaime Alfonso Martin |
| 64 | James Howard O'Rourke |
| 65 | James Johnny Pass |
| 66 | James Michael Juneau |
| 67 | jan jacob laurens langedijk |
| 68 | Jan Pieter De Smet |
| 69 | Jason Imco Poole |
| 70 | Jason Vargas |
| 71 | Jayme Joyce-Myrle Rossiter |
| 72 | Jeffrey D Weinand |
| 73 | Jeffrey Grant Jason |
| 74 | Jeffrey Maynard Macfarlane |
| 75 | Jeremy Michael Schwartz |
| 76 | Jhonn Cortesi |
| 77 | jimmy vespoli |
| 78 | Jochen Ulrich Siegrist |
| 79 | Jody Lee Fritzke |
| 80 | Johannes Ignatuis de Wet |
| 81 | John Leonard Tuberosi |
| 82 | Jonas Per Lars Bergqvist |
| 83 | Jonathan Andrew Cable |
| 84 | Jose Carlos Barrales Quirino |
| 85 | Joseph Hugh Murphey |
| 86 | Josh George Gathje |
| 87 | Joshua Keith Eaker |
| 88 | Jurgen Daems |
| 89 | Keith Burrows |
| 90 | Kellen Jalbert |
| 91 | Kenneth Martin Holker II |
| 92 | Kerry Tully |
| 93 | Kevin Joseph King |

| 94 | Khaled Khayal |
| 95 | Kinney Edward Simmons |
| 96 | Lawrence David Hughes |
| 97 | Leon Ralph Fadden |
| 98 | Leonard Paul Dongweck Jr |
| 99 | Leonardo Colucci |
| 100 | Mahendra Phagu |
| 101 | MARC-OLIVIER  CHARBONNEAU |
| 102 | MARIA EUGENIA TUBEROSI |
| 103 | Marianne Marie Louise Kant |
| 104 | Martin Daniel Fenske |
| 105 | Martin De Cicco |
| 106 | Martin Ernst Ammann |
| 107 | Martin Horton Alexander |
| 108 | Matthew Keigher |
| 109 | Matthew Philip Martello |
| 110 | Matthew R Srulowitz |
| 111 | Matthijs Rens Priester |
| 112 | Michael Koerner |
| 113 | Michael Edward Davis |
| 114 | Michael Lynn Rodick |
| 115 | Michael Pfeiffer |
| 116 | Michael Viklund |
| 117 | Mohan Thiagarajan |
| 118 | Nathan Youngman |
| 119 | Nathan David Dyck |
| 120 | Nathan Saunders |
| 121 | Nicolas OSIKA |
| 122 | Nuno Rosado Teodósio |
| 123 | Oliver Kanani |
| 124 | Patrick Carbonneau |
| 125 | Paul Mouat |
| 126 | Paul David Formosa |
| 127 | Paul Heath |
| 128 | Paul Joseph Henricus Gerarts |
| 129 | Paul William Lindgren |
| 130 | Payton Peterson |
| 131 | Peter Robert Molloy |
| 132 | Pieter Clahsen |
| 133 | Piotr Janusz Kwiecien |
| 134 | Porfirio Pinacho |
| 135 | Rafael Gonzalez-Ripoll Gimenez |
| 136 | Richard Arthur Nelson |
| 137 | Rishab Jain |
| 138 | Robert Alan Hoppenfeld |
| 139 | Robert de Wilde |
| 140 | Robert Puckett (Trixster) |

| | |
|---|---|
| 141 | Roman Vyacheslavovich Gorodnev |
| 142 | Ronald Reyes |
| 143 | Ryan Andrew Harris |
| 144 | Ryan Thomas Grimes |
| 145 | Scott Andrew Roberts |
| 146 | Scott Joseph Fehrman |
| 147 | Sergio De Matteis |
| 148 | serkan seyyar |
| 149 | Simon Peter Black |
| 150 | Slaven Sabolović |
| 151 | Stefan Stolk |
| 152 | Steven Dale Smith |
| 153 | Sumit Kaushal |
| 154 | Teresa Susan Crivello |
| 155 | Tezontl Rosario |
| 156 | Thomas James  Oberholtzer |
| 157 | Thomas Kinet |
| 158 | Thomas P. Mueller |
| 159 | Thomas Van Le |
| 160 | Tim Lorat |
| 161 | Timothy van der Bliek |
| 162 | Todd Pietila |
| 163 | Trestin Shing Harper |
| 164 | Tyler Hamilton |
| 165 | Tyler Robert Savioli |
| 166 | Veronica Reyes |
| 167 | Victor Juan Vargas |
| 168 | Victor Manuel Vargas II |
| 169 | Viet Hoan Ly |
| 170 | William Garrido |
| 171 | Wim Berkhof |
| 172 | Xavier T Mitchell-Diggens |
| 173 | Yawar Abbas |

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*, | Civil Action No. 3:16-cv-00940 |
| Plaintiffs, | Honorable Michael P. Shea |
| vs. | |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, | July 26, 2019 |
| Defendants. | |

## DEFENDANT STUART A. FRASER'S
## INTERROGATORIES TO POTENTIAL CLASS MEMBERS

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Court's Order dated July 19, 2019 (ECF No. 150), Defendant Stuart A. Fraser, through his undersigned counsel, hereby requests that these Interrogatories be answered in writing individually, separately and fully by each of the potential class members listed on Exhibit A hereto, by no later than August 9, 2019.

## DEFINITIONS

1.      The Definitions Applicable to Discovery Requests set forth in Local Civil Rule 26 are hereby incorporated by reference into these Interrogatories.

2.      "Chargeback" means the reversal of a prior transfer of funds from a bank account, line of credit or credit card.

3.      "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise).  It includes without limitation emails, text messages, social media messages, social media posts, direct messages, private or public messages or posts in chatrooms or in online forums or communities (including Slack, Google Hangouts, Reddit, Bitcointalk,

Hashtalk, Facebook, Twitter, WhatsApp and others), and messages sent through secure

applications such as Telegram.

    4.    "Companies" refers to defendants GAW Miners, LLC and ZenMiner, LLC

(d/b/a/ ZenCloud).

    5.    "GAW Miners" refers to defendant GAW Miners, LLC.

    6.    "Hashlet" has the meaning ascribed to it in the Court's Ruling on Class

Certification dated June 21, 2019 (ECF No. 141 at 5-6).

    7.    "Hashpoint" has the meaning ascribed to it in the Court's Ruling on Class

Certification dated June 21, 2019 (ECF No. 141 at 6-7).

    8.    "Hashstaker" has the meaning ascribed to it in the Court's Ruling on Class

Certification dated June 21, 2019 (ECF No. 141 at 7).

    9.    "Ion coin" is a cryptocurrency sometimes denoted as ION.

    10.    "Paycoin" has the meaning ascribed to it in the Court's Ruling on Class

Certification dated June 21, 2019 (ECF No. 141 at 6-7).

    11.    The term "you" or "your" refers to the responding potential class member, and

any associates, agents or any other person acting on behalf of that potential class member.

    12.    "ZenMiner" refers to defendant ZenMiner, LLC (d/b/a/ ZenCloud).

## <u>INSTRUCTIONS</u>

    1.    If you are withholding a response to these Interrogatories pursuant to any

objection or claim of privilege, you should so expressly indicate.

    2.    Where an Interrogatory asks for an amount or value, the amount or value should

be identified in the currency or currencies used in the relevant transactions (*e.g.*, Bitcoin, dollars,

etc.).

3.      These Interrogatories are continuing in nature.  If, after responding to these

Interrogatories, you obtain or become aware of additional information, you are required to

provide such information by way of supplemental responses.

**<u>INTERROGATORIES</u>**

1.      Identify every transaction involving the sale, transfer or exchange by you at any

time of any Hashlets, Hashpoints, Hashstakers or Paycoin that you purchased or acquired from

the Companies between and including August 1, 2014 and January 19, 2015, including (a) the

date of that transaction, (b) all names, email addresses and usernames associated with the

counterparty involved in that transaction, (c) any services, platforms, marketplaces, exchanges or

third parties (*e.g.*, escrow agents) used to execute or facilitate that transaction, and (d) the value

you received in exchange for the Hashlets, Hashpoints, Hashstakers or Paycoin you sold,

transferred or exchanged.

2.      Identify every purchase you made of Hashlets, Hashpoints, HashStakers or

Paycoin from a seller other than the Companies (including without limitation from a seller on the

secondary market hosted on ZenCloud), including (a) the date of that purchase, (b) the names,

email addresses and usernames associated with the counterparty involved in that purchase, (c)

any services, platforms, marketplaces, exchanges or third parties (*e.g.*, escrow agents) used to

execute or facilitate that purchase, and (d) the amount you paid in exchange for the Hashlets,

Hashpoints, HashStakers or Paycoin you purchased.

3.      Identify every transaction involving the purchase, sale, transfer or exchange of a

ZenCloud or PayBase account from a seller other than the Companies (*e.g.*, an individual who

listed an account for sale on ZenCloud or Hashtalk), including (a) the date of that transaction, (b)

all names, email addresses and usernames associated with the counterparty involved in that

transaction, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.*, escrow

agents) used to execute or facilitate that transaction, and (d) the value you received in exchange for the ZenCloud or PayBase accounts you purchased, sold, transferred or exchanged.

4.      Identify every chargeback or refund you received in connection with purchases of Hashlets, Hashpoints, HashStakers or Paycoin that you purchased from the Companies between and including August 1, 2014 and January 19, 2015, including the amount you received and the entity or entities from which you received it.

5.      Identify the amount of Ion coin you received in exchange for Paycoin.

6.      Identify the total amount you paid to purchase Hashlets, Hashpoints, HashStakers or Paycoin from the Companies between August 1, 2014 and January 19, 2015.

7.      Identify the total amount you received in exchange for Hashlets, Hashpoints, HashStakers or Paycoin that you purchased or acquired from the Companies between and including August 1, 2014 and January 19, 2015.

8.      Did you ever participate in the Companies' Value Added Reseller program as a reseller?

9.      Did you ever transmit password information in connection with the purchase, sale, transfer or exchange of a ZenCloud or PayBase account, or in connection with the purchase, sale, transfer or exchange of one or more Hashlets, Hashstakers, Hashpoints or Paycoin?

10.      Identify each of the email addresses, online usernames, screennames or "handles" you used in connection with purchasing, selling, transferring, exchanging or discussing Hashlets, Hashpoints, HashStakers or Paycoin, including without limitation those associated with any accounts you held on Zencloud, Paybase, Hashtalk, gawminers.com or any other forum (*e.g.*, Bitcointalk, Reddit, Twitter) where you communicated about those products.

DATED: July 26, 2019

Respectfully submitted,

HUGHES HUBBARD & REED LLP

 By: s/ Sarah L. Cave 

Daniel H. Weiner (ct12180)
Sarah L. Cave (phv08437)
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: sarah.cave@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the

United States of America that, on July 26, 2019, I caused to be served copies of Defendant Stuart

A. Fraser's Interrogatories to Potential Class Members upon the following counsel to Plaintiffs via

electronic mail:

Mark P. Kindall, Esq.
Robert A. Izard, Esq.
Izard, Kindall & Raabe, LLP
29 S. Main St., Ste. 305
West Hartford, CT 06107
mkindall@ikrlaw.com
rizard@ikrlaw.com

Marc Seltzer, Esq.
Kathryn Hoek, Esq.
Susman Godfrey L.L.P.
1901 Ave. of the Stars, Ste. 950
Los Angeles, CA 90067
mseltzer@susmangodfrey.com
khoek@susmangodfrey.com

Seth Ard, Esq.
Susman Godfrey L.L.P.
1301 Ave. of the Americas, 32 Fl.
New York, NY 10019
sard@susmangodfrey.com

Colin Watterson, Esq.
Susman Godfrey L.L.P.
1000 Louisiana Street, Ste. 5100
Houston, TX 77002
cwatterson@susmangodfrey.com

                                         s/          Sarah L. Cave

# EXHIBIT A

| Number | Name |
|---|---|
| 1 | Aaron Carter |
| 2 | Acácio da Rosa Florentino |
| 3 | Adam Lemm |
| 4 | Aleksandr Tolstykh |
| 5 | Alex Lukashevich |
| 6 | Alexander Anthony Kloss |
| 7 | Alexander Georgiev Boiadjiev |
| 8 | Alfonso Hernandez |
| 9 | Ali Hussain |
| 10 | Andrew Clausen Thomas |
| 11 | Andrew Scott Dupont |
| 12 | Andrew Scott Hopkinson |
| 13 | Arthur James |
| 14 | Austin Payam Koosha |
| 15 | Bart Cornelis Kant |
| 16 | Belinda Jane Elizabeth Burrows |
| 17 | Bishoy Shehata |
| 18 | Brandon Shane Russell |
| 19 | Brett Colin Madden |
| 20 | Bryan Meyers Gilbert |
| 21 | CARLOS LUIS ESPINOZA |
| 22 | Chao Heng  Lin |
| 23 | Charlie Borgund |
| 24 | Chris Lyons Richmond |
| 25 | Christian Clifford Makalo |
| 26 | Christian L Bills |
| 27 | Christopher Alan Crane |
| 28 | Christopher James Coffman |
| 29 | Christopher joel spangler |
| 30 | Christopher Paul Robert Cameron |
| 31 | Christopher Regul |
| 32 | Dag Frode Olsen |
| 33 | Daniel Gil Simpson |
| 34 | Daniel Olavi  Mondesire |
| 35 | Dave Wayne Fisher |
| 36 | David Miles Shepherd |
| 37 | David Yee Sheng Mah |
| 38 | Davis Tyner |
| 39 | Dean Paul John |
| 40 | Denis Sholokhov |
| 41 | Denis Marc Audet |
| 42 | Dimitri Zelepuhin |
| 43 | Dimitrios  Anastasakis |
| 44 | Duc Minh Mai |
| 45 | Edward Hutchinson |
| 46 | Efstratios Kapetanakis |

| 47 | Eric Bryce Kahan |
|----|------------------|
| 48 | Eric S Kraus |
| 49 | Fendy Gunawan |
| 50 | Florian Winter |
| 51 | Gabriel Garriga Rijo |
| 52 | George William Gregory |
| 53 | Giovanni  Silvestri |
| 54 | Guillaume Pierre André Barlier |
| 55 | hedi ben mansour |
| 56 | helmut  siedl |
| 57 | Hieu Pham |
| 58 | Hilary David Kinckner |
| 59 | Ian Scott MacPhee |
| 60 | Ian Thomas Roskam |
| 61 | Jack Gentry Saunders |
| 62 | Jacobus Vlasveld |
| 63 | Jaime Alfonso Martin |
| 64 | James Howard O'Rourke |
| 65 | James Johnny Pass |
| 66 | James Michael Juneau |
| 67 | jan jacob laurens langedijk |
| 68 | Jan Pieter De Smet |
| 69 | Jason Imco Poole |
| 70 | Jason Vargas |
| 71 | Jayme Joyce-Myrle Rossiter |
| 72 | Jeffrey D Weinand |
| 73 | Jeffrey Grant Jason |
| 74 | Jeffrey Maynard Macfarlane |
| 75 | Jeremy Michael Schwartz |
| 76 | Jhonn Cortesi |
| 77 | jimmy vespoli |
| 78 | Jochen Ulrich Siegrist |
| 79 | Jody Lee Fritzke |
| 80 | Johannes Ignatuis de Wet |
| 81 | John Leonard Tuberosi |
| 82 | Jonas Per Lars Bergqvist |
| 83 | Jonathan Andrew Cable |
| 84 | Jose Carlos Barrales Quirino |
| 85 | Joseph Hugh Murphey |
| 86 | Josh George Gathje |
| 87 | Joshua Keith Eaker |
| 88 | Jurgen Daems |
| 89 | Keith Burrows |
| 90 | Kellen Jalbert |
| 91 | Kenneth Martin Holker II |
| 92 | Kerry Tully |
| 93 | Kevin Joseph King |

| 94 | Khaled Khayal |
|---|---|
| 95 | Kinney Edward Simmons |
| 96 | Lawrence David Hughes |
| 97 | Leon Ralph Fadden |
| 98 | Leonard Paul Dongweck Jr |
| 99 | Leonardo Colucci |
| 100 | Mahendra Phagu |
| 101 | MARC-OLIVIER  CHARBONNEAU |
| 102 | MARIA EUGENIA TUBEROSI |
| 103 | Marianne Marie Louise Kant |
| 104 | Martin Daniel Fenske |
| 105 | Martin De Cicco |
| 106 | Martin Ernst Ammann |
| 107 | Martin Horton Alexander |
| 108 | Matthew Keigher |
| 109 | Matthew Philip Martello |
| 110 | Matthew R Srulowitz |
| 111 | Matthijs Rens Priester |
| 112 | Michael Koerner |
| 113 | Michael Edward Davis |
| 114 | Michael Lynn Rodick |
| 115 | Michael Pfeiffer |
| 116 | Michael Viklund |
| 117 | Mohan Thiagarajan |
| 118 | Nathan Youngman |
| 119 | Nathan David Dyck |
| 120 | Nathan Saunders |
| 121 | Nicolas OSIKA |
| 122 | Nuno Rosado Teodósio |
| 123 | Oliver Kanani |
| 124 | Patrick Carbonneau |
| 125 | Paul Mouat |
| 126 | Paul David Formosa |
| 127 | Paul Heath |
| 128 | Paul Joseph Henricus Gerarts |
| 129 | Paul William Lindgren |
| 130 | Payton Peterson |
| 131 | Peter Robert Molloy |
| 132 | Pieter Clahsen |
| 133 | Piotr Janusz Kwiecien |
| 134 | Porfirio Pinacho |
| 135 | Rafael Gonzalez-Ripoll Gimenez |
| 136 | Richard Arthur Nelson |
| 137 | Rishab Jain |
| 138 | Robert Alan Hoppenfeld |
| 139 | Robert de Wilde |
| 140 | Robert Puckett (Trixster) |

| 141 | Roman Vyacheslavovich Gorodnev |
|-----|-------------------------------|
| 142 | Ronald Reyes |
| 143 | Ryan Andrew Harris |
| 144 | Ryan Thomas Grimes |
| 145 | Scott Andrew Roberts |
| 146 | Scott Joseph Fehrman |
| 147 | Sergio De Matteis |
| 148 | serkan seyyar |
| 149 | Simon Peter Black |
| 150 | Slaven Sabolović |
| 151 | Stefan Stolk |
| 152 | Steven Dale Smith |
| 153 | Sumit Kaushal |
| 154 | Teresa Susan Crivello |
| 155 | Tezontl Rosario |
| 156 | Thomas James  Oberholtzer |
| 157 | Thomas Kinet |
| 158 | Thomas P. Mueller |
| 159 | Thomas Van Le |
| 160 | Tim Lorat |
| 161 | Timothy van der Bliek |
| 162 | Todd Pietila |
| 163 | Trestin Shing Harper |
| 164 | Tyler Hamilton |
| 165 | Tyler Robert Savioli |
| 166 | Veronica Reyes |
| 167 | Victor Juan Vargas |
| 168 | Victor Manuel Vargas II |
| 169 | Viet Hoan Ly |
| 170 | William Garrido |
| 171 | Wim Berkhof |
| 172 | Xavier T Mitchell-Diggens |
| 173 | Yawar Abbas |

EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiffs,<br><br>        vs.<br><br>HOMERO JOSHUA GARZA, STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                    Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><br>CLASS ACTION<br><br><br>CLASS MEMBERS' OBJECTIONS AND RESPONSES TO STUART A. FRASER'S DOCUMENT REQUESTS TO CLASS MEMBERS<br><br>DEMAND FOR JURY TRIAL |

To:    Defendant Stuart A. Fraser by and through his counsel of record Daniel H. Weiner, Sarah L. Cave, and Sara E. Echenique, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004-1482 and David R. Schaefer and Sean M. Fisher, Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511.

On July 26, 2019 Stuart A. Fraser ("Fraser") served his Document Requests to Potential Class Members. Plaintiffs respond as follows:

I.
General Objections

1.    Plaintiffs file these General Objections which are incorporated in each and every response to the Requests.

2.    Plaintiffs object to each of the Requests to the extent they call for information subject to the work product doctrine, the attorney-client privilege, joint defense privilege and/or the privilege for the opinions of or facts known or held by non-testifying experts. Any inadvertent disclosure of such information shall not be deemed a waiver of any applicable privilege or immunity.

1

3.      Plaintiffs object to each of the Requests, including the "Definitions," to the extent the Requests seek to impose obligations beyond those imposed by the Federal Rules of Civil Procedure, the Local Rules of Court, or other applicable law.

4.      Plaintiffs object to each of the Requests to the extent it would require them to do anything more than conduct a reasonable search of files or sources that reasonably may be expected to yield relevant, responsive documents. Plaintiffs object to each of the Requests that purports to require the production of "All" documents, communications, and things. Plaintiffs will conduct a reasonable search as required under the Federal Rules of Civil Procedure.

5.      These General Objections are incorporated by reference into each and every specific response that follows.  Plaintiffs' responses are made without waiving any of these General Objections.

II.

Responses

Request 1: Please produce all documents concerning all transactions you listed in response to Interrogatory 1.

Objections and Response: plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to produce documents relating to "every" sale, transfer, or exchange transaction. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to produce responsive documents.

Request 2: Please produce all documents concerning all purchases you listed in response to Interrogatory 2.

Objections and Response: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court. None of the Court's orders allow Fraser to take discovery of purchase transactions. During the July 31, 2019 telephonic hearing, the Court clarified that Fraser could take discovery about transactions involving the private sale of accounts via exchange of passwords. The Court did not permit discovery on other types of purchase transactions. Further, absent class members already provided data about purchase transactions, and this information is available in the ZenCloud database. Therefore, plaintiffs object to this request except to the extent it calls for documents reflecting purchases of accounts via exchanges of passwords. Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify

"every" purchase transaction. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain documents about private purchase involving the transfer of accounts via exchange of passwords from class members.

Request 3: Please produce all documents concerning all transactions you listed in response to Interrogatory 3.

Objections and Response: Plaintiffs object to this request to the extent it is duplicative of requests nos. 1 and 2. Plaintiffs also object to this request to the extent it calls for documents reflecting "purchase" transactions other than those discussed at the July 31, 2019 telephonic hearing. *See* objections to request no. 2. Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to produce documents relating to "every" transaction involving the sale of accounts. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to produce documents about private purchases or sales involving the transfer of accounts via exchange of passwords from class members.

Request 4: Please produce all documents, including without limitation credit card statements, concerning all chargebacks or refunds you listed in response to Interrogatory 4.

Objections and Response: Plaintiffs object to the request as overbroad, unduly

4

burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to produce documents relating to "every" chargeback. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to produce documents reflecting chargebacks from class members.

Request 5: Please produce all documents concerning any efforts you or anyone on your behalf made between and including August 1, 2014 and the present to recover funds you used to purchase Hashlets, Hashpoints, Hashstakers or Paycoin from the Companies between and including August 1, 2014 and January 19, 2015.

Objections and Response: Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to produce documents relating to "any" efforts plaintiffs made to recover funds used to purchase securities from GAW. Plaintiffs also object to this request to the extent it could be construed to seek documents relating to efforts to recover funds through this lawsuit because those documents are work product or otherwise privileged. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to produce documents reflecting efforts to recover funds.

Request 6: Please produce all documents concerning any conversion of your Paycoin to Ion coin.

Objections and Response: Plaintiffs object to this request as overbroad, unduly

burdensome, disproportionate to the needs of the case, and as calling for irrelevant information. Ion was a separate cryptocurrency created by an independent company with no relationship to GAW Miners. Any receipt of Ion will have no impact on damages and so the request is irrelevant. Plaintiffs are standing on their objections.

Request 7: Please produce all documents concerning your response to Interrogatory 9.

Objections and Response: plaintiffs object to this request as duplicative of requests 1 and 2. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced. Plaintiffs are standing on this objection.

Request 8: Please produce all documents concerning any escrow agents with whom you communicated between and including August 1, 2014 and the present in connection with any attempted or completed purchase, sale, trade or exchange of any Hashlet, Hashpoint, Hashstaker or Paycoin that you purchased from the Companies between August 1, 2014 and January 19, 2015.

Objections and Response: plaintiffs object to this request as duplicative of requests 1, 2, and 3. Plaintiffs also object to this request because it seeks documents class members already provided to Mr. Shinners and that were produced. Plaintiffs are standing on this objection.

DATED: August 9, 2019

Respectfully submitted,

/s/ Colin M. Watterson

Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
Robert A. Izard
rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Colin M. Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*

7

<u>Certificate of Service</u>

I hereby certify that on August 9, 2019, I served the foregoing via electronic

mail on the following:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

<div align="right">

*/s/ Colin Watterson*
Colin Watterson

</div>

# EXHIBIT 4

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>    vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                Defendants. | Case 3:16-cv-00940<br><br>ECF Case<br><br><br>CLASS ACTION<br><br><br>CLASS MEMBERS RESPONSES AND OBJECTIONS TO DEFENDANT STUART A. FRASER'S INTERROGATORIES TO PLAINTIFFS<br><br>DEMAND FOR JURY TRIAL |

To:   Stuart Fraser, by and through his attorneys of record, Daniel H. Weiner, Sarah L. Cave, and Sara E. Echenique, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 and David R. Shaefer and Sean M. Fisher, Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511.

Pursuant to FRCP 26 and 33, plaintiffs respond to Defendant Stuart A. Fraser's Interrogatories to Potential Class Members as follows:

General Objections

1.    Plaintiffs object to the definitions and instructions set forth in Defendant Stuart A. Fraser's Interrogatories to Class Members, as they seek to impose obligations beyond those required by the applicable rules of procedure. Plaintiffs' obligations are limited to those set forth in Rule 33 of the Federal Rules of Civil Procedure.

2.    Plaintiffs object to the Interrogatories to the extent any Interrogatory seeks the disclosure or discovery of information protected by any applicable privilege

1

or doctrine, including the attorney-client privilege, the work product doctrine, the common interest doctrine or any similar privilege or doctrine and including any disclosure or discovery of work product, information or materials prepared in contemplation of litigation, information or communications protected by the attorney-client privilege, or the opinions, mental impressions, conclusions or legal theories of plaintiff's attorneys or other representatives. Plaintiffs provide information in response to the Interrogatories on the express condition that any inadvertent disclosure of information covered by such privileges or doctrines does not constitute a waiver of any such privilege or doctrine or a waiver of the Plaintiffs' right to assert such privilege or doctrine with respect to such information or any related information. Plaintiffs object to any requirement that they must maintain or produce, for individual interrogatories, a privilege log reciting that information that will not be disclosed based upon a claim of privilege. It would be impracticable if not impossible for plaintiffs to catalog that privileged information with respect to each Interrogatory. Accordingly, plaintiffs will not disclose any information protected from discovery by the attorney-client privilege.

3.     Plaintiffs object to the Interrogatories to the extent the answer to any Interrogatory may be derived or ascertained from related business documents, or from an examination, audit or inspection of such business records, including a compilation, abstract or summary thereof, and the burden of deriving or ascertaining the answer is substantially the same for plaintiffs and Mr. Fraser.

4.      Plaintiffs object to the Interrogatories to the extent they ask plaintiffs to "identify each," "identify any," "every," etc. item relating to a particular contention or proposition. It would be impossible, and it is unduly burdensome to require the plaintiffs to state all persons or facts or identify all documents that may conceivably relate to any particular contention or proposition.

5.      Each response below to the numbered Interrogatories is made subject to the foregoing General Objections.

6.      Discovery is ongoing, and plaintiffs reserve the right to supplement these interrogatories

<u>Responses</u>

<u>Request 1</u>: Identify every transaction involving the sale, transfer or exchange by you at any time of any Hashlets, Hashpoints, Hashstakers or Paycoin that you purchased or acquired from the Companies between and including August 1, 2014 and January 19, 2015, including (a) the date of that transaction, (b) all names, email addresses and usernames associated with the counterparty involved in that transaction, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.*, escrow agents) used to execute or facilitate that transaction, and (d) the value you received in exchange for the Hashlets, Haspoints, Hashstakers or Paycoin you sold, transferred or exchanged.

<u>Objections and Response</u>: plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" sale, transfer, or exchange transaction.

3

Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about these transactions from class members.

<u>Request 2</u>: Identify every purchase you made of Hashlets, Hashpoints, Hashstakers or Paycoin from a seller other than the Companies (including without limitation from a seller on the secondary market hosted on Zencloud), including (a) the date of that purchase, (b) the names, email addresses and usernames associated with the counterparty involved in that purchase, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.,* escrow agents) used to execute or facilitate that purchase, and (d) the amount you paid in exchange for the Hashlets, Hashpoints, Hashstakers or Paycoin you purchased.

<u>Objections and Response</u>: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court. None of the Court's orders allow Fraser to take discovery of purchase transactions. During the July 31, 2019 telephonic hearing, the Court clarified that Fraser could take discovery about transactions involving the private sale of accounts via exchange of passwords. The Court did not permit discovery on other types of purchase transactions. Further, absent class members already provided data about purchase transactions, and this information is available in the ZenCloud database. Therefore, plaintiffs object to this request except to the extent it calls for information about purchases of accounts via exchanges of

passwords. Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" purchase transaction. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about private purchases involving the transfer of accounts via exchange of passwords from class members.

Request 3: Identify every transaction involving the purchase, sale, transfer or exchange of a ZenCloud or PayBase account from a seller other than the Companies (*e.g.,* an individual who listed an account for sale on ZenCloud or Hashtalk), including (a) the date of that transaction, (b) all names, email addresses and usernames associated with the counterparty involved in that transaction, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.,* escrow agents) used to execute or facilitate that transaction, and (d) the value you received in exchange for the ZenCloud or PayBase accounts you purchased, sold, transferred or exchanged.

Objections and Response: Plaintiffs object to this request to the extent it is duplicative of requests nos. 1 and 2. Plaintiffs also object to this request to the extent it calls for information about "purchase" transactions other than those discussed at the July 31, 2019 telephonic hearing. *See* objections to request no. 2. Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of

the case to the extent it purports to require class members to identify "every" transaction involving the sale of accounts. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about private purchases or sales involving the transfer of accounts via exchange of passwords from class members.

Request 4: Identify every chargeback or refund you received in connection with purchases of Hashlets, Hashstakers or Paycoin that you purchased from the Companies between and including August 1, 2014 and January 19, 2015, including the amount you received and the entity or entities from which you received it.

Objections and Response: Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" chargeback. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about chargebacks from class members.

Request 5: Identify the amount of Ion coin you received in exchange for Paycoin.

Objections and Response: Plaintiffs object to this request as overbroad, unduly burdensome, disproportionate to the needs of the case, and as calling for

irrelevant information. Ion was a separate cryptocurrency created by an independent company with no relationship to GAW Miners. Any receipt of Ion will have no impact on damages and so the request is irrelevant. Plaintiffs are standing on their objections.

Request 6: Identify the total amount you paid to purchase Hashlets, Hashpoints, Hashstakers or Paycoin from the Companies between August 1, 2014 and January 19, 2015.

Objections and Response: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court. None of the Court's orders allow Fraser to take discovery of purchase transactions. During the July 31, 2019 telephonic hearing, the Court clarified that Fraser could take discovery about transactions involving the private sale of accounts via exchange of passwords. The Court did permit discovery on other types of purchase transactions. Further, absent class members already provided data about purchase transactions, and this information is available in the ZenCloud database. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting. Because Fraser's other requests seek information about discovery of transactions involving the private sale of accounts via exchange of passwords, plaintiffs object to this request in its entirety and are standing on their objections.

Request 7: Identify the total amount you received in exchange for Hashlets, Haspoints, Hashstakers or Paycoin that you purchased or acquired from the

Companies between and including August 1, 2014 and January 19, 2015.

Objections and Response: plaintiffs object to this request as duplicative of request 1. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting. Plaintiffs are standing on their objections.

Request 8: Did you ever participate in the Companies' Value Added Reseller program as a reseller?

Objections and Response: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court and as irrelevant. The Court did not allow Fraser to take discovery to support his defense that class members that participated in the Value Added Reseller program are excluded from the Class. It is unclear why else status as a reseller would be relevant. Plaintiffs are standing on their objections.

Request 9: Did you ever transmit password information in connection with the purchase, sale, transfer or exchange of a ZenCloud of PayBase account, or in connection with the purchase, sale, transfer or exchange of one or more Hashlets, Hashstakers, Hashpoints of Paycoin?

Objections and Response: plaintiffs object to this request as duplicative of requests 2 and 3. Those requests already ask for information for transactions involving the exchange of passwords for an account. Plaintiffs are standing on their objections.

Request 10: Identify each of the email addresses, online usernames,

screennames or "handles" you used in connection with purchasing, selling, transferring, exchanging or discussing Hashlets, Hashpoints, Hashstakers or Paycoin, including without limitation those associated with any accounts you held on ZenCloud, PayBase, Hashtalk, gawminers.com or any other forum (*e.g.,* Bitcointalk, Reddit, Twitter) where you communicated about those products.

<u>Objections and Response</u>: Plaintiffs object to this request as overbroad, unduly burdensome, disproportionate to the needs of the case, and because it exceeds the scope of discovery permitted by the Court. First, the interrogatory's request for information about the account names class members used to "discuss" GAW products is a transparent attempt to obtain information to support a non-reliance defense. The Court did not permit such discovery. Second, the interrogatory is objectionable because Allen Shinners already collected and plaintiffs already produced information about the email addresses associated with the 173 class members' ZenCloud and Paybase accounts. Third, all of the information requested by this interrogatory can be ascertained from the documents the class members already produced or will produce. Fourth, plaintiffs object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting. Plaintiffs are standing on their objections.

DATED: August 9, 2019

Respectfully submitted,

/s/ Colin M. Watterson

Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
Robert A. Izard
 rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Colin M. Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*

<u>Certificate of Service</u>

I hereby certify that on August 9, 2019, I served the foregoing via electronic mail on the following:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

<div align="right">

*/s/ Colin Watterson*
Colin Watterson

</div>

# EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), <br><br> Defendants. | Case 3:16-cv-00940 <br><br> ECF Case <br><br> <u>CLASS ACTION</u> <br><br> <u>FIRST AMENDED CLASS MEMBERS RESPONSES AND OBJECTIONS TO DEFENDANT STUART A. FRASER'S INTERROGATORIES TO PLAINTIFFS</u> <br><br> <u>DEMAND FOR JURY TRIAL</u> |

To:  Stuart Fraser, by and through his attorneys of record, Daniel H. Weiner, Sarah L. Cave, and Sara E. Echenique, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 and David R. Shaefer and Sean M. Fisher, Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511.

Pursuant to FRCP 26 and 33, plaintiffs respond to Defendant Stuart A. Fraser's Interrogatories to Potential Class Members as follows:

<u>General Objections</u>

1.  Plaintiffs object to the definitions and instructions set forth in Defendant Stuart A. Fraser's Interrogatories to Class Members, as they seek to impose obligations beyond those required by the applicable rules of procedure. Plaintiffs' obligations are limited to those set forth in Rule 33 of the Federal Rules of Civil Procedure.

2.  Plaintiffs object to the Interrogatories to the extent any Interrogatory seeks the disclosure or discovery of information protected by any applicable privilege

or doctrine, including the attorney-client privilege, the work product doctrine, the common interest doctrine or any similar privilege or doctrine and including any disclosure or discovery of work product, information or materials prepared in contemplation of litigation, information or communications protected by the attorney-client privilege, or the opinions, mental impressions, conclusions or legal theories of plaintiff's attorneys or other representatives. Plaintiffs provide information in response to the Interrogatories on the express condition that any inadvertent disclosure of information covered by such privileges or doctrines does not constitute a waiver of any such privilege or doctrine or a waiver of the Plaintiffs' right to assert such privilege or doctrine with respect to such information or any related information. Plaintiffs object to any requirement that they must maintain or produce, for individual interrogatories, a privilege log reciting that information that will not be disclosed based upon a claim of privilege. It would be impracticable if not impossible for plaintiffs to catalog that privileged information with respect to each Interrogatory. Accordingly, plaintiffs will not disclose any information protected from discovery by the attorney-client privilege.

3.      Plaintiffs object to the Interrogatories to the extent the answer to any Interrogatory may be derived or ascertained from related business documents, or from an examination, audit or inspection of such business records, including a compilation, abstract or summary thereof, and the burden of deriving or ascertaining the answer is substantially the same for plaintiffs and Mr. Fraser.

4.     Plaintiffs object to the Interrogatories to the extent they ask plaintiffs to "identify each," "identify any," "every," etc. item relating to a particular contention or proposition. It would be impossible, and it is unduly burdensome to require the plaintiffs to state all persons or facts or identify all documents that may conceivably relate to any particular contention or proposition.

5.     Each response below to the numbered Interrogatories is made subject to the foregoing General Objections.

6.     Discovery is ongoing, and plaintiffs reserve the right to supplement these interrogatories

<u>Responses</u>

<u>Request 1</u>: Identify every transaction involving the sale, transfer or exchange by you at any time of any Hashlets, Hashpoints, Hashstakers or Paycoin that you purchased or acquired from the Companies between and including August 1, 2014 and January 19, 2015, including (a) the date of that transaction, (b) all names, email addresses and usernames associated with the counterparty involved in that transaction, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.*, escrow agents) used to execute or facilitate that transaction, and (d) the value you received in exchange for the Hashlets, Haspoints, Hashstakers or Paycoin you sold, transferred or exchanged.

<u>Objections and Response</u>: plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" sale, transfer, or exchange transaction.

Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about these transactions from class members.

Please see the documents identified in Exhibit A.

Request 2: Identify every purchase you made of Hashlets, Hashpoints, Hashstakers or Paycoin from a seller other than the Companies (including without limitation from a seller on the secondary market hosted on Zencloud), including (a) the date of that purchase, (b) the names, email addresses and usernames associated with the counterparty involved in that purchase, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.,* escrow agents) used to execute or facilitate that purchase, and (d) the amount you paid in exchange for the Hashlets, Hashpoints, Hashstakers or Paycoin you purchased.

Objections and Response: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court. None of the Court's orders allow Fraser to take discovery of purchase transactions. During the July 31, 2019 telephonic hearing, the Court clarified that Fraser could take discovery about transactions involving the private sale of accounts via exchange of passwords. The Court did not permit discovery on other types of purchase transactions. Further, absent class members already provided data about purchase transactions, and this information is available in the ZenCloud database. Therefore, plaintiffs object to this request except to the

extent it calls for information about purchases of accounts via exchanges of passwords. Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" purchase transaction. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about private purchases involving the transfer of accounts via exchange of passwords from class members.

Please see the documents identified in Exhibit A.

Request 3: Identify every transaction involving the purchase, sale, transfer or exchange of a ZenCloud or PayBase account from a seller other than the Companies (*e.g.,* an individual who listed an account for sale on ZenCloud or Hashtalk), including (a) the date of that transaction, (b) all names, email addresses and usernames associated with the counterparty involved in that transaction, (c) any services, platforms, marketplaces, exchanges or third parties (*e.g.,* escrow agents) used to execute or facilitate that transaction, and (d) the value you received in exchange for the ZenCloud or PayBase accounts you purchased, sold, transferred or exchanged.

Objections and Response: Plaintiffs object to this request to the extent it is duplicative of requests nos. 1 and 2. Plaintiffs also object to this request to the extent it calls for information about "purchase" transactions other than those discussed at

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/13/19   Page 64 of 667

the July 31, 2019 telephonic hearing. *See* objections to request no. 2. Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" transaction involving the sale of accounts. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about private purchases or sales involving the transfer of accounts via exchange of passwords from class members.

Please see the documents identified in Exhibit A.

<u>Request 4</u>: Identify every chargeback or refund you received in connection with purchases of Hashlets, Hashstakers or Paycoin that you purchased from the Companies between and including August 1, 2014 and January 19, 2015, including the amount you received and the entity or entities from which you received it.

<u>Objections and Response</u>: Plaintiffs object to the request as overbroad, unduly burdensome, and disproportionate to the needs of the case to the extent it purports to require class members to identify "every" chargeback. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting.

Subject to the foregoing general and specific objections, plaintiffs will take reasonable efforts to obtain information about chargebacks from class members.

Please see the documents identified in Exhibit A.

Request 5: Identify the amount of Ion coin you received in exchange for Paycoin.

Objections and Response: Plaintiffs object to this request as overbroad, unduly burdensome, disproportionate to the needs of the case, and as calling for irrelevant information. Ion was a separate cryptocurrency created by an independent company with no relationship to GAW Miners. Any receipt of Ion will have no impact on damages and so the request is irrelevant. Plaintiffs are standing on their objections.

Request 6: Identify the total amount you paid to purchase Hashlets, Hashpoints, Hashstakers or Paycoin from the Companies between August 1, 2014 and January 19, 2015.

Objections and Response: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court. None of the Court's orders allow Fraser to take discovery of purchase transactions. During the July 31, 2019 telephonic hearing, the Court clarified that Fraser could take discovery about transactions involving the private sale of accounts via exchange of passwords. The Court did permit discovery on other types of purchase transactions. Further, absent class members already provided data about purchase transactions, and this information is available in the ZenCloud database. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting. Because Fraser's other requests seek information about discovery of transactions involving the private sale of accounts via exchange of

7

passwords, plaintiffs object to this request in its entirety and are standing on their objections.

Request 7: Identify the total amount you received in exchange for Hashlets, Haspoints, Hashstakers or Paycoin that you purchased or acquired from the Companies between and including August 1, 2014 and January 19, 2015.

Objections and Response: plaintiffs object to this request as duplicative of request 1. Plaintiffs also object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting. Plaintiffs are standing on their objections.

Request 8: Did you ever participate in the Companies' Value Added Reseller program as a reseller?

Objections and Response: Plaintiffs object to this request because it exceeds the scope of discovery permitted by the Court and as irrelevant. The Court did not allow Fraser to take discovery to support his defense that class members that participated in the Value Added Reseller program are excluded from the Class. It is unclear why else status as a reseller would be relevant. Plaintiffs are standing on their objections.

Request 9: Did you ever transmit password information in connection with the purchase, sale, transfer or exchange of a ZenCloud of PayBase account, or in connection with the purchase, sale, transfer or exchange of one or more Hashlets, Hashstakers, Hashpoints of Paycoin?

Objections and Response: plaintiffs object to this request as duplicative of

requests 2 and 3. Those requests already ask for information for transactions involving the exchange of passwords for an account. Plaintiffs are standing on their objections.

Request 10: Identify each of the email addresses, online usernames, screennames or "handles" you used in connection with purchasing, selling, transferring, exchanging or discussing Hashlets, Hashpoints, Hashstakers or Paycoin, including without limitation those associated with any accounts you held on ZenCloud, PayBase, Hashtalk, gawminers.com or any other forum (*e.g.,* Bitcointalk, Reddit, Twitter) where you communicated about those products.

Objections and Response: Plaintiffs object to this request as overbroad, unduly burdensome, disproportionate to the needs of the case, and because it exceeds the scope of discovery permitted by the Court. First, the interrogatory's request for information about the account names class members used to "discuss" GAW products is a transparent attempt to obtain information to support a non-reliance defense. The Court did not permit such discovery. Second, the interrogatory is objectionable because Allen Shinners already collected and plaintiffs already produced information about the email addresses associated with the 173 class members' ZenCloud and Paybase accounts. Third, all of the information requested by this interrogatory can be ascertained from the documents the class members already produced or will produce. Fourth, plaintiffs object to this request because the information it seeks can be derived from documents the class members already produced and plaintiffs are in the process of collecting. Plaintiffs are standing on their objections.

DATED: August 26, 2019

Respectfully submitted,

/s/ Colin M. Watterson

Mark P. Kindall (ct13797)
mkindall@ikrlaw.com
Robert A. Izard
rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Colin M. Watterson (*pro hac vice*)
cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX  77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
esargent@susmangodfrey.com
Washington Bar No. 28283
Susman Godfrey L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
Fax: (310) 789-3150

*Counsel for Plaintiffs*

Certificate of Service

I hereby certify that on August 26, 2019, I served the foregoing via electronic mail on the following:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

/s/ Colin Watterson
Colin Watterson

# EXHIBIT A

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Abbas, Yawar | GAW00364795 | GAW00364819 |
| Abbas, Yawar | GAW00369663 | GAW00369663 |
| Adiputra, Hafil | GAW00364967 | GAW00364969 |
| Alexander, Martin Horton | GAW00363411 | GAW00363422 |
| Alexander, Martin Horton | GAW00369602 | GAW00369602 |
| Alqaqa, Ashraf Y. | GAW00364825 | GAW00364878 |
| Ammann, Martin Ernst | GAW00363368 | GAW00363410 |
| Ammann, Martin Ernst | GAW00365087 | GAW00365087 |
| Ammann, Martin Ernst | GAW00369601 | GAW00369601 |
| Anastasakis, Dimitrios | GAW00362222 | GAW00362229 |
| Anastasakis, Dimitrios | GAW00364957 | GAW00364957 |
| Anastasakis, Dimitrios | GAW00364966 | GAW00364966 |
| Anastasakis, Dimitrios | GAW00369546 | GAW00369546 |
| Andrews, Anthony | GAW00364823 | GAW00364824 |
| Audet, Denis Marc | GAW00361570 | GAW00361570 |
| Audet, Denis Marc | GAW00362208 | GAW00362218 |
| Audet, Denis Marc | GAW00369544 | GAW00369544 |
| Audet, Denis Marc | GAW01023683 | GAW01023683 |
| Barlier, Guilaume Pierre Andre | GAW00362360 | GAW00362366 |
| Barlier, Guilaume Pierre Andre | GAW00364959 | GAW00364965 |
| Barlier, Guilaume Pierre Andre | GAW00369557 | GAW00369557 |
| ben Mansour, Hedi | GAW00362367 | GAW00362369 |
| ben Mansour, Hedi | GAW00369558 | GAW00369558 |
| Bergqvist, Jonas Per Lars | GAW00362971 | GAW00362987 |
| Bergqvist, Jonas Per Lars | GAW00369582 | GAW00369582 |
| Berkhof, Wim | GAW00364776 | GAW00364779 |
| Berkhof, Wim | GAW00369661 | GAW00369661 |
| Bills, Christian L. | GAW00361989 | GAW00361993 |
| Bills, Christian L. | GAW00369500 | GAW00369500 |
| Bingham, Steven | GAW00365402 | GAW00365415 |
| Black, Simon Peter | GAW00364408 | GAW00364410 |
| Boiadjiev, Alexander Georgiev | GAW00361766 | GAW00364821 |
| Boiadjiev, Alexander Georgiev | GAW00369482 | GAW00369482 |
| Borgund, Charlie | GAW00361954 | GAW00361971 |
| Borgund, Charlie | GAW00369498 | GAW00369498 |
| Burrows, Belinda Jane Elizabeth | GAW00361888 | GAW00361897 |
| Burrows, Belinda Jane Elizabeth | GAW00369491 | GAW00369491 |
| Burrows, Keith | GAW00363074 | GAW00363109 |
| Cable, Jonathan Andrew | GAW00362988 | GAW00362991 |
| Cameron, Christopher Paul Robert | GAW00362028 | GAW00362030 |
| Cameron, Christopher Paul Robert | GAW00364924 | GAW00364924 |
| Cameron, Christopher Paul Robert | GAW00369504 | GAW00369504 |
| Carbonneau, Patrick | GAW00363610 | GAW00363615 |
| Carbonneau, Patrick | GAW00369618 | GAW00369618 |
| Carter, Aaron | GAW00361684 | GAW00361687 |
| Carter, Aaron | GAW00369476 | GAW00369476 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Charbonneau, Marc-Olivier | GAW00363268 | GAW00363271 |
| Charbonneau, Marc-Olivier | GAW00369596 | GAW00369596 |
| Clahsen, Peter | GAW00365111 | GAW00365149 |
| Clahsen, Pieter | GAW00363864 | GAW00363931 |
| Clahsen, Pieter | GAW00369625 | GAW00369625 |
| Coffman, Christopher James | GAW00362011 | GAW00362024 |
| Coffman, Christopher James | GAW00364925 | GAW00364925 |
| Coffman, Christopher James | GAW00369502 | GAW00369502 |
| Colucci, Leonardo | GAW00363240 | GAW00363242 |
| Colucci, Leonardo | GAW00369595 | GAW00369595 |
| Cortesi, Jhonn | GAW00362713 | GAW00362724 |
| Cortesi, Jhonn | GAW00369577 | GAW00369577 |
| Crane, Christopher Alan | GAW00361994 | GAW00362010 |
| Crane, Christopher Alan | GAW00369501 | GAW00369501 |
| Crivello, Teresa Susan | GAW00364484 | GAW00364547 |
| Crivello, Teresa Susan | GAW00369644 | GAW00369644 |
| da Rosa Florentino, Acacio | GAW00361688 | GAW00361725 |
| da Rosa Florentino, Acacio | GAW00369477 | GAW00369477 |
| Daems, Jurgen | GAW00363056 | GAW00363073 |
| Daems, Jurgen | GAW00369586 | GAW00369586 |
| Davis, Michael Edward | GAW00369607 | GAW00369608 |
| De Cicco, Martin | GAW00363364 | GAW00363367 |
| De Cicco, Martin | GAW00365088 | GAW00365088 |
| De Cicco, Martin | GAW00369600 | GAW00369600 |
| De Matteis, Sergio | GAW00364400 | GAW00364402 |
| De Matteis, Sergio | GAW00365399 | GAW00365400 |
| De Matteis, Sergio | GAW00369638 | GAW00369638 |
| De Smet, Jan Pieter | GAW00362539 | GAW00362566 |
| De Smet, Jan Pieter | GAW00365027 | GAW00365027 |
| De Smet, Jan Pieter | GAW00369570 | GAW00369570 |
| de Wet, Johannes Ignatius | GAW00362811 | GAW00362832 |
| de Wet, Johannes Ignatius | GAW00369580 | GAW00369580 |
| de Wilde, Robert | GAW00364060 | GAW00364074 |
| de Wilde, Robert | GAW00369631 | GAW00369631 |
| Dongweck Jr., Leonard Paul | GAW00363220 | GAW00363239 |
| Dongweck Jr., Leonard Paul | GAW00369594 | GAW00369594 |
| Dupont, Andrew Scott | GAW00361813 | GAW00361831 |
| Dyck, Nathan David | GAW00363594 | GAW00363598 |
| Dyck, Nathan David | GAW00369614 | GAW00369614 |
| Eaker, Joshua Keith | GAW00363048 | GAW00363055 |
| Espinoza, Carlos Luis | GAW00361927 | GAW00361950 |
| Espinoza, Carlos Luis | GAW00364923 | GAW00364923 |
| Espinoza, Carlos Luis | GAW00369496 | GAW00369496 |
| Fadden, Leon Ralph | GAW00363191 | GAW00363219 |
| Fadden, Leon Ralph | GAW00365045 | GAW00365049 |
| Fadden, Leon Ralph | GAW00369593 | GAW00369593 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Fehrman, Scott Joseph | GAW00364379 | GAW00364399 |
| Fehrman, Scott Joseph | GAW00369637 | GAW00369637 |
| Fenske, Martin Daniel | GAW00363285 | GAW00363363 |
| Fenske, Martin Daniel | GAW00369599 | GAW00369599 |
| Fisher, Dave Wayne | GAW00362091 | GAW00362096 |
| Fisher, Dave Wayne | GAW00364927 | GAW00364931 |
| Fisher, Dave Wayne | GAW00369539 | GAW00369539 |
| Formosa, Paul David | GAW00361577 | GAW00361581 |
| Formosa, Paul David | GAW00363624 | GAW00363665 |
| Formosa, Paul David | GAW00369620 | GAW00369620 |
| Fritzke, Jody Lee | GAW00362807 | GAW00362810 |
| Garrido, William | GAW00364770 | GAW00364775 |
| Garrido, William | GAW00369660 | GAW00369660 |
| Gathje, Josh George | GAW00363000 | GAW00363047 |
| Gathje, Josh George | GAW00369585 | GAW00369585 |
| General | GAW00361522 | GAW00361522 |
| Gerarts, Paul | GAW00365109 | GAW00365110 |
| Gerarts, Paul Joseph Henricus | GAW00363686 | GAW00363692 |
| Gerarts, Paul Joseph Henricus | GAW00369622 | GAW00369622 |
| Gilbert, Bryan Meyers | GAW00361925 | GAW00361926 |
| Gilbert, Bryan Meyers | GAW00369495 | GAW00369495 |
| Gonzalez-Ripoll Gimenez, Rafael | GAW00363964 | GAW00363974 |
| Gonzalez-Ripoll Gimenez, Rafael | GAW00369628 | GAW00369628 |
| Gorodnev, Roman Vyacheslavovich | GAW00364078 | GAW00364096 |
| Gorodnev, Roman Vyacheslavovich | GAW00369633 | GAW00369633 |
| Gregory, George William | GAW00362351 | GAW00362353 |
| Gregory, George William | GAW00369555 | GAW00369555 |
| Grimes, Ryan Thomas | GAW00364132 | GAW00365395 |
| Grimes, Ryan Thomas | GAW00369635 | GAW00369635 |
| Grimes, Ryan Thomas | GAW01023671 | GAW01023671 |
| Gunawan, Fendy | GAW00362296 | GAW00362303 |
| Gunawan, Fendy | GAW00369552 | GAW00369552 |
| Hamilton, Tyler | GAW00364712 | GAW00364744 |
| Hamilton, Tyler | GAW00365418 | GAW00365420 |
| Hamilton, Tyler | GAW00369654 | GAW00369654 |
| Harper, Trestin Shing | GAW00364673 | GAW00364711 |
| Harper, Trestin Shing | GAW00369653 | GAW00369653 |
| Harris, Ryan Andrew | GAW00364116 | GAW00364131 |
| Harris, Ryan Andrew | GAW00369634 | GAW00369634 |
| Heath, Paul | GAW00363666 | GAW00363685 |
| Heath, Paul | GAW00369621 | GAW00369621 |
| Hernandez, Alfonso | GAW00361788 | GAW00361791 |
| Hernandez, Alfonso | GAW00369483 | GAW00369483 |
| Holker II, Kenneth Martin | GAW00363124 | GAW00363133 |
| Holker II, Kenneth Martin | GAW00369588 | GAW00369588 |
| Hopkinson, Andrew Scott | GAW00361832 | GAW00361834 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Hopkinson, Andrew Scott | GAW00369486 | GAW00369486 |
| Hoppenfeld, Robert Alan | GAW00364033 | GAW00364059 |
| Hoppenfeld, Robert Alan | GAW00369630 | GAW00369630 |
| Houck, Joshua | GAW00365042 | GAW00365042 |
| Hufsetler, Barry | GAW00364879 | GAW00364882 |
| Hufsetler, Barry | GAW01023656 | GAW01023670 |
| Hughes, Lawrence David | GAW00363160 | GAW00363190 |
| Hughes, Lawrence David | GAW00369592 | GAW00369592 |
| Hussain, Ali | GAW00361792 | GAW00361794 |
| Hussain, Ali | GAW00369484 | GAW00369484 |
| Hutchinson, Edward | GAW00362235 | GAW00362244 |
| Hutchinson, Edward | GAW00369548 | GAW00369548 |
| Jalbert, Kellen | GAW00363110 | GAW00363123 |
| Jalbert, Kellen | GAW00365043 | GAW00365043 |
| Jalbert, Kellen | GAW00369587 | GAW00369587 |
| Jallade, John | GAW00365038 | GAW00365038 |
| James, Arthur | GAW00361835 | GAW00361849 |
| James, Arthur | GAW00369487 | GAW00369487 |
| Jason, Jeffrey Grant | GAW00362646 | GAW00362648 |
| Jason, Jeffrey Grant | GAW00369574 | GAW00369574 |
| John, Dean Paul | GAW00361569 | GAW00361569 |
| John, Dean Paul | GAW00362187 | GAW00362202 |
| John, Dean Paul | GAW00369542 | GAW00369542 |
| Juneau, James Michael | GAW00362532 | GAW00362534 |
| Juneau, James Michael | GAW00369568 | GAW00369568 |
| Kahan, Eric Bryce | GAW00362252 | GAW00362272 |
| Kahan, Eric Bryce | GAW00369550 | GAW00369550 |
| Kanani, Oliver | GAW00363609 | GAW00363609 |
| Kanani, Oliver | GAW00365108 | GAW00365108 |
| Kant, Bart Cornelis | GAW00361853 | GAW00361887 |
| Kant, Bart Cornelis | GAW00364883 | GAW00364884 |
| Kant, Bart Cornelis | GAW00369490 | GAW00369490 |
| Kant, Marianne Marie Louise | GAW00363282 | GAW00363284 |
| Kant, Marianne Marie Louise | GAW00369598 | GAW00369598 |
| Kapetanakis, Efstratios | GAW00362245 | GAW00362251 |
| Kapetanakis, Efstratios | GAW00369549 | GAW00369549 |
| Kaushal, Sumit | GAW00364471 | GAW00364483 |
| Kaushal, Sumit | GAW00369643 | GAW00369643 |
| Keigher, Matthew | GAW00363423 | GAW00363433 |
| Keigher, Matthew | GAW00369603 | GAW00369603 |
| Khayal, Khaled | GAW00363140 | GAW00363141 |
| Khayal, Khaled | GAW00365044 | GAW00365044 |
| Khayal, Khaled | GAW01023672 | GAW01023672 |
| Kinckner, Hilary David | GAW00362381 | GAW00362415 |
| Kinckner, Hilary David | GAW00364975 | GAW00364985 |
| Kinckner, Hilary David | GAW00369561 | GAW00369561 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Kinet, Thomas | GAW00364585 | GAW00364592 |
| Kinet, Thomas | GAW00369647 | GAW00369647 |
| King, Kevin Joseph | GAW00363137 | GAW00363139 |
| King, Kevin Joseph | GAW00369590 | GAW00369590 |
| Kloss, Alexander Anthony | GAW00361764 | GAW00361765 |
| Kloss, Alexander Anthony | GAW00369481 | GAW00369481 |
| Koerner, Michael | GAW00363482 | GAW00363506 |
| Koosha, Austin Payam | GAW00361850 | GAW00361852 |
| Koosha, Austin Payam | GAW00369489 | GAW00369489 |
| Kraus, Eric S. | GAW00362273 | GAW00362273 |
| Kraus, Eric S. | GAW00369551 | GAW00369551 |
| Kreisman, Jane | GAW00365028 | GAW00365036 |
| Kwiecien, Piotr Janusz | GAW00363932 | GAW00363941 |
| Kwiecien, Piotr Janusz | GAW00369626 | GAW00369626 |
| Langedijk, Jan Jacob Laurens | GAW00362535 | GAW00362538 |
| Langedijk, Jan Jacob Laurens | GAW00369569 | GAW01023654 |
| Lebrun, Christophe | GAW00364926 | GAW00364926 |
| Lemm, Adam | GAW00361726 | GAW00361734 |
| Lemm, Adam | GAW00369478 | GAW00369478 |
| Lin, Chao Heng | GAW00361951 | GAW00361953 |
| Lin, Chao Heng | GAW00369497 | GAW00369497 |
| Lindgren, Paul William | GAW00363693 | GAW00363709 |
| Lorat, Tim | GAW00364627 | GAW00364634 |
| Lorat, Tim | GAW00369650 | GAW00369650 |
| Lukashevich, Alex | GAW00361744 | GAW00361763 |
| Lukashevich, Alex | GAW00369480 | GAW00369480 |
| Ly, Viet Hoan | GAW00364765 | GAW00364769 |
| Ly, Viet Hoan | GAW00365421 | GAW00365425 |
| Ly, Viet Hoan | GAW00369659 | GAW00369659 |
| MacFarlane, Jeffrey Maynard | GAW00362649 | GAW00362705 |
| MacFarlane, Jeffrey Maynard | GAW00369575 | GAW00369575 |
| MacPhee, Ian Scott | GAW00362416 | GAW00362421 |
| MacPhee, Ian Scott | GAW00364986 | GAW00364989 |
| MacPhee, Ian Scott | GAW00369562 | GAW00369562 |
| Madden, Brett Colin | GAW00361922 | GAW00361924 |
| Madden, Brett Colin | GAW00369494 | GAW00369494 |
| Mah, David Yee Sheng | GAW00362124 | GAW00362184 |
| Mah, David Yee Sheng | GAW00364932 | GAW00364933 |
| Mah, David Yee Sheng | GAW00369541 | GAW00369541 |
| Mai, Duc Minh | GAW00362230 | GAW00362234 |
| Mai, Duc Minh | GAW00369547 | GAW00369547 |
| Makalo, Christian Clifford | GAW00361975 | GAW00361988 |
| Makalo, Christian Clifford | GAW00369499 | GAW00369499 |
| Martello, Matthew Philip | GAW00363434 | GAW00363469 |
| Martello, Matthew Philip | GAW00369604 | GAW00369604 |
| Martello, Matthew Philip | GAW01023684 | GAW01023684 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Martin, Jamie Alfonso | GAW00362507 | GAW00365012 |
| Martin, Jamie Alfonso | GAW00369566 | GAW00369566 |
| Martin, Jamie Alfonso | GAW00369566 | GAW00369566 |
| Martin, Jamie Alfonso | GAW01023655 | GAW01023655 |
| Mendes Amadeu Goncalo | GAW00364822 | GAW00364822 |
| Mitchell-Diggens, Xavier T. | GAW00364780 | GAW00364794 |
| Mitchell-Diggens, Xavier T. | GAW00369662 | GAW00369662 |
| Molloy, Peter Robert | GAW00363814 | GAW00363863 |
| Molloy, Peter Robert | GAW00369624 | GAW00369624 |
| Mondesire, Daniel Olavi | GAW00362077 | GAW00362090 |
| Mondesire, Daniel Olavi | GAW00369538 | GAW00369538 |
| Mouat, Paul | GAW00363616 | GAW00363623 |
| Mouat, Paul | GAW00369619 | GAW00369619 |
| Muller, Thomas | GAW00364593 | GAW00364597 |
| Muller, Thomas | GAW00365416 | GAW00365416 |
| Muller, Thomas | GAW00369648 | GAW00369648 |
| Murphey, Joseph Hugh | GAW00362995 | GAW00362999 |
| Murphey, Joseph Hugh | GAW00369584 | GAW00369584 |
| Mylett, Barry | GAW01023677 | GAW01023678 |
| Nelson, Richard Arthur | GAW00363975 | GAW00364032 |
| Nelson, Richard Arthur | GAW00369629 | GAW00369629 |
| Oberholtzer, Thomas James | GAW00364568 | GAW00364584 |
| Oberholtzer, Thomas James | GAW00369646 | GAW00369646 |
| Olsen, Dag Frode | GAW00362037 | GAW00362066 |
| Olsen, Dag Frode | GAW00369536 | GAW00369536 |
| Olsen, Dag Frode | GAW01023653 | GAW01023653 |
| O'Rourke, James Howard | GAW00362522 | GAW00362527 |
| Osika, Nicolas | GAW00363604 | GAW00363605 |
| Osika, Nicolas | GAW00369616 | GAW00369616 |
| Osika, Nicolas | GAW01023682 | GAW01023682 |
| Pass, James Johnny | GAW00362528 | GAW00362531 |
| Pass, Jamie | GAW00365013 | GAW00365026 |
| Pass, Jamie | GAW00369567 | GAW00369567 |
| Peterson, Payton | GAW00363710 | GAW00363813 |
| Peterson, Payton | GAW00369623 | GAW00369623 |
| Peterson, Payton | GAW01023685 | GAW01023685 |
| Pfeiffer, Michael | GAW00363516 | GAW00363571 |
| Pfeiffer, Michael | GAW00365089 | GAW00365091 |
| Pfeiffer, Michael | GAW00369610 | GAW00369610 |
| Phagu, Mahendra | GAW00363243 | GAW00363267 |
| Phagu, Mahendra | GAW00365050 | GAW00365086 |
| Pham, Hieu | GAW00362375 | GAW00362380 |
| Pham, Hieu | GAW00369560 | GAW00369560 |
| Pietila, Todd | GAW00364640 | GAW00364672 |
| Pietila, Todd | GAW00369652 | GAW00369652 |
| Pinacho, Porfirio | GAW00363942 | GAW00363963 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Pinacho, Porfirio | GAW00369627 | GAW00369627 |
| Poole, Jason Imco | GAW00362567 | GAW00362570 |
| Poole, Jason Imco | GAW00369571 | GAW00369571 |
| Priester, Matthijs rens | GAW00363479 | GAW00363481 |
| Priester, Matthijs rens | GAW00369606 | GAW00369606 |
| Puckett, Robert | GAW00364075 | GAW00364077 |
| Puckett, Robert | GAW00365159 | GAW00365159 |
| Puckett, Robert | GAW00369632 | GAW00369632 |
| Quirino, Jose Carlos Barrales | GAW00362992 | GAW00362994 |
| Quirino, Jose Carlos Barrales | GAW00365040 | GAW00365041 |
| Quirino, Jose Carlos Barrales | GAW00369583 | GAW00369583 |
| Rachmat, Riki | GAW00365150 | GAW00365158 |
| Rachmat, Riki | GAW01023673 | GAW01023676 |
| Reda, Tony | GAW00365417 | GAW00365417 |
| Regul, Christopher | GAW00362031 | GAW00362036 |
| Regul, Christopher | GAW00369505 | GAW00369505 |
| Reyes, Ronald | GAW00364097 | GAW00364115 |
| Reyes, Veronica | GAW00364756 | GAW00364758 |
| Reyes, Veronica | GAW00369656 | GAW00369656 |
| Richmond, Chris Lyons | GAW00361972 | GAW00361974 |
| Rijo, Gabriel Garriga | GAW00362310 | GAW00362350 |
| Rijo, Gabriel Garriga | GAW00369554 | GAW00369554 |
| Roberts, Scott Andrew | GAW00364369 | GAW00364378 |
| Roberts, Scott Andrew | GAW00365396 | GAW00365398 |
| Roberts, Scott Andrew | GAW00369636 | GAW00369636 |
| Rodick, Michael Lynn | GAW00363507 | GAW00363515 |
| Rodick, Michael Lynn | GAW00369609 | GAW00369609 |
| Rosario, Tezontl | GAW00364548 | GAW00364567 |
| Rosario, Tezontl | GAW00369645 | GAW00369645 |
| Roskam, Ian Thomas | GAW00362422 | GAW00362424 |
| Roskam, Ian Thomas | GAW00369563 | GAW00369563 |
| Rossiter, Jayme Joyce Myrle | GAW00362578 | GAW00362587 |
| Rossiter, Jayme Joyce Myrle | GAW00365037 | GAW00365037 |
| Rossiter, Jayme Joyce Myrle | GAW00369572 | GAW00369572 |
| Russell, Brandon Shane | GAW00361902 | GAW00361921 |
| Russell, Brandon Shane | GAW00369493 | GAW00369493 |
| Sabolovic, Slaven | GAW00364411 | GAW00364449 |
| Sabolovic, Slaven | GAW00369640 | GAW00369640 |
| Saunders, Jack Gentry | GAW00362425 | GAW00362438 |
| Saunders, Jack Gentry | GAW00364990 | GAW00365000 |
| Saunders, Jack Gentry | GAW00369564 | GAW00369564 |
| Saunders, Jack Gentry | GAW01023651 | GAW01023651 |
| Saunders, Jack Gentry | GAW01023679 | GAW01023679 |
| Saunders, Nathan | GAW00363599 | GAW00363603 |
| Saunders, Nathan | GAW00369615 | GAW00369615 |
| Savioli, Tyler Robert | GAW00364745 | GAW00364755 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Savioli, Tyler Robert | GAW00369655 | GAW00369655 |
| Schwartz, Jeremy Michael | GAW00362706 | GAW00362712 |
| Schwartz, Jeremy Michael | GAW00369576 | GAW00369576 |
| Seyyar, Serkan | GAW00364403 | GAW00364407 |
| Seyyar, Serkan | GAW00369639 | GAW00369639 |
| Shehata, Bishoy | GAW00361898 | GAW00361901 |
| Shehata, Bishoy | GAW00364885 | GAW00364912 |
| Shehata, Bishoy | GAW00369492 | GAW00369492 |
| Shehata, Bishoy | GAW01023680 | GAW01023681 |
| Shepherd, David Miles | GAW00362097 | GAW00362123 |
| Shepherd, David Miles | GAW00369540 | GAW00369540 |
| Shinners, Dean Allen | GAW00369506 | GAW00369526 |
| Shinners, Dean Allen | GAW00369528 | GAW00369535 |
| Sholokhov, Denis | GAW00362203 | GAW00362207 |
| Sholokhov, Denis | GAW00365433 | GAW00365436 |
| Sholokhov, Denis | GAW00369543 | GAW00369543 |
| Siedl, Helmut | GAW00362370 | GAW00362374 |
| Siedl, Helmut | GAW00364970 | GAW00364974 |
| Siedl, Helmut | GAW00369559 | GAW00369559 |
| Siegrist, Jochen Ulrich | GAW00362759 | GAW00362806 |
| Siegrist, Jochen Ulrich | GAW00369579 | GAW00369579 |
| Silvestri, Giovanni | GAW00362354 | GAW00362359 |
| Silvestri, Giovanni | GAW00369556 | GAW00369556 |
| Simmons, Kinney Edward | GAW00363142 | GAW00363159 |
| Simmons, Kinney Edward | GAW00369591 | GAW00369591 |
| Simpson, Daniel Gil | GAW00362067 | GAW00362076 |
| Simpson, Daniel Gil | GAW00369537 | GAW00369537 |
| Sira, Sharnjit | GAW00365401 | GAW00365401 |
| Smith, Steven Dale | GAW00364459 | GAW00364470 |
| Smith, Steven Dale | GAW00369642 | GAW00369642 |
| Sohail, Muhammad | GAW00365092 | GAW00365107 |
| Spangler, Christopher Joel | GAW00362025 | GAW00362027 |
| Spangler, Christopher Joel | GAW00369503 | GAW00369503 |
| Srulowitz, Matthew R. | GAW00363470 | GAW00363478 |
| Srulowitz, Matthew R. | GAW00369605 | GAW00369605 |
| Stolk, Stefan | GAW00364450 | GAW00364458 |
| Stolk, Stefan | GAW00369641 | GAW00369641 |
| Teodosio, Nuno Rosado | GAW00363606 | GAW00363608 |
| Teodosio, Nuno Rosado | GAW00369617 | GAW00369617 |
| Thiagarajan, Mohan | GAW00363586 | GAW00363591 |
| Thiagarajan, Mohan | GAW00369612 | GAW00369612 |
| Thomas, Andrew Clausen | GAW00361795 | GAW00361812 |
| Thomas, Andrew Clausen | GAW00369485 | GAW00369485 |
| Tolsykh, Aleksandr | GAW00361735 | GAW00361743 |
| Tolsykh, Aleksandr | GAW00369479 | GAW00369479 |
| Tuberosi, John Leonard | GAW00362833 | GAW00362970 |

Exhibit A

| Class Member | BegBates | EndBates |
|---|---|---|
| Tuberosi, John Leonard | GAW00365039 | GAW00365039 |
| Tuberosi, John Leonard | GAW00369581 | GAW00369581 |
| Tuberosi, Maria Eugenia | GAW00363272 | GAW00363281 |
| Tuberosi, Maria Eugenia | GAW00369597 | GAW00369597 |
| Tully, Kerry | GAW00363134 | GAW00363136 |
| Tully, Kerry | GAW00369589 | GAW00369589 |
| Tyner, Davis | GAW00362185 | GAW00362186 |
| Valentine, Zac | GAW00365426 | GAW00365432 |
| van der Bliek, Timothy | GAW00364635 | GAW00364639 |
| van der Bliek, Timothy | GAW00369651 | GAW00369651 |
| Van Le, Thomas | GAW00364598 | GAW00364626 |
| Van Le, Thomas | GAW00369649 | GAW00369649 |
| Vargas II, Victor Manuel | GAW00364762 | GAW00364764 |
| Vargas II, Victor Manuel | GAW00369658 | GAW00369658 |
| Vargas, Jason | GAW00361571 | GAW00361576 |
| Vargas, Jason | GAW00362571 | GAW00362577 |
| Vargas, Victor Juan | GAW00364759 | GAW00364761 |
| Vargas, Victor Juan | GAW00369657 | GAW00369657 |
| Vespoli, Jimmy | GAW00362725 | GAW00362758 |
| Vespoli, Jimmy | GAW00369578 | GAW00369578 |
| Viklund, Michael | GAW00363572 | GAW00363585 |
| Viklund, Michael | GAW00369611 | GAW00369611 |
| Vlasveld, Jacobus | GAW00362439 | GAW00362506 |
| Vlasveld, Jacobus | GAW00369565 | GAW00369565 |
| Waddell, Bret | GAW00364913 | GAW00364922 |
| Weber, Doug | GAW00364958 | GAW00364958 |
| Weinand, Jeffrey D. | GAW00362588 | GAW00362645 |
| Weinand, Jeffrey D. | GAW00369573 | GAW00369573 |
| Winter, Florian | GAW00362304 | GAW00362309 |
| Winter, Florian | GAW00369553 | GAW00369553 |
| Youngman, Nathan | GAW00363592 | GAW00363593 |
| Youngman, Nathan | GAW00369613 | GAW00369613 |
| Zelepuhin, Dimitri | GAW00362219 | GAW00362221 |
| Zelepuhin, Dimitri | GAW00364934 | GAW00364956 |
| Zelepuhin, Dimitri | GAW00369545 | GAW00369545 |

| Additional Absent Class Member Documents |
|---|
| Additional class member documents are identified by prefix. So, for example, documents associated with Martin Ammann have the prefix "Ammann," documents associated with Dimitrios Anastasakis have the prefix "Anastasakis," and so on. |

# EXHIBIT 6

1

2             UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
3             CASE NO.:  3:16-cv-00940
4    -----------------------------------x
     DENIS MARC AUDET, MICHAEL
5    PFEIFFER, DEAN ALLEN
     SHINNERS, and JASON VARGAS,
6    Individually and on Behalf
     of All Others Similarly
7    Situated,
8                        Plaintiff(s),
9           vs.
10   STUART A. FRASER, GAW
     MINERS, LLC, and ZENMINER,
11   LLC, (d/b/a) ZENCLOUD),
12                       Defendant(s).
     -----------------------------------x
13

14

15     VIDEOTAPED DEPOSITION OF DR. MICHAEL PFEIFFER
16                New York, New York
17              Thursday, July 19, 2018
18

19

20

21

22   Reported by:
23   Corinne J. Blair, CRR, CCR, RPR, CLR
24   JOB NO.: 144959
25

1                    Michael Pfeiffer

2      cryptocurrency project that anybody who has

3      the skills, knowledge, or interest or the

4      desire to develop those skills can contribute

5      to it through a software platform called

6      GitHub.  It's recently been acquired by

7      Microsoft.  But it's a developer platform

8      that allows really any -- anybody to

9      contribute to an open source project, by

10     writing code or inspecting code, making

11     comments about what's working.

12              For instance, the wallet interface,

13     I'm not a -- I'm not a technical coder,

14     myself, but I can say, look, this button is

15     marked with an unclear word or like when you

16     click this, I expect it to do this, but

17     instead it does that.  I can contribute that

18     feedback and somebody else can -- can

19     implement the code that would change it.

20        Q    Okay.  So you -- that's something

21     that you do for Ion, is make these sort of

22     comments to improve the platform?

23        A    Yes, mm-hmm.

24        Q    And when did you first become

25     involved with Ion?

1              Michael Pfeiffer

2      A    I wrote -- co-authored the Ion White

3   Paper, and I think that was 2016.

4      Q    Is that on the internet --

5      A    It's on the internet, yeah.  The

6   easiest way to find it is to go to

7   Ionomy.com.  And there's a link to the White

8   Paper there.

9      Q    You're familiar with the name, Josh

10  Garza.

11     A    I am.

12     Q    Was Mr. Garza involved in Ionomy at

13  all?

14     A    Not at all.

15     Q    Was he involved with Ion?

16     A    Not at all.

17     Q    Okay.

18     A    Or not that I know of.

19     Q    I see.  Just more generally, in

20  terms of cryptocurrency, when did you first

21  learn about cryptocurrency?

22     A    I had been a follower of some

23  podcasts, so I probably have learned about it

24  in 2013.  Maybe 2012.  I took more of an

25  interest in, I think, 2014.

1              Michael Pfeiffer

2          So just the -- what we -- what you

3     were just referring to is an exhibit, the

4     chat messaging between yourself and

5     Mr. Garza, which is Exhibit 86.

6          So you're saying the spreadsheet

7     that's referred to here is the one you were

8     preparing in response to this chat?

9     A     I believe that is correct.

10    Q     Okay.  Great.  Thank you.

11         I'll show you what we'll mark as

12    Exhibit 91.

13         (Defendant's Exhibit 91,

14     E-mail, September 24, 2014, was

15     marked for identification at this

16     time.)

17         THE WITNESS:  Okay.

18    BY MS. CAVE:

19    Q     Do you recall sending this e-mail,

20    which is dated September 24th, 2014 to

21    BTCrow.com?

22    A     Yes.

23    Q     And what is BTCrow.com?

24    A     I believe it is an escrow service

25    that one can pay for in cryptocurrency.  You

1                   Michael Pfeiffer

2       pay the service fee in cryptocurrency, and

3       transmit the funds in cryptocurrency.

4            Q    Okay.  And who is Paul?

5            A    I believe Paul was the operator of

6       the BTCrow.com website.

7            Q    Okay.  And what's the reason for

8       using an escrow for these transactions?

9            A    Well, when you're making an exchange

10      of digital goods for digital goods, it's not

11      -- you could rely on trust, but then there's

12      no enforcement if somebody doesn't follow

13      through.  So who sends first.  And so this is

14      a way to have a trusted third-party be a

15      mediator of an exchange.

16           Q    And how did you find BT Crow to be

17      someone that you could trust for escrow

18      purposes?

19           A    I had researched that on the web and

20      found other people who had used that service

21      and -- and endorsed its a trustworthy

22      service.

23           Q    And did you find that to be the

24      case?

25           A    I did.  And, in fact, in this case,

1              Michael Pfeiffer

2   the dispute eventually resolved and the funds

3   were not released to the seller, I believe,

4   because the seller didn't provide what -- the

5   other part of the exchange.

6       Q    So what were you buying from the

7   seller here?

8       A    It was an account, Gaw Miners

9   account.  So this person was in possession of

10  an account that had -- it looks like hashlets

11  that were purchased from Gaw Miners.  So it

12  would have been the account credentials.

13      Q    So you were seeking to buy the whole

14  account in its entirety?

15      A    I believe so, yes.

16      Q    In the middle of the page, you say,

17  "Josh Garza, COO, and GAW Miners and Zenminers

18  is aware of the situation."

19           So did you make Mr. Garza aware of

20  this situation?

21      A    I actually don't know.  Okay.  I

22  think this is what happened:  I think I was

23  in touch with another person who also

24  provided escrow services in the -- it was

25  widely known in the -- on the HashTalk forum

1        Michael Pfeiffer

2     Q    Okay.  You can set that to the side

3  then.

4          MS. CAVE:  And just for the record,

5       I'll note my objection to your

6       objection as to the work product

7       assertion, and we can fight about that

8       later.

9          MR. WATTERSON:  Agreed.

10         MS. CAVE:  We'll mark this as 102.

11         (Defendant's Exhibit 102,

12      Michael Pfeiffer Account Summary,

13      was marked for identification at

14      this time.)

15  BY MS. CAVE:

16     Q    So, Mr. Pfeiffer, we've handed you

17  what we've marked as Exhibit 102, which at the

18  top says, Michael Pfeiffer Account Summary.

19         Have you seen this before?

20     A    I see it, yes, it looks familiar.

21     Q    Okay.  Did you prepare this

22  document?

23     A    It looks like something I might have

24   prepared.

25     Q    Do you know what source data you

1            Michael Pfeiffer

2   used to prepare this document?

3       A    It looks like I used a number of

4   sources.

5            I believe that for the GAW

6   purchasing credit cards, I reviewed all the

7   credit card statements that I had and entered

8   the data from those.

9            There are -- I was able to get a

10  refund through the credit card company on one

11  item for $24.99.  And that's also shown.  And

12  that would have been in a separate document

13  than the credit card statements.

14      Q    What about the -- at the bottom, it

15  says, "ZC account purchases and e-mails and

16  BTCTXID."

17           Do you know what that's describing?

18      A    Yes.  The user name is -- so this

19  refers to the accounts that I purchased from

20  other GAW customers who had GAW products in

21  their accounts.

22      Q    Okay.  Sorry.  Before you turn to

23  the next page, sort of in the middle, it says,

24  "Combined CC Purchases."

25           Is that "Combined Credit Card

# EXHIBIT 7

1              IN THE UNITED STATES DISTRICT COURT

2                      OF CONNECTICUT

3
   DENIS MARC AUDET, MICHAEL       )
4  PFEIFER, DEAN ALLEN SHINNERS,   )
   and JASON VARGAS, Individually) Case No. 3:16-cv-00940
5  and on Behalf of All Others     )
   Similarly Situated,             )
6                                  )
                                   )
7           Plaintiffs,            )
                                   )
8      vs.                         )
                                   )
9  STUART A. FRASER, GAW MINERS,   )
   LLC, AND ZENMIER, LLC (d/b/a    )
10 ZEN CLOUD),                     )
                                   )
11                                 )
           Defendants.             )
12                                 )
   _____ )
13

14

15

16

17        VIDEOTAPED DEPOSITION OF JOHN TUBEROSI

18              San Pedro, California

19            Wednesday, October 23, 2019

20

21

22

23 Stenographically Reported By:

24 Cheryl Asada, CSR 13496

25 Job No. 170505

Page 32

1     A     It looks like a report, yes.  It looks like a

2     C- -- CSV report.

3     Q     From Zen Cloud?

4     A     I -- I wouldn't know.  It looks like a report

5     of some type that was generated, yeah.

6     Q     You don't recall --

7     A     It's definitely a time log --

8     Q     -- seeing it before?

9     A     No.

10          THE COURT REPORTER:  I'm sorry.  Can you

11    repeat the question?

12          MS. MILLER:  Okay.

13    BY MS. MILLER:

14    Q     I said, but you don't recall generating this

15    or seeing it before?

16    A     No, I don't recall.

17    Q     Have you ever seen any comparable excerpt

18    from Zen Cloud that looks like this before?

19    A     Can you repeat the questions, please?

20    Q     Have you ever seen any excerpt from Zen Cloud

21    that looks like this before?

22    A     Not that I recall.

23    Q     Okay.  Okay.  You mentioned earlier that

24    sometime in late December, to the best of your

25    recollection, your hashpoints were automatically

Page 33

1   converted to PayCoin.  What did you do with the

2   PayCoin at that point?

3       A    I moved it into my own wallet.  Some of --

4   most of it.

5       Q    And where was your own wallet?

6       A    On my own computer.

7       Q    Did you ever sell any of that PayCoin?

8       A    Did I ever sell any PayCoin?  I believe I

9   sold some.

10      Q    Where did you sell it?

11      A    Cryptsy exchange.

12      Q    Any other exchanges?

13      A    Did GAW have an exchange of their own?  Maybe

14   on -- on GAW's exchange.

15      Q    Uh-huh.  Does Paybase sound familiar?

16      A    Paybase, was that -- was that their exchange?

17      Q    I'm actually not sure what exactly you could

18   do on Paybase, but -- but do you recall there being an

19   exchange through GAW Miners on Paybase?

20      A    Yes.

21      Q    Okay.  So you sold some PayCoin on Cryptsy

22   and possibly some on Paybase.  Is that right?

23      A    Possibly on Paybase.

24      Q    Okay.  Do you remember how much PayCoin you

25   sold on Cryptsy?

1    Q    Okay.  And next to each account on this

2    screenshot on the exhibit marked 275, it looks like

3    there's a number of hashpoints.  Is that right?

4    A    That's correct.

5    Q    Do you know where you got those numbers from?

6    A    From the individual accounts at the time.

7    Q    So at the time, you still had access to the

8    account information for each of those accounts?

9    A    I don't recall if I had access at that time.

10   It may have been a number that I had written down

11   earlier, but I don't remember if -- if it was still

12   accessible at that time.

13   Q    Did you generally track the number of

14   hashpoints you had mined, you know, throughout your

15   time of mining hashpoints?

16   A    Can you repeat the question, please?

17   Q    Sure.

18        Did you typically track the number of

19   hashpoints that you mined during the time that you

20   mined hashpoints?

21   A    Constantly, all day long, every day.

22   Q    Did you track that number outside of the GAW

23   Miners or Zen Cloud interface?

24   A    Not that I know of.  I don't -- I don't

25   believe there was another way to track those.

Page 44

 1     Q     Okay.  Before we went on the record today,

 2  Mr. Sargent informed me that you received some credit

 3  card chargeback for purchases you made from GAW

 4  Miners.  Is that right?

 5     A     Yes.

 6     Q     Which credit card companies -- well,

 7  withdrawn.

 8           How many chargebacks did you receive?

 9     A     I believe it would probably be easier to let

10  me -- let you know that all but two credit cards gave

11  me my money back.

12     Q     Okay.  Do you recall which two credit cards

13  did not give you your money back?

14     A     Bank of America and some other small bank.  I

15  don't recall the name.

16     Q     Okay.  Did you provide the records of those

17  chargebacks to Allen Shinners?

18     A     Oh, absolutely.

19     Q     Do you recall when those chargebacks --

20  withdrawn.

21           Do you recall when you received those

22  chargebacks?

23     A     No, I don't recall.

24     Q     Do you recall when you initiated the process

25  to seek those chargebacks?

1    Q    Does the reseller program sound familiar at

2  all?

3    A    I -- I remember there being resellers, yes.

4  I -- I do remember that.

5    Q    Do you remember what resellers were?

6    A    People who resold hashlets and stakers and

7  stuff.

8    Q    Were you a reseller?

9    A    Not that -- not that I -- I am aware of.

10    Q    Were you an affiliate?

11    A    Not that I'm aware of.

12         MS. MILLER:  All right.  Let's get the

13  exhibit titled Tuberosi 7, which we'll mark as

14  Exhibit 276.  That -- that document has the Bates

15  number GAW00666547.

16              (Exhibit 276 was marked for

17              identification by the shorthand

18              reporter.)

19  BY MS. MILLER:

20    Q    Mr. Tuberosi, can you see that document now?

21    A    I do see it.

22    Q    Do you see the subject line where it says

23  "reseller commission"?

24    A    I do see a line that says "John Tuberosi

25  commission."

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 96 of 667

# EXHIBIT 8

 1              IN THE UNITED STATES DISTRICT COURT

 2                        OF CONNECTICUT

 3
    DENIS MARC AUDET, MICHAEL      )
 4  PFEIFER, DEAN ALLEN SHINNERS,  )
    and JASON VARGAS, Individually)  Case No. 3:16-cv-00940
 5  and on Behalf of All Others    )
    Similarly Situated,            )
 6                                  )
                                    )
 7             Plaintiffs,          )
                                    )
 8        vs.                       )
                                    )
 9  STUART A. FRASER, GAW MINERS,  )
    LLC, AND ZENMIER, LLC (d/b/a   )
10  ZEN CLOUD),                     )
                                    )
11                                  )
               Defendants.          )
12                                  )
    _____)
13

14

15

16

17        VIDEOTAPED DEPOSITION OF TERESA CRIVELLO

18                  San Pedro, California

19               Wednesday, October 23, 2019

20

21

22
    Stenographically Reported By:
23
    Cheryl Asada, CSR 13496
24
    Job No. 170505
25

Page 21

1    you owned?

2        A     No.

3        Q     Was that PayCoin ever converted to a

4    different type of currency?

5        A     If it did, I have no idea.

6        Q     Okay.  Did you ever purchase PayCoin on a

7    public exchange like Cryptsy?

8        A     No.

9        Q     Did you ever receive any refunds from GAW

10   Miners for any of the purchases that you made?

11       A     I'm thinking.  I believe I did not, no.

12       Q     Did you ever request that GAW Miners void any

13   transactions after you had made them?

14       A     I don't believe so.

15       Q     Did you ever receive any chargebacks from

16   your credit card companies --

17       A     I did.

18       Q     -- for purchases from GAW Miners?

19       A     I did.

20       Q     How many chargebacks did you receive?

21       A     Let me think.

22       Q     If you can recall.

23       A     Yeah, I'm thinking.  Approximately a hundred

24   thousand dollars.

25             MS. MILLER:  Okay.  If we could turn to

1    the document titled Crivello 3.  Let's mark that

2    as Exhibit 285.

3              (Exhibit 285 was marked for

4              identification by the shorthand

5              reporter.)

6              MR. SARGENT:  You can use these if you

7    want.

8              MS. MILLER:  And that document begins

9    with the Bates number CRIVELLO00000125 --

10             THE WITNESS:  Uh-huh.

11             MS. MILLER:  -- and ends with the Bates

12   number CRIVELLO00000129.

13             THE WITNESS:  What's that?

14             MR. SARGENT:  It's just my --

15             THE WITNESS:  Okay.

16   BY MS. MILLER:

17       Q    Do you see that document?

18       A    When you're referring to those numbers, I

19   don't see those documents you're referring to, but I'm

20   looking at --

21             MR. SARGENT:  It's on the very bottom.

22             THE WITNESS:  Oh, okay --

23   BY MS. MILLER:

24       Q    The Bates number --

25       A    Okay.  Yes, I'm looking at it.  Okay.

1      Q      So this first page, this shows a -- a

2    chargeback for $69,919.20.

3      A      Correct.

4      Q      Does that look right?

5      A      Yes.

6      Q      And did that correspond with specific

7    purchases you had made by credit cards?

8      A      Yes.  It was a --

9      Q      Why did you see -- sorry, go ahead.

10     A      It was just going to say, it's likely it was

11   a combination of purchases --

12     Q      Uh-huh.

13     A      -- to come to that number.

14     Q      Okay.  And you received that full amount, I

15   take it?

16     A      Yes.

17     Q      And then on the next page, it looks like you

18   were refunded an amount of $6,226.19?

19     A      Yes.

20     Q      Is that right?

21     A      Yes.

22     Q      And this -- the -- the first paragraph there

23   references a prior temporary credit that had been

24   issued?

25     A      Right.

Page 24

1    Q    Do you know what the amount of that temporary

2  credit was?

3    A    What page are we looking at?  I'm sorry.

4    Q    It's the page with the Bates number in the

5  bottom right-hand corner, CRIVELLO00000126.

6    A    Okay.  I'm looking at that now.  Can you ask

7  me that again?

8    Q    Sure.

9         The first paragraph there says, (reading):

10             "This amount is less than the

11         original credit balance on your account

12         due to a temporary credit that was issued

13         for an item you disputed."

14    A    Yes.

15    Q    Do you recall what the temporary credit

16  amount was?

17    A    I don't.

18    Q    Do you think you might have a record of the

19  temporary credit?

20    A    Possibly.

21    Q    Somewhere?

22    A    Yeah, probably.

23    Q    Okay.

24    A    Possibly, yes.

25    Q    Okay.  And then the next page --

Page 25

1    A    Uh-huh, I'm looking.

2    Q    -- it looks like you received a credit for --

3    sorry, a chargeback for $24,975.  Is that right?

4    A    Yes.

5    Q    Okay.  So are the -- the three chargebacks

6    that I just discussed, are these all of the

7    chargebacks that you received?

8    A    I haven't looked at the detailed records in a

9    while, so just, like, recapping the numbers in my

10   mind, I want to say "yes."

11   Q    Okay.  Is it possible that you received

12   additional chargebacks that are not reflected here?

13   A    When I total the numbers, it seems like this

14   was the total because I -- you know, I'm kind of

15   thinking what I'm out-of-pocket.  This seems to be all

16   of them.

17   Q    Okay.

18   A    And I'd wonder if the 6,226 is included in

19   the $69,000 on the first page -- I don't know --

20   because it's the same credit card number.

21   Q    Okay.  Well, if you have any records to show

22   that, maybe -- maybe we'll request --

23   A    Okay.

24   Q    -- any additional records you have.

25        You mentioned you were thinking through the

1   numbers when you were thinking about how much you were

2   out-of-pocket.  Do you have a particular number in

3   mind as to how much you're out-of-pocket?

4       A    It was -- it's my line of credit wire

5   transfers.  Plus, I -- I have to look back at a

6   particular credit card.  It was with a different bank,

7   and I don't believe they gave me chargebacks, but I

8   would have to look at it.  So, in my mind, it's 200-

9   to $215,000.

10          MS. MILLER:  Okay.  Let's turn to the

11  document titled Crivello 4, and let's mark it as

12  Exhibit 286.

13          THE WITNESS:  Uh-huh.  Yeah.

14          (Exhibit 286 was marked for

15          identification by the shorthand

16          reporter.)

17  BY MS. MILLER:

18      Q    So this -- I'll -- I'll represent that this

19  is an excerpt --

20      A    Uh-huh.

21      Q    -- from a document that was produced to us

22  by -- it was produced to us by Allen Shinners --

23      A    Okay.

24      Q    -- and so this is -- the full document was a

25  spreadsheet of many people's information --

Page 27

1    A    Okay.

2    Q    -- this is just your row in that spreadsheet.

3    A    Uh-huh.

4    Q    It's a little tricky to read because there

5    are many columns --

6    A    Right.

7    Q    -- but the different pages are just the

8    continuation of the same row.

9         Do you recall submitting this information to

10   Allen Shinners?

11   A    The $311,000 is reasonable based on what I

12   just said, like, it's 300- to 315,000; however, it

13   says refunds or chargebacks, it says "no." And I

14   don't know if that means from my credit card company

15   because that's not true. As I just mentioned, I did

16   receive chargebacks from the credit card company. And

17   there's a statement here which is not accurate, and I

18   don't know if it's referring to GAW Miners refunding

19   us the money because it states we did not receive any

20   refund on our total purchase amount of $311,000. I

21   don't know if that means from the credit card company

22   or from GAW Miners, LLC --

23   Q    Right --

24   A    -- because that's not a true statement, if it

25   means from the credit card.

1      Q     Because it looks like -- if we look back to

2   Exhibit 285, it looks like you had received at least

3   some of these chargebacks --

4      A     Yes.

5      Q     -- at the time you submitted this

6   information, although not all?

7      A     Correct.

8      Q     But -- but you hadn't taken into account the

9   chargeback information here.  Right?

10      A     Well, I don't understand the statement

11   because it's not an accurate statement.

12      Q     What do you mean by that?

13      A     Well, it says we did not receive any refund.

14   So what I had said is, is it referring to GAW Miners

15   refunding us the money, or am I referring to the

16   credit card company?  Because that statement, if it's

17   referring to the credit card company, is not accurate,

18   so -- because I also submitted my chargebacks from the

19   credit card company when -- disclosing my information.

20      Q     Right.  Okay.  In the -- in the leaf under

21   chargeback column, though, you also said "no," so that

22   more clearly refers to chargebacks.  Right?

23      A     I would say yes.  But like I said, it's

24   not -- I don't remember -- I mean, it's obviously not

25   an accurate statement.

1      Q    Okay.  So that number, 311,000, just doesn't

2  include -- doesn't take into account your chargebacks.

3  Right?

4      A    Correct.  Correct.

5      Q    Okay.  Do you remember how you calculated the

6  $311,000 number?

7      A    I would have gone through all my credit card

8  statements and then also added up my wire transfers.

9  The wire transfers were easy to add up because there

10  was two transfers, a hundred thousand dollars each.

11      Q    And does that number -- well, either the

12  311 -- well, let's -- withdrawn.

13          Does the 311 number, do you recall if that

14  number was intended to capture the estimated losses

15  across all five of your accounts that you managed?

16      A    Yes.

17      Q    So was that for only your personal account?

18      A    It was for all five accounts.

19      Q    Okay.  And so the number you mentioned

20  earlier, that does take into account the chargebacks,

21  something more like 200- or 215,000 --

22      A    Uh-huh.

23      Q    -- that number also would be across all five

24  accounts.  Is that right?

25      A    Yes.

EXHIBIT 9

Page 1

1

2          IN THE UNITED STATES DISTRICT COURT
                    OF CONNECTICUT
3     ------------------------------X
      DENIS MARC AUDET, MICHAEL      )
4     PFEIFFER, DEAN ALLEN           )
      SHINNERS, and JASON            )    Case 3:16-cv-00940
5     VARGAS, Individually and       )
      on Behalf of All Others        )
6     Similarly Situated,            )
                                     )
7             Plaintiffs,            )
                                     )
8        vs.                         )
                                     )
9     STUART A. FRASER,              )
      GAW MINERS, LLC, AND           )
10    ZENMINER, LLC (d/b/a           )
      ZEN CLOUD),                    )
11                                   )
              Defendants.            )
12    ------------------------------X
13
14       VIDEOTAPED DEPOSITION OF DANIEL SIMPSON
15
16               Uniondale, New York
17            Tuesday, October 29, 2019
18
19
20
21
22
23    Reported by:
24    JEFFREY BENZ, CRR, RMR
25    JOB NO. 171021

1                          Simpson

2    Miners products?

3         A.    Correct.

4         Q.    Did the spreadsheets include any

5    sales?

6         A.    Not that I can recall.

7         Q.    On Exhibit 287 are each of the e-mail

8    addresses listed in the right column associated

9    with the account names in the left column?

10        A.    To the best of my knowledge, without

11   looking at the actual documentation, I submit

12   that it looks correct.

13        Q.    Do you recall any other e-mail

14   addresses you used in connection with GAW Miners

15   accounts?

16        A.    Not off the top of my head, but it

17   just should be in the documentation all the

18   e-mail addresses that I submitted.  So this

19   is -- whatever is here is a reflection of that.

20        Q.    Again, focusing on the five accounts

21   underneath the in ZenCloud, did each of those

22   accounts belong to you personally at all times?

23        A.    The first account was my original

24   account, line 1, Account Number 1.

25        Q.    That's the Buck Rogers account?

1                      Simpson

2      A.   Correct.  And the other four were

3  purchased by myself.

4      Q.   Starting with the Daffy account, do

5  you recall when you purchased that?

6      A.   The dates are all in the transaction

7  ID Excel spreadsheet.

8      Q.   Just as you sit here today, do you

9  recall -- if you don't, that's fine, but do you

10 recall approximately when you purchased that

11 account?

12     A.   Not off the top of my head, but the

13 dates are there.

14     Q.   What was the purpose of having five

15 separate accounts?

16     A.   I thought it was a good product.  I

17 believed in it and I wanted more of it, and it

18 turned out not to be so great.

19     Q.   What does it mean to purchase an

20 account?

21     A.   If the user has an account with all of

22 their items in it, whatever they purchased at

23 some point from ZenCloud, GAW Miners, to take

24 ownership of that account, being that they would

25 sell the account, and facilitated by ZenMiner

1                    Simpson

2    says, from their PayBase exchange.  I don't have

3    that record in front of me, except what's on

4    this sheet, so.

5         Q.   Okay.  Do you recall purchasing

6    PayCoin?

7         A.   I believe so, but as -- you know, I

8    don't have that purchase record in front of me.

9         Q.   As far as you understand, that figure,

10   are those PayCoins that you obtained separate

11   from any PayCoins you had gotten from the

12   conversion from hash points?

13        A.   I don't recall.

14        Q.   Do you know what a chargeback is?

15        A.   Yes.

16        Q.   Did you ever seek any charges of --

17   withdrawn.

18             Did you ever seek any chargebacks of

19   purchases from GAW Miners or ZenMiner?

20        A.   Through credit cards.

21        Q.   Did you receive any chargebacks from

22   any of your credit card companies?

23        A.   Yes, after fighting tooth and nail for

24   over a year I was able to get those chargebacks

25   sent back to me.

1                    Simpson

2    accounts.

3        Q.   Right.  But this -- this sheet here

4    that we're looking at is the totals of losses,

5    correct?

6        A.   Correct.

7        Q.   And in calculating your totals, did

8    you include any of the chargebacks of the money

9    you got back?

10       A.   Well, I already said that, the money

11   that was charged back was returned to me so

12   that's separate from this, my understanding.

13            MR. WEINSTEIN:  Okay.  Okay.  Why

14       don't we take a break.  I may be at a

15       conclusion.

16            THE VIDEOGRAPHER:  Going off the

17       record at 11:08 a.m.

18            (Recess from 11:08 to 11:17.)

19            THE VIDEOGRAPHER:  We are back on the

20       record at 11:17 a.m.

21       Q.   Mr. Simpson, I'm going to hand you a

22   document to be marked Exhibit 305.

23            (Summary of the credit card chargeback

24       total bearing Bates number Simpson 10 was

25       marked Exhibit 305 for identification, as

1                         Simpson

2      companies?

3            A.    I believe at the time when the GAW

4      suit website was put up to submit documents,

5      Allen had asked everyone -- Allen Shinners --

6      people who received chargebacks, let us know,

7      and I told him I received those chargebacks at

8      the time.

9            Q.    Okay.  The -- the amounts that appear

10     on this Exhibit 305 from American Express,

11     $22,279.81, did you receive that amount back

12     from American Express as a result of a

13     chargeback request?

14           A.    Yes.

15           Q.    From Capital One, the amount of

16     $4,999.70, did you receive that amount back from

17     Capital One as a chargeback?

18           A.    Yes.

19           Q.    And from Citibank, did you receive

20     back $10,259.82 as a chargeback?

21           A.    Yes.

22           Q.    The more detailed spreadsheets that

23     you produced, those are the itemized purchases

24     that make up these amounts; is that correct?

25           A.    The itemized dates and amounts that

EXHIBIT 10



Exhibit 217
R. Mills
10/30/2018
reporter: nikki roy
CSR No. 3052

CONFIDENTIAL

GAW01022853



CONFIDENTIAL



CONFIDENTIAL
GAW01022855

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 118 of 667



CONFIDENTIAL
GAW01022856



CONFIDENTIAL

GAW01022857

EXHIBIT 11

| From: | Miller, Hannah |
|---|---|
| To: | Colin Watterson |
| Cc: | Weiner, Daniel H.; Weinstein, Marc A.; Cave, Sarah L.; Marc Seltzer; Seth Ard; Kathryn P. Hoek; Simon DeGeorges; Edgar G. Sargent |
| Subject: | RE: GAW Miners: Document Production |
| Date: | Tuesday, September 24, 2019 2:32:13 PM |

Colin,

We have reviewed Plaintiffs' objections and responses to Fraser's interrogatories as well as the documents listed on Exhibit A to your objections and responses. Plaintiffs' responses are insufficient because, *inter alia*, they fail to provide specific answers and instead only refer to the general Bates range of documents submitted by each of the 173 potential class members to whom the interrogatories were directed. *See, e.g.*, *In re Savitt/Adler Litig.*, 176 F.R.D. 44, 48 (N.D.N.Y. 1997) ("The interrogatories seek facts, not documents or tangible objects, and the proper form of response is a narrative answer, not a reference to documents or objects where the answers might be found."). Please let us know if you plan to supplement your responses to provide actual answers to the interrogatories on behalf of the 173 potential class members to whom the interrogatories were directed. If not, please let us know on what basis you object to providing answers to the interrogatories to which you responded by referencing "the documents identified in Exhibit A."

Based on the information available to us, we have identified several individuals whose depositions we would like to take pursuant to the Court's order at ECF No. 150. We will prepare deposition notices, but first wanted to check in with you about scheduling. To start, we would like to take the depositions of the following individuals:

1. Teresa Crivello
2. Ryan Grimes
3. Lawrence David Hughes
4. Michael Koerner
5. John Leonard Tuberosi

Please let us know if you are in a position to coordinate scheduling with these individuals/what dates might work for you.

Best,
Hannah

---

**From:** Colin Watterson <CWatterson@susmangodfrey.com>
**Sent:** Monday, August 26, 2019 11:08 PM
**To:** Miller, Hannah <hannah.miller@hugheshubbard.com>
**Cc:** Weiner, Daniel H. <daniel.weiner@hugheshubbard.com>; Weinstein, Marc A.

<marc.weinstein@hugheshubbard.com>; Cave, Sarah L. <sarah.cave@hugheshubbard.com>; Marc
Seltzer <MSeltzer@SusmanGodfrey.com>; Seth Ard <sard@susmangodfrey.com>; Kathryn P. Hoek
<khoek@SusmanGodfrey.com>; Simon DeGeorges <SDeGeorges@susmangodfrey.com>; Edgar G.
Sargent <esargent@SusmanGodfrey.com>; Colin Watterson <CWatterson@susmangodfrey.com>
**Subject:** GAW Miners: Document Production

Hannah:

See the link below and attached. I'm sending the password in a follow up email.

https://files.knj360.com/?u=efYfFlDv&p=uzISNVcE&path=/20190826%20-
%20All%20GAW%20-
%20Documents%20from%20Absent%20Class%20Members%20Productions.zip

**Colin Watterson**
Susman Godfrey LLP
cwatterson@susmangodfrey.com
Office: 713.653.7844 |Cell: 512.965.2481

| **From:** | Colin Watterson |
|---|---|
| **To:** | Miller, Hannah; Weiner, Daniel H.; Weinstein, Marc A.; Cave, Sarah L. |
| **Cc:** | Marc Seltzer; Seth Ard; Kathryn P. Hoek; Simon DeGeorges; Edgar G. Sargent; Colin Watterson |
| **Subject:** | GAW Miners: GAW1075694-731 & Koerner Documents |
| **Date:** | Wednesday, October 2, 2019 12:08:48 PM |

---

> **CAUTION: This email was sent by someone outside of the Firm.**

Dear Counsel:

You can download GAW01075694 - GAW01075731 at the link below. These are documents we received on Monday in response to a FOIA request to the SEC. The password is: █████████

https://files.knj360.com/?u=sqwEJsqy&p=JuhFeBU3

At the link below, please also find documents from absent class member Micahel Koerner. The password is: ████████████

https://files.knj360.com/?u=XW8J1gkX&p=QpXafdHR&path=/KOE_001.zip

**Colin Watterson**

Susman Godfrey LLP

cwatterson@susmangodfrey.com

Office: 713.653.7844 |Cell: 512.965.2481

# EXHIBIT 12

9/28/2018
Case 3:16-cv-00940-MPS Document 214   Filed 06/01/20   Page 125 of 667
Case 3:16-cv-00940-MPS   Document 174-2   Filed 12/23/19   Page 125 of 667
Community Forum

 **archive.today**
webpage capture

**Saved from** | https://forum.gethashing.com/t/gaw-legal-credit-and-consumer-protection-rights-threa | search | 20 May 2015 05:27:32 UTC
🕙history

**Redirected from** | https://forum.gethashing.com/t/gaw-legal-credit-and-consumer-protection-rights/2878
🕙history

**All snapshots** from host forum.gethashing.com

✱ share    download .zip    report error or abuse

| **Webpage** | Screenshot |

 Sign Up   👤 Log In   🔍   ☰


**GHcloud v0.9 is Live!** Please check out the GHcloud Beta v0.9 Announmcement for more information.

# 📌 GAW Legal, Credit and Consumer Protection Rights Thread

Crypto Discussions   Watchlist

 **Allen1980s** 🔰 Show me the numbers

2 ✏ Apr 16

This topic covers issues and procedures concerning consumer credit protection rights in the United States. It includes known charge back procedures, as well as various documents and files relating to GAW product and performance statements.

[SCAM] GAWMiners, Paybase, ZenCloud  2

PayCon™ Muggle Relief Fund™ Giveaway - May 1st - 8th, 2015  1

5 people liked this.

| created | last reply | 319 | 2.9K | 63 | 482 | 38 |
|---------|-----------|-----|------|-----|-----|-----|
| 🏆 Apr 16 | 3 days | replies | views | users | likes | links |

∧

            

| 112 | scribd.com/doc/260708659 |
| 76 | docs.google.com/document/d/1eHj3QCCG3JBALJZtd1dVSU5U2nqOuhqdgQ96ujlIE7w/ |
| 31 | bitcointalk.org/index.php?topic=720844.msg8605520#msg8605520 |
| 25 | /uploads/default/3665/33a2cf4fd888de5c.pdf |
| 24 | /uploads/default/3666/c8250d9939660882.pdf |

show all 38 links...

There are **320** replies with an estimated read time of **39 minutes**.

Summarize This Topic

 **Allen1980s** 🔰 Show me the numbers

Apr 15

Hi Everyone,

I just got off of the phone with PNC Bank, to get clarification as to how you should approach your charge backs.

This pertains to Visas issued by banks:

Visa has a 120 day charge back window for "normal" charge backs. This particular GAW transaction has been classified non-standard. Under Visa's guidelines, non-standard charge backs have extension periods which are not fixed. In the case of fraud or failure to deliver the service as described, an extension period is fairly open to the credit card issuing bank's determination.

Approximately 4-5 weeks ago many of the banks were receiving charge back requests for GAW Miners. PNC began investigating the company and after finding the website gone, they began to dig deeper, including contacting the SEC on the status of the investigation, since this one of the main statements made by contesting card users.

9/28/2018     Community Forum

Case 3:16-cv-00940-MPS Document 214-2 Filed 06/01/20 Page 126 of 667
Case 3:16-cv-00940-MPS Document 174-2 Filed 12/23/19 Page 126 of 667

According to PNC, Visa does NOT cover losses relating to INVESTMENTS. The main contention of the SEC is that Hashlets/Stakers are unregistered INVESTMENTS. However, since GAW is claiming that Hashlets/Stakers are not investments, consumers were purchasing another service unrelated to investments.

The banks are apparently pursuing this line to force charge backs with the processors (GAW side). When you call to charge back a GAW transaction, make sure you **stay completely away** from the word **INVESTMENT**. Most of the customer service reps are already aware of what is happening with GAW, since there has been a tsunami of recent activity and effort to charge back these transactions.

As others have already stated, you must state that it is GAW Miners and that they are under a FORMAL investigation by the SEC in order to connect the dots with your card issuing bank.

I cannot yet speak to Mastercard and Discover Card. I am calling Citibank next to get their position or the approach they have taken. Thus far, it appears that all of this has been well documented by the major credit card issuing banks.

**Cheat Sheet:**

1. Purchased a product from GAW MIners.
2. Confirmed, under a formal SEC investigation
3. Product/Service has been stopped
4. Company has stated that the service is being terminated or EOLed
5. Did not receive the service as stated at the time of the sales process.

These are the top issues at hand. Do not go into anything further than this, as it only complicates the process. If they ask questions, think before you answer.

PNC indicated that they will not be sending any documentation for me to fill out, as they already have a "crib sheet" version they are using to support the charge backs. More than likely, your credit card issuing bank will have something similar.

For those who may have received rejection notices, you do have the right to appeal the decision. If you need a copy of the formal SEC subpoena, obviously all you have to do is ask here in the forums. Someone ( @suchmoon ) will be able to either upload it for you or send you a link to a copy.

Hopefully, this helps everyone through this process.

9 Replies ⌄

26 people liked this.

---

 **suchmoon**                Apr 15

>  Allen1980s:         ⌄ →
>
> For those who may have received rejection notices, you do have the right to appeal the decision. If you need a copy of the formal SEC subpoena, obviously all you have to do is ask here in the forums. Someone ( @suchmoon ) will be able to either upload it for you or send you a link to a copy.

www.scribd.com   112

 **Securities and Exchange Commission Subpoena of GAW Miners**

Letter from the SEC's Boston regional office requesting documents from Josh Garza, Paybase, GAW Miners, Paycoin LLC, and ZenMiner.

15 people liked this.

---

 **Gava**   GHminion             ↩  Allen1980s   Apr 15

Excellent guide @Allen1980s still have one chargeback left, but the one that went through was basically automatic after linking SEC information. Kind of a big deal in the financial world.

9/28/2018                                                                                                                    Community Forum

Case 3:16-cv-00940-MPS   Document 244   Filed 06/01/20   Page 127 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 127 of 667

2 people liked this.

 **tom14cat14**                                     Allen1980s    Apr 15

Any Ideas for Paypal? They are holding firm that they only file disputes for 60 days. Target has told me that they can not do it because it is out of the 120 days. I am calling them back with the info posted hoping it works. But they did tell me they believe i have a good court case.

1 person liked this.

 **DogeCaptain**                                   Allen1980s    Apr 15

DISCOVER is requiring you to contact GAW Miners first to ask for a refund, and if you are unable to reach someone or they are unruly, then you contact DISCOVER back and they will begin the Dispute process.

The CSR lady, Pam, was very helpful and nice about explaining this to me. Also, DISCOVER generally asks that you dispute within 120 days of the transaction, HOWEVER, there is no set time limit in which you can dispute a charge.

1 person liked this.

 jay                                              Allen1980s    Apr 15

Just made a phone call to my bank for a purchase back in August, can confirm these steps are great and work to get things rolling, but you will need you to basically use the term fraud. Bank actually canceled my card on the spot and reissued, sending me paper work to fill out. Also as soon as the words SEC came out of my mouth all attempts to down play or avoid the charge-back process went away and they took it very seriously.

6 people liked this.

 **Brainiac**                                     suchmoon    Apr 15

>  Allen1980s:                                             
>
> Cheat Sheet:
>
> Purchased a product from GAW MIners.
> Confirmed, under a formal SEC investigation
> Product/Service has been stopped
> Company has stated that the service is being terminated or EOLed
> Did not receive the service as stated at the time of the sales process.

I'm curious, were all charges done through GAW, even if you bought from a re-seller? Also, if someone bought through a re-seller, who will be forking the bill, GAW or the re-seller?

 **Aethercollector**                                                   Apr 15

**PSA - REMINDER**
If you used your credit card to purchase Hashlets I implore you to check your agreement with your bank/cc provider. Many of us are getting our charge backs approved. Some cc providers might want a further explanation about the product and provider of the product(s) (GAW).

*Be sure to mention that GAW is under investigation by the SEC and possible other agencies.* 

I'm not sure if cc payments that were used to buy actual XPY will work in a charge back. Let us know if such a thing worked out for you though.

*As your reading over whichever leaked email pertains to your curiosity. You might think some of these individuals have problems communicating with each other in more ways than one. This song will help guide your sanity...*

youtube.com/watch?v=8Gv0H-vPoDc



**4 Replies** ▼

8 people liked this.

  **ilidion**                                                    Apr 15

dont chargebacks have a time limit? lets say I purchased with CC around october. Would their be a posibility of chargeback?

1 person liked this.

  **Nebular**                                  ↪  Aethercollector   Apr 15

Would anyone have a small download of relevant material already assembled to hand over to the CC company? I assume they want the marketing materials regarding the Hashlets?

  **suchmoon**                                                  Apr 15

>  Aethercollector:                                  ⌄ ↪
>
> If you used your credit card to purchase Hashlets I implore you to check your agreement with your bank/cc provider. Many of us are getting our charge backs approved. Some cc providers might want a further explanation about the product and provider of the product(s) (GAW).
>
> Also note that if your dispute is declined (e.g. because the bank drones didn't bother to read the submitted documents) it might be worth escalating through CFPB  or the equivalent regulatory agency in your country, especially if the amount involved is significant. Don't abuse it, just make sure your voice is heard.
>
> Also keep in mind that due to GAW being essentially bankrupt the bank would be holding the bag with CC chargebacks, so there is understandable reluctance for them to honor those. However as Mississippi Power has shown us once the losses reach into six figures there is chance of a lawsuit - so there's that.

3 people liked this.

  **DogeCaptain**                            ↪  ilidion   Apr 15

I believe there is a time limit. I know I have to call Discover on the phone to dispute as it seems to be past the time to allow online dispute.

1 person liked this.

  **Aethercollector**                                          Apr 15

>  ilidion:                                              →
>
> dont chargebacks have a time limit? lets say I purchased with CC around october. Would their be a posibility of chargeback?

We discussed this in the slack chat yesterday.

Most of the time cc TOS states the time period is part the "realization time of the problem" and within 60 days of it.

For example your reading all these emails months later from when the product you purchased. So your "realization" period starts somewhere in this week. From there it differs from the provider.

I'm not promising you will get yours because I don't know all your details. A lot of people have mentioned it is working out just fine for them.

I'm starting mine now today as well 😁

**2 Replies** ⌄

<div align="right">

**4 people liked this.**

</div>

---

 **ilidion**          Apr 15

OK thanks. I will have a look into it. Al thought my bank is in europe so they wont care if there is a us investigation pending. Thanks

---

 **Aethercollector**          Apr 15

>  **ilidion:**          
>
> OK thanks. I will have a look into it. Al thought my bank is in europe so they wont care if there is a **us investigation pending**. Thanks

Yep, it might be different for the EU cc's.

Regardless though. If you purchased hashlets they were plainly advertised as something that your now seeing as not obtainable. Also they are trying to bait and switch them out for vouchers at this point to force you out of the product.

---

 **Vizique**           Nebular   Apr 15

That's actually a good idea.

A community packaged "List of links and media useful to a CC Co."

It would save repeated enquiries (not that they're not welcome ofc) and generally speed up the momentum of chargebacks.

---

 **Aethercollector**            Nebular   Apr 15

I don't have anything prepared nor have I seen a mention of needed any sort yet.

I think it differs per cc/provider.

For example  @volder  explained he didn't have much problem with it, while  @Gava  mentioned he is getting a push back on his. Gava explained what his cc provider is pushing back with generic things, like try to engage GAW (I know right?) and things like that. Gava is the only one we know of getting resistance with his so far.

I'm sure the GH community will help people with any details needed to help your own case. We just need the details, as I said they differ per provider and case.

I don't think people will get a charge back on buying XPY directly though. But I haven't seen any examples of this yet.

**3 Replies** ⌄

<div align="right">

**2 people liked this.**

</div>

---

 **Gava**  GHminion          Apr 15

Yep and of course I'm sure the pushback is from JG putting me on the watch list 😅

Yeah do everything you can to not let this guy win!



2 people liked this.

**Aethercollector**                    ↱ 😎 suchmoon   Apr 15   [SCAM] GAWMiners, Paybase, ZenCloud

> 😎 suchmoon:                                   ⌄  →
>
> Also note that if your dispute is declined

Yes! Don't forget you might be dealing with a lazy CSR or they might not validate your case with their *standards*.
You can re-open the case just like a support ticket. Keep arguing your stance with facts.

2 people liked this.

**1** / 320   ⬍

# EXHIBIT 13

Bitcoin Address Zencloud: 1Kddgq7B1diBneAsEM8P5ehwArEFpjqr3V

Paybase Address: 1Pyqtfb2TJ8WTuxAXj2kPqBDFUQJjcQhQ3

Potential Paybase address: 1DNdGHWyhTUsAYsg6BFi5Gaaw7y1yCihy1


I have received Chargeback for PC financial and commonwealth bank credit cards

Pc financial: $3513.22 CAD

Commonwealth Bank: $1740.42 aud

I still have a RBC Visa chargeback that is ongoing.

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 133 of 667

EXHIBIT 14

| From: | gaw.lawsuit.allen1980s@gmail.com |
|---|---|
| Sent: | Monday, August 10, 2015 10:27 PM EDT |
| To: | 'John j' |
| Subject: | RE: GAW Lawsuit Reminder |

Yes, it is around there.

---

**From:** John j [mailto:ciajallade@hotmail.com]
**Sent:** Monday, August 10, 2015 10:17 PM
**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** RE: GAW Lawsuit Reminder

Actually, I just checked again.
That would leave $212.79 left for a claim

---

**From:** gaw.lawsuit.allen1980s@gmail.com [mailto:gaw.lawsuit.allen1980s@gmail.com]
**Sent:** Monday, August 10, 2015 10:14 PM
**To:** 'John j' <ciajallade@hotmail.com>
**Subject:** RE: GAW Lawsuit Reminder

HI John.

Okay, thanks.  That does not leave much left for a claim. :)

Allen

---

**From:** John j [mailto:ciajallade@hotmail.com]
**Sent:** Monday, August 10, 2015 10:06 PM
**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** RE: GAW Lawsuit Reminder

Allen,

That total charge-back was $2,159.95.

Thanks,
-John Jallade

---

**From:** gaw.lawsuit.allen1980s@gmail.com [mailto:gaw.lawsuit.allen1980s@gmail.com]
**Sent:** Monday, August 10, 2015 10:04 PM
**To:** 'John j' <ciajallade@hotmail.com>
**Subject:** RE: GAW Lawsuit Reminder

Hi John.

How much was the charge-back for, in USD?

Best regards,
Allen

---

**From:** John j [mailto:ciajallade@hotmail.com]
**Sent:** Monday, August 10, 2015 10:01 PM
**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** RE: GAW Lawsuit Reminder

Hello,

I'm not sure if I'm part of the lawsuit or not, I did submit some information though.
Just in case I am, I wanted to inform that I was able to successfully charge back one of the larger charges
I made. The other charge was denied.
Let me know if you need more info.

Thank you for your support and time,
-John Jallade

---

**From:** gaw.lawsuit.allen1980s@gmail.com [mailto:gaw.lawsuit.allen1980s@gmail.com]
**Sent:** Saturday, July 25, 2015 4:19 PM
**To:** gaw.lawsuit.allen1980s@gmail.com
**Subject:** GAW Lawsuit Reminder

Hi Everyone.

I am trying to ensure everyone received the first newsletter I sent out recently, called "GAWsuit."

If you have not, please check your spam filter or junk email folder.

DO NOT CLICK on the link at the bottom of the newsletter, as it will unsubscribe you. If you do, please
use this form to re-subscribe yourself to the newsletter:  http://eepurl.com/btvYAv

Mail Chimp requires that I include an unsubscribe link, unfortunately they were not clear enough about
the requirement, as they include one regardless. The next newsletter will not include the unsubscribe
link.

Please continue to look for other updates in:

https://forum.gethashing.com/t/group-lawsuit-against-gawminers-et-al/2626?u=allen1980s

and

https://paycointalk.org/topic/46/gawsuit

as well as here:

https://paycointalk.org/topic/280/i-am-beginning-to-delete-people-from-the-lawsuit-group

Please check your emails regularly.

Best regards,
Allen1980s

# EXHIBIT 15

Ian MacPhee (Techman34) Summary

*GAW Orders Outside Of ZenCloud:*

| Supplier | Date | Order ID | Amount | | Payment Type | Bought | | Type | Sum of Amount | |
|----------|------|----------|--------|--|--------------|--------|--|------|---------------|--|
| Hashpros | 7-Sep | 3041 | $ | 99.51 | Bitcoin | Hashlets | | Bitcoin | $ | 50,291.06 |
| Hashpros | 9-Sep | 3145 | $ | 5,700.00 | Bitcoin | Hashlets | | Credit Card | $ | 7,121.06 |
| Hashpros | 13-Sep | 4275 | $ | 5,625.00 | Bitcoin | Hashlets | | Grand Total | $ | 57,412.12 |
| Hashpros | 13-Sep | 4276 | $ | 21.06 | Bitcoin | Hashlets | | | | |
| Hashpros | 25-Sep | 4716 | $ | 2,045.16 | Credit Card | Hashlets | | | | |
| GAW | 14-Oct | 55099 | $ | 5,994.00 | Bitcoin | Hashlet Primes | | | | |
| GAW | 1-Oct | 50750 | $ | 31,599.14 | Bitcoin | Hashlets & Hashlet Primes | | | | |
| GAW | 28-Nov | 63577 | $ | 1,990.00 | Credit Card | Stakers | | | | |
| GAW | 28-Nov | 63547 | $ | 19.90 | Credit Card | Stakers | | | | |
| GAW | 28-Nov | 63537 | $ | 597.00 | Credit Card | Stakers | | | | |
| GAW | 5-Sep | 35726 | $ | 423.75 | Bitcoin | Hashlets | | | | |
| GAW | 4-Sep | 35092 | $ | 1,571.25 | Credit Card | Hashlets | | | | |
| GAW | 4-Sep | 35088 | $ | 314.25 | Credit Card | Hashlets | | | | |
| GAW | 2-Sep | 33960 | $ | 329.25 | Credit Card | Hashlets | | | | |
| GAW | 2-Sep | 33954 | $ | 254.25 | Credit Card | Hashlets | | | | |
| GAW | 31-Aug | 32963 | $ | 94.75 | Bitcoin | Hashlets | | | | |
| GAW | 31-Aug | 32958 | $ | 107.70 | Bitcoin | Hashlets | | | | |
| GAW | 31-Aug | 32955 | $ | 89.75 | Bitcoin | Hashlets | | | | |
| GAW | 30-Aug | 32487 | $ | 284.50 | Bitcoin | Hashlets | | | | |
| GAW | 4-Aug | 16076 | $ | 251.90 | Bitcoin | Hashlets | | | | |
| **Total GAW Purchases outside of Zen Cloud** | | | **$** | **57,412** | | | | | | |

| | | *BTC* | *USD* | | | |
|--|--|-------|-------|--|--|--|
| **GAW Orders Within ZenCloud:** | | | | | | *Conservative BTC valuation of $300 used* |
| BTC Deposits to ZenCloud | | 374.38 | $ | 112,314 | | *See Zen Cloud tab for Blockchain history* |
| *Less withdrawls of Bitcoin above used on outside orders* | | -167.64 | $ | (50,291) | | |
| **Total Net Purchases inside Zen Cloud** | | | **$** | **62,023** | | |

| | | | | | |
|--|--|--|--|--|--|
| **Total Loss of GAW Purchased Products** | | <span style="background:red;color:white">**$**</span> | <span style="background:red;color:white">**119,435**</span> | of which $7,121 is from Credit Card purchases |

---

*But because of the deception of the Honor Program I bought more instead of liquidating...*

| | *BTC* | *USD* | | |
|--|-------|-------|--|--|
| 8 Zen Cloud Accounts purchased via Hashtalk via Escrow: | 27 | $ | 8,100 | |
| | | | | |
| **Total Purchases of GAW Hashlets and Stakers** | | **$** | **127,535** | |

*Other XPY Purchases (Paybase & Fast XPY):*

| | *BTC* | *USD* | | |
|--|-------|-------|--|--|
| Paybase - BTC spent on XPY | 112.21 | $ | 33,663 | *See Paybase tab for Blockchain history* |
| Fast XPY - BTC spent on XPY | 5.76 | $ | 1,728 | *See Fast XPY tab for Blockchain history* |
| | | | | |
| **Total Additional XPY Purchased based on GAW deception** | | **$** | **35,391** | |

| | | | |
|--|--|--|--|
| **Total investment based on GAW deception** | <span style="background:yellow">**$**</span> | <span style="background:yellow">**162,926**</span> | |
| | | | |
| **Less Credit Card Chargeback Claim Refunded by Wells Fargo Fraud Dept.** | **$** | **(1,571)** | |
| | | | |
| **Total Loss Claim for Gawsuit** | <span style="background:red;color:white">**$**</span> | <span style="background:red;color:white">**161,355**</span> | |

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 139 of 667

# EXHIBIT 16

| | | | | | |
|---|---|---|---|---|---|
| Retrieved all via Charge-backs | 103 | 5/20/2015 11:12 | 75.118.72.164 | Joshua Preston | mrjoshuap |
| Wanted to remain anonymous LOL | 104 | 5/22/2015 17:13 | 99.238.122.230 | John Wang | |
| Charged everything back already | 47 | 5/17/2015 19:42 | 107.191.33.6 | Christopher Montana | DogeCaptain |
| Dropped for lack of response. Emailed 5 times | **389** | **6/28/2015** | | **Isaiah Rodriguez** | **SofaKing** |
| Dropped by request (LEO) | 5 | 4/10/2015 | 50.81-37.225 | R. Condry | Leoc |
| Does not respond to requests. Dropped | **6** | **4/10/2015** | **174.71.121.164** | | **Fridge** |

| | | | | Daniel Watkins | Product_Placement |
|---|---|---|---|---|---|
| Received complete charge-back. Asked to be removed. | 206 | 5/28/2015 8:31 | | Daniel Watkins | |
| Received all charge-backs from VARs and Braintree | 2 | 4/10/2015 | 96.42.96.61 | Tony Bergner | Tom14cat14 |
| Removed at request. Recovered via charge-back | 213 | 5/28/2015 18:22 | | Craig Glaser | Sauron |
| Removed No Response no claim | 383 | 6/28/2015 | Drop Aug 21 2015 | Ben500500 | AgentXPY |
| Removed No Response no claim | 379 | 6/25/2015 | Drop Aug 21 2015 | Mickey Whitworth | jwallwhitworth |
| Removed No Response no claim | 385 | 6/28/2015 | Drop Aug 21 2015 | Douglas Pratt | excelerator |
| Removed. Sent to small claims. Fears I am part of GAW. | 90 | 5/19/2015 13:56 | 50.167.247.35 | Scott Walsh | I was banned first post |

| Email | | | | | | Notes | | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| joshua.preston@prestoncentral.com | United States | | Ohio | X | | | | $ 2,300.00 | X |
| jpringers@gmail.com | Canada | Yes | | X | | | | $ 450.00 | X |
| montanacmm@gmail.com | United States | | South Carolina | X | X | Purchased physical Scrypt Miners totaling $1558.47 in purchases | | $ 10,676.24 | X |
| **izzzava@gmail.com** | **Dropping July 17th** | | | | | | | | **X** |
| r.condry@mchsi.com | United States | | Oklahoma | X | | | | $ - | X |
| spartan986@gmail.com | **United States** | | **Omaha** | **X** | | | | | |

| Email | Country | State | | | Vault Breaker Mini | Amount | |
|---|---|---|---|---|---|---|---|
| danw82@gmail.com | United States | South Carolina | X | X | | $ 5,313.25 | X |
| tom14cat14@hotmail.com | United States | Minnesota | X | X | | $ 8,000.00 | X |
| cglaser@glaserrocks.com | United States | Wisconsin | X | X | | $ 5,000.00 | X |
| ben500500@hotmail.com | | | | X | | | |
| Jwallwhitworth@yahoo.com | | United States Tennessee | | | X | X | X |
| douglas.pratt@gmail.com | | | | X | | | |
| Madstudios30620@gmail.com | | United States Georgia | X | X | X | X | |

| | | | | | |
|---|---|---|---|---|---|
| X | $ 1,800.00 | | No | | $ 500.00 |
| X | $ 400.00 | $ 10,676.24 | Yes | $ 6,758.75 | $ 4,100.00 |
| | | | | | $ - |

| | | | | | |
|---|---|---|---|---|---|
| X | $ 4,979.95 No | | | $ 1,801.30 | |
| | $ 8,000.00 Yes | $ 8,000.00 | | | No |
| | | | No | | |
| | | $ 10,000.00 X | X | | |
| | | $ 125,000.00 X | X | $ 75,000.00 **No** | |
| | | $ 5,000.00 X | | | |
| hashstaker wallet | $ 80.00 X | | | $ 80.00 | No |

| | | | |
|---|---|---|---|
| 3.2857142857143 | #REF! | | |
| #DIV/0! | #REF! | | |
| 15.251771428571 | #REF! | | |

HashLets Purchase Transactions:
10/17/2014 - $2,992.50 - DISCOVER
09/29/2014 - $1,571.25 - Walmart DISCOVER
08/30/2014 -$2,195.00 - VISA
08/30/2014 -$1,097.50 - VISA
08/30/2014 - $1,097.50 - DISCOVER
08/30/2014 - $1,097.50 - Walmart DISCOVER
08/27/2014 -$624.99 - VISA

The DISCOVER charge backs are still pending:
DISCOVER - $4090 in charge backs is pending and
wont be completed till June/July at the earliest
Walmart DISCOVER - $2668.75 in charge backs is
pending and won't be completed till July/August as
they allow the merchant 2 billing cycles to counter the
charge back

Haslets and Hashstakers. Unsubscribed to the updates
email. Drop. Dropped at the request of the claimant:
LEO $700.00 Claim in BTC

| 0.00000000000000 | #REF! |
|---|---|
| | #REF! |

| | | | | | |
|---|---|---|---|---|---|
| 7.59035714285714 #REF! | | | | | |
| I purchased the Vault Breaker Mini with a credit card on the promise of a specific hash rate. This was then converted into Hashlet Primes which were then converted to Hashpoint miners on the promise of Paycoin being worth $20 a piece. Then they were converted to HashStakers which were still a promise of $20 value or buy back per coin. I also purchased a 6 month HashStaker with 100 XPY capacity for the price of 4.8300 BTC with a value of $1,801.59 USD at the time of purchase. | | | | | |
| **Haslets and Hashstakers. Charged back $5,620.00 against Jakez. Received all refunds. Asked to be removed** | | | | | |
| My Hashtalk ID was: Sauron<br>My ZenCloud UID was: TheDarkLordSauron | | | | | |
| | | | **Many multiple purchases at 20 and on exchanges. Exchange purchased XPY will be out, waiting for numbers of Paycoin purchased at $20** $ 50,000.00 | | |
| I kept files, emails, and records and Im running a safehouse at crashpadcastle.com Red room available with 3 hours notice. | | | | | |

# EXHIBIT 17

1                    E. CAPUANO
2            UNITED STATES DISTRICT COURT
              DISTRICT OF CONNECTICUT
3

4

5    DENIS MARC AUDET,           )
     MICHAEL PFEIFFER, DEAN      )
6    ALLEN SHINNERS, and         )   Case 3:16-cv-00940
     JASON VARGAS,               )
7    Individually and on         )
     Behalf of All Others        )
8    Similarly Situated,         )
                                 )
9              Plaintiffs,       )
                                 )
10   VS.                         )
                                 )
11   STUART A. FRASER, GAW       )
     MINERS, LLC, and            )
12   ZENMINER, LLC (d/b/a        )
     ZEN CLOUD),                 )
13                               )
               Defendants.       )
14                               )
15

16

17        ORAL AND VIDEOTAPED DEPOSITION OF
                   ERIC CAPUANO
18                 JULY 9, 2018
19

20

21

22

23

24   Job No. 143278
25

Page 126

1          E. CAPUANO

2          (Exhibit No. 31 Marked)

3          Q.   (BY MS. MILLER)  All right.  I'm

4     handing you now what has been marked as

5     Exhibit 31.

6          A.   (Reviewing exhibit.)  Oh, wow.

7     This was the other terrible, terrible

8     decision, that we were taking credit card

9     payments for cryptocurrency, right?  So you're

10    taking a credit card, which can be reversed,

11    to sell currency which cannot be reversed.

12          So we saw -- we had a lot of issues

13    with that, a lot of, like, credit card fraud,

14    where they would just buy as much as they

15    could, and then by the time the charge-back

16    came it was too late, because they already had

17    the currency or whatever.  I'm guessing that's

18    what this probably was.

19          Q.   Right.

20          So was it possible for somebody to

21    purchase cryptocurrency on a credit card,

22    effect a successful charge-back, and still

23    retain the cryptocurrency?

24          A.   It was 100 possible.  As a matter

25    of fact, it's the nature of cryptocurrency

1                    E. CAPUANO

2    that makes that possible, because it's an

3    irreversible transaction.

4         Q.   Right.

5         A.   If -- if -- if you give me $100 in

6    cash and I give you $100 in Bitcoin -- well,

7    technically, cash is almost just the same,

8    irreversible.

9              But if you used a credit card, and

10   you get the charge-back, the bank might give

11   you your $100 back, but I can't take that

12   Bitcoin back from you.  Like, that's

13   irreversible.

14             So, yeah, that was a -- I mean, in

15   hindsight, you know, you would think -- just

16   five minutes of thought would have said that's

17   not a good idea.

18        Q.   And was it possible for people to

19   falsify receipts, like, receipts of purchase?

20             Or was that an issue at all?

21        A.   Not that I recall.

22        Q.   Okay.

23        A.   I'm not going to say it wasn't an

24   issue.  I don't remember that being an issue.

25        Q.   So when somebody made a purchase,

# EXHIBIT 18

| | |
|---|---|
| **From:** | Eric Capuano |
| **Sent:** | Friday, October 24, 2014 9:33 AM PDT |
| **To:** | Josh Garza |
| **CC:** | Juliette Dunlevy |
| **Subject:** | Re: Zen Account |

He's fully aware of the situation, he's just throwing a fit about it. This is the second time he's tried to scam our company.

On Fri, Oct 24, 2014 at 10:36 AM, Josh Garza <josh@btc.com> wrote:
> Ok, can someone let him know ?

On Thursday, October 23, 2014, Juliette Dunlevy <juliette@geniusesatwork.com> wrote:

He did a false charge back...he claims he called his bank and retracted this same charge back. His bank told him it would take up to 90 days to process, so he is upset. We have yet to receive the funds. It has actually been held against us as a charge back twice now....so we are waiting for the funds to be returned from his bank, then we will address. Until then, he owes us about $3k.

On Oct 23, 2014 10:18 PM, "Eric Capuano" <eric@btc.com> wrote:

Juliette actually has a better scoop. I froze him when he screwed us with a fraudulent chargeback. Told him I'd lift the hold whenever juliette said it was all fixed up and he doesn't owe us anymore.

On Oct 23, 2014 9:08 PM, "Josh Garza" <josh@btc.com> wrote:

Eric, whays the scoop here?

On Oct 23, 2014 4:06 PM, "'Michael Bova' via josh" <josh@gaw.com> wrote:
Hey Josh,

any update on this? I want to resolve this issue. If you could respond and let me know i would appreciate it.

Thanks Mike

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 154 of 667

--
Sent from Gmail Mobile


--
Eric Capuano
**CISO,** GAW
22 Millbranch Rd. Bldg 800
Hattiesburg, MS 39402

Office: (860) 237-3298 ext. 219
Anywhere: (860) 800-6123
PGP Public Key

# EXHIBIT 19

| | |
|---|---|
| **From:** | Amanda Veilleux |
| **Sent:** | Thursday, August 14, 2014 9:17 AM PDT |
| **To:** | Dan Pease |
| **CC:** | team |
| **Subject:** | Re: *******FRAUD ALERT ***** |

Yes, Shelton Charles keeps ordering and trying to dispute everything. Credit card companies have called twice about him, but I was able to provide enough information against it.  Please be aware!

On Thu, Aug 14, 2014 at 12:16 PM, Dan Pease <dpease@geniusesatwork.com> wrote:
  Please Add

Anthony Judd
shelton charles
Erna Wati
ALAN FORBES
Adifa Putri

Thanks

  Dan Pease
  Email: dpease@geniusesatwork.com
  Office: 877.543.8429 ex232
  Cell: 860.268.4137
  Fax: 877.816.7068
  Connect with me on www.linkedin.com/pub/dan-pease/40/7a0/71

  "The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

On Thu, Aug 14, 2014 at 12:11 PM, Dan Pease <dpease@geniusesatwork.com> wrote:
  Hello Team,

  Please do not accept any of these names in for orders.

Dita Syafitri
Anne Lannox
Lisa Paul
LisaPaul938@gmail.com

Thanks
  Dan Pease

Email: dpease@geniusesatwork.com
Office: 877.543.8429 ex232
Cell: 860.268.4137
Fax: 877.816.7068
Connect with me on www.linkedin.com/pub/dan-pease/40/7a0/71

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

--
Amanda Veilleux
Call Center Manager
GAW Miners Team

# EXHIBIT 20

| | |
|---|---|
| **From:** | Jonah Dorman |
| **Sent:** | Wednesday, October 15, 2014 9:52 AM PDT |
| **To:** | Carlos Garza; Jonah Dorman |
| **Subject:** | Possible CC fraud in indonesia |

"wisnu.darma1980@gmail.com"
niar.1979@gmail.com
wisnudcs

About 100K in orders
Selling on market and withdrawing BTC

possible upcoming chargeback

--
Jonah Dorman
GAW
jonah@btc.com
727-386-6825

# EXHIBIT 21

| From: | John Shaw-Miller |
|-------|------------------|
| Sent: | Saturday, October 11, 2014 3:05 AM PDT |
| To: | Amber Messer; Andy Roehrl; Benjamin Bradley; Chris Brown; Corne Nel; Eric Capuano; Joe Mordica; Josh Garza |
| Subject: | Curbing Account Sale Fraud - An Idea |

Josh/Eric/Joe/Amber

(Moderators CC'd for feedback only)

I know you guys are under enormous pressure and hitting deadlines at the moment, however, I am aware that more and more Account Sale Fraud goes unreported, and I have been thinking of something around this so that the end users can feel safe in the knowledge of being able to sell their entire accounts should they wish to do so.

I want the community to feel safe in what they do, and I dont really like people being ripped off, this proposition also has the ability to ensure further safeguards going forward.

Basically its a little extension to the marketplace, so not only can you sell individual hashlets there as you can at the moment, but you can also sell your entire account - here is how I see it working

1) Ernie decides to sell their entire account and clicks on Hash Market - Sell Entire Account - at this point we need two things from the user
a) Ensure 2FA is disabled - a routine can be built in there to require this
b) External wallet address - again - another routine and a database entry

2) Ernie puts up how much they wish their account to sell for - and at this point they are indicated that there will be a 1% fee charged (0.5% to each party) by the GAW/Zen for doing this, this is a standard fee and quite reasonable, at that point they have clicked "Sell Account" and done all the additional items the account is then listed for sale in Hash Market (Dropdown of "Entire Account Sale")

3) Bert comes along and wants to buy an account, goes into the Hash Marketplace and selects "Entire Accounts for Sale", he see's Ernie's account for sale, all at this point he normally wants to know is
a) How many primes
b) How much MH
c) Price
These can be coded into the display or in a popout box so that Bert can see more or less what he is buying

4) Bert selects the account and clicks on Buy - at this point if he does not have the appropriate BTC balance in his account, the sale CANNOT go through, if he DOES have the appropriate balance in his Zen account then the following happens (option to fund the account here as well)

a) The balance is deducted from his account - held in a temporary GAW/Zen wallet and the fee's deducted
b) Bert is asked to choose a new password and an additional email address (most account buyers have their own multiple email addresses in my experience) (optional 2FA implementation here) - OR they get the option to merge one account into the other
c) The password is then changed on Ernie's account and sent to the additional email address for Bert for confirmation
d) Ernie's account balance (earnings) is then moved to that same wallet and sent to their external wallet address

5) An email is sent to ALL accounts to show what has taken place.

The escrow is concluded, there has been no fraud taking place, and the users both have what they wanted.  This also encourages users to keep a balance in ZenCloud for account sales, which are normally opportunstic by nature.

I know this is something you guys probably dont want to get into, but cutting fraud is important for us as a community to survive.

John

# EXHIBIT 22

Page 1

1

2                 UNITED STATES DISTRICT COURT

3                        OF CONNECTICUT

4    DENIS MARC AUDET, MICHAEL          )

5    PFEIFFER, DEAN ALLEN SHINNERS, and)

6    JASON VARGAS, Individually and on )

7    Behalf of All Others Similarly    )

8    Situated,                         )Case No. 3:16-cv-00940

9                                      )

10                      Plaintiffs,    )Hon. Michael P. Shea

11                                     )Courtroom 2

12        vs                           )

13                                     )ECF Case

14   STUART A. FRASER, GAWMINERS, LLC, )

15   and ZENMINER, LLC, d/b/a ZEN      )CLASS ACTION

16   CLOUD,                            )

17                                     )

18                      Defendants.    )

19   --------------------------------)

20          The Videotaped Deposition of RYAN GRIMES

21          Date:      Tuesday, October 22, 2019

22          Time:      12:50 p.m.

23          Place:     Regus Center - Indianapolis

24                     333 North Alabama Street, Suite 350

25                     Indianapolis, Indiana 46240

Page 14

RYAN GRIMES

1

2      "ZenCloud export"?

3  A.   We had back -- when we were talking to Allen, they asked

4       for, if we could, provide a ZenCloud export of our Zen --

5       all of the activity in our account.

6  Q.   Okay.  The "Allen" you refer to, is that Allen Shinners?

7  A.   Yes.

8  Q.   Approximately, when were you talking to Mr. Shinners about

9       this?

10 A.   I don't remember exactly.  It's been five years.

11 Q.   What do you mean by a "ZenCloud export"?

12 A.   It was a transaction export.  Basically, it was either --

13      a CSV file of our account.

14 Q.   Did you do that?

15 A.   Yes.

16 Q.   And what did you provide to Mr. Shinners?

17 A.   That document.

18 Q.   For any Hashlets that you owned during that period of

19      time, did you sell any of them?

20 A.   Yes.  I don't remember how many, but I did sell some.

21 Q.   Okay.  Where would you sell the Hashlets that you sold?

22 A.   They would have been sold on the marketplace to other

23      people.

24 Q.   Which marketplace are you referring to?

25 A.   The ZenCloud marketplace, you could -- excuse me.  You

1                        RYAN GRIMES

2        could list them for sale.

3    Q.  When you would sell a Hashlet on the ZenCloud marketplace,

4        would you be the seller or would GAWMiners be the seller?

5    A.  We would be the seller.

6    Q.  Just so I understand, is "we" just you, or is there

7        someone else?

8    A.  No.  Sorry.  I would be the seller, yes.

9    Q.  And that forum that you're discussing having done those

10       sales, you refer to that as the ZenCloud marketplace?

11              MR. WATTERSON:  Object to the form.

12   BY MR. WEINSTEIN:

13   Q.  You can answer if you understand.

14   A.  I didn't hear what you said.  Can you repeat the question

15       again?  Sorry.

16   Q.  Yeah.  The forum in which you sold Hashlets, as you've

17       described, you would refer that -- you refer to that as

18       the ZenCloud marketplace?

19   A.  Yes.

20              MR. WATTERSON:  Same objection.

21   A.  Yes.  Sorry.

22   Q.  Did you sell Hashlets to others in any other forum or by

23       any other means?

24   A.  Yes.

25   Q.  How else would you sell Hashlets?

Page 16

RYAN GRIMES

1

2  A.  We had a web store that you could go to purchase them

3      from.

4  Q.  Who is the "we" in that answer?

5  A.  I'm sorry.  I would have a -- sorry.  Yes, I would have a

6      web store they could go --

7  Q.  I thought that's what you meant, but I just want to be

8      clear that that's -- okay.

9          What was the name of your web store?

10  A.  Hoosier Miner.

11  Q.  When did you first open the Hoosier Miner web store?

12  A.  Are you asking for a specific date?  I don't remember.  It

13      was somewhere in that 2014 timeframe.

14  Q.  When you would sell -- withdrawn.

15          Other than the ZenCloud marketplace and the Hoosier

16      Miner web store, did you sell Hashlets to others, through

17      any other means?

18  A.  No, I did not.

19  Q.  For sales on the ZenCloud marketplace, how would the

20      customers pay?

21  A.  Honestly, I don't even recall.  I have no idea.  I don't

22      remember.  Anything I say would be a guess.  I don't

23      remember.

24  Q.  To whom would they make payment?

25  A.  To me.

1                          RYAN GRIMES

2   Q.  With respect to your sales on the ZenCloud marketplace, do

3       you have records of those sales?

4   A.  I think it's all in the database dump that I provided to

5       Allen.

6   Q.  You mentioned earlier that when you would purchase a

7       Hashlet, you would input certain information about that

8       purchase in the ZenCloud database; is that right?

9   A.  Yes.

10  Q.  When you would sell a Hashlet in the ZenCloud marketplace,

11      would you input any data into the ZenCloud database?

12  A.  I think you just listed what you wanted to sell it for,

13      and then it kind of went on its way; and I didn't have to

14      do anything after that.

15  Q.  For the sales done on the ZenCloud marketplace, how would

16      you price the Hashlets that you were selling?

17  A.  Market value at the time.  You kind of -- you would

18      evaluate what they're selling for.  And if you really

19      wanted to sell them, you price it below that.  If you

20      did -- wanted to hold onto them, sit on them for a little

21      bit longer, you price it above that.  You really set your

22      own price.

23  Q.  Were your sales on the ZenCloud marketplace, typically, at

24      a price higher than you had purchased the Hashlets for?

25  A.  No.

1                           RYAN GRIMES

2    Q.  Were they typically below the price that you had purchased

3         them for?

4    A.  Yes.

5    Q.  With respect to the sales on the Hoosier Miner web store,

6         do you maintain records of the sales made on that website?

7    A.  I did.  I don't know if I have a hundred percent of the

8         records, but we had e-mails from -- with receipts from GAW

9         when we did our purchase, and then to the customer when we

10        sold it to them.

11   Q.  So for your purchase of those Hashlets, GAW would send you

12        an e-mail confirmation?

13   A.  Yes.

14   Q.  And for your sale to the next purchaser from the Hoosier

15        Miner web store, you would send them a confirm e-mail?

16   A.  Yes.

17   Q.  Do you still have the confirm e-mails that were sent?

18   A.  Most of them.  I don't know if I've got everything.  It's

19        been five years.

20   Q.  Do you know if that documentation was provided to

21        Mr. Shinners or anyone on his behalf?

22   A.  Yes, I was.  What I had at the time was provided to him.

23   Q.  Meaning, that the confirms that -- from your web store?

24   A.  Yes.  Actually, I'm sorry, I take that back.  I don't

25        know.  I'm trying to think of what was in that document.

1                        RYAN GRIMES

2        No, they were not.

3    Q.  Okay.  I would just ask that you preserve whatever you

4        still have on that.

5    A.  Yes.

6    Q.  We may make ask -- make a request through Counsel --

7    A.  Okay.

8    Q.  -- to get those.

9           The Hashlets that you had on your web store, did you

10       purchase them through one of the two accounts that you

11       identified earlier?

12   A.  I believe so, yes.

13   Q.  Okay.  So you didn't have a separate Hoosier Miner

14       corporate account with ZenMiners or GAWMiners?

15   A.  I don't think so.

16   Q.  Did you end up selling all of the Hashlets that you owned?

17   A.  I think I did, yes.

18   Q.  Okay.  I'm going to hand the court reporter a document

19       that will be marked Exhibit 256.

20           (Exhibit 256 marked for identification.)

21   Q.  Which has a Bates number GAW00364133.  Do you recognize

22       that document?

23   A.  It looks like my information in it, yes.

24   Q.  Okay.  Is this information that you provided to

25       Mr. Shinners around November 20 of 2015?

1                            RYAN GRIMES

2        other?

3    A.  The ZenCloud database dump would probably have that

4        information in it.

5    Q.  Do you know what a chargeback is?

6    A.  Yes.

7    Q.  What's your understanding?

8    A.  It is when somebody has purchased something from you with

9        a credit card and they do a chargeback, which means they

10       try to get their money back from you.

11   Q.  Did you ever seek any chargebacks from GAWMiners or

12       ZenMiners?

13   A.  I did.

14   Q.  Did you receive any chargebacks?

15   A.  No.  I was actually denied chargebacks.

16   Q.  From whom did you seek that?

17   A.  Chase.

18   Q.  Was that through a credit card?

19   A.  Yes, that was through a credit card.

20   Q.  On how many occasions did you try to obtain a chargeback?

21   A.  With Chase, it was -- I think it was one time, but then it

22       went on for months.

23   Q.  Meaning the process in trying to get that chargeback went

24       on for months?

25   A.  Yes, yes.

Page 25

RYAN GRIMES

1

2    Q.  How much were you seeking to charge back?

3    A.  About $25,000, I want to say.

4    Q.  Did you ever successfully receive any chargebacks from a

5         purchase from GAWMiners?

6    A.  No.

7    Q.  I'm going to hand you an exhibit to be marked Exhibit 258.

8              (Exhibit 258 marked for identification.)

9    Q.  This has a Bates number GAW00361522.  I believe this is an

10        excerpt from a larger spreadsheet, and the excerpt is just

11        specific to you and your account --

12   A.  Okay.

13   Q.  -- I take it.

14            Have you ever seen this before?

15   A.  No.

16   Q.  In this excerpt, there's a question, second from the last,

17        second from the end that says, "Refunds or chargebacks."

18   A.  Uh-huh.

19   Q.  And it says, "Yes."  Do you see that?

20   A.  Yes.

21   Q.  And then in the "Remarks" column, it states "haslets."  I

22        assume that's just misspelled for Hashlets.

23   A.  Uh-huh.

24   Q.  "Did reduce chargebacks received in this number.  Was also

25        a VAR."  When it says "did reduce chargebacks received in

1              RYAN GRIMES

2    this number," do you know what that's referring to?

3    A.  No.  Are those my remarks, or is that my thing I put in

4        there or is that --

5    Q.  Do you know?

6    A.  No, I don't know.

7    Q.  Okay.  As far as you recall, you did not receive any

8        chargebacks?

9    A.  As far as I know, I did not.

10   Q.  It says, "Was also a VAR."  Do you know what that means?

11   A.  Value-added reseller is VAR.

12   Q.  What was a "value-added reseller"?

13   A.  Just a reseller.  Basically, we would buy from GAW at a

14       price that was less than what they were selling for, and

15       then we would be able to sell it for the same price they

16       were; and we would be able to make money on it.

17   Q.  Did you use a separate account at GAWMiners for reselling,

18       or was it the same account?

19   A.  No, the same ones.

20   Q.  Still in Exhibit 258, there's a column that says, "Total

21       estimated losses valued in U.S. dollars."  Do you see

22       that?

23   A.  Yes.

24   Q.  And the number in that column says $140,000.  Did you

25       provide that estimated loss number to Mr. Shinners?

1                          RYAN GRIMES

2    A.   I did, yes.

3    Q.   And is that -- well, how did you come up with that number?

4    A.   To the best of my recollection, we had totaled up what we

5         had bought and totaled up what we had charged back to us

6         from our clients and came up with that number.  When I say

7         "we," I mean I.

8    Q.   So the total -- when you totaled up what you bought, are

9         you referring to the Hashlets that you purchased?

10   A.   Yes.  From the store, not from ZenCloud.

11   Q.   Okay.  So within this $140,000 number, as far as purchases

12        of Hashlets go, it's Hashlets that you purchased from the

13        GAWMiners store?

14   A.   Correct.

15   Q.   Any other purchases that went into that number?

16   A.   No.

17   Q.   You also mentioned money that you were charged back went

18        into that calculation.

19   A.   Yes.

20   Q.   Can you explain what you mean?

21   A.   Well, we were a reseller.  And we were, as part of

22        reselling, when the entire thing collapsed, we had

23        chargebacks against us for stuff we had sold customers.

24   Q.   Okay.  Do you have documentation of how you got to the

25        number for chargebacks?

1                         RYAN GRIMES

2   Q.  Just divided by category or topic?

3   A.  Yes, support, tech, you know, if they needed tech support

4       for anything, if they needed marketing support or --

5   Q.  Okay.  So preparing a business plan that goes beyond that,

6       are you -- is what you're saying that you're offering

7       things you can do to, you know, increase the business

8       beyond just talking within the subforums of HashTalk?

9   A.  Yes.  They didn't want us all fishing in the same pond.

10  Q.  Okay.  There wasn't actually -- just to be clear, you

11      weren't conducting actual business that was getting you

12      money within HashTalk?

13  A.  Correct.

14  Q.  Other than people might then go to your website and buy

15      Hashlets?

16  A.  Correct.

17  Q.  Okay.  What is R.T. Grimes Consulting?

18  A.  That is our corporation, the parent company.

19  Q.  Did R.T. Grimes have a separate account with GAWMiners?

20  A.  No.  It was all d/b/a through Hoosier Miner.

21  Q.  And you were the sole owner?

22  A.  Yes.

23  Q.  What's My IT Indy?

24  A.  That is our d/b/a for IT services that we provide.

25  Q.  Okay.  It had nothing to do with Hashlets?

Page 48

RYAN GRIMES

1

2   A.   Nothing to do.  It wasn't even around then.

3   Q.   Okay.  In your role as a reseller of Hashlets, do you

4        believe you, ultimately, made money or lost money?

5   A.   Oh, we lost money.  My controller wanted to kill me when

6        we did our financials the next year because what I felt

7        was making money in the long run was losing money.

8   Q.   I'm just trying to find the exhibit number.  If you turn

9        back to --

10  A.   The same one?

11  Q.   No, no.  Exhibit 257.  This was the excerpt from HashTalk.

12       And if you turn to the seventh page, which we looked at

13       earlier --

14  A.   Uh-huh.

15  Q.   I think we established that the discussion is on

16       December 9th of 2014; is that right?

17  A.   Yes.

18  Q.   Okay.  And by that point, you had pulled out as a

19       reseller?

20  A.   Yes.

21  Q.   Okay.  So back to the bottom two lines, you wrote, "I'm

22       not upset.  I made good money from my Hashlets."  Did you

23       make good money from your Hashlets?

24  A.   From a business-owner standpoint that saw a lot of cash

25       flow coming into the business, yes.  As someone who did

Page 49

RYAN GRIMES

1
2    the checks and balances at the end of the year for paying

3    taxes to the IRS, no.  My controller was very upset with

4    me about this.  Am I allowed to go into more of this or --

5  Q.  Sure.

6  A.  Okay.  So I don't know which one it was.  But when you're

7    talking about $25,000 and you're at 10 percent margin,

8    that's where Josh is talking about.  So you got 10 percent

9    margin to work with.  You take credit cards, there's three

10   percent gone.

11       You have a verified risk assessment on your web

12   store, there's another one-and-a-half percent gone.  You

13   take -- what was the other things we had to do?  You have

14   the plug-ins for running your web store, and your web

15   store; there's another one to two percent gone.

16       So that $25,000 at 10 percent sounds like $2,500.

17   But when you're done, you're making less than a thousand

18   dollars on $25,000.  That's if you paid your credit cards

19   on time and you've managed your cash flow appropriately,

20   which as a small business is very difficult to do.

21  Q.  Okay.  Can I unpack that a little?

22  A.  Yes.

23  Q.  And slow it down, if I may?

24  A.  I'm sorry about that.

25  Q.  That's okay.  I just to make sure I understood the numbers

1                         RYAN GRIMES

2      you talked about.

3          You said when Josh talks about $25,000 at 10 percent.

4      Are you referring to if you purchased $25,000 worth of

5      Hashlets as a reseller, he would give you a 10 percent

6      discount off of that purchase price?

7   A.  Yes.

8   Q.  And that margin is where you're supposed to make money

9      when you resell?

10  A.  Yes.

11  Q.  Okay.  And then sounds like you're describing a whole

12     bunch of costs that come along with being a reseller?

13  A.  Yes.

14  Q.  Okay.  One of which is if you sell, but through a credit

15     card, or if you buy through a credit -- I'm not sure which

16     credit card costs you were talking about there.  As the

17     seller?

18  A.  When we take a credit card, we take a 2.7 or 3 percent

19     hit.

20  Q.  Okay.  So part of the margin that you're losing off of --

21     if you make a sale and the purchaser uses a credit card?

22  A.  Uh-huh.

23  Q.  Because there's a fee associated?

24  A.  Yep.

25  Q.  Okay.  And then you -- I think you mentioned a few other

Page 51

                              RYAN GRIMES

2      items that sounded like costs to you as the seller.

3  A.  Uh-huh.

4  Q.  Some have to do with your website?  I want to make sure

5      I've got them right.

6  A.  The web store, to run a web store costs money.

7  Q.  Okay.

8  A.  To get the transactions analyzed for risk assessment to

9      take credit cards is an additional percentage or two.

10     This is a very volatile market, and they needed -- we

11     needed to make sure that the transactions were legit.  So

12     we had to tack that cost on as well.

13         And just once you add up all the fees associated with

14     actually selling the product, you didn't end up making any

15     money.

16 Q.  Right.  Okay.  And I know as a businessman, you may not

17     look at things this way.  But if you were to just add up

18     the purchases of Hashlets as a reseller and compare those

19     to the sales that you made as a reseller, before you

20     factor in the various costs that you just identified,

21     which number would be higher, the purchases or the sales?

22 A.  So you're asking me if I compared my purchases to my

23     sales, which one would be higher?

24 Q.  Yes.

25 A.  The sales would be higher.

# EXHIBIT 23

# GAW00361522

000030 Exhibit 1 - Original334910.xlsx



EXHIBIT

258

10-22-19       AO



| SID | Submitted Time | Real Name | HashTalk ID | Email Address | Country | City | State | I purchased Hashlets | Total Estimated Losses (valued in US Dollars) | Fiat including cash, credit card, or other forms. | Bitcoin or other forms of crypto-currency. | Estimated total cash and credit amount paid | Refunds or charge backs? | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 435 | 8/15/2015 | Ryan Grimes | MadMacs | ryan@ryanfrimes.com | United States | Plainfield | Indiana | X | $ 140,000.00 | X | X | # # # # # # | Yes | Haslets. Did reduce charge-backs received in this number. Was also a VAR |

$ 12,000,423.34

# EXHIBIT 24

Page 1

1                          L.D. Hughes

2    UNITED STATES DISTRICT COURT

3    OF CONNECTICUT

4    ------------------------------x

5    DENIS MARC AUDET, et al.,

6                 Plaintiffs,        Case No.

7            v.                      3:16-cv-00940

8    STUART A. FRASER, et al.,

9                 Defendants.

10   ------------------------------x

11

12

13     VIDEOTAPED DEPOSITION OF LAWRENCE DAVID HUGHES

14                  Cincinnati, Ohio

15              Tuesday, November 5, 2019

16

17   Reported by:

18   DEBORAH C. FUREY, RPR, CLR, CRI

19   JOB NO. 171537

20

21

22

23

24

25

1                          L.D. Hughes

2        Q.    Okay.  Mr. Hughes, are you aware of a

3   site that was sometimes referred to as a hash

4   market or a secondary marketplace on which users

5   could buy from other users?

6        A.    Yes.

7        Q.    Did you ever make a purchase on that

8   site?

9        A.    I do not recall if I did or not.

10       Q.    Okay.  Did you ever purchase Hashlets

11  from any reseller?

12       A.    Yes.

13       Q.    Which reseller?

14       A.    John Tuberosi.

15       Q.    Okay.  Any other resellers besides John

16  Tuberosi?

17       A.    It would be in the receipts if I had.  I

18  cannot recall any other names right now.

19       Q.    Did you ever purchase HashStakers?

20       A.    I would have to check my receipts.

21  There are many products with similar names.

22       Q.    Do you recall what a HashStaker was?

23       A.    I believe it had to do with mining

24  somehow.  I'm not sure how it worked.

25       Q.    Did it have to do with storing paycoins?

1                          L.D. Hughes

2    there's a column where it says, "Refunds or charge

3    backs?" in the heading?

4         A.    I see that.

5         Q.    And next to your name it says, "Yes"?

6         A.    Right, and that's the one I was

7    referring to, that I applied for and I'm not sure

8    that I ever got.

9         Q.    Okay.  Do you recall if you had any

10   e-mail correspondence with your credit card

11   company in connection with applying for that

12   chargeback?

13        A.    I believe I would have provided it if I

14   did.  I'm not sure.  I don't know if it was done

15   over the phone or if it was done through e-mail.

16   I can't remember how that process worked.

17        Q.    Do you have credit card statements that

18   reflect the request for a chargeback?

19        A.    I believe I would have provided them in

20   with my receipts, if I would have found them.  So

21   I'm not sure if it's there or not.  I provided

22   everything I could find.

23        Q.    Besides providing information --

24   withdrawn.

25              Besides providing documentation to Allen

1                           L.D. Hughes

2     Shinners, did you also respond to a question from

3     Allen Shinners about whether you had received a

4     refund or a chargeback?

5          A.    In what form?

6          Q.    Did he ask a specific question about

7     whether you had received a refund or a chargeback?

8          A.    I don't know that I've ever talked to

9     Allen.

10         Q.    And when he was requesting information

11    from you, in whatever form he communicated that,

12    did he specifically ask if you had received a

13    refund or a chargeback?

14         A.    On that last document, and I checked yes

15    on it.  That's the only place I remember it.

16         Q.    Okay.

17         A.    I'm not sure.

18         Q.    Okay.

19         A.    It could have been someplace else.

20         Q.    Okay.  What was BTClend?

21         A.    I'm trying to think how to describe it.

22    It's a BitCoin lending service.

23         Q.    What was your role in BitCoin lend?

24         A.    I just did marketing.

25         Q.    Did customers submit Hashlets or Paycoin

# EXHIBIT 25

| SID | Submitted Time | Real Name | HashTalk ID | Email Address | Country | City | State |
|-----|----------------|-----------|-------------|---------------|---------|------|-------|
| 181 | 42150.49731 | Hilary Kinckner | hilz | programmerdmx@yahoo.com | United States | Lancaster | Pennsylvania |
| 469 | 42256 | Alexander Lukashevich | | alukashevich@cinci.rr.com | United States | Cincinnati | Ohio |

| I purchased Hashlets | I purchased Stakers | Total Estimated Losses (valued in US Dollars) | Fiat including cash, credit card, or other forms. | Bitcoin or other forms of crypto-currency. |
|---|---|---|---|---|
| X | X | 30000 | X | X |
| X | | 567.29 | X | X |

| Estimated total cash and credit amount paid | Refunds or charge backs? | Estimated total cash and credit amounts refunded | Estimated value of bitcoin or crypto paid (in US Dollars at time of payment) |
|---|---|---|---|
| 35000 | Yes | 5000 | 5000 |
| 789.99 | Yes | 789.99 | 567.29 |

| Remarks |
|---|
| I'm guesstimating on the exact amounts lost. It may be more, it may be less. I've already talked with Allen and I have sent him my two zencloud xml transaction lists. I just wanted to make sure that I filled out this form as well because I don't want to get lost in the gawsuit. |
| Was issued a charge-back from Visa for 789.99 on 10_14_2015 |

EXHIBIT 26

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

**<u>NAME:</u>**    **LUKASHEVICH, Alexander**

**<u>QUESTION 1:</u>**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**<u>ANSWER 1:</u>**

**YES**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**REFER TO ANSWER 1**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**NO**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**NO**

# EXHIBIT 27

## *Audet et al. v. Fraser et al.*
### Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**   **KINCKNER, Hilary**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, to my best knowledge.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**This question is not applicable.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No, I was not a reseller.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**No**

EXHIBIT 28

From:       Allen Shinners
Sent:       Tue 3/01/2016 11:56 AM (GMT-05:00)
To:         Munster, Mark E. (NH) (FBI) ███████████
Cc:
Bcc:
Subject:    SEC extension
Attachments: Enforcement Accountant.pdf

Hey Mark.

Did you read the SEC accountant's analysis? I hope you guys have your own accountant to go through all of this. Nowhere in the affidavit does it say anything about the massive number of Hashlets and Hashstakers sold through the main commercial website GAWminers.com, nor the large blocks of Hashlets sold through the VAR program. Only activations would show in Zencloud for those, not the actual revenues. Zencloud did not sell the majority of the Hashlets, GAWminers.com did. He should have taken the historical Hashlet prices, multiplied by the number of each Hashlet type activated in Zencloud. That gives you the total amount of revenue GAW received for all of this. Since they also gave away some free Genesis Hashlets towards the end, for new account activations, the total revenue, calculated in this fashion, should probably be multiplied by 98% to have the closest accuracy.

According to Joe Mordica, Zencloud was earning a small fortune, daily, through marketplace sales as well. They charged a 5% commission on both buyers and sellers. I saw no accounting for this either.

Best regards,
Allen

**D. Allen Shinners**



Exhibit 218
R. Mills
10/30/2018
reporter: nikki roy
CSR No. 3052

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOMERO JOSHUA GARZA, ) <br> GAW MINERS, LLC, and ) <br> ZENMINER, LLC (d/b/a ZEN CLOUD), ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:15-CV-1760-JAM |

## DECLARATION OF TREVOR T. DONELAN

I, Trevor T. Donelan, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.     Since September 2014, I have been employed as an Enforcement Accountant with the U.S. Securities and Exchange Commission ("the Commission") in its Boston Regional Office.  My duties include conducting investigations relating to potential violations of the federal securities laws.

2.     I received a Bachelor of Science degree in business administration, with a concentration in accounting, from the University of Richmond in Virginia in 2000.  Before joining the Commission, I was most recently a managing director in the forensic accounting and complex business litigation unit at StoneTurn Group, LLP ("StoneTurn"), in Boston, where I worked for over seven years.  Before joining StoneTurn, I held forensic accounting and auditor positions for a total of approximately seven years with Deloitte Financial Advisory Services LLP, and Arthur Andersen LLP, both in Boston.

1

GAW01022076

3.     I am a Certified Public Accountant in the Commonwealth of Massachusetts, and a Certified Fraud Examiner by the Association of Certified Fraud Examiners.  I am also Certified in Financial Forensics by the American Institute of Certified Public Accountants.

4.     I make this Declaration based upon my personal knowledge and upon information and belief as set forth below, and in support of the Commission's motion for default judgment against defendants GAW Miners, LLC ("GAW Miners") and ZenMiner, LLC ("ZenMiner").  Beginning in the spring of 2015, I became part of the team of Commission employees conducting an investigation into GAW Miners to determine whether there had been violations of any federal securities laws.

5.     During the course of the Commission's investigation into GAW Miners, various bank records and accounting records were produced to the Commission. ZenMiner's one bank account had extremely limited activity (transactions totaling $28), and it appears that ZenMiner did not maintain separate accounting records.

6.     During the course of the Commission's investigation into GAW Miners, a copy of the database that GAW Miners and ZenMiner used to operate the ZenCloud website (the "ZenCloud Database") was produced to the Commission.   The ZenCloud Database was produced to the Commission by a former employee of GAW Miners whose responsibilities included using that database.  The ZenCloud Database is a Microsoft SQL ("SQL") database which is a relational database program that is sold commercially.

7.     After I received the ZenCloud Database, I participated in a number of telephone conversations with the former employee from whom the Commission received the database.  During those conversations, the former employee described how the data in the ZenCloud Database was compiled, what the various tables and fields in the database meant,

CONFIDENTIAL

GAW01022077

and how the tables and fields in the database related to one another. The former employee also described to me how GAW Miners and ZenMiner had used the ZenCloud Database to operate the ZenCloud website and the Hashlets.

8. Based on my conversations with the former employee who produced the ZenCloud Database to the Commission, and with other former GAW Miners and ZenMiner employees, it is my understanding that the ZenCloud Database obtained by the Commission contains the most reliable and complete data about defendants' sales of Hashlets, about payouts credited to Hashlet owners, and about maintenance fees charged to Hashlet owners, because it contains the data that defendants themselves used to operate the ZenCloud website and Hashlets.

9. The ZenCloud Database produced to the Commission is very large. It consists of 29 tables containing approximately 45 million records. Because of its size, and the amount of personally identifiable information about Hashlet customers it contains, it would be technologically challenging to produce the complete database to the Court for its review.

10. I was asked by other Commission staff working on this matter to calculate the following numbers: 1) the amount that investors paid to purchase Hashlets, 2) the amount that was credited to investors' ZenCloud accounts as payouts from their Hashlets from purported mining operations, and 3) the amount that was deducted from Hashlet investors' ZenCloud accounts as maintenance or service fees for their Hashlets.

11. Another Commission employee who has expertise with using SQL, working under my supervision, queried the ZenCloud Database to isolate: 1) data that would show defendants' revenues from sales of Hashlets; 2) data that would show daily payouts earned

3

CONFIDENTIAL

GAW01022078

by Hashlet owners; and 3) service or maintenance fees that were charged to Hashlet owners. I understand the queries that were submitted to the ZenCloud Database, and I have reviewed the data retrieved by those queries.

12.    I then summarized the data retrieved by those queries into the following table. The line labeled Hashlet Sales shows, on a monthly basis, the revenues that defendants earned from selling Hashlets, for a total of $20,755,203 in revenues. The line labeled Hashlet Payouts (Gross) shows, on a monthly basis, the amount that Hashlet account owners earned for their Hashlets' purported mining activity via credits added to their Hashlet ZenCloud accounts, for a total of $15,336,090. The line labeled Hashlet Service Fees shows, on a monthly basis, daily fees that were charged to Hashlet owners and deducted from each Hashlet's ZenCloud account, for a total of $4,659,218. I subtracted the numbers in the Hashlet Service Fees line from the numbers in the Hashlet Payouts (Gross) line to arrive at the numbers in the Hashlet Payouts (Net) line. I then subtracted the Hashlet Payouts (Net) line from the Hashlet Sales line to arrive at the line labeled Disgorgement. I calculated the total disgorgement number for the time period from August to December 2014 to be $10,078,331.

*Source: ZenCloud SQL Database*

| | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Total |
|---|---|---|---|---|---|---|
| Hashlet Sales | 6,371,346 | 7,421,179 | 5,790,285 | 1,024,836 | 147,557 | 20,755,203 |
| Hashlet Payouts (Gross) | 1,790,470 | 5,305,073 | 5,993,584 | 1,291,554 | 955,409 | 15,336,090 |
| Hashlet Service Fees | (155,252) | (1,273,562) | (1,990,618) | (642,767) | (597,019) | (4,659,218) |
| Hashlet Payouts (Net) | 1,635,218 | 4,031,511 | 4,002,966 | 648,787 | 358,390 | 10,676,872 |
| Disgorgement | 4,736,128 | 3,389,668 | 1,787,319 | 376,049 | (210,833) | 10,078,331 |

CONFIDENTIAL

GAW01022079

13.     The Commission's standard practice is to seek prejudgment interest on a defendant's disgorgement obligation calculated in the same manner that the Internal Revenue Service uses to calculate tax over-payments or under-payments.  Applying that methodology and calculating the prejudgment interest starting on December 31, 2014, and ending on December 31, 2015 (the last day of the last quarter prior to today), I calculated $305,768 in prejudgment interest on the amount of $10,078,331.  A table supporting my prejudgment interest calculation is attached as Exhibit 1.

14.     The sum of the total disgorgement figure I calculated ($10,078,331) and the prejudgment interest I calculated ($305,768) is $10,384,099.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2016, in Boston, Massachusetts.


/s/ Trevor T. Donelan
Trevor T. Donelan

CONFIDENTIAL

GAW01022080

# EXHIBIT 29

### *Audet et al. v. Fraser et al.*
### Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**      **HARPER, Trestin**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**Not to my Knowledge**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**Attempted under reseller ID ElectricKiss on the Amazon Platform**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**No**

# EXHIBIT 30

# *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>    __**Payton Peterson**_____

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1:**</u>

**Yes, I provided everything I could find at the time.**

_____

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**I don't believe I have any additional transactions that occurred outside of what I sent in documentation wise.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**I had an affiliate / reseller account.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**Can't remember at this time, can probably pull some documents if needed.**

# EXHIBIT 31

| SID | Submitted Time | IP Address | Real Name | HashTalk ID | Email Address | Country | City | State |
|-----|----------------|------------|-----------|-------------|---------------|---------|------|-------|
| 45 | 42141.8194 | 173.56.121.160 | Kevin Calabrese | kcal63, shado47 | kcal63@yahoo.com | United States | New York City | New York |

| I purchased Hashlets | I purchased Stakers | I purchased a different product from GAW Miners | Describe Other (Item(s) Purchased) | Total Estimated Losses (valued in US Dollars) | Fiat, including cash, credit card, or other forms. | Bitcoin or other forms of crypto-currency. |
|---|---|---|---|---|---|---|
| X | X | X | I also purchased a few Paycoins directlyh from GAW | 6000 | X | X |

| Estimated total cash and credit amount paid | Refunds or charge backs? | Estimated value of bitcoin or crypto paid (in US Dollars at time of payment) | Remarks |
|---|---|---|---|
| 3500 | No | 8000 | Approx $1800 of my loss was due to a mistake sale in the Hashlet market (selling 165 Zen hashlets for a total price of $10.71 versus intended price of $10.71 each for hashlets that I paid approximately $17 each for). The other numbers are a bit rough as I paid from multiple accounts and engaged inactive trading in both hashlets and paycoins. I did sell all of my hashlets and stakers as well as paycoins after it became apparent that GAW was not going to live up to the Honors program. I believe I sold off the last of my paycoins and stakers (at a substantial loss) by early February. |

# EXHIBIT 32

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| DENIS MARC AUDET, *et al*., | Case No. 3:16-CV-00940-MPS |
| Plaintiffs, | Hon. Michael P. Shea |
| v. | ECF Case |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, | |
| Defendants. | November 11, 2019 |

**EXPERT REBUTTAL REPORT OF BRUCE STROMBOM, PH.D**

# Table of Contents

I.    Introduction ............................................................................................................. 1

   A.    Assignment ...................................................................................................... 1

   B.    Summary of Conclusions .................................................................................. 1

II.   Overview of Damages Methodologies Proposed in Mills Report ........................... 3

III.  Mr. Mills Fails to Address the Inherent Limitations of the ZenCloud Database and the Resulting Need for Individualized Inquiry to Reliably Calculate Damages ................................................... 5

IV.   Mr. Mills Fails to Offset Losses with Gains Across Accounts Owned by the Same Individual .......... 7

   A.    Mr. Mills' Damages Estimate May Be Overstated by up to $6 million ............................. 8

   B.    Available Self-Reported Data Shows that Mr. Mills' Damages Calculation is Inflated Due to his Failure to Consider Offsetting Gains ............................................ 8

V.    Mr. Mills Incorrectly Includes Indirect Purchasers Who Did Not Buy from GAW .......................... 10

   A.    Mr. Mills Ignores Profits Earned by Resellers Which Serve as Offsets to Damages .................... 12

VI.   Mr. Mills Ignores Potential Value Received from Paycoin .................................................. 13

VII.  Mr. Mills Overstates Interest on CUSA Damages by Failing to Reduce Gross Purchases by Withdrawals ...................................................................... 17

VIII. Mr. Mills Incorrectly Calculates Damages in US Dollars by Inappropriately Including Bitcoin Price Depreciation .......................................................................... 19

IX.   Cumulative Effect of Correcting for Mr. Mill's Errors ..................................................... 22

# I.    Introduction

## A.    Assignment

1.    I previously submitted a declaration ("Opening Report") in this matter on November 19, 2018.[1]  I have reviewed the expert report of Robert Mills ("Mills Report") submitted on behalf of the Plaintiffs on September 25, 2019.  I have been asked by counsel for the Defendants to respond to the analysis and conclusions set forth in the Mills Report.

2.    My Opening Report describes my qualifications and compensation. An updated curriculum vitae and list of my prior expert work is attached as Appendix A. In preparing this report, I have relied upon the sources identified in my Opening Report as well as additional information listed in Appendix B to this report.

## B.    Summary of Conclusions

3.    The Mills Report does not cause me to change any of the opinions in my Opening Report. Notably, Mr. Mills either ignores or fails to properly address many of the data integrity issues raised in my Opening Report.

4.    Since my Opening Report, I have received and considered additional relevant information arising from discovery and other documentary submissions by the Class Members. My analysis of this additional information confirms that the ZenCloud database is not sufficient for calculating damages on a class-wide basis because of the following data integrity issues:

   a.    First, in addition to the discrepancies between documentary evidence and the ZenCloud database that I highlighted in my Opening Report, email order confirmations related to the recently deposed Class Members reveal additional discrepancies, further calling into question the accuracy and reliability of the ZenCloud database.

   b.    Second, my analysis of self-reported account ownership in Letters of Authorization[2] confirms that the ZenCloud database cannot be reliably used to

---

[1]    Declaration of Bruce Strombom, November 19, 2018.
[2]    There were 173 "putative class members [who] uploaded documents related to their purchases, activities, and subsequent losses to a website [Mr. Shinners] created." *See* Ruling on Class Certification, June 21, 2019, p. 17.

ascertain the identities of the underlying individuals that own the user accounts. Mr. Mills fails to acknowledge this inherent limitation of the ZenCloud database, and does not attempt to offset gains and losses across accounts owned by the same individual, even though he previously acknowledged in his deposition that such offsetting would be appropriate.

c.  Third, Mr. Mills incorrectly includes indirect purchases (i.e., purchases from sellers other than GAW) in his calculation. As Mr. Mills noted, the ZenCloud database contains information on transactions occurring on the GAW Miners marketplace that involve sellers other than GAW Miners, and he claims to have excluded them from his analysis. However, he appears to have inadvertently included a number of these indirect purchases from the GAW Miners marketplace in his calculations, which inflates his measure of damages. Furthermore, while the ZenCloud database tracks indirect purchases on the GAW Miners marketplace, it does not track indirect purchases that occur outside of the GAW Miners marketplace.  Because of this gap in data in the ZenCloud database, information necessary to accurately calculate damages for each party in such non-marketplace purchases can only be determined through individualized inquiry. For the seller in such non-marketplace transactions, individualized inquiry would be needed to determine offsetting profits that may have been earned by the seller. Relatedly, the buyers in such non-marketplace transactions were incorrectly included by Mr. Mills in his calculation of damages, even though they did not buy from GAW Miners and, accordingly, are not Class Members.

5.  Even if one ignores the incompleteness and flaws of the ZenCloud database, Mr. Mills' measures of damages are still inflated by the following implementation errors:

a.  he ignores the value of PayCoin;

b.  he applies interest on the gross amount of purchases, failing to offset those purchases with withdrawals; and

c.  he ignores fluctuations in the BTC-USD exchange rate.

6.     I correct these implementation errors and, as a result of these corrections, Mr. Mills'
       estimates of class-wide damages are reduced to as low as $7.4 - $11.1 million, which is
       an approximate 40% reduction from his original estimate of $12.3 - $20.9 million.[3]

7.     While Mr. Mills' implementation errors above regarding the calculation of interest and
       the treatment of BTC-USD rates can be corrected with changes to his calculations that I
       present in this report, his failure to offset gains and losses for the same individual, and his
       failure to exclude indirect purchasers, cannot be systematically corrected with the
       available data. Furthermore, although I present a range of potential PayCoin offsets to
       address Mr. Mills' error in ignoring the value of withdrawn PayCoins, the range is wide,
       and a reliable calculation for each Class Member and the class as a whole would require
       individualized inquiry as to when each Class Member sold her PayCoins.  Additionally,
       the magnitude of offsets due to chargebacks cannot be estimated using the ZenCloud
       database alone, because the necessary information is not in the database.  Therefore,
       because of the inherent limitations and deficiencies of the ZenCloud database, these
       remaining errors can only be addressed with additional information that needs to be
       obtained through individualized inquiry.

## II.     Overview of Damages Methodologies Proposed in Mills Report

8.     Mr. Mills presents class-wide damages under three separate legal theories: the
       Connecticut Uniform Securities Act ("CUSA"), Section 10b of the Exchange Act, and
       Common Law Fraud with the benefit-of-the-bargain damages.[4] In each case, Mr. Mills
       measures damages as the dollar ("USD") value of purchases minus the dollar value of
       withdrawals. For CUSA damages only, he adds interest at an annual rate of 8% to the
       gross value of purchases, either using simple interest or quarterly compounded interest.[5]

9.     Under each legal theory of damages, Mr. Mills calculates damages for the universe of
       accounts that owned GAW Miners devices (under his "Scenario One") or, alternatively,

---

[3]    For Scenario One. Under Scenario Two, damages are similarly reduced from $12.0 - 20.5 million to $7.3 -
       $10.8 million.
[4]    Mills Report, ¶¶ 68-84. Mr. Mills also states that damages under a Common Law Fraud theory with rescissory
       damages (instead of benefit-of-bargain damages) would equal the damages he calculated under CUSA, only
       without the statutory interest. *See* Mills Report, ¶ 83.
[5]    Mills Report, ¶¶ 70, 91.

the universe of accounts that first activated GAW Miners devices (under his "Scenario Two").[6] Mr. Mills' damages estimates are similar for Scenario One and Scenario Two across all legal theories:

**Table 1**
**Summary of Mr. Mills Damages Calculations**

| Scenario | CUSA with simple interest | CUSA with compound interest | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| Scenario One | $19,339,627 | $20,854,051 | $12,281,920 | $12,281,920 |
| Scenario Two | $19,040,958 | $20,542,908 | $12,040,220 | $12,040,220 |
| Source | Mills Report Table 11 | Mills Report Table 12 | Mills Report Table 13 | Mills Report Table 14 |

10.     In addition to presenting class-wide damages, Mr. Mills compares the results of his calculations to the results of the SEC's calculations in its lawsuit against GAW Miners,[7] and claims that the data he uses are comparable to the data used by the SEC in the SEC action.[8] However, in pointing out the consistencies across his and the SEC's datasets, Mr. Mills is merely acknowledging that the SEC had previously also used the same flawed dataset that he used, without addressing the inherent deficiencies of the database.

11.     Because Mr. Mills relies exclusively on the ZenCloud database without independent verification against any other sources of data, the reliability of his calculations may be undermined by the underlying data on which he relies. Mr. Mills asserts that the ZenCloud database is reliable because he had spent "well over 100 hours" reviewing the database, and because the SEC also relied on the same database.[9] However, he either ignores or fails to properly address many of the concerns I raised in my previous report, as I describe in the following section.

---

[6]     Mills Report, ¶ 44.
[7]     Mills Report, ¶¶ 50-55.
[8]     Mills Report, ¶ 54.
[9]     Mills Report, ¶¶ 29-30.

III.    **Mr. Mills Fails to Address the Inherent Limitations of the ZenCloud Database and the Resulting Need for Individualized Inquiry to Reliably Calculate Damages**

12.    In my Opening Report, I noted that observations from the ZenCloud database contradicted information from other sources such as the Plaintiff Certifications.[10]  Since my Opening Report, I have been provided with documents submitted by certain Plaintiff deponents in this case that reveal additional discrepancies between ZenCloud and other sources, further calling into question the accuracy and integrity of the database.

13.    For instance, John Tuberosi provided an email confirmation for order number 57978 on October 27, 2014 reporting payments totaling $20,051.90 for his Hashlet Prime purchases.[11]  However, the same order in ZenCloud reports payments totaling $21,078.90, which is more than $1,000 greater than what his email confirmation indicates.[12]  Similarly, Daniel Simpson submitted two email confirmations dated August 20 and September 20, 2014 showing purchases totaling $1,639.94,[13] but there are no corresponding orders found in the ZenCloud database.

14.    The examples I provide above are illustrative of data discrepancies that I found using a small sample of available information I reviewed related to the recently deposed Class Members (some of which arose from individualized inquiry during the discovery process). However, I am unable to resolve factual inconsistencies between the email confirmations from GAW Miners (as submitted by the individual Class Members) and the ZenCloud database (which also came from GAW Miners). One would need to know whether the email confirmations are right or if the ZenCloud database is right in order to properly calculate damages. However, Mr. Mills has not acknowledged any such inconsistencies between the ZenCloud database and other information sources, nor has he explained how he plans to resolve such inconsistencies.

15.    Notably, Mr. Mills includes my Opening Report in his list of materials considered,[14] but either ignores or fails to properly address many of the other issues that I raised in that

---

[10]    Opening Report, ¶¶ 72.
[11]    GAW00362923.
[12]    ZenCloud "Orders" table.
[13]    Simpson00000134; Simpson00000137.
[14]    Mills Report, Exhibit 2.

report.  Instead, Mr. Mills simply takes for granted that all issues can be dealt with at a later stage following additional discovery.

16.     For example, with respect to chargebacks, Mr. Mills wrote: "I understand that Mr. Fraser's position is that damages calculations should contain an offset for any chargebacks an investor received. I further understand that discovery regarding chargebacks is currently ongoing. If the Court does conclude that offsets for chargebacks are appropriate, those offsets can simply be deducted from my damages calculations."[15] Recent discovery regarding chargebacks has revealed that in some instances these chargebacks may have a substantial impact on the results of Mr. Mills' damages calculations.  For example, Teresa Crivello testified that she received chargebacks totaling approximately $100,000.[16]  Daniel Simpson testified that all of his purchases from GAW Miners that were on a credit card were successfully charged back, and that he received over $37,000 of chargebacks.[17]  Other plaintiffs who were deposed in this case also acknowledged receiving chargebacks, which are not reflected in the ZenCloud database.[18]

17.     Similarly, with respect to exclusion of employees, Mr. Mills wrote: "In the event that additional ZenCloud accounts belonging to persons excluded from the class are identified, these accounts can readily be removed from my analysis by inserting a "where!=" clause identifying such accounts into the SQL code used to create the "nonemployee_accounts" table in Appendix A."[19] In other words, Mr. Mills acknowledges the data limitations with respect to chargebacks and employee exclusions, but he does not properly address them in his calculations.

---

[15]   Mills Report, ¶73.

[16]   Deposition of Teresa Crivello, October 23, 2019 ("Crivello Deposition"), p. 21.  Mr. Mills calculated damages for accounts owned by Ms. Crivello to be approximately $250,000 (*see* Exhibit 2), which means that properly reducing damages to account for the approximately $100,000 of chargebacks, Mr. Mills' damages estimate for Ms. Crivello should be lowered by approximately 40%.

[17]   Deposition of Daniel Simpson, October 29, 2019 ("Simpson Deposition"), pp. 43, 49, 90.  Mr. Mills calculated damages for accounts owned by Mr. Simpson to be approximately $45,000 (*see* Exhibit 2), which means that properly reducing damages to account for the over $37,000 of chargebacks, Mr. Mills' damages estimate for Mr. Simpson should be lowered by at least 80%.

[18]   Deposition of John Tuberosi, October 23, 2019 ("Tuberosi Deposition"), p. 44; Deposition of Lawrence David Hughes, Rough Transcript, November 5, 2019 ("Hughes Deposition"), p. 31.

[19]   Mills Report, footnote 65.

18.    On the other hand, Mr. Mills is silent on other data issues I raised in my Opening Report, such as the fact that ZenCloud does not track private account transfers,[20] and, as described above, that observations from the database may be contradicted by information from other sources such as the Plaintiff Certifications and email confirmations.  In sum, the information available in ZenCloud database is necessary as a starting point but not sufficient for calculating damages. In fact, the few data issues that Mr. Mills did acknowledge only serve to illustrate precisely why damages cannot be determined on class-wide basis without individualized inquiry.

## IV.    Mr. Mills Fails to Offset Losses with Gains Across Accounts Owned by the Same Individual

19.    In his deposition, Mr. Mills acknowledged that in instances where a given individual owns multiple accounts, it is appropriate to offset damages across accounts owned by the same individual.  Specifically, Mr. Mills stated that "if damages were computed at the user level…and a particular user…or particular customer had two user IDs, it may be possible to calculate damages for each of the user IDs and then simply combine them to get the damages for the user or for the customer."[21]

20.    In his calculation of damages, however, Mr. Mills only includes ZenCloud accounts for which purchases exceed withdrawals (i.e., those for which there are net losses at the account level), which he deems to be the only "Relevant Purchases and Withdrawals."[22] Mr. Mills' arbitrary determination of what is "relevant" or not "relevant" leads him to exclude accounts with gains, which overstates damages. In instances where individuals have multiple accounts, any accounts with net gains should be offset against other accounts with net losses. By discarding all accounts with net gains, Mr. Mills is ignoring the offsets that he previously acknowledged as appropriate in his deposition.

21.    In my Opening Report, I provided illustrative evidence to show that some individuals had multiple accounts.[23] After submitting my Opening Report, I received additional

---

[20]    Opening Report, ¶¶ 36-39, 59-61.
[21]    Opening Report, Exhibit B-20 (Mills Deposition), p. 36.
[22]    Mills Report, ¶ 66, Table 9.
[23]    *See* Opening Report, ¶¶ 48-58.

information on 173 "putative class members [who] uploaded documents related to their purchases, activities, and subsequent losses to a website [Mr. Shinners] created."[24]

22.  Because these documents provided additional evidence of individuals who owned multiple accounts, I analyze the ZenCloud data for the accounts disclosed by the 173 plaintiffs to determine the extent to which offsetting gains and losses may have an impact on damages.

### A.    Mr. Mills' Damages Estimate May Be Overstated by up to $6 million

23.  Before analyzing offsets for any specific user accounts, I first note that Mr. Mills' total damages estimate across all accounts is potentially overstated by the amount of net gains he excluded from his calculations.  Mr. Mills estimates total purchases of approximately $21.7 million[25] and total withdrawals of approximately $15.4 million.[26] After eliminating ZenCloud accounts with negative damages (i.e., those with net gains where withdrawals exceed purchases), his damages calculations include approximately $17.7 million in purchases and around $5.4 million in total withdrawals.[27] This means that Mr. Mills eliminated accounts which had a total of approximately $4 million (=$21.7 - $17.7 million) in purchases and approximately $10 million (=$15.4 - $5.4 million) in withdrawals. In effect, Mr. Mills has eliminated up to $6 million (= $10 - $4 million) in gains that could be offset against losses.

24.  As such, Mr. Mills calculations are unreliable and are at best an upper bound on class-wide damages because he ignores the potential impact of offsetting gains and losses across accounts owned by the same person.

### B.    Available Self-Reported Data Shows that Mr. Mills' Damages Calculation is Inflated Due to his Failure to Consider Offsetting Gains

25.  A proper calculation of class-wide damages that factors in all necessary offsets would require identifying all accounts owned by the same individual, and all offsetting activity

---

[24]  Ruling on Class Certification, June 21, 2019, p. 17.
[25]  Mills Report, Table 1.
[26]  Mills Report, Table 8.
[27]  Mills Report, Tables 9 and 10.

associated with the individual.  This, however, is not possible using the ZenCloud database alone (as explained in my previous report) because it is incomplete.

26.  Despite the limitations to the ZenCloud database, I use the Letters of Authorization (LOAs) that were submitted by 167 of the 173 plaintiffs to identify individuals that owned multiple accounts (*see* Exhibit 1).[28]  As shown in Exhibit 2A, 27 of these plaintiffs self-reported their ownership of multiple accounts, and 11 of these individuals owned at least one account that incurred losses and at least one account that realized gains under Mr. Mills' Scenario 1.  Mr. Mills calculated damages totaling $585,268 for these 27 plaintiffs under Scenario One, but when properly applying accounts with gains as offsets against their accounts with losses, damages for these 27 individuals is reduced by $75,163 (or approximately 13%), from $585,268 to $510,104.[29]

27.  As my analysis of the 173 individuals shows, Mr. Mills' assumption that all accounts necessarily represent unique individuals is false. Furthermore, the extent to which Mr. Mills' damages estimates need to be reduced to account for offsetting gains and losses (across accounts owned by the same person) cannot be determined using the ZenCloud database alone.

28.  To test whether it would have been possible to identify all accounts owned by individuals using the ZenCloud database absent the LOAs, I document and analyze the identifying information that was available in ZenCloud for the 27 (out of the 173) persons that owned multiple accounts (see Exhibit 3). By comparing the available data on names, telephone numbers, and addresses across all accounts owned by the same individual, I observe that the available identifying information was frequently different (or missing), such that for nearly all of the 27 persons with multiple accounts, the available data is not sufficient to link together all of the self-reported accounts owned by the same individual. Because the ZenCloud data are inadequate, establishing the necessary offsets for accounts owned by the same persons would require individualized inquiry.

---

[28]  As I noted in my previous report, when relying on self-disclosure, there is an economic incentive for individuals to refrain from disclosing accounts with gains in order to maximize their claimed damages. As such, from the available data there is no way to detect if any of the 173 plaintiffs omitted certain accounts in their Letters of Authorization. *See* Opening Report, ¶ 54.

[29]  The results are similar to Mr. Mills' Scenario Two.  *See* Exhibit 2B.

## V.      Mr. Mills Incorrectly Includes Indirect Purchasers Who Did Not Buy from GAW

29.     Based on the class definition, I understand that only a person or entity who purchased
GAW Miners products "from GAW Miners and/[or] ZenMiner"[30] is included in the class.
Consistent with my understanding, Mr. Mills claims to have "excluded from [his]
analysis all purchases made in the marketplace established by the Companies."[31]

30.     However, my review of Mr. Mills' calculations shows that he appears to have
inadvertently included purchases from the GAW Miners marketplace, which, as he noted,
are listed in the ZenCloud database table called "Sale_Items."[32] In particular, by cross-
referencing the buyers of devices listed in the "Sale_Items" table against the devices that
Mr. Mills included in his set of purchases, I find that there were a total of $286,725 in
purchases on the marketplace that should have been excluded under Mr. Mills' Scenario
One.[33]

31.     Furthermore, besides purchasing from other users in the GAW Miners marketplace, some
Class Members also purchased from resellers outside of the GAW Miners marketplace.
In these non-marketplace transactions, the buyer did not purchase directly from GAW
Miners, and therefore such purchases should also be excluded from the calculation of
damages to Class Members. While these non-marketplace transactions are not captured in
the "Sale_Items" table, they leave a specific trail in the ZenCloud database that I can use
to determine whether any given device held by a given account was either purchased
from GAW Miners, purchased indirectly from another user in the GAW Miners
marketplace, or purchased indirectly from a reseller outside of the marketplace.

32.     For example, in Exhibit 4, I analyzed the resale transactions that occurred between
reseller Ryan Grimes and indirect purchaser Bart Kant (UserID 91179). Documentary
evidence shows that Ryan Grimes was a reseller who sold GAW Miners products under
the email 'ryan@hoosier.mac' to indirect purchasers.[34] Because these resellers would

---

[30]   Ruling on Class Certification, July 8, 2019, p. 9.
[31]   Mills Report, ¶ 36.
[32]   Mills Report, footnote 70.
[33]   The corresponding number for Scenario Two is $28,717. As per Mr. Mills' definition of purchasers in Scenario
Two, this number reflects devices which were first activated by indirect purchasers in the GAW Miners
marketplace, rather than the original owner of the same devices.
[34]   *See, e.g.* GAW00630379.

interact directly with indirect purchasers, without the involvement of the marketplace, evidence on terms of the resale transaction would only be available through individualized inquiry into either the reseller or the indirect purchaser. For example, an email dated September 3, 2014 between Bart Kant and "HoosierMiner" (Ryan Grimes' reseller account) shows that Mr. Kant purchased one unit of ZenHashlet for $21.95, and three units of HashletPrime for $39.99, which after a discount of $11.35 came up to a total price of $130.57.[35] All of this information about the terms of the resale transaction are not available in the ZenCloud database.

33. In the ZenCloud database, Mr. Kant's ownership of the four devices is recorded under the "Devices" table under his email address 'bartkant@hotmail.com' and UserID 91179, but the initial order of the same devices is separately recorded under the "Orders" table under a different email address 'ryan@hoosiermac.com' and UserIDs 18741 and 18899 (as shown in Exhibit 4). The email addresses associated with the same device are different in the "Devices" table as compared to the "Orders" table, because the devices that Mr. Kant owned were initially purchased by Mr. Grimes, who subsequently resold them to Mr. Kant.

34. Because reseller transactions leave a specific pattern of data in the ZenCloud database whereby the email addresses associated with the same device are different in the "Devices" table as compared to the "Orders" table, I am able to use this pattern to identify other transactions that are likely to be reseller transactions. However, some of these transactions may not be reseller transactions because a given individual may simply choose to place the initial order using one email address, but activate the device using another email address. To determine whether these transactions were in fact reseller transactions would require individualized inquiry into either party to the transaction.

35. To the extent that some of the transactions with the aforementioned Order-Device inconsistencies are reseller transactions (such as the Grimes-Kant transaction described above), Mr. Mills' measure of damages is inflated by his inclusion of reseller transactions. In particular, my analysis of the data shows that Mr. Mills' purchases

---

[35]   GAW00361866.

included up to $4.6 million of non-marketplace purchases from resellers under Mr. Mills'
Scenario One (*see* Exhibit 5A).[36]

### A.    Mr. Mills Ignores Profits Earned by Resellers Which Serve as Offsets to Damages

36.    As discussed above, when non-marketplace resellers transact with purchasers, the terms
of the resale transactions occurring outside of GAW's purview are not recorded in
ZenCloud. Therefore, such information would only be available through individualized
inquiry into either the reseller or the indirect purchaser.

37.    For example, in the transaction between reseller Ryan Grimes and indirect purchaser Bart
Kant, described above, the documentary evidence on the resale transaction (which was
not in ZenCloud) shows that Mr. Grimes profited from the resale. He sold one unit of
ZenHashlet for $21.95 and three units of HashletPrime for $39.99 for a total price of
$130.57.[37] He bought these devices for a total price of $120.54,[38] which means that he
netted a profit of approximately $10 ($130.57 minus $120.54) on the resale transaction.[39]
Because Mr. Mills' methodology relies only on ZenCloud, this $10 of reseller profit
would not be captured in his calculation of damages for Ryan Grimes. In sum, Mr. Mills'
methodology is flawed because any reseller profits on transactions outside the GAW
Miners marketplace would not be offset against any losses that a reseller may have had in
other accounts.

38.    The omission of reseller profits would lead Mr. Mills to overstate damages for resellers.
However, in order to determine the reseller profits that offset claimed damages from
resellers, individualized inquiry into either party to the transaction would be necessary.

39.    Setting aside the various unaddressed informational gaps in the ZenCloud database that I
describe above, Mr. Mills' methodology also suffers from errors in implementation, as I
describe in the remainder of this report.

---

[36]    Under Scenario Two, up to $4.5 million of purchases are from resellers.  *See* Exhibit 5B.
[37]    GAW00361866.
[38]    Mr. Grimes purchased each Hashlet Prime for $33.96 and the ZenHashlet for $18.66. The total of $120.54 is $18.66 + $33.96 + $33.96 + $33.96. *See* Grimes00000133, Grimes00000215
[39]    *See also*, Deposition of Ryan Grimes, October 22, 2019 ("Grimes Deposition"), pp. 71-73.

## VI. Mr. Mills Ignores Potential Value Received from PayCoin

40. Under instruction from counsel, Mr. Mills ignores Class Members' withdrawal of PayCoin from his damages calculations. He explains the rationale for doing so is that all PayCoin in circulation is nearly worthless today.[40] This argument is a non-sequitur. Just because PayCoin is nearly worthless today does not mean that it was worthless at the time of withdrawal by Class Members.[41]

41. As shown in Exhibit 6A, of the 9,138 ZenCloud accounts included in Mr. Mills' calculation, 7,668 accounts were credited with a total of 3.56 million PayCoin.[42]  During the Class Period, 3,171 of these accounts withdrew over 1.4 million PayCoins from the ZenCloud database that cannot be traced back to GAW's Paybase database,[43] which implies that the owners had either kept them in their PayCoin wallets or sold them.[44] Because the available data from GAW's databases do not provide any further information for these non-traceable PayCoins, it is impossible without individual inquiry to determine what happened to these PayCoins and what value Class Members may have realized from them.[45]

42. By ignoring the value of withdrawn PayCoins at any point in time (other than considering their value "today"[46]), Mr. Mills is effectively assuming that none of the Class Members who withdrew their PayCoins from GAW Miners had ever sold their PayCoins for USD,

---

[40] Mills Report, ¶¶ 63, 75.

[41] For example, John Tuberosi testified that he sold PayCoin on Cryptsy. *See* Tuberosi Deposition, pp.33 - 35. Such sales outside of the GAW Paybase exchange would not be reflected in the GAW databases.

[42] ZenCloud accounts accrued Hashpoints, which were converted to PayCoin when PayCoin was launched. Alternatively, after PayCoin's ICO, accounts earned PayCoins directly as payouts for mining. *See* ZenCloud "Activities" and "PayCoins" tables; Amended Complaint dated November 4, 2016, ¶¶ 136-141.

[43] Each withdrawal of PayCoin from ZenCloud is assigned a "transactionId" within the ZenCloud PayCoins table. Similarly, each funding of PayCoin into Paybase is assigned a "transactionId".  I consider withdrawals from ZenCloud that have a matching "transactionId" among the Paybase funding transactions to be traceable to Paybase.

[44] These figures are for Mr. Mills' Scenario One. *See* Exhibit 6B for Mr. Mills' Scenario Two.

[45] Even for PayCoins that were never withdrawn from ZenCloud, and for PayCoins that were withdrawn from ZenCloud and deposited back into Paybase, it is impossible to determine what happened to them after April 3, 2015, the last date of available data in the ZenCloud database (*see* Opening Report, Exhibit B-3). If in fact these PayCoins were sold after April 3, 2015, their value at the time of sale would serve as an offset to damages. However, due to the lack of information on what happened to these PayCoins, my calculations do not consider their potential value, which would further reduce damages were I to include them in my calculations. Again, individual inquiry would be necessary to determine what happened to these PayCoins.

[46] For the sake of comparability with Mr. Mills' results, I use "today" to refer to September 25, 2019 (the date of his report) when performing adjustments to his damages calculations.

or converted them into another form of valuable consideration.  Given the lack of available data on what actually happened to untraceable withdrawn PayCoins, Mr. Mills' position, and his resulting damages calculations are speculative at best.

43.  Despite this lack of available data, it is instructive to consider the range of possible outcomes for withdrawn PayCoins. On one hand, the earliest date on which a withdrawn PayCoin might have been sold is the date of withdrawal. On the other hand, the latest date on which such PayCoin could be sold is effectively "today," which is what Mr. Mills is assuming when he assigns zero value to withdrawn PayCoins.[47]  Withdrawn PayCoins could also have been sold at any point in between these two bookend dates.

44.  In considering the range of possible outcomes for the untraceable PayCoins, Mr. Mills' position that none of the withdrawn PayCoins were ever sold is inconsistent with market data. In particular, using publicly available data on PayCoin trading, I compare the volume of PayCoins that were withdrawn from Class Members that Mr. Mills considered to be damaged, against the total market volume of PayCoin transactions. As shown in Exhibit 7,[48] by April 3, 2015 (the end of the available data on withdrawals), the cumulative market volume was more than six times the cumulative volume of withdrawals from GAW Miners, and as of "today," the cumulative market volume was more than 30 times the cumulative volume of withdrawals from GAW Miners.

45.  Given that the total market volume has vastly exceeded the number of withdrawn PayCoins over time, it is highly unlikely that *none* of the PayCoins that Class Members withdrew were ever sold into the market. Rather, it is equally if not more likely that at least some of the withdrawn PayCoins were sold well before "today," at market prices higher than zero.

46.  After PayCoin's initial coin offering ("ICO") in December 2014 until April 3, 2015 (date of the last withdrawal in the available ZenCloud data), PayCoin was worth between $0.47 and $12.84 per coin (see Exhibit 6A), which is higher than the nearly zero price that it

---

[47]  An assumption that PayCoins were never sold is equivalent to assuming that they have today's value of nearly zero. Mr. Mills notes that PayCoin "currently is worth only about $0.002….Accordingly, I have been instructed by counsel for Plaintiffs to assign no value to PayCoin received by members of the class from the Companies." *See* Mills Report ¶63.

[48]  This exhibit analyzes the volume of untraceable withdrawn PayCoins under Mr. Mills' Scenario One.

trades at "today." For Class Members who withdrew PayCoin from ZenCloud, proceeds from any sale of these withdrawn PayCoins would offset any damages.  Therefore, by ignoring the value of PayCoin, Mr. Mills' aggregate damages calculations are inflated.

47.     Given that there is no information on what happened to untraceable PayCoin withdrawals, it is instructive to consider an alternative scenario as a point of contrast against Mr. Mills' assumption that none of the withdrawn PayCoins were sold until "today." As an alternative, I consider the scenario whereby all withdrawn PayCoins are assumed to be sold as soon as they were withdrawn. Given the lack of available information on post-withdrawal events, my alternative scenario is not to be interpreted as a point estimate of the value of withdrawn PayCoins, but rather, as a theoretical upper bound on the value of untraceable PayCoin withdrawals.[49]

48.     I modified the SQL code Mr. Mills provided in order to calculate the dollar value of withdrawn PayCoins as of the withdrawal date (as shown in Appendix C-1).[50]  I then apply this dollar value as an offset to the damages Mr. Mills calculated.

49.     Exhibit 8 illustrates the impact of this alternative scenario on one of the accounts, with UserID 13683.  According to Mr. Mills' calculation of damages for this account, damages are $1,905 under his Scenario One and $1,604 under his Scenario Two. However, this account also received 3,094 PayCoins.  Because 3,094 PayCoins were withdrawn from this account, if the accountholder had sold those PayCoins immediately upon withdrawal he would have received a total of $24,715 in value from his PayCoins.[51] Applying this $24,715 as an offset to Mr. Mills' damages calculation means that User ID 13683 was actually not damaged under this alternative scenario.

50.     By performing the same correction as illustrated in Exhibit 8 across all accounts ("Correction #1"), I find that valuing the untraceable withdrawn PayCoins as of the market price on the withdrawal date would reduce Mr. Mills' CUSA damages by $6.0 -

---

[49]   This alternative scenario is an upper bound because the price of PayCoin had generally been declining since the ICO.

[50]   Following the methodology relied upon by Mr. Mills for his Bitcoin withdrawal analysis, I exclude withdrawals of PayCoin that occurred prior to that account's first purchase of a relevant device.

[51]   This accountholder would likewise not be damaged if he sold only a small portion of the 3,094 PayCoins upon withdrawal. For example, if the accountholder sold only 10% of his PayCoins immediately after his withdrawals, he would have received $2,471.51 in proceeds, which is greater than Mr. Mills' damages estimates for this individual under both Scenario One and Scenario Two.

$6.5 million (*see* Exhibit 9A) and his Exchange Act and Common Law Fraud damages by approximately $4.3 million (*see* Exhibit 9B). Starting with Mr. Mills' methodology, adjusting only for the alternative assumption that untraceable withdrawn PayCoins were sold on the withdrawal date, I find that the alternative damages estimates are as follows:

**Table 2**

**Correction #1 - Include PayCoin Offsets**

| Scenario | CUSA with simple interest | CUSA with compound interest | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| Scenario One | $13,182,201 | $14,306,961 | $7,934,086 | $7,934,086 |
| Scenario Two | $12,993,087 | $14,110,073 | $7,780,428 | $7,780,428 |

51.    The alternative damages I calculate above are just over half of what Mr. Mills calculates under each corresponding scenario and legal theory. Considering the two bookend scenarios for withdrawn PayCoins (either all were sold "today" or all were sold immediately upon withdrawal), the resultant range of damages is very wide. Thus, the timing of when the untraceable withdrawn PayCoins were actually sold has a large impact on the value of income received upon the sale of withdrawn PayCoins, and thus, damages. In light of the market evidence presented above that compares total PayCoin market volume against the cumulative volume of untraceable PayCoin withdrawals from GAW Miners, it is equally if not more likely that at least some of the withdrawn PayCoins were sold well before "today" at prices considerably higher than zero.

52.    Nonetheless, because the ZenCloud databases do not contain any information on untraceable withdrawn PayCoins, individualized inquiry into the timing of subsequent sales would be needed to calculate damages for any Class Members with PayCoin withdrawals.

## VII. Mr. Mills Overstates Interest on CUSA Damages by Failing to Reduce Gross Purchases by Withdrawals

53. Mr. Mills derived his understanding and interpretation of CUSA from Plaintiffs' counsel.[52] In particular, Mr. Mills adds simple or compound interest to the value of consideration paid, and then subtracts the value received through withdrawals, without considering the corresponding impact of interest on the value of withdrawals.[53] As a result, Mr. Mills' interpretation and calculation methodology is inconsistent with basic economic principles. If the Court deems that interest should be awarded on *damages*, it should be applied to the total amount of *damages*, which under Mr. Mills' methodology is calculated as the difference between the value of purchases and the value of withdrawals.

54. Mr. Mills' approach of applying interest only on purchases (as opposed to damages) is economically unjustified because Plaintiffs would be entitled to a damages award even if the nominal value of their withdrawals was almost equal to the nominal value of their purchases. For example, according to Mr. Mills, if a user were to purchase $1 million of GAW Miners devices, and then immediately withdrew one penny less than $1 million from GAW Miners, she would still be entitled to a windfall award of 8% interest per year on her initial $1 million purchase, despite the fact that she immediately withdrew essentially the same amount that she had initially invested. Instead, a more economically sensible calculation would begin with the calculation of nominal damages (i.e., purchases less withdrawals) for a given user (which in this example is nearly zero, since she purchased $1 million and then withdrew one penny less than $1 million), followed by the application of 8% interest on the nominal amount of damages (which in this example is also essentially zero, because 8% interest on zero is zero).

55. To correct for this error, in Appendix C-2 I modify Mr. Mills' SQL code to apply interest to the nominal amount of damages for each account, instead of applying interest only on

---

[52] Mills Report, ¶ 21.
[53] Mills Report, ¶ 70, Tables 11-12.

purchases.  For each account, I start accruing interest as of the date of the first purchase for that account, because it is the earliest possible date of harm.[54]

56.    Exhibit 10 illustrates the impact of this correction on one of the accounts, with UserID 115016. This account made $6,285 of total purchases and withdrew a total of $6,259, or only $26 less than total purchases.  According to Mr. Mills' calculation of CUSA damages for this account, which only applies interest to the $6,285 purchases, total damages are $2,562 ($2,536 of which is interest) assuming simple interest and $3,113 ($3,087 of which is interest) assuming compound interest. However, if interest is correctly applied to the nominal amount of damages ($26 of purchases *net of withdrawals*), instead of the total amount of purchases, Mr. Mills' damages for User ID 115016 would be reduced by over 98% to less than $40 under both the simple interest and compound interest scenarios.

57.    As a result of this correction ("Correction #2"), leaving all else the same in Mr. Mills' calculations,[55] his estimate of class-wide damages for CUSA violations is reduced by over $2 million assuming simple interest and over $2.5 million assuming compound interest (as shown in Exhibit 11). Starting with Mr. Mills' methodology, correcting only for his incorrect application of interest, I find that the corrected CUSA damages estimates are as follows:

---

[54]  Alternatively, I could also have started accruing interest on the date of the first withdrawal, but since some accounts only included purchases and no withdrawals, I consider the date of the first purchase to be the earliest possible date of harm. Using the date of the first purchase to calculate interest for each account would allow for the longest possible period for interest to accrue.

[55]  I note that Mr. Mills does not provide a basis for assuming quarterly compounding, and by using quarterly compounding instead of annual compounding, his calculation of interest is inflated.  For instance, in one year, $100,000 compounded quarterly at an 8% interest rate equals $8,243 of total interest for the year, compared to only $8,000 assuming annual compounding.  While my rebuttal calculations adopt Mr. Mills' assumption, were I to use annual instead of quarterly compounding damages would be reduced further.

**Table 3**

**Correction #2 - Accrue Interest on Purchases Net of Withdrawals**

| Scenario | CUSA with simple interest | CUSA with compound interest |
|---|---|---|
| Scenario One | $17,252,642 | $18,336,059 |
| Scenario Two | $16,901,044 | $17,957,378 |

## VIII. Mr. Mills Incorrectly Calculates Damages in US Dollars by Inappropriately Including Bitcoin Price Depreciation

58.     In calculating damages, Mr. Mills uses the prevailing ("spot") bitcoin ("BTC") exchange rate against US Dollars (USD) at the time of the transaction to convert each bitcoin transaction in ZenCloud to USD.[56] However, as I explained in my Opening Report, such an approach would incorrectly include in damages the confounding impact of any depreciation or appreciation of BTC, which is unrelated to the allegations.[57]

59.     As shown in Exhibit 12, BTC's price was generally declining during the Class Period, from approximately $600 to approximately $200.  Once a GAW Miners device is purchased,[58] the device owner is exposed to fluctuations in BTC-USD exchange rate because withdrawals out of GAW Miners are only possible in BTC.[59] To understand the source of this exchange rate risk, it is instructive to consider the mechanics of how an investment into a GAW Miners device works.

60.     First, the hypothetical user can purchase a device with USD from GAW Miners,[60] or with BTC from other users in the marketplace.[61] The device would earn payouts denominated in BTC, and the user would need to periodically pay a service fee that is also

---

[56]   Mills Report, ¶ 57.
[57]   Opening Report, ¶ 80.
[58]   For purposes of assessing Mr. Mills' damages estimates, I use "device" to refer only to Hashlets, because those are the only devices that he includes in his damages calculation.
[59]   Based on my review of the ZenCloud database, I have found no evidence that withdrawals are possible in USD.
[60]   GAW products are listed for sale in USD.  *See* ZenCloud "Orders" table; GAW00202347.
[61]   *See* ZenCloud "Sale_Items" table.

denominated in BTC.[62] If the device is subsequently resold to another user in GAW's user-to-user marketplace, the proceeds of the sale would increase the seller's BTC balance. The owner of the device can also withdraw BTC balances from her account. Until and unless the BTC balance is withdrawn and converted into USD, the initial purchaser continues to be exposed to BTC-USD exchange rate risk. Because fluctuations in BTC-USD exchange rates are unrelated to the alleged fraud, I remove the impact of such fluctuations from damages by considering an alternative calculation of damages whereby the BTC-USD exchange rate is fixed at a constant rate.

61.　In particular, I use the volume-weighted average BTC-USD exchange rate by account for purchases for valuing BTC withdrawals, instead of the spot rate for BTC. For example, as shown in Exhibit 13A, UserID 1763 made a purchase in USD on August 21, 2014 for $79.99, which at the time was equivalent to 0.1518 BTC. This user also made a withdrawal of 0.1897 BTC on January 3, 2015, which at the time was worth $56.78 using the spot BTC-USD rate. According to Mr. Mills' calculation, this user suffered $23.21 in nominal damages. However, because the spot BTC-USD exchange rate had dropped from $526.87 when the user made the purchase on August 21, 2014 to $229.27 when the user made the withdrawal of 0.1897 BTC on January 3, 2015, the resultant decline in USD value results in an apples-to-oranges comparison.

62.　Instead, it is more appropriate to examine how many BTC were lost through the investment in GAW Miners. As shown in Exhibit 13A, UserID 1763 actually gained 0.0379 BTC from the investment in GAW Miners, which means this user did not suffer any fraud-related damages. Equivalently, to calculate the USD value of BTC lost due to the alleged fraud, I recalculate the dollar value of the withdrawal assuming the BTC-USD exchange rate had remained the same as when this user first made the initial purchase at $526.87/BTC, which ensures that any damage would be the result of the alleged fraud (which reduces the number of BTC available to the user), and not due to any BTC-USD rate fluctuations. Using the same BTC-USD exchange rate for both purchases and withdrawals and thereby removing the effect of the BTC-USD rate decline, Exhibit 13A shows that UserID 1763 netted a dollar gain of $19.97.

---

[62]　*See* ZenCloud "Activities" table.

63. When there are multiple purchases over time, the same logic applies. But to derive the appropriate exchange rate across all of the purchases, a volume-weighted average price ("VWAP") of BTC across all purchase prices is used. As seen in Exhibit 13B, UserID 2395 made 11 purchases in USD between August 30 and December 1, 2014 for a total of $11,352.  Using the spot BTC-USD exchange rate for each of these purchases, the $11,352 in USD purchases was equivalent to 24.115 BTC.  This user also made 11 BTC withdrawals totaling 24.756 BTC between September 2 and November 29, 2014. According to Mr. Mills' calculation, this user suffered $1,430 in nominal damages. However, because the BTC-USD exchange rate had been dropping over this time, and because purchases generally precede withdrawals, the VWAP of BTC was $470.76 across this user's purchases but only $400.82 across this user's withdrawals, a 15% decline. As shown in the exhibit, UserID 2395 actually gained 0.641 BTC over the period, meaning this user did not suffer any damages that were attributable to the alleged fraud.  Equivalently, using the same $470.76 VWAP of BTC at the time of this user's purchases and applying it to the net BTC flows ensures an apples-to-apples comparison and results in a net gain of $302.

64. By modifying Mr. Mills' SQL code (*see* Appendix C-3) to perform the same correction as illustrated in Exhibit 13 across all accounts ("Correction #3"), I find that applying only the correction of removing the confounding impact of BTC-USD exchange rate fluctuations on Mr. Mills' damages and leaving all else the same would reduce his estimate of damages by over $1.1 million for CUSA damages and by approximately $0.76 million for Exchange Act and Common Law Fraud damages (see Exhibit 14). After removing only the spurious impact of BTC-USD exchange rate fluctuations on damages, I find that the corrected damages estimates are as follows:

**Table 4**

**Correction #3 - Excluding Impact of Bitcoin Depreciation**

| Scenario | CUSA with simple interest | CUSA with compound interest | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| Scenario One | $18,180,697 | $19,609,076 | $11,519,941 | $11,519,941 |
| Scenario Two | $17,875,906 | $19,291,698 | $11,271,523 | $11,271,523 |

## IX.    Cumulative Effect of Correcting for Mr. Mill's Errors

65.    In the prior sections,  I have calculated the separate impact of each of the above Corrections #1, #2 and #3 for: (i) inclusion of value received from PayCoin, (ii) calculation of interest on net damages, and (iii) removing the impact of BTC-USD exchange rates, respectively. Below, I consider the combined impact of these three corrections.

66.    The impact of Correction #1 for PayCoin offsets is not a point estimate, but a range that is defined by two bookend assumptions — either all PayCoins were sold "today" or all were sold immediately upon withdrawal. This range is necessary because the available ZenCloud data on withdrawn untraceable PayCoins is insufficient to determine when they were sold, and thus, the value at the time of sale. The earliest date on which a withdrawn PayCoin could have been sold is the date of withdrawal, and the latest date on which such PayCoin could be sold is effectively "today." Withdrawn untraceable PayCoins could have been sold at any point in between these two bookend dates.

67.    If all PayCoins were sold "today" as per Mr. Mills' assumption then only Corrections #2 and #3 would apply.  In this case, Mr. Mills' damages are reduced to $11.5 - $17.2 million, as shown below (see also Exhibit 15A and Appendix C-4).[63]

---

[63]    For Scenario One. Under Scenario Two, damages are similarly reduced from $12.0 - 20.5 million to $11.3 - $16.8 million. The total reduction in damages from Corrections #2 and #3 is less than the sum of the individual corrections because of interacting effects between the corrections.

**Table 5**

**Corrections #2 and #3 only**

| Scenario | CUSA with simple interest | CUSA with compound interest | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| Scenario One | $16,180,556 | $17,195,944 | $11,519,941 | $11,519,941 |
| Scenario Two | $15,819,768 | $16,807,599 | $11,271,523 | $11,271,523 |

68.     On the other hand, if all PayCoins were sold immediately upon withdrawal, then all three Corrections #1, #2 and #3 would apply.[64] In that case, Mr. Mills' damages are reduced to $7.4 - $11.1 million, a reduction of over 40% from his original estimate of $12.3 - $20.9 million, as shown below (see also Exhibit 15B and Appendix C-5).[65]

**Table 6**

**Corrections #1, #2 and #3**

| Scenario | CUSA with simple interest | CUSA with compound interest | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| Scenario One | $10,432,002 | $11,084,012 | $7,431,765 | $7,431,765 |
| Scenario Two | $10,189,402 | $10,822,982 | $7,264,559 | $7,264,559 |

69.     However, the above estimates of corrected damages are still too high, because they do not address Mr. Mills' failure to offset gains and losses across accounts owned by the same persons, and his failure to remove indirect purchasers from his damages calculations.

---

[64]   While Correction #1 assumes all withdrawn PayCoins are sold immediately, even if only a portion of withdrawn PayCoins were sold immediately or before the value of PayCoins declined to near zero, one would need to offset losses with gains from these PayCoin sales.

[65]   For Scenario One. Under Scenario Two, damages are similarly reduced from $12.0 - 20.5 million to $7.3 - $10.8 million. The total reduction in damages from corrections #1 through #3 is less than the sum of the individual corrections because of interacting effects between the corrections.

While the examples of offsets and indirect purchasers I provided above (in Sections IV and V) indicate that Mr. Mills' damages are inflated, I am unable to quantify these corrections absent additional information that would allow me to link accounts to individuals. Individualized inquiry would be necessary to obtain such additional information, because it is not systematically available in ZenCloud.

70.    My corrections above to Mr. Mills' calculations can only serve to quantify the impact of the certain conceptual errors that he made, but cannot address the inherent limitations of the ZenCloud database. As such, even after the corrections described above, the resultant number is not to be interpreted as a reliable measure of aggregate damages, or as evidence that class-wide damages can be reliably calculated.

_____

Bruce Strombom

**Exhibit 1**
**Account Information From Letters of Authorization for 173 Plaintiffs Who Submitted Documentation to Allen Shinners**

| Number | Name | Username | Email | Bates Number |
|---|---|---|---|---|
| [1] | Aaron Louis Carter | louiscarter88 | louiscarter88@gmail.com | GAW00361685 |
| [2] | Acácio da Rosa Florentino | angelsc | angelodarosaflorentino@gmail.com | GAW00361689 |
| | Acácio da Rosa Florentino | acaciosc | acaciosc1@gmail.com | |
| [3] | Adam Lemm | HolyTemplar | adamlemm@gmail.com | GAW00361727 |
| [4] | Aleksandr Tolstykh | knork | toolscick@mail.ru | GAW00361736 |
| [5] | Alex Lukashevich | alukash | alukashevich@cinci.rr.com | GAW00361745 |
| [6] | Alexander Georgiev Boiadjiev | 1bit | zla6ko@gmail.com | GAW00361767 |
| [7] | Alexander Kloss | Unable to access | aleckloss@gmail.com | GAW00361764 |
| [8] | Alfonso Hernandez | alfonsoh16 | alf16@yahoo.com | GAW00361788 |
| [9] | Ali Hussain | balbool | alih1990@hotmail.com | GAW00361793 |
| [10] | Andrew S Hopkinson | Anditheway | hopkinsona@gmail.com | GAW00361833 |
| [11] | Andrew Scott Dupont | NetWhiz | drew@drewdupont.com | GAW00361814 |
| [12] | Andrew Thomas Clausen | beechbum | savantmg@gmail.com | GAW00361795 |
| [13] | Arthur James IV | addmining | dave@smartwatertech.com | GAW00361835 |
| | Arthur James IV | ajamesiv | artjames4@gmail.com | |
| [14] | Austin Payam Koosha | koosh | austinkoosha@yahoo.com | GAW00361850 |
| [15] | Bart Cornis Kant | bk1 | bartkant@hotmail.com | GAW00361853 |
| [16] | Belinda Burrows | Bea | bjeburrows@gmail.com | GAW00361888 |
| [17] | Bishoy Shehata | coinfairy | thank-you@live.nl | GAW00361899 |
| | Bishoy Shehata | 22000 | thank-you@live.nl | GAW00364887 |
| [18] | Brandon Russell | brndnrsl | brndnrsl@hotmail.com | GAW00361903 |
| [19] | Brett Madden | maddeb1 | bmadden16@hotmail.com | GAW00361923 |
| [20] | Bryan Gilbert Meyers | bryan | bryangmeyers@yahoo.com | GAW00361925 |
| [21] | CARLOS LUIS ESPINOZA GARIN | djcarlos000 | djcarlos000@hotmail.com | GAW00361928 |
| [22] | Charlie Borgund | cotin | cotin18@gmail.com | GAW00361958 |
| [23] | Chris Richmond | Crichmondwin | launchprojectmanager@gmail.com | GAW00361973 |
| [24] | Christian Bills | Onge | onge92@gmail.com | GAW00361990 |
| [25] | Christian Makalo Clifford | cmakaloclifford (kahwa) | c@makaloclifford.se | GAW00361975 |
| [26] | Christopher A Crane | jps1369 | jps1369@hotmail.com | GAW00361994 |
| [27] | Christopher Cameron | N/A [A] | cameron.christopher@gmail.com | GAW00362029 |
| [28] | Christopher Coffman | krist0pher | c_coughman@hotmail.com | GAW00362012 |
| [29] | Christopher Regul | Reegs | chrisregul@gmail.com | GAW00362031 |
| [30] | christopher spangler | rockyforever | ccandthings@gmail.com | GAW00362026 |
| [31] | Dag Frode Olsen | BilboBaggins | dag_frode_olsen@hotmail.com | GAW00362038 |
| [32] | Daniel Mondesire | Mondzdolo | daniel.mondesiro@gmail.com | GAW00362078 |
| [33] | Daniel Simpson | killdemon | ronaldojbones@gmail.com | GAW00362067 |
| | Daniel Simpson | buckrogers | lennyfiler@yahoo.com | |
| | Daniel Simpson | easyminer | lennyfiler@gmail.com | |
| | Daniel Simpson | daffy | groovyds@gmail.com | |
| | Daniel Simpson | thebox | electricsoul350@yahoo.com | |
| [34] | Dave Fisher | beernuts | wemaila2z.com | GAW00362091 |
| [35] | David Mah Yee Sheng | limburatorul | yeesheng0001@gmail.com | GAW00362124 |
| | David Mah Yee Sheng | gentamicin | yeesheng@gmail.com | |
| | David Mah Yee Sheng | nacer | lympkin.ebay@gmail.com | |
| | David Mah Yee Sheng | dsihotel | david_mah@hotmail.cmo | |
| [36] | David Miles Shepherd | southelmsalltravel | shep732001@yahoo.co.uk | GAW00362098 |
| | David Miles Shepherd | maisieshepherd | maisie260@gmail.com | |
| | David Miles Shepherd | donkiddick | david@depart-travel.co.uk | |
| | David Miles Shepherd | borisjohnson | charlieshepherd123456789@gmail.com | |
| | David Miles Shepherd | jaspershepherd | cateshepherd@hotmail.co.uk | |
| [37] | Dean John | Dean | dpj72f3@yahoo.com | GAW00362187 |
| [38] | Denis Marc Audet | PandaCoinTroll | marc@audetwebdesign.com | GAW00362209 |
| [39] | Dimitri Zelepuhin | Zurg | dimitriz@gmail.com | GAW00362221 |
| [40] | Dimitrios Anastasakis | martanftm | dianasta@hotmail.com | GAW00362223 |
| [41] | Edward Hutchinson | hutche54 | hutche54@yahoo.com | GAW00362236 |
| [42] | Efstratios Kapetanakis | kapetan | kapetanakiss@gmail.com | GAW00362245 |
| [43] | Eric Kahan | ekahan1@earthlink.net | ekahan1@earthlink.net | GAW00362252 |
| [44] | Eric S Kraus | kraus4737 | kraus3742@yahoo.com | GAW00362274 |
| | Eric S Kraus | kraus3742 | kraus3742@gmail.com | |
| [45] | Fendy Gunawan | aabb8781 | fendygunawan87@gmail.com | GAW00362297 |
| [46] | Florian Winter | zani007 | florian007_winter@hotmail.de | GAW00362305 |
| [47] | GABRIEL GARRIGA RIJO | GabNet | gabrielgarriga@movistar.es | GAW00362311 |
| [48] | Giovanni Silvestri | zackkozm | gsit80@gmail.com | GAW00362354 |
| [49] | Guillaume Barlier | johnformoney | divers@barlier.com | GAW00362360 |
| | Guillaume Barlier | barlier | btc@barlier.com | |
| [50] | GW Gregory | gwg0335 | gwg@stx.rr.com | GAW00362353 |
| [51] | Helmut Siedl | cryptonit | coin@siedl.priv.at | GAW00362370 |

**Exhibit 1**
**Account Information From Letters of Authorization for 173 Plaintiffs Who Submitted Documentation to Allen Shinners**

| Number | Name | Username | Email | Bates Number |
|---|---|---|---|---|
| [52] | Hieu Pham | wtforce | santaclaus15@gmail.com | GAW00362375 |
| [53] | Hilary Kinckner Jr | hilzminer | programmerdmx@yahoo.com | GAW00362381 |
| | Hilary Kinckner Jr | hjminers | hjminers@gmail.com | |
| [54] | Ian MacPhee | NewOwner | zenm3@mobixia.com | GAW00362416 |
| | Ian MacPhee | Minkgx1 | zenm2@mobixia.com | |
| | Ian MacPhee | cigar | zenm1@mobixia.com | |
| | Ian MacPhee | NewOwner | zence@mobixia.com | |
| | Ian MacPhee | NewManagement | jlvprop@gmail.com | |
| | Ian MacPhee | Techman34 | ismacphee@gmail.com | |
| | Ian MacPhee | NewOwner | ian@mobixia.com | |
| | Ian MacPhee | NewManagement | apps@mobixia.com | |
| [55] | Ian Roskam | coinbot | coinbot907@gmail.com | GAW00362422 |
| [56] | Jack Saunders | jsaunders1974 | jsaunders1974@gmail.com | GAW00362425 |
| [57] | Jacobus Vlasveld | JVA | jvlasveld@gmail.com | GAW00362440 |
| [58] | jaime martin | vach | jaimem1700@gmail.com | GAW00362507 |
| | jaime martin | eoakland | jaime1700@yahoo.com | |
| | jaime martin | pringers | itguy1700@gmail.com | |
| [59] | James H. O'Rourke II | atavacron | jhorourke2@gmail.com | GAW00362523 |
| [60] | James J. Pass, Jr. | jpass022 | lizziehomenet@gmail.com | GAW00362529 |
| [61] | JAMES M. JUNEAU | citymaster@gmail.com | citymaster@gmail.com | GAW00362532 |
| [62] | Jan De Smet | k317x | jacktheshippertv@gmail.com | GAW00362540 |
| | Jan De Smet | JackTheShipper | focusndcomposure@gmail.com | |
| [63] | john langedijk | jlangedijk | jlangedijk@home.nl | GAW00362535 |
| [64] | Jason Vargas | Jason Vargas | mcjayvegas@yahoo.com | GAW00362571 |
| | Jason Vargas | Gabriel Vargas | gaberican@gmail.com | |
| [65] | Jayme Rossiter | Jayme | jrossiter@esmonline.com | GAW00362580 |
| [66] | Jeffrey D Weinand | pleasantville | pleasantville@brandtecs.com | GAW00362588 |
| | Jeffrey D Weinand | pickaxepete | pickaxepete@outlook.com | |
| | Jeffrey D Weinand | doogiemd | doogiemd@outlook.com | |
| [67] | Jeffrey Grant | myeportal | myeportal@gmail.com | GAW00362646 |
| | Jeffrey Grant | fullintegrity | jeff@fullintegrity.com | |
| [68] | Jeffrey Macfarlane | iExcalibur | jeffmacfarlane@live.com | GAW00362650 |
| [69] | Jeremy Schwartz | alazaruso | alazaruso117@gmail.com | GAW00362707 |
| [70] | Jhonn Cortesi | JHONNCORTESI | johncortesi@icloud.com | GAW00362713 |
| [71] | Jimmy Vespoli | djves | jvespoli@gmail.com | GAW00362725 |
| [72] | Jochen Siegrist | AINTcool | jochen.siegrist@gmx.de | GAW00362760 |
| | Jochen Siegrist | AMTool | jochen.siegrist@gmail.com | |
| [73] | Jody Lee Fritzke | 046738 | jfritzke@gmail.com | GAW00362808 |
| [74] | Johannes de Wet | icewolf | jindewet2000@gmail.com | GAW00362811 |
| [75] | John L.Tuberosi | 38027 | yoyolivia2@hotmail.com | GAW00362834 |
| | John L.Tuberosi | 13998 | vercors65@gmail.com | |
| | John L.Tuberosi | 277630 | teresaguarnieri@outlook.com | |
| | John L.Tuberosi | 114373 | pumist1965@hotmail.com | |
| | John L.Tuberosi | 17272 | otuberosi@hotmail.com | |
| | John L.Tuberosi | 139155 | marinalaboratto70@gmail.com | |
| | John L.Tuberosi | 14467 | gang1110@hotmail.com | |
| | John L.Tuberosi | 95954 | clabratto1@gmail.com | |
| [76] | Jonas Bergqvist | UniMatrixZ | jonasb@delta.se | GAW00362972 |
| [77] | Jonathan Cable | Stinkey | jonathan.cable1@gmail.com | GAW00362991 |
| [78] | Joseph Murphey | josephmurphey | jmurphey@skynetunwired.com | GAW00362995 |
| [79] | Josh Gathje | jggathje | jggathje@hotmail.com | GAW00363001 |
| [80] | Joshua Keith Eaker | jeaker | josh.eaker@gmail.com | GAW00363050 |
| [81] | Jurgen Daems | TRiLiXi_jr | sepp.daems@gmail.com | GAW00363057 |
| | Jurgen Daems | TRiLiXi | jurgen.daems@gmail.com | |
| [82] | Keith Burrows | cunningstunt | kburrowsuk@gmail.com | GAW00363075 |
| [83] | Kellen Jalbert | Kej276 | kellenjalbert@gmail.com | GAW00363111 |
| [84] | Kerry Tully | MrSmiley826 | mrsmiley80@yahoo.com | GAW00363134 |
| [85] | Kevin King | hoosen | kjking89@yahoo.com | GAW00363138 |
| | Kevin King | hoosen2 | kevin.king.1989@gmail.com | |
| [86] | Kinney Edward Simmons JR. | rock.enoch | rock.enoch@yahoo.com | GAW00363143 |
| [87] | Lawrence D. Hughes, Jr | lastat7300 | lastat7300@gmail.com | GAW00363161 |
| [88] | Leon Fadden | Cryptoman | cryptoman@uurda.org | GAW00363191 |
| [89] | Leonard P. Dongweck Jr. | LenD (FooBear) | lend123@outlook.com | GAW00363220 |
| [90] | Leonardo Colucci | korvasc | leonardo_colucci@hotmail.com | GAW00363242 |
| [91] | Lin, Chao-Heng | joseph2000 | oxfordmankimo@yahoo.com.tw | GAW00361952 |
| [92] | Mahendra Phagu | rose95marie | rosemarie.chichester@gmail.com | GAW00363243 |
| | Mahendra Phagu | mphagu | mahendra.phagu@gmail.com | |
| | Mahendra Phagu | desception | desceptionz@gmail.com | |

**Exhibit 1**
**Account Information From Letters of Authorization for 173 Plaintiffs Who Submitted Documentation to Allen Shinners**

| Number | Name | Username | Email | Bates Number |
|---|---|---|---|---|
| [93] | Mai Minh Duc | ducmami | ducmami@gmail.com | GAW00362234 |
| [94] | MARC-O. CHARBONNEAU | sixpack32c | mocharbonneau30@hotmail.com | GAW00363269 |
| [95] | MARIA E TUBEROSI | mineminer1 | maria.tuberosi@outlook.com | GAW00363272 |
| [96] | Marianne Kant | markant | mariannekant@gmail.com | GAW00363283 |
| [97] | Martin Ammann | MartRog | martin.ammann@martrog.ch | GAW00363374 |
| [98] | Martin Daniel Fenske | h.fenske | badfrog88@gmx.de | GAW00363286 |
|  | Martin Daniel Fenske | badfrog | badfrog@gmx.de |  |
| [99] | Martín De Cicco | mikenrry | mikenrry@hotmail.com | GAW00363365 |
| [100] | Martin Horton | momentum | imartinhorton@gmail.com | GAW00363411 |
| [101] | Matthew Keigher | TheGhost | sales@thetrufflemaestro.com | GAW00363424 |
| [102] | Matthew P. Martello | N/A | matthewpmartello@gmail.com | GAW00363437 |
|  | Matthew P. Martello | N/A | healthmagnet@yahoo.com |  |
|  | Matthew P. Martello | mmartelzen | gawminerscontest@gmail.com |  |
| [103] | Matthew Srulowitz | mojo423 | betazp17@hotmail.com | GAW00363470 |
| [104] | Matthijs Rens Priester | Neus | de_neus@outlook.com | GAW00363481 |
| [105] | Michael Davis | k9commando | michaeledavis83@gmail.com | GAW00363504 |
| [106] | Michael L Rodick | moparmaniac@hotmail.com | moparmaniac@hotmail.com | GAW00363507 |
| [107] | Michael Pfeiffer | warbigold | warbigold@mpfeiffer.com | GAW00363517 |
|  | Michael Pfeiffer | tripppn | tripppn@mpfeiffer.com |  |
|  | Michael Pfeiffer | sheep | sheep@mpfeiffer.com |  |
|  | Michael Pfeiffer | miningthailand | miningthailand@mpfeiffer.com |  |
|  | Michael Pfeiffer | sdrebel | michael@mpfeiffer.com |  |
|  | Michael Pfeiffer | jedrbell | jedcito@gmail.com |  |
|  | Michael Pfeiffer | fierce | fierce@mpfeiffer.com |  |
|  | Michael Pfeiffer | etruscan | etruscan@mpfeiffer.com |  |
|  | Michael Pfeiffer | destroyer | destroyer@mpfeiffer.com |  |
|  | Michael Pfeiffer | banman24 | banman24@mpfeiffer.com |  |
| [108] | Michael Viklund | c44c | michael.viklund@gmail.com | GAW00363572 |
| [109] | Nathan David Dyck | nathonius | nathan.dyck@sasktel.net | GAW00363594 |
| [110] | Nathan Saunders | nrps1 | nrps11@gmail.com | GAW00363599 |
| [111] | Nathan Youngman | nyoungman777 | nyoungman777@yahoo.com | GAW00363593 |
| [112] | Nicolas OSIKA | SmilePay | cityonic@hotmail.com | GAW00363605 |
| [113] | Nuno Manuel Rosado Teodósio | komanxe | teodosio.n@gmail.com | GAW00363607 |
| [114] | Patrick Charbonneau | skater4life099 | skater4life099@hotmail.com | GAW00363611 |
| [115] | Paul Formosa | Paulio | paul@soi1.com.au | GAW00363624 |
| [116] | Paul Gerarts | paulgerarts | gerarts@me.com | GAW00363687 |
| [117] | Paul Heath | paul4561@hotmail.co.uk | paul4561@hotmail.co.uk | GAW00363666 |
| [118] | Paul Mouat | pmouat | pmouat1975@gmail.com | GAW00363617 |
| [119] | Paul William Lindgren | PrimeMinister | paul2083@gmail.com | GAW00363693 |
| [120] | Payton Peterson | Ace | pcprovideo@gmail.com | GAW00363710 |
| [121] | Peter R. Molloy | molloype | bostonscoob@mac.com | GAW00363815 |
| [122] | Pieter C. Clahsen | pcminer | clahsen.bv@me.com | GAW00363866 |
| [123] | Piotr Kwiecien | PaycoinBoy | piotr.kwiecien@yahoo.co.uk | GAW00363933 |
| [124] | Porfirio Pinacho | porfirio | porfirio_pinacho@yahoo.com | GAW00363943 |
| [125] | Rafael González-Ripoll Giménez | rgripoll | rgripoll@gmail.com | GAW00363964 |
| [126] | Richard A Nelson | Richard Nelson | richardandbambi@gmail.com | GAW00363975 |
| [127] | Robert de Wilde | Robert | sssjoukje@hotmail.com | GAW00364060 |
|  | Robert de Wilde | Rdw | rdewildenl@gmail.com |  |
|  | Robert de Wilde | RdwNL | mining@robertdewilde.nl |  |
|  | Robert de Wilde | johnzen | johan@robertdewilde.nl |  |
|  | Robert de Wilde | tdcoin | jgwilde1953@kpnmail.nl |  |
|  | Robert de Wilde | rdewilde | email@robertdewilde.nl |  |
| [128] | Robert Hoppenfeld | miningroi | miningroi@outlook.com | GAW00364033 |
|  | Robert Hoppenfeld | hoppenfeld | hoppenfeld@hotmail.com |  |
| [129] | Robert Puckett | trixster67 | trixster67@live.com | GAW00364075 |
|  | Robert Puckett | mharter | rpuckett.wow@frontier.com |  |
|  | Robert Puckett | hnat18 | robert_lea@frontier.com |  |
| [130] | Roman Gorodnev | Camomile | roman.gorodnev@gmail.com | GAW00364078 |
| [131] | Ronald Reyes | iareronald | iareronald@gmail.com | GAW00364097 |
| [132] | Ryan Harris | cronnoff | raharriscustoms@gmail.com | GAW00364116 |
| [133] | Ryan Grimes | Mad Macs | ryantgrimes@gmail.com | GAW00364132 |
| [134] | Scott A. Roberts | HolyScott | holyscott@gmail.com | GAW00364369 |
| [135] | Scott J Fehrman | zmzmscrypt | sfehrman@gmail.com | GAW00364379 |
| [136] | Sergio De Matteis | catoclepa | catoclepa@gmail.com | DeMatteis00000003 |
| [137] | SERKAN SEYYAR | serkan seyyar | glowpebble@hotmail.com | GAW00364403 |
| [138] | Sholokhov Denis | deniskomi | deniskomi@gmail.com | Sholokhov00000001 |
| [139] | Simon Black | evilsim | sim@soi1.net | GAW00364408 |
| [140] | Slaven Sabolović | SvenTzK | slaven.sabolovic@live.com | GAW00364411 |

**Exhibit 1**
**Account Information From Letters of Authorization for 173 Plaintiffs Who Submitted Documentation to Allen Shinners**

| Number | Name | Username | Email | Bates Number |
|--------|------|----------|-------|--------------|
| [141] | Steven D Smith | Stedsm | stedsm@hotmail.ca | GAW00364459 |
|  | Steven D Smith | N/A | stedsm@gmail.com |  |
| [142] | Sumit Kaushal | davisgreen | davisgreen79@gmail.com | GAW00364471 |
| [143] | Teresa S. Crivello | TT67 | tminer67@hotmail.com | GAW00364484 |
|  | Teresa S. Crivello | mcminer97@hotmail.com | mcminer97@hotmail.com |  |
|  | Teresa S. Crivello | gminer84@hotmail.com | gminer84@hotmail.com |  |
|  | Teresa S. Crivello | gcminer55@hotmail.com | gcminer55@hotmail.com |  |
|  | Teresa S. Crivello | csminer99@hotmail.com | csminer99@hotmail.com |  |
| [144] | Tezontl Rosario | 169965 | mr_tez@hotmail.com | GAW00364548 |
| [145] | Thiagarajan Mohan | rajan1788 | rajan107050@gmail.com | GAW00363586 |
| [146] | Thomas James Oberholtzer | urban0000 | supertom2009@gmail.com | GAW00364568 |
| [147] | THOMAS KINET | dc01 | digitalcoins01@gmail.com | GAW00364585 |
| [148] | Thomas Le | tvle83 | tvle83@gmail.com | GAW00364598 |
| [149] | Thomas Mueller | tomm1111 | tomm1111@hotmail.com | GAW00364593 |
| [150] | Tim Lorat | Hagbard | psycho23@gmail.com | GAW00364627 |
| [151] | Timothy Johannes van der Bliek | Raflwafl | Timvanderbliek@gmail.com | GAW00364635 |
| [152] | Todd Pietila | bigpopcorn | bigpopcorn@gmail.com | GAW00364640 |
| [153] | Trestin Harper | dustdevil | subalien@rocketmail.com | GAW00364673 |
| [154] | Tyler Hamilton | Evilfishboy | tah10@email.com | GAW00364712 |
| [155] | Victor Juan Vargas | itsVictorVargas | curombarican@gmail.com | GAW00364759 |
| [156] | Victor Manuel Vargas II | doge doozer | djvictorvargas1@gmail.com | GAW00364762 |
|  | Victor Manuel Vargas II | djvictorvargas | djvictorvargas@hvc.rr.com |  |
| [157] | Viet Ly | NewPath | vietanly@hotmail.com | GAW00364765 |
| [158] | Willem Berkhof | pingwim | wim.berkhof@gmail.com | GAW00364776 |
| [159] | William Garrido | coinjuly14 | coin@mcsg.us | GAW00364770 |
| [160] | Xavier Mitchell-Diggens | xcxcf | xaviermitchelldiggens@gmail.com | GAW00364780 |
| [161] | Yawar Abbas | yawarabbasp | yawarabbasp@gmail.com | GAW00364795 |
|  | Yawar Abbas | yabbas | yabbas@ittechsol.com |  |
| [162] | BEN MANSOUR HEDI | boccet | N/A | GAW00362368 |
| [163] | Jason Poole | Handwnpants | N/A | GAW00362568 |
|  | Jason Poole | Bodyworker | N/A |  |
| [164] | Jose Carlos Barrales Quirino | jcbarrales@live.com.mx | N/A | GAW00362993 |
| [165] | Stefan Stolk | Bolk | N/A | GAW00364450 |
| [166] | Tyler Savioli | savvsnaut | N/A | GAW00364745 |
| [167] | Veronica Reyes Cardenas | li.vreyes@hotmail.com | N/A | GAW00364757 |
| [168] | Kenneth Martin Holker III | N/A | N/A | N/A |
| [169] | Oliver Kanani | N/A | N/A | N/A |
| [170] | Khaled Khayal | N/A | N/A | N/A |
| [171] | Michael Koerner | N/A | N/A | N/A |
| [172] | Davis Tyner | N/A | N/A | N/A |
| [173] | Rishab Jain | N/A | N/A | N/A |

**Notes:**

[A]  Fields that were left blank in the Letter of Authorization are labeled with N/A.

[B]  Letters of Authorization were collected from DISCO for the 173 class members listed in the GAW Uploads document. There were 6 individuals (Kenneth Martin Holker III, Oliver Kanani, Khaled Khayal, Michael Koerner, Davis Tyner, and Rishab Jain) for whom the Letter of Authorization could not be found.

**Sources:**

[1]  Letters of Authorization submitted to Dean Allen Shinners (listed in Exhibit above).

[2]  GAW Uploads.pdf.

**Exhibit 2A**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario One*

| Number | Name | Email | UserID | Mills' Damages Calculation (SUSD) | | | | Correction for Offsets (SUSD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|
| | | | | Purchases | Withdrawals | Net | Damages | |
| [1] | Michael Pfeiffer | 1) fierce@mpfeiffer.com | 1838 | 2,002 | (1,163) | 839 | 839 | |
| | | 2) destroyer@mpfeiffer.com | 1980 | 111 | (740) | (629) | 0 | |
| | | 3) trippn@mpfeiffer.com | 172153 | 268 | (259) | 9 | 9 | |
| | | 4) jedcito@gmail.com | 65204 | - | - | - | - | |
| | | 5) sheep@mpfeiffer.com | 37137 | 2,007 | (1,812) | 196 | 196 | |
| | | 6) banman24@mpfeiffer.com | 527 | 18 | (94) | (76) | 0 | |
| | | 7) michael@mpfeiffer.com | 116 | 1,158 | (2,867) | (1,709) | 0 | |
| | | 8) miningthailand@mpfeiffer.com | 137159 | 5,627 | (6,100) | (472) | 0 | |
| | | 9) etruscan@mpfeiffer.com | 13039 | 4,887 | (3,948) | 939 | 939 | |
| | | 10) warbgold@mpfeiffer.com | 14212 | 746 | (407) | 339 | 339 | |
| | | **Michael Pfeiffer Subtotals** | | **16,825** | **(17,389)** | **(564)** | **2,322** | **0** |
| [2] | Ian MacPhee | 1) apps@mobixia.com | 1646 | 3,329 | (33) | 3,296 | 3,296 | |
| | | 2) ismacphee@gmail.com | 13214 | 78,383 | (81,419) | (3,037) | 0 | |
| | | 3) zenm2@mobixia.com | 142806 | 267 | (3,228) | (2,961) | 0 | |
| | | 4) zence@mobixia.com | 14698 | 3,082 | (3,456) | (374) | 0 | |
| | | 5) jlvprop@gmail.com | 114655 | 2,024 | (2,695) | (670) | 0 | |
| | | 6) zenm3@mobixia.com | 13157 | 333 | (16) | 317 | 317 | |
| | | 7) zenm1@mobixia.com | 543 | 2,035 | (548) | 1,487 | 1,487 | |
| | | 8) ian@mobixia.com | 446 | 4,457 | (3,135) | 1,323 | 1,323 | |
| | | **Ian MacPhee Subtotals** | | **93,910** | **(94,529)** | **(618)** | **6,422** | **0** |
| [3] | John L.Tuberosi | 1) teresaguarnieri@outlook.com | 277630 | - | - | - | - | |
| | | 2) vercors65@gmail.com | 18989 | - | - | - | - | |
| | | 3) marinalaborato70@gmail.com | 139155 | 100 | 0 | 100 | 100 | |
| | | 4) otuberosi@hotmail.com | 17272 | 1,781 | (1) | 1,780 | 1,780 | |
| | | 5) yoyolivia2@hotmail.com | 38027 | 5,306 | (482) | 4,823 | 4,823 | |
| | | 6) claboratto1@gmail.com | 95954 | 50 | 0 | 50 | 50 | |
| | | 7) gang1110@hotmail.com | 14467 | 20,020 | (145) | 19,875 | 19,875 | |
| | | **John L.Tuberosi Subtotals** | | **27,257** | **(629)** | **26,627** | **26,627** | **26,627** |
| [4] | Robert de Wilde | 1) jgwilde1953@kpnmail.nl | 115732 | - | - | - | - | |
| | | 2) johan@robertdewilde.nl | 7749 | - | - | - | - | |
| | | 3) mining@robertdewilde.nl | 172373 | 435 | (528) | (93) | 0 | |
| | | 4) sssjoukje@hotmail.com | 13400 | 154 | (392) | (239) | 0 | |
| | | 5) email@robertdewilde.nl | 13379 | 932 | (749) | 183 | 183 | |
| | | 6) rdewildenl@gmail.com | 13735 | 466 | (476) | (9) | 0 | |
| | | **Robert de Wilde Subtotals** | | **1,987** | **(2,145)** | **(158)** | **183** | **0** |

**Exhibit 2A**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario One*

| Number | Name | Email | UserID | Mills' Damages Calculation (SUSD) | | | | Correction for Offsets (SUSD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|
| | | | | Purchases | Withdrawals | Net | Damages | |
| [5] | Daniel Simpson | 1) lennyfiler@gmail.com | 443 | 5,880 | (19,431) | (13,550) | 0 | |
| | | 2) groovyds@gmail.com | 517 | 30,129 | (13,343) | 16,786 | 16,786 | |
| | | 3) ronaldojbones@gmail.com | 13592 | 15,033 | (46,181) | (31,148) | 0 | |
| | | 4) lennyfiler@yahoo.com | 231291 | 97,833 | (69,160) | 28,672 | 28,672 | |
| | | 5) electricsoul350@yahoo.com | 16552 | 375 | (1,476) | (1,101) | 0 | |
| | | **Daniel Simpson Subtotals** | | **149,250** | **(149,591)** | **(341)** | **45,459** | **0** |
| [6] | David Miles Shepherd | 1) maisie260@gmail.com | 139878 | 70 | 0 | 70 | 70 | |
| | | 2) cateshepherd@hotmail.co.uk | 23707 | 154 | 0 | 154 | 154 | |
| | | 3) shep732001@yahoo.co.uk | 13821 | 3,619 | (1,596) | 2,023 | 2,023 | |
| | | 4) charliesshepherd123456789@gmail.com | 9866 | 126 | (18) | 109 | 109 | |
| | | 5) david@depart-travel.co.uk | 39835 | 7,971 | (6,077) | 1,894 | 1,894 | |
| | | **David Miles Shepherd Subtotals** | | **11,940** | **(7,691)** | **4,250** | **4,250** | **4,250** |
| [7] | Teresa S. Crivello | 1) gcminer55@hotmail.com | 7306 | 20,047 | 0 | 20,047 | 20,047 | |
| | | 2) tminer67@hotmail.com | 12881 | 151,272 | (371) | 150,901 | 150,901 | |
| | | 3) gminer84@hotmail.com | 7576 | 39,994 | 0 | 39,994 | 39,994 | |
| | | 4) mcminer97@hotmail.com | 7304 | 20,143 | 0 | 20,143 | 20,143 | |
| | | 5) csminer99@hotmail.com | 7305 | 20,010 | 0 | 20,010 | 20,010 | |
| | | **Teresa S. Crivello Subtotals** | | **251,466** | **(371)** | **251,095** | **251,095** | **251,095** |
| [8] | Jeffrey D Weinand | 1) pickaxepete@outlook.com | 136081 | 6,858 | (3) | 6,855 | 6,855 | |
| | | 2) pleasantville@brandtees.com | 136295 | 324 | (2) | 322 | 322 | |
| | | 3) doogiemd@outlook.com | 14501 | 8,252 | (214) | 8,038 | 8,038 | |
| | | **Jeffrey D Weinand Subtotals** | | **15,434** | **(219)** | **15,216** | **15,216** | **15,216** |
| [9] | Mahendra Phagu | 1) mahendra.phagu@gmail.com | 13768 | 14,445 | (7,066) | 7,379 | 7,379 | |
| | | 2) rosemarie.chichester@gmail.com | 23013 | - | | | | |
| | | 3) desception2@gmail.com | 1731 | 13,819 | (239) | 13,580 | 13,580 | |
| | | **Mahendra Phagu Subtotals** | | **28,264** | **(7,305)** | **20,959** | **20,959** | **20,959** |
| [10] | Robert Puckett | 1) rpuckett.wow@frontier.com | 6451 | 3,170 | (2,023) | 1,147 | 1,147 | |
| | | 2) robert_lea@frontier.com | 136318 | 124 | (200) | (77) | 0 | |
| | | 3) trixster67@live.com | 583 | 10,335 | (40,189) | (29,853) | 0 | |
| | | **Robert Puckett Subtotals** | | **13,629** | **(42,412)** | **(28,783)** | **1,147** | **0** |
| [11] | Jaime Martin | 1) jaimem1700@gmail.com | 174293 | 4,250 | (2,093) | 2,157 | 2,157 | |
| | | 2) jaime1700@yahoo.com | 13636 | 2,475 | (4,437) | (1,963) | 0 | |
| | | 3) itguy1700@gmail.com | 136912 | 60 | (39) | 20 | 20 | |
| | | **Jaime Martin Subtotals** | | **6,785** | **(6,570)** | **215** | **2,178** | **215** |

**Exhibit 2A**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario One*

| Number | Name | Email | UserID | Purchases | Withdrawals | Net | Damages | Damages | Correction for Offsets (SUSD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| [12] | Acácio da Rosa Florentino | 1) angelodarosaflorentino@gmail.com | 57858 | - | - | - | - | | |
| | | 2) acaciosc1@gmail.com | 90989 | 34 | (131) | (97) | 0 | 0 | |
| | | **Acácio da Rosa Florentino Subtotals** | | **34** | **(131)** | **(97)** | **0** | **0** | **0** |
| [13] | Arthur James IV | 1) artjames4@gmail.com | 14411 | 4,611 | (22,845) | (18,234) | 0 | | |
| | | 2) dave@smartwatertech.com | 91375 | 16,790 | (16,355) | 434 | 434 | | |
| | | **Arthur James IV Subtotals** | | **21,401** | **(39,200)** | **(17,799)** | **434** | **434** | **0** |
| [14] | David Mah Yee Sheng | 1) yeesheng@gmail.com | 13106 | 41,745 | (21,175) | 20,570 | 20,570 | | |
| | | 2) lympkin.ebay@gmail.com | 136087 | 1,440 | (342) | 1,098 | 1,098 | | |
| | | **David Mah Yee Sheng Subtotals** | | **43,185** | **(21,517)** | **21,667** | **21,667** | | **21,667** |
| [15] | Eric S Kraus | 1) kraus3742@gmail.com | 12670 | 17,777 | (812) | 16,964 | 16,964 | | |
| | | 2) kraus3742@yahoo.com | 12502 | 6 | (9) | (3) | 0 | | |
| | | **Eric S Kraus Subtotals** | | **17,782** | **(821)** | **16,961** | **16,964** | | **16,961** |
| [16] | Guillaume Barlier | 1) btc@barlier.com | 13528 | 5,193 | (98) | 5,095 | 5,095 | | |
| | | 2) divers@barlier.com | 6468 | 11,385 | (1,368) | 10,017 | 10,017 | | |
| | | **Guillaume Barlier Subtotals** | | **16,577** | **(1,466)** | **15,112** | **15,112** | | **15,112** |
| [17] | Hilary D Kinckner Jr | 1) programmerdmx@yahoo.com | 14517 | 44,722 | (14,240) | 30,482 | 30,482 | | |
| | | 2) hjminers@gmail.com | 19569 | 11,478 | (28,256) | (16,778) | 0 | | |
| | | **Hilary D Kinckner Jr Subtotals** | | **56,199** | **(42,496)** | **13,704** | **30,482** | | **13,704** |
| [18] | Jan De Smet | 1) focusndcomposure@gmail.com | 7136 | 687 | (891) | (203) | 0 | | |
| | | 2) jacktheshippertv@gmail.com | 13181 | 2,010 | (2,306) | (296) | 0 | | |
| | | **Jan De Smet Subtotals** | | **2,697** | **(3,196)** | **(499)** | **0** | | **0** |
| [19] | Jason Vargas | 1) gaberican@gmail.com | 7562 | 7,502 | (75) | 7,427 | 7,427 | | |
| | | 2) mcjayvegas@yahoo.com | 13854 | 64,594 | (247) | 64,347 | 64,347 | | |
| | | **Jason Vargas Subtotals** | | **72,097** | **(322)** | **71,775** | **71,775** | | **71,775** |
| [20] | Jochen Siegrist | 1) jochen.siegrist@gmx.de | 92126 | 22 | (386) | (364) | 0 | | |
| | | 2) jochen.siegrist@gmail.com | 114555 | 1,186 | (48) | 1,139 | 1,139 | | |
| | | **Jochen Siegrist Subtotals** | | **1,208** | **(434)** | **774** | **1,139** | | **774** |
| [21] | Jurgen Daems | 1) sepp.daems@gmail.com | 763 | 65 | 0 | 65 | 65 | | |
| | | 2) jurgen.daems@gmail.com | 172133 | 2,826 | (1,016) | 1,810 | 1,810 | | |
| | | **Jurgen Daems Subtotals** | | **2,891** | **(1,016)** | **1,875** | **1,875** | | **1,875** |
| [22] | Kevin King | 1) kevin.king.1989@gmail.com | 800 | - | - | - | - | | |
| | | 2) kjking89@yahoo.com | 13166 | 1,241 | (344) | 897 | 897 | | |
| | | **Kevin King Subtotals** | | **1,241** | **(344)** | **897** | **897** | | **897** |
| [23] | Martin Daniel Fenske | 1) badfrog@gmx.de | 60888 | 1,262 | (1,134) | 128 | 128 | | |
| | | 2) badfrog8@gmx.de | 256124 | 1,097 | (23) | 1,074 | 1,074 | | |
| | | **Martin Daniel Fenske Subtotals** | | **2,359** | **(1,157)** | **1,202** | **1,202** | | **1,202** |

**Exhibit 2A**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario One*

| Number | Name | Email | UserID | Mills' Damages Calculation ($USD) | | | | Correction for Offsets ($USD) |
| | | | | Purchases | Withdrawals | Net | Damages | Total Damages by Person |
|---|---|---|---|---|---|---|---|---|
| [24] | Robert Hoppenfeld | 1) miningroi@outlook.com | 65832 | 36 | 0 | 36 | 36 | |
| | | 2) hoppenfeld@hotmail.com | 114494 | 14,682 | (12,797) | 1,885 | 1,885 | |
| | | **Robert Hoppenfeld Subtotals** | | **14,718** | **(12,797)** | **1,921** | **1,921** | **1,921** |
| [25] | Steven D Smith | 1) stedsm@gmail.com | 166742 | 10,058 | (8,445) | 1,613 | 1,613 | |
| | | 2) stedsm@hotmail.ca | 499 | - | - | - | - | |
| | | **Steven D Smith Subtotals** | | **10,058** | **(8,445)** | **1,613** | **1,613** | **1,613** |
| [26] | Victor Manuel Vargas II | 1) djvictorvargas@lhvc.rr.com | 12634 | 45,499 | (1,610) | 43,889 | 43,889 | |
| | | 2) djvictorvargas1@gmail.com | 7263 | 399 | (45) | 353 | 353 | |
| | | **Victor Manuel Vargas II Subtotals** | | **45,898** | **(1,655)** | **44,243** | **44,243** | **44,243** |
| [27] | Yawar Abbas | 1) yawarabbasp@gmail.com | 13004 | 7,620 | (7,848) | (228) | 0 | |
| | | 2) yabbas@iitechsol.com | 15545 | 90 | (2) | 88 | 88 | |
| | | **Yawar Abbas Subtotals** | | **7,709** | **(7,850)** | **(140)** | **88** | **0** |
| | | **Total Damages for the 27 Individual Plaintiffs with Multiple Accounts** | | | | | $ 585,268 | $ 510,104 |
| | | **Difference in Damages Due to Offsetting Gains and Losses** | | | | | $ 75,163 | |

**Notes:**

[A] 173 Letters of Authorization from Shimmer's List were identified, from which 159 persons were matched to the "Users" table when matching on Email. (Two individuals, Veronica Reyes Cardenas and Jose Carlos Barrales Quirino, listed an email address as Username in their Letters of Authorization, but did not fill in the Email lines. For these individuals, Email was filled manually with the email address provided on the Usernames line for matching purposes.) Of these 159 persons, 132 included one ID, and 27 included more than one ID. The difference in damages between Mills' calculations and the revised calculations is explained by the damages associated with the individuals in these 27 Letters. For the 132 persons with only one ID, total damages are $1,580,712.

[B] John L. Tuberosi listed accounts that did not belong to him in his Letter of Authorization. However, all damage amounts associated with these accounts are positive or zero; therefore, no change in offset amount would result from any changes in the list of accounts associated with John L. Tuberosi (*see* Tuberosi Deposition pp. 15-17).

**Sources:**

[1] ZenCloud Database.

[2] Mills Report and Appendices.

[3] Letters of Authorization submitted to Dean Allen Shimmers.

**Exhibit 2B**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario Two*

| Number | Name | Email | UserID | Mills' Damages Calculation (SUSD) | | | | Correction for Offsets (SUSD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|
| | | | | Purchases | Withdrawals | Net | Damages | |
| | | | | | | | | 0 |
| [1] | Michael Pfeiffer | 1) fierce@mpfeiffer.com | 1838 | 2,086 | (1,163) | 923 | 923 | 923 |
| | | 2) destroyer@mpfeiffer.com | 1980 | 121 | (740) | (619) | 0 | |
| | | 3) tripppn@mpfeiffer.com | 172153 | 268 | (259) | 9 | 9 | 9 |
| | | 4) jedcito@gmail.com | 65204 | - | - | - | - | - |
| | | 5) sheep@mpfeiffer.com | 37137 | 1,986 | (1,812) | 175 | 175 | 175 |
| | | 6) banman24@mpfeiffer.com | 527 | 60 | (193) | (133) | 0 | |
| | | 7) michael@mpfeiffer.com | 116 | 1,158 | (2,867) | (1,709) | 0 | |
| | | 8) miningthailand@mpfeiffer.com | 137159 | 5,528 | (6,100) | (572) | 0 | |
| | | 9) etruscan@mpfeiffer.com | 13039 | 3,429 | (3,948) | (519) | 0 | |
| | | 10) warbgold@mpfeiffer.com | 14212 | 756 | (407) | 349 | 349 | 349 |
| | | **Michael Pfeiffer Subtotals** | | **15,392** | **(17,488)** | **(2,096)** | **1,456** | **0** |
| [2] | Ian MacPhee | 1) apps@mobixia.com | 1646 | 3,275 | (33) | 3,242 | 3,242 | |
| | | 2) ismacphee@gmail.com | 13214 | 78,287 | (81,419) | (3,132) | 0 | |
| | | 3) zenm2@mobixia.com | 142806 | 312 | (3,228) | (2,916) | 0 | |
| | | 4) zence@mobixia.com | 14698 | 3,103 | (3,456) | (353) | 0 | |
| | | 5) jlvprop@gmail.com | 114655 | 1,916 | (2,695) | (779) | 0 | |
| | | 6) zenm3@mobixia.com | 13157 | 298 | (16) | 282 | 282 | |
| | | 7) zenm1@mobixia.com | 543 | 2,006 | (548) | 1,458 | 1,458 | |
| | | 8) ian@mobixia.com | 446 | 3,687 | (3,135) | 552 | 552 | |
| | | **Ian MacPhee Subtotals** | | **92,883** | **(94,529)** | **(1,646)** | **5,534** | **0** |
| [3] | John L.Tuberosi | 1) teresaguarnieri@outlook.com | 277630 | - | - | - | - | - |
| | | 2) vercors65@gmail.com | 18989 | - | - | - | - | - |
| | | 3) marinalaborato70@gmail.com | 139155 | 100 | 0 | 100 | 100 | 100 |
| | | 4) otuberosi@hotmail.com | 17272 | 1,761 | (1) | 1,760 | 1,760 | 1,760 |
| | | 5) yoyolivia2@hotmail.com | 38027 | 5,306 | (482) | 4,823 | 4,823 | 4,823 |
| | | 6) claboratto1@gmail.com | 95954 | 50 | 0 | 50 | 50 | 50 |
| | | 7) gang1110@hotmail.com | 14467 | 19,980 | (145) | 19,835 | 19,835 | 19,835 |
| | | **John L.Tuberosi Subtotals** | | **27,197** | **(629)** | **26,567** | **26,567** | **26,567** |
| [4] | Robert de Wilde | 1) jgwilde1953@kpnmail.nl | 115732 | - | - | - | - | - |
| | | 2) johan@robertdewilde.nl | 7749 | - | - | - | - | - |
| | | 3) mining@robertdewilde.nl | 172373 | 333 | (528) | (195) | 0 | |
| | | 4) sssjoukje@hotmail.com | 13400 | 144 | (392) | (249) | 0 | |
| | | 5) email@robertdewilde.nl | 13379 | 848 | (749) | 99 | 99 | 99 |
| | | 6) rdewildenl@gmail.com | 13735 | 448 | (476) | (28) | 0 | |
| | | **Robert de Wilde Subtotals** | | **1,772** | **(2,145)** | **(372)** | **99** | **0** |

**Exhibit 2B**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario Two*

| Number | Name | Email | UserID | Mills' Damages Calculation (SUSD) | | | | Correction for Offsets (SUSD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|
| | | | | Purchases | Withdrawals | Net | Damages | |
| [5] | Daniel Simpson | 1) lennyfiler@gmail.com | 443 | 5,826 | (19,431) | (13,604) | 0 | |
| | | 2) groovyds@gmail.com | 517 | 30,140 | (13,343) | 16,797 | 16,797 | |
| | | 3) ronaldojbones@gmail.com | 13592 | 14,927 | (46,181) | (31,254) | 0 | |
| | | 4) lennyfiler@yahoo.com | 231291 | 97,833 | (69,160) | 28,672 | 28,672 | |
| | | 5) electricsoul350@yahoo.com | 16552 | 375 | (1,476) | (1,101) | 0 | |
| | | **Daniel Simpson Subtotals** | | **149,101** | **(149,591)** | **(490)** | **45,469** | **0** |
| [6] | David Miles Shepherd | 1) maisie260@gmail.com | 139878 | 70 | 0 | 70 | 70 | |
| | | 2) cateshepherd@hotmail.co.uk | 23707 | 154 | 0 | 154 | 154 | |
| | | 3) shep732001@yahoo.co.uk | 13821 | 3,059 | (1,596) | 1,463 | 1,463 | |
| | | 4) charliesshepherd123456789@gmail.com | 9866 | 126 | (18) | 109 | 109 | |
| | | 5) david@depart-travel.co.uk | 39835 | 7,052 | (6,077) | 976 | 976 | |
| | | **David Miles Shepherd Subtotals** | | **10,461** | **(7,691)** | **2,770** | **2,770** | **2,770** |
| [7] | Teresa S. Crivello | 1) gcminer55@hotmail.com | 7306 | 19,997 | 0 | 19,997 | 0 | |
| | | 2) tminer67@hotmail.com | 12881 | 150,947 | (371) | 150,576 | 150,576 | |
| | | 3) gminer84@hotmail.com | 7576 | 39,994 | 0 | 39,994 | 39,994 | |
| | | 4) mcminer97@hotmail.com | 7304 | 19,997 | 0 | 19,997 | 19,997 | |
| | | 5) csminer99@hotmail.com | 7305 | 19,997 | 0 | 19,997 | 19,997 | |
| | | **Teresa S. Crivello Subtotals** | | **250,931** | **(371)** | **250,559** | **250,559** | **250,559** |
| [8] | Jeffrey D Weinand | 1) pickaxepete@outlook.com | 136081 | 6,837 | (3) | 6,834 | 6,834 | |
| | | 2) pleasantville@brandtees.com | 136295 | 324 | (2) | 322 | 322 | |
| | | 3) doogiemd@outlook.com | 14501 | 8,252 | (214) | 8,038 | 8,038 | |
| | | **Jeffrey D Weinand Subtotals** | | **15,414** | **(219)** | **15,195** | **15,195** | **15,195** |
| [9] | Mahendra Phagu | 1) mahendra.phagu@gmail.com | 13768 | 14,340 | (7,066) | 7,274 | 7,274 | |
| | | 2) rosemarie.chichester@gmail.com | 23013 | - | - | - | - | |
| | | 3) desceptionz@gmail.com | 1731 | 13,819 | (239) | 13,580 | 13,580 | |
| | | **Mahendra Phagu Subtotals** | | **28,159** | **(7,305)** | **20,854** | **20,854** | **20,854** |
| [10] | Robert Puckett | 1) rpuckett.wow@frontier.com | 6451 | 3,233 | (2,023) | 1,210 | 1,210 | |
| | | 2) robert_lea@frontier.com | 136318 | 144 | (200) | (57) | 0 | |
| | | 3) trixster67@live.com | 583 | 10,210 | (40,189) | (29,979) | 0 | |
| | | **Robert Puckett Subtotals** | | **13,586** | **(42,412)** | **(28,826)** | **1,210** | **0** |
| [11] | Jaime Martin | 1) jaimem1700@gmail.com | 174293 | 4,250 | (2,093) | 2,157 | 2,157 | |
| | | 2) jaime1700@yahoo.com | 13636 | 2,685 | (4,437) | (1,753) | 0 | |
| | | 3) itguy1700@gmail.com | 136912 | 87 | (39) | 47 | 47 | |
| | | **Jaime Martin Subtotals** | | **7,022** | **(6,570)** | **452** | **2,204** | **452** |

**Exhibit 2B**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario Two*

| Number | Name | Email | UserID | Mills' Damages Calculation (SUSD) | | | | Damages | Correction for Offsets (SUSD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Purchases | Withdrawals | Net | Damages | | |
| [12] | Acácio da Rosa Florentino | 1) angelodarosaflorentino@gmail.com | 57858 | - | | - | - | | |
| | | 2) acaciosc1@gmail.com | 90989 | 34 | (131) | (97) | 0 | | |
| | | **Acácio da Rosa Florentino Subtotals** | | **34** | **(131)** | **(97)** | **0** | **0** | **0** |
| [13] | Arthur James IV | 1) artjames4@gmail.com | 14411 | 4,459 | (22,845) | (18,386) | 0 | | |
| | | 2) dave@smartwatertech.com | 91375 | 16,790 | (16,355) | 434 | 434 | | |
| | | **Arthur James IV Subtotals** | | **21,249** | **(39,200)** | **(17,952)** | **434** | **434** | **0** |
| [14] | David Mah Yee Sheng | 1) yeesheng@gmail.com | 13106 | 41,745 | (21,175) | 20,570 | 20,570 | | |
| | | 2) lympkin.ebay@gmail.com | 136087 | 1,440 | (342) | 1,098 | 1,098 | | |
| | | **David Mah Yee Sheng Subtotals** | | **43,185** | **(21,517)** | **21,667** | **21,667** | **21,667** | **21,667** |
| [15] | Eric S Kraus | 1) kraus3742@gmail.com | 12670 | 17,590 | (812) | 16,778 | 16,778 | | |
| | | 2) kraus3742@yahoo.com | 12502 | | | | | | |
| | | **Eric S Kraus Subtotals** | | **17,590** | **(812)** | **16,778** | **16,778** | **16,778** | **16,778** |
| [16] | Guillaume Barlier | 1) btc@barlier.com | 13528 | 5,177 | (98) | 5,079 | 5,079 | | |
| | | 2) divers@barlier.com | 6468 | 11,339 | (1,368) | 9,971 | 9,971 | | |
| | | **Guillaume Barlier Subtotals** | | **16,515** | **(1,466)** | **15,050** | **15,050** | **15,050** | **15,050** |
| [17] | Hilary D Kinckner Jr | 1) programmerdmx@yahoo.com | 14517 | 43,473 | (14,240) | 29,233 | 29,233 | | |
| | | 2) hjminers@gmail.com | 19569 | 11,164 | (28,256) | (17,092) | 0 | | |
| | | **Hilary D Kinckner Jr Subtotals** | | **54,636** | **(42,496)** | **12,141** | **29,233** | **29,233** | **12,141** |
| [18] | Jan De Smet | 1) focusndcomposure@gmail.com | 7136 | 790 | (891) | (101) | 0 | | |
| | | 2) jacktheshippertv@gmail.com | 13181 | 1,930 | (2,306) | (375) | 0 | | |
| | | **Jan De Smet Subtotals** | | **2,721** | **(3,196)** | **(476)** | **0** | **0** | **0** |
| [19] | Jason Vargas | 1) gabrican@gmail.com | 7562 | 7,502 | (75) | 7,427 | 7,427 | | |
| | | 2) mcjayvegas@yahoo.com | 13854 | 64,594 | (247) | 64,347 | 64,347 | | |
| | | **Jason Vargas Subtotals** | | **72,097** | **(322)** | **71,775** | **71,775** | **71,775** | **71,775** |
| [20] | Jochen Siegrist | 1) jochen.siegrist@gmx.de | 92126 | 22 | (386) | (364) | 0 | | |
| | | 2) jochen.siegrist@gmail.com | 114555 | 656 | (48) | 608 | 608 | | |
| | | **Jochen Siegrist Subtotals** | | **678** | **(434)** | **244** | **608** | **608** | **244** |
| [21] | Jurgen Daems | 1) sepp.daems@gmail.com | 763 | 65 | 0 | 65 | 65 | | |
| | | 2) jurgen.daems@gmail.com | 172133 | 2,503 | (1,016) | 1,487 | 1,487 | | |
| | | **Jurgen Daems Subtotals** | | **2,568** | **(1,016)** | **1,552** | **1,552** | **1,552** | **1,552** |
| [22] | Kevin King | 1) kevin.king.1989@gmail.com | 800 | - | - | - | - | | |
| | | 2) kjking89@yahoo.com | 13166 | 1,141 | (344) | 797 | 797 | | |
| | | **Kevin King Subtotals** | | **1,141** | **(344)** | **797** | **797** | **797** | **797** |
| [23] | Martin Daniel Fenske | 1) badfrog@gmx.de | 60888 | 1,201 | (1,134) | 67 | 67 | | |
| | | 2) badfrog88@gmx.de | 256124 | 1,097 | (23) | 1,074 | 1,074 | | |
| | | **Martin Daniel Fenske Subtotals** | | **2,298** | **(1,157)** | **1,141** | **1,141** | **1,141** | **1,141** |

**Exhibit 2B**
**Correction to Mr. Mills' Damages Calculations**
**Offsetting Losses with Gains Across Accounts Owned by the Same Individual**
*Scenario Two*

| Number | Name | Email | UserID | Mills' Damages Calculation ($USD) | | | | Correction for Offsets ($USD) Total Damages by Person |
|---|---|---|---|---|---|---|---|---|
| | | | | Purchases | Withdrawals | Net | Damages | |
| [24] | Robert Hoppenfeld | 1) miningroi@outlook.com | 65832 | 36 | | 36 | 36 | |
| | | 2) hoppenfeld@hotmail.com | 114494 | 15,503 | (12,797) | 2,706 | 2,706 | |
| | | **Robert Hoppenfeld Subtotals** | | **15,539** | **(12,797)** | **2,742** | **2,742** | **2,742** |
| [25] | Steven D Smith | 1) stedsm@gmail.com | 166742 | 9,860 | (8,445) | 1,414 | 1,414 | |
| | | 2) stedsm@hotmail.ca | 499 | | | - | - | |
| | | **Steven D Smith Subtotals** | | **9,860** | **(8,445)** | **1,414** | **1,414** | **1,414** |
| [26] | Victor Manuel Vargas II | 1) djvictorvargas@lwc.rr.com | 12634 | 43,828 | (1,610) | 42,219 | 42,219 | |
| | | 2) djvictorvargas1@gmail.com | 7263 | 399 | (45) | 353 | 353 | |
| | | **Victor Manuel Vargas II Subtotals** | | **44,227** | **(1,655)** | **42,572** | **42,572** | **42,572** |
| [27] | Yawar Abbas | 1) yawarabbasp@gmail.com | 13004 | 7,483 | (7,848) | (365) | 0 | |
| | | 2) yabbas@iitechsol.com | 15545 | 241 | (35) | 207 | 207 | |
| | | **Yawar Abbas Subtotals** | | **7,724** | **(7,883)** | **(158)** | **207** | **0** |
| | | **Total Damages for the 27 Individual Plaintiffs with Multiple Accounts** | | | | | **$ 577,889** | **$ 504,271** |
| | | **Difference in Damages Due to Offsetting Gains and Losses** | | | | | **$ 73,618** | |

**Notes:**

[A] 173 Letters of Authorization from Shimmer's List were identified, from which 159 persons were matched to the "Users" table when matching on Email. (Two individuals, Veronica Reyes Cardenas and Jose Carlos Barrales Quirino, listed an email address as Username in their Letters of Authorization, but did not fill in the Email lines. For these individuals, Email was filled manually with the email address provided on the Usernames line for matching purposes.) Of these 159 persons, 132 included one ID, and 27 included more than one ID. The difference in damages between Mills' calculations and the revised calculations is explained by the damages associated with the individuals in these 27 Letters. For the 132 persons with only one ID, total damages are $1,552,568.

[B] John L. Tuberosi listed accounts that did not belong to him in his Letter of Authorization. However, all damage amounts associated with these accounts are positive or zero; therefore, no change in offset amount would result from any changes in the list of accounts associated with John L. Tuberosi (see Tuberosi Deposition pp. 15-17).

**Sources:**

[1] ZenCloud Database.
[2] Mills Report and Appendices.
[3] Letters of Authorization submitted to Dean Allen Shimmers.

Exhibit 3

**Available Identifying Information in ZenCloud for 27 Individuals with Multiple UserIDs**

| Number | Data as Reported in Letters of Authorization — Name | Name | Username | Display Name | Email | UserID | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| [1] | Acacio da Rosa Florentino | Acacio Florentino | angelac | angelac | angelac | angelodarosaflorentino@gmail.com | 57858 | | Sergio Fernandes Pereira, 344 |
| | Acacio da Rosa Florentino | | acaciosc | acaciosc | acaciosc | acaciosc1@gmail.com | 90989 | 4884473720 | |
| [2] | Art, Darren, David | Art, Darren, David | addmining | addmining | ADDmining | dave@smartwateretch.com | 93175 | 3022985759 | |
| | Arthur James IV | Arthur James | ajamesiv | ajamesiv | NeoAnderson | artjames4@gmail.com | 14411 | 3022985829 | 101 Palm Harbor Pkwy, #416 |
| [3] | Daniel Simpson | Daniel Simpson | killdemon | killdemon | BeefEater | ronaldoyphones@gmail.com | 13592 | 917-539-8838 | 2959 Holiday Park Dr |
| | Daniel Simpson | Goofy | daffy | daffy | Goofy | groovydu@gmail.com | 517 | 9175132074 | . |
| | Daniel Simpson | | thebox | thebox | Len2 | electricsoul350@yahoo.com | 16552 | 9175132074 | |
| | Daniel Simpson | | buckrogers | buckrogers | BoloYeung | lennyller@yahoo.com | 231291 | 9175132074 | 2959 Holiday Park Dr |
| | Daniel Simpson | | easyminer | easyminer | Len | lennyller@gmail.com | 443 | 917-513-2074 | |
| [4] | David Mah Yee Sheng | David Mah Yee Sheng | gentamicin | gentamicin | gentamicin | yeesheng@gmail.com | 13106 | 0433932675 | 2B Murray Street |
| | David Mah | David Mah | nacer | gentamicin3 | gentamicin3 | lympkin.ebay@gmail.com | 136087 | 0433932675 | 2B Murray Street Gawler |
| [5] | David Miles Shepherd | David Miles Shepherd | southelmsalltravel | southelmsalltravel | southelmsalltravel | shep732001@yahoo.co.uk | 13821 | | |
| | David Miles Shepherd | | borisjohnson | borisjohnson | borisjohnson | charliesheperd123456789@gmail.com | 9866 | | |
| | David Miles Shepherd | | catesshepherd | catesshepherd | jaspershepherd | catesshepherd@hotmail.co.uk | 23707 | | |
| | David Miles Shepherd | | maisiesshepherd | maisiesshepherd | maisiesshepherd | maisic260@gmail.com | 139878 | | |
| | David Miles Shepherd | | donksddick | donksddick | donksddick | david@depart-travel.co.uk | 39835 | | |
| [6] | Eric S Kraus | Eric Kraus | kraus3742 | kraus3742 | kraus3742 | kraus.3742@gmail.com | 12670 | 9203580685 | 447 Janet Lane |
| | Eric S Kraus | | kraus4737 | kat4737 | kat4737 | kraus.3742@yahoo.com | 12502 | | |
| [7] | Guillaume Barlier | Barlier | johnformoney | johny | johny | divers@barlier.com | 6468 | 0796356611 | |
| | Guillaume Barlier | Barlier | barlier | Saar | Saar | bic@barlier.com | 13528 | +44 796356611 | |
| [8] | Hilary D Kinckner Jr | Hilary Kinckner | hjminers | HJG | HJG | hjminers@gmail.com | 19569 | | |
| | Hilary D Kinckner Jr | | hilzminer | Hilz | Hilz | programmerdmx@yahoo.com | 14517 | 7176066622 | 202 Weatherfield Place |
| [9] | Ian MacPhee | NEW | sniperuni23 | NewOwner | NewOwner | ian@mobixia.com | 446 | | REMOVED |
| | Ian MacPhee | | minkgx | NewManagement | NewManagement | zenm1@mobixia.com | 543 | REMOVED | REMOVED |
| | Ian MacPhee | | starmix59 | NewManagement | NewManagement | apps@mobixia.com | 1646 | | |
| | Ian MacPhee | | cmink | NewOwner | NewOwner | zenm3@mobixia.com | 13157 | 7046748910 | |
| | Ian MacPhee | | techman34 | CloudMiningAcademy | CloudMining/Academy | ismacphee@gmail.com | 13214 | | |
| | Ian MacPhee | | cerebraledge | NewOwner | NewOwner | zence@mobixia.com | 14698 | | |
| | Ian MacPhee | | jizio | NewManagement | NewManagement | jlvprop@gmail.com | 114655 | | |
| | Ian MacPhee | | wbrant | Minkgx1 | Minkgx1 | zenm2@mobixia.com | 142806 | | |
| [10] | Jaime Martin | Jaime Martin | vach | eoakland | eoakland | jaimem1700@gmail.com | 174293 | +510-698-2526 | |
| | Jaime Martin | | pringers | eoakland | eoakland | itguy1700@gmail.com | 136912 | +408-768-9613 | |
| | Jaime Martin | | eoakland | eoakland | eoakland | jaime1700@yahoo.com | 13636 | | |
| [11] | Jan De Smet | Jan De Smet | k317x | HOOKERMONEY | HOOKERMONEY | jandeshippers@gmail.com | 13181 | +3247672913 | Stroomken 16 |
| | Jan De Smet | | jacktheshipper | JackTheShipper | JackTheShipper | jandeshipper1@gmail.com | 7136 | | |
| [12] | Jason Vargas | Jason Vargas | gabriel vargas | Gabeixian | Gabeixian | gaberizan@gmail.com | 7562 | 8458000850 | 8 Ciresa Ct. Pine Bush, NY 12566 |
| | Jason Vargas | | jason vargas | mcjayvegas | mcjayvegas | mcjayvegas@yahoo.com | 13854 | | |
| [13] | Louis Severson | Jeffrey D Weinand | doogiemd | doogiemd | doogiemd | doogiemd@outlook.com | 14501 | 239-671-7002 | 1617 SE 40th Ter |
| | Jeffrey Weinand | Jeffrey D Weinand | pickaxepete | pickaxepete | pickaxepete | pickaxepete@outlook.com | 136081 | 239-205-0197 | 1617 SE 40TH TER |
| | Jeffrey D Weinand | | pleasantville | pleasantville | pleasantville | pleasantville@brandtecs.com | 136295 | | |
| [14] | Jochen Siegrist | Jochen Siegrist | berry | AINTcool | AINTcool | jochen.siegrist@gmx.de | 92126 | +4917616522614 | Riegelstr. 11, 75056 Sulzfeld |
| | Cornelia Siegrist | Cornelia Siegrist | infinitebulldog | AMTcool | AMTcool | jochen.siegrist@gmail.com | 114555 | +4917616522614 | Riegelstr. 11 |
| [15] | John L. Tuberosi | | sweetlou | TheGreek | TheGreek | gang1110@hotmail.com | 14467 | | |
| | John L. Tuberosi | Olivia Tuberosi | olivia tuberosi | oti | oti | otuberosi@hotmail.com | 17272 | 310 514-1222 | 958 W 14Th ST |
| | John L. Tuberosi | | anny49 | | | vercors65@gmail.com | 18989 | | |
| | John L. Tuberosi | Eva | eva | Antonella | Antonella | yoyolivia2@hotmail.com | 38027 | | |
| | John L. Tuberosi | | camila04 | camila04 | camila04 | claboratto1@gmail.com | 95954 | | |
| | John L. Tuberosi | | marina70 | marina70 | marina70 | marinalaborato70@gmail.com | 139155 | | 958 w 14 st. |
| | John L. Tuberosi | | guarnieri2 | guarnieri2 | guarnieri2 | teresaguarnieri@outlook.com | 277630 | | |

Case 3:16-cv-00940-MRS   Document 179-2   Filed 12/23/19   Page 256 of 667

Exhibit 3

Available Identifying Information in ZenCloud for 27 Individuals with Multiple UserIDs

| | Data as Reported in Letters of Authorization | Data as Reported in ZenCloud | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Number | Name | Name | Username | Display Name | Email | UserID | Phone | Address |
| [16] | Jurgen Daems | | trilixi_jr | Sepp | sepp.daems@gmail.com | 763 | | |
| | Jurgen Daems | | trilixi | TRILiXi | jurgen.daems@gmail.com | 172133 | | |
| [17] | Kevin King | | hoosen2 | hoosen2 | kevin.king.1989@gmail.com | 800 | | |
| | Kevin King | | hoosen | Hoosen | kjking86@yahoo.com | 13166 | | |
| [18] | Mahendra Phagu | | deseption | deseption | deseption@gmail.com | 1731 | | |
| | Mahendra Phagu | | mphagu | Nextdmedia | mahendra.phagu@gmail.com | 13768 | | |
| | Mahendra Phagu | | rose95marie | rose95marie | rosemarie.chichester@gmail.com | 23013 | | |
| [19] | Martin Daniel Fenske | budfrog | budfrog | budfrog | budfrog@gmx.de | 60888 | +4915229535624 | |
| | Martin Daniel Fenske | Henriette Fenske | h.fenske | hfenske | budfrog88@gmx.de | 256124 | 00491522953624 | |
| [20] | Michael Pfeiffer | Michael Pfeiffer | fierce | fierce | fierce@mpfeiffer.com | 1838 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | i8jcemoma | Destroyer | destroyer@mpfeiffer.com | 1980 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | etruscan | etruscan | etruscan@mpfeiffer.com | 13039 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | warbigold | warbigold | warbigold@mpfeiffer.com | 14212 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | sheep | sheep | sheep@mpfeiffer.com | 37137 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | jedrhell | Jedcito | jedcito@gmail.com | 65204 | | |
| | Michael Pfeiffer | Michael Pfeiffer | miningthailand | miningthailand | miningthailand@mpfeiffer.com | 137159 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | trpppn | trpppn | tripppn@mpfeiffer.com | 172153 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | sdrebel | sdrebel | michael@mpfeiffer.com | 116 | 2159150256 | 120 Conway Avenue |
| | Michael Pfeiffer | Michael Pfeiffer | banman24 | banman24 | banman24@mpfeiffer.com | 527 | 2159150256 | 120 Conway Avenue |
| [21] | Robert de Wilde | | johan(at)robertdewilde.nl | johnzen | johan@robertdewilde.nl | 7749 | | |
| | Robert de Wilde | | rdewilde | rdewilde | email@robertdewilde.nl | 13379 | | |
| | Robert de Wilde | | qouroboros | Robert | sssjoukje@hotmail.com | 13400 | 003163387275 | Gerard ter Borchstraat 21 |
| | Robert de Wilde | | punkblad | Rdw | rdewilden@gmail.com | 13735 | 0031625563236 | Gerard Ter Borchstraat 21 |
| | Johan | | jgwilde1953@kpnmail.nl | tdcoin | jgwilde1953@kpnmail.nl | 115732 | 0625563236 | Gerard ter borchstraat 21 |
| | Robert | | tuanvic | RdWNL | mining@robertdewilde.nl | 172373 | 0031625563236 | |
| [22] | Robert Hoppenfeld | | miningroi | miningroiDOTcom | miningroi@outlook.com | 65832 | | |
| | Robert Hoppenfeld | | hoppenfeld | LordDarkHelmet | hoppenfeld@hotmail.com | 114494 | | |
| [23] | Robert Puckett | | trxsteer67 | trxsteer7 | trxsteer67@live.com | 583 | 4078756691 | 3111 NE 13h pl |
| | Michael Puckett | | mharter | MPI | rpuckett.wow@frontier.com | 6451 | (503)691-1800 | 3111 ne 13h pl |
| | Michael | | micazevedo | trxster91 | robert_lea@frontier.com | 136318 | 503273761 | |
| [24] | Steven D Smith | | stedsn | Stedsm | stedsn@gmail.com | 499 | | |
| | Steve Smith | | stedsn | Stedsm | stedsn@hotmail.ca | 166742 | 1-519-800-9940 | |
| [25] | Teresa S. Crivello | | mcminer97@hotmail.com | Mariano | mcminer97@hotmail.com | 7304 | 1-424-772-8229 | 75 Tennessee Cres. Amherstburg, On. |
| | Teresa S. Crivello | | csminer99@hotmail.com | Claudia | csminer99@hotmail.com | 7305 | | |
| | Teresa S. Crivello | | gsminer55@hotmail.com | AcquaiMari | gsminer55@hotmail.com | 7306 | | |
| | Teresa S. Crivello | | gminer84@hotmail.com | Giannina | gminer84@hotmail.com | 7576 | | |
| | Teresa S. Crivello | | tt67 | TT67 | tminer67@hotmail.com | 12881 | | |
| [26] | Victor Manuel Vargas II | Victor M Vargas II | doge.doozer | dogedoozer | djvictorvargas1@gmail.com | 7263 | | |
| | Victor Manuel Vargas II | | djvictorvargas | djvictorvargas | djvictorvargas@hvc.rr.com | 12634 | 845-222-1677 | 20 Meghan Ct |
| [27] | Yawar Abbas | Yawar Abbas | yawarabbasp | yawarabbasp | yawarabbasp@hotmail.com | 13004 | +923453351697 | First Floor Sheikh Sultan Trust Bldg No.2 Beaumont Road Karachi |
| | Yawar Abbas | Yawar Abbas | yabbas | yabbas | yabbas@ittcelsol.com | 15545 | 2266667016 | 81 Hollinger Cres |

**Note:**

[A] Letters of Authorization were matched to ZenCloud by Email.

**Sources:**

[1] ZenCloud Database.
[2] Mills Report and Appendices.
[3] Letters of Authorization submitted to Dean Allen Shinners (listed in Exhibit 1).

Exhibit 4
Example of Non-Marketplace Indirect Purchase Included in Mr. Mills' Damages Calculation
*Between Ryan Grimes and Bart Kant (UserID 91179)*

**ZenCloud "Orders" Table (Wholesale Purchases from GAW Miners)**

| id | email | name | currency | confirmed | totalLineItemsPrice | totalPrice | orderNumber | subtotalPrice | createdAt | status |
|---|---|---|---|---|---|---|---|---|---|---|
| 18741 | ryan@hoosiemac.com | Ryan Grimes | USD | 1.00 | $559.80 | $559.80 | 32061 | $559.80 | 9/3/2014 16:42 | Paid |
| 18899 | ryan@hoosiemac.com | Ryan Grimes | USD | 1.00 | $679.20 | $679.20 | 34655 | $679.20 | 9/3/2014 23:14 | Paid |

**ZenCloud "Order_Devices" Table**

| id | deviceId | orderId | createdAt |
|---|---|---|---|
| 35458 | 377898 | 18741 | 9/3/2014 16:42 |
| 35783 | 380168 | 18899 | 9/3/2014 23:14 |
| 35784 | 380169 | 18899 | 9/3/2014 23:14 |
| 35785 | 380167 | 18899 | 9/3/2014 23:14 |

**ZenCloud "Devices" Table**

| id | hashletTypeId | datePurchased | dateActivated | createdAt | PurchasePrice(USD) | email | zenCode |
|---|---|---|---|---|---|---|---|
| 377898 | 3 | 8/30/2014 15:06 | 9/4/2014 18:27 | 9/3/2014 16:42 | $18.66 | bartkant@hotmail.com | b8a912c2b0e033b687a330b7e6181f8dacaf0daf0 |
| 380168 | 10 | 9/3/2014 23:14 | 9/3/2014 23:16 | 9/3/2014 23:14 | $33.96 | bartkant@hotmail.com | b8a912c2b0e033b687a330b7e6181f8dacaf0daf0 |
| 380169 | 10 | 9/3/2014 23:14 | 9/3/2014 23:17 | 9/3/2014 23:14 | $33.96 | bartkant@hotmail.com | 93-e4cb52c9fb82af7d0b83c4f5549dea1ce80b |
| 380167 | 10 | 9/3/2014 23:14 | 9/3/2014 23:16 | 9/3/2014 23:14 | $33.96 | bartkant@hotmail.com | 6949a27f2a413296628896a5414648417ac873 |

**ZenCloud "Activities" Table**

| userId | createdAt | type | details |
|---|---|---|---|
| 91179 | 9/3/2014 23:16 | activated code | [b8a912c2b0e033b687a330b7e6181f8dacaf0daf0] code was activated |
| 91179 | 9/3/2014 23:16 | activated code | [6949a27f2a413296628896a5414648417ac873] code was activated |
| 91179 | 9/3/2014 23:17 | activated code | [93-e4cb52c9fb82af7d0b83c4f5549dea1ce80b] code was activated |
| 91179 | 9/4/2014 18:27 | activated code | [0c212b614fd942676e7eae29e0f9dc2412700bee] code was activated |

**Notes:**
[A] The "Order_Devices" table connects orders from GAW Miners (as reported the the "Orders" table) to individual devices (as reported in the "Devices" table).
[B] Since these hashlets are assigned Bart Kant's UserID in the "Devices" table, Mr. Mills would attribute these devices to Bart Kant's purchases under his Scenario One calculations. Since these hashlets were also activated only by Bart Kant, Mr.
Mills would attribute these devices to Bart Kant's purchases under his Scenario Two calculations.
**Source:**
[1] ZenCloud database.



**Exhibit 5A**
**Aggregate Value of Non-Marketplace Indirect Purchases from Resellers in**
**Mr. Mills' Damaged ZenCloud Accounts**
*Scenario One*

**Notes:**
[A] The "Order_Devices" table serves as a mapping between the "Orders" and "Devices" tables. Using this mapping, a hashlet in the "Devices" table can be matched to a particular order from GAW Miners and, in turn, the email of the original purchaser from GAW Miners can be ascertained. Purchases of devices are considered purchases through resellers if both: (1) the original purchaser email attributed to a device does not match the email corresponding to the UserID (according to the ZenCloud "Users" table) and (2) the purchase is determined to not be a marketplace purchase, as defined below.

[B] The "Sale_Items" table identifies hashlet purchases made between users on ZenCloud's marketplace (see Mills Report, ¶ 36). The "Sale_Items" table reports the DeviceID of the hashlet being transacted as well as variables SellerID and BuyerID, representing the UserIDs of the parties to the marketplace transaction. Purchases of hashlets by ZenCloud users are considered marketplace purchases if the transaction also appears in the "Sale_Items" table with matching DeviceID and BuyerID.

**Source:**
[1] ZenCloud database.



**Exhibit 5B**
**Aggregate Value of Non-Marketplace Indirect Purchases from Resellers in**
**Mr. Mills' Damaged ZenCloud Accounts**
*Scenario Two*

**Notes:**
[A] The "Order_Devices" table serves as a mapping between the "Orders" and "Devices" tables. Using this mapping, a hashlet in the "Devices" table can be matched to a particular order from GAW Miners and, in turn, the email of the original purchaser from GAW Miners can be ascertained. Purchases of devices are considered purchases through resellers if both: (1) the original purchaser email attributed to a device does not match the email corresponding to the UserID (according to the ZenCloud "Users" table) and (2) the purchase is determined to not be a marketplace purchase, as defined below.
[B] The "Sale_Items" table identifies hashlet purchases made between users on ZenCloud's marketplace (see Mills Report, ¶ 36). The "Sale_Items" table reports the DeviceID of the hashlet being transacted as well as variables SellerID and BuyerID, representing the UserIDs of the parties to the marketplace transaction. Purchases of hashlets by ZenCloud users are considered marketplace purchases if the transaction also appears in the "Sale_Items" table with matching DeviceID and BuyerID.
**Source:**
[1] ZenCloud database.





**Exhibit 6A**
**PayCoins Withdrawn from Damaged Accounts Under Mr. Mills' Scenario One Not Traced to PayBase**
*12/15/2014 - 4/3/2015*[D]

**Market Price of PayCoin (USD)**

**Total PayCoins Credited**[B]:
3.56 Million XPY (7,668 accounts)

**Total PayCoins Withdrawn Not
Traced to Paybase**[A,C]:
1.41 Million XPY (3,171 accounts)

Untraceable Withdrawals
Price of PayCoin

**Notes:**
[A] PayCoin withdrawals displayed above only reflect withdrawals made by damaged accounts under Mr. Mills' Scenario One damages calculations.
[B] Total PayCoins Credited includes all completed conversions from Hashpoints to PayCoins, as well as payouts in PayCoin, for all damaged accounts under Mr. Mills' Scenario One damages calculation. Specifically, I include "completed" transactions in the ZenCloud "Paycoins" table with either (1) type "credit" and notes "convert hp to xpy" or (2) type "payout".
[C] I consider withdrawals of PayCoin from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in Paybase to be "traced to Paybase". Withdrawals of PayCoin from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in ZenCloud are excluded.
[D] The final withdrawal of PayCoin recorded in the ZenCloud database occurs on April 3, 2015.
**Sources:**
[1] ZenCloud database; [2] PayBase database; [3] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.



**Exhibit 6B**
**PayCoins Withdrawn from Damaged Accounts Under Mr. Mills' Scenario Two Not Traced to PayBase**
*12/15/2014 - 4/3/2015[D]*

**Total PayCoins Credited[B]:**
3.55 Million XPY (7,870 accounts)

**Total PayCoins Withdrawn Not Traced to PayBase[A,C]:**
1.41 Million XPY (3,162 accounts)

— Price of PayCoin
▬ Untraceable Withdrawals

**Notes:**
[A] PayCoin withdrawals displayed above only reflect withdrawals made by damaged accounts under Mr. Mills' Scenario Two damages calculations.
[B] Total PayCoins Credited includes all completed conversions from Hashpoints to PayCoins, as well as payouts in PayCoin, for all damaged accounts under Mr. Mills' Scenario Two damages calculation. Specifically, I include "completed" transactions in the ZenCloud "Paycoins" table with either (1) type "credit" and notes "convert hp to xpy" or (2) type "payout".
[C] I consider withdrawals of PayCoin from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in Paybase to be "traced to PayBase". Withdrawals of PayCoin from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in ZenCloud are excluded.
[D] The final withdrawal of PayCoin recorded in the ZenCloud database occurs on April 3, 2015.
**Sources:**
[1] ZenCloud database; [2] PayBase database; [3] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.



**Exhibit 7**
**Cumulative PayCoins Trading Volume and ZenCloud Untraceable PayCoin Withdrawals**
**Damaged Accounts Under Mr. Mills' Scenario One**
*December 16, 2014 - September 25, 2019*

**Notes:**
[A] PayCoin withdrawals displayed above only reflect withdrawals made by damaged accounts under Mr. Mills' Scenario One damages calculations.
[B] Trading Volume in PayCoins is calculated as the volume in USD as reported by CoinMarketCap.com divided by the average of the daily open and close price of PayCoins.
[B] I consider withdrawals of PayCoins from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in Paybase to be "traced to Paybase".
Withdrawals of PayCoin from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in ZenCloud are excluded.
**Sources:**
[1] ZenCloud database; [2] PayBase Database; [3] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

**Exhibit 8**
**Example of Offset to Exchange Act and Common Law Fraud Damages Based on Value Received from PayCoin**
*UserID 13683*

| | Mr. Mills' Damages Estimates | | Corrected Damages Estimate | | | |
|---|---|---|---|---|---|---|
| | Scenario One | Scenario Two | Scenario One | | Scenario Two | |
| | | | PayCoins | USD | PayCoins | USD |
| **Purchases** | $27,026.58 | $26,725.57 | | $27,026.58 | | $26,725.57 |
| **Bitcoin Withdrawals** | ($25,121.83) | ($25,121.83) | | ($25,121.83) | | ($25,121.83) |
| **PayCoin Withdrawals**[C] | | | (3,093.59 XPV) | ($24,715.05) | (3,093.59 XPV) | ($24,715.05) |
| **Damages for UserID 13683**[B] | $1,904.75 | $1,603.74 | | ($22,810.30) | | ($23,111.31) |

**Notes:**

[A] UserID 13683 was credited a total of 3,478 PayCoins and received payouts totaling 995 PayCoins. See Appendix C-1 for details.

[B] Adjusted damages are calculated as the value of purchases minus the value of Bitcoin withdrawals and PayCoin withdrawals.

[C] Calculation of PayCoin withdrawals is included in Appendix C-1. Further discussion of calculation is included in Exhibit 9.

**Sources:**

[1] ZenCloud database.

[2] PayBase database.

[3] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

**Exhibit 9A**
**Correction to Mr. Mills' Damages Calculations**
**CUSA Violations**
*Including Potential Value Received from PayCoin*

### Mr. Mills' Damages Estimates

| | Damaged UserIDs | Purchases | Bitcoin Withdrawals | PayCoin Withdrawals | Simple Interest | Compound Interest | Damages (Simple Interest) | Damages (Compound Interest) |
|---|---|---|---|---|---|---|---|---|
| Scenario One | 9,138 | $17,670,130 | ($5,388,210) | - | $7,057,707 | $8,572,131 | $19,339,627 | $20,854,051 |
| Scenario Two | 9,382 | $17,529,920 | ($5,489,700) | - | $7,000,738 | $8,502,688 | $19,040,958 | $20,542,908 |
| Source: | Appendix C-1 | Mills Report Tables 11/12 | Mills Report Tables 11/12 | | Mills Report Table 11 | Mills Report Table 12 | Mills Report Table 11 | Mills Report Table 12 |

### Corrected Damages Estimates

| | Damaged UserIDs | Purchases | Bitcoin Withdrawals | PayCoin Withdrawals | Simple Interest | Compound Interest | Damages (Simple Interest) | Damages (Compound Interest) |
|---|---|---|---|---|---|---|---|---|
| Scenario One | 8,031 | $13,152,848 | ($3,237,095) | ($1,981,666) | $5,248,115 | $6,372,875 | $13,182,201 | $14,306,961 |
| Scenario Two | 8,269 | $13,065,672 | ($3,351,208) | ($1,934,036) | $5,212,659 | $6,329,646 | $12,993,087 | $14,110,073 |
| Source: | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 |

### Difference Between Mr. Mills' Damages and Corrected Damages

| | Damages Offset (Simple Interest) | Damages Offset (Compound Interest) |
|---|---|---|
| Scenario One | ($6,157,426) | ($6,547,090) |
| Scenario Two | ($6,047,871) | ($6,432,835) |

**Notes:**

[A] Withdrawals of PayCoin from the ZenCloud database are recorded in the ZenCloud "Paycoins" table. Following the methodology relied upon by Mr. Mills in his Bitcoin withdrawal analysis, only observations with type "withdraw" and status "completed" are included as consideration received. Similarly, only withdrawals of PayCoin which occur after each user's first Hashlet purchase are included as offsets to damages (see Mills Report, ¶59).

[B] Transactions within the ZenCloud "Paycoins" table are denominated in PayCoin. Based on my review, the "usdAmount" column within this table typically assumes a $20 PayCoin conversion rate, which is inconsistent with the market value of PayCoin. In order to calculate the USD value of PayCoin withdrawal, CoinMarketCap.com is utilized as a source for historical prevailing market rates of PayCoin. The average of open and close price on the date of each withdrawal is utilized to value the PayCoin withdrawals in USD.

[C] According to the ZenCloud "Paycoins" table, a total of 243 PayCoins were withdrawn from ZenCloud on December 15, 2014. Since CoinMarketCap.com does not begin to report historical data on PayCoin price and volume until the following day, the price for December 15, 2014 is imputed from the price on December 16, 2014.

[D] Some withdrawals recorded in the ZenCloud "Paycoins" table can be traced to the ZenCloud and Paybase databases, whereby a corresponding transaction would appear in the ZenCloud or Paybase "Paycoins" table as an observation with type "fund" and status "completed." Withdrawals from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in ZenCloud or Paybase are not considered as offsets to damages.

**Sources:**
[1] ZenCloud Database.
[2] PayBase Database.
[3] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

Exhibit 9B
**Correction to Mr. Mills' Damages Calculations**
**Exchange Act and Common Law Fraud**
*Including Potential Value Received from PayCoin*

**Mr. Mills' Damages Estimates**

|  | Damaged UserIDs | Purchases | Bitcoin Withdrawals | PayCoin Withdrawals | Damages |
|---|---|---|---|---|---|
| Scenario One | 9,138 | $17,670,130 | ($5,388,210) | - | $12,281,920 |
| Scenario Two | 9,382 | $17,529,920 | ($5,489,700) | - | $12,040,220 |
| Source: | Appendix C-1 | Mills Report Tables 13/14 | Mills Report Tables 13/14 |  | Mills Report Tables 13/14 |

**Corrected Damages Estimates**

|  | Damaged UserIDs | Purchases | Bitcoin Withdrawals | PayCoin Withdrawals | Damages |
|---|---|---|---|---|---|
| Scenario One | 8,031 | $13,152,848 | ($3,237,095) | ($1,981,666) | $7,934,086 |
| Scenario Two | 8,269 | $13,065,672 | ($3,351,208) | ($1,934,036) | $7,780,428 |
| Source: | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 | Appendix C-1 |

**Difference Between Mr. Mills' Damages and Corrected Damages**

|  | Damages Offset |
|---|---|
| Scenario One | ($4,347,834) |
| Scenario Two | ($4,259,792) |

**Notes:**

[A] Withdrawals of PayCoin from the ZenCloud database are recorded in the ZenCloud "Paycoins" table. Following the methodology relied upon by Mr. Mills in his Bitcoin withdrawal analysis, only observations with type "withdraw" and status "completed" are included as consideration received. Similarly, only withdrawals of PayCoin which occur after each user's first Hashlet purchase are included as offsets to damages (see Mills Report, ¶59).

[B] Transactions within the ZenCloud "Paycoins" table are denominated in PayCoin. Based on my review, the "usdAmount" column within this table typically assumes a $20 per PayCoin conversion rate, which is inconsistent with the market value of PayCoin. In order to calculate the USD value of PayCoin withdrawal, CoinMarketCap.com is utilized as a source for historical prevailing market rates of PayCoin. The average of open and close price on the date of each withdrawal is utilized to value the PayCoin withdrawals in USD.

[C] According to the ZenCloud "Paycoins" table, a total of 243 PayCoins were withdrawn from ZenCloud on December 15, 2014. Since CoinMarketCap.com does not begin to report historical data on PayCoin price and volume until the following day, the price for December 15, 2014 is imputed from the price on December 16, 2014.

[D] Some withdrawals recorded in the ZenCloud "Paycoins" table can be traced to the ZenCloud and Paybase databases, whereby a corresponding transaction would appear in the ZenCloud or Paybase "Paycoins" table as an observation with type "fund" and status "completed." Withdrawals from ZenCloud which have a matching "transactionId" within the set of "completed" "fund" transactions in ZenCloud or Paybase are not considered as offsets to damages.

**Sources:**

[1] ZenCloud Database.
[2] PayBase Database.
[3] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

**Exhibit 10**
**Example of Interest Correction to CUSA Damages**
*UserID: 115016*

| | Simple Interest | Compound Interest | |
|---|---|---|---|
| Date of First Purchase | | 9/10/2014 | [A] |
| Total Consideration Paid | | $6,285 | [B] |
| Total Income Received | | $6,259 | [C] |
| Nominal Damages | | $26 | [D] = [B] - [C] |
| | | | |
| Number of Days to Accrue Interest | 1,841 | 1,841 | [E] |
| Total Interest on Consideration Paid | $2,536 | $3,087 | [F] = Interest on [B] |
| **Mr. Mills' Damages Calculation** | **$2,562** | **$3,113** | [G] = [D] + [F] |
| | | | |
| Total Interest on Revised Nominal Damages | $11 | $13 | [H] = Interest on [D] |
| **Corrected Damages Calculation** | **$37** | **$39** | [I] = [D] + [H] |
| | | | |
| Difference from Mr. Mills' Calculation | ($2,526) | ($3,074) | [J] = [I] - [G] |

**Note:**
[A] Mr. Mills accrues interest for each purchase as of the date of the purchase and subtracts income received. The corrected damages calculation above instead accrues interest on nominal damages starting with the first purchase date.

**Sources:**
[1] Mills Report.
[2] ZenCloud Database.

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 267 of 667

**Exhibit 11**
**Correction to Mr. Mills' Damages Calculations**
**Connecticut Uniform Securities Act ("CUSA") Violations**
**Including Interest on Income Received**

**Mr. Mills' Damages Estimates**

| | Consideration Paid | Income Received | Simple Interest on Consideration | Compound Interest on Consideration | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest |
|---|---|---|---|---|---|---|
| Scenario One | $17,670,130 | $5,388,210 | $7,057,707 | $8,572,131 | $19,339,627 | $20,854,051 |
| Scenario Two | $17,529,920 | $5,489,700 | $7,000,738 | $8,502,688 | $19,040,958 | $20,542,908 |
| Source: | Mills Report, Table 11/12 | Mills Report, Table 11/13 | Mills Report, Table 11 | Mills Report, Table 12 | Mills Report, Table 11 | Mills Report, Table 12 |

**Corrected Damages Estimates**

| | Consideration Paid | Income Received | Simple Interest on Net | Compound Interest on Net | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest |
|---|---|---|---|---|---|---|
| Scenario One | $17,670,130 | $5,388,210 | $4,970,722 | $6,054,139 | $17,252,642 | $18,336,059 |
| Scenario Two | $17,529,920 | $5,489,700 | $4,860,824 | $5,917,158 | $16,901,044 | $17,957,378 |
| Source: | Appendix C-2 | Appendix C-2 | Appendix C-2 | Appendix C-2 | Appendix C-2 | Appendix C-2 |

**Difference Between Mr. Mills' CUSA Damages and Corrected CUSA Damages**

| | Offset to CUSA Damages (Simple Interest) | Offset to CUSA Damages (Compound Interest) |
|---|---|---|
| Scenario One | ($2,086,985) | ($2,517,992) |
| Scenario Two | ($2,139,914) | ($2,585,530) |

**Notes:**

[A] Interest is calculated on consideration paid less income received as of the first order date for each account.
[B] Following Mr. Mills' methodology, an 8% annual rate of interest (compounded quarterly) is used to calculate interest.

**Sources:**

[1] Mills Report, Tables 11, 12.
[2] ZenCloud Database.



**Exhibit 12**
**Bitcoin Daily Closing Price in US Dollars**
*August 1, 2014 - January 19, 2015*

**Note:**
[A] Daily closing price is the price for the last trade of the day in UTC time.

**Source:**
[1] CoinMarketCap.com, "Historical Data for Bitcoin" available at <https://coinmarketcap.com/currencies/bitcoin/historical-data/>.

**Exhibit 13A**

**Example of Correction to Mr. Mills' Damages Calculation to Account for Depreciation in Bitcoin**

*UserID: 1763*

| | | | | Implied |
| | | | | BTC-USD |
| | | **Amount in** | **Amount in** | |
| **Date** | **Type** | **US Dollar** | **Bitcoin** | **Spot Rate[A]** |
|---|---|---|---|---|
| 8/21/2014 | Purchase | $79.99 | BTC 0.1518 | $526.87 |
| 1/3/2015 | Withdrawal | ($56.78) | (BTC 0.1897) | $299.27 |
| **Net Amount** | | $23.21 | (BTC 0.0379) | |

Data as Reported in ZenCloud[1]

| | |
|---|---|
| Mr. Mills' damages calculation based on BTC-USD spot rate | $23.21 |

| | | |
|---|---|---|
| Net BTC gain through investing | | BTC 0.0379 |
| BTC-USD rate at purchase | × | $526.87 |
| Net BTC gain in USD | = | $19.97 |

| | |
|---|---|
| Damages based on constant BTC-USD exchange rate | $0.00 |

**Notes:**

[A]  Implied BTC-USD spot rates are calculated as the reported US Dollar amount of a purchase or withdrawal divided by the reported Bitcoin amount in ZenCloud.

[B]  Based on the userId column of the devices table ("Scenario One") or based on who activated the Zencode ("Scenario Two"), the same purchases are linked to ZenCloud account "1763."

**Source:**

[1]  ZenCloud "Transactions" table.

**Exhibit 13B**
**Example of Correction to Mr. Mills' Damages Calculation to Account for Depreciation  in Bitcoin**
*UserID: 2395*

| | | **Data as Reported in ZenCloud[1]** | | |
| Date | Type | **Amount in US Dollar** | **Amount in Bitcoin** | **Implied BTC-USD Spot Rate[A]** |
|---|---|---|---|---|
| 8/30/2014 | Purchase | $2,195.00 | BTC 4.3220 | $507.87 |
| 8/30/2014 | Purchase | $2,195.00 | BTC 4.3220 | $507.87 |
| 8/30/2014 | Purchase | $548.75 | BTC 1.0799 | $508.13 |
| 8/30/2014 | Purchase | $503.75 | BTC 0.9944 | $506.58 |
| 8/30/2014 | Purchase | $2,015.01 | BTC 3.9776 | $506.59 |
| 9/2/2014 | Withdrawal | ($2,110.09) | (BTC 4.3680) | $483.08 |
| 9/4/2014 | Purchase | $947.50 | BTC 1.9916 | $475.74 |
| 9/8/2014 | Purchase | $947.50 | BTC 2.0163 | $469.92 |
| 9/14/2014 | Withdrawal | ($808.38) | (BTC 1.7000) | $475.52 |
| 9/22/2014 | Withdrawal | ($632.00) | (BTC 1.5500) | $407.74 |
| 10/1/2014 | Withdrawal | ($798.96) | (BTC 2.0801) | $384.10 |
| 10/6/2014 | Withdrawal | ($249.20) | (BTC 0.7701) | $323.59 |
| 10/13/2014 | Withdrawal | ($495.03) | (BTC 1.3401) | $369.40 |
| 10/19/2014 | Withdrawal | ($1,075.01) | (BTC 2.7701) | $388.08 |
| 10/27/2014 | Withdrawal | ($175.49) | (BTC 0.5001) | $350.91 |
| 10/31/2014 | Withdrawal | ($68.42) | (BTC 0.2001) | $341.93 |
| 11/26/2014 | Withdrawal | ($3,330.55) | (BTC 9.0001) | $370.06 |
| 11/28/2014 | Purchase | $999.95 | BTC 2.7199 | $367.65 |
| 11/28/2014 | Purchase | $499.95 | BTC 1.3624 | $366.97 |
| 11/28/2014 | Purchase | $249.95 | BTC 0.6681 | $374.11 |
| 11/29/2014 | Withdrawal | ($179.59) | (BTC 0.4771) | $376.42 |
| 12/1/2014 | Purchase | $249.95 | BTC 0.6609 | $378.21 |
| **Net Amount** | | $1,429.59 | (BTC 0.6408) | |

| Mr. Mills' damages calculation based on BTC-USD spot rate | | $1,429.59 |
|---|---|---|
| Net BTC gain through investing | | BTC 0.6408 |
| VWAP BTC-USD rate across purchases | × | $470.76 |
| Net BTC gain in USD | = | $301.65 |
| Damages based on constant BTC-USD exchange rate | | $0.00 |

**Notes:**

[A]  Implied BTC-USD spot rates are calculated as the reported US Dollar amount of a purchase or withdrawal divided by the reported Bitcoin amount in ZenCloud.

[B]  Based on the userId column of the devices table ("Scenario One") or based on who activated the Zencode ("Scenario Two"), the same purchases are linked to ZenCloud account "2395."

**Source:**

[1]  ZenCloud "Transactions" table.

**Exhibit 14**
**Correction to Mr. Mills' Damages Calculations**
**CUSA Violations, Exchange Act, and Common Law Fraud**
**Excluding the Impact of Bitcoin Depreciation**

**Mr. Mills' Damages Estimates**

| | Number of Damaged Accounts | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|
| **Scenario One** | 9,138 | $19,339,627 | $20,854,051 | $12,281,920 |
| **Scenario Two** | 9,382 | $19,040,958 | $20,542,908 | $12,040,220 |
| **Source:** | Appendix C-1 | Mills Report, Table 11 | Mills Report, Table 12 | Mills Report, Table 13/14 |

**Corrected Damages Estimates[A]**

| | Number of Damaged Accounts | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|
| **Scenario One** | 8,652 | $18,180,697 | $19,609,076 | $11,519,941 |
| **Scenario Two** | 8,862 | $17,875,906 | $19,291,698 | $11,271,523 |
| **Source:** | Appendix C-3 | Appendix C-3 | Appendix C-3 | Appendix C-3 |

**Difference[B]**

| | Number of Damaged Accounts | CUSA Damages with Simple Interest | CUSA Damages with compound interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|
| **Scenario One** | -486 | ($1,158,930) | ($1,244,975) | ($761,979) |
| **Scenario Two** | -520 | ($1,165,052) | ($1,251,210) | ($768,697) |

**Notes:**

[A]  The corrections are made by adapting the program in Mills Report Appendix A to calculate withdrawals in Bitcoin values, then converting them to US Dollar values using the VWAP of BTC across purchases for each account. Only damaged accounts are included.

[B]  The difference is calculated by subtracting Mr. Mills' damages from corrected damages.

**Sources:**

[1]  Mills Report & Appendices.

[2]  ZenCloud Database.

**Exhibit 15A**
**Correction to Mr. Mills' Damages Calculations**
**Combination of Bitcoin and Interest Adjustments**

**Mills' Damages Estimates**

| | Damaged UserIDs | Consideration Paid | Income Received | Simple Interest on Consideration | Compound Interest on Consideration | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|---|---|---|---|
| Scenario One | 9,138 | $17,670,130 | $5,388,210 | $7,057,707 | $8,572,131 | $19,339,627 | $20,854,051 | $12,281,920 |
| Scenario Two | 9,382 | $17,529,920 | $5,489,700 | $7,000,738 | $8,502,688 | $19,040,958 | $20,542,908 | $12,040,220 |
| Source: | Appendix C-1 | Mills Report, Table 11/12 | Mills Report, Table 11/12 | Mills Report, Table 11 | Mills Report, Table 12 | Mills Report, Table 11 | Mills Report, Table 12 | Mills Report, Table 13/14 |

**Total Damages Estimate After Combining Bitcoin and Interest Adjustments**

| | Damaged UserIDs | Consideration Paid | Income Received [A] | Simple Interest on Net | Compound Interest on Net | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|---|---|---|---|
| Scenario One | 8,652 | $16,684,809 | $5,164,869 | $4,660,615 | $5,676,003 | $16,180,556 | $17,195,944 | $11,519,941 |
| Scenario Two | 8,862 | $16,548,464 | $5,276,941 | $4,548,245 | $5,536,076 | $15,819,768 | $16,807,599 | $11,271,523 |
| Source: | Appendix C-4 | Appendix C-4 | Appendix C-4 | Appendix C-4 | Appendix C-4 | Appendix C-4 | Appendix C-4 | Appendix C-4 |

**Difference**

| | Offset to CUSA Damages (Simple Interest) | Offset to CUSA Damages (Compound Interest) | Exchange Act or Common Law Fraud |
|---|---|---|---|
| Scenario One | ($3,159,071) | ($3,658,107) | ($761,979) |
| Scenario Two | ($3,221,190) | ($3,735,310) | ($768,697) |

**Notes:**
[A] Income received for adjusted damages estimates includes Bitcoin withdrawals only.
[B] Adjusted estimated damages are calculated by combining Corrections #2-3 simultaneously. Details on each individual correction are found in each respective exhibit.
[C] Calculations are contained within Appendix C-4.

**Sources:**
[1] Mills Report & Appendices.
[2] ZenCloud Database.

Exhibit 15B
Correction to Mr. Mills' Damages Calculations
Combination of PayCoin, Bitcoin, and Interest Adjustments

**Mills' Damages Estimates**

| | Damaged UserIDs | Consideration Paid | Income Received | Simple Interest on Consideration | Compound Interest on Consideration | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|---|---|---|---|
| Scenario One | 9,138 | $17,670,130 | $5,388,210 | $7,057,707 | $8,572,131 | $19,339,627 | $20,854,051 | $12,281,920 |
| Scenario Two | 9,382 | $17,529,920 | $5,489,700 | $7,000,738 | $8,502,688 | $19,040,958 | $20,542,908 | $12,040,220 |
| Source: | Appendix C-1 | Mills Report, Table 11/12 | Mills Report, Table 11/12 | Mills Report, Table 11 | Mills Report, Table 12 | Mills Report, Table 11 | Mills Report, Table 12 | Mills Report, Table 13/14 |

**Total Damages Estimate After Combining PayCoin, Bitcoin, and Interest Adjustments**

| | Damaged UserIDs | Consideration Paid | Income Received [A] | Simple Interest on Net | Compound Interest on Net | CUSA Damages with Simple Interest | CUSA Damages with Compound Interest | Exchange Act or Common Law Fraud |
|---|---|---|---|---|---|---|---|---|
| Scenario One | 7,591 | $12,443,653 | $5,011,888 | $3,000,237 | $3,652,247 | $10,432,002 | $11,084,012 | $7,431,765 |
| Scenario Two | 7,796 | $12,400,741 | $5,136,182 | $2,924,843 | $3,558,423 | $10,189,402 | $10,822,982 | $7,264,559 |
| Source: | Appendix C-5 | Appendix C-5 | Appendix C-5 | Appendix C-5 | Appendix C-5 | Appendix C-5 | Appendix C-5 | Appendix C-5 |

**Difference**

| | Offset to CUSA Damages (Simple Interest) | Offset to CUSA Damages (Compound Interest) | Exchange Act or Common Law Fraud |
|---|---|---|---|
| Scenario One | ($8,907,625) | ($9,770,039) | ($4,850,155) |
| Scenario Two | ($8,851,556) | ($9,719,926) | ($4,775,661) |

**Notes:**
[A] Income received for adjusted damages estimates includes both Bitcoin and PayCoin withdrawals.
[B] Adjusted estimated damages are calculated by combining Corrections #1-3 simultaneously. Details on each individual correction are found in each respective exhibit.
[C] Calculations are contained within Appendix C-5.

**Sources:**
[1] Mills Report & Appendices.
[2] ZenCloud Database.
[3] Paybase Database.
[4] CoinMarketCap.com, "Historical Data for PayCoin" <https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

**APPENDIX A**
**BRUCE A. STROMBOM, Ph.D.**
**Managing Principal**

Phone: (213) 896-4520                                                    333 S. Hope Street
Fax: (213) 623-4112                                                              Suite 2700
bruce.strombom@analysisgroup.com                              Los Angeles, CA  90071

Bruce Strombom is an expert in applied microeconomics, finance, and quantitative and statistical analysis.  He provides assistance to attorneys in all phases of pretrial and trial practice, prepares economic and financial models, and provides expert testimony in litigation and public policy matters. Dr. Strombom has conducted assessments of class certification, liability, and damages issues in cases involving antitrust, breach of contract, ERISA, false advertising, intellectual property, labor and employment, product liability, securities, and general commercial disputes.

Prior to joining Analysis Group, Dr. Strombom was Executive Vice President of a middle-market merger and acquisition firm, where he managed a financial and market research organization that provided valuation and consulting services to over 500 privately held companies annually.  Previously, he was Consulting Manager at Price Waterhouse, where he provided litigation support and value enhancement consulting services, and Senior Financial Analyst at the Tribune Company, where he evaluated capital projects and acquisition candidates.  Dr. Strombom holds a Ph.D. in economics from the University of California, Irvine, and a B.A. in economics from San Jose State University.

**EDUCATION**

Ph.D.                    Economics, University of California, Irvine
                         Fields: Finance and Industrial Organization
                         Thesis: Switching Cost, Price Sensitivity and Health Plan Choice

B.A.                     Economics, San Jose State University, San Jose, CA

**PROFESSIONAL EXPERIENCE**

2004 – Present           Managing Principal, Analysis Group, Inc., Los Angeles, CA

1993 – 2004              Senior Associate and Vice President, Analysis Group, Inc., Los Angeles, CA

1992                     Regional General Manager, Prodata, Inc., Sacramento, CA

1985 – 1991              Executive Vice President, Geneva Business Research Corp., Irvine, CA

1983 – 1985              Manager of Consulting Services, Price Waterhouse, Newport Beach, CA

1981 – 1983              Senior Financial Analyst, Tribune Newspapers West, Woodland Hills, CA

## SELECT CASE ASSIGNMENTS

### General Commercial Litigation

- **Stanley F. Frompovicz, et al. v. Niagara Bottling, LLC, et al.**
  *United States District Court, Eastern District of Pennsylvania*
  Examine economic issues related to class certification and determine whether econmic impact and damages to spring water extractors and bottlers from the alleged mislabeling of spring water can be determined on a classwide basis (expert report and deposition).

- **Debbie Krommenhock, et al. v. Post Foods LLC**
  *United States District Court, Northern District of California*
  Assess the reliability of plaintiffs' proposed methods of calculating class-wide damages in this matter involving alleged misleading health-related claims on boxes of Post cereal (expert reports and deposition).

- **Joesph Lack, et al v. Mizuho Bank and Mark Karpeles**
  *United States District Court, Central District of California, Southern Division*
  Evaluate economic issues related to class certification in this matter involving the bankruptcy of the bitcoin exchange Mt. Gox (expert report).

- **Denis Marc Audet, et al. v. Stuart A. Fraser, et al.**
  *United States District Court, District of Connecticut*
  Review economic evidence related to class certification in this matter involving the sale of virtual currency mining equipment and cloud-hosted mining and the inital coin offering of the cryptocurrency Paycoin (expert report and deposition).

- **Iconlab Inc., et al. v. Valeant Pharmacuticals International, Inc., et al.**
  *United States District Court, Central District of California, Southern Division*
  Evaluate lost profits and unjust enrichment in this matter involving alleged misappropriation of trade secrets related to the sale of intraocular lenses in Turkey and India (expert report and deposition).

- **Gregory Greene, et al. v. Mizuho Bank and Mark Karpeles**
  *United States District Court, Northern District of Illinois, Eastern Division*
  Evaluate economic issues related to class certification in this matter involving the bankruptcy of the bitcoin exchange Mt. Gox (expert report and deposition).

- **New World TMT Limited v. Wang Wei, et al.**
  *High Court of the Republic of Singapore*
  Project defendant's net cash balance as of June 30, 2017 that is traceable to funds misappropriated from plaintiff from April 2000 to December 2006 (expert report).

- **United States of America, ex rel. Bruce Jacobs v. Bank of America, et al.**
  *United States District Court, Southern District of Florida*
  Assess whether calculations performed by plaintiff's expert provide a reliable estimate of damages from allegedly false claims for FHA insurance recoveries (expert report).

- **Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.**
  *United States District Court, Central District of California - Western Division*
  Evaluate damages from alleged false advertising under the Lanham Act and unfair business practices in the market for protective medical garments (expert report, deposition and testimony at trial).

- **Carlos McClatchy v. Gary B. Pruitt, et al.**
  *Superior Court of the State of California, City and County of San Francisco*
  Calculate damages to a trust beneficiary from the alleged failure to properly diversify the trust's holdings (deposition and testimony at trial).

- **Benjamin Michael Merryman, et al. v. Citigroup, Inc., et al.**
  *United States District Court, Southern District of New York*
  Evaluate the feasibility of calculating damages on a class-wide basis and rebut plaintiffs' damages calculation in this case involving foreign exchange transactions associated with American Depository Receipts (ADRs) (expert declaration and deposition).

- **Ronald McAllister, et al. v. The St. Louis Rams, LLC**
  *United States District Court, Eastern District of Missouri, Eastern Division*
  Identify data related to personal seat licenses available to the Rams and evaluate whether those data are suitable for identifying members of the proposed classes, establishing liability and calculating damages on a class-wide basis without individualized inquiry (expert report and deposition).

- **James J. Cotter, et al. v. Margaret Cotter, et al. and Reading International, Inc.**
  *District Court, Clark County, Nevada*
  Evaluate plaintiffs' damages analysis in this shareholder derivative action and address issues of loss causation (expert report and deposition).

- **CoreLogic, Inc. v. First American Financial Corp.**
  *JAMS Arbitration*
  Rebut Plaintiff's damages analysis in this matter involving alleged breach of contract and misappropriation of trade secrets (deposition and testimony at arbitration).

- **Maricopa County v. Office Depot, Inc.**
  *United States District Court, District of Arizona*
  Calculate damages from the alleged failure to comply with the terms of a contract that guaranteed the plaintiff the lowest prices offered by the defendant (expert report and deposition).

- **Alex Ang, et al. v. Bimbo Bakeries USA, Inc.**
  *United States District Court, Northern District of California*
  Evaluate proposed regression-based methods of determining harm to consumers and calculating damages resulting from allegedly false and misleading claims appearing on the labels of bread and other baked goods (declaration).

- **Patrick Hendricks, et al. v. Starkist Co.**
  *United States District Court, Northern District of California*
  Assess whether members of a putative class can be ascertained and whether the proposed method for calculating harm to consumers from underweight products can be applied on a common, class-wide basis (declaration and deposition).

- **David Helmer, et al. v. The Goodyear Tire & Rubber Co.**
  *United States District Court, District of Colorado*
  Assess the typicality of class representatives and numerosity of potential class members in this matter related to the manufacturing and distribution of allegedly defect hose used in hydronic heating systems (expert report and testimony at hearing).

- **Big 5 Sporting Goods Song-Beverly Cases**
  *Superior Court of California, County of Los Angeles*
  Estimate the value of certain ZIP code information collected from customers who made credit card purchases (expert report).

- **UMG Recordings, Inc. v. NBC Universal, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the reliability and adequacy of data provided by plaintiffs to calculate damages from the destruction of over 100,000 original master audio recordings in a warehouse fire (deposition).

- **Hansen Beverage Company v. Vital Pharmaceuticals, Inc.**
  *United States District Court, Southern District of California*
  Evaluate damages under the Lanham Act from alleged false advertising in the energy drink and energy shot markets (expert report and deposition).

- **Emily Diaz v. First American Home Buyers Protection Corporation**
  *United States District Court, Southern District of California*
  Evaluate class certification issues including plaintiff's proposed method of calculating economic damages suffered by members of the putative class using a common method of proof (expert report and deposition).

- **State Pipe and Supply, Inc. v. Coutinho & Ferrostal Inc.**
  *United States District Court, Central District of California*
  Calculate damages (a) to the plaintiff from the failure of a steel pipe supplier to deliver products as contracted and (b) to the defendant under a counter-claim assuming proper mitigation (expert report).

- **Classic Concepts v. Linen Source, Inc.**
  *United States District Court, Central District of California*
  Estimate damages related to a claim of copyright infringement (expert report and testimony at trial).

- **City of Los Angeles**
  *Consent Decree with U.S. Department of Justice*
  Evaluate claims of racial profiling by LAPD officers using advanced statistical techniques and data on motor vehicle and pedestrian stops (expert report).

- **In re: FedEx Ground Package System, Inc., Employment Practices Litigation**
  *United States District Court, Northern District of Indiana*
  In this case involving the alleged misclassification of drivers as independent contractors, led case team supporting two Academic Affiliates who analyzed the functions performed by FedEx drivers, the economic relationships between FedEx, the drivers and customers of FedEx, and transactions involving the sale of routes by drivers.

- **Memory Card International v. Fry's Electronics, Inc., et al.**
  *California Superior Court, County of Orange*
  Estimate damages caused by alleged misappropriation of trade secrets related to computer memory devices (expert report).

- **New World TMT, Ltd. v. PrediWave Corp., et al.**
  *Superior Court of California, County of Santa Clara*
  Evaluate prices of SDRAM chips and calculate damages from investments, purchases and advances made by New World when a cable television venture in China failed (expert report and deposition).

- **Rajashree Karwa v. Madison Tyler Holdings, LLC**
  *Arbitration before JAMS*
  Rebut damages claimed by plaintiff related to her termination and removal as a management member of Madison Tyler Holdings without sufficient cause (expert report and deposition).

- **Mark Ford, et al. v. Bimbo Bakeries USA, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Estimate damages suffered by independent distributors in a contract dispute with a large commercial bakery (deposition).

- **Fredrick W. Penney, et al. v. CLC, Inc.**
  *Arbitration before JAMS*
  Estimate damages suffered by law firms from failure of a prepaid legal services plan to refer members to contracted legal network (deposition and testimony at arbitration).

- **Independent Association of Mailbox Center Owners, Inc., et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of San Diego*
- **O'Cubed Technology, Inc., et al. v. Mail Boxes Etc., Inc.**
  *Arbitration Before JAMS*
- **Anything Goes, LLC, et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of Los Angeles*
- **Catherine Thomas, et al. v. Mail Boxes Etc. USA, Inc.**
  *Arbitration before the American Arbitration Association*
- **Morgate LLC, et al. v. Mail Boxes Etc., Inc.**
  *Superior Court of California, County of Los Angeles*
  Case team leader supporting multiple experts in this series of cases brought by franchisees related to the acquisition of franchisor Mail Boxes Etc. USA, Inc. by United Parcel Service, Inc. and conversion of Mail Boxes Etc. stores to The UPS Stores.

- **Jason Brett, et al. v. The Walt Disney Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Led a case team that gathered information from both electronic and paper sources, interviewed staff members, and created a comprehensive database covering over 8,300 television writers and analyzed the data for evidence of age discrimination.

- **In re Quanex Corporation and Affiliated Subsidiaries**
  *United States Tax Court*
  Assess the economic substance and business purpose of a transaction establishing a special purpose subsidiary (expert report and testimony at trial).

- **Impact Management Consulting v. National Scrip Center**
  *Arbitration before JAMS*
  Estimate lost profits from the breach of an exclusive marketing agreement (expert report).

- **Larry Plancich v. United Parcel Service, Inc.**
  *Superior Court of California, County of San Bernardino (testimony at trial)*
- **Ben Lopez v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Daniel Kline v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Gerald Shoemaker v. United Parcel Service, Inc.**
  *United States District Court, District of Idaho (declaration)*
  Analyze time records to determine whether the FLSA Motor Carrier Exemption applied in these wage and hour matters.

- **Microsoft Corp. – Private Antitrust Litigations**
  Consulting support to counsel related to potential overcharges from anticompetitive conduct in markets for PC operating system and application software. Estimated damages exposure in an antitrust action brought by Netscape for alleged anticompetitive conduct in the market for internet browsers.

- **Robert Kahn v. Financial Management Advisors, Inc.**
  *Arbitration before JAMS*
  Evaluate the equivalence of shares in an S-corporation with membership units in a majority owned subsidiary limited liability corporation (expert report and testimony at arbitration).

- **Janice Millius, et al. v. Los Angeles Unified School District**
  *Superior Court of California, County of Los Angeles*
  In this case seeking recovery of unpaid wages and benefits, calculated the difference in cost between bus service provided by district employees and service provided by independent third party vendors (expert report).

- **Kan Di Ki, Inc. v. Timothy B. Ferrigan, et al.**
  *Superior Court of California, County of Fresno*
  Estimate damages from breach of a non-solicitation agreement associated with the sale of a mobile radiology company (expert report and deposition).

- **Gary M. Kawesch, M.D. Inc. v. Antione L. Garabet, M.D., Inc., et al.**
  *United States District Court, Northern District of California*
  Estimate damages resulting from trademark/trade dress infringement by a laser eye surgery provider (expert reports).

- **Consumer Justice Center, et al. v. Brother Industries, Inc., et al.**
  *Superior Court of California, County of Orange*
  Develop, implement and analyze a consumer survey to determine whether product advertising misled consumers about product features.

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 280 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 280 of 667

*Bruce A. Strombom, page 7*

- **Western Filter Corporation v. Vickers Inc.**
  *United States District Court, Central District of California*
  Assess damages resulting from the breach of an alliance agreement involving the sales and marketing of industrial hydraulic equipment (expert report and testimony at arbitration).

- **Edison Electric Institute**
  Prepare a white paper on the use of derivative securities to hedge risk in the electric utility industry.

- **SEC v. Henry Yuen, et al.**
  *United States District Court, Central District of California, Western Division*
  Provide consulting support on liability issues related to revenue recognition and market acceptance of a new interactive programming guide offered by Gemstar-T.V. Guide International.

- **Ticketmaster LLC v. StubHub, Inc.**
  *Superior Court of California, County of Los Angeles*
  Retained by defendant to evaluate damages from the sale of blocks of "artist hold tickets" on StubHub's internet-based marketplace.

## ERISA

- **Kevin Moitosso, et al. v. FMR LLC, et al.**
  *United States District Court, District of Massachusetts*
  Evaluate whether a defined contribution retirement plan and its members incurred economic losses attributable to alleged breaches of fiduciary duty under ERISA (expert report and deposition).

- **Theresa Brown, et al. v. Nationwide Life Insurance Company, et al.**
  *United States District Court, Southern District of Ohio Eastern Division at Columbus*
  Assess, from an economic perspective, whether claims that Nationwide charged unreasonable asset-based fees for the provision of recordkeeping and other administrative service can be evaluated on a class-wide basis (expert report and deposition).

- **Steve Wildman, et al. v. American Century Services, LLC, et al.**
  *United States District Court, Western District of Missouri*
  In this ERISA class action involving claims that a 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent, evaluate whether liability and damages can be determined on a class-wide basis without individualized inquiry and evaluate plaintiffs' damages estimate (expert reports, deposition and testimony at trial).

- **Jaclyn Santomenno, et al. v. Transamerica Life Insurance Company, et al.**
  *United States District Court, Central District of California*
  In this case involving claims that fees charged by an ERISA retirement plan service provider were excessive, evaluate whether questions related to liability and damages can be addressed on a class-wide basis without individualized inquiry and calculate damages (expert reports and deposition).

- **Beverly Kanawi, et al. v. Bechtel Corporation**
  *United States District Court, Central District of California*
  Case team leader in rebutting analyses of seven opposing experts in ERISA case involving claims that 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent.

Case 3:16-cv-00940-MPS Document 212-4 Filed 06/01/20 Page 281 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 281 of 667

*Bruce A. Strombom, page 8*

- **Joan Ned-Sthran v. Methodist Hospitals of Dallas, et al.**
  *United States District Court, Northern District of Texas*
  Evaluate claims of breach of fiduciary duty and damages in ERISA case involving alleged excessive charges for employees' share of health insurance premiums (expert report).

- **Penske Logistics, LLC, et al. v. Freight Drivers and Helpers Local No. 557 Pension Fund**
  *Before Arbitrator Ira F. Jaffe*
  Evaluate economic issues related to the alleged evasion and avoidance of an unfunded pension liability under ERISA (expert report, deposition and testimony at arbitration).

## Health Care and Health Insurance

- **Camille Cabrera, et al. v. Bayer Healthcare LLC and Bayer Corporation**
  *United States District Court, Central District of California*
  Evaluate whether data on transaction prices and volumes support claims of a price premium associated with an allegedly false label claim and whether the proposed methodology can be used to calculate damages on a classwide basis (expert report).

- **The Hospital Authority of Metropolitan Government of Nashville and Davidson County Tennessee, et al. v. Momenta Pharmaceuticals, Inc., et al.**
  *United States District Court, Middle District of Tennessee, Nashville Division*
  Evaluate the proposed method of calculating class-wide damages to end-payors from the alleged manipulation of the generic approval process and resulting delay of generic entry and determine to what extent increased prices at the manufacturer level impact prices paid end-payors (expert report and deposition).

- **In re Loestrin 24 FE Antitrust Litigation**
  *United States District Court, District of Rhode Island*
  Evaluate availability of an administratively feasible method for ascertaining the members of a proposed end-payor class and the economic role of PBMs in retail prescription drug transactions (expert report, deposition and testimony at hearing).

- **In re Asacol Antitrust Litigation**
  *United States District Court, District of Massachusetts*
  Evaluate economic issues related to the ascertainability of the class and evidence that defendant's actions caused class-wide harm and evaluate plaintiffs' damages claims (expert report and deposition).

- **Francis Fenwick, et al. v. Ranbaxy Pharmaceuticals, et al.**
  *United States District Court, District of New Jersey*
  Evaluate plaintiffs' proposed methodology for identifying class members and calculating damages on a class-wide basis to consumers who purchased generic atorvastatin that may have contained a foreign material (expert report and deposition).

- **In re Wellbutrin XL Antitrust Litigation**
  *United States District Court, Eastern District of Pennsylvania*
  Evaluate the ascertainability of members of a class of indirect purchasers given risk-sharing arrangements in the distribution of pharmaceuticals and the "pass-on" of health care costs by health plans in the form of higher premiums (expert reports and deposition).

- **New Mexico Oncology and Hematology Consultants v. Presbyterian Healthcare Services, et al.**
  *United States District Court, District of New Mexico*
  Evaluate damages to a medical specialty group from alleged unlawful maintenance of monopoly power in the markets for private health insurance and inpatient services and attempted monopolization of the market for a speciality medical service by an integrated health insurer and provider organization (expert reports and depositions).

- **Lake Travis Transitional LTCH, LLC v. Lakeway Regional Medical Center, LLC, et al.**
  *The District Court of Travis County, Texas, 345th Judicial District*
  Review and evaluate cash flow projections for a start-up long-term care hospital and assess the reasonableness of estimated lost profit damages (deposition and testimony at trial).

- **Mylan Pharmaceuticals, Inc., et al. v. Warner Chilcott Public Limited Company, et al.**
  *United States District Court, Eastern District of Pennsylvania*
  Evaluate the relevance of "pass-on" issues to the damages claimed by indirect purchasers of an oral antibacterial drug (expert reports and deposition).

- **WellSpan Health, et al. v. Quantum Imaging and Therapeutic Associates, Inc.**
  *Court of Common Pleas of York County, Pennsylvania*
  Calculate damages from the alleged breach of noncompete provisions of employment contracts and unfair competiton related to provision of radiology and radiation oncology services (expert report).

- **Allegheny General Hospital v. UPMC Health Plan, Inc.**
  *Court of Common Pleas of Allegheny County, Pennsylvania*
  Evaluate methods of calculating "actual costs" incurred by a hospital in providing emergency and other medical services to health plan enrollees (declaration, expert report and deposition).

- **Beverly Clark, et al. v. The Prudential Insurance Company of America**
  *United States District Court, District of New Jersey*
  Evaluate whether the existence and extent of damages to members of the proposed class due to the closure of a block of health insurance business can be determined using a common method of proof without individual inquiry (declaration, expert report and deposition).

- **Capital Funding Group, Inc. v. Credit Suisse Securities LLC, et al.**
  *Circuit Court for Montgomery County, Maryland (expert report, deposition and testimony at trial)*
- **Leonard Grunstein et al. v. Ronald E. Silva, et al.**
  *Court of Chancery of the State of Delaware (expert report and deposition)*
  Evaluate whether defendants used plaintiffs' proprietary information related to HUD-insured refinacing of commercial mortgage backed securities (CMBS) issued in the acquisition of assisted living facilities throughout the U.S.

- **Neurosurgical Specialties of Nepa, Inc., et al. v. Wyoming Valley Health Care System, Inc.**
  *Court of Common Pleas of Luzerne County, Pennsylvania*
  Calculate damages from the alleged breach of contract for neurosurgery services between a medical practice and a hospital (expert report).

- **California State Auditor**
  Several assignments including review of the financial status and future prospects of the Los Angeles County Department of Health Services and review of a decision by CalPERS to limit the hospital network available to health plan enrollees.

- **Nevada Attorney General - Health Plan Merger**
  Retained by Nevada State Attorney General to prepare an expert report and testify concerning market definition and the impact of a proposed health plan merger on competition in health insurance markets. Evaluate possible monopsony power in the market for physician services.

- **In re Managed Care**
  *United States District Court, Southern District of Florida*
  Provide expert support to a large commercial health plan in a dispute involving claims adjudication practices, including the use of automated claims review and editing software, and prepare detailed analyses of over 100 million fee-for-service claims.

- **Oncure Medical Corporation v. Mission Hospital Regional Medical Center**
  *Superior Court of California, County of Orange*
  Estimate damages suffered by a radiation therapy provider from the breach of a non-compete agreement and provide assistance in mediation.

- **Unilab Corporation v. Westcliff Medical Laboratories**
  *California Superior Court, County of Los Angeles*
  Estimate damages associated with the acquisition of a medical testing laboratory.

- **Health Net, Inc. v. State Department of Health Services, et al.**
  *Superior Court of California, County of Sacramento*
  Estimate damages suffered by Health Net from the State's failure to properly allocate MediCal managed care enrollees to the health plan (deposition).

- **John Muir Medical Center v. Health Net, Inc.**
  *Arbitration before JAMS*
  Evaluate whether inflation in hospital charges exceeded the amount allowed in a provider services contract (deposition).

- **Sutter Health v. Health Net, Inc.**
  *American Arbitration Association*
  Assess the reasonableness of a hospital's billed charges during contract negotiations with a health plan (expert report and testimony at arbitration).

- **Cost Shifting in Hospital Services**
  For a consortium of community hospitals, compare hospital reimbursement rates paid by government payers (Medicare, Medicaid and County Indigent Programs) with those paid by commercial health plans and estimate the impact of "cost shifting" on health plan premiums and enrollment.

- **Wichita Clinic, P.A., v. Columbia/HCA Healthcare Corporation**
  *United States District Court, District of Kansas*
  Support Academic Affiliate in economic analysis and evaluation of the alleged monopolization of hospital services market.

- **Vitascan Partners v. G.E. Healthcare Financial Services**
  *Superior Court of California, County of Santa Barbara*
  Evaluate claims that poor performance of EBT scanners caused the failure of plaintiffs' business and estimate damages (deposition and testimony at trial).

- **The Commissioner of Corporations of the State of California v. Western Dental Services, Inc.**
  *California Superior Court, County of Orange*
  Support Academic Affiliate in evaluating the statistical sampling methodology used by the Department of Corporations to assess the quality of dental services.

- **MedImmune, Inc., v. Centocor, Inc., et al.**
  *United States District Court, District of Maryland*
  Support an Academic Affiliate in evaluating whether the monoclonal antibody product, Synagis, was commercially successful and whether the patented technology at issue contributed to that success.

## Valuation

- **Dikla Gavrieli v. Kfir Gavrieli**
  *Superior Court of the State of California, County of Los Angeles*
  Determine the value of a digital native vertical retailer at various dates and rebut plaintiff's damages calculation (depositions).

- **In re September 11 Litigation**
  *United States District Court, Southern District of New York*
  Led a case team that supported Academic Affiliate in estimating the value of the 99-year master leasehold interests held by Silverstein Properties and calculate damages from destruction of World Trade Center Towers One, Two, Four, Five and Seven on 9/11.

- **Center Partners, Ltd., et al. v. Urban Shopping Centers, L.P, et al.**
  *Circuit Court Cook County, Illinois*
  Value a minority interest with complex allocation and option provisions in a multi-billion dollar limited partnership with investments in regional shopping malls.

- **Gary Pudles v. William Robertshaw, et al.**
  *California Superior Court, County of Orange*
  Value a controlling interest in a software company providing communications, business process automation and performance management applications to businesses (deposition).

- **Sunset Drive Corporation v. City of Redlands**
  *United States District Court, Central District of California*
  Prepare financial projections, value a low- to moderate-income residential development and estimate damages suffered by a developer when defendant blocked construction (expert report and deposition).

- **MVU Investors LLC v. General Electric Corporation**
  *United States District Court, Central District of California*
  Estimate value and calculate damages from the alleged breach of an agreement to purchase a patent portfolio involving MRI technology (expert report).

- **Equipoint Financial Network, Inc. v. Bruce Barnes, et al.**
  *California Superior Court, County of San Diego*
  Review and critique defendants' valuation report and estimate the fair market value of a minority interest in an originator of FHA Home Equity Conversion (reverse) Mortgages (expert report).

- **SOC-SMG Inc. v. Day & Zimmermann, Inc.**
  *Arbitration before JAMS*
  Value two merging businesses and calculate the amount of overpayment in a joint venture transaction caused by misrepresentations and non-disclosure of material adverse events related to procurement of military contracts (expert report and testimony at arbitration).

- **Denise P. Edwards, et al., v. The First American Corporation, et al.**
  *United States District Court, Central District of California*
  Estimate the values of various interests in title insurance agencies acquired by First American to determine if purchase prices exceeded fair market value and constituted kickbacks for referrals of title insurance business under RESPA (expert reports and deposition).

- **Conrad P. Lee Company, et al. v. EPS Solutions Corp., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of five privately held companies, evaluate factors leading to the failure of a professional services firm and estimate damages resulting from non-disclosures in a roll-up transaction (expert reports, deposition and testimony at arbitration).

- **David Salomon v. Michael Gould, et al.**
  *Arbitration before JAMS*
  Review two competing valuations of a securities trading firm engaged in arbitrage in exchange-listed equities, fixed-income products and derivatives using proprietary algorithms and electronic trade execution software (deposition and testimony at arbitration).

- **Horowitz Limited Partnership I v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert report and testimony at arbitration);*
- **James Holden and Christine Holden v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration); and*
- **Victor Arias, et al. v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration)*
  Value eight privately held companies, assess loss causation issues and estimate damages resulting from non-disclosures in a roll-up transaction involving over thirty professional service companies.

- **Peter Vagenas, et al. v. Demetrios Kefallinos, et al.**
  *Arbitration before ADR Services, Inc.*
  Value a fast-food restaurant chain, rebut plaintiffs' damages analysis and estimate damages from alleged infringement of trademark/trade dress (deposition and testimony at arbitration).

- **Marshall Hospital v. Eliot R. Drell, M.D., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of an Ambulatory Surgery Center and calculate lost profits from termination of a joint venture between a hospital and medical group (deposition and testimony at arbitration).

- **Chinyun Kim v. The Grover Coors Trust, et al.**
  *District Court, Jefferson County, Colorado*
  Provide analytic support to an Academic Affiliate in the valuation of convertible preferred stock in a financial distressed packaging materials manufacturer.

- **California State Auditor**
  At the request of the State Legislature, evaluate the merger of UCSF Medical Center and Stanford Health Services to determine the benefits of integration and assess the relative value of assets contributed by the two organizations.

- **Pacific Coin Management v. BR Telephony Partners, et al.**
  *California Superior Court, County of Los Angeles*
  Estimate damages suffered by the buyer of a pay telephone company from the seller's failure to disclose information allegedly pertinent to the value of the company (expert report, deposition and testimony at trial).

- **Bell and Associates, Inc. v. Fidelity National Information Solutions, Inc., et al.**
  *Superior Court of California, County of Orange*
  Value a start-up internet-based business enterprise and estimate damages caused by the alleged breach of a joint venture agreement (expert report and deposition).

- **Gray v. ODS Technology, LP, et al.**
  *United States District Court, Southern District of Florida*
  Value an option to acquire an equity interest in an internet gaming enterprise.

- **In re the Marriage of Downey**
  *California Superior Court, County of Orange*
  Value a manufacturer of commercial and general aviation aircraft cabin interior products (expert report and deposition).

- **California Food Plan, Inc. v. Robert Size, et al.**
  *California Superior Court, County of Orange*
  Value a direct marketing food retailer and analyze alleged excess compensation under a consulting agreement (expert report and deposition).

## Real Estate and Mortgage Lending

- **AMBAC Assurance Corporation, et al v. Nomura Credit & Capital, Inc., et al**
  *Supreme Court of the State of New York, County of New York*
  Evaluate damages caused by alleged defective loans originated by the defendant and include in two residential mortgage backed securitizations insured by the plaintiff (expert report).

- **Panagiotis Mallios v. Bank of America, NA, et al.**
  *District Court, Clark County, Nevada*
  Estimate damages to borrower when defendant declined to modify residential mortgages and foreclosed (expert report and testimony at trial).

- **Confidential Assignment – Residential Mortgage Portfolio Valuation**
  Value a multi-billion dollar portfolio of first and second lien residential mortgages for tax purposes.

- **Lionel Lima, Jr., et al. v. Deutsche Bank National Trust Company, et al.**
  *United States District Court, District of Hawaii* (expert report and declaration)
- **Evelyn Jane Gibo, et al. v. U.S. Bank National Association, et al.**
  *United States District Court, District of Hawaii* (expert report and declaration)
- **Nancy L. Manchester, et al. v. U.S. Bank National Association, et al.**
  *Circuit Court of the First Circuit, State of Hawaii* (expert report)
  In this series of related class actions, evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report).

- **In Re: RFC and ResCap Liquidating Trust Litigation**
  *United States District Court, District of Minnesota*
  Case team leader supporting multiple academic and mortgage industry experts in addressing issues including statistical sampling methods, mortgage origination standards and practices, loss causation and damages arising from the settlement of RMBS trust and monoline claims in the bankruptcy of RFC.

- **Old Republic Insurance Company v. The Bank of New York Mellon, et al.**
  *Circuit Court of Cook County, Illinois, County Department, Chancery Division*
  Case team leader supporting multiple academic and mortgage industry experts in addressing residential real estate and mortgage industry conditions, underwriting standards and practices and whether alleged misrepresentations had a statistically significant impact on loan performance.

- **Carmel Development Company v. Monterra Ranch Properties, LLC, et al.**
  *Superior Court of California, County of Monterey*
  Analyze financial and other records related to a failed residential real estate development and evaluate the amounts properly claimed under mechanics' liens (expert report, deposition and testimony at trial).

- **Bank of America, N.A. v. Old Republic Insurance Company**
  *United States District Court, Western District of North Carolina*
  Case team leader supporting academic affiliate in evaluating developments in the residential real estate and mortgage markets prior to, and during, the Great Recession and the impact of those developments on loan performance and mortgage market participants including mortgage insurers.

- **Conley D. Wolfswinkel, et al. v. Joseph Arpaio, et al.**
  *United States District Court, District of Arizona*
  Estimate damages resulting from inability to restructure real estate loans as a result of disruption to plaintiffs' business caused by illegal execution of a search warrant and seizure of company property (expert report and deposition).

- **Eagle Real Estate Group, LLC, et al. v. Kenneth R. Melton, et al.**
  *Superior Court of California, County of Orange*
  Support Academic Affiliate in the valuation of multifamily residential properties and estimation of damages resulting from breach of a partnership agreement.

- **Countrywide Financial Corporation, et al. v. Republic Mortgage Insurance Company, et al.**
  *American Arbitration Association*
  Case team leader supporting academic affiliate in addressing statistical sampling and inferences concerning mortgage underwriting practices and quality control procedures.

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 288 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 288 of 667

Bruce A. Strombom, page 15

- **Confidential Assignment – Residential Mortgage Underwriting Standards**
  Evaluate the impact on minority borrowers of changes to underwriting standards of a large residential mortgage lender that were motivated by falling residential real estate values and present findings to HUD.

- **Bank of America, N.A. v Republic Mortgage Insurance Company, et al.**
  *American Arbitration Association*
  Case team leader supporting Academic Affiliate in evaluating risk management practices in mortgage lending and securitization and describing of factors that contributed to home price appreciation in the early to mid-2000s and the collapse that followed.

- **EMC Mortgage Corporation v. Ameriquest Mortgage Corporation**
  *District Court of Denton County, Texas 16th Judicial District*
  Support Academic Affiliate in preparing expert report analyzing how trends in residential real estate prices, loan repurchase obligations and developments in the securities markets interacted to force the closure of many subprime lenders.

- **First American Corporation**
  Prepare expert reports and provide testimony before various state regulators concerning competition in markets for title insurance and real estate closing services, variation in real estate conveyance practices across markets and proposed changes in title insurance regulation.

- **Cecil Barret, Jr., et al. v. Option One Mortgage Corp., et al.**
  *United States Distric Court, District of Massachusetts*
  Led a case team supporting an Academic Affiliate in evaluating whether plaintiffs' statistical analyses showed a common mode of exercising discretion in loan pricing across brokers and a common disparate impact on minority borrowers.

## Title Insurance

- **In The Matter of First American Title Insurance Company Market Conduct Examination**
  *Before the Indiana Commissioner of Insurance*
  Review and evaluate the methods of statistical sampling, extrapolation and calculation of alleged overcharges and premium tax underpayments used in the Department of Insurance's Market Conduct Examination (expert report, deposition and testimony at hearing).

- **Cynthia A. Patterson, et al. v. Fidelity National Title Insurance Company, et al.**
  *Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, Civil Division*
  Assess the accuracy of certian data stored in Fidelity's database systems related to real estate transactions (expert report and deposition).

- **Sjobring v. First American Title Co.**
  *Superior Court of the State of California, County of Los Angeles*
  Assess the feasibility of using defendant's electronic data to prove, on a class-wide basis, whether charges exceeded rates filed with the California Department of Insurance (declaration and deposition).

- **Bruce Levine, et al. v. First American Title Insurance Co.,**
  *United States District Court, Eastern District of Pennsylvania*
  Review and evaluate plaintiffs' proposed method of identifying class members and calculating damages on a class-wide basis (expert report).

- **Miriam Haskins, et al. v. First American Title Insurance Company**
  *United States District Court, District of New Jersey*
  Evaluate the feasibility of identifying members of a proposed class using electronic data and calculating damages on a class-wide basis (expert report, deposition and testimony at hearing).

- **Patrick Kirk, et al. v. First American Title Insurance Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the level of filed rates and estimate the fair market value of various real estate settlement services (declaration, deposition and testimony at trial).

- **Anthony L. Slapikas, et al. v. First American Title Insurance Company**
  *United States District Court, Western District of Pennsylvania*
  Evaluate the feasibility of identifying on a class-wide basis individuals that were entitled to, but did not receive, either the Reissue Rate or the Refinance Rate based on electronic data maintained in defendant's data processing systems (declaration).

- **Campbell v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Maine*
  Evaluate class certification issues and review the statistical sampling method used by plaintiffs' expert to estimate the frequency of overcharges for title insurance policies issued in refinance transactions (expert report).

- **Daniel Perez, et al. v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Arizona*
  Draw and evaluate a sample of title insurance policy files to determine the frequency of mispricing and assess whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Raffone, et al. v. First American Title Insurance Company, Inc.**
  *Circuit Court, Nassau County, Florida*
  Assess the feasibility of using the company's electronic data to determine whether consumers were entitled to, but did not receive, discounted prices on a class-wide basis (expert reports).

**Automotive**

- **Shawn Alger, et al. v. FCA US LLC**
  *United States District Court, Eastern District of California*
  Evaluate plaintiffs' proposed use of replacement cost as a measure of classwide damages caused by allegedly defective active head restraint systems (expert report and deposition).

- **In re: FCA US LLC Monostable Electronic Gearshift Litigation**
  *United States District Court, Eastern District of Michigan, Southern Division*
  Analyze used car prices for evidence of diminution of value resulting from alleged defects in electronic gearshifts (expert reports and depositions).

Case 3:16-cv-00940-MPS   Document 219-2   Filed 06/01/20   Page 290 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 290 of 667

Bruce A. Strombom, page 17

- **Tom Kondash, et al. v. Kia Motors America and Kia Motors Corp.**
  *United States District Court, Southern District of Ohio*
  Evaluate the plaintiffs' proposed method of calculating class-wide damages resulting from alleged defects in panoramic sunroofs (expert report and deposition).

- **Billy Glenn, et al. v. Hyundai Motor America, et al.**
  *United States District Court, Central District of California*
  Evaluate the plaintiffs' proposed method of calculating class-wide damages and conduct a statistical analysis of the fracture rates of conventional and panoramic sunroofs (expert report and deposition).

- **Paul Butler, et al. v. Porsche Cars North America, Inc.**
  *United States District Court, Northern Cistrict of California*
  Assess whether a common methodology exists to measure the alleged diminution in the value of class vehicles had an allegedly defect been disclosed at the time of purchase (expert report).

- **Alfred Salas and Gloria Ortega v. Toyota Motor Sales, U.S.A. Inc.**
  *United States District Court, Central District of California*
  Evaluate plaintiffs' proposed Benefit of the Bargain Damages Methodology and determine if it provides a reliable method of calculating class-wide damages without individualized inquiry (expert report and deposition).

- **Galo Coba, et al. v. Ford Motor Company**
  *United States District Court, District of New Jersey*
  Assess whether used vehicle prices support the claim of diminution in the value of class vehicles as a result of allegedly defective fuel tanks (expert report and deposition).

- **In re General Motors OnStar Litigation**
  *United States District Court, Eastern District of Michigan*
  Assess whether common proof exists of injury to all members of the putative class and whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Margie Daniel, et al. v. Ford Motor Company**
  *United States District Court, Eastern District of California*
  Evaluate repair costs for fleet vehicles for evidence of excess tire wear and review prices of used car transactions for evidence of excess depreciation in the Ford Focus (expert report, deposition and testimony at trial).

- **Peter Diamond, et al. v. Porsche Cars North America, Inc.**
  *Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida*
  Evaluate whether quantitative and statistical methods could be used to establish liability and loss causation in this case involving allegedly defective headlights in Porsche vehicles (deposition and testimony at hearing).

- **Johnette C. Alexander, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of California, County of Orange*
  Assess damages suffered by class members caused by alleged defective rear seat belt systems in the Kia Sephia (deposition and testimony at trial).

- **Regina Little, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of New Jersey – Law Division Union County (expert report and testimony at trial);*
- **Maria Santiago, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of California, County of Orange (deposition); and*
- **Shamell Samuel-Bassett, et al. v. Kia Motors America, Inc., et al.**
  *Court of Common Pleas of Philadelphia County, Pennsylvania (expert report and testimony at trial)*
  Estimate excess depreciation of vehicle and other damages suffered by class members as the result of an allegedly defective braking system in the Kia Sephia in this series of cases in state courts.

## SELECTED PAPERS AND PRESENTATIONS

"Product Liability Litigation Involving Pharmaceuticals and Medical Devices: How Has It Changed in the Big Data/Social Media Era?" Law and Economics Symposium, MIT Sloan, Samberg Center, May 6 2019, Cambridge, MA.

"Using Cash Flows Versus Accrual Net Income," (co-author), *Calculation of Lost Profits Damages – Theory and Practice*, 1st ed., Everett and Kinrich, eds., Valuation Products and Services LLC, 2017.

"Competition in Title Insurance Markets Since the Great Recession," presented at the National Conference of Insurance Legislators, Summer Meeting, July 11, 2013, Philadelphia, PA.

"Class Certification and Damages Theories: Consumers' Valuation of Un-priced Product Attributes," presented at a Webinar continuing legal education forum sponsored by Ballard Spahr, May 16, 2012.

"Statistical Analyses in Proactive Audits and Employment Litigation," presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc. May 20, 2009.

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc., July 29, 2008

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a continuing education forum for attorneys sponsored by Analysis Group, Inc., June 24, 2008, San Francisco, CA.

"Subprime Litigation: A Survival Guide," presented at Institutional Investor Legal Forum Summer Roundtable, June 18, 2008, Santa Monica, CA.

"Subprime Lending Litigation," Program Co-chair at a continuing education forum for attorneys sponsored by CLE International, May 8 and 9, 2008, Los Angeles, CA.

"Reductions in Force: Strategies to Minimize Litigation Risk in Downsizing," presented at a continuing education forum for attorneys sponsored by K&L Gates, January 17, 2008, New York, NY.

"Investigation of Racial Profiling by the LAPD – Pedestrian and Motor Vehicle Post-Stop Data Analysis Report," City of Los Angeles, July 2006.

"An Assessment of Competition in California Title Insurance and Escrow Markets," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Evaluation of Proposed Regulations for the California Title Insurance and Escrow Industry," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Competition and Title Insurance Rates in California," with Bruce Stangle, report prepared for First American Title Insurance Company, January 23, 2006.

"Competition and Title Insurance Prices in California," report and presentation to the National Association of Insurance Commissioners (NAIC), Title Insurance Working Group, June 2006, Washington DC.

"Switching Cost, Price Sensitivity and Health Plan Choice," *Journal of Health Economics* 21, January 2002, p. 89-116.

"Risk Selection Caused by the Correlation of Health Status and Sensitivity to Price," Research in Health Care Financial Management Symposium, August 2001, Best Research Paper Award.

# Appendix B

## List of Additional Materials Considered in Forming Expert Opinion

**Legal**

*Denis Marc Audet, et al., v Stuart A. Fraser, et al,* First Amended Complaint, November 4, 2016.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al,* Ruling on Class Certification, June 21, 2019.

*Denis Marc Audet, et al., v Stuart A. Fraser, et al,* First Amended Class Members Responses and Objections to Defendant Stuart A. Fraser's Interrogatories to Plaintiffs, August 26, 2019.

**Depositions**

Deposition of Robert Mills, October 30, 2018.

Deposition of Bruce Strombom, December 5, 2018.

Deposition of Ryan Grimes, October 22, 2019.

Deposition of John Tuberosi, October 23, 2019.

Deposition of Teresa Crivello, October 23, 2019.

Deposition of Daniel Simpson, October 29, 2019.

Deposition of Lawrence David Hughes, November 5, 2019.

**Declarations and Expert Reports**

Declaration of Robert Mills re Class Certification, September 11, 2018.

Declaration of Bruce Strombom, November 19, 2018.

Expert Report of Robert Mills re Damages, September 25, 2019.

**Bates Stamped Documents**

| | |
|---|---|
| GAW00202347 | Simpson00000137 |
| Grimes00000215 | GAW00362923 |
| Grimes00000133 | GAW00361685 |
| GAW00361866 | GAW00361689 |
| GAW00630379 | GAW00361727 |
| Simpson00000134 | GAW00361736 |

## Appendix B

## List of Additional Materials Considered in Forming Expert Opinion

| | |
|---|---|
| GAW00361745 | GAW00362038 |
| GAW00361767 | GAW00362078 |
| GAW00361764 | GAW00362067 |
| GAW00361788 | GAW00362091 |
| GAW00361793 | GAW00362124 |
| GAW00361833 | GAW00362098 |
| GAW00361814 | GAW00362187 |
| GAW00361795 | GAW00362209 |
| GAW00361835 | GAW00362221 |
| GAW00361850 | GAW00362223 |
| GAW00361853 | GAW00362236 |
| GAW00361888 | GAW00362245 |
| GAW00361899 | GAW00362252 |
| GAW00364887 | GAW00362274 |
| GAW00361903 | GAW00362297 |
| GAW00361923 | GAW00362305 |
| GAW00361925 | GAW00362311 |
| GAW00361928 | GAW00362354 |
| GAW00361958 | GAW00362360 |
| GAW00361973 | GAW00362353 |
| GAW00361990 | GAW00362370 |
| GAW00361975 | GAW00362375 |
| GAW00361994 | GAW00362381 |
| GAW00362029 | GAW00362416 |
| GAW00362012 | GAW00362422 |
| GAW00362031 | GAW00362425 |
| GAW00362026 | GAW00362440 |

## Appendix B

### List of Additional Materials Considered in Forming Expert Opinion

| | |
|---|---|
| GAW00362507 | GAW00363138 |
| GAW00362523 | GAW00363143 |
| GAW00362529 | GAW00363161 |
| GAW00362532 | GAW00363191 |
| GAW00362540 | GAW00363220 |
| GAW00362535 | GAW00363242 |
| GAW00362571 | GAW00361952 |
| GAW00362580 | GAW00363243 |
| GAW00362588 | GAW00362234 |
| GAW00362646 | GAW00363269 |
| GAW00362650 | GAW00363272 |
| GAW00362707 | GAW00363283 |
| GAW00362713 | GAW00363374 |
| GAW00362725 | GAW00363286 |
| GAW00362760 | GAW00363365 |
| GAW00362808 | GAW00363411 |
| GAW00362811 | GAW00363424 |
| GAW00362834 | GAW00363437 |
| GAW00362972 | GAW00363470 |
| GAW00362991 | GAW00363481 |
| GAW00362995 | GAW00363504 |
| GAW00363001 | GAW00363507 |
| GAW00363050 | GAW00363517 |
| GAW00363057 | GAW00363572 |
| GAW00363075 | GAW00363594 |
| GAW00363111 | GAW00363599 |
| GAW00363134 | GAW00363593 |

**Appendix B**

**List of Additional Materials Considered in Forming Expert Opinion**

| | |
|---|---|
| GAW00363605 | GAW00364408 |
| GAW00363607 | GAW00364411 |
| GAW00363611 | GAW00364459 |
| GAW00363624 | GAW00364471 |
| GAW00363687 | GAW00364484 |
| GAW00363666 | GAW00364548 |
| GAW00363617 | GAW00363586 |
| GAW00363693 | GAW00364568 |
| GAW00363710 | GAW00364585 |
| GAW00363815 | GAW00364598 |
| GAW00363866 | GAW00364593 |
| GAW00363933 | GAW00364627 |
| GAW00363943 | GAW00364635 |
| GAW00363964 | GAW00364640 |
| GAW00363975 | GAW00364673 |
| GAW00364060 | GAW00364712 |
| GAW00364033 | GAW00364759 |
| GAW00364075 | GAW00364762 |
| GAW00364078 | GAW00364765 |
| GAW00364097 | GAW00364776 |
| GAW00364116 | GAW00364770 |
| GAW00364132 | GAW00364780 |
| GAW00364369 | GAW00364795 |
| GAW00364379 | GAW00362368 |
| DeMatteis00000003 | GAW00362568 |
| GAW00364403 | GAW00362993 |
| Sholokhov00000001 | GAW00364450 |

**Appendix B**

**List of Additional Materials Considered in Forming Expert Opinion**

GAW00364745                               GAW00364757

**Data**

CoinMarketCap.com, "Historical Data for Bitcoin" available at
<https://coinmarketcap.com/currencies/bitcoin/historical-data/>.

CoinMarketCap.com, "Historical Data for Paycoin" available at
<https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

ZenCloud Database.

Paybase Database.

**Plaintiffs' Production**

GAW Uploads.pdf  (Name list of 173 class members as produced by Plaintiffs' counsel)

*In addition, all materials cited in the Declaration of Bruce Strombom, November 19, 2018, and
any other materials cited in this Rebuttal Report.*

APPENDIX C-1

```
# MariaDB version 10.2.14

USE GAW;

# RESET QUERY CACHE;

# source for historical bitcoin data is
# https://coinmarketcap.com/currencies/bitcoin/historical-
# data/?start=20140601&end=20150531

CREATE TEMPORARY TABLE btc_usd (
        btcDate DATE,
        btcOpen DECIMAL(12,2),
        btcHigh DECIMAL(12,2),
        btcLow DECIMAL(12,2),
        btcClose DECIMAL(12,2),
        btcAve DECIMAL(12,2)
        AS ((btcClose + btcOpen) / 2) virtual);

LOAD DATA LOCAL INFILE
        'D:/GAW Miners/Sources/coinmarketcap_bitcoin_data.csv'
        INTO TABLE btc_usd
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE employee_accounts
        SELECT DISTINCT users.id AS "userId"
        FROM auditlogs
        LEFT JOIN users ON auditlogs.userId = users.id
        WHERE auditlogs.action="security"
                AND auditlogs.notes LIKE "%employee account%";

CREATE TEMPORARY TABLE nonemployee_accounts
        SELECT id as "userId"
        FROM users
        WHERE id NOT IN (
                SELECT DISTINCT(userid) FROM auditlogs
                        WHERE action="security"
                                AND notes LIKE "%employee account%");

CREATE TEMPORARY TABLE activated_zencodes_all
        SELECT SUBSTRING(details, LOCATE('[',details)+1,
                LOCATE(']',details)-LOCATE('[',details)-1) AS zencode,
                userId, createdAt
        FROM activities
        WHERE type="activated code"
        ORDER BY zencode;


DELETE activated_zencodes_all
        FROM activated_zencodes_all
        INNER JOIN (
                SELECT MIN(createdAt) AS firstActivation, zencode
                FROM activated_zencodes_all
                GROUP BY zencode
                HAVING COUNT(*) > 1) dup
                ON dup.zencode = activated_zencodes_all.zencode
                WHERE activated_zencodes_all.createdAt > dup.firstActivation;
```

1

APPENDIX C-1

```
CREATE TEMPORARY TABLE activated_zencodes
        SELECT DISTINCT *
        FROM activated_zencodes_all
        ORDER BY zencode;

CREATE TEMPORARY TABLE ordered_devices_s1
            (discountPercent DECIMAL(8,5)
                AS (discounts / totalLineItemsPrice) virtual,
            discountedPrice DECIMAL(12,2)
                AS ((1 - discountPercent) * purchasePriceUSD) virtual)
        SELECT order_devices.deviceId, orders.currency, orders.discounts,
            orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
            devices.userId, devices.purchasePriceUSD, devices.zenCode,
            stores.name AS 'stores_name',
            hashlet_types.name AS 'hashlet_types_name'
        FROM order_devices
        INNER JOIN devices
            ON order_devices.deviceId = devices.id
        INNER JOIN orders
            ON order_devices.orderId = orders.id
        INNER JOIN stores
            ON orders.storeId=stores.id
        INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
        WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND devices.userId IN (SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s1
        SELECT CONCAT(YEAR(ordered_devices_s1.paidAt), "_",
                IF(MONTH(ordered_devices_s1.paidAt)<10,"0",""),
            MONTH(ordered_devices_s1.paidAt)) AS year_mo,
            ordered_devices_s1.stores_name,
            ordered_devices_s1.hashlet_types_name,
            SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s1
        GROUP BY year_mo, stores_name, hashlet_types_name;


CREATE TEMPORARY TABLE ordered_devices_s2
        (discountPercent DECIMAL(8,5) AS (discounts /
        totalLineItemsPrice) virtual,
        discountedPrice DECIMAL(12,2)
            AS ((1 - discountPercent) * purchasePriceUSD) virtual)
        SELECT order_devices.deviceId, orders.currency, orders.discounts,
            orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
            devices.purchasePriceUSD, devices.zenCode,
            stores.name AS 'stores_name',
            hashlet_types.name AS 'hashlet_types_name',
            activated_zencodes.userId AS 'activatedUserId'
        FROM order_devices
        INNER JOIN devices
            ON order_devices.deviceId = devices.id
        INNER JOIN orders
            ON order_devices.orderId = orders.id
```

Case3:16-cv-00940-MPS Document214 Filed 06/01/20 Page 390 of 667
Case3:16-cv-00940-MPS Document179-2 Filed 12/23/19 Page 300 of 667

APPENDIX C-1

```
        INNER JOIN stores
                ON orders.storeId=stores.id
        INNER JOIN hashlet_types
                ON devices.hashletTypeId=hashlet_types.id
        INNER JOIN activated_zencodes
                ON devices.zencode = activated_zencodes.zencode
        WHERE orders.status="paid"
                AND orders.totalLineItemsPrice>0
                AND DATE(orders.paidAt)<'2015/01/20'
                AND DATE(orders.paidAt)>='2014/08/01'
                AND devices.hashletTypeId IS NOT NULL
                AND activated_zencodes.userId
                        IN (SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s2
        SELECT CONCAT(YEAR(ordered_devices_s2.paidAt), "_",
                        IF(MONTH(ordered_devices_s2.paidAt)<10,"0",""),
                MONTH(ordered_devices_s2.paidAt)) AS year_mo,
                ordered_devices_s2.stores_name,
                ordered_devices_s2.hashlet_types_name,
                SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s2
        GROUP BY year_mo, stores_name, hashlet_types_name;

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s1
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
```

APPENDIX C-1

```
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s2
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_withdraw (usd DECIMAL(12,2)
            AS (btcAmount * btcAve) virtual)
        SELECT transactions.userId, transactions.btcAmount,
            transactions.usdAmount, transactions.createdAt,
            transactions.updatedAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
            ON DATE(transactions.createdAT) = btc_usd.btcDate
        WHERE transactions.type="withdraw"
```

APPENDIX C-1

```
          AND transactions.status = "completed"
          AND transactions.userId IN
                (SELECT userId FROM nonemployee_accounts)
          AND transactions.createdAt > (SELECT MIN(paidAT)
                FROM ordered_devices_s1)
      ORDER BY transactions.userId, transactions.createdAt;

CREATE TEMPORARY TABLE transactions_withdraw_s1
      SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
      FROM transactions_withdraw
      INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
            FROM ordered_devices_s1
            GROUP BY ordered_devices_s1.userId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.userId;

DELETE transactions_withdraw_s1
      FROM transactions_withdraw_s1
      WHERE createdAt < firstOrderDate;

CREATE TEMPORARY TABLE transactions_withdraw_s2
      SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
      FROM transactions_withdraw
      INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate,
                  ordered_devices_s2.activatedUserId
            FROM ordered_devices_s2
            GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.ActivatedUserId;

DELETE transactions_withdraw_s2
      FROM transactions_withdraw_s2
      WHERE createdAt < firstOrderDate;

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
            IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s1
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
            IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s2
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s2.csv'
      FIELDS TERMINATED BY ','
```

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 303 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 303 of 667
APPENDIX C-1

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
                IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
                MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
                SUM(transactions_withdraw_s1.usd) AS withdrawAmount
        FROM transactions_withdraw_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE
        'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
                IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
                MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
                SUM(transactions_withdraw_s2.usd) AS withdrawAmount
        FROM transactions_withdraw_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE
        'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

####################################################################
/* Withdrawals of PayCoin are Queried from ZenCloud and Stored in
Several New Tables*/
####################################################################

##### Identify Fundings and Withdrawals from ZenCloud and Paybase

CREATE TEMPORARY TABLE paycoin_withdrawals
        SELECT userid, createdat, xpyamount, TYPE, STATUS, transactionid
        FROM paycoins
        WHERE TYPE="withdraw" AND STATUS="completed";

CREATE TEMPORARY TABLE paybase_funds
        SELECT DISTINCT transactionid
        FROM paybase_prod.paycoins
        WHERE TYPE="fund" AND STATUS="completed" AND transactionid IS
        NOT NULL
        ORDER BY transactionid;

CREATE TEMPORARY TABLE zencloud_funds
        SELECT userid, createdat, xpyamount, TYPE, STATUS,
        transactionid
        FROM paycoins
        WHERE TYPE="fund" AND STATUS="completed" AND transactionid IS
        NOT NULL
```

APPENDIX C-1

```
        ORDER BY transactionid;

##### Identify PayCoins Traced Back into ZenCloud and Paybase

CREATE TEMPORARY TABLE paycoin_withdrawals_tracing
        SELECT *,
        (transactionid IN
                (SELECT transactionid
                FROM paybase_funds)
                ) AS paybase_fund,
        (transactionid IN
                (SELECT transactionid
                FROM zencloud_funds)
                ) AS zencloud_fund
        FROM paycoin_withdrawals
        ORDER BY createdat;

##### Remove Withdrawals from ZenCloud Traced to ZenCloud/Paybase

CREATE TEMPORARY TABLE paycoin_withdrawals_untraceable
        SELECT *
        FROM paycoin_withdrawals_tracing
        WHERE zencloud_fund != 1 and paybase_fund != 1;

######################################################################
/* PayCoin Transactions are Assigned USD Value */
######################################################################

##### Import paycoin conversion rate

# Data are from CoinMarketCap.com, "Historical Data for PayCoin"
<https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

CREATE TEMPORARY TABLE xpy_usd_in (
        xpyDate DATE,
        xpyOpen DECIMAL(12,6), xpyHigh DECIMAL(12,2), xpyLow
        DECIMAL(12,6),
        xpyClose DECIMAL(12,6), volumeUSD NUMERIC(20,6),
        xpyAve DECIMAL(12,6) AS ((xpyOpen + xpyClose)/2) VIRTUAL,
        volumeXPY DECIMAL(20,6) AS (volumeUSD/((xpyOpen + xpyClose)/2))
        VIRTUAL);

LOAD DATA LOCAL INFILE
        'D:/GAW Miners/Sources/XPY_Price.csv'
        /*DATA FOR THIS INPUT FILE PULLED FROM
        https://coinmarketcap.com/currencies/paycoin2/historical-data/*/
        INTO TABLE xpy_usd_in FIELDS TERMINATED BY ',' OPTIONALLY
        ENCLOSED BY '"' LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE xpy_usd
        SELECT * FROM xpy_usd_in
        UNION ALL
        SELECT '2014-12-15', xpyOpen, xpyHigh, xpyLow, xpyClose,
        volumeUSD, xpyAve, volumeXPY
        FROM xpy_usd_in WHERE xpyDate = '2014-12-16'
        ORDER BY xpyDate;

##### Calculate USD Value of Transactions
```

7

APPENDIX C-1

```
CREATE TEMPORARY TABLE paycoin_withdrawals_conv
        SELECT A.*, B.xpyAve as SpotRate,
        A.xpyAmount*B.xpyAve as UntraceableUSD
        FROM paycoin_withdrawals_untraceable as A
        LEFT JOIN xpy_usd as B
        on DATE(A.createdat) = DATE(B.xpyDate)
        ORDER BY A.createdat;


##### Integrate PayCoins into Damages Analysis

CREATE TEMPORARY TABLE paycoin_withdrawals_dam
        SELECT *
        FROM paycoin_withdrawals_conv
        WHERE userId IN
            (SELECT userId
            FROM nonemployee_accounts)
        AND createdAt >
            (SELECT MIN(paidAT)
            FROM ordered_devices_s1)
        ORDER BY userId, createdAt;


CREATE TEMPORARY TABLE paycoins_withdraw_s1
        SELECT paycoin_withdrawals_dam.*, minPaidAt.firstOrderDate
        FROM paycoin_withdrawals_dam
        INNER JOIN (
        SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
        FROM ordered_devices_s1
        GROUP BY ordered_devices_s1.userId) minPaidAt
        ON paycoin_withdrawals_dam.userId = minPaidAt.userId;

DELETE paycoins_withdraw_s1
        FROM paycoins_withdraw_s1
        WHERE createdAt < firstOrderDate;


CREATE TEMPORARY TABLE paycoins_withdraw_s2
        SELECT paycoin_withdrawals_dam.*, minPaidAt.firstOrderDate
        FROM paycoin_withdrawals_dam
        INNER JOIN (
        SELECT MIN(paidAt) AS firstOrderDate,
        ordered_devices_s2.activatedUserId
        FROM ordered_devices_s2
        GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
        ON paycoin_withdrawals_dam.userId = minPaidAt.ActivatedUserId;

DELETE paycoins_withdraw_s2
        FROM paycoins_withdraw_s2
        WHERE createdAt < firstOrderDate;


######################################################################
/* Determine Which Users Are Damaged */
######################################################################

CREATE TEMPORARY TABLE usersum_s1
        SELECT b.userId, b.value, b.purchases, b.withdrawals,
        b.UntraceableUSD, IF(b.value<=0,0,1) AS ind
        FROM (
        SELECT userId, SUM(value) AS value, SUM(purchases) AS
        purchases, SUM(withdrawals) AS withdrawals, SUM(UntraceableUSD)
        AS UntraceableUSD
```

8

APPENDIX C-1

```
        FROM (
                SELECT userId, SUM(discountedPrice) AS 'value',
                SUM(discountedPrice) AS 'purchases', 0 AS 'withdrawals',
                0 AS 'UntraceableUSD'
                FROM ordered_devices_s1
                GROUP BY userID
                UNION ALL
                SELECT userId, SUM(usdAmount) AS 'value', 0 AS
                'purchases', SUM(usdAmount) AS 'withdrawals',
                0 AS 'UntraceableUSD'
                FROM transactions_withdraw_s1
                GROUP BY userID
                UNION ALL
                SELECT userId, SUM(UntraceableUSD) AS 'value',
                0 AS 'purchases', 0 AS 'withdrawals', SUM(UntraceableUSD)
                AS 'UntraceableUSD'
                FROM paycoins_withdraw_s1
                GROUP BY userID) a
                GROUP BY userId) b;


CREATE TEMPORARY TABLE usersum_s2
        SELECT b.userId, b.value, b.purchases, b.withdrawals,
        b.UntraceableUSD, IF(b.value<=0,0,1) AS ind
        FROM (
        SELECT userId, SUM(value) AS value, SUM(purchases) AS
        purchases, SUM(withdrawals) AS withdrawals, SUM(UntraceableUSD)
        AS UntraceableUSD
        FROM (
                SELECT ActivatedUserID as userId, SUM(discountedPrice) AS
                'value', SUM(discountedPrice) AS 'purchases', 0 AS
                'withdrawals',
                0 AS 'UntraceableUSD'
                FROM ordered_devices_s2
                GROUP BY ActivatedUserID
                UNION ALL
                SELECT userId, SUM(usdAmount) AS 'value', 0 AS
                'purchases', SUM(usdAmount) AS 'withdrawals',
                0 AS 'UntraceableUSD'
                FROM transactions_withdraw_s2
                GROUP BY userID
                UNION ALL
                SELECT userId, SUM(UntraceableUSD) AS 'value',
                0 AS 'purchases', 0 AS 'withdrawals', SUM(UntraceableUSD)
                AS 'UntraceableUSD'
                FROM paycoins_withdraw_s2
                GROUP BY userID) a
                GROUP BY userId) b;

CREATE TEMPORARY TABLE Mills_ind_s1
        SELECT b.userId, IF(b.value<=0,0,1) AS ind
        FROM (SELECT userId, SUM(value) as value
                FROM (SELECT userId, SUM(discountedPrice) AS 'value'
                        FROM ordered_devices_s1
                        GROUP BY userID
                UNION ALL
                SELECT userId, SUM(usdAmount) AS 'value'
                FROM transactions_withdraw_s1
                GROUP BY userID) a
        GROUP BY userId) b;
```

9

APPENDIX C-1

```
CREATE TEMPORARY TABLE Mills_ind_s2
      SELECT b.userId, IF(b.value<=0,0,1) AS ind
      FROM (SELECT userId, SUM(value) as value
            FROM (SELECT ActivatedUserId as userId,
            SUM(discountedPrice) AS 'value'
                  FROM ordered_devices_s2
                  GROUP BY ActivatedUserId
            UNION ALL
            SELECT userId, SUM(usdAmount) AS 'value'
            FROM transactions_withdraw_s2
            GROUP BY userID) a
      GROUP BY userId) b;

CREATE TEMPORARY TABLE ind_s1
      SELECT userid, ind
      FROM usersum_s1;

CREATE TEMPORARY TABLE ind_s2
      SELECT userid, ind
      FROM usersum_s2;

CREATE TEMPORARY TABLE relevant_withdrawals_s1
      SELECT DATE(transactions_withdraw_s1.createdAt) AS withdrawDate,
            SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s1
      INNER JOIN ind_s1
            ON transactions_withdraw_s1.userId = ind_s1.userId
      WHERE ind_s1.ind=1
      GROUP BY withdrawDate;

CREATE TEMPORARY TABLE relevant_withdrawals_s2
      SELECT DATE(transactions_withdraw_s2.createdAt) AS withdrawDate,
            SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s2
      INNER JOIN ind_s2
            ON transactions_withdraw_s2.userId = ind_s2.userId
      WHERE ind_s2.ind=1
      GROUP BY withdrawDate;

CREATE TEMPORARY TABLE relevant_xpywithdrawals_s1
      SELECT SUM(paycoins_withdraw_s1.UntraceableUSD) AS
            UntraceableUSD
      FROM paycoins_withdraw_s1
      INNER JOIN ind_s1 ON paycoins_withdraw_s1.userId = ind_s1.userId
      WHERE ind_s1.ind=1;

CREATE TEMPORARY TABLE relevant_xpywithdrawals_s2
      SELECT SUM(paycoins_withdraw_s2.UntraceableUSD) AS
            UntraceableUSD
      FROM paycoins_withdraw_s2
      INNER JOIN ind_s2 ON paycoins_withdraw_s2.userId = ind_s2.userId
      WHERE ind_s2.ind=1;

###################################################################

SELECT 'withdrawDate', 'withdrawAmount'
      UNION ALL
      SELECT *
```

APPENDIX C-1

```
       FROM relevant_withdrawals_s1
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
       UNION ALL
       SELECT CONCAT(YEAR(relevant_withdrawals_s1.withdrawDate),"_",
              IF(MONTH(relevant_withdrawals_s1.withdrawDate)<10,"0",""),
              MONTH(relevant_withdrawals_s1.withdrawDate)) AS year_mo,
              SUM(relevant_withdrawals_s1.withdrawAmount)
       FROM relevant_withdrawals_s1
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'withdrawDate', 'withdrawAmount'
       UNION ALL
       SELECT *
       FROM relevant_withdrawals_s2
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
       UNION ALL
       SELECT CONCAT(YEAR(relevant_withdrawals_s2.withdrawDate),"_",
              IF(MONTH(relevant_withdrawals_s2.withdrawDate)<10,"0",""),
              MONTH(relevant_withdrawals_s2.withdrawDate)) AS year_mo,
              SUM(relevant_withdrawals_s2.withdrawAmount)
       FROM relevant_withdrawals_s2
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE relevant_purchases_s1
       SELECT DATE(ordered_devices_s1.paidAt) AS purchaseDate,
              ordered_devices_s1.stores_name,
              ordered_devices_s1.hashlet_types_name,
              SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
       FROM ordered_devices_s1
       INNER JOIN ind_s1
              ON ordered_devices_s1.userId = ind_s1.userId
       WHERE ind_s1.ind=1
       GROUP BY purchaseDate, stores_name, hashlet_types_name;

CREATE TEMPORARY TABLE relevant_purchases_s2
       SELECT DATE(ordered_devices_s2.paidAt) AS purchaseDate,
              ordered_devices_s2.stores_name,
              ordered_devices_s2.hashlet_types_name,
              SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
```

APPENDIX C-1

```
      FROM ordered_devices_s2
      INNER JOIN ind_s2
            ON ordered_devices_s2.ActivatedUserId = ind_s2.userId
      WHERE ind_s2.ind=1
      GROUP BY purchaseDate, stores_name, hashlet_types_name;

SELECT 'purchaseDate', 'stores.name', 'hashlet_types.name',
            'purchaseAmount'
      UNION ALL
      SELECT *
      FROM relevant_purchases_s1
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
      UNION ALL
      SELECT CONCAT(YEAR(relevant_purchases_s1.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s1.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s1.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s1.purchaseAmount)
      FROM relevant_purchases_s1
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
      UNION ALL
      SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
      FROM relevant_purchases_s1
      GROUP BY stores_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
      UNION ALL
      SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
      FROM relevant_purchases_s1
      GROUP BY hashlet_types_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'purchaseDate', 'hashlet_tyupe.name', 'hashlet_types.name',
            'purchaseAmount'
      UNION ALL
      SELECT *
      FROM relevant_purchases_s2
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s2.csv'
      FIELDS TERMINATED BY ','
```

12

APPENDIX C-1

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_purchases_s2.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s2.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s2.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s2.purchaseAmount)
        FROM relevant_purchases_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE purchases_interest_s1 (
            interestDays INTEGER,
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
        SELECT relevant_purchases_s1.purchaseDate,
            PurchaseAmount,
            DATEDIFF('2019/09/25', DATE(purchaseDate)) AS interestDays,
            (ROUND((purchaseAmount) *
                DATEDIFF('2019/09/25', DATE(purchaseDate))
                * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((purchaseAmount) *
                (POWER(1 + .08 / 4,
                DATEDIFF('2019/09/25', DATE(purchaseDate))
                * 4 / 365) - 1), 2)) AS compoundInterest,
            relevant_purchases_s1.stores_name,
            relevant_purchases_s1.hashlet_types_name
        FROM relevant_purchases_s1;

CREATE TEMPORARY TABLE purchases_interest_s2 (
            interestDays INTEGER,
```

APPENDIX C-1

```
        simpleInterest DECIMAL(12,2),
        compoundInterest DECIMAL(12,2))
SELECT relevant_purchases_s2.purchaseDate,
        PurchaseAmount,
        DATEDIFF('2019/09/25', DATE(purchaseDate)) AS interestDays,
        (ROUND((purchaseAmount) *
            DATEDIFF('2019/09/25', DATE(purchaseDate))
            * 0.08 / 365, 2)) AS simpleInterest,
        (ROUND((purchaseAmount) *
            (POWER(1 + .08 / 4,
            DATEDIFF('2019/09/25', DATE(purchaseDate))
            * 4 / 365) - 1), 2)) AS compoundInterest,
        relevant_purchases_s2.stores_name,
        relevant_purchases_s2.hashlet_types_name
FROM relevant_purchases_s2;


SELECT 'purchaseDate', 'purchaseAmount',
        'simpleInterest', 'compoundInterest'
    UNION ALL
    SELECT purchases_interest_s1.purchaseDate,
        SUM(purchases_interest_s1.purchaseAmount),
        SUM(purchases_interest_s1.simpleInterest),
        SUM(purchases_interest_s1.compoundInterest)
    FROM purchases_interest_s1
    GROUP BY purchases_interest_s1.purchaseDate
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
    UNION ALL
    SELECT CONCAT(YEAR(purchases_interest_s1.purchaseDate),"_",
        IF(MONTH(purchases_interest_s1.purchaseDate)<10,"0",""),
        MONTH(purchases_interest_s1.purchaseDate)) AS year_mo,
        SUM(purchases_interest_s1.simpleInterest),
        SUM(purchases_interest_s1.compoundInterest)
    FROM purchases_interest_s1
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
    UNION ALL
    SELECT purchases_interest_s1.stores_name,
        SUM(purchases_interest_s1.simpleInterest),
        SUM(purchases_interest_s1.compoundInterest)
    FROM purchases_interest_s1
    GROUP BY purchases_interest_s1.stores_name
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
```

APPENDIX C-1

```
        UNION ALL
        SELECT purchases_interest_s1.hashlet_types_name,
               SUM(purchases_interest_s1.simpleInterest),
               SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'purchaseDate', 'purchaseAmount',
             'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.purchaseDate,
               SUM(purchases_interest_s2.purchaseAmount),
               SUM(purchases_interest_s2.simpleInterest),
               SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.purchaseDate
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT CONCAT(YEAR(purchases_interest_s2.purchaseDate),"_",
               IF(MONTH(purchases_interest_s2.purchaseDate)<10,"0",""),
               MONTH(purchases_interest_s2.purchaseDate)) AS year_mo,
               SUM(purchases_interest_s2.simpleInterest),
               SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.stores_name,
               SUM(purchases_interest_s2.simpleInterest),
               SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.hashlet_types_name,
               SUM(purchases_interest_s2.simpleInterest),
               SUM(purchases_interest_s2.compoundInterest)
```

APPENDIX C-1

```
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

###################################################################
/* Integrate PayCoins into Damages Summaries */
###################################################################

CREATE TEMPORARY TABLE damages_cusa_simple
        SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(xpywithdrawn) as
                xpywithdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                                0 AS interest,
                                SUM(withdrawAmount) AS withdrawn,
                                0 as xpywithdrawn,
                                SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s1
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
                                0 AS interest,
                                0 AS withdrawn,
                                0 as xpywithdrawn,
                                SUM(purchaseAmount) AS value
                        FROM relevant_purchases_s1
                        UNION ALL
                        SELECT 0 AS purchased,
                                SUM(simpleInterest) AS interest,
                                0 AS withdrawn,
                                0 as xpywithdrawn,
                                SUM(simpleInterest) AS value
                        FROM purchases_interest_s1
                        UNION ALL
                        SELECT 0 AS purchased,
                                0 AS interest,
                                0 AS withdrawn,
                                SUM(UntraceableUSD) as
                                xpywithdrawn,
                                SUM(UntraceableUSD) AS value
                        FROM relevant_xpywithdrawals_s1
                        ) a
        UNION ALL
                SELECT "Scenario 2" AS
                scenario, SUM(purchased) AS
                purchased, SUM(interest) AS
                interest, SUM(withdrawn) as
                withdrawn,
                SUM(xpywithdrawn) as
                xpywithdrawn,
                SUM(value) AS damages
```

APPENDIX C-1

```
            FROM (
                    SELECT 0 AS purchased,
                            0 AS interest,
                            SUM(withdrawAmount) AS withdrawn,
                            0 as xpywithdrawn,
                            SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                            0 AS interest,
                            0 AS withdrawn,
                            0 as xpywithdrawn,
                            SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2
                    UNION ALL
                    SELECT 0 AS purchased,
                            SUM(simpleInterest) AS interest,
                            0 AS withdrawn,
                            0 as xpywithdrawn,
                            SUM(simpleInterest) AS value
                    FROM purchases_interest_s2
                    UNION ALL
                    SELECT 0 AS purchased,
                            0 AS interest,
                            0 AS withdrawn,
                            SUM(UntraceableUSD) as
                            xpywithdrawn,
                            SUM(UntraceableUSD) AS value
                    FROM relevant_xpywithdrawals_s2
                    ) b;

CREATE TEMPORARY TABLE damages_cusa_compound
        SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(xpywithdrawn) as
                xpywithdrawn,
                SUM(value) AS damages
                FROM (
                    SELECT 0 AS purchased,
                            0 AS interest,
                            SUM(withdrawAmount) AS withdrawn,
                            0 as xpywithdrawn,
                            SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s1
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                            0 AS interest,
                            0 AS withdrawn,
                            0 as xpywithdrawn,
                            SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1
                    UNION ALL
                    SELECT 0 AS purchased,
                            SUM(compoundInterest) AS
                            interest,
                            0 AS withdrawn,
                            0 as xpywithdrawn,
```

17

APPENDIX C-1

```
                    SUM(compoundInterest) AS
                    value
            FROM purchases_interest_s1
            UNION ALL
            SELECT 0 AS purchased,
                    0 AS interest,
                    0 AS withdrawn,
                    SUM(UntraceableUSD) as
                    xpywithdrawn,
                    SUM(UntraceableUSD) AS value
            FROM relevant_xpywithdrawals_s1
            ) a
    UNION ALL
    SELECT "Scenario 2" AS scenario,
            SUM(purchased) AS purchased,
            SUM(interest) AS interest,
            SUM(withdrawn) as withdrawn,
            SUM(xpywithdrawn) as xpywithdrawn,
            SUM(value) AS damages
            FROM (
            SELECT 0 AS purchased,
                    0 AS interest,
                    SUM(withdrawAmount) AS withdrawn,
                    0 as xpywithdrawn,
                    SUM(withdrawAmount) AS value
            FROM relevant_withdrawals_s2
            UNION ALL
            SELECT SUM(purchaseAmount) AS purchased,
                    0 AS interest,
                    0 AS withdrawn,
                    0 as xpywithdrawn,
                    SUM(purchaseAmount) AS value
            FROM relevant_purchases_s2
            UNION ALL
            SELECT 0 AS purchased,
                    SUM(compoundInterest) AS
                    interest,
                    0 AS withdrawn,
                    0 as xpywithdrawn,
                    SUM(compoundInterest) AS
                    value
            FROM purchases_interest_s2
            UNION ALL
            SELECT 0 AS purchased,
                    0 AS interest,
                    0 AS withdrawn,
                    SUM(UntraceableUSD) as
                    xpywithdrawn,
                    SUM(UntraceableUSD) AS value
            FROM relevant_xpywithdrawals_s2
            ) b;

CREATE TEMPORARY TABLE damages_exchange_act
    SELECT "Scenario 1" AS scenario,
            SUM(purchased) AS purchased,
            SUM(withdrawn) as withdrawn,
            SUM(xpywithdrawn)          as
            xpywithdrawn,
            SUM(value) AS damages
```

APPENDIX C-1

```
            FROM (
                    SELECT 0 AS purchased,
                     SUM(withdrawAmount) AS withdrawn,
                     0 as xpywithdrawn,
                     SUM(withdrawAmount) AS value
                     FROM relevant_withdrawals_s1
                     UNION ALL
                     SELECT SUM(purchaseAmount) AS purchased,
                     0 AS withdrawn,
                     0 as xpywithdrawn,
                            SUM(purchaseAmount) AS value
                     FROM relevant_purchases_s1
                     UNION ALL
                     SELECT 0 AS purchased,
                     0 AS withdrawn,
                     SUM(UntraceableUSD) as xpywithdrawn,
                     SUM(UntraceableUSD) AS value
                     FROM relevant_xpywithdrawals_s1
                     ) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(xpywithdrawn)          as
                    xpywithdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                     SUM(withdrawAmount) AS withdrawn,
                     0 as xpywithdrawn,
                     SUM(withdrawAmount) AS value
                     FROM relevant_withdrawals_s2
                     UNION ALL
                     SELECT SUM(purchaseAmount) AS purchased,
                     0 AS withdrawn,
                     0 as xpywithdrawn,
                     SUM(purchaseAmount) AS value
                     FROM relevant_purchases_s2
                     UNION ALL
                     SELECT 0 AS purchased,
                     0 AS withdrawn,
                     SUM(UntraceableUSD) as xpywithdrawn,
                     SUM(UntraceableUSD) AS value
                     FROM relevant_xpywithdrawals_s2
                     ) b;


CREATE TEMPORARY TABLE damages_fraud
SELECT "Scenario 1" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(xpywithdrawn)          as
                    xpywithdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                     SUM(withdrawAmount) AS withdrawn,
                     0 as xpywithdrawn,
                     SUM(withdrawAmount) AS value
                     FROM relevant_withdrawals_s1
```

APPENDIX C-1

```
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                    0 AS withdrawn,
                    0 as xpywithdrawn,
                    SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1
                    UNION ALL
                    SELECT 0 AS purchased,
                    0 AS withdrawn,
                    SUM(UntraceableUSD) as xpywithdrawn,
                    SUM(UntraceableUSD) AS value
                    FROM relevant_xpywithdrawals_s1
                    ) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(xpywithdrawn)         as
                    xpywithdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                     SUM(withdrawAmount) AS withdrawn,
                    0 as xpywithdrawn,
                    SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                    0 AS withdrawn,
                    0 as xpywithdrawn,
                    SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2
                    UNION ALL
                    SELECT 0 AS purchased,
                    0 AS withdrawn,
                    SUM(UntraceableUSD) as xpywithdrawn,
                    SUM(UntraceableUSD) AS value
                    FROM relevant_xpywithdrawals_s2
                    ) b;

SELECT 'scenario', 'consideration paid', 'simple interest',
            'income received', 'paycoin income (not
            traced)','damages'
        UNION ALL
        SELECT *
        FROM damages_cusa_simple
        INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_simple.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'consideration paid', 'compound interest',
            'income received', 'paycoin income (not traced)',
            'damages'
        UNION ALL
        SELECT *
        FROM damages_cusa_compound
        INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_compound.csv'
        FIELDS TERMINATED BY ','
```

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 318 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 318 of 667
APPENDIX C-1

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'scenario', 'value paid', 'value received', 'paycoin
        value (not traced)', 'damages' UNION ALL
        SELECT *
        FROM damages_exchange_act
        INTO OUTFILE 'D:/GAW Miners/Output/damages_exchange_act.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'value promised', 'value received', 'paycoin
        value (not traced)', 'damages' UNION ALL
        SELECT *
        FROM damages_fraud
        INTO OUTFILE 'D:/GAW Miners/Output/damages_fraud.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

# Number of Damaged Users

SELECT 'Mills Damages', sum(ind)
        FROM Mills_ind_s1
UNION ALL
SELECT 'Corrected Damages', sum(ind)
        FROM ind_s1
INTO OUTFILE 'D:/GAW Miners/Output/Scn 1 Damaged Users.csv' FIELDS TERMINATED BY
',' OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'Mills Damages', sum(ind)
        FROM Mills_ind_s2
UNION ALL
SELECT 'Corrected Damages', sum(ind)
        FROM ind_s2
INTO OUTFILE 'D:/GAW Miners/Output/Scn 2 Damaged Users.csv' FIELDS TERMINATED BY
',' OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

##########################################################################
/* ALL QUERIES BELOW ARE COMMENTED OUT BECAUSE THEY ARE NOT USED IN MY CALCULATIONS.
*/
##########################################################################

/*
    CREATE TEMPORARY TABLE transactions_fund (usd DECIMAL(12,2)
                AS (ROUND((btcAmount * btcAve), 2)) virtual)
        SELECT transactions.userId, transactions.btcAmount,
                transactions.createdAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
                ON DATE(transactions.createdAt) = btc_usd.btcDate
        WHERE transactions.type="fund"
                AND transactions.status = "completed"
                AND DATE(createdAt)<'2015/01/20'
                AND transactions.userId IN (
                        SELECT userId FROM nonemployee_accounts);
```

APPENDIX C-1

```
CREATE TEMPORARY TABLE relevant_fund_s1
      SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
      FROM transactions_fund
      INNER JOIN ind_s1
            ON transactions_fund.userId = ind_s1.userId
      WHERE ind_s1.ind=1
      GROUP BY fundDate;

CREATE TEMPORARY TABLE relevant_fund_s2
      SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
      FROM transactions_fund
      INNER JOIN ind_s2
            ON transactions_fund.userId = ind_s2.userId
      WHERE ind_s2.ind=1
      GROUP BY fundDate;


SELECT 'fundAmountUSD', 'fundAmountBTC' UNION ALL
      SELECT SUM(relevant_fund_s1.fundAmountUSD),
            SUM(relevant_fund_s1.fundAmountBTC)
      FROM relevant_fund_s1
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'fundAmountUSD', 'fundAmountBTC'
      UNION ALL
      SELECT SUM(relevant_fund_s2.fundAmountUSD),
            SUM(relevant_fund_s2.fundAmountBTC)
      FROM relevant_fund_s2
      INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
      UNION ALL
      SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
      FROM ordered_devices_monthly_detail_s1
      WHERE year_mo!="2015_01"
            AND hashlet_types_name!="HashStaker"
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
      UNION ALL
      SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
      FROM ordered_devices_monthly_detail_s2
      WHERE year_mo!="2015_01"
            AND hashlet_types_name!="HashStaker"
```

APPENDIX C-1

```
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';


SELECT 'purchaseAmount'
      UNION ALL
      SELECT SUM(ROUND((1 - (orders.discounts / orders.totalLineItemsPrice))
            * devices.purchasePriceUSD, 2)) AS purchaseAmount
      FROM order_devices
      INNER JOIN devices
            ON order_devices.deviceId = devices.id
      INNER JOIN orders
            ON order_devices.orderId = orders.id
      WHERE (orders.status="paid" OR orders.status IS NULL)
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2014/12/31'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId!=13
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_unrestricted.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';


SELECT 'year_mo', 'payoutAmount', 'payoutRecords'
      UNION ALL
      SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
            IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
            MONTH(DATE(transactions.createdAt))) AS year_mo,
            SUM(transactions.usdAmount) AS payoutAmount,
            COUNT(transactions.usdAmount) AS payoutRecords
      FROM transactions
      WHERE transactions.type="payout"
            AND DATE(transactions.createdAt)<='2014/12/31'
            AND DATE(transactions.createdAt)>='2014/08/01'
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_payout.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';


SELECT 'year_mo', 'servicefeeAmount', 'servicefeeRecords'
      UNION ALL
      SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
            IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
            MONTH(DATE(transactions.createdAt))) AS year_mo,
            SUM(transactions.usdAmount) AS servicefeeAmount,
            COUNT(transactions.usdAmount) AS servicefeeRecords
      FROM transactions
      WHERE transactions.type="servicefee"
            AND DATE(transactions.createdAt)<='2014/12/31'
            AND DATE(transactions.createdAt)>='2014/08/01'
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_servicefees.csv'
```

23

APPENDIX C-1

```
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'scenario', 'count', 'sum', 'max'
        UNION ALL
        SELECT 'scenario one',
                COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
        FROM transactions_withdraw_s1
        WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
        UNION ALL
        SELECT 'scenario two',
                COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
        FROM transactions_withdraw_s2
        WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
        INTO OUTFILE 'D:/GAW Miners/Output/updatedAt_createdAt_compare.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

QUIT;
*/
```

APPENDIX C-2

```
# MariaDB version 10.2.14;

USE GAW;

# RESET QUERY CACHE;

# source for historical bitcoin data is
# https://coinmarketcap.com/currencies/bitcoin/historical-
# data/?start=20140601&end=20150531

CREATE TEMPORARY TABLE btc_usd (
        btcDate DATE,
        btcOpen DECIMAL(12,2),
        btcHigh DECIMAL(12,2),
        btcLow DECIMAL(12,2),
        btcClose DECIMAL(12,2),
        btcAve DECIMAL(12,2)
        AS ((btcClose + btcOpen) / 2) virtual);

LOAD DATA LOCAL INFILE
        'D:/GAW Miners/Sources/coinmarketcap_bitcoin_data.csv'
        INTO TABLE btc_usd
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE employee_accounts
        SELECT DISTINCT users.id AS "userId"
        FROM auditlogs
        LEFT JOIN users ON auditlogs.userId = users.id
        WHERE auditlogs.action="security"
                AND auditlogs.notes LIKE "%employee account%";

CREATE TEMPORARY TABLE nonemployee_accounts SELECT id as "userId"
        FROM users
        WHERE id NOT IN (
                SELECT DISTINCT(userid) FROM auditlogs
                        WHERE action="security"
                                AND notes LIKE "%employee account%");

CREATE TEMPORARY TABLE activated_zencodes_all
        SELECT SUBSTRING(details, LOCATE('[',details)+1,
                LOCATE(']',details)-LOCATE('[',details)-1) AS zencode,
                userId, createdAt
        FROM activities
        WHERE type="activated code"
        ORDER BY zencode;

DELETE activated_zencodes_all
        FROM activated_zencodes_all
        INNER JOIN (
                SELECT MIN(createdAt) AS firstActivation, zencode
                FROM activated_zencodes_all
                GROUP BY zencode
                HAVING COUNT(*) > 1) dup
                ON dup.zencode = activated_zencodes_all.zencode
                WHERE activated_zencodes_all.createdAt > dup.firstActivation;
```

1

APPENDIX C-2

```
CREATE TEMPORARY TABLE activated_zencodes
       SELECT DISTINCT *
       FROM activated_zencodes_all
       ORDER BY zencode;

CREATE TEMPORARY TABLE ordered_devices_s1
             (discountPercent DECIMAL(8,5)
                   AS (discounts / totalLineItemsPrice) virtual,
             discountedPrice DECIMAL(12,2)
                   AS ((1 - discountPercent) * purchasePriceUSD) virtual)
       SELECT order_devices.deviceId, orders.currency, orders.discounts,
       orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt, devices.userId,
       devices.purchasePriceUSD, devices.zenCode, stores.name AS 'stores_name',
       hashlet_types.name AS 'hashlet_types_name'
       FROM order_devices
       INNER JOIN devices
             ON order_devices.deviceId = devices.id
       INNER JOIN orders
             ON order_devices.orderId = orders.id
       INNER JOIN stores
             ON orders.storeId=stores.id
       INNER JOIN hashlet_types
             ON devices.hashletTypeId=hashlet_types.id
       WHERE orders.status="paid"
             AND orders.totalLineItemsPrice>0
             AND DATE(orders.paidAt)<'2015/01/20'
             AND DATE(orders.paidAt)>='2014/08/01'
             AND devices.hashletTypeId IS NOT NULL
             AND devices.userId IN (SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s1
       SELECT CONCAT(YEAR(ordered_devices_s1.paidAt), "_",
                   IF(MONTH(ordered_devices_s1.paidAt)<10,"0",""),
             MONTH(ordered_devices_s1.paidAt)) AS year_mo,
             ordered_devices_s1.stores_name,
             ordered_devices_s1.hashlet_types_name,
             SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
       FROM ordered_devices_s1
       GROUP BY year_mo, stores_name, hashlet_types_name;

CREATE TEMPORARY TABLE ordered_devices_s2 (discountPercent DECIMAL(8,5)
             AS (discounts / totalLineItemsPrice) virtual,
       discountedPrice DECIMAL(12,2)
             AS ((1 - discountPercent) * purchasePriceUSD) virtual)
       SELECT order_devices.deviceId, orders.currency, orders.discounts,
             orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
             devices.purchasePriceUSD, devices.zenCode,
             stores.name AS 'stores_name', hashlet_types.name AS
             'hashlet_types_name', activated_zencodes.userId AS 'activatedUserId'
       FROM order_devices
       INNER JOIN devices
             ON order_devices.deviceId = devices.id
       INNER JOIN orders
             ON order_devices.orderId = orders.id
       INNER JOIN stores
             ON orders.storeId=stores.id
```

2

APPENDIX C-2

```
        INNER JOIN hashlet_types
                ON devices.hashletTypeId=hashlet_types.id
        INNER JOIN activated_zencodes
        ON devices.zencode = activated_zencodes.zencode
        WHERE orders.status="paid"
                AND orders.totalLineItemsPrice>0
                AND DATE(orders.paidAt)<'2015/01/20'
                AND DATE(orders.paidAt)>='2014/08/01'
                AND devices.hashletTypeId IS NOT NULL
                AND activated_zencodes.userId
                        IN (SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s2
        SELECT CONCAT(YEAR(ordered_devices_s2.paidAt), "_",
                    IF(MONTH(ordered_devices_s2.paidAt)<10,"0",""),
                MONTH(ordered_devices_s2.paidAt)) AS year_mo,
                ordered_devices_s2.stores_name,
                ordered_devices_s2.hashlet_types_name,
                SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s2
        GROUP BY year_mo, stores_name, hashlet_types_name;

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s1
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
```

APPENDIX C-2

```
      GROUP BY stores_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
      UNION ALL
      SELECT *
      FROM ordered_devices_monthly_detail_s2
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
      UNION ALL
      SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
      FROM ordered_devices_monthly_detail_s2
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
      UNION ALL
      SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
      FROM ordered_devices_monthly_detail_s2
      GROUP BY hashlet_types_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
      UNION ALL
      SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
      FROM ordered_devices_monthly_detail_s2
      GROUP BY stores_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_withdraw (usd DECIMAL(12,2)
            AS (btcAmount * btcAve) virtual)
      SELECT transactions.userId, transactions.btcAmount,
            transactions.usdAmount, transactions.createdAt,
            transactions.updatedAt, btc_usd.btcAve
      FROM transactions
      LEFT JOIN btc_usd
            ON DATE(transactions.createdAT) = btc_usd.btcDate
```

4

APPENDIX C-2

```
        WHERE transactions.type="withdraw"
                AND transactions.status = "completed"
                AND transactions.userId IN
                        (SELECT userId FROM nonemployee_accounts)
                AND transactions.createdAt > (SELECT MIN(paidAT)
                        FROM ordered_devices_s1)
        ORDER BY transactions.userId, transactions.createdAt;


CREATE TEMPORARY TABLE transactions_withdraw_s1
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
                SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
                FROM ordered_devices_s1
                GROUP BY ordered_devices_s1.userId) minPaidAt
                ON transactions_withdraw.userId = minPaidAt.userId;


DELETE transactions_withdraw_s1
        FROM transactions_withdraw_s1
        WHERE createdAt < firstOrderDate;


CREATE TEMPORARY TABLE transactions_withdraw_s2
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
                SELECT MIN(paidAt) AS firstOrderDate,
                        ordered_devices_s2.activatedUserId
                FROM ordered_devices_s2
                GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
                ON transactions_withdraw.userId = minPaidAt.ActivatedUserId;


DELETE transactions_withdraw_s2
        FROM transactions_withdraw_s2
        WHERE createdAt < firstOrderDate;


SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
                IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
                MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
                SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
                IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
                MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
                SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s2
        GROUP BY year_mo
```

APPENDIX C-2

```
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
            IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s1.usd) AS withdrawAmount
      FROM transactions_withdraw_s1
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
            IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s2.usd) AS withdrawAmount
      FROM transactions_withdraw_s2
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

#########################################################################
/* Mills' ind_s1 and ind_s2 tables were changed to include the net damages per user
if the user was damaged. The firstOrderDate was also calculated. */
#########################################################################

CREATE TEMPORARY TABLE ind_s1
      SELECT userId, firstOrderDate, IF (b.value<=0,0,b.value) as net
      FROM (SELECT userId, firstOrderDate, SUM(value) as value
            FROM (SELECT userId, MIN(paidAt) as firstOrderDate,
            SUM(discountedPrice) AS 'value'
                  FROM ordered_devices_s1
                  GROUP BY userID
            UNION ALL
            SELECT userId, firstOrderDate, SUM(usdAmount) AS 'value'
            FROM transactions_withdraw_s1
            GROUP BY userId) a
      GROUP BY userId) b;

CREATE TEMPORARY TABLE ind_s2
      SELECT userId, firstOrderDate, IF (b.value<=0,0,b.value) AS net
      FROM (SELECT userId, firstOrderDate, SUM(value) as value
```

6

APPENDIX C-2

```
        FROM (SELECT ActivatedUserId as userId, MIN(paidAt) as firstOrderDate,
        SUM(discountedPrice) AS 'value'
                FROM ordered_devices_s2
                GROUP BY ActivatedUserId
        UNION ALL
        SELECT userId, firstOrderDate, SUM(usdAmount) AS 'value'
        FROM transactions_withdraw_s2
        GROUP BY userId) a
    GROUP BY userId) b;

#############################################################################

CREATE TEMPORARY TABLE relevant_withdrawals_s1
        SELECT DATE(transactions_withdraw_s1.createdAt) AS withdrawDate,
            SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s1
        INNER JOIN ind_s1
            ON transactions_withdraw_s1.userId = ind_s1.userId
        WHERE ind_s1.net>0
        GROUP BY withdrawDate;

CREATE TEMPORARY TABLE relevant_withdrawals_s2
        SELECT DATE(transactions_withdraw_s2.createdAt) AS withdrawDate,
            SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s2
        INNER JOIN ind_s2
            ON transactions_withdraw_s2.userId = ind_s2.userId
        WHERE ind_s2.net>0
        GROUP BY withdrawDate;

SELECT 'withdrawDate', 'withdrawAmount'
        UNION ALL
        SELECT *
        FROM relevant_withdrawals_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_withdrawals_s1.withdrawDate),"_",
            IF(MONTH(relevant_withdrawals_s1.withdrawDate)<10,"0",""),
            MONTH(relevant_withdrawals_s1.withdrawDate)) AS year_mo,
            SUM(relevant_withdrawals_s1.withdrawAmount)
        FROM relevant_withdrawals_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'withdrawDate', 'withdrawAmount'
        UNION ALL
        SELECT *
        FROM relevant_withdrawals_s2
```

7

APPENDIX C-2

```
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s2.csv'
        FIELDS TERMINATED BY ',',
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_withdrawals_s2.withdrawDate),"_",
                IF(MONTH(relevant_withdrawals_s2.withdrawDate)<10,"0",""),
                MONTH(relevant_withdrawals_s2.withdrawDate)) AS year_mo,
                SUM(relevant_withdrawals_s2.withdrawAmount)
        FROM relevant_withdrawals_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s2.csv'
        FIELDS TERMINATED BY ',',
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE relevant_purchases_s1
        SELECT DATE(ordered_devices_s1.paidAt) AS purchaseDate,
                ordered_devices_s1.stores_name,
                ordered_devices_s1.hashlet_types_name,
                SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s1
        INNER JOIN ind_s1
                ON ordered_devices_s1.userId = ind_s1.userId
        WHERE ind_s1.net>0
        GROUP BY purchaseDate, stores_name, hashlet_types_name;

CREATE TEMPORARY TABLE relevant_purchases_s2
                SELECT DATE(ordered_devices_s2.paidAt) AS purchaseDate,
                ordered_devices_s2.stores_name,
                ordered_devices_s2.hashlet_types_name,
                SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s2
        INNER JOIN ind_s2
                ON ordered_devices_s2.ActivatedUserId = ind_s2.userId
        WHERE ind_s2.net>0
        GROUP BY purchaseDate, stores_name, hashlet_types_name;

SELECT 'purchaseDate', 'stores.name', 'hashlet_types.name',
                'purchaseAmount'
        UNION ALL
        SELECT *
        FROM relevant_purchases_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s1.csv'
        FIELDS TERMINATED BY ',',
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_purchases_s1.purchaseDate),"_",
                IF(MONTH(relevant_purchases_s1.purchaseDate)<10,"0",""),
                MONTH(relevant_purchases_s1.purchaseDate)) AS year_mo,
                SUM(relevant_purchases_s1.purchaseAmount)
```

APPENDIX C-2

```
       FROM relevant_purchases_s1
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';


SELECT 'stores.name', 'purchaseAmount'
       UNION ALL
       SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
       FROM relevant_purchases_s1
       GROUP BY stores_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';


SELECT 'hashlet_types.name', 'purchaseAmount'
       UNION ALL
       SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
       FROM relevant_purchases_s1
       GROUP BY hashlet_types_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';


SELECT 'purchaseDate', 'hashlet_tyupe.name', 'hashlet_types.name',
             'purchaseAmount'
       UNION ALL
       SELECT *
       FROM relevant_purchases_s2
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';


SELECT 'year_mo', 'purchaseAmount'
       UNION ALL
       SELECT CONCAT(YEAR(relevant_purchases_s2.purchaseDate),"_",
             IF(MONTH(relevant_purchases_s2.purchaseDate)<10,"0",""),
             MONTH(relevant_purchases_s2.purchaseDate)) AS year_mo,
             SUM(relevant_purchases_s2.purchaseAmount)
       FROM relevant_purchases_s2 GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';


SELECT 'stores.name', 'purchaseAmount'
       UNION ALL
       SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
       FROM relevant_purchases_s2
```

9

APPENDIX C-2

```
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

########################################################################
/*Mills' purchases_interest tables were changed to reference the adjusted ind
tables that contained the net damages per user. The purchases interest table now
calculates interest on the net amount of all damaged accounts accruing as of the
first order date for each user.*/
########################################################################

CREATE TEMPORARY TABLE purchases_interest_s1 (
            interestDays INTEGER,
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
        SELECT firstOrderDate, userID, net,
            DATEDIFF('2019/09/25', DATE(firstOrderDate)) AS interestDays,
            (ROUND((net) *
                DATEDIFF('2019/09/25', DATE(firstOrderDate))
                * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((net) *
                (POWER(1 + .08 / 4,
                DATEDIFF('2019/09/25', DATE(firstOrderDate))
                * 4 / 365) - 1), 2)) AS compoundInterest
        FROM ind_s1;

CREATE TEMPORARY TABLE purchases_interest_s2 (
            interestDays INTEGER,
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
        SELECT firstOrderDate, userID, net,
            DATEDIFF('2019/09/25', DATE(firstOrderDate)) AS interestDays,
            (ROUND((net) *
                DATEDIFF('2019/09/25', DATE(firstOrderDate))
                * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((net) *
                (POWER(1 + .08 / 4,
                DATEDIFF('2019/09/25', DATE(firstOrderDate))
                * 4 / 365) - 1), 2)) AS compoundInterest
        FROM ind_s2;

SELECT 'firstOrderDate', 'userID', 'net',
            'interestDays', 'simpleInterest', 'compoundInterest'
```

10

APPENDIX C-2

```
        UNION ALL
        SELECT *
        FROM purchases_interest_s1
        INTO OUTFILE 'D:/GAW Miners/Output/interests_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'firstOrderDate', 'userID','net',
          'interestDays', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT *
        FROM purchases_interest_s1
        INTO OUTFILE 'D:/GAW Miners/Output/interests_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

################################################################################

################################################################################
/* SEVERAL QUERIES BELOW ARE COMMENTED OUT BECAUSE THEY ARE NOT USED IN MY
CALCULATIONS. */
################################################################################

/*

SELECT 'purchaseDate', 'purchaseAmount',
          'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.purchaseDate,
            SUM(purchases_interest_s1.purchaseAmount),
            SUM(purchases_interest_s1.simpleInterest),
            SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.purchaseDate
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT CONCAT(YEAR(purchases_interest_s1.purchaseDate),"_",
            IF(MONTH(purchases_interest_s1.purchaseDate)<10,"0",""),
            MONTH(purchases_interest_s1.purchaseDate)) AS year_mo,
            SUM(purchases_interest_s1.simpleInterest),
            SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
```

11

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 333 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 333 of 667

APPENDIX C-2

```
        UNION ALL
        SELECT purchases_interest_s1.stores_name,
                SUM(purchases_interest_s1.simpleInterest),
                SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.hashlet_types_name,
                SUM(purchases_interest_s1.simpleInterest),
                SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'purchaseDate', 'purchaseAmount',
              'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.purchaseDate,
                SUM(purchases_interest_s2.purchaseAmount),
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.purchaseDate
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT CONCAT(YEAR(purchases_interest_s2.purchaseDate),"_",
                IF(MONTH(purchases_interest_s2.purchaseDate)<10,"0",""),
                MONTH(purchases_interest_s2.purchaseDate)) AS year_mo,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.stores_name,
```

APPENDIX C-2

```
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
                SELECT purchases_interest_s2.hashlet_types_name,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

*/

##########################################################################

CREATE TEMPORARY TABLE damages_cusa_simple
        SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                                0 AS interest,
                                SUM(withdrawAmount) AS withdrawn,
                                SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s1
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
                                0 AS interest,
                                0 AS withdrawn,
                                SUM(purchaseAmount) AS value
                        FROM relevant_purchases_s1
                        UNION ALL
                        SELECT 0 AS purchased,
                                SUM(simpleInterest) AS interest,
                                0 AS withdrawn,
                                SUM(simpleInterest) AS value
                        FROM purchases_interest_s1) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
```

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 335 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 335 of 667

APPENDIX C-2

```
                FROM (
                        SELECT 0 AS purchased,
                                0 AS interest,
                                SUM(withdrawAmount) AS withdrawn,
                                SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s2
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
                                0 AS interest,
                                0 AS withdrawn,
                                SUM(purchaseAmount) AS value
                        FROM relevant_purchases_s2
                        UNION ALL
                        SELECT 0 AS purchased,
                                SUM(simpleInterest) AS interest,
                                0 AS withdrawn,
                                SUM(simpleInterest) AS value
                        FROM purchases_interest_s2) b;

CREATE TEMPORARY TABLE damages_cusa_compound
        SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                                0 AS interest,
                                SUM(withdrawAmount) AS withdrawn,
                                SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s1
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
                                0 AS interest,
                                0 AS withdrawn,
                                SUM(purchaseAmount) AS value
                        FROM relevant_purchases_s1
                        UNION ALL
                        SELECT 0 AS purchased,
                                SUM(compoundInterest) AS interest,
                                0 AS withdrawn,
                                SUM(compoundInterest) AS value
                        FROM purchases_interest_s1) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                                0 AS interest,
                                SUM(withdrawAmount) AS withdrawn,
                                SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s2
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
```

14

APPENDIX C-2

```
                        0 AS interest,
                        0 AS withdrawn,
                        SUM(purchaseAmount) AS value
            FROM relevant_purchases_s2
            UNION ALL
            SELECT 0 AS purchased,
                        SUM(compoundInterest) AS interest,
                        0 AS withdrawn,
                        SUM(compoundInterest) AS value
            FROM purchases_interest_s2) b;


CREATE TEMPORARY TABLE damages_exchange_act
      SELECT "Scenario 1" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
          FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount) AS withdrawn,
                            SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s1
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1) a
      UNION ALL
      SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
      FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount) AS withdrawn,
                            SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2) b;


CREATE TEMPORARY TABLE damages_fraud
      SELECT "Scenario 1" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
          FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount) AS withdrawn,
                            SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s1
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1) a
```

15

APPENDIX C-2

```
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
        FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount) AS withdrawn,
                            SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2) b;

SELECT 'scenario', 'consideration paid', 'simple interest',
            'income received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_cusa_simple
        INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_simple25.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'consideration paid', 'compound interest',
            'income received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_cusa_compound
        INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_compound25.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'value paid', 'value received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_exchange_act
        INTO OUTFILE 'D:/GAW Miners/Output/damages_exchange_act.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'value promised', 'value received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_fraud
        INTO OUTFILE 'D:/GAW Miners/Output/damages_fraud.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';
```

16

APPENDIX C-2

```
##############################################################################
/* ALL QUERIES BELOW ARE COMMENTED OUT BECAUSE THEY ARE NOT USED IN MY
CALCULATIONS. */
##############################################################################

/*

CREATE TEMPORARY TABLE transactions_fund (usd DECIMAL(12,2)
            AS (ROUND((btcAmount * btcAve), 2)) virtual)
        SELECT transactions.userId, transactions.btcAmount,
            transactions.createdAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
            ON DATE(transactions.createdAt) = btc_usd.btcDate
        WHERE transactions.type="fund"
            AND transactions.status = "completed"
            AND DATE(createdAt)<'2015/01/20'
            AND transactions.userId IN (
                SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE relevant_fund_s1
        SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
        FROM transactions_fund
        INNER JOIN ind_s1
            ON transactions_fund.userId = ind_s1.userId
        WHERE ind_s1.ind=1
        GROUP BY fundDate;

CREATE TEMPORARY TABLE relevant_fund_s2
        SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
        FROM transactions_fund
        INNER JOIN ind_s2
            ON transactions_fund.userId = ind_s2.userId
        WHERE ind_s2.ind=1
        GROUP BY fundDate;

SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
        SELECT SUM(relevant_fund_s1.fundAmountUSD),
            SUM(relevant_fund_s1.fundAmountBTC)
        FROM relevant_fund_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
        SELECT SUM(relevant_fund_s2.fundAmountUSD),
            SUM(relevant_fund_s2.fundAmountBTC)
        FROM relevant_fund_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s2.csv'
        FIELDS TERMINATED BY ','
```

17

Case 3:16-cv-00940-MPS   Document 214-2   Filed 06/01/20   Page 339 of 667
Case 3:16-cv-00940-MPS   Document 172-42   Filed 12/23/19   Page 339 of 667
APPENDIX C-2

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        WHERE year_mo!="2015_01"
              AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        WHERE year_mo!="2015_01"
              AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'purchaseAmount'
        UNION ALL
        SELECT SUM(ROUND((1 - (orders.discounts / orders.totalLineItemsPrice))
              * devices.purchasePriceUSD, 2)) AS purchaseAmount
        FROM order_devices
        INNER JOIN devices
              ON order_devices.deviceId = devices.id
        INNER JOIN orders
              ON order_devices.orderId = orders.id
        WHERE (orders.status="paid" OR orders.status IS NULL)
              AND orders.totalLineItemsPrice>0
              AND DATE(orders.paidAt)<'2014/12/31'
              AND DATE(orders.paidAt)>='2014/08/01'
              AND devices.hashletTypeId!=13
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_unrestricted.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'payoutAmount', 'payoutRecords'
        UNION ALL
        SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
              IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
              MONTH(DATE(transactions.createdAt))) AS year_mo,
              SUM(transactions.usdAmount) AS payoutAmount,
              COUNT(transactions.usdAmount) AS payoutRecords
        FROM transactions
        WHERE transactions.type="payout"
```

APPENDIX C-2

```
            AND DATE(transactions.createdAt)<='2014/12/31'
            AND DATE(transactions.createdAt)>='2014/08/01'
      GROUP BY year_mo WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_payout.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';


SELECT 'year_mo', 'servicefeeAmount', 'servicefeeRecords'
      UNION ALL
      SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
            IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
            MONTH(DATE(transactions.createdAt))) AS year_mo,
            SUM(transactions.usdAmount) AS servicefeeAmount,
            COUNT(transactions.usdAmount) AS servicefeeRecords
      FROM transactions
      WHERE transactions.type="servicefee"
            AND DATE(transactions.createdAt)<='2014/12/31'
            AND DATE(transactions.createdAt)>='2014/08/01'
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_servicefees.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';


SELECT 'scenario', 'count', 'sum', 'max'
      UNION ALL
      SELECT 'scenario one',
            COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
      FROM transactions_withdraw_s1
      WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
      UNION ALL
      SELECT 'scenario two',
            COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
      FROM transactions_withdraw_s2
      WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
      INTO OUTFILE 'D:/GAW Miners/Output/updatedAt_createdAt_compare.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';


QUIT;

*/
```

APPENDIX C-3

```
# MariaDB version 10.2.14;

USE GAW;

# RESET QUERY CACHE;

# source for historical bitcoin data is
# https://coinmarketcap.com/currencies/bitcoin/historical-
# data/?start=20140601&end=20150531

CREATE TEMPORARY TABLE btc_usd (
        btcDate DATE,
        btcOpen DECIMAL(12,2),
        btcHigh DECIMAL(12,2),
        btcLow DECIMAL(12,2),
        btcClose DECIMAL(12,2),
        btcAve DECIMAL(12,2)
        AS ((btcClose + btcOpen) / 2) virtual);

LOAD DATA LOCAL INFILE
        'D:/GAW Miners/Sources/coinmarketcap_bitcoin_data.csv'
        INTO TABLE btc_usd
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE employee_accounts
        SELECT DISTINCT users.id AS "userId"
        FROM auditlogs
        LEFT JOIN users ON auditlogs.userId = users.id
        WHERE auditlogs.action="security"
                AND auditlogs.notes LIKE "%employee account%";

CREATE TEMPORARY TABLE nonemployee_accounts SELECT id as "userId"
        FROM users
        WHERE id NOT IN (
                SELECT DISTINCT(userid) FROM auditlogs
                        WHERE action="security"
                                AND notes LIKE "%employee account%");

CREATE TEMPORARY TABLE activated_zencodes_all
        SELECT SUBSTRING(details, LOCATE('[',details)+1,
                LOCATE(']',details)-LOCATE('[',details)-1) AS zencode,
                userId, createdAt
        FROM activities
        WHERE type="activated code"
        ORDER BY zencode;

DELETE activated_zencodes_all
        FROM activated_zencodes_all
        INNER JOIN (
                SELECT MIN(createdAt) AS firstActivation, zencode
                FROM activated_zencodes_all
                GROUP BY zencode
                HAVING COUNT(*) > 1) dup
                ON dup.zencode = activated_zencodes_all.zencode
                WHERE activated_zencodes_all.createdAt > dup.firstActivation;
```

1

APPENDIX C-3

```
CREATE TEMPORARY TABLE activated_zencodes
      SELECT DISTINCT *
      FROM activated_zencodes_all
      ORDER BY zencode;

################################################################################
/*Adding in the Bitcoin prices to the ordered_devices_s1 table*/
################################################################################

CREATE TEMPORARY TABLE ordered_devices_s1
            (discountPercent DECIMAL(8,5)
                  AS (discounts / totalLineItemsPrice) virtual,
            discountedPrice DECIMAL(18,8)
                  AS ((1 - discountPercent) * purchasePrice) virtual,
            discountedPriceUSD DECIMAL(12,2)
                  AS ((1 - discountPercent) * purchasePriceUSD) virtual)
      SELECT order_devices.deviceId, orders.currency, orders.discounts,
      orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt, devices.userId,
      devices.purchasePriceUSD, devices.purchasePrice, devices.zenCode, stores.name
      AS 'stores_name', hashlet_types.name AS 'hashlet_types_name'
      FROM order_devices
      INNER JOIN devices
            ON order_devices.deviceId = devices.id
      INNER JOIN orders
            ON order_devices.orderId = orders.id
      INNER JOIN stores
            ON orders.storeId=stores.id
      INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
      WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND devices.userId IN (SELECT userId FROM nonemployee_accounts);

################################################################################

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s1
      SELECT CONCAT(YEAR(ordered_devices_s1.paidAt), "_",
                  IF(MONTH(ordered_devices_s1.paidAt)<10,"0",""),
            MONTH(ordered_devices_s1.paidAt)) AS year_mo,
            ordered_devices_s1.stores_name,
            ordered_devices_s1.hashlet_types_name,
            SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
      FROM ordered_devices_s1
      GROUP BY year_mo, stores_name, hashlet_types_name;

################################################################################
/*Adding in the Bitcoin prices to the ordered_devices_s2 table*/
################################################################################

CREATE TEMPORARY TABLE ordered_devices_s2 (discountPercent DECIMAL(8,5)
            AS (discounts / totalLineItemsPrice) virtual,
      discountedPrice DECIMAL(18,8)
            AS ((1 - discountPercent) * purchasePrice) virtual,
```

APPENDIX C-3

```
    discountedPriceUSD DECIMAL(12,2)
            AS ((1 - discountPercent) * purchasePriceUSD) virtual)
    SELECT order_devices.deviceId, orders.currency, orders.discounts,
            orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
            devices.purchasePriceUSD, devices.purchasePrice, devices.zenCode,
            stores.name AS 'stores_name', hashlet_types.name AS
            'hashlet_types_name', activated_zencodes.userId AS 'activatedUserId'
    FROM order_devices
    INNER JOIN devices
            ON order_devices.deviceId = devices.id
    INNER JOIN orders
            ON order_devices.orderId = orders.id
    INNER JOIN stores
            ON orders.storeId=stores.id
    INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
    INNER JOIN activated_zencodes
    ON devices.zencode = activated_zencodes.zencode
    WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND activated_zencodes.userId
                    IN (SELECT userId FROM nonemployee_accounts);

###########################################################################

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s2
    SELECT CONCAT(YEAR(ordered_devices_s2.paidAt), "_",
                IF(MONTH(ordered_devices_s2.paidAt)<10,"0",""),
            MONTH(ordered_devices_s2.paidAt)) AS year_mo,
            ordered_devices_s2.stores_name,
            ordered_devices_s2.hashlet_types_name,
            SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
    FROM ordered_devices_s2
    GROUP BY year_mo, stores_name, hashlet_types_name;

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
    UNION ALL
    SELECT *
    FROM ordered_devices_monthly_detail_s1
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
    UNION ALL
    SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
    FROM ordered_devices_monthly_detail_s1
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';
```

APPENDIX C-3

```
SELECT 'hashlet_types.name', 'purchaseAmount'
       UNION ALL
       SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
       FROM ordered_devices_monthly_detail_s1
       GROUP BY hashlet_types_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
       UNION ALL
       SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
       FROM ordered_devices_monthly_detail_s1
       GROUP BY stores_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
       UNION ALL
       SELECT *
       FROM ordered_devices_monthly_detail_s2
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
       UNION ALL
       SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
       FROM ordered_devices_monthly_detail_s2
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
       UNION ALL
       SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
       FROM ordered_devices_monthly_detail_s2
       GROUP BY hashlet_types_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
       UNION ALL
       SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
```

4

APPENDIX C-3

```
        FROM ordered_devices_monthly_detail_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ',' 
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_withdraw (usd DECIMAL(12,2)
            AS (btcAmount * btcAve) virtual)
        SELECT transactions.userId, transactions.btcAmount,
            transactions.usdAmount, transactions.createdAt,
            transactions.updatedAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
            ON DATE(transactions.createdAT) = btc_usd.btcDate
        WHERE transactions.type="withdraw"
            AND transactions.status = "completed"
            AND transactions.userId IN
                (SELECT userId FROM nonemployee_accounts)
            AND transactions.createdAt > (SELECT MIN(paidAT)
                FROM ordered_devices_s1)
        ORDER BY transactions.userId, transactions.createdAt;

CREATE TEMPORARY TABLE transactions_withdraw_s1
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
            FROM ordered_devices_s1
            GROUP BY ordered_devices_s1.userId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.userId;

DELETE transactions_withdraw_s1
        FROM transactions_withdraw_s1
        WHERE createdAt < firstOrderDate;

CREATE TEMPORARY TABLE transactions_withdraw_s2
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate,
                ordered_devices_s2.activatedUserId
            FROM ordered_devices_s2
            GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.ActivatedUserId;

DELETE transactions_withdraw_s2
        FROM transactions_withdraw_s2
        WHERE createdAt < firstOrderDate;

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
            IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
```

5

APPENDIX C-3

```
      FROM transactions_withdraw_s1
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
            IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s2
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
            IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s1.usd) AS withdrawAmount
      FROM transactions_withdraw_s1
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s1.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
      UNION ALL
      SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
            IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s2.usd) AS withdrawAmount
      FROM transactions_withdraw_s2
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

#############################################################################
/*Determining which users are damaged based on net Bitcoin. Calculating counts of
damaged users.*/
#############################################################################

CREATE TEMPORARY TABLE ind_s1
      SELECT b.userId, IF (b.value<=0,0,1) as ind
```

6

APPENDIX C-3

```
      FROM (SELECT userId, SUM(value) as value
            FROM (SELECT userId, SUM(discountedPrice) AS 'value'
                  FROM ordered_devices_s1
                  GROUP BY userID
            UNION ALL
            SELECT userId, SUM(btcAmount) AS 'value'
            FROM transactions_withdraw_s1
            GROUP BY userID) a
      GROUP BY userId) b;

CREATE TEMPORARY TABLE ind_s2
      SELECT b.userId, IF (b.value<=0,0,1) AS ind
      FROM (SELECT userId, SUM(value) as value
            FROM (SELECT ActivatedUserId as userId,
            SUM(discountedPrice) AS 'value'
                  FROM ordered_devices_s2
                  GROUP BY ActivatedUserId
            UNION ALL
            SELECT userId, SUM(btcAmount) AS 'value'
            FROM transactions_withdraw_s2
            GROUP BY userID) a
      GROUP BY userId) b;

SELECT 'Scenario', 'Number'
      UNION ALL SELECT
            's1',COUNT(DISTINCT userId) FROM ind_s1 WHERE ind=1
      UNION ALL SELECT
            's2',COUNT(DISTINCT userId) FROM ind_s2 WHERE ind=1
      INTO OUTFILE 'D:/GAW Miners/Output/number_of_damaged_users.csv' FIELDS
      TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

############################################################################

CREATE TEMPORARY TABLE relevant_withdrawals_s1
      SELECT DATE(transactions_withdraw_s1.createdAt) AS withdrawDate,
            SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s1
      INNER JOIN ind_s1
            ON transactions_withdraw_s1.userId = ind_s1.userId
      WHERE ind_s1.ind=1
      GROUP BY withdrawDate;

CREATE TEMPORARY TABLE relevant_withdrawals_s2
      SELECT DATE(transactions_withdraw_s2.createdAt) AS withdrawDate,
            SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
      FROM transactions_withdraw_s2
      INNER JOIN ind_s2
            ON transactions_withdraw_s2.userId = ind_s2.userId
      WHERE ind_s2.ind=1
      GROUP BY withdrawDate;


############################################################################
/*Determining Bitcoin withdrawals per user.*/
############################################################################
```

7

APPENDIX C-3

```
CREATE TEMPORARY TABLE relevant_withdrawals_btc_s1
       SELECT a.userid, a.firstOrderDate,
              SUM(a.btcAmount) AS withdrawAmount
       FROM transactions_withdraw_s1 AS a
       INNER JOIN ind_s1 AS b
              ON a.userId = b.userId
       WHERE b.ind=1
       GROUP BY a.userid, a.firstOrderDate;

CREATE TEMPORARY TABLE relevant_withdrawals_btc_s2
       SELECT a.userid, a.firstOrderDate,
              SUM(a.btcAmount) AS withdrawAmount
       FROM transactions_withdraw_s2 AS a
       INNER JOIN ind_s2 AS b
              ON a.userId = b.userId
       WHERE b.ind=1
       GROUP BY a.userid, a.firstOrderDate;

############################################################################

SELECT 'withdrawDate', 'withdrawAmount'
       UNION ALL
       SELECT *
       FROM relevant_withdrawals_s1
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
       UNION ALL
       SELECT CONCAT(YEAR(relevant_withdrawals_s1.withdrawDate),"_",
              IF(MONTH(relevant_withdrawals_s1.withdrawDate)<10,"0",""),
              MONTH(relevant_withdrawals_s1.withdrawDate)) AS year_mo,
              SUM(relevant_withdrawals_s1.withdrawAmount)
       FROM relevant_withdrawals_s1
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'withdrawDate', 'withdrawAmount'
       UNION ALL
       SELECT *
       FROM relevant_withdrawals_s2
       INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s2.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
       UNION ALL
       SELECT CONCAT(YEAR(relevant_withdrawals_s2.withdrawDate),"_",
```

8

APPENDIX C-3

```
        IF(MONTH(relevant_withdrawals_s2.withdrawDate)<10,"0",""),
        MONTH(relevant_withdrawals_s2.withdrawDate)) AS year_mo,
        SUM(relevant_withdrawals_s2.withdrawAmount)
FROM relevant_withdrawals_s2
GROUP BY year_mo
WITH ROLLUP
INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s2.csv'
FIELDS TERMINATED BY ','
OPTIONALLY ENCLOSED BY '"'
LINES TERMINATED BY '\n';


CREATE TEMPORARY TABLE relevant_purchases_s1
        SELECT DATE(ordered_devices_s1.paidAt) AS purchaseDate,
            ordered_devices_s1.stores_name,
            ordered_devices_s1.hashlet_types_name,
            SUM(ordered_devices_s1.discountedPriceUSD) AS purchaseAmount
        FROM ordered_devices_s1
        INNER JOIN ind_s1
            ON ordered_devices_s1.userId = ind_s1.userId
        WHERE ind_s1.ind=1
        GROUP BY purchaseDate, stores_name, hashlet_types_name;


CREATE TEMPORARY TABLE relevant_purchases_s2
            SELECT DATE(ordered_devices_s2.paidAt) AS purchaseDate,
            ordered_devices_s2.stores_name,
            ordered_devices_s2.hashlet_types_name,
            SUM(ordered_devices_s2.discountedPriceUSD) AS purchaseAmount
        FROM ordered_devices_s2
        INNER JOIN ind_s2
            ON ordered_devices_s2.ActivatedUserId = ind_s2.userId
        WHERE ind_s2.ind=1
        GROUP BY purchaseDate, stores_name, hashlet_types_name;


###############################################################################
/*Determining purchases per user*/
###############################################################################

CREATE TEMPORARY TABLE relevant_purchases_byuser_s1
        SELECT a.userId, SUM(a.discountedPrice) AS purchaseAmount,
            SUM(a.discountedPriceUSD) AS purchaseAmountUSD
        FROM ordered_devices_s1 as a
        INNER JOIN ind_s1 as b
        ON a.userId = b.userId
        WHERE b.ind=1
        GROUP BY b.userId;

CREATE TEMPORARY TABLE relevant_purchases_byuser_s2
        SELECT a.activatedUserId, SUM(a.discountedPrice) AS purchaseAmount,
            SUM(a.discountedPriceUSD) AS purchaseAmountUSD
        FROM ordered_devices_s2 as a
        INNER JOIN ind_s2 as b
        ON a.activatedUserId = b.userId
        WHERE b.ind=1
        GROUP BY b.userId;


###############################################################################
```

APPENDIX C-3

```
###############################################################################
/*Merging withdrawals and purchases per user*/
###############################################################################

CREATE TEMPORARY TABLE relevant_wp_btc_byuser_s1
     SELECT a.*, b.firstOrderDate, b.withdrawAmount
     FROM relevant_purchases_byuser_s1 as a
     LEFT JOIN relevant_withdrawals_btc_s1 as b
     ON a.userId = b.userId;

CREATE TEMPORARY TABLE relevant_wp_btc_byuser_s2
     SELECT a.*, b.firstOrderDate, b.withdrawAmount
     FROM relevant_purchases_byuser_s2 as a
     LEFT JOIN relevant_withdrawals_btc_s2 as b
     ON a.activatedUserId = b.userId;

###############################################################################

SELECT 'purchaseDate', 'stores.name', 'hashlet_types.name',
          'purchaseAmount'
     UNION ALL
     SELECT *
     FROM relevant_purchases_s1
     INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s1.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
     UNION ALL
     SELECT CONCAT(YEAR(relevant_purchases_s1.purchaseDate),"_",
          IF(MONTH(relevant_purchases_s1.purchaseDate)<10,"0",""),
          MONTH(relevant_purchases_s1.purchaseDate)) AS year_mo,
          SUM(relevant_purchases_s1.purchaseAmount)
     FROM relevant_purchases_s1
     GROUP BY year_mo
     WITH ROLLUP
     INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s1.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
     UNION ALL
     SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
     FROM relevant_purchases_s1
     GROUP BY stores_name
     WITH ROLLUP
     INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s1.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
     UNION ALL
     SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
     FROM relevant_purchases_s1
```

10

APPENDIX C-3

```
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'purchaseDate', 'hashlet_tyupe.name', 'hashlet_types.name',
            'purchaseAmount'
        UNION ALL
        SELECT *
        FROM relevant_purchases_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_purchases_s2.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s2.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s2.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s2.purchaseAmount)
        FROM relevant_purchases_s2 GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

##############################################################################
/*Output damages using VWAP BTC-USD rate by user account*/
##############################################################################

CREATE TEMPORARY TABLE purchases_interest_s1 (
```

11

APPENDIX C-3

```
        interestDays INTEGER,
        simpleInterest DECIMAL(12,2),
        compoundInterest DECIMAL(12,2))
    SELECT relevant_purchases_s1.purchaseDate,
        PurchaseAmount,
        DATEDIFF('2019/09/25', DATE(purchaseDate)) AS interestDays,
        (ROUND((PurchaseAmount) *
            DATEDIFF('2019/09/25', DATE(purchaseDate))
            * 0.08 / 365, 2)) AS simpleInterest,
        (ROUND((PurchaseAmount) *
            (POWER(1 + .08 / 4,
            DATEDIFF('2019/09/25', DATE(purchaseDate))
            * 4 / 365) - 1), 2)) AS compoundInterest
        relevant_purchases_s1.stores_name,
        relevant_purchases_s1.hashlet_types_name
    FROM relevant_purchases_s1;

CREATE TEMPORARY TABLE purchases_interest_s2 (
        interestDays INTEGER,
        simpleInterest DECIMAL(12,2),
        compoundInterest DECIMAL(12,2))
    SELECT relevant_purchases_s2.purchaseDate,
        PurchaseAmount,
        DATEDIFF('2019/09/25', DATE(purchaseDate)) AS interestDays,
        (ROUND((PurchaseAmount) *
            DATEDIFF('2019/09/25', DATE(purchaseDate))
            * 0.08 / 365, 2)) AS simpleInterest,
        (ROUND((PurchaseAmount) *
            (POWER(1 + .08 / 4,
            DATEDIFF('2019/09/25', DATE(purchaseDate))
            * 4 / 365) - 1), 2)) AS compoundInterest
        relevant_purchases_s2.stores_name,
        relevant_purchases_s2.hashlet_types_name
    FROM relevant_purchases_s2;

SELECT 'purchaseDate', 'purchaseAmountUSD',
        'simpleInterest', 'compoundInterest'
    UNION ALL
    SELECT purchases_interest_s1.purchaseDate,
        SUM(purchases_interest_s1.purchaseAmountUSD),
        SUM(purchases_interest_s1.simpleInterest),
        SUM(purchases_interest_s1.compoundInterest)
    FROM purchases_interest_s1
    GROUP BY purchases_interest_s1.purchaseDate
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
    UNION ALL
    SELECT CONCAT(YEAR(purchases_interest_s1.purchaseDate),"_",
        IF(MONTH(purchases_interest_s1.purchaseDate)<10,"0",""),
        MONTH(purchases_interest_s1.purchaseDate)) AS year_mo,
        SUM(purchases_interest_s1.simpleInterest),
        SUM(purchases_interest_s1.compoundInterest)
```

APPENDIX C-3

```
        FROM purchases_interest_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.stores_name,
                SUM(purchases_interest_s1.simpleInterest),
                SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.hashlet_types_name,
                SUM(purchases_interest_s1.simpleInterest),
                SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'purchaseDate', 'purchaseAmount',
                'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.purchaseDate,
                SUM(purchases_interest_s2.purchaseAmount),
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.purchaseDate
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT CONCAT(YEAR(purchases_interest_s2.purchaseDate),"_",
                IF(MONTH(purchases_interest_s2.purchaseDate)<10,"0",""),
                MONTH(purchases_interest_s2.purchaseDate)) AS year_mo,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY year_mo
```

13

APPENDIX C-3

```
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.stores_name,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
                SELECT purchases_interest_s2.hashlet_types_name,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE damages_cusa_simple
        SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                                0 AS interest,
                                SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                                withdrawn,
                                SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                                value
                        FROM relevant_wp_btc_byuser_s1
                        UNION ALL
                        SELECT SUM(purchaseAmountUSD) AS purchased,
                                0 AS interest,
                                0 AS withdrawn,
                                SUM(purchaseAmountUSD) AS value
                        FROM relevant_wp_btc_byuser_s1
                        UNION ALL
                        SELECT 0 AS purchased,
                                SUM(simpleInterest) AS interest,
                                0 AS withdrawn,
                                SUM(simpleInterest) AS value
```

14

APPENDIX C-3

```
                FROM purchases_interest_s1) a
    UNION ALL
    SELECT "Scenario 2" AS scenario,
           SUM(purchased) AS purchased,
           SUM(interest) AS interest,
           SUM(withdrawn) as withdrawn,
           SUM(value) AS damages
           FROM (
                SELECT 0 AS purchased,
                       0 AS interest,
                       SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                       withdrawn,
                       SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                       value
                FROM relevant_wp_btc_byuser_s2
                UNION ALL
                SELECT SUM(purchaseAmountUSD) AS purchased,
                       0 AS interest,
                       0 AS withdrawn,
                       SUM(purchaseAmountUSD) AS value
                FROM relevant_wp_btc_byuser_s2
                UNION ALL
                SELECT 0 AS purchased,
                       SUM(simpleInterest) AS interest,
                       0 AS withdrawn,
                       SUM(simpleInterest) AS value
                FROM purchases_interest_s2) b;


CREATE TEMPORARY TABLE damages_cusa_compound
    SELECT "Scenario 1" AS scenario,
           SUM(purchased) AS purchased,
           SUM(interest) AS interest,
           SUM(withdrawn) as withdrawn,
           SUM(value) AS damages
           FROM (
                SELECT 0 AS purchased,
                       0 AS interest,
                       SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                       withdrawn,
                       SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                       value
                FROM relevant_wp_btc_byuser_s1
                UNION ALL
                SELECT SUM(purchaseAmountUSD) AS purchased,
                       0 AS interest,
                       0 AS withdrawn,
                       SUM(purchaseAmountUSD) AS value
                FROM relevant_wp_btc_byuser_s1
                UNION ALL
                SELECT 0 AS purchased,
                       SUM(compoundInterest) AS interest,
                       0 AS withdrawn,
                       SUM(compoundInterest) AS value
                FROM purchases_interest_s1) a
    UNION ALL
    SELECT "Scenario 2" AS scenario,
```

APPENDIX C-3

```
            SUM(purchased) AS purchased,
            SUM(interest) AS interest,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                            0 AS interest,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            withdrawn,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            value
                    FROM relevant_wp_btc_byuser_s2
                    UNION ALL
                    SELECT SUM(purchaseAmountUSD) AS purchased,
                            0 AS interest,
                            0 AS withdrawn,
                            SUM(purchaseAmountUSD) AS value
                    FROM relevant_wp_btc_byuser_s2
                    UNION ALL
                    SELECT 0 AS purchased,
                            SUM(compoundInterest) AS interest,
                            0 AS withdrawn,
                            SUM(compoundInterest) AS value
                    FROM purchases_interest_s2) b;

CREATE TEMPORARY TABLE damages_exchange_act
      SELECT "Scenario 1" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            withdrawn,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            value
                    FROM relevant_wp_btc_byuser_s1
                    UNION ALL
                    SELECT SUM(purchaseAmountUSD) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmountUSD) AS value
                    FROM relevant_wp_btc_byuser_s1) a
      UNION ALL
      SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            withdrawn,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            value
                    FROM relevant_wp_btc_byuser_s2
                    UNION ALL
                    SELECT SUM(purchaseAmountUSD) AS purchased,
                            0 AS withdrawn,
```

16

APPENDIX C-3

```
                        SUM(purchaseAmountUSD) AS value
                FROM relevant_wp_btc_byuser_s2) b;

CREATE TEMPORARY TABLE damages_fraud
        SELECT "Scenario 1" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            withdrawn,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            value
                    FROM relevant_wp_btc_byuser_s1
                    UNION ALL
                    SELECT SUM(purchaseAmountUSD) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmountUSD) AS value
                    FROM relevant_wp_btc_byuser_s1) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            withdrawn,
                            SUM(withdrawAmount * (purchaseAmountUSD/purchaseAmount)) AS
                            value
                    FROM relevant_wp_btc_byuser_s2
                    UNION ALL
                    SELECT SUM(purchaseAmountUSD) AS purchased,
                            0 AS withdrawn,
                            SUM(purchaseAmountUSD) AS value
                    FROM relevant_wp_btc_byuser_s2) b;

SELECT 'scenario', 'consideration paid', 'simple interest',
            'income received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_cusa_simple
        INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_simple25.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'consideration paid', 'compound interest',
            'income received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_cusa_compound
        INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_compound25.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';
```

17

APPENDIX C-3

```
SELECT 'scenario', 'value paid', 'value received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_exchange_act
      INTO OUTFILE 'D:/GAW Miners/Output/damages_exchange_act.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'scenario', 'value promised', 'value received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_fraud
      INTO OUTFILE 'D:/GAW Miners/Output/damages_fraud.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_fund (usd DECIMAL(12,2)
            AS (ROUND((btcAmount * btcAve), 2)) virtual)
      SELECT transactions.userId, transactions.btcAmount,
            transactions.createdAt, btc_usd.btcAve
      FROM transactions
      LEFT JOIN btc_usd
            ON DATE(transactions.createdAt) = btc_usd.btcDate
      WHERE transactions.type="fund"
            AND transactions.status = "completed"
            AND DATE(createdAt)<'2015/01/20'
            AND transactions.userId IN (
                  SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE relevant_fund_s1
      SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
      FROM transactions_fund
      INNER JOIN ind_s1
            ON transactions_fund.userId = ind_s1.userId
      WHERE ind_s1.ind=1
      GROUP BY fundDate;

CREATE TEMPORARY TABLE relevant_fund_s2
      SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
      FROM transactions_fund
      INNER JOIN ind_s2
            ON transactions_fund.userId = ind_s2.userId
      WHERE ind_s2.ind=1
      GROUP BY fundDate;

SELECT 'fundAmountUSD', 'fundAmountBTC'
      UNION ALL
      SELECT SUM(relevant_fund_s1.fundAmountUSD),
            SUM(relevant_fund_s1.fundAmountBTC)
      FROM relevant_fund_s1
```

18

APPENDIX C-3

```
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
        SELECT SUM(relevant_fund_s2.fundAmountUSD),
            SUM(relevant_fund_s2.fundAmountBTC)
        FROM relevant_fund_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        WHERE year_mo!="2015_01"
            AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        WHERE year_mo!="2015_01"
            AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'purchaseAmount'
        UNION ALL
        SELECT SUM(ROUND((1 - (orders.discounts / orders.totalLineItemsPrice))
            * devices.purchasePriceUSD, 2)) AS purchaseAmount
        FROM order_devices
        INNER JOIN devices
            ON order_devices.deviceId = devices.id
        INNER JOIN orders
            ON order_devices.orderId = orders.id
        WHERE (orders.status="paid" OR orders.status IS NULL)
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2014/12/31'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId!=13
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_unrestricted.csv'
        FIELDS TERMINATED BY ','
```

APPENDIX C-3

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'payoutAmount', 'payoutRecords'
        UNION ALL
        SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
                IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
                MONTH(DATE(transactions.createdAt))) AS year_mo,
                SUM(transactions.usdAmount) AS payoutAmount,
                COUNT(transactions.usdAmount) AS payoutRecords
        FROM transactions
        WHERE transactions.type="payout"
                AND DATE(transactions.createdAt)<='2014/12/31'
                AND DATE(transactions.createdAt)>='2014/08/01'
        GROUP BY year_mo WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_payout.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'servicefeeAmount', 'servicefeeRecords'
        UNION ALL
        SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
                IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
                MONTH(DATE(transactions.createdAt))) AS year_mo,
                SUM(transactions.usdAmount) AS servicefeeAmount,
                COUNT(transactions.usdAmount) AS servicefeeRecords
        FROM transactions
        WHERE transactions.type="servicefee"
                AND DATE(transactions.createdAt)<='2014/12/31'
                AND DATE(transactions.createdAt)>='2014/08/01'
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_servicefees.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'count', 'sum', 'max'
        UNION ALL
        SELECT 'scenario one',
                COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
        FROM transactions_withdraw_s1
        WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
        UNION ALL
        SELECT 'scenario two',
                COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
                MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
        FROM transactions_withdraw_s2
        WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
        INTO OUTFILE 'D:/GAW Miners/Output/updatedAt_createdAt_compare.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';
```

APPENDIX C-3

```
QUIT;
```

APPENDIX C-4


```
# MariaDB version 10.2.14;

USE GAW;

# RESET QUERY CACHE;

# source for historical bitcoin data is
# https://coinmarketcap.com/currencies/bitcoin/historical-
# data/?start=20140601&end=20150531

CREATE TEMPORARY TABLE btc_usd (
       btcDate DATE,
       btcOpen DECIMAL(12,2),
       btcHigh DECIMAL(12,2),
       btcLow DECIMAL(12,2),
       btcClose DECIMAL(12,2),
       btcAve DECIMAL(12,2)
       AS ((btcClose + btcOpen) / 2) virtual);

LOAD DATA LOCAL INFILE
       'D:/GAW Miners/Sources/coinmarketcap_bitcoin_data.csv'
       INTO TABLE btc_usd
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE employee_accounts
       SELECT DISTINCT users.id AS "userId"
       FROM auditlogs
       LEFT JOIN users ON auditlogs.userId = users.id
       WHERE auditlogs.action="security"
              AND auditlogs.notes LIKE "%employee account%";

CREATE TEMPORARY TABLE nonemployee_accounts SELECT id as "userId"
       FROM users
       WHERE id NOT IN (
              SELECT DISTINCT(userid) FROM auditlogs
                     WHERE action="security"
                            AND notes LIKE "%employee account%");

CREATE TEMPORARY TABLE activated_zencodes_all
       SELECT SUBSTRING(details, LOCATE('[',details)+1,
              LOCATE(']',details)-LOCATE('[',details)-1) AS zencode,
              userId, createdAt
       FROM activities
       WHERE type="activated code"
       ORDER BY zencode;

DELETE activated_zencodes_all
       FROM activated_zencodes_all
       INNER JOIN (
              SELECT MIN(createdAt) AS firstActivation, zencode
              FROM activated_zencodes_all
              GROUP BY zencode
              HAVING COUNT(*) > 1) dup
              ON dup.zencode = activated_zencodes_all.zencode
              WHERE activated_zencodes_all.createdAt > dup.firstActivation;
```

1

APPENDIX C-4

```sql
CREATE TEMPORARY TABLE activated_zencodes
      SELECT DISTINCT *
      FROM activated_zencodes_all
      ORDER BY zencode;

###########################################################################
/*Adding in the Bitcoin prices to the ordered_devices_s1 table*/
###########################################################################

CREATE TEMPORARY TABLE ordered_devices_s1
            (discountPercent DECIMAL(8,5)
                  AS (discounts / totalLineItemsPrice) virtual,
            discountedPrice DECIMAL(18,8)
                  AS ((1 - discountPercent) * purchasePrice) virtual,
            discountedPriceUSD DECIMAL(12,2)
                  AS ((1 - discountPercent) * purchasePriceUSD) virtual)
      SELECT order_devices.deviceId, orders.currency, orders.discounts,
      orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt, devices.userId,
      devices.purchasePriceUSD, devices.purchasePrice, devices.zenCode, stores.name
      AS 'stores_name', hashlet_types.name AS 'hashlet_types_name'
      FROM order_devices
      INNER JOIN devices
            ON order_devices.deviceId = devices.id
      INNER JOIN orders
            ON order_devices.orderId = orders.id
      INNER JOIN stores
            ON orders.storeId=stores.id
      INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
      WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND devices.userId IN (SELECT userId FROM nonemployee_accounts);

###########################################################################

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s1
      SELECT CONCAT(YEAR(ordered_devices_s1.paidAt), "_",
                  IF(MONTH(ordered_devices_s1.paidAt)<10,"0",""),
            MONTH(ordered_devices_s1.paidAt)) AS year_mo,
            ordered_devices_s1.stores_name,
            ordered_devices_s1.hashlet_types_name,
            SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
      FROM ordered_devices_s1
      GROUP BY year_mo, stores_name, hashlet_types_name;

###########################################################################
/*Adding in the Bitcoin prices to the ordered_devices_s2 table*/
###########################################################################

CREATE TEMPORARY TABLE ordered_devices_s2 (discountPercent DECIMAL(8,5)
            AS (discounts / totalLineItemsPrice) virtual,
      discountedPrice DECIMAL(18,8)
```

APPENDIX C-4

```
            AS ((1 - discountPercent) * purchasePrice) virtual,
        discountedPriceUSD DECIMAL(12,2)
            AS ((1 - discountPercent) * purchasePriceUSD) virtual)
    SELECT order_devices.deviceId, orders.currency, orders.discounts,
            orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
            devices.purchasePriceUSD, devices.purchasePrice, devices.zenCode,
            stores.name AS 'stores_name', hashlet_types.name AS
            'hashlet_types_name', activated_zencodes.userId AS 'activatedUserId'
    FROM order_devices
    INNER JOIN devices
            ON order_devices.deviceId = devices.id
    INNER JOIN orders
            ON order_devices.orderId = orders.id
    INNER JOIN stores
            ON orders.storeId=stores.id
    INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
    INNER JOIN activated_zencodes
    ON devices.zencode = activated_zencodes.zencode
    WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND activated_zencodes.userId
                IN (SELECT userId FROM nonemployee_accounts);


###############################################################################

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s2
        SELECT CONCAT(YEAR(ordered_devices_s2.paidAt), "_",
                    IF(MONTH(ordered_devices_s2.paidAt)<10,"0",""),
            MONTH(ordered_devices_s2.paidAt)) AS year_mo,
            ordered_devices_s2.stores_name,
            ordered_devices_s2.hashlet_types_name,
            SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s2
        GROUP BY year_mo, stores_name, hashlet_types_name;

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s1
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
```

3

APPENDIX C-4

```
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s2
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
```

Case3:16-cv-00940-MRS Document1794 Filed 12/23/19 Page 366 of 667
Case3:16-cv-00940-MRS Document1214 Filed 06/01/20 Page 366 of 667
APPENDIX C-4

```
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_withdraw (usd DECIMAL(12,2)
            AS (btcAmount * btcAve) virtual)
        SELECT transactions.userId, transactions.btcAmount,
            transactions.usdAmount, transactions.createdAt,
            transactions.updatedAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
            ON DATE(transactions.createdAT) = btc_usd.btcDate
        WHERE transactions.type="withdraw"
            AND transactions.status = "completed"
            AND transactions.userId IN
                (SELECT userId FROM nonemployee_accounts)
            AND transactions.createdAt > (SELECT MIN(paidAT)
                FROM ordered_devices_s1)
        ORDER BY transactions.userId, transactions.createdAt;

CREATE TEMPORARY TABLE transactions_withdraw_s1
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
            FROM ordered_devices_s1
            GROUP BY ordered_devices_s1.userId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.userId;

DELETE transactions_withdraw_s1
        FROM transactions_withdraw_s1
        WHERE createdAt < firstOrderDate;

CREATE TEMPORARY TABLE transactions_withdraw_s2
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate,
                ordered_devices_s2.activatedUserId
            FROM ordered_devices_s2
            GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.ActivatedUserId;

DELETE transactions_withdraw_s2
        FROM transactions_withdraw_s2
        WHERE createdAt < firstOrderDate;

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
```

5

APPENDIX C-4

```
        IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
        MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
        SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
    FROM transactions_withdraw_s1
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
    UNION ALL
    SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
        IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
        MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
        SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
    FROM transactions_withdraw_s2
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s2.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
    UNION ALL
    SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
        IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
        MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
        SUM(transactions_withdraw_s1.usd) AS withdrawAmount
    FROM transactions_withdraw_s1
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
    UNION ALL
    SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
        IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
        MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
        SUM(transactions_withdraw_s2.usd) AS withdrawAmount
    FROM transactions_withdraw_s2
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s2.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

######################################################################
/*Applying VWAP to purchases and withdrawals*/
######################################################################
```

6

APPENDIX C-4

```
CREATE TEMPORARY TABLE ind_s1_btc_vwap
      SELECT userid, sum(discountedPriceUSD)/sum(discountedPrice) as 'VWAP'
      FROM ordered_devices_s1
      WHERE discountedPrice <> 0
      GROUP BY userid;

CREATE TEMPORARY TABLE ind_s2_btc_vwap
      SELECT activateduserid as userId,
      sum(discountedPriceUSD)/sum(discountedPrice) as 'VWAP'
      FROM ordered_devices_s2
      WHERE discountedPrice <> 0
      GROUP BY activateduserid;

CREATE TEMPORARY TABLE ordered_devices_s1_btc_vwap
      SELECT a.*, b.VWAP
      FROM ordered_devices_s1 a
      INNER JOIN ind_s1_btc_vwap b
      ON a.userId = b.userId;

CREATE TEMPORARY TABLE ordered_devices_s2_btc_vwap
      SELECT a.*, b.VWAP
      FROM ordered_devices_s2 a
      INNER JOIN ind_s2_btc_vwap b
      ON a.ActivatedUserId = b.userId;

CREATE TEMPORARY TABLE transactions_withdraw_s1_btc_vwap
      SELECT a.*, b.VWAP
      FROM transactions_withdraw_s1 a
      INNER JOIN ind_s1_btc_vwap b
      ON a.userId = b.userId;

CREATE TEMPORARY TABLE transactions_withdraw_s2_btc_vwap
      SELECT a.*, b.VWAP
      FROM transactions_withdraw_s2 a
      INNER JOIN ind_s2_btc_vwap b
      ON a.userId = b.userId;

################################################################################
/* Summing purchases and withdrawals in USD to get net amount, on which interest is
later calculated */
################################################################################

CREATE TEMPORARY TABLE ind_s1_btc_vwap_
      SELECT b.userId, firstOrderDate, IF (b.value<=0,0,b.value) as damages,
      purchases, withdrawals
      FROM (SELECT userId, firstOrderDate, SUM(value) as value, SUM(purchases) as
      purchases, SUM(withdrawals) as withdrawals
            FROM (SELECT userId, min(PaidAt) as firstOrderDate, SUM(discountedPrice
            * VWAP) AS 'value', SUM(discountedPrice * VWAP) as 'purchases', 0 as
            'withdrawals'
                  FROM ordered_devices_s1_btc_vwap
                  GROUP BY userID
            UNION ALL
            SELECT userId, firstOrderDate, SUM(btcAmount * VWAP) AS 'value', 0 as
            'purchases', SUM(btcAmount * VWAP) AS 'withdrawals'
            FROM transactions_withdraw_s1_btc_vwap
            GROUP BY userID) a
```

7

APPENDIX C-4

```
        GROUP BY userId) b;


CREATE TEMPORARY TABLE ind_s2_btc_vwap_
        SELECT b.userId, firstOrderDate, IF (b.value<=0,0, b.value) AS damages,
        purchases, withdrawals
        FROM (SELECT userId, firstOrderDate, SUM(value) as value, SUM(purchases) as
        purchases, SUM(withdrawals) as withdrawals
                FROM (SELECT ActivatedUserId as userId, min(PaidAt) as firstOrderDate,
                SUM(discountedPrice * VWAP) AS 'value', SUM(discountedPrice * VWAP) as
                'purchases', 0 as 'withdrawals'
                        FROM ordered_devices_s2_btc_vwap
                        GROUP BY ActivatedUserId
                UNION ALL
                SELECT userId, firstOrderDate, SUM(btcAmount * VWAP) AS 'value', 0 as
                'purchases', SUM(btcAmount * VWAP) AS 'withdrawals'
                FROM transactions_withdraw_s2_btc_vwap
                GROUP BY userID) a
        GROUP BY userId) b;


CREATE TEMPORARY TABLE relevant_withdrawals_s1
        SELECT DATE(transactions_withdraw_s1.createdAt) AS withdrawDate,
                SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s1
        INNER JOIN ind_s1_btc_vwap_
                ON transactions_withdraw_s1.userId = ind_s1_btc_vwap_.userId
        WHERE ind_s1_btc_vwap_.damages=1
        GROUP BY withdrawDate;


CREATE TEMPORARY TABLE relevant_withdrawals_s2
        SELECT DATE(transactions_withdraw_s2.createdAt) AS withdrawDate,
                SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s2
        INNER JOIN ind_s2_btc_vwap_
                ON transactions_withdraw_s2.userId = ind_s2_btc_vwap_.userId
        WHERE ind_s2_btc_vwap_.damages=1
        GROUP BY withdrawDate;


SELECT 'withdrawDate', 'withdrawAmount'
        UNION ALL
        SELECT *
        FROM relevant_withdrawals_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_withdrawals_s1.withdrawDate),"_",
                IF(MONTH(relevant_withdrawals_s1.withdrawDate)<10,"0",""),
                MONTH(relevant_withdrawals_s1.withdrawDate)) AS year_mo,
                SUM(relevant_withdrawals_s1.withdrawAmount)
        FROM relevant_withdrawals_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s1.csv'
        FIELDS TERMINATED BY ','
```

8

APPENDIX C-4

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'withdrawDate', 'withdrawAmount'
        UNION ALL
        SELECT *
        FROM relevant_withdrawals_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_withdrawals_s2.withdrawDate),"_",
                IF(MONTH(relevant_withdrawals_s2.withdrawDate)<10,"0",""),
                MONTH(relevant_withdrawals_s2.withdrawDate)) AS year_mo,
                SUM(relevant_withdrawals_s2.withdrawAmount)
        FROM relevant_withdrawals_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE relevant_purchases_s1
        SELECT DATE(ordered_devices_s1.paidAt) AS purchaseDate,
                ordered_devices_s1.stores_name,
                ordered_devices_s1.hashlet_types_name,
                SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s1
        INNER JOIN ind_s1_btc_vwap_
                ON ordered_devices_s1.userId = ind_s1_btc_vwap_.userId
        WHERE ind_s1_btc_vwap_.damages=1
        GROUP BY purchaseDate, stores_name, hashlet_types_name;

CREATE TEMPORARY TABLE relevant_purchases_s2
        SELECT DATE(ordered_devices_s2.paidAt) AS purchaseDate,
                ordered_devices_s2.stores_name,
                ordered_devices_s2.hashlet_types_name,
                SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s2
        INNER JOIN ind_s2_btc_vwap_
                ON ordered_devices_s2.ActivatedUserId = ind_s2_btc_vwap_.userId
        WHERE ind_s2_btc_vwap_.damages=1
        GROUP BY purchaseDate, stores_name, hashlet_types_name;

##############################################################################

SELECT 'purchaseDate', 'stores.name', 'hashlet_types.name',
            'purchaseAmount'
        UNION ALL
        SELECT *
        FROM relevant_purchases_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s1.csv'
        FIELDS TERMINATED BY ','
```

9

APPENDIX C-4

```
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_purchases_s1.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s1.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s1.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s1.purchaseAmount)
        FROM relevant_purchases_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s1
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s1
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'purchaseDate', 'hashlet_tyupe.name', 'hashlet_types.name',
            'purchaseAmount'
        UNION ALL
        SELECT *
        FROM relevant_purchases_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_purchases_s2.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s2.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s2.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s2.purchaseAmount)
        FROM relevant_purchases_s2 GROUP BY year_mo
        WITH ROLLUP
```

10

APPENDIX C-4

```
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '""'
        LINES TERMINATED BY '\n';

################################################################################
/* Calculating interest on purchases and withdrawals, and outputting results */
################################################################################

CREATE TEMPORARY TABLE net_interest_s1 (
            interestDays INTEGER,
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
        SELECT firstOrderDate, userID, damages, purchases, withdrawals,
            DATEDIFF('2019/09/25', DATE(firstOrderDate)) AS interestDays,
            (ROUND((damages) *
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((damages) *
                    (POWER(1 + .08 / 4,
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 4 / 365) - 1), 2)) AS compoundInterest,
            relevant_purchases_s1.stores_name,
            relevant_purchases_s1.hashlet_types_name
        FROM ind_s1_btc_vwap_
        WHERE damages > 0;

CREATE TEMPORARY TABLE net_interest_s2 (
            interestDays INTEGER,
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
        SELECT firstOrderDate, userID, damages, purchases, withdrawals,
            DATEDIFF('2019/09/25', DATE(firstOrderDate)) AS interestDays,
            (ROUND((damages) *
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
```

11

APPENDIX C-4

```
                    * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((damages) *
                    (POWER(1 + .08 / 4,
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 4 / 365) - 1), 2)) AS compoundInterest,
            relevant_purchases_s2.stores_name,
            relevant_purchases_s2.hashlet_types_name
        FROM ind_s2_btc_vwap_
        WHERE damages > 0;

SELECT 'firstOrderDate', 'userID', 'damages', 'purchases', 'withdrawals',
        'interestDays', 'simpleInterest', 'compoundInterest'
        UNION ALL SELECT *
        FROM net_interest_s1
        INTO OUTFILE 'D:/GAW Miners/Output/interest_s1_p.csv' FIELDS TERMINATED BY
        ','
        OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'firstOrderDate', 'userID', 'damages', 'purchases', 'withdrawals',
        'interestDays', 'simpleInterest', 'compoundInterest'
        UNION ALL SELECT *
        FROM net_interest_s2
        INTO OUTFILE 'D:/GAW Miners/Output/interest_s2_p.csv' FIELDS TERMINATED BY
        ','
        OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'numDamagedUserIDs', 'damages', 'purchases', 'withdrawals',
        'simpleInterest', 'compoundInterest'
        UNION ALL SELECT count(*), sum(damages), sum(purchases), sum(withdrawals),
        sum(simpleInterest), sum(compoundInterest)
        FROM net_interest_s1
        INTO OUTFILE 'D:/GAW Miners/Output/interest_s1.csv' FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'numDamagedUserIDs', 'damages', 'purchases', 'withdrawals',
        'simpleInterest', 'compoundInterest'
        UNION ALL SELECT count(*), sum(damages), sum(purchases), sum(withdrawals),
        sum(simpleInterest), sum(compoundInterest)
        FROM net_interest_s2
        INTO OUTFILE 'D:/GAW Miners/Output/interest_s2.csv' FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

################################################################################

################################################################################
/* ALL QUERIES BELOW ARE COMMENTED OUT BECAUSE THEY ARE NOT USED IN MY
CALCULATIONS. */
################################################################################

/*

SELECT 'purchaseDate', 'purchaseAmount',
            'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.purchaseDate,
```

12

APPENDIX C-4

```
              SUM(purchases_interest_s1.purchaseAmount),
              SUM(purchases_interest_s1.simpleInterest),
              SUM(purchases_interest_s1.compoundInterest)
       FROM purchases_interest_s1
       GROUP BY purchases_interest_s1.purchaseDate
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
       UNION ALL
       SELECT CONCAT(YEAR(purchases_interest_s1.purchaseDate),"_",
              IF(MONTH(purchases_interest_s1.purchaseDate)<10,"0",""),
              MONTH(purchases_interest_s1.purchaseDate)) AS year_mo,
              SUM(purchases_interest_s1.simpleInterest),
              SUM(purchases_interest_s1.compoundInterest)
       FROM purchases_interest_s1
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
       UNION ALL
       SELECT purchases_interest_s1.stores_name,
              SUM(purchases_interest_s1.simpleInterest),
              SUM(purchases_interest_s1.compoundInterest)
       FROM purchases_interest_s1
       GROUP BY purchases_interest_s1.stores_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
       UNION ALL
       SELECT purchases_interest_s1.hashlet_types_name,
              SUM(purchases_interest_s1.simpleInterest),
              SUM(purchases_interest_s1.compoundInterest)
       FROM purchases_interest_s1
       GROUP BY purchases_interest_s1.hashlet_types_name
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s1.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'purchaseDate', 'purchaseAmount',
              'simpleInterest', 'compoundInterest'
       UNION ALL
       SELECT purchases_interest_s2.purchaseDate,
```

13

APPENDIX C-4

```
            SUM(purchases_interest_s2.purchaseAmount),
            SUM(purchases_interest_s2.simpleInterest),
            SUM(purchases_interest_s2.compoundInterest)
      FROM purchases_interest_s2
      GROUP BY purchases_interest_s2.purchaseDate
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
      UNION ALL
      SELECT CONCAT(YEAR(purchases_interest_s2.purchaseDate),"_",
            IF(MONTH(purchases_interest_s2.purchaseDate)<10,"0",""),
            MONTH(purchases_interest_s2.purchaseDate)) AS year_mo,
            SUM(purchases_interest_s2.simpleInterest),
            SUM(purchases_interest_s2.compoundInterest)
      FROM purchases_interest_s2
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
      UNION ALL
      SELECT purchases_interest_s2.stores_name,
            SUM(purchases_interest_s2.simpleInterest),
            SUM(purchases_interest_s2.compoundInterest)
      FROM purchases_interest_s2
      GROUP BY purchases_interest_s2.stores_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
      UNION ALL
            SELECT purchases_interest_s2.hashlet_types_name,
            SUM(purchases_interest_s2.simpleInterest),
            SUM(purchases_interest_s2.compoundInterest)
      FROM purchases_interest_s2
      GROUP BY purchases_interest_s2.hashlet_types_name
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s2.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE damages_cusa_simple
      SELECT "Scenario 1" AS scenario,
            SUM(purchased) AS purchased,
            SUM(interest) AS interest,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
```

14

APPENDIX C-4

```
        FROM (
                SELECT 0 AS purchased,
                        0 AS interest,
                        SUM(withdrawAmount) AS withdrawn,
                        SUM(withdrawAmount) AS value
                FROM relevant_withdrawals_s1
                UNION ALL
                SELECT SUM(purchaseAmount) AS purchased,
                        0 AS interest,
                        0 AS withdrawn,
                        SUM(purchaseAmount) AS value
                FROM relevant_purchases_s1
                UNION ALL
                SELECT 0 AS purchased,
                        SUM(simpleInterest) AS interest,
                        0 AS withdrawn,
                        SUM(simpleInterest) AS value
                FROM purchases_interest_s1) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                SELECT 0 AS purchased,
                        0 AS interest,
                        SUM(withdrawAmount) AS withdrawn,
                        SUM(withdrawAmount) AS value
                FROM relevant_withdrawals_s2
                UNION ALL
                SELECT SUM(purchaseAmount) AS purchased,
                        0 AS interest,
                        0 AS withdrawn,
                        SUM(purchaseAmount) AS value
                FROM relevant_purchases_s2
                UNION ALL
                SELECT 0 AS purchased,
                        SUM(simpleInterest) AS interest,
                        0 AS withdrawn,
                        SUM(simpleInterest) AS value
                FROM purchases_interest_s2) b;


CREATE TEMPORARY TABLE damages_cusa_compound
        SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                SELECT 0 AS purchased,
                        0 AS interest,
                        SUM(withdrawAmount) AS withdrawn,
                        SUM(withdrawAmount) AS value
                FROM relevant_withdrawals_s1
                UNION ALL
```

15

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 377 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 377 of 667
APPENDIX C-4

```
                    SELECT SUM(purchaseAmount) AS purchased,
                           0 AS interest,
                           0 AS withdrawn,
                           SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1
                    UNION ALL
                    SELECT 0 AS purchased,
                           SUM(compoundInterest) AS interest,
                           0 AS withdrawn,
                           SUM(compoundInterest) AS value
                    FROM purchases_interest_s1) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
               SUM(purchased) AS purchased,
               SUM(interest) AS interest,
               SUM(withdrawn) as withdrawn,
               SUM(value) AS damages
               FROM (
                    SELECT 0 AS purchased,
                           0 AS interest,
                           SUM(withdrawAmount) AS withdrawn,
                           SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                           0 AS interest,
                           0 AS withdrawn,
                           SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2
                    UNION ALL
                    SELECT 0 AS purchased,
                           SUM(compoundInterest) AS interest,
                           0 AS withdrawn,
                           SUM(compoundInterest) AS value
                    FROM purchases_interest_s2) b;

CREATE TEMPORARY TABLE damages_exchange_act
        SELECT "Scenario 1" AS scenario,
               SUM(purchased) AS purchased,
               SUM(withdrawn) as withdrawn,
               SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                           SUM(withdrawAmount) AS withdrawn,
                           SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s1
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                           0 AS withdrawn,
                           SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1) a
        UNION ALL
        SELECT "Scenario 2" AS scenario,
               SUM(purchased) AS purchased,
               SUM(withdrawn) as withdrawn,
               SUM(value) AS damages
        FROM (
```

16

APPENDIX C-4

```
                    SELECT 0 AS purchased,
                           SUM(withdrawAmount) AS withdrawn,
                           SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                           0 AS withdrawn,
                           SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2) b;

CREATE TEMPORARY TABLE damages_fraud
      SELECT "Scenario 1" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
            FROM (
                    SELECT 0 AS purchased,
                           SUM(withdrawAmount) AS withdrawn,
                           SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s1
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                           0 AS withdrawn,
                           SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s1) a
      UNION ALL
      SELECT "Scenario 2" AS scenario,
                    SUM(purchased) AS purchased,
                    SUM(withdrawn) as withdrawn,
                    SUM(value) AS damages
      FROM (
                    SELECT 0 AS purchased,
                           SUM(withdrawAmount) AS withdrawn,
                           SUM(withdrawAmount) AS value
                    FROM relevant_withdrawals_s2
                    UNION ALL
                    SELECT SUM(purchaseAmount) AS purchased,
                           0 AS withdrawn,
                           SUM(purchaseAmount) AS value
                    FROM relevant_purchases_s2) b;

SELECT 'scenario', 'consideration paid', 'simple interest',
            'income received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_cusa_simple
      INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_simple25.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'scenario', 'consideration paid', 'compound interest',
            'income received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_cusa_compound
      INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_compound25.csv'
```

APPENDIX C-4

```
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'value paid', 'value received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_exchange_act
        INTO OUTFILE 'D:/GAW Miners/Output/damages_exchange_act.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'scenario', 'value promised', 'value received', 'damages'
        UNION ALL
        SELECT *
        FROM damages_fraud
        INTO OUTFILE 'D:/GAW Miners/Output/damages_fraud.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_fund (usd DECIMAL(12,2)
            AS (ROUND((btcAmount * btcAve), 2)) virtual)
        SELECT transactions.userId, transactions.btcAmount,
            transactions.createdAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
            ON DATE(transactions.createdAt) = btc_usd.btcDate
        WHERE transactions.type="fund"
            AND transactions.status = "completed"
            AND DATE(createdAt)<'2015/01/20'
            AND transactions.userId IN (
                SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE relevant_fund_s1
        SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
        FROM transactions_fund
        INNER JOIN ind_s1
            ON transactions_fund.userId = ind_s1.userId
        WHERE ind_s1.ind=1
        GROUP BY fundDate;

CREATE TEMPORARY TABLE relevant_fund_s2
        SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
        FROM transactions_fund
        INNER JOIN ind_s2
            ON transactions_fund.userId = ind_s2.userId
        WHERE ind_s2.ind=1
        GROUP BY fundDate;

SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
```

18

APPENDIX C-4

```
        SELECT SUM(relevant_fund_s1.fundAmountUSD),
               SUM(relevant_fund_s1.fundAmountBTC)
        FROM relevant_fund_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
        SELECT SUM(relevant_fund_s2.fundAmountUSD),
               SUM(relevant_fund_s2.fundAmountBTC)
        FROM relevant_fund_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        WHERE year_mo!="2015_01"
               AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        WHERE year_mo!="2015_01"
               AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'purchaseAmount'
        UNION ALL
        SELECT SUM(ROUND((1 - (orders.discounts / orders.totalLineItemsPrice))
               * devices.purchasePriceUSD, 2)) AS purchaseAmount
        FROM order_devices
        INNER JOIN devices
               ON order_devices.deviceId = devices.id
        INNER JOIN orders
               ON order_devices.orderId = orders.id
        WHERE (orders.status="paid" OR orders.status IS NULL)
               AND orders.totalLineItemsPrice>0
               AND DATE(orders.paidAt)<'2014/12/31'
               AND DATE(orders.paidAt)>='2014/08/01'
```

APPENDIX C-4

```
            AND devices.hashletTypeId!=13
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_unrestricted.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'payoutAmount', 'payoutRecords'
      UNION ALL
      SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
            IF(MONTH(DATE(transactions.createdAt)<10,"0",""),
            MONTH(DATE(transactions.createdAt))) AS year_mo,
            SUM(transactions.usdAmount) AS payoutAmount,
            COUNT(transactions.usdAmount) AS payoutRecords
      FROM transactions
      WHERE transactions.type="payout"
            AND DATE(transactions.createdAt)<='2014/12/31'
            AND DATE(transactions.createdAt)>='2014/08/01'
      GROUP BY year_mo WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_payout.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'year_mo', 'servicefeeAmount', 'servicefeeRecords'
      UNION ALL
      SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
            IF(MONTH(DATE(transactions.createdAt)<10,"0",""),
            MONTH(DATE(transactions.createdAt))) AS year_mo,
            SUM(transactions.usdAmount) AS servicefeeAmount,
            COUNT(transactions.usdAmount) AS servicefeeRecords
      FROM transactions
      WHERE transactions.type="servicefee"
            AND DATE(transactions.createdAt)<='2014/12/31'
            AND DATE(transactions.createdAt)>='2014/08/01'
      GROUP BY year_mo
      WITH ROLLUP
      INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_servicefees.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'scenario', 'count', 'sum', 'max'
      UNION ALL
      SELECT 'scenario one',
            COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
      FROM transactions_withdraw_s1
      WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
      UNION ALL
      SELECT 'scenario two',
            COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
            MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
      FROM transactions_withdraw_s2
      WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
      INTO OUTFILE 'D:/GAW Miners/Output/updatedAt_createdAt_compare.csv'
```

APPENDIX C-4

```
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

QUIT;

*/
```

APPENDIX C-5

```
# MariaDB version 10.2.14;

USE GAW;

# RESET QUERY CACHE;

# source for historical bitcoin data is
# https://coinmarketcap.com/currencies/bitcoin/historical-
# data/?start=20140601&end=20150531

CREATE TEMPORARY TABLE btc_usd (
        btcDate DATE,
        btcOpen DECIMAL(12,2),
        btcHigh DECIMAL(12,2),
        btcLow DECIMAL(12,2),
        btcClose DECIMAL(12,2),
        btcAve DECIMAL(12,2)
        AS ((btcClose + btcOpen) / 2) virtual);

LOAD DATA LOCAL INFILE
        'D:/GAW Miners/Sources/coinmarketcap_bitcoin_data.csv'
        INTO TABLE btc_usd
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE employee_accounts
        SELECT DISTINCT users.id AS "userId"
        FROM auditlogs
        LEFT JOIN users ON auditlogs.userId = users.id
        WHERE auditlogs.action="security"
                AND auditlogs.notes LIKE "%employee account%";

CREATE TEMPORARY TABLE nonemployee_accounts SELECT id as "userId"
        FROM users
        WHERE id NOT IN (
                SELECT DISTINCT(userid) FROM auditlogs
                        WHERE action="security"
                                AND notes LIKE "%employee account%");

CREATE TEMPORARY TABLE activated_zencodes_all
        SELECT SUBSTRING(details, LOCATE('[',details)+1,
                LOCATE(']',details)-LOCATE('[',details)-1) AS zencode,
                userId, createdAt
        FROM activities
        WHERE type="activated code"
        ORDER BY zencode;

DELETE activated_zencodes_all
        FROM activated_zencodes_all
        INNER JOIN (
                SELECT MIN(createdAt) AS firstActivation, zencode
                FROM activated_zencodes_all
                GROUP BY zencode
                HAVING COUNT(*) > 1) dup
                ON dup.zencode = activated_zencodes_all.zencode
                WHERE activated_zencodes_all.createdAt > dup.firstActivation;
```

APPENDIX C-5

```
CREATE TEMPORARY TABLE activated_zencodes
      SELECT DISTINCT *
      FROM activated_zencodes_all
      ORDER BY zencode;

####################################################################
/*Adding in the Bitcoin prices to the ordered_devices_s1 table*/
####################################################################

CREATE TEMPORARY TABLE ordered_devices_s1
            (discountPercent DECIMAL(8,5)
                  AS (discounts / totalLineItemsPrice) virtual,
            discountedPrice DECIMAL(18,8)
                  AS ((1 - discountPercent) * purchasePrice) virtual,
            discountedPriceUSD DECIMAL(12,2)
                  AS ((1 - discountPercent) * purchasePriceUSD) virtual)
      SELECT order_devices.deviceId, orders.currency, orders.discounts,
      orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt, devices.userId,
      devices.purchasePriceUSD, devices.purchasePrice, devices.zenCode, stores.name
      AS 'stores_name', hashlet_types.name AS 'hashlet_types_name'
      FROM order_devices
      INNER JOIN devices
            ON order_devices.deviceId = devices.id
      INNER JOIN orders
            ON order_devices.orderId = orders.id
      INNER JOIN stores
            ON orders.storeId=stores.id
      INNER JOIN hashlet_types
            ON devices.hashletTypeId=hashlet_types.id
      WHERE orders.status="paid"
            AND orders.totalLineItemsPrice>0
            AND DATE(orders.paidAt)<'2015/01/20'
            AND DATE(orders.paidAt)>='2014/08/01'
            AND devices.hashletTypeId IS NOT NULL
            AND devices.userId IN (SELECT userId FROM nonemployee_accounts);

####################################################################

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s1
      SELECT CONCAT(YEAR(ordered_devices_s1.paidAt), "_",
                  IF(MONTH(ordered_devices_s1.paidAt)<10,"0",""),
            MONTH(ordered_devices_s1.paidAt)) AS year_mo,
                  ordered_devices_s1.stores_name,
                  ordered_devices_s1.hashlet_types_name,
                  SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
      FROM ordered_devices_s1
      GROUP BY year_mo, stores_name, hashlet_types_name;

####################################################################
/*Adding in the Bitcoin prices to the ordered_devices_s2 table*/
####################################################################

CREATE TEMPORARY TABLE ordered_devices_s2 (discountPercent DECIMAL(8,5)
            AS (discounts / totalLineItemsPrice) virtual,
      discountedPrice DECIMAL(18,8)
```

2

APPENDIX C-5

```
        AS ((1 - discountPercent) * purchasePrice) virtual,
    discountedPriceUSD DECIMAL(12,2)
        AS ((1 - discountPercent) * purchasePriceUSD) virtual)
SELECT order_devices.deviceId, orders.currency, orders.discounts,
        orders.totalLineItemsPrice, orders.totalPrice, orders.paidAt,
        devices.purchasePriceUSD, devices.purchasePrice, devices.zenCode,
        stores.name AS 'stores_name', hashlet_types.name AS
        'hashlet_types_name', activated_zencodes.userId AS 'activatedUserId'
FROM order_devices
INNER JOIN devices
        ON order_devices.deviceId = devices.id
INNER JOIN orders
        ON order_devices.orderId = orders.id
INNER JOIN stores
        ON orders.storeId=stores.id
INNER JOIN hashlet_types
        ON devices.hashletTypeId=hashlet_types.id
INNER JOIN activated_zencodes
ON devices.zencode = activated_zencodes.zencode
WHERE orders.status="paid"
        AND orders.totalLineItemsPrice>0
        AND DATE(orders.paidAt)<'2015/01/20'
        AND DATE(orders.paidAt)>='2014/08/01'
        AND devices.hashletTypeId IS NOT NULL
        AND activated_zencodes.userId
            IN (SELECT userId FROM nonemployee_accounts);

###########################################################################

CREATE TEMPORARY TABLE ordered_devices_monthly_detail_s2
        SELECT CONCAT(YEAR(ordered_devices_s2.paidAt), "_",
                IF(MONTH(ordered_devices_s2.paidAt)<10,"0",""),
            MONTH(ordered_devices_s2.paidAt)) AS year_mo,
            ordered_devices_s2.stores_name,
            ordered_devices_s2.hashlet_types_name,
            SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
        FROM ordered_devices_s2
        GROUP BY year_mo, stores_name, hashlet_types_name;

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s1
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
```

3

APPENDIX C-5

```
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'stores.name', 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT *
        FROM ordered_devices_monthly_detail_s2
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_detail_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
```

4

APPENDIX C-5

```
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_withdraw (usd DECIMAL(12,2)
            AS (btcAmount * btcAve) virtual)
        SELECT transactions.userId, transactions.btcAmount,
            transactions.usdAmount, transactions.createdAt,
            transactions.updatedAt, btc_usd.btcAve
        FROM transactions
        LEFT JOIN btc_usd
            ON DATE(transactions.createdAT) = btc_usd.btcDate
        WHERE transactions.type="withdraw"
            AND transactions.status = "completed"
            AND transactions.userId IN
                (SELECT userId FROM nonemployee_accounts)
            AND transactions.createdAt > (SELECT MIN(paidAT)
                FROM ordered_devices_s1)
        ORDER BY transactions.userId, transactions.createdAt;

CREATE TEMPORARY TABLE transactions_withdraw_s1
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
            FROM ordered_devices_s1
            GROUP BY ordered_devices_s1.userId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.userId;

DELETE transactions_withdraw_s1
        FROM transactions_withdraw_s1
        WHERE createdAt < firstOrderDate;

CREATE TEMPORARY TABLE transactions_withdraw_s2
        SELECT transactions_withdraw.*, minPaidAt.firstOrderDate
        FROM transactions_withdraw
        INNER JOIN (
            SELECT MIN(paidAt) AS firstOrderDate,
                ordered_devices_s2.activatedUserId
            FROM ordered_devices_s2
            GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
            ON transactions_withdraw.userId = minPaidAt.ActivatedUserId;

DELETE transactions_withdraw_s2
        FROM transactions_withdraw_s2
        WHERE createdAt < firstOrderDate;

SELECT 'year_mo', 'withdrawAmount'
        UNION ALL
        SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
```

5

APPENDIX C-5

```
            IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
     FROM transactions_withdraw_s1
     GROUP BY year_mo
     WITH ROLLUP
     INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s1.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
     UNION ALL
     SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
            IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
     FROM transactions_withdraw_s2
     GROUP BY year_mo
     WITH ROLLUP
     INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_s2.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
     UNION ALL
     SELECT CONCAT(YEAR(transactions_withdraw_s1.createdAt),"_",
            IF(MONTH(transactions_withdraw_s1.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s1.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s1.usd) AS withdrawAmount
     FROM transactions_withdraw_s1
     GROUP BY year_mo
     WITH ROLLUP
     INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s1.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

SELECT 'year_mo', 'withdrawAmount'
     UNION ALL
     SELECT CONCAT(YEAR(transactions_withdraw_s2.createdAt),"_",
            IF(MONTH(transactions_withdraw_s2.createdAt)<10,"0",""),
            MONTH(transactions_withdraw_s2.createdAt)) AS year_mo,
            SUM(transactions_withdraw_s2.usd) AS withdrawAmount
     FROM transactions_withdraw_s2
     GROUP BY year_mo
     WITH ROLLUP
     INTO OUTFILE 'D:/GAW Miners/Output/withdrawals_by_month_coinmarketcap_s2.csv'
     FIELDS TERMINATED BY ','
     OPTIONALLY ENCLOSED BY '"'
     LINES TERMINATED BY '\n';

################################################################################
/*Applying VWAP to purchases and withdrawals*/
################################################################################
```

APPENDIX C-5

```
CREATE TEMPORARY TABLE ind_s1_btc_vwap
      SELECT userid, sum(discountedPriceUSD)/sum(discountedPrice) as 'VWAP'
      FROM ordered_devices_s1
      WHERE discountedPrice <> 0
      GROUP BY userid;

CREATE TEMPORARY TABLE ind_s2_btc_vwap
      SELECT activateduserid as userId,
      sum(discountedPriceUSD)/sum(discountedPrice) as 'VWAP'
      FROM ordered_devices_s2
      WHERE discountedPrice <> 0
      GROUP BY activateduserid;

CREATE TEMPORARY TABLE ordered_devices_s1_btc_vwap
      SELECT a.*, b.VWAP
      FROM ordered_devices_s1 a
      INNER JOIN ind_s1_btc_vwap b
      ON a.userId = b.userId;

CREATE TEMPORARY TABLE ordered_devices_s2_btc_vwap
      SELECT a.*, b.VWAP
      FROM ordered_devices_s2 a
      INNER JOIN ind_s2_btc_vwap b
      ON a.ActivatedUserId = b.userId;

CREATE TEMPORARY TABLE transactions_withdraw_s1_btc_vwap
      SELECT a.*, b.VWAP
      FROM transactions_withdraw_s1 a
      INNER JOIN ind_s1_btc_vwap b
      ON a.userId = b.userId;

CREATE TEMPORARY TABLE transactions_withdraw_s2_btc_vwap
      SELECT a.*, b.VWAP
      FROM transactions_withdraw_s2 a
      INNER JOIN ind_s2_btc_vwap b
      ON a.userId = b.userId;

###############################################################################
/* Withdrawals of PayCoin are Queried from ZenCloud and Stored in Several New
Tables */
###############################################################################

##### Identify Fundings and Withdrawals from ZenCloud and Paybase

CREATE TEMPORARY TABLE paycoin_withdrawals
   SELECT userid, createdat, xpyamount, TYPE, STATUS, transactionid
   FROM paycoins
   WHERE TYPE="withdraw" AND STATUS="completed";

CREATE TEMPORARY TABLE paybase_funds
      SELECT DISTINCT transactionid
      FROM paybase_prod.paycoins
      WHERE TYPE="fund" AND STATUS="completed" AND transactionid IS NOT
      NULL
      ORDER BY transactionid;

CREATE TEMPORARY TABLE zencloud_funds
```

APPENDIX C-5

```
        SELECT userid, createdat, xpyamount, TYPE, STATUS, transactionid
        FROM paycoins
        WHERE TYPE="fund" AND STATUS="completed" AND transactionid IS NOT NULL
        ORDER BY transactionid;

##### Identify PayCoins Traced Back into ZenCloud and Paybase

CREATE TEMPORARY TABLE paycoin_withdrawals_tracing
        SELECT *,
        (transactionid IN
                (SELECT transactionid
                FROM paybase_funds)
                ) AS paybase_fund,
        (transactionid IN
                (SELECT transactionid
                FROM zencloud_funds)
                ) AS zencloud_fund
        FROM paycoin_withdrawals
        ORDER BY createdat;

##### Remove Withdrawals from ZenCloud Traced to ZenCloud/Paybase

CREATE TEMPORARY TABLE paycoin_withdrawals_untraceable
        SELECT *
        FROM paycoin_withdrawals_tracing
        WHERE zencloud_fund != 1 and paybase_fund != 1;

################################################################################
/* PayCoin Transactions are Assigned USD Value */
################################################################################

##### Import PayCoin conversion rate

# Data are from CoinMarketCap.com, "Historical Data for PayCoin"
<https://coinmarketcap.com/currencies/paycoin2/historical-data/>.

CREATE TEMPORARY TABLE xpy_usd_in (
        xpyDate DATE,
        xpyOpen DECIMAL(12,6), xpyHigh DECIMAL(12,2), xpyLow DECIMAL(12,6),
        xpyClose DECIMAL(12,6), volumeUSD NUMERIC(20,6),
        xpyAve DECIMAL(12,6) AS ((xpyOpen + xpyClose)/2) VIRTUAL,
        volumeXPY DECIMAL(20,6) AS (volumeUSD/((xpyOpen + xpyClose)/2)) VIRTUAL);

LOAD DATA LOCAL INFILE
        'D:/GAW Miners/Sources/XPY_Price.csv'
        /*DATA FOR THIS INPUT FILE PULLED FROM
        https://coinmarketcap.com/currencies/paycoin2/historical-data/*/
        INTO TABLE xpy_usd_in FIELDS TERMINATED BY ',' OPTIONALLY
        ENCLOSED BY '"' LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE xpy_usd
        SELECT * FROM xpy_usd_in
        UNION ALL
        SELECT '2014-12-15', xpyOpen, xpyHigh, xpyLow, xpyClose, volumeUSD, xpyAve,
        volumeXPY
        FROM xpy_usd_in WHERE xpyDate = '2014-12-16'
        ORDER BY xpyDate;
```

APPENDIX C-5

```
##### Calculate USD Value of Transactions

CREATE TEMPORARY TABLE paycoin_withdrawals_conv
      SELECT A.*, B.xpyAve as SpotRate,
      A.xpyAmount*B.xpyAve as UntraceableUSD
      FROM paycoin_withdrawals_untraceable as A
      LEFT JOIN xpy_usd as B
      on DATE(A.createdat) = DATE(B.xpyDate)
      ORDER BY A.createdat;

##### Integrate PayCoins into Damages Analysis

CREATE TEMPORARY TABLE paycoin_withdrawals_dam
      SELECT *
      FROM paycoin_withdrawals_conv
      WHERE userId IN
            (SELECT userId
            FROM nonemployee_accounts)
      AND createdAt >
            (SELECT MIN(paidAT)
            FROM ordered_devices_s1)
      ORDER BY userId, createdAt;

CREATE TEMPORARY TABLE paycoins_withdraw_s1
      SELECT paycoin_withdrawals_dam.*, minPaidAt.firstOrderDate
      FROM paycoin_withdrawals_dam
      INNER JOIN (
      SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s1.userId
      FROM ordered_devices_s1
      GROUP BY ordered_devices_s1.userId) minPaidAt
      ON paycoin_withdrawals_dam.userId = minPaidAt.userId;

DELETE paycoins_withdraw_s1
      FROM paycoins_withdraw_s1
      WHERE createdAt < firstOrderDate;

CREATE TEMPORARY TABLE paycoins_withdraw_s2
      SELECT paycoin_withdrawals_dam.*, minPaidAt.firstOrderDate
      FROM paycoin_withdrawals_dam
      INNER JOIN (
      SELECT MIN(paidAt) AS firstOrderDate, ordered_devices_s2.activatedUserId
      FROM ordered_devices_s2
      GROUP BY ordered_devices_s2.ActivatedUserId) minPaidAt
      ON paycoin_withdrawals_dam.userId = minPaidAt.ActivatedUserId;

DELETE paycoins_withdraw_s2
      FROM paycoins_withdraw_s2
      WHERE createdAt < firstOrderDate;

###################################################################################
/* Summing purchases, withdrawals, and PayCoin withdrawals in USD to get net
amount, on which interest is later calculated */
###################################################################################

CREATE TEMPORARY TABLE ind_s1_btc_vwap_pc
```

9

APPENDIX C-5

```
SELECT b.userId, firstOrderDate, IF (b.value<=0,0,b.value) as damages,
purchases, withdrawals
FROM (SELECT userId, firstOrderDate, SUM(value) as value, SUM(purchases) as
purchases, SUM(withdrawals) as withdrawals
        FROM (SELECT userId, min(PaidAt) as firstOrderDate, SUM(discountedPrice
        * VWAP) AS 'value', SUM(discountedPrice * VWAP) as 'purchases', 0 as
        'withdrawals'
                FROM ordered_devices_s1_btc_vwap
                GROUP BY userID
        UNION ALL
        SELECT userId, firstOrderDate, SUM(btcAmount * VWAP) AS 'value', 0 as
        'purchases', SUM(btcAmount * VWAP) AS 'withdrawals'
        FROM transactions_withdraw_s1_btc_vwap
        GROUP BY userID
        UNION ALL
        SELECT userId, firstOrderDate, SUM(UntraceableUSD) AS 'value', 0 as
        'purchases', SUM(UntraceableUSD) AS 'withdrawals'
        FROM paycoins_withdraw_s1
        GROUP BY userID) a
GROUP BY userId) b;


CREATE TEMPORARY TABLE ind_s2_btc_vwap_pc
        SELECT b.userId, firstOrderDate, IF (b.value<=0,0, b.value) AS damages,
        purchases, withdrawals
        FROM (SELECT userId, firstOrderDate, SUM(value) as value, SUM(purchases) as
        purchases, SUM(withdrawals) as withdrawals
                FROM (SELECT ActivatedUserId as userId, min(PaidAt) as firstOrderDate,
                SUM(discountedPrice * VWAP) AS 'value', SUM(discountedPrice * VWAP) as
                'purchases', 0 as 'withdrawals'
                        FROM ordered_devices_s2_btc_vwap
                        GROUP BY ActivatedUserId
                UNION ALL
                SELECT userId, firstOrderDate, SUM(btcAmount * VWAP) AS 'value', 0 as
                'purchases', SUM(btcAmount * VWAP) AS 'withdrawals'
                FROM transactions_withdraw_s2_btc_vwap
                GROUP BY userID
                UNION ALL
                SELECT userId, firstOrderDate, SUM(UntraceableUSD) AS 'value', 0 as
                'purchases', SUM(UntraceableUSD) AS 'withdrawals'
                FROM paycoins_withdraw_s2
                GROUP BY userID) a
        GROUP BY userId) b;


CREATE TEMPORARY TABLE relevant_withdrawals_s1
        SELECT DATE(transactions_withdraw_s1.createdAt) AS withdrawDate,
                SUM(transactions_withdraw_s1.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s1
        INNER JOIN ind_s1_btc_vwap_pc
                ON transactions_withdraw_s1.userId = ind_s1_btc_vwap_pc.userId
        WHERE ind_s1_btc_vwap_pc.damages=1
        GROUP BY withdrawDate;


CREATE TEMPORARY TABLE relevant_withdrawals_s2
        SELECT DATE(transactions_withdraw_s2.createdAt) AS withdrawDate,
                SUM(transactions_withdraw_s2.usdAmount) AS withdrawAmount
        FROM transactions_withdraw_s2
        INNER JOIN ind_s2_btc_vwap_pc
```

APPENDIX C-5

```
        ON transactions_withdraw_s2.userId = ind_s2_btc_vwap_pc.userId
    WHERE ind_s2_btc_vwap_pc.damages=1
    GROUP BY withdrawDate;


SELECT 'withdrawDate', 'withdrawAmount'
    UNION ALL
    SELECT *
    FROM relevant_withdrawals_s1
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'year_mo', 'withdrawAmount'
    UNION ALL
    SELECT CONCAT(YEAR(relevant_withdrawals_s1.withdrawDate),"_",
        IF(MONTH(relevant_withdrawals_s1.withdrawDate)<10,"0",""),
        MONTH(relevant_withdrawals_s1.withdrawDate)) AS year_mo,
        SUM(relevant_withdrawals_s1.withdrawAmount)
    FROM relevant_withdrawals_s1
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'withdrawDate', 'withdrawAmount'
    UNION ALL
    SELECT *
    FROM relevant_withdrawals_s2
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_date_s2.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


SELECT 'year_mo', 'withdrawAmount'
    UNION ALL
    SELECT CONCAT(YEAR(relevant_withdrawals_s2.withdrawDate),"_",
        IF(MONTH(relevant_withdrawals_s2.withdrawDate)<10,"0",""),
        MONTH(relevant_withdrawals_s2.withdrawDate)) AS year_mo,
        SUM(relevant_withdrawals_s2.withdrawAmount)
    FROM relevant_withdrawals_s2
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_withdrawals_by_month_s2.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


CREATE TEMPORARY TABLE relevant_purchases_s1
    SELECT DATE(ordered_devices_s1.paidAt) AS purchaseDate,
        ordered_devices_s1.stores_name,
        ordered_devices_s1.hashlet_types_name,
        SUM(ordered_devices_s1.discountedPrice) AS purchaseAmount
    FROM ordered_devices_s1
    INNER JOIN ind_s1_btc_vwap_pc
```

APPENDIX C-5

```
            ON ordered_devices_s1.userId = ind_s1_btc_vwap_pc.userId
    WHERE ind_s1_btc_vwap_pc.damages =1
    GROUP BY purchaseDate, stores_name, hashlet_types_name;

CREATE TEMPORARY TABLE relevant_purchases_s2
            SELECT DATE(ordered_devices_s2.paidAt) AS purchaseDate,
            ordered_devices_s2.stores_name,
            ordered_devices_s2.hashlet_types_name,
            SUM(ordered_devices_s2.discountedPrice) AS purchaseAmount
    FROM ordered_devices_s2
    INNER JOIN ind_s2_btc_vwap_pc
            ON ordered_devices_s2.ActivatedUserId = ind_s2_btc_vwap_pc.userId
    WHERE ind_s2_btc_vwap_pc.damages=1
    GROUP BY purchaseDate, stores_name, hashlet_types_name;

############################################################################

SELECT 'purchaseDate', 'stores.name', 'hashlet_types.name',
            'purchaseAmount'
    UNION ALL
    SELECT *
    FROM relevant_purchases_s1
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
    UNION ALL
    SELECT CONCAT(YEAR(relevant_purchases_s1.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s1.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s1.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s1.purchaseAmount)
    FROM relevant_purchases_s1
    GROUP BY year_mo
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
    UNION ALL
    SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
    FROM relevant_purchases_s1
    GROUP BY stores_name
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s1.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
    UNION ALL
    SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
    FROM relevant_purchases_s1
    GROUP BY hashlet_types_name
```

APPENDIX C-5

```
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'purchaseDate', 'hashlet_tyupe.name', 'hashlet_types.name',
            'purchaseAmount'
        UNION ALL
        SELECT *
        FROM relevant_purchases_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT CONCAT(YEAR(relevant_purchases_s2.purchaseDate),"_",
            IF(MONTH(relevant_purchases_s2.purchaseDate)<10,"0",""),
            MONTH(relevant_purchases_s2.purchaseDate)) AS year_mo,
            SUM(relevant_purchases_s2.purchaseAmount)
        FROM relevant_purchases_s2 GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'purchaseAmount'
        UNION ALL
        SELECT stores_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'hashlet_types.name', 'purchaseAmount'
        UNION ALL
        SELECT hashlet_types_name, SUM(purchaseAmount) AS purchaseAmount
        FROM relevant_purchases_s2
        GROUP BY hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_purchases_by_product_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

####################################################################################
/* Calculating interest on purchases and withdrawals, and outputting results */
####################################################################################

CREATE TEMPORARY TABLE net_interest_s1 (
            interestDays INTEGER,
```

13

APPENDIX C-5

```
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
    SELECT firstOrderDate, userID, damages, purchases, withdrawals,
            DATEDIFF('2019/09/25', DATE(firstOrderDate)) AS interestDays,
            (ROUND((damages) *
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((damages) *
                    (POWER(1 + .08 / 4,
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 4 / 365) - 1), 2)) AS compoundInterest
    FROM ind_s1_btc_vwap_pc
    WHERE damages > 0;

CREATE TEMPORARY TABLE net_interest_s2 (
            interestDays INTEGER,
            simpleInterest DECIMAL(12,2),
            compoundInterest DECIMAL(12,2))
    SELECT firstOrderDate, userID, damages, purchases, withdrawals,
            DATEDIFF('2019/09/25', DATE(firstOrderDate)) AS interestDays,
            (ROUND((damages) *
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 0.08 / 365, 2)) AS simpleInterest,
            (ROUND((damages) *
                    (POWER(1 + .08 / 4,
                    DATEDIFF('2019/09/25', DATE(firstOrderDate))
                    * 4 / 365) - 1), 2)) AS compoundInterest
    FROM ind_s2_btc_vwap_pc
    WHERE damages > 0;

SELECT 'firstOrderDate', 'userID', 'damages', 'purchases', 'withdrawals',
    'interestDays', 'simpleInterest', 'compoundInterest'
    UNION ALL SELECT *
    FROM net_interest_s1
    INTO OUTFILE 'D:/GAW Miners/Output/interest_s1_p.csv' FIELDS TERMINATED BY
    ','
    OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'firstOrderDate', 'userID', 'damages', 'purchases', 'withdrawals',
    'interestDays', 'simpleInterest', 'compoundInterest'
    UNION ALL SELECT *
    FROM net_interest_s2
    INTO OUTFILE 'D:/GAW Miners/Output/interest_s2_p.csv' FIELDS TERMINATED BY
    ','
    OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'numDamagedUserIDs', 'damages', 'purchases', 'withdrawals',
    'simpleInterest', 'compoundInterest'
    UNION ALL SELECT count(*), sum(damages), sum(purchases), sum(withdrawals),
    sum(simpleInterest), sum(compoundInterest)
    FROM net_interest_s1
    INTO OUTFILE 'D:/GAW Miners/Output/interest_s1.csv' FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';

SELECT 'numDamagedUserIDs', 'damages', 'purchases', 'withdrawals',
    'simpleInterest', 'compoundInterest'
```

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 397 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 397 of 667
APPENDIX C-5

```
        UNION ALL SELECT count(*), sum(damages), sum(purchases), sum(withdrawals),
        sum(simpleInterest), sum(compoundInterest)
        FROM net_interest_s2
        INTO OUTFILE 'D:/GAW Miners/Output/interest_s2.csv' FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"' LINES TERMINATED BY '\n';


###############################################################################

###############################################################################
/* ALL QUERIES BELOW ARE COMMENTED OUT BECAUSE THEY ARE NOT USED IN MY
CALCULATIONS. */
###############################################################################

/*

SELECT 'purchaseDate', 'purchaseAmount',
            'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.purchaseDate,
            SUM(purchases_interest_s1.purchaseAmount),
            SUM(purchases_interest_s1.simpleInterest),
            SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.purchaseDate
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT CONCAT(YEAR(purchases_interest_s1.purchaseDate),"_",
            IF(MONTH(purchases_interest_s1.purchaseDate)<10,"0",""),
            MONTH(purchases_interest_s1.purchaseDate)) AS year_mo,
            SUM(purchases_interest_s1.simpleInterest),
            SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.stores_name,
            SUM(purchases_interest_s1.simpleInterest),
            SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';
```

15

Case3:16-cv-00940-MPS Document 174-2 Filed 06/01/20 Page 398 of 667
Case 3:16-cv-00940-MPS Document 112-2 Filed 12/23/19 Page 398 of 667
APPENDIX C-5

```
SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s1.hashlet_types_name,
                SUM(purchases_interest_s1.simpleInterest),
                SUM(purchases_interest_s1.compoundInterest)
        FROM purchases_interest_s1
        GROUP BY purchases_interest_s1.hashlet_types_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'purchaseDate', 'purchaseAmount',
                'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.purchaseDate,
                SUM(purchases_interest_s2.purchaseAmount),
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.purchaseDate
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_date_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'year_mo', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT CONCAT(YEAR(purchases_interest_s2.purchaseDate),"_",
                IF(MONTH(purchases_interest_s2.purchaseDate)<10,"0",""),
                MONTH(purchases_interest_s2.purchaseDate)) AS year_mo,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_month_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'stores.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
        SELECT purchases_interest_s2.stores_name,
                SUM(purchases_interest_s2.simpleInterest),
                SUM(purchases_interest_s2.compoundInterest)
        FROM purchases_interest_s2
        GROUP BY purchases_interest_s2.stores_name
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_store_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';


SELECT 'hashlet_types.name', 'simpleInterest', 'compoundInterest'
        UNION ALL
```

APPENDIX C-5

```
        SELECT purchases_interest_s2.hashlet_types_name,
            SUM(purchases_interest_s2.simpleInterest),
            SUM(purchases_interest_s2.compoundInterest)
    FROM purchases_interest_s2
    GROUP BY purchases_interest_s2.hashlet_types_name
    WITH ROLLUP
    INTO OUTFILE 'D:/GAW Miners/Output/purchases_interest_by_product_s2.csv'
    FIELDS TERMINATED BY ','
    OPTIONALLY ENCLOSED BY '"'
    LINES TERMINATED BY '\n';


CREATE TEMPORARY TABLE damages_cusa_simple
    SELECT "Scenario 1" AS scenario,
            SUM(purchased) AS purchased,
            SUM(interest) AS interest,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
            FROM (
                SELECT 0 AS purchased,
                    0 AS interest,
                    SUM(withdrawAmount) AS withdrawn,
                    SUM(withdrawAmount) AS value
                FROM relevant_withdrawals_s1
                UNION ALL
                SELECT SUM(purchaseAmount) AS purchased,
                    0 AS interest,
                    0 AS withdrawn,
                    SUM(purchaseAmount) AS value
                FROM relevant_purchases_s1
                UNION ALL
                SELECT 0 AS purchased,
                    SUM(simpleInterest) AS interest,
                    0 AS withdrawn,
                    SUM(simpleInterest) AS value
                FROM purchases_interest_s1) a
    UNION ALL
    SELECT "Scenario 2" AS scenario,
            SUM(purchased) AS purchased,
            SUM(interest) AS interest,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
            FROM (
                SELECT 0 AS purchased,
                    0 AS interest,
                    SUM(withdrawAmount) AS withdrawn,
                    SUM(withdrawAmount) AS value
                FROM relevant_withdrawals_s2
                UNION ALL
                SELECT SUM(purchaseAmount) AS purchased,
                    0 AS interest,
                    0 AS withdrawn,
                    SUM(purchaseAmount) AS value
                FROM relevant_purchases_s2
                UNION ALL
                SELECT 0 AS purchased,
                    SUM(simpleInterest) AS interest,
                    0 AS withdrawn,
```

APPENDIX C-5

```
                        SUM(simpleInterest) AS value
                    FROM purchases_interest_s2) b;


CREATE TEMPORARY TABLE damages_cusa_compound
      SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                               0 AS interest,
                               SUM(withdrawAmount) AS withdrawn,
                               SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s1
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
                               0 AS interest,
                               0 AS withdrawn,
                               SUM(purchaseAmount) AS value
                        FROM relevant_purchases_s1
                        UNION ALL
                        SELECT 0 AS purchased,
                               SUM(compoundInterest) AS interest,
                               0 AS withdrawn,
                               SUM(compoundInterest) AS value
                        FROM purchases_interest_s1) a
      UNION ALL
      SELECT "Scenario 2" AS scenario,
                SUM(purchased) AS purchased,
                SUM(interest) AS interest,
                SUM(withdrawn) as withdrawn,
                SUM(value) AS damages
                FROM (
                        SELECT 0 AS purchased,
                               0 AS interest,
                               SUM(withdrawAmount) AS withdrawn,
                               SUM(withdrawAmount) AS value
                        FROM relevant_withdrawals_s2
                        UNION ALL
                        SELECT SUM(purchaseAmount) AS purchased,
                               0 AS interest,
                               0 AS withdrawn,
                               SUM(purchaseAmount) AS value
                        FROM relevant_purchases_s2
                        UNION ALL
                        SELECT 0 AS purchased,
                               SUM(compoundInterest) AS interest,
                               0 AS withdrawn,
                               SUM(compoundInterest) AS value
                        FROM purchases_interest_s2) b;

CREATE TEMPORARY TABLE damages_exchange_act
      SELECT "Scenario 1" AS scenario,
                SUM(purchased) AS purchased,
                SUM(withdrawn) as withdrawn,
```

18

APPENDIX C-5

```
            SUM(value) AS damages
    FROM (
            SELECT 0 AS purchased,
                    SUM(withdrawAmount) AS withdrawn,
                    SUM(withdrawAmount) AS value
            FROM relevant_withdrawals_s1
            UNION ALL
            SELECT SUM(purchaseAmount) AS purchased,
                    0 AS withdrawn,
                    SUM(purchaseAmount) AS value
            FROM relevant_purchases_s1) a
UNION ALL
SELECT "Scenario 2" AS scenario,
            SUM(purchased) AS purchased,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
FROM (
            SELECT 0 AS purchased,
                    SUM(withdrawAmount) AS withdrawn,
                    SUM(withdrawAmount) AS value
            FROM relevant_withdrawals_s2
            UNION ALL
            SELECT SUM(purchaseAmount) AS purchased,
                    0 AS withdrawn,
                    SUM(purchaseAmount) AS value
            FROM relevant_purchases_s2) b;


CREATE TEMPORARY TABLE damages_fraud
    SELECT "Scenario 1" AS scenario,
            SUM(purchased) AS purchased,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
        FROM (
            SELECT 0 AS purchased,
                    SUM(withdrawAmount) AS withdrawn,
                    SUM(withdrawAmount) AS value
            FROM relevant_withdrawals_s1
            UNION ALL
            SELECT SUM(purchaseAmount) AS purchased,
                    0 AS withdrawn,
                    SUM(purchaseAmount) AS value
            FROM relevant_purchases_s1) a
UNION ALL
SELECT "Scenario 2" AS scenario,
            SUM(purchased) AS purchased,
            SUM(withdrawn) as withdrawn,
            SUM(value) AS damages
FROM (
            SELECT 0 AS purchased,
                    SUM(withdrawAmount) AS withdrawn,
                    SUM(withdrawAmount) AS value
            FROM relevant_withdrawals_s2
            UNION ALL
            SELECT SUM(purchaseAmount) AS purchased,
                    0 AS withdrawn,
                    SUM(purchaseAmount) AS value
            FROM relevant_purchases_s2) b;
```

19

APPENDIX C-5

```
SELECT 'scenario', 'consideration paid', 'simple interest',
            'income received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_cusa_simple
      INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_simple25.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'scenario', 'consideration paid', 'compound interest',
            'income received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_cusa_compound
      INTO OUTFILE 'D:/GAW Miners/Output/damages_cusa_compound25.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'scenario', 'value paid', 'value received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_exchange_act
      INTO OUTFILE 'D:/GAW Miners/Output/damages_exchange_act.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

SELECT 'scenario', 'value promised', 'value received', 'damages'
      UNION ALL
      SELECT *
      FROM damages_fraud
      INTO OUTFILE 'D:/GAW Miners/Output/damages_fraud.csv'
      FIELDS TERMINATED BY ','
      OPTIONALLY ENCLOSED BY '"'
      LINES TERMINATED BY '\n';

CREATE TEMPORARY TABLE transactions_fund (usd DECIMAL(12,2)
            AS (ROUND((btcAmount * btcAve), 2)) virtual)
      SELECT transactions.userId, transactions.btcAmount,
            transactions.createdAt, btc_usd.btcAve
      FROM transactions
      LEFT JOIN btc_usd
            ON DATE(transactions.createdAt) = btc_usd.btcDate
      WHERE transactions.type="fund"
            AND transactions.status = "completed"
            AND DATE(createdAt)<'2015/01/20'
            AND transactions.userId IN (
                  SELECT userId FROM nonemployee_accounts);

CREATE TEMPORARY TABLE relevant_fund_s1
      SELECT DATE(transactions_fund.createdAt) AS fundDate,
            SUM(transactions_fund.usd) AS fundAmountUSD,
            SUM(transactions_fund.btcAmount) AS fundAmountBTC
      FROM transactions_fund
```

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 403 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 403 of 667

APPENDIX C-5

```
        INNER JOIN ind_s1
                ON transactions_fund.userId = ind_s1.userId
        WHERE ind_s1.ind=1
        GROUP BY fundDate;

CREATE TEMPORARY TABLE relevant_fund_s2
        SELECT DATE(transactions_fund.createdAt) AS fundDate,
                SUM(transactions_fund.usd) AS fundAmountUSD,
                SUM(transactions_fund.btcAmount) AS fundAmountBTC
        FROM transactions_fund
        INNER JOIN ind_s2
                ON transactions_fund.userId = ind_s2.userId
        WHERE ind_s2.ind=1
        GROUP BY fundDate;

SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
        SELECT SUM(relevant_fund_s1.fundAmountUSD),
                SUM(relevant_fund_s1.fundAmountBTC)
        FROM relevant_fund_s1
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'fundAmountUSD', 'fundAmountBTC'
        UNION ALL
        SELECT SUM(relevant_fund_s2.fundAmountUSD),
                SUM(relevant_fund_s2.fundAmountBTC)
        FROM relevant_fund_s2
        INTO OUTFILE 'D:/GAW Miners/Output/relevant_fund_s2.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s1
        WHERE year_mo!="2015_01"
                AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s1.csv'
        FIELDS TERMINATED BY ','
        OPTIONALLY ENCLOSED BY '"'
        LINES TERMINATED BY '\n';

SELECT 'year_mo', 'purchaseAmount'
        UNION ALL
        SELECT year_mo, SUM(purchaseAmount) AS purchaseAmount
        FROM ordered_devices_monthly_detail_s2
        WHERE year_mo!="2015_01"
                AND hashlet_types_name!="HashStaker"
        GROUP BY year_mo
        WITH ROLLUP
        INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_hashlets_s2.csv'
```

Case3:16-cv-00940-MRS Document1294 Filed 06/01/20 Page 404 of 667
Case 3:16-cv-00940-MRS Document1294-2 Filed 12/23/19 Page 404 of 667

APPENDIX C-5

```
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'purchaseAmount'
       UNION ALL
       SELECT SUM(ROUND((1 - (orders.discounts / orders.totalLineItemsPrice))
              * devices.purchasePriceUSD, 2)) AS purchaseAmount
       FROM order_devices
       INNER JOIN devices
              ON order_devices.deviceId = devices.id
       INNER JOIN orders
              ON order_devices.orderId = orders.id
       WHERE (orders.status="paid" OR orders.status IS NULL)
              AND orders.totalLineItemsPrice>0
              AND DATE(orders.paidAt)<'2014/12/31'
              AND DATE(orders.paidAt)>='2014/08/01'
              AND devices.hashletTypeId!=13
       INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_unrestricted.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'payoutAmount', 'payoutRecords'
       UNION ALL
       SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
              IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
              MONTH(DATE(transactions.createdAt))) AS year_mo,
              SUM(transactions.usdAmount) AS payoutAmount,
              COUNT(transactions.usdAmount) AS payoutRecords
       FROM transactions
       WHERE transactions.type="payout"
              AND DATE(transactions.createdAt)<='2014/12/31'
              AND DATE(transactions.createdAt)>='2014/08/01'
       GROUP BY year_mo WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_payout.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

SELECT 'year_mo', 'servicefeeAmount', 'servicefeeRecords'
       UNION ALL
       SELECT CONCAT(YEAR(DATE(transactions.createdAt)),"_",
              IF(MONTH(DATE(transactions.createdAt))<10,"0",""),
              MONTH(DATE(transactions.createdAt))) AS year_mo,
              SUM(transactions.usdAmount) AS servicefeeAmount,
              COUNT(transactions.usdAmount) AS servicefeeRecords
       FROM transactions
       WHERE transactions.type="servicefee"
              AND DATE(transactions.createdAt)<='2014/12/31'
              AND DATE(transactions.createdAt)>='2014/08/01'
       GROUP BY year_mo
       WITH ROLLUP
       INTO OUTFILE 'D:/GAW Miners/Output/sec_compare_servicefees.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';
```

APPENDIX C-5

```
SELECT 'scenario', 'count', 'sum', 'max'
       UNION ALL
       SELECT 'scenario one',
              COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
              SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
              MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
       FROM transactions_withdraw_s1
       WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
       UNION ALL
       SELECT 'scenario two',
              COUNT(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
              SUM(DATEDIFF(DATE(updatedAt), DATE(createdAt))),
              MAX(DATEDIFF(DATE(updatedAt), DATE(createdAt)))
       FROM transactions_withdraw_s2
       WHERE DATEDIFF(DATE(updatedAt), DATE(createdAt))!=0
       INTO OUTFILE 'D:/GAW Miners/Output/updatedAt_createdAt_compare.csv'
       FIELDS TERMINATED BY ','
       OPTIONALLY ENCLOSED BY '"'
       LINES TERMINATED BY '\n';

QUIT;

*/
```

23

# EXHIBIT 33

### *Audet et al. v. Fraser et al.*
### <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

**NAME:**   **GORODNEV, Roman**

**<u>QUESTION 1:</u>**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**<u>ANSWER 1:</u>**

**Paycoin is missing from my final calculations**

**There is no history for Paycoin deals at Bittrex exchange ive used that time (maybe Im wrong, but there was a special site for exchanging XPY to BTC, in any case Im not able to provide exact sum of USD ive received for XPY), but Ive missed that we can take all strings with "account withdrawal complete for XPY" from my history file "Complete_Zencloud_account_history.csv" and take the price from** https://coinmarketcap.com/currencies/paycoin2/ **on the date and time of the withdrawal:**

| XPY Amoont withdrawal | Date and closest time | Price at https://coinmarketcap.com/ on date and time, USD | Total in USD |
|---|---|---|---|
| 70,001 | 21.12.2014 18:13 UTC | 10,06 | 704,21006 |
| 51,001 | 22.12.2014 07:10 UTC | 9,85 | 502,35985 |
| 100,001 | 31.12.2014 06:01 UTC | 12,59 | 1259,01259 |
| 100,001 | 31.12.2014 10:29 UTC | 12,32 | 1232,01232 |
| 151,001 | 13.04.2015 04:26 UTC | 0,17 | 25,67017 |
| 80,001 | 25.04.2015 19:53 UTC | 0,16 | 12,80016 |
| 100,001 | 13.05.2015 16:29 UTC | 0,14 | 14,00014 |
| 135,001 | 06.06.2015 06:04 UTC | 0,07 | 9,45007 |
| 83,001 | 19.06.2015 21:55 UTC | 0,07 | 5,81007 |
| 609,001 | 23.06.2015 17:00 UTC | 0,06 | 36,54006 |
| 46,001 | 10.07.2015 12:35 UTC | 0,06 | 2,76006 |
| | | | |
| | | Total in USD | 3804,62555 |

**So we have to reduce my previous "Total locked on site in USD value: 18032.49 USD" for 3804,63 USD. And there will be 14227,86 USD**

**I never was connected to reselling of Hashlets, Hashstakers, or Hashpoints, chargesbacks, refunds, commissions. I had one account, and the history of my account can be found in "Complete_Zencloud_account_history.csv".**

**Some of my purchases of Hashlets were made through 3rd party sites, but in any case such purchases are reflected in order confirmations from GAW Miners.**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**I have information in my gmail account about activation of 7 Hashstakers and 1 Micro-prime key. But I don't have any information about how much it costed to me and how Ive payed for them. See below screenshots:**



Your miner has been successfully activated Inbox x Crypto x

**noreply@cloud.zenminer.com** via sendgrid.info Fri, Nov 28, 2014, 6:10 PM
to me

## Hello

Your miner HashStaker 1 has been successfully activated with code 0a820c6f17e85900161cc0590e2cafceb3a82903.

Thanks,
zenportal

If you have any questions you can contact us at support@zenminer.com

---

**noreply@cloud.zenminer.com** via sendgrid.info Mon, Dec 1, 2014, 11:25 AM
to me

ZenMiner Logo

## Hello

Your miner HashStaker 5 has been successfully activated with code e1620ee5e4d291d0943ff17be15682744de2f84a.

Thanks,
zenportal

If you have any questions you can contact us at support@zenminer.com

**noreply@cloud.zenminer.com** via sendgrid.info      Mon, Dec 1, 2014, 11:27 AM ☆ ↩ ⋮
to me ▾

ZenMiner Logo

## Hello

Your miner HashStaker 1 has been successfully activated with code
443bc893833d00beb258e271e17681294f4fbf40.

Thanks,
zenportal

•••

If you have any questions you can contact us at support@zenminer.com

---

## Microprime Key Available ▸ 📨   Inbox ×   Crypto ×      🖨 ⧉

**noreply@cloud.zenminer.com** via sendgrid.me      Thu, Oct 15, 2015, 6:33 AM ☆ ↩ ⋮
to me ▾

### Hello camomile

Your Micro-prime key is now available on your account. Log in and click the profile
menu at the top right to find your key.

What is a Micro-prime?

A micro-prime is a special private key generated for each Zencloud users that
purchased an Immortal Hashstaker. This key will stake at the Prime Controller stake
rate up to a certain balance of coins that is proportional to the total size of your
Immortal Hashstakers. To use this key, download the Paycoin desktop wallet from
paycoin.com and import the private key into the wallet. Once the wallet is updated
with the micro-prime update, it will immediately start staking at the increased rate.

Thanks,
zenportal

**Login to Zencloud**

If you have any questions you can contact us at 'ryan@xpydev.org'

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**NO**


**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**As I remember around 220…250 Ion`s**

EXHIBIT 34

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**     **TUBEROSI, John L.**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes**



**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**No**



# EXHIBIT 35

## *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**   **BLACK, Simon**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1: YES**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2: AS FAR AS I RECALL, I HAVE PROVIDED ALL THE DOCUMENTS I HAD AVAILABLE TO ME**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3: NO**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4: YES - I DO NOT RECALL EXACTLY HOW MANY BUT IT WAS AROUND 300 ION's. I STAKED THESE IONS WITH IONOMY.COM AND NOW HAVE A TOTAL OF 411.62 ION AS AT 11:30am 7/11/2019 AEST. FOR TRANSPARENCY MY ION WALLET ADDRESS IS ipVUCRF22hRbpyvwy1HJ8dtQ8A9edN5CY5**

EXHIBIT 36

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>    AMMANN, Martin

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1:**</u>

Yes.

The information corresponds to what I can remember and found documents..

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

See answer 1

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

No.

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

As a result of a conversion action, I exchanged some XPY for ION.

I think the exchange ratio was 8:1 (XPY:ION). But you got ION-Staker, which was tied for 12 months.

Exactly I can not remember, because I can not find any documents about it.

# EXHIBIT 37

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**     **COLUCCI, Leonardo**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, they reflect all my transactions with GAW. All transactions were in BTC & £ GBP.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**The transactions given are everything. I paid £8,153.92 & 174.17518 BTC to GAW.**

---

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, I converted all my Paycoin to ION. Approx 83,904 Paycoin converted to 10,488 ION**

# EXHIBIT 38

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:


**NAME:** **DAEMS, Jurgen**


**QUESTION 1:** To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

/

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

No.

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

I did receive Ion in exchange for Paycoin, but I cannot remember the amount. I've searched in my emails, but I'm unable to find anything. Nor can I get a history on the Ionomy platform, as this platform has evolved several times in the years.

Also because of the staking process, my initial amount has been increased. Today it is a total of +812.88405559 ION

# EXHIBIT 39

# *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

**<u>NAME:</u>     FORMOSA, Paul David**

**<u>QUESTION 1:</u>**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**<u>ANSWER 1:</u>**

**Yes.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**Everything should be covered with the documents I have already provided (Emails, Bank Statement, Zen-Export.csv & Gaw-Spending-from-personal-budget.pdf)**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, 150.**

**I don't have the exact numbers on this but from memory the smallest ION stakers was 200 and I had to buy a bunch more ION to be able to fill this. The above is an estimate only.**

EXHIBIT 40

## *Audet et al. v. Fraser et al.*
### Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:


**NAME:**     **HOPPENFELD, Robert**


**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**To the best of my knowledge, the documentation submitted to Allen Shinners, gawsuit.com, and Susman Godfrey reflect all transactions with GAW Miners.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**I do not remember becoming a reseller.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**I do not know how many Ion coin I received.**

**ION, a cryptocurrency that is not run, affiliated, or controlled by GAW Miners in any way, was exchanged for XPY (Paycoin).  Ionomy, a completely separate entity, was willing to exchange XPY for ION at an 8:1 ratio. The balance of my XPY was exchanged for ION.**

EXHIBIT 41

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:


**NAME:**     **JALBERT, Kellen**


**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, to the best of my knowledge. The documents provided is everything I have saved over the years in regards to GAW.**

**QUESTION 2:**   If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**All documents provided for all transactions to the best of my knowledge**

---

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No.**


**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**I believe I received 810 ion coins in exchange for paycoins. Oldest historical deposit of ION I can find.**

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 436 of 667

# EXHIBIT 42

*Audet et al. v. Fraser et al*.
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**     **KRAUS, Eric**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, to the best of my knowledge**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**Not applicable**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes,  However I don't recall the amount. It was at the rate per Paycoin for the hashlets that were traded in.**

# EXHIBIT 43

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**    LE, Thomas

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes**

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 441 of 667

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**n/a**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, around 2,000 ION**

Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 442 of 667

EXHIBIT 44

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**   LEMM, Adam

**QUESTION 1:**  To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1: Yes**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

---

**ANSWER 2:  N/A**


**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3: No**


**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4: I did swap Paycoin in exchange for Ion, but I have no record of how much I swapped / received. I have checked the Ionomy.com website, but the records have been expunged.**

# EXHIBIT 45

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>     **MACFARLANE, Jeff Maynard**

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1:**</u>

**To the best of my knowledge all the documents I have sent to gawsuit.com and or Susan Godfrey are the majority of the transactions I have made involving GAW Miner losses and transactions. I have done transactions on Pay Base which were not downloaded or recorded before the site was terminated. I do recall that there were absolutely no profits taken at that time.**

---

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**As stated in Question #1 Pay Base transactions were not downloaded, recorded and saved. I do recall transferring some of my Paycoin to BTCLend and Ionomy.com for staking**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, 2,272 Ion coin.**

EXHIBIT 46

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

**<u>NAME:</u>    MUELLER, Thomas**

**<u>QUESTION 1:</u>**  To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**<u>ANSWER 1:</u>**

**Purchases from GAW:  $18695.75**

**Purchases from GAW marketplace:  $8242.47**

**N/A to all other transactions**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**NO**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**YES:  10,310.34283032 ION**

# EXHIBIT 47

*Audet et al. v. Fraser et al.*
<u>**Written Questions From Stuart Fraser**</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>    **OLSEN, Dag**

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1:**</u>

**Yes**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**14656.83608090 IONS**

# EXHIBIT 48

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**    **PASS, James**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, that is all I can recollect.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**I cannot remember any further transactions.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**I was not a reseller for GAW Miners.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, I received Ion in exchange for Paycoin. I received 12.500 Ion to the best of my knowledge.**

# EXHIBIT 49

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

**<u>NAME:</u>** **ROSARIO, Tezontl**

**<u>QUESTION 1:</u>** To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**<u>ANSWER 1:</u>**

**Yes**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, approx. 1000 ion.**

# EXHIBIT 50

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>     **SHEPHERD, David**

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1:**</u>

**As far as I can recall, Yes.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**I did receive in the region of 2000 Ion coin, I do not recall the exact amount, although I do not see the relevance to this case.  My Paycoin were essentially worthless and the Ion I received was effectively a goodwill gift from the Ion development team.**

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 463 of 667

EXHIBIT 51

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**    SIEDL, Helmut

**QUESTION 1:**  To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Its long ago. All infos I had I reported.**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**Can't recall after so many years**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**I did but the numbers don't fit to the damage because I did buy more cheap Paycoins from exchange so I got more Ion. Please be aware Ion is no way related its an open source community project.**

# EXHIBIT 52

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**      **SMITH, Steven D.**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

N/A

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

No

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**Yes, to the best of my recolection 2800 Ion.**

# EXHIBIT 53

# *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>   **TOLSTYKH, Alexander ("Alex")**

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1: Yes, purchases only**</u>

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:  The documents reflect all the transactions**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3: No**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4: Yes, about 14000 ion.**

# EXHIBIT 54

*Audet et al. v. Fraser et al.*
<u>**Written Questions From Stuart Fraser**</u>

Please provide written answers to the following four (4) questions:

<u>**NAME:**</u>    **VESPOLI, Jimmy**

<u>**QUESTION 1:**</u>   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>**ANSWER 1:**</u>  **YES**



**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:  NO**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:    YES  Do not remember how many. I never made money from ION.**

# EXHIBIT 55

### *Audet et al. v. Fraser et al.*
### Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**     **WINTER, Florian**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1: The Documents i provided are reflecting all Transactions involving GAW Miners.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2: The Documents I submitted to the LawSuit are all Major Transactions I can remember.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3: No, I was not a reseller of GAW Miners.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4: Yes, but the Website where I redeemed my Paycoin for ION (Ionomy.com) deleted my Old Transaction History. I redeemed about 120.28 ION.**

EXHIBIT 56

*Audet et al. v. Fraser et al.*
**Written Questions From Stuart Fraser**

Please provide written answers to the following four (4) questions:

**NAME:**     **TYNER, Davis**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**Probably yes, but unsure.  If so, approximately 100 Ion coin.**

# EXHIBIT 57

*Audet et al. v. Fraser et al.*
<u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>NAME:</u>   Jeremy Schwartz

<u>QUESTION 1:</u>  To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>ANSWER 1:</u>

Yes

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

No

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

I believe so but it has been so long I honestly can't remember the details and have no such records.

EXHIBIT 58

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**     HUSSAIN, Ali

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, I have submitted all my activities and expenditure.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**N/A**

---

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**I remember being contact by someone about ion to ask if I want to receive ion coins and I said yes, but I have no clue how many or what they are or where they are.**

EXHIBIT 59

Contains Confidential Portions

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------------------

DENIS MARC AUDET, MICHAEL PFEIFFER,

DEAN ALLEN SHINNERS, and JASON VARGAS,

Individually and on Behalf of All Others

Similarly Situated,

                              Plaintiffs,


            vs.        No. 16-940


HOMERO JOSHUA GARZA, STUART A. FRASER,

GAW MINERS, LLC, and ZENMINER, LLC,

(d/b/a ZEN CLOUD),

                              Defendants.

------------------------------------------


    ** CONTAINS CONFIDENTIAL PORTIONS **


 VIDEOTAPED DEPOSITION OF DENIS MARC AUDET



            Friday, August 10, 2018

                  11:00 a.m.


Reported by:

Joan Ferrara, RPR, RMR, CRR

Job No. 144961

Contains Confidential Portions

1                     D. Audet

2        A     Because it wasn't -- I use a

3    regular, you know, Wall Street firm.  You

4    know, I use Schwab to do my financial

5    management.  So they wouldn't have known

6    anything about crypto currency.  So it was

7    more like a personal project more than part

8    of my regular investments.

9        Q     Earlier you mentioned that at

10   some point PayCoin became independent from

11   GAW, is that right?

12       A     I said something like that, yes.

13       Q     Do you remember any more about

14   that transition?

15       A     To the best of my memory, at

16   some point Josh seemed to not be around

17   anymore and the programmers who had been

18   working at GAW sort of, they got hold of

19   wallets, I think, and the database and

20   platform, they sort of took over running it

21   and they started to -- they just -- they

22   started to control things and somehow kept

23   the Hashstakers working.  You know, they

24   embellished the website a little bit and

25   they made it clear that Josh was not

Contains Confidential Portions

1                         D. Audet

2    running this, we're running this.

3        Q     Do you remember who --

4        A     I don't remember the names

5    exactly, but I do remember they launched a

6    new wallet that was working properly.

7               So they fixed up certain bugs in

8    the system, one which was the external

9    wallet, which wasn't quite connecting at

10   times.  So they took care of things like

11   that.

12              They re-branded the PayCoin.  I

13   forget what they call it -- it might have

14   been Team PayCoin, I forget, but they made

15   it sound like PayCoin is under new

16   management basically.

17       Q     And then at some point PayCoin

18   became ION?

19       A     I don't remember exactly what

20   happened here.  I think at some point let's

21   call them Team PayCoin, they decided this

22   was -- there was very little interest in

23   PayCoin itself, so they -- I'm not sure how

24   they actually, what the details were, but

25   somehow this other group did a conversion

Contains Confidential Portions

1                        D. Audet

2    between PayCoin to ION at a fixed rate,

3    which I forget what it was, and so we could

4    basically -- and what was going to happen,

5    I think PayCoin was going to get de-listed

6    from all these exchanges, so it was going

7    to be useless as a crypto currency.

8              So we basically had no choice

9    but to convert to something else that was

10   around.  So ION was the thing that came up.

11   I'm not sure how the Team PayCoin and ION

12   are connected.  All I know is that it

13   happened.

14       Q    Do you know the term ionomy?

15       A    Yes.  That's the website.

16   Ionomy.com is the website where you can log

17   in and manage the ions or -- you know, it

18   gives you access to their equivalent, you

19   know, what they call stakers.

20              Again, you put your coins in

21   these things, these ions into these things,

22   and they generate some revenue, more ions,

23   and then you could convert them to -- I

24   mean it works like a lot of these

25   platforms, so.

EXHIBIT 60

Case 3:16-cv-00940-MPS   Document 1-2   Filed 06/23/20   Page 493 of 667

We just launched Liquidity to combat the volume inflation problem. **More info here**!

Market Cap: $177,383,319,907 • 24h Vol: $81,167,612,406 • BTC Dominance: 67.5% • Cryptocurrencies: 4,945 • Markets: 20,353

# ION (ION)

**$0.036624** USD **(-8.03%)**

0.00000554 BTC (-3.65%)

**< Share**    **★ Watch**

Buy        Exchange        Gamble        Crypto Credit

**SPONSORED**

| Market Cap | Volume (24h) |
|---|---|
| $446,091 USD | $1,996.00 USD |
| 67.42267127 BTC | 0.30167844 BTC |

| Circulating Supply | Total Supply |
|---|---|
| 12,180,295 ION | 18,080,295 ION |

Rank 1047  ?

🔗 Website
📢 Announcement
🔍 Explorer
🔍 Explorer 2
☰ Message Board
💬 Chat
💬 Chat 2
</> Source Code
📄 Technical Documentation
🏷 Coin

| 📊 **Charts** | ⇄ Market Pairs ▾ | 🌐 Social | 🔧 Tools | ★ Ratings | 📅 Historical Data |



We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our Privacy Policy. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS   Document 242-2   Filed 02/23/19   Page 494 of 667 

## ION Charts



| Zoom | 1d | 7d | 1m | 3m | 1y | YTD | ALL | | From | Jun 8, 2016 | To | Dec 18, 2019 |

— Market Cap    — Price    — Price (BTC)    ● 24h Vol

## About ION

ION (ION) is a cryptocurrency. ION has a current supply of 18,080,295.451 with 12,180,295.451 in circulation. The last known price of ION is $0.036624 USD and is down -8.03% over the last 24 hours. It is currently trading on 2 active market(s) with $1,996.00 traded over the last 24 hours. More information can be found at https://ionomy.com/.

## ION Statistics

| | |
|---|---|
| **ION Price** | $0.036624 USD |
| **ION ROI** ❓ | -84.66% |
| **Market Rank** | #1047 |
| **Market Cap** | $446,091 USD |
| **24 Hour Volume** | $1,996.00 USD |
| **Circulating Supply** | 12,180,295 ION |
| **Total Supply** | 18,080,295 ION |
| **Max Supply** | No Data |
| **All Time High** | $8.18 USD (Jan 21, 2018) |
| **All Time Low** | $0.008322 USD (Feb 07, 2017) |
| **52 Week High / Low** | $0.310005 USD / $0.028146 USD |
| **90 Day High / Low** | $0.071111 USD / $0.028146 USD |
| **30 Day High / Low** | $0.041463 USD / $0.035061 USD |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our Privacy Policy. If you continue to use this site, you consent to our use of cookies.   ✕

12/18/2019
ION (ION) price, charts, market cap, and other metrics | CoinMarketCap
Case 3:16-cv-00940-MPS Document 2942 Filed 06/21/20 Page 495 of 667

Case 3:16-cv-00940-MPS Document 2942 Filed 06/21/20 Page 495 of 667

|  | $0.041463 USD / $0.035205 USD |
|---|---|
| **Yesterday's High / Low** | $0.041463 USD / $0.035205 USD |
| **Yesterday's Open / Close** | $0.039700 USD / $0.035338 USD |
| **Yesterday's Change** | $-0.004362 USD (-10.99%) |
| **Yesterday's Volume** | $1,936.03 USD |

# Sign up for our newsletter

Get crypto analysis, news and updates, right to your inbox! Sign up here so you don't miss a single one.

Enter your email...

Subscribe now

## Related Cryptocurrencies

Trinity Network Credit (TNC)    Ixcoin (IXC)    Observer (OBSR)    Next.exchange (NEXT)    Webflix Token (WFX)

© 2019 CoinMarketCap

**Useful Links**

Advertise
Blockchain Explorer
Crypto API
Crypto Indices
Interest
Disclaimer
Privacy
Terms
FAQ
Methodology

Request Form
Careers at CMC
Crypto/Blockchain Jobs
Blog
Newsletter
Shop
Facebook
Twitter
Telegram
Interactive Chat

**Donate**

BTC: 3CMCRgEm8HVz3DrWaCCid3vAANE42jcEv9
LTC: LTdsVS8VDw6syvfQADdhf2PHAm3rMGJvPX
ETH: 0x0074709077B8AE5a245E4ED161C971Dc4c3C8E2B
BCH: 1LVXG4Z4oF6TrJfmUfSuLX8nqb8c5eCwha

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our Privacy Policy. If you continue to use this site, you consent to our use of cookies.

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 496 of 667

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our Privacy Policy. If you continue to use this site, you consent to our use of cookies.

# EXHIBIT 61

## *Audet et al. v. Fraser et al.*
## <u>Written Questions From Stuart Fraser</u>

Please provide written answers to the following four (4) questions:

<u>NAME:</u>    **CLAHSEN, Pieter**

<u>QUESTION 1:</u>  To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

<u>ANSWER 1:</u> **Yes they do.**



**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**



**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3: No I was not.**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4: Yes I did. I think I received about 12k (twelve thousand) Ion coins.**

# EXHIBIT 62

| From: | Escrow.com |
| Sent: | Wednesday, September 17, 2014 3:28 PM EDT |
| To: | danasta10@yahoo.ca |
| Subject: | #722985-508067 ZEN CLOUD account sale - Closing Statement |

## #722985-508067 ZEN CLOUD ACCOUNT SALE - CLOSING STATEMENT

Escrow.com

30318 Esperanza

Rancho Santa Margarita, CA 92688

1-949-635-3800

Escrow #508067

Transaction #722985

Closing Date: 9/17/2014

Ref: ZEN CLOUD account sale

BUYER CLOSING STATEMENT

Buyer: Dimitrios Anastasakis

Buyer email: danasta10@yahoo.ca

Seller:Martin Ruzek

Seller email: martin.ruzek@noveria.cz

|  | Debit | Credit |
|---|---|---|
| Deposit |  | $0.00 |
| Item(s) | $29,000.00 |  |
| Escrow Fee | $141.55 |  |
| Shipping | $0.00 |  |
| Refund |  | $0.00 |
| **TOTAL** | $29,141.55 | $0.00 |

Thank you for your business! We hope we can assist you with your future escrow needs.

Escrow.com support@escrow.com 888-511-8600

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1-888-511-8600 or www.escrow.com. You can also refer to the General Escrow Instructions on our website or contact us for a written explanation of your rights. For questions or complaints about Escrow.com, contact the appropriate regulatory agency for your state of residence as listed on our website.

**Security Tips**

We encourage our customers to use caution when conducting online transactions, even when using our escrow service.
We only offer our escrow services at Escrow.com. You should make sure your browser shows the Escrow.com URL when logging in to your account.
We are not affiliated with any other escrow service, regardless of what others may claim.
Escrow.com will never provide payment instructions or tell you to ship merchandise via email.
To avoid being deceived by fraudulent emails, you should log in to Escrow.com to verify information in any email received.
Your Escrow.com password should be different from other passwords you use. Never share your password with anyone.
Escrow.com will never ask you for your password in an email or over the phone.
If you have concerns about the legitimacy of a transaction, or if you receive suspicious information that appears to conflict with other information
you have received, please contact us immediately at:
888-511-8600 (US) or 1-949-635-3800 (internationally).

EXHIBIT 63

| From: | NOVERIA networks s.r.o. Moderní firemní sítě |
|---|---|
| Sent: | Wednesday, September 10, 2014 6:19 AM EDT |
| To: | Bart - |
| Subject: | sell? |

Hi Bart, I can proceed with this last sale, under condition of upfront payment.
As we don't had this deal covered by any escrow service and I don't want to risk anything, especially now, when I already sold more than i actually needed.

If you agree, give me info that you are ready for immediate transfer of BTC.
Then I will reply Leah, to start transfer, after that I will give you 10 minutes to start payment, if payment not started I will cancel transfer after that period..
my adress is: 16G9ExL54c4pTX3zXTh5eLXw3DC3hEdQXa
amount atm is :1,5347 BTC

Take it or leave it...I dont really need to sell

Martin

--

**Martin Růžek**
*jednatel společnosti*
**tel: +420 777 330700**

**NOVERIA** *networks s.r.o.*
Sídlo: **Lázeňská 21, 41701, Dubí**
IČO: 27294811 | DIČ: CZ27249811
Banka: 87008733/5500 | IBAN: CZ0655000000000087008733, SWIFT: RZBCCZPP

# EXHIBIT 64

## *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:** **BARLIER, Guillaume ("Guillaume") Pierre André**

**QUESTION 1:** To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, the documents provided should contain all relevant informations, if this does not appear to be the case, please let me know.**

**I did not sell any of the product i purchased on their platform.**

**I would like to specify that i do not consider my loss in USD but in bitcoins, as i invested in GAW as a mining solution to make my bitcoin work and generate new coins while i waited for their value to raise, i expected to own about 100 btc by now, these were all my savings at the time, so i hope that in any judgment provided it is not the simple initial investment value that is considered.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**As far as i recall the documents should cover the following:**

- **an initial purchase from gaw**
- **a purchase exchange facilitated by Leah (gaw staff)**
- **a second account purchase with escrow,**
- **the rest of the transactions were on the zenminer marketplace for which the full CVS logs were provided.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**No.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**Not to my knowledge.**

**I never sold any paycoin either.**

**after being burned by GAW i haven't really followed crypto currencies and do no know or recall what the Ion coins are.**

# EXHIBIT 65



David Mah <yeesheng@gmail.com>

## Escrow for purchase of 90 mhs hashlet prime
16 messages

**David Mah** <yeesheng@gmail.com>                    Sun, Sep 7, 2014 at 11:45 PM
To: David Mah <yeesheng@gmail.com>, nacer.laradji@gmail.com, me@animoesto.co.uk

hi all,

i (gentamicin) am purchasing 90mhs hashlet prime at 4.6 btc from nacer

thanks !

---

**David Mah** <yeesheng@gmail.com>                    Sun, Sep 7, 2014 at 11:46 PM
To: David Mah <yeesheng@gmail.com>, "nacer.laradji" <nacer.laradji@gmail.com>, me
<me@animoesto.co.uk>

sorry 4.8 btc
[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                    Sun, Sep 7, 2014 at 11:51 PM
To: David Mah <yeesheng@gmail.com>, "nacer.laradji" <nacer.laradji@gmail.com>

Hello David


Here are the steps to transfer (Unless this is an account transfer)


- The Buyer will deposit 4.8btc to 1Gvy9PMsFBuUW5gFknVM6nnxfGAFEnjozs

- I will confirm that the amount has been received and keep hold of it until all is finalised

- The steps to transfer Hashlets are dictated here https://hashtalk.org/topic/3270/announcement-regarding-transferring-zencloud-hosted-miners Please remember to CC me in on items as the escrow

- Once the transfer has taken place, and the buyer is happy, the seller can then provide the appropriate Bitcoin address to receive the coins – this only takes place when the buyer is happy and has the items in their hands


Please note I keep UK time – and the wallet is stored OFFLINE and cannot be tampered with online – the address is created SOLELY for yourselves to use and nobody else.


Animo


**From:** David Mah [mailto:yeesheng@gmail.com]
**Sent:** 07 September 2014 15:16

**To:** David Mah; nacer.laradji; AnimoEsto

**Subject:** Re: Escrow for purchase of 90 mhs hashlet prime

[Quoted text hidden]

---

**David Mah** <yeesheng@gmail.com>                                      Mon, Sep 8, 2014 at 12:06 AM
To: AnimoEsto <me@animoesto.co.uk>
Cc: "nacer.laradji" <nacer.laradji@gmail.com>

coins sent to animo esto for purchase of nacers entire account

[Quoted text hidden]

---

**Nacer Laradji** <nacer.laradji@gmail.com>                             Mon, Sep 8, 2014 at 12:09 AM
To: David Mah <yeesheng@gmail.com>
Cc: AnimoEsto <me@animoesto.co.uk>

Hi there,

I'm waiting for today payout to show in my account and  withdraw the current fund in it.

[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                                      Mon, Sep 8, 2014 at 12:09 AM
To: David Mah <yeesheng@gmail.com>
Cc: "nacer.laradji" <nacer.laradji@gmail.com>

I can see them in my wallet - just confirming

**From:** David Mah [mailto:yeesheng@gmail.com]
**Sent:** 07 September 2014 15:36
**To:** AnimoEsto
**Cc:** nacer.laradji
**Subject:** Re: Escrow for purchase of 90 mhs hashlet prime

coins sent to animo esto for purchase of nacers entire account

On Sun, Sep 7, 2014 at 11:51 PM, AnimoEsto <me@animoesto.co.uk> wrote:

Hello David

Here are the steps to transfer (Unless this is an account transfer)

- The Buyer will deposit 4.8btc to 1Gvy9PMsFBuUW5gFknVM6nnxfGAFEnjozs

- I will confirm that the amount has been received and keep hold of it until all is finalised

- The steps to transfer Hashlets are dictated here https://hashtalk.org/topic/3270/announcement-regarding-transferring-zencloud-hosted-miners Please remember to CC me in on items as the escrow

- Once the transfer has taken place, and the buyer is happy, the seller can then provide the

appropriate Bitcoin address to receive the coins – this only takes place when the buyer is happy and has the items in their hands

Please note I keep UK time – and the wallet is stored OFFLINE and cannot be tampered with online – the address is created SOLELY for yourselves to use and nobody else.

Animo

**From:** David Mah [mailto:yeesheng@gmail.com]
**Sent:** 07 September 2014 15:16
**To:** David Mah; nacer.laradji; AnimoEsto
**Subject:** Re: Escrow for purchase of 90 mhs hashlet prime

sorry 4.8 btc

On Sun, Sep 7, 2014 at 11:45 PM, David Mah <yeesheng@gmail.com> wrote:

> hi all,
>
> i (gentamicin) am purchasing 90mhs hashlet prime at 4.6 btc from nacer
>
> thanks !

---

**David Mah** <yeesheng@gmail.com>                               Mon, Sep 8, 2014 at 12:11 AM
To: Nacer Laradji <nacer.laradji@gmail.com>
Cc: AnimoEsto <me@animoesto.co.uk>

Sure let us know when you have done that
[Quoted text hidden]

---

**Nacer Laradji** <nacer.laradji@gmail.com>                        Mon, Sep 8, 2014 at 2:10 AM
To: yeesheng@gmail.com
Cc: me@animoesto.co.uk

Hi there,

So we can move forward fund are withdraw from account.

Here my btc address : 1L4ipRGLi8fA83sEiesGiSiyazVY7hZ5se

My credential for the zencloud account are :
login: nacer
password: ,T$&CrUQ]v/1v

11/15/2015
Case 3:16-cv-00940-MPS Document 234-2 Filed 06/01/20 Page 512 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/28/19 Page 512 of 667

AnimoEsto, you login on my account, verify the marchandise, change password and transfert the btc to me ?

Regards,

—
Sent from Mailbox
[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                                  Mon, Sep 8, 2014 at 2:19 AM
To: Nacer Laradji <nacer.laradji@gmail.com>, "yeesheng@gmail.com" <yeesheng@gmail.com>

I am just doing the password change on the account now ☺

Once I have done this, I will send the btc to you and the password to David ☺

John

**From:** Nacer Laradji [mailto:nacer.laradji@gmail.com]
**Sent:** 07 September 2014 17:40
**To:** yeesheng@gmail.com
**Cc:** AnimoEsto

[Quoted text hidden]

[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                                  Mon, Sep 8, 2014 at 2:22 AM
To: Nacer Laradji <nacer.laradji@gmail.com>, "yeesheng@gmail.com" <yeesheng@gmail.com>

Payment to Nacer successfully made – I will now send the details to David

Blockchain Identification https://blockchain.info/tx/08de1fb9dee7a907cc1aea93d6bebc
2cc27d311b9efd7e17b20124557a142302

**From:** Nacer Laradji [mailto:nacer.laradji@gmail.com]
**Sent:** 07 September 2014 17:40
**To:** yeesheng@gmail.com
**Cc:** AnimoEsto

[Quoted text hidden]

[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                                  Mon, Sep 8, 2014 at 2:23 AM
To: David Mah <yeesheng@gmail.com>

David,


To change the password I have had to move the account to an unused email address of mine


Heres how to change the password

- In the profile – change the email address

- Sign out and click "Forgot password"

- Change the password on the link


Username: nacer

Password: Zocnufdor9326


Thanks ☺


John


**From:** David Mah [mailto:yeesheng@gmail.com]
**Sent:** 07 September 2014 15:42
**To:** Nacer Laradji
**Cc:** AnimoEsto

[Quoted text hidden]

[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                    Mon, Sep 8, 2014 at 2:23 AM
To: Nacer Laradji <nacer.laradji@gmail.com>, "yeesheng@gmail.com" <yeesheng@gmail.com>


Escrow has now been closed as I have transferred the items manually to each of you ☺


**From:** Nacer Laradji [mailto:nacer.laradji@gmail.com]
**Sent:** 07 September 2014 17:40
**To:** yeesheng@gmail.com
**Cc:** AnimoEsto

[Quoted text hidden]

[Quoted text hidden]

---

**Nacer Laradji** <nacer.laradji@gmail.com>              Mon, Sep 8, 2014 at 2:24 AM
To: AnimoEsto <me@animoesto.co.uk>
Cc: "yeesheng@gmail.com" <yeesheng@gmail.com>

11/15/2015

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 514 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 514 of 667

Okay i see the transaction.

AnimoEsto thanks for your help.

[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                           Mon, Sep 8, 2014 at 2:28 AM
To: David Mah <yeesheng@gmail.com>

David,

I have enabled 2 Factor Authentication for your safety – can you let me know when you are going to go onto the system?

John

**From:** David Mah [mailto:yeesheng@gmail.com]
**Sent:** 07 September 2014 15:42
**To:** Nacer Laradji
**Cc:** AnimoEsto

[Quoted text hidden]

[Quoted text hidden]

---

**David Mah** <yeesheng@gmail.com>                           Mon, Sep 8, 2014 at 5:34 AM
To: AnimoEsto <me@animoesto.co.uk>

Hi ,

I'm back , thanks for helping us out
[Quoted text hidden]

---

**AnimoEsto** <me@animoesto.co.uk>                           Mon, Sep 8, 2014 at 5:36 AM
To: David Mah <yeesheng@gmail.com>

Hi I have disabled 2 Factor Authentication – you can use the account now ☺

**From:** David Mah [mailto:yeesheng@gmail.com]
**Sent:** 07 September 2014 21:05
**To:** AnimoEsto

[Quoted text hidden]

[Quoted text hidden]

# EXHIBIT 66

11/15/2015
Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 516 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 516 of 667



David Mah <yeesheng@gmail.com>

---

# buying hashlets from limburatorul (tucu.bogdan.1@gmail.com)

5 messages

---

**David Mah** <yeesheng@gmail.com>                                          Thu, Sep 25, 2014 at 4:27 AM
To: tucu.bogdan.1@gmail.com, ukanimoesto@gmail.com

hi animo,

thanks for your time to escrow, im buying 23 prime and 14 zensolo from limburatorul at $900 , 2.086 btc

please let me know your address when you have time.

---

**John Shaw-Miller** <ukanimoesto@gmail.com>                                 Thu, Sep 25, 2014 at 4:32 AM
To: David Mah <yeesheng@gmail.com>
Cc: tucu.bogdan.1@gmail.com

IT IS UPTO THE BUYER AND SELLER TO DO APPROPRIATE DUE DILLIGENCE AS REGARDS TO
HOW THE ITEMS WERE PURCHASED IN THE EVENT OF POSSIBLE CHARGEBACKS.

PLEASE NOTE I USE GMT AND I RESPOND AT WEIRD TIMES ;)

Seller : limburatorul

Buyer : gentamicin

Amount : 2.086btc (2.088btc required for network fees)

Items

1). Buyer sends funds (including network fees) to

1QDFtGTLdWhq1W8jhCBrjBiHL7Ryk6UCHr

2) I will confirm receipt of funds

3) Seller will disable two factor authentication and send only me the details for the account (At this point
seller is welcome to send me the GAW/Zen Receipts and any other evidence they have to show that this
was paid by BTC)

4) I will verify the goods as noted are correct

5) I will email the seller asking if they wish to proceed with the escrow and any findings they should be made
aware of

6) If they still wish to proceed the password and email will be reset to something I choose (two factor
authentication will be enabled to force all sessions to logout)

7) The funds are released to the seller.

Donations for this service are welcome to 1D9NmQtsuLy2PMwcbdiAyZt68pq8k4L6Xa
[Quoted text hidden]

---

**John Shaw-Miller** <ukanimoesto@gmail.com>                                 Thu, Sep 25, 2014 at 4:33 AM
To: David Mah <yeesheng@gmail.com>
Cc: tucu.bogdan.1@gmail.com

Get it right this time

IT IS UPTO THE BUYER AND SELLER TO DO APPROPRIATE DUE DILLIGENCE AS REGARDS TO HOW THE ITEMS WERE PURCHASED IN THE EVENT OF POSSIBLE CHARGEBACKS.

PLEASE NOTE I USE GMT AND I RESPOND AT WEIRD TIMES ;)

Seller : limburatorul

Buyer : genamicin

Amount : 2.086btc (2.088btc with network fees)

Items : 23 Prime, 14 ZenSolo

1). Buyer sends funds (including network fees) to

1QDFtGTLdWhq1W8jhCBrjBiHL7Ryk6UCHr

2) I will confirm receipt of funds

3) Seller will disable two factor authentication and send only me the details for the account (At this point seller is welcome to send me the GAW/Zen Receipts and any other evidence they have to show that this was paid by BTC)

4) I will verify the goods as noted are correct

5) I will email the seller asking if they wish to proceed with the escrow and any findings they should be made aware of

6) If they still wish to proceed the password and email will be reset to something I choose (two factor authentication will be enabled to force all sessions to logout)

7) The funds are released to the seller.

Donations for this service are welcome to 1D9NmQtsuLy2PMwcbdiAyZt68pq8k4L6Xa

On Wed, Sep 24, 2014 at 7:57 PM, David Mah <yeesheng@gmail.com> wrote:
[Quoted text hidden]

---

**David Mah** <yeesheng@gmail.com>                          Thu, Sep 25, 2014 at 4:44 AM
To: John Shaw-Miller <ukanimoesto@gmail.com>
Cc: "tucu.bogdan.1" <tucu.bogdan.1@gmail.com>

payment sent
[Quoted text hidden]

---

**John Shaw-Miller** <ukanimoesto@gmail.com>               Thu, Sep 25, 2014 at 4:48 AM
To: David Mah <yeesheng@gmail.com>
Cc: "tucu.bogdan.1" <tucu.bogdan.1@gmail.com>

I have payment - just doing my due diligence on the accounts and invoices
[Quoted text hidden]

# EXHIBIT 67

Case 3:16-cv-00940-MPS Document 124-2 Filed 06/01/20 Page 519 of 667
Case 3:16-cv-00940-MPS Document 112-2 Filed 12/23/19 Page 329 of 667
Ian MacPhee (Techman34) Summary

*GAW Orders Outside Of ZenCloud:*

| Supplier | Date | Order ID | Amount | | Payment Type | Bought | | | Type | Sum of Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| Hashpros | 7-Sep | 3041 | $ | 100 | Bitcoin | Hashlets | | | Bitcoin | $ 50,291.06 |
| Hashpros | 9-Sep | 3145 | $ | 5,700 | Bitcoin | Hashlets | | | Credit Card | $ 7,121.06 |
| Hashpros | 13-Sep | 4275 | $ | 5,625 | Bitcoin | Hashlets | | | Grand Total | $ 57,412.12 |
| Hashpros | 13-Sep | 4276 | $ | 21 | Bitcoin | Hashlets | | | | |
| Hashpros | 25-Sep | 4716 | $ | 2,045 | Credit Card | Hashlets | JLV CC | | | |
| GAW | 14-Oct | 55099 | $ | 5,994 | Bitcoin | Hashlet Primes | | | | |
| GAW | 1-Oct | 50750 | $ | 31,599 | Bitcoin | Hashlets & Hashlet Primes | | | | |
| GAW | 28-Nov | 63577 | $ | 1,990 | Credit Card | Stakers | | | | |
| GAW | 28-Nov | 63547 | $ | 20 | Credit Card | Stakers | | | | |
| GAW | 28-Nov | 63537 | $ | 597 | Credit Card | Stakers | | | | |
| GAW | 5-Sep | 35726 | $ | 424 | Bitcoin | Hashlets | | | | |
| GAW | 4-Sep | 35092 | $ | 1,571 | Credit Card | Hashlets | JLV CC | | | |
| GAW | 4-Sep | 35088 | $ | 314 | Credit Card | Hashlets | Mob CC | | | |
| GAW | 2-Sep | 33960 | $ | 329 | Credit Card | Hashlets | Debit Card | | | |
| GAW | 2-Sep | 33954 | $ | 254 | Credit Card | Hashlets | Debit Card | | | |
| GAW | 31-Aug | 32963 | $ | 95 | Bitcoin | Hashlets | | | | |
| GAW | 31-Aug | 32958 | $ | 108 | Bitcoin | Hashlets | | | | |
| GAW | 31-Aug | 32955 | $ | 90 | Bitcoin | Hashlets | | | | |
| GAW | 30-Aug | 32487 | $ | 285 | Bitcoin | Hashlets | | | | |
| GAW | 4-Aug | 16076 | $ | 252 | Bitcoin | Hashlets | | | | |
| **Total Purchases outside of Zen Cloud** | | | **$** | **57,412** | | | | | | |

| | BTC | USD | | | | |
|---|---|---|---|---|---|---|
| *GAW Orders Within ZenCloud:* | | | | | | |
| BTC Deposits to ZenCloud | 374.38 | $ | 112,314 | *See Zen Cloud tab for Blockchain history* | | |
| *Less withdrawls of Bitcoin above used on outside orders* | 167.64 | $ | 50,291 | | | |
| **Total Net Purchases inside Zen Cloud** | | **$** | **62,023** | | | |

*Conservative BTC valuation of $300 used*

| | | | |
|---|---|---|---|
| **Total Loss of GAW Purchased Products** | **$** | **119,435** | **of which $7,121 is from Credit Card purchases** |

*But because I believed in the Honor Program I bought more instead of liquidating...*

| | | | |
|---|---|---|---|
| 8 Zen Cloud Accounts purchased via Hashtalk via Escrow: | 27 | $ | 8,100 |

| | | | |
|---|---|---|---|
| **Total Purchases of GAW Hashlets and Stakers** | | $ | 127,535 |

*Other XPY Purchases (Paybase & Fast XPY):*

| | BTC | USD | |
|---|---|---|---|
| Paybase - BTC spent on XPY | 112.21 | $ | 33,663 | *See Paybase tab for Blockchain history* |
| Fast XPY - BTC spent on XPY | 5.76 | $ | 1,728 | *See Fast XPY tab for Blockchain history* |

| | | | |
|---|---|---|---|
| **Total XPY Purchased based on GAW deception** | | $ | 35,391 |

| | | | |
|---|---|---|---|
| **Total investment based on GAW deception** | | $ | 162,926 |

| | | | | |
|---|---|---|---|---|
| **XPY Value today** | 37000 @ | 0.00035 = | 12.95 | $ | 3,043 |

| | | | |
|---|---|---|---|
| **Net Loss if Sold Today** | | $ | (159,883) |

# EXHIBIT 68

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 321 of 667

(https://archive.org/account/login.php)

https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts    Go

FEB **MAR** APR

◀ **16** ▶

2014 **2015** 2016

1 capture (/web/2015031604140/https://hashtalk.org/)
16 Mar 2015

**Home (/web/20150316041410/https://hashtalk.org/)**

Private Marketplace (/web/20150316041410/https://hashtalk.org/category/4/private-marketplace)

/  WARNING about Buying/Selling Accounts 🔖 (/web/20150316041410/https://hashtalk.org/topic/71...

# WARNING about Buying/Selling Accounts

As you all know, GAW does not support sales of ZenCloud accounts. However, we also know that they are taking place regardless. So that being said, the best thing I can do is make sure you are all aware of the risks involved.

Even though the session expiration issue has been resolved, I am still noticing a very sharp trend in scams / fraud surrounding the private sales of ZenCloud accounts. Unfortunately, if your account is stolen from you during a transaction like this or you've otherwise been scammed in such a transaction, there is often little we can do. Our investigative resources are limited in such a situation which is why we do not and cannot support these transactions.

This is especially true if the buyer gains access to your account and changes the email and applies 2 Factor Authentication as we have no ability to override that for security reasons.

TL;DR, we do not recommend buying or selling accounts. If you'd rather take your chances, just know that the private parties involved assume all liability.

*Need help? (https://web.archive.org/web/20150316041410/http://support.gawminers.com/) | SECURE your ZenCloud Account (https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/6990/guide-to-securing-your-zencloud-account/2) | Questions about Payouts? (https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/7730/payouts-official-thread)*

● **zen_Eric (/web/20150316041410/https://hashtalk.org/user/zen_eric)** posted , last edited by **zen_Eric (/web/20150316041410/https://hashtalk.org/user/zen_eric)**

❤  ·  ∧ 4 ∨

Posts **51** | Views **3445**

web/20150316041410/https://hashtalk.org/login?next=topic/7174/warning-about-buying-selling-accounts)



@zenMiner_eric May i ask when you change the email on the account and sign out and once they changed the password their isnt a way to take it back correct ?

| https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts | Go |

1 capture (/web/*/https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts)
16 Mar 2015

FEB **MAR** APR
◀ **16** ▶
▼ About this capture

● hypermist (/web/20150316041410/https://hashtalk.org/user/hypermist)

---

@hypermist (/web/20150316041410/https://hashtalk.org/user/hypermist) said:

> @zenMiner_eric May i ask when you change the email on the account and sign out and once they changed the password their isnt a way to take it back correct ?

We don't support the transaction.

*Need help? (https://web.archive.org/web/20150316041410/http://support.gawminers.com/) | SECURE your ZenCloud Account (https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/6990/guide-to-securing-your-zencloud-account/2) | Questions about Payouts? (https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/7730/payouts-official-thread)*

 ● zen_Eric (/web/20150316041410/https://hashtalk.org/user/zen_eric) posted

---

@zenMiner_eric I know you don't i was wondering if the person they sold to change the password + the email then logged out(the person who originally owned the acc) there isnt any physical way to take back right ?

● **hypermist** (/web/20150316041410/https://hashtalk.org/user/hypermist) posted , last edited by **hypermist** (/web/20150316041410/https://hashtalk.org/user/hypermist)



---

@hypermist (/web/20150316041410/https://hashtalk.org/user/hypermist) said:

> @zenMiner_eric I know you don't i was wondering if the person they sold to change the password + the email then logged out there isnt any physical way to take back right ?

I will say that we've corrected the session expiration issue. So you should notice that your sessions close as they are intended to now.

Need help? (https://web.archive.org/web/20150316041410/http://support.gawminers.com/) | SECURE your ZenCloud
Account (https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/6990/guide-to-securing-your-
zencloud-account/2) | Questions about Payouts?
(https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/7730/p...payouts-official-thread)

FEB **MAR** APR
◀ **16** ▶
2014 **2015** 2016

▾ About this
capture

**1 capture** (/web/*/https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts)

16 Mar 2015

● zen_Eric (/web/20150316041410/https://hashtalk.org/user/zen_eric) posted

---

@zenMiner_eric Okay thanks 😃

♥ · ∧ 0 ∨

● **hypermist** (/web/20150316041410/https://hashtalk.org/user/hypermist) posted

---

so mainly the risk is for the seller not for the buyer.
With proper escrow i dont see the danger (you dont give the pwd to the buyer but
to the escrow to check the account). If you get payed with BTC.

♥ · ∧ 0 ∨

● **Rimba** (/web/20150316041410/https://hashtalk.org/user/rimba) posted

---

@Rimba (/web/20150316041410/https://hashtalk.org/user/rimba) said:

> i dont see the danger

I have seen enough cases today alone to warrant this post. There is plenty of risk
involved, no other way to spin it. That is why we cannot support it at this time.

- - - - - - - - - - - - - -
*Need help? (https://web.archive.org/web/20150316041410/http://support.gawminers.com/) | SECURE your ZenCloud*
*Account (https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/6990/guide-to-securing-your-*
*zencloud-account/2) | Questions about Payouts?*
*(https://web.archive.org/web/20150316041410/https://hashtalk.org/topic/7730/payouts-official-thread)*

♥ · ∧ 0 ∨

● **zen_Eric** (/web/20150316041410/https://hashtalk.org/user/zen_eric) posted

---

I understand, if anybody want to move forward with any buy/sell, its at your own
risk.
But I do hope we can have back an open marketplace again.

● **Rimba** (/web/20150316041410/https://hashtalk.org/user/rimba) posted , last edited by **Rimba**
(/web/20150316041410/https://hashtalk.org/user/rimba)

♥ · ∧ 0 ∨

10/16/2018

Case 3:16-cv-00940-MPS   Document 314-1   Filed 06/04/20   Page 524 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/21/18   Page 524 of 667

Fine but......when will we be able to trade miners face to face....or at least selling to zen with 80 % less.....dayd month years.....so what?

https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts | Go

1 capture (/web/*/https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts)
16 Mar 2015

(https://archive.org/account/login.php)

FEB **MAR** APR

◀ **16** ▶

2014 **2015** 2016

▼ About this capture

*"When you are dead you don't know that you are dead, it is difficult only for the others.*
*It is the same when you are stupid."*

---

♥ · ∧ 0 ∨          ● **andromeda66 (/web/20150316041410/https://hashtalk.org/user/andromeda66)** posted

---

ceo gaw believe could accelerate the sale of hashlet support, as fast as possible, if they are worried about our safety, and prohibit the sale of the private market account

You can not have a market, should not advertise something that does not work, and it does not correct for a company would be

---

*jailson silva btc-Brazil-PB*
*https://btcjam.com.br/users/14056 (https://web.archive.org/web/20150316041410/https://btcjam.com.br/users/14056)*

---

♥ · ∧ 3 ∨          ● **mucegoide (/web/20150316041410/https://hashtalk.org/user/mucegoide)** posted

---

I hope that today's announcement Friday , do not be another announcement promises not fulfilled

can not fulfill, best not to advertise

---

*jailson silva btc-Brazil-PB*
*https://btcjam.com.br/users/14056 (https://web.archive.org/web/20150316041410/https://btcjam.com.br/users/14056)*

---

● **mucegoide (/web/20150316041410/https://hashtalk.org/user/mucegoide)** posted , last edited by **mucegoide
(/web/20150316041410/https://hashtalk.org/user/mucegoide)**

♥ · ∧ 0 ∨

---

I don't believe there is an announcement today. Well i sold my account, made sure only sold it to a long term member and used escrow, took the risk myself and also listened to the warnings. So I can understand Zens stance on this, have seen several newly created accounts trying to sell, no doubt a charge back would then happen. So buyer and Seller beware.

---

*My favorite beer is an open one.*

---

♥ · ∧ 2 ∨          ● **bubbamark (/web/20150316041410/https://hashtalk.org/user/bubbamark)** posted

@AnimoEsto (/web/20150316041410/https://hashtalk.org/user/animoesto) when you ask me like this, i'd like a system that is well tested before going online and not hijacking its customers as alpha testers.....i am doing business for a long time and when I had learn one thing it is this: Customers trust is like a very thin eggshell ...when it is broken, it will be hard to fix ....belive me 😉

*"When you are dead you don't know that you are dead, it is difficult only for the others.*
*It is the same when you are stupid."*

● **andromeda66 (/web/20150316041410/https://hashtalk.org/user/andromeda66)** posted , last edited by
**andromeda66 (/web/20150316041410/https://hashtalk.org/user/andromeda66)**

❤ · ^ 1 ⌄

@andromeda66 (/web/20150316041410/https://hashtalk.org/user/andromeda66) said:

> Fine but......when will we be able to trade miners face to face....or at least selling to zen with 80 % less.....dayd month years.....so what?

Post an add on craigslist for hashlets for sale, buy hashlets, do not activate them, go outside, meet customers face to face or you can wait.
@AnimoEsto (/web/20150316041410/https://hashtalk.org/user/animoesto) said:

> Would you rather have a system that works well sometimes or works well all the time?

What animo is stressing is quality over speed. This is an alpha and josh told everyone you don't have to do this. You chose to gamble on this so let it ride and trust that you made the right choices.

*https://fastxpy.com (https://web.archive.org/web/20150316041410/https://fastxpy/) |XPY BLOCK CHAIN*
*(https://web.archive.org/web/20150316041410/http://goo.gl/DKQ4KE)|https://btclend.cloudapp.net*
*(https://web.archive.org/web/20150316041410/https://btclend.cloudapp.net/) | Paycoin.com*
*(https://web.archive.org/web/20150316041410/http://paycoin.com/) is here| https://twitter.com/gawceo*
*(https://web.archive.org/web/20150316041410/https://twitter.com/gawceo)*

❤ · ^ 1 ⌄       ● **PCfan (/web/20150316041410/https://hashtalk.org/user/pcfan)** posted

@Potcoin_fan said:

10/16/2018                                                                                    Warning about buying/selling accounts - hashtalk.org

Case 3:16-cv-00940-MPS   Document 194-2   Filed 12/26/19   Page 526 of 667
Case 3:16-cv-00940-MPS   Document 194-2   Filed 06/04/20   Page 526 of 667

@andromeda66 (/web/20150316041410/https://hashtalk.org/user/andromeda66) said:

> Fine but......when will we be able to trade miners face to face...or at least
> selling to zen with 80 % less......dayd month years.....so what?

> Would you rather have a system that works well sometimes or works well
> all the time?

You are a funny guy 😊....it would have been very nice to know that we are alpha´s
BEFORE system launched, wouldn´t it?
I personell had no clue, anyone?

*"When you are dead you don't know that you are dead, it is difficult only for the others.*
*It is the same when you are stupid."*

---

❤ · ∧ 0 ∨                                    ● **andromeda66** (/web/20150316041410/https://hashtalk.org/user/andromeda66) posted

---

Can i ask a question.. How can I change my password if ever I really need to? Can't
see any option to change the password on my profile in zenportal.

---

❤ · ∧ 0 ∨                                    ● **jomac21** (/web/20150316041410/https://hashtalk.org/user/jomac21) posted

---

@jomac21 (/web/20150316041410/https://hashtalk.org/user/jomac21) said:

> Can i ask a question.. How can I change my password if ever I really need to?
> Can't see any option to change the password on my profile in zenportal.

Click the "forgot password" link at the log on. You then get a password reset email.

---

❤ · ∧ 0 ∨                                    ● **dykask** (/web/20150316041410/https://hashtalk.org/user/dykask) posted

---

@mucegoide (/web/20150316041410/https://hashtalk.org/user/mucegoide) said:

I hope that today's announcement Friday , do not be another announcement
promises not fulfilled
can not fulfill, best not to advertise

https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts | Go

(https://archive.org/account/login.php)

FEB **MAR** APR

◀ **16** ▶

1 capture (/web/*/https://hashtalk.org/topic/7174/warning-about-buying-selling-accounts)

2014 **2015** 2016

16 Mar 2015

▾ About this
capture

Could you kindly point ONE occasion where GAW or
@GAW_CEO (/web/20150316041410/https://hashtalk.org/user/gaw_ceo) did not stand
up to their promise or announcements? Josh has always lived up to his word and I
doubt that he has any plans changing this.

ZenCloud 1.8 was rolled out and as it turns out several bugs popped up. A lot of
those have been addressed in the last 5 days and Josh made it clear that "free"
trade is something to come.

This is however not the topic, the topic is private account sales, the risks involved
and informing the community about those risks.

*"All warfare is based on deception" ~Sun Tzu*

 **cyberlizard (/web/20150316041410/https://hashtalk.org/user/cyberlizard)** posted , last edited by **cyberlizard**
**(/web/20150316041410/https://hashtalk.org/user/cyberlizard)**

♥ · ⌃ 1 ⌄

🙁 risky for me dont know what im doin much. with selling/

*Hey all im Marcus, love bitcoin mining it's really fun! still learning a lot like every one is :D things i enjoy is bitcoin mining, video*
*games [pc] eating lol and shopping church and music! love helping others!!*

 **Bitcoin24 (/web/20150316041410/https://hashtalk.org/user/bitcoin24)** posted , last edited by **Bitcoin24**
**(/web/20150316041410/https://hashtalk.org/user/bitcoin24)**

♥ · ⌃ 0 ⌄

EXHIBIT 69

10/16/2018
Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 529 of 667
Case 3:16-cv-00940-MPS Document 179-21 Filed 12/23/19 Page 529 of 667

(https://archive.org/account/login.php)

https://hashtalk.org/topic/10390/private-marketplace-official-guide | Go

FEB **MAR** APR
◀ **16** ▶
2014 **2015** 2016

1 capture (/web/20150316055930/https://hashtalk.org/topic/10390/private-marketplace-official-guide)
16 Mar 2015

▼ About this capture

Home (/web/20150316055930/https://hashtalk.org/)
Private Marketplace (/web/20150316055930/https://hashtalk.org/category/7/private-marketpla...

/ Private Marketplace [official guide] 🔊 (/web/20150316055930/https://hashtalk.org/topic/10390.rss)

# Private Marketplace [official guide]

**Hey Guys! **
As many of you know I work with dozens of users on a weekly basis for escrows, and get asked tons of questions.

**Here are some Tips/Advice for our Marketplace here:**

- When making a post to transact a product, use

- **[WTS] for products you wish to sell**

- **[WTB] for products that you are requesting to buy**, and

- **[WTT] for products you would like to request to trade for another selected product.**

Try to post your price in $ and once a buyer is found willing to pay that $ amount, agree upon a way to find a fair price to convert $ to BTC (either through preev.com or btcvert.com or a selected exchange)

- When selling accounts, it is VITAL that you **turn off 2Factor Authentication** through Authy before selling because when logging in, the buyer will be essentially locked out from the account they just bought. For this reason, it is also important that all escrow providers verify contents and user info found on the account

- Refer to @AnimoEsto (/web/20150316055930/https://hashtalk.org/user/animoesto) post for current escrow providers on https://hashtalk.org/topic/9018/known-escrows-account-sales (https://web.archive.org/web/20150316055930/https://hashtalk.org/topic/9018/known-escrows-account-sales)

- Remember that this category is SPECIFICALLY for private marketplace transactions, not BTC price analysis, complaints, or about anything that would fit better in any other category found on HashTalk.

10/16/2018
Case 3:16-cv-00940-MPS Document 214 Filed 06/04/20 Page 530 of 667
Case 3:16-cv-00940-MPS Document 174-21 Filed 12/23/19 Page 530 of 667

- Always add a screenshot of your miners page to your listing (https://archive.org/account/login.php)
- Once you've sold your account, please update the threads title from [WTS] to [SOLD]. A Moderator will review the thread and lock it.

Thank you all, suggest more tips/advice below, so I can add it to the OP.

1 capture (/web/*/https://hashtalk.org/topic/10390/private-marketplace-official-guide)
19 Mar 2015
FEB **MAR** APR
◀ **16** ▶
2014 **2015** 2016
▼ About this capture

**Please also see:**

https://hashtalk.org/topic/10913/hashtalk-escrow-services-faq (https://web.archive.org/web/20150316055930/https://hashtalk.org/topic/10913/hashtalk-escrow-services-faq)

---

*Crypto Lover, Miner, Elder Contact Me For Escrows!*
*BTC: 1BJuYntPHc3HPDWsKJwLMX7rUH3RQNrJTm*

---

● **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan) posted , last edited by **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan)

❤ · ⌃ 10 ⌄

marketplace 59 (/web/20150316055930/https://hashtalk.org/tags/marketplace) private sales 2

(/web/20150316055930/https://hashtalk.org/tags/private sales) | Posts **6** | Views **727**

y (/web/20150316055930/https://hashtalk.org/login?next=topic/10390/private-marketplace-official-guide)

Edited, pinned, good job 👍🏻

---

*"All warfare is based on deception" ~Sun Tzu*

---

❤ · ⌃ 2 ⌄                    ● **cyberlizard** (/web/20150316055930/https://hashtalk.org/user/cyberlizard) posted

@cyberlizard (/web/20150316055930/https://hashtalk.org/user/cyberlizard) Thanks Andy, my first guide and I tried to make it look good 😉

---

*Crypto Lover, Miner, Elder Contact Me For Escrows!*
*BTC: 1BJuYntPHc3HPDWsKJwLMX7rUH3RQNrJTm*

---

❤ · ⌃ 1 ⌄                    ● **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan) posted

10/16/2018

Case 3:16-cv-00940-MPS Document 214-1 Filed 06/04/20 Page 531 of 667
Case 3:16-cv-00940-MPS Document 172-2 Filed 12/23/19 Page 531 of 667

@taylan (/web/20150316055930/https://hashtalk.org/user/taylan) we can enhance on that. Good start! 😀

https://hashtalk.org/topic/10390/private-marketplace-official-guide | Go

1 capture (/web/20150316055930*/https://hashtalk.org/topic/10390/private-marketplace-official-guide)
16 Mar 2015

♥ · ∧ 2 ∨　　　　　　　　● **cyberlizard** (/web/20150316055930/https://hashtalk.org/user/cyberlizard) posted

Not sure why some are still trying to sell their entire account outside the "Hash Market"… with the risk to be scammed… I had 100 Prime Hashlet bought 2 months ago and just sold them more than twice their original prices in less than 2 hours! Not only I've made a full ROI in only 60 days but I've also made 10 BTC in selling them at the right price, place and time! Thank you GAW and the community for your help!

♥ · ∧ 3 ∨　　　　　　　　● **Banksy** (/web/20150316055930/https://hashtalk.org/user/banksy) posted

@ccv.io congrats man! 😀

*Crypto Lover, Miner, Elder Contact Me For Escrows!*
*BTC: 1BJuYntPHc3HPDWsKJwLMX7rUH3RQNrJTm*

♥ · ∧ 1 ∨　　　　　　　　● **taylan** (/web/20150316055930/https://hashtalk.org/user/taylan) posted

EXHIBIT 70



CONFIDENTIAL

GAW00689788



CONFIDENTIAL



CONFIDENTIAL

Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 536 of 667



CONFIDENTIAL



CONFIDENTIAL

# EXHIBIT 71



CONFIDENTIAL

GAW00690778



CONFIDENTIAL
GAW00690779



CONFIDENTIAL

# EXHIBIT 72

Page 1

1           UNITED STATES DISTRICT COURT
2             DISTRICT OF CONNECTICUT
3

4   DENIS MARC AUDET, et. al.,        )
                                      )
5        Plaintiff,                   )
                                      )
6        -vs-                         )   No.
                                      )   3:16-CV-00940
7   STUART A. FRASER, et. al.,        )   (MPS)
                                      )
8        Defendants.                  )
                                      )
9                                     )
10
11
12

        VIDEOTAPED EXAMINATION of MAHENDRA PHAGU
13

            _____
14

                      TAKEN ON
15

            THURSDAY, OCTOBER 31, 2019
16
17
18
19
20
21
22
23
24   REPORTED BY:
     JESSIE WAACK, RDR, CRR, CCRR, CCR, NYACR, NYRCR
25   JOB NO.:  171118

1                    M. PHAGU

2        A.    I think it was another one

3    after that.  I believe that one closed

4    down, and I had no choice but to go to

5    another exchange.

6        Q.    Do you recall the name of

7    that exchange?

8        A.    HitBTC, I believe.  I'm not

9    100 percent sure.

10       Q.    Did you ever sell any

11   hashlets?

12       A.    Yes.  I believe on private

13   marketplace.

14       Q.    How did you sell hashlets on

15   the private marketplace?

16       A.    They, I guess -- you would

17   put it for sale, and I guess there was a

18   market value at the time for each of

19   them, and they either would sell or

20   wouldn't.  But actually the marketplace

21   was very active, I think.

22       Q.    When you say the private

23   marketplace, do you mean in the private

24   marketplace subforum on Hash Talk, or do

25   you mean the secondary marketplace that

1          M. PHAGU

2   GAW had set up where you could sell

3   directly to other -- to buyers?

4          A.    That's correct, to the one

5   GAW set up.

6          Q.    Was it -- did you ever use an

7   escrow agent to facilitate the sale?

8          A.    No.

9          Q.    Do you recall roughly how

10  much in dollar value you received for

11  your hashlets that you sold?

12         A.    Well, I was -- it's hard to

13  say, you know.  The prices varied.

14  Sometimes I sold, sometimes I -- you

15  know, I bought back.  So it's very hard

16  to say.

17         Q.    When you made a sale, was

18  there any kind of documentation of that

19  sale?

20         A.    I don't think they kept

21  records of that.  At least it wasn't

22  able to be exported from the website.

23         Q.    Did you keep any records of

24  your transactions?

25         A.    On my old computer, but

1           M. PHAGU

2    that's ancient history, unfortunately.

3           Q.    Just to clarify, I may have

4    asked you this earlier, but you did --

5    did you make any purchases by credit

6    card?

7           A.    I don't think I did, but...

8           Q.    So you didn't receive any

9    credit card chargebacks for any

10   purchases?

11          A.    No.

12          Q.    Okay.  Do you recall

13   providing information to Allen Shinners

14   about your estimated losses?

15          A.    Yes.

16          Q.    Do you recall what your

17   estimated losses were at that time?

18          A.    Somewhere around 40,000, but

19   I was only able to claim 28, I believe.

20          Q.    And why is that?

21          A.    Because those were purchases

22   after -- purchases that I don't have the

23   documentation proof.

24          Q.    So you mean you only have the

25   documentation to prove $28,000 worth of

EXHIBIT 73

| | | | |
|---|---|---|---|
| Privately purchased accounts | | | $ 12,317.37 |
| Purchases GAWMiners.com: | | | $ 4,832.25 |
| Purchases Made: | | | $ 50,737.52 |
| Hashlet/Staker Sales in Marketplace: | | | $ (21,656.90) |
| Hashpoints XPY @ $4.00: | 6318.95 XPY | | $ 25,275.80 |
| Payouts BTC: | | 30.13159588 BTC | $ (11,840.45) |
| Service Fees BTC: | | 9.456482 BTC | $ (3,614.21) |
| Funding BTC: | 362.7865 | 362.786543 BTC | $ 28,570.45 |
| Withdrawals BTC: | | 29.896086 BTC | $ (12,262.95) |
| Variance BTC Fund/Withdrawal: | | 332.890457 BTC | $ 16,307.51 |
| Total Loss/Gain: | | | $ 30,775.59 |

# EXHIBIT 74

| | | | |
|---|---|---|---|
| Purchases GAWMiners.com: | | $ | 23,173.45 |
| Purchases Made ZenCloud: | | $ | 6,379.43 |
| Hashlet/Staker Sales in Marketplace: | | $ | (26,001.01) |
| | | | |
| Hashpoints XPY @ $4.00: | 2704.853 XPY | $ | 10,819.41 |
| | | | |
| Payouts BTC: | 55.09421067 BTC | $ | (23,656.93) |
| Service Fees BTC: | -9.158824 BTC | $ | 3,705.99 |
| | | | |
| Funding BTC: | 5.353047 BTC | $ | 1,991.34 |
| Withdrawals BTC: | 108.400004 BTC | $ | (43,385.07) |
| Variance BTC Fund/Withdrawal: | -103.046957 BTC | $ | (41,393.73) |
| | | | |
| Total Loss/Gain: | | $ | (3,588.32) |

# EXHIBIT 75

| | | |
|---|---|---|
| Purchases GAWMiners.com: | | $ 10,964.58 |
| Purchases Made: | | $ 16,821.04 |
| Hashlet/Staker Sales in Marketplace: | | $ 1,230.14 |
| | | |
| Total Loss Above: | | $ 26,555.48 |
| | | |
| Hashpoints XPY @ $4.00: | 2997.378 XPY | $ 11,989.51 |
| | | |
| Total Loss This Section: | | $ 38,544.99 |
| | | |
| Payouts BTC: | 15.48185 BTC | $ (6,053.83) |
| Service Fees BTC: | -4.797997 BTC | $ 1,850.83 |
| | | |
| Total Loss/(Gain): | | $ 34,341.98 |

# EXHIBIT 76

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), )<br><br>Defendants. ) | Case No. 3:16-cv-00940 |

## <u>EXPERT REPORT OF ROBERT MILLS</u>

# CONTENTS

I.      Introduction .......................................................................................................... 1

II.     Background ........................................................................................................... 2

        A.   Overview of Plaintiffs' Allegations ......................................................... 2

        B.   Causes of Action ...................................................................................... 7

        C.   The Certified Class .................................................................................. 8

        D.   SEC Lawsuit ............................................................................................ 8

III.    Remedies Available to Plaintiffs ........................................................................ 11

        A.   Violations of the Connecticut Uniform Securities Act ........................... 11

        B.   Violations of the Exchange Act ............................................................... 11

        C.   Common Law Fraud ................................................................................. 12

IV.     Analysis of Relevant Transactions ..................................................................... 13

        A.   The ZenCloud Database ........................................................................... 13

        B.   Overview of My Analysis of the ZenCloud Database .............................. 15

        C.   ZenCloud Accounts ................................................................................. 16

        D.   Products Purchased by Members of the Class .......................................... 18

        E.   Withdrawals Made by Members of the Class ........................................... 29

        F.   Purchases and Withdrawals Relevant to the Computation of Damages ...... 32

V.      Class-Wide Damages .......................................................................................... 34

        A.   Violations of the Connecticut Uniform Securities Act ........................... 34

        B.   Violations of the Exchange Act ............................................................... 36

        C.   Common Law Fraud ................................................................................. 38

VI.     Formulas For Calculating Damages .................................................................... 40

        A.   Violations of the Connecticut Uniform Securities Act ........................... 42

        B.   Violations of the Exchange Act ............................................................... 44

        C.   Common Law Fraud ................................................................................. 45

        D.   Use of the ZenCloud Database ................................................................. 46

---

**TABLES**

Table 1: Purchases by Members of the Class by Product Type ................................................... 22

Table 2: Purchases by Members of the Class by Storefront ...................................................... 23

Table 3: Purchases by Members of the Class by Month ............................................................ 24

Table 4: Comparison of Purchases to SEC Calculations .......................................................... 25

Table 5: Comparison of Hashlet Purchases to SEC Calculations ............................................. 26

Table 6: Comparison of Payouts and Service Fees to SEC Calculations .................................. 28

Table 7: Replication of SEC Disgorgement ............................................................................... 28

Table 8: Withdrawals by Members of the Class ........................................................................ 31

Table 9: Relevant Purchases and Withdrawals Scenario One ................................................... 33

Table 10: Relevant Purchases and Withdrawals Scenario Two ................................................. 34

Table 11: Damages for CUSA Violations Including Simple Interest .......................................... 35

Table 12: Damages for CUSA Violations Including Compound Interest .................................... 35

Table 13: Damages for Violations of the Exchange Act ............................................................ 37

Table 14: Damages for Common Law Fraud .............................................................................. 40

# I.      INTRODUCTION

1.      I am an economist and Director at Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California.  Micronomics, Inc. is a subsidiary of ERS group, a national economic and statistical consulting firm.

2.      I have more than 20 years of economic research and consulting experience in areas including valuation of intellectual property and other assets, industrial organization, and the calculation of economic damages. I have qualified as an expert on damages issues and have provided expert testimony before United States District Courts, state courts, and at arbitration. A biographical summary is attached as Exhibit 1, which includes a list of the cases in which I have testified at a deposition or at trial during the past four years.

3.      Micronomics, Inc. is being compensated for my work on this matter at my customary rate of $550 per hour. My compensation does not depend in any way on the outcome of this litigation or the particular testimony or opinions that I offer.

4.      I have been asked by Susman Godfrey LLP to provide opinions regarding damages in this matter.  More specifically, I have been asked to provide a framework that can be used to calculate damages suffered by class members ("Plaintiffs") who purchased certain products from GAW Miners, LLC ("GAW Miners") and ZenMiner, LLC ("ZenMiner") (together, "the Companies") and to calculate damages on a class-wide basis.  As is customary in matters such as this, I have been asked to assume for purposes of my analysis that Defendants will be found liable for federal and state securities law violations as well as state common law fraud as alleged in the operative complaint.

5.      In conducting my analysis, I have reviewed and considered the First Amended Complaint and other pleadings; the Ruling on Class Certification and related documents; pleadings from an action brought against the Companies and Homero Joshua Garza by the United

---

States Securities and Exchange Commission; certain databases provided by counsel; and the Certifications and Authorizations of the named plaintiffs, among other documents.  Additionally, I spoke with Evan Lucas, a former employee of GAW Miners with knowledge of the databases maintained by the Companies, and named plaintiffs Allen Shinners and Michael Pfeiffer.  A summary of the information I considered in connection with my assignment is attached as Exhibit 2.

## II.   BACKGROUND

### A.   Overview of Plaintiffs' Allegations

6.   It is my understanding that Mr. Garza incorporated GAW Miners in March 2014 and served as its CEO.[1]  ZenMiner was incorporated later that year in July 2014.[2]  I understand both Mr. Garza and Mr. Fraser held ownership interests in the Companies, and Plaintiffs allege that both Mr. Garza and Mr. Fraser controlled the Companies.[3]  Although Mr. Garza was formerly a defendant in this action, the claims against him have been dismissed.  Mr. Garza was sentenced to be imprisoned for a term of 21 months as a result of his admitted role in fraud carried out by the Companies.[4]

7.   I understand that GAW Miners initially was involved with the purchase of virtual currency mining equipment from overseas manufacturers, which GAW Miners resold to its customers.[5]  By mid-2014, GAW Miners began to offer a product called "Hardware-Hosted

---

1.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 2.

2.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 3.

3.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 3.
     First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, pp. 9-19.

4.   Judgment, *United States v. Homero Joshua Garza*, September 13, 2018.
     Memorandum in Aid of Sentencing, *United States v. Homero Joshua Garza*, September 6, 2018.

5.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 4.

---

Mining."[6]  Hardware-Hosted Mining purportedly allowed customers to access and control physical mining equipment hosted in a GAW Miner datacenter through remote management software offered by ZenMiner.[7]  Shortly thereafter GAW Miners began to offer a product called "Cloud-Hosted Mining," which was similar to Hardware-Hosted Mining, except customers were told they could access and control their mining equipment through a website to participate in certain mining pools instead of controlling their equipment through remote management software.[8]

      8.    Hardware-Hosted Mining customers and Cloud-Hosted Mining customers were told they could end their hosted services and request that their physical mining equipment be shipped to them at any time.[9]  However, Plaintiffs allege that GAW Miners never had sufficient equipment to support the hosted mining services it sold, and therefore could not have shipped all of the equipment that customers were led to believe they had purchased.[10]

      9.    I understand that the Companies began to offer a product called "Hashlets" in August 2014.[11]  Hashlets purportedly provided customers with the right to profit from a slice of the computing power owned by the Companies.[12]  That is, Hashlets provided an avenue for customers to invest in the Companies' mining operations.[13]  Investors were told that a Hashlet

6.    Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 4.

7.    Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 4.

8.    Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 4.
    First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, p. 3.

9.    Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 4.
    First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, p. 3.

10.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 4.
    First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, p. 3.

11.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 5.

12.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 5.

13.   First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, p. 3.

could be directed to mine in a participating mining pool available through a "ZenCloud" account and that they would receive a share of the payout earned from that pool's mining activities.[14] Hashlets investors were charged daily fees that supposedly covered costs associated with the mining equipment.[15]  Investors could order and purchase Hashlets through websites maintained by the Companies using U.S. currency (e.g., credit card transactions) and virtual currency (e.g., Bitcoin).[16]  I understand that it also was possible to convert the value of Cloud-Hosted Mining equipment into Hashlets.[17]  In addition, investors could utilize a marketplace established by the Companies to acquire Hashlets from investors looking to trade their Hashlets.[18]

        10.     Hashlets did not require any specialized knowledge concerning virtual currency mining.  According to the Companies, Hashlets were "designed from the start to be the easiest, most convenient miner to own.  Instead of presales and waiting for shipping, Hashlet miners activate instantly via a simple, yet powerful online interface - ZenCloud. If you can open an email, you can setup and operate a Hashlet."[19]

---

14.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 5.

15.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 5.

16.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 5.

17.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 5.

18.   "ZenCloud FAQ," Gawminers.com website (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).
    *See, also,* the "sale_items" table from the ZenCloud database.

19.   "ZenCloud FAQ," Gawminers.com website (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).

---

11.    The "payouts" associated with Hashlets were deposited into the ZenCloud accounts of their owners.[20]  Likewise, daily service fees were taken from ZenCloud accounts.[21] Proceeds from marketplace trades (i.e., the resale of Hashlets to others) also were deposited into the ZenCloud accounts of the sellers.[22]  Additionally, users could "fund" their ZenCloud accounts by transferring Bitcoin into the accounts.[23]  Bitcoin balances in ZenCloud accounts could be used to order products from the Companies, purchase products in the marketplace established by the Companies, or be withdrawn.[24]  These various transactions were recorded in a database maintained by the Companies (the "ZenCloud database").

12.    Plaintiffs allege that the Companies sold far more Hashlets worth of computing power than the Companies actually had in their data centers.[25]  That is, very few Hashlets sold by the Companies were actually supported by mining activities.[26]  Plaintiffs maintain that the payouts received by investors were paid primarily using funds from ongoing Hashlet sales

---

20. "ZenCloud FAQ," Gawminers.com website
    (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).
    *See, also,* the "transactions" table from the ZenCloud database.

21. "ZenCloud FAQ," Gawminers.com website
    (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).
    *See, also,* the "transactions" table from the ZenCloud database.

22. "ZenCloud FAQ," Gawminers.com website
    (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).
    *See, also,* the "transactions" table from the ZenCloud database.

23. "ZenCloud FAQ," Gawminers.com website
    (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).
    *See, also,* the "transactions" table from the ZenCloud database.

24. "ZenCloud FAQ," Gawminers.com website
    (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).
    *See, also,* the "transactions" table from the ZenCloud database.

25. First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, p. 3.

26. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 6.

---

rather than from mining operations, and they claim that service fees charged to investors were not tied to actual mining costs incurred by the Companies.[27]

13. In November 2014, GAW Miners announced that it would launch a new virtual currency called "Paycoin."[28] In advance of the launch of Paycoin, Hashlet owners were allowed to redirect their Hashlets to begin mining for "Hashpoints."[29] Hashpoints were promissory notes that could be exchanged for Paycoin when Paycoin launched.[30] The conversions from Hashpoints to Paycoin were processed in December 2014.[31] GAW Miners also introduced "HashStakers," which were digital wallets designed to hold Paycoin for specified amounts of time.[32] Customers were told they could purchase HashStakers, deposit Paycoin into the HashStakers for 30, 90, or 180 days, and receive a daily payout on the deposited Paycoin.[33]

14. Plaintiffs allege that the Companies were motivated to offer Hashpoints and Paycoin to shift the focus of Hashlet investors from Bitcoin and Altcoin to Hashpoints and Paycoin in order to stave off Bitcoin payments the Companies could not make.[34] To improve the attractiveness of Hashpoints and Paycoin, the Companies claimed that banks and financial firms

---

27. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 6.

28. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 6.

29. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, pp. 6-7.

30. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, pp. 6-7.

31. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.
    *See, also,* the "activities" table from the ZenCloud database.

32. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.
    *See, also,* Gawminers.com website
    (https://web.archive.org/web/20141229105322/http://www.gawminers.com/pages/hashstaker).

33. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.
    *See, also,* Gawminers.com website
    (https://web.archive.org/web/20141229105506/http://www.gawminers.com/pages/buy-hashstaker).

34. Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

---

Expert Report of Report of Robert Mills                                                                 6

were providing financial backing, there was significant financial support from outside investors, and well-known merchants would accept Paycoin.[35]  The Companies also represented that they would ensure that the price of Paycoin would not drop below a floor of $20 per coin.[36]  Plaintiffs claim that these representations were not true.[37]  Plaintiffs allege that HashStakers were introduced to keep investors' Paycoin locked up for the longest period of time possible in order to limit exchange activity that would drive down the price of Paycoin.[38]

## B. Causes of Action

15.    Plaintiffs have brought causes of action against the Companies, and against Mr. Fraser, individually, as a result of his involvement with the Companies.  These causes of action include:

- Fraud in the purchase or sale of securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5 thereunder against the Companies;

- Controlling person liability pursuant to Section 20(a) of the Exchange Act against Mr. Fraser;

- Fraud in the purchase or sale of securities in violation of Sections 36b-29(a)(2) and 36b-4 of the Connecticut Uniform Securities Act against the Companies;

- Aiding and abetting fraud in the sale of securities in violation of Section 36b-29(a)(2) of the Connecticut Uniform Securities Act against Mr. Fraser;

- Offer to sell or sale of securities in violation of Sections 36b-29(a)(1) of the Connecticut Uniform Securities Act against the Companies;

---

35.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

36.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

37.   Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

38.   First Amended Complaint, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, November 4, 2016, p. 37.

- Controlling person liability pursuant to Section 36b-29(c) of the Connecticut Uniform Securities Act against Mr. Fraser;

- Common law fraud against the Companies; and

- Aiding and abetting common law fraud against Mr. Fraser.

### C.   The Certified Class

16.    I understand that the Court granted Plaintiffs' motion for class certification and certified the following class:

> All persons or entities who, between August 1, 2014, and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by GAW Miners, LLC and/or ZenMiner, LLC.[39]

Excluded from the class are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.[40]

### D.   SEC Lawsuit

17.    I understand that the United States Securities and Exchange Commission ("SEC") sued Mr. Garza, GAW Miners, and ZenMiner for violations of Section 10(b) of the Securities Exchange Act and violations of Sections 5(a), 5(c), and 17(a) of the Securities Act in connection with Mr. Garza's and the Companies' sale of Hashlets.[41]  The SEC alleged that from August 2014 through December 2014, Mr. Garza and the Companies "sold—to over 10,000 investors—investment contracts representing shares in the profits they claimed would be generated

---

39.   Docket entry 144, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, July 8, 2019.

40.   Docket entry 144, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, July 8, 2019.

41.   Complaint, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, December 1, 2015, pp. 19-21.

from using their purported computing power to 'mine' for virtual currency."[42]  The SEC explained that Mr. Garza and the Companies "sold shares in the returns from their purported mining operations, via investment contracts that they named 'Hashlets'" and they "sold far more Hashlets worth of computing power than they actually had in their computing centers.  There was no computer equipment to back up the vast majority of Hashlets that defendants sold."[43]

18.     The SEC received a default judgment against the Companies.[44]   In connection with its motion for a default judgment, the SEC sought disgorgement from the Companies.[45]  The SEC calculated the appropriate amount of disgorgement as "the amount that Hashlet investors paid to purchase Hashlets, plus the amount that investors were charged in daily 'maintenance fees' to maintain the alleged computers supporting their Hashlets, and minus the amount of purported 'payouts' they were credited as a result of the Hashlets' claimed mining activity."[46]

19.     To support its request for disgorgement, the SEC submitted a declaration from an accountant named Trevor T. Donelan.[47]   According to Mr. Donelan's declaration, he calculated "the total disgorgement number for the time period from August to December 2014 to

---

42.   Complaint, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, December 1, 2015, p. 1.

43.   Complaint, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, December 1, 2015, p. 2.

44.   Order for Entry of Default Judgment, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, May 29, 2017.

45.   Securities and Exchange Commission's Memorandum in Support of its Motion for Default Judgment Against GAW Miners, LLC and ZenMiner, LLC, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, pp. 18-21.

46.   Securities and Exchange Commission's Memorandum in Support of its Motion for Default Judgment Against GAW Miners, LLC and ZenMiner, LLC, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 19.

47.   Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 1.

---

be $10,078,331."[48]  Mr. Donelan based this calculation on "a copy of the database that GAW Miners and ZenMiner used to operate the ZenCloud website (the 'ZenCloud Database') [that] was produced to the Commission."[49]  According to Mr. Donelan, "[b]ased on [his] conversations with the former employee who produced the ZenCloud Database to the Commission, and with other former GAW Miners and ZenMiner employees, it is [his] understanding that the ZenCloud Database obtained by the Commission contains the most reliable and complete data about defendants' sales of Hashlets, about payouts credited to Hashlet owners, and about maintenance fees charged to Hashlet owners, because it contains the data that defendants themselves used to operate the ZenCloud website and Hashlets."[50]

20.     According to Mr. Donelan, "[a]nother Commission employee who has expertise with using SQL, working under [Mr. Donelan's] supervision, queried the ZenCloud Database to isolate: 1) data that would show defendants' revenues from sales of Hashlets; 2) data that would show daily payouts earned by Hashlet owners; and 3) service or maintenance fees that were charged to Hashlet owners."[51]  Mr. Donelan explained that he "then summarized the data retrieved by those queries into [a] table [which] shows, on a monthly basis, the revenues that defendants earned from selling Hashlets, for a total of $20,755,203 in revenues."[52]

---

48.  Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 4.

49.  Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 2.

50.  Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 3.

51.  Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, pp. 3-4.

52.  Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 4.

## III.   REMEDIES AVAILABLE TO PLAINTIFFS

### A.   Violations of the Connecticut Uniform Securities Act

21.     I understand from counsel that under the Connecticut Uniform Securities Act, Plaintiffs are entitled to recover "the consideration paid for the security, together with interest at eight per cent per year from the date of payment, costs and reasonable attorneys' fees, less the amount of any income received on the security, upon the tender of the security, or for damages if he no longer owns the security."[53]  That is, in addition to reasonable attorneys' fees,  I am informed that members of the class are entitled to recover the consideration paid for Hashlets, Hashpoints, HashStakers, and Paycoin purchased from the Companies between August 1, 2014 and January 19, 2015 (including acquisitions from the Companies by converting, upgrading, or exchanging other products sold by the Companies) with interest at eight percent per year from the date of payment less the amount of any income received upon the tender of these products.

### B.   Violations of the Exchange Act

22.     I understand from counsel that the "out-of-pocket rule" is the typical measure of damages for violations of the Exchange Act.[54]  The out-of-pocket rule provides that a buyer can recover as damages the difference between the amount that was actually paid for the property and the actual value received.[55]  That is, I understand that members of the class are entitled to recover the amount they paid for Hashlets, Hashpoints, HashStakers, and Paycoin purchased from the Companies between August 1, 2014 and January 19, 2015 (including acquisitions from

---

53.   Connecticut Uniform Securities Act, Section 36b-29(a)(1).

54.   *Action AG v. China N.E. Petroleum Holdings Ltd.*, 692 F.3d 34, 38 (2d Cir. 2012).

55.   *Action AG v. China N.E. Petroleum Holdings Ltd.*, 692 F.3d 34, 38 (2d Cir. 2012).

the Companies by converting, upgrading, or exchanging other products sold by the Companies) less the actual value, if any, they received in connection with their purchases of these products.

## C. <u>Common Law Fraud</u>

23.     I understand from counsel that "benefit of the bargain" damages is the typical measure of damages for defrauded buyers under Connecticut common law.[56]  Benefit of the bargain damages are intended to put defrauded buyers in the positions they would have enjoyed if the false representations upon which they relied had been true.[57]  That is, I understand that members of the class are entitled to recover the difference between the value they were fraudulently led to believe they would receive and the value they actually received in connection with their purchases of Hashlets, Hashpoints, HashStakers, and Paycoin from the Companies between August 1, 2014 and January 19, 2015 (including acquisitions from the Companies by converting, upgrading, or exchanging other products sold by the Companies).

24.     I also understand from counsel that rescission is available in a fraud action.[58] Under a rescissory measure, the plaintiff and defendant ordinarily must restore to each other what each other had received in the transaction.  I understand that the measure of damages under the Connecticut Uniform Securities Act is rescissory.  Thus, members of the class are entitled to recover the consideration paid for Hashlets, Hashpoints, HashStakers, and Paycoin purchased from the Companies between August 1, 2014 and January 19, 2015 (including acquisitions from the Companies by converting, upgrading, or exchanging other products sold by the Companies) less the amount of any income received.

---

56.   *Leisure Resort Tech., Inc. v. Trading Assocs.*, 889 A.2d 785, 793 (Conn. 2006).

57.   *Leisure Resort Tech., Inc. v. Trading Assocs.*, 889 A.2d 785, 793 (Conn. 2006).

58.   *Leisure Resort Tech., Inc. v. Trading Assocs.*, 889 A.2d 785, 792 (Conn. 2006).

IV.     **ANALYSIS OF RELEVANT TRANSACTIONS**

A.     **The ZenCloud Database**

25.     I have analyzed and relied upon data contained in the ZenCloud database in connection with my work in this matter.  This database was restored by me from a backup file provided by Susman Godfrey LLP, counsel for the Plaintiffs.[59]  I understand that Susman Godfrey LLP received these backup files from Adam Matlack, who received the backup files from Madeline Eden, a former employee of GAW Miners.  I further understand that neither Mr. Matlack nor Susman Godfrey LLP has altered the data contained in these backup files.[60]  I used a widely deployed, open source database software package called MariaDB to restore the ZenCloud database from the backup files.[61]  I used MariaDB for this purpose because information within the backup file indicates that MariaDB is the software that was used to create the backup file.

26.     The ZenCloud database is a relational database.  Relational databases comprise tables of data that are structured in a specific way to facilitate efficient management, access, and analysis of the underlying data.  Each table in a relational database is organized into a number of columns and rows.  The columns in each table of data represent an attribute while each row represents an observation of that attribute.  A table of customer data, for example, might include attributes such as the customer name, address, and email address.  Each of these attributes corresponds to a column in the table.  Each row in the table provides data concerning these attributes for a specific customer.  Each row in a relational database also typically includes a unique

---

59.   I also have reviewed a Paybase database provided by counsel for Plaintiffs, although I do not directly rely upon that database for the opinions expressed herein.

   I understand that the ZenCloud and Paybase databases have been produced in this litigation as GAW00198630 and GAW00198631.

60.   December 6, 2018 email from Adam Matlock to Colin Watterson.

61.   MariaDB is used by numerous enterprises including Nokia, Red Hat, Samsung, Select Quote, and Walgreens, among many others.  *See* MariaDB website (https://mariadb.com/resources/customer-stories/).

---

key that can be used to link the row to one or more rows of data in another table of data. So, for example, a specific customer in a customer table might be linked to one or more transactions in a sales table as shown in the figure below. In this example, one can determine that Jane Doe purchased two blue widgets for $12.50 and seven green widgets for $43.75 by linking or "joining" the Customer Table and the Sales Table.



27.     Relational databases are created using a computer language known as structured query language ("SQL"). SQL also is used to perform tasks such as adding data to a relational database and retrieving data of interest from a relational database.

28.     The ZenCloud database includes 36 tables that are populated with data. Attached as Exhibit 3 is a list of the columns from each of the tables in the ZenCloud database. In total there are 485 columns and approximately 115.9 million rows of data contained in these 36 tables. As I explain in greater detail below, I primarily rely on the "orders"; "order_devices"; "devices"; "activities"; and "transactions" tables from the ZenCloud database for purposes of my damages analysis.

---

Expert Report of Report of Robert Mills                                                                14

### B. Overview of My Analysis of the ZenCloud Database

29. I have spent well over 100 hours reviewing, analyzing, and exploring the tables, data, and data relationships contained in the ZenCloud database. As part of this review, I spoke with Evan Lucas—a former employee of GAW Miners with knowledge of the ZenCloud database—about many of the tables contained in the ZenCloud database, and I spoke with named plaintiff Allen Shinners about his transactions. In addition, I have reviewed archived websites formerly maintained by the Companies that explain various products sold by the Companies, the online storefronts where those products could be purchased, and the types of ZenCloud transactions permitted. These archived websites informed and/or confirmed my understanding of certain data contained in the ZenCloud database. I also reviewed self-reported transactions provided by certain members of the class, and I compared many of these reported transactions to transactions included in the ZenCloud database. This process of comparing self-reported transactions to data contained in the ZenCloud database provided further validation that I correctly understood relationships among certain columns in the ZenCloud database tables. Finally, I have relied upon my more than 20 years of experience analyzing data maintained by retailers, manufacturers, financial institutions, insurance companies, and others in assessing data contained in the ZenCloud database.

30. I understand that Mr. Fraser asserts that the ZenCloud database generally is unreliable (without describing specific purported deficiencies). Although I cannot guarantee the accuracy of every record included in the database, I have not identified any significant issues during the more than 100 hours I spent reviewing the database that would cause me to believe the data I use for my analysis are unreliable. Moreover, based on Mr. Donelan's declaration, I

understand that the SEC also relied on a copy of the ZenCloud database.[62]  Additionally, the Court in the SEC action also implicitly relied upon the ZenCloud database used by the SEC in awarding the exact disgorgement figure sought by the SEC.[63]  It has been my experience that damages experts regularly rely upon data produced during the course of litigation without independently confirming the accuracy of each of the data records.  In my view, the ZenCloud database provides a reasonable source for identifying transactions that are relevant to my analysis.

31.      I rely upon the ZenCloud database for two primary purposes: (1) to determine investments made by members of the class in the form of purchases of Hashlets and HashStakers from the Companies between August 1, 2014 and January 19, 2015, and (2) to determine withdrawals made by members of the class from their ZenCloud accounts.  I describe my analysis of purchases and withdrawals made by members of the class in the sections that follow.

## C.      **ZenCloud Accounts**

32.      The ZenCloud database includes a table called "users" that provides information concerning ZenCloud accounts established by the Companies.  Notably, each ZenCloud account is assigned an "id" that can be used to link various transactions to individual ZenCloud accounts.  The id column of the users table is a "primary key," which means that each id record is unique; the id column will always identify only one ZenCloud account.  The id column of the users table is an "auto_increment" column, which means id column values are sequentially assigned as additional ZenCloud accounts are added to the database.

---

62.    Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 2.

63.    Order for Entry of Default Judgment, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, May 29, 2017, p. 3.

---

33.     The id column of the ZenCloud account corresponds to "userId" columns contained in several other tables in the database.  This means that a record (i.e., row of data) in another table can be linked to a specific ZenCloud account by matching the userId value found in that table for that record to an id value found in the users table.

34.     The class has been defined by the Court to exclude employees of the companies.  The users table does not appear to have a column that indicates whether specific ZenCloud accounts belonged to employees of the Companies.  Consequently, I have looked to a table called "auditlogs" to identify accounts that were held by employees of the Companies.  The auditlogs table identifies a number of ZenCloud accounts that reportedly belonged to employees of the Companies.  The "notes" column from the auditlogs table indicates that withdrawal holds were placed on "employee accounts."  The notes column also indicates that employee accounts were locked "per Dan/Dave/Jonah" as of March 7, 2015.  The auditlogs table includes a userId column that links these employee accounts to specific ZenCloud accounts in the users table.  Based on my analysis of the auditlogs table, I have identified 60 ZenCloud accounts belonging to employees of the Companies ("ZenCloud employee accounts").[64]  I have excluded the ZenCloud employee accounts—including all purchases and withdrawals associated with these accounts— from my analysis given that they do not appear to belong to members of the class.[65]

---

64.   See the "employee_accounts" table in Appendix A.

      Throughout this report I cite to specific tables and files I have created using records from the ZenCloud database.  Details concerning how these tables and files were created are provided in the SQL code set forth in Appendix A.

65.   See the "nonemployee_accounts" table in Appendix A.

      In the event that additional ZenCloud accounts belonging to persons excluded from the class are identified, these accounts can readily be removed from my analysis by inserting a "where!=" clause identifying such accounts into the SQL code used to create the "nonemployee_accounts" table in Appendix A.

---

Expert Report of Report of Robert Mills                                                                    17

### D.    **Products Purchased by Members of the Class**

35.     As discussed above, the Court has defined the class to include all persons or entities who purchased certain products from the Companies (or acquired them by converting, upgrading, or exchanging certain other products sold by the Companies) during a specified time period.[66] The products at issue include Hashlets, Hashpoints, HashStakers, and Paycoin.[67] The relevant period is from August 1, 2014 to January 19, 2015.[68]

36.     The ZenCloud database includes several tables that are useful for identifying Hashlets and HashStakers purchased from the Companies during the relevant period as well as the amount paid for those Hashlets and HashStakers. Specifically, I use tables called "orders," "order_devices," "devices," "stores," and "hashlet_types" to identify these relevant transactions and tabulate the amounts paid. My analysis excludes Hashpoints and Paycoin sold by the Companies to members of the class because I currently am not aware of a methodology that can be used to reliably identify such sales by reference to the databases. Thus, to the extent that the Companies sold Hashpoints or Paycoin to members of the class, my analysis is conservative in the sense that it understates purchases of relevant products.[69] I also have excluded from my analysis all purchases made in the marketplace established by the Companies.[70]

---

66.   Docket entry 144, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, July 8. 2019.

67.   Docket entry 144, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, July 8. 2019.

68.   Docket entry 144, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, July 8. 2019.

69.   I also have not included Hashlets, Hashpoints, HashStakers, or Paycoin acquired from the Companies by converting, upgrading, or exchanging other products sold by the Companies because I am not aware of a way to do so using the ZenCloud database. My analysis produces damages that are conservatively low for this reason as well.

70.   Marketplace sales among ZenCloud account holders are reflected in a table from the ZenCloud database called "sale_items." To the extent appropriate, these transactions could be incorporated into my analysis.

---

Expert Report of Report of Robert Mills                                18

37.     The orders table reflects information concerning orders that were placed with the Companies, including the identity of the online storefront at which the order was placed, the status of the order (e.g., whether it was paid or voided), the total price for the order, any discounts given, the currency used, and the date of payment.[71]  Because an order may contain more than one item, each record of the order table may correspond to more than one purchased device. The order_devices table identifies the devices associated with an order, and the devices table provides additional details concerning the purchased devices.  By joining these three tables I have linked purchased devices to orders.  I also have joined the hashlet_types table and the devices table to determine the type of Hashlet or HashStaker purchased, and I have joined the stores table and the orders table to determine the online storefront from which the purchased devices were ordered.

38.     In assessing purchases made by members of the class, I have included only those purchased devices that are associated with orders for which the status is paid and for which the date of payment is from August 1, 2014 to January 19, 2015.[72]  This limitation ensures that the purchases captured in my analysis fall within the relevant period.

39.     In some instances, the devices table does not identify the product type for devices linked to the orders table.  I have excluded all such devices from my purchases analysis; my analysis includes only those devices that I can link to specific types of Hashlets or HashStakers sold by the Companies.[73]  Although this may serve to understate purchases of relevant products

---

71.  This information is reflected in the columns called "storeId," "status," "totalPrice," "discounts," "currency," and "paidAt."

72.  I use the "status" column of the orders table to identify "paid" orders.  I exclude orders for which the status is "void" and orders for which status information is not available.  See Appendix A for further details.

I use the "paidAt" column of the orders table to identify orders for which the date of payment is from August 1, 2014 to January 19, 2015.  See Appendix A for further details.

73.  I use the "hashletTypeId" column from the devices table and the "name" column from the hashlet_types table to determine the type of Hashlet or HashStaker.  I exclude all devices where hashletTypeId is null, meaning the device cannot be linked to a specific type of Hashlet or HashStaker.  See Appendix A for further details.

---

Expert Report of Report of Robert Mills                                                                        19

made by members of the class (and therefore understate damages), I have imposed this restriction to ensure that I do not capture any devices that fall outside the scope of the Court's class definition.

40.    I also have excluded from my analysis all orders for which the total line item price is missing or reportedly is 0.[74]  Although this ensures that I have not captured devices in my purchases analysis that were given away for free, it may serve to understate purchases of relevant products made by members of the class (and therefore understate damages) if some of these excluded orders were not in fact free of charge.

41.    The devices table includes a column that provides the purchase price for devices linked to the orders table.[75]  However, based on my analysis of the devices and orders tables, I have concluded that the purchase price shown in the devices table does not reflect discounts, if any, provided by the Companies.  Consequently, I rely upon the orders table—which does provide information concerning discounts—to determine the percentage discount for each order that received a discount, and I apply that order-specific discount percentage to each device purchased on that order.[76]  Suppose, for example, that two $50 devices appear on an order that reflects a total price of $80 and a discount of $20.  The undiscounted total price for that order is $100 ($80 plus $20), and the discount is 20% ($20 divided by $100).  In this situation, I would apply the 20% discount to each of the $50 devices—effectively reducing them to $40 devices—to ensure that my purchases analysis appropriately considers discounts given by the Companies.

---

74.   I use the "totalLineItemsPrice" column from the orders table to determine the total line items price for orders. I have included only those orders where totalLineItemsPrice > 0.  See Appendix A for further details.

75.   I use the "purchasePriceUSD" column from the devices table to determine the purchase price.  See Appendix A for further details.

76.   I use the "discount" and "totalLineItemsPrice" columns from the orders table to calculate a discount percentage for each order.  I apply the discount percentage to the "purchasePriceUSD" column from the devices table.  See Appendix A for further details.

42.     The orders table does not include a userId column that could be used to link orders to specific ZenCloud accounts in the users table.  However, the devices table includes a userId column, which links devices to specific ZenCloud accounts.  This column can be used to identify devices associated with ZenCloud employee accounts so that purchases of these devices can be removed from the analysis.

43.     I have identified an alternative approach that also can be used to link purchased devices to specific ZenCloud accounts.  The devices table includes a column called "zencode" that provides the Zencode that was used to activate a purchased device.  There is a table in the ZenCloud database called "activities" that logs Zencode activations by userId.  Thus, it is possible to determine the ZenCloud account that activated the Zencode for a specific purchased device.  This approach can be used to identify devices associated with ZenCloud employee accounts so that purchases of these devices can be removed from the analysis.

44.     I have analyzed purchases made by members of the class using both approaches for linking devices to ZenCloud accounts, and as I demonstrate below, the choice of approach does not materially impact the results.  For the remainder of this report I refer to calculations for which purchases are linked to ZenCloud accounts based on the userId column of the devices table as "scenario one" calculations, and I refer to calculations for which purchases are linked to ZenCloud accounts based on who activated the Zencode as "scenario two" calculations.

45.     Based on the methodology discussed above, I have calculated the discounted price paid by members of the class for Hashlets and HashStakers purchased from the Companies between August 1, 2014 and January 19, 2015, and I have tabulated these purchases by device type, the online storefront where the purchases were made, and the date of payment.  As

shown in the following table, total purchases amount to $21,791,090 under scenario one and

$21,717,742 under scenario two.[77]

**Table 1: Purchases by Members of the Class by Product Type**
**August 1, 2014 Through January 19, 2019**

| Product | Scenario One | | Scenario Two | |
|---|---|---|---|---|
| | Purchases | Share | Purchases | Share |
| CleverHashlet | $      90,162 | 0.4% | $      90,144 | 0.4% |
| Hashlet Genesis | 1,595,929 | 7.3% | 1,522,559 | 7.0% |
| Hashlet Prime | 10,343,432 | 47.5% | 10,343,033 | 47.6% |
| Legendary Hashlet | 51,013 | 0.2% | 51,411 | 0.2% |
| MultiHashlet | 467,475 | 2.1% | 467,491 | 2.2% |
| WaffleHashlet | 109,997 | 0.5% | 109,997 | 0.5% |
| ZenHashlet | 7,526,683 | 34.5% | 7,526,707 | 34.7% |
| HashStaker | 1,606,399 | 7.4% | 1,606,399 | 7.4% |
| Total | $ 21,791,090 | 100.0% | $ 21,717,742 | 100.0% |

46.     The table above summarizes purchases by the type of Hashlet purchased.

The Companies have described these various types of Hashlets as follows:[78]

- "The CleverHashlet is a Hashlet Solo Digital Cloud Miner designed for the Scrypt algorithm and earns payouts based on CleverMining Pool."

- "The HashletGenesis is a Hashlet Solo Digital Cloud Miner designed for the SHA-256 algorithm and capable of pool switching."

- "The Hashlet Prime is a Digital Cloud Miner capable of mining multiple algorithms and pool switching, it is able to be boosted for a short amount of time twice daily."

- "The LegendaryHashlet is a LIMITED EDITION Hashlet Solo Digital Cloud Miner designed for the Scrypt algorithm and…earns payouts based on ZenPool. Legendary Hashlets are incredibly special and rare."

---

77.   See "purchases_by_product_s1.csv" and "purchases_by_product_s2.csv" in Appendix A.

78.   "ZenCloud FAQ," Gawminers.com website
       (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).

---

- "The MultiHashet is a Hashlet Solo Digital Cloud Miner designed for the Scrypt algorithm and earns payouts according to MultiPool."

- "The WaffleHashet is a Hashlet Solo Digital Cloud Miner designed for the Scrypt algorithm and earns payouts based on WafflePool."

- "The ZenHashlet is a Hashlet Solo Digital Cloud Miner designed for the Scrypt algorithm and earns payouts based on ZenPool."

Hashlet Prime and ZenHashlet were the most popular Hashlets sold by the Companies. Together, they account for more than 80 percent of the identified purchases.

47.    As shown in the table below, a significant majority of the purchased devices included in my analysis were ordered from the gawminers.com storefront.[79] Cloud.zenminer.com was the second most popular storefront. Few purchased devices were ordered from the oneminer.com and store.zenminer.com storefronts.

### Table 2: Purchases by Members of the Class by Storefront
### August 1, 2014 Through January 19, 2019

| Online Storefront | Scenario One | | Scenario Two | |
| --- | --- | --- | --- | --- |
| | Purchases | Share | Purchases | Share |
| Gawminers.com | $ 17,066,572 | 78.3% | $ 17,025,014 | 78.4% |
| Oneminer.com | 168,553 | 0.8% | 168,553 | 0.8% |
| Store.zenminer.com | 7,540 | 0.0% | 7,540 | 0.0% |
| Cloud.zenminer.com | 4,548,425 | 20.9% | 4,516,636 | 20.8% |
| Total | $ 21,791,090 | 100.0% | $ 21,717,742 | 100.0% |

48.    Gawminers.com was an online storefront that allowed customers to purchase Hashlets and HashStakers using credit cards.[80] Customers also could use credit cards to

---

79.  See "purchases_by_store_s1.csv" and "purchases_by_store_s2.csv" in Appendix A.

80.  "ZenCloud FAQ," Gawminers.com website
     (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).

---

Expert Report of Report of Robert Mills                                                          23

purchase Hashlets at the oneminer.com storefront.[81]   Purchases at the cloud.zenminer.com storefront were made using Bitcoin from users' ZenCloud accounts.[82]

49.    As shown in the following table, most of the purchases included in my analysis were made from August 2014 to October 2014.[83]   Purchases fell dramatically in November 2014, and by January 2014 purchasing activity had essentially ceased.

**Table 3: Purchases by Members of the Class by Month**
**August 1, 2014 Through January 19, 2019**

| Month | Scenario One | | Scenario Two | |
|---|---|---|---|---|
| | Purchases | Share | Purchases | Share |
| August 2014 | $  5,756,222 | 26.4% | $  5,755,809 | 26.5% |
| September 2014 | 7,430,858 | 34.1% | 7,357,900 | 33.9% |
| October 2014 | 5,790,319 | 26.6% | 5,790,342 | 26.7% |
| November 2014 | 1,994,585 | 9.2% | 1,994,585 | 9.2% |
| December 2014 | 762,116 | 3.5% | 762,116 | 3.5% |
| January 2015 | 56,990 | 0.3% | 56,990 | 0.3% |
| Total | $ 21,791,090 | 100.0% | $ 21,717,742 | 100.0% |

50.    The SEC identified a similar trend in its analysis.   The following table was included in Mr. Donelan's declaration summarizing the results of his analysis.[84]

---

81.   "Oneminer FAQ," Oneminer.com website
      (https://web.archive.org/web/20150218030750/http://oneminer.com/pages/faq).

82.   "ZenCloud FAQ," Gawminers.com website
      (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).

83.   See "purchases_by_month_s1.csv" and "purchases_by_month_s2.csv" in Appendix A.

84.   Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*, February 12, 2016, p. 4.

| | Aug-14 | Sep-14 | Oct-14 | Nov-14 | Dec-14 | Total |
|---|---|---|---|---|---|---|
| Hashlet Sales | 6,371,346 | 7,421,179 | 5,790,285 | 1,024,836 | 147,557 | 20,755,203 |
| Hashlet Payouts (Gross) | 1,790,470 | 5,305,073 | 5,993,584 | 1,291,554 | 955,409 | 15,336,090 |
| Hashlet Service Fees | (155,252) | (1,273,562) | (1,990,618) | (642,767) | (597,019) | (4,659,218) |
| Hashlet Payouts (Net) | 1,635,218 | 4,031,511 | 4,002,966 | 648,787 | 358,390 | 10,676,872 |
| Disgorgement | 4,736,128 | 3,389,668 | 1,787,319 | 376,049 | (210,833) | 10,078,331 |

As this table makes clear, the SEC identified a similar trend concerning declining sales in November and December 2014.

51.     In fact, as shown in the table below, the results of my analysis are close to those obtained by the SEC for the same period.[85]

**Table 4: Comparison of Purchases to SEC Calculations**
**August 2014 Through December 2014**

| Month | Scenario One | | Scenario Two | |
|---|---|---|---|---|
| | My Calculation | SEC Calculation | My Calculation | SEC Calculation |
| August 2014 | $  5,756,222 | $  6,371,346 | $  5,755,809 | $  6,371,346 |
| September 2014 | 7,430,858 | 7,421,179 | 7,357,900 | 7,421,179 |
| October 2014 | 5,790,319 | 5,790,285 | 5,790,342 | 5,790,285 |
| November 2014 | 1,994,585 | 1,024,836 | 1,994,585 | 1,024,836 |
| December 2014 | 762,116 | 147,557 | 762,116 | 147,557 |
| Total | $ 21,734,100 | $ 20,755,203 | $ 21,660,752 | $ 20,755,203 |

My purchase calculation under scenario one is within 4.7% of the SEC's calculation, and my purchase calculation under scenario two is within 4.4% of the SEC's calculation.

52.     However, it is important to note that my purchase calculations include Hashlets and HashStakers while Mr. Donelan's declaration states that he was only asked to

---

85.   See "purchases_by_month_s1.csv" and "purchases_by_month_s2.csv" in Appendix A.

calculate the amount that investors paid for Hashlets.[86]  The following table compares my Hashlet

purchase calculations to those of the SEC.[87]

**Table 5: Comparison of Hashlet Purchases to SEC Calculations**
**August 2014 Through December 2014**

| Month | Scenario One | | Scenario Two | |
| | My Calculation | SEC Calculation | My Calculation | SEC Calculation |
|---|---|---|---|---|
| August 2014 | $  5,756,222 | $  6,371,346 | $  5,755,809 | $  6,371,346 |
| September 2014 | 7,430,858 | 7,421,179 | 7,357,900 | 7,421,179 |
| October 2014 | 5,790,319 | 5,790,285 | 5,790,342 | 5,790,285 |
| November 2014 | 1,019,018 | 1,024,836 | 1,019,018 | 1,024,836 |
| December 2014 | 131,355 | 147,557 | 131,355 | 147,557 |
| Total | $ 20,127,772 | $ 20,755,203 | $ 20,054,425 | $ 20,755,203 |

This table demonstrates that my calculations are closely aligned with those prepared by the SEC

during the period September 2014 to December 2014; my scenario one calculation is within 0.1%

of the SEC's calculation for this period and my scenario two calculation also is very close to the

SEC's calculation.  Overall, my purchases calculations are conservatively low compared to the

SEC's calculation because the SEC's calculation for August 2014 is greater than my calculations

for that month.  For the period August 2014 to December 2014 my purchases calculation is 3.0%

lower than the SEC's calculation under scenario one and 3.4% lower under scenario two.  Based

on further analysis, it appears that this difference might largely be explained by my exclusion of

purchases made by employees of the companies and my exclusion of purchases for which the order

---

86.  Declaration of Trevor T. Donelan, *Securities and Exchange Commission v. Homero Joshua Garza, et al.*,
     February 12, 2016, p. 3.

87.  See "sec_compare_hashlets_s1.csv" and "sec_compare_hashlets_s2.csv" in Appendix A.

status is unknown.  When I relax these restrictions in my analysis, I calculate total Hashlet purchases of $20,732,849, which is within $22,400 (0.1%) of the SEC's calculation.[88]

53.     Finally, I note that almost all of the variation between my Hashlets purchase calculations and the SEC's Hashlet purchase calculation is due to the SEC including approximately $615,000 in Hashlet purchases during August 2014 that I conservatively exclude.  If I were to include these $615,000 in purchases in my analysis, my calculation under scenario one and scenario two would be within 0.1% and 0.4% of the SEC's calculation, respectively.  Stated another way, my calculation under scenario one would be within $12,500 of the SEC's calculation and my calculation under scenario two would be within $85,800 of the SEC's calculation.

54.     I also have identified and calculated payout and service fee transactions in the ZenCloud database and compared these calculations to the figures reported by Mr. Donelan. This provides yet another check on the consistency between the data upon which I rely and the data used by the United States government in the SEC action.  As shown in the following table, the SEC identified Hashlet "payouts" amounting to $15,336,090 from August 2014 to December 2014.  My monthly payout calculations—which include more than 12 million payout records— match the SEC's monthly payout calculations to the dollar.[89]  The SEC identified Hashlet "service fees" amounting to $4,659,218 from August 2014 to December 2014.  My monthly service fee calculations also match the SEC's monthly service fee calculations to the dollar.[90]

---

88.  See "sec_compare_unrestricted.csv" in Appendix A.

89.  See "sec_compare_payout.csv" in Appendix A.

90.  See "sec_compare_servicefees.csv" in Appendix A.

---

Expert Report of Report of Robert Mills                                    27

**Table 6: Comparison of Payouts and Service Fees to SEC Calculations**
**August 2014 Through December 2014**

| Month | Hashlet Payouts | | Hashlet Service Fees | |
|---|---|---|---|---|
| | My Calculation | SEC Calculation | My Calculation | SEC Calculation |
| August 2014 | $  1,790,470 | $  1,790,470 | $  155,252 | $  155,252 |
| September 2014 | 5,305,073 | 5,305,073 | 1,273,562 | 1,273,562 |
| October 2014 | 5,993,584 | 5,993,584 | 1,990,618 | 1,990,618 |
| November 2014 | 1,291,554 | 1,291,554 | 642,767 | 642,767 |
| December 2014 | 955,409 | 955,409 | 597,019 | 597,019 |
| Total | $ 15,336,090 | $ 15,336,090 | $ 4,659,218 | $ 4,659,218 |

This consistency check provides further assurance that the data upon which I rely are closely aligned with the data used by the SEC and relied upon by the Court in the SEC action.

55.     Based on the foregoing analyses, I have replicated the SEC's disgorgement analysis to within $22,400 (0.2%).[91]

**Table 7: Replication of SEC Disgorgement**

| | SEC Calculation | My Replication |
|---|---|---|
| Hashlet Purchases | $ 20,755,203 | $ 20,732,849 |
| *Less:* Hashlet Payouts | 15,336,090 | 15,336,090 |
| *Plus:* Hashlet Service Fees | 4,659,218 | 4,659,218 |
| *Equals:* Disgorgement | $ 10,078,331 | $ 10,055,977 |

---

91.   See "sec_compare_unrestricted.csv"; "sec_compare_payout.csv"; and "sec_compare_servicefees.csv" in Appendix A.

### E.  Withdrawals Made by Members of the Class

56.  The ZenCloud database includes a table called "transactions" that reflects information concerning withdrawals that were made from ZenCloud accounts, including the userId, status of the transaction (e.g., whether it was completed or cancelled), amount of Bitcoin withdrawn, and date of the withdrawal.[92]  I understand that funds in ZenCloud accounts were denominated in Bitcoin.  However, the transaction table also includes a column called "usdAmount" that shows the value of Bitcoin withdrawn expressed in U.S. dollars.

57.  I conducted my own analysis of the value of Bitcoin withdrawn from ZenCloud accounts as a check on the U.S. dollar-denominated values reflected in the transactions table.  I obtained historical Bitcoin market data from CoinMarketCap, a company that tracks and aggregates Bitcoin data, including the opening, high, low, and closing prices for Bitcoin in U.S. dollars on a daily basis.[93]  I converted the Bitcoin-denominated withdrawals shown in the transactions table to U.S. dollars based on the average of the opening price and closing price reported for the dates of the withdrawals and obtained results that are very close to the U.S. dollar values reported in the transactions table.[94]  Given the consistency between the values reported in

---

92.  This information is reflected in the columns called "userId", "status", "btcAmount," and "createdAt." Withdrawal transactions are identified using the "type" column from the transactions table (i.e., type = "withdraw").

The transactions table also includes a column called "updatedAt," which shows the date on which records were updated.  I compared the updatedAt date to the createdAt date for withdrawals identified under scenario one and scenario two and found the dates to be the same for nearly all records, indicating that very few changes were made to these withdrawal records.  There are only 73 records out of the more than 94,000 withdrawal records in my analysis with an updatedAt date that differs from the createdAt date, and the largest number of days that passed from a createdAt date to an updatedAt date is ten.  Given the consistency between these columns, using the updatedAt column instead of the createdAt column in my analysis would have no material impact on my conclusions.  See "updatedAt_createdAt_compare.csv" in Appendix A.

93.  CoinMarketCap website (https://coinmarketcap.com/currencies/bitcoin/historical-data/?start=20140601&end=20150531).

94.  My calculated total value is 0.08% *lower* than the total value reported in the transactions table.  See "withdrawals_by_month_s1"; "withdrawals_by_month_coinmarketcap_s1"; "withdrawals_by_month_s2"; and "withdrawals_by_month_coinmarketcap_s2" in Appendix A.

---

Expert Report of Report of Robert Mills                                    29

the transactions table and my own estimates, I have concluded that it is reasonable to rely upon the U.S. dollar values in the transactions table.

58.     Using the transaction table, I have tabulated withdrawals made from ZenCloud accounts associated with at least one Hashlet or HashStaker purchase identified in the analysis of purchases discussed above.   When tabulating withdrawals, I include only those withdrawal transactions for which the "status" column indicates that the withdrawal was completed.[95]

59.     I did not exclude withdrawals occurring after January 19, 2015.   This ensures that withdrawals of funds associated with purchased devices are captured even if the withdrawals did not occur before the end of the relevant period for class definition.  I did, however, exclude withdrawals from ZenCloud accounts that occurred before the earliest date on which a relevant device was purchased for the same ZenCloud accounts because withdrawals cannot include funds attributable to devices that have not yet been purchased.[96]

60.     As shown in the following table, withdrawals by members of the class total $15,364,941 under scenario one and $15,421,356 under scenario two.[97]

---

95.   See Appendix A for further details.

96.   See the "transactions_withdraw_s1" and "transactions_withdraw_s2" tables in Appendix A.

97.   See "withdrawals_by_month_s1.csv" and "withdrawals_by_month_s2.csv" in Appendix A.

---

**Table 8: Withdrawals by Members of the Class**

| Month | Scenario One | | Scenario Two | |
|-------|-------------|-------|-------------|-------|
| | Withdrawals | Share | Withdrawals | Share |
| August 2014 | $ 691,373 | 4.5% | $ 694,403 | 4.5% |
| September 2014 | 2,687,249 | 17.5% | 2,774,223 | 18.0% |
| October 2014 | 5,783,570 | 37.6% | 5,876,091 | 38.1% |
| November 2014 | 3,430,546 | 22.3% | 3,335,987 | 21.6% |
| December 2014 | 2,177,870 | 14.2% | 2,148,707 | 13.9% |
| January 2015 | 316,775 | 2.1% | 314,428 | 2.0% |
| February 2015 | 178,313 | 1.2% | 178,315 | 1.2% |
| March 2015 | 92,055 | 0.6% | 92,014 | 0.6% |
| April 2015 | 7,189 | 0.0% | 7,189 | 0.0% |
| Total | $ 15,364,941 | 100.0% | $ 15,421,356 | 100.0% |

61.     It is important to note that my tabulations of withdrawals are conservative in the sense that they likely overstate withdrawals of funds associated with the relevant devices. It generally is not possible to link withdrawals from a ZenCloud account to specific devices purchased for that ZenCloud account because funds within a ZenCloud account were co-mingled. As a result, I am unable to identify and exclude withdrawals that are unrelated to the relevant devices, such as Bitcoin that was transferred into a ZenCloud account and later withdrawn without making a purchase.

62.     The inability to determine offsets at the transaction level necessarily makes my analysis conservative. Under my current analysis, the losses from one transaction in an account are offset against the gains from another transaction in that account. Take the following simple example: suppose an account holder purchased Hashlet "A" for $50 and Hashlet "A" generated $100 in Bitcoin, which the account holder withdrew. In other words, the account holder made a $50 gain on the transaction. Suppose further that the account holder purchased Hashlet "B" for $50 and Hashlet "B" generated $25 in Bitcoin, which the account holder withdrew. The account

holder lost $25 on the transaction. If offsets are considered at the transaction level, that account holder lost $25 in total. However, my analysis assigns no loss to the account holder because the gains from Hashlet "A" offset the losses from Hashlet "B."

63.     I understand that certain class members may have withdrawn Paycoin after the Hashpoints conversions occurred in December 2014. However, I understand Plaintiffs contend that any Paycoin withdrawn is virtually worthless. Indeed, according to CoinMarketCap, one Paycoin currently is worth only about $0.002, and the entire circulating supply of Paycoin is currently worth less than $25,000.[98] I also understand that Plaintiffs contend that there are legal reasons for excluding Paycoin that investors received from Hashpoints conversions from any damages calculation. Accordingly, I have been instructed by counsel for Plaintiffs to assign no value to Paycoin received by members of the class from the Companies.

64.     I understand that Mr. Fraser contends that certain investors may have received a cryptocurrency called "Ion" in exchange for Paycoin. However, I understand that Plaintiffs contend that Ion should be excluded from any damages calculation for reasons similar to those cited for the exclusion of Paycoin.

65.     To the extent that deductions for Paycoin or Ion are appropriate, they can be subtracted from my analysis.

### F.     Purchases and Withdrawals Relevant to the Computation of Damages

66.     Using the purchase and withdrawal calculations discussed above, I have identified ZenCloud accounts for which calculated purchases exceed calculated withdrawals. As shown in the following table, relevant purchases associated with these ZenCloud accounts amount

---

98.   CoinMarketCap website (https://coinmarketcap.com/currencies/paycoin2/).
       Value last checked on September 15, 2019.

to $17.7 million under scenario one, and total withdrawals from these ZenCloud accounts are $5.4 million.[99]  Purchases exceeded withdrawals by $12.3 million for these ZenCloud accounts under scenario one.

**Table 9: Relevant Purchases and Withdrawals
Scenario One**

| Month | Purchases | Withdrawals |
|-------|-----------|-------------|
| August 2014 | $  3,887,442 | $   259,784 |
| September 2014 | 6,067,659 | 1,255,682 |
| October 2014 | 5,168,771 | 1,893,926 |
| November 2014 | 1,832,021 | 1,081,904 |
| December 2014 | 657,249 | 626,932 |
| January 2015 | 56,900 | 120,069 |
| February 2015 | - | 98,506 |
| March 2015 | - | 47,677 |
| April 2015 | - | 3,730 |
| Total | $ 17,670,130 | $ 5,388,210 |

67.    Under scenario two, relevant purchases and withdrawals associated with ZenCloud accounts for which purchases exceeded withdrawals amount to $17.5 million and $5.5 million, respectively.[100]  Purchases exceeded withdrawals by $12.0 million for these ZenCloud accounts under scenario two.

---

99.   See "relevant_purchases_by_month_s1.csv" and "relevant_withdrawals_by_month_s1.csv" in Appendix A.

100.  See "relevant_purchases_by_month_s2.csv" and "relevant_withdrawals_by_month_s2.csv" in Appendix A.

**Table 10: Relevant Purchases and Withdrawals Scenario Two**

| Month | Purchases | Withdrawals |
|---|---|---|
| August 2014 | $ 3,809,267 | $ 252,045 |
| September 2014 | 6,006,273 | 1,324,170 |
| October 2014 | 5,168,841 | 1,951,867 |
| November 2014 | 1,830,689 | 1,069,136 |
| December 2014 | 657,861 | 627,742 |
| January 2015 | 56,990 | 118,951 |
| February 2015 | - | 95,924 |
| March 2015 | - | 46,149 |
| April 2015 | - | 3,715 |
| Total | $ 17,529,920 | $ 5,489,700 |

## V.    CLASS-WIDE DAMAGES

68.     It is my understanding from counsel that there are a variety of methods of calculating damages in a class action lawsuit.  One way to calculate damages is to calculate "aggregate" or "class-wide" damages.  Aggregate damages are the total damages that a defendant must pay to class members.  In situations where aggregate damages are calculated, the amount that each individual class member will receive is typically determined in subsequent proceedings.

69.     I calculate aggregate damages under the Connecticut Uniform Securities Act, Section 10b of the Exchange Act, and for common law fraud in the sections that follow.

### A.    Violations of the Connecticut Uniform Securities Act

70.     As explained above, I understand that the Connecticut Uniform Securities Act contains a statutory formula for calculating damages. It contains four components (1) consideration paid; (2) attorney's fees; (3) interest; and (4) income received.   In Sections IV.D and IV.F of my report, I explain how I calculate consideration, i.e., purchases of Hashlets and HashStakers during the relevant period.  Below, I calculate both simple and compound interest.

Finally, in Sections IV.E and IV.F of my report, I explain how I calculate income received, i.e., the value of Bitcoin investors withdrew from their ZenCloud accounts.  I do not include attorney's fees at this stage of the litigation.  My damages calculations for violations of the Connecticut Uniform Securities Act are summarized in the following tables.[101]  Damages under scenario one and scenario two are $19,339,627 and $19,040,958, respectively, when simple interest is credited to purchases at 8 percent per annum through the date of this report.  Damages under scenario one and scenario two are $20,854,051 and $20,542,908, respectively, when interest compounded quarterly at an annual rate of 8 percent is credited to purchases through the date of this report.  See Exhibits 4 through 7 for further details.

**Table 11: Damages for CUSA Violations**
**Including Simple Interest**

| Scenario | Consideration Paid | Simple Interest | Income Received | Damages |
|---|---|---|---|---|
| Scenario One | $ 17,670,130 | $ 7,057,707 | $   5,388,210 | $ 19,339,627 |
| Scenario Two | 17,529,920 | 7,000,738 | 5,489,700 | 19,040,958 |

**Table 12: Damages for CUSA Violations**
**Including Compound Interest**

| Scenario | Consideration Paid | Compound Interest | Income Received | Damages |
|---|---|---|---|---|
| Scenario One | $ 17,670,130 | $ 8,572,131 | $   5,388,210 | $ 20,854,051 |
| Scenario Two | 17,529,920 | 8,502,688 | 5,489,700 | 20,542,908 |

71.     As explained above, "payouts" associated with Hashlets were deposited into the ZenCloud accounts of their owners.  Likewise, daily service fees were taken from ZenCloud

---

101. See "damages_cusa_simple.csv" and "damages_cusa_compound.csv" in Appendix A.

accounts. I determined an investor's income based on withdrawals as opposed to payouts net of service fees to ensure that I captured income actually realized by investors. Payouts credited to an investor's ZenCloud account do not amount to income realized by investors until those payouts are withdrawn. The distinction between payouts and withdrawals is particularly important in the context of a Ponzi scheme like that alleged here; the promised payouts were not backed by actual cryptocurrency mining activity or other assets, and any net payouts that remain in ZenCloud accounts are worthless today.

72.     This method also accounts for income an investor may have generated by selling Hashlets and HashStakers on the internal GAW Miners marketplace. As explained above, ZenCloud included an internal marketplace that allowed ZenCloud users to trade Hashlets with one another. But, like payouts that were deposited into an investor's ZenCloud account, a user could only use the proceeds from such trades to either purchase additional securities or withdraw the funds. By considering withdrawals as income, I capture proceeds from sales on the marketplace in my analysis when those proceeds were withdrawn.

73.     I also understand that some investors received chargebacks from their credit card companies based on their purchases of GAW Miners products. A chargeback is a reversal of a transfer of funds from a consumer's bank account or credit card account. I understand that Mr. Fraser's position is that damages calculations should contain an offset for any chargebacks an investor received. I further understand that discovery regarding chargebacks is currently ongoing. If the Court does conclude that offsets for chargebacks are appropriate, those offsets can simply be deducted from my damages calculations.

### B.     Violations of the Exchange Act

74.     As explained above, I understand that out-of-pocket damages are the difference between the value an investor paid for the property and the fair value of what the

investor actually received.  I have calculated value paid based on the amount of purchases an investor made as described in Sections IV.D and IV.F of my report.  I have calculated value received as the Bitcoin investors withdrew as explained in Sections IV.E and IV.F of my report.

75.  In my opinion, investors received no value based on their ownership of Hashlets or HashStakers apart from the Bitcoin they withdrew from their ZenCloud accounts.  That is so because Hashlets were not backed by actual cryptocurrency mining activity—the very thing they purportedly were designed to do.  HashStakers were similarly worthless because they served no purpose other than generating Paycoin, which only had value because of fraud.  As explained above, that is clear because Paycoin is now virtually worthless and it has been virtually worthless for years.  This absence of value also is evident by the fact that Hashlets and HashStakers no longer exist and can no longer be bought, sold, or traded.  As such, my calculations do not include any inherent value for Hashlets or HashStakers because there is none.

76.  My damages calculations for violations of the Exchange Act are summarized in the following table.[102]  Damages under scenario one and scenario two are $12,281,920 and $12,040,220, respectively.  See Exhibits 8 and 9 for further details.

**Table 13: Damages for Violations of the Exchange Act**

| Scenario | Value Paid | Value Received | Damages |
|---|---|---|---|
| Scenario One | $ 17,670,130 | $ 5,388,210 | $ 12,281,920 |
| Scenario Two | 17,529,920 | 5,489,700 | 12,040,220 |

77.  To the extent the Court deems an award of prejudgment interest to be appropriate, that interest can be calculated in the same manner described in my discussion of

---

102.  See "damages_exchange_act.csv" in Appendix A.

damages under CUSA at the interest rate the Court deems appropriate.  Prejudgment interest would be added to the damages described above.

### C.  **Common Law Fraud**

78.      As explained above, I understand that benefit-of-the bargain damages are the difference between what an investor was promised and the value of what the investor actually received.  On its website GAW Miners told prospective investors that the "Hashlet has been built to be the most powerful and power-efficient cryptocurrency miner in the world.  It uses enormous economies of scale to maintain profitability longer and more reliably than any other miner on the market."[103]  The Companies also explained that "It's Yours, Forever; Hashlets never expire & will never break down."[104]  According to the GAW Miners website, "[o]nce you buy a Hashlet, it's yours forever – or until you sell, trade, or give it away, that is.  Owning a Hashlet is like owning any other miner, only better.  Hashlets have 99.9% uptime, are guaranteed to never break down, and have decreasing fees over time."[105]  Additionally, the website explained that "for all Hashlet Solos, if your target pool disbands, your Solo will automatically retarget the next most profitable pool.  This [] guarantees your investment is protected and secure, so you can enjoy many years of owning the world's most advanced miner."[106]  Yet another claim that appeared on the website is

---

103.  "ZenCloud FAQ," Gawminers.com website
       (https://web.archive.org/web/20141021143218/http://www.gawminers.com/pages/zencloud-faq).

104.  "Introducing Hashlet," gawminers.com website
       (https://web.archive.org/web/20141020194609/http://www.gawminers.com/pages/hashlet).

105.  "Introducing Hashlet," gawminers.com website
       (https://web.archive.org/web/20141020194609/http://www.gawminers.com/pages/hashlet).

106.  "Introducing Hashlet," gawminers.com website
       (https://web.archive.org/web/20141020194609/http://www.gawminers.com/pages/hashlet).

---

that a Hashlet is "Obsolete-Proof" because it "adjusts to always remain profitable & never breaks down."[107]

79.     Concerning HashStakers, I understand the Companies falsely claimed that Paycoin—the digital currency that HashStakers were supposed to pay out—would receive financial backing by banks and financial firms.[108]  I understand the Companies also falsely claimed that there was significant financial support from outside investors, and well-known merchants would accept Paycoin.[109]  The Companies further represented that they would ensure that the price of Paycoin would not drop below a floor of $20 per coin, which was not true.[110]

80.     To calculate value promised for Hashlets and HashStakers, I conservatively use the purchase price investors paid as described in Sections IV.D and IV.F of my report.  I used the amount investors paid because this amount represents a reasonable estimate of the minimum value an investor expected to receive in light of the promises made by the Companies.  Investors were willing buyers (given the alleged fraud) who would not have invested in Hashlets or HashStakers unless they expected to receive value that was at least commensurate with the prices paid for these products.

81.     I calculated value received as the Bitcoin investors withdrew as explained in Sections IV.E and IV.F of my report.

---

107.  "Introducing Hashlet," gawminers.com website
        (https://web.archive.org/web/20141020194609/http://www.gawminers.com/pages/hashlet).

        "Introducing Hashlet Genesis," Gawminers.com website
        (https://web.archive.org/web/20141015205511/http://www.gawminers.com/pages/hashlet-genesis).

108.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

109.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

110.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 7.

82.     My damages calculations for common law fraud are summarized in the following table.[111]   Damages under scenario one and scenario two are $12,281,920 and $12,040,220, respectively.  See Exhibits 10 and 11 for further details.

**Table 14: Damages for Common Law Fraud**

| Scenario | Value Promised | Value Received | Damages |
|---|---|---|---|
| Scenario One | $ 17,670,130 | $  5,388,210 | $ 12,281,920 |
| Scenario Two | 17,529,920 | 5,489,700 | 12,040,220 |

83.     It may also be appropriate to calculate damages based on a rescissory measure of damages.  As explained above, I understand that the formula for damages under CUSA is essentially a rescissory measure. If it is determined that a rescissory measure is an appropriate way to calculate damages for common law fraud, damages can be calculated based on the approach laid out for calculation of damages under CUSA, only without the statutory interest.

84.     To the extent the Court deems an award of prejudgment interest to be appropriate, that interest can be calculated in the same manner described in my discussion of damages under CUSA at the interest rate the Court deems appropriate.  Prejudgment interest would be added to the damages described above.

## VI.     FORMULAS FOR CALCULATING DAMAGES

85.     It is my understanding from counsel that in some class action lawsuits, damages are not determined at the aggregate level.  There are a variety of methods for calculating damages in such situations.  At least one acceptable methodology is to use a mechanical formula.

---

111.  See "damages_fraud.csv" in Appendix A.

86.     I further understand that the Court has indicated that this may be an appropriate manner of calculating damages in this case.  Specifically, in its ruling on Class Certification, the Court explained that "there are three main types of documents that are reasonably uniform and could be used during a claims process."[112]  "First, a number of putative class members submitted copies of emails from gawminers.com that confirmed the purchase of a GAW Miners product; these emails have a uniform format."[113]  "Second, some submitted documents confirming transfers of Bitcoin from outside exchanges to GAW Miners. … These transfers can also be confirmed on the Bitcoin blockchain by searching for customers' wallet addresses; Plaintiffs explain that any public blockchain website can be used to locate and confirm such transactions."[114]  "Finally, some putative class members submitted credit card data from Braintree and Stripe, … , and personal credit card statements."[115]  The Court further explained that "[class] membership may be established by reference to more than one type of document, and as long as proposed class members can show proof of purchase by submitting such documentation during the claims stage, individual inquiries will not predominate."[116]  The Court noted that "proof of purchase may be established by common evidence of (1) confirmatory emails from GAW Miners; (2) records confirming transfers of Bitcoin from outside exchanges to GAW Miners; and/or (3) credit card records."[117]  The Court recognized that although it "will need to determine the loss suffered by each member of the class (if the Plaintiffs' prove liability), that can be done through the claims process. The claims process can be structured so that all class members must submit documentation of chargebacks and other third-party

---

112.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 30.

113.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 30.

114.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 30.

115.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 30.

116.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 31.

117.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 32.

transactions; moreover, these documents can be subject—as needed—to audits, verification procedures, and challenges."[118]

87.     In the sections that follow, I describe formulaic approaches that could be used to calculate damages for members of the class under the Connecticut Uniform Securities Act, the Exchange Act, and for common law fraud.

## A.     Violations of the Connecticut Uniform Securities Act

88.     The Connecticut Uniform Securities Act contains a statutory formula for calculating damages. It contains four components (1) consideration paid; (2) attorney's fees; (3) interest; and (4) income received.  Consideration can be determined by adding together a class member's purchases of Hashlets, HashStakers, Hashpoints, and Paycoin.  To the extent the Court deems it necessary, the purchase price of these products could be derived from investor records such as email receipts from GAW Miners, records from outside cryptocurrency exchanges confirming transfers of Bitcoin to GAW Miners, and credit card records.

89.     Investor records that are denominated in Bitcoin can be converted to U.S. dollars using historical Bitcoin prices maintained by CoinMarketCap, a company that tracks and aggregates Bitcoin market data.  Historical Bitcoin market data are available from CoinMarketCap, including the opening, high, low, and closing prices in U.S. dollars on a daily basis.[119]  The consideration paid or value received for a Bitcoin-denominated transaction can reasonably be converted to U.S. dollars based on the average of the opening price and closing price reported for the date of the transaction.  Suppose, for example, that a class member purchased a "Hashlet Prime

---

118.  Ruling on Class Certification, *Denis Marc Audet, et al. v. Stuart A. Fraser, et al.*, June 21, 2019, p. 33.

119.  CoinMarketCap website (https://coinmarketcap.com/currencies/bitcoin/historical-data/?start=20140601&end=20150531).

50" for 5.2458 bitcoin on September 15, 2014.  According to CoinMarketCap, the opening and closing prices for Bitcoin on that date were $477.77 per bitcoin and $475.37 per bitcoin, respectively.[120]  Thus, the average price on that date was $476.57 per bitcoin.[121]  Applying this average price per Bitcoin to the purchase price of 5.2458 bitcoin yields $2,499.99 in consideration paid for this hypothetical Hashlet Prime 50.[122]

90.    It is not necessary to convert purchases of relevant products made using credit cards to U.S. dollars since I understand that such transactions were denominated in U.S. dollars.

91.    The interest component of the statutory formula can be calculated by applying a mechanical formula to the purchase price of relevant products.  If the Court determines that simple interest should be awarded under the Connecticut Uniform Securities Act, interest for each class member can be calculated using the following formula:

$$\text{Interest} = \sum_p \text{Consideration Paid}_p \times 8\% \times t_p,$$

where $t_p$ is the time elapsed from the date on which purchase, $p$, was made to the date on which interest stops accruing, expressed in years.  If the Court determines that compound interest should be awarded, interest for each class member can be calculated using the following formula:

$$\text{Interest} = \sum_p \text{Consideration Paid}_p \times \left[\left(1 + \frac{8\%}{n}\right)^{n \cdot t_p} - 1\right],$$

---

120. CoinMarketCap website (https://coinmarketcap.com/currencies/bitcoin/historical-data/?start=20140915&end=20140915).

121. $476.57 = ($477.77 + $475.37) / 2.

122. $2,499.99 = 5.2458 x 476.57.

where $n$ is the number of times interest is compounded per year, and $t_p$ is the time elapsed from the date on which purchase, $p$, was made to the date on which interest stops accruing, expressed in years.

92.     After consideration and interest are calculated, income received must be subtracted.  As explained earlier in my report, income consists of the value of any Bitcoin withdrawn from a class member's ZenCloud account.  To the extent the Court deems it necessary, the income could be derived from investor records documenting transfers from GAW Miners to the investor's personal cryptocurrency wallet or to a third-party exchange.

93.     Finally, any additional offsets the Court deems appropriate would be subtracted.

94.     In short, damages for a class member could be calculated as consideration paid by the class member for relevant products during the relevant period expressed in U.S. dollars *plus* interest calculated using one of the formulas above *less* the value of any Bitcoin withdrawn from the class member's ZenCloud account expressed in U.S. dollars *less* any additional offsets the Court deems appropriate.  Attorney's fees also are a component of the statutory formula; they could be added at the end.

### B.    Violations of the Exchange Act

95.     Out-of-pocket damages are the difference between the value an investor paid for the property and the fair value of what the investor actually received.  Value paid can be calculated by determining consideration paid in the same manner explained above.  Value received is the value of any Bitcoin the investor withdrew, expressed in U.S. dollars.  Investor records that are denominated in Bitcoin can be converted to U.S. dollars using the methodology discussed

above for the Connecticut Uniform Securities Act. Any additional offsets the Court deems appropriate would be further subtracted.

96.     In short, damages for a class member could be calculated as the amount paid by the class member for relevant products during the relevant period expressed in U.S. dollars *less* the value of any Bitcoin withdrawn from the class member's ZenCloud account expressed in U.S. dollars *less* any additional offsets the Court deems appropriate.

97.     To the extent the Court deems an award of prejudgment interest to be appropriate, that interest can be calculated in the same manner described in my discussion of damages under CUSA at the interest rate the Court deems appropriate. Prejudgment interest would be added to the damages described above.

### C.     Common Law Fraud

98.     Benefit-of-the bargain damages are the difference between what an investor was promised and the value of what the investor actually received. As explained above, the value an investor was promised could conservatively be calculated as the amount he or she spent to purchase relevant products during the relevant period, i.e., the consideration paid. The consideration paid could be calculated in the same manner explained above. Value received by an investor is the value of any Bitcoin the investor withdrew, expressed in U.S. dollars. Any additional offsets the Court deems appropriate would be further subtracted.

99.     In short, damages for a class member could be calculated as the amount paid by the class member for relevant products during the relevant period expressed in U.S. dollars *less* the value of any Bitcoin withdrawn from the class member's ZenCloud account expressed in U.S. dollars *less* any additional offsets the Court deems appropriate.

100.     If it is determined that a rescissory measure is an appropriate way to calculate damages for common law fraud, damages can be calculated based on the approach laid out for calculation of damages under CUSA, only without the statutory interest.

101.     To the extent the Court deems an award of prejudgment interest to be appropriate, that interest can be calculated in the same manner described in my discussion of damages under CUSA at the interest rate the Court deems appropriate.  Prejudgment interest would be added to the damages described above.

### D.    Use of the ZenCloud Database

102.     To the extent the Court deems it necessary, the Zencloud database could be used in conjunction with investor records and other information to help document consideration paid, income, value received, and other components of the formulas described above.

103.     One way the ZenCloud database could be used is to assist in determining the amount of Bitcoin a class member deposited into his or her ZenCloud account.  In order to fund a ZenCloud account, I understand that a user would send Bitcoin to a wallet address unique to the user (called a "btcAddress" in the ZenCloud database) from an outside cryptocurrency exchange or a personal Bitcoin wallet.  Bitcoin sent to the user's wallet was then periodically swept from that wallet into other wallets controlled by GAW Miners, and the user's ZenCloud account was credited with the transferred Bitcoin.  These transactions are reflected in the transactions table of ZenCloud as "fund" transactions. Completed fund transactions can be verified on the blockchain by searching a user's btcAddress through a public blockchain explorer website such as blockchain.com or btc.com.

---

104.    For example, the ZenCloud database includes the following completed fund transactions for the ZenCloud account that was assigned userId 5 (the first ZenCloud account that is included in my damages analysis).[123]

| btcAmount | type | receiveAddress | createdAt |
|---|---|---|---|
| 0.00650035 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 12/10/2014 |
| 0.36652793 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 10/09/2014 |
| 0.51057274 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 09/28/2014 |
| 0.97515000 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 12/08/2014 |
| 1.02175473 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 11/17/2014 |
| 1.20300000 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 11/21/2014 |
| 1.66982120 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 09/28/2014 |
| 1.95944682 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 11/01/2014 |
| 2.01867101 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 10/16/2014 |
| 2.62290000 | fund | 13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8 | 11/01/2014 |

A search of the Bitcoin public blockchain for "13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8" (the receive address associated with userId 5) returned the following incoming transactions.[124]

| Bitcoin | Description |
|---|---|
| 0.00650035 | PAYMENT RECEIVED |
| 0.36652793 | PAYMENT RECEIVED |
| 0.51057274 | PAYMENT RECEIVED |
| 0.97515000 | PAYMENT RECEIVED |
| 1.02175473 | PAYMENT RECEIVED |
| 1.20300000 | PAYMENT RECEIVED |
| 1.66982120 | PAYMENT RECEIVED |
| 1.95944682 | PAYMENT RECEIVED |
| 2.01867101 | PAYMENT RECEIVED |
| 2.62290000 | PAYMENT RECEIVED |

The completed fund transactions in the ZenCloud database for the address associated with userId 5 precisely match the incoming transactions for this address that are reported in the public blockchain.

---

123.  SQL: SELECT btcAmount, type, receiveAddress, DATE(createdAt) FROM transactions WHERE type="fund" AND status="completed" AND userid=5 ORDER BY btcAmount;

124.  BTC.com website (https://btc.com/13U5SWKH3xvNxyFX7StRsfrcjpZKVwR5c8).

---

Expert Report of Report of Robert Mills                                                                47

105.    If called upon to testify at trial, I expect to prepare additional demonstrative

materials reflecting the opinions and conclusions set forth herein.

Executed on September 25, 2019,

_____
Robert Mills

# EXHIBIT 77

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | Case No. 3:16-cv-00940 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), | ) ) ) | |
| Defendants. | ) ) ) | |

## **REPLY EXPERT REPORT OF ROBERT MILLS**

## CONTENTS

I.    Introduction ............................................................................................................ 1

II.   Reply to the Strombom Report ............................................................................ 3

    A.  The ZenCloud Database ................................................................................ 3

        i.    Purported Inconsistencies Among Records ........................................ 3

        ii.   Marketplace Transactions .................................................................. 5

    B.  Value of Paycoin ........................................................................................... 6

    C.  Interest Under the Connecticut Uniform Securities Act .............................. 7

    D.  Bitcoin Withdrawn From ZenCloud Accounts ........................................... 8

    E.  Other Issues Raised in the Strombom Report ............................................ 11

        i.    Chargebacks ...................................................................................... 11

        ii.   Removing Employee Purchases ........................................................ 12

        iii.  Offsetting Losses and Gains Across ZenCloud Accounts ................ 12

        iv.  Resellers ........................................................................................... 15

# TABLES

Table 1: Summary of Damages Calculations ................................................................................. 1

Table 2: Summary of Dr. Strombom's Scenario One Calculations ............................................... 2

Table 3: Summary of Dr. Strombom's Scenario Two Calculations ............................................... 2

Table 4: Damages for CUSA Violations Including Simple Interest ............................................... 9

Table 5: Damages for CUSA Violations Including Compound Interest ...................................... 10

Table 6: Damages for Violations of the Exchange Act ............................................................... 10

Table 7: Damages for Common Law Fraud ................................................................................. 10

Table 8: CUSA Damages Assuming Common Ownership of Accounts ...................................... 14

Table 9: CUSA Damages Assuming Common Ownership of Accounts ...................................... 14

Table 10: Exchange Act Damages Assuming Common Ownership of Accounts ........................ 14

Table 11: Fraud Damages Assuming Common Ownership of Accounts ..................................... 15

## I.    INTRODUCTION

1.    I am an economist and Director at Micronomics, Inc., an economic research and consulting firm located in Los Angeles, California.  I have been asked by Susman Godfrey LLP to provide opinions regarding damages in this matter.  More specifically, I have been asked to provide a framework that can be used to calculate damages suffered by class members ("Plaintiffs") who purchased certain products from GAW Miners, LLC and ZenMiner, LLC (together, "the Companies") and to calculate damages on a class-wide basis.  I submitted an opening expert report in this matter on September 25, 2019, and I submitted a supplemental report on October 21, 2019.

2.    As discussed in my opening report, I have calculated damages for alleged violations of the Connecticut Uniform Securities Act, violations of the Exchange Act, and common law fraud.  My damages calculations are summarized in the following table.

### Table 1: Summary of Damages Calculations
### (Millions of Dollars)

| Scenario | CUSA (Simple Interest) | CUSA (Compound Interest) | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| Scenario One | $ 19.3 | $ 20.9 | $ 12.3 | $ 12.3 |
| Scenario Two | 19.0 | 20.5 | 12.0 | 12.0 |

3.    Dr. Bruce Strombom was asked by counsel for the Defendants to respond to the analysis and conclusions set forth in my opening expert report.  He submitted an expert report on November 11, 2019 ("the Strombom Report").  Dr. Strombom claims, among other things, that "the ZenCloud database is not sufficient for calculating damages on a class-wide basis"

due to certain purported "data integrity issues."[1]  He also claims that my measures of damages are inflated due to supposed implementation errors, including my treatment of the value of Paycoin, my calculation of interest on purchases under the Connecticut Uniform Securities Act, and fluctuations in the BTC-USD exchange rate.[2]  He purports to "correct these implementation errors," and he provides the following alternative calculations.[3]

**Table 2: Summary of Dr. Strombom's Scenario One Calculations**
**(Millions of Dollars)**

| Purported Correction | CUSA (Simple Interest) | CUSA (Compound Interest) | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| 1. Paycoin Offset | $ 13.2 | $ 14.3 | $  7.9 | $  7.9 |
| 2. CUSA Interest | 17.3 | 18.3 | | |
| 3. Bitcoin Depreciation | 18.2 | 19.6 | 11.5 | 11.5 |
| 4. Items 2 and 3 | 16.2 | 17.2 | 11.5 | 11.5 |
| 5. Items 1, 2, and 3 | 10.4 | 11.1 | 7.4 | 7.4 |

**Table 3: Summary of Dr. Strombom's Scenario Two Calculations**
**(Millions of Dollars)**

| Purported Correction | CUSA (Simple Interest) | CUSA (Compound Interest) | Exchange Act | Common Law Fraud |
|---|---|---|---|---|
| 1. Paycoin Offset | $ 13.0 | $ 14.1 | $  7.8 | $  7.8 |
| 2. CUSA Interest | 16.9 | 18.0 | | |
| 3. Bitcoin Depreciation | 17.9 | 19.3 | 11.3 | 11.3 |
| 4. Items 2 and 3 | 15.8 | 16.8 | 11.3 | 11.3 |
| 5. Items 1, 2, and 3 | 10.2 | 10.8 | 7.3 | 7.3 |

---

1.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 1.
2.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 2.
3.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, Tables 2, 3, 4, 5, and 6.

## II.     REPLY TO THE STROMBOM REPORT

4.      In the sections that follow I address aspects of the Strombom Report related to the ZenCloud database, the value of Paycoin, interest under the Connecticut Uniform Securities Act, bitcoin withdrawn from ZenCloud accounts, and other issues.

### A.     <u>The ZenCloud Database</u>

#### i.     *Purported Inconsistencies Among Records*

5.      Dr. Strombom opines that "[b]ecause Mr. Mills relies exclusively on the ZenCloud database without independent verification against any other sources of data, the reliability of his calculations may be undermined by the underlying data on which he relies."[4] Dr. Strombom claims to have identified certain discrepancies between the ZenCloud database and documents submitted by certain Plaintiff deponents that call into question the accuracy and integrity of the database.  He cites to two such purported discrepancies in his report.  In the first instance, he claims payments recorded in the ZenCloud database for a particular order exceed payments reported by the purchaser by $1,027.[5]  In the second instance, he claims purchases amounting to $1,640 might be missing from the ZenCloud database for two email confirmations submitted by a purchaser.[6]   In other words, Dr. Strombom has identified two potential discrepancies out of the tens of thousands of reported transactions, and on balance these two discrepancies suggest that total purchases could be <u>understated</u> by approximately $600.

6.      Dr. Strombom also cites to purported inconsistencies identified in his declaration dated November 19, 2018 ("Strombom Declaration").[7]  Exhibit B-13 to the Strombom

---

4.     Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 4.

5.     Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 5.

6.     Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 5.

7.     Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 5.

---

Declaration identifies 13 purported inconsistencies between the ZenCloud database and Plaintiffs' certifications. Specifically, Exhibit B-13 identifies $7,734.48 in purchases from Plaintiffs' certifications and $3,426.60 in corresponding transactions in the ZenCloud database.[8] In other words, these purported discrepancies suggest that damages could be <u>understated</u> by $4,307.88. The Strombom Declaration also identifies a March 2015 bitcoin deposit by Plaintiff Michael Pfeiffer that purportedly is not reflected in the ZenCloud database.[9] That transaction did not occur within the class period set by the Court. But even if the transaction were included in the class period, it would not impact my damages estimates because it does not affect purchases or withdrawals. Finally, the Strombom Declaration cites to deposition testimony of a former employee concerning a security vulnerability that allegedly allowed users to withdraw funds twice.[10] However, Dr. Strombom cites no examples of this actually occurring in the ZenCloud database, and my damages calculations consider all reported withdrawals.

       7.     Dr. Strombom does not demonstrate that the ZenCloud database is unreliable or that calculating class-wide damages using the ZenCloud database leads to results that are biased in favor of Plaintiffs. On the contrary, the fact that very few purported inconsistencies were identified by Dr. Strombom (and those that he did identify are insignificant on balance) is telling. Dr. Strombom is seemingly working under the presumption that damages must be calculated with unerring precision, which is not consistent with my understanding of what is required under the law.

---

8.    Declaration of Bruce Strombom, Ph.D., in Support of Defendant Stuart A. Fraser's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, November 19, 2018, Exhibit B-13.

9.    Declaration of Bruce Strombom, Ph.D., in Support of Defendant Stuart A. Fraser's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, November 19, 2018, pp. 33-34.

10.    Declaration of Bruce Strombom, Ph.D., in Support of Defendant Stuart A. Fraser's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, November 19, 2018, p. 34.

*ii.*    *Marketplace Transactions*

8.    As I explained in my opening report, I use tables called "orders," "order_devices," "devices," "stores," and "hashlet_types" to identify purchases of relevant devices from the Companies and to tabulate the amounts paid.[11]  The orders table reflects information concerning orders that were placed with the Companies, including the identity of the online storefront at which the order was placed, the status of the order (e.g., whether it was paid or voided), the total price for the order, any discounts given, the currency used, and the date of payment.[12]

9.    Dr. Strombom claims that I "inadvertently included purchases from the GAW Miners marketplace" in my analysis because certain of the devices considered in my analysis also appear in the "sale_items" table.[13]  I did not inadvertently include these devices in my analysis; these devices were intentionally included because the ZenCloud database indicates they were ordered from the Companies, the status of the orders is "paid," and the reported date of payment falls within the period of August 1, 2014 to January 19, 2015.  Considering this evidence, I see no reason to exclude these devices from my analysis.  However, making the adjustment contemplated by Dr. Strombom would reduce damages by only about 2% under Scenario One and 0.2% under Scenario Two.

---

11.   Expert Report of Robert Mills, September 25, 2019, p. 18.

12.   Expert Report of Robert Mills, September 25, 2019, p. 19.

13.   Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 10.

       According to Dr. Strombom, marketplace purchases that should be removed amount to $286,725 for Scenario One and $28,717 for Scenario Two.

B.  **Value of Paycoin**

10.     Dr. Strombom argues that damages should be offset by proceeds from sales of Paycoin withdrawn from ZenCloud accounts.[14]  He claims that I am "effectively assuming that none of the Class Members who withdrew their PayCoins from GAW Miners had ever sold their PayCoins for USD, or converted them into another form of valuable consideration."[15]  This claim is incorrect.  As I stated in my initial report, "I also understand that Plaintiffs contend that there are legal reasons for excluding Paycoin that investors received from Hashpoints conversions from any damages calculation.  Accordingly, I have been instructed by counsel for Plaintiffs to assign no value to Paycoin received by members of the class from the Companies."[16]  This is not the same as "assuming that none of the Class Members who withdrew their PayCoins from GAW Miners had ever sold their PayCoins for USD, or converted them into another form of valuable consideration" as Dr. Strombom claims.

11.     In his own analysis, Dr. Strombom considers an unrealistic scenario "whereby all [untraceable] withdrawn PayCoins are assumed to be sold as soon as they were withdrawn" and that the supposed proceeds from these hypothetical sales should offset damages available for violations of the Connecticut Uniform Securities Act, the Exchange Act, and common law fraud.[17]  He concludes that damages should be offset by as much as $4.3 million for the Exchange Act and common law fraud and $6.5 million for the Connecticut Uniform Securities Act.[18]  Yet he provides no data or documentation in support of his assumption that all "untraceable" Paycoin withdrawn from ZenCloud were sold as soon as they were withdrawn.  In fact, he does

---

14.  Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, pp. 13-16.

15.  Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, pp. 13-14.

16.  Expert Report of Robert Mills, September 25, 2019, p. 32.

17.  Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, pp. 14-15.

18.  Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, pp. 15-16.

---

not cite evidence that any of the "untraceable" Paycoin withdrawn from ZenCloud accounts were converted to U.S. dollars or other valuable consideration at any point in time.

12.     If the Court concludes that it is necessary to include an offset for Paycoin, there are reasonable approaches that could be taken to do so.  For example, during the claims administration process, the Court could require class members to submit information about the amount of Paycoin they sold and at what price.  That information could then be used to calculate an offset for each class member.  This method would produce a more reliable estimate of offsets than Dr. Strombom's assumption that all class members sold Paycoin for U.S. dollars or other valuable consideration the day it was withdrawn.

### C.     Interest Under the Connecticut Uniform Securities Act

13.     As discussed in my opening report, I understand from counsel that members of the class are entitled to recover the consideration paid for Hashlets, Hashpoints, HashStakers, and Paycoin purchased from the Companies between August 1, 2014 and January 19, 2015 (including acquisitions from the Companies by converting, upgrading, or exchanging other products sold by the Companies) with interest at eight percent per year from the date of payment less the amount of any income received upon the tender of these products.

14.     Dr. Strombom argues that from an economics standpoint interest contemplated by the Connecticut Uniform Securities Act should be calculated on the amount of damages as opposed to the amount of consideration paid.[19]  He claims that my "approach of applying interest only on purchases (as opposed to damages) is economically unjustified because Plaintiffs would be entitled to a damages award even if the nominal value of their withdrawals was

---

19.   Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 17.

Reply Expert Report of Robert Mills                                          7

almost equal to the nominal value of their purchases."[20] Dr. Strombom fails to recognize, however, that interest is a component of the statutory remedy contemplated under the Connecticut Uniform Securities Act, and the calculation of interest is therefore a legal issue.

15.    I have been asked to assume for purposes of my analysis that Plaintiffs are entitled to interest on consideration paid for the securities purchased as a matter of law.  As Dr. Strombom's alternative approach demonstrates, interest under the Connecticut Uniform Securities Act can readily be calculated on purchases net of withdrawals should the Court conclude that this is what the Act provides.

### D.    Bitcoin Withdrawn From ZenCloud Accounts

16.    Relevant purchases of the products at issue were denominated in U.S. dollars.  The value of amounts withdrawn from ZenCloud accounts were recorded in the ZenCloud database both in terms of BTC and U.S. dollars.  My damages calculations are expressed in U.S. dollars; they take into account purchases (which are denominated in U.S. dollars) and the U.S. dollar value of withdrawals as reflected in the ZenCloud database.  In other words, I rely upon the same U.S. dollar values that the Companies ascribed to purchases and amounts withdrawn from users' accounts for purposes of my analysis.

17.    Dr. Strombom is critical of my reliance on the U.S. dollar value of withdrawals recorded in the ZenCloud database.  He argues that withdrawals should be valued using the weighted average BTC-USD exchange rate applicable at the time that purchases of the securities were made as opposed to the BTC-USD exchange rate in effect at the time withdrawals were made.  He claims that my "approach would incorrectly include in damages the confounding

---

20.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 17.

impact of any depreciation or appreciation of BTC, which is unrelated to the allegations."[21] I disagree. I understand that bitcoin withdrawals may serve to offset damages to the extent they amount to value received in connection with the purchased securities. However, Dr. Strombom's method of converting bitcoin to U.S. dollars using an artificially constructed exchange rate is unreasonable because such an approach does not reflect the actual value that was received.

18. Dr. Strombom also maintains that "it is more appropriate to examine how many BTC were lost through the investment in GAW Miners."[22] Although he argues that denominating losses in BTC is the "more appropriate" approach, he fails to provide such an analysis in his report. I have adjusted the SQL code set forth at Appendix C-3 of the Strombom Report to calculate how many BTC were lost.[23] BTC-denominated damages are presented in the following tables.

**Table 4: Damages for CUSA Violations Including Simple Interest Denominated in BTC**

| Scenario | Consideration Paid | Simple Interest | Income Received | Damages |
|----------|-------------------|-----------------|-----------------|---------|
| Scenario One | 40,070 | 15,962 | 12,003 | 44,029 |
| Scenario Two | 39,816 | 15,857 | 12,323 | 43,350 |

---

21. Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 19.

22. Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 20.

23. See Appendix C-3 to this report for further details. My adjustments to Dr. Strombom's code are shown in blue font.

Reply Expert Report of Robert Mills                                                                 9

**Table 5: Damages for CUSA Violations Including Compound Interest**
**Denominated in BTC**

| Scenario | Consideration Paid | Compound Interest | Income Received | Damages |
|---|---|---|---|---|
| Scenario One | 40,070 | 19,377 | 12,003 | 47,444 |
| Scenario Two | 39,816 | 19,247 | 12,323 | 46,741 |

**Table 6: Damages for Violations of the Exchange Act**
**Denominated in BTC**

| Scenario | Value Paid | Value Received | Damages |
|---|---|---|---|
| Scenario One | 40,070 | 12,003 | 28,067 |
| Scenario Two | 39,816 | 12,323 | 27,494 |

**Table 7: Damages for Common Law Fraud**
**Denominated in BTC**

| Scenario | Value Promised | Value Received | Damages |
|---|---|---|---|
| Scenario One | 40,070 | 12,003 | 28,067 |
| Scenario Two | 39,816 | 12,323 | 27,494 |

19.    Bitcoin-denominated damages under Scenario One range from 44,029 bitcoin to 47,444 bitcoin for the Connecticut Uniform Securities Act and are 28,067 bitcoin for the Exchange Act and common law fraud.[24]   Under Scenario Two, bitcoin-denominated damages

---

24.    According to CoinMarketCap, the closing price for bitcoin was $7,278.12 on December 10, 2019 (https://coinmarketcap.com/currencies/bitcoin/historical-data/).

Converting Scenario One bitcoin-denominated damages to U.S. dollars using this closing price yields $320.4 million for the Connecticut Uniform Securities Act including simple interest, $345.3 million for the Connecticut Uniform Securities Act including compound interest, and $204.3 million for the Exchange Act

range from 43,350 bitcoin to 46,741 bitcoin for the Connecticut Uniform Securities Act and are

27,494 bitcoin for the Exchange Act and common law fraud.

E.    **Other Issues Raised in the Strombom Report**

    *i.    Chargebacks*

20.    Dr. Strombom claims that I have not properly addressed chargebacks in my

calculations.[25]  He contends that "[r]ecent discovery regarding chargebacks has revealed that in

some instances these chargebacks may have a substantial impact on the results of Mr. Mills'

damages calculations."[26]  It is my understanding that discovery regarding chargebacks in ongoing.

Moreover, Dr. Strombom cites only $137,000 in chargebacks received by class members Teresa

Crivello and Daniel Simpson as well as deposition testimony from two additional class members

who testified that they received chargebacks.[27]  As I explained in my opening report, and as Dr.

Strombom's own report demonstrates, if the Court concludes that offsets for chargebacks are

appropriate, those offsets can simply be deducted from my damages calculations.[28]

21.    Furthermore, if the Court concludes that an offset for chargebacks is

appropriate, there are reasonable ways of addressing those deductions.  For example, the Court

could require class members to submit information about any chargebacks they received as part of

the claims administration process.  As discussed above and in my opening report, deducting such

offsets from my damages calculations would be straightforward.

---

and common law fraud.  Converting Scenario Two bitcoin-denominated damages to U.S. dollars using this
closing price yields $315.5 million for the Connecticut Uniform Securities Act including simple interest,
$340.2 million for the Connecticut Uniform Securities Act including compound interest, and $200.1 million
for the Exchange Act and common law fraud.

25.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 6.

26.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 6.

27.    Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 6.

28.    Expert Report of Robert Mills, September 25, 2019, p. 36.

---

ii.     *Removing Employee Purchases*

22.     Dr. Strombom refers to the GAW Miners employees excluded from my analysis.  However, he does not identify any ZenCloud accounts belonging to employees that are included in my analysis or otherwise criticize the methodology I used to exclude employees.[29]

iii.    *Offsetting Losses and Gains Across ZenCloud Accounts*

23.     Dr. Strombom claims that my damages calculations are overstated because they " ignore[] the potential impact of offsetting gains and losses across accounts owned by the same person."[30]  He seemingly believes that damages experienced with respect to a particular ZenCloud account must be offset by any gains the owner of that account generated in connection with other ZenCloud accounts.  Yet he provides no explanation for why he believes such offsets are necessary.  I understand that Plaintiffs contend that the offsets contemplated by Dr. Strombom are not necessary under the law.  To the contrary, I understand that damages can be calculated on a purchase-by-purchase basis since each relevant sale amounts to a violation of the Connecticut Uniform Securities Act, a violation of the Exchange Act, and common law fraud.  In other words, damages can be claimed on purchases that resulted in a loss without offsetting such losses by gains experienced on purchases that did not result in a loss.   Given the nature of the products at issue in this case and the available records, I presently am unable to calculate damages on a purchase-by-purchase basis.  My approach—which is conducted at the user account level by summing all relevant purchases and withdrawals within an account—produces damages estimates that are conservatively low compared to estimates that would emerge from an analysis conducted at the purchase level.

---

29.   Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 12.

30.   Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 8.

---

Reply Expert Report of Robert Mills                                                    12

24. Dr. Strombom also claims that I recognized the need to offset losses with gains at my deposition: "In his deposition, Mr. Mills acknowledged that in instances where a given individual owns multiple accounts, it is appropriate to offset damages across accounts owned by the same individual."[31] Dr. Strombom has misstated my testimony. As I explained at my deposition, if a customer had two user IDs, it may be possible to calculate damages for each of the user IDs and combine them to get damages for the customer. However, I did not testify that it is necessary or appropriate to offset damages for one account with gains generated by the same customer in another account.[32] As stated above, this is not my understanding of what is required.

25. If the Court does conclude that an individual's losses must be offset by any gains generated in other ZenCloud accounts, there are reasonable ways of calculating those offsets. For example, the Court could require class members to submit information about all of their ZenCloud accounts during the claims administration process. That information could be used to identify relevant accounts and apply an offset if a class member had an account with net gains.

26. It also is possible to incorporate offsetting gains into the damages analysis by conservatively considering all ZenCloud accounts collectively as if they were owned by a single individual. This approach is conservative and understates damages because it treats all ZenCloud accounts with gains as offsets regardless of who owns the ZenCloud account. For example, gains generated by an individual that owns a single ZenCloud account would offset losses generated by other individuals under this approach. Although this methodology is unduly conservative and therefore understates damages, it can be implemented using information available in the ZenCloud database. As shown in the following tables, I have prepared damages estimates under this

---

31. Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 7.
32. Deposition of Robert Mills, October 30, 2018, p. 36.

---

approach for violations of the Connecticut Uniform Securities Act, violations of the Exchange Act, and common law fraud.[33]

**Table 8: CUSA Damages Assuming Common Ownership of Accounts Including Simple Interest**

| Scenario | Consideration Paid | Simple Interest | Income Received | Damages |
|---|---|---|---|---|
| Scenario One | $ 21,791,090 | $ 8,718,833 | $ 15,364,941 | $ 15,144,982 |
| Scenario Two | 21,717,742 | 8,689,185 | 15,421,356 | 14,985,571 |

**Table 9: CUSA Damages Assuming Common Ownership of Accounts Including Compound Interest**

| Scenario | Consideration Paid | Compound Interest | Income Received | Damages |
|---|---|---|---|---|
| Scenario One | $ 21,791,090 | $ 10,593,586 | $ 15,364,941 | $ 17,019,734 |
| Scenario Two | 21,717,742 | 10,557,487 | 15,421,356 | 16,853,873 |

**Table 10: Exchange Act Damages Assuming Common Ownership of Accounts**

| Scenario | Value Paid | Value Received | Damages |
|---|---|---|---|
| Scenario One | $ 21,791,090 | $ 15,364,941 | $ 6,426,149 |
| Scenario Two | 21,717,742 | 15,421,356 | 6,296,386 |

---

33.   See Appendix B for further details.

**Table 11: Fraud Damages Assuming Common Ownership of Accounts**

| Scenario | Value Promised | Value Received | Damages |
|---|---|---|---|
| Scenario One | $ 21,791,090 | $ 15,364,941 | $ 6,426,149 |
| Scenario Two | 21,717,742 | 15,421,356 | 6,296,386 |

*iv.     Resellers*

27.     Dr. Strombom notes that some Class Members purchased products from resellers and he claims that "[i]n these non-marketplace transactions, the buyer did not purchase directly from GAW Miners, and therefore such purchases should also be excluded from the calculation of damages to Class Members."[34]   This position is inconsistent with Plaintiffs' contentions; I understand Plaintiffs are seeking damages on purchases of Hashlets and HashStakers from the Companies between August 1, 2014 and January 19, 2015, regardless of whether those purchases were facilitated by resellers.

28.     Moreover, with respect to reseller transactions, I rely upon amounts paid by resellers to the Companies for relevant products rather than marked-up amounts that resellers charged purchasers.  This methodology produces damages estimates that are conservatively low since it likely understates total purchases.

29.     Dr. Strombom claims that my "methodology is flawed because any reseller profits on transactions outside the GAW Miners marketplace would not be offset against any losses that a reseller may have had in other accounts."[35]   But he fails to explain why profit generated by a reseller on a particular resale transaction should offset losses on unrelated products purchased by

---

34.   Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 10.

35.   Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 12.

that reseller in another account. As I explain above, it is my understanding that damages can be claimed on purchases that resulted in a loss without offsetting such losses by gains experienced on purchases that did not result in a loss.

30. Moreover, Dr. Strombom's sole example of a reseller making a profit is a single sale from Ryan Grimes to Bart Kant. According to Dr. Strombom, Mr. Grimes purchased four Hashlets for a total price of $120.54 and then resold those Hashlets to Mr. Kant for $130.57.[36] However, Dr. Strombom appears to have ignored Mr. Grimes' deposition testimony that he lost money as a reseller. Mr. Grimes was asked: "In your role as a reseller of Hashlets, do you believe you, ultimately, made money or lost money?"[37] In response, Mr. Grimes answered: "Oh, we lost money. My controller wanted to kill me when we did our financials the next year because what I felt was making money in the long run was losing money."[38] According to Mr. Grimes, he lost money as a reseller because the margins he received from GAW were not sufficient to yield a profit given his costs.[39] Given that testimony, I do not believe it is reasonable to assume that resellers profited from their transactions, even if such offsets are proper.

31. If called upon to testify at trial, I expect to prepare additional demonstrative materials reflecting the opinions and conclusions set forth herein.

Executed on December 11, 2019,

Robert Mills

---

36. Expert Rebuttal Report of Bruce Strombom, Ph.D., November 11, 2019, p. 12.
37. Deposition of Ryan Grimes, October 22, 2019, p. 48.
38. Deposition of Ryan Grimes, October 22, 2019, p. 48.
39. Deposition of Ryan Grimes, October 22, 2019, pp. 48-52.

EXHIBIT 78

ROUGH

1    UNEDITED REALTIME TRANSCRIPTION DISCLAIMER

2

3        **When you order and receive a ROUGH

4    draft, you are also ordering a certified copy

5    of the final transcript. Please, contact the

6    office if you have questions.**

7        The following is a rough draft of the

8    deposition transcript which has been provided

9    upon request with the specific understanding

10   and acknowledgment that:

11       The following transcript of proceedings,

12   or any portion thereof, is being delivered

13   UNEDITED and UNCERTIFIED by the court reporter.

14       The purchaser agrees not to disclose this

15   realtime, unedited transcription in any form

16   (written or electronic) to anyone who has no

17   connection to this case.  This is an unofficial

18   transcription which should NOT be relied upon

19   for purposes of verbatim citation of testimony.

20       This transcription has not been proofread.

21   It is a draft transcript, NOT a certified

22   transcript.  As such, it may contain

23   computer-generated mistranslations of stenotype

24   code or electronic transmission errors,

25   resulting in inaccurate or nonsensical symbols

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 628 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 628 of 667

ROUGH

Page 56

1    A.   I mean the e-mail is cut off but I can tell

2  that it's different yes because it begins with Mike I

3  don't see.

4    Q.   I okay.  The order number is the same as

5  appears in her e-mail confirmation Exhibit 326; is that

6  right?

7    A.   No.

8    Q.   I'm sorry, 327?

9    A.   No, that's not right.  No.  The e-mail

10  convergence is 54286 and this is 54826.

11    Q.   Fair enough.

12    A.   I as I transposed the numbers.

13    Q.   Yeah, okay.  We'll come back to that.

14       Let me hand you --

15       MR. WEINSTEIN:  What are we up to?

16  BY MR. WEINSTEIN:

17    Q.   -- exhibit to be marked Exhibit 330.  Oh,

18  wait.  That's mine.  Sorry.

19       (Whereupon Exhibit 330 was marked for

20       identification.)

21       MR. WEINSTEIN:  Oh, sorry.

22       THE WITNESS:  Thanks.

23  BY MR. WEINSTEIN:

24    Q.   Do you see in Exhibit 330 appears to be an

25  order confirmation e-mail from GAW Miners to John

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 629 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 629 of 667

ROUGH

Page 57

1    Tuberosi, T-U-B-E-R-O-S-I?

2         A.   Yes, I see that.

3         Q.   Okay.  And the total for the purchase the

4    various Hashlets that Mr. Tuberosi purchased that day

5    was $20,051.90?

6         A.   I do see the number, yes.

7         Q.   And the top of the e-mail says that there's an

8    order confirmation number 57978.  Do you see that?

9         A.   I do.

10        Q.   Okay.  Hand you document to be marked

11   Exhibit 331.

12            (Whereupon Exhibit 331 was marked for

13            identification.)

14            THE WITNESS:  Thank you.

15   BY MR. WEINSTEIN:

16        Q.   Okay.  Exhibit 331 were some queries runs from

17   the database.  The first one I think we have a match

18   here, the order number in the orders table of 57978?

19        A.   Okay.

20        Q.   Does that appear to match the order confirm

21   number in Exhibit 330?

22        A.   I shy see that we're word convergence under

23   the order number column, yes.

24        Q.   And in the orders table in Exhibit 331 it

25   states that the total price of the purchase is

Case 3:16-cv-00940-MPS Document 294 Filed 06/01/20 Page 630 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 630 of 667

ROUGH

Page 58

1    $21,078.90.; is that right?

2        A.    Yes.

3        Q.    Okay.  And fair to say that that does not

4    match the price in the e-mail confirmation for that

5    order number in Exhibit 330?

6        A.    Yes, that's fair to say that they're not a

7    perfect match, that's true.

8        Q.    And the?

9        A.    One is about $1,000 and they're about

10   five percent off, yes.

11       Q.    Right.  And it's the ZenCloud database is --

12   has a price that's approximately $1,000 higher than

13   the -- the e-mail confirmation price; is that right?

14       A.    Yes, it looks like 5 percent.

15       Q.    In that orders table, there's a column labeled

16   discounts.

17             Do you see that?

18       A.    I do.

19       Q.    What is the discounts column, if you know?

20       A.    It's a column that reflects certain discounts

21   that were provided on orders.

22       Q.    So if the purchaser received a discount opt

23   order, the discounts column would reflect whether or not

24   a discount had been provided?

25       A.    I would expect that to be true, yes.

Case 3:16-cv-00940-MPS Document 2342 Filed 06/01/20 Page 631 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 631 of 667

ROUGH

Page 113

1    Q.   So it's another way to link what you've

2    identified as an employee account using the ought did it

3    log to the transactions you would conclude?

4    A.   Yes.  I think that's fair.

5    Q.   Hand you what's been marked -- I'll hand you a

6    document to be marked Exhibit 337.

7         (Whereupon Exhibit 337 was marked for

8         identification.)

9    BY MR. WEINSTEIN:

10   Q.   I'll represent that Exhibit 337 was generated

11   from the users table using the name Evan Lucas.

12   A.   Okay.

13   Q.   And that is -- you -- withdrawn.  Evan Lucas

14   is the former employee that you had discussions with

15   about the database?

16   A.   If this is the same Evan Lucas then yes.

17   Q.   And you see that under the name Evan Lucas,

18   already two different IDs that come up in the users

19   database or the users table?

20   A.   It appears that's the case, yes.

21   Q.   And given that it has the same name for those

22   two user IDs and the same phone number, is it fair to

23   infer that it's the same person with two accounts?

24   A.   I mean that seems like it's probably true.  I

25   mean I can't attest to that but that seems like it's

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 632 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 632 of 667

ROUGH

Page 114

1    likely the case.

2        Q.   I'll hand you a document to be marked

3    Exhibit 338.

4            (Whereupon Exhibit 338 was marked for

5            identification.)

6            THE WITNESS:  Thank you.

7    BY MR. WEINSTEIN:

8        Q.   This I'll represent to you is a table of

9    employee accounts generated by using the formula for

10   that that you had in your Exhibit A to your report.

11       A.   Okay.

12       Q.   And by running that query you get the user IDs

13   for -- for the various employee accounts that you

14   intended to exclude through your methodology; is that

15   right?

16       A.   Well, you know, I -- assuming that this is

17   actually what results from running my code, I mean, I

18   haven't committed these numbers to memory so I can't

19   attest that this is accurate, but the idea of the

20   employee accounts table in my program is to identify

21   accounts that I can associate with employees based on

22   the auditlogs table.

23       Q.   Right and so if one were to run your query

24   correctly you would come up with a list of user ID

25   numbers such as this that would reflect the employee

Case 3:16-cv-00940-MPS   Document 219-2   Filed 06/01/20   Page 633 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 633 of 667

ROUGH

Page 115

1    accounts that you are seeking to exclude from your

2    damages calculation?

3        A.   I think that's fair, yes.

4        Q.   And you see the first item or user ID number

5    is number one in that table?

6        A.   I do, yes.

7        Q.   And that according to 337, that is an account

8    that Evan Lucas had?

9        A.   Yes, I see that.

10       Q.   So you would be excluding account one because

11   it's associated with Mr. Lucas, a former employee; is

12   that right?

13       A.   That is correct, yes.

14       Q.   Then the second user ID that comes up in

15   Exhibit 337 for Mr. Lucas is 12563.  But that did not

16   appear on the list of employee accounts generated by

17   running your query.  Do you see that?

18       A.   Yeah, I don't see that user ID here.

19       Q.   On would that mean to the extent that this

20   query was run correctly using your formula, Mr. Lucas'

21   second account would not have been excluded from your

22   damages calculation?

23       A.   Well, I mean that's I guess specifying that

24   there's any relevant purchases and relevant withdrawals

25   associated with his account with this cat number 12563.

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 634 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 634 of 667

ROUGH

Page 116

1   And I'd have to look back to know whether that's true or

2   not.  There's a may well be nothing to exclude for that

3   particular user ID I would to look back to tell you.

4        Q.   When you in generating a list of employee

5   accounts to exclude, is your query simply taking those

6   accounts for which there was a notation of an employee

7   in the auditlogs?

8        A.   That was the methodology I used to identify

9   employee accounts, yes.

10        Q.   And so that would generate a less of employee

11   accounts regardless of whether they had relevant

12   purchase or transactions in their account, correct?

13        A.   Well not necessarily because it may be that

14   only accounts with purchases were accounts that were

15   locked down or it could be that this account is no

16   longer active.  I'm not certain.  But that's one

17   possible explanation.  I can't be certain, though,

18   without looking.

19        Q.   And that second possible explanation, that it

20   might have been an account that was no longer be active

21   would suggest that they may have put the notation in as

22   an employee account only for active accounts at the time

23   of the lock down; is that right?

24        A.   It's possible.  I mean I don't know exactly as

25   I testified earlier I don't know exactly the approach

Case 3:16-cv-00940-MPS   Document 294   Filed 06/01/20   Page 635 of 667
Case 3:16-cv-00940-MPS   Document 174-2   Filed 12/23/19   Page 635 of 667

ROUGH

Page 117

1    that was used by the employee had a did that.  I can't

2    know that, but what I can tell you is that I've made

3    every effort to remove accounts that were identified as

4    being employee accounts in the taught log table and I've

5    removed them from my analysis.  There are additional

6    employees that had accounts that are in my damages

7    calculations, of course I would want to remove them.  If

8    any such employees come to light.

9        Q.   But you don't -- excuse me you don't know of

10   an knowledge of using the CBA to exclude all employees

11   accounts?

12       A.   Well, I uses the methodology that I thought

13   was reasonable at least getting at accounts that could

14   be associated with employees, and that was to use the

15   auditlog table, which I've done.  I can't attest that

16   that removes every single employee account I mean that's

17   not possible for me to say.  But presumably that could

18   be determined in the claims administration proceeding.

19       Q.   I'm going to hand you a document to be marked

20   Exhibit 339.

21            (Whereupon Exhibit 339 was marked for

22            identification.)

23            THE WITNESS:  Thank you.

24   BY MR. WEINSTEIN:

25       Q.   I'll represent to you that Exhibit 339 was

ROUGH

1   I mean it's a matter of addition.  If you wanted to add

2   damaged accounts -- two different damaged accounts

3   belonging to one individual, you just add them.

4       Q.   Is the only reason you haven't done that in

5   this case because you were instructed by counsel not to

6   do that?

7       A.   Well, no.  I've calculated damages on an

8   aggregate basis.  I haven't calculated damages on an

9   individual basis.

10      Q.   In performing that aggregate basis

11  calculation, you were -- you determined first whether a

12  given account had more withdrawals than purchases,

13  correct?

14      A.   Yes.

15      Q.   And if it did you've excluded from your

16  damages calculation that account?

17      A.   Yes.

18      Q.   What you haven't done is if an individual

19  person has multiple accounts you haven't done that

20  analysis to determine whether to conclude the individual

21  entirely from the damages calculation?

22      A.   I'm not sure what that means.  Are you saying

23  that I should be offsetting the losses and gains?  Is

24  that what you're getting at or -- I'm not sure I follow

25  the question.  I mean, I understand the argument that --

Case 3:16-cv-00940-MPS  Document 294  Filed 06/01/20  Page 637 of 667
Case 3:16-cv-00940-MPS  Document 179-2  Filed 12/23/19  Page 637 of 667

ROUGH

Page 127

1  controls all the accounts, so is that any gains in

2  any -- any one of the accounts would offset losses in

3  any other account.

4      Q.   If you were to try to attempt to calculate

5  damages using the individualized approach of looking at

6  each class member based on all of their accounts in the

7  aggregate, would that require an individualized inquire

8  into my each member's class accounts?

9          MR. WATTERSON:  Object to the form.

10         THE WITNESS:  I think it depends on what you

11  mean by an individualized inquiry.  I mean, it can be

12  done as part of a claims process and procedure where

13  people identify all of their accounts and the

14  transactions in those accounts and and damages are

15  calculated using the formulas in my report.  I don't

16  know whether that meets your definition of

17  individualized inquiry or not but that's one approach

18  that could be done.

19  BY MR. WEINSTEIN:

20     Q.   Okay.  So to undertake that kind of

21  calculation you would need for the individual to each

22  couple forward with and identify that there is an

23  account that that person owned?

24     A.   It seems like if you were to do that approach,

25  that would be something you would need to do, or, you

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 638 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 638 of 667

ROUGH

Page 128

1  know, you could he do what I've done in the reply report

2  which is to look at it much more conservatively and just

3  for purposes of determining conservative estimate of

4  damages look at those the accounts are all controlled by

5  one individual.

6      Q.   When you were generating your initial report

7  back in September 2018, did you anticipate at that time

8  calculating damages for the class members including for

9  PayCoin?

10     A.   I think at that time I did anticipate that

11 because yeah, I think at that time I probably did

12 anticipate that as as a possibility at least, yes.

13     Q.   And in connection with your 2019 report your

14 excluding PayCoin; is that right?

15         MR. WATTERSON:  Object to the form.

16         MR. WEINSTEIN:  Let me -- I'll withdraw it.

17 BY MR. WEINSTEIN:

18     Q.   With respect to your 2019 reports, you have

19 not come up with a methodology for calculating damages

20 for PayCoin; is that right?

21         MR. WATTERSON:  Object to the form.

22         THE WITNESS:  I have not calculated damages

23 for PayCoins that were purchased from the companies,

24 that's true.

25 BY MR. WEINSTEIN:

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 639 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 639 of 667

ROUGH

Page 131

1    Q.   In paragraph 73 of your September 2019 report,

2  you state that you understand some investors got

3  charge-backs from credit card companies and that you

4  understand that Mr. Fraser's position is that damages

5  calculations should contain an offset for any

6  charge-backs an investor received.

7        From an economic perspective, do you agree or

8  disagree with that position?

9        MR. WATTERSON:  Object to the form.

10       THE WITNESS:  I think it's more of a legal

11 argument -- or legal issue than one of economics given

12 that damages here are, in some cases, statutory damages,

13 so I'm not entirely sure how the statute deals with

14 charge-backs, but -- so I'm not offering an opinion that

15 charge-backs should or should not be offsets.  As

16 I've -- as I've said in my reports, that, to the extent

17 that they are offsets, I would certainly want to remove

18 them from my damages analysis.

19       **[Reporter requests clarification.]

20       THE WITNESS:  Certainly want to remove them

21 from my damages analysis.

22 BY MR. WEINSTEIN:

23   Q.   If you're approaching damages from an

24 out-of-pocket losses perspective, would you agree that

25 charge-backs would -- should be an offset to the amounts

Case 3:16-cv-00940-MPS Document 294 Filed 06/01/20 Page 640 of 667
Case 3:16-cv-00940-MPS Document 279-2 Filed 12/23/19 Page 640 of 667

ROUGH

Page 132

1   you paid?

2           MR. WATTERSON:  Object to the form.

3           THE WITNESS:  I mean, I certainly understand

4   the argument for offsetting, but I'm just not sure if

5   there are legal issues there that would make an

6   offset -- or make a charge-back somewhat different than

7   in -- some other kind of income received or value

8   received.

9   BY MR. WEINSTEIN:

10      Q.   But from an economic perspective, would you

11  disagree with the position that if you paid for -- a

12  certain amount of money for something and you got that

13  money back from your credit card company, that you are

14  not out-of-pocket that amount?

15      A.   I certainly understand the argument.  I mean,

16  that seems like an argument that I understand.  I just

17  am not sure whether there are legal implications there

18  that I'm not aware of, and I'm not here to speak about

19  the law, so I'l leave that to others to decide.  But

20  I -- I certainly understand the argument.  And, like I

21  said, I mean, I would certainly intend to deduct

22  charge-backs to the extent that they are legitimately

23  offsetting damages.

24      Q.   Okay.  You don't -- you're not offering an

25  economic rationale for excluding charge-backs as an

ROUGH

Page 133

1    offset?

2        A.   That's true.

3        Q.   Why did you not calculate what that offset

4    would be if the court were to determine that the offset

5    is appropriate?

6        A.   I'm not fully aware -- I'm not aware of the

7    full extents of the charge-backs so I'm not able to do

8    that.

9        Q.   And are you aware of any basis to determine

10   the full extent of the charge-backs on a class-wide

11   basis?

12       A.   I think it depends on what you mean by "a

13   class-wide basis."  By that do you mean -- what do you

14   mean by that?

15       Q.   Other than requiring each individual to come

16   forth and establish charge-backs, are you aware of a

17   broader method to determine the amount of charge-backs

18   on a class-wide basis?

19       A.   Well, I understand there's discovery ongoing

20   with respect to charge-backs and that -- that the

21   defendant has subpoenaed credit card companies for

22   records, so that might be an approach if that's

23   fruitful.  I'm not sure whether it will be, but that's

24   an approach.  But if that's not available, then it seems

25   to me that this is something that could be handled

Case 3:16-cv-00940-MPS   Document 214   Filed 06/01/20   Page 642 of 667
Case 3:16-cv-00940-MPS   Document 179-2   Filed 12/23/19   Page 642 of 667

ROUGH

Page 134

1    during a claims administration proceeding, I mean, if

2    the Court recognized that in its class certification

3    **were right.

4            **[Reporter requests clarification.]

5            THE WITNESS:  Right, right, correct.

6    BY MR. WEINSTEIN:

7        Q.   As far as you know, there's no records at GAW

8    Miners or the companies, including the databases, that

9    would establish the amount of charge-backs received by

10   customers?

11       A.   I have not seen those records if they exist.

12       Q.   So it's fair to say that the various damages

13   calculations you've done using some different

14   methodologies and approaches do not take into account

15   any charge-backs in the calculations?

16           MR. WATTERSON:  Object to the form.

17           THE WITNESS:  I think that's probably a little

18   too strong because there may be charge-backs that

19   occurred just during the ordinary course of business

20   that get -- you know, that's a potential possibility

21   that there might be some charge-backs that are already

22   contemplated in some of the tables that I've considered

23   because as -- you know, just during the ordinary course

24   of business, I would imagine that there are charge-backs

25   from time to time.  But the kind of charge-backs, I

ROUGH

Page 144

1    "The claims process can be structured so that all class

2    members must submit documentation of charge-backs and

3    other third-party transactions.  Moreover, these

4    documents can be subject as needed to audits,

5    *verification procedures and challenges."

6              First of all, what are the other third-party

7    transactions that you are referring to there?

8         A.   Well --

9              MR. WATTERSON:  Object to form.

10             THE WITNESS:  -- to be clear, I'm quoting the

11   Court here.  These is not -- these are not my words.

12   BY MR. WEINSTEIN:

13        Q.   Oh --

14        A.   These are the words --

15        Q.   -- fair enough.

16        A.   -- of the Court.

17        Q.   Do you know what -- how the third-party

18   transactions that this is referencing that could be part

19   of the claims administration process?

20             MR. WATTERSON:  Object to the form.

21             MR. WEINSTEIN:  Actually, withdrawn.  Let me

22   ask a different question.

23   BY MR. WEINSTEIN:

24        Q.   Are you aware of any way that one can audit

25   charge-backs that a class member may have received from

Case 3:16-cv-00940-MPS Document 2342 Filed 06/01/20 Page 644 of 667
Case 3:16-cv-00940-MPS Document 1792 Filed 12/23/19 Page 644 of 667

ROUGH

Page 145

1  a credit card company?

2      A.   Well, I mean, presumably, you could ask for

3  supporting documentation and confirm -- if you wanted

4  to, confirm that the documentation supports the claim,

5  the claimed charge-backs.

6      Q.   Right.

7          But you understand that when you say "claimed

8  charge-back," an individual who is looking to get

9  damages is not trying to claim charge-backs; if

10  anything, they'd rather not bring back forth the

11  charge-backs; is that right?

12     A.   Well, I'm not sure.  I'm not certain.  I mean,

13  I would imagine that if the Court had a form that asked

14  individuals to claim under oath that they were

15  submitting accurate records, they would want to be

16  accurate, I would hope.  I mean, I'm -- that would be my

17  presumption is that people would hopefully, you know, be

18  honest if that's what they're asked to do by the Court.

19     Q.   Okay.  And so by "audit," what you were

20  referring to is if people did bring forward evidence of

21  charge-backs, you can audit those in the sense of

22  comparing those to transactions and seeing if they are

23  an actual offset?

24     A.   That's one thing you could do, yes, if you

25  wanted to.

Case 3:16-cv-00940-MPS Document 214 Filed 06/01/20 Page 645 of 667
Case 3:16-cv-00940-MPS Document 179-2 Filed 12/23/19 Page 645 of 667

ROUGH

Page 146

1    Q.   Okay.  But if the person doesn't bring forward

2  records of charge-backs, yet they might have had some,

3  are you aware of any way to audit that lack of

4  information?

5    A.   Well, I mean, I imagine there are ways.  I

6  don't know whether they're feasible, but there are ways

7  you could audit that information, certainly.  You could

8  require class members to identify the cards they used

9  and -- and the statements associated with those cards.

10  I mean, that's one way you could do it.  I'm not saying

11  that that's something that should be done or would be

12  done, but if you're asking for what's within the realm

13  of possibility, that seems like it's within the realm.

14    Q.   Would you agree that this is not the same as

15  the -- sort of the typical securities case where you can

16  just get brokerage statements that show someone's

17  purchases and sales, that this is a step beyond that?

18        MR. WATTERSON:  Object to the form.

19        THE WITNESS:  I'm not sure if I would even

20  want to compare to a typical -- what you call a typical

21  brokerage case.  I'm not sure, really, what that means,

22  but it's -- I mean, it's information that would be

23  submitted by a class member, just like any other

24  information would be submitted by a class member.

25  BY MR. WEINSTEIN:

# EXHIBIT 79

**Release of Zencloud and Paybase Account Details**

## LETTER OF AUTHORIZATION

I, _____ Michael Pfeiffer _____ (Account Holder) authorize D. Allen Shinners (Third Party Administrator) to receive complete account transaction history data from my Zencloud and Paybase accounts, as third party verifier for the pending GAW litigation, under the account holder Account User Name(s) and associated Registered Email Address(es) for the following:

**In Zencloud:**

| | | | |
|---|---|---|---|
| Account #1: | etruscan | Email #1: | etruscan@mpfeiffer.com |
| Account #2: | miningthailand | Email #2: | miningthailand@mpfeiffer.com |
| Account #3: | sdrebel | Email #3: | michael@mpfeiffer.com |
| Account #4: | fierce | Email #4: | fierce@mpfeiffer.com |
| Account #5: | warbigold | Email #5: | warbigold@mpfeiffer.com |
| Account #6: | tripppn | Email #6: | tripppn@mpfeiffer.com |
| Account #7: | sheep | Email #7: | sheep@mpfeiffer.com |
| Account #8: | banman24 | Email #8: | banman24@mpfeiffer.com |
| Account #9: | destroyer | Email #9: | destroyer@mpfeiffer.com |
| Account #10: | jedrbell | Email #10: | jedcito@gmail.com |

**In Paybase:**

| | | | |
|---|---|---|---|
| Account #1: | _____ | Email #1: | _____ |
| Account #2: | _____ | Email #2: | _____ |
| Account #3: | _____ | Email #3: | _____ |
| Account #4: | _____ | Email #4: | _____ |

By my signature below, I hereby attest to the accuracy and validity of the information entered above. I hereby authorize access to and transmission of my account information from BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) to D. Allen Shinners, at the following email address, or by any mutually agreed upon, suitable electronic conveyance or transmission: gaw.lawsuit.allen1980s@gmail.com . I hereby indemnify and hold harmless BCI (Matthew Eden, Owner, and or Ryan Mottley, Representative) from any adverse actions, which may inadvertently arise from the digital transmission of my personal, confidential account(s) data to D. Allen Shinners.

Signed on this day: ___ 10/11/2015 ___

Printed Name: ___ Michael Pfeiffer ___

Signature: _____

Telephone Number: ___ 215-915-0256 ___

Government Issued Identification Number: ___ 447843683 ___    | United States |

Type of Identification Document: ___ Passport ___ (Passport, Driver's License, Official ID)

# EXHIBIT 80



Order confirmation for order #57978

GAW Miners  10/27/14
To: johnnytuberosi@hotmail.com

Thank you for placing your order with GAW Miners!

This email is to confirm your recent order.

Date 10/27/2014

Shipping address
John Tuberosi
958 W 14th St
San Pedro, California 90731
United States

Billing address
John Tuberosi
958 W 14th St
San Pedro, California 90731
United States

2x Hashlet Prime 1 for $37.45 each

4x Hashlet Prime 5 for $237.25 each

4x Hashlet Prime 100 for $4,757.00 each

Subtotal : $20,051.90 USD
Shipping : $0.00 USD
Total : $20,051.90 USD

# EXHIBIT 81



Confidential

# EXHIBIT 82



Confidential

# Exhibit 83



REDACTED

Confidential



Confidential

Koerner00000002



Confidential

# EXHIBIT 84

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**       **KLOSS, Alec**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**Yes, to my knowledge I provided everything I can as many records were lost during the website takedown and the Cryptsy Scandal.**

**QUESTION 2:**  If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**I recall moving a large amount to Cryptsy. In the pay coin case, I invested every last bit of my bitcoin believing in the false claims made in this lawsuit.**

**QUESTION 3:**  Were you a reseller for GAW Miners?

**ANSWER 3:**

**I was not.**

**QUESTION 4:**  Did you receive any Ion coin in exchange for Paycoin?  If so, how much Ion coin did you receive?

**ANSWER 4:**

**I did not, to my knowledge, remember receiving Ion Coin.**

---

EXHIBIT  85

# *Audet et al. v. Fraser et al.*
## Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**   **CRANE, Christopher Alan Crane**

**QUESTION 1:**   To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**No, but almost. The documentation I have provided to Susman Godfrey in the file Crane_supporting_Materials.zip on August 7, 2019 is not reflective of absolutely every GAW transaction of mine. I did not save every receipt at the time, and many of the websites I used to purchase, mine, store, or exchange Paycoin are now defunct and documentation is unavailable. The documents provided are a close approximation based on remaining emails and information pieced together from the blockchain record.**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**Several Paycoin purchases were made on short lived exchange coinswap.com. Some, may be included in my documents as transactions from bitcoin addresses belonging to me at the time.**

**Additionally, Paycoin purchases through now defunct exchange Cryptsy.com are unaccounted for as the site had shut down prior to my gathering of documents, rendering those records unavailable.**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

**No, I was not.**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**No, I did not.**

# EXHIBIT 86

## *Audet et al. v. Fraser et al.*
### Written Questions From Stuart Fraser

Please provide written answers to the following four (4) questions:

**NAME:**    **BURROWS, Keith**

**QUESTION 1:** To your knowledge, do the documents you provided to Allen Shinners, gawsuit.com, or to Susman Godfrey reflect all of your transactions involving GAW Miners?

GAW transactions include:

- purchases from GAW;
- purchases on the GAW marketplace;
- purchases of GAW products from a reseller;
- sales of Hashlets, Hashstakers, or Hashpoints (including any sales as a reseller);
- sales of Paycoin (including on public exchanges);
- chargebacks related to GAW products;
- refunds related to GAW products;
- commissions paid to you as the result of the sale of GAW products; and
- the purchase or sale of ZenCloud accounts (with or without the facilitation of an escrow agent).

**ANSWER 1:**

**To my knowledge I have sent all the information I have on my transactions with Gaw miners.**
**My purchases from Gaw & the Gaw marketplace. I have never received chargebacks, refunds or commissions. I was not a reseller & I have never brought or sold an account.**

**I was very new to cryptocurrency when I was using Gaw & wasn't in the habit of documenting any purchases, transactions or trades. Unfortunately I did not take note of any Paycoin trades made & I did not withdraw my funds in time before Cryptsy collapsed & disappeared with whatever funds I had accumulated. I put this down to my naivety at the time. I never received any funds back after the exchange went down.**

**QUESTION 2:** If the documents you submitted do not reflect all the transactions you remember, please describe any transactions not reflected by the documents that you can recall or for which you have records.

**ANSWER 2:**

**Strangely, I don't think I have ever been asked for any information on my purchases from resellers.**
**I purchased from two resellers, Hash Pros & Crypto Cause. My transaction history is below. I still do have the emails for reference if they are required. All purchases from Gaw & resellers were made with Bitcoin.**

**Reseller 1 - Hash Pros:**

**September 5, 2014 - Order: #2933 - Hashlet Prime hashlet-size: 1Mh Hashlet**
**$35.95**

**September 6, 2014 - Order: #2995 - Hashlet Genesis (#genesis-10) hashlet-size: 10Gh Hashlet**
 **$9.45**

**September 8, 2014 - Order: #3081 - Hashlet Prime hashlet-size: 1Mh Hashlet**
**$47.45**

**September 12, 2014 - Order: #4191 - Zen Hashlet 1 Multi Hashlet 1**
**$35.05**

**September 14, 2014 - Order: #4296 - Waffle Hashlet 1**
**$11.44**

**September 27, 2014 - Order: #5074 - Hashlet Prime 1 x 2**
**$94.90**

**October 5, 2014 -  Order: #7203 - Zen Hashlet 1 x 3**
**$56.03**

**Order: #7303 - Hashlet Prime 1**
**$43.13**

**October 6, 2014 - Order: #7445 - Hashlet Prime 1**
**$47.79**

**October 12, 2014 - Order: #8976 - Hashlet Prime 1**
**$47.79**

**October 13, 2014 - Order: #9184 - Zen Hashlet 1**
**$18.56**

**Reseller 2 - Crypto Cause**

**September 28, 2014 - Order: #767 - Zen Hashlet-1 MH**
**$19.90 No, I was never a reseller for Gaw Miners or Gaw Miners**
**products.**

**QUESTION 3:** Were you a reseller for GAW Miners?

**ANSWER 3:**

**No, I was never a reseller for Gaw Miners or Gaw Miners products.**

**QUESTION 4:** Did you receive any Ion coin in exchange for Paycoin? If so, how much Ion coin did you receive?

**ANSWER 4:**

**No.**