UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                  Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>SEPTEMBER 15, 2020 |

**<u>JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO SUBMIT SUPPLEMENTAL BRIEFING REGARDING CLASS-WIDE ISSUES</u>**

Pursuant to Local Rule 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly submit this motion requesting a one-week extension of the briefing schedule for the parties to submit supplemental briefs regarding "issues related to damages that might be resolvable on a class-wide basis."  ECF No. 206, at 17.  Opening briefs are currently due September 18, 2020, and replies are due October 2, 2020.  ECF No. 209.

This is the parties' second request for an extension of time regarding these deadlines. The first request was made in response to the Court's Order of May 4, 2020, to permit the parties to mediate the case.  *See* ECF No. 206, at 17-18; ECF No. 208.  Counsel for the parties respectfully submit that, especially in the past month, the parties have been focused primarily on the mediation process.  For that reason, additional time is needed to adequately brief the issues set out in the Court's Order of May 4, 2020.  The extension would not affect any other deadlines in this case.

For the above reasons, the parties respectfully request that the deadline to submit opening supplemental briefs be extended by one week to September 25, 2020, and the deadline to file reply briefs be extended one week to October 9, 2020.

| | |
|---|---|
| Dated: September 15, 2020 | Dated: September 15, 2020 |
| PLAINTIFFS | DEFENDANT STUART A. FRASER |
| By: /s/ Seth Ard | By: /s/ Marc Weinstein |
| Seth Ard (pro hac vice)<br>New York Bar No. 4773982<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br>E-mail: sard@susmangodfrey.com | Daniel H. Weiner (ct12180)<br>Marc A. Weinstein (pro hac vice)<br>New York Bar No. 2643492<br>Hughes Hubbard 7 Reed<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: marc.weinstein@hugheshubbard.com |
| Mark P. Kindall (ct13797)<br>Robert A. Izard<br>Izard, Kindall & Raabe<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br>E-mail: mkindall@ikrlaw.com<br>rizard@ikrlaw.com | David R. Schaefer (ct04334)<br>Sean M. Fisher (ct23087)<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven, CT 06511<br>Tel.: 203-772-2600<br>Fax: (203) 562-2098<br>Email: sfisher@bswlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Stuart A. Fraser* |