UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>SEPTEMBER 30, 2020 |

**JOINT STATUS REPORT ON MEDIATION**

On September 16, 2020, the Court directed the parties to submit a "joint status report within 14 days of this order describing the status of the mediation / settlement discussions." ECF No. 216.

The parties began mediating the matter in June. Since then, the parties have mediated with the assistance of the mediator, Jack P. Levin of Levin ADR, up through and including this week. Those efforts continue.

| | |
|---|---|
| Dated: September 30, 2020 | Dated: September 30, 2020 |
| PLAINTIFFS | DEFENDANT STUART A. FRASER |
| By: /s/ Russell Rennie | By: /s/ Marc Weinstein |
| Russell Rennie (pro hac vice)<br>New York Bar No. 5650536<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br>E-mail: sard@susmangodfrey.com | Daniel H. Weiner (ct12180)<br>Marc A. Weinstein (pro hac vice)<br>New York Bar No. 2643492<br>Hughes Hubbard 7 Reed<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: marc.weinstein@hugheshubbard.com |
| Mark P. Kindall (ct13797)<br>Robert A. Izard<br>Izard, Kindall & Raabe<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>Fax: (860) 493-6290<br>E-mail: mkindall@ikrlaw.com<br>rizard@ikrlaw.com | David R. Schaefer (ct04334)<br>Sean M. Fisher (ct23087)<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven, CT 06511<br>Tel.: 203-772-2600<br>Fax: (203) 562-2098<br>Email: sfisher@bswlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Stuart A. Fraser* |