# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET *ET AL.*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No. |
| v. : | 3:16-CV-00940-MPS |
| : | |
| STUART A. FRASER, GAW MINERS, : | |
| LLC, and ZENMINER, LLC, (d/b/a/ ZEN : | October 9, 2020 |
| CLOUD, : | |
| Defendants. | |

## DEFENDANT'S MOTION FOR ADMISSION OF AMINA HASSAN

Pursuant to Local Rule of Civil Procedure 83.1(d), the undersigned hereby moves that Amina Hassan be permitted to practice before this Court as a visiting lawyer in the above-captioned civil action on behalf of Defendant Stuart A. Fraser. In support of this motion, the undersigned represents as follows:

1. The undersigned is a member of the bar of this Court (No. ct23087) and is a partner of the law firm of BRENNER, SALTZMAN & WALLMAN LLP, 271 Whitney Avenue, New Haven, Connecticut 06511.

2. Amina Hassan is Litigation Counsel at the law firm of HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6793, fax: (212) 299-6793, email: amina.hassan@hugheshubbard.com.

3. As the attached Affidavit of Amina Hassan demonstrates, Attorney Amina Hassan is a member in good standing of the following bars: (a) the State Court of New York (Registration No. 4618427); (b) the Southern District of New York (no registration number assigned); and (c) the Eastern District of New York (no registration number assigned). There are currently no

pending disciplinary complaints against Attorney Amina Hassan as to which a finding has been made that such complaint should proceed to a hearing.

4.  Based on the attached Affidavit, Attorney Amina Hassan has never been denied admission to, been disciplined by, resigned from, surrendered her license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

5.  The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

WHEREFORE, the undersigned respectfully requests that, upon payment to the Clerk of the United States District Court for the District of Connecticut of the requisite two hundred dollar fee ($200.00) for the admission of Attorney Amina Hassan, which is submitted herewith, the Court enter an order permitting Attorney Amina Hassan to represent Defendant Stuart A. Fraser in this civil action as a visiting lawyer.

Dated: October 9, 2020

By: *s/Sean M. Fisher*
David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
BRENNER, SALTZMAN & WALLMAN LLP
271 Whitney Avenue
New Haven, CT  06511
Juris No. 06063
Tel. (203) 772-2600
Fax: (203) 562-2098
Email:  dschaefer@bswlaw.com
Email: sfisher@bswlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*Sean M. Fisher*
Sean M. Fisher (ct23087)