**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DENIS MARC AUDET *ET AL.*, | : |
| Plaintiffs, | : |
| | : Civil Action No. |
| v. | : 3:16-CV-00940-MPS |
| | : |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a/ ZEN CLOUD, | : October 9, 2020 |
| Defendants. | : |

### AFFIDAVIT OF AMINA HASSAN

COMES NOW Amina Hassan, who, after having been duly sworn, deposes and states as follows:

1. I am an attorney practicing with the law firm of Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York 10004, tel.: (212) 837-6793, fax: (212) 299-6793, email: amina.hassan@hugheshubbard.com.

2. I represent Defendant Stuart A. Fraser in the above-captioned matter.

3. I am currently admitted to the following bars: (a) the State Court of New York (Registration No. 4618427); (b) the Southern District of New York (no registration number assigned); and (c) the Eastern District of New York (no registration number assigned).

4. I am a member in good standing of each of the bars of which I am a member. There are currently no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceed to a hearing.

99043184_1

5. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have fully reviewed and am familiar with the rules of the Federal Rules of Civil Procedure, the Local Rules for the U.S. District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. Sean M. Fisher, Esq. (ct23087), of Brenner, Saltzman & Wallman LLP, 271 Whitney Ave., New Haven, Connecticut 06511, who is the sponsor for my motion for admission, is hereby designated as my agent for service of process.

8. I hereby designate the U.S. District Court for the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

_____
Amina Hassan

October 9, 2020

STATE OF NEW YORK
COUNTY OF ~~NEW YORK~~ Bronx

Subscribed and sworn to before me on this 9 day of October 2020

_____
Karl Lewis
Notary Public
My Commission Expires: 06/19/2021

KARL LEWIS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01LE6380247
Qualified in Bronx County
My Commission Expires 06-19-2021

99043184_1

2