UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *ET AL.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Civil Action No. |
| v. | : | 3:16-CV-00940-MPS |
| | : | |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a/ ZEN CLOUD, | : | October 13, 2020 |
| | : | |
| Defendants. | : | |

## JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE MOTIONS *IN LIMINE*

Pursuant to Local Rule 7(b), Defendant Stuart A. Fraser and Plaintiffs jointly submit this motion requesting an extension for the filing of motions *in limine* in this case. Pursuant to the Joint Trial Memorandum Instructions for the Honorable Michael P. Shea ("Joint Trial Memorandum Instructions"), the parties must file their motions *in limine* by October 19, 2020, with memoranda in opposition due fifteen days later, by November 3, 2020. (Joint Trial Memorandum Instructions ¶ 10.) The parties' Joint Trial Memorandum is due on November 4, 2020 and the first pretrial conference in this case is scheduled for November 18, 2020. (ECF 209.)

The parties request that they be permitted to make their motions *in limine* after the submission of the Joint Trial Memorandum, since the contents of the Joint Trial Memorandum (including, for instance, proposed witnesses, exhibits, and jury instructions) will determine the motions *in limine* that will be necessary. In addition, the parties disagree on the scope of the class-wide trial. (*See* ECF 217, 218, 222, 223 (parties'

1

briefing regarding that issue).)  The Court's decision on the scope of the class-wide trial may also determine in part which motions *in limine* are necessary.  Accordingly, the parties respectfully request that they be permitted to file motions *in limine* on or before November 5, 2020.  With regard to memoranda in opposition, the parties propose they be filed on or before November 16, 2020.

This is the parties' second request for an extension of time regarding pre-trial submission deadlines.  The first request (also a joint request) was made in response to the Court's Order of May 4, 2020, to permit the parties to mediate the case.  (*See* ECF 206, at 17-18; ECF 208.)  The extension will not affect any other deadlines in this case.

Dated: October 13, 2020

| | |
|---|---|
| SUSMAN GODFREY LLP | HUGHES HUBBARD & REED LLP |
| By: /s/ *Russell Rennie* | By: /s/ *Daniel H. Weiner* |
| Russell Rennie (*pro hac vice*)<br>New York Bar No. 5650536<br>Seth Ard (*pro hac vice*)<br>New York Bar No. 4773982<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br>E-mail: sard@susmangodfrey.com | Daniel H. Weiner (ct12180)<br>Marc A. Weinstein (*pro hac vice*)<br>Amina Hassan (*pro hac vice*)<br>Hannah Miller (*pro hac vice*)<br>One Battery Park Plaza<br>New York, NY  10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: daniel.weiner@hugheshubbard.com |
| Mark P. Kindall (ct13797)<br>Robert A. Izard<br>Izard, Kindall & Raabe<br>29 S. Main St., Suite 305 West Hartford, CT 06107 Tel: (860) 493-6292<br>Fax: (860) 493-6290<br>E-mail: mkindall@ikrlaw.com, rizard@ikrlaw.com | David R. Schaefer (ct04334)<br>Sean M. Fisher (ct23087)<br>Brenner, Saltzman & Wallman LLP<br>271 Whitney Avenue<br>New Haven, CT  06511<br>Tel.: (203) 772-2600<br>Fax: (203) 562-2098<br>Email: sfisher@bswlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Stuart A. Fraser* |

99057119