# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

| Suite 5100<br>1000 Louisiana Street<br>Houston, Texas 77002-5096<br>(713) 651-9366 | Suite 1400<br>1900 Avenue of the Stars<br>Los Angeles, California 90067-6029<br>(310) 789-3100 | Suite 3800<br>1201 Third Avenue<br>Seattle, Washington 98101-3000<br>(206) 516-3880 |
|---|---|---|

Seth Ard
Direct Dial (212) 471-8354

E-Mail SARD@susmangodfrey.com

March 23, 2021

VIA ECF

The Hon. Michael P. Shea
United States District Judge
United States Courthouse
Hartford, Connecticut 06103

Re:    *Audet v. Fraser*, 16-cv-940

Dear Judge Shea:

We represent Plaintiffs in the above-referenced action. The parties jointly request a status conference with the Court regarding the trial schedule in this matter.

Trial is scheduled to begin on June 2, 2021, and the Joint Trial Memorandum and motions *in limine* are due on April 23, 2021. ECF No. 230. In light of the ongoing public health situation caused by COVID-19,[1] the parties believe their trial preparation would be aided by a status conference to confirm the current trial schedule and, if appropriate, confer with the Court about trial logistics relating to COVID-19. The parties are available for a conference at the Court's convenience.

Sincerely,

Seth Ard

---

[1] *See, e.g.*, Cares Act Reauthorization, Administrative Order 2021-6 (March 22, 2021) (Underhill, C.J.) (finding, *inter alia*, that COVID-19 "will continue to materially affect the functioning of the Courts" within the district and that felony pleas and sentencings "cannot be conducted in person without seriously jeopardizing public health and safety").