AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Audet et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-cv-00940-MPS |
| Garza et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 04/05/1012

/s/ Craig A. Raabe
*Attorney's signature*

Craig A. Raabe (ct04116)
*Printed name and bar number*

Izard, Kindall & Raabe LLP
29 South Main Street, Ste. 305
West Hartford, CT 06107
*Address*

craabe@ikrlaw.com
*E-mail address*

(860) 493-6292
*Telephone number*

(860) 493-6290
*FAX number*