UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiffs,<br><br>     vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>                                    Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>APRIL 14, 2021<br><br>**MOTION FOR LEAVE TO APPEAR** *PRO HAC VICE*<br><br><br>DEMAND FOR JURY TRIAL |

**MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.1(d), Plaintiffs, through their undersigned counsel, respectfully request that this Court grant leave for attorney Jacob W. Buchdahl to appear *pro hac vice* on behalf of Plaintiffs.

1.      Jacob W. Buchdahl is a partner with the law firm of Susman Godfrey L.L.P. and a member in good standing of the Bar of New York and the federal courts listed in ¶ 3 of his affidavit, which is attached hereto as Exhibit A. His contact information is as follows:

> Jacob W. Buchdahl
> SUSMAN GODFREY L.L.P.
> 1301 Avenue of the Americas, 32nd Floor
> New York, New York 10019
> Telephone: (212) 336-8330
> Fax: (212) 336-8340
> jbuchdahl@susmangodfrey.com

2.      Based on the attached Exhibit A Affidavit, Attorney Jacob W. Buchdahl has never been denied admission to, been disciplined by, resigned from, surrendered his license to practice

before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

3.      The granting of this motion will not require modification of any scheduling order entered by this Court pursuant to Fed. R. Civ. P. 16(b) or the deadlines established by the standing order on scheduling in civil cases.

4.      The undersigned hereby moves that Jacob W. Buchdahl be permitted to represent Plaintiffs in all matters and proceeding related to the above-captioned case.

5.      The undersigned agrees to accept service on behalf of Jacob W. Buchdahl.

6.      In connection with this motion, $75 is being paid to the Clerk of the Court pursuant to D. Conn. L. Civ. R. 83.1(d)(3)

WHEREFORE, undersigned counsel respectfully requests that this motion be granted and that Jacob W. Buchdahl be permitted to represent Plaintiffs in all proceedings before this Court related to the above-captioned case.

Dated: April 14, 2021

Respectfully submitted,

*/s/ Robert A. Izard*
Robert A. Izard (ct01601)
Mark P. Kindall (ct13797)
Craig A. Raabe (ct04116)
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
mkindall@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com

Marc Seltzer
Kathryn Hoek
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400

Los Angeles, CA 90067
Tel: (310) 789-3100
mseltzer@susmangodfrey.com
khoek@susmangodfrey.com

Seth Ard
Russell F. Rennie
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
sard@susmangodfrey.com
rrennie@susmangodfrey.com

Edgar Sargent
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Tel: (202) 516-3880
esargent@susmangodfrey.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2021, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing  system  or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Robert A. Izard*
Robert A. Izard