## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, | Case 3:16-cv-00940 |
| | Hon. Michael P. Shea Courtroom 2 |
| Plaintiffs, | ECF Case |
| vs. | CLASS ACTION |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD), | APRIL 9, 2021 |
| Defendants. | AFFIDAVIT OF JACOB W. BUCHDAHL IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE* |
| | DEMAND FOR JURY TRIAL |

## AFFIDAVIT OF JACOB W. BUCHDAHL IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Jacob W. Buchdahl, being duly sworn, deposes and says:

1.      I am a member of the law firm of Susman Godfrey L.L.P., 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019, the firm's telephone number is (212) 336-8330, the fax number is (212) 336-8340 and my email address is jbuchdahl@susmangodfrey.com.

2.      I am a member in good standing of the State Bar of New York and admitted to practice before the highest court in that district; my New York State Bar No. is 2903383.

3.      I am also admitted to practice in the United States District Court, Southern District of New York (3/6/2020), United States District Court for the Eastern District of New York (12/6/2012), United States District Court for the Western District of Texas (1/30/2020), United States Court of Appeals for the Second Circuit (12/30/2003), United States Court of Appeals for

the Ninth Circuit (2/8/2018) and United States Court of Appeals for the Federal Circuit (11/16/2016).

4.      I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5.      I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6.      I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7.      I hereby designate sponsoring attorney Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission under Local Rule 83.1(d).

Date:  April 9, 2021

Jacob W. Buchdahl
State Bar No. 2903383
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Fax: (212) 336-8330
jbuchdahl@susmangodfrey.com

Subscribed and sworn before me on this 9th day of April, 2021.

Notary Public for the State of New York

LEIZE A. NAND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6205421
Qualified in Suffolk County
Commission Expires June 5, 2021

2