UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>APRIL 9, 2021<br><br>**AFFIDAVIT OF GENG CHEN IN SUPPORT OF MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*** <br><br>DEMAND FOR JURY TRIAL |

**AFFIDAVIT OF GENG CHEN IN SUPPORT OF
MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Geng Chen, being duly sworn, deposes and says:

1. I am a member of the law firm of Susman Godfrey L.L.P., 1301 Avenue of the Americas, 32nd Floor, New York, NY 10019; the firm's telephone number is (212) 336-8330, the fax number is (212) 336-8340 and my email address is gchen@susmangodfrey.com.

2. I am a member in good standing of the State Bar of New York, Second Department. My State Bar No. is 5377262. My date of admission is 9/23/15.

3. I am also admitted to practice in the United States District Court for the Southern District of New York (9/27/16), the United States District Court for the Eastern District of New York (10/20/16), the United States District Court for the Eastern District of Texas (2/7/20), the United States Court of Appeals for the Federal Circuit (1/5/17), the United States Court of

Appeals for the Second Circuit (7/6/17), and the United States Court of Appeals for the Fifth Circuit (8/27/15).

4. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

5. I have not been denied admission to, disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court, while facing a disciplinary complaint.

6. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of The United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

7. I hereby designate sponsoring attorney Robert Izard of Izard, Kindall & Raabe, LLP, as my agent for service of process and designate the District of Connecticut as the forum for resolution of any dispute arising out of my admission under Local Rule 83.1(d).

Date: April 9, 2021

_____
Geng Chen
State Bar No. 5377262
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 336-8330
Fax: (212) 336-8340
gchen@susmangodfrey.com

Subscribed and sworn before me on this 9th day of April, 2021.

_____
Notary Public for the State of New York

LEIZE A. NAND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6205421
Qualified in Suffolk County
Commission Expires June 5, 2021

7081572v1/014928