UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated, | Case 3:16-cv-00940 |
| Plaintiffs, | Hon. Michael P. Shea Courtroom 2 |
| vs. | ECF Case |
| STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), | CLASS ACTION |
| Defendants. | AUGUST 25, 2021 |

## JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE THE JOINT TRIAL MEMORANDUM AND MOTIONS *IN LIMINE*

Pursuant to Local Rule 7(b), Plaintiffs and Defendant Stuart A. Fraser jointly submit this motion requesting a five-day extension of the deadline to file the Joint Trial Memorandum, motions *in limine*, and responses to motions *in limine*.  The Joint Trial Memorandum and motions *in limine* are currently due August 27, 2021, and responses to motions *in limine* are due September 10, 2021.  ECF No. 238.[1]  The requested extension would move the deadline for the filing of the Joint Trial Memorandum and motions *in limine* to September 1, 2021, and the deadline for responses to motions *in limine* to September 15, 2021.

This is the parties' first request for an extension of time regarding these deadlines. Counsel for the parties respectfully submit that, over the past three weeks, the parties have been working diligently to exchange Joint Trial Memorandum material and to meet and confer, in

---

[1] For reference, the first pretrial conference is scheduled for September 29, 2021 at 2:00pm. ECF No. 238.

accordance with the Court's Joint Trial Memorandum instructions, regarding the issues raised by the parties' exchange of materials.  However, due to the amount of information exchanged and the number of claims at issue in the case, additional time is needed to adequately prepare the Joint Trial Memorandum and draft motions *in limine*.  The extension of these deadlines would not affect any other deadlines in this case.

Additionally, pursuant to Local Rule 7(b)(3), the parties further submit that the need for an extension of the Joint Trial Memorandum deadline did not arise until August 24, 2021, when the parties exchanged certain additional materials necessary for the drafting of the Joint Trial Memorandum and the parties' motions *in limine*.  The parties filed this motion following their first opportunity to meet and confer after the exchange of this material.

For the above reasons, the parties respectfully request that the deadline to submit the Joint Trial Memorandum and motions *in limine* be extended by five days to September 1, 2021, and the deadline to file responses to motions *in limine* be extended five days to September 15, 2021.

Dated: August 25, 2021

PLAINTIFFS

By: /s/ Russell Rennie

Russell Rennie (pro hac vice)
New York Bar No. 5650536
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340
E-mail: rrennie@susmangodfrey.com

DEFENDANT STUART A. FRASER

By: /s/ Amina Hassan

Amina Hassan (pro hac vice)
New York Bar No. 4618427
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: amina.hassan@hugheshubbard.com

Mark P. Kindall (ct13797)
Robert A. Izard
Izard, Kindall & Raabe
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290
E-mail: mkindall@ikrlaw.com
rizard@ikrlaw.com

*Attorneys for Plaintiffs*

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511
Tel.: 203-772-2600
Fax: (203) 562-2098
Email: sfisher@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2021, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing  system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Russell Rennie*