AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Denis Marc Audet, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:16-cv-00940-MPS |
| Stuart A. Fraser, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                                    .

Date:    09/01/2021                                                   /s/ Geng Chen
                                                                                          *Attorney's signature*

                                                                          Geng Chen (NY 5377262.)
                                                                          *Printed name and bar number*
                                                                          Susman Godfrey L.L.P.
                                                                          1301 Avenue of the Americas, 32nd Floor
                                                                          New York, NY 10019
                                                                                          *Address*

                                                                          gchen@susmangodfrey.com
                                                                                          *E-mail address*

                                                                          (212) 729-2008
                                                                                          *Telephone number*

                                                                          (212) 226-8340
                                                                                          *FAX number*

[Print]   [Save As...]                                                                                         [Reset]