AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Denis Marc Audet, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:16-cv-00940-MPS |
| Stuart A. Fraser, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stuart A. Fraser

Date: 09/01/2021

s/Rowena A. Moffett
*Attorney's signature*

Rowena A. Moffett (ct19811)
*Printed name and bar number*
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511

*Address*

rmoffett@bswlaw.com
*E-mail address*

(203) 772-2600
*Telephone number*

(203) 562-2098
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2021 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/*Rowena A. Moffett*
Rowena A. Moffett (ct19811)

Document5