# EXHIBIT A

## EXPERT REPORT OF ARVIND NARAYANAN

## INTRODUCTION AND QUALIFICATIONS

1.      I have been retained by Susman Godfrey, counsel for the Plaintiffs in this case, as an expert to support Plaintiffs' claims. In particular, I have been asked to provide an explanation of cryptocurrency mining and to describe and analyze a few specific products offered by GAW Miners.

2.      I am an associate Professor of Computer Science at Princeton University. I earned a PhD in computer science from the University of Texas at Austin. I have been researching cryptocurrency technology since 2013 and have authored numerous peer-reviewed publications in this field. I have taught courses on cryptocurrencies and blockchains since 2014. I am the lead author of a textbook on the topic that has been used in over a hundred courses around the country and worldwide. A copy of my Curriculum Vitae is attached hereto as Appendix B, including a list of the matters in which I have previously offered expert testimony at trial or by deposition.

3.      In preparing this Declaration, I have relied on my general knowledge, training, experience, and expertise. In addition, I have reviewed in whole or in part the materials listed In Appendix A hereto. Both my analysis and the factual observations I make in this Declaration are, subject to the following paragraph, based solely on the foregoing.

4.      My work in this matter is ongoing. I may review additional materials or conduct further analysis. I reserve the right to update, refine, or revise my opinion as appropriate.

5.      I am being compensated for my time in this matter at $800 per hour. This compensation is not contingent upon the nature of my findings or the outcome of the litigation.

**BACKGROUND ON CRYPTOCURRENCIES, MINING, AND PROOF OF STAKE**

6.      Cryptocurrencies such as bitcoin are digital assets used as a medium of exchange. Each cryptocurrency has an electronic public ledger known as a "blockchain" associated with it. Transfers of cryptocurrency units are recorded on this blockchain, which is designed to resist modification through the use of cryptographic protocols – hence the name cryptocurrency.

7.      Many cryptocurrencies, including bitcoin, are based on the principle of "proof of work". They use a process known as "mining" to verify transactions and ensure the integrity of the blockchain. Miners are entities that operate software to review proposed transactions and aggregate them into blocks to be added to the blockchain. In addition to verifying the legitimacy of the individual transactions included in a proposed block, miners in a proof of work system must solve computational puzzles requiring repeated calculations known as hashes. Each block that becomes part of the blockchain includes a fixed number of new bitcoins (currently 12.5) which are allocated to the miner as a reward for its contribution to the blockchain. This process enables cryptocurrencies to operate with no central issuing authority.

8.      Bitcoin's code is designed to automatically increase the difficulty of the computational puzzles as the amount of computing power devoted to mining increases. As bitcoins become more valuable, it entices miners to dedicate more computing capacity to mining (in order to generate the increasingly valuable rewards). As a result, the difficulty of solving the computational puzzles also increases. When bitcoin was first launched, the difficulty of the puzzles was such that hobbyists could successfully mine with a home laptop. By 2014, when the events giving rise to this case occurred, bitcoin mining was performed almost exclusively by specially-designed and fully-dedicated computers. An individual mining device's hashing power is denominated in terms of millions of hashing calculations, or "megahashes," performed per second.

9.      Bitcoin's code specifies that new blocks be generated at a rate that averages to one every ten minutes. Thus, an individual miner, depending on his mining power, may be able to win a reward only once in several days or months. When he does win, however, the reward is substantial – at the current price of bitcoin, it is worth around 100,000 U.S. Dollars. This is somewhat analogous to buying lottery tickets. To minimize unpredictability and ensure a steady revenue stream, miners frequently combine their computing power into mining "pools." Generally, the more computing power directed to a particular mining pool, the better the chance that pool will be the first to confirm a block of transactions and receive the reward. Typically, pool participants' shares of the mining reward depend upon the proportional amount of computing power each contributes to the pool.

10.     For most of bitcoin's existence, the difficulty of mining puzzles (measured by computational effort required) has grown at a rapid clip. For example, over the course of year 2014 it grew about 30-fold. Due to this growth in difficulty, a given piece of mining equipment, even if it represents the newest and most efficient technology when it is purchased, will rapidly erode in value. For the same reason, a fixed number of megahashes per second will earn fewer and fewer cryptocurrency units per day as time passes.

11.     Cloud mining is the use of shared mining capacity housed in warehouses called data centers. The data center operator owns and operates mining machines, and allows customers lease either machines or a certain quantity of megahashes per second. Customers benefit from the operator's knowhow of operating mining machines. The operator is insulated to some degree from the financial risks of mining such as cryptocurrency exchange rate fluctuation and increases in mining difficulty.

12.     Anyone may attempt to launch a new cryptocurrency by publishing open-source software that specifies the rules of its operation. The cryptocurrency is generally considered to exist if two conditions are met: its blockchain is maintained through mining or another process, and the cryptocurrency is traded on exchanges. The value of a unit of cryptocurrency is simply what someone is willing to pay for it, and is determined by observing trades on cryptocurrency exchanges.

13.     An alternative to "proof of work" cryptocurrencies is "proof of stake". Here, the mining process works differently.[1] In proof of work cryptocurrencies, a miner's contribution to the maintenance of the blockchain, as well as his reward, are proportional to the amount of computing power that he dedicates to mining. In contrast, in proof of stake cryptocurrencies, a miner's contribution to the maintenance of the blockchain, as well as his reward, are proportional to the total number of coins of that currency that he controls (i.e., his "stake" in the currency). Whereas a proof of work cryptocurrency resists attempts to rewrite the blockchain as long as no entity controls the majority of the computational power dedicated to mining, a proof of stake cryptocurrency resists such attempts as long as no entity owns or controls the majority of the available currency. With proof of stake, there is no need to solve computational puzzles, and the hardware and electricity requirements are negligible compared to proof of work.

14.     While each proof of stake cryptocurrency works slightly differently, a typical design is as follows. In each time slot (say, 30 seconds), one coin is chosen as the lucky winner among all the coins in existence, analogous to a lottery. The formula for selecting the winning coin is fixed, so that every participant can independently determine the winning coin, without

---

[1] In this report I adopt an inclusive definition of the term mining to refer to any mechanism by which participants collectively maintain a blockchain and are rewarded in units of the corresponding cryptocurrency. Some commentators adopt a narrower definition which is limited to mechanisms that involve proof of work. The difference is merely one of terminology.

any need for a central authority. Whoever owns that coin at that point in time earns the right to add the next block of transactions to the blockchain (after verifying their legitimacy); in exchange, he earns a reward of newly minted cryptocurrency. All of this is carried out automatically by software installed by miners on their computers; no manual action is necessary. In some variants, coins must be specially set aside ("staked") in order to be eligible for the lottery.

15.    The original proof of stake cryptocurrency is Peercoin, which launched in 2012. It was created by modifying bitcoin's source code to add proof of stake functionality. Peercoin uses a hybrid of proof of work and proof of stake. In the beginning of its existence, most coins were minted by proof of work mining. Gradually, proof of work is being phased out in favor of proof of stake. In Peercoin's version of proof of stake, the more the "age" of a coin, that is, the longer that it has remained unspent by its owner, the more stake it accumulates.

## ANALYSIS OF CLOUD MINING PRODUCTS

16.    In 2014, GAW Miners began offering Cloud Hosted Mining. Customers buying a Cloud Hosted Mining device were told they could control their mining equipment through the Internet by logging on to the accounts they established on ZenMiner's website interface called ZenCloud.  Through ZenCloud, investors could direct their miners to the pool of their choice. However, the companies soon changed their operating procedure so that mining power was not in fact directed to the customer's pool-of-choice; rather, they simply paid customers based on what those pools would have generated.  *See Deposition of J. Mordica,* June 28, 2018, at pp. 32-52.

17.     Later, in August 2014, the companies began selling a product known as "Hashlets." Rather than paying for control of a mining device, customers paid for control of a specific quantity of mining power, in units of megahashes per second. Customers paid a fixed up-front cost to acquire a Hashlet and a daily maintenance fee to operate it. Hashlets supposedly earned a return based on the amount of cryptocurrency rewards generated when the pools to which the Hashlets' computing power was directed succeeded solving computational puzzles and adding blocks to the blockchain. Effectively, Hashlet customers purchased the rights to profit from a slice of computing power owned by GAW.

18.     However, the remote management software for Hashlets that was offered to customers did not interact with any mining hardware; Hashlets were not backed by physical mining. The companies lacked the equipment to make payments to customers based on actual mining. Instead, Hashlet payouts were made based on the daily, average returns from a particular mining pool. *See Deposition of M. Eden*, June 26, 2018 at pp. 47-79; *Deposition of J. Mordica*, June 28, 2018 at 57-59, 63-65.

19.     GAW Miners' website and marketing materials (currently available through Archive.org) described Hashlets as always profitable because of declining maintenance costs over time. However, in my opinion Defendants had no reasonable basis for making these statements. Even if the maintenance fee charged to customers were to drop to zero, Hashlets might become unprofitable based solely on the up-front fee paid by customers, due to factors outside GAW Miners' control, such as the increasing difficulty of mining.

## ANALYSIS OF CRYPTOCURRENCY LAUNCHED BY DEFENDANTS

20.     In November 2014, the companies announced plans to launch a new proof of stake cryptocurrency called "Paycoin." In advance of Paycoin's launch, the companies began transitioning the payout structure for Hashlets. Instead of mining cryptocurrency, a customer's Hashlets would generate "Hashpoints", a new product introduced by the companies. Hashpoints were promissory notes that investors could later exchange for Paycoin once Paycoin launched. *See Deposition of M. Eden,* June 26, 2018, at pp. 62-63.

21.     From a computer science perspective, there is no single factor that determines whether a cryptocurrency is centralized or decentralized. Instead, computer scientists use several main dimensions to understand the level of centralization of a cryptocurrency, including control over the software, concentration of mining power, concentration of currency ownership, and control over the surrounding financial and software ecosystem that includes trading, payments, and other uses of the currency. I will analyze Paycoin based on each of these four factors.[2]

22.     The Paycoin wallet, which is the software that allowed users to interact with the Paycoin network, was open source. However, GAW exerted *de facto* control over its development. It was released on GitHub under GAW's account (https://github.com/GAWMiners/Paycoin) rather than a separate entity.

23.     When Paycoin was launched, it did not have most of features that GAW had promised, including prime nodes, which would be entities with various special responsibilities and privileges in the Paycoin network. (In fact, most of the promised features were never added.

---

[2] In the textbook *Bitcoin and Cryptocurrency Technologies: A Comprehensive Introduction*, my coauthors and I used five factors to understand control and power in a cryptocurrency: the software, mining power, ownership of the currency, demand for payments, and transaction processing services. For the purposes of this report, I have combined the latter two factors into one.

*See Deposition of M. Eden,* June 26, 2018, at 111.) Thus, users were dependent on GAW for continued development of the cryptocurrency.

24.     Based on my review of the source code, 50 public keys (roughly, account identifiers) were baked into the source code; the software was programmed to yield far higher stake returns to these accounts than to regular users, by up to a factor of 70. The existence and special powers of these public keys were not adequately disclosed by GAW, if at all.

25.     GAW was able to use its control over the software to unilaterally change the rules of the cryptocurrency without advance notice, much less consensus. For example, on Dec 20, 2014, Garza announced that a planned transition from proof of work to proof of stake – described in more detail below – had been delayed by 24 hours, and that during this 24-hour period, no mining rewards would be paid out. Miners unaware of this change may have expended computational effort during this period and earned no reward for it.

26.     In contrast to the above example, in any cryptocurrency that is decentralized in a meaningful sense, a change in the rules requires significant advance notice and deliberation, especially when some stakeholders may be negatively impacted. In fact, sometimes there is a lack of consensus even after lengthy deliberation, and the currency splits or "forks" into two, with mutually incompatible rules. An inability for any one party to impose a rule change on unwilling or unwitting stakeholders is considered a necessary feature of decentralization.

27.     Next, let us turn to the concentration of mining power. As noted above, Paycoin was built starting from Peercoin. Whereas Peercoin transitioned gradually from proof of work to proof of stake, Paycoin began as a pure proof of work cryptocurrency and, after about a week, transitioned to a pure proof of stake model. The proof of work phase involved the creation of 12.5 million units of Paycoin. Of these, GAW "pre-mined" as many as 12 million units, or 96%. This means that GAW programmed the Paycoin software to create 12 million coins at the moment of creation of the network (the "genesis block"), and to give GAW control over them to do as it saw fit. Garza advertised this as a way to provide a "natural advantage over the public" to

customers of GAW's mining products, and claimed that the pre-mined coins were in escrow on behalf of those customers and the owners of prime nodes. Generally, any amount of pre-mining of a cryptocurrency is viewed unfavorably due to the concentration of ownership and the attendant risk to the network.

28.     In addition to pre-mining, during the proof of work phase of the Paycoin blockchain, GAW used its own mining products to mine Paycoin. By controlling a substantial fraction of the mining power behind Paycoin, it exerted de-facto control over the blockchain. (*See Deposition of M. Eden,* June 26, 2018, at 92-93.)

29.     The third of our four factors is the concentration of ownership of the cryptocurrency itself. This is relevant in any cryptocurrency, as large investors have the ability to exert some control over price and influence the outcome of contentious blockchain forks, such as those described in paragraph 26 above. It is especially relevant in proof of stake cryptocurrencies: generally, if any one entity controls the majority of the outstanding units of currency, it controls the blockchain.

30.     As discussed above, at the time that Paycoin transitioned to proof of stake, GAW controlled at least 96% of the available units of currency.[3] The transition to proof of stake only increased the concentration of ownership: whereas regular wallets yielded a 5% return for staking, most prime node wallets yielded 100% or 350%. The majority of prime nodes were controlled by GAW (the "lion's share"; *See Deposition of M. Eden,* June 26, 2018, at *79.*)

31.     It is worth noting that even a 5% annual rate of return is high compared to more reputable cryptocurrencies. For example, PeerCoin (from which Paycoin was derived) targets a 1% annual inflation rate. Further, a fixed rate of return is unusual; reputable cryptocurrencies will instead target a certain rate of inflation. This rate of inflation is not the same as the rate of

---

[3] It was in fact higher than 96%, for two reasons. Not all of the 500,000 units remaining to be mined after the pre-mine were actually mined before the transition to proof of stake. Also, GAW mined a substantial fraction of this remainder due to the concentration of mining power.

return; the latter will vary depending on the total amount of currency that is actually staked. Thus, with a fixed 5% rate of return, the inflation will not only be high but also unpredictable. With a 350% rate of return, there is a risk that the currency will undergo hyperinflation.

32.     The final factor in the analysis of decentralization is the trading and payment ecosystem. During the class period, Paycoin was listed on a relatively small number of exchanges (compared to more established cryptocurrencies), and the payment ecosystem was virtually non-existent. Nonetheless, GAW either controlled or promised to control what little existed of the ecosystem, as described below.

33.     A major promised feature of Paycoin was a $20 price floor. This minimum value would be maintained, according to the companies, through a $100,000,000 "Coin Adoption Fund" which would be used to buy Paycoin as necessary. See Plea agreement of Joshua Garza, July 20, 2017, at p. 10.

34.     Another aspect of this control was the Paybase payment platform, operated by GAW Miners, which promised many features including negotiability with major retailers. Finally, one of the few ways to acquire Paycoins was through GAW's products including HashStakers, which were essentially Paycoin wallets controlled by GAW on behalf of customers. However, the Paycoin payouts from Hashstakers were manually controlled by Garza by adjusting payout rates in a centralized database. *See Deposition of M. Eden,* June 26, 2018, at 74 and 85.

35.     Another way to understand GAW's control over Paycoin is the fact that following the decrease in GAW's influence over Paycoin (subsequent to the Class period), the currency did become more decentralized in several ways. In particular, the number of contributors to the source code increased and the steep rates of return for prime nodes were ended.

36.     Despite their promises, and their control over Paycoin's technical infrastructure, the defendants were not successful in maintaining a $20 price floor. When Paycoin was

introduced, its price never reached $20 on outside cryptocurrency exchanges: according to data

from coinmarketcap.com, Paycoin traded at between $6 and $16 on non-GAW exchanges until

December 31, 2014. It traded at a high of $15 per coin on December 31, 2014; the price quickly

fell from that high and never recovered. I have seen no evidence that a $100,000,000 Coin

Adoption Fund existed. When the companies released their Paybase payment platform, it lacked

the promised features, including negotiability with major retailers. After this, the Paycoin price

fell even more rapidly.

Date: 09/25/2019

Arvind Narayanan

# Appendix A: Materials considered

1. Deposition of Madeline Eden, June 26, 2018.
2. Deposition of Joe Mordica, June 28, 2018.
3. Deposition of Michael Pfeiffer, July 19, 2018
4. Plea agreement of Joshua Garza, July 20, 2017.
5. Complaint in Securities and Exchanges Commission v Garza, Complaint, SEC v. Garza, 3:15-cv-01760
6. Paycoin whitepaper, "Paycoin, a Cryptocurrency fit for world adoption."
7. Archived versions of gawminers.com, hashcoin.com, paybase.com, and hashtalk.org, available via archive.org.
8. Screenshots of the ZenCloud interface available at https://cryptomining-blog.com/3318-review-of-the-gaw-miners-hashlet-digital-cloud-miner/
9. Price data for bitcoin and Paycoin from the website coinmarketcap.com
10. Hash rate data for bitcoin from the website blockchain.info
11. The Peercoin documentation at https://docs.peercoin.net
12. The Paycoin source code at https://github.com/PaycoinFoundation/paycoin/
13. The cryptocurrency discussion forum bitcointalk.org
14. Arvind Narayanan, Joseph Bonneau, Edward Felten, Andrew Miller, Steven Goldfeder. Bitcoin and Cryptocurrency Technologies: A Comprehensive Introduction. Princeton University Press, 2016.
15. Diana Ngo. Altcoins Dropping Off Coin-Swap in Boycott Against GAW Miners. CoinTelegraph, Jan 05, 2015. Available at https://cointelegraph.com/news/altcoinsdropping-off-coin-swap-in-boycott-against-gaw-miners
16. Stan Higgins. GAW Miners and the Disappearing $20 Paycoin Floor. Jan 07, 2015. Available at https://www.coindesk.com/gaw-miners-paycoin-disappearing-20-floor

# Appendix B: Curriculum Vitae for Arvind Narayanan

arvindn@cs.princeton.edu                                    http://randomwalker.info/
609-258-9302                                                @random_walker

Associate Professor, Department of Computer Science, Princeton University.
Affiliate Faculty member, Center for Information Technology Policy, Princeton University.
Affiliate Faculty member, Bendheim Center for Finance, Princeton University.
Affiliate Scholar, Center for Internet and Society, Stanford Law School.

## 1. *Education and work history*

- Associate Professor, Department of Computer Science, Princeton University, Jul 2018 – present.
- Assistant Professor, Department of Computer Science, Princeton University, Sep 2012 – Jun 2018.
- Postdoctoral fellow, Department of Computer Science, Stanford University, Jun 2009 – Aug 2012.
  Advisor: Dan Boneh.
- Ph.D., Computer Science, The University of Texas at Austin, Aug 2004 – May 2009.
  Advisor: Vitaly Shmatikov.
- Summer internship. SRI International, Palo Alto CA 2007.
- Summer internship. Microsoft Research, Mountain View CA 2006.
- M.Tech, Computer Science, Indian Institute of Technology, Madras, India. Dual degree, 1999-2004.
- B. Tech, Computer Science, Indian Institute of Technology, Madras, India. Dual degree, 1999-2004.

## 2. *Research advisees*

- Kevin Lee, PhD, 2018 –
- Elena Lucherini, Ph.D., 2018 –
- Claudia Roberts, Ph.D., 2018 –
- Gunes Acar, CITP postdoctoral fellow, 2017 – 2019.
- Arunesh Mathur, Ph.D., 2017 –
- Malte Möser, Ph.D., 2016 –
- Claudia Roberts, MSE, 2016 – 2018.
- Aylin Caliskan, CITP postdoctoral fellow, 2015 – 2018
  Current position: Assistant professor, George Washington University
- Miles Carlsten, MSE, 2014 – 2016.
- Shivam Agarwal, MSE, 2014 – 2016.
- Paul Ellenbogen, Ph.D., 2014 –
- Harry Kalodner, Ph.D., 2014 –
- Solon Barocas, CITP postdoctoral fellow, 2014 – 2016.
  Current position: Assistant Professor, Cornell.

- Joseph Bonneau, CITP postdoctoral fellow, 2014 – 2015.
  Current position: Assistant Professor, NYU.
- Steven Englehardt. Ph.D., 2013 – 2018.
  Current position: Privacy engineer, Mozilla Inc.
- Steven Goldfeder. Ph.D., 2013 – 2018.
  Current position: postdoctoral researcher, Cornell University.
- Peter Zimmerman. MSE, 2013 – 2015.
- Christian G. Eubank. MSE, 2012 – 2014.

## 3. *Publications*

### Books, book chapters

- <u>Arvind Narayanan</u>, Dillon Reisman.
  *The Princeton Web Transparency and Accountability Project*.
  In "Transparent data mining for Big and Small Data". Editors: Tania Cerquitelli, Daniele Quercia, and Frank Pasquale. Springer 2017.
- <u>Arvind Narayanan</u>, Joseph Bonneau, Edward W. Felten, Andrew Miller, Steven Goldfeder.
  *Bitcoin and Cryptocurrency Technologies: A Comprehensive Introduction*.
  Princeton University Press 2016.
  **Runner up for the 2017 PROSE Award in Computing and Information Sciences, Association of American Publishers.**
- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *Uncircumventable Enforcement of Privacy Policies via Cryptographic Obfuscation*.
  In "Digital Privacy: Theory, Technologies and Practices". Editors: A. Acquisti, S. Di Vimercati, S. Gritzalis, and C. Lambrinoudakis. Auerbach Publications 2007.

### Refereed articles in journals, conferences, workshops

- Arunesh Mathur, Gunes Acar, Michael Friedman, Elena Lucherini, Jonathan Mayer, Marshini Chetty, <u>Arvind Narayanan</u>.
  *Dark Patterns at Scale: Findings from a Crawl of 11K Shopping Websites*.
  ACM Conference on Computer-Supported Cooperative Work and Social Computing 2019.
- Rob van Eijk, Hadi Asghari, Philipp Winter, <u>Arvind Narayanan</u>.
  *The Impact of User Location on Cookie Notices (Inside and Outside of the European Union)*.
  Workshop on Technology and Consumer Protection (ConPro) 2019.
- Jonah Brown-Cohen, <u>Arvind Narayanan</u>, Christos-Alexandros Psomas, S. Matthew Weinberg.
  *Formal Barriers to Longest-Chain Proof-of-Stake Protocols*.
  ACM Conference on Economics and Computation 2019.
- Noah Apthorpe, Danny Yuxing Huang, Dillon Reisman, <u>Arvind Narayanan</u>, Nick Feamster.
  *Keeping the Smart Home Private with Smart(er) IoT Traffic Shaping*.
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2019.

- Ian Lundberg, <u>Arvind Narayanan</u>, Karen E. C. Levy, Matthew J. Salganik.
  *Privacy, ethics, and high-dimensional social science data: A case study of the Fragile Families Challenge.*
  Forthcoming in a special issue of *Socius*.
- Arunesh Mathur, Jessica Vitak, <u>Arvind Narayanan</u>, Marshini Chetty.
  *Characterizing the Use of Browser-Based Blocking Extensions To Prevent Online Tracking*.
  Symposium on Usable Privacy and Security (SOUPS) 2018.
- Gunes Acar, Danny Yuxing Huang, Frank Li, <u>Arvind Narayanan</u>, Nick Feamster.
  Web-based Attacks to Discover and Control Local IoT Devices.
  ACM SIGCOMM Workshop on IoT Security and Privacy, 2018.
- Steven Goldfeder, Harry Kalodner, Dillon Reisman, <u>Arvind Narayanan</u>.
  *When the cookie meets the blockchain: Privacy risks of web payments via cryptocurrencies.*
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2018.
- Arunesh Mathur, <u>Arvind Narayanan</u>, Marshini Chetty.
  *Endorsements on Social Media: An Empirical Study of Affiliate Marketing Disclosures on YouTube and Pinterest.*
  ACM Conference on Computer-Supported Cooperative Work and Social Computing (CSCW) 2018.
  **Best paper award.**
- Malte Möser, Kyle Soska, Ethan Heilman, Kevin Lee, Henry Heffan, Shashvat Srivastava, Kyle Hogan, Jason Hennessey, Andrew Miller, <u>Arvind Narayanan</u>, Nicolas Christin.
  *An Empirical Analysis of Linkability in the Monero Blockchain*.
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2018.
- Aylin Caliskan-Islam, Fabian Yamaguchi, Edwin Dauber, Richard Harang, Konrad Rieck, Rachel Greenstadt, <u>Arvind Narayanan</u>.
  *When coding style survives compilation: De-anonymizing programmers from executable binaries*.
  Network and Distributed Systems Security Symposium (NDSS) 2018.
- Steven Englehardt, Jeffrey Han, <u>Arvind Narayanan</u>.
  *I never signed up for this! Privacy implications of email tracking.*
  Proceedings of the Privacy Enhancing Technologies Symposium (PETS) 2018.
- Aylin Caliskan, Joanna J. Bryson, <u>Arvind Narayanan</u>.
  *Semantics derived automatically from language corpora contain human-like biases.*
  Science 2017.
- Lukasz Olejnik, Steven Englehardt, <u>Arvind Narayanan</u>.
  *Battery Status Not Included: Assessing Privacy in Web Standards*.
  International Workshop on Privacy Engineering 2017.
  **Best paper award.**
- Steven Goldfeder, Joseph Bonneau, Rosario Gennaro, <u>Arvind Narayanan</u>.
  *Escrow protocols for cryptocurrencies: How to buy physical goods using Bitcoin*.
  Financial Cryptography and Data Security 2017.
- Matthew Zook, Solon Barocas, danah boyd, Kate Crawford, Emily Keller, Seeta Peña Gangadharan, Alyssa Goodman, Rachelle Hollander, Barbara A. Koenig, Jacob Metcalf, <u>Arvind Narayanan</u>, Alondra Nelson, Frank Pasquale.

*Ten simple rules for responsible big data research.*
PLoS Computational Biology 2017.

- Jessica Su, Ansh Shukla, Sharad Goel, <u>Arvind Narayanan</u>.
  *De-anonymizing Web Browsing Data with Social Networks.*
  International World Wide Web Conference (WWW) 2017.

- Steven Goldfeder, Joseph Bonneau, Rosario Gennaro, <u>Arvind Narayanan</u>.
  *Escrow protocols for cryptocurrencies: How to buy physical goods using Bitcoin.*
  Financial Cryptography 2017.

- Steven Englehardt, <u>Arvind Narayanan</u>.
  *Online tracking: A 1-million-site measurement and analysis.*
  ACM Conference on Computer and Communications Security 2016.
  **Future of Privacy Forum Privacy Papers for Policy Makers Award.**

- Miles Carlsten, Harry Kalodner, S. Matthew Weinberg, <u>Arvind Narayanan</u>.
  *On the instability of Bitcoin without the block reward.*
  ACM Conference on Computer and Communications Security 2016.

- Rosario Gennaro, Steven Goldfeder, <u>Arvind Narayanan</u>.
  *Threshold-optimal DSA/ECDSA signatures and an application to Bitcoin wallet security.*
  Applied Cryptography and Network Security 2016.

- Aylin Caliskan-Islam, Richard Harang, Andrew Liu, <u>Arvind Narayanan</u>, Clare Voss, Fabian Yamaguchi, Rachel Greenstadt.
  *De-anonymizing Programmers via Code Stylometry.*
  Usenix Security Symposium 2015.

- Harry Kalodner, Miles Carlsten, Paul Ellenbogen, Joseph Bonneau, <u>Arvind Narayanan</u>.
  *An empirical study of Namecoin and lessons for decentralized namespace design.*
  Workshop on the Economics of Information Security (WEIS) 2015.

- <u>Arvind Narayanan</u>, Bendert Zevenbergen.
  *No Encore for Encore? Ethical Questions for Web-Based Censorship Measurement.*
  Technology Science 2015.

- Joseph Bonneau, Andrew Miller, Jeremy Clark, Joshua Kroll, Edward W. Felten, <u>Arvind Narayanan</u>.
  *Research Perspectives and Challenges for Bitcoin and Cryptocurrencies.*
  IEEE Security & Privacy 2015.

- <u>Arvind Narayanan</u>, Joanna Huey, Edward Felten.
  *A Precautionary Approach to Big Data Privacy.*
  Computers, Privacy & Data Protection 2015.
  **Future of Privacy Forum Privacy Papers for Policy Makers Award.**

- Steven Englehardt, Dillon Reisman, Christian Eubank, Peter Zimmerman, Jonathan Mayer, Edward Felten, <u>Arvind Narayanan</u>.
  *Cookies that give you away: The surveillance implications of web tracking.*
  International World Wide Web Conference (WWW) 2015.

- Gunes Acar, Christian Eubank, Steven Englehardt, Marc Juarez, <u>Arvind Narayanan</u>, Claudia Diaz.
  *The Web never forgets: Persistent tracking mechanisms in the wild.*
  ACM Conference on Computer and Communications Security (CCS) 2014.

- Yaniv Erlich, <u>Arvind Narayanan</u>.
  *Routes for breaching and protecting genetic privacy*.
  Nature Reviews Genetics, 2014.
- Jeremy Clark, Joseph Bonneau, Edward W. Felten, Joshua Kroll, Andrew Miller, <u>Arvind Narayanan</u>.
  *On Decentralizing Prediction Markets and Order Books*.
  Workshop on the Economics of Information Security (WEIS) 2014.
- Joseph Bonneau, <u>Arvind Narayanan</u>, Andrew Miller, Jeremy Clark, Joshua Kroll, Edward W. Felten.
  *Mixcoin: Anonymity for Bitcoin with accountable mixes*.
  Financial Cryptography 2014.
- <u>Arvind Narayanan</u>.
  Privacy technologies: An annotated syllabus.
  HotPETS 2013.
- Christian Eubank, Marcela Melara, Diego Perez-Botero, <u>Arvind Narayanan</u>.
  *Shining the Floodlights on Mobile Web Tracking — A Privacy Survey*.
  Web 2.0 Security & Privacy (W2SP) 2013.
- Suman Jana, <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *A Scanner Darkly: Protecting User Privacy from Perceptual Applications*.
  In IEEE Security and Privacy 2013.
  **2014 Privacy Enhancing Technologies Award.**
- <u>Arvind Narayanan</u>, Vincent Toubiana, Solon Barocas, Helen Nissenbaum, Dan Boneh.
  *A Critical Look at Decentralized Personal Data Architectures*.
  Data Usage Management on the Web (DUMW) workshop 2012.
- <u>Arvind Narayanan</u>, Hristo Paskov, Neil Gong, John Bethencourt, Richard Shin, Emil Stefanov, Dawn Song.
  *On the Feasibility of Internet-scale Author Identification*.
  IEEE Security & Privacy 2012.
- <u>Arvind Narayanan</u>, Elaine Shi, Benjamin I. P. Rubinstein.
  *Link Prediction by De-anonymization: How We Won the Kaggle Social Network Challenge*.
  International Joint Conference on Neural Networks (IJCNN) 2011.
- Joseph A. Calandrino, <u>Arvind Narayanan</u>, Ann Kilzer, Edward W. Felten, Vitaly Shmatikov.
  *You Might Also Like: Privacy Risks of Collaborative Filtering*.
  IEEE Security & Privacy 2011.
- <u>Arvind Narayanan</u>, Narendran Thiagarajan, Mugdha Lakhani, Mike Hamburg, Dan Boneh.
  *Location Privacy via Private Proximity Testing*.
  Network and Distributed Systems Security Symposium (NDSS) 2011.
  **Distinguished paper award.**
- <u>Arvind Narayanan</u>, Vincent Toubiana, Dan Boneh, Helen Nissenbaum and Solon Barocas.
  *Adnostic: Privacy Preserving Targeted Advertising*.
  Network and Distributed Systems Security Symposium (NDSS) 2010.
- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *De-anonymizing Social Networks*.
  IEEE Security & Privacy 2009.

- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *Robust De-anonymization of Large Sparse Datasets*.
  IEEE Security & Privacy 2008.
  **2008 Privacy Enhancing Technologies Award**.
  **2019 IEEE Security & Privacy Test of Time Award.**
- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *Obfuscated Databases and Group Privacy*.
  ACM Conference on Computer and Communications Security (CCS) 2005.
- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *Fast Dictionary Attacks on Passwords Using Time-Space Tradeoff*.
  ACM Conference on Computer and Communications Security (CCS) 2005.
- Kannan Srinathan, <u>Arvind Narayanan</u>, C. Pandu Rangan.
  *Optimal Perfectly Secure Message Transmission*.
  Advances in Cryptology – CRYPTO 2004.
- Vinod Vaikuntanathan, <u>Arvind Narayanan</u>, Kannan Srinathan, C. Pandu Rangan, Kwangjo Kim.
  *On the power of Computational Secret Sharing*.
  Indocrypt 2003.
- <u>Arvind Narayanan</u>, C. Pandu Rangan, Kwangjo Kim.
  *Practical Pay TV Schemes*.
  Australasian Conference on Information Security and Privacy (ACISP) 2003.

## Invited articles, magazine articles, surveys, essays

- <u>Arvind Narayanan</u>, Jeremy Clark.
  *Bitcoin's academic pedigree*.
  Communications of the ACM, 2017.
- <u>Arvind Narayanan</u>, Jeremy Clark.
  *Bitcoin's academic pedigree*.
  ACM Queue, 2017.
- Andrew Miller, <u>Arvind Narayanan</u>.
  *Research for Practice: Cryptocurrencies, Blockchains, and Smart Contracts*.
  ACM Queue, 2016.
- <u>Arvind Narayanan</u>, Shannon Vallor.
  *Why software engineering courses should include ethics coverage*.
  Communications of the ACM, 2014.
- Solon Barocas, Seda Guerses, <u>Arvind Narayanan</u>, Vincent Toubiana.
  *Unlikely Outcomes? A Distributed Discussion on the Prospects and Promise of Decentralized Personal Data Architectures*.
  Institute of Network Cultures Reader series 2013.
- <u>Arvind Narayanan</u>.
  *What Happened to the Crypto Dream?*
  IEEE Security and Privacy Magazine 2013.

- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  *Myths and Fallacies of Personally Identifiable Information.*
  Communications of the ACM, June 2010.
- <u>Arvind Narayanan</u>, Kannan Srinathan, C. Pandu Rangan.
  *Perfectly Reliable Message Transmission.*
  Information Processing Letters 100:1, pages 23–28, 2006.

## Other: Unrefereed articles, tech reports, expert reports, PhD theses

- <u>Arvind Narayanan</u>, Vitaly Shmatikov.
  Robust de-anonymization of large sparse datasets: a decade later. 2019.
- <u>Arvind Narayanan</u>, Malte Möser.
  *Obfuscation in Bitcoin: Techniques and Politics.*
  International Workshop on Obfuscation: Science, Technology, and Theory, 2017.
- Harry Kalodner, Steven Goldfeder, Alishah Chator, Malte Möser, <u>Arvind Narayanan</u>.
  *BlockSci: Design and applications of a blockchain analysis platform.* 2017.
- Noah Apthorpe, Dillon Reisman, Srikanth Sundaresan, <u>Arvind Narayanan</u>, and Nick Feamster.
  *Spying on the Smart Home: Privacy Attacks and Defenses on Encrypted IoT Traffic.* 2017.
- Grant Storey, Dillon Reisman, Jonathan Mayer, <u>Arvind Narayanan</u>.
  *The future of ad blocking: An analytical framework and new techniques.* 2017.
- Steven Englehardt, Christian Eubank, Peter Zimmerman, Dillon Reisman, <u>Arvind Narayanan</u>.
  *Web Privacy Measurement: Scientific principles, engineering platform, and new results.* 2014.
- <u>Arvind Narayanan</u>, Edward W. Felten.
  *No silver bullet: De-identification still doesn't work.* 2014.
- Jonathan Mayer, <u>Arvind Narayanan</u>.
  *Privacy Substitutes.*
  66 Stanford Law Review Online 89. 2013.
- Claude Castellucia, <u>Arvind Narayanan</u>.
  *Privacy considerations of online behavioural tracking.*
  European Network and Information Security Agency (ENISA) special report 2012.
- Jonathan Mayer, <u>Arvind Narayanan</u>, Sid Stamm.
  *Do Not Track: A Universal Third-Party Web Tracking Opt Out.*
  IETF Internet Draft. 2011.
- <u>Arvind Narayanan</u>.
  *Data Privacy: The Non-Interactive Setting.*
  University of Texas at Austin Dissertation Series. Proquest, UMI Dissertation Publishing, 2009.
- <u>Arvind Narayanan</u>, Ilya Mironov.
  *Domain Extensions for Random Oracles: Beyond the Birthday-paradox Bound.*
  Proceedings of the ECRYPT Hash Workshop 2007.

## 4. *Teaching*

- Spring 2019.
  COS 226: Algorithms and Data Structures.
- Fall 2018.
  COS 432: Information Security.
- Spring 2018.
  COS 534: Fairness in Machine Learning.
- Fall 2017.
  COS 597E: Advanced Topics in Computer Science: Fairness in Machine Learning.
- Spring 2017.
  Independent work seminar: Measuring the societal impact of technology.
- Fall 2016.
  Independent work seminar: Bitcoin, Blockchains, and Smart Contracts.
- Spring 2016.
  COS 226: Data Structures and Algorithms.
- Fall 2015 – present.
  Bitcoin and cryptocurrency technologies *(Coursera)*.
  Total learners: 322,000 as of 2018.
- Fall 2015-16.
  COS 432: Information Security.
- Fall 2014-15.
  COS 597E. Advanced Topics in Computer Science: Bitcoin and cryptocurrency technologies.
- Spring 2014.
  COS 598B. Advanced Topics in Computer Science: Privacy Technologies.
- Fall 2013-14.
  COS 432: Information Security.
- Spring 2013.
  COS 226: Data Structures and Algorithms. Co-taught with Dr. Josh Hug.
- Fall 2012-13.
  COS 597D. Advanced Topics in Computer Science: Privacy Technologies.
  FRS 125. Freshman Seminar: Friending, Following, Finding. Co-taught with Prof. Andrea LaPaugh.

## 5. *Research grants*

- NSF Award CNS-1739809.
  *Detecting and Controlling Unwanted Data Flows in the Internet of Things.* 2018-2022.
- NSF Award IIS-1763642.
  *Recognizing, Mitigating and Governing Bias in AI.* 2018-2022.
- Ripple Inc. University Blockchain Research Initiative Award, 2018-2022.
- Yang family Princeton SEAS innovation research grant, 2018.

- NSF Award IIS-1704444.
  *Pervasive Data Ethics for Computational Research*. 2017-2021.
- Keys / Emerson Electric Junior Faculty Award, 2017.
- NSF Award CNS-1651938.
  *CAREER: Measurement, Analysis, and Novel Applications of Blockchains*. 2017-2022.
- Mozilla Research Grant, 2016.
- NSF Award CNS-1526353.
  *Online tracking: Threat Detection, Measurement and Response*. 2015-2018.
- Data Transparency Lab Research Grant, 2015.
- Google Faculty Research Award, 2015.
- NSF Award CNS-1421689.
  *Addressing the challenges of cryptocurrencies: Security, anonymity, stability*. 2014-2018.

## 6. *Program Committees*

- Conference on Fairness, Accountability, and Transparency (FAT*) 2020.
- USENIX Enigma 2019.
- Conference on Fairness, Accountability, and Transparency (FAT*) 2019.
- Privacy Enhancing Technologies Symposium (PETS) 2019.
- Northeast Privacy Scholars Workshop 2018.
- Workshop on Technology and Consumer Protection (ConPro) 2018 (co-chair).
- Workshop on the Economics of Information Security (WEIS) 2018.
- IEEE S&P (Oakland) 2018.
- Privacy Enhancing Technologies Symposium (PETS) 2018.
- Northeast Privacy Scholars Workshop 2017.
- Fairness, Accountability, and Transparency in Machine Learning (FAT-ML) 2017
- CVPR workshop on Privacy and Security 2017.
- Workshop on Technology and Consumer Protection (ConPro) 2017 (co-chair).
- Financial Cryptography 2017.
- Workshop on the Economics of Information Security (WEIS) 2017.
- Privacy Enhancing Technologies Symposium (PETS) 2017.
- Workshop on Data and Algorithmic Transparency 2016 (co-chair).
- Usenix Security Symposium 2016.
- ACM Conference on Computer and Communications Security (CCS) 2016.
- Workshop on Bitcoin and Blockchain Research 2016.
- Workshop on the Economics of Information Security (WEIS) 2016.
- ACM Conference on Computer and Communications Security (CCS) 2015.
- Workshop on Privacy and Inference 2015.
- IEEE Security & Privacy (Oakland) 2015.
- Privacy Enhancing Technologies Symposium (PETS) 2014.
- Workshop on the Economics of Information Security (WEIS) 2014.

- Financial Cryptography 2014.
- Hot Topics in Privacy Enhancing Technologies (HotPETs) 2013.
- World Wide Web Conference (Security, Privacy, Trust, and Abuse) 2013.
- IEEE Security & Privacy (Oakland) 2013.
- W3C "Do Not Track and Beyond" Workshop 2012.
- IEEE Security & Privacy (Oakland) 2012.
- Security and Social Networking (SESOC) workshop 2012.
- Privacy Enhancing Technologies Symposium (PETS) 2012.
- Workshop on Artificial Intelligence and Security (AISEC) 2011.
- ACM Conference on Computer and Communications Security (CCS) 2011.
- USENIX Workshop on Health Security and Privacy (HealthSec) 2011.
- Privacy Enhancing Technologies Symposium (PETS) 2011.

## 7. *Conferences organized*

- Workshop on Technology and Consumer Protection (ConPro). San Francisco, May 2019.
  Co-organizer: Joseph Calandrino.
- Workshop on Technology and Consumer Protection (ConPro). San Jose, May 2018.
  Co-organizer: Joseph Calandrino.
- CITP Conference on Ethics of Computer Science Research. Princeton University, May 2017.
  Co-organizer: Ben Zevenbergen.
- Dagstuhl Seminar 17162: Online Privacy and Web Transparency. Saarland, Germany, April 2017.
  Co-organizers: Nataliia Bielova, Nikolaos Laoutaris, Nick Nikiforakis.
- Workshop on Technology and Consumer Protection (ConPro). San Jose, May 2017.
  Co-organizer: Joseph Calandrino.
- Workshop on Data and Algorithmic Transparency. New York City, Nov 2016.
  Co-organizer: Alan Mislove.
- Web Transparency and Accountability Conference. Princeton University, October 2014.
  Co-organizer: Solon Barocas.
- Bitcoin and Cryptocurrency Research Conference. Princeton University, March 2014.
  Co-organizer: Edward Felten.
- "Accelerate Genomic Research with Privacy Protections" workshop. Banbury Center, Dec 2013.
  Co-organizers: Yaniv Erlich, Bob Kain.

## 8. *Advisory boards, Editorial boards, Award committees, Steering committees*

- Advisory Board for the Blockstack Token Fund, 2018.
- Steering Committee for the Conference on Fairness, Accountability, and Transparency 2017 – 2019.
- Acceptable Ads Committee, ongoing.
- Fragile Families Challenge Advisory Board, 2017.
- Journal of Technology Science Editorial Board, 2015 – 2017.

- Data Transparency Lab Grants Program Research Committee, 2015.
- Council for Big Data, Ethics and Society.
  (Advisory council for NSF Big Data projects, funded by an NSF EAGER.)
- Privacy Enhancing Technologies Award Committee, 2014.
- Stanford Cookie Clearinghouse Advisory Board.
- Heritage Health Prize Advisory Board.
  ($3MM machine-learning prize for improving healthcare predictions.)
- NIH Distinguished Advisory Board for Silent Spring Institute−Harvard−Brown grant (R01 ES021726):
  "Data Sharing and Privacy Protection in Digital-Age Environmental Health Studies."

## 9. *Selected press*

- *How E-Commerce Sites Manipulate You Into Buying Things You May Not Want*
  New York Times, Jun 24, 2019
- *PewDiePie and Other Vloggers Fail to Disclose Adverts*
  The Times (London), Mar 28, 2018
- *Cryptocurrencies Come to Campus*
  New York Times, Feb 08, 2018
- *Exercise App Shows Why Anonymous Data Can Still Be Dangerous*
  CBC Radio, Feb 02, 2018
- *More Than 480 Web Firms Record 'Every Keystroke'.*
  BBC News, Nov 21, 2017.
- *AI programs exhibit racial and gender biases, research reveals.*
  The Guardian, Apr 13, 2017.
- *Online Trackers Follow Our Digital Shadow by 'Fingerprinting' Browsers, Devices.*
  All Things Considered (NPR), Sep 26, 2016.
- *Browser 'Fingerprints' Help Track Users.*
  BBC News, Jul 22, 2014.
- *Meet the Online Tracking Device That Is Virtually Impossible to Block.*
  ProPublica, Jul 21, 2014.
- *Arvind Narayanan Isn't Anonymous, and Neither Are You.*
  WIRED, Jun 18, 2012.
- *The End of Anonymous Commenting.*
  On the Media (NPR), Mar 02, 2012.
- *The Privacy Challenge in Online Prize Contests.*
  NYTimes Bits blog, May 21, 2011.
- *Do Not Track Me Online, Please.*
  CBC News, Mar 22, 2011.
- *How Privacy Vanishes Online, a Bit at a Time.*
  New York Times, Mar 17, 2010.
- *Social Sites Dent Privacy Efforts.*
  BBC News, Mar 27, 2009.

## 10. *Awards and honors*

### National and international awards

- 2019 Presidential Early Career Award for Scientists and Engineers (PECASE).
- 2019 IEEE Security & Privacy Test of Time Award.
- [Runner up] 2017 PROSE Award in Computing and Information Sciences, Assoc. of American Publishers.
- 2016 Future of Privacy Forum Privacy Papers for Policy Makers Award.
- 2015 Future of Privacy Forum Privacy Papers for Policy Makers Award.
- 2014 Privacy Enhancing Technologies Award.
- 2008 Privacy Enhancing Technologies Award.

### Princeton awards

- 2018 Princeton Engineering Commendation List for Outstanding Teaching.
- 2017 School of Engg. & Applied Science Emerson/Keys Faculty Advancement Award.
- 2016 Engineering Council Excellence in Teaching Award.
- 2015 Center for Information Policy seed grant.

### Other awards and honors

- Winner of the 2011 Kaggle/IJCNN Social Network Challenge (2011).
- 2004 MCD Fellowship at UT Austin.
- 1999 International Mathematical Olympiad (IMO) Silver medal.

### Student awards and honors

- Claudia Roberts.
  2018 National Defense Science and Engineering Graduate (NDSEG) Fellowship.
- Aylin Caliskan.
  2017 Rising Stars Invitee.
- Steven Englehardt.
  2017 – 2018 Harold W. Dodds Fellowship.
- Claudia Roberts.
  2017 Siebel scholarship.
- Shivam Agarwal.
  2015 Siebel scholarship.
- Steven Goldfeder.
  2014 – 2018 NSF Graduate Research Fellowship.
- Dillon Reisman.
  2014 Sigma Xi book award.

**Expert Testimony**

- Expert witness for plaintiffs in *FTC vs. Butterfly Labs (District Court Western District of Missouri.)*
  I testified at a preliminary injunction hearing on Nov 24, 2014.

- Expert witness for plaintiffs *In Re: Tropicana Orange Juice Marketing and Sales Practices Litigation -- MDL 2353 (District Court D.N.J.).*
  I testified at a deposition on Dec 18, 2015.