# EXHIBIT B

# Arvind Narayanan

arvindn@cs.princeton.edu https://www.cs.princeton.edu/~arvindn/

Associate Professor, Department of Computer Science, Princeton University.
Affiliate Faculty member, Center for Information Technology Policy, Princeton University.

## 1. *Education and work history*

- Associate Professor, Department of Computer Science, Princeton University, Jul 2018 – present.
- Assistant Professor, Department of Computer Science, Princeton University, Sep 2012 – Jun 2018.
- Postdoctoral fellow, Department of Computer Science, Stanford University, Jun 2009 – Aug 2012. Advisor: Dan Boneh.
- Ph.D., Computer Science, The University of Texas at Austin, Aug 2004 – May 2009. Advisor: Vitaly Shmatikov.
- Summer internship. SRI International, Palo Alto CA 2007.
- Summer internship. Microsoft Research, Mountain View CA 2006.
- M.Tech, Computer Science, Indian Institute of Technology, Madras, India. Dual degree, 1999-2004.
- B. Tech, Computer Science, Indian Institute of Technology, Madras, India. Dual degree, 1999-2004.

## 2. *Research advisees*

- Sayash Kapoor, Ph.D., 2021 –
- Matthew Sun, Ph.D., 2020 –
- Carsten Schwemmer, CITP postdoctoral fellow, 2019 – 2020.
- Kevin Lee, Ph.D., 2018 –
- Eli Lucherini (formerly Elena Lucherini), Ph.D., 2018 –
- Claudia Roberts, Ph.D., 2018 –
- Gunes Acar, CITP postdoctoral fellow, 2017 – 2019.
- Arunesh Mathur, CITP postdoctoral fellow, 2019 – 2021.
- Malte Möser, Ph.D., 2016 –
- Claudia Roberts, MSE, 2016 – 2018.
- Aylin Caliskan, CITP postdoctoral fellow, 2015 – 2018.
- Miles Carlsten, MSE, 2014 – 2016.
- Shivam Agarwal, MSE, 2014 – 2016.
- Paul Ellenbogen, Ph.D., 2014 –
- Harry Kalodner, Ph.D., 2014 –
- Solon Barocas, CITP postdoctoral fellow, 2014 – 2016.
- Joseph Bonneau, CITP postdoctoral fellow, 2014 – 2015.

- Steven Englehardt. Ph.D., 2013 – 2018.
- Steven Goldfeder. Ph.D., 2013 – 2018.
- Peter Zimmerman. MSE, 2013 – 2015.
- Christian G. Eubank. MSE, 2012 – 2014.

## 3. *Publications*

### Books, book chapters

- Arvind Narayanan, Dillon Reisman.
  *The Princeton Web Transparency and Accountability Project*.
  In "Transparent data mining for Big and Small Data". Editors: Tania Cerquitelli, Daniele Quercia, and Frank Pasquale. Springer 2017.
- Arvind Narayanan, Joseph Bonneau, Edward W. Felten, Andrew Miller, Steven Goldfeder.
  *Bitcoin and Cryptocurrency Technologies: A Comprehensive Introduction*.
  Princeton University Press 2016.
  **Runner up for the 2017 PROSE Award in Computing and Information Sciences, Association of American Publishers.**
- Arvind Narayanan, Vitaly Shmatikov.
  *Uncircumventable Enforcement of Privacy Policies via Cryptographic Obfuscation*.
  In "Digital Privacy: Theory, Technologies and Practices". Editors: A. Acquisti, S. Di Vimercati, S. Gritzalis, and C. Lambrinoudakis. Auerbach Publications 2007.

### Refereed articles in journals, conferences, workshops

- Shaanan Cohney, Ross Teixeira, Anne Kohlbrenner, Arvind Narayanan, Mihir Kshirsagar, Yan Shvartzshnaider, Madelyn Sanfilippo.
  *Virtual Classrooms and Real Harms*.
  Symposium on Usable Privacy and Security (SOUPS) 2021.
- Ryan Amos, Gunes Acar, Elena Lucherini, Mihir Kshirsagar, Arvind Narayanan, Jonathan Mayer.
  *Privacy Policies over Time: Curation and Analysis of a Million-Document Dataset*.
  The Web Conference 2021.
- Angelina Wang, Arvind Narayanan, Olga Russakovsky.
  *REVISE: A Tool for Measuring and Mitigating Bias in Image Datasets*.
  European Conference on Computer Vision (ECCV) 2020.
  **Spotlight presentation.**
- Gunes Acar, Steven Englehardt, Arvind Narayanan.
  *No boundaries: data exfiltration by third parties embedded on web pages*.
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2020.
  **Runner up for the 2020 CNIL-Inria Award for Privacy Protection.**
- Arvind Narayanan, Arunesh Mathur, Marshini Chetty, Mihir Kshirsagar.
  *Dark Patterns: Past, Present, and Future*.
  ACM Queue, 2020. (Also appeared in CACM, 2020.)

- Kevin Lee, Ben Kaiser, Jonathan Mayer, Arvind Narayanan.
  *An Empirical Study of Wireless Carrier Authentication for SIM Swaps*.
  Symposium on Usable Privacy and Security (SOUPS) 2020.
- Matthew J. Salganik et al.
  Measuring the predictability of life outcomes with a scientific mass collaboration.
  Proceedings of the National Academy of Sciences 2020.
- Harry Kalodner, Steven Goldfeder, Alishah Chator, Malte Möser, Arvind Narayanan.
  *BlockSci: Design and applications of a blockchain analysis platform*.
  Usenix Security Symposium, 2020.
- Hooman Mohajeri Moghaddam, Gunes Acar, Ben Burgess, Arunesh Mathur, Danny Yuxing Huang, Nick Feamster, Edward W. Felten, Prateek Mittal, Arvind Narayanan.
  *Watching You Watch: The Tracking Ecosystem of Over-the-Top TV Streaming Devices*.
  ACM Conference on Computer and Communications Security 2019.
- Arunesh Mathur, Gunes Acar, Michael Friedman, Elena Lucherini, Jonathan Mayer, Marshini Chetty, Arvind Narayanan.
  *Dark Patterns at Scale: Findings from a Crawl of 11K Shopping Websites*.
  ACM Conference on Computer-Supported Cooperative Work and Social Computing 2019.
  **Privacy Papers for Policy Makers Award.**
- Rob van Eijk, Hadi Asghari, Philipp Winter, Arvind Narayanan.
  *The Impact of User Location on Cookie Notices (Inside and Outside of the European Union)*.
  Workshop on Technology and Consumer Protection (ConPro) 2019.
- Jonah Brown-Cohen, Arvind Narayanan, Christos-Alexandros Psomas, S. Matthew Weinberg.
  *Formal Barriers to Longest-Chain Proof-of-Stake Protocols*.
  ACM Conference on Economics and Computation 2019.
- Noah Apthorpe, Danny Yuxing Huang, Dillon Reisman, Arvind Narayanan, Nick Feamster.
  *Keeping the Smart Home Private with Smart(er) IoT Traffic Shaping*.
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2019.
- Ian Lundberg, Arvind Narayanan, Karen E. C. Levy, Matthew J. Salganik.
  *Privacy, ethics, and high-dimensional social science data: A case study of the Fragile Families Challenge*.
  Socius 2019.
- Arunesh Mathur, Jessica Vitak, Arvind Narayanan, Marshini Chetty.
  *Characterizing the Use of Browser-Based Blocking Extensions To Prevent Online Tracking*.
  Symposium on Usable Privacy and Security (SOUPS) 2018.
- Gunes Acar, Danny Yuxing Huang, Frank Li, Arvind Narayanan, Nick Feamster.
  Web-based Attacks to Discover and Control Local IoT Devices.
  ACM SIGCOMM Workshop on IoT Security and Privacy, 2018.
- Steven Goldfeder, Harry Kalodner, Dillon Reisman, Arvind Narayanan.
  *When the cookie meets the blockchain: Privacy risks of web payments via cryptocurrencies*.
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2018.
- Arunesh Mathur, Arvind Narayanan, Marshini Chetty.
  *Endorsements on Social Media: An Empirical Study of Affiliate Marketing Disclosures on YouTube and*

*Pinterest*.
ACM Conference on Computer-Supported Cooperative Work and Social Computing (CSCW) 2018.
**Best paper award.**

- Malte Möser, Kyle Soska, Ethan Heilman, Kevin Lee, Henry Heffan, Shashvat Srivastava, Kyle Hogan, Jason Hennessey, Andrew Miller, Arvind Narayanan, Nicolas Christin.
  *An Empirical Analysis of Linkability in the Monero Blockchain*.
  Proceedings on Privacy Enhancing Technologies (PoPETs) 2018.
- Aylin Caliskan-Islam, Fabian Yamaguchi, Edwin Dauber, Richard Harang, Konrad Rieck, Rachel Greenstadt, Arvind Narayanan.
  *When coding style survives compilation: De-anonymizing programmers from executable binaries*.
  Network and Distributed Systems Security Symposium (NDSS) 2018.
- Steven Englehardt, Jeffrey Han, Arvind Narayanan.
  *I never signed up for this! Privacy implications of email tracking*.
  Proceedings of the Privacy Enhancing Technologies Symposium (PETS) 2018.
- Aylin Caliskan, Joanna J. Bryson, Arvind Narayanan.
  *Semantics derived automatically from language corpora contain human-like biases*.
  Science 2017.
- Lukasz Olejnik, Steven Englehardt, Arvind Narayanan.
  *Battery Status Not Included: Assessing Privacy in Web Standards*.
  International Workshop on Privacy Engineering 2017.
  **Best paper award.**
- Steven Goldfeder, Joseph Bonneau, Rosario Gennaro, Arvind Narayanan.
  *Escrow protocols for cryptocurrencies: How to buy physical goods using Bitcoin*.
  Financial Cryptography and Data Security 2017.
- Matthew Zook, Solon Barocas, danah boyd, Kate Crawford, Emily Keller, Seeta Peña Gangadharan, Alyssa Goodman, Rachelle Hollander, Barbara A. Koenig, Jacob Metcalf, Arvind Narayanan, Alondra Nelson, Frank Pasquale.
  *Ten simple rules for responsible big data research*.
  PLoS Computational Biology 2017.
- Jessica Su, Ansh Shukla, Sharad Goel, Arvind Narayanan.
  *De-anonymizing Web Browsing Data with Social Networks*.
  International World Wide Web Conference (WWW) 2017.
- Steven Goldfeder, Joseph Bonneau, Rosario Gennaro, Arvind Narayanan.
  *Escrow protocols for cryptocurrencies: How to buy physical goods using Bitcoin.*
  Financial Cryptography 2017.
- Steven Englehardt, Arvind Narayanan.
  *Online tracking: A 1-million-site measurement and analysis.*
  ACM Conference on Computer and Communications Security 2016.
  **Privacy Papers for Policy Makers Award.**
- Miles Carlsten, Harry Kalodner, S. Matthew Weinberg, Arvind Narayanan.
  *On the instability of Bitcoin without the block reward.*
  ACM Conference on Computer and Communications Security 2016.

- Rosario Gennaro, Steven Goldfeder, Arvind Narayanan.
  *Threshold-optimal DSA/ECDSA signatures and an application to Bitcoin wallet security.*
  Applied Cryptography and Network Security 2016.
- Aylin Caliskan-Islam, Richard Harang, Andrew Liu, Arvind Narayanan, Clare Voss, Fabian Yamaguchi, Rachel Greenstadt.
  *De-anonymizing Programmers via Code Stylometry.*
  Usenix Security Symposium 2015.
- Harry Kalodner, Miles Carlsten, Paul Ellenbogen, Joseph Bonneau, Arvind Narayanan.
  *An empirical study of Namecoin and lessons for decentralized namespace design.*
  Workshop on the Economics of Information Security (WEIS) 2015.
- Arvind Narayanan, Bendert Zevenbergen.
  *No Encore for Encore? Ethical Questions for Web-Based Censorship Measurement.*
  Technology Science 2015.
- Joseph Bonneau, Andrew Miller, Jeremy Clark, Joshua Kroll, Edward W. Felten, Arvind Narayanan.
  *Research Perspectives and Challenges for Bitcoin and Cryptocurrencies.*
  IEEE Security & Privacy 2015.
- Arvind Narayanan, Joanna Huey, Edward Felten.
  *A Precautionary Approach to Big Data Privacy.*
  Computers, Privacy & Data Protection 2015.
  **Privacy Papers for Policy Makers Award.**
- Steven Englehardt, Dillon Reisman, Christian Eubank, Peter Zimmerman, Jonathan Mayer, Edward Felten, Arvind Narayanan.
  *Cookies that give you away: The surveillance implications of web tracking.*
  International World Wide Web Conference (WWW) 2015.
- Gunes Acar, Christian Eubank, Steven Englehardt, Marc Juarez, Arvind Narayanan, Claudia Diaz.
  *The Web never forgets: Persistent tracking mechanisms in the wild.*
  ACM Conference on Computer and Communications Security (CCS) 2014.
- Yaniv Erlich, Arvind Narayanan.
  *Routes for breaching and protecting genetic privacy.*
  Nature Reviews Genetics, 2014.
- Jeremy Clark, Joseph Bonneau, Edward W. Felten, Joshua Kroll, Andrew Miller, Arvind Narayanan.
  *On Decentralizing Prediction Markets and Order Books.*
  Workshop on the Economics of Information Security (WEIS) 2014.
- Joseph Bonneau, Arvind Narayanan, Andrew Miller, Jeremy Clark, Joshua Kroll, Edward W. Felten.
  *Mixcoin: Anonymity for Bitcoin with accountable mixes.*
  Financial Cryptography 2014.
- Arvind Narayanan.
  Privacy technologies: An annotated syllabus.
  HotPETS 2013.
- Christian Eubank, Marcela Melara, Diego Perez-Botero, Arvind Narayanan.
  *Shining the Floodlights on Mobile Web Tracking — A Privacy Survey.*
  Web 2.0 Security & Privacy (W2SP) 2013.

- Suman Jana, Arvind Narayanan, Vitaly Shmatikov.
  *A Scanner Darkly: Protecting User Privacy from Perceptual Applications*.
  In IEEE Security and Privacy 2013.
  **Privacy Enhancing Technologies Award.**
- Arvind Narayanan, Vincent Toubiana, Solon Barocas, Helen Nissenbaum, Dan Boneh.
  *A Critical Look at Decentralized Personal Data Architectures*.
  Data Usage Management on the Web (DUMW) workshop 2012.
- Arvind Narayanan, Hristo Paskov, Neil Gong, John Bethencourt, Richard Shin, Emil Stefanov, Dawn Song.
  *On the Feasibility of Internet-scale Author Identification*.
  IEEE Security & Privacy 2012.
- Arvind Narayanan, Elaine Shi, Benjamin I. P. Rubinstein.
  *Link Prediction by De-anonymization: How We Won the Kaggle Social Network Challenge*.
  International Joint Conference on Neural Networks (IJCNN) 2011.
- Joseph A. Calandrino, Arvind Narayanan, Ann Kilzer, Edward W. Felten, Vitaly Shmatikov.
  *You Might Also Like: Privacy Risks of Collaborative Filtering*.
  IEEE Security & Privacy 2011.
- Arvind Narayanan, Narendran Thiagarajan, Mugdha Lakhani, Mike Hamburg, Dan Boneh.
  *Location Privacy via Private Proximity Testing*.
  Network and Distributed Systems Security Symposium (NDSS) 2011.
  **Distinguished paper award.**
- Arvind Narayanan, Vincent Toubiana, Dan Boneh, Helen Nissenbaum and Solon Barocas.
  *Adnostic: Privacy Preserving Targeted Advertising*.
  Network and Distributed Systems Security Symposium (NDSS) 2010.
- Arvind Narayanan, Vitaly Shmatikov.
  *De-anonymizing Social Networks*.
  IEEE Security & Privacy 2009.
- Arvind Narayanan, Vitaly Shmatikov.
  *Robust De-anonymization of Large Sparse Datasets*.
  IEEE Security & Privacy 2008.
  **Privacy Enhancing Technologies Award**.
  **IEEE Security & Privacy Test of Time Award.**
- Arvind Narayanan, Vitaly Shmatikov.
  *Obfuscated Databases and Group Privacy*.
  ACM Conference on Computer and Communications Security (CCS) 2005.
- Arvind Narayanan, Vitaly Shmatikov.
  *Fast Dictionary Attacks on Passwords Using Time-Space Tradeoff*.
  ACM Conference on Computer and Communications Security (CCS) 2005.
- Kannan Srinathan, Arvind Narayanan, C. Pandu Rangan.
  *Optimal Perfectly Secure Message Transmission*.
  Advances in Cryptology – CRYPTO 2004.

- Vinod Vaikuntanathan, Arvind Narayanan, Kannan Srinathan, C. Pandu Rangan, Kwangjo Kim.
  *On the power of Computational Secret Sharing*.
  Indocrypt 2003.
- Arvind Narayanan, C. Pandu Rangan, Kwangjo Kim.
  *Practical Pay TV Schemes*.
  Australasian Conference on Information Security and Privacy (ACISP) 2003.

## Invited articles, magazine articles, surveys, essays

- Arvind Narayanan, Jeremy Clark.
  *Bitcoin's academic pedigree*.
  Communications of the ACM, 2017.
- Arvind Narayanan, Jeremy Clark.
  *Bitcoin's academic pedigree*.
  ACM Queue, 2017.
- Andrew Miller, Arvind Narayanan.
  *Research for Practice: Cryptocurrencies, Blockchains, and Smart Contracts*.
  ACM Queue, 2016.
- Arvind Narayanan, Shannon Vallor.
  *Why software engineering courses should include ethics coverage*.
  Communications of the ACM, 2014.
- Solon Barocas, Seda Guerses, Arvind Narayanan, Vincent Toubiana.
  *Unlikely Outcomes? A Distributed Discussion on the Prospects and Promise of Decentralized Personal Data Architectures*.
  Institute of Network Cultures Reader series 2013.
- Arvind Narayanan.
  *What Happened to the Crypto Dream?*
  IEEE Security and Privacy Magazine 2013.
- Arvind Narayanan, Vitaly Shmatikov.
  *Myths and Fallacies of Personally Identifiable Information*.
  Communications of the ACM, June 2010.
- Arvind Narayanan, Kannan Srinathan, C. Pandu Rangan.
  *Perfectly Reliable Message Transmission*.
  Information Processing Letters 100:1, pages 23–28, 2006.

## Other: Unrefereed articles, tech reports, expert reports, PhD theses

- Solon Barocas, Moritz Hardt, Arvind Narayanan.
  *Fairness and machine learning: limitations and opportunities*.
  Manuscript, 2021. (Under contract with MIT press.)
- Kevin Lee, Arvind Narayanan.
  *Security and Privacy Risks of Number Recycling at Mobile Carriers in the United States*.
  Manuscript, 2021.

- Arunesh Mathur, Angelina Wang, Carsten Schwemmer, Maia Hamin, Brandon M. Stewart, Arvind Narayanan.
  *Manipulative tactics are the norm in political emails: Evidence from 100K emails from the 2020 U.S. election cycle.*
  Manuscript 2020.
- Malte Moeser, Arvind Narayanan.
  *Effective Cryptocurrency Regulation Through Blacklisting*. 2019.
- Arvind Narayanan, Vitaly Shmatikov.
  *Robust de-anonymization of large sparse datasets: a decade later*. 2019.
- Paul Ellenbogen, Arvind Narayanan.
  *Identification of anonymous DNA using genealogical triangulation*. 2019.
- Arvind Narayanan, Malte Möser.
  *Obfuscation in Bitcoin: Techniques and Politics*.
  International Workshop on Obfuscation: Science, Technology, and Theory, 2017.
- Noah Apthorpe, Dillon Reisman, Srikanth Sundaresan, Arvind Narayanan, and Nick Feamster.
  *Spying on the Smart Home: Privacy Attacks and Defenses on Encrypted IoT Traffic.* 2017.
- Grant Storey, Dillon Reisman, Jonathan Mayer, Arvind Narayanan.
  *The future of ad blocking: An analytical framework and new techniques.* 2017.
- Steven Englehardt, Christian Eubank, Peter Zimmerman, Dillon Reisman, Arvind Narayanan.
  *Web Privacy Measurement: Scientific principles, engineering platform, and new results*. 2014.
- Arvind Narayanan, Edward W. Felten.
  *No silver bullet: De-identification still doesn't work*. 2014.
- Jonathan Mayer, Arvind Narayanan.
  *Privacy Substitutes*.
  66 Stanford Law Review Online 89. 2013.
- Claude Castellucia, Arvind Narayanan.
  *Privacy considerations of online behavioural tracking*.
  European Network and Information Security Agency (ENISA) special report 2012.
- Jonathan Mayer, Arvind Narayanan, Sid Stamm.
  *Do Not Track: A Universal Third-Party Web Tracking Opt Out*.
  IETF Internet Draft. 2011.
- Arvind Narayanan.
  *Data Privacy: The Non-Interactive Setting*.
  University of Texas at Austin Dissertation Series. Proquest, UMI Dissertation Publishing, 2009.
- Arvind Narayanan, Ilya Mironov.
  *Domain Extensions for Random Oracles: Beyond the Birthday-paradox Bound.*
  Proceedings of the ECRYPT Hash Workshop 2007.

## 4. *Teaching*

- Spring 2021.
  COS 534: Fairness in machine learning.
- Fall 2020.
  COS 597E / SOC 555: Limits to Prediction.
- Spring 2019.
  COS 226: Algorithms and Data Structures.
- Fall 2018.
  COS 432: Information Security.
- Spring 2018.
  COS 534: Fairness in Machine Learning.
- Fall 2017.
  COS 597E: Advanced Topics in Computer Science: Fairness in Machine Learning.
- Spring 2017.
  Independent work seminar: Measuring the societal impact of technology.
- Fall 2016.
  Independent work seminar: Bitcoin, Blockchains, and Smart Contracts.
- Spring 2016.
  COS 226: Data Structures and Algorithms.
- Fall 2015 – present.
  Bitcoin and cryptocurrency technologies *(Coursera)*.
  Total learners: 322,000 as of 2018.
- Fall 2015-16.
  COS 432: Information Security.
- Fall 2014-15.
  COS 597E. Advanced Topics in Computer Science: Bitcoin and cryptocurrency technologies.
- Spring 2014.
  COS 598B. Advanced Topics in Computer Science: Privacy Technologies.
- Fall 2013-14.
  COS 432: Information Security.
- Spring 2013.
  COS 226: Data Structures and Algorithms. Co-taught with Dr. Josh Hug.
- Fall 2012-13.
  COS 597D. Advanced Topics in Computer Science: Privacy Technologies.
  FRS 125. Freshman Seminar: Friending, Following, Finding. Co-taught with Prof. Andrea LaPaugh.

## 5. *Research grants*

- NSF Award CNS-1739809.
  *Detecting and Controlling Unwanted Data Flows in the Internet of Things*. 2018-2022.

- NSF Award IIS-1763642.
  *Recognizing, Mitigating and Governing Bias in AI*. 2018-2022.
- Ripple Inc. University Blockchain Research Initiative Award, 2018-2022.
- Yang family Princeton SEAS innovation research grant, 2018.
- NSF Award IIS-1704444.
  *Pervasive Data Ethics for Computational Research*. 2017-2021.
- Keys / Emerson Electric Junior Faculty Award, 2017.
- NSF Award CNS-1651938.
  *CAREER: Measurement, Analysis, and Novel Applications of Blockchains*. 2017-2022.
- Mozilla Research Grant, 2016.
- NSF Award CNS-1526353.
  *Online tracking: Threat Detection, Measurement and Response.* 2015-2018.
- Data Transparency Lab Research Grant, 2015.
- Google Faculty Research Award, 2015.
- NSF Award CNS-1421689.
  *Addressing the challenges of cryptocurrencies: Security, anonymity, stability.* 2014-2018.

## 6. *Program Committees*

- Workshop on Technology and Consumer Protection (ConPro) 2021.
- Workshop on Technology and Consumer Protection (ConPro) 2020.
- Conference on Fairness, Accountability, and Transparency (FAT*) 2020.
- USENIX Enigma 2019.
- Conference on Fairness, Accountability, and Transparency (FAT*) 2019.
- Workshop on Technology and Consumer Protection (ConPro) 2019 (co-chair).
- Privacy Enhancing Technologies Symposium (PETS) 2019.
- Northeast Privacy Scholars Workshop 2018.
- Workshop on Technology and Consumer Protection (ConPro) 2018 (co-chair).
- Workshop on the Economics of Information Security (WEIS) 2018.
- IEEE S&P (Oakland) 2018.
- Privacy Enhancing Technologies Symposium (PETS) 2018.
- Northeast Privacy Scholars Workshop 2017.
- Fairness, Accountability, and Transparency in Machine Learning (FAT-ML) 2017
- CVPR workshop on Privacy and Security 2017.
- Workshop on Technology and Consumer Protection (ConPro) 2017 (co-chair).
- Financial Cryptography 2017.
- Workshop on the Economics of Information Security (WEIS) 2017.
- Privacy Enhancing Technologies Symposium (PETS) 2017.
- Workshop on Data and Algorithmic Transparency 2016 (co-chair).
- Usenix Security Symposium 2016.
- ACM Conference on Computer and Communications Security (CCS) 2016.

- Workshop on Bitcoin and Blockchain Research 2016.
- Workshop on the Economics of Information Security (WEIS) 2016.
- ACM Conference on Computer and Communications Security (CCS) 2015.
- Workshop on Privacy and Inference 2015.
- IEEE Security & Privacy (Oakland) 2015.
- Privacy Enhancing Technologies Symposium (PETS) 2014.
- Workshop on the Economics of Information Security (WEIS) 2014.
- Financial Cryptography 2014.
- Hot Topics in Privacy Enhancing Technologies (HotPETs) 2013.
- World Wide Web Conference (Security, Privacy, Trust, and Abuse) 2013.
- IEEE Security & Privacy (Oakland) 2013.
- W3C "Do Not Track and Beyond" Workshop 2012.
- IEEE Security & Privacy (Oakland) 2012.
- Security and Social Networking (SESOC) workshop 2012.
- Privacy Enhancing Technologies Symposium (PETS) 2012.
- Workshop on Artificial Intelligence and Security (AISEC) 2011.
- ACM Conference on Computer and Communications Security (CCS) 2011.
- USENIX Workshop on Health Security and Privacy (HealthSec) 2011.
- Privacy Enhancing Technologies Symposium (PETS) 2011.

## 7. *Conferences and workshops organized*

- Workshop on Technology and Consumer Protection (ConPro). San Francisco, May 2019.
  Co-organizer: Joseph Calandrino.
- Workshop on Technology and Consumer Protection (ConPro). San Jose, May 2018.
  Co-organizer: Joseph Calandrino.
- CITP Conference on Ethics of Computer Science Research. Princeton University, May 2017.
  Co-organizer: Ben Zevenbergen.
- Dagstuhl Seminar 17162: Online Privacy and Web Transparency. Saarland, Germany, April 2017.
  Co-organizers: Nataliia Bielova, Nikolaos Laoutaris, Nick Nikiforakis.
- Workshop on Technology and Consumer Protection (ConPro). San Jose, May 2017.
  Co-organizer: Joseph Calandrino.
- Workshop on Data and Algorithmic Transparency. New York City, Nov 2016.
  Co-organizer: Alan Mislove.
- Web Transparency and Accountability Conference. Princeton University, October 2014.
  Co-organizer: Solon Barocas.
- Bitcoin and Cryptocurrency Research Conference. Princeton University, March 2014.
  Co-organizer: Edward Felten.
- "Accelerate Genomic Research with Privacy Protections" workshop. Banbury Center, Dec 2013.
  Co-organizers: Yaniv Erlich, Bob Kain.

## 8. *Advisory boards, Editorial boards, Award committees, Steering committees*

- Consumer reports Digital Lab Advisory Council, 2020 –
- Cryptoeconomic Systems journal advisory board, 2019 –
- Advisory Board for the Blockstack Token Fund, 2018 – 2020.
- Steering Committee for the Conference on Fairness, Accountability, and Transparency 2017 – 2020.
- Fragile Families Challenge Advisory Board, 2017.
- Journal of Technology Science Editorial Board, 2015 – 2017.
- Data Transparency Lab Grants Program Research Committee, 2015.
- Council for Big Data, Ethics and Society.
  (Advisory council for NSF Big Data projects, funded by an NSF EAGER.)
- Privacy Enhancing Technologies Award Committee, 2014.
- Stanford Cookie Clearinghouse Advisory Board.
- Heritage Health Prize Advisory Board.
  ($3MM machine-learning prize for improving healthcare predictions.)
- NIH Distinguished Advisory Board for Silent Spring Institute–Harvard–Brown grant (R01 ES021726): "Data Sharing and Privacy Protection in Digital-Age Environmental Health Studies."

## 9. *Expert testimony*

- Expert witness for plaintiffs in Audet et al v. Garza et al *(District of Connecticut.)*
- I testified at a U.S. Senate Committee on Energy & Natural Resources Hearing on "Energy Efficiency of Blockchain and Similar Technologies" on Aug 21, 2018.
- Expert witness for plaintiffs in *FTC v. Butterfly Labs (District Court Western District of Missouri.)*
  I testified at a preliminary injunction hearing on Nov 24, 2014.
- Expert witness for plaintiffs *In Re: Tropicana Orange Juice Marketing and Sales Practices Litigation -- MDL 2353 (District Court D.N.J.).*
  I testified at a deposition on Dec 18, 2015.

## 10. *Selected Press*

- *All the President's Spam*
  ABC News, Oct 21, 2020
- *How 'dark Patterns' Influence Travel Bookings*
  BBC, Dec 12, 2019
- *Privacy and Power: Your Digital Fingerprint*
  NBC Nightly News, Dec 11, 2019
- *Tricks Online Retailers Use to Get You to Spend More*
  Wall Street Journal, Nov 22, 2019
- *How E-Commerce Sites Manipulate You Into Buying Things You May Not Want*
  New York Times, Jun 24, 2019

- *Cryptocurrencies Come to Campus*
  New York Times, Feb 08, 2018
- *Exercise App Shows Why Anonymous Data Can Still Be Dangerous*
  CBC Radio, Feb 02, 2018
- *More Than 480 Web Firms Record 'Every Keystroke'*.
  BBC News, Nov 21, 2017.
- *AI programs exhibit racial and gender biases, research reveals*.
  The Guardian, Apr 13, 2017.
- *Online Trackers Follow Our Digital Shadow by 'Fingerprinting' Browsers, Devices*.
  All Things Considered (NPR), Sep 26, 2016.
- *Browser 'Fingerprints' Help Track Users*.
  BBC News, Jul 22, 2014.
- *Meet the Online Tracking Device That Is Virtually Impossible to Block*.
  ProPublica, Jul 21, 2014.
- *Arvind Narayanan Isn't Anonymous, and Neither Are You*.
  WIRED, Jun 18, 2012.
- *The End of Anonymous Commenting*.
  On the Media (NPR), Mar 02, 2012.
- *Do Not Track Me Online, Please*.
  CBC News, Mar 22, 2011.
- *How Privacy Vanishes Online, a Bit at a Time*.
  New York Times, Mar 17, 2010.
- *Social Sites Dent Privacy Efforts*.
  BBC News, Mar 27, 2009.

## 11. *Awards and honors*

### National and international awards

- [Runner up] 2020 CNIL-Inria Award for Privacy Protection.
- 2019 Presidential Early Career Award for Scientists and Engineers (PECASE).
- 2019 IEEE Security & Privacy Test of Time Award.
- [Runner up] 2017 PROSE Award in Computing and Information Sciences, Assoc. of American Publishers.
- 2019 Future of Privacy Forum Privacy Papers for Policy Makers Award.
- 2016 Future of Privacy Forum Privacy Papers for Policy Makers Award.
- 2015 Future of Privacy Forum Privacy Papers for Policy Makers Award.
- 2014 Privacy Enhancing Technologies Award.
- 2008 Privacy Enhancing Technologies Award.

### Princeton awards

- 2021 Princeton Engineering Commendation List for Outstanding Teaching.

- 2020 Princeton Engineering Commendation List for Outstanding Teaching.
- 2019 Engineering Council Excellence in Teaching Award.
- 2018 Princeton Engineering Commendation List for Outstanding Teaching.
- 2017 School of Engineering & Applied Science Emerson/Keys Faculty Advancement Award.
- 2016 Engineering Council Excellence in Teaching Award.

## Student awards and honors

- Arunesh Mathur.
  2021 ACM SIGCHI outstanding dissertation award.
- Eli Lucherini.
  2021-22 Hamid Biglari behavioral science fellowship.
- Eli Lucherini.
  2021 Twitch fellowship.
- Eli Lucherini.
  2020 Women in Machine Learning presenter.
- Arunesh Mathur.
  2020-21 Consumer Reports Digital Lab fellow.
- Claudia Roberts.
  2018 National Defense Science and Engineering Graduate (NDSEG) Fellowship.
- Aylin Caliskan.
  2017 Rising Stars Invitee.
- Steven Englehardt.
  2017 – 2018 Harold W. Dodds Fellowship.
- Claudia Roberts.
  2017 Siebel scholarship.
- Shivam Agarwal.
  2015 Siebel scholarship.
- Steven Goldfeder.
  2014 – 2018 NSF Graduate Research Fellowship.
- Dillon Reisman.
  2014 Sigma Xi book award.