# EXHIBIT D

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

**Defendant Stuart A. Fraser's Exhibit List[1], Plaintiff's Objections and Defendant's Responses to Objections**

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 501. | July 7, 2004 | Plaintiffs' spreadsheet listing Fraser's transactions involving Garza or one of the businesses involving Garza (July 7, 2004 – July 7, 2017) | Fraser Dep Exhibit 160 |  |  |
| 502. | March 15 – October 29, 2013 | Certified copies of Corporate Filings for Geniuses at Work, filed with the Massachusetts Secretary of the Commonwealth, dated Mar. 15 – Oct. 29, 2013, downloaded from the MA SOC website for corporate records<br><br>A. Mar. 15, 2013 Articles of Organization<br><br>B. July 31, 2013, Statement of Change of addresses<br><br>C. Oct. 29, 2013, Statement of Change of addresses | N/A | 104a, 402/403-A, UNTIMELY | As to timeliness: See Mr. Fraser's categorical response.<br><br>As to 402/403-A:  See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response.  In addition, these documents are certified and admissible as public records. |

---

1.   For emails, the Description is based on the latest-in-time email in the chain.

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 503. | March 28, 2013 | Action by Written Consent of the Sole Incorporator of Geniuses at Work | Garza Dep Exhibit 246 | 104a, 402/403-A | As to 402/403-A:  See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response. |
| 504. | March 21, 2014 | S. Fraser email to J. Garza re Did 150k in orders | GAW010 21727 | | |
| 505. | April 9, 2014<br><br>(10:14 am) | J. Garza email to S. Fraser re stauts [sic] | GAW010 19674 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.  To the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of issues including control and knowledge<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 506. | April 9, 2014<br><br>(4:28 pm) | J. Garza email to S. Fraser re Wire info | GAW010 19675 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.  To the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of issues including control and knowledge<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 507. | April 14, 2014 | S. Fraser text messages with J. Garza re wire transfer | GAW010 19680 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.  To the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of issues including control and knowledge<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 508. | April 15, 2014 | Certified copy GAW Miners, LLC Certificate of Formation with Delaware Secretary of State Certification | N/A | 104a, 402/403-A, UNTIMELY | As to 402/403-A:  See Mr. Fraser's categorical response.<br><br>As to timeliness:  See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response.  In addition, these documents are certified and admissible as public records. |
| 509. | April 18, 2014 | GAW Miners Press Release - GAWMiners to Double All Customers' Mining Hashing Power for a Week On April 26th, 2014 (available at https://www.prweb.com/releases/2014/04/prweb11775300.htm) | N/A | 104a, 402/403-B, 802, 901 | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-B:  This exhibit is probative of issues including control.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter therein.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 510. | April 22, 2014 | GAW Miners Press Release - GAWMiners Launches GAW Loyalty Rewards and Refer-a-Friend Programs (available at https://finance.yahoo.com/news/gawminers-launches-gaw-loyalty-rewards-000500044.html) | N/A | 104a, 402/403-B, 802, 901 | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-B:  This exhibit is probative of issues including control.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter therein.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 511. | April 28, 2014 | D. McLain email to D. Pease and J. Garza re GAW Miners, LLC - Cert. of Formation and EIN, with attachments | McLain Dep Exhibit 42 | 104a, 402/403-A, 901 | As to 402/403-A:  See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response. |
| 512. | May 5, 2014<br><br>(5:36 pm) | Reddit posts by Allen1980s re Anyone actually purchase AND receive a Black Miner (BlackElectronics)?<br>   A.  Excerpt with duplicative pages removed<br>   B.  Full copy<br>(available at https://www.reddit.com/r/BitcoinMining/comments/24t5wp/anyone_actually_purchase_and_receive_a_black/chahrck/) | N/A | 104a, 402/403-B, 402/403-C, 802, 901, 106-A, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-B and 402/403-C: See Mr. Fraser's categorical responses.  In addition, this exhibit is probative of the issue of reasonable reliance because it shows that Mr. Shinners was on notice of a plethora of mining scams that existed at the time, prior to the start of the class period.  The identities of any other posters are irrelevant.  The document is also probative of Mr. Shinners' level of sophistication in mining and level of involvement in the online mining community.  This exhibit is not unfairly prejudicial to Plaintiffs.<br><br>As to 901: See Mr. Fraser's categorical response.  In particular, this document contains Mr. Shinners' handle Allen1980s.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and admissible pursuant to 801(d)(2).  To the extent any part of this exhibit is considered hearsay, it is admissible pursuant to FRE 807 because it is probative of the issue of justifiable reliance.  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein as discussed above.<br><br>As to 106-A: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 513. | May 21, 2014 (10:33 am) | J. Garza email to S. Fraser re borrow | GAW010 21295 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. To the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of the issue of control. As to 901: See Mr. Fraser's categorical response. |
| 514. | May 27, 2014 (10:07 pm) | S. Fraser email to J. Garza re confused | GAW010 21817 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. To the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of the issue of control. As to 901: See Mr. Fraser's categorical response. |
| 515. | June 4, 2014 (1:44 pm) | S. Fraser email to J. Garza re Just a thought (emails from May 29 - June 4, 2014) | GAW010 21825 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. To the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of the issue of control. As to 901: See Mr. Fraser's categorical response. |
| 516. | | **EXHIBIT NUMBER NOT USED** | | | |

5

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 517. | June 22, 2014 (10:02 pm) | J. Garza email to aukster@msn.com and D. McLain re Fraser/Garza Investment Deal (aukster@msn.com), with attachment | Fraser004 485, Fraser004 486; McLain Dep Exhibit 47 | 802 | As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.  To the extent this exhibit is also offered for the truth of the matter asserted therein, it is admissible under FRE 807 because it is probative of control. |
| 518. | June 22, 2014 (10:03 pm) | J. Garza email to S. Fraser re Our Deal (emails from July 17, 2013 to June 22, 2014) | GAW003 61559 | 802, 901, 106, 1002 | As to 106 and 1002:  See Mr. Fraser's categorical response. As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, and to the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of the issue of control.   The significance of these statements lies in the fact that they were made. As to 901:  See Mr. Fraser's categorical response. |
| 519. | July 2, 2014 | Certified copy ZenMiner Certificate of Formation with Delaware Secretary of State Certification | N/A | 104a, 402/403-A, UNTIMELY | As to timeliness:  See Mr. Fraser's categorical response. As to 402/403-A:  See Mr. Fraser's categorical response. As to 104a: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 520. | July 14, 2014 | D. McLain email to S. Moosajee and D. Pease re zenMiner, LLC | McLain Dep Exhibit 45 | 104a, 402/403-A, 901 | As to 402/403-A:  See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 521. | July 18, 2014<br>(5:58 pm) | J. Garza email to S. Fraser re Wire | GAW00201581;<br>Garza Dep Exhibit 252 | 802, 901 - To the extent Mr. Fraser intends to offer this exhibit to show that GAW Miners belonged to Mr. Garza and not Mr. Fraser, it is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. Furthermore, the email exchange appears to be a continuation of a separate conversation, and it would be confusing and misleading to admit this exhibit without any context as to what Mr. Garza's statements are referring to. Nor did Mr. Fraser designate any testimony from Mr. Garza that would put his statement in context for the jury. | As to 901:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, and to the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of the issue of control.<br><br>As to 402/403: This exhibit is probative of issues including control and Mr. Fraser's state of mind/knowledge of the alleged violations because it shows that Mr. Garza, not Mr. Fraser, ran GAW Miners. Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 522. | July 24, 2014 | S. Fraser email to J. Garza re Cash and such | GAW010 22629 | 802, 901 - To the extent Mr. Fraser intends to offer this exhibit to show that the funding he provided to Mr. Garza was not related to GAW Miners and ZenMiner, this exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. Mr. Garza's statements about credit card charges are hearsay and should be excluded on that basis, but even setting that aside, his statements are tentative and speculative, and likely to mislead the jury if admitted. | As to 901:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, and to the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of the issue of control.<br><br>As to 402/403:  Plaintiffs have alleged and proffered evidence to suggest that Mr. Fraser's status as a control person derives at least in part from the financial assistance he provided to Garza, GAW Miners, and ZenMiner.  Accordingly, this email exchange, which discusses various financial transactions, is probative of issues including the degree of control Mr. Fraser had over the Companies.  This document is not prejudicial to Plaintiffs.<br><br>As to Plaintiffs' objection to Mr. Garza's statements about credit card charges:  not only are those statements admissible pursuant to FRE 807 because they are probative of the issue of control, but they are also admissible pursuant to 803(3) and 803(1) and their admission does not risk any unfair prejudice to Plaintiffs. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 523. | August 1, 2014 (9:35 am) | J. Garza email to D. Kelley re Domain name - BTC.com | GAW002 01426 | 104a, 802 | As to 104a: See Mr. Fraser's categorical response. As to 802: Mr. Fraser intends to offer this exchange for a purpose other than the truth of the matter asserted therein. To the extent statements within this exchange are offered for the truth, they are admissible pursuant to FRE 807. For instance, Mr. Garza's statement that he runs the marketing is probative of control and Mr. Fraser's knowledge of the alleged violations, and is corroborated by other evidence in the record. |
| 524. | August 1, 2014 (11:08 am) | J. Garza email to S. Fraser re Domain name - BTC.com | GAW002 01418 | | |

9

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 525. | August 6, 2014 | Coindesk article re *BTC.com Domain Sold to GAWMiners for Record $1 Million* (available at https://www.coindesk.com/btc-com-domain-sold-gawminers-record) | N/A | 802, 901, UNTIMELY - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that he did not control Mr. Garza given Mr. Garza's purchase of BTC.com despite Mr. Fraser's discouragement, this exhibit is not only inadmissible hearsay, but also, its description of Mr. Garza's career could mislead the jury as to Mr. Fraser's role in those ventures. | As to timeliness:  See Mr. Fraser's categorical response. As to 802: This news article is admissible for the truth of the matter therein pursuant to FRE 807 to corroborate the sale of BTC.com to Mr. Garza on behalf of GAW Miners. As to 402/403:  This news article is relevant to issues including control and is not prejudicial to Plaintiffs. As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 526. | August 7, 2014 | GAW Miners Press Release - Josh Garza of GAW Miners Buys BTC.com for $1.0 Million (available at https://www.globenewswire.com/fr/news-release/2014/08/08/657142/32581/en/Josh-Garza-of-GAW-Miners-Buys-BTC-com-for-1-0-Million.html) | N/A | 802, 901, UNTIMELY - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that he did not control Mr. Garza given Mr. Garza's purchase of BTC.com despite Mr. Fraser's discouragement, this exhibit is not only inadmissible hearsay, but also, its description of Mr. Garza's career could mislead the jury as to Mr. Fraser's role in those ventures. | As to timeliness:  See Mr. Fraser's categorical response. As to 802: Even if this news article constitutes hearsay, it is admissible pursuant to FRE 807 to corroborate the sale of BTC.com to Mr. Garza on behalf of GAW Miners. As to 901: See Mr. Fraser's categorical response. As to 402/403:  This press release published by GAW Miners is probative of issues including control and Mr. Garza's credibility. |
| 527. | August 19, 2014 | Review of the GAW Miners Hashlet Digital Cloud Miner (available at https://cryptomining-blog.com/3318-review-of-the-gaw-miners-hashlet-digital-cloud-miner/) | N/A | 104a, 402/403-C, 802, 901, MIL, UNTIMELY | As to timeliness:  See Mr. Fraser's categorical response. As to 104a: See Mr. Fraser's categorical response. As to 901:  See Mr. Fraser's categorical response. As to 802: Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter therein, including as to the issues of reliance and whether Hashlets are securities. As to 402/403-C: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 528. | August 21, 2014 | GAW Miners Press Release - GAW Miners Announces World's First Cryptocurrency Miner For The Masses for $16 (available at http://www.prweb.com/releases/2014/08/prweb12100331.htm) | N/A | 104a, 802, 901, UNTIMELY | As to timeliness:  See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein of the matter therein, including as to the issue of control. |
| 529. | August 21, 2014 | Reddit post by Abridged86 re Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com… (available at https://www.reddit.com/r/Bitcoin/comments/2e605d/beware_of_gawminers_hashlet_ponzi_scheme_and_scam/) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 802:  Mr. Shinners' statements are not hearsay and are admissible pursuant to FRE 801(d)(2).  The other statements in this document are admissible pursuant to 803(1) and 803(3).  They are also admissible under FRE 807 because they are probative of the issue of justifiable reliance.  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response.  In particular, this document contains Plaintiff Shinners' online handle Allen1980s, which he confirmed at his deposition.<br><br>As to Plaintiffs' 402/403-C objection:  This document is probative of issues including justifiable reliance and whether or not the products at issue are securities.  Mr. Fraser does not intend to offer this exhibit as reflecting statements by class members other than Mr. Shinners, who has confirmed his online handle at his deposition, and who will be testifying live at trial. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 530. | August 22, 2014 | J. Garza email to team re This is my house, with attachments | GAW006 82454, GAW006 82455, GAW006 82456 | 104a, 802, 901 - It is not clear how an email from Mr. Garza attaching two pictures of computer equipment is relevant to any disputed issue. Furthermore, to the extent Mr. Fraser intends to offer Mr. Garza's statement "This is my house!" to show that he was not a control person, admitting this hearsay statement is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, and to the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of issues including control and Mr. Fraser's state of mind/knowledge.<br><br>As to 901:  See Mr. Fraser's categorical response. |

13

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 531. | August 24, 2014 | J. Garza email to S. Fraser re This is my house, with attachments | GAW002 01207, GAW002 01208, GAW002 01209 | 802, 901 - It is not clear how an email from Mr. Garza attaching two pictures of computer equipment is relevant to any disputed issue. Furthermore, to the extent Mr. Fraser intends to offer Mr. Garza's statement "This is my house!" to show that he was not a control person, admitting this hearsay statement is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, and to the extent it is also offered for the truth it is admissible under FRE 807 because it is probative of issues including whether Hashlets are securities, control (including that he was not included on the "team" to which the email exchange in DX530 was sent), and Mr. Fraser's state of mind/knowledge, including as to what Hashlets were and whether GAW Miners had mining power to support them.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 532. | August 25, 2014 | GAW Miners email to M. Pfeiffer re Your GAW Miners account has been activated | GAW006 91345 | 104a, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: This email is admissible pursuant to FRE 803(6) because it is an automated email created in the course of regularly conducted business.  To the extent it does not fall within that exception, it is admissible pursuant to FRE 807 because it is probative of the fact that Mr. Pfeiffer was approved to be part of GAW Miners' "affiliate" program, and Mr. Pfeiffer did not recall ever having heard of an affiliate program nor having participated in GAW Miners' affiliate program at his deposition.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 533. | August 26, 2014 | GAW Miners Press Release - GAW Miners Sells $Millions of Hashlets In 1 Week & Brings more people to Bitcoin than any other Product (available at http://www.prweb.com/releases/2014/08/prweb12121662.htm) | N/A | 104a, 802, 901, UNTIMELY | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to timeliness:  See Mr. Fraser's categorical response. |
| 534. | September 2, 2014 | ZenMiner Cloud Terms of Service (from Archive.Today, available at Docket No. 107-1 (Exhibit A-28), at Page 139 of 604) | N/A | 104a, 802, 901 - The Court has already ruled that the ZenMiner Cloud Terms of Service "failed to disclose that Hashlets were nothing more than payouts funded by new investors, i.e., that the Companies were operating a Ponzi scheme." Dkt. 141 at 44-45. The exhibit's relevance is unclear. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802:  This document is not hearsay because it is part of a contract between the Companies and their customers (plaintiffs).  Moreover, Mr. Fraser intends to offer this exhibit for a purpose other than for the truth of the matter asserted therein.<br><br>As to Plaintiffs' 402/403 objection:  These Terms of Service are probative of how Hashlets were marketed/sold to customers of the Companies, which bears on issues including whether the products are securities.  This document is not unfairly prejudicial to Plaintiffs.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 535. | September 4, 2014 | J. Garza email to S. Fraser re I am going to buy them | GAW002 01066 | 802, 901 - It is not clear what relevance this email exchange between Mr. Fraser and Mr. Garza has, or whether it relates to GAW Miners and ZenMiner as opposed to other GAW companies. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 802: Mr. Garza's statement that "I am going to buy them" is admissible pursuant to 803(3). Mr. Fraser intends to offer this exhibit for a purpose other than the truth. As to 901: See Mr. Fraser's categorical response. As to 402/403: This exchange is relevant because, among other things, Mr. Fraser's instruction to Mr. Garza to "just make clean money" is probative of whether he culpably participated in any illegal activities in connection with the companies. The basis for confusion about which companies this relates to is not clear. In any case, any danger of confusion on that point is outweighed by the probative value of this exhibit. |
| 536. | | **EXHIBIT NUMBER NOT USED** | | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 537. | September 6, 2014 | Bitcointalk.org Post re GAW ZenCloud ZenPool Hashlet – does it really exist?  ALWAYS MAKE MONEY :-)<br><br>(available at https://bitcointalk.org/index.php?topic=720844.0) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein.<br><br>As to Plaintiffs' 402/403-C objection:  This exhibit is probative of the issue of justifiable reliance because it includes numerous statements from early in the class period questioning whether Hashlets were backed by sufficient physical mining power.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A:  See Mr. Fraser's categorical response. |

17

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 538. | September 11, 2014 (7:39 am) | J. Garza email to R. Gallagher re Hey | GAW002 00870; Garza Dep Exhibit 251 | 104a, 802, 901 - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that he was not involved in GAW Miners or ZenMiner, this exhibit is not only inadmissible hearsay, but Mr. Garza's statements are likely to be misleading because relevant context from Mr. Garza's deposition was not designated by Mr. Fraser. | As to 104a:  See Mr. Fraser's categorical response. |
| | | | | | As to 901:  See Mr. Fraser's categorical response. |
| | | | | | As to 802:  Mr. Fraser intends to offer this exhibit for its truth.  To the extent this exhibit constitutes hearsay, it is nonetheless admissible pursuant to FRE 807 because it is probative on the issue of control. |
| | | | | | Mr. Fraser also intends to offer this document for purposes other than the truth of the matter asserted therein, including as it relates to Mr. Garza's credibility. |
| | | | | | As to 402/403: This exhibit is probative of Mr. Fraser's degree of involvement in the companies, which bears on issues including control, and it is also probative of Mr. Garza's credibility. |
| | | | | | Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 539. | September 11, 2014 (5:53 pm) | J. Shaw-Miller email to M. Pfeiffer re DEAL1 (corrected) | GAW006 90261 | 104a, 802, 901, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use Mr. Pfeiffer's statement about "scammers" to show that he knew about the Companies' fraud, it would be misleading and prejudicial as Mr. Pfeiffer's statement referred to the risks and pitfalls in transacting a sale using cryptocurrency, not the Companies' representations about the products at issue. | As to 104a: See Mr. Fraser's categorical response. As to 901: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Pfeiffer are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). As to 402/403: This exhibit bears on Mr. Pfeiffer's sophistication in connection with cryptocurrency-related transactions, which is probative of the issue of reliance. |
| 540. | | **EXHIBIT NUMBER NOT USED** | | | |
| 541. | September 14, 2014 (5:42 pm) | J. Garza email to M. Eden re Offer of Employment, with attachment | Eden Dep Exhibit 1 | | |

19

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 542. | September 14, 2014 (5:45 pm) | J. Garza email to J. Dorman re Offer of Employment, with attachment | GAW006 40606, GAW006 40607 | 104a, 802, 901 - It is not clear why the offer of employment extended to Mr. Dorman from Mr. Garza is relevant to any disputed issue in this case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This email is admissible pursuant to 803(1) and 803(3).  Mr. Fraser also intends to offer this email for a purpose other than the truth. The attachment is a contract, which constitutes a verbal act and is not hearsay.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403:  This offer of employment is relevant to issues including control and Mr. Garza's credibility, and is in no way prejudicial to Plaintiffs. |
| 543. | September 18, 2014 | D. Pease email to D. McLain re Full work out of the companies, with attachment | Doc ID 99544, Doc ID 102719 | 104a, 802, 901, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.  In addition, this document was produced to Mr. Fraser by Mr. McLain in response to Mr. Fraser's subpoena.<br><br>As to 802:  This document is admissible as a business record.  To the extent it does qualify as a business record, this document is admissible pursuant to FRE 807 because it demonstrates the corporate signatories on the various bank accounts belonging to the companies, which is central to the issue of control. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 544. | September 22, 2014 | D. McLain email to J. Garza re New Company Set Up | GAW002 00794 | 104a, 802, 901 - To the extent this exhibit is relevant because it concerns Mr. Fraser's ownership stake in one or more GAW entities, its probative value is outweighed by its potential for confusion. Fed. R. Evid. 402; Fed. R. Evid. 403. It is not clear from this exhibit what "New company setup" means or whether it is related to GAW Miners and ZenMiner, and Mr. Fraser has not designated any deposition testimony from Mr. Garza or Mr. McLain concerning this exhibit. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: This document is not hearsay because it pertains to an agreement between Mr. Garza and Mr. Fraser. Even if certain statements within this email chain are considered hearsay, they are admissible pursuant to FRE 807 because they are probative of the issue of control.<br><br>As to 402/403: Plaintiffs' confusion as to what new company setup refers to is unfounded in light of other evidence making clear that the percentages here refer to ownership in the new umbrella company that was being set up to hold GAW Miners and ZenMiner. |

21

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 545. | September 24, 2014 | M. Pfeiffer email to btcrow.com@gmail.com (Paul, escrow agent) re Policy if seller does not ship item for sale | GAW006 90356; Pfeiffer Dep. Exhibit 91 | 104a, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use Mr. Pfeiffer's statement about a "scam" to show that he knew about the Companies' fraud or that he had insider information from Mr. Garza or the Companies, it would be misleading and prejudicial as Mr. Pfeiffer's statement referred to the risks and pitfalls in transacting a sale using cryptocurrency, not the Companies' representations about the products at issue. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of issues including justifiable reliance. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 546. | September 25, 2014 (5:28 pm) | D. McLain email to D. Kelley, copying J. Garza re Corporate Structure, with attachments | GAW010 22323, GAW010 22325, GAW010 22326 | 104a, 402/403-A, 802, 901 | As to 104a: See Mr. Fraser's categorical response. As to 402/403-A: See Mr. Fraser's categorical response. As to 901: See Mr. Fraser's categorical response. As to 802: This document is admissible as a business record. To the extent it does qualify as a business record, this document is admissible pursuant to FRE 807 because it demonstrates the corporate signatories on the various bank accounts belonging to the companies, which is central to the issue of control. |
| 547. | September 25, 2014 (5:46 pm) | M. Pfeiffer email to craig@zoomhash.com re Seeking recognition as a beta investor in zoomhash cloud mining | GAW006 90880; Pfeiffer Dep. Exhibit 88 | | |

23

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 548. | September 26, 2014 | M. Pfeiffer email to J. Shaw-Miller re escrow request: account transfer from @Coinotron to michael@mpfeiffer.com | GAW006 90324; Pfeiffer Dep. Exhibit 95 | 104a, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use this exhibit to show that Mr. Pfeiffer had insider knowledge about the Companies' products, it would be misleading and prejudicial as there is no evidence in the record that Mr. Pfeiffer's correspondent, who was not an employee of the Companies, had any such information. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403: Contrary to Plaintiffs' statement, the email on its face suggests that Mr. Shaw-Miller, who was a Hashtalk moderator, had access to non-public information. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 549. | October 1, 2014 (10:48 am) | D. McLain email to J. Garza re Questions - Stu and Inside Bitcoins Conference | GAW002 00684 | 104a, 802, 901 - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that he was not involved in GAW Miners or ZenMiner, this exhibit is not only inadmissible hearsay, but Mr. Garza's statements are likely to be misleading given the lack of context. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: This email exchange is not hearsay because it relates to the terms of the agreement between Mr. Garza and Mr. Fraser about Mr. Fraser's role in the companies.  To the extent any part of this exchange is hearsay, it is nonetheless admissible pursuant to FRE 807 because the statements, including Mr. Garza's statements, are central to the issue of control.<br><br>As to 402/403:  This email exchange is probative of the terms of the agreement between Mr. Fraser and Mr. Garza with respect to the company-defendants and is central to the issue of control.  It is not clear what about this exchange is misleading.<br><br>In any event, Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 550. | October 1, 2014 (11:10 am) | S. Fraser email to J. Garza re Questions - Stu and Inside Bitcoins Conference | GAW002 00680 | 802, 901 - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that he was not involved in GAW Miners or ZenMiner, this exhibit is not only inadmissible hearsay, but Mr. Garza's statements are likely to be misleading given the lack of context. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 802:  This email exchange is not hearsay because it relates to the terms of the agreement between Mr. Garza and Mr. Fraser about Mr. Fraser's role in the companies.  In addition, Mr. Fraser's statement that he is "not up to it" is admissible pursuant to FRE 803(3).  To the extent any part of this exchange is hearsay, it is nonetheless admissible pursuant to FRE 807 because the statements are central to the issue of control.<br><br>As to 402/403:  This email exchange is probative of the terms of the agreement between Mr. Fraser and Mr. Garza with respect to the company-defendants and is central to the issue of control.  It is not clear what about this exchange is misleading.<br><br>In any event, Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 551. | October 2, 2014 | GAW Miners Press Release - Savvy Bitcoin Users Earn Over $8M in 3-Months with Major 536% ROI Upgrade (available at https://www.globenewswire.com/news-release/2014/10/02/670422/0/en/Savvy-Bitcoin-Users-Earn-Over-8M-in-3-Months-with-Major-536-ROI-Upgrade.html) | N/A | 104a, 802, 901, UNTIMELY - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. The probative value in its description of the Hashlet Prime product is outweighed by the danger of prejudice to the Class in implying to the jury that class members earned "an enormous return on investment" on their Hashlet purchases, particularly given that damages will not be addressed at this trial. | As to 104a: See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. As to 802: This is a press release published by the Companies at issue and Mr. Fraser plans to offer this exhibit for a purpose other than the truth i.e., to show how Hashlets were marketed to customers, which is central to issues including justifiable reliance, whether or not Hashlets are securities, and Mr. Fraser's state of mind/knowledge of any violations by the Companies. As to 901: See Mr. Fraser's categorical response. As to 402/403: As discussed above, this press release from the companies during the class period is probative as to justifiable reliance, whether Hashlets constitute securities, and Mr. Fraser's knowledge of any violations by the Companies. Plaintiffs' concern that the statement that purchasers of certain Hashlets earned a return on investment is unlikely to confuse the jury, particularly since Plaintiffs are challenging the veracity of nearly all statements by the Companies as part of their allegations of a massive Ponzi scheme (which by definition results in payouts to some at the expense of others). Moreover, at trial the three class representatives will likely provide undisputed testimony that they lost money, so there is no concern that the jury will think all class members profited from their purchases of Hashlets. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 552. | From on or around July 28, 2014 | Coin Brief Interview with Josh Garza, Founder and CEO of GAW Miner<br>  A. Article not cut off<br>  B. Article with date provided in comments section<br>(available at https://99bitcoins.com/interview-josh-garza-ceo-gaw-miners/) | N/A | 104a, 802, 901, UNTIMELY - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show Mr. Garza was actively engaged with GAW Miners' customers and that customers participated in online forums, this exhibit is not only inadmissible hearsay, but also does not prove that anyone who participated in these online discussions was an actual customer of the Companies. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter therein, including as it relates to control and reliance.<br><br>As to 402/403:  This exhibit is relevant to issues including control. Mr. Fraser does not intend to use the exhibit to show that customers participated in online forums. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 553. | October 16, 2014 | ZenMiner Cloud Hosting, Terms of Service (from Archive.org) | N/A | 104a, 802, 901, 106-B, UNTIMELY - The Court has already ruled that the September 2014 ZenMiner Cloud Terms of Service "failed to disclose that Hashlets were nothing more than payouts funded by new investors, i.e., that the Companies were operating a Ponzi scheme." Dkt. 141 at 44-45. The relevance of this October 2014 version of the document is unclear. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802:  This document is not hearsay because it is part of a contract between the Companies and certain plaintiffs (those who purchased Hashlets).  FRE 802(c).  Moreover, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 402/403:  Like the September 2014 Terms of Service, these Terms of Service are probative of how Hashlets were marketed/sold to customers of the Companies, which is central to issues including reliance, buyer's knowledge, and whether or not Hashlets are securities.  This document is not prejudicial to Plaintiffs.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-B:  See Mr. Fraser's categorical response.<br><br>As to timeliness:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 554. | October 18, 2014 | GAW Miners' Affiliate Program Guide (available at https://web.archive.org/web/20141018231332/http://www.gawminers.com:80/pages/affiliate-program-guide 5/) | N/A | 104a, 802, 901, MIL - This exhibit concerns the GAW Miners affiliate program, which relates to Mr. Fraser's argument that members of that program are "affiliates" of the company and excluded from the class. The Court addressed this issue in its order on class certification and ruled that "affiliate" is limited to entities under common control with the Companies, which does not include members of the GAW Miner affiliate program, and this exhibit is therefore not relevant to any disputed issue. Dkt. 141 at 13; Fed. R. Evid. 402; Fed. R. Evid. 403. Admitting it could also prejudice the jury if it causes them to believe that some members of the class were not injured due to their participation in the program or were culpable in the Companies' fraud as a result of their participation. | As to 104a: See Mr. Fraser's categorical response. As to 802: This document is not hearsay because it is a business record and part of the GAW Miners website, which Plaintiffs also rely on. As to 402/403: The affiliate program is relevant to Mr. Fraser's defenses against individual class members, including whether they participated in the offer or sale of unregistered securities, or otherwise bear any responsibility for the violations of which they now complain. The Court's prior ruling regarding the definition of "affiliate" as used in Plaintiffs' proposed class definition is irrelevant to these defenses. Whether some members of the class participated in the offer or sale of the products at issue or are otherwise culpable in the Companies' violations (which are not limited to fraud) as a result of their participation in the "affiliate program" is a factual question for the jury to decide. As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 555. | October 23, 2014 | J. Dunlevy email to D. Kelley and J. Garza re Insurance Tiers, with attachment | GAW006 56845, GAW006 56846 | 104a, 402/403-A, 802, 901 | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-A: See Mr. Fraser's categorical response.<br><br>As to 802: To the extent this document is offered for the truth, it is admissible pursuant to FRE 807 because it is probative of the issue of control.  In any case, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 556. | October 28, 2014 | Bitcoin Forum Post by jimmothy re Are hashlets worth it? (from Bitcointalk.org, available at Docket No. 107-1 (Exhibit A-39), at Page 204 of 604) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-C:  See Mr. Fraser's categorical response.  This exhibit is probative as to the issue of justifiable reliance because it includes numerous statements by individuals calling GAW Miners a Ponzi scheme and pointing to various "red flags" on a website called Bitcointalk.org that Plaintiffs testified they visited to communicate about mining.  *See, e.g.*, Pfeiffer Dep. Tr. 39:5-7; Shinners Interrogatory Responses.  The identities of the anonymous posters are irrelevant to the probative value of the document and not prejudicial to Plaintiffs.<br><br>As to 802:  Mr. Fraser does not intend to offer this document for the truth.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | | | | | |
|---|---|---|---|---|---|
| 557. | November 3, 2014 | HashTalk post re Paycoin ICO Customer Round Q&amp;A from Oct. 1st, 2014 and Conference Video from Nov. 4, 2014 | GAW004 25146 | 104a, 402/403-C, 802, 901, 106-A, 1002-A, MIL - This exhibit also includes a discussion of the SEC's regulatory authority over cryptocurrency, which is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. A layperson's interpretation of what the SEC can regulate is improper opinion testimony, see Fed. R. Evid. 701, and likely to confuse or mislead the jury into granting it weight despite its lack of any probative value. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802:  This exchange includes statements by Mr. Shinners that are admissible as statements of a party opponent pursuant to 801(d)(2) and also as statements of Mr. Shinners' present-sense impressions and then-existing state of mind pursuant to FRE 803(1) and FRE 803(3), respectively.  Regardless of their admission to prove the truth, Mr. Shinners' statements are admissible to show that Mr. Shinners made these statements, and to reflect Mr. Shinners' beliefs at the time.<br><br>As to 701: Mr. Shinners' statements are not impermissible opinion testimony under FRE 701 because they are based on Mr. Shinners' perception at the time, helpful to understanding what lay individuals (like Mr. Shinners and Mr. Fraser) perceived about the SEC's regulation of cryptocurrency at the time for purposes of determining whether Mr. Fraser should or could have known that the products at issue might be considered securities, and not based on scientific, technical, or other specialized knowledge.<br><br>As to 402/403-C: This document, which is a thread from the GAW Miners' own discussion forum, HashTalk, and produced by Plaintiffs, is probative of issues including reliance, buyer's knowledge, whether or not Hashlets are securities, and if so whether or not Mr. Fraser could or should have known that Hashlets are securities.  Mr. Shinners testified that he was on the Hashtalk forum "[e]very day, many, many times a day" and that he thought "pretty much everybody was."  Shinners Dep. Tr. 105:12-13.  Any potential prejudice to Plaintiffs resulting from this document is outweighed by its probative value.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| | | | | | As to 106-A/1002-A: See Mr. Fraser's categorical responses. |
| 558. | November 4, 2014 | Reddit Post by asdffsdf re r/bitcoin thread skeptical about GAW miners and their new coin (available at https://www.reddit.com/r/blackcoin/comments/2lblui/rbitcoin_thread_skeptical_about_gaw_miners_and/) | N/A | 104a, 402/403-C, 802, 901, MIL, UNTIMELY | As to 104a: See Mr. Fraser's categorical response. As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 402/403: This document is probative of whether every single class member reasonably relied on the alleged misrepresentations because it contains numerous posts expressing suspicions that GAW Miners was a Ponzi scheme. As to 901: See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. |
| 559. | November 7, 2014 | J. Garza email to D. McLain, D. Kelley and C. Garza re Investor nda | GAW000 12284 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 560. | November 10, 2014 | D. Allen Shinners cover letter to J. Garza, attaching resume | GAW006 19384 | 104a, 901, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403.  Allen Shinners's job application to GAW Miners is irrelevant to any disputed classwide issue and is unduly prejudicial and distracting, particularly as this application did not result in actual employment. | As to 104a: See Mr. Fraser's categorical response.  As to 901: See Mr. Fraser's categorical response.  As to 402/403: Mr. Shinners' application to GAW Miners bears on issues including his credibility and his degree of sophistication, which is relevant to the issue of justifiable reliance.  In his cover letter for a job at GAW, Shinners characterized himself as "the 'go to' expert on many levels, involving many financially oriented issues and regulatory matters."  He also said he had "extensive experience with advanced technologies."  These statements are relevant to whether Shinners knew the alleged misrepresentations were true and whether he reasonably relied on them. |
| 561. | November 11, 2014 (11:35 am) | A. Shinners email to J. Garza re Edited text "Decision to Mine" From Allen1980s, with attachment | GAW001 18113, GAW001 18114; Shinners Dep Exhibit 111 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.  As to 402/403-D: See Mr. Fraser's categorical response.  As to 802: Mr. Shinners' statements are admissible as an opposing party's statements pursuant to FRE 801(d)(2).  The attached post is admissible to show what Mr. Shinners edited.  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.  As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 562. | November 11, 2014 (7:56 pm) | Bitcoin Forum Post by jimmothy re Are hashlets worth it? (available at https://bitcointalk.org/index.php?topic=835464.msg9532297#msg9532297) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL, UNTIMELY | As to 104a: See Mr. Fraser's categorical response. As to 901: See Mr. Fraser's categorical response. As to 802: Mr. Fraser intends to offer this document for a purpose other than the truth. As to 402/403-C: This document is probative of whether every single class member reasonably relied on the alleged misrepresentations in light of posts here where individuals questioned the truth of statements made by the Companies. It is part of a thread on a popular website called Bitcointalk that Mr. Shinners acknowledged accessing to communicate about GAW Miners. As to 106-A: See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 563. | November 12, 2014 | Bitcoin Forum Post by suchmoon re GAW ZenCloud ZenPool Hashlet - does it really exist? ALWAYS MAKE MONEY :-) (available at https://bitcointalk.org/index.php?topic=720844.msg9516019#msg9516019) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL, UNTIMELY | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this document for a purpose other than the truth.<br><br>As to 402/403-C:  This document is probative of whether every single class member reasonably relied on the alleged misrepresentations in light of posts here where individuals questioned the truth of statements made by the Companies.  It is part of a thread on a popular website that Mr. Shinners acknowledged accessing to communicate about GAW Miners.<br><br>As to 106-A: See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response. |
| 564. | November 16, 2014 (3:47 am) | A. Shinners email to C. Gogol and J. Garza re white paper draft | GAW00050049; Shinners Dep Exhibit 112 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 565. | November 16, 2014 (12:34 pm) | A. Shinners email to J. Dorman, et al. re white paper draft | GAW001 94807; Shinners Dep Exhibit 113 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 566. | November 16, 2014 (1:14 pm) | J. Dorman email to A. Shinners, et al. re white paper draft | GAW001 94783; Dorman Dep Exhibit 133 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth.<br><br>As to 901: See Mr. Fraser's categorical response. |

37

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 567. | November 16, 2014 (7:04 pm) | A. Shinners email to J. Dorman re Hashcoin draft round 7 | GAW000 36861; Shinners Dep Exhibit 114 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 568. | November 17, 2014 (9:01 am) | A. Messer email to J. Garza and A. Shinners re Invitation: Phone Call with Allen Shinners @ Mon Nov 17, 2014 2pm - 3pm (Josh Garza) | GAW006 33871 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: This meeting invite does not contain inadmissible hearsay. Even if it were hearsay, it is admissible as a business record as well as under FRE 807 because it is probative of the direct involvement of Mr. Shinners in the development of the Paycoin White Paper. In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 569. | November 17, 2014 (11:36 am) | J. Garza email to A. Messer re Advise (Nov. 14 - 17, 2014 emails) | GAW002 00380 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 570. | November 17, 2014 (12:28 pm) | A. Shinners email to J. Dorman re HashCoin White Paper | GAW000 92570; Dorman Dep Exhibit 134 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth. As to 901: See Mr. Fraser's categorical response. |
| 571. | | **EXHIBIT NUMBER NOT USED** | | | |
| 572. | November 17, 2014 (1:36 pm) | A. Shinners email to J. Dorman re HashCoin White Paper | GAW001 94736 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth. As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 573. | November 17, 2014 (2:03 pm) | A. Shinners email to J. Dorman re HashCoin White Paper | GAW000 92631; Shinners Dep Exhibit 116 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). In addition, Mr. Fraser intends to offer the statements in this document for a purpose other than the truth. As to 901: See Mr. Fraser's categorical response. |
| 574. | November 17, 2014 (5:15 pm) | Bitcoin Forum Post by bitgeek re GAW Zen Hashlet Hashcoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-) (from Bitcointalk.org, available at Docket No. 107-1 (Exhibit A-26), filed on Nov. 19, 2018, at Page 133 of 604) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 104a: See Mr. Fraser's categorical response. As to 802:  This document is offered for a purpose other than the truth of the matter therein, including issues of knowledge and justifiable reliance. As to 901: See Mr. Fraser's categorical response. As to 402/403-C:  See Mr. Fraser's categorical response. As to 106-A: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 575. | November 17, 2014 (6:44 pm) | Bitcoin Forum Post by suchmoon re GAW Zen Hashlet Hashcoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-) (available at https://bitcointalk.org/index.php?topic=857670.220) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL, UNTIMELY | As to 104a: See Mr. Fraser's categorical response. As to 802: This document is offered for purpose other than the truth. As to 901: See Mr. Fraser's categorical response. As to 402/403-C: This document is probative of issues including reliance and buyer's knowledge. As to 106-A: See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. |
| 576. | November 18, 2014 (2:24 pm) | J. Dorman email to A. Shinners and J. Garza re Daffy, attaching "NovemberNDA" | GAW006 48618, GAW006 48620 | 104a, 402/403-D, 802, 901, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. The proposed NDA from GAW Miners to Mr. Shinners is irrelevant to any disputed classwide issue and is unduly prejudicial and distracting, particularly as this NDA was never fully executed. | As to 104a: See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 402/403: Irrespective of whether the NDA was executed, this exhibit demonstrates Mr. Shinners' degree of involvement in the companies, which is relevant to issues including relianc and buyer's knowledge. As to 802: Mr. Shinners' statements are statements of a party-opponent and are not hearsay. To the extent this document relates to an agreement between Mr. Shinners and GAW Miners, it is not hearsay. In addition, Mr. Fraser intends to offer this document for purposes other than the truth of the matter asserted. As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 577. | November 18, 2014 (11:07 pm) | HashTalk Posts re cointellects users must read this!! (HYIPs) | GAW002 84403 | 104a, 402/403-C, 802, 901, 106-A, 1002-A, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>402/403-C:  This document, which is a thread from the GAW Miners' own discussion forum, HashTalk, and produced by Plaintiffs, is probative of reliance and buyer's knowledge.  It includes posts by at least one individual (Tom Gabel (Tom_Ewok)) who is among class members who provided information to Mr. Shinners, and also includes the following statement: "It is a Ponzi.  Yes, they are paying, others and I have made a nice profit but it could all end any day."<br><br>As to 802: Mr. Fraser intends to offer this document for a purpose other than its truth.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 106-A/1002-A: See Mr. Fraser's categorical responses. |
| 578. | November 19, 2014 (2:20 pm) | S. Fraser email to J. Garza and D. McLain re Document1, with attachment | GAW002 00284, GAW002 00287;<br><br>Garza Dep Exhibit 239 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 579. | November 19, 2014 | Paycoin White Paper | GAW003 69467; Eden Dep Exhibit 10 | | |
| 580. | November 21, 2014 (12:06 pm) | J. Garza email to S. Fraser re Stuart and ICO release (offline) | GAW002 00174 | | |
| 581. | November 21, 2014 (5:40 pm) | A. Shinners email to J. Dorman and J. Garza re From Allen: Orion Controllers; Prime controllers; Primes; Zens etc New Thread Tonight | GAW001 94075; Shinners Dep Exhibit 117 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Dorman's statements include verbal acts that are not hearsay.  To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| 582. | November 21, 2014 (10:36 pm) | HashTalk post re It is truly baffling the amount of crap I have read as of late | GAW003 66820 | 104a, 402/403-C, 802, 901, 106-A, 1002-A, MIL - This exhibit also includes a discussion of the legal definition of securities and the regulation of cryptocurrency, which is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. A layperson's interpretation of what the SEC can regulate is improper opinion testimony, see Fed. R. Evid. 701, and likely to confuse or mislead the jury into granting it weight despite its lack of any probative value. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403 and 402/403-C: This document, which is a thread from the GAW Miners' own discussion forum, HashTalk, and produced by Plaintiffs, is probative of reliance, buyer's knowledge, whether or not Hashlets are securities, and whether or not Mr. Fraser could or should have known that Hashlets are securities. It includes statements by Mr. Shinners indicating that he understood Hashlets to be "both a product and a service (like hosted mining traditionally is classified)." Any potential prejudice to Plaintiffs resulting from this document is outweighed by its probative value, particularly because this document does not contain hyperbolic or offensive statements of class members.<br><br>As to 701: Mr. Shinners' statements are not impermissible opinion testimony under FRE 701 because they are based on Mr. Shinners' perception at the time, helpful to understanding what lay individuals (like Mr. Shinners and Mr. Fraser) perceived about the SEC's regulation of cryptocurrency at the time for purposes of determining whether Mr. Fraser should or could have known that the products at issue might be considered securities, and not based on scientific, technical, or other specialized knowledge.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 106-A/1002-A: See Mr. Fraser's categorical responses. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 583. | November 22, 2014 | 99 Bitcoins (formerly known as Coinfire) Post by coin fire re Is GAW Miners Lying about Partnerships? (available at https://99bitcoins.com/is-gaw-miners-lying-about-partnerships/) | N/A | 104a, 402/403-C, 802, 901, MIL, UNTIMELY | As to 104a: See Mr. Fraser's categorical response. As to 402/403-C: See Mr. Fraser's categorical response.  This article is probative of issues including reliance and buyer's knowledge, and its probative value on those issues outweighs any risk of prejudice to Plaintiffs.  Mr. Fraser is not opposed to redacting or removing the comments beneath this article. As to 802:  Mr. Fraser intends to offer this document for a purpose other than the truth.  As to 901: See Mr. Fraser's categorical response. As to timeliness:  See Mr. Fraser's categorical response. |
| 584. | November 23, 2014 | A. Shinners email to J. Dorman and J. Garza re From Allen: Here is what I worked out | GAW000 91987; Shinners Dep Exhibit 118 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-D:  See Mr. Fraser's categorical response. As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted. As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 585. | November 24, 2014 (3:32 pm) | J. Garza email to S. Higgins re Greetings | GAW010 72961 | 104a, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 586. | From on or around November 24, 2014 | Reddit thread with a number of A. Shinners posts from 2014 (available at Docket No. 107-1 (Exhibit A-66) , at Page 373 of 604) | N/A | 104a, 402/403-B, 402/403-C, 901, 106-A, 1002-A, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-B and 402/403-C: This document contains multiple statements of Mr. Shinners from during the class period, and some of those statements relate specifically to Hashlets.  Others are probative of Mr. Shinners' sophistication with respect to mining, which is relevant to reliance and buyer's knowledge.  Almost all of the statements in this document are by Mr. Shinners.  To the extent this document contains statements by any anonymous declarant, Plaintiffs overstate any risk of the jury understanding those declarants to be class members and in any case those statements are not hyperbolic or offensive.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A/1002-A:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 587. | November 25, 2014 (2:13 am) | A. Shinners email to J. Dorman and wdl1908@gmail.com re White Paper plus Q&As | GAW000 92142; Shinners Dep Exhibit 120 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 588. | November 25, 2014 (3:37 pm) | WSJ Article *BitBeat: GAW Miners to Launch Bitcoin Challenger, Paycoin* | Pfeiffer Dep Exhibit 93 | | |
| 589. | November 26, 2014 (11:39 am) | J. Garza email to M. Casey (WSJ), copying Fraser re We need to do a follow-up on these allegations of fraud., with attachment | GAW006 72786, GAW006 72787 | | |
| 590. | November 26, 2014 (8:42 pm) | A. Shinners email to J. Garza re Bounty (available at Docket No. 107-1 (Exhibit A-80) , at Page 568 of 604) | GAW006 22213 | 104a, 402/403-D, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 591. | November 26, 2014 (11:25 pm) | J. Mordica email to A. Shinners, et al. re Please proof read | GAW001 93925; Mordica Dep Exhibit 25 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Mordica's instructions and requests to Mr. Shinners are not hearsay.  To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 592. | November 28, 2014 (11:42 am) | J. Garza email to A. Shinners re HashStaker | GAW002 02266; Shinners Dep Exhibit 121 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Garza's statements to Mr. Shinners are not hearsay.  To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 593. | November 28, 2014 (3:18 pm) | D. Kelley email to J. Garza re Follow up from CF meeting | GAW010 22379 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 594. | November 28, 2014 (10:23 pm) | ZenCloud email to M. Audet re The HashStaker is Here | GAW006 89079 | | |
| 595. | November 30, 2014 | A. Shinners email to J. Garza and J. Mordica re Lesser Hashlets | GAW000 95970; Garza Dep Exhibit 250 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Garza's statements to Mr. Shinners are admissible as statements of intent pursuant to 803(3).  To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |

49

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 596. | December 1, 2014 | HashTalk Posts re I have read all their posts and I can't figure out where they get their information. | GAW004 30012 | 104a, 402/403-C, 802, 901, 106-A, 1002-A, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-C: This exhibit is probative of reliance and its probative value outweighs any potential prejudice to Plaintiffs.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 106-A/1002-A: See Mr. Fraser's categorical responses. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 597. | December 2, 2014 | HashTalk Posts by M. Audet, et al. re GAW | Audet Dep Exhibit 210 | 104a, 402/403-C, 802, 901, 106-A, 1002, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C:  These statements by Mr. Audet (who confirmed that his handle on HashTalk was pandacoin) are relevant to reliance and buyer's knowledge.<br><br>As to 802:  Mr. Audet's statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2).  To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A/1002: See Mr. Fraser's categorical responses. |
| 598. | December 4, 2014 | A. Shinners email to J. Dorman re White Paper | GAW000 91477 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 599. | December 5, 2014 (8:41 am) | A. Messer email to D. Kelley and J. Garza re Minutes, with attachment | A. Capuano Dep Exhibit 151 | | |
| 600. | December 5, 2014 (11:30 am) | J. Dorman email to A. Shinners re White Paper | GAW001 93697 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 601. | December 5, 2014 (4:17 pm) | Bitcoin Forum Post by jackbox re GAW / Josh Garza discussion Paycoin XPY xpy.io ION ionomy. ALWAYS MAKE MONEY :) (available at https://bitcointalk.org/index.php?topic=857670.msg9749458#msg9749458) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C:  This exhibit is probative of reliance and its probative value outweighs any potential prejudice to Plaintiffs.<br><br>As to 802: To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A:  See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 602. | December 5, 2014 (5:35 pm) | J. Garza email to D. McLain re question | GAW010 22383; McLain Dep Exhibit 66 | 104a, 802, 901 - To the extent this exhibit is relevant because it concerns Mr. Fraser's ownership stake in one or more GAW entities, its probative value is outweighed by its potential for confusion. Fed. R. Evid. 402; Fed. R. Evid. 403. It is not clear from this exhibit what "parent entity" or "operating entities" are referred to, or whether or how they are related to GAW Miners and ZenMiner, and Mr. Fraser has not designated any deposition testimony from Mr. Garza or Mr. McLain concerning this exhibit. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit reflects the terms of an agreement between Mr. Garza and Mr. Fraser and is therefore not hearsay.  Even if this email exchange were hearsay, the statements of Mr. Garza and Mr. McLain are admissible pursuant to 803(3) as well as pursuant to FRE 807.  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 402/403:  This exhibit is probative to the issue of control. Plaintiffs' concern about a lack of context is unfounded Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 603. | December 7, 2014 (8:23 pm) | A. Shinners email to dan@btc.com re Allen's Position Offered | GAW001 30178; Shinners Dep Exhibit 122 | 104a, 901, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403.  Documents regarding Allen Shinners's interest in a position at GAW Miners are irrelevant to any disputed classwide issue and are unduly prejudicial and distracting, particularly as it did not result in actual employment. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is relevant to Shinners' credibility, and bears on issues of justifiable reliance and knowledge.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 604. | December 7, 2014 (8:49 pm) | HashTalk Posts re Dear Mr. Garza. Thank you for the nice emails but right now I don't really feel as one of the best customers | GAW004 31873 | 104a, 402/403-C, 802, 901, 106-A, 1002-A, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). To the extent this document contains any hearsay statements, Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A/1002-A: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 605. | December 9, 2014 | *Why GAW Miners is a scam*, NullTX article<br><br>(from nulltx.com, available at Docket No. 107-1 (Exhibit A-37), at Page 180 of 604) | N/A | 104a, 402/403-C, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C: See Mr. Fraser's categorical response.  In particular this article states that GAW Miners is "being investigated by the SEC for their questionable business model and their operations."<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein of the matter asserted therein, including knowledge and reliance.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 606. | December 10, 2014<br><br>(3:54 pm) | J. Garza email to J. Dorman and R. Abramov re Marketing Report 12/8-12/9 | GAW006 58649 | 104a, 802, 901 - It is not clear how an email thread discussing a marketing report is relevant to any disputed issue. Furthermore, to the extent Mr. Fraser intends to offer the email thread as evidence that he was not involved in marketing discussions at GAW Miners, this document is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403:  This email is probative of Mr. Fraser's degree of involvement in the companies, which is relevant to issues including control.  This email is probative of the fact that members of GAW Miners' affiliate program (such as Mr. Pfeiffer) profited from their participation in promoting the GAW Miners products at issue, which is relevant to Mr. Fraser's affirmative defenses against class members (including Mr. Pfeiffer).<br><br>As to 802:  This email and the affiliate data it contains are admissible as business records pursuant to 803(6).<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 607. | December 10, 2014 | Business Technology for Cryptocurrency, LLC Operating Agreement | GAW-000028; Fraser SEC Exhibit 31 | 104a, 802, 901 - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to demonstrate a purported reduction in ownership of GAW Miners and ZenMiner, this document is particularly prejudicial given that it is not executed and there is no evidence that it was executed. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This is an agreement and is not hearsay.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403:  Any potential prejudice to Plaintiffs is outweighed by the probative nature of this exhibit as to the issue of control. |
| 608. | December 11, 2014 (8:55 pm) | A. Shinners email to J. Garza re Hashtalk website rebuild | GAW006 31966 | 104a, 402/403-D, 901, 1002, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D:  See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 1002:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 609. | December 11, 2014 (11:26 pm) | A. Shinners email to J. Garza re whats up with this? | GAW000 94440 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-D:  See Mr. Fraser's categorical response. As to 901: See Mr. Fraser's categorical response. As to 802:  Mr. Shinners' statements are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein. |
| 610. | December 12, 2014 | Bitcoin Forum Post by jackbox re GAW / Josh Garza discussion Paycoin XPY xpy.io ION ionomy. ALWAYS MAKE MONEY :) (available at https://bitcointalk.org/index.php?topic=857670.msg9818250#msg9818250) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-C:  See Mr. Fraser's categorical response. As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901: See Mr. Fraser's categorical response. As to 1002:  See Mr. Fraser's categorical response.  This document is a printout of page 244 from Bitcointalk.org and the URL and relevant page of the thread are clearly visible on the document. Mr. Fraser is not aware of a better version of this document. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 611. | December 13, 2014 | GAW Miners Cloud Terms of Service | Narayan an Dep Exhibit 227 | 104a, 802, 901 - The Court has already ruled that the ZenMiner Cloud Terms of Service "failed to disclose that Hashlets were nothing more than payouts funded by new investors, i.e., that the Companies were operating a Ponzi scheme." Dkt. 141 at 44-45. The exhibit's relevance is unclear. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403:  This exhibit is probative of issues including reliance, buyer's knowledge, and how the products were marketed to customers as it relates to whether they are securities. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 612. | December 13, 2014 | ZenMiner Terms of Service (available at https://archive.is/CrIaM) | N/A | 104a, 802, 901, UNTIMELY - To the extent that Mr. Fraser intends to use this exhibit to prove that Hashlet owners were on notice of the Companies' misrepresentations about Hashlets, the Court has already ruled that the ZenMiner Cloud Terms of Service "failed to disclose that Hashlets were nothing more than payouts funded by new investors, i.e., that the Companies were operating a Ponzi scheme." Dkt. 141 at 44-45. The exhibit's relevance is unclear. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response.<br><br>As to 402/403:  This exhibit is probative of how the Companies marketed Hashlets to customers and whether or not they are securities.  It is also relevant to issues including buyer's knowledge and justifiable reliance. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| 613. | December 16, 2014 (11:15 am) | J. Garza email to D. Kelley re CFO | GAW000 47164 | 104a, 802, 901 - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that he was a "silent partner," this exhibit is not only inadmissible hearsay, but Mr. Garza's statements are likely to be misleading and prejudicial because the exhibit does not specify who or what the subject of the email thread is nor the entity in which Mr. Fraser is purportedly a "silent partner." - Furthermore, the email exchange appears to be a continuation of a separate conversation, and it would be confusing and misleading to admit this exhibit without any context as to what Mr. Garza's statements are referring to. Nor did Mr. Fraser designate any testimony from Mr. Garza that would put his statement in context for the jury.  Fed. R. Evid. 106. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403:  This exhibit is probative of issues including control, aiding and abetting, and Mr. Fraser's knowledge.  Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 614. | December 17, 2014 (1:36 pm) | A. Shinners email to J. Garza re Pr person | GAW006 63889 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted. As to 901: See Mr. Fraser's categorical response. |
| 615. | December 18, 2014 (9:10 am) | D. McLain email to D. Kelley, et al. re Fully executed LeaseRig Asset Purchase Agreement (for your records), with attachment | GAW006 26161, GAW006 26163 | 104a, 802, 901 - It is not clear why this asset purchase agreement is relevant to any disputed issue in this case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. As to 802: The asset purchase agreement is an agreement and therefore not hearsay. As to 901: See Mr. Fraser's categorical response. As to 402/403: This document is relevant to show that major investments such as asset purchases like this one were executed by Mr. Garza himself and Plaintiffs do not identify any way in which this document is unfairly prejudicial to them. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 616. | December 18, 2014 (6:52 pm) | J. Garza email to A. Shinners re need help pls | GAW000 74581 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted. As to 901:  See Mr. Fraser's categorical response. |
| 617. | December 19, 2014 | A. Shinners email to J. Garza re Advice = Answer | GAW000 73942 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response. As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted. As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 618. | December 20, 2014 | Bittrex Mailer email to M. Audet re Bittrex.com Withdrawal Verification | GAW006 88864 | 104a, 802, 901, MIL - This exhibit concerns emails received by Plaintiff Marc Audet regarding purported withdrawals of Paycoin.  To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Audet specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2).  Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 402/403:  This document is probative of reliance to the extent it shows that Mr. Audet was trading Paycoin on external exchanges such as Bittrex after the price failed to reach $20.  In addition, this document is probative of whether or not Paycoin is a security because it shows Paycoin was traded on at least one outside exchange.  These are classwide issues. |
| 619. | December 22, 2014 | A. Shinners email to J. Garza re Probably one of the top ideas of the decade. | GAW001 55522 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2).  Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 620. | December 23, 2014 | Bittrex Mailer email to M. Audet re Bittrex.com Withdrawal Verification | GAW006 89072 | 104a, 802, 901, MIL - This exhibit concerns emails received by Plaintiff Marc Audet regarding purported withdrawals of Paycoin. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Audet specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403: This document is probative of reliance to the extent it shows that Mr. Audet was trading Paycoin on external exchanges such as Bittrex after the price failed to reach $20. In addition, this document is probative of whether or not Paycoin is a security because it shows Paycoin was traded on at least one outside exchange. These are classwide issues. |
| 621. | December 24, 2014 (12:14 pm) | A. Shinners email to J. Garza re You Are Paycoin - Invitation to edit | GAW001 53926 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 622. | December 24, 2014 (9:44 pm) | J. Garza email to S. Fraser re hey | GAW001 98929 | 802, 901 | As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein of the matter therein, including Mr. Garza's credibility, motivation, and relationship with Mr. Fraser.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 623. | December 26, 2014 | Bittrex Mailer email to M. Audet re Bittrex.com Withdrawal Verification | GAW006 89162 | 104a, 802, 901, MIL - This exhibit concerns emails received by Plaintiff Marc Audet regarding purported withdrawals of Paycoin.  To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Audet specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 402/403:  This document is probative of reliance to the extent it shows that Mr. Audet was trading Paycoin on external exchanges such as Bittrex after the price failed to reach $20.  In addition, this document is probative of whether or not Paycoin is a security because it shows Paycoin was traded on at least one outside exchange.  These are classwide issues. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 624. | December 27, 2014 (2:41 pm) | J. Garza email to J. Mordica re PayBase/PayCoin questions - IMPORTANT | GAW001 52823 | 104a, 802, 901 - It is not clear what relevance an email thread about the implementation of Anti-Money Laundering / Know Your Customer systems has to any disputed issue in the case.  Moreover, this document does not identify the recipients to any particular message, and its introduction would therefore be confusing and prejudicial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response. As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901:  See Mr. Fraser's categorical response. As to 402/403: This exhibit is probative of Mr. Fraser's involvement in the Companies, because it shows that Mr. Fraser was not copied on an important discussion regarding FinCen compliance.   Accordingly, it bears on issues including control. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 625. | December 27, 2014 (3:08 pm) | D. Kelley email to J. Mordica, et al. re PayBase/PayCoin questions - IMPORTANT | GAW001 11975; E. Capuano Dep Exhibit 28 | 104a, 802, 901 - It is not clear what relevance an email thread about the implementation of Anti-Money Laundering / Know Your Customer systems has to any disputed issue in the case. Moreover, this document does not identify the recipients to any particular message, and its introduction would therefore be confusing and prejudicial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of Mr. Fraser's involvement in the Companies, because it shows that Mr. Fraser was not copied on an important discussion regarding FinCen compliance. Accordingly, it bears on issues including control. |
| 626. | December 29, 2014 | A. Shinners email to J. Garza re think we got it | GAW000 64282; Shinners Dep Exhibit 124 | 104a, 402/403-D, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 627. | December 30, 2014 (8:55 pm) | A. Shinners email to J. Garza re Eh? | GAW000 64458 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response. <br><br> As to 402/403-D: See Mr. Fraser's categorical response. <br><br> As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer them for a purpose other than the truth of the matter asserted. <br><br> As to 901:  See Mr. Fraser's categorical response. |
| 628. | December 31, 2014 (12:53 am) | A. Shinners email to J. Garza re JD and National Salary Specs CBDO/CBO. Well, here you go. Let the feathers fly. | GAW001 52310; Shinners Dep Exhibit 123 | 104a, 802, 901, MIL - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403.  Documents regarding Allen Shinners's interest in a position at GAW Miners are irrelevant to any disputed classwide issue and are unduly prejudicial and distracting, particularly as it did not result in actual employment. | As to 104a:  See Mr. Fraser's categorical response. <br><br> As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. <br><br> As to 901:  See Mr. Fraser's categorical response. <br><br> As to 402/403: Mr. Shinners' continued interest in a position at GAW Miners despite the price of Paycoin not reaching $20 is relevant to Mr. Fraser's affirmative defenses against Shinners and also probative of whether the alleged misrepresentation regarding the $20 floor was so fundamental that every class member must have relied upon it.  This exhibit is also relevant to Shinners' credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 629. | December 31, 2014 | Amazon Further Denies PayBase / GAW Miners Involvement (available at https://99bitcoins.com/amazon-further-denies-paybase-gaw-miners-involvement/#comments) | N/A | 104a, 402/403-C, 802, 901, MIL, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-C:  See Mr. Fraser's categorical response. As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901:  See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. |
| 630. | | | | | |
| 631. | From on or around January 2, 2015 | ShapeShift.io Official Announcement Re Paycoin (available at https://www.reddit.com/r/Bitcoin/comments/2r5irw/shapeshiftio_official_announcement_re_paycoin) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-C:  See Mr. Fraser's categorical response.  In particular, here ShapeShift.io announced that it would be dropping support for Paycoin, citing the coin's failure to trade at $20 as evidence of fraud. As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901:  See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 632. | From on or around January 3, 2015 | ShapeShift.io Drops Paycoin, says "high threshold of evidence as fraud" (available at https://99bitcoins.com/shapeshift-io-drops-paycoin-says-high-threshold-of-evidence-as-fraud/ ) | N/A | 104a, 402/403-C, 802, 901, MIL, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response. |
| 633. | January 2, 2015 | Bitcoin Forum Post by ionic-coinminer re Paycoin (XPY) is scam (available at https://bitcointalk.org/index.php?topic=900970.260) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C:  See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A: See Mr. Fraser's categorical response. |
| 634. | January 3, 2015 (6:05 pm) | A. Shinners email to J. Garza re do you think this helpful? | GAW000 62266; Shinners Dep Exhibit 126 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 635. | January 5, 2015 (8:47 pm) | J. Garza email to A. Shinners re Violations of USC 7 CFTC Cryptsy | GAW010 53575 | 104a, 402/403-D, 802, 901, MIL, DUPE - It is not clear how an email from Allen Shinners regarding a crypto exchange's putative non-enforcement of Commodity Future Trading Commission regulations is relevant to any disputed issue. Fed. R. Evid. 402; Fed. R. Evid. 403.  In addition, this exhibit appears to be a less inclusive version of DX 636. | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-D: See Mr. Fraser's categorical response.  This document is probative of whether Paycoin is a security and if it is, whether Mr. Fraser could or should have known that it is a security. In particular, Mr. Shinners acknowledged that on November 17, 2014 "the CFTC announced that Bitcoin, a cryptocurrency, was classified as a commodity," which is not a security. As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 636. | January 5, 2015 (9:36 pm) | A. Shinners email to J. Garza re Violations of USC 7 CFTC Cryptsy | GAW000 61909 | 104a, 402/403-D, 802, 901, MIL - It is not clear how an email from Allen Shinners regarding a crypto exchange's putative non-enforcement of Commodity Future Trading Commission regulations is relevant to any disputed issue. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response. This document is probative of whether Paycoin is a security and if it is, whether Mr. Fraser could or should have known that it is a security. In particular, Mr. Shinners acknowledged that on November 17, 2014 "the CFTC announced that Bitcoin, a cryptocurrency, was classified as a commodity," which is not a security.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 637. | January 5, 2015 | Altcoins Dropping Off Coin-Swap in Boycott Against GAW Miners, by Diana Ngo (available at https://cointelegraph.com/news/altcoins-dropping-off-coin-swap-in-boycott-against-gaw-miners) | N/A | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 638. | January 12, 2015 | A. Shinners email to J. Garza re Post | GAW001 46191;<br><br>Shinners Dep Exhibit 127 | 104a, 402/403-D, 802, 901, MIL | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-D: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2). Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 639. | January 19, 2015 | *SEC Investigation of GAW Miners Underway*, Coin Fire Article<br><br>(From https://archive.li/2fhJe, available at Docket No. 107-1 (Exhibit A-42), at Page 224 of 604) | N/A | 104a, 402/403-C, 802, 901, MIL - In addition to being an unauthenticated article, this double-hearsay exhibit also includes a discussion of the legal definition of securities and the regulation of cryptocurrency, which is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. A layperson's interpretation of what the SEC can regulate is improper opinion testimony, see Fed. R. Evid. 701, and likely to confuse or mislead the jury into granting it weight despite its lack of any probative value. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-C: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, as it is probative of reliance and buyer's knowledge.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 640. | February 2015 | Screenshot of GetHasing post by A. Shinners re [SCAM] GAWMiners, Paybase, ZenCloud | N/A | 104a, 802, 901, 106-A, 1002-A, MIL, UNTIMELY - This exhibit concerns an internet post purportedly made by Plaintiff Allen Shinners after the class period ended. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403: See Mr. Fraser's categorical response to 402/403-D.<br><br>As to 802: Mr. Shinners' statements are not hearsay and are admissible as statements of a party-opponent pursuant to 801(d)(2).<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 106-A/1002-A: See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 641. | January 25, 2015 - February 3, 2015 | *GAW Miners SEC Investigation Confirmed, and Information Leaked* article, et al. | GAW001 20243;  E. Capuano Dep Exhibit 38 | 104a, 802, 901, 1002 - This exhibit appears to be a collection of articles relating to GAW Miners dating from February 2015, one of which purports to include online posts written by Eric Capuano.  As the portion of Mr. Capuano's transcript designated by Defendant makes clear, the hearsay contained within this exhibit is not based on personal knowledge, Fed. R. Evid. 602, and to the extent it contains any probative information, its admission would be unduly prejudicial to Plaintiffs.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.  As to 402/403: Mr. Capuano's statements are probative of issues including control.  As to 602: See Mr. Fraser's categorical response.  As to 802:  Mr. Capuano's statements are admissible pursuant to 803(1) and 803(3).  As to 901:  See Mr. Fraser's categorical response.  As to 1002: See Mr. Fraser's categorical response. |
| 642. | February 10, 2015 | D. Kelley email to D. McLain and J. Garza re SEC Subpoena, with attachment | Doc ID 100260, Doc ID 105004 | 104a, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.  As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.  As to 901:  See Mr. Fraser's categorical response. |
| 643. | | | | | |

76

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 644. | February 25, 2015 | D. McLain email to J. Marcelino, et al. re SEC's requested Documents (Item 15), with attachment | Doc ID 101134, Doc ID 101139 | 104a, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein of the matter asserted therein, including the scope and extent of the SEC's investigation of the Companies' activities.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 645. | February 26, 2015 (4:59 pm) | J. Garza email to D. McLain re Org Structure, with attachments | Doc ID 99619, Doc ID 99629, Doc ID 99641 | 104a, 402/403-A, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-A: See Mr. Fraser's categorical response.<br><br>As to 802:  The organizational charts are admissible as business records.  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 646. | February 26, 2015 (5:39 pm) | D. McLain email to J. Garza re SEC's requested Documents (Items 1 - 5) - APPROVE THIS ONE ALSO, with attachments | Doc ID 100733, Doc ID 100758, Doc ID 100775, Doc ID 100793, Doc ID 100809, Doc ID 100825, Doc ID 100835, Doc ID 100994, Doc ID 100998, Doc ID 101003, Doc ID 101010, Doc ID 101014 | 104a, 402/403-A, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-A: See Mr. Fraser's categorical response.<br><br>As to 802:  The organizational documents are not hearsay.  To the extent that they are, they are admissible as business records.  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, including as it relates to the scope and extent of the SEC's investigation of the Companies' activities.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 647. | March 3, 2015 | Admin - Paycoinpoker email to M. Pfeiffer re Paycoinpoker.com - New Affiliate Program - FREE CHIPS! | GAW006 91399; Pfeiffer Dep Exhibit 97 | 104a, 802, 901, MIL - This exhibit concerns an email received by Plaintiff Michael Pfeiffer after the class period relating to a purported cryptocurrency poker website. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.  As to 802:  Mr. Fraser intends to offer this document for a purpose other than the truth.  As to 901:  See Mr. Fraser's categorical response.  As to 402/403:  This document is relevant to whether Paycoin is a security because it is probative of the fact that Paycoin could be redeemed to play online poker.  This is a classwide issue. |
| 648. | March 5, 2015 | SEC Subpoena for Documents to S. Fraser | Fraser SEC Exhibit 28 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 649. | March 7, 2015 (12:23 am) | M. Pfeiffer email to mike@coinfire.io re Thanks for coming to Hash Talk - 4th Estate in the Wild West - narrative within | GAW006 89927; Pfeiffer Dep Exhibit 92 | 104a, 901, 106-A, MIL - This exhibit concerns an internet post written by Plaintiff Michael Pfeiffer after the class period relating to a purported cryptocurrency poker website. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. As to 901: See Mr. Fraser's categorical response. As to 106-A: See Mr. Fraser's categorical response. As to 402/403: This exhibit is relevant to issues including justifiable reliance, buyer's knowledge, whether the products at issues are securities, and whether Mr. Fraser could or should have known that the products at issue are securities. These are classwide issues. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 650. | March 7, 2015 (7:18 am) | HashTalk post re Fourth Estate in the Wild West | GAW002 45353 | 104a, 901, 106-A, 1002-A, MIL - This exhibit concerns an internet post written by Plaintiff Michael Pfeiffer after the class period relating to a purported cryptocurrency poker website. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is relevant to issues including justifiable reliance, buyer's knowledge, whether the products at issues are securities, and whether Mr. Fraser could or should have known that the products at issue are securities.  These are classwide issues.<br><br>As to 1002-A: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 651. | March 13, 2015 | J. Dorman email to J. Garza, et al. re State of the company | GAW000 65480; Dorman Dep Exhibit 141 | 104a, 802, 901 - To the extent Mr. Fraser intends to offer this hearsay exhibit to show that Mr. Garza had authority over GAW Miners, it is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. The email exchange post-dates the class period and it is not clear what time period Mr. Dorman's assertions relate to. Nor did Mr. Fraser designate any testimony from Mr. Garza or Mr. Dorman that would put the majority of these prejudicial emails in context for the jury. | As to 104a:  See Mr. Fraser's categorical response. As to 402/403:  This exhibit is probative of issues including control. Plaintiffs concern about the time period is disingenuous given that they included on their own exhibit list numerous documents that pre-date the class period, some of which relate to control (*see, e.g.*, PX1). Plaintiffs' concern about a lack of context is unfounded given the numerous documents in the record available to place Mr. Garza's statements into context as well as their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context. As to 802:  This exhibit is admissible pursuant to 803(1) and 803(3).  To the extent it is not, this exhibit is admissible pursuant to FRE 807 because its probative value on the issue of control outweighs any potential prejudice. As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 652. | March 26, 2015 | Independent Contractor Agreement between GAW Miners LLC, Paybase LLC, Business Technology for Cryptocurrency LLC and BlockChain Innovation Corp. | Eden Dep Exhibit 12 | 104a, 802, 901 - It is not clear why an independent contractor agreement signed by M. Eden and Mr. Garza after the class period ended is relevant to any disputed issue in this case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This is an agreement and therefore it is not hearsay.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of the issue of control and does not pose any risk of unfair prejudice to Plaintiffs. |
| 653. | March 26, 2015 | Rescission Agreement between GAW Miners LLC and LeaseRig.net LLC, Matthew Eden | Eden Dep Exhibit 11 | 104a, 802, 901 - It is not clear why a rescission agreement signed by M. Eden and Mr. Garza after the class period ended is relevant to any disputed issue in this case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This is an agreement and therefore it is not hearsay.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of the issue of control and does not pose any risk of unfair prejudice to Plaintiffs. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 654. | April 1, 2015 | *How to Chargeback Gawminers Hashlets*, Bitcoin News Magazine article (accessed on November 16, 2018)<br><br>(available at Docket No. 107-2 (Exhibit B-33), at Page 257 of 401) | N/A | 104a, 802, 403, 106-A, 106-B, 1002-A, MIL - This exhibit concerns an internet post purportedly made by Plaintiff Allen Shinners after the class period ended.  To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Shinners' statements are admissible as an opposing party's statements pursuant to FRE 801(d)(2).<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 106-A: See Mr. Fraser's categorical response.<br><br>As to 106-B: See Mr. Fraser's categorical response.<br><br>As to 402/403: In addition to its probative value for purposes of Mr. Fraser's affirmative defenses against Mr. Shinners specifically, this exhibit is probative of the issue of whether the products at issue are securities and if so, whether Mr. Fraser could or should have known that they are securities. |
| 655. | April 2, 2015 | D. McLain email to J. Garza re Fwd, with attachments | Doc ID 99765, Doc ID 99793, Doc ID 99821, Doc ID 105029, Doc ID 105030 | 104a, 802, 901 | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802:  The attachment, which is a request for information, is not hearsay.  To the extent this exhibit contains hearsay statements, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 656. | April 26, 2015 | J. Garza email to M. Pfeiffer re Apparently my account (@hashling) has been banned | GAW006 90595 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-E: See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 657. | April 27, 2015 | J. Garza text messages with R. Jain re need a place to keep about 27mm | GAW010 19796; Garza Dep Exhibit 249 | 104a, 802, 901, 1002 - It is not clear how undated, unauthenticated text messages relating to Josh Garza's post-class period conduct are relevant to any disputed issue in this case.  Fed. R. Evid. 402; Fed. R. Evid. 403.  The introduction of this non-relevant material would be prejudicial and distracting from the issues actually in dispute, particularly because the message thread appears to be only one part of a longer series of communications.  Fed. R. Evid. 106. | As to 104a: See Mr. Fraser's categorical response.  Mr. Shinners told the FBI that he received these communications directly from Rishab Jain and encouraged the FBI to rely on them in their investigation of Mr. Garza.  As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein of the matter asserted therein.  As to 901: See Mr. Fraser's categorical response.  See also above response to 104a.  As to 1002: See Mr. Fraser's categorical response.  As to 402/403:  This exchange is probative of issues including Mr. Garza's credibility and culpability.  Plaintiffs' concern about a lack of context is unfounded given Plaintiffs' cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context.  As to 106: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 658. | April 28, 2015 (2:48 pm) | J. Garza email to M. Pfeiffer re Apparently my account (@hashling) has been banned | GAW006 90437 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-E: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901: See Mr. Fraser's categorical response. |
| 659. | April 28, 2015 (3:43 pm) | J. Garza email to M. Pfeiffer re Crypto Project Proposals - Request for access | GAW006 91128; Pfeiffer Dep. Exhibit 90 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-E: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 660. | April 28, 2015 (4:57 pm) | J. Garza chat with M. Pfeiffer re you are admin now sir | GAW010 23686; Pfeiffer Dep Exhibit 86 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-E: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901: See Mr. Fraser's categorical response. |
| 661. | April 29, 2015 | M. Pfeiffer email to J. Garza re Apparently my account (@hashling) has been banned | GAW006 90700 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response. As to 402/403-E: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 662. | April 30, 2015 (4:31 pm) | M. Pfeiffer email to J. Garza re Apparently my account (@hashling) has been banned | GAW006 91045; Pfeiffer Dep Exhibit 85 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-E:  See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 663. | May 2015 | GetHasing post by A. Shinners re Group Lawsuit Against GAWminers et al | Eden Dep Exhibit 17 | 104a, 802, 106-A, 106-B, 1002-A, MIL - This exhibit concerns an internet post purportedly made by Plaintiff Allen Shinners after the class period ended.  To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.  In addition, Mr. Shinners testified that he visited the GetHashing forum.<br><br>As to 802: Statements of Mr. Shinners are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 106-A: See Mr. Fraser's categorical response.<br><br>As to 1002-A: See Mr. Fraser's categorical response.<br><br>As to 402/403:  In this post, Mr. Shinners thanks three witnesses whose deposition testimony will be presented at trial, Ms. Eden, Ms. Mordica and Mr. Dorman, for their help with this lawsuit.  Accordingly, Mr. Shinners' statement is probative of bias/cooperation of third-party witnesses. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 664. | May 6, 2015 | M. Pfeiffer email to J. Garza re Legendary HashStakers - We need a plan (and my personal investment) | GAW006 89752 | 104a, 402/403-E, 802, 901, MIL | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403-E:  See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Pfeiffer are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 665. | May 23, 2015 | Class Members' Spreadsheet compiled by A. Shinners | GAW003 61522 | 104a, 802, 901 - To the extent Mr. Fraser intends to use this spreadsheet regarding putative class members' transactions in GAW Miners products to prove the truth of the information contained in the spreadsheet, it is inadmissible hearsay as to which Plaintiff Allen Shinners has no firsthand knowledge. Fed. R. Evid. 602. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Shinners and other class members are not hearsay and are admissible as statements of party-opponents pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 666. | May 24, 2015 | Paycoinable.com email to M. Pfeiffer re Paycoinable Launches on Monday! | GAW006 89990 | 104a, 802, 901, MIL - This exhibit concerns an email received by Plaintiff Michael Pfeiffer after the class period relating to a purported cryptocurrency web service. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403: See Mr. Fraser's categorical response to 402/403-E.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 667. | May 25, 2015 | J. Garza email to S. Fraser re Hey | Fraser002204 | 802, 901 - This exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. To the extent Mr. Fraser intends to use it to show that Mr. Garza, not he, ran GAW Miners, this exhibit is not only inadmissible hearsay, but whatever probative value it has, if any, is likely to be outweighed by the confusion and prejudice caused by Mr. Garza's apology to Mr. Fraser, as well as the vague and uncontextualized remarks about the companies. | As to 802: This apology is not hearsay.  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403:  This exhibit bears on Mr. Garza's credibility and culpability.  Plaintiffs' concerns about vagueness and lack of context are unfounded given their cooperation agreement with Mr. Garza, which enables them to call him to testify at trial to provide any additional context. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| 668. | May 26, 2015 | Transcript of Homero Joshua Garza deposition by the Securities and Exchange Commission | N/A | 104a, 802 - Plaintiffs object to Mr. Fraser's use of this exhibit -- a transcript of Mr. Garza's deposition before the SEC -- as substantive evidence.  It a hearsay document about which Mr. Fraser has no personal knowledge.  Moreover, Mr. Fraser has not attempted to introduce any of the testimony by designating it, which would regardless not be permitted by the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 32(a).  Finally, it is unclear what probative value this transcript would have given that Mr. Garza asserted the Fifth Amendment in response to every question from the SEC staff.  Admitting this lengthy transcript so the jury can draw this inference is unnecessary, unduly prejudicial, distracting, and cumulative of other evidence.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein of the matter asserted therein, including the scope and extent of the SEC's investigation of the Companies' activities. As to 402/403: This exhibit bears on Mr. Garza's credibility and culpability. |
| 669. | June 30, 2015 | A. Shinners's list of cryptocurrency-related purchases or investments | Shinners Dep | 104a, MIL - It is unclear how a list of Plaintiff Allen Shinners's | As to 104a: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| | | between January 1, 2013 and June 30, 2015 | Exhibit 110 | purchases of non-GAW Miners cryptocurrency products is relevant to any disputed issue. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 402/403:  This exhibit bears on Mr. Shinners' credibility. |
| 670. | September 19, 2015 | BitLend Forum post by A. Shinners re Welcome to Bitlend ! Aaaaand its gone, finish, no more, Aloha! | N/A | 104a, 802, 901, MIL, UNTIMELY - This exhibit concerns an internet forum relating to a website purportedly made by Plaintiff Allen Shinners after the class period ended.  It is not clear how the forum or website are relevant to any disputed issue in this case.  To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. <br><br> As to 802: Statements of Mr. Shinners and other class members are not hearsay and are admissible as statements of party-opponents pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. <br><br> As to 901: See Mr. Fraser's categorical response. <br><br> As to 402/403: This exhibit is probative of Mr. Shinners' sophistication and relevant to justifiable reliance. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 671. | September 28, 2015 | Archived excerpt from A. Shinners's Bitlend website (available at https://archive.is/6Hlhe) | N/A | 104a, 802, 901, MIL, UNTIMELY - This exhibit concerns a website purportedly made by Plaintiff Allen Shinners after the class period ended. It is not clear how the forum or website are relevant to any disputed issue in this case. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Shinners and other class members are not hearsay and are admissible as statements of party-opponents pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 901: See Mr. Fraser's categorical response. As to 402/403: This exhibit is probative of Mr. Shinners' credibility |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 672. | October 11, 2015 | Release of Zencloud and Paybase Account Details, M. Pfeiffer Letter of Authorization | Pfeiffer Dep Exhibit 98 | 104a, 901, MIL - It is unclear why a purported list of Plaintiff Michael Pfeiffer's ZenCloud accounts and an authorization to release Mr. Pfeiffer's transaction data is relevant to any disputed issue in this case. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.  As to 901: See Mr. Fraser's categorical response.  As to 402/403: This exhibit is probative of Mr. Pfeiffer's credibility. |
| 673. | Date Range of Transactions Provided, Aug. 25 - Dec. 3, 2014 | Summary of Estimated Damages for M. Pfeiffer | Pfeiffer Dep Exhibit 102 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 674. | October 29, 2015 | A. Shinners email to R. Day and M. Munster re More presents from Dubai? Phone MMS | GAW010 23310 | 104a, 802, 901, MIL - It is not clear how Plaintiff Allen Shinners's emails with law enforcement about Josh Garza's post-class period conduct are relevant to any disputed issue in this case. Fed. R. Evid. 402; Fed. R. Evid. 403. The introduction of this non-relevant material would be prejudicial and distracting from the issues actually in dispute. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Shinners are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility. |
| 675. | November 4, 2015 | A. Shinners email to M. Munster re Victim list | GAW010 19500 | 104a, 802, 901, MIL - It is not clear how Plaintiff Allen Shinners's emails with law enforcement class members' losses are relevant to any disputed issue in the liability portion of this case. Fed. R. Evid. 402; Fed. R. Evid. 403. The introduction of this non-relevant material would be prejudicial and distracting from the issues actually in dispute. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Shinners are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2). In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 676. | November 18, 2015 | M. Audet letter to Litigation Group (Adam Matlack, Allen Shinners & Robert Hoppenfeld) re Description of Supporting Documents | Audet000 00002 | 104a, 901, MIL - To the extent this exhibit relates to damages, or to arguments Mr. Fraser may make relating specifically to Plaintiff Marc Audet or Allen Shinners, the exhibit is irrelevant and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit bears on Mr. Audet's credibility. |
| 677. | December 1, 2015 | SEC Complaint in *SEC v. Homero Joshua Garza, GAW Miners LLC, and ZenMiner LLC (d/b/a Zen Cloud)*, 15-cv-01760 (JAM) (D. Conn.) | N/A | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 678. | March 1, 2016 | A. Shinners email to M. Munster re Properties, with attachments | GAW010 22137, GAW010 22140, GAW010 22142, GAW010 22145, GAW010 22155 | 104a, 802, 901, MIL - It is not clear how Plaintiff Allen Shinners's emails with law enforcement about Josh Garza's post-class period conduct are relevant to any disputed issue in this case.  Fed. R. Evid. 402; Fed. R. Evid. 403.  Likewise, the real estate listings and financial transaction information, provided without context, are not relevant to any disputed issue in the case.  The introduction of this non-relevant material would be prejudicial and distracting from the issues actually in dispute. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Shinners are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility and culpability in light of his obligation to pay restitution. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 679. | April 9, 2016 | ION Technical Whitepaper (available at https://github.com/ionomy/ion/wiki/ION-Technical-Whitepaper) | N/A | 104a, 802, 901, MIL - This exhibit relates to a purported cryptocurrency that was developed after the end of the class period.  It is therefore unclear how the exhibit is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403.  Furthermore, to the extent that Mr. Fraser intends to introduce this exhibit as evidence relating to Mr. Pfeiffer's transactions or conduct, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. As to 901: See Mr. Fraser's categorical response. As to 802: Statements of Mr. Pfeiffer (an author of this document) are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein. As to 402/403: See Mr. Fraser's categorical response to 402/403-D.  In addition to the probative value of this exhibit as it relates to Mr. Fraser's affirmative defenses against Mr. Pfeiffer specifically, this exhibit is probative of whether Paycoin is a security and if so, whether a lay person such as Mr. Fraser could or should have known that it is. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 680. | April 21, 2016 | ionomy email to M. Audet re Ionomy Platform opens Apirl [sic] 25th | GAW006 88485 | 104a, 802, 901, MIL - This exhibit relates to a purported cryptocurrency that was developed after the end of the class period.  It is therefore unclear how the exhibit is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403.  Furthermore, to the extent that Mr. Fraser intends to introduce this exhibit as evidence relating to Mr. Pfeiffer's or Mr. Audet's transactions or conduct, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer and Mr. Audet specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 402/403: See Mr. Fraser's categorical response to 402/403-D.  In addition to the probative value of this exhibit as it relates to Mr. Fraser's affirmative defenses against Mr. Pfeiffer specifically, this exhibit is probative of whether Paycoin is a security and if so, whether a lay person such as Mr. Fraser could or should have known that it is. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 681. | May 12, 2016 | Prestige Auditing Website Excerpt with Partners J. Mordica and A. Matlack (available at https://archive.is/prdsT) | N/A | 104a, 802, 901, MIL, UNTIMELY - It is unclear how a website for a telecom auditing business run by Plaintiff Allen Shinners is relevant to any disputed issue in this case. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 802: Statements of Mr. Shinners are not hearsay and are admissible as statements of a party-opponent pursuant to FRE 801(d)(2).  In addition, Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 402/403: This exhibit is probative of Mr. Shinners' credibility and relevant to the credibility of Mr. Mordica, a third-party witness. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 682. | June 15, 2016 | Original Complaint in this action (available at Docket No. 1) | N/A | MIL - To the extent Mr. Fraser intends to use the original complaint in this action, or the circumstances of its amendment, to show that Mr. Garza, not he, is the party responsible for class members' losses, it is irrelevant.  To the extent it has any probative value, its introduction would be confusing and misleading to the jury and distract from the actual issues in dispute.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 402/403:  Plaintiffs' allegations in their original pleading constitute admissions, and Mr. Garza's cooperation with Plaintiffs bears on Mr.  credibility. |
| 683. | June 15, 2016 | Plaintiffs' Certifications provided in this action | Pfeiffer Dep Exhibit 96 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 684. | October 20, 2016 | Plaintiffs' Cooperation Agreement with Homero Joshua Garza | Garza Dep Exhibit 243 | MIL - To the extent Mr. Fraser intends to use the original complaint in this action, or the circumstances of its amendment, to show that Mr. Garza, not he, is the party responsible for class members' losses, it is irrelevant. To the extent it has any probative value, its introduction would be confusing and misleading to the jury and distract from the actual issues in dispute. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 402/403: Mr. Garza's cooperation with Plaintiffs bears upon his credibility and motivation to testify against Mr. Fraser. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 685. | November 4, 2016 | First Amended Complaint in this action<br><br>(available at Docket No. 57) | N/A | MIL - To the extent Mr. Fraser intends to use the original complaint in this action, or the circumstances of its amendment, to show that Mr. Garza, not he, is the party responsible for class members' losses, it is irrelevant.  To the extent it has any probative value, its introduction would be confusing and misleading to the jury and distract from the actual issues in dispute.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 402/403:  Mr. Garza's cooperation with Plaintiffs bears upon his credibility and motivation to testify against Mr. Fraser. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 686. | November 4, 2016 | Redline of the Original Complaint in this action against the First Amended Complaint in this action | N/A | 104a, 901, MIL - To the extent Mr. Fraser intends to use the original complaint in this action, or the circumstances of its amendment, to show that Mr. Garza, not he, is the party responsible for class members' losses, it is irrelevant.  To the extent it has any probative value, its introduction would be confusing and misleading to the jury and distract from the actual issues in dispute.  Fed. R. Evid. 402; Fed. R. Evid. 403.  Furthermore, it is not clear how this exhibit was created or if it is what it purports to be.  Fed. R. Evid. 1002. | As to 901: See Mr. Fraser's categorical response.<br><br>As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403:  Plaintiffs' allegations in their original pleading constitute admissions, and Mr. Garza's cooperation with Plaintiffs bears upon his credibility and motivation to testify against Mr. Fraser. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 687. | May 31, 2017 | Final Judgment as to GAW Miners, LLC and ZenMiner, LLC in *SEC v. Garza et al.*, 15-cv-01760 (JAM) (D. Conn.) | N/A | 104a, 802, MIL - To the extent Mr. Fraser intends to introduce this exhibit as substantive proof that he is not liable for violations of the securities laws, it has no probative value for the jury, especially as this case involves different parties, different claims, and different evidence. Even if it did, any probative value would be heavily outweighed by prejudice to Plaintiffs and the risk of misleading the jury and confusing the issues. Fed. R. Evid. 402; Fed. R. Evid. 403. Additionally, any argument regarding the SEC's enforcement decisions is based on improper opinion testimony regarding Mr. Fraser's liability. Fed. R. Evid. 701. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This exhibit is admissible as a public record pursuant to 803(8) and as evidence of reputation pursuant to 803(21).  In addition, Mr. Fraser intends to offer it for a purpose other than the truth of the matter asserted therein, including its legal effect.<br><br>As to 402/403: This final judgment against the Companies bears on Mr. Garza's credibility, culpability, and motivation to testify.<br><br>As to 701:  Mr. Fraser is not offering this exhibit as opinion evidence under FRE 701. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 688. | July 20, 2017 | Plea Agreement of Homero Joshua Garza in *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.) | Mordica Dep Exhibit 19 | | |
| 689. | July 20, 2017 | Transcript of Change of Plea Hearing from *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.) | Garza Dep Exhibit 253 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 690. | September 19, 2017 | Consent of Defendant Homero Joshua Garza, in *SEC v. Garza et al.*, 15-cv-01760 (JAM) (D. Conn.) | N/A | 104a, 802, MIL - To the extent Mr. Fraser intends to introduce this exhibit as substantive proof that he is not liable for violations of the securities laws, it has no probative value for the jury, especially as this case involves different parties, different claims, and different evidence. Even if it did, any probative value would be heavily outweighed by prejudice to Plaintiffs and the risk of misleading the jury and confusing the issues. Fed. R. Evid. 402; Fed. R. Evid. 403. Additionally, any argument regarding the SEC's enforcement decisions is based on improper opinion testimony regarding Mr. Fraser's liability. Fed. R. Evid. 701. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This exhibit is admissible as a public record pursuant to 803(8) and as a statement against interest.  In addition, Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein, including as it relates to Mr. Garza's credibility.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility and culpability.<br><br>As to 701:  Mr. Fraser does not intend to offer this exhibit as opinion evidence. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 691. | September 22, 2017 | Certified copy of GEV IO Certificate of Formation | N/A | 104a, UNTIMELY - This exhibit appears to be a corporate filing for an entity called "GEV IO, LLC," from over 2 years after the class period ended. It is not clear what this entity is or how this exhibit is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 692. | October 4, 2017 | Final Judgment as to Defendant Homero Joshua Garza, in *SEC v. Garza et al.*, 15-cv-01760 (JAM) (D. Conn.) | N/A | 104a, 802, MIL - To the extent Mr. Fraser intends to introduce this exhibit as substantive proof that he is not liable for violations of the securities laws, it has no probative value for the jury, especially as this case involves different parties, different claims, and different evidence. Even if it did, any probative value would be heavily outweighed by prejudice to Plaintiffs and the risk of misleading the jury and confusing the issues. Fed. R. Evid. 402; Fed. R. Evid. 403. Additionally, any argument regarding the SEC's enforcement decisions is based on improper opinion testimony regarding Mr. Fraser's liability. Fed. R. Evid. 701. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This final judgment is admissible pursuant to 803(22) as well as pursuant to 803(8) (public record) and 803(21) (reputation).  In addition, Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein, including as it bears on Mr. Garza's credibility.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility and culpability.<br><br>As to 701:  Mr. Fraser does not intend to offer this exhibit as opinion testimony. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 693. | June 27, 2018 | Allen Shinners' Responses and Objections to Defendant's First Interrogatories to Plaintiffs | Shinners Dep Exhibit 107 | | |
| 694. | June 27, 2018 | Marc Audet's Responses and Objections to Defendant's First Set of Interrogatories to Plaintiffs | Audet Dep Exhibit 211 | | |
| 695. | June 27, 2018 | Michael Pfeiffer's Responses and Objections to Defendant's First Interrogatories to Plaintiffs | Pfeiffer Dep Exhibit 84 | | |
| 696. | July 18, 2018 | Susman Godfrey email to Hughes Hubbard & Reed re GAWMiners: Chart re Other Cryptocurrencies, with attachment | Pfeiffer Dep Exhibit 87 | 104a, MIL - It is unclear how a list of Plaintiff Michael Pfeiffer's purchases of non-GAW Miners cryptocurrency products is relevant to any disputed issue. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is probative of Mr. Pfeiffer's degree of sophistication as it relates to cryptocurrency and mining, which is relevant to reliance. |

112

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 697. | August 9, 2018 | Audet Web Design profile for M. Audet | Audet Dep Exhibit 206 | | |
| 698. | August 9, 2018 | Marc Audet's LinkedIn page | Audet Dep Exhibit 205 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 699. | August 31, 2018 | Letter to the Court from Defendant Homero Joshua Garza, in *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.) | N/A | 104a, 802, MIL - To the extent Mr. Fraser intends to introduce this exhibit as substantive proof that he is not liable for violations of the securities laws, it has no probative value for the jury, especially as this case involves different parties, different claims, and different evidence. Even if it did, any probative value would be heavily outweighed by prejudice to Plaintiffs and the risk of misleading the jury and confusing the issues.Fed. R. Evid. 402; Fed. R. Evid. 403. Additionally, any argument regarding the DOJ's prosecution decisions is based on improper opinion testimony regarding Mr. Fraser's liability.  Fed. R. Evid. 701. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802:  This exhibit is admissible as a statement against interest and also as a public record.  In addition, Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein, including as it relates to Mr. Garza's credibility.<br><br>As to 402/403: This exhibit is probative of Mr. Garza's credibility and culpability.<br><br>As to 701:  Mr. Fraser does not intend to offer this exhibit as opinion testimony. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 700. | On or about September 13, 2018 | D. Allen Shinners Victim Impact Statement, in *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.) | GAW010 22853; Mills Dep Exhibit 217 | 104a, 802, MIL - To the extent that Mr. Fraser intends to use this Victim Impact Statement to make arguments relating to Mr. Shinners specifically, it would be prejudicial to the class to include those arguments in the class trial. To the extent Mr. Fraser intends to use the exhibit to show that Mr. Garza, not he, was responsible for the Companies' conduct, the introduction of a victim impact statement relating to Mr. Garza only, as part of a criminal proceeding, would be prejudicial and misleading. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Shinners' statements are admissible as statements of a party-opponent and are not hearsay.<br><br>As to 402/403: Mr. Shinners' statement is probative of Mr. Garza's credibility and culpability, and his ability to manipulate others for his own benefit. Mr. Garza's credibility is relevant both to his credibility as a witness at trial, and his credibility with respect to his relationship with Mr. Fraser, which bears on issues related to Mr. Fraser's knowledge. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 701. | November 19, 2018 | List of ZenCloud Accounts Associated with M. Pfeiffer (available at Docket No. 107-2 (Exhibit B-9), at Page 89 of 401) | N/A | 104a, 802, 1002, MIL - It is unclear why a purported list of Plaintiff Michael Pfeiffer's ZenCloud accounts is relevant to any disputed issue in this case. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response.<br><br>As to 802: Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein.<br><br>As to 1002: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is relevant to Mr. Pfeiffer's credibility. |

116

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| 702. | December 17, 2018 | Government's Motion for Restitution, in *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.) | N/A | 104a, 802 - To the extent Mr. Fraser intends to introduce this exhibit as substantive proof that he is not liable for violations of the securities laws, it has no probative value for the jury, especially as this case involves different parties, different claims, and different evidence. Even if it did, any probative value would be heavily outweighed by prejudice to Plaintiffs and the risk of misleading the jury and confusing the issues. Additionally, evidence of a restitution order against Mr. Garza would be prejudicial to the extent it implies that class members have already been compensated for their losses, particularly here because damages are not being determined in this trial. Fed. R. Evid. 402; Fed. R. Evid. 403. Finally, any argument regarding the DOJ's prosecution decisions is based on improper opinion testimony regarding Mr. | As to 104a:  See Mr. Fraser's categorical response. As to 802:  Mr. Fraser intends to offer this exhibit for purposes other than the truth of the matter asserted therein, including the effect of this Order on Mr. Garza.  In addition, this exhibit is admissible as a public record. As to 402/403:  This exhibit bears on Mr. Garza's credibility, culpability, and motivation to testify against Mr. Fraser As to 701:  Mr. Fraser is not offering this exhibit as improper opinion testimony under FRE 701. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
|  |  |  |  | Fraser's liability.  Fed. R. Evid. 701. |  |

118

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| 703. | December 18, 2018 | Restitution Order against Joshua Homero Garza, in *United States v. Homero Joshua Garza*, Crim. No. 17-cr-158-RNC (D. Conn.) | N/A | 104a, 802 - To the extent Mr. Fraser intends to introduce this exhibit as substantive proof that he is not liable for violations of the securities laws, it has no probative value for the jury, especially as this case involves different parties, different claims, and different evidence. Even if it did, any probative value would be heavily outweighed by prejudice to Plaintiffs and the risk of misleading the jury and confusing the issues.Additionally, evidence of a restitution order against Mr. Garza would be prejudicial to the extent it implies that class members have already been compensated for their losses, particularly here because damages are not being determined in this trial. Fed. R. Evid. 402; Fed. R. Evid. 403. Finally, any argument regarding the DOJ's prosecution decisions is based on improper opinion testimony regarding Mr. | As to 104a:  See Mr. Fraser's categorical response. As to 802:  This order is not hearsay.  Mr. Fraser intends to offer this order for a purpose other than the truth of the matter asserted therein, including its legal effect on Mr. Garza.  In addition, this order is admissible as a public record pursuant to 803(8). As to 402/403: This exhibit is relevant to Mr. Garza's credibility, culpability, and motive to testify against Mr. Fraser. As to 701: Mr. Fraser does not intend to offer this exhibit as opinion evidence. |
|---|---|---|---|---|---|

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| | | | | Fraser's liability.  Fed. R. Evid. 701. | |
| 704. | December 21, 2018 | Declaration of Allen Shinners Re Plaintiffs' Reply Brief (available at Docket No. 113-4 (Exhibit G)) | N/A | 104a, MIL - To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response. As to 402/403: This exhibit is relevant to Mr. Shinners' credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

|  | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 705. | October 16, 2019 | Certified copy of Application for Reinstatement for Geniuses at Work, filed with the Massachusetts Secretary of the Commonwealth | N/A | 104a, UNTIMELY - This exhibit appears to be a corporate filing for Geniuses at Work Corporation dating from 2019, over 4 years after the class period ended.  To the extent Mr. Fraser intends to offer the exhibit to demonstrate that he is not involved in the Companies, but Mr. Garza is, the exhibit is irrelevant to any disputed issue in the case, and its introduction would be confusing and prejudicial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response. <br><br> As to 402/403: This exhibit is relevant to issues including control and Mr. Garza's credibility. <br><br> As to timeliness: See Mr. Fraser's categorical response. |
| 706. | October 17, 2019 | Certified copies of Annual Reports for Geniuses at Work filed in 2019 with the Massachusetts Secretary of the Commonwealth, for 2013-2018 | N/A | 104a, 402/403-A, UNTIMELY | As to 104a:  See Mr. Fraser's categorical response. <br><br> As to 402/403-A: See Mr. Fraser's categorical response. <br><br> As to timeliness: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 707. | October 17, 2019 | Certified copy of Statement of Change of Supplemental Information for Geniuses at Work, filed with the Massachusetts Secretary of the Commonwealth | N/A | 104a, UNTIMELY - This exhibit appears to be a corporate filing for Geniuses at Work Corporation dating from 2019, over 4 years after the class period ended.  To the extent Mr. Fraser intends to offer the exhibit to demonstrate that he is not involved in the Companies, but Mr. Garza is, the exhibit is irrelevant to any disputed issue in the case, and its introduction would be confusing and prejudicial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is highly relevant to control and also to Mr. Garza's credibility.<br><br>As to timeliness: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 708. | October 27, 2019 | Certified copy of GEV IO Certificate of Assumed Name Filing | N/A | 104a, UNTIMELY - This exhibit appears to be a corporate filing for Geniuses at Work Corporation dating from 2019, over 4 years after the class period ended.  To the extent Mr. Fraser intends to offer the exhibit to demonstrate that he is not involved in the Companies, but Mr. Garza is, the exhibit is irrelevant to any disputed issue in the case, and its introduction would be confusing and prejudicial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit is highly relevant to control and also to Mr. Garza's credibility.<br><br>As to timeliness: See Mr. Fraser's categorical response. |
| 709. | April 10, 2020 | Certified copy of Garza Car Registration record | N/A | 104a, 802, 901, UNTIMELY - It is not clear how Mr. Garza's vehicle registration is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible as a certified public record.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit bears on Mr. Garza's credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 710. | September 17, 2020 | Certified copy of Garza Car Registration record | N/A | 104a, 802, 901, UNTIMELY - It is not clear how Mr. Garza's vehicle registration is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response. As to 802: This exhibit is admissible as a certified public record. As to 901: See Mr. Fraser's categorical response. As to timeliness: See Mr. Fraser's categorical response. As to 402/403: This exhibit is relevant to Mr. Garza's credibility. |
| 711. | January 9, 2021 | Bitcoin Forum Post re GAW / Josh Garza discussion Paycoin XPY xpy.io ION ionomy. ALWAYS MAKE MONEY :) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-C: This exhibit is probative of Mr. Fraser's degree of involvement in the Companies. As to 802:  Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted. As to 901: See Mr. Fraser's categorical response. As to 106-A: See Mr. Fraser's categorical response. |
| 712. | January 9, 2021 | Company photo from the Bitcoin Forum post re GAW / Josh Garza discussion Paycoin XPY xpy.io ION ionomy. ALWAYS MAKE MONEY :) | N/A | 104a, 402/403-C, 802, 901, 106-A, MIL | As to 104a:  See Mr. Fraser's categorical response. As to 402/403-C: This exhibit is probative of Mr. Fraser's degree of involvement in the Companies. As to 802:  This photograph is not hearsay. As to 901: See Mr. Fraser's categorical response. As to 106-A: See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 713. | April 27, 2021 | State of Connecticut, Dept. of Banking, Securities and Business Investments Division Certification re ION, ION Coin and Ionomy | N/A | 104a, UNTIMELY, MIL - This exhibit relates to a purported cryptocurrency that was developed after the end of the class period.  It is therefore unclear how the exhibit is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403.  Furthermore, to the extent that Mr. Fraser intends to introduce this exhibit as evidence relating to Mr. Pfeiffer's transactions or conduct, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.  As to timeliness: See Mr. Fraser's categorical response.  As to 402/403:  See Mr. Fraser's categorical response to 402/403-E. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 714. | July 14, 2021 | State of Connecticut, Dept. of Banking Letter to HHR re RESPONSE - Request pursuant to Connecticut FOIA request | N/A | 104a, UNTIMELY, MIL - This exhibit relates to a purported cryptocurrency that was developed after the end of the class period. It is therefore unclear how the exhibit is relevant to any disputed issue in the case. Fed. R. Evid. 402; Fed. R. Evid. 403. Furthermore, to the extent that Mr. Fraser intends to introduce this exhibit as evidence relating to Mr. Pfeiffer's transactions or conduct, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.

As to timeliness: See Mr. Fraser's categorical response.

As to 402/403:  See Mr. Fraser's categorical response to 402/403-E. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 715. | N/A | List of Cryptocurrency Purchases or Investments by M. Audet | Audet Dep Exhibit 209 | 104a, MIL - It is unclear how a list of Plaintiff Marc Audet's purchases of non-GAW Miners cryptocurrency products is relevant to any disputed issue. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403:  This exhibit is probative of Mr. Audet's sophistication, which is relevant to reliance.  It also speaks to his credibility. |
| 716. | N/A | Garza picture in front of a Ferrari (available at https://siliconangle.com/2018/09/13/crypto-scammer-josh-garza-sentenced-21-months) | N/A | 104a, 802, 901, 1002, UNTIMELY - It is not clear how an undated, unauthenticated picture of Mr. Garza in front of a car is relevant to any disputed issue in the case.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: This photograph is not hearsay.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to timeliness: See Mr. Fraser's categorical response.<br><br>As to 402/403: This exhibit bears on Mr. Garza's credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 717. | N/A | Screenshot of GAW suit, M. Pfeiffer, Allen's Magic Matrix spreadsheet - Summary CALC Tab | Pfeiffer Dep Exhibit 100 | 104a, MIL - Plaintiffs asserted work product protection over this exhibit. Fed. R. Civ. P. 26(b). To the extent this exhibit has any probative value or is based on non-protected information regarding Mr. Pfeiffer's transactions, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial. Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a: See Mr. Fraser's categorical response. As to work product: Although Plaintiffs objected to the use of Mr. Shinner's calculations in this exhibit as work product at Mr. Pfeiffer's deposition, Plaintiffs did not object to the use of the underlying data provided to Mr. Shinners. In addition, Mr. Fraser's attorney objected to that objection (see Pfeiffer Dep. Tr. At 206) and Plaintiffs never followed up to claw back the document, nor did Plaintiffs promptly notify Mr. Fraser in writing of any inadvertent production of work product as required by the standing protective order in this action. *See* ECF No. 5 at 4. As to 402/403: This exhibit is probative of reliance and credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 718. | N/A | Screenshot of GAW suit, M. Pfeiffer, Allen's Magic Matrix spreadsheet - Summary CALC Tab | Pfeiffer Dep Exhibit 101 | 104a, MIL - Plaintiffs asserted work product protection over this exhibit. Fed. R. Civ. P. 26(b).  To the extent this exhibit has any probative value or is based on non-protected information regarding Mr. Pfeiffer's transactions, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial.  Fed. R. Evid. 402; Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to work product:  Although Plaintiffs objected to the use of Mr. Shinner's calculations in this exhibit as work product at Mr. Pfeiffer's deposition, Plaintiffs did not object to the use of the underlying data provided to Mr. Shinners.  In addition, Plaintiffs never followed up to claw back the document, nor did Plaintiffs promptly notify Mr. Fraser in writing of any inadvertent production of work product as required by the standing protective order in this action.  *See* ECF No. 5 at 4.<br><br>As to 402/403:  This exhibit identifies members of the class and is probative of reliance and credibility. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 719. | N/A | PayCoin (XPY) Historical Data, from CoinMarketCap | N/A | 104a, 802, 901 - This exhibit does not appear to be original writing or a straightforward printout or other clearly admissible duplicate. Fed. R. Evid. 1002; Fed R. Evid. 1003.  In addition, it is not clear whether there is additional information from the source website that ought in fairness to be considered with this exhibit, nor clear how the information contained in this exhibit was generated from this website.  Fed. R. Evid. 106. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible pursuant to 803(17).  To the extent it is not, it is admissible pursuant to FRE 807 because it is probative of the price of Paycoin during the relevant period and that data is not available elsewhere.  In addition, it bears indicia of reliability.  Plaintiffs have previously relied on Paycoin data from CoinMarketCap.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 402/403:  This exhibit is probative of reliance and credibility.<br><br>As to 1002/1003:  See Mr. Fraser's categorical response to 1002.<br><br>As to 106:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 720. | N/A | PayCoin (XPY) Historical Data (Paycoin price today, XPY marketcap, chart, and info), from CoinMarketCap | N/A | 104a, 802, 901, 106, 1002 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible pursuant to 803(17).  To the extent it is not, it is admissible pursuant to FRE 807 because it is probative of the price of Paycoin during the relevant period and that data is not available elsewhere.  In addition, it bears indicia of reliability.  Plaintiffs have previously relied on Paycoin data from CoinMarketCap.<br><br>As to 901: See Mr. Fraser's categorical response.<br><br>As to 1002:  See Mr. Fraser's categorical response.<br><br>As to 106:  See Mr. Fraser's categorical response. |
| 721. | N/A | Business Technology for Cryptocurrency, LLC and GAW Corporation Organizational Charts | McLain Dep Exhibit 40 | 104a, 402/403-A, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-A: See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible as a business record.  To the extent it is not admissible as a business record, this exhibit is admissible pursuant to FRE 807 because it is probative of Mr. Fraser's degree of involvement in the companies.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 722. | N/A | Business Technology for Cryptocurrency, LLC Organizational Chart | GAW-000071; Fraser SEC Exhibit 33 | 104a, 402/403-A, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-A: See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible as a business record.  To the extent it is not admissible as a business record, this exhibit is admissible pursuant to FRE 807 because it is probative of Mr. Fraser's degree of involvement in the companies.<br><br>As to 901:  See Mr. Fraser's categorical response. |
| 723. | N/A | GAW Corporation Organizational Chart | GAW-000070; Fraser SEC Exhibit 32 | 104a, 402/403-A, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 402/403-A: See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible as a business record.  To the extent it is not admissible as a business record, this exhibit is admissible pursuant to FRE 807 because it is probative of Mr. Fraser's degree of involvement in the companies.<br><br>As to 901:  See Mr. Fraser's categorical response. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| 724. | February 18, 2015 | D. McLain email to S. Fraser re Urgent HSI matters needing our collective attention please. | Doc ID 103252 | 802, 901<br><br>This exhibit consists entirely of inadmissible hearsay, including Mr. Fraser's statements "I have a 15% Investment in the Parent Co.," "I haven't any active involvement in the business for some time," and "our deal was 15% all combined. And, I am just an 'investor', nothing more." To the extent Mr. Fraser intends to introduce this hearsay exhibit as evidence that he was a minority owner in GAW Miners with no active involvement, the exhibit is more prejudicial than probative. Fed. R. Evid. 402; Fed. R. Evid. 403. The exhibit may wrongly suggest that Mr. Fraser's statement regarding "active involvement" refers to his role with any or all of his business ventures with Mr. Garza, including GAW Miners, while the originating email (from Luc Beaubien) concerns only GAW High Speed Internet ("HSI"). Moreover, Mr. Fraser's references to "the Parent Co.," "the business," "our deal" are vague and ambiguous, and are more likely to mislead and confuse the jury than | As to 901: See Mr. Fraser's categorical response.<br><br>As to 802: This exhibit is admissible as a business record. In addition, Mr. Fraser's statements in this exhibit are admissible pursuant to FRE 801(d)(1)(B).<br><br>As to 402/403: This exhibit is relevant to issues including control. The email exchange makes clear that Mr. Fraser's statements regarding his 15% ownership and passive investor status relate to GAW Miners. |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| | | | | to establish any fact regarding his involvement in the businesses. | |
| 725. | May 5, 2014 | J. Garza email to S. Fraser re please respond to terry before you go to bed | GAW010 22497 | 802, 901 | As to 802:  This email request is not hearsay.  In any event, Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein.<br><br>As to 901: See Mr. Fraser's categorical response. |
| 726. | November 17, 2014 | A. Messer email to J. Garza re White Paper | A. Capuano Dep Exhibit 144 | | |
| 727. | November 7, 2014 | J. Garza email to S. Fraser re Twitter | GAW001 98407;<br><br>Fraser Dep Exhibit 166 | | |

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

Defendant Stuart A. Fraser's Exhibit List, Plaintiff's Revised Objections and Defendant's Responses to Objections

| | Date | Description | Beg. Bates / Doc ID | Plaintiffs' Objections | Defendant's Responses to Objections |
|---|---|---|---|---|---|
| 728. | October 10, 2014 | D. Pease email to J. Garza re Merchant Services Update | GAW006 36739 | 104a, 802, 901<br><br>It is not clear how an email regarding unspecified "merchant services" is relevant to any disputed issue in the case.  Fed. R. Evid. 402.  In addition, the email is vague with regard to what "merchant services" Mr. Pease is speaking about or what corporate entity this email pertains to (it refers to, at various points, GAW Labs, GAW Miners, and HSI), among other things.  For that reason, its introduction would be confusing to the jury and prejudicial to Plaintiffs.  Fed. R. Evid. 403. | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 802:  Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted, including that Mr. Fraser was not included on the initial email in an exchange included in PX64.<br><br>As to 402/403:  This email is relevant to show that Mr. Fraser was not included on the initial on the initial email in an exchange included in PX64.  Plaintiffs' objections here apply equally to their own exhibit that contains this exact email (except without relevant to/from information). |
| 729. | December 18, 2014 | B. Garvey email to A. Messer, et al. re Follow up, attaching GoCoin LLC Convertible Promissory Note Purchase Agreement | GAW001 66353 | 104a, 802, 901 | As to 104a:  See Mr. Fraser's categorical response.<br><br>As to 901:  See Mr. Fraser's categorical response.<br><br>As to 802:  The agreement in this exhibit is not hearsay.  Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted, including as it relates to the fact of the agreement and who signed it, which bears on issues including control. |

135

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

## **Plaintiffs' Categorical Objections and Mr. Fraser's Responses**

Plaintiffs' objections to Defendant's exhibits include both categorical objections that apply to multiple exhibits and objections specific to the exhibit in question. Please note that some of Plaintiffs' categorical objections include sub-categories, and each of those sub-objections incorporates the main objection by reference.

### 104a: No Foundation

Mr. Fraser lacks personal knowledge of the creation of the proposed exhibit. He is not the author of the document and/or was not a participant in the email correspondence reflected in the document, and he has not designated deposition testimony that lays foundation for this document. Fed. R. Evid. 104(a); Fed. R. Evid. 602. In the event Mr. Fraser intends to lay foundation for exhibits involving a Plaintiff during his examination of that Plaintiff at trial, Plaintiffs will withdraw this objection.

**Mr. Fraser's Categorical Response:**

Throughout the course of the litigation, Plaintiffs have utilized emails as business records. For instance, Plaintiffs have previously relied on company emails with "GAW" Bates stamps in support of their positions, including for instance in their motion to certify the class in this action. *See* ECF No. 96-1.

To the extent this exhibit is a screenshot from archive.org or a similar archiving website, Mr. Fraser has provided a link to the website from which the screenshot was taken. Plaintiffs have relied on similar screenshots from Archive.org and similar archiving websites throughout this litigation. *See, e.g.*, ECF No. 96-1 at ¶¶ 4-18.

To the extent this exhibit does not have a Bates stamp and is an email involving Mr. McLain, Mr. McLain, who was counsel to the companies, produced it in response to a subpoena in this litigation.

To the extent this exhibit is a press release or news article, it is self-authenticating under FRE 902(6). To the extent this exhibit is a printout from a website, Mr. Fraser has provided a link to the original web source.

### 802: Hearsay

The proposed exhibit will be offered for the truth of the matter asserted and does not fall into any hearsay exception or exclusion. Fed. R. Evid. 801(c); Fed. R. Evid. 802. The proposed exhibit was not authored by Plaintiffs and is not covered by a hearsay exclusion of Federal Rule of Evidence 801(d)(2), and Mr. Fraser has not made the requisite showing to invoke the hearsay exception of Rule 803(6). Furthermore, to the extent that only a portion of the exhibit was authored by Plaintiffs, Plaintiffs object to the introduction of the remainder of the exhibit.

Mr. Fraser has responded on a document-by-document basis to objections based on hearsay.

### 901: Authenticity

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

Mr. Fraser has not made the requisite showing that the proposed exhibit is what it purports to be. Fed. R. Evid. 901(a). The proposed exhibit has not been authenticated by a witness with personal knowledge as provided by Rule 901(b)(1), and is not covered by any of the self-authentication provisions of Rule 902.

**Mr. Fraser's Categorical Response:**

This exhibit contains sufficient characteristics for a jury to find it authentic by means of circumstantial evidence pursuant to 901(b)(4). *See United States v. Al-Moayad*, 545 F.3d 139, 172–73 (2d Cir. 2008) (noting that "[t]he bar for authentication of evidence is not particularly high," and that "Rule 901 is satisfied if sufficient proof has been introduced so that a reasonable juror could find in favor of authenticity or identification.") (internal quotation marks omitted).

To the extent this exhibit bears a Bates stamp beginning with "GAW" it was produced by Plaintiffs during the course of discovery in response to Mr. Fraser's document requests, and is therefore deemed authentic pursuant to FRE 801(d)(2). 31 Federal Practice & Procedure: Evidence § 7105, at 39 ("Authentication can also be accomplished through judicial admissions such as . . . production of items in response to . . . [a] discovery request.").

In addition, to the extent this exhibit is an email or email exchange, it bears characteristics such as a business's name or other information showing the origin of transmission (such as a known name, email address, or signature block), to be self-authenticating under FRE 902(7). To the extent this exhibit is a press release or news article, it is self-authenticating under FRE 902(6). To the extent it is a Hashtalk post, all such posts were produced by Plaintiffs, and Mr. Audet confirmed at his deposition that he made the statements attributed to his handle in the post, and that the date of each post is indicated by a timestamp that immediately precedes it. *See, e.g.*, Audet Dep. Tr. 100:20-104:21.

To the extent Mr. Shinners is a participant on any of the emails exchanges to which Plaintiffs object, he submitted an affidavit that confirms that he was the individual associated with similar email exchanges. *See* ECF 113-4 at ¶¶ 2-3. He also acknowledged in his response to Mr. Fraser's interrogatories that he uses the emails ashinner@columbus.rr.com and the username Allen1980s on Hashtalk and BitcoinTalk.

To the extent this exhibit is a certified public record, it is self-authenticating pursuant to FRE 902(4). To the extent this exhibit is an uncertified public record (for instance from a court docket), it bears indicia of reliability and authenticity.

**402/403: Relevance**
The proposed exhibit is not being offered for any relevant disputed issue in the forthcoming jury trial regarding Mr. Fraser's liability to the class, or to the extent the exhibit has some minor probative value, that is outweighed by the danger of prejudice to Plaintiffs or the class, confusion of the issues, and misleading the jury, including by distracting from classwide liability issues. Fed. R. Evid. 402; Fed. R. Evid. 403.

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

- <u>402/403-A</u>: To the extent Mr. Fraser offers this exhibit as evidence that his name did not appear on corporate filings or that he was not referred to as an officer or director of the Companies, that does not bear on Plaintiffs' allegation that Mr. Fraser was a control person of GAW Miners and ZenMiner by virtue of his personal and business relationship with Garza and his investment in the companies. This exhibit is more prejudicial than probative as it is likely to mislead the jury into conflating a company's formal designation of officers and directors with the control person standard under federal and state securities laws.

  - **Mr. Fraser's Categorical Response:** Evidence of the corporate structures of the entities relevant to Plaintiffs' allegations is central to the issue of control. To the extent this exhibit demonstrates that Mr. Fraser was not a partner, officer, or director of the companies, it is probative as to the issue of control since those terms are included under the statutory definition of a control person—and in Plaintiffs' proposed definition of a control person—under CUSA § 36b-29(c). They also speak to Mr. Fraser's ability to control the companies under the federal standard. Plaintiffs' concern that a jury might conflate a company's formal designation of officers and directors with the control person standard is unfounded because the control person standard under CUSA § 36b-29(c) specifically includes both actual partners, officers, and directors, <u>and</u> anyone who "occupied a similar status or performed similar functions." Likewise, the federal standard is not explicitly limited to partners, officers, or directors of the companies.

- <u>402/403-B</u>: This exhibit predates the class period and does not appear to relate to Hashlets, Hashpoints, Hashstakers, or Paycoin.

  - Mr. Fraser has responded to this objection on a document-by-document basis.

- <u>402/403-C</u>: This exhibit appears to reflect an Internet discussion that includes anonymous posts from unknown authors whose unverifiable hearsay statements would be prejudicial to Plaintiffs and the Class, who cannot effectively rebut them. To the extent this exhibit contains non-hearsay statements that might be probative of some issue, their probative value is significantly outweighed by the prejudicial effect of the hearsay statements. The exhibit is also prejudicial to the class to the extent Mr. Fraser offers the exhibit as reflecting statements by class members, given the highly casual, hyperbolic, and/or offensive nature of some of these statements.

  - **Mr. Fraser's categorical response:** Mr. Fraser intends to offer this exhibit for a purpose other than the truth of the matter asserted therein. In particular, this exhibit is probative of whether class members uniformly had knowledge of, or justifiably relied on, the alleged misrepresentations. Mr. Fraser does not intend to argue that each of the statements in this document is a statement of a class member. Accordingly, Plaintiffs' concern that unverified statements of anonymous individuals will be attributed to "class members" is unfounded.

- <u>402/403-D</u>: This exhibit concerns correspondence between Plaintiff Allen Shinners and individuals at GAW Miners regarding the Paycoin whitepaper or other GAW Miners

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

documents and/or activities. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Shinners specifically, and it would be prejudicial to the class to include those arguments in the class trial.

   o   **Mr. Fraser's Categorical Response:**

      This exhibit is probative of issues other than Mr. Fraser's affirmative defenses against Mr. Shinners specifically.  For instance, Mr. Shinners has testified that he was not aware that the companies were engaging in illegal or fraudulent activity during the class period.  To the extent this exhibit reflects Mr. Shinners' close relationship with the defendant companies during that time, it is probative of the fact that individuals who worked closely with the companies and provided them assistance (as Plaintiffs allege Mr. Fraser did) would not have necessarily known of or suspected the alleged primary violations by the companies.  To the extent this exhibit includes statements about the features of the various products, it is relevant to determining whether those products are securities.  To the extent this exhibit includes statements about Mr. Shinners' perception of the regulatory framework in place at the time, those statements are probative of whether a lay person such as Mr. Fraser should or could have known that the four products at issue are securities (to the extent they are).  To the extent this exhibit bears on Mr. Shinners' degree of involvement in the Companies, it is relevant to his credibility.

      In addition, Mr. Fraser's affirmative defenses as to Mr. Shinners are relevant to Mr. Fraser's liability.  Mr. Fraser raised various affirmative defenses against Mr. Shinners at the class certification stage, and Plaintiffs nonetheless insisted that Mr. Shinners is "typical" of the class, that his interests sufficiently align with that of the class for him to adequately represent the class, and that the individual defenses against him would not predominate at trial.  ECF 113 at 19-20.  Plaintiffs should not be permitted to have it both ways.  In addition, the parties expended significant resources briefing the scope of this trial (*see* ECF Nos. 217, 218, 222, 223) and Plaintiffs never previously proposed that Mr. Fraser not be permitted to present any of his affirmative defenses, which relate to liability specifically.

* <u>402/403-E</u>: This exhibit concerns correspondence between Plaintiff Michael Pfeiffer and Josh Garza that post-dates the class period. To the extent this exhibit has any probative value, that value is limited to Mr. Fraser's arguments as to Mr. Pfeiffer specifically, and it would be prejudicial to the class to include those arguments in the class trial.

   o   **Mr. Fraser's Categorical Response:**

      This exhibit is probative of issues other than Mr. Fraser's affirmative defenses against Mr. Pfeiffer specifically.  To the extent this exhibit includes statements about the features of the products at issue, it is relevant to whether or not they are securities and whether or not Mr. Fraser could or should have known they are securities (if they are).  To the extent this exhibit demonstrates that Mr. Pfeiffer continued purchasing the relevant products after the price of Paycoin fell below

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

$20, it is relevant to whether the $20 floor was so fundamental to Paycoin that every single class member necessarily relied on that alleged misrepresentation. To the extent this exhibit includes statements about Mr. Pfeiffer's perception of the regulatory framework in place at the time, those statements are probative of whether a lay person such as Mr. Fraser should or could have known that the four products at issue are securities (to the extent they are). To the extent this exhibit relates to Mr. Pfeiffer's relationship with Mr. Garza, it bears on Mr. Pfeiffer's credibility. Accordingly, the probative value of this exhibit outweighs any risk of unfair prejudice to Plaintiffs.

In addition, Plaintiffs raised various affirmative defenses against Mr. Pfeiffer at the class certification stage, and Plaintiffs nonetheless insisted that Mr. Pfeiffer is "typical" of the class, that his interests sufficiently align with that of the class for him to adequately represent the class, and that the individual defenses against him would not predominate at trial. ECF 113 at 19-20. Plaintiffs should not be permitted to have it both ways. In addition, the parties expended significant resources briefing the scope of this trial (*see* ECF Nos. 217, 218, 222, 223) and Plaintiffs never previously proposed that Mr. Fraser not be permitted to present any of his affirmative defenses, which relate to liability specifically.

**UNTIMELY: Untimeliness**
The proposed exhibit was not disclosed to Plaintiffs in discovery, and Plaintiffs otherwise had no reason to believe that Mr. Fraser intended to rely on the exhibit at trial. Fed. R. Civ. P. 26.

**Mr. Fraser's Categorical Response:** This exhibit is publicly available and was not in Mr. Fraser's possession, custody, or control prior to the close of discovery. Mr. Fraser provided this exhibit to Plaintiffs more than seven days prior to the submission of the Joint Trial Memorandum pursuant to Instruction 8(b) of the Joint Trial Memorandum Instructions for the Hon. Michael P. Shea.

**DUPE:** The proposed exhibit appears to be a duplicate of another exhibit on Mr. Fraser's exhibit list.

   o  Mr. Fraser has responded to this objection on a document-by-document basis.

**106: Completeness**
The proposed exhibit appears to be an excerpt of a larger writing that in fairness ought to be considered in context. Fed. R. Evid. 106.

**Mr. Fraser's Categorical Response:** To the extent this exhibit is an excerpt of a larger document, Mr. Fraser disagrees that any relevant context is missing. However, to the extent any relevant context is not included in this exhibit, Mr. Fraser is not opposed to providing a revised version of this exhibit that contains the larger writing, if that larger writing is available. See also categorical responses to 106-A and 106-B.

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

- <u>106-A</u>: This proposed exhibit appears to be part of an Internet discussion but does not include the full discussion and/or appears to reflect edits or deletions that remove relevant context. *See also* Fed. R. Evid. 1002.

  o **Mr. Fraser's Categorical Response:** To the extent this exhibit is a post or series of posts on HashTalk, Mr. Shinners produced it in discovery in this action and it has not been edited or excerpted in any way.

    To the extent this exhibit is part of an Internet discussion from a different website such as Reddit or Bitcointalk, Mr. Fraser has provided the relevant portions along with a link to the web source, which contains the full discussion. The purpose of excerpting was to avoid wasting time and resources, particularly because some of the threads at issue are thousands of pages long. However, to the extent any relevant context is not included in this exhibit, Mr. Fraser is not opposed to providing a revised version of this exhibit that contains the full discussion, if doing so is possible and practical.

- <u>106-B</u>: Some portion of the proposed exhibit is obscured such that its content cannot be clearly discerned.

  o **Mr. Fraser's Categorical Response:** Mr. Fraser disagrees that any relevant content is obscured. However, to the extent it is, Mr. Fraser will provide an alternative version of this exhibit if available.

**1002: Best Evidence**

The proposed exhibit does not appear to be original writing or a straightforward printout or other clearly admissible duplicate. Fed. R. Evid. 1002; Fed R. Evid. 1003. This objection applies in particular to exhibits that purport to be excerpts or compilations of email correspondence or Internet discussions, but take the form of a Microsoft Word document with no indication that the excerpts are accurate or complete, no information about who created the Word document, and/or no reason to believe that the exceptions in Rule 1004 would apply.

**Mr. Fraser's Categorical Response:** To the extent Plaintiffs produced this document, Mr. Fraser did not alter this document in any way. Although most documents produced by Plaintiffs bear a "GAW" Bates stamp, Plaintiffs produced some documents (such as DX597 & DX609) to Mr. Fraser without a Bates stamp printed on the document.

To the extent the document is a screenshot or other excerpt not produced by Plaintiffs, Mr. Fraser is not aware of a better version of the document.

- <u>1002-A</u>: This exhibit appears to reflect part or all of an Internet discussion but does not clearly indicate the dates and/or authors of each of the statements contained within it.

  o **Mr. Fraser's Categorical Response:** To the extent any relevant dates or authors are not identified, Mr. Fraser will provide that information if available.

*Audet v. Fraser – 16cv-940*
*Plaintiffs' Categorical Objections to Defendant's Exhibit List and Mr. Fraser's Responses*

**MIL: Motion in Limine**
This proposed exhibit is subject to a motion in limine.