# EXHIBIT F

**Plaintiffs' Deposition Designations**

Madeline Eden

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-Designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|---|---|---|---|---|---|---|---|
| 6 | 2 | | 6 | 9 | | | |
| 7 | 17 | | 8 | 2 | | | |
| 9 | 13 | | 9 | 23 | | | |
| 19 | 12 | | 19 | 17 | | | |
| 20 | 11 | | 20 | 19 | | | |
| 21 | 4 | | 21 | 12 | | | |
| 24 | 3 | | 26 | 12 | | | |
| 26 | 16 | | 27 | 12 | | 27:13-29:3 | |
| 29 | 4 | | 29 | 18 | | 29:19-21 | |
| 29 | 22 | | 29 | 25 | | | |
| 31 | 9 | | 31 | 12 | | | |
| 36 | 11 | | 39 | 10 | | | |
| 45 | 15 | | 46 | 15 | | | |
| 47 | 14 | | 47 | 16 | | | |
| 48 | 12 | | 48 | 23 | | | |
| 51 | 8 | | 51 | 14 | 51:12-14:  Confusing; leading | If objection is overruled, 51:15-52:12 | 402, 403, 602, NR, V (51:24-52:12 (beginning with "You know")) |
| 57 | 21 | | 59 | 2 | | | |

1

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-Designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|----|------|------|------------------------|-----------------------------------|----------------------------------------------------------|
| 63 | 24 | | 67 | 18 | 63:24-64:21: Confusing as to what is a Hashstaker; leading; form | 70:4-16 | 602, 701 |
| 101 | 5 | | 104 | 14 | 101:8-103:4 and 103:12-104:3: Speculation; lack of foundation; hearsay and based on hearsay; unfairly prejudicial<br><br>*See also* 183:14-22 (Ms. Eden testifying that this testimony is based on what Dan Kelley allegedly told her) | | |
| 107 | 20 | | 108 | 6 | Speculation; hearsay and based on hearsay; unfairly prejudicial<br><br>*See also* 183:14-22 (Ms. Eden testifying that this testimony is based on what Dan Kelley allegedly told her) | | |
| 108 | 13 | | 110 | 8 | | | |
| 113 | 6 | | 114 | 7 | | | |
| 117 | 18 | | 118 | 4 | | | |
| 118 | 24 | | 119 | 3 | Not relevant | | |
| 121 | 2 | | 124 | 16 | | | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-Designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|----|------|------|-------------------------|-----------------------------------|-----------------------------------------------------------|
| 183  | 14   |    | 185  | 17   | 183:14-184:11 and 184:16-185:17: Based on hearsay; speculation; unfairly prejudicial; form |  |  |

Homero Joshua Garza

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|----|----|------|------|------|------|
| 6 | 21 | | 6 | 23 | | | |
| 11 | 18 | | 11 | 20 | | | |
| 11 | 25 | | 12 | 18 | | 78:15-22 (counter-designation to 12:9-10)  83:6-13 (counter-designation to 12:9-10) | 106 (description of HashPoints and exchange rate to Paycoin are not required to understand Garza's testimony at 12:9-10 that GAW Miners sold HashPoints)  402, 403, MIL (exchange rate to Paycoin not relevant to liability; confusing if designations played chronologically)  602 (83:12-13) |
| 13 | 20 | | 14 | 10 | | | |
| 14 | 23 | | 15 | 10 | | | |
| 15 | 15 | | 15 | 22 | | | |
| 16 | 4 | | 16 | 12 | 16:10-12: Lack of foundation for the witness to testify as to how a "typical | | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|-----|------|------|-----|-----|-----|
| | | | | | investor" acts; speculation as to the same; vague as to what a "typical investor" is | | |
| 16 | 14 | | 16 | 17 | Lack of foundation for the witness to testify as to how a "typical investor" acts; speculation as to the same; vague as to what a "typical investor" is | | |
| 16 | 23 | | 16 | 24 | Speculation | | |
| 17 | 2 | | 17 | 19 | 17:2-17:  Speculation<br><br>17:5-10:  Lack of foundation for the witness to testify as to how a "typical investor" acts; speculation as to the same | | |
| 18 | 6 | | 18 | 20 | | | |
| 20 | 20 | | 21 | 17 | | 21:21-22:3 | 106 |
| 22 | 4 | | 22 | 14 | | | |
| 23 | 7 | | 23 | 17 | 23:13-17:  Hearsay; confusing | | |
| 24 | 13 | | 25 | 2 | | | |
| 25 | 14 | | 25 | 19 | | | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|----|------|------|------------------------|-----------------------------------|----------------------------------------------------------|
| 26 | 2 | | 28 | 3 | | | |
| 28 | 12 | | 29 | 4 | | | |
| 29 | 6 | | 29 | 12 | | | |
| 29 | 14 | | 29 | 25 | | | |
| 30 | 25 | | 31 | 2 | | | |
| 31 | 4 | | 31 | 17 | | | |
| 32 | 5 | | 33 | 15 | | | |
| 33 | 22 | | 34 | 7 | 34:2-7:  Hearsay (as to what Howard Lutnik stated) | In the event the objection is overruled, 34:8-11 | |
| 34 | 24 | | 35 | 17 | 34:24-35:12: Speculation; hearsay (as to what Howard Lutnik stated) | | |
| 36 | 5 | | 36 | 19 | | | |
| 37 | 17 | | 38 | 8 | | | |
| 39 | 21 | | 39 | 23 | | | |
| 39 | 25 | | 40 | 15 | | 239:3-5 | 106 (designated testimony on Cantor Fitzgerald only and not "any investors" as in counter-designation)  402, 403 |
| 41 | 15 | | 41 | 15 | Incomplete | 41:16-21 | |
| 41 | 22 | | 42 | 5 | | 42:7-43:20 | 106, 402, 403, 701 (discussion of email on whether GAW was |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|----|------|------|-------------------------|-----------------------------------|-----------------------------------------------------------|
|      |      |    |      |      |                         |                                   | "money transmitter" under Bank Secrecy Act not related to designated testimony or any issue in the case)  IO (43:17) |
| 43   | 21   |    | 43   | 23   |                         |                                   |                                                           |
| 47   | 14   |    | 47   | 15   | Confusing, misleading and lacking in foundation (as to use of the term "financial products"); use of a confusing and misleading term is unfairly prejudicial to Mr. Fraser.  Incomplete | 47:16 | IO |
| 47   | 17   |    | 48   | 13   | 48:2-13:  Confusing, misleading and lacking in foundation (as to use of the terms "financial products," "financial based" and "financial component"); use of these confusing and |  |  |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|---|---|---|---|---|---|---|---|
| | | | | | misleading terms is unfairly prejudicial.<br><br>This testimony is also unfairly prejudicial and likely to confuse the jury because it is inconsistent with the law—the fact that a product might have a "financial component," does not make it a security<br><br>48:7-11:  Lack of foundation for Mr. Garza to testify as to whether the products are securities, unfairly prejudicial for the same reason; confusing as to which products Mr. Garza is talking about.<br><br>48:11-13:  Speculation | | |
| 49 | 3 | | 49 | 13 | | | |
| 50 | 16 | | 52 | 24 | 52:7-24:  Confusing and unfairly | 171:8-23 | 402, 403, 106 (extensive testimony |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|---|---|---|---|---|---|---|---|
| | | | | | prejudicial because it is not clear what "point" in time Mr. Garza is talking about (and which companies existed at the time) | 176:5-177:25<br><br>183:10-184:23<br><br>185:9-186:9<br><br>191:11-192-15<br><br>209:13-23<br><br>212:21-25<br><br>213:20-215:9<br><br>264:20-265:5<br><br>269:21-24<br><br>270:19-271:15 | and numerous new exhibits about GAW Miners employees, their roles and responsibilities, and how Garza met them, as well as testimony discussing Fraser's ownership percentage in new entity in December 2014 and vague testimony about repaying Fraser for unspecified loan, is not proper "completeness" counter-designation to general testimony about Fraser's control; Garza's statement to Court at criminal sentencing that "I was in in charge" is confusing and prejudicial without context)<br><br>402, 403 (212:21-25 and 254:20-265:5 introduce an exhibit |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|-----|------|------|-------------------------|-----------------------------------|-----------------------------------------------------------|
|      |      |     |      |      |                         |                                   | without any substantive questions)                        |
| 53   | 3    |     | 54   | 9    | 53:6-25:  Confusing and unfairly prejudicial because it is not clear what company or time period Mr. Garza is referring to here (*see* 52:7-24)  53:6-15:  Lack of foundation to testify as to the behavior of "traditional investors;" speculation as to the same | | |
| 54   | 18   |     | 55   | 24   | Confusing and unfairly prejudicial because it is not clear what company or time period Mr. Garza is referring to here | | |
| 61   | 9    |     | 62   | 7    |                         |                                   |                                                           |
| 64   | 19   |     | 65   | 3    | 65:2-3:  Leading; lack of foundation; speculation | 65:4 | IO |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|---|---|---|---|---|---|---|---|
| | | | | | 64:19-22:  Not relevant; unfairly prejudicial | | |
| 65 | 5 | | 65 | 15 | Leading; lack of foundation for Mr. Garza to testify regarding how a board operates; speculation | 65:16 | IO |
| 65 | 17 | | 65 | 17 | Same as above | | |
| 101 | 19 | | 104 | 11 | 103:19-104:23: Objection for the reasons set forth in Mr. Fraser's motion *in limine*<br><br>104:4-11: Speculation | 104:12<br><br>In the event the objections are overruled, 104:24-105:4 | IO (104:12)<br><br>402, 403 (104:24-105:4 confusing and misleading especially as counter-designation omits part of response) |
| 104 | 13 | | 104 | 23 | Objection for the reasons set forth in Mr. Fraser's motion *in limine* | In the event the objection is overruled, 104:24-105:4 | 402, 403 |
| 105 | 23 | | 105 | 25 | Objection for the reasons set forth in Mr. Fraser's motion *in limine* | | |
| 106 | 3 | | 106 | 5 | Objection for the reasons set forth in | In the event the objections | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|-----|------|------|--------------------------|-----------------------------------|-----------------------------------------------------------|
| | | | | | Mr. Fraser's motion *in limine*.<br><br>This testimony is also confusing and misleading as to whether Mr. Garza and Mr. Fraser talked about the concept of having one company buy another company generally in the context of prior companies, or whether they discussed GAW Miners' acquisition of ZenMiner. | are overruled, 107:16-108:5 | |
| 106 | 9 | | 106 | 20 | Objection for the reasons set forth in Mr. Fraser's motion *in limine*<br><br>106:18-22:  Vague and confusing at to what "concepts" were discussed | In the event the objection is overruled, 107:16-108:5<br><br>106:21 | IO (106:21) |
| 106 | 22 | | 107 | 13 | Objection for the reasons set forth in | In the event the objection | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|-----|------|------|-------------------------|-----------------------------------|-----------------------------------------------------------|
|      |      |     |      |      | Mr. Fraser's motion *in limine*<br><br>106:18-22:  Vague and confusing at to what "concepts" were discussed | is overruled, 107:16-108:5 |  |
| 108  | 14   |     | 109  | 3    | The reference to a "fee agreement" on 108:15 should be read as "plea agreement" |  |  |
| 109  | 16   |     | 110  | 20   |  |  |  |
| 118  | 6    |     | 123  | 19   | Objection for the reasons set forth in Mr. Fraser's motion *in limine*<br><br>123:16-19: Speculation | In the event the objections are overruled, 123:20 | IO |
| 123  | 21   |     | 124  | 6    | Speculation | 124:7 | IO |
| 124  | 8    |     | 125  | 3    | 124:17-125:3: Speculation |  |  |
| 127  | 7    |     | 127  | 14   |  |  |  |
| 128  | 19   |     | 130  | 6    |  |  |  |
| 132  | 3    |     | 132  | 19   | 132:3-22: Speculation | 132:20 | IO |
| 132  | 21   |     | 132  | 22   | Same as above | 132:20 | IO |
| 133  | 22   |     | 134  | 18   |  |  |  |
| 134  | 22   |     | 134  | 23   |  |  |  |

13

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|----|------|------|-------------------------|-----------------------------------|-----------------------------------------------------------|
| 134 | 25 | | 135 | 6 | | | |
| 135 | 9 | | 135 | 10 | | | |
| 135 | 12 | | 135 | 14 | | 135:15-25 | |
| 136 | 15 | | 137 | 12 | | | |
| 142 | 8 | | 142 | 9 | | | |
| 142 | 11 | | 143 | 2 | 142:17-143:2: Lack of foundation for Mr. Garza to testify about the behavior of "regular investors;" speculation as to the same | | |
| 143 | 4 | | 143 | 22 | | | |
| 143 | 24 | | 144 | 16 | | | |
| 144 | 18 | | 145 | 21 | | 144:17 | |
| 146 | 3 | | 146 | 4 | | 146:14-147:13<br><br>149:8-150:6, 150:10-14, 151:4-151:14<br><br>154:23-155:7<br><br>223:15-16, 225:6-228:15 | IO (146:22, 147:4)<br><br>106, 402, 403 (149:8-150:6, 150:10-14, 151:4-14, and 154:23-155:7)<br><br>106, 402, 403, MIL (223:15-16, 225:6-228:15) |
| 146 | 6 | | 146 | 13 | | | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|-----|------|------|------------------------|-----------------------------------|-----------------------------------------------------------|
| 199 | 3 | | 199 | 17 | Incomplete answer | 199:18-20 | |
| 237 | 11 | | 238 | 7 | | | |
| 239 | 6 | | 239 | 14 | | | |
| 267 | 14 | | 267 | 17 | | | |
| 268 | 9 | | 269 | 18 | | | |
| 283 | 21 | | 283 | 24 | | 283:13 | |
| 284 | 22 | | 285 | 11 | | | |
| 286 | 7 | | 287 | 12 | | 171:8-23 176:5-177:25 183:10-184:23 185:9-186:9 191:11-192-15 209:13-23 212:21-25 213:20-215:9 264:20-265:5 269:21-24 270:19-271:15 | These counter-designations are identical to Defendant's counter-designations to 50:16-52:24 above. Plaintiffs reiterate the same objections. |
| 287 | 14 | | 287 | 22 | 287:11-22:  Leading | | |
| 288 | 10 | | 289 | 3 | | | |
| 289 | 5 | | 289 | 6 | | | |

16

Joe Mordica

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|---|---|---|---|---|---|---|---|
| 4 | 2 | | 4 | 9 | | | |
| 7 | 24 | | 8 | 3 | | 7:21-23 | |
| 8 | 10 | | 8 | 17 | | | |
| 9 | 13 | | 10 | 3 | | | |
| 10 | 25 | | 11 | 22 | | 14:8-16:14, 17:22-20:8, 20:14-23:7 | |
| 23 | 8 | | 23 | 14 | | | |
| 23 | 20 | | 24 | 7 | | | |
| 25 | 23 | | 26 | 9 | | 24:14-25:22 | |
| 27 | 3 | | 27 | 13 | | | |
| 28 | 4 | | 28 | 19 | | | |
| 29 | 22 | | 29 | 25 | | | |
| 30 | 9 | | 30 | 21 | | 30:22-31:21 | |
| 32 | 22 | | 33 | 23 | | | |
| 34 | 11 | | 35 | 16 | | | |
| 37 | 17 | | 38 | 14 | | 38:15-44:23 | |
| 44 | 24 | | 45 | 17 | | 45:18-48:24 | |
| 52 | 14 | | 55 | 8 | | 49:16-51:19, 55:14-24 | |
| 57 | 5 | | 59 | 20 | | | |
| 62 | 21 | | 63 | 17 | | | |
| 63 | 22 | | 65 | 3 | | | |
| 65 | 16 | | 69 | 19 | | | |
| 79 | 14 | | 81 | 4 | | | |

| Page | Line | to | Page | Line | Mr. Fraser's Objections | Mr. Fraser's Counter-designations | Plaintiffs' Objections to Defendant's Counterdesignations |
|------|------|-----|------|------|-------------------------|-----------------------------------|----------------------------------------------------------|
| 87 | 4 | | 87 | 20 | | | |
| 87 | 23 | | 91 | 13 | 90:24-91:13: speculation (*see* 91:14-92:14) | | |
| 93 | 6 | | 94 | 21 | 94:7-21: speculation | | |
| 113 | 5 | | 113 | 10 | | | |
| 113 | 13 | | 114 | 25 | | | |
| 116 | 14 | | 117 | 21 | | | |