# EXHIBIT G

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

**Defendant Stuart A. Fraser's Deposition Designations**

Mr. Fraser intends to rely on the following portions of the deposition of Joe Mordica taken on June 28, 2018:

| | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 1. | 7:15-25 (ending at "years.") | | | |
| 2. | 8:15-17 | | | |
| 3. | 9:13-24 | | | |
| 4. | 10:25-11:18 | | | |
| 5. | 14:8-16:14 | 402, 403 (14:23-16:14 (beginning at "or until")) | | |
| 6. | 17:22-20:8 | 402, 403<br><br>602, 802 (19:12-15)<br><br>NR (17:25-18:19 (beginning with "And then later on"), 18:21-25, 19:12-15 (beginning with "And they went even")) | | |

|     | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 7. | 20:14(starting at "Was")-26:5 | 602 (24:18-25:22 (beginning with "The way that")) <br><br> 402, 403 (20:14-23:7) <br><br> 802 (25:2-7) <br><br> IO (20:20-21, 21:22-24) | | |
| 8. | 27:3-28:19 | | | |
| 9. | 30:9-31:21 | | | |
| 10. | 32:22-33:23 | | | |
| 11. | 34:14-48:24 | OI (37:13-16) <br> NR (38:18-39:2 (beginning with "That's why I can't remember")) | | |
| 12. | 49:16-51:19 | | | |
| 13. | 52:14-55:8 | | | |
| 14. | 55:14-24 | 104a, 402, 403, 602 | | |
| 15. | 56:9-59:20 | IO, 402, 403 (56:12-15) <br><br> 104a, 602 (56:16-57:4) | | |
| 16. | 62:21-69:19 | | | |
| 17. | 72:25-75:4 | 402, 403 <br><br> 106 | 75:6-76:4 | |
| 18. | 76:8-78:23 | 104a, 402, 403, 802 <br><br> NR (78:5-13) | | |
| 19. | 79:16-80:10 | | | |

|     | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|-----|-------------|----------------------|-------------------------------|---------------------------------------------------------|
| 20. | 87:4-7 (ending at "wallet.") | | | |
| 21. | 87:23-89:13 | | | |
| 22. | 108:13-22 | 402, 403 | | |
| 23. | 112:8-113:3 | 402, 403 | | |
| 24. | 122:13-123:5 | 402, 403, 602 | | |
| 25. | 124:5-16 | 104a, 402, 403, 602, 802 | | |
| 26. | 130:15-133:24 | 104a, 106, 402, 403, 802, 901, MIL | 133:25:-134:13 | 402/403 |
| 27. | 145:16-146:3 | 104a, 802 (145:21-22 ("I think Eric thought the same thing, too.")) <br><br> AS, IO, NR (145:24-146:3) | | |

3

Mr. Fraser intends to rely on the following portions of the deposition of Eric Capuano taken on July 9, 2018:

|     | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|-----|-------------|----------------------|-------------------------------|--------------------------------------------------------------|
| 1.  | 11:12-14    |                      |                               |                                                              |
| 2.  | 11:25-12:2  |                      |                               |                                                              |
| 3.  | 13:12-14:23 |                      |                               |                                                              |
| 4.  | 17:13-20:25 |                      |                               |                                                              |
| 5.  | 26:5-28:14  |                      |                               |                                                              |
| 6.  | 38:23-40:22 |                      |                               |                                                              |
| 7.  | 47:20-49:24 |                      |                               |                                                              |
| 8.  | 58:2-61:4   | 106                  | 100:5-17                      | Beyond the scope; 106; 402/403; speculation                  |
| 9.  | 61:14-63:12 |                      |                               |                                                              |
| 10. | 65:2-67:22  | 106                  | 79:4-81:7                     | 106; speculative                                             |
| 11. | 69:19-70:15 |                      |                               |                                                              |
| 12. | 74:9-75:22  | 106                  | 75:22-76:16, 77:3-78:20       | Speculative; 402/403 (77:3-78:20)                            |
| 13. | 85:13-89:13 | 106 (all)<br><br>402, 403, 701, 802, MIL (86:12-15, 88:9-13) | 82:14-85:12, 148:3-149:10 | Hearsay; speculation, unduly prejudicial under 402/403 (82:14-85:12)<br><br>Speculation; unduly prejudicial under 402/403 (148:3-149:10) |
| 14. | 94:4-13     | 402, 403, 802, MIL   |                               |                                                              |
| 15. | 97:5-99:9   | 402, 403, 802, MIL   |                               |                                                              |
| 16. | 126:2-18    | 402, 403, MIL        |                               |                                                              |

4

|  | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 17. | 136:15-137:16 | 402, 403, NR, 602, MIL | | |
| 18. | 143:12-24 | 402, 403, NR | | |
| 19. | 153:6-157:15 | 104a, 402, 403, 602, 802 (153:6-155:22)<br><br>104a, 402, 403, 602 (156:19-157:15 (beginning at "I know")) | | |
| 20. | 158:17-159:16 | 402, 403, 701, MIL | | |

Mr. Fraser intends to rely on the following portions of the deposition of Daniel Pease taken on July 31, 2018:

|   | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 1. | 8:15-9:3 | 106 | 4:2-6, 9:16-22 | 402 (9:16-22) |
| 2. | 10:25-11:7 | | | |
| 3. | 15:22-17:2 | 106 | 12:5-9, 15:2-21, 20:10-24, Exhibit 130 | 402/403 (20:10-24)<br><br>402/403 (Exhibit 130) |
| 4. | 17:21-19:4 | 106 | 12:5-9, 15:2-21, 20:10-24, Exhibit 130 | 402/403 (20:10-24)<br><br>402/403 (Exhibit 130) |
| 5. | 19:25-20:9 | 402, 403 | | |
| 6. | 22:10-24 | 106 | 21:24-22:9, 22:25-23:4, 27:6-7, 27:10-27:24, 28:2-34:7, 34:9, Exhibit 131, Exhibit 19 | Beyond the scope; 402/403 |
| 7. | 24:9-25:4 | 106 | 21:24-22:9, 22:25-23:4, 27:6-7, 27:10-27:24, 28:2-34:7, 34:9, Exhibit 131, Exhibit 19 | Beyond the scope; 402/403 |

6

Mr. Fraser intends to rely on the following portions of the deposition of Madeline Eden taken on June 26, 2018:

|  | **Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** | **Mr. Fraser's Objections to Plaintiffs' Counter-Designations** |
|---|---|---|---|---|
| 1. | 7:17-8:2 | | | |
| 2. | 9:13-11:6 | | | |
| 3. | 11:11-12:5 | | | |
| 4. | 13:6-18 | | | |
| 5. | 15:3-23 | 402, 403 (15:18-23) <br><br> 602 | | |
| 6. | 20:11-13 | | | |
| 7. | 20:21-21:12 | | | |
| 8. | 24:10-26:13 | | | |
| 9. | 26:21-30:10 | 602 (27:23-28:6) | | |
| 10. | 41:10-45:5 | 602 (43:10-12 (beginning with "Yeah, they")) <br><br> 602, 802, NR (43:24-44:16) <br><br> 402, 403, 602, 802, MIL (44:19-45:5) | | |
| 11. | 45:15-25 | | | |
| 12. | 71:12-72:14 | 106 <br><br> 402, 403, 701 (71:12-19) | 84:4-86:8 | |
| 13. | 80:2-81:5 | | | |
| 14. | 94:17-96:9 | NR (96:5-9 (beginning with "And then I was")) | | |
| 15. | 97:4-99:8 | 402, 403 (97:19-23, 98:10-19) <br><br> 802 (98:12) <br><br> AS, NR (98:13-19) | | |

|  | **Designation** | **Plaintiffs' Objection** | **Plaintiffs' Counter-Designation** | **Mr. Fraser's Objections to Plaintiffs' Counter-Designations** |
|---|---|---|---|---|
| 16. | 108:13-109:24 |  |  |  |
| 17. | 111:9-12 | 106 | 111:13-24 | 402/403 |
| 18. | 112:12-114:7 | 106 | 111:25-112:11 | Beyond the scope; 402/403 |
| 19. | 117:2-9 |  |  |  |
| 20. | 122:9-124:16 |  |  |  |
| 21. | 130:10-132:10 | 402, 403, 602, 802 (130:14-131:5) <br><br> 402, 403, 602, 802 (131:6-131:15) |  |  |
| 22. | 135:4-136:9 | 106, 402, 403, 602, 901, MIL <br><br> NR (135:22-136:3 (beginning with "See, this is")) |  |  |
| 23. | 138:23-139:13 | 106, 402, 403, 602, 901, MIL |  |  |
| 24. | 162:7-163:2 | 104a, 402, 403, 602, MIL |  |  |
| 25. | 164:12-165:10 | 104a, 402, 403 |  |  |
| 26. | 165:18-25 | 402, 403 |  |  |
| 27. | 167:8-20 | 402, 403, MIL |  |  |
| 28. | 169:2-171:23 | 104a, 402, 403, MIL <br><br> NA (169:4-21 (beginning with "Can you talk")) <br><br> NR (170:21-171:4, 171:7-23 (beginning with "All the documentation")) |  |  |
| 29. | 172:7-173:15 | 104a, 402, 403, 602, MIL |  |  |

8

|  | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 30. | 192:18-195:2 | 104a, 402, 403, 901, MIL | | |

Mr. Fraser intends to rely on the following portions of the deposition of Jonah Dorman taken on August 1, 2018:

|   | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 1. | 8:25-10:10 | 106<br><br>NR (9:20-10:2) | 6:6-9 | |
| 2. | 10:19-13:5 | | | |
| 3. | 18:23-19:5 | 106 | 18:21-22 | |
| 4. | 21:11-19 | 402, 403, 602 | | |
| 5. | 22:23-25:7 | NR (22:25-23:6 (ending with "it was rather disorganized"))<br><br>402, 403 (23:11-17, 23:25-24:22) | | |
| 6. | 26:6-27:19 | 104a, 602, 802 (26:14-16, 27:13-15, 27:17-19) | | |
| 7. | 28:2-9 | | | |
| 8. | 31:14-32:8 | 106<br><br>402, 403 (31:24-32:8) | 32:21-22 | 402/403 |
| 9. | 32:23-35:2 | 106 (32:23-33:5)<br><br>104a, 402, 403, 602, 802 (33:8-11, 33:15-16, 33:18, 33:20)<br><br>402, 403 (34:13-22, 34:24-35:2) | 60:19-25, 62:12-19, 62:25-63:3, 63:5-8, 63:10-11, 63:14-15, 70:8-16 | 402/403<br><br>802 (70:8-16) |

| | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
|---|---|---|---|---|
| 10. | 49:14-23 | 106<br><br>402, 403, 602, 701 | 40:12-41:3, 42:15-20, 49:2-13 | Speculation and lack of personal knowledge (49:9-13);<br><br>402/403 (40:12-41:3) |
| 11. | 56:10-22 | 402, 403 | | |
| 12. | 63:16-64:5 | | | |
| 13. | 65:18-66:16 | IO (65:22)<br>NR (65:25) | | |
| 14. | 69:25-70:7 | | | |
| 15. | 77:24-78:5 | | | |
| 16. | 79:6-14 | 106<br><br>402, 403, MIL | 79:15-16 | 402/403 |
| 17. | 80:15-16 | 402, 403, 901, MIL | | |
| 18. | 81:2-82:16 | 402, 403, 901, MIL | | |
| 19. | 82:24-83:3 | 402, 403, 901, MIL | | |
| 20. | 85:16-86:2 | 402, 403, MIL | | |
| 21. | 96:24-97:16 | 106<br><br>602, 901 | 97:17-25 | 106 (improperly excludes 98:2-7) |

11

Mr. Fraser intends to rely on the following portions of the deposition of Amber Capuano taken on August 3, 2018:

|     | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
| --- | --- | --- | --- | --- |
| 1.  | 11:12-12:11 |   |   |   |
| 2.  | 12:20-22 |   |   |   |
| 3.  | 14:19-17:13 | 106, NR (14:19-14:24)<br><br>402, 403 |   |   |
| 4.  | 17:25-20:10 |   |   |   |
| 5.  | 20:22-22:11 | 402, 403 |   |   |
| 6.  | 23:9-22 | 106 (all)<br><br>402, 403 (23:18-22) | 23:24-24:10 | 402 |
| 7.  | 24:23-25:16 | 106 | 26:3-4 | 402 |
| 8.  | 26:5-7 |   |   |   |
| 9.  | 27:23-28:4 |   |   |   |
| 10. | 30:6-20 | IO (30:20) |   |   |
| 11. | 31:5-37:3 | 106 (all)<br><br>IO (31:13-17, 32:20, 33:6, 33:14, 33:25, 34:20, 35:17, 36:18)<br><br>AS (32:16-17)<br><br>402, 403, 802, MIL (33:23-34:15) | 57:2-6, 57:15-21, 59:7-60:3, 83:3-23 | 402/403; based on hearsay; |
| 12. | 39:25-42:18 | IO (40:3, 42:7)<br><br>106 | 38:16, 38:22-24, 39:5-8, Exhibit 143 | Speculation (39:5-8) |

|     | Designation | Plaintiffs' Objection | Plaintiffs' Counter-Designation | Mr. Fraser's Objections to Plaintiffs' Counter-Designations |
| --- | --- | --- | --- | --- |
| 13. | 43:11-25 | 106 | 44:3-8, 44:10, 44:12-16, 45:8-23, Exhibit 144 (not on Fraser's exhibit list despite designation of 43:11-25), Exhibit 145 | Speculation (44:12-16 and 45:16-23); Assumes facts not in evidence (re: "discussion") (44:7-8, 44:10) |
| 14. | 106:17-23 | 106, MIL | 107:4-6 | 402 |