# EXHIBIT H

1          UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
2

DENIS MARC AUDET, MICHAEL      §
3  PFEIFFER, DEAN ALLEN         §
   SHINNERS, AND JASON          §   CASE 3:16-CV-00940
4  VARGAS, INDIVIDUALLY AND     §
   ON BEHALF OF ALL OTHER       §
5  SIMILARLY SITUATED,          §
                                §
6       PLAINTIFFS,             §
                                §
7  VS.                          §
                                §
8  STUART A. FRASER, GAW        §
   MINERS, LLC, AND             §
9  ZENMINER, LLC (D/B/A ZEN     §
   CLOUD),                      §
10                              §
        DEFENDANTS.             §
11

12

13

14

15          ORAL AND VIDEOTAPED DEPOSITION OF
                      MADELINE EDEN
16                   JUNE 26, 2018

17

18       ORAL AND VIDEOTAPED DEPOSITION OF MADELINE
   EDEN, produced as a witness at the instance of the
19  Plaintiffs and duly sworn, was taken in the above
   styled and numbered cause on Tuesday, June 26, 2018,
20  from 9:42 a.m. to 2:52 p.m., before TAMARA CHAPMAN,
   CSR, CRR, RPR in and for the State of Texas,
21  reported by computerized stenotype machine, at the
   offices of Regus, 106 E. Sixth Street, Austin,
22  Texas, pursuant to the Federal Rules of Civil
   Procedure and any provisions stated on the record
23  herein.

24

25  Job No. 143277

1                    A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:
        Edgar Sargent, Esq.
4       SUSMAN GODFREY
        1201 Third Avenue
5       Seattle, Washington 98101

6

7

8    FOR THE DEFENDANT STUART FRASER:
        Sara Echenique, Esq.
9       Anna Schuler, Esq.
        HUGHES HUBBARD & REED
10      One Battery Park Plaza
        New York, New York 10004

11

12

13

14

15

16

17

    ALSO PRESENT:
18      Sam Swain, Videographer

19

20

21

22

23

24

25

1                         I N D E X
2
                                                      PAGE
3
4       APPEARANCES................................    2
5          MADELINE EDEN
6       EXAMINATION
           By Mr. Sargent...........................    7
7          By Ms. Echenique........................  162
8
        CORRECTION PAGE............................  203
9       SIGNATURE PAGE.............................  203
        REPORTER'S CERTIFICATION...................  204
10
11                     E X H I B I T S
12                                            PAGE  LINE
        Exhibit 1,                              9    12
13      9/14/14 e-mail and attachment from
        Josh Garza to Matthew Eden, Subject
14      "Offer of Employment"
        (No Bates - 3 pages)
15      Exhibit 2,                             49    2
        9/30/14 e-mail from Joe Mordica to
16      various recipients, Subject "Weekly
        Development Meetings"
17      (970873_GAW00685653)
        Exhibit 3,                             54    15
18      10/23/14 e-mail from Jonah Dorman to
        various recipients, Subject "Re: Did
19      you hear about the change?"
        (897205_GAW00648988)
20      Exhibit 4,                             93    6
        11/28/14 e-mail and attachment from
21      Rami Abramov to Matthew Eden, Subject
        "Fwd: The HashStaker is Here"
22      (GAW00158066 - GAW00158069)
        Exhibit 5,                            118    13
23      12/20/14 e-mail from Christian Gogol
        to various recipients, Subject "Screen
24      Shots / HashStaker Expiration"
        (GAW00156231)
25

```
 1                    E X H I B I T S
                        (Continued)
 2

                                         PAGE  LINE
 3   Exhibit 6,                          124   17
     1/8/15 e-mail from Eric Capuano to
 4   various recipients, Subject "Fwd: Re:
     Invoice for week ending Dec. 13th and
 5   Dec. 20th"
     (GAW00104358 - GAW00104361)
 6   Exhibit 7,                          128   22
     1/28/15 e-mail and attachment from
 7   Matthew Eden to Ryan Mottley, Subject
     "Fwd: Revised Repurchase Program
 8   Documents"
     (GAW00133639 - GAW00133646)
 9   Exhibit 8,                          132   11
     2/4/15 e-mail from Matthew Eden to
10   Evan Lucas, Subject "Fwd: HashStaker
     design requirements"
11   (GAW00125205 - GAW00125206)
     Exhibit 9,                          139   14
12   2/26/15 e-mail from Evan Lucas to various
     recipients, Subject "Re: Zencloud"
13   (GAW00123002)
     Exhibit 10,                         151   25
14   Paycoin White Paper
     (No Bates - 28 pages)
15   Exhibit 11,                         167    7
     Rescission Agreement
16   (No Bates - 3 pages)
     Exhibit 12,                         172    6
17   Independent Contractor Agreement
     (No Bates - 6 pages)
18   Exhibit 13,                         176    3
     3/8/15 e-mail and attachment from
19   Matthew Eden to various recipients,
     Subject "Re: HashTalk"
20   (GAW00013634 - GAW00013639)
     Exhibit 14,                         185   18
21   3/8/15 e-mail and attachment from
     Jonah Dorman to various recipients,
22   Subject "Re: HashTalk"
     (GAW00066757 - GAW00066761)
23   Exhibit 15,                         190   18
     8/29/15 e-mail from Allen Shinners to
24   Russell Day, Subject "Garza left the
     country again"
25   (GAW01023269)
```

1                   E X H I B I T S
                      (Continued)

2

                                        PAGE  LINE

3    Exhibit 16,                        191    15
     12/11/17 e-mail and attachment from

4    Allen Shinners to Mark Munster,
     Subject "Bitgo Bitcoin Addresses"

5    (GAW01019997 - GAW01020001)
     Exhibit 17,                        192    17

6    Article entitled "Group Lawsuit
     Against GAWminers et al" on

7    gethashing.com website
     (No Bates - 2 pages)

8    Exhibit 18,                        195    4
     Letter of Authorization

9    (No Bates - 1 page)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            M. EDEN - 6/26/18

2            THE VIDEOGRAPHER:  We're on the

3    record June 26, 2018.  The time is 9:42 a.m. This

4    is the start of tape labeled No. 1 of the

5    videotaped deposition of Madeline Eden, in the

6    matter of Denis Marc Audet, et al. versus Stuart

7    A. Fraser, et al., in the United States District

8    Court, District of Connecticut, Case

9    No. 3:16-CV-00940.

10            This deposition is being held at

11    106 East Sixth Street in Austin, Texas 78701.

12            Will counsel please introduce

13    themselves.

14            MR. SARGENT:  I'm Edgar Sargent

15    from the firm Susman Godfrey, representing the

16    plaintiffs.

17            MS. ECHENIQUE:  Sara Echenique

18    from the firm Hughes, Hubbard & Reed,

19    representing Stuart Fraser, defendant.

20            MS. SCHULER:  Anna Schuler from

21    the firm Hughes, Hubbard & Reed, representing

22    Stuart Fraser, defendant.

23            THE VIDEOGRAPHER:  Will the court

24    reporter please swear in the witness.

25            MADELINE EDEN,

1                    M. EDEN - 6/26/18

2     having been first duly sworn, testified as follows:

3                         EXAMINATION

4     BY MR. SARGENT:

5                Q.  Good morning.

6                A.  Good morning.

7                Q.  My name is Edgar Sargent, and I represent

8          the plaintiffs in this case.  We've met before by

9          phone.  Right?

10               A.  Yes, sir.

11               Q.  And you understand that this is a case

12         where I represent individuals who purchased certain

13         products or securities from the company GAW Miners,

14         and we're trying to recover the money that those

15         investors lost on those purchases.  Right?

16               A.  Correct.

17               Q.  And you were employed by GAW Miners for a

18         time.  Is that right?

19               A.  A short while, yes.

20               Q.  Do you remember -- I'm not asking for the

21         exact dates, but do you remember roughly when that

22         was?

23               A.  I would say officially employed by GAW

24         Miners October to February.  October of 2014 to

25         February of 2015.  We were doing some other work with

1          M. EDEN - 6/26/18

2     GAW Miners before that, in September, I guess.

3          Q.  Okay.  We'll get into the details in a

4     second.  I just want to sort of set the ground rules.

5          Have you ever had your deposition taken

6     before?

7          A.  Not here.

8          Q.  In any case ever?

9          A.  I don't recall.

10         Q.  Okay.  The way it works is that I'm going

11    to ask some questions and you're going to answer

12    them.  So it's pretty straightforward.  You can do

13    your best to answer based on your current

14    recollection.

15         You are under oath, so this testimony is

16    subject to the penalties of perjury just as if you

17    were in court.  Do you understand that?

18         A.  Yes, sir.

19         Q.  And the one thing I'd ask is that --

20    particularly because some of the testimony today may

21    involve some technical issues related to

22    cryptocurrency and other computer areas.  And if I

23    use terms incorrectly or you don't understand the

24    term, I just ask that you let me know that so that we

25    can clear it up and get the record clean.

1                     M. EDEN - 6/26/18

2          A.  Yes, sir.

3          Q.  And we need to be careful today to speak

4    slowly and clearly so that the court reporter can

5    understand us, and to not speak on top of each other,

6    which is something that's very easy to do in normal

7    conversation.  It's a little bit artificial.

8               Do you understand what I'm getting at?

9          A.  Yes.

10         Q.  Okay.  So I'm going to hand you a

11   document.

12              (Exhibit 1 was marked.)

13         Q.  This is Exhibit 1.  And it's an e-mail

14   that we had in the case from Josh Garza to you.  Do

15   you recognize this e-mail?

16         A.  (Pause.)

17              Yes.

18         Q.  And the addressee here is "Matthew Eden."

19   That's you.  Right?

20         A.  Yes.

21         Q.  Were you using the name "Matthew" at the

22   time?

23         A.  Yes, I was.

24         Q.  And is this -- do you recognize this as

25   the employment agreement that you entered into with

Page 10

1                    M. EDEN - 6/26/18

2    GAW?

3              A.   I don't recall if this is the exact one.

4    I think there was another one that came after this.

5    This might have been the initial one, yeah.

6              Q.   Okay.  You think it was revised and the

7    one you finally signed had some different terms?

8              A.   Yeah, a different title, that kind of

9    stuff.

10             Q.   Do you remember what was different about

11   the final one?

12             A.   "Director of Quality Assurance" I think

13   was the title.  I don't really remember what else is

14   different.  I'd have to look at my files.

15             Q.   Okay.  So your title when you started was

16   director of quality assurance?

17             A.   This might have been my initial title.

18   It's been a while.

19             Q.   Okay.  What were your responsibilities

20   when you started with GAW?

21             A.   We were supposed to be integrating

22   technology that we had developed for the company that

23   we had before GAW, that GAW had basically purchased

24   the rights to effectively.  We enacted an asset

25   purchase agreement with them.

Page 11

```
 1                M. EDEN - 6/26/18
 2          Q.   When you say "we," who are you referring?
 3          A.   Myself and Jonah Dorman.
 4          Q.   And did you have a separate business
 5     before you started working for GAW?
 6          A.   Yes, LeaseRig, which was a -- LeaseRig.
 7          Q.   LeaseRig?  Is that one word?
 8          A.   LeaseRig, LLC.  Yeah, all one word.
 9          Q.   L-E-A-S-E-R-I-G?
10          A.   Yes, sir.
11          Q.   What was LeaseRig's business?
12          A.   It was basically a site for people to rent
13     out cloud mining.
14          Q.   Explain what you mean by "renting out
15     cloud mining"?
16          A.   Well, if you owned a Bitcoin miner --
17          Q.   Okay.
18          A.   -- most people who own Bitcoin miners will
19     point them at a pool and leave them there and never
20     touch them.  Right.  And then -- so based on which
21     coin you're mining, that kind of determines the
22     profitability overall of actually, you know, running
23     a miner, spending money on power.
24                So our site would basically allow people
25     to point their miners at the site and allow other
```

1                       M. EDEN - 6/26/18

2      people to rent the hashing power from those miners on

3      the site.   So it was basically just a -- almost like

4      a cloud services platform that allowed, you know,

5      providers to lease hashing power to customers.

6           Q.   Okay.  And just take a step back and get

7      some of the basics here.  When you say "Bitcoin

8      miner," what do you mean?  Is that a computer?

9           A.   Well, it's a cryptocurrency miner.  It's

10     an ASIC -- well, I guess it depends.  Right?

11     Sometimes it's a computer, sometimes it's a dedicated

12     piece of hardware that is basically specifically

13     built-in programs to calculate -- you know, calculate

14     algorithms that solve equations on a block chain.  So

15     the platform work was either/or.

16          Q.   "Either/or" meaning --

17          A.   Well, a PC miner --

18          Q.   -- any --

19          A.   -- like a computer --

20          Q.   Oh, I see.

21          A.   -- like a PC or, you know, a dedicated

22     ASIC miner.

23          Q.   And a dedicated ASIC miner is a miner that

24     has a chip that was specifically designed in order to

25     solve the hashing algorithm that's used to mine

1          M. EDEN - 6/26/18

2    cryptocurrency?

3          A.   Correct.  Usually either like a few

4    hundred chips or, you know, more than a thousand, or

5    on a single ASIC miner.

6          Q.   LeaseRig, if I understood your testimony,

7    LeaseRig's business was to allow people who had

8    miners to connect to the cloud so that other people

9    who wanted to buy mining hashing power or lease

10   hashing mining power, you know, could connect with

11   them and lease -- lease some of that power?

12         A.   Correct.

13         Q.   And did it allow one miner to be allocated

14   to more than one customer who wanted to do mining?

15         A.   Yes.

16         Q.   So it would create a giant sort of pool of

17   hashing power that could then be divided-up power?

18         A.   Right, yeah.

19         Q.   And --

20              (Reporter admonishment.)

21         Q.   -- and you said -- did the lease --

22   lessor, the person who was leasing the hashing power,

23   have complete control over what type of

24   cryptocurrency was being mined?

25         A.   Yes.

Page 14

M. EDEN - 6/26/18

1

2      Q.  And what particular pool they wanted to

3  point that to?

4      A.  Yes.

5      Q.  Okay.  When did -- you said that was a

6  business that you and Mr. Dorman ran?

7      A.  Yes.

8      Q.  Was there anybody else employed by

9  LeaseRig?

10      A.  No.

11      Q.  When approximately did that start?

12      A.  I want to say 2013, 2012.  We had bought

13  the site from a software developer.  He was -- I

14  don't remember -- from somewhere in Europe.  But

15  yeah, we -- and I don't remember the exact time.  I

16  believe it was in 2013, but...

17      Q.  And where was the code for the LeaseRig

18  maintained?  Was there a set of servers that you guys

19  owned and controlled or did you lease space on

20  someone else's servers?

21      A.  It was a cloud hosted from different

22  spots.  Some of the platform was hosted on Amazon,

23  some of the platform was hosted on Google Cloud, some

24  of it was hosted locally.

25      Q.  And who maintained the LeaseRig code?

1                M. EDEN - 6/26/18

2          A.   Myself and -- and Dorman -- and Jonah.

3          Q.   So how did you first become involved with

4   GAW when you were working for LeaseRig?

5          A.   Well, if I remember correctly,

6   Jonah Dorman and Josh Garza were having an argument

7   more or less online about the viability of GAW

8   Miners, ZenCloud, and the hashing, and the miners

9   that they were selling.  And Josh Garza called me up

10  to ask me to get Jonah or to have Jonah back off

11  from, I guess, blaming him on the forums.

12         Q.   So you said they were having an argument

13  online.  Was -- this was some sort of Internet forum

14  that was --

15         A.   Yeah, I believe so.

16         Q.   What -- do you remember which one?

17         A.   I think it was BitcoinTalk, probably.

18         Q.   BitcoinTalk?

19         A.   Yeah.

20         Q.   And is that a forum that essentially

21  anybody -- any member of the public can access and --

22  and view the messages?

23         A.   It used to be, yeah.  I believe.  I don't

24  know about now.  I haven't logged in there in a

25  while, so...

1                    M. EDEN - 6/26/18

2        Q.  Okay.

3             (Discussion off the written record.)

4        Q.  So would that -- there was no existing

5    business relationship at that time between LeaseRig

6    and GAW Miners; Mr. Dorman and Mr. Garza just got

7    a -- sort of got into it in -- in a message forum?

8        A.  Well, I mean, at the same time we had

9    purchased miners from GAW.

10       Q.  Okay.

11       A.  Individually and not as LeaseRig.  Right.

12   Both of us bought miners from other people all the

13   time and GAW was somebody that we ordered miners

14   from.  I usually received miners from them when I

15   bought them like on time.  Jonah didn't necessarily.

16   And sometimes when he got them, they didn't work.

17   And so yeah, he was...

18       Q.  So at that point it's fair to say you'd

19   had a generally positive experience in your dealings

20   with GAW Miners, but Jonah had not?

21       A.  Correct.

22       Q.  And do you know approximately when this

23   was that they were having an argument on the Internet

24   and Mr. Garza contacted you about it?

25       A.  I don't recall exactly.  It was sometime

1                    M. EDEN - 6/26/18

2    before this, but yeah, and --

3         Q.  Do you know a year before that or a few

4    months before that?

5         A.  Few months before.

6         Q.  So probably sometime in the first half of

7    2014?

8         A.  Definitely.

9         Q.  Okay.  And what did Mr. Garza say when he

10   contacted you?

11        A.  Well, it may be even in the second half.

12   It might've been -- yeah, it was sometime before

13   September I would say.  Possibly between the

14   begin- -- the second quarter and third quarter of the

15   year.

16        Q.  Okay.

17        A.  I don't know, we talked on the phone for

18   about two and a half hours, so...

19        Q.  About what?  What do you remember about

20   the conversation?

21        A.  We talked about what it was they were

22   building, the hashing -- the Hashlets and the hashing

23   power agreements and whether or not they had actual

24   hashing power pointed at their pools.  Because, you

25   know, at the time that was -- that was part of the

Page 18

M. EDEN - 6/26/18

1
2  conversation was -- had to do with -- with Hashlets
3  and pointing hashing power.
4          The cloud-hosted mining that they were
5  selling and the fact that when you would go in there,
6  you would point your miner at the pool because it
7  had -- it gave you the option to choose a pool in
8  that interface.  And when you'd point it at the pool,
9  the hashing power wouldn't show up at the pool.
10          So, and we knew this because, well, we had
11  owned the other -- the cloud hosting -- the
12  cloud-hosted mining rental service and we have
13  relationships with a lot of these pool providers.
14  Because in order to make our platform work, it had to
15  work with their platforms.
16          And so, you know, that was a -- a big part
17  of it.  And -- and we didn't really get into a lot of
18  that.  I remember that being a big part of -- a big
19  part of the argument, though, between Jonah and Josh.
20  And Josh was interested in the tech that we were
21  building, primarily the tech that you had mentioned
22  earlier, which was basically the hash sharing across,
23  you know, multiple customers, multiple pools.  And it
24  was -- you know, the more we talked about that -- I
25  mean, we talked about a ton of stuff.  A lot of it

1                   M. EDEN - 6/26/18

2    was, you know, future of the industry and all that,

3    but --

4         Q.  At the time of this conversation, did GAW

5    al- -- did you understand that GAW already had

6    software that would allow that kind of hash power

7    sharing?

8         A.  No, they did not, as far as I knew.  I

9    mean, they had the -- from what I -- well, I didn't

10   know.  I had my theories.  I didn't know one way or

11   the other, honestly.

12        Q.  You've mentioned two -- what I understand

13   to be two different products that GAW sold at various

14   times.  One was cloud-hosted mining, one was

15   Hashlets.  Is that right?  Do you understand those to

16   be two different things?

17        A.  Yes.

18        Q.  What is cloud-hosted mining, as far as

19   what GAW was selling?

20        A.  So GAW had -- initially before the

21   Hashlets, I guess, and before ZenMiner, they had

22   basically a cloud-hosted mining service.  And I never

23   actually purchased any miners through the

24   cloud-hosted service.  From what I recall there was

25   a "dot net" service in the background that allowed

                          M. EDEN - 6/26/18

1

2    users to configure the pools that the miners were

3    pointed to.  Did not scale very well, and they had a

4    lot of issues with it.  So I mean, that was probably

5    part of the reason they were interested in -- in

6    buying this from us.

7         Q.  So let me stop you so --

8         A.  Yeah.

9         Q.  -- I can make sure I follow what you're

10   saying.

11           Cloud-hosted mining is -- is sort of a

12   purchase of an individual miner?

13           A.  Correct.

14           Q.  Would that be connected to the cloud?

15           A.  That would then make -- well, sure, you

16   know.  Well, it's connected to the Internet, which

17   is, I guess --

18           Q.  Same thing?

19           A.  -- technically the cloud.  Right?  So,

20   but --

21           Q.  What does "cloud-hosted" mean?

22           A.  Cloud-hosted means, well, you're able to

23   get to it from the cloud.  Right?  So I mean, it was

24   hosted on their own private networks and locked off,

25   but a user could log in to the website and then

M. EDEN - 6/26/18

2    configure their miner to point at whichever pool they

3    wanted to.

4            Q.  But the idea was what -- what the user was

5    purchasing from GAW was a specific machine?

6            A.  Correct.  It was a physical machine behind

7    those.

8            Q.  It would just be hosted by GAW?

9            A.  Yes.

10           Q.  And then the -- whoever purchased the

11   machine would access it through the Internet?

12          A.  Correct.

13         Q.  And could point it through the Internet at

14  some cloud mining operation --

15         A.  At another mining pool, yeah.  But it

16  didn't actually -- so the user wouldn't actually log

17  in to the -- the miner itself though remotely.  I

18  mean, it was kind of like LeaseRig in the sense that

19  there was an API in between them.  And so their

20  service would control the miner and then change the

21  pool, and the users would log in to their service in

22  order to do that.

23         Q.  Was that service ZenMiner?

24         A.  No.

25         Q.  What was it called?

1                    M. EDEN - 6/26/18

2          A.  I have -- GAW cloud host -- GAW-hosted

3     mining or something like that, as far as I know.  I

4     mean, I -- honestly I didn't even know it existed

5     until I started working for GAW.

6          Q.  And then if I understood your testimony

7     earlier, you said that you or Jonah or both had

8     noticed that when people were purchasing cloud-hosted

9     mining from GAW and pointing it at a particular

10    mining pool, that didn't seem to be increasing the

11    amount of hashing power committed to that mining

12    pool.  Did I understand you correctly?

13         A.  Correct.  Well, not even increasing.  I

14    mean, the mining pools reported no hashing power

15    coming from GAW in the amounts that were basically

16    being specified on the websites.

17         Q.  Wait.  Did you say no hashing power coming

18    from GAW at all or not as much as were specified on

19    the website?  I didn't understand.

20         A.  Not at all, from what I understood from

21    the mining -- the pool providers.  But, again, that's

22    not necessarily a fact or not, but they didn't have

23    any hashing -- they told me that they had no hashing

24    power coming from GAW.

25         Q.  And was this -- was this related to

1                   M. EDEN - 6/26/18

2    cloud-hosted mining or Hashlets or both?

3            A.  Hashlets.

4            Q.  Okay.  But as far as you knew, for

5    cloud-hosted mining, if someone purchased a

6    cloud-hosted miner from GAW and then pointed that at

7    a particular pool, you don't have anything to cause

8    you to believe that that would not have increased the

9    hashing power --

10           A.  Correct.

11           Q.  -- of the pool?

12           A.  Right.  And the -- you know, of course,

13   the people who owned miners on the cloud-hosted

14   mining would know whether or not it was mining there.

15   Right?  Because they would be -- they would be

16   configuring the miners to point at those pools with

17   their username, their passwords so that they were

18   effectively receiving coins to their account on the

19   pool being paid out to their wallets from the pool.

20   So it wouldn't be going -- it wouldn't go to an

21   intermediate wallet like it did for ZenCloud.  Does

22   that make sense, sort of?

23           Q.  Sure.

24           A.  Okay.

25               (Reporter admonishment.)

Page 24

M. EDEN - 6/26/18

1

2          (Discussion off the written record.)

3          Q.   So the second product you mentioned was

4    Hashlets.   You've mentioned them a couple of times.

5    How are those different from cloud-hosted mining?

6          A.   So Hashlets were basically effectively the

7    equivalent of a -- of a -- of a -- of a JPEG image or

8    a GIF.   There was no virtual physical API or

9    interaction with any sort of miner on the back end.

10         Q.   Is the -- let me ask you first from the

11   perspective of what the customer thought the customer

12   was receiving when the customer purchased a Hashlet.

13              What was that -- I understood when you

14   were talking about cloud-hosted mining, the customer

15   was buying -- basically buying a miner and it was

16   just being hosted by GAW.   When they were buying a

17   Hashlet, what were they buying?

18         A.   They were, I guess, under the impression

19   they were receiving the same thing at that point.

20   Right?   A cloud-hosted miner that they could point at

21   a pool.

22         Q.   But Hashlets cost some of them less than

23   $100 is my understanding.   Is that your

24   understanding?

25         A.   It was all based on hash power and market

1                    M. EDEN - 6/26/18

2    value for the hashing power that they represented, I

3    guess.

4            Q.  So this is probably just way too basic for

5    you, but when you buy a Hashlet, you're not buying a

6    full machine the way you were when you bought

7    cloud-hosted mining.  Is that what you were buying,

8    just sort of a portion of the hashing power of some

9    machine or group of machines.  Is that correct?

10           A.  That -- sort of.

11           Q.  Help me clean it up.

12           A.  In some instances you would buy a certain

13   amount of hash power, you know, 10 gig of hash,

14   something like that.  And in other instances you were

15   buying an amount of hash power that was

16   representative -- representative of a miner, like,

17   you know, a Gridseed miner or a Lightning miner or a

18   Volcano miner like -- yeah.

19           So there were basically representative of

20   a hash -- you know, an amount of hash power.  Some of

21   them were basically given to people in the amount of

22   hashing power that would be provided by a miner.

23           Q.  Okay.  So some of them were denominated in

24   an amount of hashing power that was equivalent to the

25   hashing power that a particular miner or machine

Page 26

M. EDEN - 6/26/18

1

2      would have?

3            A.   Yes.

4            Q.   So you could've been given the impression

5      that it was equivalent to a cloud-hosted mining where

6      you were buying a machine?

7            A.   Correct.

8            Q.   Some of the other Hashlets were just sort

9      of an abstraction of hashing power that could have

10     been taken from a portion of the --

11           A.   Right.

12           Q.   -- power of an individual machine?

13           A.   Sorry.

14                 (Reporter admonishment.)

15                 (Discussion off the written record.)

16           Q.   When you said Hashlets were just GIFs or

17     JPEGs, what does -- what does that mean?

18           A.   Are you asking about what I knew in -- in

19     September or are you asking about what I knew in

20     February.

21           Q.   Let's talk, first of all, about what --

22     yeah, what you knew in September, what -- what

23     customers thought when they were purchasing this,

24     what was presented to customers by GAW Miners when

25     they were selling Hashlets?

Page 27

M. EDEN - 6/26/18

1

2       A.   I was under the impression that there

3   were -- that there was hash power associated on

4   some -- in some way on the back end with the UI

5   that -- where you would manage your Hashlets.  Where

6   you would drag and drop these Hashlets and hashing

7   power onto specific pools and select pools to mine

8   to.

9           So I think everybody was under the

10  impression that there was actual physical hashing

11  power behind that that was actually getting pointed

12  to the pools and -- and performing actual mining.

13      Q.   And that was your impression at the

14  time -- you pointed to the employment agreement.  It

15  was your impression at the time you started working

16  for GAW.  Is that what you're saying?

17      A.   Yes.

18      Q.   And -- and you later learned that that was

19  incorrect?

20      A.   Yes.

21      Q.   What -- what did you later learn about

22  Hashlets?

23      A.   Well, initially when we came on there, the

24  big -- we were doing that because I was under the

25  impression that there was a lot of hashing power on

1                    M. EDEN - 6/26/18

2    the back end that they didn't have really a

3    management inter- -- a management capacity to manage

4    because they couldn't shore out individual segments

5    of hashing power.  And so that was -- I assume that

6    was the issue.

7              And Josh -- I guess Josh or GAW had been

8    looking at acquiring other services that were like

9    ours, and so that's one of the reasons that we had

10   started talking with them.  So I was under the

11   impression that we were going to basically be going

12   in there to set up our tech to make the mining -- the

13   miners on the back end interact with the actual UI on

14   the front end.

15             So when I say that it was -- that it was

16   basically just a GIF or a JPEG, I mean, once -- I

17   mean, the UI would give you the impression that there

18   was actual hashing occurring.  Right?  It was -- it

19   had the -- it would give you your hash rate and it

20   would basically look like a real miner and the hash

21   rate was variable and it would change every couple

22   seconds.  And it effectively made it look like you

23   were mining, but there was -- there was no actual

24   hash power on the back end that, I mean, I ever saw

25   that was attached to the Hashlets once -- right when

Page 29

1                      M. EDEN - 6/26/18

2        I got there.   There was just the cloud-hosted mining,

3        so...

4              Q.   There was no hashing power behind the

5        Hashlets -- there was hashing power behind the

6        cloud-hosted mining?

7              A.   Correct.

8              Q.   But there was no hashing power behind the

9        Hashlets you learned?

10             A.   Not that I ever saw, no.   There were

11       miners there, but they were all unplugged.

12             Q.   Was there -- there was -- was there a

13       point at which you learned -- you remembered learning

14       that there was no mining power behind the Hashlets?

15             A.   Yeah.   It was after I had been there

16       for -- I think it was on my second trip to

17       Mississippi to work with the development team out

18       there.

19             Q.   So that would -- would've been when?

20             A.   I want to say somewhere between September

21       and November, so...

22             Q.   How many times do you remember going to

23       Mississippi?

24             A.   Probably -- I don't recall.   Somewhere --

25       maybe three to five times.

1          M. EDEN - 6/26/18

2          Q.  And was that Hattiesburg?

3          A.  Correct.

4          Q.  And why were you going to Hattiesburg?

5          A.  Different reasons every time.  I mean, the

6     first time was basically to start working on this.

7          Q.  Well, my question wasn't clear.  Who were

8     you going to Hattiesburg to meet with?

9          A.  Joseph Mordica initially and Eric Capuano

10    and the rest of the development staff.

11         Q.  And when you say "the rest of the

12    development staff," who were those people and what

13    was their role at GAW?

14         A.  I don't remember all their names.

15    Evan Lucas was the lead developer.  Joseph Mordica

16    was the CTO.  Eric Capuano was basically in charge of

17    IT and managed all of the Bitcoin and wallets.  Ryan

18    Mottley was a developer there.  There were several

19    other people that worked there as well that I -- I

20    don't remember their names off -- at least not off

21    the top of my head.  I'd have to -- I'd have to look.

22         Q.  Okay.  And they were responsible for what

23    at GAW, just generally?

24         A.  They were responsible for managing the

25    hash -- the miners that were cloud hosted and also

                         M. EDEN - 6/26/18

1    developing the ZenCloud software -- the ZenCloud

2    software and yeah, later PayBase.

3            And that was basically the people who

4    built ZenCloud and built all of the code that -- that

5    came after that.  Before that the cloud -- the

6    cloud-hosted mining interface was built by a guy in

7    Connecticut, and I don't remember his name.

8        Q.  So the cloud-hosted miners, the miners

9    themselves, the machines doing the work resided in

10   Mississippi?

11       A.  Correct.

12       Q.  And they are --

13       A.  Well, there were some miners I believe in

14   Connecticut, but not many.  Just enough for the

15   support team to basically have a point of reference

16   when they were providing support to people who had

17   purchased miners.

18       Q.  Okay.  And then you said the ZenCloud

19   software?

20       A.  The website and I believe the -- the

21   client that they had for Raspberry Pi that basically

22   installed -- that would ship out with the miner when

23   they sold it.

24       Q.  So wait.  ZenCloud's software was

Page 32

1                    M. EDEN - 6/26/18

2     developed and maintained by the developers in

3     Mississippi?

4          A.   Correct.

5          Q.   And that included the website.  Which

6     website?

7          A.   ZenCloud.

8          Q.   How was the ZenCloud website different

9     from the GAW website or was it the same thing?

10         A.   Basically, the same thing.

11         Q.   So they were responsible for the ZenCloud

12    website and also the GAW Miners website?

13         A.   Right, but not the cloud-hosted mining

14    service.

15         Q.   They had the miners there, but they

16    weren't responsible.  When you say they --

17         A.   They weren't responsible for the code.

18         Q.   Who was taking care of that code?

19         A.   I don't remember his name.  He --

20         Q.   Somebody in Connecticut?

21         A.   Somebody in Connecticut who wrote -- wrote

22    that code.

23         Q.   So you took several trips to Mississippi

24    to meet with that group?

25         A.   Yes.

Page 33

M. EDEN - 6/26/18

1

2       Q.  And, just generally, how -- why were you

3  meeting with the developers?  How did that relate to

4  work that you were doing for -- for GAW?

5       A.  I guess when I got there initially, you

6  know, everything was very compartmentalized.  The

7  first I was out there, I saw they had -- they had one

8  warehouse with the cloud-hosted miners in it.  And I

9  was there for like maybe ten minutes when Joe gave me

10  a tour.

11           They had another warehouse that had miners

12  in it that weren't plugged in or running.  And there

13  were just one shelf of miners.  I went up there to

14  basically start working on that.  The one shelf of

15  miners was, I guess, the hashing power for the

16  Hashlets.  I didn't really realize that at the time.

17  I thought the cloud-hosted miners were the Hashlet

18  mining power.

19           So when I got there, I started

20  basically -- I sat down with their lead developer and

21  I sat down with Eric and started looking through all

22  of their operations, started looking through how they

23  were managing source code, how they were handling

24  software releases to the website.  I didn't write --

25  I did not program at that point in the language that

Page 34

M. EDEN - 6/26/18

1
2  they had built the website in.  And the more I
3  started looking at everything, I saw that there were
4  a lot more problems than just this.  So --
5          Q.  When you say "just this," what do you
6  mean?
7          A.  Getting -- tying the hash power -- what I
8  thought at the time was the hash power into the
9  ZenCloud interface.
10          Q.  You mean the sharing problem --
11          A.  Correct.
12          Q.  -- that you thought you were specifically
13  hired to solve?
14          A.  Right.
15          Q.  And when you got there, you realized there
16  were many more problems than just solving that
17  particular issue.  Is that what you're saying?
18          A.  Correct.
19          Q.  What -- like what are -- what are the
20  other problems that you identified that you recall?
21          A.  Well, when I got there that week --
22          Q.  I'm sorry, let me pause you just for a
23  second.  You're talking about the first visit to
24  Mississippi now.  Is that right?
25          A.  I believe so.  As best as I remember.

1                    M. EDEN - 6/26/18
2    Well, when I got there that week, the -- they were
3    having massive scaling problems with the -- with the
4    wallet management and payout systems.  It was
5    basically cratering under the load of all of the
6    users who were purchasing Hashlets and getting
7    payouts and so these systems would run per- -- you
8    know, the payout systems would run perpetually and
9    they would continuously hang up and -- and users
10   wouldn't receive their payouts which were originating
11   from, you know -- I don't even remember exactly how
12   they had it run at first.  So what we did was we took
13   the architecture that was in LeaseRig that managed
14   the -- the payments and payouts to, you know,
15   providers and customers and we moved that over and
16   integrated it on the back end of ZenCloud to handle
17   payment/payout management and, yeah, wallet
18   management.  Because the way they had it set up was
19   pretty insecure or wasn't very secure and it also
20   wasn't scaling.  Whereas, the solution that we had
21   did scale and was a lot more secure.
22              And so the first week I was there and I
23   was supposed to be working on this, I ended up
24   working on the bigger problem, which was the wallet
25   systems.  So at that point, I mean, I hadn't even

1                M. EDEN - 6/26/18

2    really touched the mining capacity that GAW had or

3    even seen other than what was in the warehouse.

4         Q.  Was the problem that you're describing now

5    resolved, more or less, fixed, let's say, by the

6    introduction of the system that you were describing

7    from the old LeaseRig operation?

8         A.  Pretty much, yeah.  I mean, it serviced

9    the system for the remainder of the time that it was

10   online.  So, I mean --

11        Q.  Then you went -- came back to Austin and

12   went back out to Mississippi for a second visit at

13   some point and that was when you learned about the

14   hashing power that was underlying Hashlets?

15        A.  Sort of.  In between my first trip to

16   Mississippi and my second trip to Mississippi, I also

17   went to a Bitcoin conference expo in Vegas with most

18   of the people who are from Connecticut and a couple

19   of the developers that were in Mississippi.

20        Q.  Did you learn anything in Las Vegas that's

21   sort of part of this story?

22        A.  Yeah, I learned that, for whatever reason,

23   Josh and GAW were buying large amounts of Bitcoin

24   from outside mining services and Coinbase.

25        Q.  And what did that make you think?

1              M. EDEN - 6/26/18

2           A.  Well, it kind of pissed me off a little

3    bit because he had asked me to -- he was like,

4    well -- he had asked me -- I don't remember if it had

5    been initially Joe Mordica or Josh who had asked me

6    what my buying limits were on Coinbase.  But at some

7    point, you know, I told Josh that my buying limits

8    were like $50,000 a day.  And he was like, well, can

9    you buy us a little bit of Bitcoin because we need

10   some because the wallets are running empty and -- and

11   at that point, I -- that kind of piqued my curiosity

12   because if you have a mining operation and you are

13   mining Bitcoin, you should have a lot of Bitcoin

14   coming in.  You shouldn't have to be buying it from

15   other people.  He bought a large amount from some

16   folks that I -- that I met in Las Vegas at the time.

17   And he also, at one point or around then, moved

18   $100,000 into my bank account to purchase Bitcoin

19   for and -- or with.  And so I -- I was concerned

20   about that and I -- you know, he had a -- he had a

21   chief operations officer, Dan Kelley, and so I pulled

22   Dan Kelley aside in Vegas and was like, "okay, I'm

23   not fond of this.  The IRS is going to tax the hell

24   out of me for this at some point and I don't -- you

25   know, I don't understand why I'm even -- why you even

1          M. EDEN - 6/26/18

2    need me to purchase, you know, $100,000 of the

3    Bitcoin from Coinbase."  And there was a whole e-mail

4    chain for that that -- where Josh finally was -- you

5    know, told me, "oh, no, I've -- I've done this before

6    for lots of people and there's a way you can claim it

7    on your taxes and it doesn't matter" and -- and at

8    any rate, I ended up buying $100,000 of Bitcoin

9    because I couldn't -- I didn't really want to send it

10   back on my bank account at that point.  But like a

11   week after I did that, he put another $100,000 into

12   my bank account, at which point I just said, "okay,

13   sent it back" and I told my bank to kick it back

14   because it was kind of out of hand and I didn't -- I

15   didn't feel comfortable doing it.  And after talking

16   with a lot of the other developers who were working

17   there and a lot of the other people who were working

18   there, they had all done that as well.  Most of --

19   most, if not all of them, had had their coin --

20   Coinbase accounts closed down from purchasing too

21   much Bitcoin.  So it was --

22          Q.  Did you have any understanding of how

23   Mr. Garza or GAW were using this Bitcoin that they

24   were purchasing through your account?

25          A.  Absolutely.  It was going directly to the

1                    M. EDEN - 6/26/18

2     payouts.

3              Q.  "Payouts," what does that mean?

4              A.  To the Hashlet payouts.  So if you owned a

5     Hashlet, you would receive a daily payout from the

6     mining of the Hashlet.  And so the first time I

7     bought it, I was under the impression that it was

8     needed for something else, not necessarily that,

9     but -- but it did end up all going directly into the

10    payouts wallets that were on ZenCloud.

11             Q.  And, ultimately, you learned that was

12    because there wasn't any actual mining being done

13    to -- under -- you know, to support the Hashlets?

14             A.  There may have been a limit.  Well, it

15    depends on when.  So after the -- after that, I was a

16    little upset and so I did -- I started asking a lot

17    of questions and I started talking a lot more with

18    Jonah, who had -- was in the process of moving up to

19    Connecticut so that he could work for GAW.

20             Q.  When was this, about?  October?

21             A.  I would imagine probably.  I don't really

22    recall the exact dates.  I know he spent a lot of

23    time in Connecticut before he actually got a house

24    there.

25             Q.  Okay.

1            M. EDEN - 6/26/18

2        A.  So that aside, yeah, it was -- it was kind

3    of a big mess because all of the Bitcoin that I

4    bought on Coinbase went to -- was supposed to go over

5    to -- I guess -- when I first started working there,

6    I mean, literally the first time I visited, the

7    reason that we ended up working on the wallets was

8    because they had trans- -- they were transitioning

9    off of their own hosted wall- -- their own wallets

10   that they were managing themselves, paper wallets,

11   like they were in safe deposit boxes and they were

12   transitioning the operational stuff over to BitGo

13   wallets, which was a third-party service

14   wallet-hosting thing that allowed, you know, for like

15   commercial usage and tracking of -- of Bitcoin.

16            And a large portion of the coin that --

17   that I purchased from Coinbase never went into the

18   BitGo wallet.  It went straight into the operational

19   wallet management system that we built for GAW when I

20   got there.

21       Q.  So the Las Vegas trip was in between your

22   first and second trips to Mississippi, as you

23   remember it?

24       A.  As I remember it, yes.

25       Q.  And so have you explained what you learned

M. EDEN - 6/26/18

in Las Vegas related to the Hashlets issues or is
there more to be said?

       A.  Well, aside from the -- the need for
purchasing large amounts of Bitcoin from outside
sources, I mean, that was pretty key to me as far as
indicating that they didn't have the hashing power on
the back end, because if they had, they wouldn't have
needed to purchase Bitcoin from outside sources.

       Q.  I think you testified earlier that on the
second visit to Mississippi, you learned something
else or something more about Hashlets.  What was
that?  What do you remember about that trip?

       A.  On that trip, I was -- I had done -- I was
doing a lot more work with the developers on the
actual website and implementing validation processes,
QA processes, continuous integration processes for
the build and deployment of the website.  And this is
technical, I guess, in nature, but it was all
systems.  And I got to spend a lot more time with
the -- the lead developer, Evan Lucas, and, you know,
I got -- I was able to ascertain that there was --
that the ZenCloud system, as it was, was not
connected to any sort of back end directly.

       Q.  When you say "back end," what do you mean?

1               M. EDEN - 6/26/18

2           A.   I mean, it had no direct connection to any

3   of the mining capacities that GAW was hosting or had

4   hosted.

5           Q.   And what was your reaction when you

6   learned that?

7           A.   I don't know.   I mean, my reaction was --

8   it's kind of what I had anticipated, but, I mean, it

9   was just confirming it was kind of odd so --

10           Q.   Had anticipated based on what or since

11   when?

12           A.   Just -- I mean, this is something that

13   Jonah and I had kind of theorized was actually

14   happening before we started working at GAW.

15           Q.   When you say "this," what do you mean?

16           A.   The lack of direct connection between any

17   hashing power and the ZenCloud -- and the ZenCloud

18   platform.

19           Q.   Okay.   And then that was confirmed for you

20   absolutely on the second visit to Mississippi?

21           A.   Yeah.

22           Q.   And you said that felt strange?

23           A.   It was just weird.   It was surreal because

24   I had kind of expected there to be some sort of

25   integration there with the mining capacity that was

Page 43

1                     M. EDEN - 6/26/18

2   there because they had all of that mining capacity

3   that was running out of that warehouse.  I say all of

4   it, but, I mean, there were a couple of thousand

5   miners probably.  It wasn't a giant warehouse.  They

6   had a very big warehouse that was -- you know, had

7   mining capacity that was supposed to have been put

8   online at some point and they said they moved it from

9   one to the other and those miners actually never went

10  online ever.  Yeah, they -- they weren't -- I guess

11  they weren't capable of making a profit, given the

12  current prices and the cost of power, necessarily.

13            Q.  Yeah.  It turned out that Mississippi was

14  not the ideal environment for hosting a mining

15  operation.

16            A.  No.

17            Q.  Is that right?

18            A.  Not so much, no.

19            Q.  What were the problems?

20            A.  Heat and expensive electricity so -- that,

21  and the lack of, like, any actual IT knowledge,

22  data-center-type knowledge, you know.  Even basic

23  HVAC-type stuff was -- they were kind of limited.

24            So at that point, you know, I had -- I had

25  brought this up to Jonah and I guess he talked to Dan

Page 44

1                    M. EDEN - 6/26/18

2    Kelley or -- this is -- I remember -- I kind of --

3    this is how I remember it happening.  I don't know if

4    this was exactly what happened.  But there was a

5    decision made to acquire -- after that trip, there

6    was a decision made to acquire hash power and

7    actually put hash power in place because I remember

8    there was a large -- a lot of press and people were

9    saying, oh, these mining -- because that -- that

10   shelf of miners that I'm talking about in the big

11   warehouse was in a lot of pictures with Joe and Josh,

12   where they were, like, showing this is our mining

13   capacity.  But there wasn't -- I mean -- and people

14   were like those miners aren't plugged in and

15   everything that people had said was more or less

16   right, but it was --

17          Q.   "Everything that people" -- which people

18   had said --

19          A.   Online there was a lot of speculation as

20   to whether or not GAW had the hashing power and

21   mining capacity that they had advertised.

22          Q.   So when you say things that people had

23   said was right, you don't mean things that people at

24   GAW had been saying about --

25          A.   Correct.  I mean customers and/or critics.

Page 45

1                 M. EDEN - 6/26/18

2          Q.   And what specifically were they saying?

3    Just to be clear on the record here.

4          A.   That GAW did not have the mining capacity

5    that it was advertising.

6          Q.   One thing I should have mentioned at the

7    beginning is that any time you want to take a break,

8    you just let me know.  I think we should take a break

9    right now for a few minutes.

10              THE VIDEOGRAPHER:  Off the record

11    at 10:28.

12                   (Break.)

13              THE VIDEOGRAPHER:  We're back on

14    the record at 10:39.

15          Q.   Ms. Eden, before the break you were

16    talking about the second trip to Mississippi, and you

17    said a decision was made to acquire hash power, to

18    actually put hash power in place.

19              Do you remember that?

20          A.   (Nods.)

21          Q.   And who made that decision?

22          A.   It was an executive decision.  I guess it

23    was decided by Josh and Dan Kelley and Joe and -- I

24    mean, ultimately that was the decision that they

25    made.  We urged them to do so.

M. EDEN - 6/26/18

1

2      Q.   Who was the "we" who was urging?

3      A.   Well, I did, and Eric and Jonah were

4  pretty adamant about needing to have hash power -- I

5  mean, at that point I still was under the impression

6  that all the miners that they had there were the

7  hashing power that -- that was backing ZenCloud.

8           But even with all the -- with the

9  warehouse miners that they had there, there was no

10  way that they were -- that they had the capacity -- I

11  mean, even 10 percent of the capacity of what was in

12  Hashlets.  I mean, not even -- I mean, it was not

13  even comparable.  And so there was a decision made to

14  purchase a large number of Antminer S4 Bitcoin miners

15  from a company called Bitmain.

16      Q.   And was that -- did that acquisition

17  occur?

18      A.   Initially the -- they were supposed to

19  have purchased four to five petahash, and I guess

20  what was actually purchased ultimately was like 2.2

21  petahash.

22      Q.   What's a petahash?

23      A.   A petahash is a thousand terahash.

24           Are you with me?

25      Q.   Yeah.

1                 M. EDEN - 6/26/18

2         A.  All right.

3         Q.  I think that's a good amount.  We can

4    clean it up later.

5         A.  A thousand terahash is -- yeah, a thousand

6    gigahash, and a thousand gigahash is a thousand --

7    you know, one gig- -- tera -- a single terahash is a

8    thousand gigahash, and a single gigahash is a

9    thousand megahash, and it's very similar to how

10   computer memory works.

11        Q.  The count there is the number of hash

12   calculations that can be performed in a second?

13        A.  Correct.

14        Q.  So was sufficient hashing power acquired

15   to support the outstanding Hashlets at some point?

16        A.  No.

17        Q.  Do you have an estimate for what portion

18   of the outstanding Hashlets were actually supported

19   and connected to miners --

20        A.  I --

21        Q.  -- at the maximum?

22        A.  I'm sorry.  What -- could you --

23        Q.  At the -- like at what point in time -- I

24   mean, at some point in time I assume there was -- you

25   said there was less than 10 percent -- way less than

1                    M. EDEN - 6/26/18

2   10 percent of the outstanding Hashlets were actually

3   supported by the mining power that you saw in

4   Mississippi.  Is that right?

5            A.  Correct.

6            Q.  Did I understand that correctly?  Did that

7   10 percent go up because some additional hashing

8   power was acquired?  Did it ever increase or...

9            A.  No.  We never actually connected any kind

10  of back-end mining to ZenCloud directly.  That just

11  never happened, and --

12           Q.  Can you explain the relationship between

13  ZenCloud and Hashlets?

14           A.  The Hashlets were hosted on ZenCloud's

15  service.

16           Q.  So any Hashlet that had been sold would be

17  running through ZenCloud to -- supposedly to mining

18  power behind it?

19           A.  Correct.

20           Q.  And it's that ZenCloud that needed to be

21  connected to mining power for that to operate the way

22  it was presented to the public?

23           A.  Correct.

24           Q.  I'm going to hand you Exhibit 2, if I can

25  find it.

Page 49

1                    M. EDEN - 6/26/18

2              (Exhibit 2 was marked.)

3         Q.  This is an e-mail --

4              MR. SARGENT:  Just for the record,

5    some of the documents produced in this case were

6    not Bates-labeled on the image.  They're

7    Bates-labeled on the file.  And so I wrote the

8    Bates label number on the bottom of this

9    document.

10        Q.  This is an e-mail from Joe Mordica to a

11   number of people, including you, from September 30th

12   2014.  Do you see that?

13        A.  (Nods.)

14        Q.  Do you recall receiving this e-mail?

15        A.  (Pause.)

16             Not directly.  I mean, I'm sure I must

17   have received it because I see my name on there.

18        Q.  Okay.  Well, partly I was wondering, like

19   he's talking about "some of you are still bleeding

20   and sweating from swatting bugs this weekend" in the

21   second paragraph.  Do you see that?

22        A.  Uh-huh.

23        Q.  Do you remember in particular what he was

24   referring to there?

25        A.  It had to have been a software release.

Page 50

M. EDEN - 6/26/18

1  That was pretty much every weekend or every -- I

2  mean...

3       Q.  So there is not any one particular, you

4  know, massive software project that was going on

5  about this time that you would identify that with?

6       A.  I'd have to look back through my notes and

7  my release schedule, if I even have it for this date.

8       Q.  Okay.

9       A.  But, I mean, the software developers there

10  were -- they -- most of them were pulling, you know,

11  80-hour weeks constantly.  The release schedule there

12  was horrible.  It was very difficult to keep the

13  platform up and running at all because there was --

14  the road map was, like, all of maybe two weeks out at

15  any given moment instead of, like, you know, six

16  months out like it should have been.

17           There wasn't any kind of software

18  development processes in place when I first got

19  there.  There was no QA at all.

20       Q.  Were they working on trying to build a

21  platform that actually would connect the ZenCloud to

22  mining -- you know, hashing power, mining power, or

23  were they -- what were they working on?

24       A.  I wouldn't -- I can recall there might

Page 51

M. EDEN - 6/26/18

1

2  have been a new version of Hashlets that were going

3  up, updates to the platform, Hashlets itself.  That

4  date I don't think that coincides with when they

5  started doing stakers or HashPoints.

6          So I couldn't tell you.  It could have

7  been one of many, many things.

8          Q.  Well, from a software perspective what was

9  a Hashlet if it wasn't connected to -- ultimately

10  connected to mining power?

11          A.  It was a picture, an image.

12          Q.  So they would have been responsible for

13  creating the JPEG or the --

14          A.  Yeah.

15          Q.  Anything else?  Were there software

16  accounting records that were maintained?

17          A.  Absolutely.

18          Q.  Okay.

19          A.  It was an entire ledger.  You know, like,

20  all of them were accounted for in the database, and

21  how long they were online, when they were purchased,

22  who they were purchased from, codes that were used --

23  the codes that were used to redeem them, you know,

24  who -- who created them in the system.  You know, but

25  this is kind of a -- well, let me read -- hang on

1                M. EDEN - 6/26/18

2        here.

3                    (Pause.)

4                    This may have been when we updated -- no.

5        I don't know if this is when we updated the database

6        or not.  This -- there were -- when it says "weekend"

7        I'm just -- I think back to where there was a -- they

8        were always doing some special sort of Hashlet that

9        was a collector's edition or whatever, and there was

10       a point when they accidentally oversold a whole ton

11       of them on accident.  And I don't know if maybe that

12       was it.  That seems about the right time.

13               Q.  If you look a little more than halfway

14       down the page, the paragraph begins "Up until today."

15               A.  Yeah.

16               Q.  It says "we have built a 100M platform

17       that serves 10K active users."  What does "100M

18       platform" mean?

19               A.  I don't think it's referring to hashing

20       capacity.  Maybe money.  I don't know.

21               Q.  If you're not sure, that's fine.

22               A.  Yeah.  I mean, it says 100 million.  I

23       mean, it could say 100 megahash, but that wouldn't be

24       accurate because they had a lot more than 100

25       megahash.  I would assume they were referring to

1                    M. EDEN - 6/26/18
2  value, probably.
3          Q.  It says "We handle "with 200 OK's" a few
4  million requests per day, (not counting socket.IO.)"
5  What does "200 OK's" mean?  Do you know?
6          A.  No idea.
7          Q.  And when he says "a few million requests
8  per day," do you know what kind of requests?
9          A.  Web requests, like hits to the server, to
10 the web interface.
11         Q.  So just requests to be served information
12 from the server, not --
13         A.  Yeah.
14         Q.  -- not necessarily a request to buy
15 anything --
16         A.  Yeah.
17         Q.  -- or to change a Hash.
18         A.  Correct.
19         Q.  Just anybody visiting the site --
20         A.  Correct.
21         Q.  -- sends a request.  Got it.  Okay.
22 That's all I have on that one.
23         A.  Just to be clear, though, I don't think
24 there's any reference to any sort of -- anything
25 having to do with hashing capacity in here.

Page 54

                    M. EDEN - 6/26/18

1

2        Q.  Okay.

3        A.  Like I said, when I first got there, there

4   were some serious scalability issues with the

5   platform.  He could be referring to the amount of

6   Bitcoins going in and out of the system when he

7   says 100 million.  I don't know.  This is -- yeah, I

8   honestly couldn't tell you --

9        Q.  Okay.  That's fine.

10       A.  -- without confirming with Joe.  But they

11  didn't always make sense.

12       Q.  We're talking to him in a couple days, so

13  we can ask him.  I just wanted to see -- check your

14  understanding.

15              (Exhibit 3 was marked.)

16       Q.  I've just handed you Exhibit No. 3, which

17  is another e-mail that's forwarded -- it's an e-mail

18  chain that's forwarded to you at the top.  And just

19  take a second to look this over and I'm going ask you

20  if you recall this exchange you're seeing here.

21       A.  (Pause.)

22           Yeah.  Okay.

23       Q.  Do you remember seeing this thread that

24  was forwarded to you in October of 2014?

25       A.  That's definitely my reply.  I don't

Page 55

1                    M. EDEN - 6/26/18
2    recall a specific interaction, but, yeah, that's most
3    likely my --
4         Q.  The --
5         A.  -- response.
6         Q.  You mean the "Yep, still up here at the
7    office"?
8         A.  Yeah.
9         Q.  Is that what you mean?
10             But you don't have -- sitting here today,
11   you don't have a memory of this particular issue or
12   this discussion?
13        A.  I see a reference to HashPoints and
14   HashPool and payout issues.
15        Q.  Do you know if this was before or after
16   your second visit to Mississippi?
17        A.  This would have been probably my second
18   visit to Mississippi.
19        Q.  During it?  Okay.
20        A.  I imagine.  If it says I'm up there at the
21   office with Evan and Dejan then that's probably the
22   second trip to Mississippi, I think, if I remember
23   correctly.
24        Q.  There is a discussion you mentioned just
25   now of payout issues and seeing them fixed or whether

or not they're fixed. Do you have an understanding of what's meant by "payout issues"?

A. It could have been any number of things, honestly. There were always payout issues. I mean always.

Q. What's a payout issue? Can you give me a few examples?

A. Users not receiving the right payout amount, users receiving too much of a -- too much of a payout or too little.

Q. This is for a Hashlet?

A. Yeah.

Q. And the payout was theoretically determined by the payout of a mining pool. Correct?

A. Correct. Yep. So every day Eric would sit there, or somebody if Eric wasn't there, would sit there and go through all of the average mining paths of the pools that were -- that were listed on -- on ZenCloud and you plug it into the system and that would determine the -- the payout amounts to the various Hashlets in the pools that are pointed out.

Q. So you're saying the payouts were determined not by the results of any actual mining but by reports of those results which were then just

1                      M. EDEN - 6/26/18

2     translated into payments in the system?

3          A.   Yeah.

4          Q.   Am I understanding you correctly?

5          A.   Yes.

6          Q.   So, and you're not sure, looking at this

7     chain, what, like, if we go three-fourths of the way

8     down the first page, there's a message from Joe

9     Mordica that says the "fixes have rolled out

10    tonight."  "No other payout issues.  Only the ones I

11    talked about today that are fixed."

12               You don't know what payout issues

13    specifically he's talking about there?

14         A.   Not off the top of my head, no.  Like I

15    said, the payout issues were a regular thing.  That

16    was probably like half of the people that worked

17    support there were dealing with payout issues.

18         Q.   You mentioned hash -- another hash product

19    or item that was on the second or third page.

20         A.   HashPoints.

21         Q.   What are HashPoints?

22         A.   HashPoints were -- if I remember

23    correctly, they were effectively a tertiary mining

24    pool that was created so that people could point

25    their Hashlets at the HashPool and mine HashPoints

Page 58

1                    M. EDEN - 6/26/18

2    that would later be able to -- you would later be

3    able to convert into Paycoin, I think.  I could be

4    wrong, but I'm pretty sure.

5              Q.  What work would the miners be doing at

6    that point to mine HashPoints?  Is there a -- was

7    there a hash algorithm or calculation that needed to

8    be done --

9              A.  No.  We weren't doing anything.  It was

10   just sitting there and the pictures were running, you

11   know.  It was basically like a visual representation

12   of a -- of a, you know -- of a miner.  It wasn't

13   really doing anything.  It was just the same thing as

14   the Hashlets.

15             Q.  Well, if I understand things correctly

16   with Bitcoin mining, Bitcoin miners are performing

17   complex hashing calculations as part of the system

18   that's used to verify Bitcoin transactions.  Is that

19   correct?

20             A.  Yes.

21             Q.  And what equivalent work was being done by

22   Hashlets that were pointed -- that were being used to

23   mine HashPoints?

24             A.  To begin with, the Hashlets weren't doing

25   any mining at all.  I mean, there wasn't any mining

Page 59

1              M. EDEN - 6/26/18

2      going on behind the Hashlets anywhere.

3           Q.  You mean Bitcoin or -- or HashPoints or

4      anything?

5           A.  No.  No.  It was just, you know, a daily

6      payout that occurred, a certain number of HashPoints

7      based on the number of gigahash.  I don't remember

8      exactly what it was.  But, yeah, people could

9      essentially point to their Hashlets at the

10     Hashpooling and have HashPoints instead of Bitcoin if

11     they pointed it at one of the other pools and they

12     would be able to, later at some point, convert those

13     HashPoints into -- I think -- I don't remember if the

14     name was Paycoin at that point or not, but --

15          Q.  Do you recall when the concept of -- well,

16     Paycoin was a new cryptocurrency that was going to be

17     introduced by GAW Miners.  Is that correct?

18          A.  That's correct.

19          Q.  And do you know did the idea for

20     Paycoin -- it originally had a different name.  Do

21     you remember that, for Paycoin?

22          A.  HashCoin or something -- yeah, there were

23     a hundred different names that we went through and

24     came up with.

25          Q.  Did the idea for generating this new

Page 60

1                    M. EDEN - 6/26/18

2    cryptocurrency, was that already in place when you

3    joined GAW Miners or was that something new after you

4    joined?

5         A.  I -- I didn't hear about the idea until I

6    had been there for a while.  I can assume that

7    they -- I can only assume that they considered it

8    before, but I couldn't tell you one way or the other

9    if it was something that was -- that they had

10   actually actively pursued before we had gotten there.

11        Q.  At some point after you joined, was there

12   a transition of efforts among the coders and others

13   working for GAW Miners from working on Hashlets

14   projects to working on HashStakers or Paycoin or

15   Paycoin-related products?

16        A.  Yeah.

17        Q.  Do you know what, about, that happened?

18        A.  I don't recall the exact time frame.  It

19   was --

20        Q.  Before or after Exhibit 3?

21            Before -- let's say it this way, before or

22   after your second visit to Mississippi?

23        A.  I assume this is my second visit.  I -- I

24   think.  So development resources were allocated to

25   work on this obviously at this point.  Right?  So I

Page 61

M. EDEN - 6/26/18

1
2  think it was my second trip to Mississippi when the
3  whole Paycoin thing came about and they kind of
4  rushed into it.  It was -- it was kind of a blur
5  because at the exact -- around the same time, Josh
6  came up with this idea to give away free Hashlets to
7  every new account that signed up and so we had an
8  influx of, roughly -- I don't know -- several hundred
9  thousands of user sign-ups from all over the place
10 for free money.  And it was a huge mess and we had to
11 clear it out and that, of course, caused scalability
12 issues which led to developers working nonstop around
13 the clock in order to resolve it.
14          But, yeah, the HashPoints and the Paycoin
15 or HashCoin or whatever it was it was going to be
16 called.  I'm pretty sure this would have been the
17 time that I heard about it at first.  I mean, we had
18 discussed it.  I talked about the idea of releasing a
19 cryptocurrency with Josh and Joe and Jonah and Dan
20 and everybody else, you know, on occasion before this
21 several years.  But, yeah, none of it played out the
22 way that we had originally discussed it, like this
23 was a bad idea.
24          Q.  When you say "this," what's the concept
25 that you --

Page 62

M. EDEN - 6/26/18

1

2        A.  HashPoints and HashPool was a bad idea.

3        Q.  And HashPoints being the sort of bridge to

4   Paycoin that you could mine through Hashlets.  Is

5   that fair?

6        A.  Yeah.

7        Q.  Was the process of mining HashPoints, did

8   that cause your Hashlet to expire or become

9   HashPoints somehow or was it just --

10        A.  No, that caused your Hashlet to stop

11   paying out Bitcoins and instead pay out HashCoins.

12        Q.  But you would still have the Hashlet at

13   the end of the day.  You would just keep using it to

14   generate more and more HashPoints?

15        A.  Correct.

16        Q.  And could you convert it back to a Bitcoin

17   Hashlet, at least in theory, if you wanted to?

18        A.  I don't recall.  I don't know if -- I'm

19   assuming at first it was probably that way, yeah, or

20   I don't know if it stuck -- was stuck doing

21   HashPoints afterwards or not.  I don't remember.

22   They changed the specifications and the requirements

23   every day.

24             But, effectively, it was a good way to

25   minimize the amount of Bitcoin that was going out of

Page 63

                    M. EDEN - 6/26/18

1  the system and also limit the amount of hashing

2  power, I guess, that was required on the back end

3  to -- I mean, support the amount of hashing power

4  that had been sold.  I don't remember when we

5  deployed all of the S4s into -- and S3s into the data

6  center, but --

7      Q.  So --

8      A.  But, yeah, it was right before the advent

9  of actual Paycoin.

10      Q.  At the time of Exhibit 3, the HashPoints

11  program was obviously already in place.  Does that

12  mean that -- that at that point the plan for

13  launching a new cryptocurrency was also in place or

14  was there a period when HashPoints were just not

15  associated with this idea of -- of a new

16  cryptocurrency?

17      A.  I don't know about a plan being already in

18  place.  All I know is that it came down the chain

19  that this is how it was going to be very quickly and

20  creating a new pool and a new form of, you know -- a

21  new coin to pay out with was -- was not something

22  that took a very long time to do.

23      Q.  So -- which you knew when -- when the

24  HashPoints program was implemented that they were

1                    M. EDEN - 6/26/18

2    going to be used as part of a new coin?

3            A.   Yeah.

4            Q.   Okay.

5            A.   That much, I was, yeah, pretty certain of.

6            Q.   How about HashStakers, what's a

7    HashStaker?

8            A.   Again, it's just it was -- a HashStaker

9    was basically a Hashlet.   It was a visual

10   representation of an -- you know, an amount of

11   hashing power sort of --

12           Q.   Well, I thought a HashStaker was a wallet

13   that would hold a coin.   Right?

14           A.   I guess -- are you talking -- well, okay.

15   No.   There was never like an actual wallet that was

16   holding HashStaker coins individually for each user.

17   Initially, that was how we designed spec, but given

18   the scheduling constraints, that never happened.   It

19   was no different than a Hashlet in the sense that it

20   was just a picture and it had a specific value

21   associated with it so --

22           Q.   "Value" meaning a return?

23           A.   Well, yeah.   Well, the return was

24   determined by the -- the size of the staker, right.

25   If you put a certain number of coins inside the

1                M. EDEN - 6/26/18

2    staker, it would have a certain percentage return.

3          Q.  Right.

4          A.  And it was basically operating off of, you

5    know, the concept of proof of stake which was a lot

6    different than proof of work, which is what most

7    Bitcoin miners -- which is what Bitcoin miners do is

8    proof-of-work calculations.  Right.

9          Q.  Uh-huh.

10         A.  Proof of stake is kind of the same thing,

11   but it's done in the wallet itself.  So when you hold

12   coins in a wallet, it will generate -- the wallets on

13   the network are performing the same calculations that

14   the Bitcoin miners would be performing, not at the

15   same capacity, but the same way.  And then the longer

16   a coin -- the coins stay in a wallet, the greater the

17   chance they have of generating a stake, which is more

18   or less equivalent to interest.  So you could set,

19   you know, a certain amount of interest in the code

20   to -- so if you had 100 Paycoins in a wallet and you

21   could set the interest rate to, say, 200 percent,

22   then at the end of, you know, a year, technically,

23   you would have generated three times -- you know, 200

24   percent of the Paycoins that you had in the wallet.

25   So instead of 100 Paycoins, you probably have like

Page 66

1                    M. EDEN - 6/26/18

2    300 Paycoins.  But it's also got to do with how long

3    the coins stay at the addresses in the wallet as to

4    whether the -- the age of the coin.

5              And stakers were basically -- the

6    HashStakers were a visual representation of a

7    proof-of-stake wallet.

8         Q.  So --

9         A.  There --

10        Q.  Go ahead.

11        A.  There were proof-of-stake wallets that

12   were hosted on the back end, but they were very large

13   and they had lot of Paycoin in them and they would

14   generate just an insane amount of interest based off

15   of the type of wallet that we had, which was the--

16   the prime controllers that were -- the way they were

17   set up and configured.  So, effectively, it was --

18   yeah.  People would, you know, go into the -- the

19   interface and they would put their -- you know, their

20   Paycoin -- they would deposit Paycoin on the system

21   or they would have Paycoin that they mined or they

22   had Paycoin that they had got from HashPoints and

23   they would move it into the -- the HashStakers and

24   then it would lock those coins in place for a

25   specific duration at a specific interest rate and it

M. EDEN - 6/26/18

1

2  would generate -- with those coins locked, it would

3  still generate a payout of Paycoin every day, but the

4  initial coins would stay locked up until they were --

5  until the duration of the contract was complete.

6           And this is all just front-end graphics

7  and code.  There was actually -- there was no real

8  back-end infrastructure that was tied into the

9  Paycoin wallet systems at all.  That was -- the

10 Paycoin wallet system was essentially using the same

11 code that we built over here and so the payouts --

12 when it's talking about payouts, it would communicate

13 with the wallet management system that worked with

14 Paycoins just the same as it worked with Bitcoin.

15 And it would pay out Paycoin from the HashStakers

16 every day based off of what was in the database and

17 the ledger that said -- that it said these users were

18 due in payouts.

19      Q.  Okay.  So I want to go back and make sure

20 that I understand a few things about proof of stake

21 and proof of work first, then I'll cover this stuff

22 maybe in a little bit more detail.

23           So in a proof-of-work system like Bitcoin,

24 the miners are verifying transactions.  Is that

25 correct?

Page 68

M. EDEN - 6/26/18

1
2      A.   More or less, yeah.

3      Q.   And they are also separately performing

4  this hashing calculation which doesn't really

5  contribute to verifying transactions, but which --

6  which proves that they are putting work into this

7  system.  Is that right?

8      A.   No.  I mean, it does contribute to

9  verifying transactions because it's effectively

10  solving to identify a key that meets a specific

11  difficulty requirement.

12      Q.   Uh-huh.

13      A.   And that key, once it's identified, is

14  what is used to encrypt the block.  That key is based

15  off of previous blocks in the chain, which is, you

16  know, essentially a distributed ledger.  It's

17  compartmentalized into a block of transactions every,

18  say, ten minutes.  And the key that is identified has

19  to meet a specific difficulty requirement, and once

20  it's identified, all the transactions that have been

21  conducted since the last block or as many as they can

22  fit in are wrapped up into that block and then

23  encrypted with that key.  And it's based off of the

24  previous block in the chain so it is contributing to

25  the network and the security of it.

1                   M. EDEN - 6/26/18

2        Q.   Let me put it this way, the key is

3   contributing to the security of the network.   The

4   difficulty of the key is not contributing to the

5   security of the network.   Is that right?

6        A.   Correct, but -- right.   But the key

7   itself -- it's not the difficulty of the key.   It's

8   the key that you're -- the miners are identifying.

9   It's -- it's that key.   And the difficulty of it just

10  has to meet a specific requirement like a certain

11  number of zeros less and less -- it gets less and

12  less in the key the harder -- and so that is

13  basically the more difficult a key is.   But the key

14  itself is what is identified by the miners and used

15  to encrypt the next block.

16       Q.   And the difficulty of obtaining that key

17  increases in Bitcoin based on the amount of computing

18  power that's -- that's involved in mining --

19       A.   Yes.

20       Q.   -- basically.   Is that right?

21       A.   Well, the amount of hashing power that's

22  detected on the network, there is an algorithm built

23  into the code that it autoadjusts the difficulty

24  required every so often.   Two weeks, let's say.

25       Q.   And for proof of -- proof of stake

1        M. EDEN - 6/26/18

2    operates differently?

3        A.  Yes.

4        Q.  Proof of stake, the miners are also

5    assembling and verifying blocks of transactions.

6    That piece is basically the same.  Is that correct?

7        A.  Yes, that's correct.

8        Q.  But instead of performing a complex

9    hashing calculation to a target, what does a

10   proof-of-stake miner do?

11       A.  It's essentially the same thing.  I mean,

12   as far as I know, it's not solving the large level,

13   you know, to the extent that a miner is, but it's --

14   it's equivocally doing the exact same thing.

15       Q.  Doesn't require as much computing power?

16       A.  No, it does not.

17       Q.  Because the difficulty level doesn't

18   increase based on hashing power of the network?

19       A.  Correct.  Well, it depends.  Well, okay,

20   so there are different types of proof-of-stake and

21   proof-of-work block chains out there and there are

22   ones that are called hybrid and those are a little

23   more tricky because they will utilize mining capacity

24   and/or proof of stake at the same time.

25       Q.  Okay.

1                    M. EDEN - 6/26/18

2         A.  So people can generate new coins by mining

3    and people can also generate new coins by having them

4    in the wallet and generating a stake.  And the blocks

5    are solved -- you know, it's a lot more complicated

6    than I'm capable of explaining, but there's -- like I

7    said, there is many different ways of doing it.

8    Those are called a hybrid block chain, effectively.

9         Q.  Was a proof-of-stake mechanism for Paycoin

10   ever truly implemented?

11        A.  Yes.  Yes.  Yes, it was.  Sorry.

12        Q.  Was the ledger for Paycoin decentralized?

13        A.  Yes.

14        Q.  So decentralized to the degree that

15   any- -- anyone with sufficient computing power

16   connected to the Internet could become a Paycoin node

17   and a Paycoin miner, just -- just as with Bitcoin?

18        A.  It was not a high-risk block chain in the

19   end.  Initially, it was a work block chain.

20        Q.  Right.

21        A.  So when Paycoin was first released, it was

22   proof of work.  And so mining capacity was pointed

23   out all over the world when it -- when it was

24   released and -- and it actually created the chain

25   like -- or created the network right off the bat

1         M. EDEN - 6/26/18

2    because nobody expected for that much hashing power

3    to get pulled off the Bitcoin network and pointed at

4    Paycoin.  All of the mining capacity that we had at

5    GAW at that point when Paycoin launched, which was

6    all the miners that we had purchased from Bitmain,

7    those all got pointed at the Paycoin block chain

8    and -- and then a whole lot more.  And so it was

9    proof of work and I don't remember for how long

10   exactly.  I'd have to look at the source code, but

11   for a period of time, it was proof of work.  And then

12   after that initial period of proof of work, it -- we

13   posted an update that transitioned it over to proof

14   of stake.

15        Q.  Was that prompted by the generation of a

16   certain number of coins using the proof of work?

17        A.  Yeah, a certain number of blocks.

18        Q.  Okay.  And each block means a certain

19   fixed number of coins?

20        A.  Yeah, a certain reward per block for

21   mining it.

22        Q.  And -- and the transition from proof of

23   work to proof of stake was caused by the -- the time

24   when that happened was determined based on the number

25   of coins that had been issued or was it determined

Page 73

1                    M. EDEN - 6/26/18

2    based on something else?

3         A.   No, it was based on a specific block

4    count.  I don't remember what it was exactly, but, I

5    mean, that's -- you can estimate at what time

6    something is going to happen or how many coins are

7    going to be produced and you can know how many coins

8    might be produced, but it's always going to be at a

9    specific block.  Right.

10        Q.   Okay.

11        A.   So changes happen at a block, Block

12   10,000, Block 20,000.  I don't remember what the

13   block count was for Paycoin we -- when we

14   transitioned it to proof of stake.

15        Q.   Is it true that in Paycoin, the number of

16   coins minted in each block was variable in a way that

17   it wasn't in Bitcoin?

18        A.   Yes.

19        Q.   Bitcoin has a fixed schedule where the

20   number of coins that will be issued to award a miner

21   in a particular block changes based on the number of

22   blocks that had been issued?

23        A.   Correct.

24        Q.   And in Paycoin, it fluctuated based on a

25   more complex group of factors.  Is that right?

Page 74

M. EDEN - 6/26/18

1

2      A.   Yeah, I guess you could -- you could call

3    it that.

4      Q.   It's on demand for Paycoin?

5      A.   No.  No, not really.  It was based on --

6    on -- sorry.

7            (Discussion off the written record.)

8      A.   It was the -- the Paycoin stake rate was

9    based off of whatever Josh wanted to set it to.

10     Q.   Okay.

11     A.   Effectively.  I mean, I say that, but, I

12   mean, there were huge arguments about the stake rate.

13   So Paycoin worked in a -- in a very strange way.  So

14   some proof-of-work block chains like Bor, Dashcoin or

15   Dark -- used to be called Darkcoin, they used proof

16   of stake and proof of work.

17            A lot of the proof of stake occurs at what

18   is called a master node and there is a lot of block

19   chains out there that use that now.  And master node

20   is basically a server that's put online and you lock

21   a certain amount -- a number of coins in the wallet

22   of that server.  Right.  I mean, you can host

23   multiple walls off of a single server.  The point is,

24   is that you basically put a wallet online for, you

25   know, the client and then you lock X number of coins

Page 75

M. EDEN - 6/26/18

1
2    in that wallet and then it starts to contribute onto
3    the network like a -- it -- it manages transactions.
4    In the case of like Dashcoin, it effectively provides
5    a centralized mixing location.  So you take a
6    thousand Dash and you put it in a wallet and then you
7    set the master node switch in the software to
8    indicate that it's a master node.  Those coins become
9    locked in the wallet and then those coins get mixed
10   in with other transactions that come through and it
11   shifts -- it shifts the coins around so that they're
12   harder to track.
13        Q.  Is this why it's called "Dark"?
14        A.  Well, yeah.  It's not as effective as they
15   thought it was going to be initially.
16            So -- and in doing so, you basically pull
17   in and generate a stake off of the network and -- and
18   generate a return so you're awarded for doing that.
19   So your thousand coins are locked up, but it
20   generates additional coins in the wallet that you can
21   pull out.
22        Q.  Are those effectively transaction fees?
23        A.  Sort of.
24        Q.  Okay.
25        A.  It depends on how it's set up.  I guess

1                    M. EDEN - 6/26/18
2        that you could look at them like transaction fees.  I
3        imagine -- I don't know if on the dash point, that's
4        the way it's set up, but I do know that they are
5        generating a reward.  So --
6                Q.  The fact that Paycoin in the way that
7        they -- the -- did you call it stake return or there
8        is some -- some term for what -- what --
9                A.  Right.
10               Q.  How many coins are being generated every
11       time you create a new block --
12               A.  So --
13               Q.  -- that rate was just set by Josh?
14               A.  Sort of.  The basic Paycoin wallet, you
15       could generate a stake.  And it was -- I don't
16       remember the exact percentage rates that they were
17       set to at any given time.  But the basic Paycoin
18       wallet would generate a -- let's say a 10 percent
19       interest rate.  Right.  And so you -- and that's just
20       whatever you or I could start up and use.  Right.  So
21       like if I buy a Paycoin, I could put it in the wallet
22       and it would -- if I left it there long enough, it
23       would generate a percentage of stake.  So if I left
24       it there for a year, it would generate 10 percent,
25       maybe.

Page 77

M. EDEN - 6/26/18

1

2     Q.  So it would have 1.1 Paycoins at the end

3  of the year?

4     A.  Exactly, yes.

5        Now, we incorporated the whole concept of

6  master nodes in a similar way and made it so that if

7  you locked up 100,000 Paycoins and if you had a very

8  specific private key and only a certain number of

9  these private keys were issued -- I want to say 50 of

10 them -- you would put 100,000 Paycoin into the

11 wallet.  You would set your private key and that

12 would turn into what they call a prime node.  And

13 those wallets would generate, I think initially it

14 was like 250 percent interest so --

15    Q.  So that means that 100,000 Bitcoin would

16 turn into 250,000 Bitcoin?

17    A.  Well, Paycoin, yeah.

18    Q.  Paycoin.  Yes.

19    A.  Yeah.  100,000 Paycoin would turn into --

20 well, yeah.

21    Q.  Two and a half times that?

22    A.  Yeah.  More or less.  Or a little more.

23    Q.  When that -- was that rate just

24 established by --

25    A.  Josh.

1                      M.  EDEN  -  6/26/18

2          Q.   -- Josh?

3          A.   Yeah.   That rate was established by Josh

4     and a lot of us argued about it, but --

5          Q.   And were those -- was the -- what you're

6     calling the interest, were those all newly generated

7     Paycoins or were those fees that were being pulled

8     off of Paycoins --

9          A.   No, those were newly generated Paycoins.

10         Q.   Okay.

11         A.   Those are newly minted.   The stake rate

12    was incredibly high and the amount of inflation on

13    the network was through the roof.

14         Q.   Was the ability to become a prime node and

15    generate this level of return, was that -- were those

16    private keys sold and distributed to any members of

17    the public or who had those private keys?

18         A.   Yeah.   Some of them were -- a lot of them

19    were distributed to other members of the public.

20    There was Team Paycoin who purchased a few of them.

21    There were people overseas that I was told purchased

22    some of the keys and we were hosting -- we were

23    hosting the prime nodes for these customers.   I don't

24    know who they were necessarily, but that many of them

25    were hosted by specific customers.   But other than

1                    M. EDEN - 6/26/18

2      that, GAW kept the lion's share of the prime nodes

3      so --

4           Q.   So is this -- like, we have a sense of

5      half went out to the public, half were maintained by

6      GAW?

7           A.   Maybe half, not quite.  I would think

8      less.

9           Q.   Less than half to the public?

10          A.   (Nods.)

11          Q.   More than half maintained by GAW?

12          A.   Uh-huh.

13          Q.   And --

14          A.   Way less than half.

15          Q.   -- would the -- what was the work that the

16     prime nodes were doing in order to maintain the

17     Paycoin system that's equivalent to what Bitcoin

18     miners do?

19          A.   I guess they were -- you know, because

20     they were staking at such an incredible rate, they

21     were probably processing a lot more transactions than

22     the -- the other wallets on the network.  But aside

23     from that, they weren't doing anything other than

24     contributing to the transactions and -- and basically

25     processing them.

1                    M. EDEN - 6/26/18

2            Q.   Did -- so -- as I understand it in

3    Bitcoin, there is a consensus process where,

4    essentially, a majority of the nodes participating in

5    the Bitcoin network through mining will ultimately

6    have to agree on whether or not a particular block

7    becomes part of the chain.

8            A.   Correct.   51 percent.

9            Q.   What was -- who -- which participants in

10   the Paycoin ecosystem were involved in the consensus

11   process for determining whether transactions would

12   become part of the chain?

13           A.   The entire network.

14           Q.   So you didn't have to be a prime

15   controller; you could be anybody?

16           A.   Right.   Now, other than, you know, the

17   initial prime node -- or prime controller

18   specification had called for -- there was a -- a

19   concept that had been more or less fleshed out that

20   effectively allowed -- would allow for faster

21   transactions because the prime nodes would verify the

22   transactions amongst themselves and build a consensus

23   on the prime node network before every other wallet

24   on the network had to do that.   But it was never

25   successfully implemented.

1          M. EDEN - 6/26/18

2          Q.  If I had a Paycoin, I could chose to

3     either stake that Paycoin or just keep it and spend

4     it potentially.  Is that right?

5          A.  Yeah.

6          Q.  And if I'm not staking a Paycoin, then I'm

7     not participating in the verification of

8     transactions?

9          A.  Correct.

10         Q.  Just like a holder of Bitcoin is not

11    mining a Bitcoin?

12         A.  Well, if you don't have a wallet turned on

13    and running, then you're not participating in the

14    processing of transactions.  Like, you could put a

15    Paycoin in your wallet.  You don't even have to have

16    your wallet on to do it.

17         Q.  Uh-huh.

18         A.  And then you could leave that Paycoin

19    there for six months.  And this any proof-to-stake

20    coin really.  And that basically makes the coin age

21    that much longer.  And in order to generate a stake,

22    you have -- coins have to be a certain age.  They

23    have to have been around for a certain time.  And so

24    if you turn on your wallet in six months, chances are

25    it would come up and immediately generate a stake.

Page 82

M. EDEN - 6/26/18

1
2      Okay.  Because the coin age would be so old that as
3      soon as it gets onto the network, it would say, "hey,
4      I'm here and I've got these coins and they are
5      very -- they are a lot older than all of the other
6      coins that are -- that are, you know, trying to
7      generate stake.  So, you know, where is my interest?"
8      And it will prioritize that wallet based off of coin
9      age, typically, and that will, you know, process the
10     transaction.
11          Q.  So -- well, a Bitcoin wallet, as I
12     understand it, does not necessarily include any
13     software that allows it to exam -- to verify
14     transactions on the block chain.  Is that right?
15          A.  No, it's not true, actually.
16          Q.  A Bitcoin wallet will include code that --
17          A.   It doesn't process transactions or -- or
18     identify keys, but it verifies the transactions,
19     depending on the type of wallet that you're using.
20     There is light wallets like mobile wallets that
21     basically just examine the block headers --
22          Q.  Yeah.
23          A.   -- and a subset of them and then
24     effectively verify the whole chain.  Because when you
25     turn on a new wallet for a phone, let's say, right,

1                     M. EDEN - 6/26/18

2      and it's a brand new wallet, it doesn't have any

3      coins in it.  So you don't really care about what

4      happened on the network before.

5           Q.  Right.

6           A.  But the actual Bitcoin release that

7      goes -- you know, that installs on a computer and

8      downloads 100 gigs -- 150 gigs of block-chain data is

9      actually verifying the block chain as it downloads

10     it.

11          Q.  Right.

12          A.  And verifying that each block is correct

13     in order to -- and that's really the only way that

14     you could know that the ledger you have is valued.

15          Q.  But I don't need that in order to have a

16     Bitcoin in a wallet?

17          A.  Correct.

18          Q.  So a Bitcoin in a wallet doesn't

19     necessarily do any of this verification work?

20          A.  Right.  But the actual Bitcoin wallet, the

21     software does, depending on which Bitcoin wallet

22     you're using.

23          Q.  Okay.

24          A.  I'm sorry.  I didn't mean to complicate

25     that.

Page 84

1          M. EDEN - 6/26/18

2          Q.  No.  No.  It's -- I'm sort of following

3    it.

4          So the Paycoin -- is it possible to have a

5    Paycoin wallet that wasn't staking.  The answer was

6    no.  Is that right?

7          A.  No.  I mean, you could have a Paycoin

8    wallet that's not staking as long as you don't turn

9    it on.

10         Q.  Well, as soon as it's connected to the

11   network, it's participating in transaction

12   verification and, therefore, can collect the staking

13   reward?

14         A.  Correct.  So you have to have a Paycoin in

15   an actual standard Paycoin wallet in order to

16   generate a stake.

17         Q.  Yep.

18         A.  You can't have it in a light wallet like a

19   phone because it's not going to participate in a

20   network at that level.  It's not going to verify the

21   block chain.  But if you have it in an actual Paycoin

22   wallet like on a PC or, you know, on a cloud server

23   or whatever, that will.  If it's turned on and it's

24   actively reading the network and reading through the

25   chain and it's got coins in it, then it can generate

Page 85

M. EDEN - 6/26/18

1

2     a stake.

3          Q.   And that's any wallet, whether it's a

4     HashStaker or not?

5          A.   Correct.  The HashStakers were on their

6     own interest rate completely independent of anything

7     that was happening on the Paycoin network.

8          Q.   Okay.

9          A.   And those interest rates were basically

10    determined by Josh at any given time.  So -- and we

11    would set them up.  They would be assigned like a

12    specific interest rate, specific duration.  People

13    would put coins in them and then they would generate

14    a stake payout, but they weren't actually

15    participating in the network.

16               So I know that's pretty confusing.

17         Q.   No.  I mean --

18         A.   Yeah.  But the Paycoin --

19         Q.   Gotcha.

20         A.   -- prime node servers, when they were

21    running, they were generating an obscene amount of

22    Paycoin and we had to write apps that would sit there

23    and -- and actually pull the excess Paycoin off of

24    the servers.

25         Q.   This is the prime nodes?

1                    M. EDEN - 6/26/18

2           A.   Yeah.

3           Q.   Which were mostly controlled by GAW?

4           A.   Oh, yeah.  Almost entirely by GAW.  There

5    were very few that were externally hosted.  I think

6    Team Paycoin had -- as far as I know, they had the

7    only ones that were externally hosted that -- and --

8    yeah, and not managed by us.

9           Q.   Did they have their own hardware that was

10   running the node or were you guys hosting the

11   hardware for them?

12          A.   Well, initially, I think we were hosting

13   them for Team Paycoin and then they got moved over to

14   their hardware at some point.

15          Q.   Who was Team Paycoin?

16          A.   It was a group of customers, as far as I

17   know, Adam Matlack.  You know, a lot of the -- a lot

18   of customers from GAW were considered Team Paycoin

19   and it was basically people who were, you know, I

20   guess believers.

21          Q.   So they weren't employees of GAW, but they

22   were sort of an informal group of supporters who were

23   doing things to advance the interest of the --

24          A.   Yes.

25          Q.   -- GAW ecosystem?

Page 87

                    M. EDEN - 6/26/18

1

2        A.   Of the Paycoin ecosystem.

3        Q.   The Paycoin ecosystem?

4        A.   Yeah.  And the GAW ecosystem, I guess,

5   indirectly, but there was a large group of users.  I

6   mean, you're talking, I mean, 50 to 100-plus,

7   probably more than that even.

8        Q.   Did you have an understanding -- you said

9   that they owned one of -- at least one of the private

10  keys for the prime nodes.

11       A.   They owned somewhere between three and ten

12  of the private keys for prime nodes depending on what

13  kind.

14       Q.   Were they owned by individual members of

15  this collective or did the -- did the group have some

16  sort of entity or ability to own?

17       A.   I have no idea.  All I know is, yeah, Adam

18  Matlack was the primary point of contact for this

19  group of people, a/k/a Team Paycoin.  And, yeah, they

20  effectively, I think at one point, owned initially

21  between one to three of the prime nodes and

22  afterwards more than that, so...

23            MR. SARGENT:  Let's go off the

24  record again.  Short break.

25            THE VIDEOGRAPHER:  Off the record

Page 88

1                      M. EDEN - 6/26/18

2       at 11:32.

3                           (Break.)

4                      THE VIDEOGRAPHER:  We're back on

5       the record at 11:45.  This begins Tape No. 2.

6            Q.  I want to take one more stab at Paycoin

7       stuff before moving on a little bit.

8                 As I understand it, with Bitcoin, as you

9       mentioned a little bit before, the algorithm used to

10      generate a block and add it to the chain, including

11      solving the puzzle, has been getting more difficult

12      over time as more processing power had been added to

13      the Bitcoin network.  Is that basically right?

14           A.  Correct.

15           Q.  And originally, in the early days of

16      Bitcoin, you could mine even using a laptop.

17           A.  Uh-huh.

18           Q.  But that's really no longer the case, at

19      least not profitably.

20           A.  Well, I mean...

21           Q.  In theory you could do it, but it would --

22           A.  In theory you could do it, but it would be

23      kind of like winning the lottery.

24           Q.  Take longer than the age of the universe?

25           A.  Yeah.  Yeah.

Page 89

M. EDEN - 6/26/18

1

2    Q.  Was -- with Paycoin was there any

3    equivalent step in the process of generating a block

4    that increased in difficulty over time?

5    A.  I mean, I think maybe in a minuscule way,

6    but not -- not in the same -- not as exponentially as

7    the Bitcoin network does.

8    Q.  Was that true in the proof-of-work phase,

9    as well as the proof-of-stake phase?

10    A.  No.  The difficulty in the proof-of-work

11    phase was supposed to auto-adjust very quickly.

12    Q.  Based on?

13    A.  The amount of hashing power that was on

14    the network.

15    Q.  Could Mr. Garza adjust it himself manually

16    to if he wanted to?  Well, let me put it this way.

17    Did he adjust it himself?

18    A.  The difficulty?

19    Q.  Yes.

20    A.  No.  I don't think -- himself?  No.  Josh

21    never edited a lick of source code in his life, I

22    don't think.

23    Q.  Did he instruct anyone to do that, edit

24    the difficulty of mining a block?

25    A.  I don't know.  I mean, the difficulty,

Page 90

1                    M. EDEN - 6/26/18

2    like I said before, you couldn't -- initially when

3    we -- when we turned it on, the difficulty was low

4    enough that when all the hashing power hit the

5    network, it super-mined a bunch of blocks really

6    quickly, which I think we rolled back subsequently,

7    but it also cratered the entire block-chain process

8    because the algorithm that was supposed to adjust

9    based off the difficulty wasn't working properly and

10   adjusting quickly enough.

11        Q.  What was in those blocks?  Were there that

12   many people trying to execute transactions with

13   Paycoin?

14        A.  No.  It was -- there was just that --

15   there was -- I mean, they're empty.  The only

16   transaction that was in each of those blocks was the

17   block reward.

18        Q.  Okay.  Got you.

19        A.  And, of course, there was the genesis

20   block --

21        Q.  Right.

22        A.  -- which --

23        Q.  Had the initial -- whatever the initial

24   allocation of Paycoin was?

25        A.  Yeah.  20 million or I don't even know --

Page 91

1                   M. EDEN - 6/26/18

2    remember how many it was.  It was a lot.

3         Q.  And where did those Paycoins go in the

4    Genesis block?

5         A.  They went into the GAW wallets.

6         Q.  Which were owned by whom?  Members of the

7    public, GAW itself?

8         A.  No.  It was GAW.  Yeah.

9         Q.  So that gave GAW a sort of initial supply

10   of Paycoin that it could then sell to the public or

11   do whatever?

12        A.  Right.  Basically it took all of the

13   initially generated Paycoins and put a large amount

14   of it into the prime nodes to generate huge amounts

15   of Paycoin past that.  And a certain amount of it, of

16   course --

17        Q.  Those were staked, then --

18        A.  Yeah.

19        Q.  -- with those nodes.  Right?

20        A.  Well, a percentage of it was put into the

21   staking, and then a percentage of it was paid out to

22   the HashPoint owners.

23        Q.  Okay.

24        A.  And then a certain amount of it had been

25   pre-sold.  And so a lot of it was spoken for already.

Page 92

M. EDEN - 6/26/18

1

2     Q.  In like an ICO sort of thing?  Or

3  equivalent?

4     A.  Equivalent, yeah, I would say, probably.

5  Roughly equivalent, which -- yeah, I -- it's -- I

6  don't know.  I've been playing with Bitcoin for a

7  long time, and I'm always like a purist, you know,

8  like, okay, if you're going to turn it on, don't

9  pre-mine it.  Right?

10        And if you're going to pre-mine it, you

11  know, that's fine, be transparent about it, how much

12  you have and where it's going, and what it's going to

13  be allocated for.  None of that happened with

14  Paycoin.

15        In, you know, the pre-mining -- well, we

16  mined -- you know, pre-mined the Genesis block and

17  then we appointed two and a half petahash of mining

18  power at the block chain for, you know, a solid week

19  or two, however long it was that we did proof of

20  work.

21        And so, you know, we -- I don't know.  We

22  probably mined half the blocks, I guess, ourselves

23  when we first did the proof of work, so...

24     Q.  How long did the proof-of-work phase last?

25     A.  I don't recall.

Page 93

1                    M. EDEN - 6/26/18

2          Q.  Okay.

3          A.  It could have been two weeks or a month,

4    something like that.

5                    (Discussion off the written record.)

6                    (Exhibit 4 was marked.)

7          Q.  I'm passing you Exhibit 4.

8          A.  Oh, dear.

9                    (Pause.)

10         Q.  Who is Rami Abramov?

11         A.  I believe he was -- I don't know his exact

12   title, but he was basically in charge of marketing.

13         Q.  Do you know where he was based?

14         A.  He was in Connecticut, but, yeah, he lived

15   in New York.

16         Q.  Okay.  Do you remember getting this e-mail

17   from him?

18         A.  A little bit, yeah.  Well, I mean, I got a

19   lot of e-mails from Rami.

20         Q.  And he's asking you to QA this

21   announcement about HashStakers.  Is that right?

22         A.  Right.  So --

23         Q.  What did he want you to do?  What was your

24   understanding --

25         A.  Well, there was this whole disconnect.

Page 94

M. EDEN - 6/26/18

1

2      Sorry.

3              Q.  No, go ahead.

4              A.  There was a disconnect between like what

5      Josh and Rami would say versus what we were actually

6      able to build.  And so they would come out and say

7      we're going to build this.  And then they would write

8      something like this up, and they would publish it so

9      that everybody in the world saw it.  And we would be

10     sitting there like, "what you guys said isn't

11     possible and we can't build that."  So that was where

12     the disconnect came in.  Rami was -- it was decided

13     that before he sent out any kind of marketing

14     material he would send it over to QA and we would

15     look at it and determine whether or not that was

16     actually what we had decided we were going to do.

17             Q.  This actually reminds me.  Before we get

18     into the details of this, let's talk a little bit

19     more about your role with the company and how it

20     changed over time.  I think at the beginning when we

21     looked at Exhibit 1, you -- you described a little

22     bit what you were doing when you were first hired.

23             Had that changed by the time of this

24     e-mail?

25             A.  Yeah, I'm pretty sure.

Page 95

1                    M. EDEN - 6/26/18

2              Q.  How?  How would you describe the change?

3              A.  Well, at a point, I mean, my job went from

4     integrating mining hardware and software to putting

5     in place a QA process to make sure that broken stuff

6     didn't go out because there wasn't a QA process.  And

7     lots of broken stuff went out.  I mean, they would --

8     and every -- every new issue that they basically

9     released with would, you know, cost a lot of money.

10             Q.  So by this point, late November just as

11    Paycoin and HashStakers are launching, you -- your

12    responsibility was primarily to oversee the QA

13    process?

14             A.  That's correct.

15             Q.  Did your title change formally?

16             A.  Yeah, I believe it did.

17             Q.  Do you know what it was?

18             A.  Director of quality assurance.

19             Q.  Okay.  And did it -- was that the role you

20    played at GAW for the rest of your time there or did

21    it change again?

22             A.  It changed again.

23             Q.  When did it change again?

24             A.  I don't recall the exact date.

25             Q.  Roughly, like New Year or?

Page 96

1                     M. EDEN - 6/26/18

2            A.   It was -- yeah, I don't recall.

3            Q.   How did it change?

4            A.   I took on -- I was acting CTO because

5    Joe Mordica resigned.  And then I was -- sometime

6    right before the FBI decided to come and investigate

7    the hacks that occurred on the system and right after

8    the -- sometime after the -- I guess the SEC had

9    already started sending letters.

10           Q.   So there was a point in which the SEC

11   started sending letters.  Is that what caused

12   Joe Mordica to resign?

13           A.   I don't believe so.

14           Q.   But it was about the same time?

15           A.   No, I don't -- I don't remember the exact

16   timeline.  When the first SEC letters came in, I

17   believe Joe was still there.

18           Q.   Okay.  At some point after that he

19   resigned and you took over as CTO?

20           A.   Yeah, acting CTO.

21           Q.   And -- and was that your title throughout

22   the rest of your time at GAW Miners?

23           A.   My title throughout the rest of the time

24   at GAW Miners was probably something like "violent

25   employee on the Titanic."  But, yeah, no, that was --

M. EDEN - 6/26/18

1

2      I think that was it for the rest of the time if I

3      recall correctly.

4              Q.   And so your responsibilities -- sounds

5      like your responsibilities changed as well as the

6      title?

7              A.   Yeah.   Pretty significantly.

8              Q.   How?

9              A.   Yeah, my responsibility became interacting

10     with the SEC and the FBI and winding down the

11     company.

12             Q.   I don't think it's a typical role for a

13     CTO to be interacting with the SEC and the FBI.   Why

14     were you given that responsibility?

15             A.   I was the only one left.

16             Q.   Well, what about Mr. Garza?

17             A.   No, he was there.   He was there.   He was

18     still the CEO for quite awhile.

19             Q.   So when you say "interacting with the SEC

20     and the FBI," was that responding to information

21     requests or was there more to it than that?

22             A.   The SEC -- I mean, both really.

23             Q.   I'm sorry.   My question was bad.

24                  What were you doing in the interactions

25     with the FBI and the SEC?

Page 98

1                    M. EDEN - 6/26/18

2          A.   The SEC was a lot of answering questions

3    about Hashlets and Paycoin.

4          Q.   Technical aspects or all aspects?

5          A.   Mostly technical.

6          Q.   Okay.

7          A.   Some other aspects of it, I guess.

8          Q.   Did they ask you whether or not there was

9    actually hashing power underlying Hashlets?

10         A.   Yes, they did.

11         Q.   What did you say?

12         A.   Eventually there was some.

13         Q.   Okay.

14         A.   You know, to the best of my knowledge, in

15   the be- -- initially there wasn't any, which I didn't

16   know at first.  Right?  So -- in fact, I didn't know

17   that -- I didn't know that in the beginning there

18   wasn't any until after I took -- pretty much took

19   over for Joe Mordica.

20         Q.   That's when you learned the extent of the

21   problem?

22         A.   Yeah.

23         Q.   It sounded -- I mean, you talked about a

24   couple of moments where you learned more and more

25   about --

Page 99

1                    M. EDEN - 6/26/18

2          A.    Right.

3          Q.    -- sort of hollowness of the project.   And

4    that was -- that sort of process of learning how bad

5    it was, was ongoing up until the time when you took

6    over for Joe and that's when you finally learned how

7    bad it really was.   Is that what you just --

8          A.    That's pretty much dead on, yeah.

9          Q.    Okay.  And what kinds of requests -- or

10   what kind of interactions did you have with the FBI?

11         A.    Mostly it was in reference to a hack that

12   had occurred on the system.  But if I remember

13   correctly, it was mostly because of the hacks that

14   occurred on the system prior to Joe leaving.  And it

15   was -- it was basically an internal hack where large

16   portions of the database had been changed and

17   modified and ledgers had been altered and -- and

18   accounts had been credited.  And there was weird

19   stuff going on.  And there was no real way -- I mean,

20   it was a complete mess.

21         Q.    Was Jonah still at the company after the

22   time you took over as CTO up until the end?

23         A.    Yes.

24         Q.    And was Josh Garza?

25         A.    Yes.  I guess I mean -- well, physically

1                    M. EDEN - 6/26/18

2    or?

3          Q.  Did he go somewhere physically?

4          A.  Yeah, I believe.

5          Q.  Where did he go?

6          A.  Well, I can't say for 100 percent that I

7    know where.  He went several places, as far as I can

8    recall.  But one of those places I believe was Dubai.

9    There were a few other places I guess he went, but

10   nobody really knew.  So maybe Jonah would've had a

11   better idea, but...

12         Q.  Do you know why he went to Dubai?

13         A.  Yeah, no, I don't.  I know he was going

14   there to meet with some of the people who were

15   initially invested in Paycoin or Hashlets.

16         Q.  He was meeting with investors?

17         A.  I believe so.

18         Q.  Was he running from the FBI, SEC?

19         A.  You know, I don't know.  I guess it's

20   possible.  I mean, it's not like he ever told me he

21   was running from the SEC or the FBI.

22         Q.  You never heard that from him?

23         A.  No.

24         Q.  And you didn't do anything to help

25   facilitate him going into hiding or getting away or

1                 M. EDEN - 6/26/18

2    anything like that?

3             A.  No, I hindered it every way I possibly

4    could.

5             Q.  Did you have any interaction with

6    Stuart Fraser while you were at GAW?

7             A.  Not directly, no.

8             Q.  Indirectly?  What do you mean?

9             A.  We're all very compartmentalized.  I would

10   talk to like Dan Kelley most of the time and he had

11   most of the interaction with Stuart Fraser.

12            Q.  Did Mr. Fraser come up in your

13   interactions with Dan Kelley?

14            A.  Yeah, I mean, it was --

15            Q.  Him --

16            A.  His name came up.

17            Q.  How?

18            A.  Just that he was an investor and we were

19   all, I guess, he was -- a lot of what Dan was -- they

20   were doing was overseeing Stuart's interest in the

21   company.

22            Q.  A lot of what Dan -- when you say "they

23   were doing" --

24            A.  What Dan was doing.  Dan Kelley.

25            Q.  With overseeing Stuart Fraser's investment

1                          M. EDEN - 6/26/18

2       in the company?

3                    A.   Yeah, that's how I understood it at the

4       time at least.

5                    Q.   What do you understand them overseeing to

6       mean?  What kinds of things did that entail?

7                    A.   It meant that when Josh was acting crazy I

8       could go to somebody else who would reign him in.

9       That's really all -- I mean, so -- and he's had some

10      sort of, I don't know, authority that Josh -- that

11      went over Josh, which was good.

12                   Q.   Who is "he had" --

13                   A.   Dan Kelley.  And I know that he -- you

14      know, he had a direct line of communication to

15      Stuart.

16                   Q.   What did Dan Kelley's authority over Josh

17      have to do with Stuart Fraser?

18                   A.   No idea.

19                   Q.   Was it a result of Mr. Fraser's investment

20      in the company?

21                   A.   Yeah, I think that's -- as far as like

22      documents that I read through later, yeah it appeared

23      to be that way.  I mean, Dan had stated as well that

24      Stuart had an interest in the company.  He never

25      really specified exactly what interest.  But I mean,

Page 103

1                    M. EDEN - 6/26/18

2    I've heard that Stuart had like half of it, of the

3    company or he owned half of it or that's what Jonah

4    had heard and -- from Dan and other people, but...

5              Q.   Can you think of any examples where you

6    went to Dan in order to get Garza, quote/unquote,

7    reigned in?

8              A.   Absolutely.

9              Q.   Like what's an example?

10             A.   Depositing money into my bank account

11   without my authorization, for starters.

12             Q.   Tell me the story though.   What happened?

13             A.   He deposited, you know, $100,000 into my

14   bank account so I could purchase Bitcoins for the

15   company to use.   And then right after that, he did it

16   again.   And I was kind of upset about the first time,

17   so I went to Dan and -- and talked to Dan and started

18   a whole e-mail chain where there was an argument

19   about it and Josh kept asking Dan in the e-mail chain

20   to let him handle this, and that, you know, he didn't

21   need to get involved, and -- but, you know, Dan was

22   of course already involved at that point.

23                  When I was bringing Dan into it, I thought

24   Dan had had an interest in the company, but he didn't

25   really have an interest in the company.   So I found

1          M. EDEN - 6/26/18

2    out later that he was, you know, basically there, I

3    assume, representing Stuart Fraser's interest.

4          Q.  Did -- when -- did you think that when you

5    had that communication with Dan about this -- these

6    deposits in your account, did that have an effect

7    after you talked to Dan?  Did it change anything?

8          A.  Yeah, it did.

9          Q.  How?

10         A.  Well, for one, he stopped doing it.  And

11   for two, he didn't do it again or ask again.  And

12   yeah, it, you know -- one of those.  Basically I was

13   able to get the money back out of my account and back

14   to GAW, so...

15         Q.  Can you think of another example where you

16   went to Dan about something having to do with

17   Mr. Garza?

18         A.  Plenty of times.  Specifically about the

19   hack and the FBI.  And I know Dan Kelley brought in a

20   third party that was helping with -- I don't really

21   recall exactly what he was helping with, but I know

22   that he had been ex-FBI and he was there to help with

23   all the SEC stuff.

24         Q.  Why did you communicate with Dan -- was

25   this Dan Kelley or is this Dan Peez [phonetic]?

Page 105

                    M. EDEN - 6/26/18

1

2       A.   Dan Kelley.

3       Q.   Well, why did you communicate with

4  Dan Kelley about the -- the FBI as it related to

5  Josh Garza?

6       A.   Well, for one, the contractor that had

7  been brought in to help with some of the -- some of

8  the issues was ex-FBI and he had been brought in by

9  Dan Kelley.

10      Q.   Well, I want to -- maybe I just need to be

11  a little clearer --

12      A.   Sorry.

13      Q.   -- in my question.

14           No, no, it's good.  I'm looking for

15  instances where you went to -- to Dan specifically to

16  reign in or to change some behavior that Mr. Garza

17  was engaging in.  And you explained the situation

18  with the checking account.  I understand that.

19           Were there other examples along those

20  lines that you can think of?

21      A.   I mean, I'd have to look through my

22  e-mails.  There's definitely more than one example of

23  it.  But, you know, like I said before, the thing

24  that comes to mind right off the bat was the -- the

25  hack and bringing in the FBI to investigate the hack.

1                M. EDEN - 6/26/18
2        Q.  So explain how that fits in with the
3   relationship between Mr. Garza and Mr. Fraser that
4   sort of underlies your earlier testimony.  I'm not
5   following the story.
6        A.  In what way?  I'm --
7        Q.  Like how -- how was the communication with
8   Dan about the FBI related to Mr. Garza and
9   Mr. Fraser?
10       A.  It wasn't related -- necessarily related
11  to Mr. Fraser as much as it was related to -- to --
12  to Josh.
13       Q.  How?
14       A.  Or -- and -- and getting Josh reigned in.
15  Because at the time Josh was basically going -- I
16  don't know how you would say this -- implying and --
17  and messaging and talking -- he talked online
18  incessantly in the forums and -- and I mean, he
19  was -- he was implying that Joe Mordica basically
20  hacked the system and stolen a bunch of Bitcoin and
21  Paycoin, which isn't what happened.
22            And so I went and, you know, I told
23  Dan Kelley about this and the FBI came into it and
24  started investigating the hack.  I couldn't have -- I
25  mean, I don't know if Dan made it all right with Josh

1                    M. EDEN - 6/26/18

2      that this is happening or if Dan just went around and

3      he was, you know, I guess their chief operations

4      officer or something like that, so...

5            Q.   How would you see this as reigning in

6      Mr. Garza?  Did it have to do with what Mr. Garza was

7      saying online about --

8            A.   Absolutely.  A lot of it.  And what he was

9      saying internally.

10           Q.   So how did it reign him in?  What do you

11     mean by that?

12           A.   Well, I mean, trying to make somebody look

13     guilty for doing something that they didn't do.

14           Q.   Who was doing that?

15           A.   Well, Josh.

16           Q.   Was making who look guilty?

17           A.   Joe Mordica.

18           Q.   Okay.

19           A.   Effectively.

20           Q.   So how -- what was being reigned in?  I'm

21     just trying to understand the story.  I just feel

22     like I need a little more detail.

23           A.   Yeah.  I mean, it's been a long time, but

24     yeah, effectively, Dan was a path of authority that

25     didn't necessarily report to Josh.

1               M. EDEN - 6/26/18

2          Q.  Okay.

3          A.  And he had authority outside of Josh's

4     guidelines.  And I was told, you know, on a few

5     different occasions that that was because they were

6     representing the interest of other people, so...

7          Q.  I just asked you if you think of any

8     other -- this is an important issue for the case.  So

9     if you think of any other examples along those lines

10    during the deposition today, just let me know and

11    we'll -- we'll talk about them.

12         A.  Okay.

13         Q.  Let's go back to this Exhibit 4 that I

14    showed from Mr. Abramov.  Do you know if this -- what

15    would you call this?  Press release or marketing item

16    or?

17         A.  This one -- yeah, a press release or

18    marketing message.

19         Q.  Do you know if this went out in basically

20    this form?

21         A.  I don't recall.

22         Q.  Were Paycoins available at this time?

23         A.  I think they probably were.  Possibly.

24         Q.  If you look at the second page in the

25    middle, it says "How do HashStakers Work?"  Do you

1                      M. EDEN - 6/26/18

2       see where I'm -- where I'm looking?

3            A.   Uh-huh.

4            Q.   And then at the very end, it says "They

5       will stake at a rate equal to all the Prime

6       Controllers GAW is managing."

7                 Was that true?

8            A.   No.  I don't believe so.  Not -- not as I

9       recall it.  I could -- and I could be wrong, but I'm

10      pretty sure they weren't.

11           Q.   What determined the rate at which

12      HashStakers would -- would stick or would return?

13           A.   Whatever we set it to in the database.

14           Q.   So it was just up to Mr. Garza or whoever

15      set it?

16           A.   Correct.  But the actual prime nodes and

17      Paycoin wallets were staking at a very specific rate

18      of interest because that was basically built into the

19      source code and it couldn't really be modified

20      easily.

21           Q.   So the HashStakers was variable and you

22      could choose to set it at the same staking rate as

23      the prime nodes --

24           A.   Yes.

25           Q.   -- or you could choose to set it at

1                M. EDEN - 6/26/18

2      something else?

3           A.  Yes.

4           Q.  And it was your understanding that

5      typically at least it was set lower?

6           A.  Yeah.  I don't recall that this is exactly

7      how it went out, but, I mean...yeah, there were

8      definitely Paycoins available.

9           Q.  Yeah, it looks like it.

10          A.  Yeah, this part here, though, is kind

11     of...

12          Q.  Who wrote the code for Paycoin?

13          A.  Brad -- Butter -- a contractor -- a

14     contracting firm called Butterkiss, I believe.  And

15     it was the final person that wrote Paycoin -- wrote

16     the Paycoin source code.

17          Q.  Brad Chun?

18          A.  That sounds about right.

19          Q.  Okay.  I've got an e-mail from him we can

20     look at in a few minutes.

21               So was that -- did they write all of the

22     final code that you used or was it just a code --

23     sort of a basic coin that you modified or how did it

24     work?

25          A.  Yeah, it was forked from pure coin, which

1              M. EDEN - 6/26/18

2    is another block chain.

3         Q.   Forked from which one?

4         A.   Peercoin.

5         Q.   Peercoin?

6         A.   P-E-E-R.

7         Q.   So the Peercoin code was open source?

8         A.   Yes.

9         Q.   Was Paycoin open source?

10        A.   Yes.

11        Q.   So anybody could see the source code?

12        A.   Yes.

13        Q.   And Butterkiss, the contractor, was

14   responsible for doing the initial coding that

15   modified the Peercoin block-chain code so that it

16   would become Paycoin, it would have some new features

17   that would be Paycoin?

18        A.   Correct.  Yeah.  It was supposed to have a

19   lot of different new features, but really in the end

20   all we did was make it so a specific wallet could

21   generate a whole lot more money than other wallets.

22        Q.   You controlled the return of different

23   wallets?

24        A.   Yeah, the prime nodes and whatnot.

25        Q.   Was there something else on this exhibit

M. EDEN - 6/26/18

1   
2   before that you wanted to call my attention to?

3       A.  Well, HashStaker -- since each HashStaker

4   is its own wallet, each HashStaker has its own wallet

5   address, which -- I mean...

6       Q.  Where are you looking?

7       A.  I'm sorry.  The third page.

8       Q.  Okay.  And at the very top it says "Your

9   HashStaker Wallet can be purchased in ZenCloud."

10  That part?

11      A.  Sort of.

12      Q.  Oh, I see.  Down below it says "Each

13  HashStaker has its own wallet."  Yeah.

14      A.  Yeah, but, I mean -- yeah, that was never

15  accurate.  I mean, these are all -- like, I would

16  point things like this out to them a lot, you know,

17  like it never really had its own wallet address.  It

18  never -- you know...

19      Q.  A HashStaker never had its own wallet

20  address?

21      A.  Well, I mean, no.

22      Q.  Why not?

23      A.  Because -- I mean, the wallet address

24  would be pulled from one of the, you know, main

25  wallets that was managed by the server.  It was never

1                   M. EDEN - 6/26/18

2    really associated necessarily with the user ID

3    specifically.  I mean, we tracked which wallet

4    address went to the user ID, but it was never its own

5    wallet, so...

6              Q.  So a HashStaker didn't actually have an

7    address that could hold a Paycoin?

8              A.  No, I mean, there was an address, but it

9    wasn't -- it wasn't actually part of the HashStaker.

10             Q.  It was associated with an address that was

11   in a larger --

12             A.  Yeah, it was all one big wallet,

13   effectively.  I mean, after a while the wallets stop

14   scaling.  We had to spit up a new wallet.

15             Q.  Who owned that wallet or who controlled

16   it?

17             A.  It was -- yeah.

18             Q.  GAW?

19             A.  Yes.

20             Q.  And then it was -- GAW -- so GAW held

21   these Paycoins -- a large number of Paycoins in its

22   own wallet?

23             A.  Yeah.

24             Q.  And then it would associate individual

25   Paycoins with a sort of dummy address that was

1            M. EDEN - 6/26/18

2    associated with a user name and a HashStaker?

3         A.   Correct.

4         Q.   Am I getting that correct?

5         A.   Yeah.   But there were never independent

6    wallets that were staking or anything like that.   It

7    was -- it was all very compartmentalized.

8         Q.   Did the user have the ability to spend a

9    Paycoin that was held in the HashStaker wallet?

10        A.   I don't recall.   I think -- I don't think

11   so.   I think it was locked.

12        Q.   After the locked period was ended?

13        A.   Yeah.   Then it would get kicked back out.

14        Q.   Would it still be in the HashStaker or

15   would it have to go to a different address?

16        A.   No, it would just be -- I mean, it would

17   basically just stop generating interest and the

18   Paycoin balance that was associated with that

19   HashStaker would be transferred over to the balance,

20   you know, within the user wallet, you know, on the

21   website.

22        Q.   A user's non-HashStaker ordinary generic

23   wallet.   Is that -- am I understanding that right?

24        A.   Right, which is really just part of the

25   database.   I mean, it's a ledger.   You know, it's not

                        M. EDEN - 6/26/18

1    like an actual Bitcoin wallet.

2         Q.  Bitcoin doesn't maintain account balances.

3    Is that right?  It creates and destroys a coin in

4    every transaction?

5         A.  No, you can maintain an account balance.

6         Q.  Not on a Bitcoin block chain, though.

7    Correct?

8         A.  Absolutely.  You can.  It's considered bad

9    security practice, though.

10        Q.  But every -- any transaction on the

11   Bitcoin block chain refers back to a prior

12   transaction or prior coin.  Correct?

13        A.  Correct.

14        Q.  And it consumes the entire amount of that

15   coin.  You can't spend part of a coin in Bitcoin.

16   Correct?

17        A.  Right.  But you can -- so wallets will

18   create a change address or you can -- by default a

19   wallet will create a change of address.  Right?  So

20   like if I was to spend Bitcoin off of my phone wallet

21   or whatever, it would create a change address and it

22   would send Bitcoin to whoever I sent Bitcoin to and

23   send the remainder of that Bitcoin to the change

24   address.  You could send it back to the original

                    M. EDEN - 6/26/18

1

2    address it came from.

3         Q.  That's the wallet, though.  That's not the

4    Bitcoin block chain.  Right?  The Bitcoin block chain

5    just destroys a coin every time it spends it.  You

6    can't spend part of a coin.

7         A.  No, it moves it from one address to

8    another.

9         Q.  Right.  But it can't move part of a coin,

10   and leave part of a coin in an account?

11        A.  It can.  Like it can't leave it there, but

12   it can send it --

13        Q.  Back to the same address.

14        A.  Yes.

15        Q.  But there is not an account balance that's

16   tracked on the Bitcoin block?

17        A.  No, but in the Bitcoin wallet initially

18   it's supported account tracking, and sub accounts,

19   and independent ledgers.  It was just very buggy.

20        Q.  Bitcoin or Paycoin?

21        A.  Bitcoin or Paycoin.

22        Q.  Does the Paycoin block chain --

23        A.  Not the block chain, the wallet software.

24        Q.  Right.  I know.

25             (Reporter admonishment.)

1                      M. EDEN - 6/26/18

2              Q.   Does the Paycoin block chain track account

3      balances in the way that the Bitcoin block chain does

4      not?

5              A.   No.

6              Q.   It's the same.   The coin is always

7      either -- it's always fully spent, either back to the

8      same address or to different addresses?

9              A.   Correct.

10             Q.   Okay.

11             A.   I believe that's how it works, yeah.

12             Q.   So was there something else you wanted to

13     say about the third page of the HashStakers,

14     Exhibit 4?

15             A.   (Pause.)

16                  No.  I might come back to that later at

17     some point.

18             Q.   There is a section here two-thirds of the

19     way down that third page we were just talking about

20     titled "Current Hashlet Owners."

21             A.   Right.

22             Q.   "You will soon have the choice to upgrade

23     to HashStakers."  Is that true?

24             A.   Yeah, I believe it was.

25             Q.   Was that implemented so that Hashlet

1                M. EDEN - 6/26/18

2     owners could upgrade -- could -- we'll call it

3     upgrade to HashStakers?

4          A.  I believe it was, yes.

5          Q.  And when you purchased a HashStaker, did

6     it come with a Paycoin, or was it --

7          A.  I don't recall.  I do not recall.

8          Q.  HashStakers themselves weren't free.

9     Right?  You had to pay for them.

10         A.  Again, I don't recall.  I'm pretty sure

11    that he -- yeah.  It's possible they charged for

12    them.  I don't remember exactly.

13                (Exhibit 5 was marked.)

14         Q.  Okay.  I just handed you Exhibit 5, unless

15    you have something else you want to say about

16    Exhibit 4.

17         A.  Yeah.

18         Q.  Just that?

19         A.  It calls it a revolutionary miner, so...

20         Q.  You didn't think it was that

21    revolutionary?

22         A.  Well, it certainly wasn't a miner.  But

23    yeah.

24         Q.  No. 5 is another e-mail.  This one is from

25    Christian Gogol to you and Josh Garza.  Do you

1              M. EDEN - 6/26/18

2      remember getting this?

3              A.   No, I don't.

4              Q.   Do you know what the "HashStaker

5      expiration fudgedup" -- fudge cup --

6              A.   Fudgeup.

7              Q.   -- "fudgeup" is?

8              A.   I think there was an issue -- I think it

9      might have been an issue where when a HashStaker

10     expired -- I mean, there were so many issues.

11             Sometimes like I guess there might have

12     been an issue when a HashStaker expired that it

13     wouldn't refund the coins properly, like back to the

14     account of the user.  There were issues with

15     HashStakers when they -- you know, that would expire

16     too soon or HashStakers that wouldn't expire at all.

17             Q.   You mean the lockup period would end.  Is

18     that the same thing as a HashStaker expiring?

19             A.   Yeah.  Yes.

20             Q.   When you put a coin -- if I understand a

21     HashStaker, when you put a coin in a HashStaker, it's

22     locked up so that the coin can then be used as part

23     of the staking process, which generates a return?

24             A.   Correct.

25             Q.   And then when the lockup is over, your

Page 120

M. EDEN - 6/26/18

1
2     coin is no longer being used for staking.  It's then
3     returned to the user, who can spend it, along with
4     whatever return they got?
5          A.  Correct.
6          Q.  And you're saying that what was happening
7     here is that when the coin was supposed to be
8     returned to the user after the lockup period, either
9     the lockup period was too short or wasn't being
10    returned to the user or --
11         A.  Yeah.
12         Q.  -- other issues like that?
13         A.  Yeah.  There were a lot of issues,
14    especially as it related to expiration, as they're
15    not expiring, or expiring too soon, or not refunding
16    coins when they expire.  I couldn't remember -- I
17    couldn't tell you which of those issues this was
18    referencing here.
19         Q.  "Were you able to put some screenshots
20    together for loading XPY into HashStakers?"
21         A.  I think there was maybe an intermittent
22    issue at one point where people would lose coins if
23    they dropped into the HashStakers possibly, or
24    something like that.  Like I said, it was a very
25    buggy platform.

1                   M. EDEN - 6/26/18

2          Q.  XPY was Paycoin.  Right?

3          A.  Correct.  But, again, you know, like I

4    said, this is -- loading XPY into HashStakers, I

5    mean, the only thing I can think of equating this to,

6    just so everyone understands, is a video game or even

7    more along the lines of an emulator.  Does that make

8    sense?

9          Q.  No.  Tell me.

10         A.  Well, okay.  So if you get into -- if

11   you -- you know, using a flight simulator is

12   different than flying an airplane.  Right?  I mean,

13   on the computer using a flight simulator it looks

14   like flying an airplane.  But it's not flying an

15   airplane.  Right?  Because obviously you're not in an

16   airplane or, you know, piloting one or any of that.

17              But, I mean, the actions you're taking are

18   the same.  This was more like simulating mining,

19   managed mining.  It was -- yeah.  Like I said, the

20   front end and the back end were never really

21   functionally integrated, ever.

22         Q.  You're talking about that with Hashlets.

23   Was that also true in some way with HashStakers?

24         A.  Absolutely.

25         Q.  How?

1                    M. EDEN - 6/26/18

2            A.   It was all just, you know, numbers in a

3       ledger, and then pulling the coins and disbursing

4       them out on the ledger.  Like the payouts occurred in

5       the database.  They didn't actually move any coins to

6       users' accounts or anything like that.  If a user

7       withdrew coins, then it would come out of a main

8       wallet.  Right?  So...

9            Q.   So are you saying that the coins that were

10      transferred as part of the staking process, that was

11      all done manually rather than as part of the actual,

12      you know, code for the block chain?

13           A.   Oh, yeah.  No, it was all done

14      independently of the block chain.  It was all done

15      using -- it was done in an automated fashion, right,

16      using code that was completely independent of the

17      block chain.  And it just operated on a SQL database.

18      Right?  So you would keep track of a current user's

19      balance in the database, and you would modify that

20      based on, you know, whatever payout or, you know,

21      balance transfer had occurred on their account.

22           Q.   Did investors who bought HashStakers

23      notice?

24           A.   Yeah, probably not.  No, I wouldn't think.

25           Q.   Why do you say that?

1                M. EDEN - 6/26/18

2              A.  I mean, honestly, I couldn't tell you one

3    way or the other if they knew, but...

4              Q.  Was it your understanding that --

5              A.  It wasn't something that we marketed.

6    Right?  So...

7              Q.  How was it marketed?

8              A.  Marketed exactly as like it is.

9              Q.  As if it was really mining, and not a

10   mining simulation?

11             A.  Exactly, yeah.

12             Q.  Is that what you mean?  Okay.

13             A.  It was marketed as a simulation.  In

14   fact -- it was a simulation.  It was marketed as a

15   real deal.  So...but it was effectively a simulation.

16   Like we could have turned off every wallet and

17   every staker, every -- you know, every prime

18   node, everything.  We could have shut all down.

19   And the ZenCloud service, and the PayBase service

20   would have continued working independently

21   without hiccup, right, up until the point when

22   somebody tried to pull their coins off of it,

23   because if the wallet's all down, you couldn't

24   communicate with the wallet to pull coins out of

25   it.

M. EDEN - 6/26/18

2      Q.  Okay.

3      A.  So that's -- I mean, otherwise it's a

4  completely independent and isolated thing.  It's a

5  video game.

6      Q.  The returns would have been generated and

7  would have been showing up on people's --

8      A.  Exactly.

9      Q.  -- reports.  That's what you're saying.

10     A.  Yeah.

11     Q.  Okay.

12     A.  Like people would have continued to

13  generate funds and -- you know, because it's running

14  scripts in the background on the database.  But the

15  coins could be nowhere, and it would still operate

16  just the same.

17          (Exhibit 6 was marked.)

18     Q.  Do you have Exhibit 6?

19     A.  Exhibit 6.

20     Q.  We talked already about Brad Chun and

21  Butterkiss.  I just want to confirm that this is the

22  same person.  If you look at this, it's an e-mail

23  string where he seems to be trying to get paid for

24  work that he did for GAW.  Do you see that?

25     A.  Yeah.

1                    M. EDEN - 6/26/18

2          Q.  And this was forwarded to you by Eric

3    Capuano on January 8th, 2015.  Do you remember

4    getting this?

5          A.  Somewhat.

6          Q.  Do you know if Butterkiss ever got paid

7    for the work they did on Paycoin?

8          A.  I don't know if he did or not.  Maybe he

9    got paid in Paycoin.

10         Q.  And it's your understanding that this is

11   the programming work that was done to fork Paycoin

12   off from -- what was the prior --

13         A.  Peercoin?

14         Q.  Peercoin.  Is that right?

15         A.  I'm sorry.

16         Q.  This is discussing, and the invoice

17   relates to the coding work that Butterkiss did to

18   fork Paycoin off from Peercoin.

19         A.  Correct.  I guess it's also discussing

20   that it's the mine blocks that I talked about before.

21         Q.  Instant mine blocks.

22         A.  Right.  So the difficulty being set too

23   low.

24         Q.  So that because of the amount of mining

25   power that was pointed at the block chain, there was

1                    M. EDEN - 6/26/18

2    an enormous number of blocks generated --

3            A.  Right off the bat.

4            Q.  -- quickly early?

5                 (Reporter admonishment.)

6            Q.  Why was it lots of $100,000 due to the

7    instamine blocks?  Do you understand what that refers

8    to?

9            A.  (Pause.)

10                Well, I think what it's saying there --

11   yeah, because a lot of the -- because of the

12   instamine blocks, whoever was pointed at the chain

13   when the proof of work went live mined a whole ton of

14   coins really quickly.  You know, a lot of them went

15   to a single -- went to a single address, possibly.  I

16   don't remember exactly where they all went, but they

17   didn't go to GAW, and it happened very quickly.

18           Q.  So that the allocation of those coins

19   should have been more even or at least somehow

20   different, rather than having this many coins go to a

21   single address.  That's what that's --

22           A.  Right.

23           Q.  Because the difficulty was set too low.

24           A.  Correct.

25           Q.  Somebody had a lot of power set up to mine

1                    M. EDEN - 6/26/18

2    immediately and they just generated a whole ton of

3    blocks.  Is that -- that's what you're saying?

4         A.  Yeah.  Somebody made a lot of Paycoin

5    really quick.

6         Q.  And there's the second -- if you look on

7    the next page, the parts of that e-mail we were just

8    looking at that are in italics are just pasted from

9    an e-mail from Jonah Dorman, raising these issues.

10        So I want to ask you about the second one.

11   You can look either in Jonah's e-mail on Page 2 or in

12   the italicized part on Page 1.  "Currently there is a

13   loss of around $100,000 per day since PoS launch due

14   to our prime controllers not staking."  Is PoS proof

15   of stake?

16        A.  Correct.

17        Q.  And what is this problem referring to, if

18   you know?

19        A.  So if I'm not mistaken, this is referring

20   to -- we were initially -- so we were supposed to

21   have prime controllers working and operational when

22   proof of stake went live and that didn't happen.  So

23   we were not able to stake the large amount of coins

24   that we were supposed to be able to because the proof

25   of stake didn't work.

Page 128

M. EDEN - 6/26/18

1

2    Q.   Proof of stake didn't work or the prime --

3    A.   The prime controllers' proof of stake.

4    Sorry.

5    Q.   Okay.  So whatever the algorithms were

6    that were supposed to give these special powers to

7    prime controllers justifying a much larger return to

8    those nodes, that's not functional?

9    A.   Yeah.

10   Q.   And it was causing a loss of $100,000 a

11   day in that extra return --

12   A.   Yeah.

13   Q.   -- potentially?

14   A.   Yes.

15   Q.   Okay.

16   A.   I mean, I don't know that that's

17   justifiable, those numbers, or if that's just

18   something Jonah was pulling out of the air.

19   Q.   It's a negotiation.  Right?

20   A.   Yeah.

21   Q.   All right.

22        (Exhibit 7 was marked.)

23   Q.   This is Exhibit 7.  This is an e-mail from

24   you to Ryan Motley from the end of January 2015

25   forwarding a "Revised Repurchase Program Documents"

1              M. EDEN - 6/26/18

2    and at least one of those documents is attached, you

3    know, to this e-mail as part of this exhibit.

4              MR. SARGENT:  I will note for the

5    record that the -- the copy of the document I

6    have for some reason is missing -- seems to be

7    missing a page based on the Bates number sequence

8    between the end of the e-mail and the first page

9    of the terms and conditions of repurchase.

10        Q.  Do you remember what this repurchase

11   program was?

12        A.  (Pause.)

13             No.  Let me see.  I'm thinking.  GAW had a

14   lot of repurchase programs sort of.  This one appears

15   to be...

16             (Pause.)

17             Oh.  Yeah, I kind of remember this.

18        Q.  What was it?

19        A.  This was -- I think this was the idea Josh

20   or somebody had to sort of implement a price floor

21   for Paycoin, and when, I guess, the price floor

22   wasn't necessarily achievable, which some of us told

23   him was the case way before he even started doing

24   this stuff, was that he would buy back a certain

25   percentage of Paycoin from customers or, you know,

Page 130

M. EDEN - 6/26/18

1

2    Paycoin holders.  The specific price, I don't

3    remember what the exact price was.  I think it was

4    $20 per coin or $1 per coin or -- but, yeah, this was

5    to make up for the -- I think make up for the price

6    floor falling through.

7         Q.  Was this program implemented?

8         A.  I don't think so.  I mean -- I do not

9    believe so.

10        Q.  Do you recall telling Mr. Garza that the

11   price floor was not achievable before he announced

12   it?

13        A.  Yes, many times.

14        Q.  Do you recall other employees of GAW

15   telling Mr. Garza that the price floor was not

16   achievable before he announced it?

17        A.  I mean --

18        Q.  Did you hear those conversations?

19        A.  Not really.  I've had -- I mean, I had the

20   conversation with other people who worked there that

21   were of that opinion, but I don't -- I don't --

22   didn't hear a conversation with them and Josh

23   directly.  I don't recall.

24        Q.  Okay.  That's all I have on that one.

25        A.  Unless they were on the phone with me.  I

1                   M. EDEN - 6/26/18

2      mean, some of them I know were on the conference call

3      with us when I said this to him publicly.  This

4      was -- this was just crazy, though.  The -- the

5      people were all about it.

6              Q.   Which people?

7              A.   The customers, users.  People at Paycoin

8      were --

9              Q.   Enthusiastic about having their Paycoins

10     repurchased by GAW?

11             A.   Yeah.  Yeah.  I guess so.

12             Q.   Because they were concerned about the

13     long-term viability of Paycoin?

14             A.   I would assume.  That, and the fact that

15     it wasn't at the price floor that had been promised.

16             Q.   Okay.

17             A.   Yeah.  And achieving a price floor, you

18     know, I talk -- this was the whole point of

19     contention right there was we said, "okay, look, if

20     you want to implement a price floor, that's fine.

21     You have to open -- you have to basically release a

22     coin and never let it go to another exchange.  You

23     have to central- -- you would have to centralize it."

24     Because as soon as it goes to another exchange and

25     there's enough of it out there where people can get

1                M. EDEN - 6/26/18

2   to it, it's going to be determined by market value

3   and you would, you know, have to continuously buy

4   this stuff off of the exchange in order to drive the

5   price up.  But when you're inflating it with prime

6   controllers, it's -- the value is going to go down.

7          Q.  "Inflating it" meaning issuing more coins?

8          A.  Yeah.  Issuing a lot more coins.

9          Q.  Right.

10         A.  Like rapidly.

11              (Exhibit 8 was marked.)

12         Q.  Do you remember Exhibit 8?  It's an e-mail

13   from you to Evan Lucas February 4th, 2015, forwarding

14   an e-mail from Jonah Dorman dated December 22nd.

15         A.  I remember this.

16         Q.  What do you remember about it?

17         A.  The implementation wasn't really something

18   that was feasible.

19         Q.  Implementation of what?

20         A.  Some of these requests.

21         Q.  Which ones were not feasible?

22         A.  That all HashStakers must have an

23   associated wallet.

24         Q.  That just wasn't something -- why was that

25   not feasible?

1             M. EDEN - 6/26/18

2        A.   Just giving us the system at the time.  We

3    didn't have enough time to implement.

4        Q.   Okay.

5        A.   The HashStaker, the system must function

6    as non -- I mean, effectively, it gave that

7    presentation eventually but --

8        Q.   Which presentation?  What --

9        A.   That it -- that it must function as an

10   online wallet and, you know, it more or less did.

11   Like I said, the system was a simulator, but you

12   could still pull -- you could still withdraw coins

13   off of it.  I imagine a lot of mining -- cloud mining

14   sites are probably set up in a similar fashion for

15   security reasons.

16       Q.   What does this paragraph mean when it

17   says, "Because the Paycoin network does not contain

18   and is not specced to contain a per wallet limiter,

19   the address cannot be exposed to end users"?  Do you

20   understand what that means?

21       A.   Not really.  I don't know what he meant

22   there to say.  But this other part where this wallet

23   must be hosted on a prime controller, that was not

24   possible, I don't believe, at the time.

25       Q.   Why?

1                     M. EDEN - 6/26/18

2        A.   I don't -- I don't remember when the prime

3   controllers actually started working properly, but

4   they were pretty well locked down when they were --

5   and we didn't have a prime wallet set up like that.

6   It was -- they were a little more CPU-intensive than

7   the other wallets.  And the individual wallets

8   weren't staking that way.  I mean, we -- yeah.

9        Q.   Were payouts directly linked to the stake

10  rate of prime controllers?

11       A.   I don't believe they were, like I said

12  before.  I mean, it can be verified as to whether or

13  not they were, but I don't -- as best as I remember

14  it, I thought we were staking it much higher than we

15  were actually.

16       Q.   Paying out?

17       A.   Yes.  If I recall correctly.  I think the

18  stake rate -- the initial stake rate that they

19  implemented on the prime nodes I thought was

20  250 percent.  I could be wrong.  I don't know that we

21  were ever paying out HashStakers at that rate.

22  Again, I mean, I could be wrong.  I just don't think

23  they were.

24            Yeah.  And I don't remember why this

25  wasn't implemented entirely or even mostly, but I do

1                    M. EDEN - 6/26/18

2      know there were technical issues with -- with wanting

3      to do it this way.

4              Q.   Were -- were you intending in your comment

5      when you forwarded this e-mail to be serious that we

6      should implement this stuff now?  For some reason, I

7      feel like we should start implementing a lot of this.

8              A.   Yeah.  I don't know.  We were so

9      backlogged.  I mean -- I don't remember why I would

10     have said it like that, but --

11             Q.   Is there certain sarcasm in that comment?

12             A.   Probably, yeah.

13                  Like I said, this -- it was --

14                  (Pause.)

15                  I don't remember why it said it that way.

16     But, yeah, that's obvious that's my sarcasm for sure.

17     I mean, a lot of this did get implemented, though.

18             Q.   Did it at some point?

19             A.   Yes.

20             Q.   Which part was implemented?

21             A.   Like the prime controllers in the

22     sweepers -- yeah.  See, this is -- this is the

23     problem right there.  This is not the feature

24     request.  This is what was sold and what will be

25     delivered to customers.

1          M. EDEN - 6/26/18

2          Q.  Is that true?

3          A.  Yeah.  I mean, you know, that's --

4          Q.  Are the features being described in the

5     e-mail above that line what were sold to customers?

6          A.  Yeah.  I'm pretty sure if Jonah said that

7     that's what was sold to customers, then that's what

8     was sold to -- then that's what was sold to

9     customers.

10          Q.  But that's not what the system was doing,

11     at least not at this time, February 4th, 2015?

12          A.  Huh-uh.

13          Q.  Some of these may have been implemented

14     later.

15          A.  Or partially at this point.  Some of it

16     was, right?  Like sweeping I'm pretty sure was -- was

17     implemented.

18          Q.  What does sweeping mean?

19          A.  When prime nodes were generating a stake,

20     the excess coins that were on the prime node would

21     get swept off to a different wallet elsewhere.

22          Q.  So they could be paid out to HashStakers

23     or --

24          A.  Right.  And into the -- you know, the

25     operational wallets that contained most of the coins.

1              M. EDEN - 6/26/18

2    I mean, the prime nodes were really only supposed to

3    contain the coins that the prime nodes needed to

4    contain.

5         Q.  Otherwise, would they start staking it

6    like compound interest because of the -- the newly

7    staked --

8         A.  Yeah.

9         Q.  -- would also stake?

10         A.  You got it.

11         Q.  Okay.

12         A.  Which -- yeah.  That was -- that might

13    have actually been why we couldn't do it that way now

14    that I'm thinking about it.

15         Q.  What do you mean, somebody wanted it that

16    way?

17         A.  No.  I mean, I don't think that that part

18    was ever really intentional.  If that was what was

19    happening, then I don't think that would have been

20    something that had been done intentionally.  I think

21    it would have just been done accidently.  I mean, I

22    do remember that we had to release an update for

23    Paycoin that would limit the number of coins that

24    we're staking so it would basically kick the ones

25    that were excess off of that.  Otherwise, it would

1                    M. EDEN - 6/26/18

2    compound it.  So -- but, yeah, it was -- which is

3    why -- because there was no way to meet -- yeah, it

4    just wasn't -- some of this wasn't feasible with the

5    way the Paycoin -- that the prime controllers had

6    been working, adding more coins into a specific

7    address, removing and sending coins from a prime

8    node, that kind of defeats the purpose of having the

9    coins locked up in the first place.  Right.  So --

10   and the prime nodes have to maintain a large balance

11   of coins and no more than that, generally.  I mean,

12   it didn't necessarily compound, but you couldn't add

13   and remove those coins from the prime node, right,

14   while it's running or else it would be staking at

15   that rate once it went below the threshold.  So, you

16   know, the idea that you would put users' wallets on a

17   prime node and have them be able to send and remove

18   coins from it at will is -- and take the staking for

19   the entire thing is just kind of counterintuitive.

20   At that point, it stops staking for everyone who's

21   got a wallet on there and -- yeah, it's not -- not

22   really a feasible thing.

23          Q.   But was that what was sold to customers?

24          A.   Yeah, I believe -- yeah, like I said, it

25   says here that that's what was sold to customers,

Page 139

1                M. EDEN - 6/26/18

2     then, yeah, that's -- then, I mean, generally, it was

3     kind of like the janitor at that point.  So

4     identifying what was sold to customers and whether or

5     not it could be delivered was, you know, part of what

6     he was trying to fix.  Establishing the feasibility

7     of it was a completely different issue and this

8     was -- and what they sold and what was actually

9     happening was kind of a mess.  But it was -- I mean,

10    honestly, that was kind of par for the course.

11    Right.  It was -- that whole -- the whole idea of

12    them selling something that they couldn't actually

13    deliver was not a new concept.

14                (Exhibit 9 was marked.)

15         A.   Oh, dear.

16         Q.   No. 9.  Do you recognize the names?

17         A.   I don't recognize that just looking at the

18    names on here.

19         Q.   What you mean, the Adam Lucas or the names

20    of the different Hashlets?

21         A.   The names of the different Hashlets.

22         Q.   What do the -- what do the numbers

23    represent on here, do you know?

24         A.   Yeah, I believe these...

25                (Pause.)

Page 140

M. EDEN - 6/26/18

1

2          Yeah, I believe these are actually

3     capacities, if I'm not mistaken.

4          Q.  What do you mean by capacity in this

5     context?

6          A.  Yeah, I don't know which capacity

7     specifically, but, overall, like the amount of

8     capacity, like what's -- users owned on the system.

9          Q.  So would that mean that -- let's look at

10    the CleverHashlet, the first item.

11         A.  Oh, no, my bad.  These are, yeah, the

12    number of those Hashlets.

13         Q.  What -- no --

14         A.  Sorry.  What is the -- yeah, so what is

15    the count of each type of Hashlet that's left in

16    ZenCloud.

17         Q.  You mean that there were 4,089

18    CleverHashlets?

19         A.  Yeah.

20         Q.  What does "MH" mean?

21         A.  Those are megahash Hashlets.  Those were

22    pointed at -- I think there might have been a clever

23    pool or something like that.

24         Q.  So for CleverHashlet, it says 4089.000

25    megahash.

1                    M. EDEN - 6/26/18

2          A.  Yeah.

3          Q.  So does that mean there were 4,089

4     CleverHashlets sold or does that mean that the

5     CleverHashlets were sold to a level of hashing power

6     of 4,089 megahash?

7          A.  For the -- if it says megahash, that's

8     probably what it was.

9          Q.  Okay.

10         A.  Maybe.  I guess.

11         Q.  Do you know --

12         A.  It's hard to say with those.

13         Q.  You mentioned earlier, I think off the

14    record, some databases that the company maintained.

15    Do you know what database this would have come out

16    of?

17         A.  That data would have come out of the SQL

18    database.

19         Q.  What's tracked in the SQL database?

20         A.  Everything.

21         Q.  Including, for example?

22         A.  Ownership of Hashlets, how many there

23    were.

24         Q.  Okay.  Hashing power?

25         A.  Hashing power.  The amount -- well, no.

1                    M. EDEN - 6/26/18

2        Q.   No?

3        A.   Not physical hashing power.

4        Q.   Not true hashing power, but a hashing

5   power that was sold to the customer?

6        A.   Well, yeah, sort of.

7        Q.   Why do you say "yeah, sort of"?

8        A.   Because the database was a giant mess.

9   But at this point there had been hacks on the

10  database.  I mean, there had been issues with

11  Hashlets that had been split and/or destroyed on

12  accident, or I mean, any number of different things.

13       Q.   Would it track a number that was at

14  least -- prior to any corruption in the database or

15  problems with it, it was attempting to track a number

16  that represented the hashing power that was sold in

17  association with a particular Hashlet?

18       A.   Right.  And I don't remember what the

19  hashing power of some of these were.  Like, I mean,

20  they -- like the Hashlet Genesis, I could be wrong, I

21  thought that was like a 10 gigahash Hashlet.  I

22  think.  I'm pretty sure those were the three Hashlets

23  that were given away.

24       Q.   Okay.  So the fact that there's --

25       A.   1.68 million.

1                    M. EDEN - 6/26/18

2         Q.  -- over a million --

3         A.  Right.

4         Q.  -- suggests that they were -- that's the

5    number of Hashlets?

6         A.  Yeah.  Yeah.  Which means you would take

7    the 1.69 million and then multiply it by 10, and then

8    that would be -- I think -- or I don't remember if

9    they were 10 mega -- 10 gigahash Hashlets or 100

10   giga -- I thought it was 10 gigahash, but you

11   multiply by 10 and that would be the total amount of

12   hashing power that was available for that Hashlet,

13   I'm pretty sure.

14        Q.  Did the SQL database track sales of

15   HashStakers?

16        A.  Yes, most of them.

17        Q.  Why do you say "most"?

18        A.  Because there were so many different

19   places that purchases came in through.

20        Q.  So purchases through most sources would go

21   to the SQL database?  What sources would not go to

22   the SQL database?

23        A.  Well, it would all eventually go to the

24   SQL database.  Right?  So, I mean, technically, yes,

25   but you wouldn't know -- some of them came in as

Page 144

M. EDEN - 6/26/18

1

2    redeemable codes.  So you wouldn't necessarily know

3    the source, where it came from, whether it came from

4    Shopify, or whether it came from a credit card

5    purchase, or a wire transfer, or whatever.  Or from,

6    you know, a Bitcoin transaction.

7         Q.  Okay.

8         A.  So, yeah, but, I mean, eventually it was

9    supposed to show, you know, a complete path of

10   ownership.  But some of these guys used the system

11   and just generated -- because you can -- if you

12   bought -- you know, if somebody sold one, they could

13   just go into the system, right, and -- and create it

14   at will, because it's just like, you know...

15        Q.  Create what?  You mean a Hashlet?

16        A.  Yeah.

17        Q.  Meaning that they didn't have to identify

18   it to any particular underlying hashing power or

19   computer or anything?

20        A.  Correct, yes.

21        Q.  You just create an entry in the SQL

22   database and magically a Hashlet would appear?

23        A.  Yes.

24        Q.  Regardless of the hashing power that was

25   available?

1                  M. EDEN - 6/26/18

2          A.   Correct.

3          Q.   It also tracked sale of HashStakers in the

4     SQL database?

5          A.   Yes.

6          Q.   What about -- sales of Paycoin and

7     ownership of Paycoin would be tracked in the Paycoin

8     block chain.  Correct?

9          A.   No.  It's also in the SQL database.

10         Q.   So a Paycoin block chain doesn't identify

11    a particular Paycoin to an address?

12         A.   Not on the system.

13         Q.   Well, separate from this system does it

14    identify an address that owns a particular Paycoin?

15         A.   Yes, absolutely.

16         Q.   But then you separately also tracked

17    ownership of at least sales of Paycoin in the SQL

18    database.  Right?

19         A.   Yes.

20         Q.   But if a customer bought a Paycoin from

21    you, and that was recorded in the SQL database, that

22    customer later sold that Paycoin or used it to buy

23    something, the SQL database wouldn't necessarily

24    track that, but the Paycoin block chain would?

25         A.   No.  If the customer bought a Paycoin,

1                    M. EDEN - 6/26/18

2      and -- it bought it and it was on the system, then it

3      would --

4           Q.  Wait.  Let me stop you.  The "system"

5      meaning SQL?

6           A.  Yes.  ZenCloud, PayBase, take your pick.

7      If a customer bought Paycoin and it was on that

8      system, then it wouldn't be tracked on the Paycoin

9      bought chain necessarily, right, because it would

10     basically just be in the big chunk of Paycoin that

11     GAW had in the operational wallet.

12          Q.  So there wouldn't have to be a transfer at

13     that point on the block chain?

14          A.  Correct.

15          Q.  The ownership of the Paycoin could be

16     tracked in SQL?

17          A.   It was tracked in SQL.  Now, if the

18     customer withdrew the coin from ZenCloud or PayBase,

19     then -- you know, then it would create a transaction

20     on the block chain when it sent it to the external

21     address that they wanted to send it to.

22          Q.  Right.  And at that point it wouldn't be

23     tracked in SQL anymore?

24          A.  Correct.  Yeah.  That was where the --

25     that's when it would disconnect and it -- yeah.

1                M. EDEN - 6/26/18

2         Q.  So what other databases in addition to the

3   SQL database did GAW maintain, that you're aware of?

4         A.   Well, there was the cloud mining database

5   that was separate, and there was a Mongo database

6   that we transitioned off of at some point in 2014,

7   so -- because the database that they were using, I

8   guess, when we -- when I first got there didn't

9   scale, and especially -- yeah.  It didn't scale.

10            So we had to basically use something that

11  was more efficient for managing this type of data,

12  and they were using a -- you know, a MongoDB, which

13  is kind of not very efficient for large -- you know,

14  a very large system.

15        Q.  So that -- is a Mongo database what was

16  transitioned to SQL?

17        A.   Yeah.

18        Q.   Okay.  What was in the cloud mining

19  database?

20        A.   I would imagine all of the cloud-hosted

21  miners.

22        Q.   So sales of cloud-hosted miners, as far as

23  you know, weren't being tracked in Mongo or later

24  SQL?

25        A.   No.  No.  Because at a point, right,

<p style="text-align:center">M. EDEN - 6/26/18</p>

1
2  people were ordering cloud-hosted miners, but not

3  receiving miners.  So, like, for instance, the

4  Volcano is the best example I can think of this.  And

5  it was this giant Litecoin miner that was supposed to

6  have been released by Zeus Mining and then re-branded

7  by GAW, but the miner was never released but there

8  was still a ton of them sold.

9         Q.  It was called -- it was sold by GAW as the

10  Volcano miner?

11         A.  I believe so.

12         Q.  "Cloud-hosted" to be hosted by GAW?

13         A.  Right.

14         Q.  Got it.

15         A.  And so then --

16         Q.  But it never existed?

17         A.  It never existed.  And it was transitioned

18  into ZenCloud instead of cloud mining and yeah, that

19  was --

20         Q.  Well, "transitioned into ZenCloud."  Does

21  that mean it became --

22         A.  Basically --

23         Q.  -- a Hashlet?

24         A.  Uh-huh.  Yeah.

25              (Discussion off the written record.)

Page 149

1                    M. EDEN - 6/26/18

2                    THE VIDEOGRAPHER:  Off the record

3       at 12:59.

4                         (Break.)

5                    THE VIDEOGRAPHER:  Back on the

6       record at 1:16.  This begins Tape No. 2.

7            Q.  On a break you were starting to say

8       something about the numbers on Exhibit 9 not being

9       right.  Do you want to just go ahead and explain?

10           A.  I mean, I don't -- I don't know exactly

11      what the -- the numbers are representing in terms of

12      hash power.  But I mean, I recognize some of these

13      Hashlets.  And there were a lot more of those

14      Hashlets than is listed here.  Like the Vegas

15      Hashlets, it says "20.0000."  And I know there were a

16      lot more Vegas Hashlets than that, I know there were

17      a lot more HauntedHashlets than that, the

18      Legendary -- yeah.  There were a lot more of these

19      than is in this e-mail.  I mean, and you could verify

20      that in the database, but...

21           Q.  I was going to say, you said you

22      remembered something about "this," about generating

23      this list or about this e-mail?

24           A.  Yeah.  Sorry.  I do remember.

25           Q.  What do you -- how do you remember?

1                M. EDEN - 6/26/18

2          A.  When Evan was generating this list, and

3     there was a lot of -- when I look at this list, I

4     didn't think that the numbers were right, so we went

5     back to the system is where we started to identify a

6     lot of the inconsistencies in the data, especially as

7     it pertained to the amount of hashing power that was

8     represented on the system, so...

9          Q.  Was that ever corrected?

10         A.  No.  No, it's just still really difficult

11    when you go through there because there was so many

12    issues that occurred over time with devices being

13    deleted and -- and reinitialized there were -- it was

14    just a whole development process issue that -- how

15    they managed the devices and how they deleted them

16    that made some of them more difficult to track in the

17    database than -- than others based off, you know, the

18    number of times it had been split or deleted or

19    changed.

20              Yeah, so determining how much hashing

21    power was actually on there was -- was difficult,

22    but -- and that's the other thing.  I think this was

23    after the conversion as well, so...

24         Q.  Which conversion?

25         A.  The Hashlet to HashStaker conversion.

M. EDEN - 6/26/18

1  Right?  And also after the cloud mining conversion.

2  Because there was a point when all of the people who

3  had cloud miners that were hosted through GAW cloud

4  mining were forcibly converted over to Hashlets.

5       Q.  And then was there a point when the

6  Hashlets were forcibly converted to something else?

7       A.  I don't recall.  I know there was a point

8  when the Hashlets -- when you had the opportunity to

9  convert your Hashlet into a HashStaker.  Right?  I

10  mean, that was even referenced in some of these

11  e-mails back here.  But I don't remember that we ever

12  actually forcibly converted the HashStakers -- or the

13  Hashlets into HashStakers, but I do know that there

14  was a point when the value of the coin dropped so low

15  by then that it was no longer profitable to mine, and

16  the Hashlets basically weren't doing anything anyway.

17            So if you had a Hashlet and you didn't

18  convert it to a HashStaker, you were -- basically it

19  was just sitting there doing nothing, so...

20       Q.  Do you know why this data was assembled

21  that's in this e-mail?

22       A.  No, I don't remember why.  I think it's

23  because Josh asked for it, but...

24            (Exhibit 10 was marked.)

```
 1              M. EDEN - 6/26/18
 2       Q.   I'm handing you Exhibit 10.
 3       A.   Oh, gosh.  Wow.
 4       Q.   This is a copy of what I think is known as
 5  the Paycoin White Paper.  Do you recognize it?
 6       A.   I do.
 7       Q.   Do you remember this being available
 8  through the GAW Miners website?
 9       A.   Yeah.
10       Q.   I just have a -- we've already covered a
11  lot of the material in here, but I have a couple of
12  questions.  Unfortunately there's no page numbers.
13       A.   Yeah.
14       Q.   Turn to the ninth page, which has a
15  caption at the top that says "5 Technical Coin
16  Specifications."
17       A.   Yes, sir.
18       Q.   And do you see this is a discussion of
19  the -- we talked about this earlier, the initial
20  proof-of-work period for Paycoin?
21       A.   (Nods.)
22       Q.   And you said there was a proof-of-work
23  period for Paycoin?
24       A.   Yes, there was.
25       Q.   And you see in the second paragraph, it
```

1                    M. EDEN - 6/26/18

2    says "During the proof-of-work phase the

3    'thermodynamic, reverse corollary, difficulty

4    algorithm' will dictate a $12.5 million coin mintage

5    limit."  Is that true?

6           A.  Yeah, I don't know.

7           Q.  Do you know if there was a thermodynamic,

8    reverse corollary, difficulty algorithm associated

9    with Paycoin?

10          A.  You know, I'm sure that you could

11   interpret.

12          Q.  What does that mean?

13          A.  I have no idea.  I didn't write that.

14          Q.  Well, do you think it means anything?  Is

15   there such a thing as a thermodynamic, reverse

16   corollary, difficulty algorithm?

17          A.  Apparently there is.  I don't know that it

18   was ever developed, but maybe it's only a theoretical

19   algorithm.

20          Q.  Do you know -- so you don't know one way

21   or the other if anyone at GAW Miners developed a

22   thermodynamic, reverse corollary, difficulty

23   algorithm?

24          A.  Yeah, I don't believe so.

25          Q.  You don't believe they did?

Page 154

1                      M. EDEN - 6/26/18

2          A.   No.

3          Q.   Was there an algorithm that dictated the

4   number of coins minted during the proof-of-work

5   period?

6          A.   No.  I mean, it wasn't an algorithm.  It

7   was just a configuration setting.

8          Q.   Just a limit set --

9          A.   Yeah.

10         Q.   -- correct?

11         A.   Correct.

12         Q.   So the suggestion that that $12.5 million

13  limit was set through some complex algorithm is

14  false?

15         A.   (Pause.)

16              I couldn't say one way or the other.  I

17  just know that -- that the number of coins that can

18  be minted during the initial phase was -- was limited

19  basically by a configuration setting.  And then in

20  order to switch off the proof of work, we actually

21  had to, I believe, do an actual software update and

22  fork everything.

23         Q.   The second column, it says "As the

24  difficulty rises, the reward will inversely

25  correlate, seeking an equilibrium between the amount

1                       M. EDEN - 6/26/18

2       of work accomplished to process transactions, and the

3       reward structure accomplishing the work."

4                 Do you recognize that as something that

5       the Paycoin software did?

6            A.   No, I did not.  No, I do not.  I mean, the

7       reward was pretty much static.

8            Q.   When it changed at all, what would cause

9       it to change?

10           A.   I guess it's all open to interpretation.

11      Right?  It depends on what you -- you know, it

12      depends on what they mean by "reward."  It depends on

13      what they mean by -- I mean, you could look in -- in

14      one way that could be true.  In another way, not.

15           Q.   How could it be true?

16           A.   I guess because in theory it could be --

17      you could interpret it as how proof of stake works, I

18      guess, in a --

19           Q.   Well --

20           A.   -- in a sort of way.

21           Q.   -- wasn't the reward for proof of stake

22      fixed?

23           A.   Yeah, but the -- the stake, but, you know,

24      the -- the difficulty was a stake -- the -- I guess,

25      yeah, it was absolutely fixed, but I guess the number

1                 M. EDEN - 6/26/18

2    of transactions on the network, you know, would

3    probably impact the stake rate.  So raising

4    difficulty in the requirements for actually

5    generating a stake.

6         Q.  Did the Paycoin network utilize a

7    five-network confirmation protocol?

8         A.  Did the Paycoin network utilize a

9    five-network confirmation protocol?  No, it did not.

10   I mean, I know that -- not the five-network protocol.

11   We had spec'd something different than the 51 percent

12   consensus.  It was more of a lightning network type

13   of implementation, but we never built it.

14        Q.  If that had been built, would it be

15   accurately described as a five-network confirmation

16   protocol?

17        A.  I mean, I don't know.  I guess -- I guess

18   if you built it that way, sure.  But I don't -- I

19   don't even know exactly what that means, so...

20        Q.  On the next page in the first column,

21   second paragraph.

22        A.  Yes.

23        Q.  Do you see the sentence that says -- it's

24   addressing the "sudden block reward halving"?  Do you

25   know -- do you understand that problem from Bitcoin?

Page 157

1                    M. EDEN - 6/26/18

2          A.  It's not a problem.  It's just an

3     inevitability.

4          Q.  A feature of Bitcoin is --

5          A.  It is --

6          Q.  -- at a certain block number, the reward

7     will change, it would cut in half?

8          A.  Right.  It is a feature, actually.  I

9     mean, initially it was put in place to address

10    inflation, which is why it was part of the original

11    algorithm.  So this amount of block coin that's

12    created on the network is cut in half every, you

13    know, so many thousands of blocks.

14         Q.  But if that modification occurs at a

15    certain predetermined point in time, there can be a

16    radical change from right before to right after that

17    point in the size of the reward for generating a

18    block.  Is that right?

19         A.  Well, yeah, half exactly, 50 percent.  So

20    I guess, yeah, technically that's radical and sucks

21    for miners, but it also does cause the price to

22    generally go up a little.  You can't really determine

23    the exact point in time.  You can just basically get

24    a decent estimate, you know, like -- yeah.  Sorry.

25         Q.  Is that -- is that the problem that -- or

1        M. EDEN - 6/26/18

2   is that the issue with Bitcoin, that this particular

3   section of the White Paper on Paycoin is addressing?

4        A.  (Pause.)

5            This is just -- I'll be honest.  This is

6   awful.

7        Q.  What do you mean by "awful"?

8        A.  Just there's very little technical -- this

9   is all just buzz -- buzz words.  It's not -- I mean,

10  "A 'Growth-Protection' reward scheduling system,

11  derived from thermodynamic closed systems, exchange

12  of energy."

13       Q.  Yeah, what does that mean?

14       A.  Yeah, you got me.  I guess it means

15  computers.

16       Q.  Did -- did Paycoin implement a

17  growth-protection reward scheduling system, derived

18  from thermodynamic closed systems?

19       A.  In theory I guess.  Technically a person

20  is a thermodynamic closed system.

21       Q.  Well, what is --

22       A.  I don't know about growth protection.  It

23  was more like growth acceleration.

24       Q.  Was there a rewards scheduling system or

25  was the reward for generating a block fixed?

                    M. EDEN - 6/26/18

1

2        A.  The reward for generating a block was

3    variable on -- for --

4        Q.  Based on?

5        A.  Based on whatever was such in the source

6    code.

7        Q.  Well, what would cause the block reward to

8    change?  Was it just a manual setting?

9        A.  Pretty much in the code.

10       Q.  Was there any algorithm built in that

11   could modify that setting?

12       A.  No.  I mean, we -- we worked at it and

13   tried to put one in place that would be something

14   similar to having to update it every three to six

15   months to change out the stake rate, but it was never

16   successful.

17       Q.  Were you aware of any equation that anyone

18   was using to set that parameter?

19       A.  No, there was no equation that anybody

20   used to set that parameter.

21       Q.  Thermodynamic or otherwise?

22       A.  Yeah, thermodynamic or otherwise, there

23   was no equation that was used to set that parameter

24   that I know of.  Yeah, no, that's --

25       Q.  Turn the page one more time to Section 5.2

1           M. EDEN - 6/26/18

2    "PoS," proof of stake.

3           A.  Definitely a POS.

4           Q.  So the first sentence I want to ask you

5    about is right above the graph in the first column.

6    "Coins that have matured to 30 days generate a stake

7    of approximately 0.4 percent each month."

8               Is that accurate?

9           A.  I have no idea.  That looks like possibly

10   the first initial stake rate was set -- so it's --

11   .4 percent each month would be -- I guess it says

12   5 percent APY, so...

13          Q.  That was my next question, is that.  Is

14   Footnote No. 2 where it says, "The overall stake is

15   equivalent to 5 percent APY with monthly stake

16   periods," is that accurate?  Is that what it was set

17   to?

18          A.  I don't recall.  I thought it was higher

19   than that, but I could be wrong.  It might have been

20   set to 5 percent.  I know at one point it got raised

21   a lot.  But this was all -- a lot of the

22   modifications that occurred to Paycoin happened post

23   GAW so -- and that was, you know, like any of the

24   cool stuff that got enabled on Paycoin was enabled

25   after there was no GAW.  And a lot of it had nothing

Page 161

1                    M. EDEN - 6/26/18

2      to do with anything that was in the White Paper and

3      it was decided basically on a voting mechanism.

4      People who had Paycoin were able to basically

5      contribute votes to the direction of the -- of the

6      platform after a certain point and determine stake

7      rates and things like that.  There was never an

8      equation that did it.  But it was changed and, you

9      know, updated over time.

10                    MR. SARGENT:  That's all the

11     questions I have.

12                    MS. ECHENIQUE:  In general or --

13                    MR. SARGENT:  In general.

14                    THE WITNESS:  All right.

15                    MR. SARGENT:  Do you want to go

16     off the record for a second or are you ready to

17     go?

18                    MS. ECHENIQUE:  We can go off the

19     record.

20                    THE VIDEOGRAPHER:  Going off the

21     record at 1:33.

22                         (Break.)

23                    THE VIDEOGRAPHER:  We're back on

24     the record at 1:38.

25                         EXAMINATION

Page 162

M. EDEN - 6/26/18

2  BY MS. ECHENIQUE:

3        Q.  I introduced myself earlier, but I'm Sara

4  Echenique with Hughes, Hubbard & Reed and we

5  represent Stuart Fraser, the defendant in this

6  proceeding.

7               You were just talking during the break

8  about what happened with Paycoin after the companies

9  were wound down.  I was wondering whether you could

10  summarize that again for us on the record.

11        A.  The majority of the owners of Paycoin

12  voted to fork the source.  The coin basically stop --

13  they voted to fork a chain, I guess.  I don't

14  really -- I don't know the specifics of -- of exactly

15  what they did, but, effectively, there was a

16  one-to-one trade for Paycoin to another coin at one

17  point and so if you chose to convert your Paycoin and

18  burn it and basically offered proof that you burned

19  it, then you were issued a new coin in exchange for

20  that.  So, I mean -- and, yeah, that's on a

21  completely separate network and I don't really know a

22  lot about it.

23        Q.  What was the name of the coin again?

24        A.  I believe it was Ionamin or Ion.  There is

25  confusion there because I think there is another coin

Page 163

1        M. EDEN - 6/26/18

2   called Ion as well.  I don't -- I don't know.

3        Q.  Do you remember when that happened,

4   what -- at what point in 2015 or 2016?

5        A.  I do not remember when.  Longer than a

6   year ago.

7             (Discussion off the written record.)

8        Q.  I have a few housekeeping questions, just

9   generally.  Do you remember what your handles were or

10  your avatar names at this time on the forums that you

11  had mentioned like Bitcoin Talk and that sort of

12  thing?

13       A.  I really didn't get on the forums a lot.

14  If I did have a user handle on there, it was usually

15  XMK3.

16       Q.  Across all of them?

17       A.  Pretty much, yeah.  Like I know there were

18  forums that -- HashTalk and those kind of forums and

19  I have account on there, but I never posted -- I

20  hardly ever posted anything on there.  I hardly ever

21  posted anything on Bitcoin Talk so I'm not -- not big

22  on forums.

23       Q.  What were you doing employment-wise before

24  you were employed by GAW?

25       A.  Mostly LeaseRig at that point.

Page 164

M. EDEN - 6/26/18

1

2      Q.  Were you receiving a salary?

3      A.  From LeaseRig?  Profit share.  Bitcoin, I

4  guess, crypto for miners.

5      Q.  Do you know approximately what it would

6  translate to in fiat?

7      A.  I do not at this point know what it would

8  translate to in fiat.  It's so variable.  Right.

9  Because the value has gone from what it was then to

10  what it is now, and which of those coins I would

11  still have at this point, I have no idea.

12      Q.  You spoke earlier at the very beginning

13  about how Garza got in touch with you and about how

14  that led to the LeaseRig agreement.  Did you know

15  anything about Garza before he got in touch you?

16      A.  In what context?

17      Q.  Well, had you heard of him before?

18      A.  Yes, because of the -- yes, we sold miners

19  and had ZenCloud and I had bought miners from them,

20  as well as, I guess, Hashlets.  Not many, but a

21  couple.

22      Q.  Did he have any -- any reputation in the

23  community at that time?

24      A.  I'd say it depends on who you ask.

25      Q.  But, in your opinion, did you think

Page 165

M. EDEN - 6/26/18

1

2      anything about him in terms of the work he was doing?

3            A.   I tried not to really have too much of an

4      opinion.   Just kind of -- no, not -- I mean -- my

5      business partner hated him, but he seemed like -- and

6      when I first met him, he seemed like an all right

7      person and -- and generally seemed like he was trying

8      to do the right thing, I guess, initially.   So that's

9      how I felt the first time I talked to him and met

10     with him.   He seemed kind of visionary, but yeah.

11           Q.   Do you recall what your salary was in 2014

12     when you signed on with GAW?   I think we actually

13     have you -- it might be in the exhibit.

14           A.   Yeah.

15           Q.   Exhibit 1.

16           A.   I think it said 65,000.   Exhibit 1.   There

17     it is.   That was pretty much it.

18           Q.   So we talked about -- we're looking at

19     Page 3 of Exhibit 1 which is the cover e-mail and the

20     employment offer that Garza sent to you.   There is a

21     performance and equity component.   Can you describe

22     what you understood those to mean at the time?

23           A.   I would have to -- I don't know what

24     performance meant.   I never received anything for

25     performance.

Page 166

1                M. EDEN - 6/26/18

2           Salary was pretty much static.  The equity

3     agreement I...

4           (Pause.)

5           Yeah, that was never received, either.

6              THE REPORTER:  What did you say?

7              THE WITNESS:  I said that was

8     never received, either.

9        A.  I was there for 12 months.  So I don't

10    know what the equity agreement was, specifically.

11       Q.  What did you understand equity to mean at

12    that point?  Did you think it was a share of the

13    company or product?

14       A.  Probably.  Or profit sharing.  It says an

15    additional 75,000 of GAW Miners, LLC equity plan will

16    be awarded.  Yeah.  I wasn't really all that

17    concerned, to be honest, about the equity aspect of

18    it with that.  But I just don't know -- I'm assuming

19    from what I read there it was some kind of stock

20    equity agreement, but it was never really explained.

21    I don't think it had anything to do with LeaseRig,

22    though, based off of what I'm reading.

23       Q.  Do you recall whether it was -- whether

24    you spoke about it other than what you received in

25    this e-mail or whether you ever clarified what

Page 167

M. EDEN - 6/26/18

1

2    equity -- what they meant by equity?

3         A.  Not in reference to this offer letter, no.

4    I don't believe I did.  I mean, I'm sure I must have

5    talked to somebody about it at some time, but I don't

6    remember, specifically.

7              (Exhibit 11 was marked.)

8         Q.  I'm handing to you Exhibit 11.  It's not

9    stapled so just watch out.

10        A.  All right.

11             MR. SARGENT:  This is Exhibit 11?

12             MS. ECHENIQUE:  Yeah.

13        A.  Yeah.  I remember this, too.

14        Q.  I'm sorry?

15        A.  I remember this, too.

16        Q.  What is it?

17        A.  A rescission agreement.

18        Q.  A rescission of what?

19        A.  A rescission of -- of the asset purchase

20    agreement between GAW Miners and LeaseRig, LLC.

21        Q.  Is there a reason why Jonah is not

22    included on this agreement?

23        A.  No.  I don't know.  You'd have to ask

24    Jonah.

25        Q.  I'll give you a chance to look it over.  I

Page 168

1                    M. EDEN - 6/26/18

2        have a few specific questions.

3             A.   Okay.

4        I guess my question is why are there --

5             Q.   Oh, do you have other papers in there?

6             A.   How many pages are on here?  I think it's

7        only three pages long.  Right?

8             Q.   Yeah.  We can separate that out.

9                  MS. ECHENIQUE:  Separate this out.

10            A.   Or is this a different one?

11            Q.   Yeah.  So there is two agreements in

12       there.  We'll separate it out.

13            A.   This is the first one?

14            Q.   Yes.  The rescission agreement.  It says

15       it was effective March 26th, 2015.  Do you recall why

16       you entered into this agreement?

17            A.   You mean technically or --

18            Q.   What was it -- what were you trying to do

19       with it?

20            A.   Well, if I recall correctly, GAW Miners

21       did not meet the obligations set forth in the asset

22       purchase agreement for LeaseRig and so I was trying

23       to basically separate LeaseRig, LLC back out from GAW

24       miners, as well as the rights to the intellectual

25       property to the LeaseRig, LLC.

Page 169

1                    M. EDEN - 6/26/18

2          Q.   It says here that all payments that have

3    been made would be considered commissions and then it

4    talks about "Paycoin Prime Controller Wallets."  Can

5    you talk about a little bit about that.

6          A.   Which part?

7          Q.   I'm looking at Paragraph 2 under the

8    "Consideration" section.

9          A.   Yeah.  I kind of do remember this a

10   little.

11   There was a point where Josh Garza had taken off

12   from the company and left the country and he had

13   requested that I send him all of the intellectual

14   property of the company, as well as all of the

15   Paycoin prime node wallet, their keys, and the

16   servers that they had been moved to, as well as

17   all of the wallet management code and, yeah,

18   basically a lot of the Paycoin management code

19   that we had developed, as well as the prime nodes

20   that were owned by customers.  So -- yeah.  I

21   don't know if that answers your question, though.

22         Q.   Well, this was attempting to address his

23   request or it was -- were you trying to get around

24   his request or --

25         A.   What was his -- oh, his request?  No.  I

1                     M. EDEN - 6/26/18

2    wasn't trying to get around anything.

3           Q.   I guess I'm trying to understand how --

4    how this relates to his request.

5           A.   Which request is that?

6           Q.   When he said that he was abroad and he was

7    asking you to transfer IP --

8           A.   Oh, yeah.  No, I wasn't --

9           Q.   -- and all that information.

10          A.   Yeah.  Well, of course, we were in the

11   middle of an FBI investigation and an SEC -- or an

12   SEC investigation at the same time and we had been

13   instructed to wind down the companies -- or the

14   company.

15          Q.   Instructed by who?  I'm sorry.

16          A.   We received a letter from the SEC.

17          Q.   Instructing you to wind down the

18   companies?

19          A.   Or instructing the company to wind down.

20               (Pause.)

21               I'm trying to read the little -- right.

22   So he had already moved 15 of the prime nodes over to

23   a third party in Australia by the time we had gotten

24   done this.  They were supposed to be taking over -- I

25   don't know.  He was trying to build another exchange

Page 171

1                    M. EDEN - 6/26/18

2   or something off-site.  He was effectively trying to

3   liquidate assets from the company and move them into

4   other companies.

5            Q.  When you say "he" you're referring to Josh

6   Garza?

7            A.  Uh-huh.  Yes.  All the documentation for

8   that basically surfaced at that point.  You know,

9   files and evaluations, as well as the companies that

10  had been formed up.  Theoretically they had never

11  completed the actual asset purchase agreement or

12  fulfilled their obligations.  And so they didn't know

13  any of the intellectual property that was generated

14  by me or Jonah at the time.

15  So I wasn't going to hand him all of the

16  intellectual property of the company, as well as,

17  you know, the Paycoin tech that had been

18  developed to basically take to Dubai.  So this

19  was, you know, at the behest of a lot of the

20  customers.  They were -- yeah.  Basically a lot

21  of people asked that everything just be stopped.

22  And so everything was stopped for a while.  But I

23  mean...

24            Q.  Did you negotiate that agreement directly

25  with Garza?

1                    M. EDEN - 6/26/18

2        A.  No.  I negotiated it through his attorney.

3   I don't remember his attorney's name, but it was

4   mostly through an attorney, and some of it I did

5   negotiate -- I did talk with Josh about as well.

6            (Exhibit 12 was marked.)

7            Q.  This is the other part of what we were

8   talking about, Exhibit 12.

9                MR. SARGENT:  So the BlockChain

10  Innovation Corp. is 12?

11               MS. ECHENIQUE:  Yes.

12           Q.  Do you recognize this document?

13           A.  I do.

14           Q.  What is it?

15           A.  I believe it's a contractual agreement

16  between GAW Miners, LLC; PayBase, LLC; Business

17  Technology for Cryptocurrency, LLC; and BCI or

18  BlockChain Innovations.

19           Q.  And the signatures on the final page are

20  yours and Garza's?  You on behalf of BlockChain

21  Innovations Corp. and Garza on behalf of GAW Miners,

22  PayBase, and Business Technology for Cryptocurrency?

23           A.  I have no idea if that's -- all I know is

24  Josh did DocuSign the document.  So I guess that's

25  his signature.

Page 173

M. EDEN - 6/26/18

2      Q.   And you were signing on behalf of

3  BlockChain Innovation Corp.?

4      A.   Yes, that's correct.

5      Q.   What is BlockChain Innovation Corp.?

6      A.   It was just a corporation that was created

7  specifically to manage that contract initially, so...

8      Q.   What was the contract trying to do?  Were

9  you going to be staying on as consultant or something

10  like that with the companies as they wound down?

11      A.   Right.   We were basically going to wind

12  down the company.

13      Q.   "We" meaning?

14      A.   The majority of the employees that were

15  left after the layoffs.

16      Q.   And you negotiated that with Garza as

17  well, or with his attorney?

18      A.   Yeah, with the attorney.

19      Q.   We're going to change gears a little bit.

20  I was hoping to learn a little bit more about the

21  various products that the companies provided.  I know

22  you spoke at length about them earlier.

23          But I'm trying to understand, do you

24  recall approximately how many different types of

25  Hashlets or products the companies offered?

1                        M. EDEN - 6/26/18

2          A.   I do not know or remember approximately

3     how many.

4          Q.   Were they more than ten?

5          A.   Definitely.

6          Q.   More than 20?

7          A.   Possibly.

8          Q.   More than 100?

9          A.   I couldn't tell you.  I know there were a

10    lot.

11         Q.   Was it tracked anywhere?

12         A.   In the database.

13         Q.   Which database?

14         A.   Multiple databases.

15         Q.   Are those the ones that you referenced

16    earlier that you have copies of?

17         A.   Yes.

18         Q.   When a Hashlet was released was there a

19    limited number offered of each Hashlet?

20         A.   Some of them.

21         Q.   So how was -- who determined whether there

22    would be a limited number or not?

23         A.   Somebody above my pay grade.  That doesn't

24    necessarily mean that that was actually accomplished.

25    A lot of -- you know, there were several instances

Page 175

1                         M. EDEN - 6/26/18

2      where they were way oversold.  Problems with the

3      system.  "Limited edition" didn't necessarily mean

4      limited edition.

5           Q.  How was the price determined for each of

6      the products?  Was it the market?  Was it based on

7      the hashing power, or just something totally

8      different?

9           A.  No idea.  Yeah, I never determined a price

10     for a product.

11          Q.  Okay.

12          A.  Yeah, but this -- I mean, these agreements

13     here were more or less our best attempt at making

14     customers whole.  And the majority of them, as

15     opposed to all of their equity being effectively

16     lost, they were able to recoup some amount of what

17     was left.

18               By the time we had finally taken

19     everything over, there were -- I mean, like I said,

20     there is thousands and thousands of Bitcoin that were

21     associated with the wallet accounts that GAW

22     maintained before BitGo that still have never been

23     really accounted for, even though Bitcoin that went

24     to the BitGo wallets was never really completely

25     accounted for, so -- but, yeah, that's -- I don't

1              M. EDEN - 6/26/18

2    know.  Probably another story.

3              (Exhibit 13 was marked.)

4         Q.  This is Exhibit 13, I think.  Do you

5    recognize what this is?

6         A.  It definitely looks like an e-mail between

7    me and Dan Kelley.

8         Q.  The one at the top is from you to Dan

9    Kelley, cc'ing a number of people, Jonah, Garza, and

10   McLain?

11        A.  McLain.  That's the lawyer -- or attorney.

12   Sorry.

13        Q.  So in the middle paragraph, the one that's

14   a little longer, it says "Bottom line here is that

15   Altcoins aren't exactly like stocks."

16             Can you explain, if you recall, what --

17   what you were -- what you meant by that, or how they

18   were different?

19        A.  I am not entirely sure.  I'd have -- let

20   me read through this for a second.

21             (Pause.)

22             Oh, yes.  Well, yeah, I do remember that

23   as well, I guess.

24        Q.  What do you remember?

25        A.  That -- okay.  Let me read through this

1                    M. EDEN - 6/26/18

2      some more before I really...

3           Q.  Sure.

4           A.  (Pause.)

5           Q.  I'm really just focusing on the top part,

6      if that helps.

7           A.  Sorry.  I'm just trying to understand the

8      context of all of this.

9           Q.  Yeah.

10          A.  Well, wait a minute.  I remember this had

11     something to do with the HashTalk form, which

12     ironically it was, I guess, where a lot of people had

13     claimed that they had been misled on the features

14     and/or services provided by ZenCloud and the

15     platform.  Effectively Josh's soapbox, I guess.

16               Yeah.  So which part -- I'm sorry.  So

17     what was your question about on this?

18          Q.  Sure.  So I was asking about the top

19     e-mail.  It says -- where you wrote, "Bottom line

20     here is that Altcoins aren't exactly like stocks."

21     And it continues, "If public opinion held that kind

22     of sway there, the value of this coin would have

23     diminished a lot more than it has already."  And I

24     was wondering if you could explain how the pricing

25     worked, if it was different from stocks or what it

1                    M. EDEN - 6/26/18
2      was based on?
3            A.   As far as like the difference between
4      stocks and Altcoins?
5            Q.   No.   Just how the pricing worked on these
6      coins, or on these products.
7            A.   For an exchange?   All determined by market
8      value and availability.   Right?   And, of course,
9      demand.   So if somebody is dumping huge chunks of
10     Paycoin and then selling it on an exchange, it's
11     going to drop the price of the coin substantially.
12     Especially if they're doing it in large amounts.
13           Q.   So do you recall what you meant by saying
14     they're not exactly like stocks?   It's okay if you
15     don't.
16           A.   I really don't, honestly.
17           Q.   Okay.   That's fine.
18           A.   "(Or lack thereof as there is no place for
19     the negative press to be displayed)."   "I am sure the
20     negative press (or lack thereof as there is no place
21     for the negative press to be displayed) is in some
22     way responsible for the drop in price of the coin."
23                "Altcoins aren't exactly like stocks.
24     Public opinion held that kind of sway there, the
25     value of this coin would have diminished a lot more

1                    M. EDEN - 6/26/18

2      than it already did."

3                Yeah, I don't remember exactly what I

4      meant by that entirely, but I think it probably had

5      something to do with the HashTalk being offline

6      and --

7           Q.   HashTalk is a forum?

8           A.   Yeah, a forum that we were paying a lot of

9      money for at the time, I guess.

10          Q.   By "we" you mean the company, GAW?

11          A.   By GAW -- yeah, GAW.

12          Q.   Did GAW have something called an affiliate

13     program, or affiliates?

14          A.   Probably.  But nothing -- yeah, I'm not

15     entirely familiar with it.  I know that there were

16     all kinds of programs, referral programs, affiliate

17     programs, free programs.

18          Q.   What's a free program?

19          A.   It was --

20          Q.   Is that what you were talking about

21     earlier, about how if you opened an account, you

22     might receive a free Hashlet?

23          A.   Yeah.  That was -- when I refer to

24     Exhibit 9, you'll see 1,680,901 -- yeah.  1,680,951

25     Hashlet Genesis miners or Genesis Hashlets that were,

1                    M. EDEN - 6/26/18

2    if I'm not mistaken, free.

3         Q.  So all Genesis Hashlets were free?

4         A.  Pretty much, yeah.  And most of them were

5    more or less forcibly [phonetic] obtained by people

6    creating fake accounts all over the world, Malaysia,

7    and everywhere else, and -- yeah.

8             There were also a number of fake accounts

9    that were created by somebody on the system who had

10   access to them, and they were dumping large amounts

11   of coin off of them, and -- you know, when a lot of

12   this was happening.  There was Paycoins being dumped

13   on the exchange by people from GAW, so...

14        Q.  So when I asked you about affiliate

15   programs, what would that mean for this company?

16   What would an affiliate program look like?

17        A.  I have no idea.  Let me see if I can

18   remember.  But I don't think -- I think the affiliate

19   program -- sorry.  I think the affiliate program was

20   more or less a reseller program maybe.  I don't know

21   if it was something similar or not.  Like I said,

22   they had a lot of programs.

23        Q.  Who determined what programs there were?

24        A.  I don't know.  Josh and Dan and whoever

25   was up at the executive level came up with, you know,

1                     M. EDEN - 6/26/18

2      most of these ideas, as far as what programs there

3      were.  Like if there was an affiliate program, it was

4      probably started before we got there.

5           Q.  Did GAW have a program for value-added

6      retailers?  I think they were referred to as BARs.

7           A.  I wouldn't know.  I'm just an engineer,

8      so...

9                     MS. ECHENIQUE:  Do you guys want

10     to take a short break?

11                    MR. SARGENT:  Sure.

12                    THE VIDEOGRAPHER:  Off the record

13     at 2:09.

14                         (Break.)

15                    THE VIDEOGRAPHER:  Back on the

16     record at 2:17.

17          Q.  We talked about a number of agreements,

18     both you and I and just in general today.  Stuart

19     Fraser did not negotiate any of these agreements

20     with -- the ones that you're a party to, he didn't

21     negotiate any of those with you.  Correct?

22          A.  These agreements?

23          Q.  Yes.

24          A.  Not this --  not this agreement.  You're

25     talking about Exhibit 11?

Page 182

1                    M. EDEN - 6/26/18

2          Q.  I'll give you the numbers.

3          A.  Exhibit 11 and Exhibit 12.

4          Q.  Yes.  And also your employment agreement.

5          A.  No.  I mean -- well, no, like I said, I

6    negotiated these agreements with, I guess, David

7    McLain, primarily.

8          Q.  Stuart Fraser wasn't a party to any of

9    these agreements, either.  Right?

10         A.  In what context?

11         Q.  A signing party, a person who would sign

12   the documents.

13         A.  No, he did not sign on any of these

14   documents.  I know he was a -- he did own a specific

15   percentage of the company, but --

16         Q.  How do you know -- what are you basing

17   that knowledge off of?

18         A.  Documents.

19         Q.  When you say "documents," you mean the

20   first amended complaint that you read earlier today?

21         A.  No.  I mean the operation -- the operating

22   agreements of GAW Miners, LLC --

23         Q.  The operating agreements specified --

24         A.  -- BlockChain Technology for

25   Cryptocurrency, or whatever it was.  All the

1                M. EDEN - 6/26/18

2    different GAW companies.

3          Q.  And your understanding of those documents

4    is that they specify that Stuart Fraser was an owner

5    of part of the companies?

6          A.  Yeah.  You'd seen those right?  Operating

7    agreements.

8          Q.  Are they ones that we've talked about

9    today?

10         A.  No.

11         Q.  Do you have them with you?

12         A.  No.  I mean, I have -- not paper copies.

13         Q.  Just give me one moment.

14              When we were talking earlier about Stuart

15    Fraser, you said that it was in your -- it was your

16    understanding that Dan Kelley was someone who would

17    speak with Stuart Fraser or represented Stuart

18    Fraser's interests?

19         A.  Correct.

20         Q.  What are you -- what are you basing that

21    off of?

22         A.  What Dan Kelley told me.

23         Q.  What Dan Kelley told you directly?

24         A.  Uh-huh.

25         Q.  When did he tell you that?

Page 184

1                    M. EDEN - 6/26/18

2              A.   Why?

3              Q.   When.

4              A.   Or when?

5              Q.   Yeah.

6              A.   More than one occasion, I guess.

7              Q.   Do you recall if it was maybe before you
8    went to Mississippi or before the Vegas conference?

9              A.   At the Vegas conference when I was in
10   Connecticut, yeah -- went around, yeah, more than
11   once.

12             Q.   And you said that you went to Dan Kelley
13   to sort of reign in Josh Garza when he was acting in
14   a way that you didn't think was appropriate?

15             A.   Correct.

16             Q.   So you understood Josh Garza's actions
17   were his own and what he was doing was his own idea
18   or of his own volition?

19             A.   I have no clue.  I mean, I guess if he
20   would -- if you try to go to somebody else, right,
21   and they don't do anything about it, either, then
22   chances are it probably wasn't just his volition.
23   Right?

24             Q.   I'm not following.

25             A.   Well, I mean, like if I went to Dan Kelley

1                    M. EDEN - 6/26/18

2   for something that Josh was doing and I complained to

3   Dan Kelley about it and then nothing came of it, then

4   it probably wasn't just because of Josh.

5                Does that make sense?  It's probably --

6           Q.   Are you speculating or are you basing that

7   off of something you know?

8           A.   I'm basing that off of simple, you know,

9   logic, really, because if -- if something that Josh

10  was doing was not in the best interest of the

11  company, I mean, Dan would typically step up and

12  resolve it.

13          Q.   Dan would step up and resolve it?

14          A.   Like -- yeah.  Like -- like having

15  employees purchase Bitcoin from Coinbase and other

16  exchanges in order to use it for the company using

17  company funds.

18                (Exhibit 14 was marked.)

19          Q.   This is Exhibit 14.  Do you recognize this

20  e-mail?

21          A.   It looks like the same thing as the last

22  exhibit.  Yeah.  It's the same thing as the last one.

23          Q.   Part of the same chain?

24          A.   Uh-huh.

25          Q.   I'm looking at in the middle of the page

1                  M. EDEN - 6/26/18

2    it says, on Sunday, March 8th, 2015, you wrote,

3    "Insubordinate would be less than accurate, as I'm

4    receiving conflicting directives from everyone

5    involved, (A.K.A. The people in charge)."

6              Can you clarify who you were referring to

7    when you say "the people in charge"?

8         A.  I don't recall.  At that point, Dan Kelley

9    and Jonah Dorman were technically, I guess, some of

10   the people in charge so I could have been -- who else

11   is on here.  Dave McLain as well.  Dan Peez, I don't

12   know.  This has to do with the HashTalk forum going

13   down and it wasn't any -- I mean, this was a

14   third-party service.

15             (Pause.)

16             Yeah.

17        Q.  All right.  Have you ever communicated

18   with D. Allen Shinners, a plaintiff in this

19   proceeding?

20        A.  Allen Shinners, I've talked to him a few

21   times, not recently.

22        Q.  Do you remember when you first spoke with

23   him?

24        A.  Probably when I was working at GAW.

25        Q.  Do you remember if it was at the beginning

Page 187

```
1                    M. EDEN - 6/26/18
```

2    or towards the end when it was winding down?

3          A.  I don't recall.  He was a customer there.

4          Q.  Did you meet him on the phone or in

5    person, online?

6          A.  I never met him in person.

7          Q.  So how did you first speak with him?

8          A.  Probably online.

9          Q.  But you don't remember?

10          A.  I don't recall when I first talked with

11   Allen.  I've talked to him on the phone before, too.

12          Q.  Do you remember when, if it was while you

13   were employed at GAW or afterwards or both?

14          A.  Probably both.  Maybe.  I don't recall.

15          Q.  What would you typically speak about?

16          A.  Nothing important.  I don't know.  Well,

17   he was mostly bitching.  I really don't remember.

18   He -- he's an interesting character.

19          Q.  Did you discuss what was happening with

20   GAW?

21          A.  At what point?

22          Q.  Well, at any time when you spoke with him.

23          A.  Probably not while I was still working for

24   GAW.

25          Q.  When did you stop working for GAW?

Page 188

M. EDEN - 6/26/18

1

2       A.  March 26th, I guess, is what it looks like
3  if that is -- if that is the actual --
4       Q.  But you continued on as a consultant?
5       A.  I don't know if I'd say "consultant."
6       Q.  What would you call it?
7       A.  Maybe contractor.
8       Q.  Okay.  So would you have been speaking
9  with Allen while you were a contractor about GAW?
10      A.  Probably not about GAW.  Probably about
11 Paycoin maybe, sure, or about HashStakers or the
12 Paycoin platform probably.  If I was talking with
13 him, he was, you know, a Team Paycoin member or --
14 definitely, because I talked to several of those
15 folks.  I don't remember even exactly what context
16 Allen was necessarily participating in.  So -- yeah.
17      Q.  Did you ever send him documents or receive
18 documents from him?
19      A.  I don't recall whether -- possibly
20 indirectly.
21      Q.  What do you mean "indirectly"?
22      A.  Like if I had sent something to Adam
23 Matlack or somebody else.  I mean, there was a point
24 where somebody -- and I don't know who.  This is
25 before I was even anywhere near -- had access to any

1                   M. EDEN - 6/26/18

2    of these systems like Google that basically sent Josh

3    and a couple of the other executive e-mails to a

4    shared folder that was apparently publicly visible to

5    the rest of the Internet at some point.  And -- yeah.

6    So a majority of the docs were pretty well leaked and

7    e-mails were leaked and then somebody sent out an

8    entire document repository at some point that was --

9    contained a number of -- I don't even know.  I've

10   never really gotten to read through the whole thing,

11   but I got a copy of it that says it was a Dan Peez

12   archive, but I don't know exactly where it came from.

13   But there was a lot -- there were a lot of leaks at

14   the end of it.  As far as documents, I -- yeah, I

15   don't recall if I sent anybody any documents.  I

16   certainly don't know if I sent anybody any documents

17   that hadn't already been leaked.  So...

18        Q.  Did you ever speak with Shinners on Skype

19   or was that separate from the phone conversations

20   that you would have had?

21        A.  No.  Probably would have been Skype maybe.

22   Maybe.  I don't know.  I really don't use Skype,

23   honestly.  Sometimes I do.  I might have used it to

24   talk to Allen, but I don't remember exactly which

25   medium.  I'm sure I talked to him more on Hangouts

Page 190

                         M. EDEN - 6/26/18

1

2    than anything else.

3         Q.   What do you mean by "Hangouts"?

4         A.   Google Hangout.

5         Q.   So you would have been chatting with him?

6         A.   It's possible.  We have very large group

7    chats.  Like, it was 10 or 20 people, but this was

8    all after the 26th of March.

9              I think if there was a document that got

10   shared, it probably would have been this one.

11        Q.   Which one are you referring to?

12        A.   Exhibit 12 and 13, the rescission

13   agreement and contractor agreement.

14        Q.   Why would you have shared it?

15        A.   I think it was published at some point --

16   made publicly available.  I don't think there was any

17   limitation of nondisclosure included in it.

18              (Exhibit 15 was marked.)

19        Q.   This is Exhibit 15.

20              MR. SARGENT:  Thanks.

21        Q.   Have you ever seen this document before?

22        A.   I don't think I have.

23        Q.   It appears to be an e-mail from Allen

24   Shinners to Russell Day with an FBI e-mail address.

25   And it says, "Hi, Russ, heard through the grapevine

Page 191

M. EDEN - 6/26/18

1

2   this morning, originating from Matt Eden and Jonah

3   Dorman, that Garza has again left the country."

4            So this is dated August 29th in 2015.

5   Were you still in touch with Shinners, then, at that

6   time?

7            A.  Possibly.  Probably.

8            Q.  But you don't know recall?

9            A.  Not really.  Like I said, I try to stay

10   off the phone with Allen if I can help it.  He tends

11   to talk for a very long time.

12            But at this point, I mean, this is many,

13   many months past.  I don't think I know enough about

14   where Garza was at.

15            (Exhibit 16 was marked.)

16            Q.  This is Exhibit 16.  Again, this is an

17   e-mail from Allen Shinners to Mark Munster with an

18   FBI e-mail address.  States, "Hey Mark, did I ever

19   send you these?  These are the various GAW BitGo BTC

20   accounts.  Maybe you got these from Matt Eden."

21            Do you recall that you provided these

22   accounts to Shinners?

23            A.  Huh-uh.  That doesn't mean it didn't get

24   leaked.  I don't recall providing them to -- directly

25   to Shinners.  They probably would have provided them

1                M. EDEN - 6/26/18

2    to the FBI, if they had asked for them.

3          Q.  On the other side of the page --

4          A.  Yeah, it's a BitGo document.

5          Q.  Uh-huh.  And then it says "E-mail:

6    mk@btc.com."  Would that have been you?

7          A.  That's -- yeah, that's my -- that was the

8    GAW e-mail account, for sure.

9          Q.  Does that mean that you would have pulled

10   these or what is that?  Why is the e-mail there?

11         A.  These are probably reports that I pulled

12   from BitGo before we shut it down.  This is -- yeah.

13   A Shopify sales account.  We had several BitGo

14   accounts.

15   I take that back.  BitGo shut our account down,

16   if I remember correctly.

17              (Exhibit 17 was marked.)

18         Q.  This is Exhibit 17.  It's two pages.

19   Sorry for the poor print quality.  Do you recognize

20   what this is?

21         A.  It looks like something published by Allen

22   Shinners.

23         Q.  On what?

24         A.  No idea.  gethashing.com.

25         Q.  And what was that again?

Page 193

```
 1                    M. EDEN - 6/26/18

 2              A.   gethashing.com, like a forum.

 3              Q.   What kind of forum was it?  Do you recall?

 4    Or do you know?

 5              A.   I don't recall.

 6              Q.   So "Allen1980s," that's the username

 7    there.  Is that Dean Allen Shinners?

 8              A.   I believe so.  That's his handle, yeah.

 9              Q.   If we go down, starting from the bottom, I

10    think it's the third paragraph up, where it says "to

11    the law firm's surprise."  The last sentence in that

12    paragraph says "It is at this time I would like to

13    thank those who have given guidance and assistance in

14    gathering importance intelligence pivotal to the

15    case" -- and then in parens "S" -- "Adam Matlack,

16    Jonah Dorman, Matthew Eden, Eric Capuano, and Joe

17    Mordica."

18              Do you know why he would have been

19    thanking you?

20              A.   No idea.

21              Q.   Did you help him in gathering documents or

22    anything like that?

23              A.   Not necessarily.  I don't believe so.

24              Q.   Did you provide him with any guidance in

25    terms of the case, or in any other context?
```

Page 194

1                    M. EDEN - 6/26/18

2          A.   No.   I don't recall doing that.

3          Q.   And if you go to the second page, it looks
4   like it's the bottom part of this post.   It says --
5   it starts with the paragraph that says "Finally."
6   "Much of" -- and it's the second sentence.   "Much of
7   your gratitude should, again, go to Jonah Dorman and
8   Matthew Eden for spending time with me on Skype
9   making the decision to take the lead in this
10  endeavor."
11  Do you remember what he's talking about there?

12         A.   I don't recall.   You mean whether or not
13  we talked on Skype?

14         Q.   Or how it would have been instructed in
15  him making the decision to take the lead.

16         A.   That I don't even recall or know.

17         Q.   Do you -- does this refresh your memory
18  about what you may have spoken about with him?

19         A.   No, not really.   I mean, nothing that I
20  hadn't talked with about it to everyone else.
21  Nothing that I haven't discussed here today with you
22  guys.

23              We talked to a lot of the customers from
24  GAW after the site got wound down, primarily because
25  we were still responsible for providing support to

Page 195

```
 1                    M. EDEN - 6/26/18
 2        them in one way or another.  So...
 3          Q.   This is Exhibit 18 that's coming up.
 4               (Exhibit 18 was marked.)
 5          Q.   Do you recognize what this document is?
 6          A.   No, I do not.
 7          Q.   I'll give you a sec to read it.
 8          A.   (Pause.)
 9          Q.   So at the top it says "Release of ZenCloud
10     and PayBase Account Details, Letter of
11     Authorization."
12               And then in the bottom paragraph, after
13     all the accounts and the empty areas are located, it
14     says "By my signature below" and then later in the
15     sentence it says "transmission of my account
16     information from BCI (Matthew Eden, Owner, and or
17     Ryan Mottley, Representative) to D. Allen Shinners."
18     And then the second sentence -- the sentence after
19     that says "I hereby indemnify and hold harmless
20     BCI" -- again -- "(Matthew Eden, Owner, and or Ryan
21     Mottley, Representative)," "which may inadvertently
22     arise from the digital transmission of my personal,
23     confidential account data to D. Allen Shinners."
24               Do you know what this refers to?
25          A.   I don't really recall what this refers to,
```

1                M. EDEN - 6/26/18

2    but I am going to say, based off of looking at it,

3    that Allen, I guess, requested his account

4    information from the database.

5    I've actually not seen this document before, at

6    least I don't think I have.

7         Q.   Would this information have been helpful

8    to you or would -- does it mean anything to you in

9    the context of BCI?  Or how would it have been?

10         A.   If he had requested his -- if he requested

11    his account information, then I probably would have

12    put him through to Ryan Mottley and had Ryan pull it

13    from the database.  I don't know if the databases

14    were even online anymore at this point, which means

15    he would have had to have gone through Ryan or Evan

16    to get his info, so, yeah, I don't even know why my

17    name...

18         Q.   So BCI -- just to clarify again, what does

19    BCI stand for?

20         A.   BlockChain Innovations.

21         Q.   And BlockChain Innovation had the

22    databases that were formally with GAW?  Or which

23    database are you referring to?

24         A.   Yeah.  I mean, in a manner of speaking.

25    They had the databases that were -- formerly was GAW,

1                    M. EDEN - 6/26/18

2    as they had effectively, I guess, evolved.  Right?

3    So, I mean, the databases that were formerly with GAW

4    were probably not the same databases by the time that

5    they got to this.

6         Q.  Are these the same databases that you were

7    referencing earlier?

8         A.  Absolutely.  But like I said before, in

9    order to actually know what was happening at any

10   given point in time, I mean, you can't really review

11   just the database, because -- well, data got changed.

12   So the raw ability of the data that was in the

13   database was not always exactly 100 percent.  There

14   were people that were modifying the data in the

15   production environment who were receiving direction

16   from people that weren't involved with development --

17   I mean that weren't involved with the development

18   team or with the development leadership, so...

19        Q.  Are you referring to what you called

20   earlier like a hacking or is this something else?

21        A.  Oh, yeah, no.  It was specifically related

22   to that.  There were developers who were taking

23   instruction from Josh Garza and -- well, I don't

24   know -- modifying records and stuff.  It was kind of

25   difficult to ascertain specifically what had happened

Page 198

1                  M. EDEN - 6/26/18

2      without going back through older copies of the

3      database, if that makes sense.

4          Q.  Uh-huh.

5          A.  So, yeah, a lot of the -- the data that

6      was in the database, by the time we got it, had

7      already been pretty well modified.

8      But either way we -- I mean, it looks like Ryan,

9      who also had copies of the database, would have

10     probably given it to Allen, at least his account

11     information from the database, which isn't an

12     uncommon thing.  People requested copies of their

13     account history all the time.  It's within their

14     rights, I guess, so...

15         Q.  Have you, at any time, worked for a

16     company called BitLend?

17         A.  BitLend?

18         Q.  Yeah.  B-I-T-L-E-N-D?

19         A.  No.  Not that -- not that I'm aware of.

20     Indirectly, maybe.  I know that there was a -- some

21     people -- BitLend or BTC Land?

22         Q.  I think it's B-I-T-L-E-N-D, but it -- have

23     you ever worked for a BTC Land?

24         A.  No.  I mean, I haven't worked with

25     anybody, but I know that Adam Matlack and some of the

Page 199

                    M. EDEN - 6/26/18

1
2     other folks had a company that did something like
3     that at one point, BTC Land, or BitLend, or -- I
4     don't know what it was called.
5          Q.  And you weren't involved with it in any
6     way?
7          A.  No.  No, I was not involved with running
8     it, operating it.  I might have created an account on
9     it once just to give them feedback, but other than
10    that, I never touched it because I guess it was very
11    similar to another website that was out there.
12         Q.  And you said "them."  So it's Adam
13    Matlack.  And do you know who else?
14         A.  I don't know who else.  I don't remember
15    their names at this point.
16         Q.  Was it Shinners?  Okay.
17         A.  I do not know if Shinners was involved
18    with it or not, honestly, but...
19         Q.  Have you ever met Michael Pfeiffer,
20    another plaintiff in this case?
21         A.  In person?  Yes, a couple times.
22         Q.  When?
23         A.  Once at a Bitcoin conference in -- I want
24    to say 2016 or -- I don't know.  I don't remember
25    when exactly.  Once at a Bitcoin conference, a

1                   M. EDEN - 6/26/18

2     Central Texas Bitcoin conference.  And then -- I

3     don't know.  A while back we were -- he was at a

4     meeting that I had with Adam Matlack.  It was for a

5     separate project I was trying to work on for a

6     block-chain-based voting system.

7          Q.  So Michael Pfeiffer was also involved in

8     the block-chain voting system?

9          A.  Not directly, no.  I mean, I don't -- I

10    don't know if he was or not because there were people

11    from -- out of that organization who were

12    contributing to a White Paper, sort of, and I don't

13    know who exactly was all contributing to it, but it

14    could have been Michael, it might not have been.  I

15    think there was quite a few different tech writers

16    that had contributed to it.

17         Q.  You said you saw -- only saw him in person

18    a couple of times, but did you ever communicate with

19    him or speak with him over the phone, or Skype, or

20    any other method?

21         A.  Google Hangouts absolutely, yeah, years

22    and years ago, when we were doing all of the Paycoin

23    modifications and whatnot.

24         Q.  You mean when you were winding down the

25    company?

Page 201

M. EDEN - 6/26/18

1

2      A.   Past -- after -- yeah, sort of.  Pretty

3  much, yeah.

4      Q.   What would you talk about with him?

5      A.   I mean, he was just part of the group that

6  would join in on the call.  We'd have, you know,

7  between 10 and 20 people on those calls, and it was

8  mostly Paycoin users and owners, and, you know, we

9  were discussing platform, direction for the platform,

10  roadmaps, development stuff, that kind of thing.

11     Q.   Had you ever spoken with him before that

12  conversation?

13     A.   Before?

14     Q.   Before the -- after the company -- before

15  and after -- before the company had wound down.

16     A.   Possibly.  If he was a GAW customer, it's

17  definitely possible, but honestly, if I did -- I

18  mean, I remember up until like the second or third

19  time I saw him on a call I thought his name was

20  Michelle Pfeiffer.  I never really talked to him

21  directly.  So yeah.  I do remember that, though,

22  because I kept calling him Michelle, and finally

23  somebody was like, "No, it's Michael."  I was like,

24  okay.

25     Q.   Have you ever met or communicated with

Page 202

M. EDEN - 6/26/18

1

2   Jason Vargas, another plaintiff in this case?

3       A.   That I don't -- I don't know.  I don't

4   think so.

5       Q.   Okay.

6       A.   No, I don't believe so.  But possibly.  I

7   mean -- if I did, it wasn't like anything that stuck

8   out.

9       Q.   Have you ever met or communicated with

10  Marc Audet, Audet (pronouncing)?  I'm not sure how

11  you say his name.  A-U-D-E-T.  Another plaintiff in

12  this case.

13      A.   Not directly, I don't believe.

14           (Discussion off the written record.)

15      A.   If he was a GAW customer there's a chance

16  I probably would have communicated with him at some

17  point in time or another, or he might have been on

18  one of those calls, but never really directly in a

19  way that I would -- I can recall.

20      Q.   Okay.  All of the correspondence that

21  we've reviewed today, Stuart Fraser wasn't included

22  on any of it.  Correct?

23      A.   No, I don't believe.

24           MR. SARGENT:  We'll stipulate to

25  that.  You don't need to look.

Page 203

1                      M. EDEN - 6/26/18

2                 MS. ECHENIQUE:  Okay.  Give me one

3      moment.  Oh, wait, let me take off my --

4                 MR. SARGENT:  Do you want to take

5      a break for just a second?

6                 MS. ECHENIQUE:  Sure, actually.

7      Yeah.

8                 THE VIDEOGRAPHER:  Off the record

9      at 2:46.

10                      (Break.)

11                 THE VIDEOGRAPHER:  We're back on

12     the record at 2:51.

13                 MS. ECHENIQUE:  We have no further

14     questions, but we're going to reserve our rights

15     to seek the documents that you referenced

16     throughout our conversation today, including the

17     databases.  And if we decide to seek them, we'll

18     be in touch.

19                 THE WITNESS:  Cool.

20                 MR. SARGENT:  I don't have any

21     further questions either.  Thanks.

22                 THE VIDEOGRAPHER:  Off the record

23     at 2:52.

24                 (Deposition concluded at 2:52 p.m.)

25

1              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

2

   DENIS MARC AUDET, MICHAEL  §
3  PFEIFFER, DEAN ALLEN       §
   SHINNERS, AND JASON        §  CASE 3:16-CV-00940
4  VARGAS, INDIVIDUALLY AND   §
   ON BEHALF OF ALL OTHER    §
5  SIMILARLY SITUATED,      §
                            §
6      PLAINTIFFS,        §
                            §
7  VS.                    §
                            §
8  STUART A. FRASER, GAW     §
   MINERS, LLC, AND        §
9  ZENMINER, LLC (D/B/A ZEN  §
   CLOUD),                §
10                            §
      DEFENDANTS.        §
11

12              REPORTER'S CERTIFICATION
            DEPOSITION OF MADELINE EDEN
13             TAKEN JUNE 26, 2018

14

15     I, TAMARA CHAPMAN, Certified Shorthand Reporter
   and Notary Public in and for the State of Texas,
16  hereby certify to the following:

17     That the witness, MADELINE EDEN, was duly sworn
18  by the officer and that the transcript of the oral
19  deposition is a true record of the testimony given
20  by the witness;

21     That the original deposition was delivered to
22  EDGAR G. SARGENT;

23     That a copy of this certificate was served on
24  all parties and/or the witness shown herein on
25  _____.

Page 205

1        I further certify that pursuant to FRCP No.

2  30(f)(i) that the signature of the deponent:

3        _____ was requested by the deponent or a party

4  before the completion of the deposition and that the

5  signature is to be returned within 30 days from date

6  of receipt of the transcript.  If returned, the

7  attached Changes and Signature Page contains any

8  changes and the reasons therefor;

9        __X_ was not requested by the deponent or a

10  party before the completion of the deposition.

11        I further certify that I am neither counsel

12  for, related to, nor employed by any of the parties

13  in the action in which this proceeding was taken,

14  and further that I am not financially or otherwise

15  interested in the outcome of the action.

16        Certified to by me this 6th day of July, 2018.

17

18

19                    _____

                      Tamara Chapman, CSR, CRR, RPR

                      CSR NO. 7248; Expiration Date: 12-31-18

20                    TSG Reporting, Inc.

21

22

23

24

25

Page 206

1                          ERRATA SHEET

2   Case Name:

3   Deposition Date:

4   Deponent:

5   Pg.  No. Now Reads        Should Read   Reason

6   ____  ____ _____     _____   _____

7   ____  ____ _____     _____   _____

8   ____  ____ _____     _____   _____

9   ____  ____ _____     _____   _____

10  ____  ____ _____     _____   _____

11  ____  ____ _____     _____   _____

12  ____  ____ _____     _____   _____

13  ____  ____ _____     _____   _____

14  ____  ____ _____     _____   _____

15  ____  ____ _____     _____   _____

16  ____  ____ _____     _____   _____

17  ____  ____ _____     _____   _____

18  ____  ____ _____     _____   _____

19  ____  ____ _____     _____   _____

20

                            _____

21                          Signature of Deponent

22  SUBSCRIBED AND SWORN BEFORE ME

23  THIS ____ DAY OF _____, 2018.

24  _____

25  (Notary Public)   MY COMMISSION EXPIRES:_____