# EXHIBIT I

1    JOE MORDICA - JUNE 28, 2018

2    UNITED STATES DISTRICT COURT

3    DISTRICT OF CONNECTICUT

4

5    DENIS MARC AUDET, MICHAEL
     PFEIFFER, DEAN ALLEN SHINNERS,
6    and JASON VARGAS, Individually and
     on Behalf of All Others Similarly
7    Situated,

8        Plaintiffs,

9    VERSUS                    CASE NO. 3:16-cv-00940,

10   STUART A. FRASER, GAW MINERS,
     LLC, and ZENMINER, LLC, (d/b/a
11   ZENCLOUD),

12       Defendants.

13   HONORABLE MICHAEL P. SHEA, COURTROOM 2

14   ECF CASE

15   CLASS ACTION

16

17

18

19       VIDEOTAPED DEPOSITION OF JOE MORDICA

20       Taken at the La Quinta Inn & Suites

21   Hattiesburg, 109 Lundy Lane, Hattiesburg, Mississippi,

22   on Thursday, June 28, 2018, beginning at 9:14 a.m.

23

24

25   Job No. 142900

```
 1              JOE MORDICA - JUNE 28, 2018
 2                    APPEARANCES
 3

 4      EDGAR SARGENT, ESQUIRE
        Susman Godfrey
 5      1201 Third Avenue
        Seattle, Washington 98101
 6

 7

 8

             COUNSEL FOR PLAINTIFFS
 9

10

        SARA ECHENIQUE, ESQUIRE
11      SARAH CAVE, ESQUIRE
        Hughes Hubbard & Reed
12      One Battery Park Plaza
        New York, New York 10004
13

14

15

             COUNSEL FOR DEFENDANT, STUART A. FRASER
16

17

18

19      REPORTED BY:
20      CONNIE CHASTAIN, RMR, CSR #1025
21      VIDEOTAPED BY:
22      EDDIE NABORS
23

24

25
```

1          JOE MORDICA - JUNE 28, 2018

2              TABLE OF CONTENTS

3    Style and Cause Number............................1

4    Appearances.......................................2

5    Table of Contents.................................3

6    Examination by Mr. Sargent........................5

7    Examination by Ms. Echenique....................118

8    Certificate of Court Reporter...................149

9    Certificate of Deponent.........................150

10

11                  EXHIBITS

12   Exhibit 19 - Plea and Offense Letter.............89

13   Exhibit 20 - E-mail Chain.......................95

14   Exhibit 21 - E-mail Chain.......................99

15   Exhibit 22 - E-mail............................106

16   Exhibit 23 - E-mail Chain......................108

17   Exhibit 24 - E-mail Chain......................113

18   Exhibit 25 - E-mail Chain......................130

19   Exhibit 26 - E-mail Chain......................140

20

21

22

23

24

25

1          JOE MORDICA - JUNE 28, 2018

2          VIDEOGRAPHER:  This is the start of

3    Media Number 1 of the video deposition of Joe

4    Mordica in the matter of Denis Marc Audet, et

5    al, Plaintiffs, versus Stuart A. Fraser, GAW

6    Minors, LLC, ZenMiner, LLC d/b/a ZenCloud,

7    Defendants, United States District Court for

8    the District of Connecticut, Case

9    316-cv-00940.

10         The deposition is being held at the La

11   Quinta Inn, 109 Lundy Lane, Hattiesburg,

12   Mississippi, on June 28, 2018.  The time on

13   the monitor is 9:14 a.m.

14         My name is Eddie Nabors, I'm the legal

15   video specialist in association with TSG

16   Reporting, Inc., headquartered at 747 3rd

17   Avenue, New York, New York.  The court

18   reporter is Connie Chastain, also in

19   association with TSG Reporting.

20         We would ask for counsel introductions

21   on the audio portion, please.

22         MR. SARGENT:  Edgar Sargent from Susman

23   Godfrey on behalf of the plaintiffs.

24         MS. ECHENIQUE:  Sara Echenique here from

25   the firm Hughes Hubbard & Reed on behalf of

1          JOE MORDICA - JUNE 28, 2018

2          the defendant, Stuart Fraser.

3          MS. CAVE:  I'm Sarah Cave from Hughes

4          Hubbard & Reed and here on behalf of the

5          defendant, Stuart Fraser.

6          VIDEOGRAPHER:  Will the reporter

7          administer the oath.

8                    JOE MORDICA,

9          having first been duly sworn, was

10         examined and testified as follows:

11                    EXAMINATION

12    BY MR. SARGENT:

13      Q.   Good morning.

14      A.   Good morning.

15      Q.   I already said it on the record once.  We met

16    briefly on the phone, but I'm Edgar Sargent and I

17    represent the plaintiffs who are investors in GAW

18    Miners in this case.

19           Do you understand that?

20      A.   (Nods affirmatively.)

21      Q.   Have you ever had your deposition taken

22    before in any case?

23      A.   No.

24      Q.   Okay.  It's a fairly straightforward

25    procedure.  I'm going to ask questions, you're

1          JOE MORDICA - JUNE 28, 2018

2   answering them.  You are under oath, so you're subject

3   to the penalties of perjury just like you would be if

4   you were testifying in court.

5          And because you're in Connecticut and the

6   case is -- you're in Mississippi and the case is in

7   Connecticut, we may be using some of this testimony

8   actually in a trial.  So please keep that in mind as

9   you're testifying today.

10          Does that all make sense?

11   A.    (Nods affirmatively.)

12   Q.    A couple of things I need to caution you

13   about.  One is that your answers need to be audible

14   because she's taking down everything you say.  And so

15   if you just shake your head or nod your head she

16   wouldn't be able to record that.  So we need to get a

17   yes or a no.

18   A.    Okay.

19   Q.    And also, this is a little bit unnatural, but

20   you need to try to let me completely finish my

21   question before you start to speak in response and I

22   need to try to make sure that I let you completely

23   answer the question before I ask you another one so

24   that, again, the court reporter can get down

25   accurately everything that we both say.

```
 1              JOE MORDICA - JUNE 28, 2018
 2          Does that make sense?
 3     A.   Okay.
 4     Q.   And some of the subject matter of this
 5  deposition is going to be somewhat technical,
 6  involving cryptocurrency and computer server farms and
 7  other things.  And so if there's terminology that I
 8  use that I'm using incorrectly or that you don't
 9  understand, I'd just ask that you let me know that so
10  that I can try to get it corrected and get a clean
11  record.
12     A.   Okay.
13     Q.   Does that make sense?
14     A.   Uh-huh.
15     Q.   So you live in Hattiesburg?
16     A.   Yes.
17     Q.   How long have you lived here?
18     A.   Almost all my life.
19     Q.   How old are you now?
20     A.   Thirty-two.
21     Q.   Okay.  And you worked for a company called
22  GAW Miners for a while; is that right?
23     A.   Correct.
24     Q.   What was the period that you worked for GAW?
25     A.   A couple of years.  Are you looking for
```

1              JOE MORDICA - JUNE 28, 2018

2       dates?

3            Q.   Yeah, rough dates, what you remember.

4       A.   I believe it was 2014 to '16.  You probably

5    know better than I do.

6       Q.   Actually I haven't seen anything.

7       A.   Documentation.

8       Q.   I haven't seen any of the dates of the

9    documents.

10           A.   Yeah, I'd have to look back at exactly which

11   dates, but I believe it's '14, '16 -- '14 through '16.

12           Q.   Let me get a little bit of your background

13   before we get into your work for GAW.

14           A.   Actually, no, it's '13 through '15.

15           Q.   Okay.  Early 2015, January, February; does

16   that sound right?

17           A.   Yeah, yeah.

18       Q.   Did you go to college?

19       A.   I did.

20       Q.   Where?

21       A.   Southern Miss.

22       Q.   Southern Mississippi --

23       A.   Yes.

24       Q.   -- from those of us from other parts of the

25   world?

1      JOE MORDICA - JUNE 28, 2018

2      A.   Yes.

3      Q.   What's your degree in?

4      A.   Business and Spanish.

5      Q.   And when did you graduate?

6      A.   '08.  Graduated in '08.  I didn't go to my

7   graduation so I can't remember that well.

8      Q.   Did you take many courses in computer

9   science --

10     A.   No.

11     Q.   -- or engineering-related subjects?

12     A.   No, none.

13     Q.   So can you give me a quick sketch of your

14  work history between graduation in '08 and when you

15  started working for GAW Miners?

16     A.   Yeah, sure.  I had an IT business in college,

17  been fixing computers since high school and built that

18  company up a little bit and started doing work for

19  other businesses around the area from an IT

20  perspective, like server management, network

21  management, different projects with customers that

22  have come up.

23          Anyway, a couple years after college I sold

24  that company to Josh Garza.

25     Q.   Do you know when that was?  2010, was it?

1            JOE MORDICA - JUNE 28, 2018

2       A.    Yeah, that's -- that would have had to have

3    been 2011/12, right in the beginning of '12.

4       Q.    Okay.  So I'm going to come back to that in a

5    second, but let's get to it.  Was there any other

6    employment you had after selling that business to

7    Mr. Garza before going to work for GAW?

8       A.    No.  That's why I feel like my dates on when

9    I was with GAW are not exactly correct.

10      Q.    So you started at GAW when Garza bought the

11   business from you, basically?

12      A.    Yeah, yeah, exactly.

13      Q.    Okay.  What was the name of the business?

14      A.    Comtel Connect.

15      Q.    Comtel Connect?

16      A.    Uh-huh.

17      Q.    And did you have offices anywhere other

18   than --

19      A.    No, just here.

20      Q.    -- Hattiesburg?

21      A.    Yeah.

22      Q.    How many employees?

23      A.    Myself and one other part-time employee,

24   small business.

25      Q.    Okay.  And what led to Mr. Garza making an

1                     JOE MORDICA - JUNE 28, 2018

2    offer to acquire the business?

3         A.   I did some software-related work for him and

4    his company, more than a few times.  He inquired about

5    my talents and ability and wanted to continue doing

6    business.  And he asked me if I wanted to -- wanted

7    the opportunity to build something bigger than myself,

8    so I took the opportunity.

9         Q.   What business was he -- what were you

10   consulting for?

11        A.   Yeah.

12        Q.   What kind of business?

13        A.   He had a voice-over IP company called GAW

14   Labs and I was to sell my company to GAW Labs.  I

15   actually took what he bought my company for and

16   reinvested it into GAW Labs, which was a terrible

17   idea, and I became the chief technical officer of GAW

18   Labs.

19        Q.   What was your -- what work did -- you said

20   GAW Labs was mostly a voice-over IP company?

21        A.   Voice-over IP, IT solutions, yeah, so

22   providing phone service to businesses.

23        Q.   And how -- do you know how he found your

24   business in Hattiesburg?

25        A.   I was a -- I was on a website for another

1           JOE MORDICA - JUNE 28, 2018

2    company that had a software solution that he was using

3    because I had built some software for the platform

4    that he was using to power his phones and customers.

5        Q.   Okay.

6        A.   So I was on their website as, like, a

7    third-party developer, like a software developer for

8    some pieces of software, some plug-ins or modules,

9    whatever you a want to call it, for their software

10   suite.

11           So that's how he found me on their website,

12   this other software company's website.

13       Q.   How long was the period where you were just

14   doing work for him as a consultant before he acquired

15   the business?

16       A.   Probably about six months.

17       Q.   Was that one big project or was it --

18       A.   A couple of small projects.

19       Q.   What kind of things were you doing?

20       A.   I built a faxing system, like a virtual

21   faxing system for his customers so that his customers

22   didn't have to use traditional fax machines to send

23   and receive faxes.

24           I built some back-end stuff into his systems

25   that helped his -- his guys provision clients faster

1                   JOE MORDICA - JUNE 28, 2018

2    and make the process easier for them to get their

3    customers up and running in a timely manner.

4           I added a few other small client features in

5    his portal.  His clients had access to the portal and

6    they could manage their own phones and stuff like

7    that.  So I just added a couple of features in the

8    system for him.

9         Q.   Okay.  So tell me about the negotiations that

10   led to the acquisition.  I mean, did he approach you?

11        A.   Yeah.

12        Q.   And what was said?

13        A.   Yeah, and I'm just trying to remember

14   exactly, but he asked what my future plans were.  I

15   told him, you know, I'm really, you know, pretty fresh

16   out of college so I just want to build the company up.

17   And it was very -- my plans and purpose was very kind

18   of surface level at that point.

19          So he kind of helped introduce me to building

20   something, you know, better than what I could do

21   personally and as big as what I could do personally,

22   kind of helped inspire me in a way to get to, you

23   know, instead of thinking about building wealth for

24   myself, creating something greater than that.

25          So we continued the conversation, he made --

1            JOE MORDICA - JUNE 28, 2018

2    you know, we went through the due diligence process,

3    he made an offer and we went from there.  It wasn't a

4    drawn out process.

5            Q.   So did you accept his initial offer?

6            A.   I didn't accept the initial offer, I accepted

7    the second offer.

8            Q.   Okay.  And did you meet in person as part of

9    these negotiations or was --

10           A.   We never met in person until -- until we

11   started doing business together, until he purchased

12   the company.

13           Q.   So after the acquisition?

14           A.   Yeah, or until -- really until I paid him to

15   buy my company, which is what it came down to.

16           Q.   Why do you say that?

17           A.   Well, because I invested everything that I

18   had back into the company that I was going to be the

19   chief technical officer for.

20           Q.   So can you give me a little more details

21   about those terms?

22           A.   Yeah.  So he was going to buy my company.  He

23   valued my company at, like, $384,000.  He purchased my

24   company and basically gave me stock instead of cash,

25   which I was okay with at the time, so.

1                    JOE MORDICA - JUNE 28, 2018

2          Q.     Stock in which company?

3          A.     You know, it ended up not being any company.

4    He told -- what he told me was one thing and what he

5    did was something else.

6          Q.     What do you mean?

7          A.     Well --

8          Q.     First start with what did he tell you?

9          A.     Yeah, he told me that he was purchasing my

10   company and that money was going to become stock in

11   GAW Labs, the company that I was going to be joining.

12   So I was going to, like, have -- I was going to be

13   invested in that company; right.

14         Q.     Uh-huh.

15         A.     But when I asked for papers, like, later on

16   after the -- after it was kind of said and done, when

17   I asked for papers and legal documents that showed

18   whether or not I was -- I had anything, he never was

19   able to produce anything.  I contacted, also, the COO

20   of the company, at the time was I believe Dan Pease,

21   and, you know, he was, like, he never -- he never had

22   anything.

23         Q.     So at some point you contacted Dan Pease and

24   Mr. Pease told you that you never had any interest in

25   the company?

1          JOE MORDICA - JUNE 28, 2018

2      A.    Yeah.

3      Q.    Formally?

4      A.    Yeah.

5      Q.    Do you know when was -- when was this

6  conversation you had with Mr. Pease?

7      A.    I can't remember exactly.  It was about

8  halfway through my time with GAW.

9      Q.    So probably before -- just to use a marker

10 that's significant for this case, before hashlets were

11 introduced?

12     A.    Oh, yeah, I mean, this was a separate

13 business.  Like, there was no thought of mining at

14 this point in our relationship.

15     Q.    It was still the voice-over IP business?

16     A.    Yeah, it was a voice-over IP business.  He

17 was going to buy my company, give me, like, stocks in

18 this voice-over IP business.

19     Q.    Was your business before it was acquired by

20 Mr. Garza, was it incorporated in some form?

21     A.    LLC.

22     Q.    In Mississippi?

23     A.    Uh-huh.

24     Q.    And did you sign documentation to turn that

25 LLC, your interest in the LLC, over to Mr. Garza?

1          JOE MORDICA - JUNE 28, 2018

2          A.   Yeah.

3          Q.   But you didn't receive anything back showing

4    what you owned?

5          A.   So that -- that company, I dissolved that

6    company.  I didn't -- I signed papers from his

7    attorneys saying that he was acquiring Comtel Connect.

8    As far as the LLC goes, I mean, I just dissolved it

9    and everything became -- became, you know, GAW.

10         Q.   Okay.  So he sort of acquired the assets that

11   were held by Comtel Connect, LLC, but the LLC entity

12   itself was just dissolved.  That's your understanding

13   of what happened?

14         A.   Uh-huh.

15         Q.   And did you sign an employment agreement with

16   GAW, whatever it was, GAW Labs?

17         A.   Yeah, yeah.  It's a W-2, normal W-2.

18         Q.   And that agreement, looking back on it later,

19   that agreement didn't include anything that showed

20   that you had an ownership in GAW Labs?

21         A.   No, no, it was just an employment agreement.

22         Q.   Okay.  And there was no separate agreement

23   that turned out that gave you what Mr. Garza had

24   promised?

25         A.   Nothing, no.  And then later on, you know,

1                    JOE MORDICA - JUNE 28, 2018

2     when I left the company, this was fast forward to the

3     end of GAW Miners and everything.  When I left the

4     company --

5          Q.    Uh-huh.

6          A.    -- I asked, you know, everyone else involved,

7     the COO at the time, another guy named Dan --

8          Q.    Dan Kelley maybe?

9          A.    Dan Kelley, yeah.  I asked him at the time, I

10    asked attorneys, I sent e-mails to everybody in the

11    company that I knew existed and everyone said you got

12    nothing.  I mean, there's no trail of any type of --

13    you know, Garza putting any of that money into stock

14    or whatever.

15              There was no exchange of finances whenever he

16    purchased my company.  So, like, he bought my company,

17    valued it at a certain amount and told me he was

18    giving me that amount in stock value in GAW Labs;

19    right.

20         Q.    Yeah.

21         A.    So, like, there was no money that changed

22    hands.  And then somehow this guy got me to invest the

23    additional cash that I had in my bank account,

24    basically gave him $40,000 as an additional investment

25    on top of what he had just bought my company for.

1             JOE MORDICA - JUNE 28, 2018

2      Q.    So that would have been a total of 420,000,

3 if I'm understanding you correctly?

4      A.    Yeah.

5      Q.    Okay.  And you got -- in the end you got

6 nothing for that?

7      A.    Zero.

8      Q.    And what everybody told you, both Mr. Pease

9 sort of midway through and then at the end Mr. Kelley

10 and others, was that there was no written record of

11 you having any ownership in any GAW entity?

12      A.    That's right.  And they went even more on to

13 tell me that no one else had any interest that was

14 promised something just like I was in any company that

15 existed under this umbrella of companies.

16      Q.    You said you received some things from

17 Mr. Garza's lawyers during the negotiation for this

18 sale.  Did you have a lawyer involved yourself?

19      A.    Yeah, I did.

20      Q.    And did that lawyer draw up some papers or a

21 contract to have Mr. Garza sign?

22      A.    Yeah, both attorneys drew up papers -- no, it

23 was his -- Garza's attorneys drew up the papers, sent

24 them over.  My attorney red-lined a bunch of stuff,

25 modified some things and sent it back.  I don't think

1          JOE MORDICA - JUNE 28, 2018

2    my attorney developed his own papers.

3          Q.   Okay.

4          A.   Yeah.

5          Q.   But at the end of the day, the part of the --

6    what you were promised in the deal just didn't

7    materialize?

8          A.   Absolutely not.

9          Q.   Have you ever talked to the lawyer you had at

10   the time about this?

11         A.   Yeah.

12         Q.   What was his explanation?  Well, actually, I

13   don't want to hear that because it's potentially

14   privileged.  Was anyone besides your lawyer,

15   Mr. Garza's lawyer and Mr. Garza and you involved in

16   those negotiations at all?

17         A.   Garza and I were pretty heavily involved.  We

18   just wanted to move forward.  We felt like together

19   that both attorneys were just prolonging the process.

20         Q.   Uh-huh.  I've heard that from business people

21   before.

22         A.   Yeah.  So we just tried to figure out how to

23   push through and move on and start, you know, building

24   this company.

25         Q.   Anyone else on Josh Garza's side, any --

1                     JOE MORDICA - JUNE 28, 2018

2      like, Dan Pease or anybody else involved in those

3      negotiations or was it just the two of you?

4           A.    Just the two of us.

5           Q.    Okay.

6           A.    Yeah.

7           Q.    And when you learned from Mr. Pease, this is

8      the first time you heard that it didn't look like

9      there was actually any stock interest or ownership

10     interest in your name, what was your reaction?

11          A.    I didn't think that he was able to adequately

12     and truthfully tell me whether or not I had any

13     interest in the company so I didn't believe him

14     wholeheartedly, I didn't believe what he said.  I

15     didn't -- because I still believed Garza, you know,

16     more than Dan.

17          Q.    Uh-huh.  Why was that, you think?

18          A.    I mean, I didn't have a relationship with

19     him, I didn't know him that well.

20          Q.    With Dan?

21          A.    Right, at the time, yeah.

22          Q.    But in retrospect, Dan Pease was correct, as

23     we now know.

24          A.    Yeah, yeah, he was correct.  Yeah.

25          Q.    So what was your response when you learned

1                    JOE MORDICA - JUNE 28, 2018

2    that?  And you said it was around early 2015 when you

3    left the company.

4        A.    Yes.

5        Q.    You asked everybody and they said there was

6    no interest there and what was your reaction at that

7    time?

8        A.    Well, immediately, you know, you have this

9    kind of bond with everyone else that got told the same

10   thing.  And, you know, I had a pretty decent

11   relationship with everyone else that was involved

12   afterwards because we had all just went through the

13   same thing together almost.

14       Q.    So you all felt like you'd been promised

15   something by Mr. Garza?

16       A.    Yeah, absolutely.  Yep.

17       Q.    And what was the reaction to what you all

18   learned?  I mean, were you angry?

19       A.    That none of what we were told was true.  I

20   mean, almost all of the things that we were told from

21   a financial perspective about interest and equity and

22   stocks and -- was just not true.

23       Q.    Okay.

24       A.    Ended up being not true.

25       Q.    And you didn't really believe that until at

Page 23

JOE MORDICA - JUNE 28, 2018

1    JOE MORDICA - JUNE 28, 2018

2    or very near the end of your working --

3         A.    Correct.

4         Q.    -- for GAW?

5         A.    Right.

6         Q.    As I understand.

7         A.    Yeah.

8         Q.    So can you just tell me how -- your

9    recollection about how the business shifted from

10   voice-over IP to cryptocurrency related.

11        A.    Yeah.  So Josh called me up one day, I hadn't

12   heard from him in about a week.  He called me up one

13   day and said you got to hear what I've been working

14   on.  I was like, okay.

15        Q.    When would this have been; do you remember?

16        A.    Man, the dates are --

17        Q.    Yeah, okay.  If you don't remember --

18        A.    It's a difficult thing, yeah, I don't

19   remember.

20        Q.    Okay.

21        A.    Yeah.  So I was like, you know, what's going

22   on.  I've got this -- he said I've got this thing

23   called a bitcoin miner and I'm making money, like,

24   it's generating revenue.  And I've got it hooked up in

25   my house and it's running and I'm, you know, mining

1                    JOE MORDICA - JUNE 28, 2018

2      bitcoin with it.  And here's everything that I've

3      learned about it, you know.

4              That got me excited about it and wanted to go

5      research and do a lot of -- you know, dig into that

6      industry a good bit more.  So that's kind of how I got

7      introduced to it.

8          Q.    So did you do that?  Did you go do some

9      research?

10         A.    Yeah, I went and did some research.  And I

11     actually bought a bitcoin miner for my house and

12     hooked it up and -- to see how it works and how the --

13     how the blockchain functions.

14         Q.    So at that point you had your own personal

15     bitcoin miner, sounds like Mr. Garza had his own

16     personal bitcoin miner, but it wasn't part of any kind

17     of GAW-related business?

18         A.    No, no, it's still very much GAW Labs.  The

19     way that GAW Miners was introduced was Josh, I

20     believe, built some relationships in that industry

21     through different forums and different ways of

22     communicating with hardware manufacturers, you know,

23     investors, small time investors, other relationship

24     kind of middlemen in between kind of the U.S. and

25     China when it comes to manufacturing; right.

1                   JOE MORDICA - JUNE 28, 2018

2                  So he -- because I would remember him saying

3      that he's got a good lead on being able to source

4      hardware; right.  Like, I think at the time Bitcoin

5      was kind of on the rise and it was difficult to get

6      hardware and you had to really work your relationships

7      and people to get hardware for a decent price.

8                  It was so expensive at the time everyone was

9      jumping on the bandwagon.  Demand was really high, but

10     supply was not really high --

11          Q.    Uh-huh.

12          A.    -- so it was more expensive.  He, I believe,

13     was able to find some relationships that were able to

14     provide some hardware in batches for certain financial

15     commitments.  Like, you know, $50,000 kind of gets you

16     in the door and then you can purchase hardware in

17     bulk.

18                 And, you know, if you had -- so that was kind

19     of the way that he worked those relationships to buy

20     hardware and put it in, you know, his office in New

21     England, put it in his house and try to build his kind

22     of server farm.

23          Q.    So at that point he's still just investing in

24     bitcoin mining equipment for his own personal gain?

25          A.    Yeah, but all along he was trying to figure

1                JOE MORDICA - JUNE 28, 2018

2      out a way to develop a business around, like,

3      acquiring this hardware and reselling it.

4          Q.   Okay.

5          A.   So that's how GAW Miners started.

6          Q.   So there was a plan to work these

7      relationships to a point where he could use it as a

8      resale business.

9          A.   Yes.

10         Q.   And were they basic miners?

11         A.   Yeah.

12         Q.   With a dedicated chip?

13         A.   Uh-huh.

14         Q.   Solving the --

15         A.   Yes.

16         Q.   -- hashing out or whatever?

17         A.   Yeah, Gridseed ASIC miners.

18              MR. SARGENT:  Can we go off the record

19         for just a second so I can get some water?

20              MS. ECHENIQUE:  Yeah.

21              MR. SARGENT:  You want any water?

22              THE WITNESS:  Sure, that'd be great.

23              VIDEOGRAPHER:  Off record.

24              (Off the record.)

25              VIDEOGRAPHER:  Back on record.

```
1              JOE MORDICA - JUNE 28, 2018

2    MR. SARGENT:

3         Q.    So explain to me what you remember about how

4    it was shifted from being just a plan to resell miners

5    to an actual business.

6         A.    Josh said let's build a website, let's put up

7    a shopping cart.  I've got the connections to source

8    hardware.  Let's start taking pictures of products,

9    listing them on the website and try to generate super

10   revenue from this business model.

11             Okay.  Great idea, you know.

12        Q.    So did you help him build the website?

13        A.    Uh-huh, yeah.

14        Q.    And at some point did your work for GAW Labs

15   cease and you went to work for GAW Miners?

16        A.    It never ceased.  I was -- at first I was

17   about 90 percent GAW Labs and 10 percent mining

18   because the telephony and the IT work is my primary

19   business, that's what I know, that's what I enjoy

20   doing, you know.

21             But as time went on, as the company, as GAW

22   Miners grew, I was needed much more in that company so

23   my time shifted from 50/50 about midway point, And

24   then towards the end about 70/30 GAW Miners, GAW Labs.

25        Q.    So the voice-over IP work never went away
```

1          JOE MORDICA - JUNE 28, 2018

2   completely; it always stayed an active business?

3      A.   Oh, yeah, yeah.

4      Q.   Did he -- was it your understanding that he

5  founded a new business called GAW Miners to do the

6  bitcoin or crypto mining-related work?

7      A.   What was the question again?

8      Q.   Your understanding was he started a new

9  company --

10     A.   Uh-huh.

11     Q.   -- called GAW Miners --

12     A.   Right.

13     Q.   -- as opposed to GAW Labs to do this bitcoin

14  or cryptocurrency mining-related work; is that right?

15     A.   Yeah, yeah, yeah.  GAW Labs was not -- didn't

16  have anything to do with mining.  GAW Miners was a

17  company that started to sell mining hardware -- to

18  resell mining hardware.  It's two different companies

19  and two different business plans.

20     Q.   And you said you signed an employment

21  agreement, a W-2 and so forth with GAW Labs?

22     A.   Uh-huh.

23     Q.   Did you also ultimately sign an employment

24  agreement with GAW Miners?

25     A.   No.

1    JOE MORDICA - JUNE 28, 2018

2    Q.   So you just continued to be an employee of

3    GAW Labs but do work for GAW Miners?

4    A.   Yeah.

5    Q.   Did you have any understanding of how -- you

6    know, were there accounting entries between those two

7    companies to cover your compensation --

8    A.   I have no --

9    Q.   -- or was that something you didn't concern

10   yourself with?

11   A.   I literally had no idea.

12   Q.   Okay.

13   A.   I should have -- I should have done a little

14   poking around to educate myself on more of the

15   financial side of the business because I was --

16   thought I had more of a -- I thought I was more of a

17   stockholder, turned out not to be, but I should have

18   dug around a little bit.

19   Q.   Were you ever told that you were an owner or

20   part owner of GAW Miners?

21   A.   No.

22   Q.   So when you first built the website, GAW

23   Miners was selling -- just selling the -- reselling

24   the hardware?

25   A.   Correct.

1          JOE MORDICA - JUNE 28, 2018

2       Q.   And was it all bitcoin mining or was there

3   mining rates for other coins?

4       A.   Some script mining, some X11 hardware,

5   whatever we could kind of get our hands on for a

6   decent price and resell it, you know, just like you do

7   with any other product and put it on Amazon or eBay

8   and sell it.  You know, that was kind of the business.

9       Q.   Did GAW Miners maintain an inventory from

10  which it filled orders or did it place an order every

11  time it received an order?

12      A.   It maintained an inventory when it could and

13  placed an order when it received an order.  Yeah,

14  placed an order whenever it received an order.

15      Q.   When it had to?

16      A.   Yeah, yeah.

17      Q.   But it also had some inventory in reserve and

18  so it would fill certain orders from that inventory?

19      A.   Yeah.  Inventory was primarily in Josh's

20  basement in his house at the time because there was no

21  room in the office in New England.

22      Q.   Did you ever go up there and see it?

23      A.   Yeah, yeah, yeah.  I mean, I would travel up

24  there and help them box up miners to send out.  Yeah.

25      Q.   Were you aware of GAW Miners ever selling

1              JOE MORDICA - JUNE 28, 2018

2      mining equipment that GAW Miners didn't have and

3      couldn't get?

4          A.    No, I mean, that's a pretty -- no, that's

5      not -- I mean, that'd be too difficult to sustain;

6      right.  I mean, there's no way to sustain that for any

7      period of time.  I mean, as soon as people stop

8      getting the hardware, they, you know, purchase, then

9      that wouldn't have -- that wouldn't fly for long.

10         Q.    Do you recall complaints from customers who

11     didn't receive equipment that they'd ordered?

12         A.    No.  I mean, the company was pretty fast to

13     ship equipment whenever, you know, we would get new

14     orders.  You know, every -- I mean, there was people

15     logging in to the shopping site on a daily basis to

16     fulfill orders, ship out orders.  I mean, there was

17     daily shipments being made to customers.

18              Customers were happy overall.  I mean, you

19     could go online, look on the forums and see how the

20     response was from other customers that were receiving

21     hardware.

22         Q.    Given that this was just a hardware resale

23     business and you're an IT guy, what were your

24     responsibilities?  You talked about building the

25     website.  You said that you also went up there and

1          JOE MORDICA - JUNE 28, 2018

2    helped package up and ship to miners.

3          What other kind of responsibilities did you

4    have for GAW Miners when it was -- during this

5    equipment phase?

6      A.   Yeah, just to continue building out the

7    technology behind the website that fulfilled orders,

8    to further optimize that process to become more

9    efficient, generating UPS tracking numbers

10   automatically whenever orders would be fulfilled

11   because the person that was managing that would have

12   to go and, like, log into the UPS account and do a

13   bunch of stuff and it'd take, like, an hour to ship

14   one package.

15         So I was doing stuff like just automating

16   that process so it was instant and really shaving off

17   a lot of time from purchase to shipment, that

18   workflow; right.  So continuing to optimize that

19   workflow to be able to take in more equipment and send

20   out more equipment in a more efficient manner, using

21   technology and software to do that.

22     Q.   So how did GAW Miners' business change after

23   the equipment -- after selling the equipment?

24     A.   Well, I think -- so Josh had a bunch of

25   equipment sitting in his house from inventory or

1                    JOE MORDICA - JUNE 28, 2018

2    whatever and he had the idea to take the equipment and

3    hook it up and let it -- let the equipment mine

4    bitcoin or other cryptocurrencies while it was sitting

5    there and waiting to be shipped; right.  Like, there

6    was, you know, just random inventory.

7            So then he had the idea to instead of just

8    taking the revenue from the -- from the rewards that

9    the miners would get from mining bitcoin, you know, he

10   said why don't we set up a system so that other people

11   can rent this gear and, you know, we'll just run it

12   wherever we have power right now, you know, and see if

13   that's an interest to people.

14           So that kind of introduced the cloud mining

15   idea where a person would go online and they would

16   rent -- they would pay a certain price, rent a

17   Gridseed ASIC miner; right, or five or ten.

18       Q.   All right.

19       A.   And they would -- that -- we would allocate

20   that specific, you know, piece of equipment to an

21   account that they create online and they would specify

22   a mining pool for that machine to mine; they would

23   simply rent the hardware from GAW Miners.

24       Q.   When you say Gridseed, is that two words?

25       A.   Gridseed, one word.

1                JOE MORDICA - JUNE 28, 2018

2        Q.   How do you spell it?

3        A.   G-R-I-D-S-E-E-D.

4        Q.   What does that mean?

5        A.   It's a Chinese manufacturer.

6        Q.   Oh, okay.

7        A.   Yeah.

8        Q.   It's a brand?

9        A.   Yeah, yeah, it's a Chinese brand.  Coming up

10   with all kinds of crazy names.

11        Q.   So is this what -- this is what was called

12   cloud-hosted mining; is that right?

13        A.   Yeah, yeah.

14        Q.   And a customer would lease, you described it

15   as, lease a particular miner?

16        A.   Either purchase or lease, I can't remember

17   exactly.  But they would submit a financial

18   transaction online to acquire this miner virtually;

19   right.  Like, you would rent a server from AWS or

20   Google or whatever to host your website on; right.

21        Q.   Was the lease or sale of a particular

22   machine --

23        A.   Uh-huh.

24        Q.   -- or just of a certain, you know, mining

25   capacity?

Page 35

1                    JOE MORDICA - JUNE 28, 2018

2        A.   Yeah, it was a specific machine at that

3   point.  Yep.

4        Q.   And at that point in GAW, as far as you know,

5   were specific machines actually identified to each of

6   those accounts?

7        A.   Oh, yeah, yeah, yeah.  Yeah, we had a couple

8   of guys that would go into the -- either Josh's house

9   or wherever, I still lived here so I couldn't do any

10  of this, but I had -- you know, there were guys,

11  basically feet on the ground, that would go in and tag

12  these machines for certain customers.

13           And then we had a software developer at the

14  time, Jeff Parker, who wrote this first application

15  primarily.  And he would assign these machines to

16  users' accounts that had purchased this hardware.

17           So here's how it'd work.  We would take an

18  order from the website.

19       Q.   Uh-huh.

20       A.   Say we had 50 orders for various amounts of

21  ASIC miners for that day; right --

22       Q.   Uh-huh.

23       A.   -- so Jeff, at the end of the day, would take

24  our pool of miners, our Gridseed ASIC miners, and he

25  would work that order list and fulfill those orders

1            JOE MORDICA - JUNE 28, 2018

2   from the website manually in his portal that he built.

3              He would basically drag and drop these miners

4   to individual accounts and then, you know, when we

5   would get down to a certain amount of miners, we would

6   take them offline.

7        Q.   I don't understand what you mean by when you

8   get down to a certain number of miners you'd take them

9   off?

10       A.   Yeah.  So whenever we got low on inventory,

11  basically, we would take the -- we would limit the

12  amount that you could buy in the shopping cart on the

13  website to keep from running out.

14       Q.   So you wouldn't oversell?

15       A.   Yep.

16       Q.   So do you have a -- did it remain true

17  throughout the time GAW Miners was selling

18  cloud-hosted mining that there was a physical miner

19  that could be identified to each --

20       A.   Oh, yeah, yeah.  Yeah.  At that time,

21  absolutely.

22       Q.   Well, throughout the time that -- I don't

23  know what you mean by at that time, but throughout the

24  time that GAW miners was selling cloud-hosted mining

25  was that true?

Page 37

1          JOE MORDICA - JUNE 28, 2018

2          A.    No, not the whole time.   The process in which

3    someone would purchase a miner and that miner would

4    get allocated changed during a time at GAW Miners.

5          Q.    How did it change?

6          A.    Well, okay, so you understand the way that

7    this model works; right.   Like, somebody buys it on a

8    shopping cart and then someone -- Jeff would go and

9    fulfill the order by allocating a specific ASIC to

10   someone's account; right.   So, like, that -- that was

11   one model.

12               What was the next question?

13         Q.    Well, what I'm trying to get at is whether --

14         A.    Sorry.

15         Q.    No, no, this is important, there's a lot of

16   detail here and I want you to be clear.

17               You testified that at least when the

18   cloud-hosted mining business began and the process you

19   just described, there was an actual physical ASIC

20   miner?

21         A.    Yeah.

22         Q.    In -- I guess in Connecticut?

23         A.    Yep.

24         Q.    That could be identified and was identified

25   within GAW Miners' database to a particular customer

Page 38

1                    JOE MORDICA - JUNE 28, 2018

2    account who had purchased it?

3        A.   Correct.

4        Q.   Or leased that miner?

5        A.   Yeah, and that was the only way we knew how

6    to do it.  You know, that was the only way to do it.

7        Q.   But at some point cloud-hosted mining --

8        A.   Uh-huh.

9        Q.   -- people were purchasing or leasing mining

10   equipment that actually didn't exist, at least an

11   individual machine?

12       A.   Yeah.

13       Q.   Is that right?

14       A.   Yeah.

15       Q.   How did that change happen?

16       A.   Yeah.  So after some time went on, I don't

17   know exactly how much time, but no one was getting any

18   sleep at this time.  That's why I can't remember, you

19   know, all these dates and stuff.  I mean, nobody is

20   sleeping.  Like, it's all just work, work.

21       Q.   On GAW Miners?

22       A.   Well, on both companies but primarily GAW

23   Miners.  You know, when -- you know, I had a good bit

24   of responsibility because I was trying to run both --

25   the technology for both companies and, you know, it

Page 39

1                    JOE MORDICA - JUNE 28, 2018

2    was very stressful time.

3              So whenever it transitioned, the way that it

4    transitioned, ZenMiner was introduced, okay.  So

5    ZenMiner was a -- okay.  So some people wanted their

6    miners, their Gridseed ASICs, hosted by GAW Miners and

7    they wanted to -- they wanted them allocated that way.

8              But some people wanted to purchase a miner,

9    host it in their home and manage it themselves and

10   stuff like that.  And they were still doing that with

11   the GAW Miners company; right.

12             But Jeff and I figured out a pretty cool way

13   for these customers that were purchasing these ASIC

14   miners to have them in their house but also add them

15   to their GAW Miners' cloud portal so that they could

16   manage all of their miners from there, whether the

17   miner is at their house or the -- or in the data

18   center; right.

19             So that's what we called ZenMiner.

20        Q.   Okay.

21        A.   Is that part of this or -- is that -- is

22   that -- okay.  So I'm not to the cloud hosting yet,

23   I'm kind of evolving to the different model of the way

24   that cloud hosting got -- or changed; right.

25        Q.   Okay.

Page 40

1            JOE MORDICA - JUNE 28, 2018

2       A.    So ZenMiner kind of solved the problem where

3   if you bought a miner traditionally and put it in your

4   house, if you were just a layman and didn't -- you

5   wouldn't have any idea how to log into the miner and

6   make it generate revenue for you.

7       Q.    Uh-huh.

8       A.    Like, it was a very complicated process.  So

9   by introducing ZenMiner, which is just basically a

10  software application that lives on the miner --

11      Q.    Uh-huh.

12      A.    -- you could purchase a miner from GAW

13  Miners, have this miner in your house, and as soon as

14  you plug it up to the internet, you could allocate

15  this device to your GAW Miners' cloud miner account,

16  and we call that ZenMiner.

17            So that's when GAW Miners cloud mining turned

18  into ZenMiner.  So now it was this ZenMiner host

19  software suite that lived in the cloud that you could

20  now manage your cloud-hosted -- your GAW-hosted miner

21  or your self-hosted miner simultaneously --

22      Q.    Uh-huh.

23      A.    -- in the same account without having to mess

24  with all the technical details to get up and running.

25  And that's when GAW Miners really started selling a

JOE MORDICA - JUNE 28, 2018

1

2    bunch of hardware.

3              I believe Josh made some pretty large

4    financial commitments to some Chinese manufacturers

5    based on our increase of sales and our increase of

6    revenue and started to get better prices and better

7    products.

8              And then GAW Miners started to brand their

9    own miners, come out with different brands and

10   different styles and different, you know, boxes and

11   shapes or whatever, just marketing basically.

12        Q.   Do you remember the names of some of those?

13        A.   Yeah, it's, like, a Black Widow and a Falcon

14   and a --

15        Q.   So I just wanted a couple of examples, that's

16   good.

17        A.   Yeah.

18        Q.   So I could buy a Black Widow and have GAW

19   ship it to me and run it from my house?

20        A.   Uh-huh.

21        Q.   I would use the ZenMiner sort of --

22        A.   Yeah.

23        Q.   -- controller --

24        A.   Yeah.

25        Q.   -- in order to link it back up through the

1               JOE MORDICA - JUNE 28, 2018

2    cloud to my -- to my controller that also controlled

3    miners elsewhere?

4         A.    Yeah, uh-huh.   Yeah.

5         Q.    And I could also buy or lease a cloud-hosted

6    Black Widow which would be housed presumably in

7    Connecticut?

8         A.    Yeah.

9         Q.    But you could also run that through the same

10   web interface?

11        A.    Yeah, yeah, exactly.   So Jeff and I's, like,

12   goal in this effort was to provide a much easier way

13   for the laymen to mine cryptocurrency because everyone

14   else is left out; right.   Like, only the very

15   technical people understand how to set up a miner and

16   make it generate, you know, rewards for them, coins,

17   revenue, whatever you want to call it.

18            So our effort kind of funneled new customers

19   into our platform because of the ease of use; right.

20   It became much easier for anyone to kind of place an

21   order, order a miner, get it in their home and quickly

22   be generating revenue without having to learn

23   anything.

24            So this is -- that was one thing that I

25   was -- you know, that Jeff and I were pretty excited

Page 43

1                JOE MORDICA - JUNE 28, 2018

2       about being able to do and bring more people into

3       the -- introduce more people, you know, normal

4       nontechnical minds into the industry and provide them

5       an additional source of revenue, basically.  Pretty --

6       pretty cool idea.

7               So after that we -- we -- script mining,

8       which was primarily the Gridseed ASICs and stuff like

9       that, started to fall off a little bit and bitcoin

10      mining became more profitable.

11              So Josh started purchasing these larger

12      bitcoin miners that were, like, big tower computers,

13      probably like this, and started to deploy these into

14      his house and business and he had a small data center

15      there in New England that he put these in.

16              And we started to develop a different

17      platform for these specific miners because they had

18      different software, they had different capabilities.

19      They had different ways of managing them and stuff

20      like that.

21              So we started -- and at this time people were

22      kind of getting away from script mining because it was

23      starting to become less profitable.  So we built

24      software around managing these bitcoin miners and Josh

25      said we need to look for data center space in your

Page 44

1           JOE MORDICA - JUNE 28, 2018

2    area because power is cheaper there.)  I was like,

3    okay, that's a great idea.

4           So we found a warehouse here, a pretty small

5    warehouse, about 10,000 square foot, 5,000 square foot

6    maybe, something like that, in Hattiesburg next to

7    Camp Shelby.  We started to put mining hardware in

8    there and started to sell -- started to basically

9    sell/lease these bitcoin miners in a different

10   platform, in a different piece of software with the

11   same business model as before where we would basically

12   tie an individual piece of hardware to a customer's

13   account.

14          But -- so after we started to build this

15   platform up, it's called -- this is called ZenCloud

16   now, so we introduced ZenCloud whenever we started

17   building -- we started adding bitcoin miners into the

18   business model.

19       Q.   Yeah.

20       A.   ZenCloud was born kind of in this data center

21   next to Camp Shelby here in Hattiesburg and we filled

22   it up with bitcoin miners and started allocating those

23   individual miners to customers' accounts.

24       Q.   Let me ask you, when you said allocated an

25   individual miner to a customer's account, would an

1                   JOE MORDICA - JUNE 28, 2018

2    entire miner go to just one account or could a miner

3    be split up among multiple?

4        A.   So after we -- after we figured out that we

5    could take this -- the software inside these machines

6    and basically split up the hashing power between

7    multiple accounts and multiple users, that no longer

8    limited the user from having to purchase a whole,

9    let's say, 500 megahash, the whole miner itself.

10       Q.   Uh-huh.

11       A.   They could then purchase 20 megahash; right.

12       Q.   Yeah.

13       A.   And we could take and split that 20 megahash

14   into their account and allow them to point that 20

15   megahash to their own mining pool.  So that's -- so

16   ZenCloud evolved into that model where we were

17   basically setting up machines in the warehouse.

18            Let's say we had, you know, a terahash of

19   compute power in its totality --

20       Q.   Uh-huh.

21       A.   -- we could take orders and fulfill any

22   increment of hashing power towards someone's account.

23   Someone -- a user would log in to their account and

24   the first thing we would ask them for is a mining --

25   is a mining pool address.

Page 46

JOE MORDICA - JUNE 28, 2018

1

2      They would put their mining pool address in
3      and then we would on our back end take that hashing
4      power and send it to their pool that they entered.  So
5      we were out of the kind of financial transaction at
6      that point.  That's where ZenCloud started.
7             And then the operation became bigger, we
8      rented another warehouse in Purvis, which was Central
9      Industrial Row in Purvis, Mississippi, and Josh began
10     to order a ton of these S4s at the time.  They were
11     AntMiner Bitmain S4s at the time.
12            And so as we built our hashing power up to a
13     point it became -- you know, it just became difficult
14     to kind of manage that much hashing power in that way.
15     You know, that model doesn't scale very well where you
16     take 20 megahash, point it here and you take 40
17     megahash and you point it here because then you have
18     some machines where you're wasting some hashing power
19     and all that.
20            And a few times, you know, Josh would call me
21     and say, you know, what's our mining capacity, what's
22     our -- and I would tell him, you know, we're at X
23     amount.  And I even had a dashboard to where he could
24     see, you know, what it was so I could stop answering
25     his phone all the time.

1                  JOE MORDICA - JUNE 28, 2018

2               But as that evolved, he realized that we were

3    kind of wasting hashing power in certain machines

4    because of the way that we were having to separate the

5    hashing power out and give it to this customer, give

6    30 megahash to this customer, give 40 megahash to this

7    customer.  In some cases you're left with probably 10

8    or 20 megahash per machine that's not being

9    efficiently used on a given pool.  So you have -- you

10   know, it's called overhead.

11              And, you know, that was much better than us

12   having to sell an individual miner to a customer

13   because some customers wouldn't pay for that, so this

14   business model of being able to separate the megahash

15   into multiple accounts was a much better model but

16   there was some still ways.  So he --

17       Q.    Is this hashlets that you're talking about

18   now?

19       A.    No, no, this is not hashlets yet.  I'm almost

20   there.

21       Q.    This is still on cloud-hosted mining?

22       A.    Yeah, yeah, but this is ZenCloud.  This is

23   ZenCloud.

24       Q.    Cloud-hosted mining through ZenCloud, some of

25   the mining capability that was being sold was not sold

```
1              JOE MORDICA - JUNE 28, 2018

2  as an interest in an individual machine but as a sort

3  of fraction of that --

4       A.    A shared interest.

5       Q.    -- machine's hashing power?

6       A.    Yeah, yeah.

7       Q.    Okay.

8       A.    But not in the way that ZenCloud evolved to

9  be, which I'll get into that in just a second.

10            But this was -- let's say you had a machine

11 with 100 megahash, you could split it up 10 different

12 ways to where 10 customers would get 10 megahash a

13 piece; right.

14      Q.    Uh-huh.

15      A.    You could split it up three different ways to

16 where -- or, you know, five different ways.

17      Q.    So you had software that would allow you to

18 take the hashing capacity of an individual chip --

19      A.    Uh-huh.

20      Q.    -- and allocate it to different pools?

21      A.    Yeah, yeah, absolutely.

22      Q.    Okay.

23      A.    And we were the only ones that we knew of

24 that were able to do that at the time.

25      Q.    What about LeaseRig?
```

JOE MORDICA - JUNE 28, 2018

1

2     A.   So LeaseRig -- so Matt and I actually worked

3   together to get LeaseRig to the point where it could

4   do that, as well.

5     Q.   Matt Eaton?

6     A.   Yeah, yeah, yeah.  So that's actually how we

7   connected at the time and we -- I think because, you

8   know, he obviously knew about our business and then we

9   knew about his business because we were putting some

10  of our mining equipment on there to get better

11  profitability and stuff.

12        And, you know, after talking a bit we worked

13  together on his software to, you know, to where he

14  could develop the same kind of technology that we were

15  implementing in our back end systems.

16    Q.   Okay.  So go back to the story.  As I

17  understood the sequence, let me just make sure I have

18  the chronology right and you can use that as a jumping

19  off point.  Mr. Garza wanted to start buying much

20  larger bitcoin mining machines.

21        Say at about that time you -- he asked you to

22  open up a data center or two down in Mississippi where

23  you could house these machines and you started

24  implementing through ZenCloud this ability to allocate

25  hashing power from a single machine to multiple

Page 50

1              JOE MORDICA - JUNE 28, 2018

2      accounts?

3          A.    Uh-huh.

4          Q.    But they were still being sold as

5      cloud-hosted mining?

6          A.    Well, yeah, yeah, yeah.   They were being sold

7      as cloud-hosted mining at the time so -- but we had a

8      pretty strict record from a software perspective of

9      the hashing power that was going to the individual

10     customer at that time.

11         Q.    Yeah.

12         A.    And we had built other algorithms in our back

13     end to further optimize that hashing power so that you

14     didn't have this waste on certain machines; right.   So

15     we would move customers from -- that had 20 megahash

16     on this machine and we would fumble the whole system

17     in order to stack customers on specific machines that

18     would work more efficiently so that you had whole

19     machines that were not acquired at all by any

20     customers.

21             And we would run this algorithm about once a

22     day to re-initialize or re-fumble this system that we

23     used to allocate hashing power to customers.

24         Q.    Okay.

25         A.    Because sometimes we'd have, like, one or two

1              JOE MORDICA - JUNE 28, 2018

2   customers on this one machine and it wasn't efficient

3   to do that.  And so we'd want to get those customers

4   off of that machine and put them on other machines to

5   share the hashing power more accurately.

6        Q.    And at this point are you confident that GAW

7   Miners had the actual mining capacity that it was

8   selling?

9        A.    Yeah, they had to have -- they had to have at

10  this point because if they didn't, customers would

11  call or open a ticket and say I'm not getting any

12  hashing power or I'm not getting enough hashing power

13  because --

14       Q.    How would they know?

15       A.    Because the network -- because they put in

16  their own pool at the time.  So they put in -- so when

17  they log into their -- they would put in their own

18  pool so they could log into their personal mining pool

19  and see the actual hashing power going to that pool.

20       Q.    One thing Ms. Eaton testified about a couple

21  days ago was at least at some point that stopped

22  happening?

23       A.    Yes.

24       Q.    You were not able to -- you could add --

25       A.    Absolutely.

Page 52

JOE MORDICA - JUNE 28, 2018

1

2     Q.   Supposedly point a miner through GAW --

3     A.   Yeah.

4     Q.   Let me just finish.

5     A.   Okay.

6     Q.   Through GAW at a particular pool and then

7     look and the mining capacity of the pool would change.

8     So is that --

9     A.   Yeah.

10    Q.   Do things change at some point?  Is that --

11    A.   Oh, yeah.

12    Q.   -- what you were getting to?

13    A.   Oh, yeah, for sure.

14    Q.   Okay.  Keep going.  We're down in

15    Mississippi, we've got the big bitcoin miners being

16    allocated out through ZenCloud.  What's next?

17    A.   So what's next is Josh discovered that a lot

18    of the mining capacity was not being utilized in its

19    most efficient way possible, which everyone, you know,

20    on my -- on the technology end kind of knew that, but

21    we couldn't do anything about it because, you know, we

22    wouldn't be able to give the customer what they're --

23    what they're paying for if, you know, we did it any

24    other way.

25                So he had the idea to instead of allowing a

Page 53

1             JOE MORDICA - JUNE 28, 2018

2      customer to specify their own mining pool, to put in

3      their own mining pool so they could kind of verify the

4      hash rate at their pool, he said why don't we just

5      have all the machines mine one pool because it's more

6      efficient to do it that way instead of splitting up

7      the hashing power and you having a bunch of overhead

8      in certain areas and then pay out these individuals

9      based on the hashing power that they purchased.

10        Q.    Uh-huh.

11        A.    And that became kind of a ZenCloud 2.0.

12        Q.    You say pay out according to the hashing

13     power that they purchased, but wouldn't it also have

14     to be paid out according to the performance of the

15     pool that they indicated they wanted to be mining even

16     if they weren't, in fact, mining it?

17        A.    So we gave them three or four options for

18     three or four different pools that they could

19     basically just select with a check box in their

20     portal.  And we would pay them out based on that

21     pool's hash rate.

22        Q.    Even though they weren't --

23        A.    That profitability.

24        Q.    You may not have had any machine hashing to

25     that pool?

1        JOE MORDICA - JUNE 28, 2018

2        A.    That pool, uh-huh.

3        Q.    Okay.

4        A.    Right.  But what Josh's plan was was to

5   create even more profitability than what any of these

6   pools that we were giving them an option for would pay

7   out.

8        Q.    Uh-huh.

9        A.    So that we could bring in more revenue.  I

10  mean, it was all, you know, making money for him, you

11  know.  So whenever we -- whenever we set up the pools

12  and the system, you know, he would say let's list

13  these three pools, three or four pools, whatever they

14  were, I can't remember exactly, but -- and we'll allow

15  customers to select these three or four pools.

16        But let's take the equipment and let's mine

17  the most profitable pool every hour, every day.  No

18  matter what pool it is, let's shift our hashing power

19  to that specific pool so we could --

20        Q.    Which avoids waste?

21        A.    Yeah, yeah, which avoids waste.  It avoids --

22  I mean, it's -- so we got to that point and --

23        Q.    Is this still cloud-hosted mining at this

24  point or are you now into hashlets?

25        A.    This is still cloud-hosted mining, but

JOE MORDICA - JUNE 28, 2018

2  hashlets was really not that much different than this
3  because they were, you know, virtual in a sense.  I
4  mean, this was virtual in a sense because you could --
5  you're basically just selecting a check box and
6  you're -- all you're doing is specifying your payout
7  amount, you know, for that 24-hour period, for that
8  day.

9      Q.   Did customers know that or did customers
10  believe --

11      A.   Yeah.

12      Q.   Go ahead.

13      A.   Oh, go ahead, go ahead.  Sorry.

14      Q.   Did customers know that the hashing power of
15  GAW Miners was actually being directed all as a single
16  pool and that their selection only determined their
17  payout, or did the customers think that they were
18  actually causing a machine to begin hashing in a
19  single pool?

20      A.   I don't know.  I think some customers
21  probably assumed that the option that I select is
22  basically going to be my payout amount and some
23  customers assumed that the hardware was mining that
24  pool.  I think it went both ways.

25          MR. SARGENT:  Let's take a short break.

Page 56

1          JOE MORDICA - JUNE 28, 2018

2          THE WITNESS:  Okay.

3          MR. SARGENT:  It's been over an hour.

4          VIDEOGRAPHER:  Off the record at 10:24.

5              (Off the record.)

6          VIDEOGRAPHER:  DVD 2, back on record,

7      10:32.

8  MR. SARGENT:

9      Q.   So as I understand the story, we're about to

10 make the shift from cloud-hosted mining to hashlets;

11 is that right?

12     A.   Yeah.

13     Q.   So take it away.

14     A.   Is this how you do this?

15     Q.   It's how I do it.

16     A.   Yeah.  So at this point we got into more of a

17 marketing push to grow the business.  Like, Josh

18 wanted to increase sales, increase revenue.  I mean,

19 that's what it was all about; right, make more money.

20          So he had the idea of bringing these -- a

21 couple of marketing guys in to help do some design

22 work, some marketing, some social media management,

23 bring fresh ideas to the team.

24          A guy named Rami Abramov, he was a Russian

25 guy that was involved with another cryptocurrency

Page 57

1            JOE MORDICA - JUNE 28, 2018

2    project that he brought in from a marketing

3    perspective to help build this new hashing product

4    called Hashlets.

5        Q.   What was the idea behind Hashlets?

6        A.   More and better marketing and --

7        Q.   How are they supposed to be different from

8    cloud-hosted mining?

9        A.   Completely virtual, on demand, instant

10   activation.  You didn't have to wait for an order to

11   be fulfilled, you didn't have to -- I mean, that was

12   the big thing.

13       Q.   As I understood cloud-hosted mining, and

14   correct me if this is wrong, when a customer required

15   cloud-hosted mining in his purchase release, they were

16   told that they were being sold a particular machine,

17   they could actually order that machine if they decided

18   that wanted to take it so it wasn't cloud-hosted

19   anymore?

20       A.   Uh-huh.

21       Q.   Is that right?

22       A.   Yeah.

23       Q.   Hashlets is when it started allocating

24   hashing power from one machine among different

25   customers?

1                JOE MORDICA - JUNE 28, 2018

2       A.    That's right.   So when Hashlets was

3   introduced, Josh gave the ability to the users that

4   were on the cloud-hosted environment to have their

5   machine shipped to them because we were no longer

6   going to service their machines in that -- with that

7   business model.

8            So the introduction of Hashlets, we were

9   taking customers that wanted to on board their hashing

10  power and turn them into hashlets.   So taking their

11  hashing power off of their account, de-allocating that

12  hashing power, allocating that hashing power to a pool

13  that Josh picked, basically, and spending up a hashlet

14  for that person inside ZenCloud, which was -- a

15  hashlet was basically just a payout number at the end

16  of the day.

17      Q.    What do you mean by saying that a hashlet was

18  just a payout number?

19      A.    Yeah, so if you purchased 20 megahash -- it

20  was just a computed dollar amount at the end of the

21  day.   So it was a -- it was a -- looked like a little,

22  you know, icon on the screen that you would -- that

23  you would see.   And it had a -- it had a hashing power

24  label on it, say 20 megahash or 30 megahash or

25  whatever so you knew what you had in your account.

JOE MORDICA - JUNE 28, 2018

2          And on the back end we just had to say this

3     20 megahash pointed to this pool at the end of the day

4     is going to generate $2.13 in revenue.  So that's how

5     the ZenCloud system would deposit that amount, that

6     bitcoin amount, into the individual's account at the

7     end of the day.

8       Q.   So that was a manual calculation that was

9     done based on the return of a particular pool;

10    correct?

11      A.   Yeah.

12      Q.   It wasn't a return that actually came from a

13    computer doing hashing?

14      A.   Doing work on the pool; correct.  It was --

15    it was a calculation that was made based on the

16    24-hour payout of that pool at the end of the day.

17    And no one knew what that pool's average payout was

18    going to be at the end of the day until we reached the

19    end of the day.  But however much it was, that's what

20    was going to be allocated to that person's account.

21      Q.   Okay.  Before we go any deeper into hashlets,

22    I still need to tie up a few things about the

23    cloud-hosted mining.

24      A.   Yeah.

25      Q.   So towards the end, at least, cloud-hosted

1          JOE MORDICA - JUNE 28, 2018

2    mining, there were large bitcoin miners that were

3    being allocated to different customers who had

4    purchased cloud-hosted mining?

5         A.    Uh-huh.

6         Q.    A single miner would be allocated to

7    different --

8         A.    Yeah, that's where it started.  Yep.

9         Q.    And so, like, a Black Widow, someone buying a

10   Black Widow miner might actually be getting a portion

11   of one of these large bitcoin miners?

12        A.    That's where it evolved to, yeah.

13        Q.    So if those customers were told if you want

14   your Black Widow machine we'll ship it to you, what

15   could be shipped to them?

16        A.    Well, GAW would generate -- GAW would have

17   inventory of a Black Widow, let's say, or have to

18   purchase one or something and then send it to the --

19   to the individual.

20        Q.    Okay.  So, but at the time they actually

21   acquired the cloud-hosted mining, quote-unquote, Black

22   Widow, all that was really being done was a certain

23   portion of bitcoin hashing power from another

24   machine --

25        A.    Of a larger pool, yeah.

```
 1                JOE MORDICA - JUNE 28, 2018
 2       Q.   -- was allocated to them?
 3       A.   Absolutely.
 4       Q.   Okay.
 5       A.   Yeah, so --
 6       Q.   Was -- before we get to hashlets, still with
 7   cloud-hosted mining, did GAW Miners have sufficient
 8   hashing power to support all of the customers'
 9   accounts who had purchased?
10       A.   Yeah.  Before hashlets, yes.  GAW would not
11   have been able to get away with any lack of hashing
12   power because of how it would affect payouts, how
13   it --
14       Q.   Why is that?
15       A.   Because the amount of money that was being
16   generated -- like, when you're assigning -- when you
17   assign a specific piece of hardware to a customer's
18   account and allow them to specify a pool, they're
19   going to see the hashing power in the pool.  If GAW
20   doesn't have enough hashing power, then there's no way
21   that they would --
22       Q.   But again, at some point with the
23   cloud-hosted mining you --
24       A.   Oh, yeah.
25       Q.   -- you started pointing all of the mining
```

1          JOE MORDICA - JUNE 28, 2018

2    power to certain pools?

3         A.   Yes, correct, yes.

4         Q.   At that point you may not -- you didn't

5    necessarily have to have sufficient hashing power to

6    fill all the orders?

7         A.   Right.

8         Q.   Do you know if you did?

9         A.   At the time we were -- like, at least I was

10   and Jeff and Evan, I mean, we were very, like,

11   cautious about having the amount of hashing power for

12   each client at that time because we had just come out

13   of this phase of having to allocate specific pieces of

14   the hardware to the client.

15         And we were kind of testing this, like,

16   theory; right, that we could take all of this hashing

17   power, point it to this pool and still create payouts

18   for individual customers and still, like, not be

19   behind financially.  You know, not be, like, still

20   have bitcoin to continue doing this.

21         Q.   So your memory is that during the entire time

22   of cloud-hosted mining before hashlets --

23         A.   Uh-huh.

24         Q.   -- the company had sufficient hashing

25   power --

Page 63

1              JOE MORDICA - JUNE 28, 2018

2        A.    Yeah.

3        Q.    -- to fill all the orders?

4        A.    Yeah, oh, yeah, absolutely.

5        Q.    And that was not true with hashlets?

6        A.    No.  No.  So when -- well, I mean, do you

7   want --

8        Q.    Yeah, tell me how it happened that the

9   hashing power being sold through hashlets exceeded the

10   actual mining capacity of the business.

11       A.    Yeah, I remember getting to a point where

12   this introduction of hashlets was going to put Evan

13   and I behind and not be able to keep up with the

14   demand on the back end of the system as far as

15   allocating the hashing power.

16       Q.    Before you go on, who is Evan?

17       A.    My lead software developer.

18       Q.    What's his last name?

19       A.    Evan Lucas.

20       Q.    Was he here in Hattiesburg?

21       A.    He was, yeah.

22       Q.    Okay.  Go ahead.

23       A.    So we -- so we -- I had a call with Josh and

24   it's like, look, we're close to the amount of hashing

25   capacity.  I mean, Josh already knew this because he

Page 64

1                    JOE MORDICA - JUNE 28, 2018

2        had access to the same dashboard that we did.

3              But Josh's idea, from what he told me after

4        having -- while having that conversation with him on

5        the phone about getting close to our maximum amount of

6        hashing power, was that if we -- he said I'm banking

7        on, you know, the price kind of continuing to fall a

8        little bit in cryptocurrency, which you don't ever do

9        that.

10             So I'm thinking that I can sell a certain

11       amount of hashlets to raise enough money to

12       purchase -- to make a larger financial commitment to

13       Bitmain so that I can get more mining capacity for

14       cheaper, you know.

15             You know, so his words were I think -- I

16       think for a short period of time I can sustain payouts

17       for long enough with the revenue that we have to

18       purchase, you know, enough hardware to put in the data

19       center to get it for cheaper than what we're buying it

20       for now so that, you know, we can kind of get ahead in

21       this cloud mining industry.  That was his plan to --

22        Q.   Let me see if I understand.  His idea was to

23       raise money by selling hashlets for which there may

24       not be underlying hashing power as a way of having

25       enough resources to be able to do a large purchase of

1          JOE MORDICA - JUNE 28, 2018

2     mining equipment on a -- at a lower price?

3          A.    Yeah.

4          Q.    And then increase the capacity?

5          A.    Correct.   Because I'm assuming that -- well,

6     I mean, I don't want to assume, but I'm guessing that,

7     you know, he's thinking he's got enough money in the

8     bank account to cover, you know, these payouts for a

9     certain period of time.

10          I don't know what kind of calculations he's

11     running or numbers or talking to other, you know,

12     investors about or whatever, I don't know what he's --

13     you know, I don't know where he's coming up with this

14     thought that he can -- that he can do this.

15          So anyway --

16          Q.    At some point did you get concerned because

17     the sales of hashing power through hashlets --

18          A.    Oh, I was concerned before -- before we

19     started selling hashlets because I knew that his

20     mind -- I knew that if his mindset was to

21     over-leverage the mining capacity to bring in more

22     revenue, that that was not going to be sustainable for

23     long, plus it's illegal, I believe.   It's a Ponzi

24     scheme.

25          Q.    And you saw that -- you were concerned that

1          JOE MORDICA - JUNE 28, 2018

2      that was true even at the time of cloud-hosted mining?

3          A.    Well --

4          Q.    Before hashlets, in other words?

5          A.    Right.   The introduction of hashlets, I was

6      concerned that if he moved forward with his marketing

7      push and his plan to bring in more customers but not

8      bring in more hashing power immediately, that yeah, I

9      mean, that's what it was going to turn in to.

10          But he tried to reassure me by saying I've

11     got -- I've got an order of, you know -- I've got an

12     order of 400 machines on order, you know, we're just

13     waiting for them to get here.   We're not doing

14     anything wrong.   I mean, this is -- you know -- you

15     know, we're just -- we're just trying to think about

16     it in a different way or however he said it.

17          But he would always at first, before

18     hashlets, would say during this conversation, like,

19     I've got the machines on order, I've got them coming

20     in.   They're going to be -- you know, they're going to

21     be arriving, you know, any time at the warehouse.

22     And, you know, we'd be waiting for them at the

23     warehouse.   You know, we had people there waiting to

24     rack the machines, you know, when they came in or if

25     they came in.

JOE MORDICA - JUNE 28, 2018

1

2           So that kind of went on for longer than I was
3   comfortable with.
4       Q.   How did -- how did his plan after the
5   introduction of hashlets to just, you know, create --
6   generate this revenue to buy machines and then catch
7   up the hashing capacity, how did that work out?
8       A.   What do you mean, how did that work out?
9   Like, in the end?
10      Q.   Did he do it?  Did he manage to buy enough
11  machines to fill the hashing capacity that had been
12  sold?
13      A.   I think what he did was buy enough machines
14  to keep me involved for long enough so that -- so that
15  he could keep everyone contained, you know.
16      Q.   What do you mean by -- how did buying
17  machines keep you involved?  I don't follow you.
18      A.   Because he knew that if he wasn't going to be
19  able to -- if he knew -- he knew that if he didn't
20  start purchasing machines, then, me -- I would leave
21  the company and then everybody else would leave, as
22  well, because it was going to not be -- like, it
23  wasn't going to be sustainable.  Like, it doesn't make
24  sense from a business perspective what he was trying
25  to do.

1          JOE MORDICA - JUNE 28, 2018

2          Q.   So he bought machines because that made you

3    feel like he really was at least attempting to fulfill

4    the hashing --

5          A.   Correct, yep.  So at one point during our

6    business relationship I said okay, Josh, you've got

7    two months to make this whole thing right.  We're not

8    going to -- I mean, you know, this -- we're not going

9    to stay behind.  You know, this is not sustainable,

10   you know it's not sustainable.  I'm out of this thing

11   in two months if you can't make it right.

12           I don't have the money, you know, I don't

13   have the resources.  You know, you've got to -- we got

14   to hang in there, we're a team, you know, this whole

15   dialogue about -- you know.

16        Q.   Did he ever make it right?

17        A.   No, he never made it right.

18        Q.   Okay.

19        A.   So I stuck to my word and in two months, this

20   is ridiculous, I'm out.

21        Q.   That was when you left?

22        A.   Yeah, that's when I left.

23        Q.   And why did you leave?

24        A.   I left because I'd been lied to, I'd been

25   chewed up and spit out from a working relationship

1                  JOE MORDICA - JUNE 28, 2018

2    perspective.  So I worked like a dog, you know,

3    constantly being pushed to build this, we got to

4    release this software version so we can sell, you

5    know, a thousand more hashlets.  We have to do -- we

6    have to do this so we can make this next financial --

7    it was always about making this huge, you know,

8    financial gain and then just push me and, frankly, you

9    know, everyone else into, you know, like, getting

10   burned out.

11            So that's what I mean by, you know, chewed up

12   and spit out.  Kind of like, you know, we're going to

13   use you as a tool, you know, to accomplish this, like,

14   mission of just making loads of cash.  And then, you

15   know, we don't really care about you personally.  We

16   don't really care about, you know, your -- your

17   well-being and family and stuff like that because

18   obviously you're working, you know -- we were working

19   16 hours, 17 hours a day.

20        Q.   Sounds like a law career, too.

21        A.   Huh?

22        Q.   I said that sounds a little like a legal

23   career, too.

24        A.   Yeah.

25                  THE WITNESS:  I've got to hit the

1          JOE MORDICA - JUNE 28, 2018

2      restroom real quick.

3          MR. SARGENT:  Yeah.

4          THE WITNESS:  Can I do that?

5          MR. SARGENT:  Take a break, go off the

6      record.

7          VIDEOGRAPHER:  Off record.

8          (Off the record.)

9          VIDEOGRAPHER:  Back on record, 11:02.

10  MR. SARGENT:

11      Q.  One of the things you testified about earlier

12  was I think you said Garza told you to consider having

13  the miners down here because power was less expensive?

14      A.  Uh-huh.

15      Q.  How did that work out?

16      A.  I think the power cost in the New England

17  area was somewhere around 12 to 14 cents and here, you

18  know, we could get it down to around six or seven

19  cents per kilowatt hour.

20      Q.  Did housing the mining facility here turn out

21  to be a good decision?

22      A.  In what way, in what regard?

23      Q.  Well, for example, I heard there were

24  difficulties because of heat.

25      A.  Because of heat, yeah.

1                    JOE MORDICA - JUNE 28, 2018

2       Q.    Yeah, so, you know, tell me what happened.

3       A.    During the wintertime it was fine.  In the

4  summertime it was unsustainable.  So the way that --

5  if we had gone through a summer, we would have had to

6  introduce a new structuring of the equipment

7  internally to dissipate the heat properly.

8       Q.    You didn't -- you didn't go through a summer

9  so you didn't ever have to do that?

10      A.    Right.  We didn't go through a summer with

11 that much hardware.  So we had -- we had the most of

12 our hardware in, like, November or December of that

13 year.

14      Q.    Of 2014?

15      A.    Yeah, yeah, I believe so.  We had most of our

16 hardware during that period.  So we had less hardware

17 during the summertime and it wasn't that big of a deal

18 because the heat could dissipate fairly rapidly.

19      Q.    In the summer of 2014 you had some equipment

20 down here and it was less so you could spread it out

21 and heat wouldn't be an issue?

22      A.    Uh-huh, right.  Had a larger building and

23 stuff, yeah.

24      Q.    Were there problems getting the power bill

25 paid?

JOE MORDICA - JUNE 28, 2018

1

2    A.   I didn't -- so come to find out in the end,

3    the power bills did not get paid for the -- I guess

4    the last couple of months that GAW was in that

5    building.

6         I was not involved in getting -- in paying

7    the power bill and all that, but I did -- I was

8    contacted from the power company because I had the

9    relationship here with the engineers and stuff, hey,

10   we're not getting paid on this account.

11        I was like, well, I didn't know, let me, you

12   know, relay your call to Dan, Dan Kelley, who's the

13   operating officer of the company who is going to -- or

14   the controller at the time, was going to pay the

15   bills.

16        And that's all I heard from it until -- until

17   after I had left, Mississippi Power shut off the power

18   to that building and, you know, to that meter or

19   whatever, so.

20   Q.   That was after you left?

21   A.   I believe it was after I left, yeah, that

22   Mississippi Power shut off the power to the building.

23   I don't -- I don't -- I wasn't still there when --

24   when that happened, I don't believe.

25   Q.   Can you tell me specifically in a little more

Page 73

1          JOE MORDICA - JUNE 28, 2018

2   detail what led to your -- where you -- did you quit,

3   were you fired?  What led to your separation from GAW

4   Miners?

5       A.   Yeah, I quit and what ultimately led to my

6   separation was Eric Capuano, which is my security

7   officer, CISO of the company, he quit prior to me

8   quitting, but when he quit, he -- like, the day that

9   he quit or the weekend that he quit -- see, he moved

10  up to New England during this company -- during this

11  business.

12          So when he quit he drove back down and drove

13  through Hattiesburg to see me on his way back to

14  Texas, to his home in Texas.  He began to tell me

15  about all the things that had been happening up in New

16  England that I was unaware of because he had set up

17  basically an e-mail filtering system within our

18  internal company to filter e-mails going between

19  certain investors and Josh Garza and certain people

20  within the company to Josh, basically -- basically

21  filtering those e-mails, filtering Josh's e-mails, see

22  who he was talking to and what he was saying because

23  he was suspicious.  He was very suspicious.  I mean,

24  he's the security officer, he's got to keep every --

25  system secure and our network secure and everything

1          JOE MORDICA - JUNE 28, 2018

2    secure.

3             So he's got access, and rightfully so, to see

4    all the communication that's happening to make sure no

5    one is sharing passwords, make sure no one is, you

6    know, sharing login information to our routers or our

7    servers or whatever over e-mail.

8             So he needs to be able to see all that and

9    he's looking at all these other e-mails that are going

10   back and forth between Josh and investors and even me

11   and Josh and everyone else in the company.

12            And he shared, you know, a lot of things with

13   me that were not -- that didn't settle well with me as

14   far as -- like, I had already been suspecting that I

15   was being lied to, I was being manipulated in a lot of

16   ways, that everyone else was being lied to and

17   manipulated by Josh, but I -- but I could never call

18   him to the carpet on it.  I could never prove it or I

19   could never, you know, see what he was saying and --

20   you know, until Eric basically drove through here and

21   said hey, I need to talk to you.  Like, I'm done with

22   this company, this is -- I'm not -- I can't be

23   involved in this.  I was like, well, tell me what's

24   going on, you know, why can't you be involved.

25            And one of the big things that he told me was

1            JOE MORDICA - JUNE 28, 2018
2    that some of the -- some of the investors from Dubai
3    were investing money into the company, that GAW Miners
4    was not doing any AML/KYC on these investors.
5            So we set up a platform to run basically --
6        Q.   Can I stop you for just a second so we can
7    clear up on the record, what do you mean by AML/KYC?
8        A.   KYC means know your customer, like, know --
9    like -- it's, like, a accreditation process that you
10   would want to take a customer through in order to
11   gather enough information about them so that in the
12   event where they were trying to money-launder or do
13   something illegal with the money that they were using
14   to invest in the company, that we had enough
15   information on that customer for a subpoena or
16   something like that to give whoever the information
17   that we have on the customer.  And we have to -- we
18   have to do our best to verify that it's correct;
19   right.
20       Q.   Anti-money laundering regulations, the
21   government financial --
22       A.   Correct, anti-money laundering, yeah, know
23   your -- know your customer, yeah.  Like, so it was the
24   technology department's responsibility to come up with
25   a workflow so that whenever a user signs up to buy a

JOE MORDICA - JUNE 28, 2018

1
2  hashlet or to buy or to invest or whatever, to go
3  through this KYC process online so that we can verify
4  their identify.
5          They upload their ID, they upload any
6  personal information we require from them based on
7  this automated process online.
8      Q.   So you said there was some problems with
9  AML/KYC from these investors from Dubai?
10     A.   Well, so I had to talk about that platform
11 first in order to get to the Dubai investors.   But
12 Eric, when Eric came and told me about how some
13 investors and some people were going through other
14 channels to invest money other than the channels that
15 we had established in our on boarding process for a
16 new customer or whoever, when they were taking
17 different channels and just doing these transactions
18 over e-mail with Josh Garza, Eric immediately felt
19 like that was shady and not above -- you know, that
20 was not according to our company policy which was to
21 go through this normal process that we followed.
22          So, you know, we were both immediately
23 disturbed by that happening.   And I mean, why else do
24 you do that, I don't know.   I mean, I'm not going to
25 speculate, but my understanding is that you just

1        JOE MORDICA - JUNE 28, 2018

2    don't -- you don't do that if there's -- if whoever

3    you're doing business with is -- I mean, if they want

4    to do it the right way they go through the process to

5    do it, you know, the process in which the company

6    provides for them to do that.

7            So, you know, I took that as, well, you know,

8    this is Eric just talking, he's upset because, you

9    know, Josh said something to him or did something he

10   didn't like and he got emotional or whatever.

11           So he showed me the e-mails, I mean, he

12   showed me the -- you know, the communication that was

13   happening between these investors and the promises

14   that Josh was making to these investors about return

15   and stuff.  And I was like, I know -- why hasn't he

16   told me about any of this, you know.

17           So I -- so I -- about a weekend -- or about a

18   weekend after that I -- you know, I thought about it

19   for a few days and tried to figure out what my best

20   plan of action was to talking to Josh because I wanted

21   to hear it from him.  I wanted him to tell me.

22           And so after a few days I called him and I

23   was like, look, I mean, I've seen some stuff that I

24   don't -- I'm not comfortable with.  I don't -- I

25   didn't want to see.  And, you know, can you explain

JOE MORDICA - JUNE 28, 2018

1

2      this.  And, I mean, you know, he just continued to try

3      to manipulate me like, no, that's not what you think

4      it is and all this.

5              And then, you know, he actually asked me to

6      delete, like, order -- order history in the website

7      where people would go on and buy hashlets and buy

8      equipment or whatever.  He asked me to delete the

9      whole history of that.

10             And I was like, look, man, there's just no

11     way I'm going to do that.  Like, you're not going

12     to -- there's nothing good that's going to come out of

13     that.  You know, you start --

14         Q.    Do you know why he wanted you to do that, did

15     he say?

16         A.    No, he never said.  And I said, look, man, I

17     don't -- this is it for me.  I'm done at this point.

18     I don't even -- I don't know why you're asking me to

19     do this.  You don't have to tell me, I've heard

20     enough, I'm done.  You know, here's my -- here's my

21     badge, I'm out.

22         Q.    Did you ever look back?

23         A.    Never looked back, yeah.

24         Q.    Paycoin?

25         A.    Yeah.

1        JOE MORDICA - JUNE 28, 2018

2    Q.   Were you involved with Paycoin?

3    A.   Uh-huh.

4    Q.   Tell me how that started.

5    A.   Yeah, Paycoin started when -- from what I

6  remember, Josh is coming up with more ideas to --

7            THE WITNESS:  Okay.  You got a time out?

8            MR. SARGENT:  Yeah.

9            THE WITNESS:  Okay.

10           VIDEOGRAPHER:  Off record.

11              (Off the record.)

12           VIDEOGRAPHER:  Back on record.

13  MR. SARGENT:

14    Q.   So you were going to tell us about Paycoin.

15    A.   Yeah.

16    Q.   How did it start?  When did you first hear

17  about Paycoin?

18    A.   It started when Josh came up with the idea to

19  build an additional source of revenue to help offset

20  some of the mining equipment that he was not able to

21  purchase because of whatever reason, you know, he

22  didn't have enough money or whatever.

23           So he literally -- I believe he came up with

24  Paycoin to raise more money in a seed round in a ICO,

25  initial coin offering, where it's a little bit

1              JOE MORDICA - JUNE 28, 2018

2     different than, like, an IPO where you get, like,

3     small micro investments from different investors to

4     invest in the launch of a new coin.

5              And so that's where --

6     Q.    Were you involved in the development of

7     Paycoin?

8     A.    I was involved in overseeing the development

9     of the coin itself, the soft -- the code, the code

10    base, yes.

11    Q.    Where did the code come from?

12    A.    The code originally came from I believe a

13    fork of Bitcoin, I believe we forked Bitcoin.  And we

14    hired a team of a couple of guys to add modifications

15    to the code base to suit our needs.

16    Q.    What were the modifications to be?

17    A.    Staking, the ability to stake in the coin.

18    Q.    What did you understand stake to mean?

19    A.    Interest bearing wallets, wallets that

20    have -- wallets that acquire interest based on how

21    long you hold the coin in that wallet.  So it creates

22    an incentive program for the investor to invest a

23    large sum of money into a Paycoin wallet or whatever

24    other staking coin.  They all work the same.

25              You place a certain amount of money that's

1                    JOE MORDICA - JUNE 28, 2018

2      required in order to have what's called, like, a

3      masternode.  And this masternode can generate interest

4      over a period of time.

5          Q.   The masternode is then responsible for

6      obtaining consensus about what transactions go on the

7      blockchain?

8          A.   Yes.  Yeah, and there were a bunch of

9      masternodes.

10         Q.   And it's called stake because the masternodes

11     have to have a certain number of the coins to

12     establish a stake in the blockchain?

13         A.   Uh-huh, yes, yeah.

14         Q.   And that's a replacement for work in Bitcoin?

15         A.   Yeah, this is called proof of stake.

16         Q.   And was that ever -- was proof of stake ever

17     successfully implemented by Paycoin?

18         A.   It was.  I believe from a technology

19     perspective it definitely was, yes.  Like, so that in

20     order to take a wallet, create a masternode from the

21     wallet, send a certain amount of the coin to the

22     wallet and then for that wallet to incrementally gain

23     interest on a daily or weekly, monthly period, it was

24     doing that.

25         Q.   How was -- how did the consensus mechanism

JOE MORDICA - JUNE 28, 2018

1  for the Paycoin blockchain work?  Was it just these

2  masternodes that were doing the -- determining what

3  was a valid transaction or was it any owner of Paycoin

4  or --

5  A.   Yeah, that's kind of the way the staking

6  network is set up on a blockchain, is you have to have

7  masternodes in order to create ultimate consensus --

8  consensus across a network.  But other nodes could

9  connect to one another, but they would all connect,

10  maybe not directly, to a masternode on the network.

11           So there had to -- masternodes had to exist

12  in order for new blocks to be generated.

13  Q.   Right.  Were any participants in the network

14  other than masternodes generating blocks?

15  A.   No.

16  Q.   So as I understand it with Bitcoin, I mean,

17  anybody can --

18  A.   Yeah.

19  Q.   -- download the software, download the

20  blockchain, become a miner and then start

21  participating in creating the blockchain?

22  A.   Uh-huh.

23  Q.   Correct?

24  A.   Hashing the algorithms that compute and solve

1          JOE MORDICA - JUNE 28, 2018

2    a math equation that generates a new block of coins.

3        Q.    Right.  And, but anyone can do this.  With

4    Paycoin, only the masternodes were participating in

5    the formation of new blocks; is that correct?

6        A.    Yes.

7        Q.    And could anyone be a masternode?

8        A.    There were a limited amount of masternodes

9    and you had to bid on them.

10       Q.    Okay.

11       A.    So you had to bid, it was a bidding system.

12   I forgot how many masternodes there were, but you had

13   to put up a certain amount of U.S. dollars to

14   participate in a masternode.

15       Q.    Who would receive the --

16       A.    Or a bitcoin or however you wanted to invest.

17       Q.    So if you made that investment and won the

18   bid to become a masternode, who did you pay the money

19   to?

20       A.    You would submit your -- you would first

21   convert your bitcoin to paycoin via some exchange,

22   whether it was our hosted exchange or someone else's

23   exchange, and you would generate a wallet, download

24   the wallet, and you would deposit that exact amount of

25   coins into that wallet.

1                 JOE MORDICA - JUNE 28, 2018

2      Q.   So it would become part of your stake?

3      A.   Uh-huh, yeah.

4      Q.   So the bid was to how big a stake are you

5 willing to make in order to participate as a

6 masternode?

7      A.   Yeah.

8      Q.   And would the masternodes --

9      A.   But the masternodes required a certain amount

10 in order -- there was, like, a baseline amount that

11 you had to -- that you had to have in order to create

12 a masternode.

13      Q.   So, like, let's say that's 100.

14      A.   Uh-huh.

15      Q.   And then you might bid 150 and you would have

16 to put 150 paycoins in a wallet and stake them in

17 order to participate as a masternode?

18      A.   Yeah.

19      Q.   And the entire time you're participating as a

20 masternode those coins are locked up?

21      A.   Yes, yeah.  They're not going to bear

22 interest or -- if you take them out -- you can take

23 them out but it's pointless because you're not going

24 to bear any interest; right.  Like, they're not going

25 to stake.

1       JOE MORDICA - JUNE 28, 2018

2       Q.   Okay.  And if you fell below your bid amount

3   because you pulled coins out, would you then lose your

4   status as a masternode?

5       A.   Yeah, it would not stake and it would not be

6   a masternode.  Right.

7       Q.   And participants in the Paycoin ecosystem who

8   were not masternodes could still deposit coins in

9   staking wallets; is that right?

10      A.   Uh-huh.

11      Q.   How did that work?

12      A.   Yeah.  They didn't stake nearly as much as a

13  masternode.  It was, like, three or four points or

14  something as opposed to -- I forgot how much a

15  masternode staked, but it was much less percentage of

16  interest.

17      Q.   So when one of those users has stake in a

18  coin, does that coin get allocated somehow to a

19  masternode so it becomes part of a staking system or

20  is it just --

21      A.   No, it's just in its own wallet connected to

22  the blockchain which is all connected to the

23  masternodes.

24      Q.   So why -- why does the -- I understand why

25  the system would pay masternodes interest on staked

Page 86

1          JOE MORDICA - JUNE 28, 2018

2  coins because they stake the coins in order to support

3  the network.

4      A.   Uh-huh.

5      Q.   You know, justify their incentive to properly

6  authorize transactions.

7      A.   Uh-huh.

8      Q.   Why does the system pay interest to a non

9  masternode if that non masternode has staked coins?

10     A.   It's just the idea of getting people

11  introduced to interest bearing wallets.  And there's

12  no -- there's no financial risk in that scenario for

13  the company that created the coin because the coin is

14  set up -- you program that in the code base to

15  whenever the coin generates a new block on the

16  blockchain to pay interest to all of these --

17     Q.   Everyone is staked?

18     A.   -- wallets, all these nodes, yeah.  Now, the

19  regular staking nodes are not going to stake nearly as

20  much as a masternode would stake.  Yeah.

21     Q.   You say stake as much, you mean essentially

22  the percentage interest is not as high?

23     A.   That's correct.

24     Q.   Okay.

25     A.   But it was -- the small staking nodes were

1                   JOE MORDICA - JUNE 28, 2018

2     just to get other people more involved in transacting

3     with Paycoin, you know.

4           Q.    And did Paycoin -- Paycoin had a wallet

5     called HashStaker; is that right?

6           A.    A wallet called HashStaker, I remember this

7     wallet.  I don't think it was a wallet, it was a

8     miner, though.  Yeah, yeah, yeah, yeah.  It was a

9     miner.  It was, like, a -- it was a virtual miner or

10    something that generated -- yeah, it was a staking

11    miner.  It was, like, a staking -- I guess it was a

12    staking wallet.  You would call it a staking wallet.

13          Q.    Well, you would put coins in it and they

14    would be locked up for a certain period --

15          A.    Yeah.

16          Q.    -- and they would generate interest?

17          A.    Yeah.

18          Q.    So I understood that to be a wallet.

19          A.    Yeah, yeah, that's a wallet, it's not a

20    miner.

21          Q.    Okay.

22          A.    Yeah, yeah.

23          Q.    And did that ever work?  I mean, was the code

24    released so it functioned for users?

25          A.    I believe so, yeah.  I think I remember it

1                JOE MORDICA - JUNE 28, 2018

2    working.  It was part of ZenCloud.  I think it was

3    right -- you know, coming out of the hashlet period.

4    Yeah, here's what it was.  Whenever hashstakers were

5    introduced you could -- that was part of it -- that

6    was part of this guy's plan, man.  That was the deal.

7         You know, wherever the hashlets -- I believe

8    hashstakers were introduced to provide a way for GAW

9    to avoid its financial commitment to the hashlets in

10   order to convert these hashlets over to hashstakers.

11        So Josh put together a plan that said hey,

12   for customers that have hashlets, we're going to put

13   an extra X amount of paycoin in your HashStaker if you

14   convert your hashlet to a hashstaker.  So now this

15   hashlet becomes a hashstaker and there's no financial

16   commitment to this hashlet anymore; right.

17        Q.   Except there's a paycoin commitment but

18   there's no --

19        A.   There's a paycoin commitment but the paycoin

20   commitment is just coins that are generated from this

21   code base, they're not like -- you see what I'm

22   getting at.

23        Q.   It's not real money like bitcoin?

24        A.   Yeah, yeah, exactly.  Yeah, it wasn't real --

25   although, like -- although Josh promised this -- that

Page 89

1                JOE MORDICA - JUNE 28, 2018

2      paycoin would be worth a certain amount, although it

3      wasn't.  You know, it was just like how in the world

4      can you promise that on an open market that the coin

5      is going to be worth a certain amount.

6                But anyway, the coin was -- which you

7      probably want to talk about that soon.  But yeah, so

8      like -- so I feel like -- you know, I believe that he

9      developed this plan to remove the financial burden

10     from GAW and put it on something else and that was the

11     way to do it.  You know, Paycoin was the way to

12     provide this bridge of removing the financial burden

13     and putting it on something else.

14        Q.    HashStakers?

15        A.    Yeah.  HashStakers, yeah.

16                MR. SARGENT:  Could you mark this as 19

17              and pass it to the witness, please.

18                   (Exhibit 19 was marked.)

19     MR. SARGENT:

20        Q.    So the court reporter has just handed you

21     Exhibit 19 which is a copy of Josh Garza's plea

22     agreement with the United States Attorney's office for

23     the District of Connecticut.

24                I assume you haven't seen this before; is

25     that right?

1                    JOE MORDICA - JUNE 28, 2018

2          A.   I have not.

3          Q.   I just want to ask you questions about a

4   couple of things in here.  Can you turn to Page 9 of

5   11.  You see at the top there's a page number

6   indication, go to Page 9.  You see this is -- this

7   page is titled the Stipulation of Offense Conduct?

8          A.   Uh-huh.

9          Q.    It says, the defendant and the Government

10  stipulate to the following offense conduct that gives

11  rise to the defendant's agreement to plead guilty.

12               Do you see where I'm reading that at the top?

13         A.   Yep.

14         Q.   There's this box at the bottom.

15         A.   Yeah, statement and truth.

16         Q.   Statement and truth.  Look at the second one.

17  The statement was the hashlets the defendant's company

18  sold engaged in the mining of virtual currency.

19               Do you agree that that was a statement that

20  GAW Miners was making to its customers?

21         A.   Yes.

22         Q.   And that statement was false?

23         A.   Yes.

24         Q.   And read through the statement -- well, I'll

25  read it into the record actually.  Under truth there

1             JOE MORDICA - JUNE 28, 2018

2   it says, the defendant's company sold more hashlets

3   than were supported by the computing power maintained

4   in their data centers.

5          That's accurate, isn't it?

6     A.   Yeah, I think I probably said those exact

7   words to whoever this SEC person that wrote this up.

8     Q.   I think you said it earlier today, too.

9   Stated differently, the defendant's companies sold the

10  customers the right to more virtual currency than the

11  companies' computing power could generate.

12        That's also true; correct?

13    A.   Yes.

14    Q.   Let's turn the page and look at the statement

15  and truth, the third one.

16    A.   I mean, I believe this to be true.  Like,

17  okay, so --

18    Q.   Believe what to be true?

19    A.   I believe this to be true that the company

20  sold more than what could be -- than the hashing power

21  that was in the mining facilities.  But I believe that

22  not because I know -- not because I had access to

23  QuickBooks and I could see all of that and I could see

24  the money that was coming in but just because of the

25  decisions that Josh was making to get us out of a

Page 92

JOE MORDICA - JUNE 28, 2018

1   financial bind; right.

2        Like, I couldn't ever verify that, but it was

3   pretty obvious based on the decisions that everyone

4   was making -- you know, that Josh was making to

5   develop Paycoin and release the financial burden and

6   be -- always being secretive about financial

7   transactions and dealing with investors and being

8   secretive about not buying hardware or telling me that

9   he was buying hardware when he really wasn't; right.

10       So this is the only conclusion that I could

11  come up with based on that.  I can't say with my own

12  eyes that we were because I was only seeing one side

13  of it.

14  Q.   You didn't have access to the information

15  that would allow you to know how much hashing power

16  was being sold?

17  A.   That's exactly right, yeah.

18  Q.   But you did know how much hashing power the

19  company actually had?

20  A.   Yes, yeah, yeah.

21  Q.   And your sense was that there as a severe

22  mismatch because of his behavior, but you had no

23  access to the actual data?

24  A.   Right.

Page 93

JOE MORDICA - JUNE 28, 2018

1

2      Q.   Am I stating that correctly?

3      A.   Correct.  So I would assume if you talked to

4  someone else that had access to that data and if they

5  said the same thing, then we would be in agreement.

6      Q.   Let's look at the one on the next page.

7      A.   Hopefully that was -- that helped clarify

8  the --

9      Q.   Yeah.  The market value of a single paycoin

10  would not fall below $20 per unit --

11      A.   Yeah.

12      Q.   -- because the defendant's companies had a

13  reserve of 100 million the companies would use to

14  purchase paycoins to drive up the price.

15          Were you aware at the time that that was the

16  statement that was being made to the public about

17  paycoins?

18      A.   Yes.  So this is the statement that I thought

19  was just absolutely nuts.  I mean, everyone in the

20  company did.  There's no way that you can make this

21  statement and stand behind it in a public exchange;

22  right.

23          Like, where you're trading currency on a

24  public market you can't possibly have enough cash

25  value unless you've done all the math to a tee, which

1                    JOE MORDICA - JUNE 28, 2018

2    this guy did not, there's no way he would have, that

3    you could support this.

4              Even with 100 million dollars -- I don't know

5    where he's getting 100 million dollars from, first of

6    all, you know.  I mean --

7         Q.   Do you know if the company had 100 million in

8    reserve or not?

9         A.   I don't know, but I don't think that they

10   did.

11        Q.   Okay.

12        A.   I mean, there was no -- like, there was no

13   indication that -- because look, if the company had

14   100 million dollars, why can't we just purchase the

15   amount of hardware to put in the data centers to solve

16   this problem.  Why do we have to develop all of these

17   other business models to, like -- all of these other

18   shady business models and talk about a $20 floor if we

19   had 100 million dollars to buy hardware with.  You

20   know, that's my -- that's just the logic that I use to

21   determine that.

22        Q.   I think that's helpful.

23             MR. SARGENT:  Let's go off the record

24        for a few minutes.

25             VIDEOGRAPHER:  Off record, 11:36.

Page 95

1                    JOE MORDICA - JUNE 28, 2018

2                         (Off the record.)

3                         (Exhibit 20 was marked.)

4                    VIDEOGRAPHER:  DVD 3, back on record,

5               11:42.

6     MR. SARGENT:

7          Q.   Okay.  You've just been handed Exhibit 20

8     which is an e-mail thread that involves Alan Harmon,

9     Carlos Garza and yourself.

10         A.   Uh-huh.  Who was Alan?

11         Q.   Do you remember --

12         A.   I'm trying to remember.

13         Q.   -- this e-mail exchange?

14         A.   No, I don't, but I mean, I -- I mean, this is

15    me.  I mean, I --

16         Q.   Sure.

17         A.   Yeah.  I just don't recall sending it but I

18    did.

19         Q.   Is this the kind of e-mail that would -- you

20    know, you would be receiving and sending as part of

21    your daily responsibilities?

22         A.   Sure, yeah.

23         Q.   In August 2014?

24         A.   Uh-huh.

25         Q.   So as I read this, Alan, who is Alan Harmon?

1          JOE MORDICA - JUNE 28, 2018

2      A.   I don't know, that's what I was trying to

3  figure out who Alan was.  I'm trying to remember who

4  he was.  It says purchasing and logistics.

5      Q.   He's asking you to have someone get me your

6  current inventory?

7      A.   You know what, yeah, I think I remember Alan.

8  He was -- he worked in the warehouse fulfilling

9  orders, I believe, people purchasing mining equipment

10 online.

11     Q.   So if he's in the warehouse, why is he asking

12 you about the current inventory in Mississippi?

13     A.   I don't know.  Let me see, let me read it.

14     Q.   First to be clear --

15     A.   Can I --

16     Q.   Sure, go ahead and look it over.  There's

17 nothing on the second page, unfortunately.

18     A.   Okay.  So Carlos has somebody wanting to buy

19 bulk.  He forwards it to Alan.  Alan asks me -- I have

20 about 28.  Alan forwards it to me.  Joe, will you have

21 someone give me your inventory.

22     Q.   First, let me ask you, the products here,

23 Fury, Black Widow --

24     A.   Oh, Alan is Josh Garza's wife's dad, I think.

25     Q.   Okay.

1              JOE MORDICA - JUNE 28, 2018

2       A.   Yeah.

3       Q.   All in the family.

4       A.   Yeah.

5       Q.   Fury, Black Widow, Falcon, War Machine, what

6    are those products?

7       A.   These are miners that GAW is reselling,

8    rebranding and reselling.

9       Q.   So would this be in equipment, where you

10   actually ship the equipment, or was this a

11   cloud-hosted sale?

12      A.   This was equipment being shipped.

13      Q.   Okay.

14      A.   Yeah.

15      Q.   And so would you have had inventory in

16   Mississippi of these kinds of machines or were they

17   kept in Connecticut?

18      A.   I would have had some inventory because we

19   had cloud -- we had cloud mining set up.  I would have

20   probably had some inventory but not much.

21      Q.   Did you fill these kinds of orders from

22   machines that were being used to -- as cloud-hosted

23   miners?

24      A.   No, no, we wouldn't -- no, I wouldn't have

25   given him an inventory of miners that were being used

JOE MORDICA - JUNE 28, 2018

1  for cloud mining for customers.  I would have given

2  him an inventory of machines that GAW was using to

3  mine or that were just sitting there in the warehouse

4  not doing anything, possibly because they were too

5  expensive to run.  This was late '14.  No, they

6  weren't too expensive to run then.

7  

8       Sometimes we would take inventory and we

9  would ship it out from here because we had, you know,

10  hardware -- so we had hardware coming in here, as

11  well.  They had had a lot more hardware coming in in

12  New England than we had here, but we would get stuff

13  in every now and then that they couldn't handle or

14  whatever.

15       So we could get it in and process it and

16  handle shipment orders from here, as well, you know,

17  during that -- during that phase.  Just, like, you

18  know, not nearly as much volume as what they were

19  doing, but just what they couldn't fill, we were

20  trying to help them do that.

21     Q.   Okay.

22     A.   From here.

23     Q.   And this was probably part of that process?

24     A.   Yeah.

25     Q.   Okay.  That's all the questions I have on

Page 99

1                      JOE MORDICA - JUNE 28, 2018

2       that document.

3                      MR. SARGENT:  Please mark this next and

4              pass it to the witness.

5                      (Exhibit 21 was marked.)

6       MR. SARGENT:

7          Q.   This is an e-mail thread between you and Josh

8       Garza from the end of September 2014.

9          A.   Uh-huh.

10         Q.   You see the very first e-mail which is on the

11      second page, it's from Mr. Garza to you and he says,

12      you said you would have fixed yesterday, question

13      mark, to you.

14              Can you tell by reading this, do you remember

15      what he's talking about?

16         A.   Where is this?

17         Q.   Second page.

18         A.   Second page.

19         Q.   The e-mail thread starts with the -- I mean,

20      the last e-mail in the thread is actually the first

21      e-mail that was sent, the way these things are

22      printed.

23         A.   You said you would have fixed yesterday.

24         Q.   Can you tell from that or do you remember, if

25      we're looking at just the thread, what he's talking

1              JOE MORDICA - JUNE 28, 2018

2    about fixing?

3         A.   Sorry, I didn't let you know -- severity of

4    the issues -- I'll be able to let you know when this

5    will be back implemented after reviewing outstanding

6    bugs.

7              I mean, dude, if you knew the amount of

8    issues that we experienced trying to release software

9    whenever Josh wanted it done, this is like -- I'm

10   surprised you don't have a hundred of these e-mails.

11        Q.   Well, maybe we do.

12        A.   Well, yeah.  Yeah, I mean, some of them

13   may -- you know, chat messages or whatever they are,

14   whether they're e-mails or chat messages, I mean,

15   there's just a crazy amount of these.

16             So if I could establish more context, then I

17   could probably remember what --

18        Q.   Okay.  But just looking at the thread you're

19   not able -- you don't remember what it was?

20        A.   No.

21        Q.   I'm actually interested on the first page,

22   the e-mail from you, which is the sort of the second

23   e-mail in the string, it says Dejan, is that Dejan, is

24   that how you say it?

25        A.   Dejan.

1          JOE MORDICA - JUNE 28, 2018

2     Q.   Dejan finished buy back for Primes.  Do you

3     know what that means?

4     A.   Okay.  So I think -- everything is like --

5     nothing is worded, like, completely here.  So the buy

6     back, I think Josh wanted to create a buy back program

7     inside the software where GAW would buy back these

8     Prime stakers, these Prime hashstakers.  So these were

9     Prime hashstakers?

10     Q.   Hashstakers or hashlets?

11     A.   Prime hashlets.

12     Q.   I've heard of Prime before referred to

13     hashlets.

14     A.   Yeah, yeah, yeah, Prime hashlets.  Sorry.

15     Q.   That's okay.

16     A.   Would buy back the Prime hashlets.  I forgot

17     the exact purpose of that program, but he was putting

18     together a big marketing program.  I'm sure you can

19     find it on Bitcointalk, the forums.  There's probably

20     some more information about it there.  If I dug around

21     a little bit I could come up with it, but --

22     Q.   What was the purpose of buying back?

23     A.   I believe -- I'm trying to remember.  The buy

24     back program, I believe, was -- GAW would buy the

25     hashlet and return a hashstaker to the individual, to

JOE MORDICA - JUNE 28, 2018

1

2    the user.

3        Q.    Okay.

4        A.    Right.  Like, that was the transition phase

5    between here's how you transition from a hashlet to a

6    hashstaker.  I guess he is referring to it with a buy

7    back program.

8        Q.    Was Dejan a coder?

9        A.    Yeah, yeah, he was a developer.

10       Q.    And he's working on the software?

11       A.    Back in --

12       Q.    To make this function?

13       A.    Yeah, correct.

14       Q.    Do you know what the -- what's the PR?

15       A.    Pull request.

16       Q.    Okay.  This is part of your, like,

17   internal --

18       A.    Yeah.

19       Q.    -- task management system?

20       A.    Yeah, yeah, yeah.  So we store our code in a

21   GIT repository and whenever you have multiple

22   developers working on a code base you create different

23   branches within the project to work on your feature

24   set that you've been assigned.

25       Q.    Uh-huh.

1        JOE MORDICA - JUNE 28, 2018

2        A.   And when you push your code to that feature

3   set you can then create a pull request into the

4   primary or master branch of that code base and that

5   pull request gets reviewed by a lead developer and

6   tries to find out if there's any conflicts with your

7   feature as it relates to the primary code base or

8   whatever.

9             And then if it doesn't, you can merge that

10  feature set, that pull request, into the primary

11  repository to become part of the overall project.

12       Q.   So PL is sort of the -- pull request is the

13  last check before merging new feature tech code with

14  the existing main system?

15       A.   Yes.  A pull request is a developer saying

16  hey, I'm requesting that you pull my feature into the

17  master or primary code base.

18       Q.   Okay.

19       A.   Yep.

20       Q.   That's all I have on that one.

21       A.   Merging, splitting, fixes.

22       Q.   This one has been marked Number 3, so I'll

23  just write that on there.  This is another e-mail

24  exchange involving you, Josh Garza and others.

25       A.   Okay.

Page 104

1                    JOE MORDICA - JUNE 28, 2018

2        Q.   And there's some discussion here what's

3    called, including by an e-mail from you, payout

4    issues.  Do you know what the payout issues were?

5        A.   We had a good bit of payout issues just

6    because of how fast we were releasing new features and

7    new additions to the system.  This one specifically --

8        Q.   Let me pause you for just a second and say

9    what kind of product did this relate to, cloud-hosted

10   mining, hashlets, hashstakers, paycoin?

11       A.   Hashlets.

12       Q.   This was hashlets?

13       A.   Uh-huh, yeah.

14       Q.   So what's a payout issue, what do you mean?

15       A.   Okay.  Let me read this real quick.

16       Q.   Sure.

17       A.   Oh, I think -- so apparently that's what

18   happened.  Man, it's crazy.  So, man, these guys

19   worked hard, man.

20       Q.   The developers?

21       A.   Yeah.

22       Q.   So what kind of payout issues were there?

23       A.   I just remember -- like, I'm just

24   remembering, like, you know, what Josh put us through,

25   what he put me through and what he pushed me to put

1          JOE MORDICA - JUNE 28, 2018

2  these guys through, I mean, all these issues.  He's

3  talking about staying up, you know, with the guys at

4  the office.

5          Payout issues, I believe that one of the

6  pools, we had an issue in our code base where the

7  payouts ran one night for distributing the pool

8  payouts to each account which is run on nightly

9  routine or during the morning.  It was run over a

10 24-hour period.

11         And during that -- during that payout the

12 system paid out more than it was supposed to pay out

13 to individual accounts that were mining specific

14 pools.

15    Q.   Okay.

16    A.   So there was an issue in the code base

17 that -- where a calculation was wrong and then the

18 payouts -- so I remember -- I remember where that

19 scenario happened once and I also remember us --

20 multiple scenarios where the payouts were made and

21 they weren't enough and we had to reconcile and

22 resolve those, as well, and pay out the right amount,

23 you know, to each account.

24    Q.   Sometimes they were too high, sometimes they

25 were too low?

Page 106

1                JOE MORDICA - JUNE 28, 2018

2        A.    Yeah, yeah.

3        Q.    And that problem was caused by the fact that

4    the hashlets weren't themselves actually mining, the

5    payouts were determined by -- sort of manually by

6    comparing the actual results of a certain pool and

7    then calculating what that should be?

8        A.    You got it.  That's correct.

9        Q.    Okay.

10               MR. SARGENT:  Let's mark this 22.

11               (Exhibit 22 was marked.)

12   MR. SARGENT:

13        Q.    This one's from a lot -- this one's from a

14   lot later, end of January.  Were you still working at

15   GAW January 27th, 2015; do you know?

16        A.    I don't think so.

17        Q.    Do you remember seeing --

18        A.    No.

19        Q.    -- this e-mail?

20        A.    Wait, this is to me, so this had to -- let me

21   just think here.

22        Q.    From an -- looks like from an investor named

23   Zuu Jigar who --

24        A.    One last cry for help.  No, I don't think I

25   was with the company right here.

1              JOE MORDICA - JUNE 28, 2018

2     Q.   Do you remember?

3     A.   My e-mails would have been forwarded to

4  someone else, whoever removed me -- whoever removed my

5  e-mails.

6     Q.   Okay.  Do you remember seeing this particular

7  e-mail?

8     A.   No, I don't.

9     Q.   Okay.

10    A.   Please, I'm begging on my knees now.  This

11  guy was serious.  Yeah, I don't remember seeing this.

12  I mean, this one, this is pretty -- it stands out.

13    Q.   When you say this one stands out, did you see

14  other customer complaints?

15    A.   Yeah, like, every now and then we'd see --

16  we'd see stuff come in that, you know, very broken

17  English but, you know, you could never tell, like,

18  who -- who had legitimately -- was -- had lost money

19  or who was -- who was legitimate in their -- and

20  rightfully lost money, especially with such broken

21  English.

22          And, you know, some people -- some people are

23  just trying to scam you in this industry.  Some of

24  them were legitimate.  I don't know if this guy was or

25  not.

1    JOE MORDICA - JUNE 28, 2018

2    Q.   Did the company make an effort to find out

3    which ones were legitimate?

4    A.   I personally didn't.  I'm not sure if the

5    company did.

6    Q.   Okay.

7    A.   I didn't feel that was -- that was within my

8    responsibility to do so.

9         MR. SARGENT:  Would you please mark this

10        23.

11        (Exhibit 23 was marked.)

12   MR. SARGENT:

13        Q.   This is an e-mail from you to Dan, which is

14   Dan -- appears to be Dan Kelley based on the rest of

15   the e-mail chain.

16        A.   Uh-huh.

17        Q.   It's January 18th, 2015, so this was fairly

18   near the end of your time with GAW Miners; is that

19   right?

20        A.   Yeah.  Well, what is this --

21        Q.   Do you remember sending that e-mail?

22        A.   Okay.  This is the 27th.  Yeah, yeah, okay.

23        Q.   Do you remember sending this one on the 18th,

24   Sunday?

25        A.   I mean, I sent it.  Let me read it real

1           JOE MORDICA - JUNE 28, 2018
2     quick.
3          Q.   Sure.
4          A.   Okay, yeah.   This is kind of what I was
5     getting at earlier.   Yeah, this is when -- yeah, it's
6     interesting.
7          Q.   What's Paybase?
8          A.   Paybase is the exchange for Paycoin wallets
9     and for people to exchange paycoin for bitcoin.
10         Q.   And you testified earlier about AML/KYC.
11         A.   Uh-huh.
12         Q.   How did that relate to Paybase?
13         A.   Yeah, so to invest -- Paybase was set up so
14    people could buy paycoin.   And in order for us to
15    provide a system for people to do that properly, in
16    the way that I imagined it should be, was to implement
17    certain procedures and involve legal counsel to help
18    us, the developers, set up a process for verifying
19    people that would sign up to purchase paycoin in
20    Paybase.
21         Q.   Do you remember if this e-mail was before or
22    after the conversation with Mr. Capuano that you
23    testified about earlier?
24         A.   I believe this is before.
25         Q.   So you already understood there were some

1           JOE MORDICA - JUNE 28, 2018

2 issues with AML/KYC?

3     A.   Yeah, I mean, and Eric -- Eric and I had

4 talked about, you know, just speculating, you know, I

5 mean, we're just -- we're just not comfortable with

6 where the company is headed.  The environment is --

7 you know, the culture is not vibrant anymore.  I mean,

8 there's no -- you know, we were just kind of talking

9 back and forth.

10        I don't think that -- I don't think that Eric

11 had come and talked to me before I sent this e-mail

12 but, you know, I do think that Eric and I had talked

13 about how to protect ourselves, you know, from any

14 people signing up to this platform to money-launder or

15 whatever.  And this is -- this was my push to do that.

16        So after going through all of these different

17 platforms and having to rush them out and not build

18 them in the way that we wanted to build them so that

19 they were more -- so that they were more mature before

20 we release different code bases and release different

21 features, we wanted to take a different approach to

22 how we deployed a new software platform; right,

23 because we had already released three or four

24 different platforms and they were all just rushed.

25        So this was my effort to say let's back up

JOE MORDICA - JUNE 28, 2018

1  and actually think about this one, do it right from

2  the beginning, release a piece of software.  Yes, it

3  can be awesome; right, it can be cool, it can be, you

4  know, forward thinking, but let's do it in a way where

5  we're taking a step towards maturing the industry and

6  not just trying to sell a product or a service as fast

7  as we can get it in.

8      Q.   Well, you said here, looks like halfway

9  through your e-mail, because of the way things have

10  played out over the last month we need to go beyond

11  what is required of us legally and make up for the

12  loss of reputation.

13          What were you getting at?  How had things

14  played out over the last month?

15     A.   I think with partly software issues, you

16  know, the payout issues, I think also our reputation

17  based on Josh's promises and not being able to fulfill

18  those promises hurt our reputation more than anything.

19          And there were maybe even cases where he

20  would promise a certain software feature that I may

21  not be able to produce before he would talk to me

22  about it, you know.  So, you know, I would have to

23  produce that and keep my guys there late to make that

24  happen or just be late on a software release.  And

JOE MORDICA - JUNE 28, 2018

1

2    that hurt our reputation.

3          There was a lack of communication, there was

4    no teamwork.  I mean, that's what I was getting at

5    here.  Like, there was -- there was -- the expectation

6    by the customer was not being met because of the

7    promises that were being made from Josh.

8          Q.    At the time of this e-mail you were still

9    also working on the voice-over IP, GAW Lab stuff, at

10   least somewhat?

11         A.    Yeah, yeah.

12         Q.    And when you left, you left both?

13         A.    Yes, yeah.

14         Q.    Why did you leave both?

15         A.    Because I wanted to have nothing to do with

16   Josh anymore.  And if I had stayed involved with

17   anything, he would have continued to try and pull me

18   back in to the mining business.

19               I couldn't be involved in anything that he

20   was involved in because there would always be -- I

21   mean, the guy lied to me from the time that I met him

22   until the time that I left the company.  I wasn't

23   about to get back involved with anything related to

24   him, you know.  There was no way.

25         Q.    Okay.

Page 113

JOE MORDICA - JUNE 28, 2018

1

2          A.    Yeah.   Hopefully that answers the question.

3     I mean, I'm telling you, man, it was...

4                    MR. SARGENT:  Would you mark this 24.

5                    (Exhibit 24 was marked.)

6     MR. SARGENT:

7          Q.    This is another e-mail from about the same

8     time that you sent on January 20th.  Do you remember

9     this one?

10         A.    Let me read it real quick.

11         Q.    Uh-huh.

12         A.    Hey, obviously things didn't go --

13         Q.    Do you remember why you were saying you would

14    seek legal counsel before proceeding at this point?

15         A.    Probably needed to seek legal counsel from

16    the time I met the guy.  I mean, my goodness, man.

17         Q.    But this -- I haven't seen you say that

18    directly to him before.

19         A.    Yeah, this was the first time I said that to

20    him.  Do you have an e-mail that follows this up, like

21    his response?

22         Q.    I haven't seen one and I don't have it with

23    me?

24         A.    Yeah, he probably called me after this or

25    something, you know, because hearing this -- seeing

1         JOE MORDICA - JUNE 28, 2018

2   this in an e-mail, he was probably oh, I got to get

3   him back on board, you know.  I mean, that's what --

4   you know, because I was -- I was out at this point.

5       Q.  He's asking you to keep selling Paycoin,

6   that's what XPY is; is that how you understand his

7   e-mail?

8       A.  Yeah, yeah.  I'm trying to remember what we

9   were doing, how we were selling XPY.  So when the coin

10  was originally generated in the Genesis block, the

11  company, GAW Miners, took a decent sum or large sum of

12  Paycoin.  And I believe in order to sustain what the

13  company had going on from hashlets to paycoin promises

14  to what -- you know, the loss of revenue, we were

15  having to dump that paycoin into the open exchange,

16  into the market, in order to get bitcoin to pay out

17  customers via payouts and to pay employees and to pay

18  whoever, you know.

19          Yeah, so that's --

20      Q.  Is that what he's asking you to do, to

21  sell --

22      A.  Yes.

23      Q.  -- paycoin to get money to pay expenses?

24      A.  Yeah, I believe so.  We have to start doing

25  this or we will run out of cash.

1    JOE MORDICA - JUNE 28, 2018

2    Q.   And your response to me is a little bit

3    cryptic.  Can you explain what you're saying?

4    A.   My response is I don't know enough about this

5    task to make a call on whether or not it's something

6    we should do.  I mean, like, I'm basically saying

7    look, I'm not qualified to do this, to do what you're

8    asking me to do because we're running out of cash.

9         Like, you don't ask the guy that's building

10   your software to create revenue opportunities; right.

11   Like, you don't ask your technology -- like, your

12   software developer to, like, provide, like, financial,

13   like -- like, this is not my job.  This is not what

14   I'm -- like, I need -- I needed to talk to someone at

15   this point that understood more about the situation

16   and what was happening in order to determine what my

17   next move needed to be because I was being asked to do

18   something that I was not comfortable with from an

19   ethics perspective, from a -- from a just a business

20   perspective, from a role perspective.  You know,

21   this -- first of all, it's not my role.

22   Q.   Yeah.

23   A.   Like, this is not what I'm responsible for,

24   but suddenly you're making me responsible for it by

25   making me sell coins so that we can pay employees or

1              JOE MORDICA - JUNE 28, 2018

2    do whatever you need to do, buy more stuff on Amazon,

3    I don't know what you're going to do with it.

4              You know, I didn't feel that I needed to be

5    brought into this and have just these conversations

6    between Josh and I anymore.  I felt that I needed to

7    talk to someone else and bring someone else into the

8    conversation because I felt that I was being

9    manipulated and being brought into a place where, one,

10   I wasn't comfortable from a business perspective; two,

11   I was just being -- he was manipulating my character,

12   my personality and who I am and how -- how I kind of

13   present myself.

14        Q.   Do you remember more specifically what the

15   legal concerns you had were?

16        A.   I mean, I think we've already gone over some

17   of them about selling more hashing power than -- I

18   mean, it's --

19        Q.   I mean, in particular in this e-mail, you

20   seem to be saying before I go forward with selling

21   paycoin to get operating money I would need to talk to

22   lawyers.

23        A.   Yeah.

24        Q.   What was the legal concern?

25        A.   At the time I didn't -- I just felt that I --

JOE MORDICA - JUNE 28, 2018

1

2  there were some things that I didn't know and I wanted

3  to know.  And in order to know those things I had to

4  get someone else involved because I wasn't going to

5  get it from Josh.

6      Q.    Okay.

7      A.    You see what I'm saying?

8      Q.    Uh-huh.

9      A.    I didn't know what I didn't know and that

10  scared me.  And I needed to seek legal counsel because

11  I didn't have a good gut feeling about what was

12  happening in the company if we needed to sell our own

13  coin to generate revenue to sustain our business.

14          If I needed to do that, like, why does it

15  have to be me, you know.  Why can't you get somebody

16  else to do it.  Because, you know, that tells me -- is

17  there a -- am I the only one that he thinks he can

18  manipulate to do this.  And that's even more

19  dangerous.

20          So, you know, those are the thoughts that

21  went through my mind.

22              MR. SARGENT:  That's all the questions

23          that I have for you today.

24              Do you guys want to take a break?

25              MS. CAVE:  Yeah, take a break.

1          JOE MORDICA - JUNE 28, 2018

2          MS. ECHENIQUE:  Yeah.

3               (Off the record.)

4          VIDEOGRAPHER:  Back on record, 12:22.

5                    EXAMINATION

6    BY MS. ECHENIQUE:

7       Q.   I'm Sarah Echenique, counsel for Stuart

8    Fraser.

9       A.   Okay.

10      Q.   We met earlier.  I wanted to ask, I know that

11   you said you met plaintiffs' counsel earlier today.

12   Is that first time you've spoken with him?

13      A.   Today?  I spoke with him on the phone

14   previously whenever he asked me to -- or whenever I

15   got called to do this.

16      Q.   This meaning the deposition?

17      A.   Yes, yeah.

18      Q.   Had you exchanged any documents or anything

19   like that?

20      A.   No.

21      Q.   Just spoke in terms of scheduling the

22   deposition?

23      A.   Yes.

24      Q.   I know you've talked at length about the

25   different products that GAW Miners had.  I was

1          JOE MORDICA - JUNE 28, 2018

2   wondering if you could talk a little bit about a few

3   of the programs that they offered, for example, a

4   program for beta testers.  I might be getting that

5   wrong.

6          What is a beta tester?

7      A.   A beta tester is someone that is somewhat

8   technically inclined that is an outside or third-party

9   resource that a company would normally bring in to

10  help the company test the software release of a

11  product.

12         So beta tester -- so if Apple is releasing a

13  new version of their iOS, they will have beta testers

14  that use different features and try to break different

15  things in the software in order to provide the

16  developers what they need in order to fix the issues.

17         Because the developers, it's harder for

18  developers to locate and determine issues from

19  software that they write themselves; right.  Like, if

20  I'm writing a piece of software, if you're -- like, I

21  can't see things that you can see because you come at

22  it from a different vantage point.

23         So that's the objective of a beta tester.

24      Q.   Did GAW Miners use beta testers?

25      A.   Yes, uh-huh.  Yeah, we had a beta testing

1                JOE MORDICA - JUNE 28, 2018

2    program that -- I believe we even compensated beta

3    testers for their feedback if it was helpful for us in

4    fixing issues before those features got released.

5        Q.   What kind of compensation?

6        A.   I believe it was -- it was some form of

7    cryptocurrency, whether it was Bitcoin or Paycoin.

8    Probably -- it was Bitcoin probably.  It wasn't U.S.

9    dollars, it was definitely Bitcoin.

10           I don't remember anybody getting compensated

11   with U.S. dollars.  And I believe Eric Capuano

12   primarily ran that program.

13       Q.   Do you know how many beta testers you might

14   have used, or I don't know if that's a proper term, as

15   well?

16       A.   Yeah, it's proper.  Probably at any given

17   time around 20 to 50 beta testers, something like

18   that.

19       Q.   How did you choose them, or who would choose

20   them?

21       A.   We would choose them based on their feedback

22   and helpful advice in the community.  So we put

23   together a program, they would come in and apply to be

24   a beta tester and we would vet them so that they

25   could -- like, so that we felt good that they would be

JOE MORDICA - JUNE 28, 2018

1   able to provide adequate feedback and that they just

2   weren't trying to gain insider knowledge about what we

3   were about to release.  Like, if you were working for

4   someone else's company and you would want to get,

5   like, insider knowledge about certain software

6   versions to be released.

7          So we would try to vet them in order to

8   establish a good, like, basis for how much

9   productivity they were going to be able to provide to

10  us.  That's how we would establish a relationship with

11  them.

12      Q.   Were they allowed to continue purchasing or

13  using their products from GAW Miners while you were

14  using their services?

15      A.   I can't remember that.  I don't -- I don't

16  know if that was even discussed.  I'm sure it was.  I

17  was probably either not in that conversation or half

18  asleep when it was happening.  I just can't remember.

19      Q.   Did you use them at every stage, or do you

20  know how many times you brought beta testers in?  Was

21  it on a rolling basis?

22      A.   In the early stages we did not because the

23  platform and customer base was so small.  As the

24  customer base grew, the beta testers grew.  I don't

1      JOE MORDICA - JUNE 28, 2018

2    think we had over 20 or 30, you know, beta testers at

3    any point in time, maybe even 50 at the most.

4        Q.   Would they have to sign anything, like an

5    nondisclosure agreement?

6        A.   Yes, yes, yes.  They would have to sign a

7    nondisclosure.  They would have to -- Eric is -- I

8    believe that's -- I don't -- I don't know any much

9    else about this.  Eric would probably be better to ask

10   about the beta program.  I think he was helping -- I

11   think he was primarily leading that effort.  Yes, they

12   did have to sign a DA, yeah.

13       Q.   Did you guys have something called an

14   affiliate program?

15       A.   Yes, I remember an affiliate program.  I

16   think it was -- no, I know it was a way for people to

17   buy hashlets or product or whatever at a certain

18   discounted or bulk rate and resell it to others;

19   right, so that they could make money, as well.

20       Q.   So it was sanctioned, it was allowed by GAW

21   Miners to do that?

22       A.   Yeah, Rami -- Rami put together the affiliate

23   program, put together a compensation program and all

24   that for them.  I think on our side, on the software

25   side, it was just -- I think we gave the ability for

1          JOE MORDICA - JUNE 28, 2018

2     an affiliate to -- like, we assigned them accounts

3     that were -- that they could sell to, I believe, and

4     then they were able to put those resources in other

5     people's accounts.

6          Q.   Was it a similar process to the beta testers

7     where they would apply, or how would someone become an

8     affiliate?

9          A.   I can't -- I don't know the process that was

10    used to sign up or determine if someone was an

11    affiliate.  I believe that would have been Rami,

12    Carlos Garza and Josh primarily.  Yeah, I'm not sure.

13         Q.   Do you have any idea how many affiliates

14    there might have been?

15         A.   No, I really don't.  I'm sorry.

16         Q.   No, that's fine.

17         A.   Yeah, I don't.

18         Q.   What about a VAR program?  Does that sound

19    familiar?

20         A.   Yeah, VAR program.

21         Q.   Uh-huh.

22         A.   I believe that was the affiliate program,

23    wasn't it, or do you have additional information on

24    the VAR program?

25         Q.   My understanding is VAR stands for value out

Page 124

JOE MORDICA - JUNE 28, 2018

1

2  of retailer.  Would that be the same as an affiliate?

3      A.   Yeah, I believe so.  Yeah, uh-huh.  Yes.  I

4  can't establish a difference.

5      Q.   Okay.  Have you ever heard of the name

6  Rishabh Jain?  I may be saying that incorrectly.

7      A.   Yeah, yeah, yeah.  So he's actually the one

8  that Eric was telling me about when Eric came to

9  discuss with me in Hattiesburg about all of the

10  communication that he had been seeing going back and

11  forth through e-mails.  And his name came up quite a

12  bit.

13      Q.   So he was one of the investors or --

14      A.   Yeah.  I believe so, yeah.  I don't know how

15  much he invested but he was -- he was, like, one of

16  the prominent investors.  I believe he's in Dubai.

17      Q.   My understanding is that Genesis hashlets

18  were offered sort of as an incentive for people to --

19  engaged with the company.  Can you talk a little bit

20  about that program or what they did with Genesis

21  hashlets?

22      A.   I forget, like, what size they were.  I

23  believe they were, like, probably an introductory

24  hashlet.  Like, they weren't worth much and you would

25  buy one for fairly cheap.

1           JOE MORDICA - JUNE 28, 2018

2        So what was the question?  Like, they were

3 just another hashlet, I believe.  They were just,

4 like, a cheaper version of the other hashlets.

5      Q.   Were they ever offered for free?

6      A.   Yeah, I believe so.

7      Q.   Were those the only products that were

8 offered for free or were there other incentives like

9 that?

10      A.   I'm sure there were other incentives because

11 Josh was always running some type of promotional,

12 like, online.  And you could go and, like, you could

13 probably scour the forums and, like, see every

14 promotional that GAW ran.  It's probably online, you

15 know, publicly.

16        I just can't remember specifically which ones

17 other than the Genesis hashlets would have been free.

18 But I believe they were offered in an incentive

19 program for free, yeah.  I think I remember that.

20      Q.   Were there any abuses from users who were

21 trying to get the free hashlets that you recall?

22      A.   Oh, yeah, yeah, yeah.  I mean, there was --

23 oh, yeah.  I mean, people signing up a thousand times

24 or people registering with their account.  I mean,

25 people would set up bots, like, automated bots to

1           JOE MORDICA - JUNE 28, 2018

2    register for free accounts to get, like, this, you

3    know, sign-up bonus or this free hashlet or whatever.

4           I mean, at one point we had an account -- we

5    had someone that generated an account from, like, a

6    bunch of different IP addresses in, like, Switzerland

7    or some other country.  It's, like, 10,000 little

8    accounts, you know.  And, you know, we would pretty

9    quickly figure out ways to prevent that from happening

10   and then shut them down; right.  Like -- but it did

11   happen.

12          It's like every time Josh wanted to put

13   together a promotion, we were -- we had to react from

14   a software perspective and go what kind of blow back

15   is this going to have on us, what kind of -- what kind

16   of issues are we going to have to face whenever Josh

17   makes a promise to the public about something that he

18   hasn't even told us that he wants to do yet, you know.

19          So this is, like, literally on Friday

20   afternoon we're sitting in front of the computer,

21   almost every Friday for a few weeks, and we are

22   waiting for a forum post from Garza stating what he is

23   going to do so that we can learn what our marching

24   orders are.

25          Isn't that crazy?  Like, that's not how you

JOE MORDICA - JUNE 28, 2018

1  run a company.  You don't announce to the public what

2  you're about to do and your developers learn what

3  they're about to build by anticipating your forum

4  post, you know.

5      Okay.  So we got off on that a little bit.  I

6  mean, it's absolutely nuts.

7  Q.   Yeah.

8  A.   That's how -- that's how it got for a little

9  while, yeah.

10  Q.   Are there any other programs like that that

11  comes to mind other than the ones we just spoke about,

12  like the affiliates or the free hashlets?

13  A.   Programs -- like, incentive programs for

14  giving away free or other --

15  Q.   Anything like discounted products or anything

16  like that?

17  A.   No.  And I mean, a lot of the marketing

18  and sales team was running a lot of the sales and

19  promotion type stuff.  I mean, we didn't have much to

20  do with that portion of it.

21  Q.   What do you mean?  Like, the tech side?

22  A.   Yeah, yeah, on the technology side we

23  didn't -- you know, it was just we were building

24  software.  I mean, we didn't -- we tried to stay in

1                   JOE MORDICA - JUNE 28, 2018

2       our realm and let marketing and sales do their thing.

3       And so sorry, I can't provide much information about

4       that.  I just can't -- I wasn't involved in that.

5           Q.   Okay.  Do you recall Garza or GAW Miners ever

6       purchasing the domain btc.com?

7           A.   Yeah.

8           Q.   What do you remember about that?

9           A.   I remember that it wasn't actually purchased.

10      Like, I believe that -- so it was, like, a million

11      bucks; right, and there was a down payment required to

12      acquire the domain and start using it.  But there was

13      a payment plan put together for this domain and from

14      what I understand, the -- only the initial payment was

15      made to purchase this domain, which was, like, not --

16      which was a quarter of the full price of the domain.

17      And then a payment plan was put together to pay on a

18      monthly basis for the domain.  Like, some kind of --

19      like, it was financed or something.  I don't know how

20      that works.

21               But it was never paid off and the domain was

22      released back to the original owner, I believe, so.

23          Q.   Do you remember when that happened?

24          A.   I don't, but every e-mail that you see that

25      ends in @btc.com, the first instances that you see of

JOE MORDICA - JUNE 28, 2018

1   that happening is where it started, is when the domain

2   was purchased.  I don't remember the date or whatever,

3   but you can pretty easily see when the e-mail started

4   to end with @btc.com, that's -- that's when it

5   started.

6       Q.   I mean, because a complete purchase price

7   wasn't provided, then?

8       A.   Correct.

9       Q.   It was referred back?

10      A.   Yeah, it was not purchased.

11      Q.   Were you involved in drafting any White Paper

12  for the company, for GAW Miners?

13      A.   So, I didn't draft any White Paper, but I

14  reviewed the White Paper along with Jonah and Matt

15  Eaton.  So we -- Jonah primarily did most of the

16  content writing in the White Paper.  He had some other

17  help and stuff like that, but -- but I remember, you

18  know, he was primarily the one that was doing the

19  writing.

20          I was in the review process, although most of

21  it was just technical jargon that was like, you know,

22  somewhat difficult to understand.  But you know, we

23  believe between all of us that, you know, what the

24  White Paper produced was something that -- that was

1          JOE MORDICA - JUNE 28, 2018

2  pretty legitimate, as far as, like, if you wanted to

3  get involved, then, reading the White Paper would

4  encourage you to want to be involved.

5       Q.   So was it only GAW Miners employees who

6  worked on the White Paper?

7       A.   I don't believe so, but I don't know who else

8  was -- I don't know who else Jonah got involved.

9       Q.   Do you know whether Dean Allen Shinners would

10 have been working on the White Paper?

11      A.   Yeah, it's very possible.  I can't say for

12 sure, though.

13           (Exhibit 25 was marked.)

14 MS. ECHENIQUE:

15      Q.   So this is Exhibit 25.  Do you recognize what

16 this is?

17      A.   Let me read it real quick.

18      Q.   Sure.

19      A.   Okay.  Yeah, this is Allen asking for

20 clarification, I believe, on certain topics on the

21 White Paper.

22      Q.   Why was he being provided a copy of the White

23 Paper in the draft?

24      A.   I believe he was doing some consulting, some

25 more or less, like, verbiage consulting and critical

1                    JOE MORDICA - JUNE 28, 2018

2    writing consulting on the White Paper.  So, you know,

3    he's a very analytical person and probably a good

4    source to -- an outside source to review it, look over

5    it and ask questions about anything that would stand

6    out to him.

7         Q.    Did you ever meet him in person?

8         A.    You know, I've never met Allen in person.

9    I've seen -- I've seen him on camera.  Like, I've seen

10   him on video but never seen him in person.  Talked to

11   him a good bit, but yeah.

12        Q.    You said he's an analytical person.  What

13   makes you say that?

14        A.    Well, he does telecom expense consulting, so

15   he has to look over these huge telecom bills and

16   invoices for large customers and figure out where

17   discrepancies are and figure out where they're being

18   overcharged in different areas for and relay that to

19   his customer.

20              So you know, you kind of have to be in that

21   industry.

22        Q.    Do you remember when you first spoke with him

23   or heard about him?  Was it before or after the White

24   Paper, for example?

25        A.    I mean, it would have had to have been before

Page 132

1                    JOE MORDICA - JUNE 28, 2018

2    the White Paper because we wouldn't have -- we -- you

3    know, I wouldn't have reached out to him right here to

4    look over the White Paper if I didn't already -- if I

5    already, you know, hadn't discussed things with him.

6         Q.   And you said that you had talked to him a

7    good bit.  Was that throughout the course of your GAW

8    Miners employment?  Oh, I guess you weren't employed

9    but through the course of GAW Miners or when would you

10   have spoken to him a good bit?

11        A.   I only -- I didn't know Allen until right

12   around the pay -- the time of Paycoin.  Yeah.  So I

13   didn't have any communication with him before that.

14        Q.   So you started speaking to him in the context

15   of the Paycoin White Paper?

16        A.   Uh-huh, yeah, I believe so.

17        Q.   Do you know how many times you may have

18   spoken with him?

19        A.   No.  I'm not -- I'm not nearly as analytical

20   as he is.  He'd probably be able to tell you.  He'd

21   probably go 47 and a half times, because one time he

22   hung up on me or something.

23              MR. SARGENT:  Only once?

24              THE WITNESS:  Yeah, right.

25   MS. ECHENIQUE:

Page 133

1                    JOE MORDICA - JUNE 28, 2018

2        Q.    Would you speak with him over the phone

3   during this period or was it only by e-mail or Google

4   Hangouts?

5        A.    Google Hangouts, e-mail, very rarely over the

6   phone.   And when I would talk to Allen we would be

7   bringing him in into a -- kind of like an internal

8   company meeting where we're going over, you know,

9   the -- let's say going over the White Paper and we

10  need, you know, him to chime in on his findings and

11  his, you know, feedback basically.

12       Q.    Was all the information he was getting

13  already public?

14       A.    I don't know.   Yeah, I really don't know.   I

15  mean, how could I --

16       Q.    Well, was everything in the White Paper draft

17  already public?

18       A.    Okay.   Was there anything in the White Paper

19  draft that was public before he got it.   I don't

20  think, but I don't know for sure.

21       Q.    But he had the White Paper before it was

22  public because he was working on the draft?

23       A.    Yes.   He had to have had it before it went

24  public, uh-huh.

25       Q.    What else would you guys talk about other

1          JOE MORDICA - JUNE 28, 2018

2     than White Paper?

3          A.   But I don't know if someone else, like -- I

4     don't know if other -- I mean, I'm sure other people

5     had access to it, as well.  You know, even though it

6     wasn't, like, announced publicly, it was circulating

7     in a pretty closed community out -- even outside of

8     the office because -- because in that scenario you

9     don't, like -- you don't develop what kind of paper

10    internally without third parties getting involved to

11    some degree; right.  Like, you can't produce anything

12    of quality without getting feedback from third

13    parties.

14         Q.   Would they have NDAs, as well?

15         A.   Yes.  If they didn't, they should have had

16    them.

17         Q.   So what else would you and Allen talk about?

18    Was it just the White Paper draft?

19         A.   Yeah, primarily.  I mean, I didn't -- I was

20    always too busy to talk to Allen.  He was doing all

21    the talking, you know.  Gotta go, Allen, call you

22    later.

23         Q.   What would he talk about?

24         A.   Mining and White Paper and philosophy.  I'm

25    like, dude, it's 3:00 p.m., man, I got to get to work

1            JOE MORDICA - JUNE 28, 2018

2  here, you know.  Just -- I mean, he actually -- he had

3  some -- he had some pretty good input and, you know,

4  just -- it was not -- it was, like, small talk.  It

5  wasn't, like -- it wasn't anything of -- or maybe it

6  was -- maybe it was the next biggest idea, but I was

7  so checked out, I mean, I was just so busy with other

8  stuff, I just -- you know.  I can't really recall.

9      Q.   Did you keep in touch with him after the

10 White Paper came out?

11     A.   Yeah, yeah, I did, uh-huh.

12     Q.   Meaning did you speak on the phone or have

13 Google Hangouts, or how would you keep in touch?

14     A.   He would call me every now and then, what are

15 you up to.  I'd call him every now and then, because

16 he would talk to some people that, you know, I didn't

17 talk to anymore and, you know, we'd just see what's

18 up, see what's going on, see what everybody's doing

19 and that kind of thing.

20     Q.   Who was he speaking with?

21     A.   A mutual friend of ours, Adam Matlack,

22 which -- and I was probably the -- that was the person

23 we had, you know, in common the most with.  I think he

24 tried to reach out to a few other people, like Dan and

25 some other people, but he would get voicemails and

1        JOE MORDICA - JUNE 28, 2018

2   stuff like that.

3        Q.   Are you talking about Dan Pease or Dan

4   Kelley?

5        A.   I can't remember.  Sorry, I mean, it -- I

6   don't know.  Adam is the one that stands out in my

7   mind about who we had a common relationship with, you

8   know.  And I would ask how Adam's doing, I would ask

9   how Allen's business is doing, you know, because we're

10  kind of in the same industry so we had a lot in

11  common, too.

12         Like, he would go do telecom management for,

13  you know, larger companies and, you know, I had a

14  telephone company and so naturally I would want to put

15  together a scenario where, you know, Allen could

16  introduce, you know, my company to some of his -- some

17  of the companies that he does business with to see if

18  we were a good fit there to do business with them.

19         You know, I mean -- I mean, nothing ever

20  happened there, but kind of wish it did, I mean, he

21  had some pretty -- pretty good contacts.  That's

22  primarily what we would talk about after the GAW

23  situation.

24       Q.   So you're referring to when the company wound

25  down?

1      JOE MORDICA - JUNE 28, 2018

2      A.   Yeah, yeah, yeah, yeah, yeah.  So all this,

3  like, in the past probably five or 10 minutes since

4  your last question is all, like, after GAW is done or

5  after I left GAW basically.

6      Q.   Okay.

7      A.   Yeah.

8      Q.   So while you were still at GAW, other than

9  the White Paper, what else would you talk about with

10  Allen?  Would you talk about what was going on at GAW

11  Miners?

12      A.   No, I mean, he would tell me -- he would tell

13  me about, like, his pets and his, you know, father and

14  stuff.  I mean, I -- you know.  I wasn't talking about

15  anything other than what interests me; right,

16  selfishly, which is the -- which was stuff that I had

17  to get done.

18           And if Allen was tasked with some project

19  that -- you know, review this part in the White Paper,

20  then that's what I was talking about with him.  You

21  know, that's what I wanted to talk about.

22      Q.   Uh-huh.

23      A.   He may have been talking about other things,

24  but I was trying to talk about, you know, this.  He

25  was talking about pets and family and friends and

1          JOE MORDICA - JUNE 28, 2018

2     stuff.  So I'm -- you know, I -- I only remember

3     talking to him about the White Paper.

4          Q.    And after you left the companies did you talk

5     to him about what was going on at GAW Miners?  About

6     why you had left, for example.

7          A.    I mean, he knew why I left.  We didn't talk

8     about why I left.  I mean, it's pretty obvious to

9     everyone.

10         Q.    How do you know he knew why you left?

11         A.    He was -- I mean, customers that were not

12    nearly as close as he was to the business knew why I

13    left.  So it was pretty obvious.  It wasn't -- like,

14    if other people knew, then Allen definitely knew

15    because he was being pulled into help, you know,

16    review the White Paper.

17              So, and he -- I'm sure -- I sure he would

18    talk to other people and figure -- I mean, I tried to

19    kind of go radio silence from everybody for a while.

20    I only talked to him after leaving the company about

21    late -- this was much later on.  Like, I didn't talk

22    to him, like -- like, right after leaving the company

23    I didn't -- try not to talk to anybody.

24              A good bit after that, you know, we would

25    talk and, you know, hey, what's going on, what's up

JOE MORDICA - JUNE 28, 2018

1  with -- you know, what's up with everybody that you're

2  still talking to or are you -- you know, how's

3  everybody doing kind of thing and how's telecom and

4  that's what we'd talk about afterwards.  But that was,

5  you know, probably six months down the road, six

6  months, year down the road.

7      Q.   Telecom is your company?

8      A.   Yeah, I'm in the telecom industry.

9      Q.   Oh, okay.

10     A.   Yeah, we would talk about telecom just in

11 general.  Yeah.

12     Q.   Did you help Allen at all to compile

13 information for this lawsuit that we're here for

14 today?

15     A.   He asked me to help and I believe I told him

16 that I would help, but he never followed up and

17 reached out to actually get my help.

18     Q.   What did you understand by help?

19     A.   I understood that he wanted to basically do

20 what you guys are doing now and ask me questions about

21 the company and establish some way to build a case.

22 That's what I -- that's what I imagined help being.

23     Q.   Was he ever involved in the development of

24 products?  You know, setting aside the White Paper,

1                    JOE MORDICA - JUNE 28, 2018
2     did he ever offer advice on the products you guys
3     offered?
4          A.   I don't think so.  No, not with me, anyway.
5                    MS. ECHENIQUE:  This is Exhibit 26.
6                    (Exhibit 26 was marked.)
7                    THE WITNESS:  Okay.  So this is to --
8                    what's the question here?  You want me to
9                    read this first?
10    MS. ECHENIQUE:
11         Q.   Yeah, go ahead and read it first.
12         A.   Okay.
13         Q.   Do you remember receiving this e-mail?
14         A.   I don't, but I definitely did receive the
15    e-mail.  So, yeah.
16         Q.   Do you recognize what -- so the top e-mail is
17    from Allen Shinners to Josh Garza and then cc'ing you.
18    Do you remember what he's referring to here?  The
19    topic is here, the topic is lesser hashlets.  I should
20    say that's in the subject line.
21         A.   Uh-huh.  I don't know what he's referring to
22    here by saying lesser hashlets.
23         Q.   So he says at the top, current market price
24    would yield a fraction HashStaker, which would work.
25    So HashStaker is what we were talking about earlier.

1       JOE MORDICA - JUNE 28, 2018

2  It's one of the wallets or a kind of wallet GAW Miners

3  offered?

4       A.    Uh-huh.

5       Q.    So was he providing some sort of advice on

6  the product or changing the product?

7       A.    Yeah, that's what it looks like.

8       Q.    When he says, we need to get away from these

9  other cryptos, at least for a while, if we have all

10 miners focusing on Paycoin.

11       Who is the we that you understood him to be

12 referring to?

13       A.    I don't know.  I mean, he's not -- he's not

14 part of a company.  He's a third party offering

15 consulting and advice.  I would -- I guess he's

16 referring to the company and himself as a third party

17 being we.  I mean, just kind of saying, like, let's --

18 I guess.

19       Q.    Then towards the bottom of the page it says,

20 on Sunday, November 30th, 2014 he wrote, I understand

21 that the pools are representative of outside pool

22 rates.  I always knew that.  Yes, converting to

23 HashStakers is ideal.

24       Is that what you guys actually did,

25 converting to HashStakers?  Or can you actually

1                    JOE MORDICA - JUNE 28, 2018

2   explain what that -- what that even means, what that

3   refers to?

4       A.    Yeah.  So I believe he's talking about yes,

5   converting to HashStakers is ideal.  I believe that,

6   you know, when we -- converting to HashStakers is us

7   converting from hashlets to HashStakers with the buy

8   back program, I believe.

9       Q.    What we were talking about earlier?

10      A.    Uh-huh, yeah.

11      Q.    And this is separate from the White Paper,

12   the HashStaker conversion?

13      A.    Yes, I believe so.  Yeah, I don't think they

14   are related.

15      Q.    Do you know what BitLend is, B-I-T-L-E-N-D?

16      A.    Uh-huh.

17      Q.    What is that?

18      A.    It was a peer to peer lending market, a peer

19   to peer open lending market.

20      Q.    Was it related to the companies or to anyone

21   related to the companies?

22      A.    I don't think so.  I don't -- I think there

23   was maybe one or two parties that were GAW customers

24   at one point that were -- that became involved in

25   BitLend.

1          JOE MORDICA - JUNE 28, 2018

2     Q.   Do you remember if Allen Shinners was one of

3  them?

4     A.   I can't remember.  I mean, was he?  I --

5     Q.   I'm just asking what you know.

6     A.   I don't know.  I mean, I can't remember.  I

7  believe so.  There's so many Bit companies.  I mean,

8  BitLend was -- oh, there was BTC Lend and there was

9  BitLend.  There was BTC, but BTC Lend was a different

10  group.

11          BitLend, yes, yes, Allen was involved in

12  BitLend.  He was not involved in BTC Lend which is the

13  little blue logo that I'm thinking about.

14     Q.   All right.  Do you know how he was involved

15  in BitLend?

16     A.   I don't know what his role was but more or

17  less, like, operations manager, leader, kind of like a

18  CFO role or a COO role.

19     Q.   Did GAW Miners ever do any business with them

20  or engage them in any way?

21     A.   No, that company spun up after GAW, I

22  believe.  That company came about after GAW.

23     Q.   Did you ever speak with Allen Shinners about

24  maybe working with them or --

25     A.   Yeah, I was going to -- I was going to help

Page 144

JOE MORDICA - JUNE 28, 2018

1

2   them, you know, build software, consult them on

3   building software and help them kind of get this peer

4   to peer lending thing off the ground.  The guy that

5   actually built the software is Jason Sponaugle.  But

6   yeah.

7       Q.   Do you know who else from GAW Miners might

8   have gone to help with BitLend?

9       A.   No one from what I can recall.

10      Q.   Okay.  Have you ever met or communicated with

11  Jason Vargas?

12      A.   Jason.

13      Q.   Vargas, V-A-R-G-A-S.

14      A.   Can you give me some -- like, I may -- it may

15  jog -- like, what did he do?  Like, who was he?

16      Q.   Well, he's a plaintiff in this case, so.

17      A.   Okay.  And a plaintiff is?

18      Q.   The person who brings the suit.

19      A.   Okay, okay, okay.  Yeah, there's two things I

20  don't know about in life.  That's medicine and law,

21  okay.  Like, there's a few things that I know really

22  well, but there's some things that I know nothing

23  about.  And this is one, so okay.  I don't know him, I

24  don't believe.

25      Q.   Have you ever met or communicated with Marc

Page 145

JOE MORDICA - JUNE 28, 2018

1    Audet, Audet, A-U-D-E-T?

2         A.    No.

3         Q.    Have you ever met or communicated with

4    Michael Pfeiffer?

5         A.    That name sounds familiar, I remember, like,

6    maybe some support tickets.  I mean, some of these --

7    like, we had hundreds of -- probably 100,000 customers

8    that would open support tickets.  And these names,

9    like the Michael Pfeiffer guy, I remember somebody had

10   a joke about him in the support department, but I

11   don't remember talking to him.

12            I remember that he was a customer, you know,

13   yeah, yeah.  I've just never met any of these guys,

14   never talked to them.

15        Q.    Did you ever meet or speak with Stuart

16   Fraser?

17        A.    No, I didn't.  I haven't, never.  I didn't

18   know that he even existed, truly, until recently.  I

19   thought he was a guy that Josh made up.  I really -- I

20   did for a while.  It's crazy.  I think Eric thought

21   the same thing, too.  But no, I never -- I never

22   talked to him.

23            So he's real?  I mean, he's a real person?

24        Q.    Well, he's represented by counsel.

Page 146

```
  1                JOE MORDICA - JUNE 28, 2018
  2                     MR. SARGENT:  Which doesn't mean much.
  3           A.   Yeah, wow.  Okay.
  4    MS. ECHENIQUE:
  5           Q.   Is there anyone you spoke to before your
  6    testimony today other than Mr. Sargent about
  7    scheduling?
  8           A.   No, not about scheduling.  I mean, I told
  9    family and friends that I was doing this today but not
 10    about scheduling.
 11           Q.   I'm sorry, I meant other than speaking with
 12    Mr. Sargent about scheduling, did you speak with
 13    anyone about your testimony today?
 14           A.   No, uh-uh.  No, no, no. I mean, I was -- I
 15    told my attorney but he was -- he was going to --
 16                     MR. SARGENT:  You shouldn't say what he
 17                said.
 18                     MS. ECHENIQUE:  Yeah.
 19                     THE WITNESS:  Okay.  I'm not.
 20                     MR. SARGENT:  That's potential legal
 21                advice.
 22                     THE WITNESS:  Yeah, yeah, okay.
 23                     MR. SARGENT:  She doesn't care anyway.
 24                I assume she doesn't care anyway.
 25                     THE WITNESS:  That's why I should have
```

1        JOE MORDICA - JUNE 28, 2018

2    had an attorney here.

3        MS. ECHENIQUE:  Do you want to take a

4    short break?

5        THE WITNESS:  How much longer do we

6    have?

7        MS. CAVE:  We're just going to see if we

8    need to --

9        MS. ECHENIQUE:  Yeah.

10        MS. CAVE:  And he's going to --

11        THE WITNESS:  Okay.  Yeah, sure.

12        MS. CAVE:  And I don't know if

13    Mr. Sargent will have anything else.

14        MR. SARGENT:  I don't think so.

15        VIDEOGRAPHER:  Off record.

16           (Off the record.)

17        VIDEOGRAPHER:  Back on record, 1:09.

18        MS. ECHENIQUE:  We have no further

19    questions.

20        THE WITNESS:  Okay.

21        MR. SARGENT:  No questions from me

22    either, so we're all done.

23        THE WITNESS:  Okay.

24        MS. CAVE:  Thank you.

25        MS. ECHENIQUE:  Thank you.

1          JOE MORDICA - JUNE 28, 2018

2          VIDEOGRAPHER:  Off record, 1:10 p.m.

3      (Deposition concluded at 1:10 p.m.)

4

5

6

7

   _____

8          Joe Mordica

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           JOE MORDICA - JUNE 28, 2018

2          CERTIFICATE OF COURT REPORTER

3         I, Connie Chastain, RMR, CSR, Court Reporter

4   and Notary Public in and for the County of Jackson,

5   State of Mississippi, hereby certify that the

6   foregoing pages contain a true and correct transcript

7   of the testimony of Joe Mordica as taken by me in the

8   aforementioned matter at the time and place heretofore

9   stated, as taken by stenotype and later reduced to

10  typewritten form under my supervision to the best of

11  my skill and ability by means of computer-aided

12  transcription.

13        I further certify that under the authority

14  vested in me by the State of Mississippi that the

15  witness was placed under oath by me to truthfully

16  answer all questions in this matter.

17        I further certify that I am not in the employ

18  of or related to any counsel or party in this matter

19  and have no interest, monetary or otherwise, in the

20  final outcome of this matter.

21        Witness my signature and seal this the 10th

22  day of July, 2018.

23

24           _____

             CONNIE CHASTAIN, RMR

25           CSR NO. 1025

Page 150

1                              ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.  No. Now Reads        Should Read   Reason

6    ____  ____ _____    _____   _____

7    ____  ____ _____    _____   _____

8    ____  ____ _____    _____   _____

9    ____  ____ _____    _____   _____

10   ____  ____ _____    _____   _____

11   ____  ____ _____    _____   _____

12   ____  ____ _____    _____   _____

13   ____  ____ _____    _____   _____

14   ____  ____ _____    _____   _____

15   ____  ____ _____    _____   _____

16   ____  ____ _____    _____   _____

17   ____  ____ _____    _____   _____

18   ____  ____ _____    _____   _____

19   ____  ____ _____    _____   _____

20

                              _____

21                            Signature of Deponent

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS ____ DAY OF _____, 2018.

24   _____

25   (Notary Public)  MY COMMISSION EXPIRES:_____