# EXHIBIT K

1            A. Capuano

2        IN THE UNITED STATES DISTRICT COURT

3          FOR THE DISTRICT OF CONNECTICUT

4

    DENIS MARC AUDET, MICHAEL )
5   PFEIFFER, DEAN ALLEN        )
6   SHINNERS, and JASON         )
7   VARGAS, Individually,       )
8   and on Behalf of All        )
9   Others Similarly Situated,)
10                              )
        Plaintiffs,          ) Civil Action No.
11  vs.                         ) 3:16-cv-00940
                                )
12  STUART A. FRASER,           )
13  GAW MINERS, LLC, and        )
14  ZENMINER, LLC (d/b/a        )
15  ZEN CLOUD)                  )
                                )
16      Defendants.             )

17

18        ORAL VIDEOTAPED DEPOSITION

19              AMBER CAPUANO

20            August 3, 2018

21

22

23  Reported by

24  Rebecca Callow, RMR, CRR, RPR

25  Job No. 145637

1                          A. Capuano

2

3      ORAL VIDEOTAPED DEPOSITION OF AMBER CAPUANO,

4  produced as a witness at the instance of the

5  Plaintiff and duly sworn, was taken in the

6  above-styled and numbered cause on the 3rd day of

7  August 2018, from 9:12 a.m. to 12:09 p.m., before

8  Rebecca J. Callow, Registered Merit Reporter,

9  Certified Realtime Reporter, Registered

10  Professional Reporter and Notary Public for the

11  State of Texas, reported by computerized stenotype

12  machine at the offices of Regis, 106 E. 6th

13  Street, Suite 900, Austin, Texas, pursuant to the

14  Federal Rules of Civil Procedure.

15

16

17

18

19

20

21

22

23

24

25

1                    A. Capuano

2                   APPEARANCES

3

4    FOR PLAINTIFFS:

5        Susman Godfrey

6        1000 Louisiana Street

7        Houston, Texas 77002

8            By:  Colin Watterson, Esq.

9

10

11

12

13   FOR STUART A. FRASER:

14       Hughes Hubbard & Reed

15       One Battery Park Plaza

16       New York, New York 10004

17           By:  Anna Schuler, Esq.

18               Hannah Miller, Esq.

19

20

21

22   ALSO PRESENT:

23       Alex Munoz, Videographer

24

25

1                          A. Capuano

2                               INDEX

3                                                      PAGE

4    AMBER CAPUANO

5    Examination by Mr. Watterson ......................8

6    Examination by Ms. Schuler ......................89

7    Further Examination by Mr. Watterson ...........109

8

9

10

11

12

13   Jurat .........................................111

14   Court Reporter's Certificate ...................112

15   Errata ........................................114

16

17

18

19

20

21

22

23

24

25

1              A. Capuano

2                 EXHIBITS

3    NO.            DESCRIPTION                    PAGE

4    Exhibit 142   11/18/2014 meeting invitation:   37

5                  Josh Garza,CEO of GAW Miners

6                  meeting at Cantor Fitzgerald

7    Exhibit 143   11/17/2014 email:  Messer to    38

8                  Garza, Re: Advise

9    Exhibit 144   11/17/2014 email:  Messer to    43

10                 Garza, Re: Fwd :White Paper

11   Exhibit 145   11/17/2014 email:  Messer to    45

12                 Fraser, Re: White Paper (Bates

13                 Nos. Fraser002148 through

14                 Fraser002169)

15   Exhibit 146   11/18/2014 email:  Messer to    46

16                 Ficarro, et al., Re:  White

17                 Paper HashCoin (Bates Nos.

18                 GAW00200300; GAW00200301)

19   Exhibit 147   11/20/2014 email: Messer to     51

20                 Garza, Re: Stuart will talk to

21                 him

22   Exhibit 148   11/25/2014 email: Sarracino to  52

23                 Garza, et al., Re: Coverage in

24                 the WSJ

25

Page 6

1                         A. Capuano

2                     EXHIBITS (cont.)

3    NO.              DESCRIPTION                    PAGE

4    Exhibit 149      11/21/2014 email: Wise to        57

5                     Garza, et al., Re: Stuart and

6                     ICO release

7    Exhibit 150      12/4/2014 meeting invitation:    60

8                     Meeting with Kenneth Raisler,

9                     Sullivan & Cromwell LLP

10   Exhibit 151      12/5/2014 email: Messer to       61

11                    Kelley, et al., Re: Minutes

12   Exhibit 152      12/18/2014 email: Office of      77

13                    Josh Garza to Josh Garza, Re:

14                    Fwd:PLLLLLLSSSSS

15   Exhibit 153      11/13/2014 email: Garza to      105

16                    Messer, Re: Fwd: Shareholding

17                    documents

18

19

20

21

22

23

24

25

1          A. Capuano

2          THE VIDEOGRAPHER:  This is the start

3  of tape labeled number 1 of the videotaped

4  deposition of Amber Capuano in the matter Denis Marc

5  Audet, et al., versus Stuart A. Fraser, GAW Miners,

6  LLC, et al., in the United States District Court,

7  District of Connecticut, Number 3:16-cv-00940.

8          The deposition is being held at

9  106 E. Street, Austin, Texas, on Friday, August 3rd,

10  at approximately 9:13 a.m.

11          My name is Alex Munoz from

12  TSG Reporting Incorporated and I am the legal video

13  specialist.  The court reporter is Rebecca Callow in

14  association with TSG Reporting.

15          Will counsel please introduce

16  yourselves.

17          MR. WATTERSON:  My name is

18  Colin Watterson, with Susman Godfrey.  I represent

19  the plaintiffs in this case, and I am very happy to

20  be here with Craig Smyser, who is a summer associate

21  at Susman Godfrey.

22          MS. SCHULER:  I'm Anna Schuler with

23  the firm of Hughes Hubbard & Reed representing

24  Stuart A. Fraser.

25          MS. MILLER:  And I'm Hanna Miller,

1              A. Capuano

2   also from Hughes Hubbard & Reed, representing

3   Stuart Fraser.

4              THE VIDEOGRAPHER:  Will the court

5   reporter please the swear in the witness.

6              AMBER CAPUANO,

7     called as a witness herein, having been first

8   duly sworn by a Notary Public, was examined and

9   testified as follows:

10              EXAMINATION

11   BY MR. WATTERSON:

12   Q.   Good morning, Ms. Capuano.

13   A.   Hi.

14   Q.   And is it Capuano?

15   A.   Yes.

16   Q.   Okay.  Great.  Well, first of all, thank

17   you for taking the time and coming to talk to us

18   today.

19              Have you ever been deposed before?

20   A.   No.

21   Q.   Okay.  So there are some rules.  They're

22   pretty easy.  I'll just go over them briefly.

23              So even though we're here in a

24   conference room, you're testifying under oath, like

25   this was in a trial.  So does that make sense?

1                    A. Capuano

2       A.   Yes.

3       Q.   Okay.  And there is a court reporter who is

4  taking down everything that you and I are saying.

5  And so what she will appreciate is that if we let

6  each other finish our sentences.  So I ask a

7  question, please let me finish it.  And if you're

8  answering a question, I will do my best not to talk

9  over you.  And that way the record is clean and the

10 court reporter is happy with us.  Make sense?

11      A.   Um-hmm.

12      Q.   Okay.  And we should also try not to talk

13 too fast.  Again, she'll let us know if that

14 happens.  But, you know, let's not make her job too

15 tough.  Okay?

16      A.   Sounds good.

17      Q.   All right.  And if I ask a question, you

18 have to answer audibly.  So don't shake your head,

19 nod your head, that sort of thing.  Okay?

20      A.   Okay.

21      Q.   And if I ask you a question and you don't

22 understand what I'm asking, please let me know and I

23 can clarify.  Okay?

24      A.   Okay.

25      Q.   If you want to take a break, that's fine.

```
1                        A. Capuano
2    Just let me know whenever you'd like to.  The only
3    thing I'd request is that if there's a pending
4    question, so if I asked a question, please answer
5    the question first and then we can take a break.
6    Okay?
7         A.   Okay.  Yeah.  That sounds good.
8         Q.   So you live in Austin.  Correct?
9         A.   I actually live in Georgetown.
10        Q.   Georgetown.  Okay.
11             Are you from Texas?
12        A.   Yes.
13        Q.   Where are you from originally?
14        A.   San Antonio.
15        Q.   Okay.  And did you go to high school in
16   San Antonio?
17        A.   No.  I went to high school in Canyon Lake.
18        Q.   Okay.  And did you go to college?
19        A.   I did.  I went to Austin Community College.
20        Q.   What was your degree in?
21        A.   I actually did not finish.
22        Q.   Okay.
23        A.   So I have enough credit hours for a lot of
24   degrees.
25        Q.   Fair enough.
```

Page 11

1               A. Capuano

2               Okay.  So after ACC, can you just take

3    me through your work history?

4        A.   Yes, I can.  So I was actually working at a

5    hospital in San Antonio before I started working for

6    GAW.  I worked at a child care facility, I waited

7    tables in college, and then, when I went to

8    San Antonio, I started working for a hospital.

9        Q.   Okay.  And when did you start working for

10   the hospital?

11       A.   Oh, goodness.  It had to have been 2011.

12       Q.   You mentioned GAW.  How did you -- when did

13   you first hear about GAW?

14       A.   So my now husband, who was my boyfriend at

15   the time, he had a friend that called him and told

16   him about this startup that he was working on.  And

17   at first, they were just kind of talking about the

18   startup and Eric was very excited and thought it was

19   a really cool idea.  He had just kind of started

20   getting into Bitcoin mining and he thought it was

21   really neat.  He actually made a purchase from GAW

22   first and then they started discussing Eric coming

23   on as an employee.

24               And then Josh actually told him that

25   he was looking for kind of a marketing/social media

```
 1                    A. Capuano
 2   manager and asked if I would be interested.  And I
 3   thought that sounded really cool, and I talked to
 4   Josh on the phone and we kind of had a phone
 5   interview.  And then we had a second interview and
 6   decided that I would start working for them.  So
 7   Eric and I both began working for GAW around the
 8   same time.
 9       Q.    And you mentioned that Eric had been
10   talking to a friend.  Was that Josh?
11       A.    That was Josh, yes.
12       Q.    Okay.  And, I guess, how does Eric know
13   Josh?
14       A.    They were school friends.  They were from
15   the same town and I think they went to school -- oh,
16   no.  They did not go to school together.
17             They actually met at a campground and
18   became friends and kind of stayed in touch over the
19   years.
20       Q.    And just to be clear, Josh is Josh Garza.
21   Right?
22       A.    Josh Garza.
23       Q.    When you say a campground, where was the
24   campground?
25       A.    I don't know.  It was near Friendswood,
```

1                          A. Capuano

2    Texas, I think.

3        Q.   Okay.  And so you mentioned that Eric had,

4    I guess, before GAW had gotten into Bitcoin mining.

5    Before GAW, did you have any background in

6    cryptocurrency?

7        A.   Just from Eric.

8        Q.   And so you mentioned that Eric had been

9    having discussions with Josh about joining GAW.

10       A.   Um-hmm.

11       Q.   What was his role at GAW?

12       A.   He was -- I want to say -- I don't know if

13   this is the original plan, but he was the, like,

14   cybersecurity.  He kind of made sure everything was

15   safe.

16       Q.   Okay.  And you mentioned that you had

17   interviewed with Josh about a marketing position.

18   Can you just tell me about the interviews?

19       A.   It was very short; it was very bad.  It was

20   an awful interview.  Probably my worst.

21            I was very nervous, because we had

22   already -- he had me do like a little -- submit a

23   marketing campaign.  And I did, and he loved it, so

24   he wanted to interview me for that.  And I

25   completely bombed it.

Page 14

1                    A. Capuano

2           So it was about five minutes.  And I

3    got off the phone and I texted Eric.  And I was

4    like, That was awful.  That was absolutely awful.

5           And he was like, Yeah, you really

6    messed it up, because he said that he's going to go

7    with somebody else.

8           So Eric and Josh had a conversation

9    and they decided to give me another chance.

10   Q.   Okay.  And that was the second interview?

11   A.   Yes.

12   Q.   I guess you did well enough on the second

13   one then.

14   A.   Yeah.  He basically just said that, Hey,

15   we're going to go ahead and give this a shot and I'm

16   going to teach you what you need to know.  We're

17   going to take your original talent and I will just

18   help you get to where I need you to be.

19           And my job ended up being not so much

20   as marketing as much as manning the forum that we

21   had and kind of making sure that the customers were

22   happy.  So it was more of like a forum manager and

23   customer service role before I was, I guess,

24   promoted to his assistant.

25   Q.   And was the title "Community Manager"?

Page 15

1                          A. Capuano

2          A.    It was something like that, yeah.

3          Q.    Okay.   And when you were sort of manning

4    the forum, you were in San Antonio?

5          A.    Um-hmm -- yes.

6          Q.    And at some point, you moved to

7    Connecticut?

8          A.    Yes.

9          Q.    When was that?

10         A.    That was in October of that year.

11               And we had attended a Bitcoin

12   conference.   I was the one that handled all of the

13   logistics of the conference and kind of helped Josh

14   get all of the things that he needed done.   He was

15   really happy with how I handled everything and

16   decided that he wanted me to be his assistant while

17   we were at that conference.

18               When Eric and I got home from the

19   conference, he called us and insisted and asked us

20   that we move to Connecticut to be his assistant and

21   to -- and for Eric to be the cybersecurity.   And he

22   really wanted us on site for that.

23         Q.    And, well, we'll go back to this Bitcoin

24   conference in a second, but, I guess, just tell me

25   about your job as the sort of community manager for

1                          A. Capuano

2    the forums.  What did that entail?

3        A.    Sure.  So I would run any promotions or,

4    you know, kind of get the community involved, kind

5    of, just communicate with them on a daily basis.

6    Whatever we had going on in the company, we would

7    post to the forum and kind of get them excited about

8    the company.  And Josh would also get on the forum

9    and speak to the customers.

10              We had a really close relationship

11   with our customers.  I felt very close to them.  And

12   I even got fan mail, which was really interesting.

13   That was fun.

14              So they -- I think that they really

15   enjoyed the forum.  It was kind of a place that they

16   liked coming to and they could also figure out if

17   there were any delays in shipments and we were able

18   to communicate with them there.  And then they also

19   had direct messages to us.  So if they had a

20   specific question about their order, they could

21   message me directly and I could find out for them.

22   Or sometimes they would call me -- at all hours of

23   the night -- and I was kind of on-call all of the

24   time.  So I had access to the forum whenever they

25   needed me.  And that was pretty much just what I did

1                        A. Capuano

2    for the forum.

3        Q.   Okay.  And, I guess, maybe backing up, just

4    in case some people on the jury don't know.  What

5    exactly is a forum?

6        A.   So now I kind of look at it almost as like

7    a Facebook page for this company.  It was a platform

8    that we used and created for GAW Miners.

9             So if you were a customer and you

10   would come on to the forum and you could create like

11   a screen name and, you know, you could put like a

12   little picture, a little avatar, and then that's how

13   you would talk to us.

14       Q.   Okay.  And, I guess, was the forum divided

15   up into categories or topics or --

16       A.   Yes.  It was -- there were several topics.

17   So there were -- it has been a long time and I've

18   had two kids since then.

19             So there were different topics.  So

20   there would be like a social area where you could go

21   and just talk about whatever you wanted to.  There

22   were places that you could go and click on if you

23   wanted to get updates on the company and kind of --

24   it was just broken down by different categories.

25       Q.   Okay.  Was there a place for announcements?

Page 18

1                         A. Capuano

2          A.    Yes.

3          Q.    Okay.   And what was posted in the

4   announcements section?

5          A.    That was usually Josh's area.   And he

6   would -- I feel like there was always something to

7   announce.   He was really good at getting everybody

8   excited on what was to come.   It would be if there

9   was a new release or they were going to get a new

10  miner or when they were working on the hashlets.

11  There was a lot of hype behind each new coming.   And

12  they worked very fast.   The developers worked very,

13  very fast, to a fault.

14         Q.    What do you mean by they worked "fast to a

15  fault"?

16         A.    So Josh had very high expectations, and he

17  wanted to deliver technology and things to the

18  customers that sometimes the developers would let

19  him know that was not feasible.   And so they --

20  like, our developers would work day and night to get

21  things done.

22               And so the announcements sometimes

23  would go ahead of what was actually like going to

24  happen.   And so our announcement page, that was

25  really like Josh's area.   So I didn't really -- I

Page 19

1                    A. Capuano

2   typically didn't post any announcements.

3      Q.   Okay, but -- so it sounds like Josh

4   overpromised sometimes?

5      A.   Um-hmm -- yes.

6      Q.   Do you remember any specific examples where

7   there was an announcement and then, I guess, the

8   developers said, Oh, we can't actually do this, it's

9   not feasible?

10     A.   Yeah.  So specifically, I don't remember

11  like exactly what Josh was promising.  I know -- I

12  do remember our developers having a really hard time

13  keeping up with what he was saying.  And we would

14  have meetings where Josh would say, "Okay, we're

15  going to do this," and I specifically remember our

16  developers saying, "Okay, we can't do that."  Like

17  the -- we cannot do that.

18            And Josh would basically say Well,

19  yes, you can.

20            Like, you'll just have to work until

21  it's done.  And we had developers that disappeared

22  for days on end that we couldn't find, and I was one

23  of the people looking for him.  And it was because

24  he was sleeping for days because he was so worn out.

25  And it was intense.

1           A. Capuano

2                And so that's more of the part that I

3    remember.  Not necessarily what he was promising.  I

4    do, though, remember that was -- we had one around

5    December, because we were having a Christmas party

6    that I was organizing and we ended up having to

7    cancel it or postpone it because the development

8    team was working.  And Josh wanted everybody to be

9    at the Christmas party, and they could not make it

10   because they were working on a deadline.

11        Q.   Was that PayBase?

12        A.   I want to say yeah.

13        Q.   Okay.  And you mentioned that there was --

14   you remember a specific developer saying that this

15   wasn't feasible.  Do you remember who that developer

16   was?

17        A.   I do.  Evan Lucas.  He's brilliant.

18        Q.   Do you know where Evan Lucas lives?

19        A.   Not specifically.  Around here somewhere.

20        Q.   Like around Austin?

21        A.   Around Austin, yeah.

22        Q.   So you mentioned that the announcement

23   section was sort of Josh's domain.  What was your --

24   I guess, which sections of the forum did you work

25   in?

1                            A. Capuano

2          A.    The rest of it.

3                     And I had access to the announcements.

4    So every once in a while, he was like, Hey, can you

5    run -- I don't know.  We would have like contests,

6    you know, for people.  So I would post kind of

7    things like that.  But as far as company

8    announcements, like what was to come, that was more

9    of his area.  But I would run contests, which was

10   fun for everybody.

11         Q.    What kind of contests?

12         A.    The one that I remember the most was -- I

13   don't remember what it was for, but Josh wanted to

14   be a superhero.  So our customers would submit

15   artwork.  And, I mean, everybody loved it.  Like, it

16   was a great thing.  But now, looking back, it was

17   interesting.  So we had some really cool artwork

18   that was submitted for that.

19         Q.    So sort of Josh as a superhero.  Do you

20   remember which one won?

21         A.    I want to say it was -- I remember it was a

22   picture of Josh that, I guess, they had gotten from

23   somewhere.  And they -- I remember there being like

24   a cloud behind him, or something like that, and

25   light.  I don't know.  It was a cool picture, but I

Page 22

1                          A. Capuano

2    think that was the one that won.

3                    And there was videos too.  I'm so

4    sorry.

5       Q.    Go ahead.

6       A.    Yeah.   There were videos that were

7    submitted also, kind of like a comic video that was

8    submitted.

9       Q.    And so it sounds like folks were pretty

10   engaged on the forums.

11      A.    Absolutely.

12      Q.    I guess, do you have a sense of the

13   activity levels on the forum?  Like how many -- let

14   me ask this:

15                    Was there a way to know how many users

16   were actually engaged on the forums?

17      A.    Yes.  So there -- and I can't recall

18   numbers, but there was kind of a badge system.  So

19   the more you posted, or the more you interacted with

20   the forum, you could get a higher like point system

21   and then you would also be able to engage more.  So

22   you would have to post, I think, three times and

23   then you would be able to start your own topic.

24   And, you know, kind of -- so it was almost gamified

25   a little bit.

A. Capuano

Q. What does "gamified" mean?

A. Well, so I look at it like if you were to play a videogame, or something like that, where you go to different levels. That's kind of how it was.

Q. Okay. Was there a way to see how many users had viewed particular posts?

A. Probably. Not that I can recall.

Q. Okay. Did GAW ever have Q&A sessions?

A. Yes.

Q. Tell me about those.

A. So the first one we had, we were all in different locations, and we would do Google Hangouts. And customers would submit questions and then, typically, Josh would answer it, but they would kind of go around. I was only on -- well, I was on two, I believe.

The first one didn't go so well for me, so they kind of took me out of it because I was the only girl and the community was not appropriate afterwards. So I wasn't in very many of them, but I was still around for them.

Q. Sorry about that.

But can you just tell me about the first Q&A. Do you remember what was discussed?

Page 24

1                        A. Capuano

2        A.    No.

3        Q.    What about -- you said you were involved in

4    a second one.  Do you remember any of the

5    discussions for --

6        A.    So that was when we had moved to

7    Connecticut and so we were all in what Josh called

8    the war room.  So we were there for that.  And I

9    don't remember the content, but I'm sure it's still

10   online if it was needed.

11       Q.    Okay.  Do you just generally remember, I

12   guess, like -- well, strike that.

13              Would there be announcements in these

14   Q&As or was it strictly just questions from the

15   forums?

16       A.    No.  I do vaguely remember some

17   announcements, probably towards the last Q&As,

18   especially with PayCoin and PayBase coming up.  I'm

19   trying to think.

20              I'm sure there were towards the end,

21   because Josh was really trying to get a lot of

22   attention for PayCoin and PayBase.

23       Q.    Okay.  So you mentioned that there was a

24   Bitcoin conference.  Tell me about that.

25       A.    In what regards?  What would you like to

Page 25

1                          A. Capuano
2    know?
3         Q.   Sure.   Well, first of all, was this in
4    Las Vegas?
5         A.   Yes.
6         Q.   And did Josh give speeches there?   Or what
7    was the purpose of attending the conference from
8    the ...
9         A.   I think to kind of get GAW Miners -- we had
10   such a good following that it was going to be really
11   good for us to be able to interact with the
12   customers and kind of meet and greet.
13              Josh did a -- I sat in on one talk
14   that he gave, so I think that may have only been --
15   the only one that he did.   And then he did a quick
16   interview with a company.
17        Q.   Okay.   And did GAW have a booth or
18   something like that?
19        A.   Yeah.   We actually had a really cool booth,
20   because I did all of it.   It was a lot of fun.
21              We set up in two different areas.   The
22   first one, we had kind of a spinning wheel where
23   people could win stuff.   And then we had several
24   employees that were able to talk to customers about
25   what GAW Miners was.   And then also, we had

1                    A. Capuano

2   customers come up and want to introduce themselves.

3       Q.    Do you remember anything about Josh's talk?

4       A.    No.

5       Q.    So after this conference, you were promoted

6   to Josh's personal assistant.   Right?

7       A.    Yes.

8       Q.    And what did that entail?

9       A.    So, I mean, I can walk you through my day.

10      Q.    Please.

11      A.    Is that okay?

12              So my day would start probably around

13   seven or eight.  I had our son at the time, so

14   getting him to daycare and whatnot.  And then I

15   would go grocery shopping in the morning for the

16   office, specifically Josh, and make sure that his

17   refrigerator was filled and that he had fresh fruit

18   on the table -- or on his desk.

19              I would pull his agenda for the day

20   and then around nine I would call him to wake him

21   up.  And then usually, I would have to text him and

22   then email him afterwards, letting him know what his

23   agenda was for the day and to be sure that he was

24   up.  He usually came into the office later, but

25   requested that I continue to contact him to make

1                          A. Capuano

2    sure that he was up and on his way in.

3                And then when he got to work, we would

4    go over his agenda again and then if he had any

5    changes to make, he would let me know if he needed

6    me to do anything I would.

7                And then I also would help out if his

8    family needed anything.  There were sometimes

9    errands that his wife needed help with.  There was

10   one time where her car was in the shop and so I went

11   and kind of picked her up, and the kids, and took

12   her to the car.

13               So that was kind of my typical day.

14   And I would stay until about five or six.  And then,

15   usually in the evenings, I would still, like, have

16   emails and things like that.

17               And then there was one time where his

18   car got stalled somewhere and so I called AAA or

19   like a tow company to help him.  And his wife ended

20   up getting the car to where it needed to be, so --

21   but things like that that I was always on call for,

22   anything that he needed.

23       Q.    So is it fair to say you were familiar with

24   his schedule?

25       A.    Yes.

1                        A. Capuano

2      Q.    Okay.   And would you know about meetings he

3   had scheduled?

4      A.    Absolutely.

5      Q.    Did you ever participate in any meetings

6   that Josh had?

7      A.    I did at the beginning.  I was in most of

8   his meetings, kind of doing the minutes and taking

9   the notes, especially because he would have -- he

10  would talk about meetings or set things up while the

11  meeting was going and so I would need to make notes

12  of those, and then reach out to those people.

13           But then towards the end, I was out of

14  several -- I was kept out of several meetings where

15  he would just let me know, Hey, if you have other

16  work you need to do right now, it's okay, like, go

17  ahead and do that.  So at first, I didn't feel like

18  I was being kept out on purpose.  Looking back, in

19  hindsight, there was probably a reason.

20     Q.    When did Josh start excluding you from

21  these meetings?

22     A.    The timeline exactly, I don't know.  I

23  would say probably closer around like

24  November-December time frame, I guess.  Well, more

25  December, because November was still kind of early

1              A. Capuano

2   in us being there.

3      Q.   And you said, sort of, looking back, you

4   have the sense that you were being excluded for a

5   reason.  I mean, just tell me why you think that.

6      A.   Well, I mean, I've paid attention to what's

7   been going on and also the reason that we left GAW

8   in the first place.  I have a very strict moral

9   compass, and Josh knew that about me.

10     Q.   So why did you leave GAW?

11     A.   Because -- so Eric was the cybersecurity

12  and he started to get the feeling that things were

13  not going in the direction that he was originally

14  told.  And he told me that we should definitely

15  leave before things got too hairy.  And we had a son

16  and we -- we moved to Connecticut just for this job

17  and so there was no reason for us to stay in

18  Connecticut, away from our family.  And when he told

19  me that he was uncomfortable with the company, I

20  knew that it was time to go.

21     Q.   And, I mean, did he tell you specifically

22  why he was uncomfortable?

23     A.   He felt that the company was no longer

24  being honest and being -- like doing things legally.

25  And he tried to talk to Josh about it and when their

Page 30

1                         A. Capuano

2   conversation was done, he came home and he was like,

3   Well, it's time to go.

4        Q.   Fair enough.

5        A.   I said, Okay.

6        Q.   So just going back to Josh.  Would you be

7   aware of -- if he had a phone call, would you be

8   aware of his phone calls?

9        A.   A lot of times.  Not always, but a lot of

10  times I, you know, would answer the phones and ...

11       Q.   What about emails?  Did you keep track of

12  his emails?

13       A.   I answered a lot of his emails, just

14  because it was easier for him.  A lot of times he

15  wouldn't respond to emails that needed to be

16  responded to and so I would help him with his

17  correspondence.

18       Q.   So do you know who Stuart Fraser is?

19       A.   I do.

20            MS. SCHULER:  Object to the form.

21  BY MR. WATTERSON:

22       Q.   Okay.  And so one other thing.  Counsel

23  might object to some of my questions.  So you should

24  give them time to object.

25       A.   Okay.

1                        A. Capuano

2        Q.   But you're allowed to go ahead and answer

3    the question after the objection.

4        A.   Okay.

5        Q.   Okay.  So you said that you do know who

6    Stuart Fraser is?

7        A.   Yes.

8        Q.   And who is he?

9        A.   Well, he -- I know he worked with

10   Cantor Fitzgerald and he was also a mentor to Josh.

11       Q.   How do you know Stuart Fraser was a mentor

12   to Josh?

13                MS. SCHULER:  Objection.

14   BY MR. WATTERSON:

15       Q.   You can answer.

16       A.   Okay.  Still answer?

17                MS. SCHULER:  Yes.

18       A.   Okay.  So Josh actually gave me the story

19   behind how he met Stuart and kind of what he was to

20   him growing up and where -- like how he got to where

21   he was since we spent a lot of time together.

22   BY MR. WATTERSON:

23       Q.   Can you tell me the story that Josh told

24   you?

25       A.   Yeah.  So he had an -- I will do it to the

1                            A. Capuano

2    best my ability, because this was still a long time

3    ago.

4              But he was working in -- I think it

5    was like telephone lines of some sort and he came

6    out and was helping Stuart with that.  And they came

7    up with a telecom company, and then they continued a

8    relationship throughout the years.  And then when he

9    started GAW, the mining company, he talked to Stuart

10   about it and he was very excited.

11             He thought that he had a lot of

12   potential and that he was extremely intelligent and

13   he wanted to help foster that.

14     Q.    So Mr. Fraser wanted to help foster ...

15     A.    Josh's talents, yes.

16     Q.    And did Josh tell you how Mr. Fraser --

17   strike that.

18             Did Josh tell you what Mr. Fraser did

19   to foster Josh's talents?

20             MS. SCHULER:  Objection to the form.

21     A.    So I -- not exactly.  Like, I don't feel

22   confident enough in my recollection to like tell how

23   he helped foster him.  But I do know that he -- from

24   what I understood, that he helped him financially

25   get to where he needed to be.  And loaning him

1                          A. Capuano

2    money.

3        BY MR. WATTERSON:

4        Q.    And did Josh ever describe his relationship

5    with Mr. Fraser?

6                    MS. SCHULER:   Objection to the form.

7        A.    Just more that he looked at him as kind of

8    a father figure.   And he spoke very highly of him

9    when he did talk about, like, their relationship and

10   stuff.

11       BY MR. WATTERSON:

12       Q.    Can you tell me how Josh described

13   Mr. Fraser?

14                   MS. SCHULER:   Objection to the form.

15       A.    Not anything specific.   I just remember how

16   I felt when he would talk about him.

17                   And it wasn't like we, you know, sat

18   around and chatted about him all the time.   But

19   definitely, you know, anytime he did give us like

20   kind of some, you know, stories and whatnot, it was

21   always -- it was a good feeling.

22       BY MR. WATTERSON:

23       Q.    Do you remember any, I guess, specific

24   stories about Stuart Fraser that Josh told you?

25                   MS. SCHULER:   Objection to the form.

1                          A.  Capuano

2        A.    Just kind of when he went out -- the phone

3   line -- oh, I remember.

4              So it was because it was like a rural

5   part of Vermont, or wherever they were, and they

6   were trying to get the phone lines and internet to

7   those houses.  And he just thought that Josh was

8   super smart and intelligent and that's the one that

9   I really remember.

10             He also told me -- we had a trip to

11  New York and he was telling me about 9-11 and how he

12  was supposed to be at work that day and wasn't, and

13  how September 11th was always very difficult for

14  him.  And so another, like, very like compassionate

15  talk.

16       BY MR. WATTERSON:

17       Q.   So you mentioned, I guess, a conversation

18  with Mr. Fraser in New York.  Tell me about that

19  trip.

20             MS. SCHULER:  Object to the form.

21       A.   Okay.  What -- I don't know.  What to do

22  here.  What do you want to know?

23       BY MR. WATTERSON:

24       Q.   Sure.  I mean, so do you remember what --

25  so you went to New York, I guess, with Josh.

Page 35

1                          A. Capuano

2        A.    Yes.

3        Q.    Was there anyone else from the companies

4   that attended the trip?

5        A.    Yes.   Oh, my gosh.   I can't remember his

6   name off the top of my head, so -- what is his

7   name ...

8                  So Josh and I, we went to New York for

9   several business meetings about PayCoin, PayBase,

10  and one of our meetings was at Cantor Fitzgerald.   I

11  was extremely excited about this.   We went to

12  several places that were really cool in New York

13  and -- so Josh could do an interview and then also

14  talk to possible investors.

15       Q.    Okay.   And so this Cantor Fitzgerald

16  meeting, was this an investment pitch?

17                  MS. SCHULER:   Objection to the form.

18       A.    Yes.

19  BY MR. WATTERSON:

20       Q.    And tell me about the meeting.

21                  What do you remember about the meeting?

22       A.    So I don't remember specific details of the

23  meeting, I just remember it was not good.   Josh was

24  fumbling over himself most of the time.   It -- I

25  just remember sitting there and thinking he doesn't

Page 36

1                         A. Capuano

2  really understand what he's explaining to them.  And

3  we're in a room full of very brilliant people and

4  you could tell that they were confused on what he

5  was wanting them to do.  And then when the

6  investment part came out, they weren't comfortable

7  investing in a Bitcoin company, that Bitcoin just

8  wasn't there yet.

9            And Stuart Fraser was there with us

10 and I think he was trying to help Josh with the

11 meeting because it just wasn't going well.  And

12 after we were done, we left.  And later on, we met

13 with Stuart Fraser and his kids for dinner.  And

14 Josh's wife joined us then too.

15    Q.   And you mentioned that Mr. Fraser tried to

16 help Josh during the meeting.  What did he do to try

17 to help?

18            MS. SCHULER:  Objection to the form.

19    A.   I think he was trying to help explain what

20 Josh was trying to say, but I don't know that either

21 of them were explaining it well.  It just -- again,

22 I don't remember the specific details of the

23 meeting, I just remember sitting there wanting it to

24 be over because it wasn't going very well.

25            And I was just there to kind of take

Page 37

1                          A. Capuano

2    notes if I needed to and -- because I was helping

3    Josh get to where he needed to be on time.

4         BY MR. WATTERSON:

5         Q.    Do you remember if you took any notes of

6    that meeting?

7         A.    I probably did.

8         Q.    Do you know if you still have them?

9         A.    There's a good chance.  I keep a lot of

10   stuff.  And if y'all need to, I can look for them.

11        Q.    Would you?

12        A.    Yeah.

13        Q.    Thank you.

14                  MR. WATTERSON:  Can we mark this as

15   Exhibit 142?

16                  (Exhibit 142 marked.)

17        BY MR. WATTERSON:

18        Q.    So this is a calendar invite, which I think

19   corresponds to this meeting at Cantor Fitzgerald.

20   Does this help you with who attended the meeting.

21        A.    Yes.  Dan Kelley.

22        Q.    So Dan Kelley was the other person --

23        A.    Yes.  He was with us.

24        Q.    Okay.  And what was Mr. Kelley's role with

25   GAW?

1                      A. Capuano

2        A.   I think he was the CEO -- no.  I don't

3   know, because I guess Josh was the CEO.  So he was

4   under Josh.  But he was basically in charge of

5   everybody else, from what I remember.

6        Q.   And did Mr. Kelley -- do you remember him

7   speaking at all during this meeting?

8        A.   No.  I'm sure he did but, no, I don't

9   remember anything he said.

10            I think a lot of this I didn't really

11  commit to memory because I didn't know I would need

12  to.

13       Q.   That's fair enough.

14            MR. WATTERSON:  Can we mark this as

15  143?

16            (Exhibit 143 marked.)

17  BY MR. WATTERSON:

18       Q.   So well, let me back up.

19            So your name at one time was

20  Amber Messer?

21       A.   Yes.  That's my maiden name.

22       Q.   So this is an email thread with the top

23  email from you to Josh Garza.

24       A.   Um-hmm.

25       Q.   Okay.  And the way that this thread works

```
1                        A. Capuano
2    is that the latest email is the top and it kinds of
3    goes down.
4        A.   Okay.
5        Q.   So this references you reaching out to
6    Mr. Fraser about attending the meeting.   Did you do
7    that?
8        A.   I'm sure I did.
9        Q.   Did you ever speak with him about this
10   meeting over the phone?
11                MS. SCHULER:  Objection to the form.
12       A.   Okay.  Do you mind if I read through this
13   real fast to refresh my memory?
14   BY MR. WATTERSON:
15       Q.   And this is probably one other thing I
16   should have told you in the beginning.  Yeah.  If I
17   give you a document, please feel free to familiarize
18   yourself with it.
19       A.   Okay.
20       Q.   Take all the time you need to to review it.
21       A.   Sure.
22                (Document review.)
23       A.   Okay.  Yes.  This seems familiar.
24   BY MR. WATTERSON:
25       Q.   Okay.  So did you ever speak with
```

1                    A. Capuano

2   Mr. Fraser about this meeting at Cantor Fitzgerald?

3             MS. SCHULER:  Objection to the form.

4        A.   I don't remember necessarily speaking to

5   him on the phone about it, but I do remember, like,

6   all of these correspondences going through because I

7   was also trying to work with Jessica Josh's wife's

8   schedule because she was also going to be in

9   New York and wanted to make sure that we all

10  coordinated.  And I vaguely remember talking to

11  Stuart Fraser, but definitely, like, with his people

12  and our people.  Everybody's people.

13       BY MR. WATTERSON:

14       Q.   Okay.  Can you flip to page 3 of this email

15  chain?

16             At the bottom of page 3, there's an

17  email that you weren't copied on, and it's from

18  Stuart Fraser to James Ficarro.  And do you see that

19  email?

20       A.   Yes.

21       Q.   Can you turn to page 4 then.  And I'm

22  looking at the first full paragraph on page 4 that

23  starts with "I would appreciate ..."

24       A.   Um-hmm -- yes.

25       Q.   And it says, "I would appreciate you

Page 41

1                        A. Capuano

2   talking to Josh, letting him explain things better

3   to you and then any advice you can give him on how

4   to move forward with financials,

5   settlements/clearing, rules and regs, and maybe

6   someone at the SEC we can have an open" -- I guess

7   it's supposed to be -- "open dialogue with as we

8   figure out the best way to move forward."

9                    Do you see that?

10      A.    Yes.

11      Q.    Do you remember any discussion about the

12  SEC at this meeting at Cantor Fitzgerald?

13      A.    No.  I don't remember, but that doesn't

14  mean it didn't happen.

15                    But I do remember Mr. Ficarro giving

16  Josh some advice on what direction to go since

17  Cantor Fitzgerald was probably not going to help

18  him.  I do remember him saying there were certain

19  people that he should talk to.  I don't remember who

20  those people were, though.

21      Q.    Okay.  Do you remember -- I guess Mr. -- is

22  it Ficarro?

23      A.    I think it's Ficarro --

24      Q.    Ficarro.

25      A.    -- but I could be wrong.

1                       A. Capuano

2       Q.    Do you remember Mr. Ficarro discussing any

3   regulations at this meeting?

4       A.    No.

5       Q.    Okay.   Did -- do you know whether

6   Mr. Fraser helped set up this meeting?

7                   MS. SCHULER:   Objection to the form.

8       A.    I mean, from what I have in here, it looks

9   like yes.

10                  But I want to say from what -- like,

11  my correspondence with Josh, like, Stuart was the

12  only one that could have helped him with this

13  meeting.   And I do want to say that when Josh was

14  telling me about this meeting that he was excited

15  about he was getting a chance to come in front of

16  Cantor Fitzgerald, because he thought that he had a

17  really good shot at getting them to become

18  investors.

19      BY MR. WATTERSON:

20      Q.    Okay.   Do you remember a PayCoin white

21  paper?

22      A.    Yes.

23      Q.    Tell me about the PayCoin white paper.

24  What do you remember about that?

25      A.    So I actually -- I was around for some of

Page 43

1                              A. Capuano

2    the meetings when they were discussing the white

3    paper.  I honestly didn't look too much into it, but

4    I do remember them working on it for a really long

5    time.  And they would usually be there really late,

6    so I would have to bring them all dinner.  And there

7    was usually about four to six of them in the office

8    working on it.

9                  MR. WATTERSON:  Okay.  Could we mark

10   this as 144?

11                  (Exhibit 144 marked.)

12       BY MR. WATTERSON:

13       Q.    So this is an email from you to Josh Garza.

14   And it has an attachment, which is a document called

15   HashCoinTechnicals (5) PDF.

16                  So the front page is the email and then

17   the larger bit that's paper-clipped to it is the

18   attachment.  Okay?

19                  So this is an email you sent to

20   Mr. Garza?

21       A.    Hold on a second.

22                  Oh, okay.  Yes.  Sorry.  This says

23   Jonah's name and I was trying to figure out -- okay.

24                  (Document review.)

25       A.    So yes.  I was sending this to Josh.

Page 44

1                            A. Capuano

2        BY MR. WATTERSON:

3        Q.    Okay.  And you wrote, "Stuart requested the

4    white paper."

5                   Do you see that?

6        A.    Yes.

7        Q.    And do you remember your discussion with

8    Mr. Fraser where he requested the white paper?

9                   MS. SCHULER:  Objection to the form.

10       A.    No.  I don't.

11       BY MR. WATTERSON:

12       Q.    Okay.  So you don't remember why Mr. Fraser

13   requested the white paper?

14       A.    I mean, there's several reasons that I

15   could think that he would want the white paper, but,

16   no.  I don't remember the conversation.

17       Q.    Yeah.  I mean -- well, don't speculate, but

18   just -- I mean, if you know, please tell me; but if

19   you don't, please don't speculate.

20       A.    No.  No.

21       Q.    Okay.

22                   (Document review.)

23       A.    Now, looking at the email from -- and I

24   don't know if this is allowed, but jogging my

25   memory, like, looking at the email from when I was

```
 1                      A. Capuano

 2    coordinating the meeting and when he requested the

 3    white paper, I mean, there's a good chance that he

 4    was using it for the meeting, but I don't remember

 5    our conversation about it.

 6                   MR. WATTERSON:  Can we mark this as

 7    145?

 8                   (Exhibit 145 marked.)

 9       BY MR. WATTERSON:

10       Q.   So this is an email from you to Mr. Fraser.

11    And this one also has an attachment entitled

12    HashCoinTechnicals (5) PDF.

13                   Is this an email you sent to

14    Mr. Fraser?

15       A.   Yes.

16       Q.   And is the attachment this -- that PayCoin

17    white paper?

18       A.   I guess.  I don't remember what the white

19    paper looks like, but it says it in an email.  I was

20    pretty good about grabbing the right stuff.

21       Q.   Okay.  All right.  So you sent Mr. Fraser

22    the white paper.

23       A.   Yes.

24                   MR. WATTERSON:  Let's mark this as

25    146.
```

Page 46

1                          A. Capuano

2                    (Exhibit 146 marked.)

3        BY MR. WATTERSON:

4        Q.    This is an email from you to

5   jficarro@bcgpartners.com, and it's copying some

6   other folks.  Some of them have cantor.com domain

7   names and then also Josh Garza and Stuart Fraser.

8        A.    Yes.

9        Q.    So this is an email you sent to these

10  folks?

11       A.    Yes.

12       Q.    And it attaches the white paper.  Correct?

13       A.    Yes.  That's what it says.

14       Q.    Okay.  And so was this white paper

15  discussed during this meeting at Cantor Fitzgerald?

16       A.    I'm sure it was.  I don't remember.  I

17  really don't remember a lot.  That was just in that

18  meeting.

19       Q.    Okay.  But the white paper was sent to

20  the -- some folks at Cantor Fitzgerald.

21       A.    Yes.

22       Q.    You mentioned that after this meeting at

23  Cantor there was a dinner.

24       A.    Yes.

25       Q.    Do you remember any of the discussions at

1                        A. Capuano

2    the dinner?

3        A.   I remember -- so I remember where everybody

4    was sitting; what was said, not as much.  But I do

5    remember that Josh and Stuart were sitting next to

6    each other and I do remember them kind of discussing

7    how it went.  Not specific details, but, yes, they

8    did discuss the meeting.  And there was other

9    conversations going on at the same time.  And I was

10   sitting next to Josh's wife, so she and I were

11   talking most of the time.

12       Q.   And, I guess, do you remember any

13   discussions about GAW Miners during this dinner?

14       A.   Yeah.  Just kind of how things were going,

15   how, you know, the company was doing, how -- you

16   know, where we kind of were in, I guess, PayCoin and

17   HashCoin and PayBase and all of those things.  Just

18   kind of catching up and talking about like how the

19   meeting went.  But that part was very quiet.  It

20   wasn't like a table discussion.

21       Q.   Okay.  Do you remember specifics about the

22   discussions regarding PayCoin or PayBase and what

23   was said?

24       A.   No.

25       Q.   Do you recall anything about, I guess, an

Page 48

1                       A. Capuano

2  interview that Josh did with the "Wall Street

3  Journal"?

4       A.   I'm trying to -- I mean, I remember going

5  there.  I don't know that I was in the room for that

6  one.

7                  If I remember correctly, that was the

8  one where the space was too small for many of us to

9  be in there, so I want to say that Dan Kelley and I

10 stayed out while he did the interview.  But I do

11 remember talking about it in the limo afterwards.

12      Q.   Tell me what you remember about those

13 discussions in the limo.

14      A.   So I remember him giving numbers on where

15 our sales were -- I think it was the sales -- and I

16 just remember I was texting one of our guys to see

17 if that number was accurate, and it was not.  And I

18 told Josh.  I was, like, that's not the right

19 number.

20                  And he's like "It's okay."

21                  So that was kind of one of those

22 moments where you could tell like it was more for

23 like the hype and excitement than necessarily the

24 reality of what was going on.

25      Q.   And do you -- I gather that Josh never

1                          A. Capuano

2    contacted the reporter and corrected these numbers

3    that he gave him.

4         A.    No.  Not that I remember, anyways.

5         Q.    Fair enough.

6               Do you remember any other discussion

7    about the interview during the limo ride?

8         A.    No.  He was just really excited about it.

9    He was really happy.  He thought it went really

10   well:  They were excited, he was excited.

11              And actually, no.  I was at the

12   Wall Street, because we were sitting outside in the

13   hallway.  He did another interview where I was not

14   in.  So I want to say we had four appointments that

15   day.  The first one, I was there; Cantor, I was

16   there; and then -- I can see the building, but I

17   wasn't a part of.  But I want to say, I guess, the

18   Wall Street maybe I was there.  But I do -- I just

19   remember fact-checking him while things were going

20   on, because I didn't think it sounded correct.

21   And -- but we did discuss it in the limo that the

22   numbers were off and he was okay with that.  That he

23   didn't feel like it was that big of a deal.

24        Q.    Okay.  And so do you think you were in the

25   interview with the "Wall Street Journal"?

Page 50

1                          A. Capuano

2        A.   I do, because I remember -- like I was

3   sitting right here, Josh was here, and he was there.

4   And he was asking him a lot of questions.  And the

5   interview was okay.  I think it was okay.  Josh felt

6   really good about most of the interviews.

7                    And then I think our last stop was in

8   another startup kind of building because I remember

9   Josh talking about the building.  So there were

10  several.  It was a packed day.  It was very, very

11  busy and -- but yes, I do believe I was in the one

12  with the Wall Street.

13                   MR. WATTERSON:  Do you guys want to

14  take a quick break?

15                   MS. SCHULER:  Sure.

16                   THE VIDEOGRAPHER:  The time is 10:12

17  and we are off the record.

18                   (Recess taken.)

19                   THE VIDEOGRAPHER:  The time is 10:24

20  and we are on the record.

21       BY MR. WATTERSON:

22       Q.   Ms. Capuano, during the break, we sort of

23  chitchatted, but we didn't talk about anything

24  substantive?

25       A.   No.

Page 51

1                        A. Capuano

2       Q.   Okay.  So do you remember whether

3   Mr. Fraser -- well, actually, strike that.

4              Before the break, we were talking about

5   an interview with the "Wall Street Journal" that Josh

6   did.  Right?

7       A.   Yes.

8       Q.   Do you remember whether Mr. Fraser ever

9   spoke with the "Wall Street Journal"?

10             MS. SCHULER:  Objection to the form.

11      A.   No.  Not that I know of -- or that I can

12   remember.

13             MR. WATTERSON:  Okay.  Let's mark this

14   as 147.

15             (Exhibit 147 marked.)

16      BY MR. WATTERSON:

17      Q.   So this is an email.  The top email is from

18   you to Josh Garza and the thread is entitled "Stuart

19   will talk to him."

20             So this is an email that you sent to

21   Mr. Garza.  Correct?

22      A.   Okay.  Do you mind if I read this real

23   fast?

24      Q.   Please do.

25      A.   Okay.

Page 52

1                       A. Capuano

2               (Document review.)

3       A.   Okay.  So Harrison was the one that was

4    with us.  He was our PR guy from -- PR and

5    marketing.  And he was with us throughout the day

6    and the afternoon.  I remember seeing him.  I don't

7    remember who Michael Casey is, which is on page

8    number 2.  So I don't know what -- who this email is

9    about.

10      BY MR. WATTERSON:

11      Q.   Okay.  Put that one aside real quick.

12               MR. WATTERSON:  Can we mark this one

13   as 148, please?

14               (Exhibit 148 marked.)

15      BY MR. WATTERSON:

16      Q.   Okay.  So this is an email from -- I'm

17   going to butcher this -- Christina Sarracino, who

18   looks like she works at Wise Public Relations, which

19   is the PR firm.  And it's sent to Josh Garza and

20   you, and a number of other folks are copied on to

21   the email.

22      A.   Yes.

23      Q.   And so you -- and the email is entitled

24   "Coverage in the WSJ."

25               And it looks like this is an email that

1          A. Capuano

2   is forwarding an article that was published in the

3   "Wall Street Journal."  Fair?

4        A.   Fair.

5        Q.   And if you look, there is -- under the

6   title of the article, there is a big white box which

7   I guess should have a graphic in it.  But under

8   that, there's a sentence that says "Welcome to

9   BitBeat, your daily dose of crypto-current events,

10  written by Paul Vigna and Michael J. Casey."

11            So does that help you with whom

12  Michael J. Casey was?

13       A.   Yes.

14            However, I don't remember that being

15  his name -- of the guy who interviewed Josh.  I

16  remember more of what he looks like than his name.

17       Q.   Okay, but -- so it's fair that Josh did

18  have an interview with someone at the "Wall Street

19  Journal."

20       A.   Yes.  Yes.

21       Q.   And Michael J. Casey looks like he's a

22  reporter at the "Wall Street Journal."

23       A.   Yes.

24       Q.   So can you flip back to 147?

25            MS. SCHULER:  The exhibit.

Page 54

1                    A. Capuano

2            THE WITNESS:  Oh.  Okay.  Thank you.

3      BY MR. WATTERSON:

4      Q.   Sorry.

5      A.   No, that's okay.

6      Q.   Okay.  And so this email thread is about

7  coordinating with Stuart Fraser so that he can talk

8  to Michael Casey.  Correct?

9      A.   May I look over it one more time?

10      Q.   Sure.

11            (Document review.)

12      A.   Yeah.  So it looks like Josh wanted -- Josh

13  and Harrison wanted Stuart to speak to the "Wall

14  Street Journal."

15      BY MR. WATTERSON:

16      Q.   Okay.  And do you know whether Mr. Fraser,

17  in fact, spoke with the "Wall Street Journal"?

18            MS. SCHULER:  Objection to the form.

19            MR. WATTERSON:  What's the basis of

20  the objection?

21            MS. SCHULER:  Preserving our objection

22  based on her answer.

23            MR. WATTERSON:  Okay.  That's not an

24  objection.

25            MS. MILLER:  Confusing question.

                              A. Capuano

1

2       A.   I don't remember if he spoke to the "Wall

3   Street Journal" or not.  I do vaguely remember this

4   conversation needing him to confirm something, but,

5   no, I don't remember specifics.

6       BY MR. WATTERSON:

7       Q.   Okay.  But it's fair that you remember a

8   conversation where it was discussed that Mr. Fraser

9   should confirm something.

10      A.   Yes.

11      Q.   Okay.  Do you remember who you had that

12  conversation with?

13      A.   Josh.  But I don't remember the specifics.

14      Q.   Okay.  And just answer if you can, but do

15  you remember what Josh wanted Mr. Fraser to confirm?

16      A.   No.  Other than what I saw in the email

17  that I was a part of.

18      Q.   And so it's fair to say you did not

19  participate in any interview of Stuart Fraser by a

20  reporter at the "Wall Street Journal"?

21      A.   No.

22      Q.   Okay.  Do you remember whether Mr. Fraser

23  ever agreed to be quoted in any press releases that

24  were issued by GAW Miners?

25      A.   I remember Josh quoting him.  I don't

Page 56

1                    A. Capuano

2    know -- or I'm trying to think.

3            Because I remember this discussion

4    about a quote from Stuart and I don't know if he

5    gave the quote or how it came about.  But I

6    definitely -- there was a lot of talk about it in

7    the office.

8    Q.   Okay.  Tell me about the talk in the office

9    about this quote.

10   A.   Just -- because, if memory serves me

11   correct, I remember it going to Bitcointalk, which

12   is another forum that we had no control over.  Josh

13   wanted to have control over, but we didn't, and so

14   people spoke a lot about GAW Miners during that

15   time.  And anything we did or said or -- at all

16   ended up over there.  And I do remember there being

17   a quote used, but that's pretty much all I remember.

18   Q.   Okay.  Just to be clear, a quote from

19   Mr. Fraser?

20   A.   Yes.

21   Q.   And do you remember, I guess, any of the

22   discussions on Bitcointalk regarding this quote?

23   A.   Not specifically, no.

24            MR. WATTERSON:  Can we mark this as

25   149?

```
                                                   Page 57
1                         A. Capuano
2                   (Exhibit 149 marked.)
3       BY MR. WATTERSON:
4       Q.    And so this is an email thread.   The last
5   email is an email from Harrison Wise to Josh Garza.
6   And you and Mr. Fraser are copied on the email.
7               So this is an email that you received.
8   Correct?
9       A.    I'm reading it.
10      Q.    I think I gave you the copy with the
11  highlighting.   Can we swap that out?
12      A.    Oh.   Yes.
13                  (Pause in proceedings.)
14                  (Document review.)
15      A.    I do remember this.
16      BY MR. WATTERSON:
17      Q.    Okay.   Is it fair to say that you helped
18  coordinate with Mr. Fraser so he could have a time
19  to speak with Michael Casey from the "Wall Street
20  Journal"?
21      A.    Yes.   I do remember this.
22      Q.    Okay.  Tell me what you remember about this
23  interview Mr. Fraser had with the "Wall Street
24  Journal."
25      A.    I don't know that I was actually on this
```

Page 58

1                          A. Capuano

2    call.  I think I just set it up.

3         Q.   Okay.  And do you remember why the "Wall

4    Street Journal" wanted to speak with Mr. Fraser?

5         A.   Probably to check with what Josh told them.

6    I don't know if that's a fair thing to say, but

7    yeah.

8         Q.   Okay.  Well, if you turn to page 4 of this

9    thread, there is an email in the middle of the page.

10   And it's a November 20th, 2014, at 3:23 p.m. email.

11   Do you see that one?

12        A.   Um-hmm.

13        Q.   And this is something that Mr. Wise wrote.

14   But at the bottom, it says "Michael Casey indicated

15   this chat would be entirely off the record,

16   background-only conversation.  He just wants to get

17   your confirmation of what's going on per interview

18   yesterday with Josh."

19                  Do you see that?

20        A.   Um-hmm.

21        Q.   So the purpose of the interview was to

22   confirm what Josh told Mr. Casey in the interview.

23   Fair?

24        A.   Yes.

25                  Because I do remember that while it

1                            A. Capuano

2   was going on.  Because he asked so many questions

3   and it -- he seemed a little suspicious, I guess, of

4   what Josh was telling him.

5        Q.   And when you say "he," who do you mean?

6        A.   Mr. Casey.

7        Q.   Do you know why Mr. Casey wanted to speak

8   with Mr. Fraser specifically to confirm what Josh

9   had said during the interview?

10       A.   I'm trying to think.  Give me a second.

11            So I do know that Josh used like his

12  ties with Stuart Fraser and like Cantor Fitzgerald

13  because he's a well-known person that people

14  respect.  And I think that kind of gave GAW some

15  validity, especially being in cryptocurrency, which

16  is so volatile.  And Josh liked to drop names, and I

17  would think that from the conversation that they had

18  at the "Wall Street Journal" and kind of how

19  Mr. Casey was a little -- he just seemed a little

20  suspicious.  He asked a lot of questions, whereas in

21  other meetings, it just didn't seem as much.  And

22  maybe that's because he's a journalist and not an

23  investor.

24            But you could just tell that there was

25  a different feeling to the meeting.  So I would say,

1                     A. Capuano

2    based on that, he probably just wanted to see what

3    Stuart had to say.

4                MR. WATTERSON:  Can I mark this as

5    150, please?

6                (Exhibit 150 marked.)

7    BY MR. WATTERSON:

8    Q.   So this is a meeting invitation and is

9    entitled "Meeting with Kenneth Raisler, Sullivan &

10   Cromwell LLP."

11   A.   Yes.

12   Q.   Do you remember attending a meeting at

13   Sullivan & Cromwell?

14   A.   I do.

15   Q.   And what is Sullivan & Cromwell?

16   A.   I actually don't remember.  I don't know if

17   they're lawyers.  I honestly don't remember, but I

18   do remember setting up the meeting and I remember

19   going.

20   Q.   Okay.  What do you remember about the

21   meeting?

22   A.   I remember -- so we were in a really large

23   meeting room; there were several people.  Some

24   people were really interested in Bitcoin and others

25   not.  And then there was a helipad on the outside

Page 61

1                    A. Capuano

2  and Josh said we should have taken a helicopter.  I

3  know that's probably not helpful, but that's what I

4  remember.

5                 They were very interested and

6  impressed with the presentation.  And that was also

7  our first meeting of the day, from what I remember.

8       Q.   Okay.  Did you -- so, I guess, backing up.

9                 This was in New York.  Right?

10     A.   Yes.

11     Q.   Okay.  And where else did you go after this

12 meeting with Sullivan & Cromwell?

13     A.   So we -- we had a lot of meetings that day

14 and I don't remember where we went after that.

15               MR. WATTERSON:  Okay.  Let's mark this

16 one as 151.

17               (Exhibit 151 marked.)

18     BY MR. WATTERSON:

19     Q.   And so Exhibit 151, it's an email from you

20 to Dan Kelley and Josh Garza.  And it has an

21 attachment, "Corporate-Minutes-603159-shared," and

22 then I've paper-clipped that attachment to the

23 email.  And so I guess what is this email?

24     A.   So this looks like all -- oh.

25               So this would be my notes from all of

Page 62

1                         A. Capuano

2      the meetings.

3         Q.   Okay.  Would this be just the notes of the

4      meeting with Sullivan & Cromwell --

5         A.   No.  So let me see ...

6              (Document review.)

7         A.   Okay.  So this does look like it is for

8      just Sullivan & Cromwell, but I do have the advice

9      from Cantor Fitzgerald included.  So there's a good

10     chance that we talked about it or that we were using

11     their advice in going to Sullivan & Cromwell.

12        BY MR. WATTERSON:

13        Q.   Okay.  So -- and, I guess, what you're

14     referring to in the minutes, there are some numbered

15     paragraphs.  And number 3 it says, "Advice from

16     Cantor Fitzgerald."  That's what you're --

17        A.   Yes.

18        Q.   -- referring to.

19              It says, "ETF Funding/PPO - need

20     outside funding if we are going to act as a bank.

21     General funding."

22              Does that refresh your recollection at

23     all as to advice that folks at GAW received from

24     Cantor Fitzgerald?

25        A.   Well, I do remember, kind of, from looking

Page 63

1                        A. Capuano

2    at this and just thinking back that, because Bitcoin

3    is so volatile, they were explaining like they're

4    not comfortable in backing a company that is

5    Bitcoin-only, and that we would need to do -- or

6    Josh and the company would need to do something

7    about having like a backing of money that was like

8    sustainable, I guess.  That we would be able to --

9                  No.  I don't remember.

10        Q.    Okay.

11        A.    But definitely that -- like, Bitcoin was

12   too volatile and we would need to have someone else

13   on our side that would have a currency.  Like a, you

14   know, dollar currency.

15        Q.    And, I guess, GAW didn't have someone on

16   their side?

17        A.    No.

18        Q.    If you turn to, I guess, the second page of

19   the minutes.

20                  Well, actually, let's turn to the first

21   page.  It's bullet point number 4.  It says "What

22   legal complications do you know of?"

23                  Do you know what meeting this bullet

24   point 4 is referring to?

25        A.    I do think that it was from the Sullivan &

Page 64

1                    A. Capuano

2   Cromwell meeting, that Kenneth Raisler was giving

3   his opinion of what complications he could run into.

4        Q.   Okay.  And if you turn to the second page,

5   there is -- I guess, the fourth line down, it says,

6   "Created the coin, all coins do an ICO, and we got

7   50-100 mil.  Dave advised against it."

8             Do you see that?

9        A.   Yes.

10       Q.   Does that, I guess, refresh your

11  recollection as to any of the discussions at this

12  meeting with Sullivan & Cromwell?

13       A.   No.

14       Q.   What about the last dash in this paragraph?

15            It says "Cloud hashing - they are

16  buying online hashing power - one source of money to

17  another, but using hash power."

18            Does that refresh your memory at all as

19  to the discussions?

20       A.   No.

21            But that's an issue.  I can definitely

22  see that being a complication.

23       Q.   What do you mean by that?

24       A.   Because they -- I mean, they're, in a

25  sense, buying the hashing power and not necessarily

1                          A. Capuano

2    what the -- it makes it sound like they're buying

3    and trading the online hashing power instead of like

4    actually mining.

5        Q.   Okay, so -- and let's just back up, I

6    guess.

7                    What is hashing power?  What does that

8    mean?

9        A.   Oh, how to explain it.

10                   So from what I remember -- so when

11   you -- I don't know that I can explain it

12   confidently.  I know I used to remember -- like, I

13   used to know.

14                   But I want to say how much power the

15   miners are creating and that's how -- yeah.  That's

16   what.  I think it's how much power the machines

17   have.

18       Q.   Okay.

19       A.   Because the higher the hash, like the

20   faster it would mine, is what I remember.

21       Q.   Okay.  And you said earlier it would be an

22   issue if GAW was buying and trading online hashing

23   power instead of actually mining.  Is that right?

24       A.   So that's what it looks like in the

25   minutes.

Page 66

1                          A. Capuano

2        Q.   Okay.  Do you know if that's something that

3    GAW was doing?

4        A.   So yeah.  Um-hmm.

5        Q.   Okay.

6        A.   Did I say that?  I know I shook my head.

7             Yes.

8        Q.   Do you know if that was something that was

9    discussed -- well, strike that.

10            The fact that GAW was buying this power

11   and not actually mining, do you know if that was

12   discussed at the Cantor Fitzgerald meeting?

13       A.   I don't know that that was.

14       Q.   Okay.  If you go to the second paragraph on

15   page 2 of the minutes, the second line is "They are

16   under-resourced, recession battles."

17            Do you see that?

18       A.   Um-hmm.

19       Q.   Do you remember anything about -- well,

20   strike that.

21            Does that mean that GAW was

22   under-resourced?

23            (Document review.)

24       A.   I don't remember specifically what this was

25   about.

1                          A. Capuano

2        BY MR. WATTERSON:

3        Q.   Okay.  If you go down lower in the page,

4   the fourth paragraph from the bottom, there's a

5   reference to MasterCard.  Do you see that?

6        A.   Um-hmm.

7        Q.   Do you remember any discussion about, I

8   guess, GAW and MasterCard?

9        A.   I know that Josh talked about there being

10  some agreement, but we never saw anything about

11  that, or that I can remember.

12             I do know that was kind of one of the

13  things he liked to drop names and say that we had --

14  because that was one thing that he would tell our

15  clients, or our customers, that he had things in the

16  works.  And MasterCard was definitely one of them,

17  but I don't remember anything ever coming about.

18       Q.   Do you know if there was any discussion

19  about MasterCard at the Cantor Fitzgerald meeting?

20       A.   I'm sure Josh probably had mentioned it as

21  far as -- because I remember on that trip, he had

22  talked about MasterCard, I think, Wal-Mart or

23  Target, one of those big-box stores.  I think that

24  he -- having those like lineups probably it helped

25  it sound more valid, and so I wouldn't doubt that he

Page 68

1                          A. Capuano

2    mentioned it in that meeting.  I know in the limo we

3    talked about those companies.

4        Q.   And who was in the limo?  Can you remind

5    me?

6        A.   So it was Josh, Dan Kelley and I.  And

7    Harrison was with us for a portion of it, but I

8    don't remember when he met up with us.

9        Q.   Just going to back to these meeting

10   minutes.  The second paragraph from the bottom it

11   starts with "What is the profit source."

12              Do you see that?

13       A.   Um-hmm.

14       Q.   "What is the profit source, we own a lot of

15   PayCoin."

16              What does that mean?

17       A.   I don't know.  That's how Josh talked.

18       Q.   Fair enough.  And I just want to turn to

19   the third page real quick.  And if you look at the

20   fourth paragraph from the top, it says "Bitcoin has

21   a negative stigma."

22       A.   Um-hmm.

23       Q.   And it says, "We have a great business now.

24   Future shows issues."

25              And then "That is why we are straying

1                         A. Capuano

2    away."

3                    Do you know what that means?

4        A.   So I should have done a better job in my

5    minutes.

6                    But I know that Josh's original plan

7    was to make Bitcoin widely accepted and to try to

8    help people be comfortable with Bitcoin.  So, yeah,

9    it had a negative stigma and I think that we did

10   have a great business plan, the future shows issues.

11   I mean, I think that there were several obstacles

12   that he was having to face trying to create a coin,

13   so maybe that's what he -- what this is referring

14   to.

15                   And I do think that his plan was to

16   kind of stay away from what the other mining

17   companies had done, kind of taking people's money

18   and running.  Because a lot of the Bitcoin companies

19   were -- they just seemed like they were in it for

20   the money.  So he was trying to be better than that.

21       Q.   You had mentioned some obstacles with

22   setting up PayCoin.  Do you remember what those

23   obstacles were?

24       A.   Getting investors.  You know, because I

25   don't think people necessarily understood how you

Page 70

1                          A. Capuano

2   could create your own coin and how that all worked.

3   It seemed like they had a little bit of trouble

4   getting investors, especially big investors.  You

5   know, banks and MasterCard, and places like that.

6                  And then the whole like $20-floor kind

7   of thing.  Once PayCoin was released, it just

8   crumbled.

9        Q.   So -- well, you referred to the $20-floor.

10  What is that?

11       A.   I honestly don't understand what it was.  I

12  would have to go back to those days.

13                 But I just remember that once PayCoin

14  was released, I think they released it too soon,

15  because it wasn't ready, and it didn't do what Josh

16  promised it would do.  And that's kind of where Eric

17  and I took our exit.  We were already on our way out

18  and so I don't know really what happened after that.

19                 I just remember the forums lighting up

20  and people being really mad, and it was -- it was a

21  mess.  And I think the other obstacles would be the

22  development of it.  Because our development team was

23  working day and night all the time, and I remember

24  things getting delayed and delayed and Josh getting

25  upset about that because he had deadlines and he

1                        A. Capuano

2  wanted to always stick to that because the customers

3  definitely came first in his mind, but it was -- it

4  ended up, you know, kind of blowing up in his face.

5      Q.   Okay.  And -- well, just to be clear, going

6  back to this meeting at Sullivan & Cromwell.  You

7  were present at the meeting?

8      A.   Yes.

9      Q.   And were you taking these notes while the

10  meeting was going on?

11     A.   Yes.

12     Q.   Okay.  And it's normal -- was it a normal

13  part of your job to prepare minutes?

14     A.   Sometimes, yeah.  Especially when -- at the

15  beginning, when I was in all of his meetings, he

16  wanted me to take notes and submit the minutes.  I

17  don't necessarily remember doing that often, though,

18  but yeah.  Definitely.

19     Q.   But it wasn't unusual to prepare minutes?

20     A.   No.

21     Q.   And this was a normal thing for GAW Miners

22  to do, to have minutes of meetings prepared?

23     A.   Um-hmm.

24     Q.   Okay.  Do you know whether Josh ever spoke

25  to Stuart Fraser on the phone?

Page 72

1                        A. Capuano

2         A.    Yes.

3         Q.    How do you know that?

4         A.    So I remember -- I feel like I say that a

5   lot.

6               There -- I want to say there was one

7   night specifically that he was saying that he was

8   going to talk to Stuart.  And -- I mean, Josh and I

9   were pretty close, as far as we had a really good

10  working relationship.  Like, aside from, you know,

11  having to like run all those errands and things like

12  that, like I felt like we had a pretty good working

13  relationship.  And so it wasn't uncommon for him to

14  be like, Hey, I'm on the phone with so-and-so.

15              Like, Give me a minute or, you know,

16  for him to let me know if he was going to be on a

17  call and to, you know -- because I was pretty much

18  the only one that was allowed to interrupt anything.

19  So if I needed to walk into his office, it was okay.

20              So it wouldn't be uncommon for him to

21  be like, Hey, I'm going to be on the phone with

22  Stuart, or I'm going to -- you know, I have to make

23  this phone call or -- you know, if I was in his

24  office, a lot of times, he would tell me who he was

25  calling:  Hey, I've got to take this.

Page 73

1                      A. Capuano

2            So that wasn't uncommon.

3            And I do remember there being times

4  that him and Stuart would talk, but, I mean, I

5  wouldn't say it was a lot, but I do remember.

6      Q.   Okay.  Do your best here.  I mean, just --

7  approximately, how many times do you remember Josh

8  speaking on the phone with Mr. Fraser?

9      A.   Oh, I mean, definitely once.  But

10  throughout like our time going to New York and

11  stuff, I mean, I would say that he talked to him

12  throughout that time, but -- specifically, I don't

13  think I could give you a number, but just that I do

14  remember them talking.

15     Q.   Okay.  And were you ever on any of those

16  calls, like a conference call, or anything like

17  that?

18     A.   I don't think so.  That was not common for

19  me to be on phone calls.  I would -- I would bridge

20  Josh into a phone call, but, I mean, it wasn't

21  common for me to be on a phone call.  I was either

22  in a meeting or not.

23     Q.   Putting aside this New York trip, do you

24  remember Josh ever meeting with Mr. Fraser in

25  person?

1                         A.  Capuano

2        A.    Let me think.

3                    (Pause in proceedings.)

4        A.    I don't -- I don't remember him necessarily

5    meeting up with him outside of that trip.  I don't

6    know that.

7                    Because I'm trying to -- what I'm

8    trying to think about is when he, for Christmas,

9    gave Stuart his Tesla.  I'm trying to remember if

10   they met up for that for any reason or if it was

11   just the gift.  And I don't remember.

12       BY MR. WATTERSON:

13       Q.    Okay.  Tell me about -- you said that Josh

14   gave Mr. Fraser his Tesla.

15                   Tell me about that.

16       A.    Josh was giving Stuart his Tesla as a gift

17   and wanted me to coordinate the delivery of the

18   Tesla.  And so I worked with Stuart's wife, who was

19   really sweet.  And I want to say that I had it

20   delivered to their neighbor's house and then they

21   got it over to Stuart's, or something to that

22   effect.  But I worked with his wife and she was

23   really sweet and really -- she was really happy that

24   I was able to help coordinate everything.  And then

25   I want to say that there was -- like she recorded

1                         A. Capuano

2    him getting it or something because it was a big

3    surprise and it was really cute.  I don't remember

4    where that was sent or what that was.

5                    But I just remember getting a really

6    big bow for it and -- I mean, it was -- it seemed

7    like a really exciting thing.  I mean, I've never

8    known anybody to give a car as a gift, so that was

9    kind of fun.

10                   But I don't remember if, like, their

11   families met up for that or anything or if it was

12   just like a delivery of a car and it was like a

13   Merry Christmas kind of thing, but yeah.

14       Q.   You mentioned a recording.

15       A.   I think so.  Like, I don't remember what it

16   was, but I remember seeing something like he walked

17   out and it was like, Ah, Merry Christmas.  And it

18   was like very -- it was fun.  But I don't know where

19   that was sent to or what that was on.

20       Q.   Do you, I guess, remember anything about

21   Mr. Fraser's reaction in the video?

22       A.   Yeah.  Just surprised.  Like, Wow, that's

23   so cool.  You know, like it was like a typical

24   reaction.  And his wife was really excited and

25   really nice to me, and so that was fun kind of

Page 76

1                    A. Capuano

2  working with her to get the car there.

3      Q.   So did Mr. Fraser seem like as excited

4  about the car?

5      A.   Yeah.  I would say.  And I would be excited

6  too.

7      Q.   Fair enough.

8           I think I'm almost done, so let's take

9  a quick break.

10          THE VIDEOGRAPHER:  The time is 11:06

11  and we are off the record.

12          (Recess taken.)

13          THE VIDEOGRAPHER:  The time is 11:17

14  and we are on the record.

15     BY MR. WATTERSON:

16     Q.   So Josh -- do you know anything about the

17  companies that Josh was involved with before

18  GAW Miners?

19     A.   So I know that GAW stands for "Geniuses At

20  Work."  And under that umbrella, there was their --

21  I think it's like a telecom company -- or the one

22  that he and Stuart had originally started to get,

23  like the broadband -- I guess it was like broadband

24  to the rural areas.  I just know that they had

25  really bad reviews, because I looked.  But other

Page 77

1                    A. Capuano

2   than that, I mean, I don't know of any other ones.

3       Q.   Okay.  And, I guess, do you know -- you

4   said that Mr. Fraser and Mr. Garza started the

5   telecom company.  I guess, do you know what

6   Mr. Fraser's role was in the telecom company?

7       A.   No.  I just -- from what I gathered, he was

8   the one that like funded the company and then Josh

9   was kind of the brains behind it.  But I don't know

10  what his role outside of that was.

11             MR. WATTERSON:  Okay.  Can we mark

12  this as 152?

13             (Exhibit 152 marked.)

14  BY MR. WATTERSON:

15      Q.   So this is an email thread and it's from, I

16  guess -- well, joshgarzaoffice@geniusesatwork.com

17  to Josh Garza, but I gather that this was actually

18  you sending this?

19      A.   Oh, let me see.

20             (Document review.)

21      A.   I remember this.

22             So what was your question?

23  BY MR. WATTERSON:

24      Q.   Well, I guess -- so I think my question

25  was, the top email it looks like it's sent from Josh

1                      A. Capuano

2     to Josh --

3         A.   Right.

4         Q.   -- but I gather that you were actually the

5     one --

6         A.   Yeah.

7                   No.  That was from me.

8         Q.   Okay.  And you mentioned that you

9     remembered -- well, strike that.

10                  This is an email that has something to

11    do with a Plum Card.

12        A.   Um-hmm.

13        Q.   Tell me what you remember about this

14    Plum Card.

15        A.   I just remember Stuart being really

16    frustrated about this card and that there was a

17    balance on it.  And I just remember Josh also being

18    frustrated and trying to work to get it taken care

19    of.

20        Q.   Was -- I'm sorry.

21                  Were you finished?

22        A.   Um-hmm.  Oh.

23                  No.  I was just thinking.  I was

24    reading and thinking.  Go ahead.

25        Q.   Okay.  So was this a Plum Card that was, I

1          A. Capuano

2   guess, for GAW Miners?

3      A.   I don't remember what it was for or from.

4   Dan Pease was the one that was really like trying to

5   get it situated.  I was more working with Josh on it

6   and he was telling me that it needed to be fixed.

7   And he kind of wanted me to make sure Dan was

8   handling it.

9      Q.   And when you say "fixed," do you mean pay

10  down the balance on it?

11     A.   Like -- and get it canceled and kind of be

12  done with it.

13     Q.   Okay.  And, I guess, do you know why

14  Mr. Fraser was involved with this Plum Card?

15          THE WITNESS:  I'm sorry.  Were you

16  going to say something?

17          MS. SCHULER:  No.

18          THE WITNESS:  Oh, okay.

19     A.   I don't know if Fraser was on the account

20  with Josh.  I'm trying to remember what the

21  conversation was about the card.  Because, from what

22  I understood, a lot of -- or from kind of what Josh

23  made me think was that a lot of his money was

24  Stuart's money or there was -- there was a

25  connection between the two.  And I feel like this

Page 80

1                         A. Capuano

2    card -- like there was a balance and then maybe like

3    Stuart was on the card as well and so that's why

4    they wanted to cancel it.  And it wasn't something

5    that Stuart wanted Josh using is what I gathered

6    from it.

7         BY MR. WATTERSON:

8         Q.   Okay.  And you mentioned that -- you said

9    that Josh made you think that a lot of his money was

10   Stuart's money.  What do you --

11        A.   Like -- oh, I'm sorry.

12        Q.   I mean, what do you mean by that?

13        A.   Just in some of our conversations about

14   like him like helping fund Auk Wireless, and then

15   kind of their mentorship and stuff.  It just -- and

16   then with this card.  And I think Stuart was on the

17   account and it just seemed like there was some

18   overlap.

19        Q.   Do you know whether Mr. Fraser ever had to

20   pay any of the balance on the Plum Card?

21        A.   Vaguely, yes.  But confidently, I don't

22   know.

23        Q.   Okay.  And what makes you think vaguely,

24   yes?

25        A.   Because I want to say that there was maybe

1                          A. Capuano

2  a time where he helped Josh out of a bind.  But it's

3  too vague for me to like be definitive on whether or

4  not he did.

5      Q.   When you say "helped Josh out of a bind,"

6  do you mean I guess monetarily?

7      A.   Um-hmm.  With GAW, not personal.  But,

8  again, like, I don't remember exactly.

9      Q.   Was it that, I guess, maybe GAW had to pay

10 some bill and --

11     A.   There were several bills that we didn't get

12 to pay, so yeah.  I'm sure.  But I don't know

13 specifically.  I don't remember.

14     Q.   We had talked earlier about phone calls

15 between Josh Garza and Stuart Fraser.  And, I guess,

16 before you became Josh's personal assistant, would

17 you have -- did you know anything about phone

18 conversations between the two of them?

19     A.   No.  Not necessarily, that I remember.  I

20 don't know why I would have that information.

21     Q.   And I'm sorry.  Maybe my question was

22 unclear.

23     A.   Yeah, maybe.

24     Q.   So I would say -- so there is a time period

25 where you became Josh's personal assistant.  But

Page 82

1                         A. Capuano

2     before that, are you aware of any phone calls

3     between Josh Garza and Stuart Fraser?

4          A.   Not that I remember, no.

5          Q.   Okay.  And then so after you became Josh's

6     personal assistant, you are aware of some phone

7     calls between the two of them?

8          A.   Yeah.  Because before I was his assistant,

9     we didn't even live in the same state.  So, I mean,

10    there was no real discussions about phone calls over

11    that time period, unless it was like a customer call

12    kind of -- because that's more of the role I was in.

13              Now, once I was his assistant, we were

14    in the same building.  And that's when I, you know,

15    would either go into his office, he would be on the

16    phone and let me know, kind of.  I was more privy to

17    phone calls once we moved.

18         Q.   Okay.  Got it.

19              So during that time period when you

20    were Josh's personal assistant, how frequently did

21    Mr. Garza and Mr. Fraser speak on the phone?

22         A.   I don't know.

23              I mean, I do I remember there were

24    some times during us going to New York and things

25    like that, but to give you a number, I wouldn't be

Page 83

1                          A. Capuano

2    able to.

3        Q.   And when is the first time you learned

4    about Mr. Fraser?

5        A.   I mean, early on when Josh would kind of

6    give us like the back story of GAW, in general.

7    Like he was always at the forefront because that's

8    how it kind of all got started.  Especially with

9    Auk Wireless.  And Auk is a bird, and they have lots

10   of birds in the office and stuff, so I got to learn

11   about that, so ...

12       Q.   So it's a Great Auk.  Right?

13       A.   Yes.  I think so.  Yeah.  And so --

14       Q.   Do you know --

15       A.   Oh.  Go ahead.  Sorry.

16       Q.   I just want to know, do you know where that

17   name came from?

18       A.   It's somebody's favorite bird.  I don't

19   know if it's Stuart's favorite bird.  It's

20   somebody's favorite bird, and there -- because I do

21   remember.

22                 So it was Great Auk Wireless was

23   the "GAW," and then it was Geniuses At Work also.

24       Q.   Do you know who -- strike that.

25                 Did you get paid bimonthly by GAW or

Page 84

1                          A. Capuano

2    weekly?  Or how were you paid?

3        A.   I was paid monthly, but I don't know if it

4    was biweekly or if it was monthly.

5        Q.   Do you know what company, I guess, signed

6    the checks?

7        A.   I don't remember what it said on the

8    checks.

9             But I know we didn't get paid by the

10   State of Connecticut, we were paid by a different

11   state because there was a whole issue with taxes.

12   So I think we were paid from -- I don't remember,

13   but-- I'm trying to think.

14             Yeah.  I don't know what it said on

15   there.  Probably Geniuses At Work, though, I would

16   think.

17       Q.   And so remind me again, what is Geniuses at

18   Work?

19       A.   It was the GAW company.

20       Q.   Okay.  That was sort of the company over

21   all of the telecom business and GAW Miners?

22       A.   From what I understood, yeah.

23       Q.   Do you know who owned Geniuses At Work?

24       A.   I was under the impression Josh, and it

25   sounded like Stuart had some ownership in it as

1          A. Capuano

2  well.

3      Q.   Okay.  Do you know how much they each owned

4  respectively?

5      A.   No.  I would definitely not know that.

6      Q.   And, I guess, why do you -- why do you

7  believe that Mr. Fraser owned some of Geniuses At

8  Work?

9      A.   Conversations with Josh.  But I don't

10 remember specifics about it.

11     Q.   You mentioned not getting paid by

12 Connecticut.  Was it Massachusetts that you were --

13     A.   Yes.  That sounds right.

14     Q.   And, I guess, what do you mean by -- was

15 it -- strike that.

16              What do you mean "being paid by

17 Massachusetts"?

18     A.   So it was really weird because I do not

19 handle our taxes, that was Eric's thing.  But I

20 remember when we were going to file our taxes, there

21 was this huge thing about Connecticut taxes versus

22 Massachusetts taxes and he -- I mean, Eric took care

23 of it.  I just remember that being a topic of

24 discussion and -- because we even had, I think, a

25 tax advisor come into the office because it was kind

Page 86

```
1                      A. Capuano
2   of strange.
3       Q.   Okay.  And at the GAW offices, was it just
4   GAW Miners there or were -- was Great Auk
5   Wireless?
6       A.   No.  We weren't a part of that.
7       Q.   Did Great Auk Wireless have offices
8   somewhere else?
9       A.   I don't know.
10                  Yeah.  We really -- I mean, there was
11  no overlap on that.
12      Q.   Okay.  I just want to go back to the Tesla,
13  very briefly.
14                  Do you know whether Josh gave gifts
15  to -- strike that.
16                  Do you know whether Josh gave any gifts
17  to nonfamily members?
18      A.   Aside from the Tesla, I'm trying to think.
19                  Not that I can remember.  The only
20  thing really that, I mean, isn't comparable, but he
21  was really big on holidays and holiday parties and
22  he was very generous with like providing food and
23  drinks and, you know, things like that and including
24  our family members and kids and things like that.
25  Which was nice, because we were totally alone in
```

Page 87

1                        A. Capuano

2     Connecticut.

3                    And he wanted to bring -- like our

4     developers in Mississippi, like he wanted to bring

5     them.  I do know for the Christmas party he wanted

6     Stuart to be there.  But like gifts, no.

7                    Outlandish things.  Like we took a jet

8     to the conferences in Vegas, like a private jet,

9     so -- but that -- but that was like the extent of

10    it.  There was never any other like personal gifts

11    that were given of that amount.

12       Q.   Fair enough.

13                    Did Mr. Fraser attend the Christmas

14    party?

15       A.   No.  Because we had to reschedule and

16    cancel because of the development team, and I was

17    gone after that.

18       Q.   Do you know whether he was planning to

19    attend the Christmas party?

20       A.   I don't remember.

21                    There may be correspondence, but I

22    don't remember what -- I was very busy buying

23    trophies and things like that.  So I was doing much

24    more of the coordinating on-site, so I don't

25    remember.

1                          A. Capuano

2       Q.   You mentioned something about the

3  developers in Mississippi.

4                 Did you -- you never went to

5  Mississippi.  Right?

6       A.   I did, but not until after I left GAW.  We

7  actually went through Mississippi when we were

8  coming back to Texas.

9       Q.   Okay.  But it wasn't to go visit the GAW --

10  well, let me back up.

11                 So GAW had some -- like servers in

12  Mississippi.  Is that right?

13      A.   Um-hmm.

14      Q.   Okay.  But you never went and visited --

15      A.   No.  I was never there for that.  No.

16                 And I'm trying to think.  I don't even

17  know if Josh went to Mississippi while I was working

18  with him.  The guys from Mississippi did come to

19  Connecticut, though.

20      Q.   And was that Joe Mordica?

21      A.   Um-hmm.  And Evan Lucas.  And they had one

22  or two other guys with them, but I don't remember

23  their names, though.

24      Q.   That is all I have.  I very much appreciate

25  your time.

Page 89

1                    A. Capuano

2               And so the other side will have the

3  opportunity to ask you questions if they like.

4               MR. WATTERSON:  But I will pass the

5  witness.

6               THE WITNESS:  Okay.  Great.

7               MS. SCHULER:  Do you need a break or

8  are you okay to go on?

9               THE WITNESS:  No, I'm good.

10                    EXAMINATION

11     BY MS. SCHULER:

12     Q.   I'm Anna Schuler again and we have some

13  questions of our own as well, but first, we would

14  like to start with some of the things you already

15  said.

16               So you mentioned that you were in

17  charge of the promotions and contests.  Right?

18     A.    Um-hmm.

19     Q.   What were the prizes?

20     A.   So I'm trying to think.  I want to say like

21  they would get new hashlets or new skins of their

22  hashlets.  I honestly don't remember, but they were

23  excited about whatever they were winning.

24     Q.   So sometimes they got GAW products?

25     A.    Um-hmm.  Yeah.

1                       A. Capuano

2        Q.   Did you ever keep a list of the people who

3    won contests or promotions?

4        A.   I don't think so.  I mean, it would have

5    been on the forum when we would announce winners.

6    And I know for the one where we ran -- where they

7    did like Josh was a superhero, I don't remember what

8    they won.  That we used the artwork for something, I

9    don't remember, but yeah.

10       Q.   So you also mentioned that you had a lot of

11   customer interaction in the beginning and that you

12   would get calls sometimes at all hours of the night.

13       A.   Sure.

14       Q.   Were they always technical support or were

15   they questions about the future of the company?

16   What was the nature of the calls?

17       A.    No.  So usually I would get where people

18   were trying to buy something and they needed help on

19   the website.  Or I got a lot of shipping questions,

20   like where is my miner kind of thing.  Because like

21   stuff would get held up in customs all of the time.

22   Shipping was -- at that time was our biggest hurdle.

23   And so a lot of times I would get calls about that.

24              And then I had one guy who called me

25   several times, and it was like all hours of the

                        A. Capuano

1   night, because he like needed reassurance that he
2
3   like -- he wanted to buy more miners and wasn't sure
4   if he should, kind of thing.  It was very odd, but
5   we talked and he felt good.  And he bought his
6   miners and was happy after that.  But it was kind of
7   stuff like that.  I never got any technical
8   questions that I can remember.
9       Q.   Do you remember who that customer was?
10      A.   I don't.
11      Q.   Okay.
12      A.   I don't.
13      Q.   So we also talked about the gift of the
14   Tesla.
15      A.   Um-hmm.
16      Q.   Are you aware that -- of any return of the
17   Tesla or did you coordinate that?
18      A.   No.  No.  As far as I knew, I mean, they
19   kept it and it was all good.  But I definitely
20   didn't coordinate any returns of anything.
21      Q.   And just to be clear, that was Josh's own
22   Tesla?
23      A.   I'm assuming.  I mean, it was his, the one
24   that he drove.  So as far as ownership, I don't
25   know, because he had several other cars, and -- but

1              A. Capuano

2    yeah.  It was the one he was driving.

3        Q.   In the process of coordinating with

4    Stuart's wife, did you ever transfer the title or

5    the deed or talk about any of the actual ownership

6    of the vehicle?

7              MR. WATTERSON:  Object to the form.

8        A.   I don't remember any of that.  I was more

9    in charge of getting the vehicle to the location.

10       BY MS. SCHULER:

11       Q.   Okay.  All right.  So now we have a few

12   questions about your responsibilities at GAW.

13       A.   Sure.

14       Q.   Were you ever in charge of hiring anyone at

15   GAW?

16       A.   So I was able to, I guess, have people like

17   under me to kind of help with the forum and things

18   like that.  But as far as any other positions, I

19   wasn't in charge of any of that.

20       Q.   And whose permission did you need to hire

21   the people to help you with the forums?

22       A.   Josh was the one that told me that if I

23   needed help, I could hire somebody to kind of help

24   me out.

25       Q.   Okay.  And how many people did you have

1                         A. Capuano

2     helping you with the forum monitoring?

3         A.   So there were people that kind of just

4     volunteered their time, so we had a group of forum

5     like monitors, I guess.  And then there was -- I

6     think one person that was under me, but I don't know

7     that it was a paid position.  I think it was more

8     like they were mostly volunteers, you know what I

9     mean?  They wanted to help out, and so ...

10        Q.   And were those GAW customers who were

11    volunteers?

12        A.   Um-hmm.

13        Q.   Were those called moderators?

14        A.   Yes.

15        Q.   Okay.  So they monitored -- they moderated

16    the HashTalk forum and then did they help you

17    monitor other threads?

18        A.   No.  It was mostly that, and then --

19    because we didn't have control over any other

20    forums.

21        Q.   Right.

22        A.   So ...

23        Q.   So was it part of your daily tasks to

24    monitor the forum?

25        A.   It was at the beginning.  Once I became his

1                      A. Capuano

2   assistant, the moderators took over that and I

3   didn't have as much.  Every once in a while I'd jump

4   in and be like, Hey, guys, I'm back for a few

5   minutes, and that was pretty much it.

6       Q.   Okay.  Did you ever delete threads?

7       A.   I'm trying to think if I ever did.

8            I know Josh did.  That was a big deal.

9   So -- but I don't -- I don't know if I ever did or

10  if there were times that Josh told me to.

11           That's not something I was ever

12  comfortable with, so I don't know that I did.  But I

13  do know that was definitely Josh's thing.  If

14  somebody said he didn't like it, it would get

15  deleted.

16      Q.   How often would he delete threads?

17      A.   As time went on, a lot.  Yeah.

18      Q.   Do you remember the content of any of these

19  threads in particular?

20      A.   Anything against GAW.  Anything that -- I

21  mean, yeah.  Anything that wasn't like pro,

22  super-excited GAW stuff, it would definitely get

23  deleted.

24      Q.   You said that sometimes you would go on the

25  forums.  Did you ever reply on behalf of Josh or was

1                        A. Capuano

2   it always as yourself?

3       A.   I'm trying to remember.  I want to say

4   that -- like I vaguely remember replying on Josh's

5   behalf, but I'm trying to think.

6               I think most of the time it was just

7   me or as like GAW Miners, not Josh himself.  Like

8   because he had his own personal thing on there.

9   Like his own personal avatar.

10      Q.   When would you reply on behalf GAW Miners

11  versus yourself?

12      A.   I don't remember.

13      Q.   I want to clarify one thing.

14              So all the threads we were talking

15  about deleting, those were all on HashTalk.  Right?

16      A.   Um-hmm.

17      Q.   So you couldn't delete any threads on like

18  Bitcointalk.

19      A.   Right.

20              Now, you're asking this, but, I mean,

21  there are like moderators on there that could delete

22  things, but Josh himself could not.  No.

23      Q.   Do you know if he was in communication with

24  any moderators on other forums to delete bad threads

25  about GAW?

Page 96

1                         A. Capuano

2        A.    Yeah.

3        Q.    Did you ever help him with any of that or

4    coordinate the communication?

5        A.    Um-hmm.   Yeah.

6              There was one specific time where he

7    asked me to reach out to them and like try to say,

8    hey, you know -- basically, to try to fix whatever

9    problem they were upset about and to request that

10   they would take it off.  Like if they could take it

11   down.

12       Q.    So was there a lot of skepticism or

13   negativity on other forums like Bitcointalk?

14       A.    I think that -- I mean, definitely, yes.

15   But I think Bitcointalk was just a negative place in

16   general.  And then HashTalk was kind of like the

17   safe haven, like a happy place.  And definitely, at

18   the beginning, when there weren't as many issues, it

19   was genuinely that.  Like it was genuinely a place

20   that was fun and exciting and good things were

21   happening.  And so it wasn't until the end that

22   there was like stuff like that, where it was like,

23   you know, deleting it and like things that weren't

24   as transparent.

25              And also, when I was going -- when I

1                          A. Capuano

2    was asking customers on Bitcointalk to remove their

3    post, it was usually about stuff that -- you know,

4    like their delivery was messed up or -- you know,

5    things like that.  It wasn't necessarily -- like it

6    wasn't anything else, it was just that.  And most of

7    the time they told me no, so it stayed up.

8        Q.   Are there any other forums or websites that

9    had the negativity, skepticism that you would also

10   reach out?

11       A.   Not that I remember.

12            I do remember there was some

13   publication on the website -- or online.  I can't

14   remember what it was called.  But there was a little

15   bit of that after -- like towards the end also.  And

16   I think Josh was just trying to do damage control

17   and trying to keep like the skepticism down, but I

18   don't remember being like extremely active in

19   anything else.

20       Q.   Okay.  So but there was a lot of negative

21   stuff out there because some of it Josh just

22   couldn't control.  Is that fair?

23       A.   Sure.

24       Q.   Do you know what a FUD is?  An F-U-D.

25       A.   Yeah.

Page 98

1                          A. Capuano

2        Q.   What does that stand for?

3        A.   So I don't know what it actually stands

4   for, but I know it's like -- oh, what is it?  It's

5   like -- I'm trying to think of what it stands for.

6             But it's just people that are like

7   spreading false information or trying to instill

8   fear in the community kind of thing, stuff like

9   that.

10       Q.   Okay.  Did Josh talk a lot about FUD?

11       A.   Yes.

12       Q.   Do you remember any specific questions

13   where he discussed that or was it just general?

14       A.   It was often.  So if somebody said

15   something negative, they were spreading FUD.

16       Q.   Was there any talk of any of the negativity

17   being true?

18       A.   In what -- like in what way?

19       Q.   So say there's negativity because there's a

20   shipping issue.  Did Josh ever take responsibility

21   or was it always FUD?

22             MR. WATTERSON:  Object to the form.

23       A.   So I think he tried to explain, like --

24   yes.  FUD was usually like the underlying reason,

25   but depending on the situation, yes.  He would try

1              A. Capuano

2  to kind of explain and be, like, hey guys, this is

3  what's going on.  We're sorry.  Don't believe the

4  FUDers.  Like just, you know, we're coming through.

5  Don't worry about it kind of thing, so ...

6     BY MS. SCHULER:

7     Q.   All right.  So towards the end -- well, let

8  me go back.

9              You said HashTalk was at first

10  genuinely a place where customers were excited and

11  happy.  Towards the end, was that artificial because

12  all the bad stuff was deleted or was there still real

13  excitement?

14              MR. WATTERSON:  Object to the form.

15     A.   I think from our side it was still genuine.

16  Like I don't think there was -- I mean, I don't

17  think that we were being fake in like being excited

18  and stuff.  But I do think that the forum was

19  starting get kind of divided where some people were

20  still -- I mean, there were some people that, I

21  mean, to the very end were like, this is amazing,

22  this company is amazing, we love them.

23              But then there were people that were

24  like, okay, this isn't starting to sound right, or

25  this doesn't feel right, or, you know -- so it

1                       A. Capuano

2     was -- I think it was just more divided.  And when

3     people would speak their concerns, those would get

4     deleted.  So that didn't help the situation, which

5     we tried to tell Josh.

6         BY MS. SCHULER:

7         Q.   So outside of any forums, did you post on

8     other social media on behalf of Josh?

9         A.   We had a Facebook page, but, for the most

10    part, that was just like generated.  I was -- I had

11    like an administrative like title on there, but I

12    didn't really do a whole lot.  I would change out

13    the pictures and stuff, but that was mostly like

14    automated.

15        Q.   Did you ever tweet on behalf of Josh?

16        A.   No.  Josh tweeted himself.

17        Q.   So I know on HashTalk and other forums they

18    have private messaging features.  Did you ever reply

19    on behalf of Josh to private messages or was it

20    always public?

21        A.   I don't remember doing it on behalf of Josh

22    because the customers were really comfortable

23    talking to me.  I'm not saying I never did, I just

24    don't really remember, because I was pretty active

25    on my own.

1                    A. Capuano

2      Q.   Did you reply during live chats or any

3  other customer interactions on behalf of Josh?

4               MR. WATTERSON:  Object to the form.

5      A.   I don't remember doing that, but -- I mean,

6  because I was pretty much only on my stuff.  I'm

7  trying to think.

8               And I had access ...

9               (Pause in proceedings.)

10     A.   You know, there is a chance that I did,

11 with customer -- like customer service things, but

12 it doesn't seem like that was something I would do

13 on a regular basis, because I was really close with

14 the customers and so -- but Josh did get a lot of

15 messages that he couldn't go through.  And so going

16 through and either letting him know what was going

17 on and how he wanted it handled, totally possible.

18     BY MS. SCHULER:

19     Q.   Did he get a lot of private messages?  You

20 said he had a lot that he couldn't go through.

21     A.   Yeah.

22     Q.   Okay.  Were they just from customers asking

23 him questions?

24     A.   Um-hmm.

25     Q.   Do you remember what types of questions

A. Capuano

1   they would ask him specifically?

3      A.   A lot of what I remember is more of like

4   customer service stuff.  Not really anything else,

5   but definitely customer service issues like, hey,

6   I've been trying to get through to your customer

7   service line and nobody's helping me kind of

8   situation.  Which happened every once in a while we

9   would get backlogged and they would reach out to

10  Josh or to me.

11     Q.   But it wasn't part of your daily

12  responsibility to go through all of his messages.

13     A.   I wouldn't say daily.  But every once in a

14  while, he'd be like, hey, you know, I haven't looked

15  at this in weeks, do you mind seeing if there's

16  anything that needs our attention kind of stuff.

17  But most of it was just generic like customer

18  service things.

19     Q.   All right.  So going back to what you were

20  talking about earlier about the Plum Card.  Do you

21  know who had access to the Plum Card?

22     A.   No.  I don't remember that.

23          I just remember it being brought up,

24  it being a big deal on both sides, like for Stuart

25  and Josh.  They both seemed a little frazzled but,

1                         A. Capuano

2    no.  I don't remember.

3         Q.   Did you have access to the Plum Card?

4         A.   I don't remember it being called a Plum

5    Card, but I did have a GAW Miners card.

6         Q.   Was it an Amex?

7         A.   Yes.

8         Q.   Okay.  That's the same.

9         A.   Oh, okay.  Yeah.  I didn't realize that.

10              MR. WATTERSON:  Object to the form.

11              I'd actually object to the side bar.

12   BY MS. SCHULER:

13        Q.   So going back to the exhibit that was

14   marked as 152.

15        A.   Um-hmm -- yes.

16        Q.   Do you remember why they were asking to

17   cancel the card?

18        A.   I think it had something to do with a

19   balance being on it that shouldn't have been.  But,

20   no, I don't remember exactly.  And I don't know if

21   it says it in here.

22        Q.   So starting at the last page of this

23   exhibit, we have an email at the top that Josh says

24   "Shut that Amex down."

25        A.   Oh, Okay.  Yeah.

1                      A. Capuano

2      Q.   And then on the next page, we have a reply

3  from Mr. Fraser that says, "How?  I don't even know

4  the account number."

5                 Do you see that?

6      A.   Um-hmm.

7      Q.   So did Josh get the statements for this

8  card?

9      A.   Oh, okay.

10              Yeah.  There's a good chance that

11 that's how it all happened is having the -- but, no.

12 I don't remember how this all started, but I do

13 remember like the email threads.

14     Q.   Okay.  So you also talked earlier about

15 some -- you set up meetings a lot for Josh.  Do you

16 remember ever setting up a meeting with

17 Alex Hunyh?

18     A.   Do you have it written down?  Like, is

19 there any way that I can see the last name?  I'm a

20 visual person.

21     Q.   Yeah.  I'll show you --

22     A.   Because it sounds familiar.

23     Q.   We'll show you what we'll mark as

24 Exhibit 153.

25 \\\

1          A. Capuano

2              (Exhibit 153 marked.)

3              (Document review.)

4     A.   Yes.  Um-hmm.

5     BY MS. SCHULER:

6     Q.   So what do you remember about this

7     conversation?

8     A.   From what I remember about this guy is, he

9     was around from the very beginning, like when I

10    first started, and he was kind of a pain to work

11    with.  He wanted to talk to Josh a lot.  And I want

12    to say that he was a part of the physical miners.

13    Like we got them from him, or something like that,

14    because I remember having a lot of correspondence

15    with him.

16              I'm just reading the email.

17              (Document review.)

18    A.   I just remember him wanting to talk to Josh

19    a lot and Josh really not having a lot of time for

20    him.  But aside from that ...

21    BY MS. SCHULER:

22    Q.   So you don't remember what the -- he wanted

23    to talk to Josh about?

24    A.   I think he wanted to be a part of like what

25    GAW was doing now.  Like once we transitioned out of

1                        A. Capuano

2    the physical miners -- or selling the physical

3    miners.

4        Q.   Do you remember if they actually ended up

5    speaking after this?

6        A.   I'm sure they did.  He was a very

7    persistent man, but I don't remember.

8                MS. SCHULER:  I'm going to take a

9    short break, if that's okay.

10               THE VIDEOGRAPHER:  The time is 11:58

11   and we are off the record.

12               (Recess taken.)

13               THE VIDEOGRAPHER:  The time is 12:04,

14   and we are on the record.

15       BY MS. SCHULER:

16       Q.   Okay.  I just have a few other questions.

17               Have you ever met Alan Shinners?

18       A.   So I know his name.  I don't remember

19   meeting him in person.

20               But I mean, I know that he was pretty

21   active in our forum and everything, and I talked

22   with him regularly, but I don't remember meeting him

23   in person.

24       Q.   How would you talk to him if not in person?

25   Was it via message --

1                        A. Capuano

2       A.   Like the moderators in there and email

3  maybe, but that was about it.

4       Q.   Do you remember the content of any of those

5  conversations?

6       A.   No.

7       Q.   Did you speak to Mr. Shinners after the

8  companies wound down?

9       A.   I'm sure, probably.  We talked to several

10 people afterwards.  Any specifics, I don't remember,

11 but ...

12      Q.   Did you ever talk to him about this case?

13      A.   I'm trying to remember if -- I knew this

14 case was coming up, and definitely from like

15 Bitcointalk.

16           I'm trying to think if there were any

17 emails about it.  There may have been.  I don't

18 remember.

19      Q.   Do you know who Michael Pfeiffer is?

20      A.   It sounds familiar, but no.

21      Q.   What about Jason Vargas?

22      A.   That doesn't sound familiar.

23      Q.   And Mike Audet?

24      A.   That doesn't sound familiar.

25      Q.   So I just have a few questions about how

1                        A. Capuano

2    you prepared for the deposition today.

3                    Did you talk to anyone about this

4    deposition?

5        A.   No.  Not other than my husband.

6        Q.   Did he tell you what to expect based on his

7    deposition?

8        A.   No.  We never really talked about his

9    deposition, just that it was pretty simple,

10   straightforward, and that I'd be okay.

11       Q.   Outside of scheduling, did you talk with

12   plaintiff's counsel at all about this deposition?

13       A.   I don't understand the question.

14       Q.   Did you ever speak with Colin or anyone

15   from Susman Godfrey about the deposition, outside of

16   scheduling?

17       A.   Just kind of what my role with GAW was.

18       Q.   Okay.

19       A.   To see if I was even like necessary.

20       Q.   All right.  I think we have no further

21   questions.

22                    MS. SCHULER:  We turn it back over to

23   Colin now.

24                    MR. WATTERSON:  I just have a couple

25   of real brief questions.

1                        A. Capuano

2                    FURTHER EXAMINATION

3       BY MR. WATTERSON:

4          Q.   You testified, I guess, that at some point

5       deleting of threads became more frequent.  When

6       approximately was that?

7          A.   I'm really bad with timelines.  I mean, we

8       were in Connecticut for three months and all of this

9       happened.  So there -- I mean, before that, we had

10      only worked with the company for a very short period

11      of time.  So as far as timelines go, I don't have

12      that.  But towards the end of my time with GAW, it

13      was more frequent.

14         Q.   Okay.  And so just -- it became more

15      frequent after you had moved to Connecticut.  Is

16      that fair?

17         A.   Um-hmm.

18         Q.   So that was in October?

19         A.   Um-hmm.

20         Q.   Do you think it was around the time that

21      PayCoin was being released that the deletions became

22      more frequent?

23         A.   I would say between Hashlets and PayCoin,

24      it was more frequent.

25         Q.   And is that sort of November-ish?  Does

1                      A. Capuano

2    that sound right?

3        A.   Probably.  Because we -- I left in January,

4    so yeah.  It was short.

5        Q.   Okay.

6        A.   And so yeah.

7        Q.   You mentioned there was a HashTalk account

8    for GAW Miners and there was a HashTalk account for

9    Josh Garza.

10       A.   I'm pretty sure, yeah.

11       Q.   What is the distinction between those two?

12       A.   I don't know that there really was, but

13   yeah.

14                 No.  I don't really remember.

15                 MR. WATTERSON:  Okay.  That's all I

16   have for you.  Thank you.

17                 THE VIDEOGRAPHER:  Okay.  The time is

18   12:09 and we are off the record.

19                 (Deposition concluded at 12:09 p.m.)

20

21

22

23

24

25

1               A. Capuano

2                J U R A T

3  I, AMBER CAPUANO, do hereby certify under  penalty

4  of perjury that I have read the foregoing  transcript of

5  my deposition taken on August 3rd, 2018; that I have made

6  such corrections as appear noted  herein in ink,

7  initialed by me; that my testimony as  contained herein,

8  as corrected, is true and correct.

9

10    DATED this ____ day of _____, 2018,

11  at _____,_____.

12

13  _____

14  AMBER CAPUANO

15

16

17  SUBSCRIBED AND SWORN BEFORE ME

18  THIS ____ DAY OF _____, 2018.

19

20  _____

21  (Notary Public)   MY COMMISSION EXPIRES:_____

22

23

24

25

Page 112

1                       A. Capuano

2          I, Rebecca J. Callow, Registered Merit Reporter

3  and Notary Public of State of Texas, hereby certify to

4  the following.

5          That the witness, AMBER CAPUANO, was duly sworn

6  by the officer and that the transcript of the oral

7  deposition is a true record of the testimony given by the

8  witness;

9

10         I further certify that pursuant to FRCP Rule

11 30(f)(1) that the signature of the deponent:

12

13         [X] was requested by the deponent or a party

14 before the completion of the deposition and is to be

15 returned within 30 days from date of receipt of the

16 transcript.  If returned, the attached Changes and

17 Signature Page contains any changes and the reasons

18 therefor;

19

20         [   ] was not requested by the deponent or a

21 party before the completion of the deposition.

22

23         I further certify that I am neither counsel

24 for, related to, nor employed by any of the parties or

25 attorneys to the action in which this proceeding was

1                    A. Capuano

2  taken.  Further, I am not a relative or employee of any

3  attorney or record in this cause, nor am I financially or

4  otherwise interested in the outcome of the action.

5

6         SUBSCRIBED AND SWORN TO under my hand and seal

7  of office on this the 14th day of August, 2018.

8

9

10         _____

11         Rebecca J. Callow, RMR, CRR, RPR

12         Notary Public, Travis County, Texas

13         My Commission No. 12955701-3

14         Expires:  09/12/2021

15

16

17

18

19

20

21

22

23

24

25

1                         A. Capuano

2    NAME OF CASE:

3    NAME OF WITNESS:

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                         _____