# EXHIBIT L

```
 1                      E.  CAPUANO
 2            UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
 3
 4
 5    DENIS MARC AUDET,          )
      MICHAEL PFEIFFER, DEAN     )
 6    ALLEN SHINNERS, and        )  Case 3:16-cv-00940
      JASON VARGAS,              )
 7    Individually and on        )
      Behalf of All Others       )
 8    Similarly Situated,        )
                                 )
 9              Plaintiffs,       )
                                 )
10    VS.                        )
                                 )
11    STUART A. FRASER, GAW      )
      MINERS, LLC, and           )
12    ZENMINER, LLC (d/b/a       )
      ZEN CLOUD),                )
13                               )
                Defendants.      )
14                               )
15
16
17            ORAL AND VIDEOTAPED DEPOSITION OF
                       ERIC CAPUANO
18                     JULY 9, 2018
19
20
21
22
23
24    Job No. 143278
25
```

1                     E. CAPUANO

2

3

4

5     ORAL DEPOSITION OF ERIC CAPUANO, produced

6   as a witness at the instance of the Plaintiff

7   and duly sworn, was taken in the above styled

8   and numbered cause on July 9, 2018, from 9:33

9   a.m. to 12:39 p.m., before KATERI A.

10  FLOT-DAVIS, CSR, CCR in and for the State of

11  Texas, reported by machine shorthand, at the

12  offices of Regus Office Suites, 106 East 6th

13  Street, Ste. 900, Austin, Texas, pursuant to

14  the Federal Rules of Civil Procedure and the

15  provisions stated on the record herein.

16

17

18

19

20

21

22

23

24

25

```
 1                    E. CAPUANO
 2            A P P E A R A N C E S
 3
 4
 5   FOR THE PLAINTIFF:
 6   EDGAR SARGENT, ESQ.
     Susman Godfrey
 7   1201 Third Avenue
     Seattle, Washington 98101
 8
 9
10
     FOR THE DEFENDANTS:
11
     HANNAH MILLER, ESQ.
12   ANNA SCHULER, ESQ.
     Hughes Hubbard & Reed
13   One Battery Park Plaza
     New York, New York 10004
14
15
16
     Also Present:
17
     Jordan Mummert, Videographer
18
19
20
21
22
23
24
25
```

1                    E. CAPUANO

2

3                        INDEX

4                                                    PAGE

5

6

   Appearances.......................     3

7

8

   ERIC CAPUANO

9

10   Examination by Mr. Sargent.........     9

11

   Examination by Ms. Miller..........   107

12

13

14

   Signature and Changes..............   162

15

   Reporter's Certificate.............   164

16

17

18

19

20

21

22

23

24

25

```
 1                    E. CAPUANO
 2
                       EXHIBITS
 3
 4    NO.              DESCRIPTION                PAGE
 5
 6    Exhibit 27      E-mail string from Josh
                      Garza to Eric Capuano,
 7                    Dated 6/18/2014, Subject:
                      RE:Fwd: Issue
 8                    Resolution.............    52
 9
10    Exhibit 28      E-mail string from Dan
                      Kelley to Joe Mordica,
11                    Et al., dated 12/26/2014,
                      Subject: RE: PayBase/
12                    PayCoin questions -
                      IMPORTANT...............    93
13
14
      Exhibit 29      E-mail from Eric Capuano
15                    To Joe Mordica and Dan
                      Kelley, dated 1/13/2015,
16                    Subject: Turnover-Eric's
                      Departure...............    109
17
18
      Exhibit 30      E-mail from Jonah Dorman
19                    To Carlos Garza and Eric
                      Capuano, dated 1/6/2015,
20                    Subject: Re: Wire.......    122
21
22    Exhibit 31      E-mail string from Jonah
                      Dorman to Eric Capuano,
23                    Dated January 2, 2015,
                      Subject: Re: Pls Check..    126
24
25
```

```
1                    E. CAPUANO
2

3
```

       Exhibit 32    E-mail string from Eric
   4                 Capuano to Josh Garza,
                     Dated 12/8/2014, Subject:
   5                 Re: Re: TEAM-ZC/GM
                     Accounts.................   130

       Exhibit 33    E-mail string from Eric
   8                 Capuano to Jonah Dorman,
                     Dated 1/8/2015, Subject:
   9                 Re: So Angry at GAW now..   134

       Exhibit 34    E-mail from Carlos Garza to
                     Josh Garza, dated
  12                 September 9, 2014,
                     Subject: GAWMiner Reseller
  13                 Program..................   137

       Exhibit 35    E-mail from Josh Garza to
                     Jonah Dorman, dated
  16                 12/30/2014, Subject: Fwd:
                     Android widget...........   139

       Exhibit 36    E-mail from Josh Garza to
  19                 Eric Capuanao, dated
                     September 13, 2014,
  20                 Subject: Fwd: Prize
                     Emails...................   141

       Exhibit 37    E-mail from Eric Capuano to
  23                 Josh Garza, dated
                     December 30, 2014,
  24                 Subject: IRC Dumpers......   145

1                   E. CAPUANO

2

3

4

Exhibit 38    GAW Miners SEC Investigation
5                 Confirmed and Information
                  Leaked document........   152

6

7

Exhibit 39    E-mail from Josh Garza to
8                 Juliette Dunlevy and Dan
                  Pease, dated Sep 1, 2014,
9                 Subject: Stuart Loan....   160

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          E. CAPUANO

2

3

          P R O C E E D I N G S

4

5

6          THE VIDEOGRAPHER:  This is the

7    start of the video deposition of Eric

8    Capuano in the matter of Denis Marc

9    Audet, et al., V Stuart A. Fraser, GAW

10   Miners, LLC, and ZenMiner, LLC, et al.

11         This deposition is taking place at

12   106 East Sixth Street, Austin, Texas, on

13   July 9th, 2018, at approximately

14   9:33 a.m.

15         My name is Jordan Mummert from TSG

16   Reporting, Inc.  I am the legal video

17   specialist.  The court reporter is Teri

18   Davis in association with TSG Reporting.

19         Would counsel please introduce

20   yourselves.

21         MR. SARGENT:  Edgar Sargent from

22   Susman Godfrey representing the

23   plaintiffs.

24         MS. MILLER:  Hannah Miller from

25   Hughes Hubbard and Reed, representing

1          E. CAPUANO

2      Stuart Fraser.

3          MS. SCHULER:  Anna Schuler from

4      Hughes Hubbard and Reed, representing

5      Stuart Fraser.

6          THE VIDEOGRAPHER:  The court

7      reporter may swear in the witness.

8

9

10          ERIC CAPUANO,

11  having been first duly sworn, testified as

12  follows:

13              EXAMINATION

14  BY MR. SARGENT:

15      Q.   Good morning, Mr. Capuano.  We met

16  off the record, but just to be clear, I'm

17  Edgar Sargent.  I represent the plaintiffs in

18  this case, who are a group of investors who

19  bought things from GAW Miners and lost money

20  and are now suing to try to recover some of

21  those losses.  Is that clear?

22      A.   Yes.

23      Q.   Have you ever had your deposition

24  taken in any case before?

25      A.   No.

                    E. CAPUANO

1

2      Q.   It's a fairly straightforward

3  procedure.

4           You do need to know you're under

5  oath and so your testimony carries the same

6  penalties of perjury it would if you were

7  testifying in court.  Is that clear?

8      A.   Yes.

9      Q.   And your testimony here may be used

10  either in a trial or in certain other

11  evidentiary proceedings or motions in this

12  case up in Connecticut.  Is that clear?

13      A.   Yes.

14      Q.   A deposition, one thing that's very

15  important is that we both let each other

16  finish before going on with the next -- I need

17  to let you finish your answers before I ask my

18  next question, and you need to let me finish

19  my question before you answer.

20           It's not a natural way to talk.

21  When you're in a normal conversation, people

22  don't do that.  So it takes some concentration

23  and some effort.  And the court reporter will

24  probably let us know if we're failing to

25  follow that.  Is that clear?

1                    E. CAPUANO

2         A.   Yes.

3         Q.   One thing I would ask you today is

4    if I use any terminology incorrectly or I say

5    something that you don't understand -- and

6    this is particularly important because of the

7    technical areas that we may get into -- just

8    let me know that so that I can try clear it up

9    and try to ask a proper question.  Is that

10   fair?

11        A.   Okay.

12        Q.   Where do you work today?

13        A.   I own a cyber security firm called

14   Recon Infotech.

15        Q.   You work for yourself?

16        A.   Yes.

17        Q.   And it's called Recon Infotech?

18        A.   Infotech.

19        Q.   And how long have you had that

20   business?

21        A.   It will be three years this past

22   January.

23        Q.   So since January 2015?

24        A.   Yes.

25        Q.   And where were you before that?

1                    E. CAPUANO

2          A.    Before that I was with GAW Miners.

3              Now, there -- there are additional

4    points of employment because I did not go

5    straight from GAW Miners to my own company.

6              I started the company in

7    January 2015, but I went back into full-time

8    employment with AT&T Government Services as a

9    contractor for the DOD, I would say middle to

10   end of January 2015.

11             And so there was overlap,

12   obviously, for a few years.  I did not go

13   full-time with Recon until the first week of

14   February of this year.

15        Q.   And when did you -- were you

16   employed by GAW Miners when you worked for

17   them?

18        A.   When I worked for --

19        Q.   For GAW Miners.  Was GAW Miners

20   your employer or were you working for

21   ZenMiner, or do you know?

22        A.   Oh.  You know, that's a good

23   question.  There was some confusion there for

24   some time.

25             So as far as I know, I was always

Page 13

                    E. CAPUANO

1

2   an employee of GAW Miners.  I just think there

3   was a period of time where, administratively,

4   I was considered to be an employee of

5   ZenMiner, but to my recollection I was always

6   paid by GAW Miners.  So --

7        Q.   You --

8             (Simultaneous speaking.)

9        A.   -- that's why -- sorry.

10       Q.   No.  That's good.  I need to let

11  you finish.

12             You left GAW Miners in

13  January 2015; is that right?

14       A.   To my -- yep.  That sounds right.

15       Q.   And when did you start?

16       A.   Oh, geez.  The first significant

17  date that comes to mind isn't the answer to

18  your question, but I'm trying to back-trace

19  here, was October of 2014, is when I left -- I

20  left San Antonio and moved to Connecticut to

21  work up there full-time at the, I guess,

22  headquarters for GAW.

23             But I had been with them working

24  out of San Antonio for a few months prior to

25  that, but I'm not 100 percent -- I want to say

1                       E. CAPUANO

2     it was about June.   But that's -- that's my

3     best recollection.   I don't want to say

4     absolutely, but I want to say it was about

5     June.

6              Q.   So it was less than a year total?

7              A.   Oh, yeah.

8              Q.   And during the period when --

9     between when you started working -- during the

10    period when you were working for them but you

11    were still in San Antonio --

12             A.   Uh-huh.

13             Q.   -- were you also working for other

14    businesses or --

15             A.   So, there was a short period of

16    time where I was still a DOD contractor during

17    the day, and I was basically moonlighting and

18    doing work for GAW or ZenMiner in the

19    evenings.

20                  And then that -- I can't remember

21    that period -- how long that period of time

22    lasted, maybe a month or two, before I

23    completely went full-time with GAW.

24             Q.   And that was sometime roughly over

25    the Summer --

1              E. CAPUANO

2      A.   Yes.

3      Q.   -- of 2014?

4      A.   Yes.

5      Q.   Let's take it back to the

6  beginning.

7           Did you graduate from college?

8      A.   I did not.

9      Q.   When did -- walk me through your --

10  did you have any education after high school

11  at all?

12      A.   Yes.  I've got well over a

13  Bachelor's degree worth of college credit

14  hours, just not focused enough into a single

15  discipline in order to finish with a degree.

16      Q.   And at what institution?

17      A.   Many.  University of Nevada.  Embry

18  Riddle Aeronautical University.  University of

19  Texas, San Antonio.  I mean, the list goes on.

20      Q.   And did you concentrate or

21  specialize or major in any particular area?

22      A.   I started off in aeronautics.  I

23  transferred into business, and I'd say

24  business probably remained my focus for a

25  significant chunk of that.

E. CAPUANO

1

2    Q.   And when -- when is the last time

3    you took a college course?

4    A.   Oh, shoot.  You got me there.  It's

5    been a few years.  I'd say, ballpark, a

6    complete ballpark answer would be about three

7    years or so.

8    Q.   So about the same time you were

9    working for GAW, or was it before?

10   A.   No.  It had to have been before

11   that.  So -- where are we now?  Yeah.  Shoot,

12   maybe four or five years.

13   Q.   Okay.

14        When did you graduate from high

15   school?

16   A.   In 2003.

17   Q.   And where was that?

18   A.   Forgive me; I'm just curious.

19   Could you help me understand the relevance,

20   just to help me --

21   Q.   I'm just trying to get some

22   background about your -- your education and

23   experience to the degree it might be relevant

24   to anything you have to say about the

25   technical side of the case, I guess.

1                    E. CAPUANO

2         A.   Okay.

3              Yeah.  I graduated from a -- from a

4    military school called Seaborne Challenge

5    Corps in 2003.

6         Q.   And where is that?

7         A.   It was, at the time, located in

8    Galveston, Texas.

9         Q.   Okay.

10             And did you grow up in Texas?

11        A.   I did.

12        Q.   Okay.

13             So tell me how you came to be

14   introduced to GAW Miners and came to work for

15   the company.

16             A.   So I had known Josh Garza for --

17   for a very long time.  Josh and I were

18   childhood friends.  And we, kind of, fell out

19   of touch, I'd say around 18, because I joined

20   the military and he went off to, I think,

21   Vermont and started a -- an Internet service

22   provider.  And, you know, my -- my knowledge

23   of the details of all that is pretty sporadic,

24   because, like I said, we kind of fell out of

25   touch at that point.

1                    E. CAPUANO

2              I'd always just, kind of, known him

3    as, you know, the lucky one that got to go and

4    do the entrepreneurial dream while I joined

5    the military.  But it was, obviously, some

6    years later that we would get back in touch.

7              And the -- I guess the sequence of

8    events that took place was I had just recently

9    gotten back into hobbyist cryptocurrency

10   mining.  So, you know, I was one of the

11   foolish, you know, many that bought the miner

12   and, you know, set it up.  Actually, it wasn't

13   a miner per se; it was just a -- a graphics

14   card that was really efficient at mining at

15   that time.

16              And so -- and I had done that

17   completely on my own accord.  This was prior

18   to reconnecting with Josh or GAW or anything

19   like that.

20              So I bought the miner and was

21   tinkering with this stuff.  I thought it was

22   really interesting.  I had always been a bit

23   of a -- of a -- you know, a computer hobbyist,

24   right?

25              And so I was tinkering with that,

1                      E. CAPUANO

2    found it pretty interesting, you know, kind of

3    enjoyed it.  I'd even made a few extra bucks

4    doing it.  So I thought this was neat.

5                  And then it was not long after

6    that, I started to, kind of, see through

7    social media that Josh had started a

8    cryptocurrency company.  That was -- that was

9    GAW Miners.  And that was when they were

10   strictly doing hardware sales, which made

11   perfect sense, right?

12                  I mean, everybody could understand,

13   you know, selling a piece of computer, you

14   know, computer hardware, right?  So I thought

15   that was neat.

16                  And that, kind of, kicked off maybe

17   one or two conversations about, "Hey, cool,

18   you know, I'm -- I'm also dabbling in

19   cryptocurrency.  That's neat that you have a

20   company that does it."  Still nothing serious

21   yet.

22                  But then it would be, I don't know,

23   maybe a month or two after that, he reached

24   out to me and said, "Hey, I need help with

25   this.  We're growing really fast," et cetera,

Page 20

1                    E. CAPUANO

2    et cetera.

3               And he knew that I was, you know,

4    capable in the area of technology and

5    computers and all that good stuff.

6               So he said that he -- he wanted me

7    to come on board, at least in a part-time

8    capacity, if I could support it, and -- and

9    help out.

10              And so that was again, at the time

11   I was a contractor for DOD.  But I said, "Hey,

12   why not?  You know, I have plenty of spare

13   time.  I already enjoy cryptocurrency.  So

14   sure, I'll help out."

15              So I started helping out in

16   part-time, off hours, you know, here and

17   there.  But the demands started to increase

18   and, you know, he, kind of, started to put a

19   little bit of pressure on, "Hey, could really

20   use you on full-time."

21              And then, like I said, I don't

22   remember if it was -- I don't remember how

23   long the overlap was of me working still

24   during the day and then when I transitioned,

25   but eventually did transition.

Page 21

                        E. CAPUANO

1

2       Q.   Okay.

3            So it would probably have been

4  early in 2014 that you first identified that

5  Josh -- your old friend, Josh Garza, was now

6  involved in the cryptocurrency space; is

7  that --

8       A.   My best guess.

9       Q.   And at that point he was selling

10 hardware only, as far as you knew?

11      A.   Yes.

12      Q.   Did you buy anything from Josh

13 Garza's company?

14      A.   Yes.

15      Q.   What did you buy?

16      A.   Yes.  So I actually -- actually,

17 correction.  I didn't personally buy anything.

18 I was at the time talking to a good friend of

19 mine who said, "Hey, I want to buy something

20 in cryptocurrency."

21           And I said, "Hey, perfect.  I

22 have -- I know a friend that runs a company."

23 And I paired them up and my friend bought

24 something.

25           I don't think I ever actually

Page 22

1                        E. CAPUANO

2    bought anything from GAW.  I think whenever I

3    came on board I was sent something as like a,

4    "Hey, look, here's your thing," you know,

5    "This is your test box," or whatever.

6              So I could be mistaken, but I don't

7    think I ever did buy anything personally.

8         Q.   Was it hardware you were sent?

9         A.   Yes.  Yes.

10        Q.   Did you ever own a Hashlet?

11        A.   Never purchased anything like that,

12   no.

13        Q.   How about a cloud-hosted miner?

14        A.   No.  Never purchased anything from

15   GAW, that I can remember.

16        Q.   Were you given a cloud-hosted miner

17   by GAW?

18        A.   For testing purposes, yes.

19        Q.   Do you know what your -- did

20   your -- did your friend that you referred to

21   GAW actually buy something from GAW?

22        A.   Yes.

23        Q.   Hardware?

24        A.   Yes.

25        Q.   A miner?

1                    E. CAPUANO

2         A.   Yes.

3         Q.   Do you know if they received it?

4         A.   Several -- yes.  Yes, he did.

5         Q.   Did they have any complaints or

6    problems with -- with GAW?

7         A.   Other -- sorry.

8         Q.   Go ahead.

9         A.   Other than, you know, the -- the

10   inevitable realization that it was a fool's

11   errand to try to, you know, make a profit

12   using hardware -- or using anything, really.

13   I mean, it's a pretty broken game from the

14   start, we all, kind of, figured out at the

15   end.

16             But no, other than that, he got the

17   hardware.  He ran the hardware.  Everything

18   worked like it was -- as it was advertised.

19   It just obviously was a huge loss for him and

20   for, probably, just about everybody else.

21        Q.   Can you explain -- is that Bitcoin

22   mining?

23        A.   Yeah.  Yeah.  I think I'm getting

24   into the realm of opinion here when I'm saying

25   these things.  My opinion is that, I think

1                    E. CAPUANO

2    most of the people that participated in

3    mining, myself included -- you know, like I

4    said, I made -- I made a few bucks when I was

5    doing the Litecoin stuff with my own GPU.

6              But in the grand scheme of things,

7    it was -- I think it was never really a game

8    meant to, you know, be won by the consumer.

9    Because, you know, a pretty popular opinion is

10   that if -- if it was such a profitable thing,

11   that the companies that make these things

12   would simply be profiting with them.

13             So -- but, again, this is, kind of,

14   my opinion on that matter, but it was one that

15   took me years to, kind of, form over -- seeing

16   what happened there, seeing what happened in

17   my own experience, and then just, kind of,

18   putting it all together.

19        Q.   Let me just make sure I track what

20   you're saying.

21             We understand it's your opinion,

22   but that's fine --

23        A.   Sure.

24        Q.   -- and you can tell us what your

25   opinion is.

1                         E. CAPUANO

2              Your conclusion was that Bitcoin or

3    cryptocurrency mining is very difficult for an

4    ordinary consumer to profit from, because

5    businesses that were selling the mining

6    equipment would, themselves, just keep the

7    mining equipment and use it if you could

8    simply plug it in and make money.

9         A.   That's my opinion on the matter,

10   yeah.

11        Q.   And you -- you said you were mining

12   Litecoin?

13        A.   I was mining Litecoin, which is

14   they would call an altcoin to Bitcoin, which

15   is a different hashing algorithm.  It's more

16   of a -- it's more demanding of memory of a

17   computer, rather than power of a computer.  I

18   don't know if you'd care.

19        Q.   No, I do, actually.

20              And it's still a proof of work,

21   even though it uses memory rather than --

22        A.   Absolutely.

23        Q.   -- processing power --

24        A.   Yes.

25              (Simultaneous speaking.)

1                    E. CAPUANO

2         Q.    (Inaudible.)

3         A.    So scrypt algorithm versus SHA-256

4   hashing.

5         Q.    Okay.

6              So when -- when Josh brought you on

7   part-time, sometime early Summer 2014, what

8   were you doing for GAW Miners?

9         A.    Yeah.  So that was an interesting

10  period.  So that was when Josh had created the

11  concept of ZenMiner.  He brought me on to help

12  out with this new wing of GAW Miners, but he

13  would try to disconnect it.

14             So he -- it was a direct extension

15  of GAW.  But as he explained it to me, he

16  didn't want that to be publicly known,

17  because -- and I can remember the exact

18  analogy he used.

19             He said, "If GAW is the auto

20  manufacturer, ZenMiner makes the tires.  We

21  don't necessarily want everyone to know that

22  we're making our own tires."

23             And so I said, "Okay."  You know,

24  here's a guy that's been running companies

25  for, you know, a lot longer than I have, which

Page 27

1                         E. CAPUANO

2   was zero at the time for me.  I said, "Okay."

3           He said -- and ZenMiner was

4   actually a very clever idea.  It was a really

5   good idea.

6       Q.   What was that idea?

7       A.   So ZenMiner was -- are you familiar

8   with the Raspberry Pi?  It's a -- it's a very

9   small and inexpensive computer about the size

10  of a deck of cards, and it's very low power.

11  And it -- but it can run Linux, which means it

12  can do anything.

13          And the idea was, you could -- at

14  the time these miners that you would buy were

15  very clunky, unpolished pieces of hardware

16  that you would have to, like, connect to with

17  very complex, you know, serial data buses, you

18  know.

19          You basically had to be a

20  programmer in order to work on these things,

21  to make them -- to make them function

22  properly.

23          And so the goal of ZenMiner was to

24  take this Raspberry Pi, put some custom

25  software on it, and basically allow it to

1                    E. CAPUANO

2           interface with these miners and immediately

3           give it a cloud interface.

4                   So now anybody could buy a miner,

5           connect ZenMiner, the Raspberry Pi, to the

6           miner, and then log into a convenient cloud

7           portal and now feed and control the miner,

8           which -- I mean, to this day it was a -- that

9           was a fantastic idea.

10                  And it almost worked.  It actually

11          did work for a period of time, until Josh

12          decided that was no longer really going to be

13          the focus, and the lead developer for that

14          project, kind of, disappeared.

15          Q.   Who was the lead developer?

16          A.   Oh, what was his name?  Jeff.

17   Jeff -- forgive me.  He was not in the picture

18   for very long, so I'm drawing a blank.

19          Q.   He was the lead developer for

20   ZenMiner?

21          A.   For ZenMiner.  He built that entire

22   project.

23          Q.   And he was working for Josh -- one

24   of Josh Garza's companies at the time?

25          A.   Well, GAW Miners, as far as I know.

                    E. CAPUANO

1

2       Q.   And -- but Josh did not want it

3  publicly disclosed that this ZenMiner software

4  was actually being developed by GAW?

5       A.   Right.  Right.

6       Q.   And at the time -- so what was your

7  role in relation to ZenMiner?

8       A.   So I -- I would say I spent 90 or

9  more percent of my time basically manning the

10 Help Desk, the support desk for ZenMiner.

11 Because we did ship a bunch of those units,

12 the ZenMiner Raspberry Pi units.  Because

13 basically GAW was throwing them in free,

14 basically, with tons of shipments.

15          So if you bought some miners from

16 GAW, they would throw in a free ZenMiner and

17 say, "Here you go.  Have a nice day."

18          So I want to say we put -- forgive

19 me, this might be a complete approximate

20 guess, but over 1,000 of these ZenMiner

21 devices out in the -- out in the hands of GAW

22 customers.

23      Q.   Okay.

24      A.   And there was a big fanfare, like,

25 press release about the partnership between

Page 30

1                        E. CAPUANO
2    GAW Miners and ZenMiner, you know, to try to
3    put on a show.
4              I think I was even at one point
5    named the original owner of it, and that it
6    was acquired.  It was a big nightmare.
7              I'm sure you guys might have some
8    notes on that.
9              But my official title at that time
10   was the general -- general manger of ZenMiner.
11   But I answered Help Desk tickets.  That was
12   what my job was.
13        Q.  When you say there was a -- how
14   much -- a couple of questions.  Sorry.  Strike
15   that.
16        A.   Sure.
17        Q.  What was GAW Miners' costs to
18   acquire a Raspberry Pi hardware unit?
19        A.   I don't know.  But I can tell you
20   what the MSRP of a Raspberry Pi is.
21        Q.   Yes.
22        A.   Approximately $35.
23        Q.   Okay.
24              And were these units shipping at
25   the time you came to work for GAW Miners?

1                        E. CAPUANO

2        A.   I believe they may have already

3   been shipping.  If not, they started shipping

4   at that -- right about at the time that I came

5   on board.

6        Q.   So Jeff at that point had developed

7   some version of the ZenMiner code that would

8   be used as an interface to run a miner?

9        A.   He had developed -- he had already

10  developed almost all of it by the time I came

11  on board.

12       Q.   And were the units shipping with,

13  you know, hardware miners or cloud-hosted

14  miners?

15       A.   At this time, to my knowledge,

16  there were no cloud-hosted miners.  Everything

17  was hardware.  It was:  You buy it, you run

18  it.

19            ZenMiner does seek to give you an

20  easier way to manage your miner, but it was

21  still your miner on your desk at your house.

22  There was nothing being hosted for you in the

23  cloud.

24       Q.   And you said -- did ZenMiner work?

25       A.   Yes.  It had problems, like any new

1                    E. CAPUANO

2  technology does, but it did work.  And it was

3  actually solving a real problem at the time.

4       Q.   In that it gave a more

5  user-friendly interface to control a miner;

6  that was --

7       A.   Yes.

8       Q.   -- the problem -- or the problem it

9  was solving?

10       A.   Yes.

11       Q.   Could it control more -- could a

12  single ZenMiner Raspberry Pi unit control more

13  than one miner?

14       A.   I can't remember, but I want to say

15  that it could.  But it's been a minute -- it's

16  been a little while since I've seen that code

17  or that product.  But I want to say that it

18  could.

19       Q.   And how would -- would the user

20  interact with the ZenMiner software directly

21  from another -- a PC or a computer, or would

22  they have to go through the Internet somehow?

23       A.   Yeah.  So they would -- once the

24  ZenMiner and the device was all connected up,

25  they would log in to the portal on another

1                         E. CAPUANO

2   computer with Internet access.  They would log

3   on to a cloud portal, right?

4        Q.   Uh-huh.

5        A.   And once they authenticate, they'd

6   then be able to command and control that

7   ZenMiner device and the miner that was

8   connected to it.

9             So I could say, "Restart the

10  miner," which would basically issue a command

11  down to the ZenMiner device, which would then

12  restart the miner, right -- or change whatever

13  settings I want to, or at least see what the

14  output is, you know, see what the hash rate or

15  whatever it is, is being reported back up to

16  the cloud.

17            So in the cloud for ZenMiner, all

18  that existed in the cloud was an application,

19  an application that managed a conversation

20  between the ZenMiner device and the user.

21       Q.   Okay.

22            So the user couldn't connect

23  directly to the ZenMiner device.  It had to

24  work through the cloud to --

25       A.   You could if you want to, but that

Page 34

1                      E. CAPUANO

2    would be -- you know, DIY version of, "I'm

3    going to console right into this thing and do

4    what I want to it," kind of think.  You could,

5    absolutely.  Because at the end of the day it

6    was just a Linux computer.

7                So if you were savvy enough, there

8    was nothing stopping you from, absolutely,

9    logging right into the actual ZenMiner device

10   and using it to your heart's content for

11   whatever purpose you might have.

12        Q.   Okay.

13                And would the ZenMiner software

14   determine -- could you input information into

15   the ZenMiner software to determine where any

16   coins you earned from mining would be, you

17   know, allocated, what address they would go

18   to?

19        A.   I think you would have to, but I'm

20   having trouble remembering how you did that.

21   You would have to.  Because every miner has to

22   submit work -- has to receive and submit work

23   to someplace.  So you'd have to tell it where

24   to subscribe, yes.

25        Q.   Okay.

1                        E. CAPUANO

2              And what were the problems?

3              You said it worked, but it had,

4    like any initial technology, some problems.

5         A.    Sure.

6         Q.    What were the problems?

7         A.    It would typically be, for whatever

8    reason, the Raspberry Pi device wasn't

9    properly synching -- synchronizing with the

10   cloud, so the user would give a command but it

11   would never be received and would never be

12   executed.  And so we had some issues with

13   that.

14             Minor things like that.  I can't

15   really remember too many details, but just

16   minor technology issues.

17             And most of it always boiled down

18   to me getting in touch with Jeff, who's the

19   developer, and saying, "Hey, Jeff we're having

20   more problems with" X, Y or Z.

21             And he would frantically work away

22   at n it for 10, 12, 20 hours, and then

23   hopefully, "Okay, here's a fix."

24             But I don't know that we ever

25   really got all of those issues resolved.

1                     E. CAPUANO

2           I remember we got to a point where

3    I kept throwing more problems his way, and he

4    eventually just, kind of -- there was a

5    diminishing return on his ability to fix those

6    problems.

7           But that kind of coincided with, I

8    think, when things started to transition away

9    from hardware miners altogether, which was,

10   kind of, the start of a trend that I think...

11        Q.   Was the next phase cloud hosted

12   mining?

13        A.   Yes.  Yes.  I'm trying to remember

14   that whole timeline, but yes.  The next phase

15   was the cloud hosted mining.

16        Q.   And was ZenMiner still used as part

17   of that cloud hosted mining?

18        A.   ZenMiner pretty much -- actually,

19   ZenMiner -- so there was a -- there was a

20   false acquisition made, GAW buying ZenMiner,

21   which it had always owned from the beginning.

22   But for publicity, I guess, purpose -- and the

23   reason that Josh told me was, he wanted the

24   Zen -- he wanted the cloud mining thing to

25   have been Zen's idea, and that GAW was simply

1                    E. CAPUANO

2    purchasing it.

3              I'm not sure why, but that's what

4    he wanted the appearance to be.  So Zen give

5    birth to -- I think I remember why.

6              Because since the ZenMiner concept

7    from its original inception had this cloud

8    premise to it, even though there was no cloud

9    mining happening, it was just a cloud

10   application that let you control your miner.

11             But since it had already set foot

12   into the cloud region, right, it, I think, was

13   a natural fit for ZenMiner to introduce, I

14   think, ZenCloud.

15             But he didn't -- what I think he

16   didn't want, though, is to still do this under

17   this premise that Zen was a totally different

18   company.

19             I think he was just too proud of

20   that idea, and he said, "No.  No.  No.  This

21   was our idea, but we're just letting Zen be

22   the one that has it."  So, "Okay, we've

23   acquired Zen," you know.  It was literally a

24   puppet game.

25        Q.   How -- how long was this -- was it

1                    E. CAPUANO

2    between the time when you started working for

3    GAW Miners and when cloud hosted mining was

4    introduced?

5         A.   That's a pretty fine timeline.  I

6    can't remember exactly when that was.

7         Q.   Do you think it was more than a

8    month?

9         A.   I think.

10        Q.   It seems like it was more than a

11   month?

12        A.   I think.

13        Q.   But it wasn't as much as six

14   months?

15        A.   No.  No.  No.  No.  I would say --

16   the best guess I can give you would be one to

17   two months.  Yeah, one and two months in, I

18   think, is when that transition started.

19        Q.   And we've talked -- you and I have

20   mentioned cloud hosted mining, but I don't

21   think we've really gotten it on the record of,

22   what is that?

23              Can you explain your understanding

24   of what -- what was being sold by GAW Miners

25   when they were selling customers --

Page 39

1                         E. CAPUANO

2          A.    Yeah.

3          Q.    -- cloud hosted mining?

4          A.    Yeah.  You bet.

5                So in the concept of the cloud
6    hosted mining is -- what is meant to be is no
7    different than cloud hosted anything, for that
8    matter.

9                So, you know, you could choose to
10   host a server at your house on your commercial
11   or your noncommercial Internet, or you could
12   choose to let Amazon or Rackspace host a
13   server for you.

14               The only thing that changes is
15   where it is and whose problem it is, right, to
16   maintain it and the upkeep and all that good
17   stuff.  And that's essentially what cloud
18   mining was supposed to be, as well.

19               This -- this whole mining thing was
20   a huge pain, actually.  It was not fun, even
21   for technical folks.

22               Like, you know, I'm very
23   comfortable on Linux command line, which is
24   what it required to manage most of these
25   miners.  But I -- after a while, I got tired

```
 1                      E. CAPUANO
 2     of all the hassle of what it took.
 3               So I understood what problem it was
 4     trying to solve.  It was saying:  "Hey, look,
 5     don't worry about all the hassle of trying to
 6     manage these miners.  We'll host them.  We'll
 7     worry about them.  You just tell us where to
 8     point the hash power to."
 9               That's what it was supposed to be.
10        Q.    Is that what it was?
11        A.    In what context?
12        Q.    Well, when -- when GAW started
13     selling cloud hosted mining, is that what they
14     were selling?
15        A.    To my understanding, that's exactly
16     what it was.
17               And the reason that I felt that is
18     because I had seen the facilities.  I was in
19     Hattiesburg and I saw all of those miners that
20     they had in that warehouse.  I said, "Okay."
21     I mean, it was more hashing power than I've
22     ever seen in one place in my life, so...
23        Q.    So at that time, when -- when cloud
24     hosted mining -- strike that.
25               When cloud hosted mining was
```

1                       E. CAPUANO

2    introduced, was it part of your job

3    responsibilities for GAW to have anything to

4    do with cloud hosted mining?

5         A.   I'm trying to remember what my role

6    was in that point.  That was a very much Joe

7    Mordica, Evan Lucas.  That was, kind of, a who

8    another realm.  You know, I was the dinosaur

9    that was working on the Raspberry Pi project.

10   Obviously, the focus had shifted away from

11   that and to ZenCloud.

12             So, obviously, my focus had to

13   shift.  I don't remember where I focused.  I

14   was probably still primarily picking up Held

15   Desk tickets.

16             But at a certain point I did

17   transition into more of a security-focused

18   role, where my job was to manage the security

19   focus of the software development life cycle,

20   which I would say I did -- I had very minimal

21   real involvement in that.

22             But -- but then it was security of

23   the physical -- or not physical, but the

24   infrastructure itself.

25             So as we were moving to cloud

Page 42

1                    E. CAPUANO

2  mining, we had lots of servers.  I mean, I

3  want to say at one point we had 40 or 50

4  servers at Rackspace.  And it was my job to

5  make sure that those servers were secure.

6           And so eventually what I did was I

7  started to migrate away from, like, the Help

8  Desk and things like that into dev-ops,

9  which -- do I need to clarify on that, what

10 that means?

11      Q.   Yes.  Sure.

12      A.   So dev-ops was, kind of, a more

13 modern way of thinking when it comes to being

14 a (Inaudible), if you will.  So adminstering,

15 manage, maintaining the servers, and then

16 focusing on security as it applies to those

17 servers.  So that's what my role eventually

18 transitioned into whenever the original

19 premise of ZenMiner, kind of, died.

20      Q.   Okay.

21           You mentioned ZenCloud.

22      A.   Yes.

23      Q.   It's different from ZenMiner?

24      A.   Correct.

25      Q.   Is ZenCloud the software that was

1                    E. CAPUANO

2    used to manage cloud hosted miners?

3         A.   I want to say that's how it was

4    first introduced.

5         Q.   But it became something else?

6         A.   I -- I'm pretty sure.

7         Q.   Did you -- do you remember

8    taking -- we'll get back to ZenCloud in just a

9    second.

10              Were you taking Help Desk tickets

11   for that cloud hosted mining at all?

12        A.   I don't think so.  I think I had

13   already transitioned out.  There was an entire

14   team of people doing that up in Connecticut at

15   that point.

16        Q.   Okay.

17              So you think your transition over

18   into more security- --

19        A.   Right.

20        Q.   -- -related function was about the

21   same time or maybe slightly more before the

22   transition to cloud hosted mining --

23        A.   Right.

24        Q.   -- does that sound right?

25        A.   Yes.

Page 44

1                      E. CAPUANO

2        Q.   And so you said ZenCloud -- you

3    think it started out as a software that would

4    be used to manage cloud hosted mining?

5        A.   Yes.

6        Q.   And what did it -- how did it

7    change?

8             (Reporter conferring with witness.)

9        A.   How did it change?

10            Well, at this point, I was a few

11   levels disconnected from the actual mining

12   operation or really anything to do with mining

13   at that point.

14            At this point, I was managing

15   servers and, you know, building VPN tunnels

16   and ministering firewalls and, yeah, trying to

17   focus on that.

18       Q.   Let me stop you.

19            If you weren't directly involved

20   with ZenCloud, then I don't know that we

21   need -- we can get testimony from witnesses

22   who actually did the work.

23       A.   That's fine.

24       Q.   So was your transition over to

25   security before you moved up to Connecticut

Page 45

1                    E. CAPUANO

2   and became a full-time GAW Miners --

3         A.   Yes.

4         Q.   -- employee?

5         A.   Yes.

6         Q.   And you said at that point GAW had

7   something like 40 servers.

8         A.   It sounds about right.

9         Q.   And is that space that's leased on

10  some third party's...

11        A.   Yes.

12        Q.   You said Rack?

13        A.   Rackspace.

14        Q.   Where's Rackspace?

15        A.   Well, all over.  All over the

16  world.  But I want to say that we chose the

17  San Antonio data center, I believe.  I mean,

18  these are fine details.

19        Q.   What was GAW using those servers

20  for?

21        A.   Hosting the applications.  So the

22  ZenCloud applications that all -- you know,

23  Evan Lucas and his development team were

24  building, were hosted on those servers.

25        Q.   Okay.

1                    E. CAPUANO

2          So Jeff -- did Jeff leave GAW

3    Miners at some point around here?

4          A.   The happenings of Jeff are -- are a

5    bit cloudy.  Because Jeff had some -- Jeff had

6    some personal issues that I think affected his

7    work relationship with GAW.

8               So he would, kind of, come in and

9    out of the picture at times.  Because he

10   disappeared for a period of time while I was

11   still in San Antonio.  Then he came back.  And

12   then when I was up in Connecticut he was there

13   when I got there, but then soon after he was

14   gone again.

15               So it's, kind of, unclear to me

16   when Jeff really did enter and leave the

17   picture, because it was sporadic.

18          Q.   Did Evan Lucas take over the

19   responsibilities that Jeff had had for the Zen

20   software?

21          A.   Yes.  Yes.  Evan Lucas took over

22   all the belt efforts, under Joe Mordica,

23   obviously.

24          Q.   Okay.

25               So how would you describe your

1                    E. CAPUANO

2   understanding of the scope of Evan Lucas'

3   responsibilities?

4          A.    He was the lead software developer.

5   So he was not only the most experienced

6   programmer, but he was the one that

7   coordinated all of the other programmers.

8             So -- yeah.

9          Q.    And Joe was the chief technical

10  officer?

11         A.    Yeah.

12         Q.    Okay.

13             MR. SARGENT:  I think we'll take a

14         short break, if that's okay.

15             THE VIDEOGRAPHER:  The time is

16         10:09.  We're off the record.

17             (Brief Recess Taken.)

18             THE VIDEOGRAPHER:  The time is

19         10:14.  We're on the record.

20         Q.    (BY MR. SARGENT)   Before I go back

21  in -- in more detail of what you're doing, I

22  just want to make sure I've got a very

23  high-level, overall picture of your

24  responsibilities at GAW.

25             So you started out and spent, you

Page 48

1                    E. CAPUANO

2    know, roughly a month to two months taking,

3    sort of, customer service responsibilities for

4    ZenMiner software.   Then you shifted to

5    security responsibility for the full server

6    operation.

7         A.   Yes.

8         Q.   Is that what you did for the rest

9    of your time at GAW, or was there anything

10   else?

11        A.   Yeah.   My role only got deeper and

12   deeper into security.

13        Q.   And by "security," you mean making

14   sure that the server stayed up, stayed

15   accessible, couldn't be hacked.

16             Anything else?

17        A.   Well, I wouldn't say "couldn't be

18   hacked."   I mean, hardening --

19        Q.   But protecting from hacking?

20        A.   You bet.   Hardening the servers.

21   But it eventually would extend beyond just the

22   servers themselves.

23             Once I moved up to Connecticut, I

24   took more of a corporate information security

25   role, where I'm looking also at e-mail.   I'm

1                    E. CAPUANO

2    looking at, you know, the configuration of the

3    computers that our customer service reps are

4    using.  I'm making recommendations to the

5    developers on, say, the roles -- or like the

6    accesses that, say, a customer service rep

7    would have in the platform.

8            Because, for instance, at a certain

9    point this -- this ZenCloud -- or I think

10   that's what it remained the whole time.  The

11   ZenCloud platform had balances, right?

12           You know, if you were a customer of

13   ZenCloud, you might have, you know, actual

14   cryptocurrency in your account.  Well, these

15   customer service reps had access to that.

16           So, you know, I would make

17   recommendations to the developers on what the

18   customer service reps should be allowed to do

19   in someone else's account, things like that.

20           So I'm thinking holistically about

21   security at this point, not just say the

22   servers, but now I'm thinking of all things:

23   application security, you know, insider threat

24   type stuff, and things of that nature.

25        Q.   And at some point, GAW Miners

Page 50

1                        E.  CAPUANO

2   launched its own cryptocurrency called PayCoin

3   and its own wallet called Hash Stickers.

4            Did you have -- what was your

5   involvement with those projects?

6        A.   I was so far disconnected from

7   that, I didn't even fully understand what was

8   happening.

9            But when I did start to become, I

10  guess, involved per se, I think the most

11  significant thing I did -- and it was pretty

12  insignificant in hindsight -- was I built a --

13  a map that would show us where all the

14  different nodes were on the PayCoin network,

15  which was, kind of, just a gee-whiz thing.  It

16  didn't really matter for any reason.

17           But -- because one of the things

18  that you could do -- this wasn't a PayCoin

19  thing, per se.  You can -- say you had a

20  Bitcoin wallet.  That wallet, if you know how

21  to look into the back end of it, will show you

22  the IP address of all the nodes that it's

23  connected to.

24           Because if you're familiar, it's a

25  decentralized peer-to-peer network.

1                     E. CAPUANO

2              And so you have to -- in order for

3    it to be peer-to-peer, you have to be

4    connected to other nodes on the network.

5              So if you can enumerate all those

6    IP addresses, it's very easy to geo-locate

7    them and then put on a map.  That was kind of

8    a neat thing that I did.

9              Beyond that, I didn't fully

10   understand much else about PayCoin, except for

11   that it sounded like a pretty bad idea to me.

12        Q.   The nodes in PayCoin were nodes

13   that were creating blocks for the block chain.

14        A.   I don't know.  Because PayCoin, I

15   think, was a proof of stake, and I don't fully

16   understand how that works.

17              I know that it means holding coins

18   versus proof of work, but I don't know how

19   blocks are generated.  I don't fully

20   understand it.  It's the honest truth.

21              I mean -- so I don't know if a node

22   generates blocks.  I don't know how exactly

23   that works.

24        Q.   A node -- was it your understanding

25   that a node was any computer that might have a

Page 52

1                    E. CAPUANO

2   wallet that would help PayCoin?

3        A.   That's my understanding of it, is

4   that a node could have been an empty wallet,

5   even.  A -- a node is just simply an active

6   client on that network.

7             So I could, say, download the

8   PayCoin wallet, open it up, and I'm now a node

9   on that network, regardless of the fact if I

10  have coins or not --

11       Q.   Okay.

12       A.   -- is my understanding.  I could be

13  wrong.  But I do establish connection to that

14  peer-to-peer network at that time.  So as far

15  as I -- as far as I know, that would make me a

16  node.

17       Q.   And did you -- do you know if every

18  node is involved in the consensus building

19  process that verifies transactions and

20  generates blocks?

21       A.   I don't know.

22       Q.   Okay.

23            (Exhibit No. 27 Marked)

24       Q.   (BY MR. SARGENT)  Let me hand you

25  what I've marked as Exhibit 27.

Page 53

1                    E. CAPUANO

2           This is an e-mail from GAW's files

3    from Josh Garza to you, June 18th, 2014.  And

4    it's a couple pages long.  I don't have a lot

5    of detailed questions about it, but please

6    look at as much of it as you would like.

7         A.   I should probably start from the

8    back, I guess.

9                This brings back some memories.

10        Q.   I was hoping it might.

11        A.   So you know that this pertains

12   to -- and forgive me, I've only read so far

13   what Anthony Knight had to say.  But he's

14   talking completely about ZenMiner, the

15   Raspberry Pi platform.

16        Q.   Uh-huh.

17        A.   (Reading inaudibly to self.)

18                "You need another coder who's

19   invested enough in your project," and that was

20   the issue we were having with Jeff.

21                I remember this guy a little bit.

22   I want to say he had a lot of -- a lot of good

23   insight.

24                So what did I say?

25                (Reading inaudibly to self.)

Page 54

1                    E. CAPUANO

2              Oh, the pool credential issue.  I

3      remember that.

4              (Reading inaudibly to self.)

5              "We've already proven what can

6      happen" -- (reading inaudibly to self.)

7              Okay.  The pool credential issue,

8      do you want to talk about that?

9         Q.   I'm going to ask you about that in

10     just a second.

11        A.   Okay.

12        Q.   First, do you -- having read this

13     now, do you remember this exchange?

14        A.   I mean, vaguely, yes.

15        Q.   And so the e-mail that you sent

16     here, June 18th, it says, "I am coming on

17     board to change that," is it your

18     understanding that you have already been hired

19     at this point by GAW Miners?

20              How does this fit in with the

21     timeline?

22              Does it help you have more specific

23     dates for when you started?

24        A.   Well, I have a ZenMiner e-mail

25     address, so I'm assuming that I've already

Page 55

1                     E. CAPUANO

2   started.

3              I think this is me stating that my

4   intention in coming on was to change the

5   problems that this guy very clearly outlined,

6   was to try to help, you know, fix the issues,

7   whether it's coordinating with Jeff or making

8   recommendations to Josh about what needs to

9   change.

10             So my intent was to make this

11  product not terrible.

12       Q.   And one example of those was the

13  pool -- what did you call it?

14       A.   Well, the pool -- the credential

15  issue?

16       Q.   Yeah.

17       A.   That was an issue.  That was an

18  interesting issue.

19             Just reading that sentence brought

20  back a -- a pretty vivid memory of a heated

21  phone call I had with both Josh and Joe

22  Mordica.

23             So my recollection of that

24  situation was that when the -- when the

25  ZenMiner shipped, it was preconfigured with a

1                     E. CAPUANO

2    pool in it, like GAW's default wallet address.

3                     And when it arrived and you plugged

4    it in, that's what it used until you logged in

5    and you changed it over to yours.

6                     That caused a bit of an upset, and

7    I think it made perfect sense why it caused an

8    upset.

9                     And the reason I had a heated call

10   with Josh and Joe about that was because I

11   didn't think that it should ship with a

12   default pool like that at all.

13                     My recommendation is that it should

14   ship with no configure whatsoever, and that

15   the customer should be the first one to put

16   their configuration into it.

17                     I was met with opposition, saying

18   that it shouldn't matter.  They should know

19   that they need to configure their pool,

20   et cetera, et cetera.

21                     And I strongly disagreed with them

22   on that one because of the PR issue that it

23   caused when a customer opened it up and said,

24   "Hey, look, this is someone else's pool

25   address," right?

1                    E. CAPUANO

2             And so that -- that was the pool

3    credential issue.

4        Q.   So let me make sure I understand

5    this issue.

6             So if a customer buys one of these

7    devices and plugs it in and it starts mining

8    without changing the configuration, does that

9    mean that the coins that are being generated

10   are going to -- going where?

11       A.   They're going to GAW Miners' wallet

12   address, to my recollection.

13       Q.   And the customer would not be able

14   to recover those coins for themselves until

15   they changed the configuration?

16       A.   Not that I know of, no.

17       Q.   And customers were upset about this

18   when they learned this?

19       A.   And rightfully so, yes.

20       Q.   And did you get them to change it?

21       A.   I made a huge amount of noise about

22   it.  I don't remember if they actually made a

23   change.

24       Q.   That's all the questions I have

25   about that one for now.

Page 58

1                      E. CAPUANO

2            You said you moved up to

3    Connecticut at some point.  What caused you to

4    make that decision?

5        A.    So Josh had been putting a lot of

6    pressure on me to -- to make that move.  He

7    said that we would, you know, collaborate

8    better and yadda, yadda, yadda, you know; more

9    synergy if we were in the same location

10   doing -- doing the work -- which is

11   interested, because even once I got up there,

12   I saw him maybe once or twice a week.  We

13   didn't -- we didn't communicate very well, him

14   and I.

15            So really nothing other than him

16   just insisting that that's what needed to

17   happen.

18       Q.    Let me -- you had mentioned before

19   you had some connection with him, you know,

20   years prior.  What was that?

21            Did you guys grow up together or...

22       A.    One way to put it.  I mean, we

23   were -- we were pretty good friends in our

24   teenage years.  We met in the Summer of, I

25   don't know, it might have been 2000, 2001,

1                    E. CAPUANO

2    maybe.  And then we were friends for a few

3    years before we both went our separate ways.

4               But, I mean, we were good friends.

5    I mean, you know, we -- you know, I'd stay

6    over at his house on the weekend, you know.

7    And me and all his brothers, we'd play video

8    games.  I mean, we were good friends.  We went

9    to church together on Sunday morning, you

10   know.  So --

11          Q.   Just like middle school or high

12   school time?

13          A.   Yeah.  High school, probably.

14          Q.   So you moved up to Connecticut, was

15   it in August of 2014, or --

16          A.   No.  I want to say it was October,

17   like tail end of October.

18          Q.   And what were your -- your

19   responsibilities up there were still -- that

20   was in the middle of the security.

21          A.   100 percent, yeah.

22               At that point, I was even -- so

23   it's funny, because one of the things he, kind

24   of, used to lure me into making the move was

25   a -- a title of a CISO, which is, kind of,

Page 60

1                    E. CAPUANO

2   silly in hindsight, because I was nowhere near

3   really qualify for that kind of a title.  But

4   obviously I wanted the title.  That would have

5   been neat.

6              And so he said, "Yeah, I'll make

7   you the CISO.  It will be great.  Move on up

8   here."

9              Which the only irony in that

10  situation is I never actually did achieve -- I

11  was never actually given that title.

12             My focus did -- I would say I took

13  on that responsibility, but as I would later

14  find out, Josh didn't want me to have a

15  C-level position, so he communicated that to

16  Dan Kelley, who then communicated it down to

17  me, saying, "Yeah, we're going to keep you

18  where you're at, but you're already doing the

19  job, so what does it matter?"

20             So I settled with that.

21      Q.    What were GAW's physical operations

22  up in Connecticut?

23             Did they have an office?

24      A.    They -- they had an office that --

25  that Josh had spent a whole ton of money on

Page 61

E. CAPUANO

2   renovating.   He had some custom designer come

3   in and set up fancy lighted walls.   It was a

4   bit over the top, if you ask me.

5        Q.   Where was it?

6        A.   It was in Simsbury.   That's either

7   where I lived or where the office was, or

8   both.

9        Q.   Okay.

10       A.   It was just outside of Hartford.

11       Q.   Okay.

12       A.   So I want to say Simsbury, but that

13   could have just been where I lived.

14       Q.   Do you know roughly how much -- how

15   big the office space was?

16       A.   It would be a wild guess, at best.

17   I don't know.

18       Q.   Like one floor?

19       A.   Yeah, one floor, but with a

20   warehouse.

21            So it had -- it had like cubicle

22   space.   It had several -- like the surrounding

23   area of the office was all closed door type

24   offices.   The center was, kind of, of an open

25   floor plan with cubicle space.   And then

Page 62

1                  E. CAPUANO

2    behind was a large warehouse for

3    shipping/receiving.

4          Q.   And who worked in the Connecticut

5    office when you were there?

6          A.   When I was there?  A lot of folks.

7    You know, you had Josh Garza.  You had Dan

8    Kelley.  You had several customer service

9    reps.  They were led by Luke Rusten, who was

10   the customer service manager.

11             You had the shipping/receiving guys

12   in the warehouse, which their -- their roles

13   started to diminish around that time because

14   we weren't shipping hardware any more.

15             You had -- what was his name?

16   Jonah Dorman up there, doing whatever he

17   was -- he was like -- he was basically Josh's

18   adviser or something.  I think he had a title,

19   though.

20             Oh, CFO, what was his name?

21      Q.   Pease?

22      A.   Dan Pease, yes.

23             Oh, and the accountant, Julia --

24   Julie Dunlevy.

25             Who else?

Page 63

1                    E. CAPUANO

2              Oh.  And my wife, Amber, was up

3    there with us, as well.  She at that point in

4    time had taken on a role of Josh's personal

5    assistant, which became a bit of a nightmare

6    for her.  So she was in the office as well

7    with us.

8         Q.   And most of the cubicles were taken

9    up by customer service reps?

10        A.   The majority, if not all.  Because

11   all of the software developers were down in

12   Mississippi.

13        Q.   Okay.

14             And what were the customer service

15   reps doing?

16             Were they actually trying to sell

17   product or --

18        A.   No.  There was no sales operations

19   that I know of.  It was all fixing customer

20   issues.

21             So if a customer had a problem,

22   whether it was, you know, just an open

23   complaint or a technical difficulty or

24   whatever it might be, they would submit

25   tickets.  And then the customer service reps

1                    E. CAPUANO

2    would handle the queue of tickets and try to

3    work them through to resolution.

4         Q.   And was the primary -- what was the

5    primary product that GAW was selling at that

6    time?

7         A.   At that time, I think it was all

8    ZenCloud cloud mining, is what they were

9    selling.

10        Q.   Cloud hosted --

11        A.   I believe.

12        Q.   -- mining?

13        A.   I believe.

14        Q.   Cloud hosted mining?  Hashlets?

15   Did you distinguish between those two?

16        A.   I cannot remember if there was a

17   period of distinction.  I think -- yeah.  I

18   think there had to be.

19        Q.   When you say "a period of

20   distinction," do you mean they were separate

21   or --

22        A.   I'm trying to remember if it

23   started off as one and became the other, or if

24   it was always Hashlet.  I feel like it was one

25   and them became Hashlet.

Page 65

1                        E. CAPUANO

2          Q.    Do you have an understanding if

3    there was a difference between cloud hosted

4    mining and Hashlet?

5          A.    At the time I did not, but today I

6    do.  But at the time, no, I did not.

7          Q.    How did you learn the difference?

8          A.    So we're, kind of, fast-forwarding

9    a little bit --

10         Q.    Yeah.

11         A.    -- into December 2014.  I started

12   to ask a lot of questions to Joe and a lot of

13   questions to Josh.  I knew that we were

14   selling a lot of Hashlets.  I had direct

15   access to those numbers.

16               And I asked the question, I said,

17   "When do we know when to stop?"

18               I asked that exact question:  "When

19   do we know when to stop?"

20               Meaning, how do we know when we're

21   reaching our capacity?

22         Q.    Of Hashlets?

23         A.    Of -- of Hashlets, but capacity in

24   terms of our hashing power that backs those

25   Hashlets, right?

Page 66

1                    E. CAPUANO

2          Q.    Right.

3          A.    And the answer that I was given --
4    I will never forget this -- Josh said, "You
5    don't need to worry about that.  We've got
6    that covered."

7               So, basically, I saw this runaway
8    train of Hashlet sales.  I knew there had to
9    be a limit to that.  When I asked what that
10   limit was, I was told not to worry about that.
11   That's when I knew something wasn't right.

12         Q.    Yeah.

13               And how did you respond to that?

14         A.    I continued to make noise about it
15   internally.  I asked Joe for further
16   explanation that Josh wasn't willing to give
17   me.

18               Joe would not give me a further
19   explanation.

20               So I assumed that -- that I wasn't
21   privy to that information.  I still didn't
22   know if we had crossed the threshold because,
23   again, I had been in the warehouses in
24   Hattiesburg, I had seen the Hash- -- the --
25   they were called war machines at the time.

Page 67

1                       E. CAPUANO

2       These were huge boxes, and there were hundreds

3       of them in that facility, hundreds of them.

4                   I don't know how many of them were

5       up and running at the time that I was there,

6       but there were hundreds of them.  So I knew

7       that it wasn't all a sham.  I knew they had

8       hashing power.

9                   I didn't know how much.  And nobody

10      would tell me how much we had and how much we

11      were selling, and if those numbers were in

12      balance or not.

13                  Eventually I think I was just, kind

14      of, told to shut up and color.  Because that

15      wasn't really even my role, my realm of

16      responsibility anyway.  So, in theory, I

17      wasn't really owed an answer to that.  But I

18      asked the question anyway.

19                  When I wasn't given an answer, I

20      went back to my responsibilities.  But it was

21      weeks before I finally threw in the -- the

22      towel and said, "I'm done."

23          Q.   Okay.

24                  We can go back to -- I want to come

25      back to that story in a bit, but let's finish

Page 68

1                         E. CAPUANO

2       up with the Connecticut office and the people

3       there.

4                   What was your understanding of Dan

5       Kelley's role?

6                   Strike that question.

7                   Did you have any interaction

8       yourself with Mr. Kelley on a regular basis?

9           A.   I wouldn't say a regular basis, but

10      I did have interactions with him, mostly

11      around -- if there was a major, like,

12      strategic direction change.

13                  So when we decided to change from

14      Hashlets to PayCoin, we had -- that was, kind

15      of, a company-wide thing.  I wouldn't say it

16      was a one-on-one thing.

17                  The company-wide thing was Dan

18      Kelley bringing us all into a conference room

19      and telling us what we're doing and why we're

20      doing it and what it was going to look like.

21                  I would say I had maybe a few

22      one-on-one interactions with him, but that was

23      mostly around managerial-type things.

24                  So I did have a, like, an

25      understudy, if you will, like a direct report.

1                    E. CAPUANO

2           What was his name?  Gosh, I feel

3   terrible for forgetting names like that.

4      Q.   Well, when you get to be my age,

5   you'll forget a lot more.

6      A.   Yeah.

7           So I had a younger guy, a sharp

8   guy, but he was strictly -- he was strictly

9   like routing and switching, I mean, just very

10  much the plumbing of computer networking.  So

11  this guy was just very technical, and he

12  reported to me.

13          So I did have a few meetings with

14  Dan just about that, you know, just, you know,

15  his roles and responsibilities and just, kind

16  of, my position as, you know, his manager and

17  all that; but really kind of irrelevant to

18  anything significant.

19      Q.   Do you remember Mr. Kelley making

20  presentations at the company about big

21  strategic changes such as the change to

22  PayCoin?

23      A.   He was pretty much the front man

24  for most of the things of that nature during

25  the time that I was in Connecticut.

1                   E. CAPUANO

2                   Usually, Josh would either

3       communicate something out to us over e-mail or

4       he -- you know, he was kind of the Donald

5       Trump of CEOs.   He would just, kind of, like

6       tweet something or post something on a forum

7       or blast out a company e-mail at 2:00 o'clock

8       in the morning.   And the next day or two Dan

9       Kelley would come in and do the, you know --

10      "Okay, guys, here's what we're going to do."

11                  So it was, kind of, clear where the

12      ideas came from, but Dan was the one that put

13      on the grownup pants and said, "All right,

14      let's actually talk about this and what this

15      means for the company."

16          Q.   So, what was your understanding --

17      is that your understanding of what

18      Mr. Kelley's primary role was, or how would

19      you describe what he did for the company?

20          A.   It's my understanding what his role

21      was.   If there was anything above and beyond

22      that, I don't know about it.

23          Q.   Sort of, be in charge of

24      implementing the plans that Josh Garza or

25      somebody else might have come up with?

1                      E. CAPUANO

2        A.   My -- my knowledge of that is

3   limited.  But I don't really know Dan as much

4   of an implementer or executor.

5             I mean, he was -- he was one of

6   those that -- that said a lot of words, but I

7   don't know that he did anything -- actually

8   did anything other than administrative -- you

9   know what I mean -- hiring, firing, that kind

10  of stuff.

11            But I don't -- I don't have any

12  personal knowledge of him actually executing

13  on anything strategic, as far as the business

14  was concerned.  He was more the communicator

15  of the ideas.

16       Q.   Okay.

17            How about Jonah Dorman?  How would

18  you describe his role?

19       A.   An interesting one.

20            Jonah was an idea guy.  From what I

21  understand -- and I kind of -- I got this

22  secondhand, so take it as such.

23            From what I understand, Josh and

24  Jonah met on the forums.  And Jonah had a bit

25  of a reputation on the forums for being very

1                    E. CAPUANO

2    outspoken, but often having smart things to

3    say, but just being, kind of, very outspoken

4    and just loud, in general.

5              And I think it caught Josh's

6    attention, and --

7         Q.   "The forums," you mean --

8         A.   Online message forums, like, you

9    know, bulletin boards, that kind of thing, you

10   know.  Forums.

11        Q.   Related to cryptocurrency?

12        A.   I would imagine so, but I don't

13   know.

14        Q.   Okay.

15             I interrupted you.  You said

16   Mr. Dorman had caught Josh's attention.

17        A.   And this is -- again, this is

18   secondhand testimony.  I don't know this.

19   This was the story I learned, is that that's

20   how they came in contact with one another.

21             Then conversations happened.  The

22   next thing I knew, Jonah was up in

23   Connecticut.  Josh moved his whole family up

24   there.  Jonah was in Connecticut, had his own

25   office, and his job was to basically help Josh

Page 73

1                         E. CAPUANO

2    steer the boat.

3              And -- and Jonah -- Jonah had

4    his -- he had a pulse on all things.  I mean,

5    I do know that much about him.  He seemed to,

6    kind of, know what the community was saying,

7    what the technology was saying.

8              I mean, he kind of -- I think he

9    had a clearer picture of things than Josh.

10   Josh was a bit haphazard, but I think that's

11   probably why Josh brought him in, to, kind of,

12   be an advisor.

13             And that's my understanding of

14   Jonah's role, was to be an advisor to Josh.

15        Q.   And was Jonah still with the

16   company when you left?

17        A.   Jonah had taken a significant

18   position of leadership with the company as I

19   was leaving.

20             I don't know if that was a formal

21   thing or just, kind of, a -- you know, him

22   just, kind of, rising to the occasion of, just

23   things falling apart and someone needs to try

24   to hold it together.  But, yeah, he was very,

25   very much involved as I was leaving.

1                    E.  CAPUANO

2         Q.   And do you have an understanding of

3    who -- from a technical perspective, who was

4    responsible for implementing PayCoin and

5    Hashlets?

6         A.   So when you say who's responsible

7    from a technical, do you mean strategically or

8    do you mean tactical, like writing code?

9         Q.   Who would you -- I want to know who

10   is going to be able to answer questions like,

11   you know, is every single node contributing to

12   the block chain, or only certain nodes?

13        A.   It is my understanding -- and I

14   could be mistaken.  It's my understanding that

15   Jonah Dorman wrote the white paper on PayCoin,

16   or had at least had a heavy hand in the

17   writing of that white -- of that white paper.

18   So I would like to say he should be able to

19   explain it.

20             I know that Maddie Eden had a lot

21   of involvement in that.

22             I know that Joe Mordica, as the CTO

23   who oversaw the team that built it, should

24   have some technical knowledge in how it worked

25   and what it did.

1                    E. CAPUANO

2                    I read the white paper -- and I'm a

3        very technical person.  That white paper was

4        science fiction to me.  I didn't understand

5        it.

6                    So it was either error or just way

7        over my head.  And that's not something I

8        think I admit or encounter very often.  I

9        mean, I -- I teach digital forensics.  You

10       know what I mean?  I understand technology.

11                   But that white paper made no sense

12       to me whatsoever, and I never really fully

13       wrapped my brain around it.  So hopefully

14       those guys could help you with that.

15            Q.   Okay.

16                   Did you have any interaction with

17       Stuart Fraser?

18            A.   I have never met or talked to

19       Stuart Fraser in my life.

20            Q.   Did you ever have e-mail exchanges

21       with him?

22            A.   Not that I recall, no.

23            Q.   Did you hear anything about him?

24                   Did you know his name --

25            A.   Yeah.

1                       E. CAPUANO

2           Q.    -- while you were working for GAW?

3           A.    Yeah.   I heard about him.   I -- I

4    had ideas of what his involvement was.   I know

5    that him and Josh had been friends prior to

6    GAW, that they were -- I don't -- I don't want

7    to say this the wrong way, but somehow

8    involved with the IP that Josh was connected

9    to prior.

10                That was, kind of, the extent of

11   what I know about Stuart Fraser.

12          Q.    Do you hear anything about -- do

13   you remember hearing anything from Josh about

14   Mr. Fraser?

15          A.    Anything specific?

16          Q.    Yes.

17                Any -- do you remember -- yeah.

18   I'm asking if he ever said anything specific

19   to you about him, or any particular

20   communication that Mr. Fraser made that Josh

21   relayed to you, or anything like that?

22          A.    So, are you asking if I was privy

23   to anything like that or if it was directed to

24   me?

25          Q.    Let's just say the broader one:

1                    E. CAPUANO

2    privy to anything like that?

3          A.    There was one interesting

4    communication that I was privy to, that in my

5    role as the, whatever you want to call me, I

6    was information security, right?  So,

7    therefore, I was, kind of, overseeing, you

8    know, suspicious words used in e-mails.

9              I'd had an e-mail flagged and

10   dropped into my queue for review because it

11   had some words in it that stood out.  I don't

12   remember what the words were, but I saw the

13   e-mail.

14              And the e-mail was, I believe, from

15   Josh Garza to Juliette Dunlevy regarding

16   Stuart.  And it was something to the tune

17   of -- and this is completely paraphrased from

18   this point forward, because I might have the

19   details wrong.

20              But Stuart needed to move money

21   into -- I feel like I'm getting into dangerous

22   territory here because my memory is not going

23   to be strong enough.

24              But there was a large sum

25   transaction that Stuart needed to make for

Page 78

1                        E. CAPUANO

2    some reason, and he needed Josh to help him do

3    that.  And so Josh was coordinating with

4    Juliette to make that happen.

5              It was either a loan in the

6    direction from Stuart to Josh, which makes

7    more sense -- but, again, the details on that

8    are foggy.

9              I just remember it being unusual.

10   But, again, that's in my limited scope of what

11   is usual for business -- you know, big

12   business transactions.  But I remember looking

13   at that, thinking that's strange.

14              It was -- it was, kind of, like a,

15   "Hey, I just need to do a thing so that it's

16   off the books or whatever, and so can you help

17   me facilitate this?"

18              But that was the only communication

19   that I was directly privy to that involved

20   Stuart, that I remember.

21        Q.   Do you know -- how did you happen

22   to see this e-mail?

23        A.   I mentioned that already, but it

24   was because I was monitoring e-mails for

25   suspicious key words.

1                     E.  CAPUANO

2          Q.   Got it.  I'm sorry I missed that.

3          A.   Okay.  No worries.

4          Q.   You -- you were testifying earlier

5    about whether there was sufficient hashing

6    power to support the Hashlets that were being

7    sold.

8              And your understanding, at least

9    initially, was that there was hashing power

10   that -- presumably down in Mississippi, to

11   support the Hashlets that were being sold.

12             At some point, did you learn that

13   that was not true?

14        A.   I never definitively learned that

15   that was not true, but I was able to make my

16   own conclusion that either it wasn't true or

17   it was in danger of becoming not true, based

18   on the vague responses I got when I asked the

19   key questions.

20             So I still to this day don't know

21   if that threshold was ever crossed.  I mean, I

22   think we can all make our opinion that I think

23   it probably was, but I never learned that.  I

24   didn't have the means to learn that.  I didn't

25   have access to the numbers that showed what is

1                    E. CAPUANO

2      our actual hashing power.

3              I did have access to the numbers of

4      what have we sold, and I knew that that was a

5      very high amount.  So I -- all I know in my

6      head was:  Okay, we've sold this much, and I

7      have seen a warehouse full of miners.

8              I don't have the means to do that

9      math on my own.  I don't know what we had.

10     But I knew that there was a high likelihood of

11     those numbers coming out of alignment.

12             And so when I asked the question

13     and I was denied an answer, that, kind of,

14     told me at least all I needed to know, is that

15     there was a problem.

16        Q.   And you described the conversation

17     that you remember probably being in December

18     2014 with Josh Garza and Joe Mordica about

19     this issue?

20        A.   Actually, that particular

21     conversation happened prior to that.  So,

22     forgive me.  If I said December, then that --

23     that's too late for that conversation.

24        Q.   When do you think it would have

25     happened?

1                          E. CAPUANO

2          A.   I don't remember.  I don't remember

3     exactly when it happened.  I just know that

4     December had to be too late, because we were

5     in the middle of the whole PayCoin debacle by

6     December.  So that would have been irrelevant

7     at that point.

8          Q.   Why do you describe PayCoin as a

9     debacle?

10         A.   In my eyes, it was not something

11    that -- and this is getting into the realm of

12    opinion again.

13              I was pretty vocal at the time that

14    I didn't see why we were dong that.  It seemed

15    like a silly thing to me, for us to try to

16    devise our own cryptocurrency.

17              Again, going back to my roots in

18    cryptocurrency, which was, you know, tinkering

19    and all that, I understood why Bitcoin was

20    devised.  I understood the community that was

21    around it.  And to me, trying to create our

22    own just seemed like a -- it seemed like a

23    distraction from, I guess, what we were

24    supporting to begin with.

25              Again, this is all just opinion,

1                    E.  CAPUANO

2  because --

3        Q.   When you said "debacle," what

4  you're describing now is more just -- whether

5  or not the execution was --

6        A.   Right.

7        Q.   -- effective --

8        A.   Right.  Okay.

9        Q.   -- the strategic decision was a

10  mistake, from your point of view.

11             Am I understanding your testimony

12  correctly?

13        A.   Yes.

14        Q.   So was there -- were there problems

15  in the execution that you would relate to

16  calling it a debacle, or was that --

17        A.   There were lots of problems in

18  execution.  Lots.

19             So I didn't know it at the time,

20  but I would later figure out why PayCoin even

21  came to be.  It was Josh's exit from what he

22  realized was a huge mistake with the Hashlets.

23             With the Hashlets, I think he knew

24  that he went in over his head and he made bad

25  decisions with that, and he was using PayCoin,

Page 83

1                    E. CAPUANO

2    or attempting to use PayCoin, as a way to

3    somehow make right what he had done wrong.

4            But in doing so, I think he just

5    dumped more wrong on the -- on the pile.

6    Because, in desperation or whatever motivated

7    him to do this, he said all sorts of things

8    that you just cannot say, you know, in the SEC

9    realm, right?

10           You know, talking about investment

11   and talking about guaranteed profits and all

12   the wrong things, he was publicly just

13   splaying, you know, everywhere.

14           And I remember -- you know, so at

15   this point in time, again, my role was very

16   technical.  So I would be in a chat channel

17   with all the developers and maybe some of the

18   customer service reps and stuff.

19           And Josh would tweet something or

20   he would post something, and we -- and those

21   of us that were in these chat channels would

22   go in there and say, "Did you guys see what he

23   just said?"

24           I mean, it would just be like a,

25   "Did anyone know that he was going to say

1                   E. CAPUANO

2    that?"

3              Because we all knew that these were

4    things that either he shouldn't be saying or

5    just are not possible, right?  He's saying

6    things that just aren't adding up.  They do

7    not make sense or you just cannot legally say.

8              So we had many late-night

9    conversations amongst, you know, those of us

10   that did talk socially, and say, "How exactly

11   is that supposed to happen," or -- you know,

12   just -- like, for instance, the $20 floor.

13              When he announced that there would

14   be this $20 floor, those of us that actually

15   understood how markets work, how -- you know,

16   how is there going to be a $20 floor?

17              Like, so, you have folks that are

18   inside the company not understanding how we're

19   supposed to meet these promises that are being

20   made by the CEO, right?

21              So that's -- when I say "debacle,"

22   that's -- this is, kind of, a slice of what I

23   mean.

24              There were just lots of strange and

25   erratic decisions being made at the highest

1                      E. CAPUANO

2   level, that even those of us that were

3   supposedly supposed to be the most

4   knowledgeable or technically, you know --

5   technically knowledgeable of the solution,

6   didn't understand.

7        Q.   Did you ever hear there was going

8   to be a reserve that would support the $20

9   floor?

10       A.   I heard it just like everyone else

11  did.  I heaerd it through the same channels

12  that everyone else did.

13       Q.   Did the company have a reserve to

14  support the --

15       A.   I don't know -- I don't know of any

16  reserve.  If there was one, I don't know about

17  it.  That wasn't really information that I was

18  privy to.

19       Q.   Who would know?

20       A.   I would imagine the CFO, Dan Pease,

21  or Juliette Dunlevy who had the books, or Dan

22  Kelley who supposedly understood the -- the

23  strategies that were coming out of Josh's

24  mouth, and then obviously Josh himself.

25            I was about five layers separated

1                   E. CAPUANO

2    from anything about reserves or how much money

3    was in the bank.

4         Q.   Was compliance with any kind of

5    regulation part of your responsibility?

6         A.   No, but I definitely took a very

7    loud stance on it.

8         Q.   Tell me what you mean.

9         A.   I'm pretty sure it was in December.

10   I sent a very strongly worded e-mail to a lot

11   of people in the company.

12        Q.   About what?

13        A.   About FinCEN, and money --

14             THE REPORTER:  About Fin...

15             THE WITNESS:  F-i-n-C-E-N.

16             THE REPORTER:  Thank you.

17             THE WITNESS:  So about FinCEN

18        regulations, money transmitting

19        businesses and things of that nature.

20             Because just through my own

21        research and my own curiosities and my

22        own concerns, I realized that the thing

23        that we were setting out to do with

24        PayCoin was highly likely in that realm.

25             And so when I brought it up

Page 87

1          E. CAPUANO

2    casually a few times, it was put away.

3        And so finally, I said:   "Okay.

4    I'm going to send this to everyone, so

5    that the burden of knowledge is not just

6    on me."

7        And I did just that.   I sent it to

8    everyone.

9        You don't happen to have a copy of

10   that e-mail, do you?   I was proud of it.

11       MR. SARGENT:   I may.   I'll look

12   through my stack later and --

13       THE WITNESS:   Okay.

14       MR. SARGENT:   -- I'll show it to

15   you if I've got it.

16       THE WITNESS:   The -- the biggest

17   thing about that, after I had sent that

18   e-mail, as you'll recall, I had e-mail

19   monitoring set up at the company.

20       MR. SARGENT:   Uh-huh.

21       THE WITNESS:   And so I would be

22   basically BCC'd on e-mails containing

23   certain key words.

24       Well, after I had sent that e-mail

25   out to, like, Josh, Dan Kelley, a whole

Page 88

1                    E. CAPUANO

2          bunch of people, Joe Mordica -- I mean,

3          there was probably, I don't know, ten

4          recipients on that, maybe more.

5               After I had sent that e-mail to all

6          of them, Josh replied, but dropped

7          everyone off of the reply except Joe

8          Mordica.

9               And I only know this because that

10         thread contained like almost all of my

11         key words, because I was talking about

12         FinCEN and, you know, transmitting and

13         all those things.

14              So I had basically snared my own

15         trap with the contents of that e-mail.

16         So I caught the reply to Joe even though

17         it was not sent to me.

18         Q.    (BY MR. SARGENT)   Oh, he replied

19    only to Joe --

20         A.    He replied only to Joe --

21         Q.    Okay.

22         A.    -- not to me.   But he replied only

23    to Joe and he said, "Do not worry about this."

24    Basically, continue on.   Proceed.

25    Paraphrased.   But, "Do not worry about this.

Page 89

1                          E. CAPUANO

2   Continue."

3                    And that was probably the last --

4   that was the -- that was the last piece that I

5   needed to say, "I need to go."

6                    I mean, I've got a security

7   clearance, a family, all the things.   I now

8   know enough to know that this is not where I

9   need to be.

10                   That's when I knew for sure that

11  Josh's intentions were not in the realm of

12  ethical or moral, legal, whatever you want to

13  call it.

14       Q.   So, did that -- but that didn't

15  cause you to resign immediately.

16       A.   Very shortly after.  I don't

17  remember how much time passed, but obviously I

18  did need to make a decision about moving back

19  to a job I might not have any more, and all

20  those things.  But, yeah, very -- very soon

21  after.

22                   I had many conversations with other

23  people in the company leading up to my

24  resignation, all then eventually, gone.

25       Q.   What were those -- some of those

1                        E. CAPUANO

2     other conversations?

3          A.   Letting people know what I'd seen.

4     Letting people know why I was upset.  Letting

5     people know why I thought we were making

6     terrible decisions.

7               In a way, I was trying to inform

8     others.  I think maybe I was also trying to

9     get some sort of resolution, like maybe I'm

10    wrong.  Maybe I'm making a big deal out of

11    something that's not.  But I never got that

12    resolution.

13              I talked -- oh.  I did have a

14    pretty extensive conversation with Dan Kelley

15    about this topic, but I don't remember if any

16    resolution came of that whatsoever.

17         Q.   When you say "this topic," you mean

18    FinCEN?

19         A.   Yeah.  The topic about the

20    regulations and all those things.

21              And I don't remember what he said

22    to me.  I just remember it being not

23    sufficient to make me feel comfortable about

24    it at all.

25         Q.   Is it your understanding that the

Page 91

                    E. CAPUANO
1
2   FinCEN regulations relate specifically to
3   somebody operating a cryptocurrency exchange?
4        A.   It's been a little while since I
5   did all that research, but it was my
6   understanding that -- yes.  If we were taking
7   one form of currency and converting it to
8   another -- or was it simply allowing people to
9   exchange currency?  I mean, maybe all of the
10  above.
11            I just knew there were enough check
12  boxes checked for me to say:  I think this is
13  something we need to be looking at.
14       Q.   Do you remember if that was a
15  concern that related to Hashlets, or maybe
16  later?
17       A.   I don't think it was -- I don't
18  think it was until later.
19       Q.   When PayCoin and PayExchange --
20       A.   Right.  Because my understanding of
21  a cloud mining operation is -- again, it's no
22  different than:  Okay, I have a miner sitting
23  on my desk at home mining, or I have a miner
24  sitting in your data center mining.
25            At the end of the day, you know,

1                    E. CAPUANO
2    I'm not exchanging cryptocurrencies, I'm not
3    transmitting them somewhere else.  You're just
4    hosting my miner and I'm pulling my -- so
5    never -- even today, I don't think that that
6    was really a concern at that point.
7              It wasn't until we tried to
8    basically become the PayPal of cryptocurrency
9    and exchanging fiat currency for PayCoin, the
10   sale of it, I think that is what initially got
11   my attention, is when I knew we were selling
12   PayCoin for fiat currency.
13             That's an -- that's an immediate
14   exchange of currency.  You're giving me cash.
15   I'm giving you a cryptocurrency that's coin
16   based.
17             You know, that's -- there's several
18   other exchanges that do that.  In my research,
19   I looked into each one of them.  They were all
20   compliant with these regulations.
21             I said, "I think we should also be
22   compliant with these regulations."  So that
23   was my motivation there.
24        Q.   I think you described two moments
25   when you learned things that caused concerns

```
1                    E. CAPUANO
2    for you.
3              One was that -- you called it a
4    heated conversation with Josh and Joe Mordica
5    relating to hashing power, and one was the
6    FinCEN regulations e-mail you sent out.
7              Any other incidents like that,
8    where you learned things in particular about
9    the company that caused you concern?
10        A.  I'm sure there were, because there
11   were -- there were so many of those late-night
12   forum posts from Josh, or tweets or whatever
13   have you, that made us all say, "What the
14   hell?"
15             I'm sure there were other
16   conversations.  I can't recall all of them.  I
17   can just remember the ones that left a mark,
18   you know, the significant ones.
19             MR. SARGENT:  Let's go off the
20        record again for a few minutes.
21             THE VIDEOGRAPHER:  The time is
22        10 -- 11:00 o'clock.  We're off the
23        record.
24             (Brief Recess Taken.)
25             (Exhibit No. 28 Marked)
```

Page 94

1                    E. CAPUANO

2              THE VIDEOGRAPHER:  The time is

3        11:07.  We're on the record.

4              Q.   (BY MR. SARGENT)   During the break

5    I handed you Exhibit No. 28, which is an

6    e-mail thread of several pages.

7                   Have you had a chance to look that

8    over?

9              A.   Yeah.  I looked it over.

10             Q.   And does this -- does this relate

11   to the earlier discussion we were having about

12   FinCEN?

13             A.   Yeah, it does.

14             Q.   What does this -- what do you

15   remember about this e-mail?

16             A.   So this was an e-mail that I sent

17   after having some internal conversations.  I

18   can't remember if it was over the phone or in

19   person, but I made -- I had made my concerns

20   known about our plan to launch PayBase,

21   without any sort of the -- what do they call

22   it?  AML or KYC, right?  So, you know,

23   verification of who the customers are, you

24   know, all the things that banks have to uphold

25   whenever you come in and open an account,

1                    E. CAPUANO

2    right?

3         Q.   AML, KYC, stands for anti-money

4    laundering, know your customer --

5         A.   Yes.

6         Q.   -- is that right?

7         A.   Yes.  It's been a minute since I

8    looked into that.

9              But, so again, this is not really

10   my area of expertise, so it's not something

11   that I, you know -- was on my radar maybe as

12   early as I -- as I wish it would have.  But I

13   still knew, just from looking at the industry

14   and the other companies that existed in that

15   space, that there were probably additional

16   things that we should be doing that we

17   weren't.  So I started to research those

18   things.

19              But when I asked the questions

20   internally, I was, kind of, pushed off to the

21   side.

22              And I think -- I believe that this

23   was a result of guidance I was given, to say:

24   Okay, if you're concerned about it, you know,

25   draft up your concerns and send them to the

Page 96

1                    E. CAPUANO

2    attorneys.

3            And I want to say that was Andy

4    Beil and his team.  I don't remember who I

5    sent it to, but I want to say it was to the

6    attorneys and other people, I believe.  I

7    don't remember who the recipients were of

8    this.

9            But anyway, as you can see, it

10   started a chain reaction or a chain of

11   responses where, I guess, ultimately, they

12   finally say, "Yes, this is something we need

13   to do."

14           And then -- but then you can see

15   where Joe says, "That's not possible," right?

16           Joe says they haven't even

17   considered it at this point.  "We're two days

18   from launch.  And if we're going to factor

19   this into the platform, it's going to delay

20   the launch."

21           The response that you don't have in

22   this thread is the one I just told you about

23   between Josh and Joe, where Josh says, "Do not

24   worry about this.  Continue.  Press on."

25           Q.   But this is the same e-mail thread?

Page 97

1                    E. CAPUANO

2        A.   I'm fairly certain this is the same

3    thread.

4        Q.   Okay.

5             Do you recall a conversation with

6    Joe Mordica about a specific customer where

7    there was a failure to gather AML/KYC

8    information that you were concerned about?

9        A.   I wouldn't be surprised if that

10   conversation happened, but I don't remember a

11   specific one.

12       Q.   A customer from Dubai?

13       A.   Yes.

14       Q.   Tell me that story.

15       A.   Is this Rashab?   Rashad?

16       Q.   I honestly don't know.   But tell me

17   what you remember about it.

18       A.   Okay.   Give me a minute here,

19   because that was a big deal.   I'm trying to

20   remember the details.

21       Q.   Well, let me give you some context.

22            I mean, was that -- do you remember

23   when this was relative to your decision to

24   leave the company?

25       A.   No.   But I know -- if this is the

Page 98

1                          E. CAPUANO

2    situation I'm thinking of, I think it was

3    pretty close up to that point.  Because that

4    was also one of the tipping points, that there

5    was a customer overseas, Middle East, Dubai,

6    somewhere in that region, that -- and I think

7    how I came to learn about this, I think, was

8    again through the e-mail monitoring that I was

9    doing.

10           I learned about large transactions

11   taking place that Josh was spearheading, like

12   Josh was actually -- it wasn't through typical

13   channels, which, you know, like a customer

14   went to our Shopify store and gave his credit

15   card and bought a thing.

16           No.  These were like one-on-one,

17   "Hey, Josh, let's do a transaction," kind of,

18   conversations.

19           And again, this is pretty foggy,

20   but what I recall is that this -- this other

21   party was asking Josh if he could basically

22   convert a large sum of fiat currency into

23   PayCoin.  And -- and I'm pretty sure I recall

24   Josh happily obliging to do that.

25           That immediately raised my concern.

1                    E. CAPUANO

2      I'm not a FinCEN expert.   I don't know a whole

3      ton.   That -- this is my first, and hopefully

4      last, purview in any, sort of, like financial

5      business.   But I'm not an idiot.   That looked

6      like something that shouldn't be happening.

7              So that might have been one of the

8      things that started to really push my hand on

9      this stuff here.

10         Q.   Do you recall discussing that

11     exchange with that Dubai customer with Joe

12     Mordica?

13         A.   I don't remember.   I wouldn't be

14     surprised.   Like I said, I probably discussed

15     it with more than just Joe Mordica.

16         Q.   Because -- well, why do you say

17     that?

18         A.   Because I'm a pretty vocal person

19     when I have a concern about something.   I

20     would usually talk to as many people as I feel

21     I need to until I feel comfortable about it.

22              So there's a good chance I didn't

23     talk to -- if I did talk to Joe, which if

24     you're implying I probably did, I probably

25     didn't only talk to Joe.   I probably talked to

E. CAPUANO

1

2  Dan Kelley, or anyone else that would listen

3  that was also in a relevant position to hear

4  the issue.

5      Q.   Do you remember if you raised it

6  directly with Josh Garza?

7      A.   I had very little direct

8  interaction with Josh Garza.  Despite our

9  history, Josh and I were very distant my

10 entire time working for that company, and our

11 interactions were almost awkward, at best, you

12 know.

13         So, no, I probably didn't bring it

14 up directly to Josh.  I might have, but I

15 don't know if I did.  And I would lean toward

16 maybe not, because we didn't have much direct

17 interaction.

18      Q.   You said when you were in

19 Connecticut, Mr. Garza only came to the

20 office -- came to the office fairly

21 infrequently.  How often?

22      A.   I don't know how often he came to

23 the office.  I was implying how often I saw

24 him.  Because I'm in my corner, he's in his

25 corner.  He kept weird hours.

1                   E. CAPUANO

2           So -- and because we didn't

3    interact one-on-one very often.  So that takes

4    away the reason.  So...

5           Q.   Did you ever go to his house in

6    Connecticut?

7           A.   Yeah.  We went to his house a few

8    times.  Because I think he was still trying to

9    be, like, "Hey, we're childhood friends, so

10   why don't you bring your family over for

11   Thanksgiving?"

12              And we did that.  It was awkward.

13              So we did have social interactions.

14   We went -- we -- we both brought our families

15   to the same Hallow- -- what's the --

16   Halloween, there's a, like a candy thing --

17   forgive me, I'm forgetting --

18        Q.   Trick or treating?

19        A.   Like a fall festival sort of thing.

20   It was put on by, like, one of the churches

21   there.  We both -- both of our families went

22   to that together.

23              So there were interactions, but

24   they were -- they were just awkward, you know.

25   We definitely weren't the same friends that we

1                    E. CAPUANO

2    used to be.

3              And I would actually later find

4    out, I don't think he cared much for me.  I

5    think I was, kind of, just a necessity to him.

6    We weren't -- we weren't really friends, to be

7    honest, at that point.

8         Q.   So you haven't had -- have you had

9    any communications with Mr. Garza since

10   leaving GAW?

11        A.   Not that I recall, no.

12        Q.   You said you have had occasional

13   contact with Joe Mordica.

14        A.   Yeah.  No, I -- varying amounts of

15   contact with Joe Mordica.  Some periods of

16   time, quite frequently.  Others, we might not

17   talk for six months or longer.

18        Q.   Have you talked to him since you

19   left GAW, about issues relating to GAW, or --

20        A.   No.  Other than maybe, "Man, do you

21   remember back whenever we did that stupid

22   thing, when we were part of that company?"

23              You know, like just reminiscing,

24   which we still often don't do.  It's never --

25   it's definitely not something that either of

1                    E. CAPUANO

2    us would enjoy doing.

3           But that kind of thing has

4    happened, where it's like, "Oh, man, do you

5    remember -- remember that time we were up for

6    three days straight, trying to build that

7    thing or fix that thing," or whatever.

8           But beyond that, no.  I personally

9    don't like dredging any of that stuff up.

10      Q.   Any other former GAW employees that

11   you've had significant contact with since

12   leaving GAW?

13      A.   Significant, no.  But contact, yes.

14      Q.   Who?

15      A.   Evan Lucas.

16           So I -- I once considered Evan

17   Lucas a pretty good friend.  Nothing happened

18   to make me think otherwise, except we don't

19   really stay in good contact.

20           But he does live here in Austin.

21   And I saw him, maybe, ballpark, seven to eight

22   months ago or something.  I think we went for

23   dinner, you know, trying to catch up.  But we

24   don't really keep in touch, but I have -- we

25   have been in contact.

1          E. CAPUANO

2          I had brief contact with Jonah.  He

3   called me for a really weird reason once,

4   asking for political support for Maddie.

5     Q.   Okay.

6     A.   Yeah.

7          Who else?  Oh, Luke Rusten, the

8   previous customer service manager.  Luke is a

9   really great guy, really good -- really solid,

10  standup guy.  So I'm in contact with him still

11  today.

12          As a matter of fact, Luke helps me

13  with my company, doing, kind of, similar

14  customer service, but I'm trying to -- I'm

15  trying to teach him and train him in security

16  operations, to, kind of, do some of the things

17  that -- that we do.

18          Because he's in IT now, and IT is

19  IT.  So I'm trying to move him over to

20  something a little more exciting.

21          But we don't really talk about

22  those days.

23          He did mention the other day, just

24  as a gee whiz -- I think because I mentioned

25  that this deposition is coming up -- he goes,

E. CAPUANO

1
2  "Oh, yeah.  Josh reached out to me the other
3  day."  This was Luke saying this.
4          And he goes -- I said, "That's
5  interesting."
6          He goes, "Yeah, no, it was pretty
7  short.  He just said, 'I'm sorry for all the
8  things that happened,' et cetera, et cetera.
9  'I hope you're doing well.'"
10          And that was it.
11          But, again, it's not a topic --
12  it's not a topic that I would -- I would -- I
13  would even want to go into, so it's not
14  something that really happened.
15      Q.  Did it come up at all -- did GAW
16  Miners come up at all in your conversation
17  with Evan Lucas over dinner?
18      A.   Not really.
19          The only conversation I remember
20  that would even be in that ballpark was -- so,
21  as you -- as I mentioned already, Joe and I
22  are in varying contact here and there, right?
23          So Evan and I are in contact.  And
24  they will no longer -- they're on nonspeaking
25  terms any more, Joe and Evan.

1              E. CAPUANO

2              So as I was learning that, Evan and

3    I talked about some of the things -- the

4    issues that he was having when he was the lead

5    developer for GAW.  He was like, "Joe ran me

6    into the ground.  He, you know, basically

7    worked me to death."

8              Like, he literally -- I mean,

9    Evan -- I don't think I've ever seen someone

10   put through what Evan was put through to build

11   that platform in the timeframe that it was

12   built.

13             He ended up taking like a two- or

14   three-day, just, hiatus.  He disappeared.

15   Like, we were worried about him.  I mean,

16   like, he had some issues with it.

17             So -- so it was a -- it was a legit

18   concern that, you know, he would never want to

19   talk to Joe again.

20             But anyway, answering your

21   question:  Do Evan and I talk about GAW?

22             That was the only conversation I

23   remember that was in that ballpark, was him

24   explaining to me why him and Joe weren't on

25   speaking terms any more.

1                     E. CAPUANO

2        Q.   So it's -- it's an unhappy memory

3    for Mr. Lucas because of how hard he had to

4    work.  Anything else?

5        A.   Not that I know of.

6        Q.   He didn't talk to you about the

7    fact that customers lost money and that

8    hashing power was being sold that didn't

9    exist, anything like that?

10       A.   No.

11            MR. SARGENT:  I don't think I have

12       any more questions.

13            MS. MILLER:  All right.

14            MR. SARGENT:  Do you want to take a

15       short break?

16            MS. MILLER:  Yes.  Let's take a

17       break.

18            THE VIDEOGRAPHER:  The time is

19       11:20.  We're off the record.

20            (Brief Recess Taken.)

21            THE VIDEOGRAPHER:  The time is

22       11:25.  We're on the record.

23                     EXAMINATION

24    BY MS. MILLER:

25       Q.   All right.  So I introduced myself

1                    E. CAPUANO

2    earlier, but again I'm Hannah Miller from

3    Hughes Hubbard and I represent Stuart Fraser.

4           So earlier you mentioned some chat

5    channels.  I just wanted to ask about that.

6           What exactly were those chat

7    channels?

8       A.   We had started off on a application

9    called HipChat, which is -- very simply, it's

10   just a chat application for teams, right?  Not

11   necessarily traditional chat where it's

12   one-to-one, but more, "Hey, you know, the four

13   of us are working on a project together.

14   Let's get into a chat room where we can

15   discuss that project," right?

16          So we had moved from HipChat to

17   another platform called Slack at some point.

18   I don't remember when.

19          But that's what I mean when I say

20   "chat channels."

21      Q.   Okay.

22      A.   Or the other channel that was

23   pretty commonly used in the company was

24   HangOuts, because it's built into G-Suites,

25   which is what we used for business.

1              E. CAPUANO

2      Q.   Got it.

3           And so were -- were chat channels

4 only used by GAW employees, or were -- were

5 they accessible to the public?

6      A.   Oh, no.  I mean, I don't think any

7 of them were accessible to the public.  It was

8 pretty much just for internal communication.

9      Q.   What about other GAW insiders who

10 weren't necessarily GAW employees?

11 Consultants or freelancers?

12     A.   I don't know if I know the lines

13 clear enough to know who -- who is considered

14 a consultant or who is a freelancer.  So --

15     Q.   Okay.

16     A.   -- it would be hard for me to say.

17     Q.   Okay.

18          MS. MILLER:  I'm about to hand you

19     what we've marked as Exhibit 29.

20          (Exhibit No. 29 Marked)

21     Q.   (BY MS. MILLER)  Do you remember

22 this e-mail?

23     A.   Let me --

24     Q.   Yeah, feel free to take a moment

25 and read it.

1                    E. CAPUANO

2        A.    (Witness reviewing exhibit.)

3        Q.    When you're ready, I was just going

4    to ask you a specific question.

5        A.    Sure.

6              It's a really good turnover.  Okay.

7    Go ahead.

8        Q.    So at the top where you say, "With

9    cryptocurrency companies being compromised

10   every week," what -- what specifically did you

11   mean there?

12       A.    "Compromised" meaning, like, you'd

13   read the news about hacks, like a major --

14   like, I think MountGawks was probably one of

15   the bigger ones that come to mind.

16             So, me letting them know that,

17   "Hey, look, my role here previously was to

18   defend against and/or detect, you know, an

19   intrusion that could compromise the integrity

20   of the platform."

21       Q.    Do you suspect that GAW had been

22   compromised at that point in any way?

23       A.    We did have a major security issue.

24   I don't remember when, exactly.  But we had --

25   it was a software vulnerability that allowed a

1                    E. CAPUANO

2   user to basically withdraw funds twice.

3            In software development they call

4   it a race condition, where two things that

5   should not be able to happen simultaneously

6   do.

7            And the result is unknown, right?

8   It's like quantum physics.  You don't know if

9   it's on or off until you observe it, right?

10           But basically, if a user had two

11  browser windows open looking at their account

12  balance, and then simultaneously hit

13  "Withdraw" and then put in a Bitcoin on each

14  one and then simultaneously hit "Withdraw,"

15  they could effectively withdraw the same

16  Bitcoin twice.

17           Because the way that the

18  application was written -- and I imagine it's

19  similar to some banking software -- it's just

20  a database on the back end.  You're not

21  actually manipulating the actual coins.

22  You're manipulating a database value, which is

23  indirectly connected to those coins, right?

24           So if you can exploit that

25  application and, therefore, manipulate the

1                    E. CAPUANO

2  database value, you win, right?

3              So there was -- so that was one

4  of -- that was probably the only real

5  significant security issue that we had, that I

6  can recall.

7              But -- but I mean, anything is

8  possible, right?  So...

9        Q.   Right.

10             And so you mentioned that you know

11  of two instances where that happened, or

12  two -- or was that two -- was that a general

13  flaw in the system that may have been

14  exploited multiple times?

15       A.   Oh, it may have been exploited

16  multiple times.  Actually, I imagine it

17  probably was.  I don't remember the exact

18  details, but yeah.

19       Q.   Okay.

20             Okay.  And then moving down on this

21  same e-mail, where you wrote, "Someone must

22  continue monitoring held withdrawals for

23  suspicious or fraudulent activity."

24       A.   You bet.

25       Q.   What kinds of suspicious or

1                    E. CAPUANO
2   fraudulent activity were going on?
3        A.   So, this was something that I
4   fought for heavily.  It was, I want to say, as
5   a result of that security -- that security
6   flaw that allowed the double withdrawals.
7        Q.   Uh-huh.
8        A.   I -- if I remember, one particular
9   customer really, really exploited that thing
10  like crazy.  He pulled a lot of money out of
11  the system.
12           And we could have -- what my
13  argument was, we could have at least detected
14  the bleeding had there been sort of a back end
15  review process for large withdrawals, right?
16           So if somebody is trying to pull
17  out the equivalent of $60,000, shouldn't
18  there, like, be a pair of eyes on that, just
19  to make sure that everything is kosher?  And
20  that was what I asked for.
21           Because, again, my role was --
22  around security was -- was more holistic
23  around:  Okay, yeah, no one's breaking into
24  the servers, but let's also make sure that no
25  one is exploiting the software.

1                    E. CAPUANO

2          So I fought for a, basically -- I

3    don't know what we called it -- like a holding

4    capability, where withdrawals over a certain

5    amount, or made over a certain frequency over

6    time, right?

7          So if you made ten withdrawals in a

8    minute, you might all of a sudden -- your

9    withdrawals may become held at that point.  Or

10   if you tried to withdraw a very large amount.

11         So it would kind of prevent you

12   from working, gaming the system, like, "Okay,

13   I'll just make a whole bunch of

14   micro-withdrawals, then."

15         No.  We would catch that.

16         Or, "I will make one large

17   withdrawal."

18         We would catch that.

19         So they did finally implement that.

20   And so it was part of my responsibility --

21   actually, no.  Let me work -- let me work from

22   the other direction.

23         The customer service reps, it was

24   part of their responsibility to oversee those

25   holds and to, kind of, put the eyes on and

1                     E. CAPUANO

2    say, "Yeah, that -- that looks normal."

3              But then I was, kind of, the

4    escalation point, where if the customer

5    service rep says, "Ah, this doesn't look

6    right," it would escalate to me, and I would

7    look at it and say, "Yeah.  No, this isn't

8    right," or, you know, "Something's going on

9    here," right?

10             So that's what that means.

11        Q.   And when were those controls put in

12   place?

13        A.   Oh, geez.

14        Q.   Roughly.

15        A.   It was late.  It was way later than

16   it should have been.  I don't remember.

17             But, I mean, if I had to guess,

18   November -- tail end of November, maybe

19   December.  But, again, that's a complete

20   guess.  I don't remember.

21        Q.   Okay.

22             All right.  Moving on to the next

23   page of the same document, you wrote, "Someone

24   needs to run CrowdCurity."

25        A.   Oh, yeah.

1                   E. CAPUANO

2        Q.    What's CrowdCurity?

3        A.    CrowdCurity is one of many what we

4   call bug bounty programs.  And what that means

5   is, say you had a website and you wanted to

6   know if it was secure.

7             One of the methods to go about that

8   is to sign up for a bug bounty program, which

9   they're really just, kind of, a clearinghouse

10  of basically freelance penetration testers,

11  who are people who their sole job is to

12  lawfully break into systems, right?

13            So if I hire you and say, "Please,

14  break into my system so that you can tell me

15  where my flaws are," they are, kind of, that

16  hub of, "I have a web application that I want

17  tested," and they have a community of testers.

18            And so you create a bug bounty

19  program to incentivize these test- -- these

20  pen-testers -- pen-testers to come and test

21  your application, find flaws, and you pay them

22  for finding those flaws, based on severity.

23            So if you find a minor flaw, you

24  might make a hundred bucks.  If you find a

25  critical flaw, you might make a thousand

1                     E. CAPUANO
2    bucks, right?  So...
3         Q.   So would GAW pay those individuals
4    directly, or do they pay a third-party vendor
5    that coordinates those individuals?
6         A.   I'm pretty sure we had to make
7    payments through CrowdCurity, but that's just
8    my best recollection.  I'm pretty sure they --
9    because they had to make their money, as well.
10             So I think what they did is, they
11   were the middle man for that exchange.
12             So we would -- we would pay
13   CrowdCurity for those bounties, and I think
14   they would make payments to the end-user, to
15   the penetration tester.
16        Q.   And did you know who the individual
17   pen-tester was who was ultimately receiving
18   that payment, or --
19        A.   No more --
20             (Simultaneous speaking.)
21        Q.   -- (inaudible)?
22        A.   Yeah.  You would have like a user
23   name, but no more than, like, you would know
24   someone on the Internet, right?
25        Q.   Right.

1                    E. CAPUANO

2        A.   It was a -- a arbitrary user

3    name --

4        Q.   Right.

5             (Simultaneous speaking.)

6        A.   -- someone.

7        Q.   Did you keep track -- did GAW keep

8    track of those people, people who found bugs?

9        A.   I want to say CrowdCurity's

10   platform kept track, right?  So I, kind of,

11   had like a running leader board of, like:

12   Hey, here are the people that are submitting

13   the most.

14            But beyond that, I don't recall.

15       Q.   Got it.

16            Okay.  And in the next bullet you

17   mention a professional pen-test team.  Was

18   that separate from CrowdCurity?

19       A.   Yes.

20       Q.   Or -- okay.

21       A.   Yes.  So I think -- I want to say

22   that these might have been people that I might

23   have handpicked from CrowdCurity.

24            No.  No.  These were -- these were

25   people that I had come in contact with just

1                    E. CAPUANO

2  in, you know, random interactions, maybe on

3  the forums, or people that had submitted bugs

4  to us previously, maybe outside of

5  CrowdCurity.  But maybe they e-mailed GAWs,

6  said, "Hey, I found an issue with your

7  application."

8            So I, kind of, built up, kind of,

9  like a Rolodex, if you will, of people that I

10 knew that were security-minded that understood

11 our application, and I, kind of -- I, kind of,

12 leveraged them as an ad hoc security team --

13 that's ambiguous -- as a penetration testing

14 team, to say, "Hey, okay, there's a new

15 software release.  Do you guys mind logging in

16 to the preproduction staging environment and

17 try to break it, find the flaw?"  Right?

18            That was another thing that I

19 pushed for, because we were on such a

20 breakneck software development cycle, that

21 software would get put into production with

22 all sorts of bugs, problems, right?  Because

23 we weren't testing it.  We weren't doing

24 anything that, you know, a mature organization

25 does.

1                    E. CAPUANO

2        Q.   Right.

3        A.   Because -- yeah.

4        Q.   So were those individuals, were

5   they paid directly by GAW if they found

6   similar in --

7        A.   Yeah.

8             (Simultaneous speaking.)

9        Q.   -- the way that --

10       A.   Yes.

11       Q.   -- CrowdCurity --

12            (Simultaneous speaking.)

13       A.   I'm pretty sure we had them on,

14   like -- I'm sorry.  I didn't mean to interrupt

15   you.

16       Q.   That's okay.

17       A.   I'm pretty sure we had them on,

18   like, as 1099, like contractors.

19       Q.   And about how many pen-testers

20   would you say there were, separate from the

21   CrowdCurity people?

22       A.   I would ballpark and say, like,

23   four, maybe five.  It's been a while.

24       Q.   And do you have a sense of how many

25   people in the CrowdCurity team there were?

1                    E. CAPUANO

2        A.   I don't.  I can't remember.

3             The thing about CrowdCurity is,

4    it's a little bit higher noise to signal

5    ratio.  Because you get a lot of guys on there

6    that will just submit a whole bunch of really,

7    really low-hanging fruit, that's like, yeah,

8    nobody really cares.  Like that's everywhere,

9    if you look at that, you know.

10            So there could have been a high

11   number of submitters on CrowdCurity, but very

12   few, like, higher payouts or, like,

13   significant findings.

14       Q.   Okay.

15            And just to clarify, these

16   pen-testers are different from, sort of,

17   ordinary beta testers?

18       A.   Oh, yes.

19       Q.   Okay.

20       A.   Yes.  Because they're -- they're

21   testing with a objective of finding potential

22   security flaws or exploits, right?

23            Not, "Hey, if I click this button,

24   does it, you know, update the screen the way I

25   expect it to"; but, "Hey, can I find a way to

1            E. CAPUANO

2  withdraw the same Bitcoin twice?"

3        Q.   Right.

4             So a beta tester is more of a user

5  interface tester --

6        A.   Yes.

7        Q.   -- right?

8        A.   Yes.

9        Q.   Okay.

10            MS. MILLER:  Moving on, I'm handing

11        you what we marked as Exhibit 30.

12            (Exhibit No. 30 Marked)

13            MS. MILLER:  Feel free to take a

14        minute to look that over.

15            (Witness reviewing exhibit.)

16            THE WITNESS:  I need to go back and

17        correct something I said earlier,

18        because I just remembered.

19            So I said earlier that there was no

20        sort of sales force at all, which is

21        true for the majority of the time that

22        we were there.

23            That was the role that Josh's

24        brother, Carlos, took.  Carlos was the

25        sales guy.

1                    E. CAPUANO

2          So I -- I just want to make sure

3      that I was clear that that wasn't

4      entirely true.  I -- I just remember

5      that Carlos was doing that.

6          MS. MILLER:  Understood.

7      Q.  (BY MS. MILLER)  So do you remember

8  this -- this exchange here?

9      A.  Okay.  I just got to my part of

10  this.

11     Q.  Uh-huh.

12     A.  (Reviewing exhibit.)  Yes.  Yes, I

13  do.

14         Okay.  Yeah, I -- yeah, I -- I do.

15     Q.  So why were you surprised that

16  Carlos Garza had accepted $100,000 in cash

17  from Viet Lee in exchange for PayCoin?

18     A.  Because that's very much the kind

19  of thing that I -- I was raising the stink

20  about requiring, you know, the MSB, you know,

21  stuff.

22         So, yeah.  Like, I was very out of

23  the loop on what Carlos was doing.

24         What I did know that he was doing

25  was he was working the bigger deals for Josh.

Page 124

E.  CAPUANO

1
2   So if someone had e-mailed Josh and said,
3   "Hey, Josh, I got a huge chunk of money up in
4   the attic, and I'd love to convert that to
5   Hashlets or PayCoin," whatever, Josh would
6   say, "Hey, talk to my brother, Carlos, here,"
7   right, as -- as sort of the white-gloved
8   approach, versus, "Yeah, go to our store and
9   just swipe your -- your American Express
10  black."
11          So I knew that Carlos was doing big
12  deals.  But I think it caught me off guard to
13  realize how big some of those deals were,
14  right, like $100,000 in PayCoin.  And it was
15  in cash, right?
16      Q.   Right.
17      A.   I don't know.  I think at that time
18  it was a little more common to exchange one
19  cryptocurrency for another.  I think there's
20  even -- I don't know if it's still in
21  existence, but there's a website that you can
22  go to, Fox -- ShapeShift -- ShapeShift?  Come
23  on, you're the up and coming guru here.
24          There was a website you could go
25  to, literally, without logging in, you didn't

1                  E. CAPUANO

2   need an account or anything.  You could go in

3   and give it one type of coin, and it will spit

4   it out in another coin.

5             You want to talk about convenient

6   conversions, right?

7             So I'm like, okay, I -- I think it

8   would have been less surprising if he said,

9   "No, a guy just gave us 100K in Bitcoin for

10  PayCoin."

11            I'm not saying it wouldn't have

12  raised a flag, but it wouldn't have raised as

13  big a flag if, "No, it was cash.  It was a

14  wire transfer."  Like, this is -- this is

15  what's wrong.  Yeah.

16       Q.   Okay.

17            So do you know if anyone ever

18  reported suspicious activity to FinCEN?

19       A.   I don't know.  Again, I was

20  probably annoying a lot of people with my

21  constant barking up that tree, since it wasn't

22  really my job.  So I didn't necessarily, like,

23  follow up, you know.  But I at least made

24  noise where I had felt the need to.

25       Q.   Okay.

1          E. CAPUANO

2          (Exhibit No. 31 Marked)

3          Q.   (BY MS. MILLER)  All right.  I'm

4  handing you now what has been marked as

5  Exhibit 31.

6          A.   (Reviewing exhibit.)  Oh, wow.

7  This was the other terrible, terrible

8  decision, that we were taking credit card

9  payments for cryptocurrency, right?  So you're

10  taking a credit card, which can be reversed,

11  to sell currency which cannot be reversed.

12          So we saw -- we had a lot of issues

13  with that, a lot of, like, credit card fraud,

14  where they would just buy as much as they

15  could, and then by the time the charge-back

16  came it was too late, because they already had

17  the currency or whatever.  I'm guessing that's

18  what this probably was.

19          Q.   Right.

20          So was it possible for somebody to

21  purchase cryptocurrency on a credit card,

22  effect a successful charge-back, and still

23  retain the cryptocurrency?

24          A.   It was 100 possible.  As a matter

25  of fact, it's the nature of cryptocurrency

1                    E. CAPUANO

2    that makes that possible, because it's an

3    irreversible transaction.

4         Q.   Right.

5         A.   If -- if -- if you give me $100 in

6    cash and I give you $100 in Bitcoin -- well,

7    technically, cash is almost just the same,

8    irreversible.

9              But if you used a credit card, and

10   you get the charge-back, the bank might give

11   you your $100 back, but I can't take that

12   Bitcoin back from you.  Like, that's

13   irreversible.

14             So, yeah, that was a -- I mean, in

15   hindsight, you know, you would think -- just

16   five minutes of thought would have said that's

17   not a good idea.

18        Q.   And was it possible for people to

19   falsify receipts, like, receipts of purchase?

20             Or was that an issue at all?

21        A.   Not that I recall.

22        Q.   Okay.

23        A.   I'm not going to say it wasn't an

24   issue.  I don't remember that being an issue.

25        Q.   So when somebody made a purchase,

Page 128

1                    E. CAPUANO
2    did they get an e-mail confirmation?
3              Or what kind of receipt did they
4    receive?
5         A.   Yeah.  So, this was interesting
6    because I do remember there being some
7    confusion around -- okay, if you placed an
8    order, you know, you would get, you know, like
9    a confirmation e-mail.  Then you would get a
10   follow-on e-mail.
11             And so I think there was some
12   confusion over, "Hey, look, here's my
13   confirmation e-mail."
14             But this is too muddy a territory
15   for me to really say.
16        Q.   Okay.
17             So here where you say -- it looks
18   like you're encouraging GAW employees to
19   request GAW Miners receipts showing proof of
20   purchase, with order numbers.
21             Would you say that would have been
22   the best way, at the time, to verify a
23   transaction?
24        A.   To the best of my knowledge.  I
25   mean, it's been a while since -- obviously,

E. CAPUANO

1    back in these days, I was very heavily

2    embedded into this process of figuring out if

3    something is legitimate activity.

4         I would imagine what I was probably

5    doing, or what I was -- the customer service

6    reps was -- were doing, was going back and

7    looking at the history on the account, seeing,

8    okay, what does he have, and going back to

9    that -- that customer's account -- or history

10   in the storefront and saying, "What did he

11   buy?  Does he have what he bought?"

12        Because what we would find is they

13   would somehow end up with things that they did

14   not buy.

15        And -- and that was another -- that

16   was another one of the issues that I brought

17   up as it pertains to the hashing power cap,

18   right?

19        We have customers ending up with

20   things that they didn't buy, right?

21        Like, how are we keeping tabs on

22   what is out there?  You know.  So it was -- it

23   was a huge mess.

24        I don't think anyone really fully

1                         E. CAPUANO

2    understood -- when it was all said and done in

3    the end, I don't think anyone really fully

4    understood how things, sort of, worked in that

5    platform.

6                    Because they didn't work the way

7    that they should.  It wasn't like zero balance

8    accounting, where for every credit there is a

9    debit, right?

10                   No.  It was like Ben Bernanke and,

11   you know -- just print -- they would just

12   print these things, right?

13                   Like, that's what it became.  It

14   became obvious when you'd look at things and

15   go, like, there's things in this account that

16   aren't -- aren't even in the ledger here.

17                   So it was really weird after a

18   while.

19                   (Exhibit No. 32 Marked)

20       Q.   (BY MS. MILLER)  Okay.  This is

21   Exhibit 32.

22                   Do you remember this e-mail

23   exchange?

24       A.   I think.  Hold on.

25                   Yes, I do.  I was the squeaky wheel

1                    E. CAPUANO

2      behind this one, too.

3              But I don't get to see that part.

4      I don't remember if that was in writing or

5      not.

6              So -- I haven't read the other side

7      yes, but I can at least tell you what caused

8      this e-mail to be written.

9          Q.   Uh-huh.

10         A.   So I brought up a concern.  Now,

11     again, I'll state that I never owned any of

12     the GAW products.  If I had anything, it was

13     a -- it was something that was given to me for

14     testing purposes.  Nor did I ever make

15     withdrawals from those.

16             Like, so if I had testing Hashlets

17     that generated coin, I never withdrew that

18     coin.  It wasn't mine.  Right?  So I treated

19     that stuff as the company's property.

20             So when I found out that there were

21     employees that did own things, I made a huge

22     stink about it.

23             I went to Dan Kelley and said,

24     "This is a conflict of interest.  This should

25     not be allowed to happen.  How can you -- how

Page 132

1                    E. CAPUANO

2  can you know that" -- say a customer service

3  rep, who makes $14 an hour, with the ability

4  to create cloud miners in an account, right?

5  Because they do, right?  They have the ability

6  to say, "Oh, you bought a cloud miner, but it

7  didn't show up in your account.  Okay.  Here

8  it is."

9               How is that not a direct conflict

10  of interest?

11               So I made a huge deal about it, and

12  Dan took the appropriate steps to basically

13  prohibit it.  And that's what this e-mail is

14  about.

15               Let me catch up.

16      Q.    Sure.

17      A.    "Who did this?"

18            "I don't understand question."

19            "Is this true?"

20            "Yes, sir.  I proposed it last" --

21  oh, there it is.  "I proposed it last week" --

22  (reading inaudibly to self).

23            Okay.  I just literally said what I

24  wrote.

25      Q.    Okay.

Page 133

1                    E. CAPUANO

2       A.   So That's good.  My mind-set is

3  still the same as it was in December of 2014.

4            (Reading inaudibly to self.)

5            THE REPORTER:  I can't get that.

6            THE WITNESS:  I'm sorry.  I'm just

7       reading it, if that helps.

8            THE REPORTER:  Okay.

9            THE WITNESS:  I'm just reading

10       what's on this page.

11       Q.   (BY MS. MILLER)  Is there any --

12  are there any other ways that employees would

13  have an obvious competitive advantage over --

14  over other customers, besides being able to

15  produce GAW product out of thin air?

16       A.   I'm trying to think of where my

17  head was at when I wrote that.  I'm trying to

18  think of -- I seem pretty sure in that moment,

19  so I'm thinking there had to be something.

20       Q.   You already spoke to it, but I --

21       A.   No, but --

22            (Simultaneous speaking.)

23       Q.   -- (inaudible) --

24       A.   -- but I feel like I was latching

25  onto something specific there, with the

1                    E. CAPUANO

2     "competitive advantage" piece.

3              Because the conflict of interest is

4     one thing, but the competitive advantage is

5     another.  And I'm trying to remember what I

6     was basing that off of.  Because it looks like

7     it was something.

8              I don't know --

9         Q.   Is it related to the fact that

10    employees would just have access to

11    information that other customers wouldn't

12    have?

13        A.   I can't think of anything that

14    would...

15             I'm not sure what --

16        Q.   That's okay.

17        A.   Because I feel like there was

18    something there --

19        Q.   No, that's okay.

20        A.   -- in December.

21             (Exhibit No. 33 Marked)

22        Q.   (BY MS. MILLER)  All right.  Moving

23    right along, this is Exhibit 33.

24             Do you remember who John Shaw

25    Miller is, in the bottom e-mail?

1                    E. CAPUANO

2        A.    I didn't remember that name, but I

3    remember that handle, as weird as that sounds.

4    So, vaguely, I vaguely remember him.

5              (Witness reviewing exhibit.)

6              Okay.   Okay.

7        Q.    In the top e-mail you said, "I

8    never handled mods."

9              Does that mean moderators?

10       A.    Moderators, yeah.   I think -- I

11   have very little recollection of this

12   conversation, because I don't think I had a

13   very significant role in it.

14             But I think that this -- I'm pretty

15   sure that this John Shaw Miller was one of the

16   moderators in the forums.   I knew he was an

17   active participant in the forums; it sounds

18   like maybe a moderator.

19             And Jonah is reaching out to me

20   saying -- I don't know, "Do we have an NDA?"

21             I don't know why he would be asking

22   me that.

23             And I just said, "I never handled

24   mods."  Because I didn't -- I didn't actually

25   oversee or coordinate with the moderators.

```
 1                    E.  CAPUANO

 2        Q.   Do you remember who Andy Roehrle

 3   is?  Say that name, but --

 4             THE REPORTER:  How do you spell it?

 5             MS. MILLER:  R-O-E-H- --

 6             THE WITNESS:  About --

 7             (Simultaneous speaking.)

 8             MS. MILLER:  -- -R-L-E.

 9             THE WITNESS:  -- as well as I

10        remember this John Shaw Miller.

11             MS. MILLER:  Okay.

12             THE WITNESS:  I think he was

13        another moderator.

14        Q.   (BY MS. MILLER)  Okay.

15             So do you know if moderators

16   typically had MDA --

17        A.   I don't remember.

18        Q.   Okay.

19        A.   I don't remember, but I will tell

20   you this:  There was a very interesting

21   relationship between GAW and the moderators of

22   the forum.  And the reason for that is -- if

23   you haven't uncovered this already -- I'm sure

24   you have -- Josh was a very controlling person

25   about the public image, so much so that he
```

1                    E. CAPUANO

2     would immediately extinguish anything that

3     didn't resonate with his views.

4              So he basically had an army of

5     these moderators that carried out his bidding

6     of, if somebody is defaming the company, is

7     spreading -- he called it FUD -- fear,

8     uncertainty, doubt -- basically squash it

9     immediately, delete the post, just get rid of

10    it, right?

11             So if there was any reason for

12    there to be an MDA on file for moderators, it

13    would be because they were like little

14    soldiers, you know.  And it was disgusting,

15    actually.  I hated it.  It was -- it was -- it

16    was disgusting.

17             MS. MILLER:  All right.  That's all

18        I have on that document.

19             (Exhibit No. 34 Marked)

20             Q.  (BY MS. MILLER)  This is

21    Exhibit 34.  Another e-mail from Carlos Garza.

22             A.  Yeah.

23             Q.  The subject line is "GAW Miner

24    reseller program."

25             A.   Yeah.

1                    E. CAPUANO

2          Q.   What was that?

3          A.   I didn't follow this effort that

4     closely, but as I understood it, it was a way

5     for them to, sort of, crowd source the market

6     penetration to say, "Hey, look" -- you know, I

7     don't remember even what the motive -- or

8     how -- what the mechanism was, like, reward

9     points, yeah.

10         Q.   Take a moment to read it.

11         A.   Okay.  Give me a second here.

12              Yes.

13         Q.   Does that jog your memory at all?

14         A.   A little bit, yeah.

15              So I remember now that there

16    were -- I imagine they're up here in the cc

17    block.  There were folks that had stepped

18    forward saying that they wanted to basically

19    resale, obviously, the -- I think that these

20    were Hashlets, right?  I believe they were

21    Hashlets.

22              And so Carlos was the point of

23    contact for those resellers, to basically

24    allow them wholesale opportunity or what have

25    you.

1                    E. CAPUANO

2          Again, I wasn't really involved in

3    that process, but I was aware of it.  And it

4    just seemed like an extension of, you know,

5    for what Josh was trying to do.

6          Q.   And that was separate from the

7    Affiliate program, it seems like.

8          A.   I don't even remember what the

9    Affiliate program was.

10         Q.   Okay.

11         A.   Was that -- hold on.

12              I don't remember.

13         Q.   Okay.

14              At the bottom of this e-mail --

15         A.   You're getting into --

16              (Simultaneous speaking.)

17         Q.   -- it says --

18         A.   -- you're getting into terrain that

19    I spent very little time in, if any at all.

20         Q.   Sure.  Okay.

21              MS. MILLER:  All right.  Let's move

22         on.

23              (Exhibit No. 35 Marked)

24         Q.   (BY MS. MILLER)  Here is

25    Exhibit 35.  Do you remember who Richard is,

1                E. CAPUANO

2   in the bottom e-mail?

3        A.   No.  I don't know who Richard is.

4        Q.   Okay.

5             From the context, can you tell what

6   his role was?

7        A.   This widget.

8             Well, it looks like a developer who

9   created something at Josh's request.  Again,

10  I'm just deriving this from the context.

11       Q.   So did GAW have lots of freelance

12  developers who were not employees?

13            Or how did this -- how did this

14  person, Richard --

15       A.   It appears --

16       Q.   -- come to --

17       A.   Well, just based on what this --

18  this looks like it was like a Chrome

19  extension.  So this was probably a miner,

20  like, one-off project that Josh wanted done,

21  so he just shot it off to a freelancer.

22            But I don't believe there were just

23  like droves of freelance developers, because

24  we had a pretty significant in-house

25  developer -- development team.  So -- but,

1              E. CAPUANO

2  again, I don't know that to be -- because I

3  didn't know, really, the context around this.

4          I see here that I was cc'd on it,

5  but I don't know, like, when or why that was

6  requested, or how often things like that were

7  requested.  I have no idea.

8      Q.  So it's possible there were other

9  freelance developers here and there, but you

10 don't know of any?

11     A.  It's definitely possible, but yeah,

12 I don't -- I don't have particular details on

13 that.

14     Q.  Okay.

15         Do you remember if you sent Richard

16 a PayCoin?

17     A.  I don't remember.

18     Q.  Okay.

19         Okay.  Let's move on again.

20         (Exhibit No. 36 Marked)

21     Q.  (BY MS. MILLER)  Here is

22 Exhibit 36.

23         Do you happen to remember this

24 exchange?

25     A.  I don't.  But I remember this

1              E. CAPUANO

2    person, Taylon.

3         Q.   Uh-huh.

4              Who is Taylon?

5         A.   I -- I am fairly certain -- I mean,

6    I -- I would give it a 90 percent accuracy

7    that he came on board for a very short period

8    of time as a part-time, like, 1099-type.

9              I don't remember what his role was,

10   but I remember it did not end well, because we

11   found out that he was stealing from the

12   company.  So he was let go very -- very

13   quickly.

14        Q.   What about these other two people,

15   Chucky and Daukay?

16        A.   I don't -- I have no idea.  No

17   idea.

18        Q.   Okay.

19             Do you have any idea why Josh was

20   asking you to send them all prime Hashlets?

21        A.   I have no idea.

22        Q.   Did Josh frequently ask you to

23   accepted people Hashlets or other GAW

24   products?

25        A.   He would, from time to time.  He

Page 143

                    E. CAPUANO

1
2   would send it to me or someone else, whoever

3   he thought would -- would get it done, yeah.

4   Yeah.  Kind of like a -- you know, maybe it

5   was an upset customer that somehow made their

6   way up to him, and he said just give them a

7   thing so they'll shut up.  Yeah.  He did that

8   do that often.

9        Q.   Here it looks like the subject line

10  is "Prize e-mail."  So were there -- was this

11  maybe part of a promotion?

12           Did GAW frequently run promotions

13  where people would win GAW products?

14        A.   They -- I don't remember how often,

15  but I know of one in particular.  This shows

16  you how self-absorbed Josh was.  He had a

17  contest for people to create a video about

18  him, essentially, the nickname he had given

19  himself.  Sorry.

20           He called himself the Hash King --

21  sorry -- Hash King.  And there was a

22  promotion, like a contest.  And I don't

23  remember what the winners got, but it was --

24  it was terrible.

25        Q.   And were there other similar types

```
 1                    E. CAPUANO
 2   of promotions --
 3          A.   There may have been.
 4          Q.   -- here and there?
 5          A.   There may have been.  There were --
 6   there were, like, two or three people whose
 7   full-time job was to dream up that stuff.  I
 8   don't know what they did.
 9          Q.   Do you remember who those people
10   were?
11          A.   Yes -- well, I say yes, right, but
12   give me a second to actually remember that.
13               Gosh.  I can see them.  I can see
14   their faces, but -- oh, Evan something or
15   other.
16               MS. SCHULER:  Gogel?
17               THE WITNESS:  Yes.
18               And Christian --
19               MS. SCHULER:  Oh, that's Christian
20         Gogel.
21               THE WITNESS:  Christian Gogel and
22         Evan -- I forget Evan's.
23               MS. MILLER:  Okay.
24               THE WITNESS:  But they worked
25         with -- I want to say there was a third
```

Page 145

1                     E. CAPUANO

2      person that was somehow involved with

3      that.

4            But, anyway, they were the ones

5      that came up with the marketing and the

6      concepts and all that good stuff.  So I

7      don't know.

8            MS. MILLER:  Okay.

9            THE WITNESS:  There could have been

10     two, there could have been 100 contests.

11     I don't know.

12           MS. MILLER:  Okay.

13           (Exhibit No. 37 Marked)

14     Q.   (BY MS. MILLER)  Here is

15     Exhibit 37.

16           Do you remember this e-mail?

17     A.   I don't, you know, off the top of

18     my head remember doing it, but I'm sure that I

19     did.

20           Because one of the things that I

21     did do was, I would -- I would keep an eye on,

22     like, IRC -- which is a public chat platform

23     that a lot of, you know, cryptocurrency

24     enthusiasts would go and, and chat about

25     things -- and just keep an eye out for things

1                    E. CAPUANO

2    that, you know, needed attention or, at least,

3    are noteworthy.

4              And so that looks like what I did

5    here, was I keyed in on -- you could see the,

6    by the highlight, the word "dump," I guess,

7    and then sent a bunch of screenshots to Josh,

8    I guess.

9         Q.   Were the IRC chats, were those

10   group chats, or could you private message?

11        A.   Oh, yeah, you can private message

12   on IRC.  But it's, by default, just a group,

13   public chat room.

14        Q.   And so do you know who any of these

15   individuals are, or were you --

16        A.   No.  I'm sorry.

17             The handles, a couple of the

18   handles look familiar, like Vance Fox and

19   Heath Kid, I think, have also participated on

20   the forums with those same handles.  But

21   beyond that, I don't really know who any of

22   these people are.

23        Q.   Was external price manipulation a

24   problem?

25        A.   Can you rephrase?  I'm not sure I

1                    E. CAPUANO

2    understand.

3         Q.   So here it looks like these people

4    are talking about pumping --

5         A.   Right.

6         Q.   -- the price up and then dumping.

7    Was that a concern?

8         A.   That's a problem with

9    cryptocurrency as a whole.  That's a problem

10   with every major -- like every, you know,

11   different crypto-coin that exists is -- I

12   mean, in all honesty, aside from, like, the

13   few major ones, like obviously Bitcoin, I

14   think Litecoin -- I don't know.  I don't even

15   look at any of that stuff any more.

16             But all of the others, it's just

17   kind of a never-ending loop of, someone

18   creates this coin and they pump it, right, by

19   promoting it and building up hype, and then

20   they, you know, once there's so many, you

21   know, they dump their whole share.

22             So the words "pump" and "dump" are

23   pretty, you know, resonant in this community.

24   And I think looking for that makes sense,

25   because, yes, it is -- it's an epidemic across

1                     E.  CAPUANO

2     the board for cryptocurrencies.

3          Q.   So would customers buy PayCoins

4     specifically to push the price up, and then

5     dump it?

6          A.   I think that they bought it because

7     Josh told them -- no, I don't think that they

8     bought it to try to raise the price.  Because

9     they had a promise, you know.  They were like,

10    "Oh, if I'm being given the opportunity to buy

11    something for $10 or $12, with a promise it's

12    going to be worth 20, okay.  Sure.  I'm dumb.

13    I'll do that."

14         I think what Josh -- oh.  Josh --

15    Josh told me to look for this.  I remember

16    now.

17         Josh suspected -- gosh, this was so

18    weird.  Josh suspected -- and he might have

19    actually been correct -- that a lot of people

20    were going to band together to drive it down,

21    right?

22         And so he had asked me to look for,

23    like, people that were talking about dumping

24    the coin, right?

25         And so -- so he was paranoid that,

1                    E. CAPUANO

2  like, they were out to get him by -- by

3  driving the -- the price down.  And maybe he

4  was right.  I don't know.

5            But he also is the one that set

6  this imaginary floor and enticed them to come

7  and embarrass him.  But -- yeah.

8            I could care less whenever this was

9  going on.  That wasn't my focus.  He asked me

10  to look for that.

11        Q.   Okay.

12            What was Team PayCoin at the time

13  you were working for GAW?

14        A.   My understanding of it would be the

15  same then as it is now, if that's correct.  It

16  was an outside team of developers that, I

17  think, sought to take over the coin and try to

18  make it viable.

19            Adam Matlack.  He's the guy that

20  led that, I think.

21        Q.   But did they try -- were they

22  trying to take over the coin when they

23  started, or was that only after GAW itself

24  started to disintegrate?

25        A.   I don't remember what entered

1                    E. CAPUANO

2    their -- what cued them to enter the scene.  I

3    don't remember if it was from the start or if

4    it was a, you know, like you said, if they

5    were coming in during GAW's death throes.  I

6    don't remember when they entered the picture.

7              But I do know -- I could care less

8    about Adam Matlack.  I don't think that his

9    motivations were 100 percent sound.  But I do

10   think that they did have the best of

11   intentions.

12             At least they made it seem that

13   they had the best of intentions to come in and

14   try to rescue this complete disaster that --

15   that Josh created.  But I don't think you can

16   save something like that.

17     Q.   So what were the different ways

18   that GAW customers could buy products?  Just

19   basically.

20             Through the ZenCloud portal?

21     A.   So, I know for sure one method was

22   through the Shopify storefront.  That was

23   probably the most common method.

24             I believe that later on Josh had

25   them implement the ability for them to

1                       E. CAPUANO

2    purchase inside of the platform, using the

3    currency that was in the platform.  Which if

4    you think about it, in hindsight, is a pretty

5    good idea if you're trying to cover up a Ponzi

6    scheme.

7              He basically would -- like, so if

8    you -- if you had a Hashlet sitting here

9    accruing currency, and you could just simply

10   convert that into another Hashlet, that, I

11   think, was his intention there.

12             So I believe that capability was

13   there, but if there were other methods, I

14   can't remember.

15        Q.   Could customers use -- you said

16   before customers could use credit card and

17   they could use fiat.  Could they use Altcoins?

18        A.   I think we were accepting Bitcoin.

19   I'm pretty sure we were accepting Bitcoin, as

20   well, for payment.

21             But that -- that was a big point of

22   contention later on when -- when Josh

23   announced the, you know, the superiority of

24   PayCoin.  And the community came forward and

25   said:  Well, why won't you accept it as a form

Page 152

1                    E. CAPUANO

2    of payment at $0.80, because we won't?

3              I'm sorry, it's not -- it's not a

4    laughing matter, but, like, there was just so

5    much writing on the wall, you know -- yeah, in

6    hindsight.

7              MS. MILLER:  All right.  Can we

8         take a quick break?

9              THE VIDEOGRAPHER:  The time is

10        12:14.  We're off the record.

11             (Brief Recess Taken.)

12             (Exhibit No. 38 Marked)

13             THE VIDEOGRAPHER:  The time is

14        12:20.  We're on the record.

15        Q.   (BY MS. MILLER)  All right.  I'm

16   handing you what we've marked as Exhibit 38.

17   And on the third page is where the relevant

18   article starts.

19        A.   Okay.

20        Q.   And it looks like it's an article

21   about your resignation.

22        A.   Yep.

23        Q.   And on the fourth page there's an

24   excerpt from a post that you posted on a

25   forum, it looks like.

Page 153

1                    E. CAPUANO

2        A.   Okay.

3        Q.   Is that right?

4             Do you remember this?

5        A.   Yep.

6        Q.   So when you wrote here, "Nobody in

7   the company had all the pieces to the puzzle

8   except the one who had" -- "who envisioned it

9   all."

10            You were referring to Josh, right?

11       A.   Yes.

12       Q.   Okay.

13       A.   Do you want me to expand on that?

14       Q.   No.  That's all.

15       A.   Okay.

16            I would say one point of

17   clarification on that --

18       Q.   Uh-huh.

19       A.   -- just to make sure that I'm being

20   as transparent as possible, that I

21   obviously -- not having all the pieces of the

22   puzzle myself, one of the pieces is:  Who all

23   ha all those pieces, right?

24       Q.   Right.

25       A.   So it's kind of contradictory of me

1                        E. CAPUANO

2    to say that I knew that he was the only one

3    who had all the things.

4            Q.    Right.   You meant --

5            A.    Right.

6            Q.    -- you didn't know anything, and

7    Joe --

8            A.    And -- and just based on how he

9    operated, my assumption was that he kept all

10   of us in our appropriate silos.   But I just

11   want to make sure that I'm clear that I

12   obviously don't know who knew what.

13           Q.    Of course.

14           A.    But, yes.

15           Q.    When you say that he kept everybody

16   silo'd (sic), can you just talk a little bit

17   more about that?

18           A.    Well, I -- I can speak to my

19   experience with it.   As I mentioned, despite

20   the fact that Josh and I were childhood --

21   childhood friends, Josh told me very little.

22   I mean, I think he barely give me what I

23   needed to even do my job.

24                When I'd ask questions, they'd

25   usually get deflected.   So he -- he was very

1                    E. CAPUANO

2   good at containerization, you know, of saying,

3   "Hey, look, you don't need to worry about

4   that.  That's not your -- your scope," right?

5              And it is my understanding that he

6   did that across the board, because no one

7   person has all the information.  Because I

8   would dig, you know.  Like -- like I said,

9   when I asked Josh the question about the

10  hashing power, and he said, "Ah, you don't

11  need to worry about that," I didn't stop

12  asking.  I just started asking other people.

13  I found out that no one really knew.

14              So what I -- what I, kind of,

15  gathered was:  Okay, so we are all in our own

16  silos here.  You know, we are given what we

17  need, and that's it.

18              And so my assumption was that no

19  one person, other than him -- but again, it

20  was just an assumption -- no one person other

21  than him really knew all of the different

22  components of all that all came together.

23       Q.   Understood.

24              Have you ever met or spoken to

25  Allen Shinners?

1                    E. CAPUANO

2          A.    I've spoken to Allen.   I'm trying

3    to remember in what context.    I might have

4    spoken with him during my time with GAW, but I

5    know for sure that we spoke after.

6               Because he did approach me after

7    and say, "Hey" -- this was at the formation of

8    this lawsuit -- and said, "Hey, you know, can

9    we count on you?"

10              And I said, "Yes."

11              I mean, I -- I'd already given

12   countless hours of, you know, testimony to the

13   SEC and the FBI.   Sure.   Why not?

14              I wish I could just, like, have

15   sent you a tape of all of those conversations,

16   but, "Why not?"

17              But I'm sure that him and I also

18   were in contact during it, but probably not

19   that much.   I know he was in heavy contact

20   with Josh throughout the whole ordeal.   But --

21   yeah.   I'm sorry.

22              Did that answer your question?

23         Q.   Yes.

24              But when you say "he was in heavy

25   contact with Josh throughout the whole

1              E. CAPUANO

2    ordeal," do you mean during GAW's life?

3         A.   I believe so.  I believe -- and,

4    actually, prefaced with:  I don't know for

5    sure, but I do think that Allen was one of the

6    few that Josh would extend an ear to.  If

7    Allen came forward and said, "Hey, you're

8    doing this all wrong, you need to do it this

9    way or that way" -- because Allen -- Allen

10   had -- Allen, you know, kind of saw things

11   coming.

12             And I know that they had that sort

13   of relationship.  So I want to say that they

14   were in constant contact, but, again, that's,

15   kind of, tertiary.

16        Q.   So did you ultimately work with

17   Allen Shinners to -- to compile information

18   for this lawsuit, aside from your appearance

19   here today?

20        A.   No, not actively, no.  I don't

21   believe so, that I recall.

22        Q.   Okay.

23             Do you know if Jonah Dorman

24   provided any assistance to Allen Shinners?

25        A.   I have no idea.

1                    E. CAPUANO

2          Q.   Okay.

3               Have you ever met or communicated

4     with Michael Pfeiffer?

5          A.   I don't know who that is.

6          Q.   Okay.

7               Have you ever met or communicated

8     with Jason Vargas?

9          A.   I know the name, but I don't even

10    know what role he plays.  So I don't -- no, I

11    don't think so.  I'm not saying I haven't, but

12    I don't know who he is, so I don't know.

13         Q.   What about Marc Audet?

14         A.   I don't -- that doesn't even ring a

15    bell.

16         Q.   Okay.

17              And you mentioned earlier that you

18    had set up some filters to monitor Josh's

19    e-mails, or maybe the company's e-mails.

20         A.   Yes.

21         Q.   Do you remember what words you were

22    searching for?

23         A.   I don't.  But it would have been

24    key words that pertain to, you know --

25    basically, what I tried to do was to think of

1                    E. CAPUANO

2    words that would appear in an e-mail that was

3    doing something we wouldn't want, like if a

4    customer service rep was transferring coins

5    from one place to another, that kind of thing.

6            So I don't remember what specific

7    key words were, but I know that I used quite a

8    few, you know, to -- to really make sure that

9    we had decent visibility.

10           It wasn't Josh -- to be honest with

11   you, it wasn't Josh at all that I was worried

12   about, because at the time I didn't suspect

13   that Josh was doing anything.  It was honestly

14   the $14 an hour CSRs that had access to

15   money-creating software.  It just ended up

16   being the other direction, that...

17       Q.  And just one point of

18   clarification:  On the e-mail you mentioned

19   earlier from Josh to Juliette about a loan

20   involving Stuart Fraser, was Stuart Fraser a

21   recipient or sender of that e-mail?

22       A.  My memory is that Stuart -- the

23   e-mail chain originated between Josh and

24   Stuart, and then was forwarded to Juliette

25   with instructions.

1              E. CAPUANO

2              Because that was -- and again, this

3    was -- this is hazy, but that was how I knew

4    that this was a conversation that Josh had had

5    with Stuart, that just subsequently ended up

6    going to Juliette.

7              Is that the e-mail?  Cool.  Okay.

8    Because that's -- that's going to be better

9    than my memory.

10             (Exhibit No. 39 Marked)

11        Q.   (BY MS. MILLER)  Why don't you tell

12   me.  This is Exhibit 39.

13             Is that the e-mail?

14        A.   Yes.  This is the e-mail.

15             So, right away, I can see that I

16   was mistaken.  I guess this wasn't a chain

17   between him and -- and Stuart.  That was bad

18   memory.

19        Q.   That's fine.

20        A.   But I hope I'm doing right by

21   clarifying that, look, I'm -- I'm hazy on

22   that, right?  Because --

23        Q.   Sure.  I just wanted to make sure

24   we --

25             (Simultaneous speaking.)

1               E. CAPUANO

2        A.    (Inaudible.)

3        Q.    -- had the senders of the e-mail

4   and the recipients --

5               (Simultaneous speaking.)

6        A.    This is definitely --

7        Q.    -- of the e-mail on the record.

8        A.    This is definitely the e-mail.  So

9   I'm not aware of anything other than this

10  e-mail, as it pertains to that situation.

11       Q.    Okay.

12       A.    So, yes, this is it.

13            MS. MILLER:  Okay.  I think that's

14       it.  We have no further questions.

15            MR. SARGENT:  I have no further

16       questions, either.

17            Thank you very much.

18            THE WITNESS:  You bet.

19            THE VIDEOGRAPHER:  The time is

20       12:29.  We're off the record.

21            (Deposition concluded.)

22

23

24

25

Page 162

1                       ERRATA SHEET

2  Case Name:

3  Deposition Date:

4  Deponent:

5  Pg.  No. Now Reads        Should Read  Reason

6  ____  ____ _____    _____  _____

7  ____  ____ _____    _____  _____

8  ____  ____ _____    _____  _____

9  ____  ____ _____    _____  _____

10 ____  ____ _____    _____  _____

11 ____  ____ _____    _____  _____

12 ____  ____ _____    _____  _____

13 ____  ____ _____    _____  _____

14 ____  ____ _____    _____  _____

15 ____  ____ _____    _____  _____

16 ____  ____ _____    _____  _____

17 ____  ____ _____    _____  _____

18 ____  ____ _____    _____  _____

19 ____  ____ _____    _____  _____

20

                          _____

21                         Signature of Deponent

22 SUBSCRIBED AND SWORN BEFORE ME

23 THIS ____ DAY OF _____, 2018.

24 _____

25 (Notary Public)  MY COMMISSION EXPIRES:_____

```
 1                    E. CAPUANO
 2          I, ERIC CAPUANO, have read the
      foregoing deposition and hereby affix my
 3    signature that same is true and correct,
      except as noted above.
 4

 5


      _____
 6    ERIC CAPUANO

 7

 8

      THE STATE OF _____)
 9    COUNTY OF _____)
10

              Before me,
11    _____, on this day
      personally appeared ERIC CAPUANO, known to me
12    (or proved to me under oath or through
      _____) (description of
13    identity card or other document) to be the
      person whose name is subscribed to the
14    foregoing instrument and acknowledged to me
      that they executed the same for the purposes
15    and consideration therein expressed.
              Given under my hand and seal of
16    office this _____ day of
      _____, _____.
17

18


      _____
19    NOTARY PUBLIC IN AND FOR
      THE STATE OF _____
20    COMMISSION EXPIRES: _____
21

22

23

24

25
```

1                    E. CAPUANO
2

         UNITED STATES DISTRICT COURT
3              DISTRICT OF CONNECTICUT
4

5

DENIS MARC AUDET,          )
6  MICHAEL PFEIFFER, DEAN   )
   ALLEN SHINNERS, and      )  Case 3:16-cv-00940
7  JASON VARGAS,            )
   Individually and on      )
8  Behalf of All Others     )
   Similarly Situated,      )
9                           )
              Plaintiffs,   )
10                          )
   VS.                      )
11                          )
   STUART A. FRASER, GAW    )
12 MINERS, LLC, and         )
   ZenMiner, LLC (d/b/a     )
13 ZenCloud),               )
                            )
14            Defendants.   )
                            )
15

16            REPORTER'S CERTIFICATION
              DEPOSITION OF
17             ERIC CAPUANO
              JULY 9, 2018
18

19            I, Kateri A. Flot-Davis, Certified
20  Shorthand Reporter in and for the State of
21  Texas, hereby certify to the following:
22     That the witness, ERIC CAPUANO, was duly
23  sworn by the officer and that the transcript
24  of the oral deposition is a true record of the
25  testimony given by the witness;

1          E. CAPUANO

2      I further certify that I am neither counsel

3   for, related to, nor employed by any of the

4   parties or attorneys in the action in which

5   this proceeding was taken, and further that I

6   am not financially or otherwise interested in

7   the outcome of the action.

8      Certified to by me this 18th day of July

9   , 2018.

10

11

12

13

14   _____

     Kateri A. Flot-Davis

15   Texas CSR No. 8462

     Expiration Date: 12-31-19

16   TSG Worldwide Reporting

     (877)702-9580

17

18

19

20

21

22

23

24

25