# EXHIBIT O

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>  vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                          Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>September 1, 2021<br><br>JOINT TRIAL MEMORANDUM |

**Proposed Voir Dire Questions**

The parties propose the following questions for potential jurors:

1. Have you heard or do you know anything about this case prior to coming to this court room today? Please describe. Have you formed an opinion or any thoughts on this case based on this prior knowledge?

2. Do you feel, for any reason, that you could not decide fairly and impartially a case involving allegations such as the ones I have described?

3. Do you know any of the following people involved in, or related to, this case?

    a. Lead Plaintiff / Class Representative Allen Shinners

    b. Lead Plaintiff / Class Representative Denis Marc Audet

    c. Lead Plaintiff / Class Representative Michael Pfeiffer

    d. Defendant Stuart A. Fraser

    e. Witnesses (not covered above)

        i. Homero Joshua Garza, a/k/a Josh Garza

        ii.        Madeline Eden (formerly known as Matthew Eden)

        iii.       Joseph Mordica (or Joe Mordica)

        iv.       Eric Capuano

        v.        Amber Capuano (formerly Amber Messer)

        vi.       Jonah Dorman

        vii.      Daniel J. Pease (or Dan Pease)

        viii.     Arvind Narayanan

4. Do you know either of the following people?

    a. Jessica Garza

    b. Thomas Fraser

5. Have you heard of Cantor Fitzgerald? Please describe context.

6. Have you ever heard of GAW Miners, LLC or ZenMiner, LLC? Please explain context.

7. Have you, or do you know anyone who has, ever worked for GAW Miners, LLC or ZenMiner, LLC?

8. Have you ever heard of Hashlets, Hashpoints, Hashstakers or Paycoin? Please explain context.

9. Have you, or do you know of someone who has, ever purchased or acquired any product or service from GAW Miners, LLC or ZenMiner, LLC? If so, what product or service? Did these include Hashlets, Hashpoints, Hashstakers or Paycoin?

10. Have you ever heard of Optima Computers, Great Auk Wireless, GAW High Speed Internet, GAW Labs, Smart Tech, or VoiceProdigy? Please explain.

11. Have you, or do you know anyone who has, ever worked for Optima Computers, Great Auk Wireless, GAW High Speed Internet, GAW Labs, Smart Tech, or VoiceProdigy? Please explain.

12. Have you, or do you know of someone who has, ever purchased or acquired any product or service from Optima Computers, Great Auk Wireless, GAW High Speed Internet, GAW Labs, Smart Tech, or VoiceProdigy? If so, what product or service?

13. Do you know any of the attorneys in this case?

    a. Plaintiffs are represented by Jacob Buchdahl, Seth Ard, Geng Chen and Russell Rennie from the law firm of Susman Godfrey L.L.P. Plaintiffs are also represented by Mark P. Kindall from the law firm of Izard Kindall & Raabe LLP.

    b. Defendant is represented by Daniel H. Weiner, Marc A. Weinstein, Amina Hassan and Hannah L. Miller of the law firm of Hughes Hubbard & Reed LLP, and Rowena Moffett of the law firm of Brenner, Saltzman & Wallman LLP.

14. Do you know any of the other jurors on this jury panel? If so, please describe.

15. Do you know anyone else in this courtroom?

16. What is your highest level of education?

    a. If any college or graduate education, what did you major in?

    b. In what year did you finish your education?

17. What is your occupation?

    a. Who is your current employer? What is your title / position?

    b. How long have you held this position?

      c.      If retired, what did you do before retirement?

      d.      If unemployed, what was your last job?

18.      What is your marital status?

      a.      If you are married or live with a partner, what is your spouse or partner's occupation?

19.      Have you ever heard of cryptocurrency? Have you ever heard of Bitcoin? If so:

      a.      Do you consider yourself knowledgeable about cryptocurrency?

      b.      About Bitcoin?

20.      Have you ever purchased or sold any cryptocurrency or cryptocurrency-related products? If so:

      a.      Which one?

      b.      How often do you purchase or sell cryptocurrency or cryptocurrency-related products?

      c.      What caused you to start purchasing or selling cryptocurrency or cryptocurrency-related products? If you no longer purchase or sell cryptocurrency or cryptocurrency-related products, what caused you to stop?

21.      Do you currently own any cryptocurrency or cryptocurrency-related products? If so, which one(s)?

22.      Are you familiar with cryptocurrency mining, including Bitcoin mining? If so, explain.

23. Do you have any beliefs or feelings about cryptocurrency or cryptocurrency mining?[1]

24. Have you ever mined cryptocurrency or tokens, including Bitcoin? If so, which ones?

25. Have you, a family member or close friend, ever worked for a company that sells cryptocurrency, cryptocurrency mining services or any other cryptocurrency-related product or service?

26. Do you follow news about cryptocurrency? If so, please describe.

27. Do you visit, or are you a member of, any online communities or forums, like Reddit? If so, which ones? Please describe.

28. In general, how technologically sophisticated / tech-savvy do you consider yourself?

29. Have you, a family member or close friend, ever owned or operated a business? What type of business? Did anyone else ever invest in that business? What was their role?

30. Have you, a family member or close friend, ever invested in a private business? What type of business? What was your role, or that of the relevant family member or close friend?

31. Have you, a family member or close friend, ever served as a partner, officer, or director of a partnership, corporation, or limited liability company? What type of business? What was your role, or that of the relevant family member or close friend?

---

[1] **Defendant:** Mr. Fraser objects to this question as too vague.

32. Have you ever bought stock or shares in a public company (like IBM or Apple)? How often do you buy or sell such stock or shares? How do you buy or sell such stock or shares (through a broker, through the internet, through an app like Robinhood, etc.)?

33. Have you or an immediate family member ever worked for an investment or financial services firm?

34. Have you or an immediate family member ever worked for a law firm?

35. Have you, or do you know someone who has, ever lost money because of an actual or alleged fraud? Did it involve securities fraud? Did it involve cryptocurrency? What were the circumstances? What happened?

36. Have you, or do you know someone who has, been accused of committing fraud? What kind of fraud? What were the circumstances? What happened?

37. Have you ever been part of a class action lawsuit? If so, in what capacity? What was the nature of the lawsuit?

38. Do you have any beliefs or feelings about class action lawsuits? If so, explain.[2]

39. Do you have any beliefs or opinions about lawsuits and the people who bring them? If so, explain.[3]

40. Have you, a family member or a close friend ever been the plaintiff in a lawsuit (other than a divorce)? Please describe.

41. Have you, a family member or a close friend ever been the defendant in a lawsuit (other than a divorce)? Please describe.

---

[2] **Defendant:** Mr. Fraser objects to this question as too vague.
[3] **Defendant:** Mr. Fraser objects to this question as too vague.

42. Have you, a family member or a close friend ever been a witness at a trial? Please describe.

43. Have you, a family member or a close friend ever been involved in a lawsuit (other than a divorce) in any other capacity? Please describe.

44. Is there anything about this case that reminds you of anything in your life or anything that might affect your ability to serve on the jury in this case that we have not already discussed? Please describe.

45. Have you ever served on a jury before? When? What type of case? Who were the parties? In what court—state or federal? Was a verdict reached? In favor of which party? Were you the foreperson?

46. Are you prepared to apply the law as I relay it to you, and not as you believe it should be?