# EXHIBIT S

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>September 1, 2021<br><br>JOINT TRIAL MEMORANDUM |

**<u>Brief Description of Case and Parties</u>**

This case involves a dispute between a group of investors and Stuart Fraser about the sale of certain cryptocurrency products. The investors, whom I will call the "class members," are people who bought or acquired these cryptocurrency products. The class members as a group are represented by three people: Allen Shinners, Michael Pfeiffer, and Marc Audet. The class members bought or acquired the cryptocurrency products at issue from two companies, called GAW Miners and ZenMiner. The class members have sued GAW Miners and ZenMiner, but the Companies did not appear to defend themselves in this case. So the dispute is only between the class members and Mr. Fraser, and the class members' claims against Mr. Fraser are based on his alleged position of authority and control with the Companies and on actions the class members allege Mr. Fraser took to assist the Companies

There are four products at issue. The first product, called "Hashlets," related to payouts or returns based on purported cryptocurrency mining done by the Companies. The other three products related to a new cryptocurrency that was developed and marketed by the Companies called "Paycoin."

The class members bring several claims against Mr. Fraser. First, securities fraud. The class members claim that GAW Miners and ZenMiner knowingly made false statements, or omitted important facts, about the cryptocurrency products at issue and about how the businesses operated. In general terms, the class members claim that the Companies misrepresented how Hashlets worked and how class members would earn a return on their Hashlets; the class members also claim that the Companies made various false statements about the value of Paycoin and the features of that product. The class members say that these false statements and omissions caused them to purchase the cryptocurrency products. The class members claim that Mr. Fraser controlled the Companies during the fraud and that he assisted the Companies in committing the fraud. The class members seek damages for their losses. Mr. Fraser denies that

the Companies committed fraud; denies that he controlled the Companies or assisted them in committing the alleged fraud; asserts that he did not and could not have known about the fraud; and denies that the cryptocurrency products are covered by the securities laws.

The class members' second claim is what is called common-law fraud. The class members allege that the Companies made the alleged false statements to induce them to purchase the cryptocurrency products and that the class members were induced to buy or acquire those products because of the false statements. They further allege that Mr. Fraser aided and abetted the Companies' allegedly fraudulent conduct. The class members seek damages for their losses resulting from this alleged fraud. Mr. Fraser denies that the Companies committed fraud; and denies that he aided and abetted their fraudulent conduct.

The class members' third claim involves the sale of unregistered securities. The class members claim that the cryptocurrency products they bought or acquired were securities, and that GAW Miners and ZenMiner failed to register the securities with the state of Connecticut, as is required by the law. They further claim that Mr. Fraser controlled the Companies during the time they sold these unregistered securities. The class members seek damages for their losses resulting from their purchases of allegedly unregistered securities. Mr. Fraser denies that the cryptocurrency products at issue are securities; denies that he controlled the Companies; asserts that he did not and could not have known about the sale of unregistered securities; and denies that he aided and abetted their fraudulent conduct.