# EXHIBIT T

*Audet, et al. v. Fraser, et al.*, Case No. 3:16-CV-00940-MPS

### <u>Defendant Stuart A. Fraser's Brief Description of the Case and Parties</u>

**(Joint Trial Memorandum, Section 9(c))**

This case is a class action brough by a group of plaintiffs against an individual named Stuart Fraser related to the sale of certain crypto-mining and cryptocurrency-related products. A class action is a lawsuit in which claims of many plaintiffs are litigated together. The plaintiffs in this case, whom I will refer to as the "Plaintiffs" or "class members," are people who bought or acquired these cryptocurrency-related products. The class members are represented by three of the Plaintiffs: Allen Shinners, Michael Pfeiffer, and Marc Audet, who are also referred to as the class representatives or lead plaintiffs.

Plaintiffs bought or acquired the cryptocurrency-related products at issue in this case from two companies, called GAW Miners LLC and ZenMiner LLC (together, the "Companies"). Plaintiffs claim that the Companies defrauded them in a Ponzi scheme, causing the overall class millions of dollars in damages. Plaintiffs also claim that the Companies violated the law by selling products that constituted "securities" without registering them.

Plaintiffs originally sued Homero Joshua Garza (Josh Garza) for running this Ponzi scheme, but later dropped Mr. Garza from this lawsuit. Mr. Fraser is the only defendant at this trial. Plaintiffs bring several "secondary" claims against Mr. Fraser, which means that all of Plaintiffs' claims are based on allegations that the Companies committed the "primary" or underlying wrong, including securities fraud, common-law fraud and the sale of what Plaintiffs claim to be "securities" that were not registered.

Plaintiffs allege that Mr. Fraser should be held responsible for the wrongs committed by the Companies on the theory that Mr. Fraser controlled Mr. Garza and the Companies and

1

2

participated in and aided and abetted those wrongs.  Mr. Fraser denies these allegations. Specifically, Mr. Fraser asserts that he should not be held responsible for the Companies' actions because he in no way controlled Mr. Garza or the Companies; he was only a minority investor in the Companies; he did not know of any fraud committed by Mr. Garza or the Companies; nor did he participate in, or assist, any such fraud.  Mr. Fraser also disagrees with Plaintiffs that the products at issue are "securities," and asserts that, if these cryptocurrency-related products constituted "securities," he did not know that.

There are four cryptocurrency-related products at issue in this case.  They are called "Hashlets," "Hashpoints," "Paycoin" and "Hashstakers."  The relevant time period for this case is August 1, 2014 to January 19, 2015.  Those five-and-a-half months are known as the "class period."  Plaintiffs can only make claims for Hashlets, Hashpoints, Paycoin and Hashstakers that they purchased or acquired from the Companies during the class period.