# Exhibit A (DX-529)

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 2 of 25



my subreddits ▾    popular · all · random · users | askreddit · worldnews · videos · funny · todayilearned · pics · gaming · movies · news    more »

r/bitcoin

comments

Want to join? Log in or sign up in seconds. | English

## Welcome to Reddit.
**Where a community about your favorite things is waiting for you.**

BECOME A REDDITOR

and subscribe to one of thousands of communities.

this post was submitted on 21 Aug 2014
**58 points** (73% upvoted)

shortlink:



▲
58
▼

**Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com...** (self.Bitcoin)

submitted 4 years ago * by gaw-whistleblower

[removed]

remember me    reset password

98 comments    share    save    hide    report

all 98 comments · sorted by: best ▾



Submit link NOT about price

Submit text NOT about price

### Want to add to the discussion?
Post a comment!

CREATE AN ACCOUNT

# Bitcoin

subscribe    985,091 readers

○ 5,299 users here now

[–] **anarchyx914** 13 points 4 years ago

I have spent over $10,000 with GAW myself, and I can tell you it has been a bumpy road with them.

On their hosting platform I had constant problems with underperforming miners and inconsistent uptime. Miners would go down for days on end, and support tickets took forever to answer. It was quite a nightmare.

Once my miner was taken care of, I can honestly tell you that GAW took care of me in excess with compensation. They credited me nearly 50% of my purchase back, allowed me to keep all of the mined earnings as well as double hash LTC promo payouts, even gave me a free miner or two during the process.

I also struggle with the Hashlet/Zenpool concept. I think its all vaporware if you ask me. I recently converted all of my Power Hungry Zeus hardware to hashlets though, because I never want to take delivery and / or have to host the stuff myself. I am very happy with the hashlets. They are rock solid and on Zenpool

Bitcoin is the currency of the Internet: a distributed, worldwide, decentralized digital money. Unlike traditional currencies such as dollars, bitcoins are issued and managed without any central authority whatsoever: there is no government, company, or bank in charge of Bitcoin. As such, it is more resistant to wild inflation and corrupt banks. With Bitcoin, you can *be your own bank*.

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 3 of 25

my payout is almost 50% better than nicehash. I don't know how they are doing it, but I am getting good BTC payouts, and I have already more than ROI'd the gear, and right now it still has 8 months of hosting for free on it.

Also, with the "ZenPoints" system they have its quite awesome. I keep about 3-4 BTC in the Zencloud account and earn about 750k satoshi interest every day, which I can use to purchase more miners for free just for storing a little btc with them.

For me GAW has gone far beyond their own scope of support and gone out of the way to compensate me for my hardships, for this they have earned my future business. While I don't understand the ZenPool/Hashlet structure, it is quite profitable for the miner and the Zenpoint system allows you to basically run Hashlets at little to no maintenance cost.

I think you trying to compare GAW to BFL is a terrible idea. BFL has never gone out of their way to compensate me for delays in shipment, downtime, shitty performance, etc.

If you are a GAW customer and have beef, take it up with Josh. He's a very understanding and caring person and he and his staff are always willing to go the extra mile to take care of the customer.

Haters gonna hate.

permalink    embed    save    give gold

[–] [deleted] 4 years ago

[deleted]

    [–] gaw-whistleblower [S] 2 points 4 years ago

    Do your own google searches and searches on reddit. Please draw your own conclusions.

    permalink    embed    save    give gold

[–] gaw-whistleblower [S] 2 points 4 years ago

If it is vaporware, customer should be aware of the risks they are exposed to. If the market some how turn in ways GAWminers.com did not expect and can not cover payouts....then what?

So the question people should ask is GAWminers actually selling virtual miners or a financial product?

permalink    embed    save    parent    give gold

    [–] gaw-whistleblower [S] 3 points 4 years ago

    Also, anything that assures ROI should be suspect.

    permalink    embed    save    parent    give gold

If you are new to Bitcoin, check out We Use Coins and Bitcoin.org. You can also explore the Bitcoin Wiki:

- Don't invest recklessly
- Getting Started
- FAQ / Wiki
- Resources
- Common Myths
- How to buy bitcoins worldwide
- Bitcoin as a medium of exchange
- Will I earn money by mining bitcoin?
- Bitcoin as an investment
- Storing Bitcoins
- Well-Kept Gardens Die By Pacifism
- A Cypherpunk's Manifesto

## Community guidelines

- Do not use URL shortening services: always submit the real link.

- Begging/asking for bitcoins is absolutely not allowed, no matter how badly you need the bitcoins. Only requests for donations to large, recognized charities are allowed, and only if there is good reason to believe that the person accepting bitcoins on behalf of the charity is trustworthy.

- News articles that do not contain the word "Bitcoin" are usually off-topic. This subreddit is not about general financial news.

- Submissions that are mostly about some other cryptocurrency belong elsewhere. For example, /r/CryptoCurrency is a good place to discuss all cryptocurrencies.

- Promotion of client software which attempts to alter the Bitcoin protocol without overwhelming consensus is not permitted.

- No referral links in submissions.

- No compilations of free Bitcoin sites.

- Trades should usually not be advertised here. For example, submissions like "Buying 100 BTC" or "Selling my computer for bitcoins" do not belong here. /r/Bitcoin is primarily for news and discussion.

- Please avoid repetition — /r/bitcoin is a subreddit devoted to new information and discussion about Bitcoin and its ecosystem. New merchants are welcome to announce their services for Bitcoin, but after those have been announced they are no longer news and should not be re-posted. Aside

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 4 of 25

[−] [deleted] 2 points 4 years ago

Thank you for trying to soothe this user's accusations. I am glad that you love our service and are preaching the word. :)

permalink    embed    save    parent

[−] steb2k 13 points 4 years ago

'I will not post allegations without evidence.'

OK, so where is your evidence?

permalink    embed    save    give gold

[−] DoersOfTheWord 2 points 4 years ago

"Proof of Dishonesty" is a new hashing algorithm. He solved the block so that's all you need.

permalink    embed    save    parent    give gold

[−] [deleted] 3 points 4 years ago

This idiot already posted the same thing as zowieargh here and many different accounts on bitcointalk. Once a troll always a troll, but I have to say he's not even trying hard to find evidence just posts a lot of shit hoping people will fall for the trap and think: "hmm there's a lot of text maybe some of it is true" :D

permalink    embed    save    parent

[−] gaw-whistleblower [S] -1 points 4 years ago

Nope. I am a new person and might reveal myself soon. I am close to Josh Garza right now so I must stay private to protect my family.

permalink    embed    save    parent    give gold

[−] Rootdude 5 points 4 years ago

If you want anyone to buy your conspiracy theory, you need to reveal yourself and present your evidence. You're doing no one any good by posting this stuff and creating confusion. If you'd prefer to do that in private, I won't reveal your information and I'll go to the effort to confirm what you say, and be happy to present it back here. If what you say is true, people need to be warned - but doing it like this isn't going to get that done. PM me and let's see what you've got.

permalink    embed    save    parent    give gold

[−] gaw-whistleblower [S] 0 points 4 years ago

from /new merchant announcements, those interested in advertising to our audience should consider Reddit's self-serve advertising system.

• Do not post your Bitcoin address unless someone explicitly asks you to.

• Be aware that Twitter, etc. is full of impersonation.

## Related communities

Sorted roughly by decreasing popularity.

• Bitcoin Beginners
• Local Bitcoin communities
• BitcoinMarkets
• BitcoinAirdrops
• BitcoinMining
• BitcoinTaxes [CryptoTax]
• Jobs4Bitcoin
• Girls Gone Bitcoin (NSFW)
• CryptoMarkets
• BitMarket
• BitcoinDiscussion
• BitcoinTechnology
• Best of Crypto
• [More]

Non-Bitcoin communities

• Technology
• Economics
• Crypto
• Anarcho-Capitalism
• CryptoCurrency
• CryptoAnarchy
• [More]

## Join us on IRC

chat.freenode.net #bitcoin

## Other Bitcoin sites

Bitcoin Forum
Bitcoin Google+ Community
Bitcoin Stack Exchange
Bitcoin Magazine

## Download Bitcoin Core

Bitcoin Core is the backbone of the Bitcoin network. Almost all Bitcoin wallets rely on

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.Gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 5 of 25

I am not selling a conspiracy theory.

When Gawminers are claiming this:

"We've produced a miner incapable of negative ROIs because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then you make, and they will always make money."

"Hashlets will be the only miners that will be able to mine to the new ZenPool, the Most Profitable Pool in the World [...] that can deliver payouts almost twice as high as the top pools today!"

"Hashlets are upgradeable. How can a digital miner be upgradeable? Simple, because its digital and we built it"

What risks should be disclosed?

permalink  embed  save  parent  **give gold**

[–] **[deleted]** 3 points 4 years ago

Who cares who you are. Just show us some evidence.

permalink  embed  save  parent

[–] **gaw-whistleblower** [S] -1 points 4 years ago

I think the most effective way is to drop drip evidence. So stay tuned.

permalink  embed  save  parent  **give gold**

[–] **Rootdude** 4 points 4 years ago

I'm still waiting for your PM with supporting evidence I can research. You're pretty busy claiming you are close to Josh and don't want your family 'hurt' and that you think it best to 'drop drip' information (maybe you know something Assange never understood) - but you're still refusing to present anything of substance.

Unless I hear something back from you via PM, I'll just have to assume you don't have any evidence or proof of your claims, don't have Bitcoin's best interests in mind, and I'll just ignore this

Bitcoin Core in one way or another. If you have a fairly powerful computer that is almost always online, you can help the network by running Bitcoin Core. You can also use Bitcoin Core as a very secure Bitcoin wallet.

- Latest stable version: *0.17.0 (Oct 2018)* [BitTorrent]
- Release Announcement
- You *MUST* verify the integrity of this software before running it.

Style sheet credits

The CSS used by this subreddit is the Erdune Theme modified by /u/Annihilia and /u/konkedas. Logo design by /u/Annihilia. Check out his other work here.

*Ad campaign:*

We previously collected donations to fund Bitcoin advertising efforts, but we no longer accept donations. The funds already donated will be spent on some sort of advertising, as intended. As of now, 10.35799117 BTC was spent out of 22.51357574. If you have ideas for the remaining BTC, see here for more info.



**Babywearing By Lalabu**

Get The Shirt That Lends A Hand To New Mom's & Dad's. Learn About Lalabu Babywearing.

MODERATORS                    message the moderators

theymos
BashCo
frankenmint
rbitcoin-bot
Aussiehash
ThePiachu
Avatar-X
DigitalGoose
thieflar
rBitcoinMod
                              ...and 11 more »

 discussions in r/Bitcoin

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com.. : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 6 of 25

thread from now on (as everyone else should if you don't respond). I'll make sure I update everyone at the end of the day today should you fail to contact me.

permalink   embed   save   parent
give gold

82 · 10 comments

The world's first crypto ETF has been approved and it has a big connection to VanEck

[–] [deleted] 1 point 4 years ago

the most effective way

To what, make people think you're completely full of shit?

Why the fuck would I *stay tuned* when you present no evidence.

Do you pay attention to every fucking alien claim and every "I'm Jesus" retard and every "Miracle cure" bullshit. No! You dont. Because they never have evidence.

permalink   embed   save   parent

[–] gaw-whistleblower [S] 0 points 4 years ago

He used sockpuppet accounts to fool people at bitcointalk.org. They are the poster child of censorship on the forum hashtalk.org.

permalink   embed   save   parent   give gold

[–] [deleted] 1 point 4 years ago

Who cares! Those are forum politics, and everyone on the internet is a troll.

permalink   embed   save   parent

[–] Acejam 6 points 4 years ago

This guy is a scam artist. He tried to scam me several times a while back on eBay and Craigslist selling KNC Jupiters. He posted up on Craigslist in the Colorado section with pictures of a Jupiter taken in East Longmeadow, MA, claiming to be from Boulder, and asking me to "send BTC first". I of course did not fall for this tactic, as I've had my fair share of 419eater posts. The exact same ad and pictures were posted in almost every major US city on Craigslist.

The damn guy sent me pictures of miners with GPS coordinates in the EXIF data and still tried to lie about it!

Another similar story:
http://www.reddit.com/r/litecoinmining/comments/1yh23g/has_anyone_here_sold_their_own_rig_on_ebay_and/

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com.. : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 7 of 25

[–] [deleted] 4 years ago

[deleted]

[–] **gaw-whistleblower** [S] 1 point 4 years ago

The one million he had was after he was selling
supposed "cloud" miners.

permalink   embed   save   give gold

[–] [deleted] 2 points 4 years ago

Nope, he had it before that from his previous
companies and funding. If you thing GAW
with its 3 data centers is just financed with
Josh's money you must be really dumb.

permalink   embed   save   parent

[–] **Acejam** 0 points 4 years ago

Whatever you say, Josh.

permalink   embed   save   give gold

[–] **wpstudio** 7 points 4 years ago

You can't be a "whistleblower" unless you provide
evidence. Where's the details? Where's the proof?

permalink   embed   save   give gold

[–] **alienstout** 2 points 4 years ago

Step 1: Make Accusation! Step 2: ????? Step 3:
Aha! Case closed!

This guy is the underpants gnome looking for a new
gig.

permalink   embed   save   parent   give gold

[–] **gaw-whistleblower** [S] -3 points 4 years ago

More evidence will come. Stay tuned.

permalink   embed   save   parent   give gold

[–] **Rootdude** 6 points 4 years ago

So, you're not making accusations, but you do call what
GAW is doing a Ponzi scheme. I'm still waiting for you
to post your factual findings on the matter.

I get that the Hashlet thing is a little hard to grasp, but
here's my take. Hashlets are 1MH shares of larger rigs.
Period, end of story... they don't exist physically other
than as small outputs from rigs they power and
maintain - this is exactly what GHash.io does and has
done for over a year now, but GAW is doing it with
scrypt. They have 750MH rigs that they bought at less
than $1/MH and are reselling the hashes at $16 per. At
that markup, they can do just about anything with that

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 8 of 25

$15+ including, but not limited to, maintaining their own in-house pool that pays out 2x what other pools can manage (using the 1600% profit they made initially to support the payouts) - nearly indefinitely, with, or without an influx of new BTC - because the fees they collect on the Hashlets also go back into the price support on the poolside (ZenPool). I don't have specific inside knowledge of this, mind you, but I think it's clear that the business model is sustainable for the foreseeable future and as some have mentioned here, you do, as a share/Hashlet owner get out of it more than you put into it over a 45-90 day period... unlike GHash.io.

So, is it a Ponzi scheme? Well, if it can run on it's own merits without continuing influx of new investors to pay old investors, it really isn't. Frankly, financially speaking, it's a pretty brilliant business mechanism for those who take advantage of it. The cost of entry is very low - the cost of ownership is manageable, and if there's no erosion of the original investment cost over time through discounting or trading, it's sustainable. Time will tell of course how it plays out, but for the time being, it looks like a nicely executed business plan.

permalink   embed   save   give gold

[–] **anarchyx914**   1 point 4 years ago

Great explanation :)

permalink   embed   save   parent   give gold

[–] [deleted] 1 point 4 years ago

I bought a 1Mh to see what its all about. Really, $16 isn't that much and I figured why not. I'll break even on my investment in 5ish months and at that point Ill just continue to gain the small amounts of btc that I can.

permalink   embed   save   parent

[–] **gaw-whistleblower** [S] 0 points 4 years ago

"We've produced a miner incapable of negative ROIs because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then you make, and they will always make money."

"Hashlets will be the only miners that will be able to mine to the new ZenPool, the Most Profitable Pool in the World [...] that can deliver payouts almost twice as high as the top pools today!"

"Hashlets are upgradeable. How can a digital miner be upgradeable? Simple, because its digital and we built it"

permalink   embed   save   parent   give gold

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com.. : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 9 of 25

[-] cybertiger37  3 points 4 years ago

Hmm cool story... Too bad you failed to deliver any proof :) Boring life huh?

permalink    embed    save    give gold

[-] physalisx  8 points 4 years ago

So, what can we do?

Point out that they're a complete scam, whenever their name drops somewhere. Other than that: nothing.

They will probably catch a few idiots. You can't stop people from being stupid.

permalink    embed    save    give gold

[-] kiisfm  1 point 4 years ago

This, in my experience people actually get mad when you stop them from getting scammed. Anyone remember that fake liquid nitrogen scam?

permalink    embed    save    parent    give gold

[-] totes_meta_bot  2 points 4 years ago

This thread has been linked to from elsewhere on reddit.

- [/r/Buttcoin] In most ironic news of this week, Bitcoiners warn of Ponzi scheme.

*If you follow any of the above links, respect the rules of reddit and don't vote or comment. Questions? Abuse? Message me here.*

permalink    embed    save    give gold

[-] alienstout  2 points 4 years ago

...And it's gone. Hmm, how long until another new guy comes back with the same thing or maybe he's fine with all the sock-puppetry going on at bitcointalk?

permalink    embed    save    give gold

[-] bakedshibe  2 points 4 years ago

they are getting more and more shady everyday. the 24 hour guarantee is no longer on their page. this is convenient since myself and several people bought hashlets last weekend and didn't get activate codes until we called to complain monday morning. and yes now they are just ignoring my tickets. You guys want to buy these hashlets from a company that keeps getting sketchier by the day and trust that they dont disappear at some point with all your hashpower and btc? Regardless of how they started out they are losing the trust of their customers with all their shananigans.

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 10 of 25

permalink  embed  save  give gold

[–] **driverdan** 5 points 4 years ago

Here's my post from another thread about GAW:

I'm so sick of GAW's BS that it's about time I shared some things I found about them a while back. I guarantee you that the merger is fabricated and just a publicity stunt. At least some of the ZenController software was written by Joe Mordica, CTO of GAW Labs. The git repo for software on the ZenController is hosted under GAW Labs' BitBucket account. cgminer on the ZenController is from https://bitbucket.org/GAWLabs/cgminer_client.git (private repo). Joe was dumb enough to include his private key on the ZenControllers along with full bash history (keys removed before posting).

permalink  embed  save  give gold

[–] **kwnewfie** 3 points 4 years ago

*yawn* Sounds like someone is butthurt and ranting.

permalink  embed  save  give gold

[–] **wajiminer** 2 points 4 years ago

Geez guys. There's a very simple explanation. Say gawminers hooked up a ton of vaultbreakers. 750 mhash probably costs $108/month in electricity. Now they turn around and sell these in digital form which has a maintenance cost of .08/mhash. Which equals 1800/month in fees for one vaultbreakers that they've split up into digital hashlets.

Do I think they're mining yes. Do I think they've come up with a fantastic new algorithm that has double the payouts. No. What they're doing is sharing the profit they make on the fees to up the payments.

permalink  embed  save  give gold

[–] **btcsa** 2 points 4 years ago

That sounds to me like what is happening. They have a ton of hardware, are mining regardless of customers, and as you buy hashlet MHs, you get a piece of the profit, and they make their money on the initial purchase you make to enable your piece of the pie, and then the maintenance fees.

permalink  embed  save  parent  give gold

[–] [deleted] 0 points 4 years ago

Oh snap, so its basically like investing in a company and then getting dividends on top of your stock?!

permalink  embed  save  parent

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 11 of 25

[–] **paleh0rse** 3 points 4 years ago

So far, you've only provided evidence that he uses shill accounts to defend and promote GAW. That's hardly earth shattering or new.

What else ya got? Seriously what, exactly, are you "blowing the whistle" on?

I have little doubt that the entire Hashlet thing is a scam, but I'm also sick of people making accusations around here without any real evidence at all. Please tell me you have more...?

permalink   embed   save   give gold

> [–] **gaw-whistleblower** [S] -1 points 4 years ago
>
> Do you trust a guy with mythical miners that promise to always ROI?
>
> Who thinks creating sockpuppets is ok?
>
> permalink   embed   save   parent   give gold

>> [–] **cybertiger37** 2 points 4 years ago
>>
>> No more or less than trusting some random asshole on the internet making stupid "whistleblowing attempts"
>>
>> permalink   embed   save   parent   give gold

[–] **n2nshadow** 3 points 4 years ago

I don't see any REAL evidence anywhere. These same posts have been posted on BCT, by someone who continues to change his usernames and troll the boards. Here are a couple of real facts: GAW has already delivered asic miners all around the world to many people. Their webpages, products, controllers, ect all work correctly. Most all of their customers are satisfied with them, myself included. Now I don't honestly know what is going on behind the scenes, but at this point I'm pretty happy with them.

permalink   embed   save   give gold

> [–] **gaw-whistleblower** [S] 1 point 4 years ago
>
> I am actually very close to GAWminers and am not of those people. More evidence will come. Stay tuned.
>
> permalink   embed   save   parent   give gold

>> [–] **cybertiger37** 1 point 4 years ago
>>
>> Hmmm...Guess you're full of shit? kthxbye.
>>
>> permalink   embed   save   parent   give gold

[–] **GAW_Amber** 1 point 4 years ago

Hi! I can completely understand you having questions about Hashlets, we are working right now to answer

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 12 of 25

everyone's questions. It is new and exciting which can also fuel skepticism. If you come by our community, which i encourage you to do! It is filled with new and avid miners alike. The feel of the whole community is positive. Even, when customers are frustrated or experiencing issues, this is the place where you can find resolution. Our main goal for GAWMiners is to change the industry for the better and offer our customers a chance to make ROI and have fun! We stand behind our company and our customers. Please email me if you have any further questions! amber@gawminers.com or come see me at https://hashtalk.org/

Thanks! Amber

permalink   embed   save   give gold

[–] [deleted] 3 points 4 years ago

Hi Amber,

I bought a 1Mh hashlet just to try my hand at it. I get my ROI in about 5 months. How am I assured that you just wont close down my hashlet/your business before the 5 month point? I really like the idea but I would prefer not to be out of my btc that I earned/my hashlet in a few months.

permalink   embed   save   parent

[–] sfehrman 2 points 4 years ago

I find it funny you expect some kind of guarantee on your purchase. There are thousands of companies that have a product and they claim it is a miracle product and next thing you know they are out of business because the product was junk. Sure you are thinking I still physically have the junk product, where I don't physically have the hashlet. Which is true, but what good is being able to hold a junk product that doesn't work as advertised, you might as well throw it in the trash. This isnt like putting your money into a Bank Savings account that is government backed. Of course there is risk when you are talking about a crypto currency. What if you purchased a stock and then the company tanks your stock could be worthless. They firmly believe the Hashlet will be an amazing profit that will ROI for everyone, but they cant control the coins, they could all crash and be worthless. I have purchased Miners and Hashlets from them. Have I made ROI? No, I keep reinvesting a lot of it right now. Will I be mad if it all goes downhill and I lose the thousands I have, hell yes I will be. BUT I dont expect any kind of guarantee from them, it

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 13 of 25

is the risk I am taking mining coins. If you dont want the risk leave your money in the bank.

permalink   embed   save   parent   give gold

[–] [deleted] 3 points 4 years ago

Hah, I work in banking.

Anyways, I bought a hashlet because I wanted to give it a shot, it was extra cash so losing $16 will not be the end of the world.

That said, I would like to see the company act professional and A) Have agents to chat with on their website (never any) B) Get a functional support website (kept claiming I had zero tickets register when I had emails stating I had opened some C) have some form of customer service.

I expect zero guarantee; however I would like to see that this is an honest business attempt and not just a quick cash grab. $16 isn't the end of the world but I do like to know I invested in a decent company.

permalink   embed   save   parent

[–] sfehrman 1 point 4 years ago

Fair enough. I would have to agree their website Chat is useless there is never anyone available. They need to remove it if they aren't going to use it. I have had the best luck when contacting them using Hashtalk.org I can't guarantee this isnt a quick cash grab but they have been around for a little while, not just a brand new start up.

permalink   embed   save   parent   give gold

[–] bakedshibe 1 point 4 years ago

this is a retarded arguement to a valid concern of many with all the shady shit that gaw keeps dishing out. So you don't care about buying hashpower that they can take off with at any point? If they had been more upfront about shit and gained some trust that they are going to be legit than maybe i wouldn't worry so much about it, but they keep doing fucked up shit and more and more as time goes on. 24 hour guarantee is gone, it was there 4 days ago. They dropped the ball this weekend and didn't send codes to a shitload of people, rather than say sorry and honor the 24 hour guarantee they took it down and are ignoring the tickets people

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 14 of 25

filed well within their right to do so. This kind of thing should concern everybody. why? because if this is how they handle things they won't hesitate to bail when things get tough. and more importantly they are opening themselves to several lawsuits by not honoring their guarantee and then trying to act like it never existed. well when (not if) they do this and it catches up to them guess what they have to close up shop and their goes the hashlets. this is not the kind of company i'm going to trust not to fuck me over given the chance.

permalink    embed    save    parent    give gold

[–] **BitcoinBrains**  2 points 4 years ago

Have you stopped replying to my tickets?

permalink    embed    save    parent    give gold

[–] **GAW_Amber**  1 point 4 years ago

I apologize, what are your ticket numbers?

I will be happy to look.

permalink    embed    save    parent    give gold

[–] **gaw-whistleblower** [S] -2 points 4 years ago

They created that forum because they could not handle the heat on bitcointalk.org.

Hashtalk.org is a heavily moderated forum.

permalink    embed    save    parent    give gold

[–] [deleted] 5 points 4 years ago

I don't see any evidence or reason to suspect them of being dishonest. You gave no reasons. All you said was they are figuring out ways to gain positive PR.

permalink    embed    save

[–] **throwaway172a4**  2 points 4 years ago

If you are a victim, write complaint to the Federal Trade Commission, the CFPB and your state's consumer protection agency.

permalink    embed    save    give gold

[–] [deleted] 2 points 4 years ago

Their data centers are not real too? They photoshopped the pictures and are not really mining :D

https://hashtalk.org/t/data-center-pictures/6448

permalink    embed    save

[–] **btcsa**  3 points 4 years ago

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 15 of 25

I have put them to the test, bought 1MH for $15.99. I am putting all the costs and maintenance and earnings etc into a spreadsheet. The way I see it, they are mining now anyway, regardless of if a customer has bought the hashlet or not, that MH you are going to buy is already mining. If a customer buys hashlet mining, then they allow that customer to get the mining profits of the amount of MH they have purchased, but they charge a maintenance fee per MH per day too. It costs money to run their farm, so I would guess they do pay out the correct BTC per MH to the customers, but make it worth their while by charging the maintenance fee and the initial startup fee per MH. They say the maintenance fees will go down over time, I suspect that as they upgrade hardware all the time, and use miners that are more and more efficient, that will affect your maintenace. They use zenpool too, which has a much higher BTC / MH rate, today its 0.00066506 per MH, which is much higher than other pools. So far, the 1MH Hashlet has mined 0.00069156 btc over a 24hour period. The maintenance cost was 0.00014984 btc, for a total of 0.00054172 profit for the day (not counting the cost of the miner). The 0.00069156 mined was just over 2% of the cost of the rig.

permalink   embed   save   **give gold**

[–] **iamthinksnow**   3 points 4 years ago

Why, at that rate, you'll turn a profit in just 59 days!

Let me go ahead an make a note to return to this thread in 58 days.

permalink   embed   save   parent   **give gold**

[–] **[deleted]** 1 point 4 years ago

RemindMe! 58 days

permalink   embed   save   parent

[–] **RemindMeBot**   1 point 4 years ago

Messaging you on 2014-10-20 14:27:15 UTC to remind you of this comment.

CLICK THIS LINK to send a PM to also be reminded and to reduce spam.

[FAQs]  |  [Custom Reminder]  |  [Feedback]  |  [Code]

permalink   embed   save   parent   **give gold**

[–] **btcsa**   1 point 4 years ago

https://docs.google.com/spreadsheets/d/1g3Tx mHJrFiQtZv1o0-aroB5ut- CJoQNBTbL1aOQFqTg/edit?pli=1#gid=0

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 16 of 25

[–] **btcsa** 0 points 4 years ago

This is the test yes, is it possible or not...time will tell, please remind me in 58 days!

permalink  embed  save  parent  give gold

[–] [deleted] 4 years ago

[deleted]

[–] **RemindMeBot** 2 points 4 years ago

Messaging you on 2014-10-18 15:43:34 UTC to remind you of this comment.

CLICK THIS LINK to send a PM to also be reminded and to reduce spam.

[FAQs] | [Custom Reminder] | [Feedback] | [Code]

permalink  embed  save  give gold

[–] [deleted] 0 points 4 years ago

Hey! I made my ROI back and doubled my initial investment actually! Figured I'd reply after those 59 days!

permalink  embed  save  parent

[–] **btcsa** 1 point 4 years ago

My first purchase of hardware that I converted to hashlets has got ROI and is turning a profit nicely :) The zen miner I got for $15.99 will be there in about 2 weeks or so I think. So far I am happy. Since I have got my ROI on my first purchase, I have used the profit to buy more hashlets, so every day I withdraw some btc, and leave some to accumulate until I have enough for a hashlet. I have withdrawn more btc than I sent in the first place, including the $15.99 for the zen, and I have more hashlets than I started with, but if you only looking at the ROI on the zen in the spreadsheet, its still got a few days to go.

permalink  embed  save  parent  give gold

[–] **driverdan** 1 point 4 years ago

You completely missed the point. Hashlets don't exist, there is no hardware. They are completely fake.

permalink  embed  save  parent  give gold

[–] **btcsa** 2 points 4 years ago

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 17 of 25

↑ That is how I understand it yes....they have a
ton of miners hashing, and you buy a MH as a
'hashlet', but the pictures are just artist
renderings, there are no real hashlets, only their
existing miners that are already mining, you
just rent a piece of the pie.

permalink   embed   save   parent   give gold

[–] driverdan  -4 points 4 years ago

| they have a ton of miners hashing

No they don't! That's the whole point. There
is no hashing, it's entirely fake. They are
making up everything out of thin air.

permalink   embed   save   parent   give gold

[–] [deleted] 2 points 4 years ago

Do you have proof of this? Because I
keep seeing you and OP yell it yet no
one is providing photos or anything.

permalink   embed   save   parent

[–] driverdan  -1 points 4 years ago

| yet no one is providing photos or
| anything

You're right, GAW hasn't provided
photos of anything. They showed
some photos of a small amount of
hosted mining hardware. I estimated
the output of the hardware in the
photos yesterday and IIRC it was
something like 3Gh scrypt and 10Th
SHA256. This is most likely existing
hosted hardware from before Zen.
They never posted pics of that
hardware either but we know it exists
since the owners control it and point
it to any pool they want.

The returns they are claiming for
their ZenPool are literally impossible.
There is nothing scrypt-based to
mine that can earn that much,
including rentals.

They haven't provided a single shred
of evidence that any "hardware"
listed under ZenMiner is real. Multiple
pool owners have claimed that they
have received no hashing power from
GAWZen.

permalink   embed   save   parent   give gold

↑ [–] [deleted] 1 point 4 years ago

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 18 of 25

I know they are currently offering hashlet's to current owners who own physical machines to exchange. I imagine they'll add that to their arsenal. I imagine they are making a large profit themselves from their own machines.

If not, then I'll just have to dispute this on my credit card in a while as fraudulent lol. But if not, then oh well. $16 is three lattes.

permalink   embed   save   parent

[−] **btcsa**   1 point 4 years ago

Here there are some pictures of miners, so they do have some mining away that they can be selling MH as hashlets from.

https://hashtalk.org/t/vaultbeakers-come-early/7605

permalink   embed   save   parent
give gold

[−] **btcsa**   1 point 4 years ago

I get what you are saying, I didnt before....No, I dont know if they really do....I have assumed that since they have sold tons of hardware miners to real people who have got their products, they probably have real miners. That is what I am assuming...of course I could be wrong, but I think its more likely than not having miners at all. How do you know its entirely fake?

permalink   embed   save   parent   give gold

[−] **cybertiger37**   1 point 4 years ago

Sort of like everything you've said, made up out of thin air... Good job man.

permalink   embed   save   parent   give gold

[−] **gaw-whistleblower** [S] -1 points 4 years ago

How do you know they have the miners? What proof do they give?

What if they did fractional reserves as gavin said?

permalink   embed   save   parent   give gold

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 19 of 25

[–] [deleted] 2 points 4 years ago

Hi, i am not affilliated with GAW in any way - in fact, i simply bought a 5mhs hashlet last weekend, and since then, i've been studying the ongoing theories that are out here.

I also took a look at the blockchain - here is what I found (And, indeed, indicates they are actively mining, however i cannot say it is "proof", as I'm no expert here by any stretch - anyhow, check it out - let me know what you think, as I am still kind of confused.

I purchased a hashlet a few days ago - Here is where my BTC i spent wound up -

https://blockchain.info/address/1KQxLLQ Nxgn2upd4TtGbtiRdm3f5UWC9k8

Interestingly, If you google that wallet address, you can see it is actively mining on (at least) nicehash and clevermining.

NIcehash - https://nicehash.com/? p=miners&a=0&addr=1KQxLLQNxgn2up d4TtGbtiRdm3f5UWC9k8

clevermining - http://www.clevermining.com/users/1KQ xLLQNxgn2upd4TtGbtiRdm3f5UWC9k8

permalink   embed   save   parent

[–] bakedshibe   1 point 4 years ago

i find it funny that gaw has fake pictures of their fake hashlets. photoshopped pictures of their "datacenter" and take down the 24 hr guarantee after they fucked up a bunch of peoples orders this past weekend and are now ignoring the tickets and acting like the 24 hr thing never existed. These guys that are defending them must not be very bright to see that a company that operates like this is not really a long term sure i trust you to not get sued and close up or just take off with my hashpower kind of business.

permalink   embed   save   parent   give gold

[–] abridged86   1 point 4 years ago

I'm also convinced that GAWminers is a scam but I still invested a lot of bitcoins in hashlets. I'm confident I'll ROI before they shutdown. PBMining is shady as hell

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS    Document 254-2    Filed 09/02/21    Page 20 of 25

and it lasted this long. GaW has been way more transparent with their mining, showing pics of datacenters, investing in btc.com domain, shipping miners, office pics, staff pics.

I don't care if hashlets aren't real. What I care about is a lot of people believe in GaW. The hashtalk community is loyal as hell to GAW. Pretty impressive since it's free marketing for GaW. Because of all those reasons I pointed out above, I truly believe this ponzi is going to last for a while. Josh is in it for the long run and I'll ride along.

permalink    embed    save    **give gold**

> [–] **gaw-whistleblower** [S] -2 points 4 years ago
>
> If they just straight up said this was a financial product with no actual hardware backing them up then I would not be here.
>
> permalink    embed    save    parent    **give gold**

[–] **[deleted]** 1 point 4 years ago

Complete and utter bullshit by a spammer and a troll.

This guy used multiple accounts on bitcointall posing as jennak, df2k2, and now gaw_whistleblower :D You can find their newbie accounts on bitcointalk.

He keeps repeating the same bullshit over and over again affraid to post any proof or reveal his identity.

permalink    embed    save

> [–] **gaw-whistleblower** [S] -1 points 4 years ago
>
> I might choose to reveal my identity in the future but as of now. I have a relationship with Josh Garza and do not want to jeopardize my family.
>
> permalink    embed    save    parent    **give gold**
>
> > [–] **alienstout** 4 points 4 years ago
> >
> > I lol'd
> >
> > permalink    embed    save    parent    **give gold**

[–] **Allen1980s** 1 point 4 years ago*

I purchased a 100 Mh/s Hashlet from GAW on Aug 17th, 2014 at around 16:30. To date, I have earned slightly more than 0.38 BTC or $192.05 (as of this posting) after maintenance fees. At this rate, I expect to recover my $1599.99 investment at around 53-60 days. Although I understand that people may think this to be a Ponzi scheme, knowing the past performance of GAW leads me to believe they have implemented a business model that all of the other hardware vendors have already been using, only this time, they are letting outsiders buy into the model. What is the model? They

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 21 of 25

are mining with their own machines and using their own multipool, and they are sharing the profits from the whole scheme. Unlike BFL and other past and current "hardware" builders, who consistently miss their delivery dates over and over each year, they probably are just using their produced hardware to mine for their own benefit, or in this case, anyone willing to buy in. Why are BFL, KnC, and other hardware vendors missing their own delivery dates? They are taking the pre-order money, building the machines, probably mining with them for more profit, then shipping the outdated, used machines to the end-users who prepaid for them the year before. What is GAW likely doing? They are using your money, building the machines and mining with them, while actually paying you a rate of return for it to boot. I could not care less whether there is a machine with my name on it out there somewhere. If they are selling me a crypto version of a "time share," who cares? If my rate of return is positive and I make my investment back, in a reasonable time period, and with a reasonable long term continued rate of return, why should I care? Can you say that with KnC, BFL, or any other hardware vendors who have yet to make a delivery on time? How many have pre-purchased hardware only for the product to be months or quarters late, or flat-out undelivered? Plus, how many times have you received the hardware so late that the break-even was "infinity?" I have a rig in a room of my house that cost me $4100 to be built, only to be shut off 4 months later, because the costs to run the GPU-based rig were more than what the mining produced. For the person who started this thread, with the poorest of English skills, I say to you that you are a fraud. I also believe you represent one of the piss-poor vendors who have been secretly mining with pre-paid users' machines you haven't delivered. I also believe you think that anyone is going to give two shits about your accusations. Why? Because you have nothing, can produce nothing, and therefore are "nothing." At least some of us can see through the cryptic vale and understand that the GAW business model is allowing people to buy into a business model where GAW can use the money to innovate newer technology along the way, supporting the pledge "you will always be mining at a profit" and "because over time your miner will be upgraded." If GAW had gone public, through a stock offering, they would be subject to all sorts of regulations and requirements. In this case, if I am correct, they bypass all of the stock requirements and just allow people to buy into the model directly, something resembling partial business ownership without the voting right. I'm fine with that, and I actually applaud it. It is a creative business model, and I am willing to go for the ride. If I lose, it is my money,

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 22 of 25

not yours. Your "alarm" to the public is more or less, somehow self-serving, and anyone who reads this rubbish should take that in mind. As my proof that my Hashlet is working and producing, I have attached imgur links to screenshots. Sorry I blocked my user information so you couldn't steal my account. I hope you catch the innuendo of how I can make you look like some crook too, without any proof one way or another. You know, I might actually be your boss at work (as you quoted: "I am near Josh").....notice anything strange in your cubicle in the last 4 days?

Imgur
Imgur Imgur

permalink   embed   save   give gold

[–] **Could_Care_Corrector**  2 points 4 years ago

"couldn't care less"

permalink   embed   save   parent   give gold

[–] **Allen1980s**  1 point 4 years ago

Good catch. Fast reader! ;)

permalink   embed   save   parent   give gold

[–] **tdub697**  2 points 4 years ago

I worked professionally with another one of GAWs businesses and they screwed us pretty good. They only thing they know how to do is get people's hopes up.

permalink   embed   save   give gold

[–] **gaw-whistleblower**  [S]  0 points 4 years ago

Yes, and this is detrimental to the bitcoin community. I believe people can do whatever they want and buy whatever they want.

It is the fraud that scares me.

permalink   embed   save   parent   give gold

[–] **Bearaidz**  1 point 4 years ago

Sounds like Proof of mad to me.

permalink   embed   save   give gold

[–] **gaw-whistleblower**  [S]  0 points 4 years ago

I have more evidence that I will reveal.

permalink   embed   save   parent   give gold

[–] **cybertiger37**  2 points 4 years ago

"more" evidence indicates that you had any to begin with... fail harder bro.

permalink   embed   save   parent   give gold

[–] **acruxksa**  1 point 4 years ago

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 23 of 25

⬆ Regardless of what they're doing or not doing, I'm pulling in about .047 BTC per day with 75MH/s of hashlets. That's AFTER they're $0.08/MH/s fee is deducted.

It beats my nicehash mining by a substantial margin. So what if it slowly tapers off, it's been way higher than any other mining pool/hardware since hashlets became available 2.5 weeks ago. These type of returns probably can't be maintained indefinitely, however, neither can any of the other mining pools/schemes. All I know is that I've gotten very nice returns over the past 17 days. There are other benefits to the hashlets, for instance, they are on record stating that the maintenance fees will never rise and in fact will drop. They have also hinted at the possibility that we can mine other algo's besides scrypt. Think about that for a second! I'm already seeing better returns per MH/s than any other scrypt mining option AND my fees will not go up AND there is a possibility that I can switch algo's at some point in the future. Most people are happy with just the first two, but with a chance for all three..............

Also, I've got 6 fury's at home that I purchased from them in 3 separate purchases over the past 3 months. All 6 arrived in perfect condition and have been mining hashing away on nicehash @ 340Mhz for over 17days since my last reboot. http://imgur.com/SPYRRTs No hardware issues at all.

Over the last couple months, I've seen several disgruntled people post about their poor experience with gawminers, but pretty much everyone of them had issues of their own making. ie, they wanted to exchange a purchased product for something else before they received it after it had already shipped. Or they received a product that was faulty and wanted store credit, then changed their mind and wanted a different product then changed their mind again and wanted their money back after purchasing a new miner with store credit. Pretty much seems to me that the same couple people have been responsible for most of these threads. I'm betting this is one of them given the throw away reddit username.

I'm not saying GAWminers is perfect, they have made mistakes, but most people will tell you that they eventually make things right. Sadly, there are people out there who need INSTANT gratification so when they e-mail or PM someone at 11PM on a Friday night and don't get an answer in an hour, they assume they are being robbed. All without even realizing what time it is where the person they are messaging lives.

In summary, They've always done right by me with

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 254-2   Filed 09/02/21   Page 24 of 25

every one of my purchases which include shipped asics, hosted asics and now hashlets. I'm giving them the benefit of the doubt.

permalink    embed    save    give gold

[–] [deleted] -1 points 4 years ago

Oh, don't spoil the fun. People who buy these packages deserve to lose their muh-neh.

permalink    embed    save

[–] gaw-whistleblower [S] 2 points 4 years ago

No one deserves to be scammed.

permalink    embed    save    parent    give gold

[–] jonstern -2 points 4 years ago

Yeah. Without getting slapped in the face multiple times, how is anyone going to learn the nuances of crypto and mining? If it was easy, everyone would do it. The Hashlet is the perfect scam to suck away enough peoples money so they learn their lesson and actually do research and educate themselves properly!

permalink    embed    save    parent    give gold

[–] azoth218 0 points 4 years ago

I bought a gridseed ASIC miner from them, not even close to the projected ROI. I had an issue with it in the beginning and needed tech support as they promised. Called and left multiple messages, sent emails, never got a call or an email back. It's been months now and I got an email recently asking how their support was.... Ridiculous. I fixed the issue myself and will not be doing business with them again

permalink    embed    save    give gold

[–] BitcoinBrains 0 points 4 years ago

I purchased some miners from these guys and two of them arrived with visible burned on the circuit boards in completely inoperable condition.

I've been requesting a refund for these for about 3 weeks now and they have basically stopped replying to my emails or tickets.

Here are some pictures: 1 2

As far as I'm concerned these guys are a straight up fraud operation. I think its pretty likely that the whole hashlet thing is a ponzi scheme based on everything else they have pulled.

permalink    embed    save    give gold

[–] jonstern -1 points 4 years ago

Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

All cloud mining is a scam.

permalink    embed    save    give gold

about

blog
about
advertising
careers

help

site rules
Reddit help center
wiki
reddiquette
mod guidelines
contact us

apps & tools

Reddit for iPhone
Reddit for Android
mobile website

<3

reddit premium
reddit coins
redditgifts

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2018 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

Advertise - business / finance

π