# Exhibit B (DX-536)

- Recent
- Tags
- Popular
- Users
- Search

- Register
- Login

Search

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

- Profile Toggle Dropdown
    - Following
    - Followers
    - Topics
    - Posts
    - Favourites



**hashslinger**

@c3rberu5 No worries! I didn't find your comment offensive.

The image is what I found troubling.

Hey, announcement soon!

posted in Hashlets & Hashstakers • read more


hashslinger

@c3rberu5 Thanks for clarifying. I don't wish to misrepresent you.

I'll just represent myself:

I consider this kind of exploitation no more acceptable on this forum than sexism we've seen moderated before.

If we want this company, this forum, or bitcoin to be something widely accessible, this kind of representation has no place here.

posted in Hashlets & Hashstakers • read more


hashslinger

@c3rberu5 said:

> @mramerican404 i didnt say it wasnt funny. just something not quite right about that picture

"not quite right" — you mean racist?

posted in Hashlets & Hashstakers • read more


hashslinger

@nadeaup I recommend picking up "physical miners" instead of "physical minors." Some states frown upon that.

posted in Bitcoin Discussions • read more


hashslinger

@uzzuzz said:

> sadly when they show the multipool avg payout earlier so low and makes me switch pool ... i should have stick with multi

I'm in the same situation. I switched pools when I saw the low payout rate. When the information is not reliable, we just do the best we can do, right @jmordica?

posted in Service Status • read more


hashslinger

@beanhead Well, we could call them "exploiters" of bugs who are ruining the community, but it makes me think about corporate tax lawyers who advise companies to take advantage of tax loopholes. Sometimes taking advantage of tax loopholes really does hurt the community on the scale of millions of dollars. It's perfectly legal. It's bad form. And the people who are doing it are the most informed ones with the most to gain. But the problem lies more with the tax code. How are you going to punish people because of bad intentions? Sometimes when you introduce new code, you introduce unintended consequences.

Uh oh, just realized I'm talking to a cryptocurrency crowd... maybe the federal government wasn't such a hot analogy!

@jmordica Cool about the rocket turning red! Also like that while it's active there's now a luminous red glow around the hashrarte lozenge. Nice touches!

posted in Announcements • read more


**hashslinger**

@jmordica said:

> we will be reconciling all accounts in order to adjust the payout balance accordingly (for the last 2 days only) so that you will be paid out the regular hashing speed instead of the boosted speed.

I get that zenminer lost money because they released a product that could be hacked to function differently than it was intended to work. People who took advantage of that loophole likely made an extra dollar, but on the scale of the whole company that adds up. Still, there's another way to go about dealing with the losses:

Why not give everybody with Primes the boosted hashing power they would have gotten if they had fired their rockets twice as in that first 24-hour period? Turn this into an opportunity for great PR to help customer (and potential customers) appreciate why Primes are worth the $99. Email to all customers saying, "Hey, we just gave you this nice gift for being Prime customers."

There may also be a problem of misaligned incentives: If you pay people for acting like hamsters to click buttons for a reward, guess what? They'll keep clicking the buttons. Perhaps the zenminer team could explain the rationale for the design of Project Boost. Do you want to encourage engagement with the platform? Maybe it will work as you hope it will, but I'm not clear what you hope for really. Please explain.

Cloud mining appeals to some people because it is so "zen" compared to mining at home. We pay for hosting and maintenance. We get peace and quiet. But the current boost risks turning customers into neurotic hamsters, not zen cloudmining people.

Finally, customers want to know their investments are secure the high tech world of cryptocurrency and the cloud. Sure, you can blame greedy customers. But this is not the first time the zenminer system has been manipulated (the NiceHash pool, for instance, was vulnerable). The company gives itself a black eye each time they release a product that undermines customer confidence in the security of the system. I think customers might feel more reassured if the company said, "Ooops, we messed up. We'll make it right by learning from our mistakes. We will take our lumps and make it right for our customers because we are committed to continuing to earn your trust with your investments."

posted in Announcements • read more



**hashslinger**

Happy birthday! @AnimoEsto

posted in The Lounge • read more



**hashslinger**

@stefffe So glad they honored the transfer in progress!

Go GAW!

posted in Private Marketplace • read more



**hashslinger**

@LordDarkHelmet Thanks for sharing your work on this. Healthy dose of realism.

posted in Hashlets & Hashstakers • read more



**hashslinger**

Yes! Thanks, @ZenMiner_Leah ! You've been a great help with transfers!

posted in Hashlets & Hashstakers • read more



**hashslinger**

Sold then. Seeking escrow to complete the purchase.

posted in Private Marketplace • read more



**hashslinger**

I think chat is working again, so send me your email via chat. Thanks!

posted in Private Marketplace • read more



**hashslinger**

Thanks. Chat seems to be down. I am arranging escrow. I need to provide your email address to escrow service. Also, I have raised my bid just a little.

posted in Private Marketplace • read more

×

## Upload picture

Upload a picture

You may only upload PNG, JPG, or GIF files (max. kbs.)

Success
Close Upload picture