# Exhibit D (DX-577)

- Recent
- Tags
- Popular
- Users
- Search

- Register
- Login

-

Search

-

  -

Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in **read-only mode**.

Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).

1. Home
2. Crypto Mining
3. cointellects users must read this !!



- [elmersaid](elmersaid)

**cointellects users must read this !!**

after use some methods to accelerate my income from cointellect. now i need to verify my account with phone number and credit card with cash and more other things

because :

- o  i rent a miner to mine in my account and others user use it too so many accounts with the same ip
- o  sign up with a proxies or vpn to my dashboard

don't do those thing now my balance won't change and i can't withdraw my earning also i contact support to help me because i don't have a credit card they reply with this message :
*'''''
Our platform filter can detect and block accounts for a number of reasons including risk prevention, abuse detection, and other security purposes.

Unfortunately, support staff are unable to manually unblock accounts which were caught by our filters. To unblock your account, you will need to complete the verification process found on your user dashboard.
'''''*
they show me a list of ips used by me and was used by others too !!

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

**elmersaid** posted , last edited by **elmersaid**

- o  Watch
- o  Favourite 0
- o
- o  Share this Post
- o  Facebook
- o  Twitter
- o  Google+
- o

- • 0

- • Posts **22** | Views **860** • browsing

Reply

elijah

@elmersaid i think this is the scam hype that has been mentioned multiple times...
apparently they want you CC details so they can take all your money

get your adverts seen http://ViralAdBuilder.com/?rush=nonbody
mine xpy quickly and easily :https://www.eobot.com/user/85617
free mining power https://hashocean.com/?rid=186672
ZWb3bGliJiVstvttLzQzbmfGf2Nrdr5vetelbeYeYQ
Pm for a friendly chat

**elijah** posted

- o
- o  Favourite 0
- o
- o  Share this Post
- o  Facebook
- o  Twitter
- o  Google+
- o  [                ]

- 0



- elmersaid

@elijah said:

@elmersaid i think this is the scam hype that has been mentioned multiple times... apparently they want you CC details so they can take all your money

no !!
after some users use illigible method some user have 100 accounts and 100 vps and they use it to make more $
so they have just 1 credit card !
this is how they want to stop them from abusing system

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

**elmersaid** posted

- o
- o  Favourite 0
- o
- o  Share this Post
- o  Facebook
- o  Twitter
- o  Google+
- o

• 2

 RobbedStatsUK

i have been using cointelect for 4 months not one problem always paid daily and always had profit got 45 mhs running there one of the only sites I have made any money on

http://cointellect.com/?code=fc8c8511
http://moonbit.co.in/?ref=76717e273302
https://emicoin.com/?ref=E52121465 investment
http://boxbit.co.in/?ref=1PG6inPkEA2V3uKURgAFkwQZLrdH8XazYr

**RobbedStatsUK** posted

- o
- o Favourite 0
- o
- o Share this Post
- o [Facebook](#)
- o [Twitter](#)
- o [Google+](#)
- o

- 2



- elmersaid

  @RobbedStatsUK said:

i have been using cointelect for 4 months not one problem always paid
daily and always had profit got 45 mhs running there one of the only sites
I have made any money on

that's true they have a nice service me too i withdraw many dogecoins there and daily too
this the first time i found a problem like this !!

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

[elmersaid](#) posted

- o
- o Favourite 0
- o
- o Share this Post
- o [Facebook](#)
- o [Twitter](#)
- o [Google+](#)
- o

- 1



- [Tom_Ewok](#)

[@elmersaid](#) Did you bought a demo contract from them ? I avoided the cc verification by
doing so

24 years old guy learning web development and living in South Of France.
Passionate by art, music and crypto currency enthusiast.

**Tom_Ewok** posted

- o
- o Favourite 0
- o
- o Share this Post
- o [Facebook](#)

- o [Twitter](#)
- o [Google+](#)
- o

• 1

 [RobbedStatsUK](#)

yes i keep telling people to join even if they get the 10 mhs contract

[http://cointellect.com/?code=fc8c8511](http://cointellect.com/?code=fc8c8511)
[http://moonbit.co.in/?ref=76717e273302](http://moonbit.co.in/?ref=76717e273302)
[https://emicoin.com/?ref=E52121465](https://emicoin.com/?ref=E52121465) investment
[http://boxbit.co.in/?ref=1PG6inPkEA2V3uKURgAFkwQZLrdH8XazYr](http://boxbit.co.in/?ref=1PG6inPkEA2V3uKURgAFkwQZLrdH8XazYr)

**RobbedStatsUK** posted

- o
- o Favourite 0
- o
- o Share this Post
- o [Facebook](#)
- o [Twitter](#)
- o [Google+](#)
- o

• 0

 [RobbedStatsUK](#)

no i have 2 10 mhs contract and a 25 mhs contract

[http://cointellect.com/?code=fc8c8511](http://cointellect.com/?code=fc8c8511)
[http://moonbit.co.in/?ref=76717e273302](http://moonbit.co.in/?ref=76717e273302)

https://emicoin.com/?ref=E52121465 investment
http://boxbit.co.in/?ref=1PG6inPkEA2V3uKURgAFkwQZLrdH8XazYr

**RobbedStatsUK** posted

- 
- Favourite 0
- 
- Share this Post
- Facebook
- Twitter
- Google+
- 

- 0



- elmersaid

@Tom_Ewok said:

@elmersaid Did you bought a demo contract from them ? I avoided the cc verification by doing so

did you buy it with a CC ?

i can't buy it i don't have any incomes i am just a student

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

**elmersaid** posted

- o
- o Favourite 0
- o
- o Share this Post
- o Facebook
- o Twitter
- o Google+
- o

• 0

RobbedStatsUK

i used a debit card the first 10 mhs i bought i ger my money back under 2 months 3rd month was profit so i bought another 10 mhs and so on

http://cointellect.com/?code=fc8c8511
http://moonbit.co.in/?ref=76717e273302
https://emicoin.com/?ref=E52121465 investment
http://boxbit.co.in/?ref=1PG6inPkEA2V3uKURgAFkwQZLrdH8XazYr

**RobbedStatsUK** posted

- o
- o Favourite 0

- o
- o Share this Post
- o [Facebook](#)
- o [Twitter](#)
- o [Google+](#)
- o [            ]

• 1

 [Tom_Ewok](#)

[@elmersaid](#) No, don't use a cc on cointellect, buy it with btc, the demo contract is 15€ and after that your account will be verified
I would not give them my cc info if i was you

24 years old guy learning web development and living in South Of France.
Passionate by art, music and crypto currency enthusiast.

**Tom_Ewok** posted , last edited by **Tom_Ewok**

- o
- o Favourite 0
- o
- o Share this Post
- o [Facebook](#)
- o [Twitter](#)
- o [Google+](#)
- o [            ]

• 2



- [elmersaid](elmersaid)

@Tom_Ewok
me too i don't have a CC to give them !
its so expensive if i will buy it from my country its about 1650 in my country !! hhhh

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

**elmersaid** posted

- o
- o Favourite 0
- o
- o Share this Post
- o Facebook
- o Twitter
- o Google+
- o

- • 0



- Tom_Ewok

@elmersaid If 15€ is so expensive for you there's nothing more you can do, if you buy it from your country the price will remain the same in btc.

24 years old guy learning web development and living in South Of France.
Passionate by art, music and crypto currency enthusiast.

**Tom_Ewok** posted

- o
- o Favourite 0
- o
- o Share this Post
- o Facebook
- o Twitter
- o Google+
- o

- 0



- elmersaid

@Tom_Ewok
yes i know the price is the same in btc !!
also in btc is expensive i am new in cryptocurrency

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

**elmersaid** posted

- o
- o  Favourite 0
- o
- o  Share this Post
- o  Facebook
- o  Twitter
- o  Google+
- o  [                    ]

 • 0



- Tom_Ewok

@elmersaid It's the exact same price if you pay in euros or btc..you could just buy 15 euros worth of btc..

24 years old guy learning web development and living in South Of France.
Passionate by art, music and crypto currency enthusiast.

**Tom_Ewok** posted

- o
- o  Favourite 0
- o
- o  Share this Post
- o  Facebook
- o  Twitter
- o  Google+
- o  [                    ]

- 0



- elmersaid

@Tom_Ewok ii will buy it when i rech the price !! thank you ! but now i can't

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

**elmersaid** posted , last edited by **elmersaid**

- o
- o Favourite 0
- o
- o Share this Post
- o Facebook
- o Twitter
- o Google+
- o

• 0



- Tom_Ewok

@elmersaid Or you could just create a new account, it's up to you but i find the solution to get a verified account more simple

24 years old guy learning web development and living in South Of France.
Passionate by art, music and crypto currency enthusiast.

**Tom_Ewok** posted

- o
- o Favourite 0
- o
- o Share this Post
- o Facebook
- o Twitter
- o Google+
- o

• 0

-  RV_1969

This again.

- It *is* a ponzi. Yes, they are paying, others and I have made a nice profit but it could all end any day.
- never, ever get 'verified' by credit card.
- of course they can release IPs, I'm calling bullsh*t on this.

Again, there is nothing wrong playing the HYIPs. But *treat it that way*. Buy the cheapest contracts with BTC, take your profit while it lasts. Rinse and repeat. Don't get tempted buying bigger contracts.

You'll win some, you'll lose some. Play HYIPs for fun and pocket change.

With all due respect: what are you trying to accomplish if you can't afford to spend 15 euros yet? Save your valuable time, find ways to raise funds with other activities - use your talents - *then* return to cryptocurrency. There is no point in clicking the faucets for hours and hours, only to find you have earned a fraction of a cent in the end of the day.

Good luck!

XPY: PPeN5zH9qScmqicQ6j2bQRutDPWoruZSTo

**RV_1969** posted , last edited by **RV_1969**

- 
- Favourite 0
- 
- Share this Post
- Facebook
- Twitter
- Google+
- 

- 2



- [elmersaid](elmersaid)

@RV_1969
thats true hhh
all my incomes come from faucets
!!

**let some of your satoshi visit my empty wallet**
**XPY : PDDRCA2o3QiMQNiMuHDsSp9gnATxw2zc6Y**
**BTC : 1DgcQJQknnZcKuvkEW5JjkZ5qXB6eow8m1**
**they will love it**

elmersaid posted

- o
- o Favourite 0
- o
- o Share this Post
- o Facebook
- o Twitter
- o Google+
- o

- • 0



- • RV_1969

Pointless, mate [ ]... Most faucets will earn you a bitcent or two *per year*. That is, if you don't need sleep and click them 24 hours a day.

Be creative. Use your skills to earn BTC. Offer your services on BTC related forums. Reply to requested services. For instance, I earned my first BTC translating Peerbet into Dutch.

Can you code? Offer your services. Can you design banners? Offer your services. Are you a writer? Offer your services. You will earn BTC to get you started.

Learn to trade coins. Don't invest your savings in just one (high risk) place. You will

have accumulated your first whole BTC in no time [ ]!

XPY: PPeN5zH9qScmqicQ6j2bQRutDPWoruZSTo

**RV_1969** posted

- ○
- ○ Favourite 0
- ○
- ○ Share this Post
- ○ Facebook
- ○ Twitter
- ○ Google+
- ○ [                    ]

• 3

Posts **22** | Views **860** • browsing
Reply
×

## Move Topic

Loading Categories

Disabled Categories are greyed out

Close Move
×

## Fork Topic

Title [                ]
Click the posts you want to fork

Close Fork
×

## Move Post

Topic ID [              ]
Close Move

- 1
- 2

×

**Upload picture**

Upload a picture

You may only upload PNG, JPG, or GIF files (max. kbs.)


Success
Close Upload picture