# Exhibit E (DX-610)



**jackbox**
Legendary

Activity: 1134
Merit: 1024

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)** #4861
December 12, 2014, 02:03:23 PM

**Quote from: dekay on December 12, 2014, 02:02:18 PM**
> even the hamsters are asking oh why josh are you selling coins before release i just hope he has these dum fcks lock up there funds 6 months and i can if lucky dump on day one

Watch. He is going to tell them on the 19th the sale so went so well the PayCoins are out of stock so no HashPoint conversions. Should have bought them when you had the chance.

Buy a Trezor and Protect your BTC, BCH, BTG, DASH, LTC, DGB, ZEC, ETH and ETC from hackers.
If I was helpful please buy me a coffee BTC: 1DWK7vBaxcTC5Wd2nQwLGEoy8xdFVzGKLK BTG: AWvN1iBqCUqG2tEh3XoVvRbdcGrAzfBBpW
If I was helpful please buy me a burger DGB: DLASV6CUQpGtGSyaVz5FYuu5YxZ17MoGQz

Bitvest.io PLINKO DICE SLOTS ROULETTE BITSPIN KENO NEW: BETTING CONTESTS UP TO 20% RAKEBACK!
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**NeonTranceBadger**
Full Member

Activity: 168
Merit: 100

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)** #4862
December 12, 2014, 02:09:02 PM

**Quote from: jackbox on December 12, 2014, 02:03:23 PM**
> **Quote from: dekay on December 12, 2014, 02:02:18 PM**
> > even the hamsters are asking oh why josh are you selling coins before release i just hope he has these dum fcks lock up there funds 6 months and i can if lucky dump on day one
>
> Watch. He is going to tell them on the 19th the sale so went so well the PayCoins are out of stock so no HashPoint conversions. Should have bought them when you had the chance.

Then after an uproar on HT he will magically find a whole bunch of Paycoins out of no where.

**bumpershot**
Hero Member

Activity: 532
Merit: 500

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)** #4863
December 12, 2014, 02:10:49 PM

An LLC can have a president and a CEO. It can choose to be structured like a corporation, but it doesn't have to.

**alienesb**
Hero Member

Activity: 868
Merit: 1000

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)** #4864
December 12, 2014, 02:12:01 PM

**Quote from: bumpershot on December 12, 2014, 02:10:49 PM**
> An LLC can have a president and a CEO. It can choose to be structured like a corporation, but it doesn't have to.

Yeah that's kind of a silly point Scott is making but he's trying the spaghetti against the wall thing hoping something sticks.

10/28/2020 GAW Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS Document 254-6 Filed 09/02/21 Page 3 of 10





**eightcylinders**
Sr. Member
●●●●

Activity: 434
Merit: 250



### Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)
December 12, 2014, 02:17:01 PM                                                                              #4865

> **Quote from: 10BTCaDay on December 12, 2014, 10:53:22 AM**
>
> > **Quote from: KC6TTR on December 12, 2014, 10:02:16 AM**
> >
> > Alright. Today's (yesterday's) summary of developments.
> >
> > [snip]
>
> Great info, If you don't mind.. I'm going to forward this info directly to the SEC manager I was previously dealing with.
> Just let me know if I can just copy/paste it into an email to him.
>
> Thanks

Folks, the SEC does not care one iota about GAW's trademark applications or corporate formalities or lack thereof.

The SEC is concerned with ONLY one thing: selling and offering to sell unregistered securities by unregistered brokers and dealers. PERIOD.

A security means an interest in profits that is gained through the purchase of a right to the profit (as opposed to profits gained through work, participation in venture, etc. which are NOT securities).

So the "securities" that the SEC is most likely interested in would be:

(1) Paycoin,

(2) Hashtakers,

(3) Zen and Prime Hashlets,

(4) Other Hashlets

The first 3 of these are clearly securities under established laws (GAW might try to argue that the novel nature of cryptocurrency justifies an exception to existing law; but that does not change the fact that existing law would have these classified as securities without a doubt). Other hashlets are very likely securities.

When talking the SEC, what they want to hear is **evidence** about the offering or selling of these items, and **evidence** that these items represent profits interests. No more, no less. The SEC will listen to you all day long, but if you want them to really hear you you need to speak their language. Otherwise, you will be written off.

My BTC Addres: 1PMEJCY6ofqmnAdYbdQqToZ7MNSAz35w7v
=>Buy the world's first hardware wallet. Safer than paper and easier to use than smartphones. If you use Bitcoin you need this: Buy Trezor!!

**gefafwisp**
Full Member
●●●

Activity: 224
Merit: 100



### Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)
December 12, 2014, 02:17:37 PM                                                                              #4866

> **Quote from: alienesb on December 12, 2014, 02:12:01 PM**
>
> > **Quote from: bumpershot on December 12, 2014, 02:10:49 PM**
> >
> > An LLC can have a president and a CEO. It can choose to be structured like a corporation, but it doesn't have to.
>
> Yeah that's kind of a silly point Scott is making but he's trying the spaghetti against the wall thing hoping something sticks.

Desperation Creek TM

**suchmoon**
Legendary
●●●●●

Activity: 2478
Merit: 5766

### Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)
December 12, 2014, 02:19:54 PM                                                                              #4867

> **Quote from: bumpershot on December 12, 2014, 02:10:49 PM**
>
> An LLC can have a president and a CEO. It can choose to be structured like a corporation, but it doesn't have to.

Yes. A corporation MUST have a corporate management structure, whereas an LLC can CHOOSE to. However

there is typically a special case for single-member LLCs, I wonder if Scott was trying to say that GAW Miners is a single-member LLC.


https://bpip.org

 

**demonz**
Member


Activity: 90
Merit: 10



 ChipMixer { MIXING **REINVENTED** FOR YOUR **PRIVACY**

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
December 12, 2014, 02:20:42 PM    #4868

Didn't see anyone bring this up. I recently looked at zenportals ToS.  https://zenminer.com/cloud/terms.html
Here's what I found.

**4. Certain Risks Associated with HashStakers**
*4.1 Risk of Regulatory Action. Cryptocurrencies have been the subject of regulatory scrutiny by various regulatory bodies, both in the United States and internationally. HashStakers could by impacted by one or more regulatory inquiries or actions, which could (i) impede or limit the Company's ability to continue to provide the HashStakers, or (ii) prevent the distribution, sale or use of Paycoin.*

"If we get looked at by SEC, dont get mad if we cant pay you"

*4.2 Risk of Theft. Hackers or other groups or organizations may attempt to steal Paycoins staked in Prime Controllers and HashStakers. To account for this risk, the Company has and will continue to implement comprehensive security precautions to safeguard Prime Controllers and HashStakers.*

How kind of you! Isn't that why we are paying you to host our hardware in the first place?

*4.3 Risk that Paycoin May Never be Completed or Released. Purchaser understands that, while the Company will make reasonable efforts to complete the Paycoin software, it is possible that an official completed version of Paycoin may not be released and there may never be an operational Paycoin, Prime Controller, or HashStaker.*

WTF?? Really? Ponzi Complete. Commencing Exit Strategy.

*4.4 Paycoins May Have No Value. Paycoin is a new cryptocurrency and its value is determined by supply and demand. At any point after its release, it is possible that the market price of a Paycoin may be zero. Because the value of Paycoin may be zero, the value of a stake, in Paycoins, from a HashStaker may also be zero.*
Zero huh? What about 20$ and fiat reserves for the floor?

*4.5 No Liquidity. Because HashStakers and Prime Controllers are staking wallets, the Paycoins deposited at a HashStaker address will be locked for a length of time, which may be up to 6 months. During the staking period, Purchaser will not have the ability to withdraw or transfer those Paycoins.*

This to me is total crap! How can they be allowed to do this? Why don't they allow early withdrawl with a penalty or something?

*4.6 Volatility. During a staking period, the market value of locked Paycoins may fluctuate dramatically. The value of the deposited Paycoins after the staking period may be less than the value of the Paycoins before they were deposited.*

Makes sense... yet this simple fact is not understood by the community @ HT.

*4.7 No Guaranteed Return. Because proof-of-stake networks award new coins based on the size of a stake relative to other stakes, the Company cannot guarantee that the Prime Controller, and thus a HashStaker, will receive a portion of new Paycoins released during any staking period. Prime Controllers stake against other nodes. Third parties may control nodes that have much larger stakes than Prime Controllers and therefore receive a higher portion of new Paycoins.*

Decided now was the time to remove "always profitable" ? Maybe this is proof they aren't a ponzi 

**TLDR**; Very sketchy ToS that I dont think many people read but it gives us a glimpse of how GAW is currently being run

**10BTCaDay**
Full Member


**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
December 12, 2014, 02:21:16 PM    #4869



Activity: 770
Merit: 100

Oikos.cash | Decentralized Finance on Tron



> > > **Quote from: eightcylinders on December 12, 2014, 02:17:01 PM**
> > > **Quote from: 10BTCaDay on December 12, 2014, 10:53:22 AM**
> > > > **Quote from: KC6TTR on December 12, 2014, 10:02:16 AM**
> > > > Alright. Today's (yesterday's) summary of developments.
> > > >
> > > > [snip]
> > >
> > > Great info, If you don't mind.. I'm going to forward this info directly to the SEC manager I was previously dealing with. Just let me know if I can just copy/paste it into an email to him.
> > >
> > > Thanks
> >
> > Folks, the SEC does not care one iota about GAW's trademark applications or corporate formalities or lack thereof.
> >
> > The SEC is concerned with ONLY one thing: selling and offering to sell unregistered securities by unregistered brokers and dealers. PERIOD.
> >
> > A security means an interest in profits that is gained through the purchase of a right to the profit (as opposed to profits gained through work, participation in venture, etc. which are NOT securities).
> >
> > So the "securities" that the SEC is most likely interested in would be:
> >
> > (1) Paycoin,
> >
> > (2) Hashtakers,
> >
> > (3) Zen and Prime Hashlets,
> >
> > (4) Other Hashlets
> >
> > The first 3 of these are clearly securities under established laws (GAW might try to argue that the novel nature of cryptocurrency justifies an exception to existing law; but that does not change the fact that existing law would have these classified as securities without a doubt).  Other hashlets are very likely securities.
> >
> > When talking the SEC, what they want to hear is **evidence** about the offering or selling of these items, and **evidence** that these items represent profits interests.  No more, no less.  The SEC will listen to you all day long, but if you want them to really hear you you need to speak their language.  Otherwise, you will be written off.

I can confirm that the employee working on GAW's case is interested in all of Gaw's info even unrelated to the SEC.
I'm sure they work with other government agencies.



**suchmoon**
Legendary

Activity: 2478
Merit: 5766



https://bpip.org



**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**   #4870
December 12, 2014, 02:22:39 PM

> **Quote from: dyask on December 12, 2014, 08:36:25 AM**
> This isn't the first rodeo for GAW.  There were the older miners, the VaultBreakers, ZenPool crashing, etc ...  GAW just keeps upping the prices and delivers enough to keep everyone happy.

You see the problem here, don't you? I mean you're essentially saying we are profiting from a bubble. If you said "finding new sources of revenue" instead of "upping the prices", this might have a chance of being legit, but we haven't really seen such new sources so far.




**suchmoon**
Legendary

Activity: 2478
Merit: 5766



https://bpip.org

**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**   #4871
December 12, 2014, 02:22:57 PM

> **Quote from: dyask on December 12, 2014, 07:47:15 AM**
> dykask2 has also been shadowed banned.    Guess I'm not wanted there!  :)

Told you. Calling CEO a troll doesn't end well :(




10/28/2020 GAW Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)

Case 3:16-cv-00940-MPS Document 254-6 Filed 09/02/21 Page 6 of 10



**10BTCaDay**
Full Member
●●●

Activity: 770
Merit: 100



Oikos.cash | Decentralized Finance on Tron



### 🗨 Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)  #4872
December 12, 2014, 02:23:53 PM

Quote from: demonz on December 12, 2014, 02:20:42 PM

> Didn't see anyone bring this up. I recently looked at zenportals ToS. https://zenminer.com/cloud/terms.html Here's what I found.
>
> **4. Certain Risks Associated with HashStakers**
> *4.1 Risk of Regulatory Action. Cryptocurrencies have been the subject of regulatory scrutiny by various regulatory bodies, both in the United States and internationally. HashStakers could by impacted by one or more regulatory inquiries or actions, which could (i) impede or limit the Company's ability to continue to provide the HashStakers, or (ii) prevent the distribution, sale or use of Paycoin.*
>
> "If we get looked at by SEC, dont get mad if we cant pay you"
>
> *4.2 Risk of Theft. Hackers or other groups or organizations may attempt to steal Paycoins staked in Prime Controllers and HashStakers. To account for this risk, the Company has and will continue to implement comprehensive security precautions to safeguard Prime Controllers and HashStakers.*
>
> How kind of you! Isn't that why we are paying you to host our hardware in the first place?
>
> *4.3 Risk that Paycoin May Never be Completed or Released. Purchaser understands that, while the Company will make reasonable efforts to complete the Paycoin software, it is possible that an official completed version of Paycoin may not be released and there may never be an operational Paycoin, Prime Controller, or HashStaker.*
>
> WTF?? Really? Ponzi Complete. Commencing Exit Strategy.
>
> *4.4 Paycoins May Have No Value. Paycoin is a new cryptocurrency and its value is determined by supply and demand. At any point after its release, it is possible that the market price of a Paycoin may be zero. Because the value of Paycoin may be zero, the value of a stake, in Paycoins, from a HashStaker may also be zero.*
> Zero huh? What about 20$ and fiat reserves for the floor?
>
> *4.5 No Liquidity. Because HashStakers and Prime Controllers are staking wallets, the Paycoins deposited at a HashStaker address will be locked for a length of time, which may be up to 6 months. During the staking period, Purchaser will not have the ability to withdraw or transfer those Paycoins.*
>
> This to me is total crap! How can they be allowed to do this? Why don't they allow early withdrawl with a penalty or something?
>
> *4.6 Volatility. During a staking period, the market value of locked Paycoins may fluctuate dramatically. The value of the deposited Paycoins after the staking period may be less than the value of the Paycoins before they were deposited.*
>
> Makes sense... yet this simple fact is not understood by the community @ HT.
>
> *4.7 No Guaranteed Return. Because proof-of-stake networks award new coins based on the size of a stake relative to other stakes, the Company cannot guarantee that the Prime Controller, and thus a HashStaker, will receive a portion of new Paycoins released during any staking period. Prime Controllers stake against other nodes. Third parties may control nodes that have much larger stakes than Prime Controllers and therefore receive a higher portion of new Paycoins.*
>
> Decided now was the time to remove "always profitable" ? Maybe this is proof they aren't a ponzi 
>
> **TLDR**; Very sketchy ToS that I dont think many people read but it gives us a glimpse of how GAW is currently being run

If that isn't the biggest red flag you've ever seen.. what is?
Someone should post this on hashtalk.

**OIKOS.CASH**   Decentralized finance on Tron ─────────── Collateral-backed stable-coins
◥ github  ◥ telegram  ◥ twitter  ◥ discord    synthetic asset trading and trustless token exchange on TRON

---

**gefafwisp**
Full Member
●●●

Activity: 224
Merit: 100



### 🗨 Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)  #4873
December 12, 2014, 02:27:52 PM

Quote from: 10BTCaDay on December 12, 2014, 02:23:53 PM

> Quote from: demonz on December 12, 2014, 02:20:42 PM
>
>> Didn't see anyone bring this up. I recently looked at zenportals ToS. https://zenminer.com/cloud/terms.html Here's what I found.
>>
>> **4. Certain Risks Associated with HashStakers**
>> *4.1 Risk of Regulatory Action. Cryptocurrencies have been the subject of regulatory scrutiny by various regulatory bodies, both*

in the United States and internationally. HashStakers could by impacted by one or more regulatory inquiries or actions, which could (i) impede or limit the Company's ability to continue to provide the HashStakers, or (ii) prevent the distribution, sale or use of Paycoin.

"If we get looked at by SEC, dont get mad if we cant pay you"

*4.2 Risk of Theft. Hackers or other groups or organizations may attempt to steal Paycoins staked in Prime Controllers and HashStakers. To account for this risk, the Company has and will continue to implement comprehensive security precautions to safeguard Prime Controllers and HashStakers.*

How kind of you! Isn't that why we are paying you to host our hardware in the first place?

*4.3 Risk that Paycoin May Never be Completed or Released. Purchaser understands that, while the Company will make reasonable efforts to complete the Paycoin software, it is possible that an official completed version of Paycoin may not be released and there may never be an operational Paycoin, Prime Controller, or HashStaker.*

WTF?? Really? Ponzi Complete. Commencing Exit Strategy.

*4.4 Paycoins May Have No Value. Paycoin is a new cryptocurrency and its value is determined by supply and demand. At any point after its release, it is possible that the market price of a Paycoin may be zero. Because the value of Paycoin may be zero, the value of a stake, in Paycoins, from a HashStaker may also be zero.*

Zero huh? What about 20$ and fiat reserves for the floor?

*4.5 No Liquidity. Because HashStakers and Prime Controllers are staking wallets, the Paycoins deposited at a HashStaker address will be locked for a length of time, which may be up to 6 months. During the staking period, Purchaser will not have the ability to withdraw or transfer those Paycoins.*

This to me is total crap! How can they be allowed to do this? Why don't they allow early withdrawl with a penalty or something?

*4.6 Volatility. During a staking period, the market value of locked Paycoins may fluctuate dramatically. The value of the deposited Paycoins after the staking period may be less than the value of the Paycoins before they were deposited.*

Makes sense... yet this simple fact is not understood by the community @ HT.

*4.7 No Guaranteed Return. Because proof-of-stake networks award new coins based on the size of a stake relative to other stakes, the Company cannot guarantee that the Prime Controller, and thus a HashStaker, will receive a portion of new Paycoins released during any staking period. Prime Controllers stake against other nodes. Third parties may control nodes that have much larger stakes than Prime Controllers and therefore receive a higher portion of new Paycoins.*

Decided now was the time to remove "always profitable" ? Maybe this is proof they aren't a ponzi 

**TLDR**; Very sketchy ToS that I dont think many people read but it gives us a glimpse of how GAW is currently being run

If that isn't the biggest red flag you've ever seen.. what is?
Someone should post this on hashtalk.

It's called covering your back... Read any corporate ToS where a paid service is being offered and you'll find the same 😁

**10BTCaDay**
Full Member
●●●

Activity: 770
Merit: 100



Oikos.cash | Decentralized Finance on Tron



**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**
December 12, 2014, 02:28:33 PM

#4874

Well their TOS won't protect them from the LAW.

OIKOS.CASH    Decentralized finance on Tron          ———————    Collateral-backed stable-coins
🔗 github   ✈ telegram   🐦 twitter   💬 discord         synthetic asset trading and trustless token exchange on TRON

**bumpershot**    **Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**    #4875

**Hero Member**
⭐⭐⭐⭐⭐

Activity: 532
Merit: 500



December 12, 2014, 02:29:15 PM

Quote from: eightcylinders on December 12, 2014, 02:17:01 PM

> So the "securities" that the SEC is most likely interested in would be:
>
> (1) Paycoin,
>
> (2) Hashtakers,
>
> (3) Zen and Prime Hashlets,
>
> (4) Other Hashlets
>
> The first 3 of these are clearly securities under established laws (GAW might try to argue that the novel nature of cryptocurrency justifies an exception to existing law; but that does not change the fact that existing law would have these classified as securities without a doubt).  Other hashlets are very likely securities.

I get (3). That's been on my mind for a while. (1)'s kind of a bigger issue, but there's enough support now for bitcoin not being a security directly subject to SEC regulation that I don't think that's an issue.

How is (2) a SEC-scoped security? You're renting disk space, processing time, and software.

---

**jackbox**
Legendary
⭐⭐⭐⭐⭐

Activity: 1134
Merit: 1024





**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**   #4876
December 12, 2014, 02:29:25 PM

Quote from: demonz on December 12, 2014, 02:20:42 PM

> Didn't see anyone bring this up. I recently looked at zenportals ToS. https://zenminer.com/cloud/terms.html Here's what I found.
>
> **4. Certain Risks Associated with HashStakers**
> *4.1 Risk of Regulatory Action. Cryptocurrencies have been the subject of regulatory scrutiny by various regulatory bodies, both in the United States and internationally. HashStakers could by impacted by one or more regulatory inquiries or actions, which could (i) impede or limit the Company's ability to continue to provide the HashStakers, or (ii) prevent the distribution, sale or use of Paycoin.*
>
> "If we get looked at by SEC, dont get mad if we cant pay you"
>
> *4.2 Risk of Theft. Hackers or other groups or organizations may attempt to steal Paycoins staked in Prime Controllers and HashStakers. To account for this risk, the Company has and will continue to implement comprehensive security precautions to safeguard Prime Controllers and HashStakers.*
>
> How kind of you! Isn't that why we are paying you to host our hardware in the first place?
>
> *4.3 Risk that Paycoin May Never be Completed or Released. Purchaser understands that, while the Company will make reasonable efforts to complete the Paycoin software, it is possible that an official completed version of Paycoin may not be released and there may never be an operational Paycoin, Prime Controller, or HashStaker.*
>
> WTF?? Really? Ponzi Complete. Commencing Exit Strategy.
>
> *4.4 Paycoins May Have No Value. Paycoin is a new cryptocurrency and its value is determined by supply and demand. At any point after its release, it is possible that the market price of a Paycoin may be zero. Because the value of Paycoin may be zero, the value of a stake, in Paycoins, from a HashStaker may also be zero.*
> Zero huh? What about 20$ and fiat reserves for the floor?
>
> *4.5 No Liquidity. Because HashStakers and Prime Controllers are staking wallets, the Paycoins deposited at a HashStaker address will be locked for a length of time, which may be up to 6 months. During the staking period, Purchaser will not have the ability to withdraw or transfer those Paycoins.*
>
> This to me is total crap! How can they be allowed to do this? Why don't they allow early withdrawl with a penalty or something?
>
> *4.6 Volatility. During a staking period, the market value of locked Paycoins may fluctuate dramatically. The value of the deposited Paycoins after the staking period may be less than the value of the Paycoins before they were deposited.*
>
> Makes sense... yet this simple fact is not understood by the community @ HT.
>
> *4.7 No Guaranteed Return. Because proof-of-stake networks award new coins based on the size of a stake relative to other stakes, the Company cannot guarantee that the Prime Controller, and thus a HashStaker, will receive a portion of new Paycoins released during any staking period. Prime Controllers stake against other nodes. Third parties may control nodes that have much larger stakes than Prime Controllers and therefore receive a higher portion of new Paycoins.*
>
> Decided now was the time to remove "always profitable" ? Maybe this is proof they aren't a ponzi 🙄

**TLDR**; Very sketchy ToS that I dont think many people read but it gives us a glimpse of how GAW is currently being run

This is funny. PayCoins can be worthless. Well, no duh! CashTakers may return nothing to you but we will keep the coins locked up for six months. ROFL.

Buy a Trezor and Protect your BTC, BCH, BTG, DASH, LTC, DGB, ZEC, ETH and ETC from hackers.
If I was helpful please buy me a coffee BTC: 1DWK7vBaxcTC5Wd2nQwLGEoy8xdFVzGKLK  BTG: AWvN1iBqCUqG2tEh3XoVvRbdcGrAzfBBpW
If I was helpful please buy me a burger DGB: DLASV6CUQpGtGSyaVz5FYuu5YxZ17MoGQz

### crashoveride54902
Hero Member
●●●●●

Activity: 784
Merit: 500



Dream become broken often



**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**   #4877
December 12, 2014, 02:31:04 PM

well sold off all primes/zen/clever/waffle/multi....Stuck in 9.2 btc got back 18 or so btc  and have 80k hp's but i'm not to hopeful on that...but that would be around another 9btc @ 20 a coin...so  least i'm totally out from this nightmare with double my btc maybe triple if crapcoin actually gets converted and i can sell all those...I kept 5 stakers just for the hell of it lol doesn't matter if its all useless anyways...guess it only pays out if you got in early and i feel bad that all the suckers are gonna get gox'd/bfl'd but oh well if they have that much blind faith there is no stopping them

Dreams of cyprto solving everything is slowly slipping away...Replaced by scams/hacks 

### 10BTCaDay
Full Member
●●●

Activity: 770
Merit: 100



Oikos.cash | Decentralized Finance on Tron



**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**   #4878
December 12, 2014, 02:32:16 PM

Why do hashtalkers want to 'kill us' and they call us trolls?

https://hashtalk.org/topic/22900/gaw-and-trolls/2

We are trying to help them by uncovering the truth and we are essentially re-insuring that their investment is actually safe.
Why do people on hashtalk care about what we say about gawminers?

**OIKOS.CASH**  **Decentralized finance on Tron** ─────────── Collateral-backed stable-coins
↘github  ↘telegram  ↘twitter  ↘discord      synthetic asset trading and trustless token exchange on TRON

### suchmoon
Legendary
●●●●◐

Activity: 2478
Merit: 5766



https://bpip.org



**Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**   #4879
December 12, 2014, 02:33:47 PM

> Quote from: bumpershot on December 12, 2014, 02:29:15 PM
>> Quote from: eightcylinders on December 12, 2014, 02:17:01 PM
>>
>> So the "securities" that the SEC is most likely interested in would be:
>>
>> (1) Paycoin,
>>
>> (2) Hashtakers,
>>
>> (3) Zen and Prime Hashlets,
>>
>> (4) Other Hashlets
>>
>> The first 3 of these are clearly securities under established laws (GAW might try to argue that the novel nature of cryptocurrency justifies an exception to existing law; but that does not change the fact that existing law would have these classified as securities without a doubt).  Other hashlets are very likely securities.
>
> I get (3). That's been on my mind for a while. (1)'s kind of a bigger issue, but there's enough support now for bitcoin not being a security directly subject to SEC regulation that I don't think that's an issue.
>
> How is (2) a SEC-scoped security? You're renting disk space, processing time, and software.

I don't know if it's a security as per SEC, but it is definitely a financial product such as a CD or a bond. The CEO confirmed this in his usual non-committal way when someone suggested that on HT. Nothing to do with hardware/software, just like your bank deposit is not about hardware/software.

 

| | |
|---|---|
| **eightcylinders**<br>Sr. Member<br>●●●●<br>Activity: 434<br>Merit: 250<br> | **Re: GAW Zen Hashlet PayCoin unofficial uncensored discussion. ALWAYS MAKE MONEY :-)**    #4880<br>December 12, 2014, 02:34:54 PM |

Plea for rational discourse regarding GAW...

I am **really** worried that GAW is going to impode, explode and otherwise send shrapnel every which way.  I know it is a blast to poke fun at some of the crazy things that are happening over there; the lies, mis-steps, religious-like ferver, etc.  I have impugned GAW several times harshly.

However, please consider that when GAW does go bust, it might take cryptocurrency with it for a long time.  Mt. Gox took about $300 per BTC out of the price of BTC.  The Chinese government probably did the rest.  Do we really need another major disaster in cryptocurrency?  Maybe it is for the best that GAW is moving to Paycoin so at least we can say "They had nothing to do with BTC"... but you know the media won't understand the distinction and BTC will be set back years possibly.

If the SEC gets involved, it is very likely that ICOs and cloud mining could be outlawed completely.  Maybe a good thing but it will have major impacts.

What I would like folks to consider is that we might still be able to have some kind of an impact on what is going on over there; but regardless what happens over there will impact us in some way.

Last point is regarding the religious stuff.

Early in my career I worked with a top private equity firm on an investment that was being made in a technology company.  This company, we found out, was essentially a cult.  The 20 or so employees were all members of a church, headed by the President.  They all lived together in a large home, that also served as the church itself.  The members/employees gave up their life savings to the President/church/company.   It was creepy and made us seriously rethink the investment thesis.   We did the deal with great trepidation.    The cult members were so devoted that they would work 20 hour days, and there were no arguments over shares or profits.  They lacked the greed that often splits apart hugely successful small companies.  Five years or so later, the cult-company had quadrupled its EBITDA (net profits measure) and was sold for many times what we paid for it.

I am not saying that the church connection is entirely irrelevant - it explains why some are so trusting without any objective bases and so might be a reason to largely disregard the litany of those who would elevate Josh to godlike (or Steve Jobs - like) status.  Just keep it in perspective.

My BTC Addres: 1PMEJCY6ofqmnAdYbdQqToZ7MNSAz35w7v
=>Buy the world's first hardware wallet.   Safer than paper and easier to use than smartphones.  If you use Bitcoin you need this: Buy Trezor!!

Pages: « 1 ... 194 195 196 197 198 199 200 201 202 203 204 205 206 207 208 209 210 211 212 213 214 215 216 217 218 219 220 221 222 223 224 225 226 227 228 229 230 231 232 233 234 235 236 237 238 239 240 241 242 243 [**244**] 245 246 247 248 249 250 251 252 253 254 255 256 257 258 259 260 261 262 263 264 265 266 267 268 269 270 271 272 273 274 275 276 277 278 279 280 281 282 283 284 285 286 287 288 289 290 291 292 293 294 ... 2468 »    print

Bitcoin Forum > Economy > Marketplace > Service Discussion > **GAW / Josh Garza discussion Paycoin XPY xpy.io ION ionomy. ALWAYS MAKE MONEY :)**

« previous topic<br>next topic »

Jump to: ===> Service Discussion   [go]



Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines