# Exhibit F (DX-633)



# Bitcoin Forum

November 14, 2018, 07:59:59 PM

Welcome, **Guest**. Please login or register.

**News**: Latest Bitcoin Core release: 0.17.0 [Torrent].

HOME  HELP  SEARCH  LOGIN  REGISTER  MORE

Bitcoin Forum > Alternate cryptocurrencies > Altcoin Discussion (Moderator: mprep) > **Paycoin (XPY) is scam**

Pages: «  1 2 3 4 5 6 7 8 9 10 11 12 13 [14] 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 »

« previous topic
next topic »

print

| Author | Topic: Paycoin (XPY) is scam  (Read 79217 times) |
|---|---|

**ionic-coinminer**
Newbie

Activity: 4
Merit: 0

Re: **Paycoin (XPY) is scam**
January 02, 2015, 08:32:34 PM

#261

To all GAW fans, please think about/answer for yourself these questions.
1)
The purpose of this coin and what makes it different is that it will have a stable price so that merchants accept it.
The price was to be $20 with some fluctuations.
Right now the price is less than $6, more like $5.50, and still falling.
Sounds like it is fluctuating like every other virtual currency.
Do you think merchants will adapt that?

2)
Where are the announcements from the merchants?
All the positive announcements are from GAW/Josh, none from Amazon, Target, Newegg, etc.
The announcement from Amazon is that they are not working with anyone to adapt paycoin.

3)
Why can hashtalk not take legitimate questions and concerns?
I was silent banned for posting the terms and conditions that everyone agreed to.
I did this in response to questions about the guaranteed $20 price and payout rate of the stakers.
The T&C clearly state the value is NOT guaranteed, neither is the rate.
I didn't call anyone names, simply cut and pasted their T&Cs.

4)
A daily return rate guaranteed at 0.972% daily, that is 174% over 6 months, not compounding.
Can you find that anywhere in the real world?

5)
Why can't we resell the very rare hashstakers?

Just so you know I own hashstakers, I mined XPY during POW, I have sold on Cryptsy for 0.0668 BTC.
I believe it is a scam, but early in and early out on a Ponzi and you can make money.
I figured he had to keep it going for at least 6 months, the first round, so that is why I played.

> Now I don't think it will make 6 days.
>
> I'm not sour, I did all this while telling everyone I know I was investing in a Ponzi scheme.
>
> The only things that have surprised me so far are:
> How fast things are falling apart, I expected months not days.
> I expected he would have allowed the sale of hashstaker on his market since he collect 10% per sale.

Satoshi is no god. He did not come down from the mountain with 10 golden rules engraved in stone for no one to question.
Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**peonminer**
Hero Member

Activity: 630
Merit: 500

BITCOIN CORE WHORE

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:37:20 PM

#262



Like my posts? Buy me a beer  Bitcoin Tip Jar: 1BDGMBgpbnD1bWXsUkaC8dZ8dgLmwXmE6t / Litecoin Tip Jar: LNB6XVHTvE5nPZZQc4CNAbPY1BLmFpgc7i / Bitcoin Cash Tip Jar: 1N6S4tfZ7NaryfczG2xSFUi3Pti9LJtu7j / Etherum Tip Jar:

**unusualfacts30**
Hero Member

Activity: 1022
Merit: 500

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:39:22 PM

#263

> Quote from: ionic-coinminer on January 02, 2015, 08:32:34 PM
> To all GAW fans, please think about/answer for yourself these questions.
> 1)
> The purpose of this coin and what makes it different is that it will have a stable price so that merchants accept it.
> The price was to be $20 with some fluctuations.
> Right now the price is less than $6, more like $5.50, and still falling.
> Sounds like it is fluctuating like every other virtual currency.



Do you think merchants will adapt that?

2)
Where are the announcements from the merchants?
All the positive announcements are from GAW/Josh, none from Amazon, Target, Newegg, etc.
The announcement from Amazon is that they are not working with anyone to adapt paycoin.

3)
Why can hashtalk not take legitimate questions and concerns?
I was silent banned for posting the terms and conditions that everyone agreed to.
I did this in response to questions about the guaranteed $20 price and payout rate of the stakers.
The T&C clearly state the value is NOT guaranteed, neither is the rate.
I didn't call anyone names, simply cut and pasted their T&Cs.

4)
A daily return rate guaranteed at 0.972% daily, that is 174% over 6 months, not compounding.
Can you find that anywhere in the real world?

5)
Why can't we resell the very rare hashstakers?

Just so you know I own hashstakers, I mined XPY during POW, I have sold on Cryptsy for 0.0668 BTC.
I believe it is a scam, but early in and early out on a Ponzi and you can make money.
I figured he had to keep it going for at least 6 months, the first round, so that is why I played.
Now I don't think it will make 6 days.

I'm not sour, I did all this while telling everyone I know I was investing in a Ponzi scheme.

The only things that have surprised me so far are:
How fast things are falling apart, I expected months not days.
I expected he would have allowed the sale of hashstaker on his market since he collect 10% per sale.

Price falls because of Fuds. It has nothing to do with what is being delivered or promised. I have seen it happen to every single coin..whether it's a scam or not is out of a question and that is something that can be decided once few months are over.

Even if it's a scam they can milk money out of it for months before letting it die. Saying that it's dead after few days is plain naive OR may be I'm being naive here. lol.

We'll see. I'm pretty pissed at myself for buying it 0.025 but it'll be stupid to judge it and say it's dead. It only takes $100k to bring price to 0.06 so it's not something that's impossible. It'll take time for sure or may be not.

center]

   Feature   
               JOIN THE

---

**peonminer**
Hero Member
★★★★★

Activity: 630
Merit: 500

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:42:24 PM

#264

If it only takes 100k then why is Josh not supporting the $20 wall? Apparently 'private investors and companies' have pushed a ridiculous amount of $ into XPY and this was said to be used to support the market as well as other happenings. This was a bait and switch, my friend. Except this time, you had to go pick your own switch straight off the whipping

willow.

Like my posts? Buy me a beer 😊 Bitcoin Tip Jar: 1BDGMBgpbnD1bWXsUkaC8dZ8dgLmwXmE6t / Litecoin Tip Jar: LNB6XVHTvE5nPZZQc4CNAbPY1BLmFpgc7i / Bitcoin Cash Tip Jar: 1N6S4tfZ7NaryfczG2xSFUi3Pti9LJtu7j / Etherum Tip Jar:

---

**ionic-coinminer**
Newbie

Activity: 4
Merit: 0

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:51:43 PM

#265

I agree with the FUD causing falls.
But to a merchant it presents the same problem that BTC has, wild price swings.
The send BTC within 15 min or instant swap like Coinbase have addressed this.

This coin was to make all of this unnecessary.
I don't see that happening.
All the money behind it was suppose to stop these wild swings, I don't see that either.

---

**unusualfacts30**
Hero Member

Activity: 1022
Merit: 500



**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:52:11 PM

#266

> Quote from: peonminer on January 02, 2015, 08:42:24 PM
> If it only takes 100k then why is Josh not supporting the $20 wall? Apparently 'private investors and companies' have pushed a ridiculous amount of $ into XPY and this was said to be used to support the market as well as other happenings. This was a bait and switch, my friend. Except this time, you had to go pick your own switch straight off the whipping willow.

because people will start dumping or may be he is accumulating so price can be more stable at $20 with less people selling. It also happened during 31st so lot of people sold at loss so they could claim it on their tax return..I won't be surprised if they come back and price goes back to .04+.

center]
  

---

**peonminer**
Hero Member

Activity: 630
Merit: 500

**Re: Paycoin (XPY) is scam**
January 02, 2015, 08:58:35 PM

#267

> Quote from: Stealthcoin on January 02, 2015, 08:56:55 PM
> You honestly thought paycoin was legit ?

pwn'd

Like my posts? Buy me a beer 😊 Bitcoin Tip Jar: 1BDGMBgpbnD1bWXsUkaC8dZ8dgLmwXmE6t / Litecoin Tip Jar: LNB6XVHTvE5nPZZQc4CNAbPY1BLmFpgc7i / Bitcoin Cash Tip Jar: 1N6S4tfZ7NaryfczG2xSFUi3Pti9LJtu7j / Etherum Tip Jar:

| | | |
|---|---|---|
| **Creampuff**<br>Newbie<br><br>Activity: 42<br>Merit: 0<br> | **Re: Paycoin (XPY) is scam**<br>January 02, 2015, 09:04:58 PM<br><br>and up she goes again. | #268 |

| | | |
|---|---|---|
| **unusualfacts30**<br>Hero Member<br>●●●●●<br>Activity: 1022<br>Merit: 500<br> | **Re: Paycoin (XPY) is scam**<br>January 02, 2015, 09:06:33 PM<br><br>Quote from: Stealthcoin on January 02, 2015, 08:56:55 PM<br>You honestly thought paycoin was legit ?<br><br>personally, I don't care. What I do know is that it'll get pumped few times a month. <br><br>Josh whole career depends on this and if it fails he'll lose lot of customers. So far I haven't seen many people on hashtalk leave YET. So, I think he'll do everything he can to make it work<br><br>center]<br>  | #269 |
|  | | |

| | | |
|---|---|---|
| **inBitweTrust**<br>Hero Member<br>●●●●●<br>Activity: 658<br>Merit: 500<br><br><br> | **Re: Paycoin (XPY) is scam**<br>January 02, 2015, 10:55:22 PM<br><br>Some helpful links - https://docs.google.com/spreadsheets/d/1Y9qBOX-VUfsR3femQ9ggmqvgepksImqag1R2SPVUiNk/edit#gid=0<br><br>**Josh Garza saying $20 floor is to big for it to fail.**<br><br>http://i.imgur.com/HAIL73L.png<br>https://hashtalk.org/topic/20296/hashstaker-q-a/266<br>https://web.archive.org/web/20150102212450/https://hashtalk.org/topic/20296/hashstaker-q-a/266<br><br>**Josh Garza saying they will buy Paycoin at $20 and modified version of original statement.**<br><br>http://i.imgur.com/0ALEUYW.png<br>https://www.facebook.com/Hashlets/posts/965168623510798<br>https://archive.today/a7ySo<br>https://archive.today/W3OTH#selection-845.0-851.51<br>https://archive.today/xYUdX<br>https://archive.today/erGhz<br><br><br>**Paybase is stolen logo**<br>https://www.gopago.com/<br>https://paybase.com/<br><br><br>**Statement from Josh Garza they will push the exchanges past $20** | #270 |

https://web.archive.org/web/20150102220147/https://hashtalk.org/topic/25441/paybase-launch-rescheduled/39

| Cloudmining 101: Identifying scams | Secure your Bitcoins | Bitcoin only Directory |

**Crestington**  
Legendary

Activity: 868  
Merit: 1020





**Re: Paycoin (XPY) is scam**  
January 02, 2015, 11:02:56 PM

#271

Quote from: inBitweTrust on January 02, 2015, 10:55:22 PM

Some helpful links - https://docs.google.com/spreadsheets/d/1Y9qBOX-VUfsR3femQ9ggmqvgepksImqag1R2SPVUiNk/edit#gid=0

**Josh Garza saying $20 floor is to big for it to fail.**

http://i.imgur.com/HAIL73L.png  
https://hashtalk.org/topic/20296/hashstaker-q-a/266  
https://web.archive.org/web/20150102212450/https://hashtalk.org/topic/20296/hashstaker-q-a/266

**Josh Garza saying they will buy Paycoin at $20 and modified version of original statement.**

http://i.imgur.com/0ALEUYW.png  
https://www.facebook.com/Hashlets/posts/965168623510798  
https://archive.today/a7ySo  
https://archive.today/W3OTH#selection-845.0-851.51  
https://archive.today/xYUdX  
https://archive.today/erGhz

**Paybase is stolen logo**

https://www.gopago.com/  
https://paybase.com/

**Statement from Josh Garza they will push the exchanges past $20**

https://web.archive.org/web/20150102220147/https://hashtalk.org/topic/25441/paybase-launch-rescheduled/39

You know the copied logo isn't going to fly since it could be easily classed as misrepresentation because the GoPago is a Point OF Sale hardware and software business but could easily be mistaken that POS means Proof of Stake, that gopago is an affiliate of paybase and the technology is made for PayCoin.

---

**jertsy**  
Sr. Member

Activity: 341  
Merit: 250



**Re: Paycoin (XPY) is scam**  
January 02, 2015, 11:09:43 PM

#272

I have not bothered reading up on paycoin, but someone claimed it's ICO raised more than Ethereum. Is this true and can the dev dump the ICO bitcoins? Is there an address where we can see the ICO bitcoins?

---

**inBitweTrust**  
Hero Member

**Re: Paycoin (XPY) is scam**  
January 02, 2015, 11:10:59 PM

#273



Activity: 658
Merit: 500

> Quote from: Crestington on January 02, 2015, 11:02:56 PM
>> You know the copied logo isn't going to fly since it could be easily classed as misrepresentation because the GoPago is a Point OF Sale hardware and software business but could easily be mistaken that POS means Proof of Stake, that gopago is an affiliate of paybase and the technology is made for PayCoin.
>
> The fact that they aren't concerned about future litigation from Amazon TOS conflicts , gopago trademark infringement, and the fact that they may face legal action over stealing another coins name -paycoin worries me that they may not be concerned about the long term viability of their business model.
>
> Quote from: jertsy on January 02, 2015, 11:09:43 PM
>> I have not bothered reading up on paycoin, but someone claimed it's ICO raised more than Ethereum. Is this true and can the dev dump the ICO bitcoins? Is there an address where we can see the ICO bitcoins?

Since it is almost completely premined, and josh only created a floor for around 30 minutes, it has been extremely profitable for him. There isn't much transparency so there is no way of knowing how much gaw has made off this scheme as they have been trading on their own exchange and with anomynous bots on other exchanges without having a single ICO investment wallet. Most of the coins are still in control of GAW(They will suggest that they own it with secret investors but so far no evidence supports this) so the market could be drop out much further if these coins start hitting the market.

Cloudmining 101: Identifying scams        Secure your Bitcoins        Bitcoin only Directory

---

**dwdoc**
Legendary

Activity: 966
Merit: 1000



- - -Caveat Aleo- - -

### Re: Paycoin (XPY) is scam
January 02, 2015, 11:30:38 PM

#274

Denial Bargaining Anger Depression Acceptance
                          ^
                    Hereabouts

---

**Sir Alpha_goy**
Sr. Member

Activity: 448
Merit: 250



### Re: Paycoin (XPY) is scam
January 03, 2015, 02:09:45 AM

#275

.



| | |
|---|---|
| **Bit_Happy**<br>Legendary<br>●●●●◐<br><br>Activity: 1834<br>Merit: 1011<br><br><br><br>A Great Time to Start Something!<br><br> | **Re: Paycoin (XPY) is scam**  #276<br>January 03, 2015, 02:57:46 AM<br><br>> Quote from: Sir Alpha_goy on January 03, 2015, 02:09:45 AM<br>>> Quote from: dwdoc on January 02, 2015, 11:30:38 PM<br>>> Denial Bargaining Anger Depression Acceptance<br>>>                     ^<br>>>              Hereabouts<br>><br>> Speechless<br>><br>> bitcointalk.org image proxy:<br>> Invalid image<br><br>^^^<br>Denial and a clear touch of insanity:<br>He also displays enough creativity to eventually succeed at something, *if* he can occasionally keep somewhat familiar with actual reality.  🙂<br><br>FYI: We are <snip> |

| | |
|---|---|
| **paycum**<br>Sr. Member<br>●●●●<br><br>Activity: 448<br>Merit: 250<br><br> | **Re: Paycoin (XPY) is scam**  #277<br>January 03, 2015, 03:30:24 AM<br><br>its getting dumped fast now, buy order side almost empty  😮<br><br>try to pick up some coins of it gets dumped below 0.010 |

| | |
|---|---|
| **rokkyroad**<br>Legendary<br>●●●●◐<br><br>Activity: 1063<br>Merit: 1000<br><br> | **Re: Paycoin (XPY) is scam**  #278<br>January 03, 2015, 04:00:29 AM<br><br>I've never seen a coin crash this fast and this hard. Not even a decent dead cat bounce. This speaks volumes.<br><br>I'm stuck with some mined coins but no way in hell am I buying any.   Cheap coins are useless if you can't sell them.<br><br>" If you have to spam and shout to justify your existence then you are a shit coin."  TaunSew |

| | |
|---|---|
| **paycum**<br>Sr. Member<br>●●●●<br><br>Activity: 448<br>Merit: 250<br><br> | **Re: Paycoin (XPY) is scam**  #279<br>January 03, 2015, 04:06:59 AM<br><br>yeah true but so much volume that it seems likely someone will pump it up a bit again. doesnt have to be much. just bought a few btc at 0.011 hope i can sell it at 0.016/0.017 tomorrow. now im going to bed 🙂<br><br>buy support is already growing...so im positive i can make some small trades 🙂 |

| | | |
|---|---|---|
| **iGotSpots**<br>Legendary<br>Activity: 1778<br>Merit: 1001<br><br><br>The Trust Rating Below is Bullshit | **Re: Paycoin (XPY) is scam**<br>January 03, 2015, 05:03:33 AM<br><br>😎<br><br><br><br><br><br><br><br>**HealthyWorm (WORM) Timelapse Series  ?  Superworms  ?  Mealworms  ?  Beetles** | #280 |

Pages: « 1 2 3 4 5 6 7 8 9 10 11 12 13 [**14**] 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 41 42 43 44 45 46 »   **print**

Bitcoin Forum > Alternate cryptocurrencies > Altcoin Discussion (Moderator: mprep) > **Paycoin (XPY) is scam**

« previous topic next topic »

Jump to:   => Altcoin Discussion

  Powered by SMF 1.1.19 | SMF © 2006-2009, Simple Machines