UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>September 1, 2021<br><br><u>DEMAND FOR JURY TRIAL</u> |

**DECLARATION OF GENG CHEN IN SUPPORT OF
PLAINTIFFS' MOTION IN LIMINE REGARDING SCOPE OF CLASS TRIAL**

I, Geng Chen, declare as follows:

1. I am an attorney at the law firm Susman Godfrey, L.L.P. and am counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion in Limine Regarding Scope of Class Trial. I have personal knowledge of the facts set forth in this declaration and could testify competently to them.

2. Attached as Exhibit A is a true and correct copy of DX-551 as provided to Plaintiffs' counsel by Defendant's counsel.

3. Attached as Exhibit B is a true and correct copy of a document produced in this matter as GAW00689927, with the addition of a deposition exhibit sticker, and designated by Defendant as DX-649.

1

4. Attached as Exhibit C is a true and correct copy of DX-654 as provided to Plaintiffs' counsel by Defendant's counsel.

5. Attached as Exhibit D is a true and correct copy of a document produced in this matter as GAW00689990 and designated by Defendant as DX-666.

6. Attached as Exhibit E is a true and correct copy of a document produced in this matter as Audet00000002 and designated by Defendant as DX-676. For privacy reasons, Plaintiff Marc Audet's home address, phone number, and Bitcoin address have been redacted.

Dated: September 1, 2021

                                              */s/ Geng Chen*
                                              Geng Chen

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: September 1, 2021

                                                */s/ Geng Chen*
                                                Geng Chen