# EXHIBIT A (DX 551)



SERVICES    CONTACT US    FRANÇAIS    SIGN IN    REGISTER

# Savvy Bitcoin Users Earn Over $8M in 3-Months with Major 536% ROI Upgrade

Bitcoin enthusiasts who purchased the GAWMiners Vaultbreaker on preorder recently received an upgrade to equivalent power Hashlet Primes, worth over 5x as much, providing an enormous return on investment.

October 02, 2014 13:36 ET | Source: GAWMiners

BLOOMFIELD, Conn., Oct. 2, 2014 (GLOBE NEWSWIRE) -- via PRWEB - Bitcoin miners were excited to find a sudden surge in profitability after a major announcement by leading cryptocurrency hardware provider, GAWMiners. The announcement detailed the company's plans to offer a free path to upgrade its legacy customers to the company's revolutionary new bitcoin product, Hashlet Prime.

Hashlet Prime stands as the company's latest flagship product, leading its Hashlet family of bitcoin miners which took the cryptocurrency industry by storm earlier this summer generating over $12M in sales within weeks of release. Boasting features such as zero pool fees, upgradeability, access to the most profitable pool in the world, and the ability to mine multiple algorithms, Hashlet Prime is widely considered the most powerful bitcoin mining product in the world.

While Hashlet was in development, undergoing months of R&D, hundreds of GAWMiners' customers purchased millions of dollars worth of its previous flagship product, The Vaultbreaker which broke records this June when it launched. Since then, Hashlet Prime was announced while Vaultbreaker orders were still being fulfilled, CEO Josh Garza announced that the company would honor all requests to upgrade Vaultbreaker customers to the latest Hashlet Primes, which command over 5x the price pound-for-pound. Instead of having to pay thousands for an upgrade, Vaultbreaker customers were given the choice to do so for free.

"The customers who invested with us early on shouldn't have to pay the price for us maintaining our trade secrets" explained Garza as he outlined why his company would offer such an enticing deal. "Giving our earliest

8/17/2021 Savvy Bitcoin Users Earn Over $8M in 3 Months with Major...

Case 3:16-cv-00940-MPS Document 256-2 Filed 09/02/21 Page 3 of 4



The announcement comes to the relief of many as companies such as KnC and Butterfly Labs have set the tone in the industry for drastically late shipments and stealing customer mining time with their own products. The later has even been shut down by the FTC as it investigates false advertising and fraudulent practices.

The free upgrade announcement, made in the popular bitcoin community HashTalk.org, on the other hand was met with great celebration with a post receiving over 1000 responses within hours. GAW's decision produced $8m+ of profit for Vaultbreaker customers who mine cryptocurrencies like bitcoin with GAWMiners.

Garza ended the announcement with a bold statement to the community:

"This is only the beginning. GAWMiners is here to stay."

This article was originally distributed on PRWeb. For the original version including any supplementary images or video, visit http://www.prweb.com/releases/2014/10/prweb12220305.htm

**Related Links**

- http://www.gawminers.com

**Contact Data**

```
          GAWMiners
Christian Gogol

+1 (240)-393-9732
```

Contact

# Recommended Reading

September 09, 2014 04:06 ET

Source: GAWMiners

**GAWMiners Announces World's Most Easy-to-Use, Low-Cost Digital Cloud Bitcoin Miner for $9.95**

BLOOMFIELD, Conn., Sept. 9, 2014 (GLOBE NEWSWIRE) -- via PRWEB - The world-leading cryptocurrency hardware provider, GAW Miners, announced The Hashlet Genesis as the world's most easy-to-use bitcoin...

September 01, 2014 05:05 ET

Source: GAWMiners

**GAWMiners Releases The Hashlet Solo as the World's Easiest-to-Use Bitcoin Miner for $16**

BLOOMFIELD, Conn., Sept. 1, 2014 (GLOBE NEWSWIRE) -- via PRWEB - GAWMiners released the world's easiest-to-use bitcoin miner, Hashlet Solo, selling $1M units overnight and giving yet another twist to...



SERVICES  CONTACT US  FRANÇAIS  SIGN IN  REGISTER

# Explore

### Metaverse UNCLE-MUSK Chain Swap Protocol Launched ...
August 17, 2021 00:19 ET

### ROHM's New EMARMOUR™ Op Amps Series
August 16, 2021 17:00 ET

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2021 GlobeNewswire, Inc. All Rights Reserved.