# EXHIBIT B (DX 649)

From: Michael Pfeiffer
Sent: Sat 3/07/2015 12:23 AM (GMT-05:00)
To: &lt;mike@coinfire.io&gt;
Cc:
Bcc:
Subject: Thanks for coming to HashTalk — 4th Estate in the Wild West — narrative within

Mike,

Thanks for coming to HashTalk. I think I just missed you as you were signing off, but I hope you get a chance to read my post (quoted below)

Best,
Michael

@CoinFire Thank you for reaching out this way. Cryptocurrency is like the Wild West.

The lack of regulation creates opportunities for creativity and innovation that couldn't happen in a mainstream environment. Systems of accountability are much looser. There are fewer requirements to document sound business strategies. Even great intentions can be vulnerable to poor planning without sufficient oversight to make sure the approach is sound. Crypto companies that move fast enough can probably outrun stodgy regulators. That can be good if they make things work for investors. Or it can leave investors, both low-income amateurs and wealthy speculators, in a tough position.

Some say that cryptocurrency is all about openness and transparency. Others say it's about trustless systems.

In the Wild West the handshake and the tip of the hat demonstrated that potential enemies come unarmed. These symbols of civility suggest "we" are all so friendly here. "We" are about community and helping each other. But "we" are also about making sure that we don't get screwed over in a bad deal, and there have been plenty of bad deals in cryptocurrency. Seeming "friends" vanish with stolen coins or turn on each other. A fair deal becomes an opportunity for self-interest and the "we" talk disappears.

Cryptojournalism is in a similar position. On one hand, true journalists may seek to fill the role regulators might fill by shedding light. On the other hand

EXHIBIT ID
92
DATE: 7/19/18
CORINNE J. BLAIR, CSR RPR

CONFIDENTIAL                                    GAW00689927

any cryptoblogger can claim to be a journalist breaking a story of scandal with the intent to drive the price of a given coin.

Skepticism on all sides is probably necessary, but uneasy.

My sense is that the PayCoin ecosystem is becoming much larger than GAWMiners/Josh Garza/PayBase.

In the Wild West sometimes all a man had was his reputation, his word. GAW's word and Josh Garza's word have been heavily questioned and fiercely defended, especially by Garza himself. Allegations of misconduct may act as a pretty powerful incentive to get things done and make things right for customers and investors.

There were a number of people who saw the risks in the rollout of PayBase. Some of them bought low and sold high. There are also plenty of people who invested deeply into PayCoin who did not anticipate the price collapse. Some of them cannot afford to walk away (or for whom, at these prices, it's just too painful a loss to cash out, and too little cash compared to the promised potential. Josh Garza's word in conjunction with the expanding PayBase ecosystem is their best hope.



Historically, the press has been considered the Fourth Estate. In the cryptoworld, it may rank a little higher or a little lower. It's possible that good journalism could be part of an important set of checks and balances between maverick business leaders and vigilantes. When cryptojournalism works, maybe it will help us sort out whose word we can trust. In the case of PayCoin, it's still possible that an agile company could demonstrate good intentions faster than a journalist could prove the truth, and faster than regulatory agencies could enforce the regs.

Of course, if PayBase/GAW/Josh Garza and the PayCoin ecosystem cannot deliver, journalists and regulators may bask in the truth. But they are unlikely to be able to deliver justice. As far as I can tell, no one has more to gain from PayCoin's success or more to lose from PayCoin's failure than GAW/PayBase/Josh Garza. If PayCoin succeeds, everyone who was able to

hold on through the crisis will benefit and the company will be optimally positioned to reward investors. If PayCoin fails, there's likely to be no compensation for investors. Whatever regulatory consequences may be imposed will never help the ones who lost their investment.

Does good journalism have to look like bad press for PayCoin? I think that tension is part of what exacerbates a dynamic of such hostility and mistrust. I appreciate you reaching out to see if there's another side to the story.

CONFIDENTIAL