# EXHIBIT C (DX 654)



BITCOIN NEWS MAGAZINE (https://bitcoinnewsmagazine.com)

Home (https://bitcoinnewsmagazine.com) > Mining (https://bitcoinnewsmagazine.com/category/mining/) > Cloud Mining (https://bitcoinnewsmagazine.com/category/mining/cloud-mining/)

HOW TO CHARGEBACK GAWMINERS HASHLETS

(http://www.reddit.com/submit?url=https%3A%2F%2Fbitcoinnewsmagazine.com%2Fhow-to-chargeback-gawminers-hashlets%2F&title=How+to+Chargeback+GAWMiners+Hashlets) (https://www.facebook.com/sharer.php?u=https%3A%2F%2Fbitcoinnewsmagazine.com%2Fhow-to-chargeback-gawminers-hashlets%2F) (https://twitter.com/intent/tweet?text=How%20to%20Chargeback%20GAWMiners%20Hashlets&url=https%3A%2F%2Fbitcoinnewsmagazine.com%2F?p=313&via=BTCNewsMagazine) (https://plus.google.com/share?url=https%3A%2F%2Fbitcoinnewsmagazine.com%2Fhow-to-chargeback-gawminers-hashlets%2F)

!)

ip of

Case 3:16-cv-00940-MPS Document 107-2 Filed 11/15/18 Page 258 of 401

**Allen1980s** ▯ Show me the numbers 2d

Hi Everyone,

I just got off of the phone with PNC Bank, to get clarification as to how you should approach your charge backs.

This pertains to Visas issued by banks:

Visa has a 120 day charge back window for "normal" charge backs. This particular GAW transaction has been classified non-standard. Under Visa's guidelines, non-standard charge backs have extension periods which are not fixed. In the case of fraud or failure to deliver the service as described, an extension period is fairly open to the credit card issuing bank's determination.

Approximately 4-5 weeks ago many of the banks were receiving charge back requests for GAW Miners. PNC began investigating the company and after finding the website gone, they began to dig deeper, including contacting the SEC on the status of the investigation, since this one of the main statements made by contesting card users.

According to PNC, Visa does NOT cover losses relating to INVESTMENTS. The main contention of the SEC is that Hashlets/Stakers are unregistered INVESTMENTS. However, since GAW is claiming that Hashlets/Stakers are not investments, consumers were purchasing another service unrelated to investments.

The banks are apparently pursuing this line to force charge backs with the processors (GAW side). When you call to charge back a GAW transaction, make sure you **stay completely away** from the word **INVESTMENT**. Most of the customer service reps are already aware of what is happening with GAW, since there has been a tsunami of recent activity and effort to charge back these transactions.

As others have already stated, you must state that it is GAW Miners and that they are under a FORMAL investigation by the SEC in order to connect the dots with your card issuing bank.

I cannot yet speak to Mastercard and Discover Card. I am calling Citibank next to get their position or the approach they have taken. Thus far, it appears that all of this has been well documented by the major credit card issuing banks.

**Cheat Sheet:**

1. Purchased a product from GAW Miners.
2. Confirmed, under a formal SEC investigation
3. Product/Service has been stopped
4. Company has stated that the service is being terminated or EOLed
5. Did not receive the service as stated at the time of the sales process.

These are the top issues at hand. Do not go into anything further than this, as it only complicates the process. If they ask questions, think before you answer.

PNC indicated that they will not be sending any documentation for me to fill out, as they already have a "crib sheet" version they are using to support the charge backs. More than likely, your credit card issuing bank will have something similar.

For those who may have received rejection notices, you do have the right to appeal the decision. If you need a copy of the formal SEC subpoena, obviously all you have to do is ask here in the forums. Someone ( @suchmoon ) will be able to either upload it for you or send you a link to a copy.

Hopefully, this helps everyone through this process.

5 Replies ▾

23 people liked this.

(https://bitcoinnewsmagazine.com/wp-content/uploads/2015/04/chargeback3.png)

More information is being added regularly to the thread at the GetHashing forum so check back for updates concerning exact procedures for other credit cards.

chargeback (https://bitcoinnewsmagazine.com/tag/chargeback/) GAWMiners (https://bitcoinnewsmagazine.com/tag/gawminers/)

Hashlets (https://bitcoinnewsmagazine.com/tag/hashlets/) josh garza (https://bitcoinnewsmagazine.com/tag/josh-garza/)

**1 Comment**    **Bitcoin News Magazine**    🔴 1 Login ▾

♡ Recommend    Tweet    f Share    Sort by Newest ▾

Join the discussion…

LOG IN WITH    OR SIGN UP WITH DISQUS (?)

Name



**allegro101** Mod • 3 years ago

Please visit this thread at PayCoinTalk for latest information on how to chargeback against GAWMiners.

▲ ▼ • Reply • Share ›

✉ Subscribe   ⓓ Add Disqus to your siteAdd DisqusAdd   🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

**BTC**
$ 5,613.18



 (http://www.dmca.com/Protection/Status.aspx?ID=35dab480-84aa-40bc-b280-9b3bedee8b81&refurl=https://bitcoinnewsmagazine.com/how-to-chargeback-gawminers-hashlets/)