# EXHIBIT D (DX 666)

From: "Paycoinable.com" &lt;newsletter=paycoinable.com@mail68.atl91.mcsv.net&gt; on behalf of Paycoinable.com
Sent: Sun 5/24/2015 6:59 AM (GMT-04:00)
To: &lt;paycoinable@mpfeiffer.com&gt;
Cc:
Bcc:
Subject: Paycoinable Launches on Monday!

# T minus 30 hours...

Summer is here. And with it comes summer blockbusters. Do you like disaster movies like San Andreas or another action flick like Terminator: Genisys? Maybe a rom-com like Trainwreck? Perhaps you're looking forward to a family film like Minions?

Whatever your preference, there is no arguing that summer is the biggest time for movies. And when we go live on Monday, you can redeem your XPY for Regal Cinemas Gift Cards. These cards can be used at the largest network of movie theaters in the nation. In a week they can be in your mailbox, just in time for your favorite movie.

And every gift card, whether it's for a movie, lunch at SubWay, or a tank of gas at Sunoco stations, is a deal. We love paycoins, so we will accept them at a value that's 5% more than what you'll get at the exchange.

So…only a little bit of time left. What are we doing with that time? We are furiously testing the website and integrating compliance and security features. We are looking forward to a successful, on-time, and bug-free launch. See you there!

Copyright © 2015 paycoinable, All rights reserved.
Thank you for signing up.

**Our mailing address is:**
paycoinable
4820A Poplar Springs Dr #127
Meridian, MS 39305

Add us to your address book

unsubscribe from this list    update subscription preferences

CONFIDENTIAL                                                                                                                              GAW00689990