# EXHIBIT E (DX 676)

November 18, 2015

To: Litigation Group
    Adam Matlack (litigant), Robert Hoppenfeld (litigant), and D. Allen Shinners

From: Denis Marc Audet

Telephone:

ZenCloud (ZenMiner.com) Account: PandaCoinTroll

Description of Supporting Documents

---

Folder: A - ZenCloud Account History

    Spreadsheets showing purchases of Genesis and Prime miners through
    Hash Market and Hash Points converted to XPY.

    converted 515413 HP to 1288.53250000 XPY  2014-12-18T23:48:35+00:00
    converted  37976 HP to   94.94000000 XPY  2014-12-22T19:41:50+00:00

    Total:    553389

---

Folder: B - ZenCloud Bitcoin Transactions

    I purchases Genesis and Prime miners from the Hash Market on
    ZenCloud.  I used Bitcoins (BTC) to pay for the purchases.
    I transferred BTC from my account at Coinbase.com to my BTC
    address at ZenCloud (                                          ).

    I am provided my Coinbase.com transaction history that shows
    the BTC that I transferred to ZenCloud.

---

Folder: C - GAWMiners Credit Card Transactions

    I made credit card purchases to purchase Genesis and Primes miners
    between Oct. 7, 2014 and Oct. 14, 2014.

    I have included PDF copies of my credit card statements showing
    the purchases.

    I also purchased HashStakers on Dec. 1, 2014, $8,975.00.

---

Folder: D - Summary of Primes Purchased

    This spreadsheet summarizes the Genesis and Primes miners that
    I purchases either through the GAW website or through the ZenCloud
    Hash Market between Oct. 7, 2014 and Dec. 9, 2014.