UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a/ ZEN CLOUD),<br><br>                              Defendants. | Case No. 3:16-CV-00940-MPS<br><br><br><br>September 1, 2021 |

**DECLARATION OF AMINA HASSAN IN SUPPORT OF DEFENDANT STUART A. FRASER'S MOTIONS *IN LIMINE***

I, Amina Hassan, declare as follows:

1. I am an attorney duly admitted to practice in this Court and am counsel with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser ("Fraser") in this action.

2. I submit this declaration in support of Fraser's motions *in limine* to preclude Plaintiffs from making certain arguments and presenting or adducing certain evidence at trial related to: (1) Homero Joshua Garza's ("Garza") deposition testimony, (2) Hardware- and Cloud-hosted Mining, (3) ZenMiner and (4) the "Honor Program." The purpose of this Declaration is to put before the Court certain documents that are cited in the accompanying memorandum of law in support of the motions *in limine*.

3. Annexed hereto as Exhibit A is a true and correct copy of Plaintiffs' October 20, 2016 Cooperation Agreement, entered into with Garza.

4. Annexed hereto as Exhibit B is a true and correct copy of excerpts of Garza's December 14, 2018 deposition testimony designated by Plaintiffs.

5. Annexed hereto as Exhibit C is a true and correct copy of excerpts of Garza's December 14, 2018 deposition testimony designated by Plaintiffs.

6. Annexed hereto as Exhibit D is a true and correct copy of Plaintiffs' Trial Exhibit PX23.

7. Annexed hereto as Exhibit E is a true and correct copy of Plaintiffs' Trial Exhibit PX43.

8. Annexed hereto as Exhibit F is a true and correct copy of Plaintiffs' Trial Exhibit PX44.

9. Annexed hereto as Exhibit G is a true and correct copy of Plaintiffs' Trial Exhibit PX126.

10. Annexed hereto as Exhibit H is a true and correct copy of Plaintiffs' Trial Exhibit PX119.

11. Annexed hereto as Exhibit I is a true and correct copy of Plaintiffs' Trial Exhibit PX120.

12. Exhibit J is a true and correct copy of excerpts of Fraser's August 7, 2018 deposition testimony.

13. Annexed hereto as Exhibit K is a true and correct copy of Plaintiffs' Trial Exhibit PX143.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 1, 2021
        New York, New York

                                           /s/ Amina Hassan
                                           Amina Hassan (*pro hac vice*)