# Exhibit C

Page 1

```
                IN THE UNITED STATES DISTRICT COURT
                         OF CONNECTICUT


DENIS MARC AUDET, MICHAEL )  Case 3:16-cv-00940
PFEIFFER, DEAN ALLEN      )
SHINNERS, and JASON       )  Hon. Michael P. Shea
VARGAS, Individually and  )  Courtroom 2
on Behalf of All Others   )
Similarly Situated,       )  ECF Case
                          )
     Plaintiffs,          )  CLASS ACTION
                          )
vs.                       )
                          )
STUART A. FRASER,         )
GAW MINERS, LLC, AND      )
ZENMINER, LLC, (d/b/a     )
ZEN CLOUD),               )
                          )
     Defendants.          )
```

*******************************
ORAL VIDEOTAPED DEPOSITION
HOMERO JOSHUA GARZA
December 14, 2018
*******************************

ORAL VIDEOTAPED DEPOSITION OF HOMERO JOSHUA GARZA, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 14th day of December, 2018, from 10:13 a.m. to 6:44 p.m., before April Balcombe-Anderson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Job No. 152595

```
 1
 2    offices of Regus Littlefield Congress, 106 East 6th
 3    Street, Suite 900, Austin, Texas 78701, pursuant to the
 4    Federal Rules of Civil Procedure and the provisions
 5    stated on the record or attached hereto.
 6
 7
 8
 9    Job No. 152595
10    Reported by April Balcombe, CSR, CRR, CRC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 101

1        Homero Joshua Garza
2    A.   Not that I can recall.
3    Q.   Okay.  And I might have already asked this, so
4 I apologize, but did the new companies have their own
5 bank accounts?
6    A.   It's possible, but I don't specifically
7 remember which account -- by that point, I wasn't
8 heavily involved in how that was set up, so...
9    Q.   Okay.
10            THE REPORTER:  You were heavily?
11            THE WITNESS:  I wasn't heavily involved in
12 how the bank accounts were set up.
13    Q.   (BY MR. WATTERSON)  Did the new companies have
14 any corporate resolutions, to the best of your
15 knowledge?
16    A.   To the best of my knowledge, I do not believe
17 so.
18    Q.   Okay.  Thanks.
19            I am going to hand you a document that was
20 previously marked as Exhibit 19.
21            What is Exhibit 19?
22    A.   You're asking me that, what is Exhibit 19?
23    Q.   Yes.
24    A.   (Witness reviews documents.)
25            I think this was the -- I guess -- maybe

1                     Homero Joshua Garza
2    I'm wording it wrong, but I believe it's our plea
3    agreement between myself and the Attorney General, if
4    I'm saying that correct.
5        Q.   So you were charged with wire fraud in
6    connection with GAW Miners; is that right?
7        A.   Yes, sir.
8        Q.   And you pled guilty?
9        A.   Yes, sir.
10       Q.   Okay.  Can you turn to -- you see at the top,
11   there's something called file stamp, and it shows the
12   document's 11 pages.  Can you turn to page 9 of 11?
13       A.   Nine of eleven?
14       Q.   Yes.
15              And this is Stipulation of Offense
16   Conduct, which is basically an agreement between you and
17   the Government that this is what you did, fair?
18       A.   Yes, sir.
19       Q.   Okay.  So I wanted to direct you to
20   paragraph 4.  Paragraph 4 describes hashlets and I think
21   it also describes PayCoin as well.  Do you see that?
22       A.   Yes, sir.
23       Q.   Does paragraph 4 accurately describe what a
24   hashlet was?
25       A.   Yes, sir.

1                    Homero Joshua Garza
2        Q.   Okay.  And if you take a look at paragraph 5,
3   there's a chart, and it says -- on the -- essentially,
4   on the left, it describes a statement that you made, and
5   then on the right, it describes what the truth is.  Do
6   you see that?
7        A.   Yes, sir.
8        Q.   Okay.  So it says that -- on the right-hand --
9   lower right-hand corner, it says, "The defendant's
10  companies sold more hashlets than were supported by the
11  computing power maintained in their data centers.
12  Stated differently, the defendant's companies sold the
13  customers the right to more virtual currency than the
14  companies' computing power could generate."
15             Do you see that?
16       A.   Yes, sir.
17       Q.   Is that accurate?
18       A.   Yes, sir.
19       Q.   Okay.  And then if you look at the top row,
20  there's a statement, "GAW Miners' parent company
21  purchased a controlling stake in ZenMiner for $8 million
22  and that ZenMiner became a division of GAW Miners."
23             Do you see that?
24       A.   Yes, sir.
25       Q.   Is that a statement that you made?

Page 104

1        Homero Joshua Garza

2    A.    The com- -- I mean, yes, I was a part of that
3  statement.
4    Q.    Who else was a part of that statement?
5    A.    I would be speculating on all of the
6  individuals involved, so...
7    Q.    Do you remember any without speculating?
8    A.    I believe Joe and Stuart are the ones that I
9  have a high level of confidence in.
10   Q.    Why do you believe Mr. Fraser was involved in
11  this statement?
12              MS. CAVE:  Objection to the form.
13   A.    Because we discussed -- we -- this concept, the
14  idea of ZenMiner being purchased by GAW Miners, came
15  from the concept that you talked about earlier when
16  Great Auk Wireless and GAW Miners are GAW High-Speed,
17  like, when those companies came together, that's where
18  this concept was born from.
19              And Stuart was the one who, you know, came
20  up with that original idea of one -- you know, start
21  spinning up a new company and then having that company
22  buy the assets of another company.  So I talked to
23  Stuart and said basically, "Can we do the same thing?"
24   Q.    (BY MR. WATTERSON)  So if I understand your
25  testimony, Mr. Fraser came up with the concept of GAW

Page 105

1       Homero Joshua Garza

2  Miners' parent company purchasing a stake in ZenMiner,
3  LLC?
4       A.   No.
5            MS. CAVE:  Objection to the form.
6       A.   Stuart came up with the concept of Great Auk
7  Wireless and GAW Miner -- or, I'm getting the names
8  mixed up, Great Auk Wireless and GAW High-Speed
9  Internet -- remember how, like, one was Vermont and
10 one's Massachusetts?
11      Q.   (BY MR. WATTERSON)  Uh-huh.
12      A.   He came up with the concept of how, like, to
13 get the company out of Vermont, bring it to
14 Massachusetts so, essentially, have two companies that
15 we both have a vested interest in, like, one buys the
16 assets of another.
17           So I remembered that and I brought up to
18 him, "Can we do the same thing with those companies,"
19 and that's how we -- you know, that was how this --
20 like, the whole concept, that's where it came from.
21           So to be clear, he didn't approach me, I
22 approached him to ask him if that would work here.
23      Q.   But is it fair to say that you discussed the
24 statement in this top, left box with Mr. Fraser before
25 the statement was made?

Page 106

Homero Joshua Garza

  MS. CAVE:  Objection to the form.

 A. Yes, I -- what I am not as sure about is the -- the figure, total amount.  But the concept of having one company buy another, yes, we did discuss that.

  MR. WATTERSON:  Let's mark this as Exhibit 241.

  (Exhibit 241 marked.)

 Q. (BY MR. WATTERSON)  Here you go.

  And Exhibit 241 is something I pulled off the Internet, but my understanding is that this is, essentially, a different website republishing a press release that was made about ZenMiner.

  Does this look like the press release that was made regarding Geniuses at Work acquiring equity in ZenMiner?

 A. Yes, sir.

 Q. Okay.  So -- so did you discuss the concepts in this press release with Mr. Fraser before the press release was issued?

  MS. CAVE:  Objection to the form.

 A. Yes.  Yes, sir.

 Q. (BY MR. WATTERSON)  Tell me about those discussions.

 A. Well, essentially -- and I can't be specific on

Page 107

1  Homero Joshua Garza

2  exact dates, but at some point, I concluded -- because
3  ZenMiner was truly meant to be a separate company. In
4  fact, we even interviewed for CEOs.
5          When it became clear that it wasn't in the
6  best interest of the company to make them that way, that
7  it would be, in fact, in the best interest of the
8  company to combine them together, that's when I asked
9  Stuart -- you know, and I'm just being high level, but,
10 essentially, that's when we had the conversation about
11 could we do, like, the same thing here as we did with
12 GAW High-Speed, and that's when I related the two ideas
13 together, and so that's how we discussed it, so...
14     Q.   And what did Mr. Fraser tell you about --
15 strike that.
16          What did Mr. Fraser tell you in this
17 conversation?
18     A.   Well, I don't recall more than him agreeing to
19 the idea.
20          THE REPORTER:  What -- I got it.  Thanks.
21     A.   We had a conversation extensively about,
22 generally, how he, like, brought prior experience about,
23 like, one company buying out another, like I remember, I
24 was talking about --
25          I don't know if that was part of this

Page 108

1       Homero Joshua Garza
2   specific discussion, so -- but I know it gave me the
3   idea for this, and then that -- you know, that, along
4   with the way we handled Great Auk Wireless, is why I
5   presented that concept, so...
6       Q.   (BY MR. WATTERSON) Do you remember, was this a
7   discussion over the phone?
8       A.   Most likely it's possible that we met in person
9   about it, but I think it was over the phone.
10      Q.   Do you know approximately when you had this
11  conversation with Mr. Fraser?
12      A.   It wouldn't have been long before this
13  happened.
14      Q.   Okay.  I want to switch back to Exhibit 19, the
15  fee agreement.
16      A.   Okay.
17      Q.   And so it says in the left-hand box, a
18  statement, "The market value of a single PayCoin would
19  not fall below $20 per unit because the defendant's
20  companies had a reserve of $100 million that the
21  companies would use to purchase PayCoins to drive up its
22  price."
23           Do you see that?
24      A.   Yes, sir.
25      Q.   And does that reflect a statement that you

Page 118

1   Homero Joshua Garza
2   lunch.
3             THE VIDEOGRAPHER:  Off the record at 1:23.
4             (Lunch recess from 1:23 p.m. to 2:08 p.m.)
5             THE VIDEOGRAPHER:  On the record at 2:08.
6       Q.    (BY MR. WATTERSON)  Mr. Garza, I'm handing you
7   a document that was previously marked as Exhibit
8   Number 69.  And this is -- I guess it's an article about
9   ZenMiner, and it suggests in the first sentence that
10  ZenMiner partnered with GAW Miners to bring a new miner
11  operating system, controlling unit, and ecosystem to the
12  marketplace.  Do you see that?
13      A.    Yes.
14      Q.    And was it accurate that ZenMiner had partnered
15  with GAW Miners?
16      A.    Not -- no, sir.
17      Q.    Okay.  And it discusses a phone conversation
18  with you, Thomas Fraser, and Rami Abramov.
19            Do you see that?
20      A.    Yes, sir.
21      Q.    Do you remember that phone conversation?
22      A.    Yes, sir.
23      Q.    Can you tell me what you remember about it?
24      A.    This is in reference to the phone conversation
25  that the -- that Scott Fargo conducted.

1         Homero Joshua Garza
2     Q.   Okay.  And who's Scott Fargo?
3     A.   He's the reporter that wrote this.
4     Q.   Okay.  And what did you discuss with Mr. Fargo
5  on this phone conversation?
6     A.   Well, basically, this article would be a result
7  of this discussion.
8     Q.   Sorry.  Go ahead.
9     A.   No, you go ahead.
10    Q.   Okay.  It says that Thomas -- in the first --
11 second full paragraph, where it says, "I spoke on the
12 phone," it refers to Thomas Fraser as Thomas Fraser of
13 ZenMiner.  Do you see that?
14    A.   Yes, sir.
15    Q.   And Thomas Fraser wasn't actually associated
16 with ZenMiner; is that true?
17    A.   No, sir, not up until probably the same day.
18 You know, prior to this interview being asked, I asked
19 Stuart if, you know, Thomas could represent ZenMiners.
20 Otherwise, there would be interview with no one, so
21 Tommy conducted this interview as if he was part of
22 ZenMiners.
23    Q.   Why did you choose, I guess, Thomas Fraser?
24    A.   Because prior to this article being written,
25 Stuart had asked me to -- to reach out to Tommy to see

1      Homero Joshua Garza

2   if -- to -- to get -- you know, get him involved in the
3   business, see if there are -- to look for an opportunity
4   for him to contribute in some way.
5            So when this was brought up, Tommy and I
6   had already had a previous discussion, you know, about,
7   you know, the -- sort of what was generally happening at
8   the company, so, you know, it just -- it made the most
9   sense to talk to him, so -- so I probably should have
10  ran it through Stuart first and then talked to Tommy.
11      Q.   Can you describe your conversation with
12  Mr. Fraser with respect to Thomas Fraser participating
13  in this interview?
14      A.   To the best of my memory, I just essentially
15  told him that, you know, we are having an interview that
16  was going to be performed and, you know, thought that
17  maybe, you know, Tommy could, you know, represent
18  ZenMiners, and that's up to the extent of what I can
19  recall.
20      Q.   Why -- I guess, why have -- have somebody not
21  associated with ZenMiner represent the company?
22      A.   Because the companies weren't -- and while it
23  was created as a separate LLC, they weren't truly two,
24  you know, different companies in the respect that they
25  shared too many resources.

Homero Joshua Garza

Q.  So why did it matter that they shared resources?

THE REPORTER:  They shared --

MR. WATTERSON:  Resources.

THE REPORTER:  -- resources?  Thanks.

A.  That mattered, as well as the fact that, you know, Stuart and I were both in control of both companies, so -- and at the time this was written, the only people that were under the ZenMiner umbrella were developers and things like that.  So, in other words, there would be no way to have this interview because there was no one else to talk to.

Q.  (BY MR. WATTERSON)  But why not just say, you know, "I represent a company called GAW Miners and a company called ZenMiner, and here's what we're doing"?  I guess why -- what was the point of suggesting there was separation?

A.  When ZenMiner was launched, we came, you know, to the conclusion that it would -- that there were benefits of separating the companies, ZenMiner and GAW Miners.  The primary benefits that made the decision were that GAW Miners worked with very specific vendors, and ZenMiners was made to be an agnostic operating system, and there was a concern that there was going to

Homero Joshua Garza

be a conflict of interest between the two companies.  So while, you know, they shared resources to launch and to set up, it was, initially, you know, planned as being two separate companies.

Q.  And I think you said that "we made that decision."  Who is the "we" you're referring to?

A.  Stuart and Shiraz.

Q.  Okay.  Did you discuss this article that Mr. Fargo wrote with Mr. Fraser?

A.  Yes, sir.  I think as soon as it was published -- well, in addition to, you know, discussing that it be done, you know, to make sure Tommy could do it, I believe that we spoke on the phone afterwards.  And then when the article was published, we -- you know, I sent him a link to it and we discussed it.

Q.  Okay.  Can you tell me about the discussion after you sent him the link?

A.  To the best of my memory, you know, we were, you know, just pleased that there was -- you know, that there was press exposure and -- and, you know -- you know, Stuart, I remember, "It was a good -- you know, good job," and that was -- I mean, I don't remember, you know, anything beyond just, you know, he was happy with the way that the conversation went, the content of the

1    Homero Joshua Garza
2    conver-" -- you know, of the article, and that we got
3    press exposure.
4         Q.   So you don't -- you don't remember Mr. Fraser
5    being upset with this article?
6         A.   Not that I can remember.
7         Q.   Would -- would Mr. Fraser have known there
8    was -- strike that.
9              Do you know whether Mr. Fraser knew GAW
10   Miners and ZenMiner were two separate legal entities?
11        A.   To the best of my knowledge, I believe so.  But
12   I can't, you know, remember definitive -- you know, a
13   specific discussion about it, but it would fall in the
14   purview of something that, you know, we would have
15   discussed, but I...
16        Q.   Okay.  Do you recall whether Mr. Fraser would
17   have known that there was shared resources between GAW
18   Miners and ZenMiners?
19        A.   Yes, sir.
20             MS. CAVE:   Objection to the form.
21        A.   Yes, sir.
22        Q.   (BY MR. WATTERSON)  Okay.
23        A.   There were far too many shared resources.
24        Q.   So in the first sentence in Exhibit 69, it
25   says, "GAW Miner has partnered with ZenMiners to bring a

1                Homero Joshua Garza
2    new mining -- new miner operating system, controlling
3    unit, and ecosystem to the marketplace," so would --
4    Mr. Fraser knew that there was no such partnership,
5    correct?
6        A.   Definitely.
7             MS. CAVE:   Objection to the form.
8        Q.   (BY MR. WATTERSON)   and how do you know that he
9    knew that?
10       A.   Because -- a few reasons.   One is that
11   ZenMiners fell into the sort of bucket of discussions
12   about how equity could be set up, that we had some
13   discussions about.
14            We, you know, generally talked about the
15   development of the operating system.   The assembly of
16   the controller for ZenMiners was done out of one of our
17   offices, so, you know, we talked about that.   And then,
18   obviously, you know, post-article, Tommy goes into great
19   detail about him, his background and so forth, so, you
20   know, that was -- obviously, would not have been
21   something that he would have done if, you know, his dad
22   wasn't on board with that.
23            Like I say, that's more speculation, but,
24   you know, between all those, you know, different things,
25   specifically the discussion we had about equity and

1  Homero Joshua Garza
2  ==finding a CEO to eventually, you know, run the company,==
3  ==were things him and I discussed.==
4      Q.   So let me -- let me ask this:  Do you know
5  whether -- well, strike that.
6           It seems like you testified that Thomas
7  Fraser and Stuart Fraser had a discussion about this
8  article.  Did I get that right?
9           MS. CAVE:  Objection to the form.
10     A.   That they had discussion between each other?
11     Q.   (BY MR. WATTERSON)  Right.
12     A.   To the best of my knowledge.  I can't, you
13 know, say for certain because obviously it happened, you
14 know, without me.  You know, but I knew Stuart for
15 eight, ten years and knew Tommy for quite a while, and,
16 you know, there's -- Stuart would not have let him be
17 involved in the company without those two -- so, you
18 know, I just knew the family dynamic at the time, so...
19     Q.   But, you know --
20     A.   But I didn't hear them talking with each other.
21     Q.   One of them didn't tell you, "Hey, I had this
22 discussion with, you know, my dad," something like that?
23     A.   I believe post this article coming out, Tommy
24 and I had spoken a week or two after this, and I
25 remember we -- I was talking about, you know -- you