# Exhibit D

GAW Labs Mail - Congrats :)                                              1/19/16, 9:41 AM



## Congrats :)

**Josh Garza** <josh@gaw.com>                                    Fri, May 23, 2014 at 11:57 AM
To: Tommy Fraser <tommyf87@aol.com>, Stuart Fraser <aukster@msn.com>

> http://www.cryptocoinsnews.com/news/groundbreaking-deal-gawminers-zenminer-will-revolutionize-mining/2014/05/23
>
> Sent from my mobile phone

**STUART FRASER** <aukster@msn.com>                              Fri, May 23, 2014 at 12:21 PM
To: Josh Garza <josh@gaw.com>
Cc: Tommy Fraser <tommyf87@aol.com>

> Wow. Awesome. Driving and can't read it all.
>
> Sent from my iPhone
>
> On May 23, 2014, at 11:57 AM, "Josh Garza" <josh@gaw.com> wrote:
>
>> http://www.cryptocoinsnews.com/news/groundbreaking-deal-gawminers-zenminer-will-revolutionize-mining/2014/05/23
>>
>> Sent from my mobile phone
>
>
> "The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."



https://mail.google.com/mail/u/0/?ui=2&ik=dcdb6ba1e8&view=pt&...=14629ccdb8c27a6c&siml=14629ccdb8c27a6c&siml=14629e334307fcb9                   Page 1 of 1

GAW00198557

# Groundbreaking Deal Between GAWMiners and Zenminer Will Revolutionize Mining!

www.cryptocoinsnews.com /groundbreaking-deal-gawminers-zenminer-will-revolutionize-mining/

Scott Fargo
1
SHARES
TwitterLinkedin FacebookPinterestGoogleDiggReddit Stumbleupon WeiboSubscribeMailPrint

In a ground breaking move Zenminer partnered with GAWMiners to bring a new miner operating system control unit and ecosystem to the market place.

The new controller is called the zenController and will allow for simple setup and use of almost any miner that needs a controller. It will do so in a secure environment and will allow anyone to pick up mining.

I spoke on the phone with Thomas Fraser of Zenminer, Josh Garza, and Rami Abramov of GAWMiners for an hour getting details of the new controller, hardware that it is on, shipping and roll out dates, security concerns I had as well as some other interesting bits of information.



Groundbreaking Deal Between GAWMiners and Zenminer Will Revolutionize Mining!

[divider]CCN[/divider]

[dropcap size=small]T[/dropcap]he controller is an ecosystem of hardware and cloud. The zenController base is a Raspberry Pi running a custom image that when booted up will detect your attached miners and connect to a cloud service that will download the correct drivers and even update the firmware directly from the manufacturer.

A zenController is shipping with along with ASIC miner purchases from GAWMiners starting on 5/23/14. It will have a unique code. You will go to Zenminer.com and create an account. You type in your zenController's code, and it will add it to your account. From here, you have a full cloud control access to your miner controller and any miners attached to it.

The software will sync with your controller and from there you can setup your connected miners, pool information, monitor hash rate and even get the latest firmware installed to your miners.

What is revolutionary about this controller is that it makes mining so simple that people who are not technically inclined can use it. They will be able to buy a miner with a controller, just plug it in and with a simple web login that most people are used to start mining. The controller takes the steep learning curve and fear factor out of mining. The zenController changes what at times can be a mess of configuration hell, to a simple task.



Raspberry Pi

The last several years crypto currency mining has been a technical battle. With hardware manufacturers, that are shipping before miner software code writers have had an opportunity get their hands on the units. Many times the before code writers even just the drivers the manufacturer has for them until well after launch it can be a crap shoot

reason that you could not connect to Zenminer and your internet connection was up your miner would still function just like normal. One of the other aspects of the controller is it would allow for easier service if a customer were having problems. Zenminer can with the customers permission log in and instantly see what is going on. The remote access takes tech support several steps over troubleshooting by phone. Making diagnosing and fixing problems more accurate and much faster. An extension of this is that GAWMiners Josh has told me will be moving all of their hosting services over to Zenminer as well. Swtiching to this model will allow GAWMiners to focus on the hardware aspect of service directly in their hosting centers while Zenminer can deal with software issues and quickly relay to GAWMiners if a physical miner has malfunctioned needing a replacement. Some interesting bits of information that came out of this as well are the following. GAWMiners will ship one controller to each customer who has already purchased from them free of charge!

Josh said sending a zenController is another way to show his customers his appreciation and give them an opportunity to try it out. They are going to start shipping them in late June. With GAWMiners close ties to the manufacturers they should be able to get units in Zenminer's and their Dev's hands in plenty of time before launch so rollouts are smooth and supported promptly. Within a couple months, they hope to have the downloadable image of the OS ready. The existing Beta testing is happening with some existing customers, and it has gone very well.

[divider]CCN[/divider]

[dropcap size=small]I[/dropcap] think this is a huge step forward in mining. The zenController is going to shift how people look at crypto currencies. Instead of as something only tech types can mine to something everyone can. GAWMiners has the customer base and scale with manufacturers to help make this happen. They ship an immense amount of mining hardware. Growth like this can also help disperse the hash rate to more people that can help mitigate things like 50% attacks like we saw with Coinotron recently with Litecoin. The Zenminer will help the adoption of crypto currencies as a whole. It can also help alt coins as more people get interested and find the coins that they like and support them. The more people are doing that, the more they are going to be telling businesses that they want to pay with crypto.

I am looking forward to seeing how well it goes. Once I get some more hands on with the Zenminer and how it works I will post a follow up review with my findings and thoughts.

1
SHARES
TwitterLinkedin FacebookPinterestGoogleDiggReddit Stumbleupon WeiboSubscribeMailPrint

GAW00198556