# Exhibit E




## Geniuses at Work Corp Acquires Controlling Equity In ZenMiner for $8M

**The Geniuses at Work Corporation has acquired an $8 Million controlling stake in ZenMiner to develop it into a next generation platform to make Bitcoin mainstream.**

f  🐦  in  G+  ⓟ   |   @ Email    🖨 Print Friendly    ⤴ Share

August 13, 2014 07:03 ET | **Source:** Geniuses at Work Corporation

BLOOMFIELD, Conn., Aug. 13, 2014 (GLOBE NEWSWIRE) -- via PRWEB - The Geniuses At Work Corporation has acquired controlling equity in the cloud mining firm ZenMiner, widely considered the industry's top-performing mining service.

Geniuses At Work Corporation plans to utilize ZenMiner's technology to streamline partner integration and accelerate development of "Project Prime", the company's next-generation Bitcoin platform due to launch later this year.

"We're investing heavily into bringing Bitcoin to the masses" says Josh Garza, CEO of GAW. "We've been impressed with how rapidly ZenMiner took over the hosted mining market. After we saw their technology we knew we had to bring them in."

Josh Garza's GAW brand has made headlines this summer, recently acquiring BTC.com for $1 Million and earlier this year launching the industry's leading cryptocurrency hardware provider GAW Miners, which exploded onto the market in February to become one of the fastest-growing tech companies in 2014.

Eric Capuano, ZenMiner's former President, has been appointed General Manager of GAW Corp's new ZenMiner division. "We're thrilled to have GAW's resources backing ZenMiner", said Capuano. "GAW's can pump far more resources into ZenMiner's R&D than we could ever dream of alone. With their support, we can add game-changing features like hardware trading, instant activation, and cutting-edge pools to our customers even faster."

"ZenCloud is going to be the single best platform for running a miner. Period" - Josh Garza

This article was originally distributed on PRWeb. For the original version including any supplementary images or video, visit
http://www.prweb.com/releases/2014/08/prweb12089096.htm

GAWMiners
Christian Gogol

EXHIBIT 241
12-14-13

+1 (240)-393-9732

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal
- Contact Us

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2018 GlobeNewswire, Inc. All Rights Reserved.