# Exhibit F

| | |
|---|---|
| From: | Fraser, Stuart [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=EBCE5350] |
| Sent: | 8/14/2014 1:38:59 PM |
| To: | Fraser, Thomas [tfraser@ccre.com] |
| Subject: | Re: Geniuses at Work Corp Acquires Controlling Equity In ZenMiner for $8M |

That's what I was thinking.

Sent from my iPhone

> On Aug 14, 2014, at 9:37 AM, "Fraser, Thomas" <tfraser@ccre.com> wrote:
>
> I saw this from Josh. What's my cut? haha
>
> Thomas Fraser
>
> 110 E. 59th St.
> New York, NY 10022
> (212) 829-5202 (Office)
> (646) 255-8060 (Cell)
> tfraser@ccre.com | www.ccre.com
>
>
>
> -----Original Message-----
> From: Fraser, Stuart
> Sent: Thursday, August 14, 2014 9:35 AM
> To: Fraser, Thomas
> Subject: Geniuses at Work Corp Acquires Controlling Equity In ZenMiner for $8M
>
> http://finance.yahoo.com/news/geniuses-corp-acquires-controlling-equity-110334473.html?soc_src=mediacontentsharebuttons
>
>
> Sent from my iPhone



EXHIBIT 158
8/7/18 AK

Fraser001229                                                                                                    CONFIDENTIAL