# Exhibit J

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE 3:16-CV-00940

---------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, INDIVIDUALLY and on Behalf of All Others Similarly Situated,

                Plaintiffs,

   v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),

                Defendants.

---------------------------------------------x

VIDEOTAPED DEPOSITION OF STUART A. FRASER

New York, New York

Tuesday, August 7, 2018

Reported by:
Amy A. Rivera, CSR, RPR, CLR
JOB NO. 145943

Page 2

August 7, 2018

9:02 a.m.

Videotaped deposition of STUART A. FRASER held at the office of HUGHES HUBBARD & REED LLP, One Battery Park Plaza, New York, New York, pursuant to Notice, before Amy A. Rivera, Certified Shorthand Reporter, Registered Professional Reporter, Certified LiveNote Reporter, and a Notary Public of the States of New York, New Jersey, and Delaware.

1              STUART FRASER

2       Q.    Okay.  What was your reaction to the
3  article?
4       A.    Unhappy.
5       Q.    Is it fair to say that this article
6  suggested that ZenMiner and GAW Miners were
7  separate entities?
8             MS. CAVE:  Objection to the form.
9       A.    Yes.
10      Q.    And that wasn't true, was it?
11      A.    I came -- I came to understand that
12 not to be true, correct.
13      Q.    Did you understand that it was untrue
14 at the time when you saw the article?
15      A.    I didn't know about the article until
16 it came out.
17      Q.    Sorry if my question was unclear, but
18 after you saw the article, did you understand that
19 it was untrue, the association between -- well,
20 strike that.
21            At the time you saw the article, did
22 you understand that the statements in the article
23 suggesting GAW Miners and ZenMiner were separate
24 companies were untrue?
25            MS. CAVE:  Objection to the form.

1        STUART FRASER
2    A.    Yes.
3    Q.    And did you -- did you discuss the
4  article with Mr. Garza?
5    A.    I did.
6    Q.    What did you tell him?
7    A.    I requested that he fix it.
8    Q.    So that he ask for a retraction?
9    A.    Whatever he could do to fix it, to --
10 to make it right.
11   Q.    Okay.  Did you write to the author of
12 the article and let them know that there was
13 something untrue in the article?
14   A.    No.
15   Q.    And do you recall a press release in
16 August of 2014 indicating that GAW Miners had
17 purchased ZenMiner?
18   A.    Yes.
19   Q.    And that press release also suggested
20 that ZenMiner was a company that wasn't controlled
21 by Mr. Garza, correct?
22         MS. CAVE:  Objection to the form.
23   A.    That's what I understood, yes.
24   Q.    And so that wasn't true, correct?
25   A.    Correct.

Page 111

1  STUART FRASER
2  Q. Did you discuss this August press
3  release with Mr. Garza?
4  A. Yes.
5  Q. What did you tell him?
6  A. That he had to fix this and make it
7  right, that you can't do this.
8  Q. And did he?
9  A. No.
10 Q. What did you do about that?
11 A. Not much I could do. I started to
12 find his -- I -- I -- I lost a lot of respect for
13 him and started to question my involvement.
14 Q. How -- before GAW Miners, did you
15 consider yourself friends with Josh Garza?
16 A. Absolutely.
17 Q. Did you consider yourself to be a
18 close friend of his?
19 A. Pretty close. I mean, yes.
20 Q. Do you know whether Mr. Garza
21 considered you to be the sort of father figure?
22 A. He mentioned it more than once.
23 Q. Do you believe that Mr. Garza looked
24 up to you?
25 A. In the beginning.

1                    STUART FRASER
2         previously marked for identification, shown
3         at this time.)
4    BY MR. WATTERSON:
5         Q.    So is Exhibit 44 a copy of the
6    transcript of your interview with the SEC?
7         A.    I guess so.
8         Q.    Okay.  And you discussed the May 2014
9    interview involving Mr. Garza and your son Thomas
10   Fraser with the SEC, correct?
11               Earlier today we discussed an
12   interview that your son Thomas Fraser did with
13   Mr. Garza concerning ZenMiner.
14               Do you remember that?
15        A.    Yes, yes, yes.  I'm sorry, yes.
16        Q.    Okay.  And did you discuss that same
17   interview with the SEC?
18        A.    They brought it up, yeah.
19        Q.    Okay.  And this is the interview that
20   falsely presented your son as an employee of
21   ZenMiner, right?
22               MS. CAVE:  Objection to the form.
23               You can answer.
24        A.    Yes.
25        Q.    Okay.  And just to be clear, your son

1           STUART FRASER
2    had no role in ZenMiner, correct?
3         A.    Not that I was aware of.
4         Q.    Did your son -- did your son actually
5    participate in an -- in an interview?
6               So was there actually an -- was
7    actually an interview with a reporter, Mr. Garza,
8    and your son.
9         A.    I -- I assume there was, but I don't
10   know.  I didn't hear it.
11        Q.    Did you discuss this -- this May
12   interview with your son?
13        A.    Yes.
14        Q.    And did you ask him whether an
15   interview actually took place?
16        A.    No.
17        Q.    Okay.  Tell me about your discussion
18   with your son concerning this interview.
19        A.    After I read the release and all that,
20   I was upset, and I told my son to never get
21   involved like that again.
22        Q.    And just to be clear, this -- in this
23   interview, your son, I guess, represented that he
24   was an employee of ZenMiner, correct?
25        A.    I don't know what my son, you know,

1                    STUART FRASER
2    suggested, but, yeah, the article suggested that
3    he was a ZenMiner guy.
4         Q.    Okay.  And the article also suggested
5    that ZenMiner was a separate company from GAW
6    Miners, correct?
7         A.    That's correct.
8         Q.    That wasn't true?
9               MS. CAVE:  Objection to the form.
10        Asked and answered.
11              You can answer.
12        A.    I didn't hear a question.  But --
13        Q.    I -- I was just asking was it true --
14   it -- it was false that ZenMiner was a separate
15   company from GAW Miners, right?
16              MS. CAVE:  Objection to the form.
17        A.    That's --
18              MS. CAVE:  You can answer.
19        A.    That's what I understood, yes.
20        Q.    Okay.  And these false statements were
21   made as a part of GAW Miners' efforts to publicize
22   its business, correct?
23              MS. CAVE:  Objection to the form.
24        A.    Josh was -- Mr. Garza was using it to
25   promote his business, yeah.

1                    STUART FRASER
2        Q.    And you knew the statements were false
3   at the time, correct?
4              MS. CAVE:  Objection to the form.
5        A.    When I heard the statements, I knew
6   they were false.
7        Q.    When you read the article, you knew
8   they were false?
9        A.    Yeah, after the fact.
10       Q.    And the statements, they pissed you
11  off, right?
12             MS. CAVE:  Objection to the form.
13       A.    I was upset.
14       Q.    Did you tell the SEC the statements
15  pissed you off?
16       A.    Yes.
17       Q.    And did you tell the SEC that after
18  reading these statements, you started dealing with
19  Mr. Garza less?
20       A.    That's correct.
21       Q.    Did you?
22       A.    I did.
23       Q.    It drove you two apart?
24       A.    He played my son.
25       Q.    Did it drive you apart?

1              STUART FRASER
2      A.   Yes.
3      Q.   After you learned that Mr. Garza made
4 this false representation, why did you continue to
5 loan him money?
6           MS. CAVE:  Objection to the form.
7           MR. WATTERSON:  Well, strike that.
8      Q.   Did you loan Mr. Garza any money for
9 GAW Miners after May 23, 2014?
10     A.   I may have.  I either lent him like
11 one more tranche or about that time was the last
12 one.
13          I know I was paid back by July, so
14 I -- I could have loaned him a little more.
15     Q.   Did you continue to discuss GAW
16 Miners' business with Mr. Garza after May 23,
17 2014?
18     A.   Yes.
19     Q.   And you helped set up a meeting with
20 Cantor Fitzgerald concerning GAW Miners after
21 May 23, 2014?
22     A.   I believe so, yes.
23     Q.   Okay.  Did you participate in an
24 interview with the Wall Street Journal concerning
25 GAW Miners after May 23, 2014?

1                    STUART FRASER
2        A.    If that's when that interview
3   happened, yes.
4        Q.    Do you remember when the interview
5   with the Wall Street Journal happened?
6        A.    I don't remember the date, no.
7        Q.    Do you believe it was after May of
8   2014?
9        A.    Yes.
10       Q.    Okay.  And Josh made false statements
11  to the public concerning ZenMiner in August,
12  correct?
13       A.    Correct.
14       Q.    And this was actually in a press
15  release this time?
16       A.    I believe so.
17       Q.    Okay.  And you saw the press release?
18       A.    Yes.
19       Q.    And the claim was that GAW Miners was
20  purchasing ZenMiner for $8 million?
21       A.    Correct.
22       Q.    You knew that was false?
23       A.    Yes.
24       Q.    You knew that GAW and ZenMiner were
25  not separate companies, right?