# Exhibit K

INTERNET ARCHIVE WaybackMachine
http://twitter.com/gtaukster   Go   JAN FEB MAR  13 2015
1 capture
13 Feb 2015
2014 2015 2016
About this capture






**Stuart Fraser**
@GTAUKSTER

| TWEETS 24 | FOLLOWING 9 | FOLLOWERS 76 | FAVORITES 70 |

👤 Follow

**Tweets**  **Tweets & replies**  **Photos & videos**

**Don't miss any updates from Stuart Fraser**

Full name
Email
Password

**Sign up for Twitter**

🔁 Stuart Fraser retweeted
**GAWMiners** @GAWMiners · Jan 12
PayBase Honors $20 Paycoin™ fb.me/79tyVQNIH
↩ 🔁 2  ⭐ 3  ···

**Stuart Fraser** @GTAUKSTER · Dec 31
Keep an eye on XPY in 2015! It's going to be a Great New Year. Best to all, stu
↩ 🔁 28  ⭐ 4  ···

**Stuart Fraser** @GTAUKSTER · Dec 16
Sell Ruble, Buy XPY!
↩ 🔁 1  ⭐ 3  ···

**Stuart Fraser** @GTAUKSTER · Dec 15
Still would like a Black PayCoin Card! #OldSchool
↩ 🔁 9  ⭐ 24  ···

**Trends** · Change
#ifyourereadingthisitstoolate
Happy Friday the 13th
David Carr
#BritishSexPositions
You & the 6
#DrakeMixtape
#WangRihCassPuffJayBeyKimAnna
10 Bands
Know Yourself
Drizzy

© 2015 Twitter  About  Help  Ads info

🔁 Stuart Fraser retweeted
**Josh Garza** @gawceo · Dec 15
Paycoin and Paybase Express hashtalk.org/topic/23711/pa…
↩ 🔁 137  ⭐ 41  ···

🔁 Stuart Fraser retweeted
**Josh Garza** @gawceo · Dec 13
XPY more than doubled in difficulty in a few hours, who would have thought
↩ 🔁 9  ⭐ 21  ···

**Stuart Fraser** @GTAUKSTER · Dec 13
Here we go! #paycoin what a beginning
↩ 🔁  ⭐ 2  ···

🔁 Stuart Fraser retweeted
**Josh Garza** @gawceo · Nov 19
@PayPal It's time for people to control their own money, change is coming #cryptopower


Be the first to know when Paycoin launches



Pavcoin makes money *fair*.

↩  ↻ 73  ★ 53  ⋯   View more photos and videos

**Stuart Fraser** @GTAUKSTER · Nov 9
"@gawceo: Heading in :) "  What a young awesome couple! #Happypair

↩  ↻  ★ 1  ⋯   View more photos and videos

**Stuart Fraser** @GTAUKSTER · Nov 9
"@gawceo: Incoming announcement: I am awake :)  can't wait! Go #GAW #gawminers

↩  ↻  ★  ⋯   View conversation

↻ Stuart Fraser retweeted
**Josh Garza** @gawceo · Nov 8
oh paypal, here we come :)

↩  ↻ 13  ★ 20  ⋯

**Stuart Fraser** @GTAUKSTER · Nov 7
#HashCoin #ICO #gawminers   Here we come!! hashcoin.com/ico  & hashcoin.com/white-paper.

↩  ↻ 1  ★ 1  ⋯