UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>September 1, 2021<br><br><br>DEMAND FOR JURY TRIAL |

**PLAINTIFFS' MOTION IN LIMINE REGARDING
CLASS REPRESENTATIVES**

Plaintiffs Denis Audet, Michael Pfeiffer, and Dean Allen Shinners ("Plaintiffs") move in limine for an order excluding from the forthcoming jury trial the consideration of any arguments or evidence on issues specific to the three named Plaintiffs (including individual reliance) and/or Defendant Stuart Fraser's individual affirmative defenses with respect to the three named Plaintiffs, rather than the Class as a whole, for the reasons set forth in the accompanying memorandum of law submitted in support of this motion.

1

Dated: September 1, 2021

                                                    Respectfully submitted,

                                                    */s/ Geng Chen*

| | |
|---|---|
| Mark P. Kindall (ct13797) | Marc Seltzer |
| Robert A. Izard | Kathryn Hoek |
| Craig A. Raabe | SUSMAN GODFREY L.L.P. |
| IZARD, KINDALL & RAABE, LLP | 1900 Avenue of the Stars, Suite 1400 |
| 29 S. Main St., Suite 305 | Los Angeles, CA 90067 |
| West Hartford, CT 06107 | Tel: (310) 789-3100 |
| Tel: (860) 493-6292 | mseltzer@susmangodfrey.com |
| mkindall@ikrlaw.com | khoek@susmangodfrey.com |
| rizard@ikrlaw.com | |
| craabe@ikrlaw.com | Seth Ard |
| | Russel F. Rennie |
| | Jacob Buchdahl |
| | Geng Chen |
| | SUSMAN GODFREY L.L.P. |
| | 1301 Avenue of the Americas, 32nd Floor |
| | New York, NY 10019-6022 |
| | Tel: (212) 336-8330 |
| | sard@susmangodfrey.com |
| | rrennie@susmangodfrey.com |
| | jbuchdahl@susmangodfrey.com |
| | gchen@susmangodfrey.com |
| | |
| | Edgar Sargent |
| | SUSMAN GODFREY L.L.P. |
| | 1201 Third Avenue, Suite 3800 |
| | Seattle, WA 98101-3000 |
| | Tel: (202) 516-3880 |
| | esargent@susmangodfrey.com |
| | |
| | *Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 1, 2021, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: September 1, 2021

                                                          */s/ Geng Chen*
                                                          Geng Chen