# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------
DENIS MARC AUDET, MICHAEL PFEIFFER,
DEAN ALLEN SHINNERS, and JASON VARGAS,
Individually and on Behalf of All Others
Similarly Situated,

                Plaintiffs,

    vs.      No. 16-940

HOMERO JOSHUA GARZA, STUART A. FRASER,
GAW MINERS, LLC, and ZENMINER, LLC,
(d/b/a ZEN CLOUD),

                Defendants.
-------------------------------------------

   ** CONTAINS CONFIDENTIAL PORTIONS **

 VIDEOTAPED DEPOSITION OF DENIS MARC AUDET

       Friday, August 10, 2018
           11:00 a.m.

Reported by:
Joan Ferrara, RPR, RMR, CRR
Job No. 144961

Contains Confidential Portions

Page 2

1
2
3
4       August 10, 2018
5       11:00 a.m.
6       New York, New York
7
8
9
10      Videotaped Deposition of DENIS
11  MARC AUDET, held at the offices of Susman
12  Godfrey, LLP, 1301 Avenue of the Americas,
13  New York, New York, Pursuant to Notice,
14  before Joan Ferrara, a Registered
15  Professional Reporter, Registered Merit
16  Reporter, Certified Realtime Reporter, and
17  Notary Public of the State of New York.
18
19
20
21
22
23
24
25

Page 3

1

2  A P P E A R A N C E S:

3

4  SUSMAN GODFREY

5  Attorneys for Plaintiffs

6          1000 Louisiana Street

7          Houston, Texas 77002

8  BY:     COLIN WATTERSON, ESQ.

9

10

11

12  HUGHES HUBBARD & REED

13  Attorneys for Defendant - Fraser

14          One Battery Park Plaza

15          New York, New York 10004

16  BY:     HANNAH MILLER, ESQ.

17          ANNA SCHULER, ESQ.

18

19

20

21

22  ALSO PRESENT:

23          Rodolfo Duran, Videographer

24

25

Page 4

1              D. Audet

2       THE VIDEOGRAPHER:  This is the
3  start of media labeled number one of
4  the video recorded deposition of Denis
5  Marc Audet in the matter Denis Marc
6  Audet, et al. versus Homero Joshua
7  Garza, et al., in the United States
8  District Court, District of
9  Connecticut.
10      This deposition is being held at
11  1301 Avenue of the Americas, New York,
12  New York, on August 10, 2018 at
13  approximately 11:03 a.m.
14      My name is Rodolfo Duran, I am
15  the legal video specialist, the court
16  reporter is Joan Ferrara, and we're
17  both in association with TSG
18  Reporting, Inc.
19      Will counsel please introduce
20  themselves.
21      MS. MILLER:  Hannah Miller from
22  Hughes Hubbard & Reed representing
23  defendant Stuart Fraser.
24      MS. SCHULER:  Anna Schuler
25  representing Mr. Fraser.

Page 125

1                  D. Audet
2    happened and people couldn't log into the
3    website or something.
4        Q     What date was this?
5        A     This would be about December
6    8th, 2014.
7        Q     Do you remember how long that
8    lasted?
9        A     No, I don't, no.
10       Q     Then you say later on in that
11   same post: All is well. We are all
12   positioned to do well if GAW succeeds. So
13   cheer on team and enjoy the show.
14             So would you say you recognized
15   at that time that there was a possibility
16   that GAW would not succeed?
17       A     I mean failure is always a
18   possibility, yes.
19       Q     Moving down to the bottom of
20   page 11, it looks like you mention Allen
21   1980 --
22       A     1980S, yes.
23       Q     Is that Allen Shinners?
24       A     I don't know.
25       Q     Did you recognize this user?

Page 174

1              D. Audet

2         C E R T I F I C A T E

3   STATE OF NEW YORK )

4                     : ss

5   COUNTY OF QUEENS  )

6

7      I, Joan Ferrara, a Notary Public within

8   and for the State of New York, do hereby

9   certify:

10     That DENIS MARC AUDET, the witness whose

11  deposition is hereinbefore set forth, was

12  duly sworn by me and that such deposition is

13  a true record of the testimony given by the

14  witness.

15     I further certify that I am not related

16  to any of the parties to this action by

17  blood or marriage, and that I am in no

18  way interested in the outcome of this

19  matter.

20     IN WITNESS WHEREOF, I have hereunto set

21  my hand this 21st day of August, 2018.

22

23

24                    _____

25                       JOAN FERRARA, RMR