# EXHIBIT B

From: Michael Pfeiffer
Sent: Wed 9/24/2014 7:40 PM (GMT-04:00)
To: "btcrow.com" <btcrow.com@gmail.com>
Cc:
Bcc:
Subject: Re: Policy if seller does not ship item for sale?

Hello Paul,

The seller, naturally, will not provide documentation that he is in agreement with me, because he wants money for nothing. But you can see that he is still actively trying to sell his account at this post:

https://hashtalk.org/topic/8141/wts-account-with-primes-304-pieces

He will likely scam someone else unless someone challenges this.

Josh Garza, CEO of Gawminers and zenminers (the seller of the product and the host of the product (the accounts being sold), is aware of the situation.

I imagine if you look at the IP addresses accessing your website you will find clicks from Indonesia corresponding with the seller. I am in Philadelphia, PA (a suburban town called Narberth, PA in Lower Merion County). My IP address is: 98.114.1.161.

Gawminers/zenminers should be able to document that the IP address accessing his accounts are also from Indonesia, confirming that he still has access to the good he supposedly sold.

The burden of proof that this sale did not go through and that a scam, indeed, a theft, has been perpetrated, is not on me. If the seller wants to defend himself, that is on him.

Please let me know what steps we can take to resolve this situation.

Thank you,
Michael

On Wed, Sep 24, 2014 at 7:29 PM, btcrow.com <btcrow.com@gmail.com> wrote:
> Hi Michael,

Please do not forward the release link, especially to the other escrow party. It means they are able to release funds to themselves. You should note the email has bold text stating "**Note: Do not give this link out or forward this email**".

I'm confused about this escrow because:

1. The escrow has marked item(s) as received.
2. Two requests were made to release the funds.

EXHIBIT ID 91
DATE: 7/19/18
CORINNE J. BLAIR, CSR RPR

CONFIDENTIAL                                                                                      GAW00690356

For the above reasons I will need to receive an email from the seller's email account (<u>ultramen10@gmail.com</u>) in order to process the refund. The email should state they are in agreement with returning the funds to you.

Regards,

Paul
BTCrow.com

On 24/09/14 23:28, Michael Pfeiffer wrote:
> Hello,
>
> I made an escrow ticket and got tot the point of funding the account when the seller backed out. What is your policy on returning the funds to my account?
>
> Thanks,
> Michael

CONFIDENTIAL
GAW00690357