# EXHIBIT C

From: Allen Shinners
Sent: Tue 11/25/2014 2:13 AM (GMT-05:00)
To: "'Jonah Dorman'" <jonah@btc.com>, <wdl1908@gmail.com>
Cc:
Bcc:
Subject: RE: White Paper plus Q&As

Hi Jonah and Daffy,

As many do not know, I am somewhat OCD/anally retentive. Efficiencies are the game with me. That being said:

There are questions on the Q&A that can go into the latest revision of the WP. Are we including any of those? If we are, can you select those which can be included and let us know. I believe the rest, both Daffy's and mine, can be added to the Q&A section in the Paycoin forum, as another Q&A update. The other possibility is the production of a "Miner's 101 Guide to Paycoin Mining." We could do both. All of this will have to be explained, on the most rudimentary level, for all miners to understand. Otherwise, many will be totally unprepared for the onslaught of decisions which will have to be made inside of a few weeks. This is certainly true of Orion and Prime Controllers, how they function, as well as how much miners are going to have to use of their Paycoin bounty to fund participation. On that note, all of this has to be accomplished BEFORE the payout of Paycoins, otherwise we will have a crap-tonne of unhappy miners who cashed out their coins, only to find out that they needed them to continue to mine in the new ecosystem.

There. That is my two cents' worth at 02:00 in the morning. :P

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

