# EXHIBIT E

From: Allen Shinners
Sent: Thu 12/11/2014 11:26 PM (GMT-05:00)
To: "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: whats up with this?

Yes, I do Josh.

As I told Jonah, I need to put this last client project completely into maintenance mode, where I can separate GAW stuff from my normal business. Eventually, I prefer to move on to something completely different, but still be available to service new projects as they come in (day work, night work). My next marketing batch (I do this every few years) gets started soon for February/March deployment. My house is basically a cluster of unfinished projects currently. I have a lot of catching up to do around here, but since I live alone, I can prioritize my tasks to suit my needs. I gave most of my furniture away a year ago just so it was out of the way to get new floors in and other renovations accomplished. The contractors in my area suck rather badly. Like you, I have been screwed over too many time, so I do the work myself. ;)

I am definitely interested in helping though. Do not let the wall of text confuse the intentions.

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Thursday, December 11, 2014 11:11 PM
**To:** Allen Shinners
**Subject:** Re: whats up with this?

hmmmmmm, I like, want to help? yes no?


**Josh Garza**
**CEO-** GAW Corp

On Thu, Dec 11, 2014 at 11:01 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:
You, Jonah and Joe can look at the component parts of what still needs accomplished. Break the tasks down to small manageable subtasks, and post those to the HT forum. If you need to create a new sub forum, it probably would be more easily noticed. Keep these tasks to manageable sizes. If you have ever seen Microsoft Project, one of the main aspects of the utility, is the identification of subtasks that can act as standalone, self-contained mini-projects; the completion of which leads to the next logical subtask. The combination of logical "steps," or subtasks, result in a completed project. Each subtask is time sensitive, because its completion is a component of the next step in the project's construction, or implementation. You are already using something similar to this with Tiki-Toki. In that application we are not looking at subtasks per see, but completed projects themselves. One predates the next logical step in an overall "mission."

Example of building a retail outlet:

1. Buy land (X days)

2. Clear land and grade ( 7 days) (7 days into project completion)

3. Install sewage services (5 days) (12 days into project completion)

4. Install main water service (4 days) (16 days into project completion)

5. Install temporary electrical service feeds (3 days) (19 days into project completion)

6. Layout construction site (8 days) (27 days into project completion)

7. Install electrical, water and sewage subsystems (12 days) (39 days into project completion).


These are the fundamental steps, or subtasks, of a large project some of which can be accomplish simultaneously, while others require the completion of some subtasks, prior to commencement of their parts.

Actually, for you guys, it is the same process used to create functional programs. It is also the same as installing a new service at a new customers prem. You have to have a junction box, wire drawn to the prem, an interface, then internal wiring to the location of the service. (phone service for instance). One task leads to another.

You are already using some form of this in your operations now. In this case, what projects can be created that become interlocking components of a completed system. Of these, what expertise is out there currently, in Hashtalk, that can accomplish these subtasks independently of others, and with minimal supervision.

Classify the functions of these, advertise the need in Hashtalk, specific to each classification, and assign these tasks according to each person's level of expertise.

The greatest benefit of having a clientele that is scattered over 24 time zones, is that the work is constantly moving and being accomplished.

If you think about this carefully, you now have your new crypto business add-on that interfaces with your current project: The world's first global, borderless, contract to hire workforce market. Something that does not exist today, anywhere. This was the only true advantage of my MBA program. My "project group" had working members in South Korea, Germany, East Coast USA, and West Coast USA. In one term, we even had one guy on a destroyer in the Persian Gulf. We got 3 times the work accomplished in the same limited number of weeks or days. It was truly something to be part of and or develop.

GAW00094440

Even Harvard could not offer such an experience. Virtual team building is something learned from experience. You guys already have the concept being used today, now broaden the field of vision and you can accomplish great quantities of work in a fraction of the time.

Developers (Russian, The Netherlands, the U.K., Germany, Greece, Canada, etc.)
Technical Writers (the same)
Coders
Desktop Publishing
Web Designers
Graphics Artists
Etc.

The list is truly endless. The prospect is very exciting actually. It gets the creative juices flowing; incorporating a truly international group of talent that heretofore has really never been utilized in such a manner. Companies do it through outsourcing, but that is generally between companies, not individuals. :)

Bring everything back to the main internal people. Joe gets the Devs. Jonah gets the graphics, desktop publishing, writers, etc. You get the business developers (don't forget that group in the U.K who want to cover the U.K. to spread the word through direct marketing).

By the way, thanks for pushing back Hashbase for the sake of Paybase. I have not seen how people have reacted to this, but I suspect many feel it is the intelligent thing to do.

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Thursday, December 11, 2014 9:25 PM

**To:** Allen Shinners
**Subject:** RE: whats up with this?

How do you suggest we involve them?

Sent from my mobile phone

On Dec 11, 2014 7:21 PM, "Allen Shinners" <ashinner@columbus.rr.com> wrote:
I am copying Jonah on this in the clear. I am having two conversations with the same company, and I am exhausted today from my lack of sleep last night. It is the perils of having your office 20 feet away from where you sleep.

I understand that Rackspace is obviously a problem. This particular rollout had an immense downside to it, and Rackspace obviously was never up to the task. The environment was created in which many would come up losers. There was another way in which this could have been implemented (probably more than on other way actually), which would have eased the load on Rackspace, as well as kept people from having to rush or sit, as I did, on Zencloud to accomplish their "own" plans. It is not just the plan that GAW has. Individual investors have formulated their own plans that does not necessarily incorporate solely the plans of GAW. They are somewhat dependent, but not completely inclusive. The result was that many people were left in the position of holding an empty glass. That should never have been an option. Less could have been given for free with meaningful follow on tokens that the majority would have understood and been more receptive to. In the end, GAW again paid a price that should not have had to be paid (financially). As I have already stated to you, and to Jonah, tossing tokens at the natives only satisfies them the first or second time. It is only after these tokens are tossed, that the natives perceive this is probably not in their long-term best interests, and they leave.

You are looking at numbers that indicate only "potential" in the future. My email address is on that list as well, if you are referring to Hashbase and Paybase. I want to see what gets disseminated from those areas. Anyone can point to numbers and say that this indicates future and absolute success Josh. The reality is exactly as I have already spelled out on numerous occasions. Once people, with low tolerance for disruption, start swamping Rackspace on a daily basis, witnessing the shortcomings of the current configuration, they will simply leave, without announcement. What plans have been put in place to ensure that daily operations flow seamlessly and efficiently, without the disruptions most of us have seen in recently months? If we are having problems with a few hundred thousand clients today, how can you possibly believe that another one million is going to work effectively? I am not trying to be an "ass" here Josh. I am pointing out the obvious, that others today have pointed out to me, privately, as well as in the past. I am not alone in this position. Everything I stated this morning, and throughout the day, reflects the feedback of some rather astute people in the Hashtalk environment. This is not the ranting of a single individual, I have ended up representing the underground sentiments of what appears to be a large group of people, who have been formulating similar thoughts and suspicions. The PMs and posts have supported this. There will be a nuclear bomb going off soon, in the public eye, far worse than what we have seen in the past. The moment you create a "sense of urgency" that requires the simultaneous action of hundreds of thousands of people, the system will break from the pressure, hence the Rackspace issue you reference here. It was a simple fix. Remove the immediacy or sense of urgency, and you reduce the load on the infrastructure. It also would not have required GAW to put even more finances to waste to appease the natives.

I think you are failing to give credit to the people who have remained. You are supposing that, to them, it is more important to make money today than make more money tomorrow, in exchange for doing something right the first time. Every person, who contacted me today, and in the past, had the same basic statement to make. A large majority of investors here actually believe in the project. Why do you think they have stayed this long? I think what you and others are missing is the constant cry for information to justify their closely held beliefs that this is something greatly unique, and something that deserves their loyalty, and risk taking. It would take a real idiot to not see the potential this project has, and the impact it will have on crypto and commerce as we know it.

The reason we have as many negative posts in HT today, is due to a lack of information. We could have laid all of this out to them a month ago, clarifying their future roles in the overall project. As was stated to me today, by more than one other person, many do not see themselves as partners, currently, at the level we need them to. Many want to feel like they are partners, but they lack the information or "inclusion." Sure, you are going to get a lot of stupid and repetitive questions, but this could have been far more efficiently handled by publishing a complete layout of how "miners" fit into all of this. You have not really given them "ownership." Let's call an ace of spades an ace of spades here. The WP is worthless in addressing the information needs of the common investor here. The technology aspect is for the small percentage of techies who are only focused on the infrastructure. Why? Because that is what they like, and where their interests lie. The rest of these people do not even understand 90% of what the WP says, and yet they are looking for answers to their questions in this only publication to surface. How are we efficiently addressing this? That is just it, we are not adequately addressing this, and video conferences, although personal and somewhat effective, do not encompass everyone who wants to be part of the project. We have 24 time zones on this planet (some say 25 actually). Many would love to participate, but it is just not possible, is it? We could have created a separate forum just for the

information needing to be disseminated. We could have compiled a well-written (meaning in simplified English) A to Z guide of what the project portended, translated it into the main languages of the majority of members, posted them, then allowed one place for people to address further concerns or needs for further information. Rolling out the way it has was haphazardly accomplished and it neither makes mathematical sense, nor addresses the most rudimentary needs of the current client base. Proof: "What time is that in UTC?" It is an international company, required to think on international terms.

Are you aware that someone sold their car to put all of the money into this venture recently? I just found that out today. Others are worried that such decisions could lead to more than just disappointment, it could lead to bad financial outcomes for the many people we do not know about, who have done similar acts. Another thing you do not know, well enough, is that there are a crap-load of people out there who want to be part of building this whole project, but never get asked. Jonah can post jobs positions for internal purposes, but there are a lot of people out there who have voiced a desire to actually bring expertise to bare to help with all of the needs and problems of this project. Nobody really asks for their help. Someone has to step forward and force themselves on GAW to even be able to be used. Think how the Reddit creeps would view that… "the GAW clients are contributing to build something we saw as a Ponzi scheme or fraud…?" Why bother assaulting trolls when your own clients become engrained in the company's day to day work? You will never have to answer to a troll again, everyone else will do the job for you. How do you think that looks to the media? It has to be the most unique approach to corporate social responsibility I have ever heard of. The media would eat that up so fast, it seems mind-boggling.

I am not trying to turn you into some modern version of "Jesus Christ Superstar" (a reference to a very popular musical play of the 1970's), and there is no need to continue to make GAW a charity. I am asking that everyone there start using their critical thinking skills and also start incorporating more feedback in the business model. I have written way too many papers on closed-loop, open-loop and bi-directional feedback systems, to sit here and wonder why none of these models are being used effectively at GAW today. Your best intentions aside, the interaction on Hashtalk needs to be far more incorporating of the people who go there. I am not saying you, I am saying someone with authority needs to spend a lot more time in there, with a very large litmus test strip vial, sampling the PH balance of the community. I don't see this at the moment. The bulldozer approach is not working. I have agreed with many of your decisions in the past, in the hopes that something far more proactive will develop. I agreed that the Hashlets need to go, and that many people would be resistant to part with them, wanting them to function and live on. It is not a rational expectation, so the onus of change falls on GAW, and has to be spelled out clearly and distinctly, so that those cling-on, stubborn miners see the potential clearly here and decide, on their own, that they would rather embrace change over sentimentality.

Again, this email does not even scratch the surface. Most of this I know you already know. You are not stupid Josh, I just think you and your people are not enlisting more help from the community, when it is sitting there waiting to be asked. Talk about troll mitigation… when the bulkhead of your client base is directly involved in developing the same project, no troll, inside or outside, is going to have much sway or credibility publicly. As to the post itself this morning, it certainly did result in a lot of feedback from some rather astute people, who I never even saw before. All of it was valuable, from an information viewpoint. It showed me that I am certainly not alone in my beliefs on this whole project. There is much work to be done, much of it has been relegated to the "not high priority" list. The reality is, it should have never left the "high priority list." You have a crap-load of experts sitting around Hashtalk. Offer them real, meaningful participation in developing the project. Things will change on a much more meaningful level. You are going to have to trust my experience and judgment on this subject, or not. It is all up to you guys.

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Thursday, December 11, 2014 5:06 PM
**To:** Allen Shinners
**Subject:** Re: whats up with this?

Allen,

there is no way to form an executive board and structure in a month or even three, period. You know that.

What you seem to miss if we had rolled things out slower, NO ONE would have a chance to make money this month. You think we have a problem now, there is no comparison to what that would have been has we not rolled things out so quickly.

The bottom line is this. The numbers do not lie. We are growing (adding more paying customers) then ever before. Our sales are through the roof, and we have over a million new users requesting to come on paybase. Rather basing my decisions off the subjective comments people make, I am basing them off the numbers.

Anyways, there is not a single point you made that I would argue, I think they are all right. We are all doing the best we can, as fast we we can. As time goes on things will stabilize.

A new forum is being built to handle our scale
All systems are scaling up
Etc

(BTW, no I could not od made an announcement last night. If you read what I wrote, you would have seen that my development team asked me not to. Rackspace can not handle the traffic when everyone tries at once)

Fire away at any questions you feel we need to clarify, and I will work on publicly addressing them.

Also, if I can ask a favor. There is no upside to writing the post you did. I know you think there was. But you do not owe anyone an explanation if you want to leave. The only thing that did was create more doubt, and make the things you just spent time writing about wrose. I would appreciate it if you could direct your business advice to me, VS in a public forum. I have let you in on the inside, considering that, it was not appropriate.

Things will get better, I hope you can be apart of it. If you choose to sit out, thats ok too. I am sure we will continue to talk.


**Josh Garza**
**CEO-** GAW Corp

On Thu, Dec 11, 2014 at 3:22 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

GAW00094442

I understand that there are efforts underway to beef up the functionality of this venture. I already have stated that. However, it is not moving at the pace of the changes being implemented. That is why I stated that the pace of the rollout needs to be cut back to accommodate the need to beef up the management staff with, preferably, quality experienced individuals who could have provided far better, well thought through input on the decisions which have been made. It is not too early to judge. The reactions of the clients have already indicated that the damage is being done. You cannot expect people to understand, when they are left with realistic, operational questions that remain unclarified. I am not speaking of trade secrets. I am speaking of how miners will be affected by the upcoming changes being implemented. The communications have been anemic, and I am sure you and others there have already known this. The lack of a simple announcement in HT last night was an oversight that could have been easily avoided. People are not going to watch Twitter ever second of their lives to ensure they are catching, what could be, extremely important business changing implementations. People come to the website for information that is proactive, not reactive. The future does not address the needs of the present. The value proposition has to be clearly stated, with clear and regular support. Too much information, that is easily found, is always better than too little. HT is a mess. It should have been fixed months ago when people complained. It is the only real universal medium through which the members can be kept informed or educated. However, if there is no one to adequately fulfill that responsibility there, then the results will become calamitous at best. We have all witnessed too much calamity that was the direct result of GAW's inability to read the overall perceptions of the client base. Some of us have reached out repeatedly for clarifications in specific topics or questions that we felt were highly important. I personally have sent emails to Joe and Jonah asking someone, with technical understand of the project, to go into the Goggle Docs list, and answer remaining question which had nothing to do with sensitive company business. I gave up trying.

I have said enough already.

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Thursday, December 11, 2014 2:57 PM
**To:** Allen Shinners
**Subject:** RE: whats up with this?

All of these concerns are getting addressed.

We have heavy hitters from PayPal, Facebook and the like forming a new teams, etc.

I would not judge the success of a brand new concept/business on a month of it existing.

This is happening so fast, no one has been able to keep up. That will look differently in a few months.

On short, it's way too early to judge.

Sent from my mobile phone

On Dec 11, 2014 2:41 PM, "Allen Shinners" <ashinner@columbus.rr.com> wrote:
I have been up since 4 AM dealing with a system outage in California, at a client location.

I do not believe that I have to explain what the post contained. I believe everyone at GAW already understands why I am dissatisfied with recent events, or why there is a growing sense of dissatisfaction in the community on HT. I have had the conversation with you in the past. I come from a different cut of the business world; one that is well-tempered with cultural experience and the understanding that American management techniques have failed globally. I believe reasonable client needs preempt all other business decisions, and that there are methods by which the needs of both the clients and business can be simultaneously served. Much of this requires the recognition and understanding of the cultures of the company's client base, 60% of which are non-American.

In short, all of the issues yesterday could have been avoided by solid, well organized planning and project management. I have not been back into HT to see how people have reacted to yesterday's conversions. If the feedback yesterday evening was any indication, I am sure reactions were not favorable. We have had the conversation concerning the use of English metaphors with non-English speakers. People have had to repeatedly forego sleep to accommodate these conversions of late, only to find out that they were not going to be smooth or timely; wasting people's time and wearing heavily on people's patience. Proper testing and organization precludes the kind of problems everyone has had to deal with in the past few months. These major bumps along the way, feed fires already raging in the Bitcoin community, and especially on Reddit. The only thing that proves them wrong is when this project is completely rolled out, but it will also be viewed as a loss, because it will be perceived to have come on the backs of many customers, who were compelled to accept all the changes and problems, without any easy alternative choices. Thanking people for their patience does not mean they are willingly patient. Many feel they have no easy out from their accounts. I tend to agree with that sentiment.

Without proclaiming conspiracies, I find it statistically improbable that all of these disruptive events, and forgotten responsibilities, were coincidental yesterday. I feel that a lot of people were dealt an injustice last night, and that making amends for the complete bungling of the conversion rollouts will now be impossible. There are many who complain, regardless of what is done for them, but many have been somewhat disadvantaged needlessly along the way, and I think there is immense need for reorganization at GAW. Having Paycoin , Paybase, and Hashbase successfully come to fruition is not going to rectify the toll it has taken, for lack of well-organized, progressive project management. I am sure you will disagree with this assessment, but on this subject, the majority perceptions are, more often than not, correct.

I understand that GAW is trying to beef up its resources along the way, but that also should equate with slowing down the rollout, to ensure that the PR and customer service aspects of the business model do not reflect the perception that the rollout must happen, on a pre-determined timeline, whether it damages people along the way or not. When the damage is done, there seems to be a lack of recognition that the clientele have been damaged, or at least on a noticeable level. Making people whole cannot be done with handouts or words. People want stability in the business relationship, while also being part of cutting edge progress. Too much client money is on the line in this venture. People require a minimal degree of stability, while also being given clear and concise information that can help them assess their level of risk being taken.

In the end, it is not my company, pure and simple. I shouldn't even be commenting in the first place. However, the past few days were not banner days for GAW, and I think the company now has created a larger percentage of people who will not be supportive of the company's success in this endeavor. Some of us have gone to great links to mitigate the growing resentment of the customer base, outside of the trolls. I believe anyone in the business world can quickly go to the textbooks and select premium examples of past companies that were cutting edge, or innovative, but failed because they were too blind to the shortcomings in organization. Speed, does not equate to success. Upset customers are those who most affect PR and the future success or failure of a company. Word of mouth remains the most effective marketing, both negative and positive.

The future of this project lies with those who are content and who feel they can trust the company that desires their loyalty and assistance in finding success. I think the current environment breeds more alienation than it does loyalty of the client base, and it would take minimal efforts to find support for this perception in HT today.

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Thursday, December 11, 2014 11:22 AM
**To:** Allen Shinners
**Subject:** whats up with this?

https://hashtalk.org/topic/22686/wishing-everyone-well

**Josh Garza**
**CEO-** GAW Corp

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."