# EXHIBIT F

EXHIBIT 123  7/25/18 AK

From: Allen Shinners
Sent: Wed 12/31/2014 12:53 AM (GMT-05:00)
To: "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: JD and National Salary Specs CBDO/CBO. Well, here you go. Let the feathers fly.

Yes, keep talking. :D

As I have already stated, MA and CT are the most expensive states in which to live and work. However, since our conversation on the phone, I had to go back and change my list, again.

I am definitely game for the challenge/position, combined with the following:

1. I would like work from here and from there. It is a traveling position anyway, so it should not matter where I am located in truth. I will need a quiet place to work, but I do not want to be isolated from anyone, especially from anyone doing marketing or any other activities that deal with the outside world. I expect full inclusion in all business related activities. I need to be an extension of both the CEO and the COO, as well as having input rank on financial outflow decisions, especially related to due diligence. I need to be sold on the notion that something will yield "long-term" value to the overall business model, as well as the clients, as they are one in the same.
2. Travel expenses, around the globe, are on GAW's dime, and they will be frequent, eventually, including coming back and forth to HQ, on a very regular basis. That includes airfare, hotels, and autos. Paybase/Visa card only when meeting with business related appointments. I can feed myself.
3. I periodically will need to bring in people with real vision and creativeness in all aspects of business modeling and development, which may include some marketing people. There is one person I would like to bring on immediately, who lives in Germany, and will take crypto payment in kind. We can discuss him later. His wife is also an accountant and can help with all European accounting issues, through the company she currently works for. There will be need to periodically outsource the most important aspects of business expansion to those firms that are known for their work, but only on a limited, as needed basis. We cannot do all the right things completely internally. It is impossible. This deals with marketing, law, and advertising areas. Later, when time and money allow, we can build internal departments whose sole purpose is to develop meaningful programs and collateral that can fulfill development needs regularly.
4. Translators must be my domain. We need to enlist those translators I currently know who have been working in the field for the past 20+ years. Since we are friends, we don't get raped. We will decide, based on current client demographics and footprint, in which languages material is most needed to be translated. I have 95% of the most important languages already covered, as I came from that field originally.
5. Promised development of the global consultant/contractor market, within the first month of my starting. We need to leverage this asset, as it will be less expensive to utilize in the long-term. Additionally, they will be willing to take crypto. This can be a company revenue source as well. We can network this out to major corporations, which includes the fees associated with such business models.
6. We will wrap the communications director into the position as well, at least until such time as a capable and experienced candidate can be recruited for the position. All material being composed, for outside dissemination, will need to be run past me to be checked for clarity, content, accuracy and grammar, before it is released. The exception to this is that I have no desire to be the evil GAWer going after lowly clients from a legal perspective, or the person who has to deal with cease and desist orders. I am more than willing to interface with attorneys on this level, but only after it is decided that such activity does not damage the company's overall demeanor or reputation in the business community. We need to start separating ourselves from the detractors known to exist in the crypto world. It is a business, with a mission, and a purpose to serve the client base, as well as the future profitability of the overall business model. We no longer have the luxury of wasting time dealing with simple, ignorant troublemakers who do not serve the interests of the customers, the company, or the staff. Extreme cases can be dealt with by consensus and with real thought to benefit from such extreme actions.
7. Heavy input into all proposed GAW product lines. I want to ensure that the financial interests of both the company and the client base are equally preserved. My ethics standards are much higher than most people in

the business world, so I would like that characterization to extend throughout the company's business activities, where possible. Perceptions are important to me in the business community, whether realistic or not.
8. Three year contract. First year probationary period. Golden Parachute of one six months' of total annual compensation, if dismissed for other than negligence grounds. Jurisdiction should be MA.
9. First year: $90,000 fiat salary, plus $60,000 in additional XPY/BTC compensation (Total: $150,000), based on the "lowest" end of month Paybase or open market values (crypto), divided evenly and paid at the end of each month, into my Paybase account. Bonus, starting in the second year after probation period, of no less than 15% of the total fiat salary value (you decide based on the year's activity whether it should be higher), each year's end, paid in either BTC or XPY, using the lowest value set in the open market. Second year: Industry adjusted fiat salary back to $225,000, plus $10,000 in quarterly XPY/BTC payment (total: $265,000 + bonus), based on the lowest end of quarter open market rates. should company-wide cap no longer be in effect. Otherwise, $15,000 crypto equivalent increase, to $75,000 annually, divisible into twelve monthly payments, based on the lowest open market rate at the end of each month. Third year: same as previously stated, with contract renegotiation commencing no later than June of the third year. Each contract will be renewed for a period of three years, unless term is otherwise mutually agreed upon.
10. State of employment: Ohio, not CT. I am not sure how I will be able to mitigate the state tax liabilities for both states. It is something I have to research more.
11. Two Windows 7 based PCs, 4 monitors (2 each) in a 2x4 array at the HQ office. Which is what I am using currently. I have a modified MacBook Pro already. I will bring it with me when I come, as well as my own Windows notebooks. One system must have Adobe Master Suite 5.5, or later, installed (software). Both must have MS Office 10, which includes Outlook email client. I will need MS Project on one of the computers. Chrome, Firefox, and I.E. 11 on both computers, of course. I just need the software and hardware, I can build it all myself.
12. Corporate subscription to the following professional databases, not just for me, but also for everyone who works at GAW. People need to expand their knowledge and expertise through research, whether economic, management, financial, or CIS: EBSCO Host, Elsevier, JSTOR, EIU Database Service (Economist Intelligence Unit), others may follow, depending on demographic, market and business information needed. Also, I want to continue to write and prospective publish material relating to international business, global small business development, and now, how cryptography can leverage these two areas. The area of social development also is a perfect subject to be publishing material on, in this regard. GAW receives more legitimacy when someone inside is generating quality research and publishing. We need to leverage my academic background in this department. The research databases are also key in this department, and other employees can start backing their writing with academic references, as they should be already. The employee base needs to start developing their professional deliverance outside of the company. I cannot emphasize this enough.
13. GAW is responsible for defending and holding harmless all actions sanctioned by GAW in the practice or performance of my responsibilities of office. In other words, I will need an indemnity and defense clause in my contract.
14. Rental car and hotel when I am there at the office, initially. We already discussed this, and it appears you already have plans to accommodate all of this. Later, when I feel it is necessary, I may get an apartment somewhere nearby. Rents are expensive there (I already checked for CT) and I probably would look in MA, not CT.
15. Termination notice: 45 days in advance. Golden Parachute conditions referenced above.
16. I have a YMCA gym membership. Hopefully, when I am there, there is a YMCA nearby.
17. Health insurance. I have crappy Ohio coverage. It saves me paying for everything out of my pocket. It is not "national" however. I am not sure what you guys have there for employees.
18. I get a 15% discount on space heaters (think about that first...) :)

1. I need to add this part. I have uncertified dual citizenship with the U.S. and France. My mother was French. It will be beneficial for me to pursue the French citizenship certification, as it allows me to be in the EU for longer than the maximum 90 day Scheveningen limitation. I have no clue how long it will take, and dealing with the French government is not exactly what I would call speedy. French citizenship grants me an EU passport and driver's license. It also means that opening and or developing new branches of the company in Europe will be significantly easier (legally). Moreover, an insider will be able to manage EU locations without having to search for qualified Europeans to fill the key positions. Europeans, by labour laws, are very expensive. I am cheap compared to the social system financial liabilities GAW will have over there. We will be able to have an insider resident for training and or oversight, for as long as we need. I am

not sure whether you have others like me at GAW already. I know how difficult it is to acquire a resident and work permit in most of the EU countries. Being a dual national skips this process, making it unnecessary. Once I am settled into the fold, I will have to start a dialogue with the French embassy or hire a French immigration attorney. I started the process before. It was difficult then. Now the laws have changed to my benefit, making it a much easier process. I will not, however, want any residency in France, unless absolutely necessary. Germany or London will always be my preferences. EU passport also falls under mutual agreements with other non-EU countries = much more liberal staying times.

This is all I can come up with for the moment. I am sure other things will pop into my head over time. Getting your feedback now is key. Since we are speaking of XPY, I think it would be in both of our best interests if a go through the full verification on Paybase and get the highest attainable limits. Obviously having tons of crypto locked up, is not in anyone's best interest, meaning mine actually. ;)

Any of this seem too demanding?

P.S. I don't do toilets or windows. Roofing is certainly out of the question.

D. Allen Shinners
546 East King Street
Lancaster, Ohio 43130
Tel: 740-681-1990
Fax: 740-681-5662
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Tuesday, December 30, 2014 4:59 PM
**To:** Allen Shinners
**Subject:** JD and National Salary Specs CBDO/CBO

this could be an issue :(

We are still in start mode, and using investor money. All salaries are capped at 90k.

All high-end prospects are being discussed from salary and xpy combined. Good success

Keep talking?


**Josh Garza**
**CEO-** GAW Corp

On Tue, Dec 23, 2014 at 7:35 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Here you go:

## SUMMARY

As a member of the Executive Management Team, serves as the senior leader in developing new business and strategic partnerships, identifying and negotiating merger and acquisition opportunities, overseeing development of products and services, leading strategic planning and guiding all marketing and public relations activities. Provides support to the Vice President, Sales. He may be in

charge of developing plans and strategies to control more segments of the marketplace and determines the direction a company will take in its attempt to do this. This executive should have a firm understanding of market and industry dynamics, and he is responsible for maintaining relationships with other powerful industry and business professionals who are directly related to his particular market. This highly visible executive will be an important face of the company to the consumer services industry, the consumer goods industry, and the overall business community. The CBDO will be a valued thought partner and strategic consultant to the CEO on revenue creation and new business development.

### RESPONSIBILITIES

Enterprise wide responsibility for:

- Developing new lines of business to achieve the company's mission.
- Identifying potential organizations for merger or acquisition to expand existing product lines or bring new product lines to the organization and involvement in M&A negotiations.
- Designing and developing market-driven products and services.
- Promoting a customer oriented focus and advocating customer intimate client relationships.
- Developing and maintaining external relationships with regulators, elected officials and key trade associations (public relations presence).
- Pursuing the development of strategic partnerships, relationships and alliances.
- Participating in due diligence audits, site visits, etc. of enterprises company seeks to purchase.
- Overseeing marketing programs and partner channels that increase the company's revenues and customer base.
- Providing guidance and expert advice to technical staff from the provider perspective regarding design systems and processes that serve our customers.
- Overseeing strategic planning processes to ensure strategies align with market drivers and support a customer intimate approach.
- Acting as primary contact for industry consultants.

### SKILLS and ABILITIES

Proven leadership skills as a senior executive leading a company or major division of an organization.

Strong communication and negotiation skills.

Strong interpersonal and customer relations skills.

Demonstrated ability to mentor other executives and leaders within the organization.

Proven track record in successfully managing a profit center.

Proven track record building and developing successful teams.

Experience in a matrix management, for profit organization.

### QUALIFICATIONS and EDUCATION

MBA or equivalent education and experience required

D. Allen Shinners

546 East King Street

Lancaster, Ohio 43130

GAW00152314

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, December 22, 2014 7:55 PM
**To:** Allen Shinners
**Subject:** RE: FW: Probably one of the top ideas of the decade.

Allen, here is the issue. I am just going to be frank. I get emails all day with stuff like this. Some make no sense, and some are incredible intelligent (like the one here). The problem is I don't have the bandwidth to do anything with them at the moment.

I am up to my neck and I just do not that bandwidth. I need something to say yes to. Otherwise, I just have to stick to what we are doing.

What do you propose, what role do you want to play? Etc

You are not a "like everyone else" to just be frank with me. How can you help? Send me a JD and a compensation requirement so I can just say, sure. And we can move forward.

That's what I want to know in a clear and specific way. I value and respect the heck out of you. I am just so buried, I can not turn at the moment.

The other thing is people. Part of the reason I have not pushed hard on this end is we have none. There is not one to manage, we are boots on the ground right now.

Anyway, it's obvious in writing this that I am overwhelmed.

Sent from my mobile phone

On Dec 22, 2014 7:41 PM, "Allen Shinners" <ashinner@columbus.rr.com> wrote:

You are speaking to people who have no corporate level connections. That person one of these guys will be pushing a large company (or small business) to accept XPY, is a person who works 9 to 5, or 5 till 2 AM (bars). Although we have 23.5 million small businesses in this country, they want to have fiat, because fiat pays the monthly bills, and they do not have reserves behind them to hold XPY indefinitely. That model has already been attempted in history, several times. The only difference is this is crypto.

Your reserves are going to go fast. You do not have the kind of commerce occurring that can compensate for the fiat outflows. Taking a percentage of the transaction in fiat is not going to make up for the 999% outflow from the reserve. You are not going to be able to convince people to purchase XPY unless there is a real world value proposition associated with it, and a 2% discount association is not going to get the fiat reserves healthy.

The model include a method by which people wish to deposit their weekly/monthly paychecks into. Since the model is now completely dependent on bots to control the markets, this will act more as a drain and less as a benefit. Cantor probably already pointed that out.

To date, the matrix has not prepared a methodology that will replenish or increase the fiat inflows enough to compensate for the liabilities relating to customer purchase outflows. In other words, where will the future fiat capital come from that will refill the bank daily to ensure liquidity?

The idea I sent as a BCC to everyone included a number of people. Those who are outside of GAW agreed that the idea was ground-breaking, and solved some major problems Americans experience abroad currently. The potential for "real monthly fiat inflows" wasn't even based on Paycoin, because currently, Paycoin cannot function as a value proposition without the aid of fiat. I chastised a poster for promoting a crypto (NEMcoin) based on "financial freedom" that showed a complete lack of understanding what "financial freedom" meant. No fiat. No merchant application. No value proposition. I told him it reminded me of Biblecoin, which turned out to be another scam crypto in the industry.

This model, has a great potential to solve a lot of national and global problems, while earning a steady fiat inflow of capital that is not "borrowed." As in the U.S. dollar economy, the issuance of "dollars" is a debt of the government. With XPY, every one of those you "sell" to the outside community is actually an IOU, not an investment. The debit/credit cards act as a bridge, but on a marketing level, they will accomplish nothing significant, except be a further drain on the existing capital reserves used to bolster XPY. Again, we have started with a coin that had no fiat-based buy-in associated with it. Having a coin with a fiat buy-in is already an existing failure in the crypto industry today...

When I see email responses, such as the one from Jonah today, an entire week after it was sent, I think to myself: "this company lacks sophistication when the corporate officers cannot grasp the obvious."

As others have stated privately, Paybase is the only platform here, thus far, that shows immense promise. XPY has no inflow capabilities and has not developed a value proposition that will be usable to small and large businesses. If this isn't taken out of the kindergarten stage, this whole enterprise is at risk. You would need billions of dollars in reserves to stand the test of time. Business developers, with a high degree of sophistication and experience, would be needed now to start developing the approach to mainstream conglomerates. Marketing should already have been developed for this aspect of the venture. You still do not have a CMO with experience in global marketing as yet, and as I have already stated, "crypto" is going to be your worst deterrent in acquiring the best and the brightest. "Paybase," is a different story. THAT is what you are developing and selling to MIT and BU graduates, who are looking for new upstart tech companies to work with initially; getting some green experience under their belts before moving on.

On another note, I gave the Cory guy the information they needed to do the currency swaps without GAW today. After my recent experience, I couldn't see anyone there capable enough to handle the transaction, because it would require an immense understanding of currency swaps and how to network the transaction, on a regular basis. I told them they can do this on their own and save the entire 100% of transaction costs associated with using banks. If I was speaking to

Jonah, he would have tossed the idea anyway, because it was not "big enough." Obviously you have to start with baby steps before you can embrace the big time. He is totally missing that point in his response today.

I could go on, but I'm not going to. I can talk until I am blue in the face, but I am afraid this is mostly falling on deaf ears, or I am speaking above everyone's head there for some reason. If the obvious is not obvious enough, I do not know what I can do to help turn this into a real legitimate endeavor at this point. "Time," is not your friend at this juncture.

D. Allen Shinners

546 East King Street

Lancaster, Ohio 43130

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com


**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, December 22, 2014 7:06 PM
**To:** Allen Shinners
**Subject:** Re: FW: Probably one of the top ideas of the decade.

I still think we have to try. We have a lot of firepower in the community.

**Josh Garza**
**CEO-** GAW Corp

On Mon, Dec 22, 2014 at 6:33 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

6 million a month is a tiny target (I did say "minimum")? Obviously, there is a major lack of depth of reality in that office there. You are talking to less than a thousand people on HT about spreading the word to small businesses to embrace XPY meanwhile, "$3 million to $6.32 million in fees a month" are too tiny? The House of GAW needs to purge some people, and for obvious reasons. I have fed you guys a lot of real world applications of this network that actually "fills" the fiat side of the business with "un-borrowed" capital, and provides a "real" service to millions of Americans who have

GAW00152317

little alternative available to them. At the moment, selling XPY for $20.00 is fantasy in any real numbers on an ongoing basis, and that is actually "borrowed capital," just like in the world of fiat.

My response to him was "no" I am not going to elaborate any further than I already have. No point in educating anyone who lacks any real vision or depth of knowledge enough to see an opportunity when it smacks them in the gob.

D. Allen Shinners

546 East King Street

Lancaster, Ohio 43130

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com

**From:** Jonah Dorman [mailto:jonah@btc.com]
**Sent:** Monday, December 22, 2014 11:07 AM
**To:** Allen Shinners
**Subject:** Re: Probably one of the top ideas of the decade.

I'm not sure what to say that.

6 Million seems like a tiny target to strive for and royalties are not our thing.

Can you present this differently to make it more appealing?

--

**Jonah Dorman**

General Manager

GAW Miners LLC

GAW00152318

O: (860) 222-2631
C: (727) 386-6825

On Wed, Dec 17, 2014 at 12:33 AM, Allen Shinners <ashinner@columbus.rr.com> wrote:

I have a Paybase idea that could pull in a minimum of $3 million in account service fees, at $1.00 per month, each. If I take it to the highest level, it would generate a minimum of $6.32 million a month at $1.00 each. It requires that Paybase be designated a financial institution with a designated bank routing number (related to direct deposit). Even then, I have a work-around for that as well. I get a penny each account, per dollar in fees charged, per month…. ;) It's so intuitive, I should be given the medal of honor for thinking about it, and there would probably be about 4 million Americans who would build a statue in my honor just for thinking of them. ;) It relates to a problem that has existed for a number of years, and is also related to taxation compliance issues. All 100% problem-solving and keeping a specific group of Americans completely compliant with tax laws. Not only would it address one problem, but also address a few other problems this special group currently is suffering through. We are not speaking of poor people either. It also ties into the loan aspect of the Paybase business. I have said too much already. Much more information relates to this. Let me know if you are interested.

Allen

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00152319

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

--

**Josh Garza**
**CEO-** GAW Corp

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00152320