# EXHIBIT G

From:      Allen Shinners
Sent:      Mon 1/05/2015 9:36 PM (GMT-05:00)
To:        "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject:   RE: Violations of USC 7 CFTC Cryptsy

What do you mean? I didn't understand.

**D. Allen Shinners**
**546 East King Street**
**Lancaster, Ohio 43130**
**Tel: 740-681-1990**
**Fax: 740-681-5662**
email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, January 05, 2015 9:32 PM
**To:** Allen Shinners
**Subject:** Re: Violations of USC 7 CFTC Cryptsy

cool, thats everything then on this side


**Josh Garza**
**CEO-** GAW Corp

On Mon, Jan 5, 2015 at 9:26 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

That is not a "pump and dump." A traditional "pump and dump" occurs when a company overly markets to a specific group of people, belonging to a special classification, while selling the hyped up commodity/security in the marketplaces. In other words, while a company is over-marketing a commodity/security, stating that the value will be "through the roof," they are simultaneously selling the same commodity in the marketplace. That is how the law defines the majority of "pump and dumps." It is not what you are accustomed to in the crypto markets, where an individual places market orders to artificially raise or lower a price, whereby they only benefit. That is a pump and dump, but I believe that it is prosecuted under "painting the screen" or "banging the close."


**D. Allen Shinners**

**546 East King Street**

**Lancaster, Ohio 43130**

**Tel: 740-681-1990**

Fax: 740-681-5662

email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, January 05, 2015 9:19 PM

**To:** Allen Shinners
**Subject:** Re: Violations of USC 7 CFTC Cryptsy

just to be clear.

We do buy from an exchange when someone buys from us. And we sell on an exchange, when they sell.

Every order we make is matched with an order from PayBase

**Josh Garza**
**CEO-** GAW Corp

On Mon, Jan 5, 2015 at 9:13 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

LOL As long as GAW hasn't been pumping and dumping, "painting the screen" or, any other market activity there that is in violation of USC 7…. I am going to suggest to the CFTC that they subpoena this transaction histories of all the markets for the past year, including that of XPY, obviously. It will be easy for them to isolate the trading accounts and activities for each market. They will also be able to subpoena the records and identities of traders who have violated the law. I am still trying to find the appropriate subsection dealing with "pump and dump." I am researching the various U.S. cases. Here you might have to think a bit, because pump and dump extends beyond pure trading, it also extends to the pumped value of a commodity or security through over-marketing, while simultaneously selling on

the markets. I am reading a transcript between the SEC and CFTC on their definitions of "pump and dump," to see how it applies in the commodities markets.

D. Allen Shinners

546 East King Street

Lancaster, Ohio 43130

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com

**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, January 05, 2015 8:48 PM
**To:** Allen Shinners
**Subject:** Re: Violations of USC 7 CFTC Cryptsy

This helps us right?

**Josh Garza**
**CEO-** GAW Corp

On Mon, Jan 5, 2015 at 8:45 PM, Allen Shinners <ashinner@columbus.rr.com> wrote:

Fair warning:  I am sending this to Cryptsy. I will be typing a formal letter and sending the same information to the CFTC, along with snapshot proof of Cryptsy XPY sell/buy order books, clearly showing that the exchange is not enforcing CFTC regulations of the exchange of a commodity. If Paul Vernon "is" an acquaintance of yours, you might want to warn him that I am deadly serious about cleaning this activity up on his exchange, now that the CFTC has publicly stated that crypto currencies fall under CFTC regulatory oversight. I will wait to see immediate action being taken on Cryptsy to report the violators to the CFTC. Additionally, I will expect to see a Twitter statement from "Big Vern" that, in light of recent

declarations by the CFTC, Cryptsy will be closing violator trading accounts for illegal trading activities, as well as reporting such violators to the CFTC for prosecution. Yes, that will not fit in a tweet, but he can post it in the public eye on Cryptsy's front end:

**On November 17th, 2014, the CFTC announced that "Bitcoin," a crypto currency, was classified as a commodity, regulated and enforced by the U.S. CFTC. By default, this declaration included all crypto currencies traded on U.S. exchanges in the United States. In the past 7 days, I have monitored and archived evidence that traders have been allowed to manipulate the XPY market by your exchange. These traders have violated, at minimum, three laws that require your exchange to report such violators to the CFTC for prosecution. Moreover, your exchange is liable for the policing of all markets, including XPY, precluding the such actions by registered participants, regardless of the market in which such activities occur. I submit the following:**

**Traders, and vicariously the exchange, are precluding acceptable price discovery in the XPY market, in violation of the Commodities Exchange Act 7 USC § 9, including Section 6.a.5.c. where traders are entering large orders, on both buy and sell books, influencing market participants to believe that an open sell or buy contract will be executable for the price at which it is listed, in public order books. Breach of this regulation occurs when market participants list such orders and remove them when the market pricing has reached the listed contract order price. Inclusively, traders are committing further violations by engaging in the technique "Painting the screen" (Painting the tape). "Painting the screen" occurs when a trader, or traders, cover the visual order books to preclude price discovery, or to confuse a commodity market, through the entry of minute, noncompetitive trades "laddering" to an unseen contract price (sell/buy), other traders cannot visually identify. Furthermore, in violation of 7 USC § 1 et seq., traders have been identified selling against market price movements ("dumping") through the aforementioned practice "Painting the screen." These trades have been registered in successive order in increments of 0.0003 XPY, 0.0001 XPY and currently, at the time of this notice, 0.0005 XPY.**

**Currently, the CFTC allows registered commodity exchanges to self-police trading activities on their exchanges. However, when exchanges have been notified, by other market participants, that such violations are occurring, and exchanges continue to not enforce CFTC regulations, such exchanges may be subject equally to prosecution and or fines determined by the CFTC, or the Department of Justice, should such violations be submitted for criminal prosecution.**

**http://www.wsj.com/articles/cftc-commissioner-says-agency-has-authority-over-bitcoin-price-manipulation-1416265016**

I am sending this shortly to Cryptsy, if the text box has enough characters. If nothing happens by Friday, it all goes out in the mail to the CFTC. I am also hoping to catch all of those Bitcoiners who thought they could manipulate the market, especially when I am operating in that market. It is not going to happen. Posting it to HT as well, since a lot of those guys sit there taking in information.

Bittrex seems to be attempting to stop such activity, but Cryptsy has turned a blind eye to these illegal activities, for as long as I have been a member there. Time for it all to end.

D. Allen Shinners

546 East King Street

Lancaster, Ohio 43130

Tel: 740-681-1990

Fax: 740-681-5662

email: ashinner@columbus.rr.com

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00061914