# EXHIBIT J

archive.today
webpage capture         Saved from   http://prestigeauditing.com/about-the-owner/          search            12 May 2016 21:25:10 UTC
                                                                                        history  ←prior next→
                         All snapshots   from host prestigeauditing.com

Webpage | Screenshot                                                        share    download .zip    report bug or abuse    donate

Get a domain and create a website with Squarespace. Start your free trial today.
ADS VIA CARBON



Home    Telecom Auditing    Clients    Case Studies    Contact



Allen Shinners
President & CEO



Adam Matlack
Partner



Joe Mordica
Partner

## Our Founder's Bio

Founder and CEO Allen Shinners started his first career as a Russian linguist (Intelligence) with the United States Air Force in 1980. He attended the Defense Language Institute-Foreign Language Center (Presidio of Monterey, California) and earned a diploma in Russian Language and Literature in 1981. He was permanently stationed in Germany, and was part of an elite team of highly qualified linguists who supported U.S., NATO, and allied missions during the Cold War. Mr. Shinners continues his working knowledge in four languages.

In 1986, he separated from the Air Force and pursued a Bachelor of Science in Business Administration at the Ohio State University in Columbus, Ohio. He majored in International Business Administration, with a minor in Finance. In late 1989, upon graduation, he returned to Western Europe, as a civilian, where he worked on various projects as a business consultant in work process rationalization. In 1992, he returned to the U.S.

By 1993, the Telecommunications Industry was beginning to experience massive growth and sales in cellular technologies. Mr. Shinners learned much about the industry, initially through the sales and service of cellular technology. This eventually led to long distance and local carrier sales and technology migration. Mr. Shinners was the first and only U.S. independent representative sanctioned to approach Ameritech (currently part of AT&T) and General Telephone (GTE) national and protected enterprise client accounts, to facilitate migration of enterprise landline services to Centrex and T-1 services. It was during this period that Mr. Shinners learned the processes needed to

program (provision), as well as project manage large scale, national conversion projects. His unorthodox approach to critical thinking, in his work, has also earned him multiple awards, but mostly an undying loyalty from some of the largest companies in the United States. He continues to play a pro-bono consultative role to many of his past clients.

Mr. Shinners learned of the many problems U.S. companies endure with the management of their telecommunications accounts and expenses. This led Mr. Shinners to incorporate this company in 1999, solely focusing on the extensive need for companies to identify and resolve problems with their telecommunications assets management. Mr. Shinners is not only a nationally known telecommunications auditor, in local carrier telecommunications, but also a telecommunications arbiter. He is considered one of the few foremost authorities on local carrier telecommunications regulatory body and tariff. He is sought for his expertise in resolving complex corporate telecommunications issues in the United States today. Mr. Shinners has made presentations to many of Europe's largest companies on the complexities and pitfalls of the U.S. Telecommunications Industry. His knowledge base also extends to the newly deregulated telecommunications industry of the E.U.

Mr. Shinners' passion for U.S. and global small business development led him to pursue further education from the University of Maryland University College, where he graduated with an MBA in 2012. He earned his acceptance into the national honor society of Phi Kappa Phi during the MBA process, and was selected (twice) to compete for the prestigious Presidential Management Fellowship. He currently is on sabbatical from his pursuit of a Doctorate in U.S. and Global Entrepreneurship and Small Business Development. His studies and interest in national and international Small Business Development and Entrepreneurship has resulted in extensive research in these fields, including the importance and effects of governments' small business investment policies on national and global economic growth. His aspirations include future publications of his never-ending research efforts.



© 2016 Prestige Auditing.