UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>September 1, 2021<br><br><u>DEMAND FOR JURY TRIAL</u> |

**PLAINTIFFS' MOTION IN LIMINE REGARDING**
**<u>DEFENDANT STUART FRASER</u>**

Plaintiffs Denis Audet, Michael Pfeiffer, and Dean Allen Shinners ("Plaintiffs") move in limine, for the reasons set forth in the accompanying memorandum of law submitted in support of this motion, for an order excluding the following from the forthcoming jury trial:

(1) Any argument or evidence referencing the September 11, 2001, terrorist attacks and Defendant Stuart Fraser's ("Fraser") personal experiences related to those attacks;

(2) Any argument or evidence suggesting that a verdict finding Fraser liable on one or more counts would cause hardship, whether financial or otherwise, to Fraser or his family; and

(3) Any argument or evidence suggesting that Fraser suffered financial losses from his involvement in GAW Miners and/or ZenMiner.

1

Dated: September 1, 2021

                                                Respectfully submitted,

                                                */s/ Geng Chen*

| | |
|---|---|
| Mark P. Kindall (ct13797)<br>Robert A. Izard<br>Craig A. Raabe<br>IZARD, KINDALL & RAABE, LLP<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>mkindall@ikrlaw.com<br>rizard@ikrlaw.com<br>craabe@ikrlaw.com | Marc Seltzer<br>Kathryn Hoek<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>mseltzer@susmangodfrey.com<br>khoek@susmangodfrey.com<br><br>Seth Ard<br>Russel F. Rennie<br>Jacob Buchdahl<br>Geng Chen<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>sard@susmangodfrey.com<br>rrennie@susmangodfrey.com<br>jbuchdahl@susmangodfrey.com<br>gchen@susmangodfrey.com<br><br>Edgar Sargent<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Tel: (202) 516-3880<br>esargent@susmangodfrey.com<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: September 1, 2021

                                            */s/ Geng Chen*
                                            Geng Chen