# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>September 1, 2021<br><br><u>DEMAND FOR JURY TRIAL</u> |

## DECLARATION OF GENG CHEN IN SUPPORT OF
## <u>PLAINTIFFS' MOTION IN LIMINE REGARDING DEFENDANT STUART FRASER</u>

I, Geng Chen, declare as follows:

　　　　1.　　I am an attorney at the law firm Susman Godfrey, L.L.P. and am counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion in Limine Regarding Defendant Stuart Fraser. I have personal knowledge of the facts set forth in this declaration and could testify competently to them.

　　　　2.　　On August 26, 2021, Plaintiffs' counsel proposed to Defendant's counsel by email that the parties enter the following evidentiary stipulation: "Mr. Fraser will not present argument, evidence, or testimony referencing the September 11, 2001, terrorist attacks and his personal experiences related to those attacks." Defendant's counsel declined.

　　　　3.　　On August 26, 2021, Plaintiffs' counsel proposed to Defendant's counsel by email that the parties enter the following evidentiary stipulation: "Mr. Fraser will not present

1

argument, evidence, or testimony suggesting that a verdict finding him liable on one or more counts would cause hardship, whether financial or otherwise, to Mr. Fraser or his family." Defendant's counsel declined.

4.     Attached as Exhibit A is a true and correct copy of Defendant Stuart A. Fraser's Responses and Objections to Plaintiffs' First Request for Production of Documents, dated December 4, 2017.

Dated: September 1, 2021

*/s/ Geng Chen*
Geng Chen

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2021, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: September 1, 2021

                                                   */s/ Geng Chen*
                                                   Geng Chen