# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>                      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>September 15, 2021<br><br><br>DEMAND FOR JURY TRIAL |

## DECLARATION OF RUSSELL RENNIE IN OPPOSITION TO DEFENDANT STUART A. FRASER'S MOTIONS *IN LIMINE*

I, Russell Rennie, declare as follows:

1. I am an attorney at the law firm Susman Godfrey, L.L.P. and counsel of record for Plaintiffs in this matter. I submit this declaration in opposition to Defendant Stuart A. Fraser's Motions *in Limine* Related to (1) Homero J. Garza's Deposition Testimony, (2) Hardware- and Cloud-Hosted Mining, (3) ZenMiner and (4) the Honor Program. I have personal knowledge of the facts set forth in this declaration and could testify competently to them.

2. On or around August 2, 2021, I spoke with Marjorie J. Peerce, counsel for Homero Joshua Garza, regarding Mr. Garza's current location. Ms. Peerce confirmed that Mr. Garza resided in Texas. Ms. Peerce informed me that she would be willing to provide a letter to that effect should the Court require one.

3. Attached as Exhibit A is a true and correct copy of the cited excerpts from the deposition in this action of Homero Joshua Garza on December 14, 2018.

1

4.  Attached as Exhibit B is a true and correct copy of the cited excerpts from the deposition in this action of Stuart A. Fraser on August 7, 2018.

Dated: September 15, 2021

/s/ Russell Rennie
Russell Rennie

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2021, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: September 15, 2021

                                               */s/ Geng Chen*
                                               Geng Chen