# Exhibit A

Page 1

```
                IN THE UNITED STATES DISTRICT COURT
                         OF CONNECTICUT


 DENIS MARC AUDET, MICHAEL )  Case 3:16-cv-00940
 PFEIFFER, DEAN ALLEN      )
 SHINNERS, and JASON       )  Hon. Michael P. Shea
 VARGAS, Individually and  )  Courtroom 2
 on Behalf of All Others   )
 Similarly Situated,       )  ECF Case
                           )
      Plaintiffs,          )  CLASS ACTION
                           )
 vs.                       )
                           )
 STUART A. FRASER,         )
 GAW MINERS, LLC, AND      )
 ZENMINER, LLC, (d/b/a     )
 ZEN CLOUD),               )
                           )
      Defendants.          )

            *******************************
                ORAL VIDEOTAPED DEPOSITION
                    HOMERO JOSHUA GARZA
                     December 14, 2018
            *******************************
```

ORAL VIDEOTAPED DEPOSITION OF HOMERO JOSHUA GARZA, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 14th day of December, 2018, from 10:13 a.m. to 6:44 p.m., before April Balcombe-Anderson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Job No. 152595

```
 1
 2    offices of Regus Littlefield Congress, 106 East 6th
 3    Street, Suite 900, Austin, Texas 78701, pursuant to the
 4    Federal Rules of Civil Procedure and the provisions
 5    stated on the record or attached hereto.
 6
 7
 8
 9    Job No. 152595
10    Reported by April Balcombe, CSR, CRR, CRC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2                        APPEARANCES
 3   FOR PLAINTIFFS:
 4        MR. COLIN WATTERSON, ESQ.
          Susman Godfrey
 5        1000 Louisiana
          Houston, TX 77002
 6
 7
 8
 9   FOR DEFENDANTS, STUART A. FRASER, GAW MINERS, LLC AND
     ZENMINER, LLC, (D/B/A ZEN CLOUD):
10
          MS. SARAH CAVE, ESQ.
11        MS. HANNAH MILLER, ESQ.
          MS. SARA ECHENIQUE (via LiveLitigation and
12        teleconference)
          MS. ANNA SCHULER (via LiveLitigation and
13        teleconference)
          Hughes Hubbard & Reed
14        One Battery Park Plaza
          New York, New York 10004
15
16
17   ALSO PRESENT:
18        Mr. Homero Joshua Garza,
19        the Witness; and
20        Mr. Angelica Lavaguen,
21        the Videographer; and
22        Ms. April Balcombe-Anderson,
23        the Court Reporter.
24
25
```

1                    Homero Joshua Garza
2                    P-R-O-C-E-E-D-I-N-G-S
3              THE VIDEOGRAPHER: Today's date is
4    December 14th, 2018, and the time is approximately
5    10:13 a.m. We are on the record beginning the
6    deposition of Homero Joshua Garza.
7              Would all counsels please introduce
8    themselves and whom they represent.
9              MR. WATTERSON: Colin Watterson with
10   Susman Godfrey for the plaintiffs.
11             MS. CAVE: Sarah Cave from Hughes Hubbard
12   & Reed for defendant, Stuart Fraser. And with me is
13   Hannah Miller.
14             THE VIDEOGRAPHER: The deponent may now be
15   sworn in.
16             (Witness sworn.)
17             HOMERO JOSHUA GARZA,
18   having been first duly sworn, testified as follows:
19                       EXAMINATION
20   QUESTIONS BY MR. WATTERSON:
21       Q.   Good morning, Mr. Garza. Can you give your
22   full name for the record?
23       A.   It's Homero Joshua Garza.
24       Q.   Okay. And have you ever been deposed before?
25       A.   Yes, sir.

1                Homero Joshua Garza
2    dismissed you from this lawsuit didn't affect your
3    testimony in any way, correct?
4            MS. CAVE:  Objection to the form.
5        A.   I'm saying plaintiffs are involved in this
6    lawsuit.  It's public record.  I testified at my court
7    hearing.  And, you know, it's also public knowledge that
8    now I'm serving an incarceration sentence, so, no, I
9    mean, I -- I just have to be objective and, you know,
10   try to answer it, I mean, regardless of, you know, who's
11   done what.  You know, just, you know, do right by the
12   victims that suffered from all of this and try to be as
13   accurate as possible.
14       Q.   (BY MR. WATTERSON)  You testified earlier that
15   you were once friends with Mr. Fraser, but you aren't
16   any longer, right?
17       A.   Yes, sir.
18       Q.   That didn't affect your testimony, right?
19            MS. CAVE:  Objection to the form.
20       A.   No, sir.
21            MR. WATTERSON:  Thank you very much.  I
22   appreciate your time.  Pass the witness.
23                      EXAMINATION
24   QUESTIONS BY MS. CAVE:
25       Q.   Mr. Garza, my name is Sarah Cave and I'm with

Page 148

1                Homero Joshua Garza
2    Hughes Hubbard, and we represent Stuart Fraser, who's
3    the remaining defendant in this case.
4                Mr. Watterson just asked you about your
5    being dismissed from this case.  So do you have a --
6    under -- was there an agreement with the plaintiffs for
7    you to be dismissed as a defendant from this case?
8        A.   Yes, ma'am.
9        Q.   Was that in writing?
10       A.   Yes, ma'am.
11       Q.   Do you have a copy of that agreement?
12       A.   I believe I have one in my possession.
13       Q.   Okay.  Would you be willing to provide that to
14   us?
15       A.   Yes, ma'am.
16       Q.   Okay.  Thank you.
17               And what does that agreement provide?
18       A.   I don't remember the -- absolutely every word
19   of it, but essentially, you know, that the agreement was
20   that I made myself available for -- you know, to answer
21   questions, you know.  I'd be guessing if I said more
22   than that, but I know that in essence is that I need to,
23   you know, provide truthful and accurate information that
24   I'm being asked for.
25               MR. WATTERSON:  Can we go off the record