# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE 3:16-CV-00940

------------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN

SHINNERS, and JASON VARGAS, INDIVIDUALLY and on

Behalf of All Others Similarly Situated,

               Plaintiffs,

   v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER,

LLC, (d/b/a ZEN CLOUD),

               Defendants.

------------------------------------------------x


   VIDEOTAPED DEPOSITION OF STUART A. FRASER

         New York, New York

        Tuesday, August 7, 2018



Reported by:
Amy A. Rivera, CSR, RPR, CLR
JOB NO. 145943

1

2                       August 7, 2018

3                       9:02 a.m.

4

5           Videotaped deposition of STUART A.

6   FRASER held at the office of HUGHES HUBBARD & REED

7   LLP, One Battery Park Plaza, New York, New York,

8   pursuant to Notice, before Amy A. Rivera, Certified

9   Shorthand Reporter, Registered Professional

10  Reporter, Certified LiveNote Reporter, and a Notary

11  Public of the States of New York, New Jersey, and

12  Delaware.

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2  A P P E A R A N C E S:

3  SUSMAN GODFREY

4  Attorneys for Plaintiffs and the Witness

5      1000 Louisiana

6      Houston, Texas  77002

7  BY:  COLIN WATTERSON, ESQ.

8

9  HUGHES HUBBARD & REED

10  Attorneys for Defendant Stuart A. Fraser

11      One Battery Park Plaza

12      New York, New York  10004

13  BY:  SARAH CAVE, ESQ.

14      ANNA SCHULER, ESQ.

15

16  A L S O   P R E S E N T:

17      Lem Lattimer, Legal Video Specialist

18

19

20

21

22

23

24

25

Page 108

STUART FRASER

1
2       Did you speak at all during the
3  meeting?
4       A.    Only introductions.
5       Q.    Okay.  Have you heard of ZenMiner, LLC
6  before?
7       A.    Sounds familiar.  I can't remember
8  where I saw it, but ZenMiner I know of.
9       Q.    Okay.  Do you -- do you recall an
10 article that described an interview that your son
11 Thomas Fraser gave concerning ZenMiner?
12      A.    Yes.
13      Q.    What do you remember about that
14 article?
15      A.    I remember there was an article that
16 talked about Mr. Garza and -- and Tom working
17 together to come up with a interface to make it
18 easier for people to use the product.
19      Q.    They didn't actually work together,
20 correct?
21      A.    At -- not -- at the same firm?
22      Q.    They didn't actually work together to
23 create this interface, correct?
24      A.    I'm not aware that they worked
25 together.

1              STUART FRASER

2      Q.    Okay.  What was your reaction to the
3  article?
4      A.    Unhappy.
5      Q.    Is it fair to say that this article
6  suggested that ZenMiner and GAW Miners were
7  separate entities?
8            MS. CAVE:  Objection to the form.
9      A.    Yes.
10     Q.    And that wasn't true, was it?
11     A.    I came -- I came to understand that
12 not to be true, correct.
13     Q.    Did you understand that it was untrue
14 at the time when you saw the article?
15     A.    I didn't know about the article until
16 it came out.
17     Q.    Sorry if my question was unclear, but
18 after you saw the article, did you understand that
19 it was untrue, the association between -- well,
20 strike that.
21           At the time you saw the article, did
22 you understand that the statements in the article
23 suggesting GAW Miners and ZenMiner were separate
24 companies were untrue?
25           MS. CAVE:  Objection to the form.

1                    STUART FRASER
2        A.    Yes.
3        Q.    And did you -- did you discuss the
4   article with Mr. Garza?
5        A.    I did.
6        Q.    What did you tell him?
7        A.    I requested that he fix it.
8        Q.    So that he ask for a retraction?
9        A.    Whatever he could do to fix it, to --
10  to make it right.
11       Q.    Okay.  Did you write to the author of
12  the article and let them know that there was
13  something untrue in the article?
14       A.    No.
15       Q.    And do you recall a press release in
16  August of 2014 indicating that GAW Miners had
17  purchased ZenMiner?
18       A.    Yes.
19       Q.    And that press release also suggested
20  that ZenMiner was a company that wasn't controlled
21  by Mr. Garza, correct?
22             MS. CAVE:  Objection to the form.
23       A.    That's what I understood, yes.
24       Q.    And so that wasn't true, correct?
25       A.    Correct.

1                     STUART FRASER
2        Q.    Did you discuss this August press
3   release with Mr. Garza?
4        A.    Yes.
5        Q.    What did you tell him?
6        A.    That he had to fix this and make it
7   right, that you can't do this.
8        Q.    And did he?
9        A.    No.
10       Q.    What did you do about that?
11       A.    Not much I could do.  I started to
12  find his -- I -- I -- I lost a lot of respect for
13  him and started to question my involvement.
14       Q.    How -- before GAW Miners, did you
15  consider yourself friends with Josh Garza?
16       A.    Absolutely.
17       Q.    Did you consider yourself to be a
18  close friend of his?
19       A.    Pretty close.  I mean, yes.
20       Q.    Do you know whether Mr. Garza
21  considered you to be the sort of father figure?
22       A.    He mentioned it more than once.
23       Q.    Do you believe that Mr. Garza looked
24  up to you?
25       A.    In the beginning.