## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | September 15, 2021 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

### DECLARATION OF AMINA HASSAN IN SUPPORT OF DEFENDANT STUART A. FRASER'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* REGARDING CLASS REPRESENTATIVES

I, Amina Hassan, declare as follows:

1.      I am an attorney duly admitted to practice in this Court and am counsel with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser ("Fraser") in this action.

2.      I submit this declaration in support of Fraser's opposition to Plaintiffs' Motion *In Limine* Regarding Class Representatives (ECF 260).  The purpose of this declaration is to put before the Court certain documents that are cited in the memorandum of law in support of Fraser's opposition.

3.      Annexed hereto as Exhibit A is a true and correct copy of excerpts of the transcript of Plaintiff Michael Pfeiffer's July 19, 2018 deposition testimony.

4.      Annexed hereto as Exhibit B is a true and correct copy of excerpts of the transcript of Plaintiff Denis Marc Audet's August 10, 2018 deposition testimony.

5.      Annexed hereto as Exhibit C is a true and correct copy of Fraser's Trial Exhibit DX596.

6.      Annexed hereto as Exhibit D is a true and correct copy of excerpts of the transcript of Dean Allen Shinners' July 25, 2018 deposition testimony.

7.      Annexed hereto as Exhibit E is a true and correct copy of Fraser's Trial Exhibit DX713.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021
                        New York, New York

_____
                                Amina Hassan (*pro hac vice*)