# Exhibit A

```
 1
 2            UNITED STATES DISTRICT COURT
               DISTRICT OF CONNECTICUT
 3              CASE NO.:  3:16-cv-00940
 4   ----------------------------------x
     DENIS MARC AUDET, MICHAEL
 5   PFEIFFER, DEAN ALLEN
     SHINNERS, and JASON VARGAS,
 6   Individually and on Behalf
     of All Others Similarly
 7   Situated,
 8                     Plaintiff(s),
 9             vs.
10   STUART A. FRASER, GAW
     MINERS, LLC, and ZENMINER,
11   LLC, (d/b/a) ZENCLOUD),
12                     Defendant(s).
     ----------------------------------x
13
14
15     VIDEOTAPED DEPOSITION OF DR. MICHAEL PFEIFFER
16                New York, New York
17              Thursday, July 19, 2018
18
19
20
21
22   Reported by:
23   Corinne J. Blair, CRR, CCR, RPR, CLR
24   JOB NO.: 144959
25
```

Page 2

1
2
3
4                                    July 19, 2018
5                                    8:58, a.m.
6
7
8
9       Deposition of MICHAEL PFEIFFER, held at the
10  offices of SUSMAN GODFREY, 1301 Avenue of the
11  Americas, New York, New York, before Corinne J.
12  Blair, a Certified Realtime Reporter, Certified
13  Court Reporter, Registered Professional
14  Reporter, Certified Livenote Reporter, and
15  Notary Public of the states of New York and New
16  Jersey.
17
18
19
20
21
22
23
24
25

```
 1
 2   A-P-P-E-A-R-A-N-C-E-S:
 3
 4       SUSMAN GODFREY
 5       Attorneys for Plaintiff(s)
 6           1000 Louisiana Street
 7
 8           Houston, Texas  77702
 9       BY:  COLIN WATTERSON, ESQ.
10
11
12
13       HUGHES HUBBARD & REED
14       Attorneys for Defendants(s)
15           One Battery Park Plaza
16           New York, New York  10004
17       BY:  SARAH CAVE, ESQ.
18
19
20           - and -
21       BY:  ANNA SCHULER, ESQ.
22
23
24   ALSO PRESENT:
25       Sha-la Hollis, Legal Video Specialist
```

1              Michael Pfeiffer
2    That it was quieter, for two.  And the third
3    thing was that, rather than having hardware
4    that expired or having a contract that
5    expired, that you would have a contract for a
6    service that would continually upgrade.
7        Q    Okay.
8        A    It would upgrade the hardware that
9    performed the mining service.
10       Q    When did you first interact with
11   Josh Garza?
12       A    I saw a post by Josh Garza on the
13   HashTalk forum on a regular basis.  I saw
14   videos that he and other members of the GAW
15   and Zenminer team released on -- I think on
16   YouTube of maybe even live conferences or
17   communications with people who had purchased
18   GAW products, and other people who were
19   interested.  And I sometimes posted on the
20   HashTalk forum.  I can't remember when I
21   first actually had an exchange with Josh
22   Garza.  I know at some point fairly close
23   time before that things really became
24   difficult and GAW Miners started to default
25   on their promises that -- actually their

1                Michael Pfeiffer
2    people were -- people were muted or something
3    like that.
4             I believe -- and I've heard that
5    there were times when Josh Garza actually
6    deleted content of people who were his
7    critics, or said things that he didn't agree
8    with.  That's what I've heard since then.
9    That -- that although this appeared to be an
10   open forum, it was actually sufficiently
11   moderated that other people were silenced.
12        Q    Okay.  How many times a day would
13   you say you went on the HashTalk forum?
14        A    I have no idea.
15        Q    More than once a day?
16        A    Some days it may have been more than
17   once a day.  But it's also the kind of thing
18   where a forum can be in a web page that you
19   have open with other tabs in your browsers,
20   so you can just leave it open and see if you
21   get a notice that somebody has, you know,
22   liked or, you know, up-voted your comment.
23   You might say, like, Oh, who did that?  Like
24   what's their response?
25             So there's a way to monitor

1                Michael Pfeiffer
2    conversations and engagements there.
3        Q    And did you get any mail or a text
4    when there was some response to one of your
5    posts?
6        A    I think it might have made a beep on
7    the computer or something like that when you
8    got one or it showed up as -- like a red
9    number, an alert when you move back to that
10   tab.  So if you were -- if you had a number
11   of tabs open, you would cycle through that
12   one and you would see another one.
13           MS. CAVE:  Okay.  Let's do -- we'll
14       mark as Exhibit 92.
15           (Defendant's Exhibit 92,
16       E-mail, March 7, 2015, was marked
17       for identification at this time.)
18   BY MS. CAVE:
19       Q    Take a moment to look at that,
20   please.
21       A    Mm-hmm.  Okay.
22       Q    Okay.  So this is Exhibit 92.  It's
23   an e-mail from you to Mike at Coinfire.IO,
24   dated March 7th, 2015; is that correct?
25       A    That's correct.