# Exhibit B

```
                                                              Page 1
 1

     UNITED STATES DISTRICT COURT
 2   DISTRICT OF CONNECTICUT
     ---------------------------------------
 3   DENIS MARC AUDET, MICHAEL PFEIFFER,
 4   DEAN ALLEN SHINNERS, and JASON VARGAS,
     Individually and on Behalf of All Others
 5   Similarly Situated,
 6                            Plaintiffs,
 7
 8            vs.      No. 16-940
 9
10   HOMERO JOSHUA GARZA, STUART A. FRASER,
     GAW MINERS, LLC, and ZENMINER, LLC,
11   (d/b/a ZEN CLOUD),
12                            Defendants.
13   ---------------------------------------
14
15       ** CONTAINS CONFIDENTIAL PORTIONS **
16
17    VIDEOTAPED DEPOSITION OF DENIS MARC AUDET
18
19
20            Friday, August 10, 2018
21                 11:00 a.m.
22
23   Reported by:
24   Joan Ferrara, RPR, RMR, CRR
25   Job No. 144961
```

Contains Confidential Portions

Page 2

1
2
3
4                    August 10, 2018
5                    11:00 a.m.
6                　  New York, New York
7
8
9
10       Videotaped Deposition of DENIS
11  MARC AUDET, held at the offices of Susman
12  Godfrey, LLP, 1301 Avenue of the Americas,
13  New York, New York, Pursuant to Notice,
14  before Joan Ferrara, a Registered
15  Professional Reporter, Registered Merit
16  Reporter, Certified Realtime Reporter, and
17  Notary Public of the State of New York.
18
19
20
21
22
23
24
25

Contains Confidential Portions

Page 3

1

2    A P P E A R A N C E S:

3

4    SUSMAN GODFREY

5    Attorneys for Plaintiffs

6            1000 Louisiana Street

7            Houston, Texas 77002

8    BY:     COLIN WATTERSON, ESQ.

9

10

11

12   HUGHES HUBBARD & REED

13   Attorneys for Defendant - Fraser

14           One Battery Park Plaza

15           New York, New York 10004

16   BY:     HANNAH MILLER, ESQ.

17           ANNA SCHULER, ESQ.

18

19

20

21

22   ALSO PRESENT:

23           Rodolfo Duran, Videographer

24

25

Page 51

1                D. Audet

2  going to be mined?

3      A    Right, the same way Bitcoin

4  mines.  And the Hashstaker, the Prime

5  Hashstaker ecosystem was going to allow us

6  to basically mine PayCoins instead of

7  Altcoins.  It was another way of mining

8  crypto currency, except this was a new

9  crypto currency.

10     Q    Do you know whether GAW itself

11 mined PayCoin?

12     A    I seem to remember from the

13 forums that they were actively mining

14 PayCoins themselves.  They had servers

15 running in the background to mine PayCoins.

16 They were generating PayCoins.

17     Q    Do you have a sense of how much

18 they were mining or how much they were

19 generating?

20     A    I don't know the exact number.

21 I think some numbers on the forum were in

22 the millions.  So generally, several

23 millions worth of, you know, individual --

24 I can't remember the numbers.

25     Q    You mentioned the forum.  That

1                   D. Audet
2    was Hashtalk?
3         A    Yes.
4         Q    Were you a user of Hashtalk?
5         A    I had an account, yes.
6         Q    Did you post on Hashtalk?
7         A    I think I posted once or twice.
8    I think I answered one or two questions
9    that people posted.
10        Q    Did you read Hashtalk posts?
11        A    I did, yes.
12        Q    How often?
13        A    I would say four times a week,
14   approximately, every other day.
15        Q    So when you logged in to do your
16   boost everyday for your Hashlets, did you
17   also check the Hashtalk forums?
18        A    Yes, I would, yes.
19        Q    Would you say the Hashtalk
20   forums were your primary source of
21   information about GAW products?
22        A    Yes, they were.
23        Q    Did you ever hear of users being
24   banned on Hashtalk?
25        A    I think I remember one person