# Exhibit C

```
<!DOCTYPE html>
<html>
<head>
<title>HashTalk - Ideas, Talk, and Hardware - Bitcoin & Scrypt Mining</title>
<meta name="viewport" content="width=device-width, initial-scale=1.0, user-scalable=no"/>
<meta name="content-type" content="text&#x2F;html; charset=UTF-8"/>
<meta name="apple-mobile-web-app-capable" content="yes"/>
<meta property="og:site_name" content="HashTalk"/>
<meta name="keywords"/>
<meta name="msapplication-badge" content="frequency=30; polling-
uri=https:&#x2F;&#x2F;hashtalk.org&#x2F;sitemap.xml"/>
<meta name="msapplication-square150x150logo" content="https:&#x2F;&#x2F;c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com&#x2F;hashtalk3.png"/>
<meta name="title" content="Coinfire"/>
<meta name="description" content="@Daffy I have read all their posts and I can&amp;#x27;t figure out
where they get their information. I&amp;#x27;ts a case of jumping the gun too fast for the sake of a scoop.
"/>
<meta property="og:title" content="Coinfire"/>
<meta property="og:description" content="@Daffy I have read all their posts and I can&amp;#x27;t figure
out where they get their information. I&amp;#x27;ts a case of jumping the gun too fast for the sake of a
scoop. "/>
<meta property="og:type" content="article"/>
<meta property="og:url"
content="https:&#x2F;&#x2F;hashtalk.org&#x2F;topic&#x2F;20678&#x2F;coinfire"/>
<meta property="og:image" content="https:&#x2F;&#x2F;i.imgur.com&#x2F;LP0qvwc.jpg"/>
<meta property="og:image:url" content="https:&#x2F;&#x2F;i.imgur.com&#x2F;LP0qvwc.jpg"/>
<meta property="article:published_time" content="2014-11-30T22:20:37.164Z"/>
<meta property="article:modified_time" content="2014-12-01T16:29:02.377Z"/>
<meta property="article:section" content="The Lounge"/>
<link rel="stylesheet" type="text/css" href="/stylesheet.css?a0a8d474"/>
<link rel="icon" type="image/x-icon" href="/favicon.ico"/>
<link rel="apple-touch-icon" href="/apple-touch-icon"/>
<link rel="alternate" type="application/rss+xml" href="https://hashtalk.org/topic/20678.rss"/>
<link rel="canonical" href="https://hashtalk.org/topic/20678/coinfire"/>
<link rel="up" href="https://hashtalk.org/category/12/the-lounge"/>
<!--[if lt IE 9]>
        <script src="//cdnjs.cloudflare.com/ajax/libs/es5-shim/2.3.0/es5-shim.min.js"></script>
        <script src="//cdnjs.cloudflare.com/ajax/libs/html5shiv/3.7/html5shiv.js"></script>
        <script src="//cdnjs.cloudflare.com/ajax/libs/respond.js/1.4.2/respond.js"></script>
        <script>__lt_ie_9__ = 1;</script>
    <![endif]-->
<script>
        var RELATIVE_PATH = "";
        var config =
JSON.parse('{"relative_path":"","socketioTransports":["websocket"],"websocketAddress":"","version":"0.
6.0-dev","siteTitle":"HashTalk","showSiteTitle":false,"postDelay":"15","minimumTitleLength":"7","maxi
mumTitleLength":"255","minimumPostLength":"8","hasImageUploadPlugin":true,"maximumProfileImag
eSize":"256","minimumUsernameLength":"4","maximumUsernameLength":"16","minimumPasswordLen
gth":"6","maximumSignatureLength":"250","useOutgoingLinksPage":true,"allowGuestSearching":false,"a
llowFileUploads":false,"allowTopicsThumbnail":true,"allowAccountDelete":false,"privateUserInfo":false,
"usePagination":false,"disableSocialButtons":false,"disableChat":false,"maxReconnectionAttempts":"5","r
econnectionDelay":"200","tagsPerTopic":"5","topicsPerPage":"20","postsPerPage":"20","maximumFileSi
ze":"2048","theme:id":"nodebb-theme-lavender","defaultLang":"en_GB","userLang":"en_GB","loggedIn"
:false,"cache-buster":"v0.5.0-2-1734-g87435c1","script-buster":"1a0ed921","css-buster":"a0a8d474","requ
ireEmailConfirmation":true,"topicPostS
ort":"oldest_to_newest","csrf_token":"iTcxatSX-
9v3dv0NCvz537erMklcvm4ceSgE","searchEnabled":true}');
        var app = {};
        app.user =
JSON.parse('{"username":"Guest","userslug":"","picture":"https://secure.gravatar.com/avatar/d415f0e30c4
71dfdd9bc4f827329ef48?size=128&default=identicon&rating=pg","status":"offline","banned":false,"uid":
0,"isAdmin":false,"email:confirmed":false}');
        </script>
```

```
<script src="/nodebb.min.js?1a0ed921"></script>
<script>
		require.config({
			baseUrl: "/src/modules",
			waitSeconds: 3,
			urlArgs: "v0.5.0-2-1734-g87435c1",
			paths: {
				'forum': '../forum',
				'vendor': '../../vendor'
			}
		});
	</script>
<style type="text/css">.post-content{min-height:60px}.tag-item{background-color:white}.post-signature
img{max-height:40px}</style>
</head>
<body>
<div class="navbar navbar-default navbar-fixed-top header" role="navigation" id="header-menu">
<div class="loading-bar"></div>
<div class="container">
<div class="navbar-header">
<button type="button" class="navbar-toggle" data-toggle="collapse" data-target=".navbar-collapse">
<span class="icon-bar"></span>
<span class="icon-bar"></span>
<span class="icon-bar"></span>
</button>
<div>
<a href="/">
<img class=" forum-logo" src="https://c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com/hashtalk3.png"/>
</a>
<div class="header-topic-title visible-xs">
<span></span>
</div>
</div>
</div>
<div class="navbar-collapse collapse navbar-ex1-collapse">
<ul id="main-nav" class="nav navbar-nav pull-left">
<li>
<a href="/recent" title="Recent">
<i class="fa fa-fw fa-clock-o"></i><span class="visible-xs-inline"> Recent</span>
</a>
</li>
<li>
<a href="/tags" title="Tags">
<i class="fa fa-fw fa-tags"></i><span class="visible-xs-inline"> Tags</span>
</a>
</li>
<li>
<a href="/popular" title="Popular">
<i class="fa fa-fw fa-fire"></i><span class="visible-xs-inline"> Popular</span>
</a>
</li>
<li>
<a href="/users" title="Users">
<i class="fa fa-fw fa-users"></i><span class="visible-xs-inline"> Users</span>
</a>
</li>
<li class="visible-xs">
<a href="/search" title="Search" id="mobile-search-button">
<i class="fa fa-search fa-fw"></i> Search
</a>
</li>
</ul>
```

```
<ul id="logged-out-menu" class="nav navbar-nav navbar-right pull-right">
<li>
<a href="/register">
<i class="fa fa-pencil visible-xs-inline"></i>
<span>Register</span>
</a>
</li>
<li>
<a href="/login">
<i class="fa fa-sign-in visible-xs-inline"></i>
<span>Login</span>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right">
<li>
<form id="search-form" class="navbar-form navbar-right hidden-xs" role="search" method="GET"
action="">
<div class="hide" id="search-fields">
<div class="form-group">
<input type="text" class="form-control" placeholder="Search" name="query" value="">
</div>
<button type="submit" class="btn btn-default hide">Search</button>
</div>
<button id="search-button" type="button" class="btn btn-link"><i class="fa fa-search fa-fw"
title="Search"></i></button>
</form>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pull-right">
<li>
<a href="#" id="reconnect" class="hide" title="Connection to HashTalk has been lost, attempting to
reconnect...">
<i class="fa fa-check"></i>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pagination-block hidden visible-lg visible-md">
<li class="dropdown">
<i class="fa fa-angle-double-up pointer fa-fw pagetop"></i>
<i class="fa fa-angle-up pointer fa-fw pageup"></i>
<a href="#" class="dropdown-toggle" data-toggle="dropdown">
<span id="pagination"></span>
</a>
<i class="fa fa-angle-down pointer fa-fw pagedown"></i>
<i class="fa fa-angle-double-down pointer fa-fw pagebottom"></i>
<div class="progress-container">
<div class="progress-bar"></div>
</div>
<ul class="dropdown-menu" role="menu">
<input type="text" class="form-control" id="indexInput" placeholder="Enter index">
</ul>
</li>
</ul>
<div class="header-topic-title hidden-xs">
<span></span>
</div>
</div>
</div>
</div>
<div class="container" id="content">
<noscript>
<div class="alert alert-danger">
```

```
<p>
Your browser does not seem to support JavaScript. As a result, your viewing experience will be
diminished, and you have been placed in <strong>read-only mode</strong>.
</p>
<p>
Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).
</p>
</div>
</noscript>
<input type="hidden" template-variable="topic_id" value="20678"/>
<input type="hidden" template-variable="topic_slug" value="20678/coinfire"/>
<input type="hidden" template-variable="category_id" value="12"/>
<input type="hidden" template-variable="currentPage" value="2"/>
<input type="hidden" template-variable="pageCount" value="2"/>
<input type="hidden" template-variable="locked" template-type="boolean" value="false"/>
<input type="hidden" template-variable="deleted" template-type="boolean" value="false"/>
<input type="hidden" template-variable="pinned" template-type="boolean" value="false"/>
<input type="hidden" template-variable="topic_name" value="Coinfire"/>
<input type="hidden" template-variable="postcount" value="32"/>
<input type="hidden" template-variable="viewcount" value="313"/>
<div class="topic">
<ol class="breadcrumb">
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<a href="/" itemprop="url">
<span itemprop="title">
Home
</span>
</a>
</li>
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<a href="/category/12/the-lounge" itemprop="url">
<span itemprop="title">
The Lounge
</span>
</a>
</li>
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<span itemprop="title">
Coinfire
<a target="_blank" href="/topic/20678.rss"><i class="fa fa-rss-square"></i></a>
</span>
</li>
<div class="loading-indicator pull-right" done="0" style="display:none;">
<i class="fa fa-refresh fa-spin"></i>
</div>
</ol>
<ul id="post-container" class="posts" data-tid="20678">
<li class="post-row" data-pid="438921" data-uid="7321" data-username="Marc92" data-
userslug="marc92" data-index="21" data-timestamp="1417386830602" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_21" name="21"></a>
<meta itemprop="datePublished" content="2014-11-30T22:33:50.602Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/marc92">
<img src="https://i.imgur.com/LP0qvwc.jpg" alt="Marc92" class="profile-image user-img"
title="Marc92">
</a>
<small class="username" title="Marc92"><a href="/user/marc92">Marc92</a></small>
```

```
</div>
<div class="topic-text">
<h3 class="topic-title">
<p id="topic_title_438921" class="topic-title" itemprop="name"><i class="fa fa-thumb-tack hide"></i> <i class="fa fa-lock hide"></i> Coinfire</p>
<hr>
</h3>
<div id="content_438921" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a></p>
<p>I have read all their posts and I can't figure out where they get their information. I'ts a case of jumping the gun too fast for the sake of a scoop.</p>
</div>
<div class="post-signature"><p>Stay safe, stay calm and stay in touch...</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Marc92" data-uid="7321">
<strong><a href="/user/marc92" itemprop="author">Marc92</a></strong> posted <span class="timeago" title="2014-11-30T22:33:50.602Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_438921" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_438921">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_438921_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
```

```
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="438936" data-uid="1079" data-username="GetGuap" data-
userslug="getguap" data-index="22" data-timestamp="1417387094713" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_22" name="22"></a>
<meta itemprop="datePublished" content="2014-11-30T22:38:14.713Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/getguap">
<img src="https://i.imgur.com/KE1ywsv.jpg" alt="GetGuap" class="profile-image user-img"
title="GetGuap">
</a>
<small class="username" title="GetGuap"><a href="/user/getguap">GetGuap</a></small>
</div>
<div class="topic-text">
<div id="content_438936" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> remember that thread here showing the legal action GAW
expressed they will take if these statements werent amended?</p>
<p>Honestly the results here don't surprise me!</p>
</div>
<div class="post-signature"><p><strong>LTCGear Cloud Mining</strong> - <em>182MH</em> for
<strong>$750</strong> with the 8% BTC payment discount, that's the equivalent of <strong><em><a
href="http://ltcgear.com?apage=330">$4.12 per MH</a></em></strong></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="GetGuap" data-uid="1079">
<strong><a href="/user/getguap" itemprop="author">GetGuap</a></strong> posted <span
class="timeago" title="2014-11-30T22:38:14.713Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_438936" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_438936">
<li role="presentation">
```

```
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_438936_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="438943" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="23" data-timestamp="1417387201569" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_23" name="23"></a>
<meta itemprop="datePublished" content="2014-11-30T22:40:01.569Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_438943" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/daffy">@Daffy</a> said:</p>
```

```
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> Check Google Cache maybe you can find something.</p>
</blockquote>
<p>Trying that now. (snicker)</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-30T22:40:01.569Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_438943" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_438943">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_438943_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
```

```
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="438952" data-uid="1012" data-username="Daffy" data-userslug="daffy"
data-index="24" data-timestamp="1417387338949" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_24" name="24"></a>
<meta itemprop="datePublished" content="2014-11-30T22:42:18.949Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/daffy">
<img
src="https://secure.gravatar.com/avatar/1567772e77bdcf832f2c44050365779d?size=128&default=identico
n&rating=pg" alt="Daffy" class="profile-image user-img" title="Daffy">
</a>
<small class="username" title="Daffy"><a href="/user/daffy">Daffy</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_438952" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> Check Google Cache maybe
you can find something.</p>
</blockquote>
<p>Trying that now. (snicker)</p>
</blockquote>
<p>What specifically are you looking for?</p>
</div>
<div class="post-signature"><p>Simple things make people happy.<br/>
<a href="https://hashtalk.org/topic/8872">FAQs, Costs/Fees, Payouts</a><br/>
<strong>XPY Tips</strong> PDaffyVfp5pUyHrP9o9BUdEkUFfxyWfaxJ<br/>
<strong>BTC Tips</strong> 1DaffykYjohRjqVYMcGjgHgqBokBUekSH6</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Daffy" data-uid="1012">
<strong><a href="/user/daffy" itemprop="author">Daffy</a></strong> posted <span class="timeago"
title="2014-11-30T22:42:18.949Z"></span>
```

```
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_438952" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_438952">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_438952_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="439100" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="25" data-timestamp="1417388784893" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_25" name="25"></a>
<meta itemprop="datePublished" content="2014-11-30T23:06:24.893Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
```

```
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_439100" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> Check Google Cache maybe
you can find something.</p>
</blockquote>
<p>Trying that now. (snicker)</p>
</blockquote>
<p>What specifically are you looking for?</p>
</blockquote>
<p>I found some things in cache. The DMCA issue, which I found very suspicious and confusing, as well
as the story about Cryptsy. I have to question what is behind this Coinfire management, as I have never
seen an online &quot;blog&quot; post such outlandish accusations before.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct
analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-30T23:06:24.893Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_439100" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_439100">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
```

```
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_439100_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="439124" data-uid="1012" data-username="Daffy" data-userslug="daffy"
data-index="26" data-timestamp="1417389127576" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_26" name="26"></a>
<meta itemprop="datePublished" content="2014-11-30T23:12:07.576Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/daffy">
<img
src="https://secure.gravatar.com/avatar/1567772e77bdcf832f2c44050365779d?size=128&default=identico
n&rating=pg" alt="Daffy" class="profile-image user-img" title="Daffy">
</a>
<small class="username" title="Daffy"><a href="/user/daffy">Daffy</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_439124" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> Check Google Cache maybe
```

you can find something.</p>
</blockquote>
<p>Trying that now. (snicker)</p>
</blockquote>
<p>What specifically are you looking for?</p>
</blockquote>
<p>I found some things in cache. The DMCA issue, which I found very suspicious and confusing, as well as the story about Cryptsy. I have to question what is behind this Coinfire management, as I have never seen an online "blog" post such outlandish accusations before.</p>
</blockquote>
<p>Yeah some of those blogs use real gutter jounalistic practices. There is an Ethics category too don't if that is worth to read.</p>
</div>
<div class="post-signature"><p>Simple things make people happy.<br/>
<a href="https://hashtalk.org/topic/8872">FAQs, Costs/Fees, Payouts</a><br/>
<strong>XPY Tips</strong> PDaffyVfp5pUyHrP9o9BUdEkUFfxyWfaxJ<br/>
<strong>BTC Tips</strong> 1DaffykYjohRjqVYMcGjgHgqBokBUekSH6</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Daffy" data-uid="1012">
<strong><a href="/user/daffy" itemprop="author">Daffy</a></strong> posted <span class="timeago" title="2014-11-30T23:12:07.576Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_439124" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_439124">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>

<li class="text-center">
<input type="text" id="post_439124_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="439171" data-uid="1936" data-username="AetherCollector" data-userslug="aethercollector" data-index="27" data-timestamp="1417389704263" data-votes="2" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_27" name="27"></a>
<meta itemprop="datePublished" content="2014-11-30T23:21:44.263Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/aethercollector">
<img src="https://i.imgur.com/dsonQB1.jpg" alt="AetherCollector" class="profile-image user-img" title="AetherCollector">
</a>
<small class="username" title="AetherCollector"><a href="/user/aethercollector">AetherCollector</a></small>
</div>
<div class="topic-text">
<div id="content_439171" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> Check Google Cache maybe you can find something.</p>
</blockquote>
<p>Trying that now. (snicker)</p>
</blockquote>
<p>What specifically are you looking for?</p>
</blockquote>
<p>I found some things in cache. The DMCA issue, which I found very suspicious and confusing, as well as the story about Cryptsy. I have to question what is behind this Coinfire management, as I have never seen an online "blog" post such outlandish accusations before.</p>
</blockquote>
<p>They wrote like a tabloid and got caught being reckless with accusations. Additionally they would warp words and citations in their posts from other, more <strong>reputable</strong>, articles from other sites. The <em>Is GAW Miners Lying about partnerships?</em> article is where they messed up specifically. In the second paragraph they misquote a noted CCN article from <a class="plugin-mentions-a" href="/user/manebjorn">@ManeBjorn</a> saying certain companies were discussed, when they were <strong>never mentioned in the CCN article</strong>.</p>
<p><strong>Then</strong> there were at least five accounts on the Reddit subs that would try to drive

attention to the legal action GAW had to perform. They wanted to create <strong>artificial drama</strong> to play a victim role for the internet. They would downvote anyone that had any valid point or anything that wasn't <em>anti-GAW</em>. At least the posts never stayed up on the top 25 of r/Bitcoin for longer than 12 hours because people <strong>knew</strong> it was artificial trash.</p>
</div>
<div class="post-signature"><p><a href="https://hashtalk.org/topic/3349/explanation-when-do-i-get-a-payout">Payout Guide</a> /+/ <a href="https://hashtalk.org/topic/18616/notice-troll-fud-guide">Troll Guide</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="AetherCollector" data-uid="1936">
<strong><a href="/user/aethercollector" itemprop="author">AetherCollector</a></strong> posted <span class="timeago" title="2014-11-30T23:21:44.263Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_439171" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_439171">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_439171_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>

```
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="439232" data-uid="4277" data-username="Mpat120" data-
userslug="mpat120" data-index="28" data-timestamp="1417390151467" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_28" name="28"></a>
<meta itemprop="datePublished" content="2014-11-30T23:29:11.467Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/mpat120">
<img src="https://i.imgur.com/jjLPt0S.jpg" alt="Mpat120" class="profile-image user-img"
title="Mpat120">
</a>
<small class="username" title="Mpat120"><a href="/user/mpat120">Mpat120</a></small>
</div>
<div class="topic-text">
<div id="content_439232" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/aethercollector">@AetherCollector</a> Even worse than a tabloid, none of what they had to
say was even remotely believable with even a cursory fact check, and much of it legally actionable, public
opinion be damned.</p>
</div>
<div class="post-signature"><p><img src="https://i.imgur.com/7JAaEnZ.png" alt="t4K4guS.png"/><br/>
PXc6uEgRBEGbjsJK2nmZDnnxfJr6VQxAhS</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Mpat120" data-uid="4277">
<strong><a href="/user/mpat120" itemprop="author">Mpat120</a></strong> posted <span
class="timeago" title="2014-11-30T23:29:11.467Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_439232" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_439232">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
```

```
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_439232_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="439461" data-uid="94" data-username="taylan" data-userslug="taylan"
data-index="29" data-timestamp="1417392850017" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_29" name="29"></a>
<meta itemprop="datePublished" content="2014-12-01T00:14:10.017Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/taylan">
<img src="https://i.imgur.com/5SJDKi9.png" alt="taylan" class="profile-image user-img" title="taylan">
</a>
<small class="username" title="taylan"><a href="/user/taylan">taylan</a></small>
</div>
<div class="topic-text">
<div id="content_439461" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/daffy">@Daffy</a> according to a GAW statement(email) I saw earlier GAW basically sent a
cease and desist for CoinFire slandering GAWMiners</p>
</div>
<div class="post-signature"><p><strong>Crypto Lover, Miner, Elder</strong> <strong>Contact Me For
Escrows!</strong><br/>
<a href="http://goo.gl/CYsfBx">LTCGEAR Get 5% of your Purchase Back!</a><br/>
<a href="http://goo.gl/YDKCFt">Read My Latest Article at CoinsSource!</a><br/>
<a href="http://goo.gl/vturjy"><img src="https://i.imgur.com/iDFmjgQ.jpg" alt="t"/></a></p>
</div>
</div>
</div>
</div>
```

```html
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="taylan" data-uid="94">
<strong><a href="/user/taylan" itemprop="author">taylan</a></strong> posted <span class="timeago"
title="2014-12-01T00:14:10.017Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_439461" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_439461">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_439461_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="442477" data-uid="1079" data-username="GetGuap" data-
userslug="getguap" data-index="30" data-timestamp="1417450736564" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_30" name="30"></a>
```

```
<meta itemprop="datePublished" content="2014-12-01T16:18:56.564Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/getguap">
<img src="https://i.imgur.com/KE1ywsv.jpg" alt="GetGuap" class="profile-image user-img"
title="GetGuap">
</a>
<small class="username" title="GetGuap"><a href="/user/getguap">GetGuap</a></small>
</div>
<div class="topic-text">
<div id="content_442477" class="post-content" itemprop="text"><p>Their site is back up.</p>
</div>
<div class="post-signature"><p><strong>LTCGear Cloud Mining</strong> - <em>182MH</em> for
<strong>$750</strong> with the 8% BTC payment discount, that's the equivalent of <strong><em><a
href="http://ltcgear.com?apage=330">$4.12 per MH</a></em></strong></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="GetGuap" data-uid="1079">
<strong><a href="/user/getguap" itemprop="author">GetGuap</a></strong> posted <span
class="timeago" title="2014-12-01T16:18:56.564Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_442477" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_442477">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
```

```
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_442477_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="442523" data-uid="2015" data-username="Allen1980s" data-userslug="allen1980s" data-index="31" data-timestamp="1417451342377" data-votes="1" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_31" name="31"></a>
<meta itemprop="datePublished" content="2014-12-01T16:29:02.377Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img" title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_442523" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/taylan">@taylan</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> according to a GAW statement(email) I saw earlier GAW basically sent a cease and desist for CoinFire slandering GAWMiners</p>
</blockquote>
<p>It obviously was not effective, since the article is still there. Are they based in the U.S.? If so, they could be in a world of hurt if they cannot substantiate their claims. LOL</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
```

```
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-12-01T16:29:02.377Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_442523" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_442523">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_442523_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
</ul>
<div class="post-bar col-xs-12 hide bottom-post-bar">
<div class="inline-block">
<span class="tags">
</span>
<small class="topic-stats">
<span>Posts</span>
<strong><span class="topic-post-count human-readable-number" title="32">32</span></strong> |
<span>Views</span>
```

```
<strong><span class="human-readable-number" title="313">313</span></strong>
</small>
<span class="browsing-users hidden">
&bull;
<small><span>browsing</span></small>
<div class="thread_active_users active-users inline-block"></div>
<small class="hidden"><i class="fa fa-users"></i> <span class="user-count"></span></small>
</span>
</div>
<div class="topic-main-buttons pull-right inline-block">
<div class="loading-indicator" done="0" style="display:none;">
<span class="hidden-xs-inline">Loading More Posts</span> <i class="fa fa-refresh fa-spin"></i>
</div>
<a href="/login?next=topic/20678/coinfire" class="btn btn-primary">Reply</a>
</div>
<div style="clear:both;"></div>
</div>
<div id="move_thread_modal" class="modal" tabindex="-1" role="dialog" aria-labelledby="Move Topic"
aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h3>Move Topic</h3>
</div>
<div class="modal-body">
<p id="categories-loading"><i class="fa fa-spin fa-refresh"></i> Loading Categories</p>
<p>
Disabled Categories are greyed out
</p>
<div id="move-confirm" style="display: none;">
<hr/>
<div class="alert alert-info">This topic will be moved to the category <strong><span id="confirm-
category-name"></span></strong></div>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="move_thread_cancel">Close</button>
<button type="button" class="btn btn-primary" id="move_thread_commit" disabled>Move</button>
</div>
</div>
</div>
</div>
<div id="fork-thread-modal" class="hide" tabindex="-1" role="dialog" aria-labelledby="" aria-
hidden="true" data-backdrop="none">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h4>Fork Topic</h4>
</div>
<div class="modal-body">
<div class="form-group">
<label for="title">Title</label>
<input id="fork-title" type="text" class="form-control" placeholder="Enter new thread title"><br/>
<label>Click the posts you want to fork</label> <br/>
<span id="fork-pids"></span>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="fork_thread_cancel">Close</button>
```

```
<button type="button" class="btn btn-primary" id="fork_thread_commit" disabled>Fork</button>
</div>
</div>
</div>
</div>
<div id="move-post-modal" class="hide" tabindex="-1" role="dialog" aria-labelledby="" aria-
hidden="true" data-backdrop="none">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h4>Move Post</h4>
</div>
<div class="modal-body">
<div class="form-group">
<label for="topicId">Topic ID</label>
<input id="topicId" type="text" class="form-control" placeholder="Enter topic ID"><br/>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="move_post_cancel">Close</button>
<button type="button" class="btn btn-primary" id="move_post_commit" disabled>Move</button>
</div>
</div>
</div>
</div>
</div>
<noscript>
<div class="text-center">
<ul class="pagination">
<li><a href="?page=1">1</a></li>
<li class="active"><a href="?page=2">2</a></li>
</ul>
</div>
</noscript>
</div>
<div id="upload-picture-modal" class="modal fade" tabindex="-1" role="dialog" aria-labelledby="Upload
Picture" aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">??</button>
<h3 id="myModalLabel">Upload picture</h3>
</div>
<div class="modal-body">
<form id="uploadForm" action="" method="post" enctype="multipart/form-data">
<div class="form-group">
<label for="userPhoto">Upload a picture</label>
<input type="file" id="userPhotoInput" name="userPhoto">
<p class="help-block">You may only upload PNG, JPG, or GIF files <span id="file-size-block"
class="hide"> (max. <span id="upload-file-size"></span> kbs.)</span></p>
</div>
<input type="hidden" id="params" name="params"/>
</form>
<div id="upload-progress-box" class="progress progress-striped">
<div id="upload-progress-bar" class="progress-bar progress-bar-success" role="progressbar" aria-
valuenow="0" aria-valuemin="0">
<span class="sr-only"> Success</span>
</div>
</div>
<div id="alert-status" class="alert alert-info hide"></div>
<div id="alert-success" class="alert alert-success hide"></div>
```

```
<div id="alert-error" class="alert alert-danger hide"></div>
</div>
<div class="modal-footer">
<button class="btn btn-default" data-dismiss="modal" aria-hidden="true">Close</button>
<button id="pictureUploadSubmitBtn" class="btn btn-primary">Upload picture</button>
</div>
</div>
</div>
</div>
<div class="topic-search hidden">
<div class="btn-group">
<button type="button" class="btn btn-default count"></button>
<button type="button" class="btn btn-default prev"><i class="fa fa-fw fa-angle-up"></i></button>
<button type="button" class="btn btn-default next"><i class="fa fa-fw fa-angle-down"></i></button>
</div>
</div>
<div class="alert-window alert-left-top"></div>
<div class="alert-window alert-left-bottom"></div>
<div class="alert-window alert-right-top"></div>
<div class="alert-window alert-right-bottom"></div>
<script>
			require(['forum/footer']);
		</script>
</body>
</html>
```