# Exhibit D

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE 3:16-CV-00940

------------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, INDIVIDUALLY and on Behalf of All Others Similarly Situated,

     Plaintiffs,

 v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),

     Defendants.

------------------------------------------------x

VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS

New York, New York

Wednesday, July 25, 2018

Reported by:
Amy A. Rivera, CSR, RPR, CLR
JOB NO. 144960

1

2                         July 25, 2018

3                         9:00 a.m.

4

5         Videotaped deposition of DEAN ALLEN

6  SHINNERS held at the office of SUSMAN GODFREY,

7  L.L.P., 1301 Avenue of the Americas, Floor 32, New

8  York, New York, pursuant to Notice, before Amy A.

9  Rivera, Certified Shorthand Reporter, Registered

10 Professional Reporter, Certified LiveNote Reporter,

11 and a Notary Public of the States of New York, New

12 Jersey and Delaware.

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2   A P P E A R A N C E S:
3   SUSMAN GODFREY
4   Attorneys for Plaintiffs and the Witness
5       1000 Louisiana
6       Houston, Texas  77002
7   BY:  COLIN WATTERSON, ESQ.
8
9   HUGHES HUBBARD & REED
10  Attorneys for Defendant Stuart A. Fraser
11      One Battery Park Plaza
12      New York, New York  10004
13  BY:  DANIEL WEINER, ESQ.
14       SARAH CAVE, ESQ.
15       ANNA SCHULER, ESQ.
16
17  A L S O   P R E S E N T:
18      Robert Rinkewich, Legal Video Specialist
19
20
21
22
23
24
25

Page 113

1             DEAN ALLEN SHINNERS
2  remember his last name, but it's not coming to me
3  right now.
4       Q.   Okay.  Was Richard a former employee
5  of GAW Miners?
6       A.   Not that I'm aware of.
7       Q.   Was Jason?
8       A.   Not that I'm aware of.
9       Q.   Was Joe Mordica?
10      A.   Joe Mordica was.  He had quit in 2014,
11 I think, December 2014.
12      Q.   And -- and did BitLend have any
13 connection with the United Arab Emirates?
14      A.   No.
15      Q.   Any connection with Dubai?
16      A.   What's that?
17      Q.   Dubai?
18      A.   What about Dubai?
19      Q.   Did BitLend have any connection with
20 Dubai?
21      A.   Had no connection with any country,
22 actually.  It was an international platform, so
23 anybody that wanted to lend Bitcoin or borrow
24 Bitcoin, they would come there.
25           So I mean, there could have been some,

1        DEAN ALLEN SHINNERS
2  but I doubt it.  I would have seen that, I think,
3  doing -- during the due diligence process.
4        Q.    Why did you decide to shout down
5  BitLend?
6        A.    There's too much fraud.  There were
7  too many -- we had too many applicants who were
8  submitting fraudulent identification for AMLKYC.
9  So it became so overwhelming that it just wasn't
10 worth it.  And we had a few loans that went
11 through that never got paid back because they were
12 fraudulent.
13              So it wasn't worth it at that point.
14 I wasn't willing to put a lot of money towards
15 something where we could not get the AMLKYC thing
16 fully compliant.
17       Q.    Okay.  Is -- is the cryptocurrency
18 world one that's particularly, in your experience
19 and knowledge, that is particularly susceptible
20 fraud?
21       A.    I would say that anything that relies
22 on Internet is going to be highly susceptible to
23 fraud, regardless of whether it's cryptocurrency
24 or selling medical policies or selling life
25 insurance policy.  I've seen fraud everywhere,