# Exhibit E

...




STATE OF CONNECTICUT
# DEPARTMENT OF BANKING
SECURITIES AND BUSINESS INVESTMENTS DIVISION
260 CONSTITUTION PLAZA – HARTFORD, CT 06103

### C E R T I F I C A T I O N

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
                                                 *
                                                 *
                                                 *
STATE OF CONNECTICUT                             *     ss.   Hartford
                                                 *
COUNTY OF HARTFORD                               *
                                                 *
                                                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

I, Cynthia Antanaitis, Assistant Director of the Securities and Business Investments Division of the State of Connecticut Department of Banking, do hereby state that I am authorized as custodian of division records to certify the following:

That a search, conducted at my direction on April 27, 2021 and using the key words "ION", "ION Coin" and "Ionomy" of securities registration, securities exemption and securities notice filing computer records maintained pursuant to Chapter 672a of the Connecticut General Statutes, the Connecticut Uniform Securities Act (the "Act") did not disclose any filings under those names for the period from January 1, 2013 to date pursuant to Sections 36b-16, 36b-17, 36b-18, 36b-19 or 36b-21 of the Act.

In witness whereof I have hereunto set my hand this 27th day of April 2021.

JORGE L. PEREZ
BANKING COMMISSIONER

By   *[signature: Cynthia Antanaitis — Digitally signed by Cynthia Antanaitis, DN: cn=Cynthia Antanaitis, o, ou, email=cynthia.antanaitis@ct.gov, c=US, Date: 2021.04.27 11:33:19 -04'00']*

Cynthia Antanaitis
Assistant Director