UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | September 15, 2021 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

**DECLARATION OF AMINA HASSAN IN SUPPORT OF
DEFENDANT STUART A. FRASER'S OPPOSITION TO PLAINTIFFS'
MOTION *IN LIMINE* REGARDING SCOPE OF CLASS TRIAL**

I, Amina Hassan, declare as follows:

1. I am an attorney duly admitted to practice in this Court and am counsel with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser in this action.

2. I submit this declaration in support of Mr. Fraser's opposition to Plaintiffs' motion *in limine* regarding the scope of the coming trial (ECF 257). The purpose of this declaration is to put before the Court certain documents that are cited in the memorandum of law in support of Mr. Fraser's opposition.

3. Annexed hereto as Exhibit A is a true and correct copy of Plaintiffs' Trial Exhibit PX95.

4. Annexed hereto as Exhibit B is a true and correct copy of Plaintiffs' Trial Exhibit PX125.

5. Annexed hereto as Exhibit C is a true and correct copy of Fraser's Trial Exhibit DX674, except that personal information, including personal identification information, emails, and phone numbers have been redacted to protect privacy.

6. Annexed hereto as Exhibit D is a true and correct copy of excerpts of the transcript of Homero Joshua Garza's December 14, 2018 deposition testimony designated by Plaintiffs.

7. Annexed hereto as Exhibit E is a true and correct copy of Fraser's Trial Exhibit DX657.

8. Annexed hereto as Exhibit F is a true and correct copy of excerpts of the transcript of Homero Joshua Garza's December 14, 2018 deposition testimony.

9. Annexed hereto as Exhibit G is a true and correct copy of Fraser's Trial Exhibit DX671.

10. Annexed hereto as Exhibit H is a true and correct copy of excerpts of the transcript of Dean Allen Shinners' July 25, 2018 deposition testimony.

11. Annexed hereto as Exhibit I is a true and correct copy of Fraser's Trial Exhibit DX640.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021
       New York, New York

_____
Amina Hassan (*pro hac vice*)