# EXHIBIT A

http://web.archive.org/web/20141217055740/http://www.paycoin.com/

HOME    DOWNLOAD    FEATURES    RESOURCES    COMMUNITY    EXPLORER    🛒 0



# What Is PayCoin™?

PayCoin™ is a global currency that lets you send money to anyone, anywhere, anytime.
Sending and accepting money is totally free, lightning fast and insanely easy
- whether you're a person or a business.

Buy [ 1 ] PayCoins at $ 20.00 each

Enter your PayCoin Wallet Address

Need a free PayCoin Wallet Address?

Sold out



**Fast**    **Secure**    **Easy**    **Free**

*"With the marrying of innovation, technology, finance and regulation — I believe that
cryptocurrency can provide a value proposition that has never before been
contemplated in global commerce and thus has the real possibility of being a viable
mainstream currency accepted by the masses around the globe"*







# Who will accept PayCoin?

# Who will accept PayCoin™?

Worldwide online retailers will accept PayCoin™ directly or through third party payment processors. We will give hundreds of thousands of businesses the ability to accept PayCoin™ with ease.

ACCEPT PAYCOIN™ IN YOUR STORE TODAY

Business Name

Contact Name

Email

**Do you already accept crypto-currencies?**

◯ Yes

◯ No

Submit



# How can I use PayCoin™?

Auto Convert to BTC

Debit Card Access

ATM Partnerships

Historical Tracking

Browser Plug-ins

Bill Pay

Social Media Tipping

# Features



### Hybrid Flex

PayCoin™ uses a new Hybrid Flex Blockchain technique that regularly validates, compresses, and archives old transaction data to creates near-instant transaction times with a light, efficient, and extremely secure blockchain.



### Hypass Card

PayCoin™ doesn't fight existing infrastructure – it works with it. PayCoin™ is specifically built to work with legacy credit card hardware with merchants who accept it.



### Coin Adoption Fund

PayCoin™'s ICO launches the world's first Coin Adoption Fund – a fund whose sole mandate is to grow the cryptocurrency by spreading adoption world-wide.



### Proof Of Reserve

PayCoin™ is backed by a fiat-based reserve of USD that shields early adopters from risk and increases acceptance by large institutions.



### Miner Rewards

The PayCoin™ network distributes low-cost hashpower to individual miners, supplied by PayCoin™'s CAF.



### Merchant Adoption

PayCoin™ launches with more merchant acceptance than any other cryptocurrency in history.



# PayCoin™ - The People's Money
# Good for you. Bad for Banks.

Download your PayCoin™ wallet today.

WINDOWS ☁
32-BIT OR 64-BIT

MAC ☁
MAC OS

LINUX ☁
32-BIT OR 64-BIT

Copyright © 2014 GAW Miners. All rights reserved.