# EXHIBIT C

From: Allen Shinners
Sent: Thu 10/29/2015 3:57 PM (GMT-04:00)
To: 'Day, Russell C. (NH) (FBI)'
Cc: 'Munster, Mark E. (NH) (FBI)'
Bcc:
Subject: RE: More presents from Dubai? Phone MMS

Latest from the nostalgic recent past.

First is the "Declaration" the Dubai Court made Josh write out and sign in the courtroom. Such fine penmanship. I believe this is when he rolled up into a ball and started crying like a baby, for nearly 2 hours, but I cannot be 100% certain.



Josh's shiny new residency permit in Dubai.

CONFIDENTIAL

GAW01023310



Josh sending pics to Adam, showing him attempting to get a Dubai doctor to sign a note saying he had a heart attack, which the doctor refused to do. All to get out of a deposition with the SEC, after fleeing to Dubai. Notice the teddy bears band aid? So appropriate.

CONFIDENTIAL GAW01023311


CONFIDENTIAL GAW01023312



CONFIDENTIAL GAW01023313



I wonder if this constitutes obstruction of justice? LOL

Best regards,
Allen


**D. Allen Shinners**



**From:** Day, Russell C. (NH) (FBI)
**Sent:** Tuesday, September 15, 2015 1:27 PM
**To:** Allen Shinners
**Cc:** Munster, Mark E. (NH) (FBI)
**Subject:** RE: Spreadsheet

Allen,

The spreadsheet is a huge help. It will help us prioritize and proceed with collecting evidence and testimony from potential witnesses that believe they are victims.

The information will be used by the FBI and United States Attorney's Office in our investigation. I will also share it with the Securities and Exchange Commission, unless you have an objection to that.

Russ



**From:** Allen Shinners
**Sent:** Tuesday, September 15, 2015 1:25 AM
**To:** Day, Russell C. (NH) (FBI)
**Subject:** Spreadsheet

Hey Russ,

Was the spreadsheet of any help? I am finishing the last touches to GAWsuit.com. Should be up on Tuesday, pending a few backend changes, as well as a thorough test thrashing. Will you be sharing anything with the other agencies, or is this strictly FBI use only?

D. Allen Shinners



CONFIDENTIAL