# EXHIBIT E

# Exhibit 90







Josh Garza — online

> Residence permit 22:46

very cool 22:46

Also I wired you around 100k 22:46

for save keeping for me :) 22:46

> Lol...k 22:47

> The 100k u transfered t give u rite ? 22:48

yep 22:49

> Il update u 1c I recieve it 22:49

but we can just transfer to my bank once I open one here 22:49

> 👍 22:49

If I do not get one in about 2 weeks, I need a place to keep about 27mm 22:50

but 22:50

I think it should be done by then 22:50

> K done ..... 22:50

CONFIDENTIAL
GAW01019796

> Unable to perform transaction  
> 5:23 PM ✓✓

we need a way to share documents    5:26 PM

where the US gov can not access    5:26 PM

> Ok let me find out    5:28 PM ✓✓

Also, lets find a kick ass killer laywer and meet with him about our business, put him on retainer, so we are ready before something goes wrong    5:35 PM

> Yeah    5:38 PM ✓✓

we need to check with the local and make sure there is no issue with how we are doing anything    5:55 PM

> On what front you want to

CONFIDENTIAL      GAW01019797



●●●●● Vodafone IN 🗼 11:13 pm          16% 🔋⚡

**‹ Chats**   **Josh Garza**   JG
last seen 2 minutes ago

> Also give your car papers to Fahad the agent will import them for you  8:54 PM ✓✓

It will not work  8:54 PM

> Why  8:54 PM ✓✓

as soon as those vin numbers are scanned, they will stop it  8:54 PM

> Do they scan vin numbers to ship?  8:55 PM ✓✓

talked to my friend about it  8:55 PM

they keep track of cars leaving the US  8:55 PM

I need someone that can take them out under the radar  8:55 PM

> Before docking the formalit ⌄
> will happen no matter what

📎 Message                    🎤
CONFIDENTIAL                                      GAW01019799


CONFIDENTIAL GAW01019800



CONFIDENTIAL
GAW01019801



> Are they giving you the letter?
> 10:08 PM

> [image] 10:08 PM

> We are pulling out all the stops
> 10:08 PM

> Lol 10:09 PM

> Haha 10:09 PM

> Tc man 10:09 PM

CONFIDENTIAL GAW01019802





**CONFIDENTIAL**  GAW01019804

 

**Vodafone IN 11:28 pm 31%**

< Chats **Josh Garza**
last seen 17 minutes ago

how do you work with that?
*6:16 PM*

yeah *6:17 PM*

Have initiated your family visa process *6:54 PM*

I have an idea *7:09 PM*

you there? *7:10 PM*

you were then you left? :) *7:47 PM*

I think it could work *9:21 PM*

but I do not have it in me to go through it all again *9:21 PM*

I think the best thing would be to offer your investors some percentaeg of those coins and have them start emailing phil *9:22 PM*

Ok *9:48 PM*

 Message 

CONFIDENTIAL    GAW01019805



Screenshot of text message conversation with Josh Garza:

> hanging out there — 4:43 PM
>
> **Raise more cash as in?** 4:54 PM
>
> like raise more cash than the 40 — 4:55 PM
>
> **Difficult my partners have been upset with this whole crypto thing** 4:56 PM
>
> **We're Ur guys able to get hold of phil?** 5:00 PM
>
> I was just courious, no specific reason I asked — 5:00 PM
>
> no to Phil — 5:00 PM
>
> **Are your guys still searching for him?** 5:01 PM
>
> hey just tried you, give me a call when you have a sec — 5:41 PM
>
> **Give me 5 mins** 5:41 PM

CONFIDENTIAL GAW01019806