# EXHIBIT F

Page 1

IN THE UNITED STATES DISTRICT COURT
OF CONNECTICUT

DENIS MARC AUDET, MICHAEL ) Case 3:16-cv-00940
PFEIFFER, DEAN ALLEN )
SHINNERS, and JASON ) Hon. Michael P. Shea
VARGAS, Individually and ) Courtroom 2
on Behalf of All Others )
Similarly Situated, ) ECF Case
 )
     Plaintiffs, ) CLASS ACTION
 )
vs. )
 )
STUART A. FRASER, )
GAW MINERS, LLC, AND )
ZENMINER, LLC, (d/b/a )
ZEN CLOUD), )
 )
     Defendants. )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL VIDEOTAPED DEPOSITION

HOMERO JOSHUA GARZA

December 14, 2018

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL VIDEOTAPED DEPOSITION OF HOMERO JOSHUA GARZA, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 14th day of December, 2018, from 10:13 a.m. to 6:44 p.m., before April Balcombe-Anderson, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the Job No. 152595

Page 2

```
1
2    offices of Regus Littlefield Congress, 106 East 6th
3    Street, Suite 900, Austin, Texas 78701, pursuant to the
4    Federal Rules of Civil Procedure and the provisions
5    stated on the record or attached hereto.
6
7
8
9    Job No. 152595
10   Reported by April Balcombe, CSR, CRR, CRC
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1     Homero Joshua Garza
2  a lot of threats and stuff being made.  There was a
3  bunch of different reasons, so...
4     Q.   What was the PayCoin stuff that he was going to
5  help with?
6     A.   He was supposed to -- he had said that he knew
7  someone that was -- I feel like it was -- like it was a
8  banking position that would help facilitate the ability
9  to convert cryptocurrency to use of, like, a debit card
10 or credit card or something like that.
11    Q.   And you say you had discussions with him about
12 getting that set up?
13    A.   Yes, ma'am.
14    Q.   Okay.  And did you actually meet with anybody
15 in Dubai about doing that?
16    A.   I don't feel like I did.
17    Q.   So at the top on the first page, it looks like
18 the second text down, "Also, I wired you around 100K."
19         So that's -- that's from you?
20    A.   Uh-huh.
21    Q.   Okay.  So --
22    A.   I wired him $100,000 and he kept it and never
23 gave it to me.
24    Q.   And a little bit further down, you say, "If I
25 do not get one in about two weeks, I need a place to

1                    Homero Joshua Garza
2    keep about 27 million."
3               What is that 27 million?
4        A.   Totally made it up.
5        Q.   You made it up?
6        A.   Uh-huh.
7               THE REPORTER:  I'm sorry?
8        A.   Totally made it up.
9        Q.   (BY MS. CAVE)  Why do you say that, made it up?
10       A.   Because Rishab -- by this point, you know, I'd
11   spent almost all of the money I had, you know, trying to
12   keep GAW Miners floating.  This is the last bit of money
13   I had, and I was concerned that if he, you know, didn't
14   keep up the appearance of me having more money, he
15   wouldn't help me anymore.
16       Q.   So you were trying to make him feel like you
17   had more money than you did?
18       A.   Uh-huh.  So that way he would continue to help.
19       Q.   If you turn to the -- what's the third page,
20   the top text there says, "I've really got to find
21   someone to ship my cars before they take them."
22              Who were you worried about taking your
23   cars?
24       A.   This is when I'm -- I think I -- I want to make
25   sure I'm looking at the same thing.