# EXHIBIT G

archive.today
webpage capture

Saved from https://www.bitlend.io/home/about    search

All snapshots  from host www.bitlend.io

history

28 Sep 2015 13:04:56 UTC

share   download .zip   report error or abuse

Webpage | Screenshot

# ABOUT US

### JASON SPONAUGLE



Development

### ALLEN SHINNERS



President - CEO

### RICHARD NELSON



Support

## WHO WE ARE

We are small team of dedicated individuals that have set out to provide empowerment for borrowers and earnings for lenders. We fundamentally believe that borrowing and lending should not be a risky proposition, but rather a relationship where people can come together to safely grow the community and grow their coin. We believe in transparency and feedback, and therefore would love for you to have a voice in the future of our company.

## WHY WE DO IT

The many problems we face in the cryptocurrency world today can be frustrating to say the least. Perhaps none more than acquiring spendable currency and growing your existing coin base. Thus, we designed Bitlend to solve those two problems in one place by bringing individuals with those issues together to form a mutually beneficial relationship.

We know that you joined the crypto community to get away from the dreaded "trusted third party-systems" like banks and money-markets. Thus, our end-goal is to get out of the way as much as possible and reduce our fees in the future as we continue to mitigate our overhead costs of serving you. Together, we can fund the world bit by bit.

## CONTACT US

bitlend
ACICO Business Park, Office No: 110-114
Dubai - U.A.E.
tel: (844) 748-LEND

✉ support@bitlend.io

### QUICK LINKS

Terms of Use

Privacy Policy

About

Support

### HELP

How It Works

Rates & Fees

FAQ

API

### ABOUT

tel: (844) 748-LEND

Supported By


Secured By


bitlend © 2015                                    Crafted with ♥ by bitlend