# EXHIBIT H

```
 1
 2              UNITED STATES DISTRICT COURT
 3            FOR THE DISTRICT OF CONNECTICUT
 4                  CASE 3:16-CV-00940
 5   ------------------------------------------------x
 6   DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN
 7   SHINNERS, and JASON VARGAS, INDIVIDUALLY and on
 8   Behalf of All Others Similarly Situated,
 9                       Plaintiffs,
10        v.
11   STUART A. FRASER, GAW MINERS, LLC, and ZENMINER,
12   LLC, (d/b/a ZEN CLOUD),
13                       Defendants.
14   ------------------------------------------------x
15
16     VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS
17                  New York, New York
18              Wednesday, July 25, 2018
19
20
21   Reported by:
22   Amy A. Rivera, CSR, RPR, CLR
23   JOB NO. 144960
24
25
```

```
 1
 2                        July 25, 2018
 3                         9:00 a.m.
 4
 5           Videotaped deposition of DEAN ALLEN
 6   SHINNERS held at the office of SUSMAN GODFREY,
 7   L.L.P., 1301 Avenue of the Americas, Floor 32, New
 8   York, New York, pursuant to Notice, before Amy A.
 9   Rivera, Certified Shorthand Reporter, Registered
10   Professional Reporter, Certified LiveNote Reporter,
11   and a Notary Public of the States of New York, New
12   Jersey and Delaware.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1
2   A P P E A R A N C E S:
3   SUSMAN GODFREY
4   Attorneys for Plaintiffs and the Witness
5        1000 Louisiana
6        Houston, Texas   77002
7   BY:  COLIN WATTERSON, ESQ.
8
9   HUGHES HUBBARD & REED
10  Attorneys for Defendant Stuart A. Fraser
11       One Battery Park Plaza
12       New York, New York   10004
13  BY:  DANIEL WEINER, ESQ.
14       SARAH CAVE, ESQ.
15       ANNA SCHULER, ESQ.
16
17  A L S O   P R E S E N T:
18       Robert Rinkewich, Legal Video Specialist
19
20
21
22
23
24
25

1              DEAN ALLEN SHINNERS
2    remember his last name, but it's not coming to me
3    right now.
4         Q.    Okay.  Was Richard a former employee
5    of GAW Miners?
6         A.    Not that I'm aware of.
7         Q.    Was Jason?
8         A.    Not that I'm aware of.
9         Q.    Was Joe Mordica?
10        A.    Joe Mordica was.  He had quit in 2014,
11   I think, December 2014.
12        Q.    And -- and did BitLend have any
13   connection with the United Arab Emirates?
14        A.    No.
15        Q.    Any connection with Dubai?
16        A.    What's that?
17        Q.    Dubai?
18        A.    What about Dubai?
19        Q.    Did BitLend have any connection with
20   Dubai?
21        A.    Had no connection with any country,
22   actually.  It was an international platform, so
23   anybody that wanted to lend Bitcoin or borrow
24   Bitcoin, they would come there.
25              So I mean, there could have been some,

1        DEAN ALLEN SHINNERS
2   but I doubt it.  I would have seen that, I think,
3   doing -- during the due diligence process.
4        Q.   Why did you decide to shout down
5   BitLend?
6        A.   There's too much fraud.  There were
7   too many -- we had too many applicants who were
8   submitting fraudulent identification for AMLKYC.
9   So it became so overwhelming that it just wasn't
10  worth it.  And we had a few loans that went
11  through that never got paid back because they were
12  fraudulent.
13            So it wasn't worth it at that point.
14  I wasn't willing to put a lot of money towards
15  something where we could not get the AMLKYC thing
16  fully compliant.
17       Q.   Okay. Is -- is the cryptocurrency
18  world one that's particularly, in your experience
19  and knowledge, that is particularly susceptible
20  fraud?
21       A.   I would say that anything that relies
22  on Internet is going to be highly susceptible to
23  fraud, regardless of whether it's cryptocurrency
24  or selling medical policies or selling life
25  insurance policy.  I've seen fraud everywhere,