# EXHIBIT I

https://forum.gethashing.com/t/scam-gawminers-paybase-zencloud/67/80
[SCAM] GAWMiners, Payba... ×
File Edit View Favorites Tools Help
LexisNexis® Custom Solu... Litigation Support Databa... Pages - Home Relativity Evolver Suggested Sites Web Slice Gallery SDNY CM-ECF Version 5 1
Convert Select Page Safety Tools

# [SCAM] GAWMiners, Paybase, ZenCloud

**Aethercollector** — KenAvellino — Feb '15

> KenAvellino:
>
> I was banned for pointing out Stewart Fraiser of Cantor Fitsgerald is Josh's father in law.

Can you please link what proof you have?
Many of us, myself included. Were completely baffled on the connection between them.

1 Reply 2

**Leo** Homeros Play Thing — KenAvellino — Feb '15

> KenAvellino:
>
> Stewart Fraiser of Cantor Fitsgerald is Josh's father in law

That is an interesting bit of news that I've never heard before. Explains where he gets his money from to keep him afloat before dear old father in law cuts him off.

I'm only showing a shadow ban at this point. You are still missing the little pink banner most of the rest of us have.

**Allen1980s** Show me the numbers — Feb '15

I am not so sure he gets much money from this angle. I think he got a lot of support with the other companies, and that built up the account to start GAW selling hardware, further building up the finances. I think the money he has now is from the previous companies. We already knew that Stuart Fraser had helped him start the first few companies. I believe GAW was the first company that JG did not have any help starting. I will say that it is highly likely that JG will ever see much help in the future from Stuart Fraser, because his reputation is publicly too damaged to be visibly associated with. People in high profile positions, generally stay way clear of those who are involved in controversies.

100%
10:49 AM
6/11/2018

