# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | September 15, 2021 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

## DECLARATION OF AMINA HASSAN IN SUPPORT OF DEFENDANT STUART A. FRASER'S OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* REGARDING HIMSELF

I, Amina Hassan, declare as follows:

1. I am an attorney duly admitted to practice in this Court and am counsel with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser in this action.

2. I submit this declaration in support of Mr. Fraser's opposition to Plaintiffs' Motion *in Limine* Regarding Stuart Fraser (ECF 262). The purpose of this declaration is to put before the Court certain documents that are cited in the accompanying memorandum of law in opposition to Plaintiffs' motion, and to provide the Court with additional information in connection with that memorandum.

3. Annexed hereto as Exhibit A is a true and correct copy of excerpts of the transcript of Plaintiff Michael Pfeiffer's July 19, 2018 deposition testimony.

4. Annexed hereto as Exhibit B is a true and correct copy of Plaintiffs' Trial Exhibit PX009.

5. Annexed hereto as Exhibit C is a true and correct copy of Plaintiffs' Trial Exhibit PX001.

6. Annexed hereto as Exhibit D is a true and correct copy of Plaintiffs' Trial Exhibit PX082.

7. Annexed hereto as Exhibit E is a true and correct copy of Plaintiffs' Trial Exhibit PX087.

8. Annexed hereto as Exhibit F is a true and correct copy of Plaintiffs' Trial Exhibit PX128.  Plaintiffs describe this document as a "Table of S. Fraser Transactions" in their trial exhibit list (ECF 253-3).

9. Via a cover letter dated May 8, 2018, Mr. Fraser's counsel produced certain documents to Plaintiffs' counsel, bates-numbered Fraser002242 through Fraser003914.  This production included several of Mr. Fraser's personal bank statements.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021
             New York, New York

_____
Amina Hassan (*pro hac vice*)