# EXHIBIT A

1

2                UNITED STATES DISTRICT COURT

                  DISTRICT OF CONNECTICUT

3                CASE NO.:  3:16-cv-00940

4      ------------------------------------x

    DENIS MARC AUDET, MICHAEL

5   PFEIFFER, DEAN ALLEN

    SHINNERS, and JASON VARGAS,

6   Individually and on Behalf

    of All Others Similarly

7   Situated,

8                          Plaintiff(s),

9            vs.

10  STUART A. FRASER, GAW

    MINERS, LLC, and ZENMINER,

11  LLC, (d/b/a) ZENCLOUD),

12                         Defendant(s).

    ------------------------------------x

13

14

15     VIDEOTAPED DEPOSITION OF DR. MICHAEL PFEIFFER

16                  New York, New York

17                Thursday, July 19, 2018

18

19

20

21

22  Reported by:

23  Corinne J. Blair, CRR, CCR, RPR, CLR

24  JOB NO.: 144959

25

1

2

3

4                                        July 19, 2018

5                                        8:58, a.m.

6

7

8

9        Deposition of MICHAEL PFEIFFER, held at the

10   offices of SUSMAN GODFREY, 1301 Avenue of the

11   Americas, New York, New York, before Corinne J.

12   Blair, a Certified Realtime Reporter, Certified

13   Court Reporter, Registered Professional

14   Reporter, Certified Livenote Reporter, and

15   Notary Public of the states of New York and New

16   Jersey.

17

18

19

20

21

22

23

24

25

Page 3

1

2    A-P-P-E-A-R-A-N-C-E-S:

3

4        SUSMAN GODFREY

5        Attorneys for Plaintiff(s)

6            1000 Louisiana Street

7

8            Houston, Texas  77702

9        BY:  COLIN WATTERSON, ESQ.

10

11

12

13       HUGHES HUBBARD & REED

14       Attorneys for Defendants(s)

15           One Battery Park Plaza

16           New York, New York  10004

17       BY:  SARAH CAVE, ESQ.

18

19

20           - and -

21       BY:  ANNA SCHULER, ESQ.

22

23

24   ALSO PRESENT:

25       Sha-la Hollis, Legal Video Specialist

1              Michael Pfeiffer

2   published drafts, so they updated it, I

3   think, maybe two or three times.  But I never

4   saw an unpublished or like before publication

5   draft.

6        Q    Okay.  And where was it published?

7        A    It was -- I don't know.  It was

8   available on HashTalk.  There might have been

9   at that time a Paycoin web page, Paycoin.com.

10  I think it would have been published there.

11       Q    And did you comment on any drafts of

12  -- any of the published drafts of the White

13  Paper that you said you saw?

14       A    I don't recall.  I may have engaged

15  in communications on the HashTalk forum about

16  it.

17       Q    Do you recall what the differences

18  were between the different published versions?

19       A    No.  I don't recall noticing that,

20  like what the specific differences were.  I

21  just remember -- I believe that they were

22  marked differently or like marked as an

23  update, but I don't remember what the

24  differences were in the drafts.

25              I'm not sure if they were that

1           Michael Pfeiffer

2   substantive, in terms of the expectations

3   about the coin or how it would work.

4       Q    Okay.  In the -- two more paragraphs

5   down back in Exhibit 93, it refers to

6   Mr. Fraser.

7           Is this the first time that you

8   had -- is this article the first time that

9   you had heard Mr. Fraser's name in connection

10  with Josh Garza or Paycoin or GAW Miners?

11      A    No, I don't believe so.  I think

12  that -- I'm actually not sure.  I do know

13  that when the -- there was something called

14  the 911 hashlet that was released to some

15  controversy.  That was sort of specially kind

16  of branded hashlet that Josh -- and that was

17  fairly early on in the sale of hashlets.  So

18  before November.

19          That -- at that time, Josh Garza

20  responded on HashTalk forums to criticisms

21  that he was maybe exploiting 911 for profit;

22  that he lost many people who are important to

23  him on 911.  I'm not sure if he referenced to

24  Fraser or Cantor Fitzgerald directly at that

25  time, but other people talked about that.

1                 Michael Pfeiffer

2    And -- so there was discussion about that.

3          I think it was -- the reason some

4    people wrote that they had reason to believe

5    that there was backing and that there was

6    accountability for -- for GAW Miners and what

7    they said and that -- what they said would

8    have some basis for belief.

9       Q    What do you mean by

10   "accountability"?

11      A    Oh, that, you know, if -- if -- so

12   -- so this points out, for instance, that --

13   backing Mr. Garza is Stuart Fraser,

14   vice-chairman and partner at Wall Street

15   inter-dealer broker, Cantor Fitzgerald, LP, a

16   long-time backer of Mr. Garza's projects,

17   including his first big venture, the Great

18   Auk Wireless Company, who sold broadband

19   services to remote new England villagers.

20          I think that he had some credibility

21   for me, and maybe for others, as a

22   businessman, Josh Garza, partly because of

23   his associations with other people; his

24   previous ventures with Stuart Fraser,

25   including Great Auk Wireless, which I think

1          Michael Pfeiffer
2    mostly provided high-speed internet broadband
3    services to rural Vermont and Massachusetts.
4          So that reputation and prior history
5    as a businessman with the backing of a
6    financial services firm that is known for its
7    investment -- its sort of -- its standing in
8    the financial services community, I mean, I
9    think -- it really came to my attention
10   because so many members of Cantor Fitzgerald
11   were killed during the 911 attacks.   So
12   that's how I knew about it and -- but it's a
13   firm that, as I understand it, is known for
14   its investments in business start-ups and --
15   including e-commerce and gaming.   So this
16   kind of fit into that.   It seemed plausible
17   that -- that a company with the backing of a
18   much larger financial services industry would
19   be able to make the kinds of arrangements and
20   connections and partnerships that Josh Garza
21   publicly stated that he had arranged with
22   Amazon, Best Buy Online, Walgreens, Target,
23   and a number of others that he named over the
24   course of the time that he was running the
25   business.   Yeah.

1                  Michael Pfeiffer

2         So I thought like having that kind

3    of backing, he would clearly be accountable

4    for what he said, both to Stuart Fraser and

5    to Cantor Fitzgerald, for the kind of product

6    they were offering, because they would only

7    want to engage, I would imagine, in reputable

8    services and to do what they promise their

9    customers, not to damage their reputation in

10   the finance services world or anywhere else.

11        Q    Okay.  Just turning back to the

12   article.  It says, "Backing Mr. Garza is

13   Stuart Fraser."  It doesn't say anything here

14   about Cantor Fitzgerald as an institution

15   backing Mr. Garza, though, right?

16        A    That's correct.

17        Q    Okay.  Did you otherwise hear that

18   Cantor Fitzgerald had backed Mr. Garza?

19        A    I've since heard that there's --

20   that, I guess, Stuart Fraser drew on

21   resources from Cantor Fitzgerald, but I don't

22   know much about that.

23        Q    What did you hear about that?

24        A    I guess I'm not really sure, but I

25   guess I've heard something about that.  So I