# EXHIBIT B



# Hey!

**STUART FRASER** <aukster@msn.com>  Thu, Apr 17, 2014 at 2:23 PM
To: Josh Garza <josh@gaw.com>

Elise and I are down in Boca for a week, then I'll be at the Lake for a week. What's the web address for watching you sell miners? I didn't bring my computer.

Hope your having a better day. :)
stu

**Josh Garza** <josh@gaw.com>  Thu, Apr 17, 2014 at 11:01 PM
To: STUART FRASER <aukster@msn.com>

Thanks man, was hoping for another 100k day :(

oh try gawminers.com/admin

check out the page, we added some stuff :)

**Josh Garza**
**CEO**
GAW
280 North Main Street, Suite 2
East Longmeadow, MA 01028

Toll Free: 888-978-4143
Direct Line: 413-206-2500
Fax: 413-206-7101
Josh@gaw.com
www.GAW.com
[Quoted text hidden]

EXHIBIT 178  8/7/18 AR  GAW00198523