# EXHIBIT C

## Colin Watterson

**From:** Josh Garza <josh@optimapc.com>
**Sent:** Monday, February 20, 2006 5:33 PM
**To:** STUART FRASER
**Subject:** FW: management
**Attachments:** Management Profiles.doc

Josh Garza

Chief Executive Officer
Optima Computers, LLC
845 Putney Road, Suite #1
Brattleboro, VT  05301

Office: 802-251-0700 X115
Direct: 802-451-1070
Fax: 1-866-540-6730
josh@optimapc.com

~~Your Local and Complete Solution~~

**From:** Adrian Eames
**Sent:** Monday, February 20, 2006 4:04 PM
**To:** Nick Huanca
**Cc:** Adrian Eames
**Subject:** management

New page on Optimapc.com for management profiles – here's the word file. <<Management Profiles.doc>>



# **Management Profiles**

Stuart Fraser – Chairman of the Board

(Insert Stock Photo from Cantor Site)

Stuart Fraser is Board Chairman of Optima Computers and its subsidiary organizations. Mr. Fraser, with Josh Garza, Chief Executive Officer, formed the new Optima Computers operation in 2005 and helped to launch Optima into the wireless Internet provider market. Mr. Fraser's continued guidance as one of Optima's primary "conceptual thinkers" brings new and exciting endeavors under the Optima umbrella on a continual basis.

In addition to Mr. Fraser's work with Optima Computers, he continues to serve as Partner and Vice Chairman of the Board at Cantor Fitzgerald (http://www.cantor.com/people/management.html#fraser) at their World Headquarters in New York, New York. In 1999, Mr. Fraser was awarded a United States Patent for his "Automated Auction Protocol Processor", which has become the "engine" for espeed, Inc., a NASDAQ listed company and subsidiary of Cantor Fitzgerald.

Mr. Fraser serves on the Board of Directors of Livewire Kiosk International and Collegextra, Inc and is majority owner of the Fort Worth Brahmas Hockey Team. His philanthropic endeavors include the Strategic Planning Board for the University of Missouri, serving on the Board of Directors of The Keewaydin Foundation and Harlem RBI, a non-profit organization that focuses on providing support for underprivileged children and helping them to achieve their goals and dreams. He and his wife Elise live in Westchester, New York with their three children.

## Homero "Josh" Garza – Founder, Chief Executive Officer

(Insert Photo of Funny Little man)

Josh Garza is the Founder and Chief Executive Officer of Optima Computers and its subsidiary organizations. Mr. Garza formed Optima Computers in 2002 with the mission of providing residents and businesses in Southern Vermont with a local and complete solution to all their computing needs. Mr. Garza is credited with guiding Optima through its formative years and overseeing the expansion of the company and its service offerings while remaining true to the original vision.

Through the dedicated effort of Mr. Garza, Optima Computers has grown to become one of the largest computer sales & service, website development and networking technology operations in Southern Vermont. Mr. Garza continues to plan for the continued development of the Optima family of services within New England.

Mr. Garza, along with Stuart Fraser and CTO Nick Huanca, is credited with the current pending patents Optima Computers has submitted for review at this time.

Josh lives in South Newfane, Vermont with his fiancé Jessica and the company's mascot, Intel.

### Gregg R Noble – Chief Operating Officer

(Insert Photo of Bald Man pointing at something or yelling at someone)

Gregg Noble is Chief Operating Officer of Optima Computers and its subsidiary organizations. Mr. Noble joined Optima Computers in 2005 to assist the firm in launching its new Gaming Zone, Web & Business Development, and Wireless Internet Services. Mr. Noble is responsible for managing the day to day operational activities of the company, overseeing its Sales & Marketing division, and assisting in the organization's strategic decision making.

Mr. Noble is the former Senior Accounts Manager for SoVerNet, Inc. ([www.sover.net](www.sover.net)) and brings with him many years of Telecommunications and Managerial experience. Mr. Noble is a Cum Laude graduate of Johnson State in 1993 and holds a Bachelor of Science in Business Management.

In addition to his work with Optima Computers, Mr. Noble acts as the Troop Committee Chairman for his local Boy Scout Troop and volunteers his time in many local charities and youth organizations in Southern Vermont.

Gregg lives in Rockingham, Vermont with his wife Sarah Jane and their son.

### Nick "Mexico" Eugenio Huanca – Chief Technical Officer

(Insert Photo of Mexico being technically engrossed in something)

Nick Huanca is Chief Technical Officer of Optima Computers and its subsidiary organizations. Mr. Huanca began work with Optima Computers during its formative years in 2002 as lead computer technician, and through the years has lead the development of the company's internal network infrastructure, designed and implemented Optima's dialup Internet service, and designed the model for Optima's new wireless Internet programs.

Mr. Huanca, along with Stuart Fraser and Josh Garza, is credited with the current pending patents Optima Computers has submitted for review at this time.

Mr. Huanca continues to manage all of Optima's in-house and on-site technical staff on a daily basis while overseeing the website development and programming teams.

Nick currently lives in a van down by the river.

## Adrian Russell Eames – Director of Development

(Pick your own photo)

Adrian Eames is Director of Development for Optima Computers. Mr. Eames, along with Gregg Noble, joined the firm in 2005 with the expansion of the company's services.

Mr. Eames is the former National Production Coordinator for Multivision, Inc. of Los Angeles, California and has worked with companies such as Dreamworks and Pixar Entertainment in a digital and graphic design capacity. He holds a Bachelor of Arts in Applied Science focusing on digital and visual media from Ex'pression College for New Media in Emeryville, California.

Mr. Eames' entire work history, from his smallest to largest endeavors, have focused on the development of digital media and arts. Mr. Eames manages all website development operations for Optima and manages the daily marketing activities of the firm.

Mr. Eames is an active and passionate artist in his spare time. A sample of his fine art pieces can be found at (insert link and add some of Adrian's stock art).

Adrian lives in Brattleboro, Vermont with his fiancé Wendi and their son.