# EXHIBIT E

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/BL-MBB-30211

# BitBeat: Under Fire, GAW Miners' CEO Garza Takes on His Critics



AGENCE FRANCE-PRESSE/GETTY IMAGES

By Michael J. Casey

Dec. 1, 2014 4:12 pm ET

*Welcome to BitBeat, your daily dose of crypto-current events, written by Paul Vigna and Michael J. Casey.*

**Bitcoin Latest Price:** $378.13, up 0.28% (via **CoinDesk**)

## Crossing Our Desk:

- **Before the Thanksgiving hiatus,** **BitBeat looked at Paycoin,** the new cryptocurrency promoted by bitcoin mining company GAW Miners. The result: A fierce battle **played out in our comments stream**.

Clearly, people hold passionate, deeply divided views over GAW. Depending on which  comment you read, GAW's CEO, Josh Garza, is either launching a cryptocurrency revolution or is the architect of an elaborate con job.

For now, GAW's main business revolves around "hashlet" mining contracts.  Like other "cloud mining" contracts, hashlets offer people rights to a portion of the stream of

bitcoins that the company's mining computers earn for contributing to the bitcoin network's upkeep of its transactions ledger. Unlike other such contracts, hashlets' terms can vary over time, have price points as low as $9.95, and can be traded on the company's eBay-like electronic market.

Fans say this flexible arrangement has allowed them to stay profitable in a difficult environment in which retail miners are struggling to compete with the large-scale, industrial-grade bitcoin mining operations. Mr. Garza's critics, by contrast, say they've lost money and were misled about the prospects of a return on investment. They accuse GAW of everything from overstating the size of its mining infrastructure and inflating its revenue to censoring its in-house "Hashtalk" discussion forum and even running an outright Ponzi scheme.

Mr. Garza denies all charges of wrongdoing and stands by the heady claims he makes about the size of his operation: 200,000 customers; $120 million in revenue over six months; a mining operation that accounts for 50% of all new bitcoin computing power coming online.

In investigating these claims, BitBeat viewed a bitcoin address at Blockchain.info that was cryptographically proven to belong to GAW and in which almost 28,000 bitcoins -- currently worth more than $10 million - have flowed from mining operations over the past two months. We were told this was just one of a number GAW mining addresses. We also obtained a copy of the lease contract to a 150,000-square foot warehouse in Park Purvis, Miss., where GAW's mining operation occurs, and saw photos of a new operation under constructions with hundreds of rigs stacked on shelves, high-tension wires and heavy electrical infrastructure.

Separately, Jihan Wu, the CEO of bitcoin mining equipment maker Bitmain, told us GAW was "a very important participant" in the industry and confirmed delivery of a single Bitmain order to GAW worth 5 petahashes per second. (For context, the overall mining power of the bitcoin network is currently 288 petahashes, or 288,000 trillion hashes per second.) Mr. Garza says Bitmain is just one of GAW's major suppliers.

As for the charge that GAW is a Ponzi scheme, Mr. Garza pointed out that his principal partner, [Cantor Fitzgerald Vice Chairman Stuart Fraser](), in whose name the patent for one of Wall Street's most important bond trading programs is listed, has "got more to lose than all of us combined." He added, "Why would a guy that already has a ton of money,

and would get thrown in jail if he was involved in anything sketchy, be involved in a scam?"

Mr. Garza said GAW follows meticulous compliance and record-keeping to ensure it can't be charged by the Securities and Exchange Commission with selling unregistered securities. "If one cent of our payout (to customers) comes from anything other than mining, it is a security," he said. As such, he said, GAW is not counterparty in trades with any of its customers, although it does charge a "small percentage" for facilitating customer-to-customer hashlet trades over its platform.

Meanwhile, Mr. Garza said claims that the company censored the Hashtalk forum misrepresent its policy for maintaining decorum. He said community members will "downvote" people whose comments aren't constructive and that the only rule the forum moderators enforce is "show some respect." This, he said, was a deliberate strategy to attract newcomers into cryptocurrencies who might otherwise be put off by the freewheeling language on existing bitcoin forums, where it's all "F-you this and Ponzi-that."

As for those who complain of losing money, Mr. Garza cites the inherent risks in mining, where profitability is influenced by the price of bitcoin, which fell sharply from over $600 at the start of the summer to just above $300 in October. The critical comments, he said, mostly come from people who were not as adept at GAW's "skill-based" trading model.

Still, many say that GAW -- as with all cloud mining operations -- could be far more transparent. Amith Nirgunarthy, CEO of cryptocurrency information site IHB.io, says GAW should provide "their coinbase addresses on the bitcoin blockchain." Without that, he said, "none of their mining contract payouts can be traced to virgin bitcoins," ensuring that it "smells like a ponzi scheme."

In rebuttal, Mr. Garza says bitcoin purists' demands for total transparency are inconsistent with how for-profit companies compete in the real world. "No normal company does that," Mr. Garza said, adding that "operating that way won't make more companies want to come into this space."

Whether any of this helps placate GAW's highly vocal critics remains to be seen. (*Michael Casey*)

Contacts: paul.vigna@wsj.com, @paulvigna / michael.casey@wsj.com, @mikejcasey

Copyright © 2021 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.