# EXHIBIT F

EXHIBIT 160 8/7/18 AK

| Date | Sender | Recipeint | Sum | docID |
|---|---|---|---:|---|
| 7/1/2004 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002303 |
| 7/2/2005 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002308 |
| 9/16/2005 | S. Fraser | Optima Computers | -$27,848.42 | FRASER002267 |
| 9/20/2005 | S. Fraser | Optima Computers | -$27,848.42 | FRASER002268 |
| 9/27/2005 | S. Fraser | Optima Computers | -$27,848.42 | FRASER002267 |
| 9/29/2005 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER003578 |
| 11/8/2005 | S. Fraser | Optima Computers | -$50,000.00 | FRASER003590 |
| 11/20/2005 | S. Fraser | Optima Computers | -$50,000.00 | FRASER003591 |
| 3/10/2006 | S. Fraser | Optima Computers | -$25,000.00 | FRASER003595 |
| 4/20/2006 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003573 |
| 4/21/2006 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER003574; FRASER003608 |
| 4/21/2006 | S. Fraser | Optima Computers | -$85,000.00 | FRASER003607 |
| 5/12/2006 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002324 |
| 5/30/2006 | S. Fraser | Optima Computers | -$15,000.00 | FRASER003605 |
| 6/25/2006 | S. Fraser | Livewire | -$20,000.00 | FRASER003589 |
| 6/27/2006 | S. Fraser | Optima Computers | -$110,000.00 | FRASER003588 |
| 8/7/2006 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002685 |
| 8/29/2006 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002286 |
| 8/30/2006 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002685 |
| 9/21/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002691 |
| 9/29/2006 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002691 |
| 10/4/2006 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002288 |
| 10/4/2006 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002326 |
| 10/13/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002327 |
| 10/16/2006 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002701 |
| 10/16/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002701 |
| 10/23/2006 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002701 |
| 10/30/2006 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002333 |
| 11/1/2006 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002713; FRASER002294 |
| 11/15/2006 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002713 |
| 11/21/2006 | S. Fraser | Optima Computers | -$16,832.65 | FRASER003575 |
| 12/1/2006 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002343 |
| 12/14/2006 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002345 |
| 12/21/2006 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002347 |
| 12/28/2006 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002349 |
| 1/12/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002821 |
| 1/17/2007 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002821 |
| 1/26/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002821 |
| 2/2/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002725 |
| 2/5/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002725 |
| 2/9/2007 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002725 |
| 2/15/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002310 |
| 2/15/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002725 |
| 2/20/2007 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002358 |
| 2/20/2007 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002725 |
| 2/23/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002313 |
| 3/20/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002316 |
| 3/21/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002312 |
| 4/9/2007 | S. Fraser | Great Auk Wireless | -$250,000.00 | FRASER002737 |
| 4/13/2007 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002366 |
| 5/15/2007 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002745 |
| 5/17/2007 | S. Fraser | Josh Garza | -$5,000.00 | FRASER002319 |
| 5/31/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002320 |
| 6/8/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002387 |
| 6/15/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002757 |
| 6/19/2007 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002757 |
| 7/3/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002314 |
| 7/11/2007 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002757 |
| 7/13/2007 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002757 |
| 7/24/2007 | S. Fraser | Great Auk Wireless | -$250,000.00 | FRASER002757 |
| 7/24/2007 | S. Fraser | Josh Garza | -$5,000.00 | FRASER002757 |
| 8/31/2007 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002783 |
| 9/7/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002795 |
| 9/18/2007 | S. Fraser | Great Auk Wireless | -$300,000.00 | FRASER002795 |
| 9/19/2007 | S. Fraser | Josh Garza | -$25,000.00 | FRASER002795 |
| 9/20/2007 | S. Fraser | Great Auk Wireless | -$200,000.00 | FRASER002795 |
| 10/3/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002803 |
| 10/4/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002701 |
| 10/4/2007 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002701 |
| 10/18/2007 | S. Fraser | Great Auk Wireless | -$15,000.00 | FRASER002803 |
| 10/25/2007 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002803 |
| 11/6/2007 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002811 |
| 11/13/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002811 |
| 11/15/2007 | S. Fraser | Great Auk Wireless | -$38,000.00 | FRASER002811 |
| 11/19/2007 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002811 |
| 11/28/2007 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002811 |
| 3/5/2008 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002833 |
| 3/14/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002833 |

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 3/18/2008 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002833 |
| 3/20/2008 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002833 |
| 4/4/2008 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002845 |
| 4/14/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002845 |
| 4/24/2008 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002845 |
| 6/2/2008 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002855 |
| 6/11/2008 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002855 |
| 6/17/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002855 |
| 6/26/2008 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002855 |
| 8/6/2008 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002863 |
| 8/19/2008 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002863 |
| 9/3/2008 | S. Fraser | Great Auk Wireless | -$100,000.00 | FRASER002871 |
| 9/18/2008 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002871 |
| 9/25/2008 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002871 |
| 11/14/2008 | S. Fraser | GAW LLC | -$70,000.00 | FRASER002871 |
| 11/28/2008 | S. Fraser | GAW LLC | -$70,000.00 | FRASER002871 |
| 12/5/2008 | S. Fraser | GAW LLC | -$50,000.00 | FRASER002371 |
| 12/12/2008 | S. Fraser | GAW LLC | -$40,000.00 | FRASER002373 |
| 12/22/2008 | S. Fraser | Great Auk Wireless | -$99,000.00 | FRASER02887 |
| 12/24/2008 | S. Fraser | Great Auk Wireless | -$29,000.00 | FRASER002887 |
| 2/5/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002903 |
| 2/9/2009 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002903 |
| 2/25/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002903 |
| 2/26/2009 | S. Fraser | Great Auk Wireless | -$60,000.00 | FRASER002903 |
| 3/11/2009 | S. Fraser | Great Auk Wireless | -$80,000.00 | FRASER002913 |
| 3/23/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002913 |
| 3/25/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002913 |
| 3/30/2009 | S. Fraser | Great Auk Wireless | -$80,000.00 | FRASER002913 |
| 4/8/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002921 |
| 4/9/2009 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002921 |
| 4/20/2009 | S. Fraser | Great Auk Wireless | -$76,000.00 | FRASER002921 |
| 4/23/2009 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002921 |
| 4/30/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002921 |
| 5/18/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER02929 |
| 5/19/2009 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER02929 |
| 6/25/2009 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002937 |
| 6/26/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002937 |
| 6/26/2009 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER002937 |
| 7/2/2009 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002309 |
| 7/8/2009 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002945 |
| 7/21/2009 | S. Fraser | Great Auk Wireless | -$80,000.00 | FRASER002945 |
| 7/27/2009 | S. Fraser | Great Auk Wireless | -$10,000.00 | FRASER002945 |
| 8/5/2009 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002945 |
| 8/19/2009 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002953 |
| 8/27/2009 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002953 |
| 9/8/2009 | S. Fraser | Great Auk Wireless | -$60,000.00 | FRASER002961 |
| 9/15/2009 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER002961 |
| 9/16/2009 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002961 |
| 9/22/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002961 |
| 9/24/2009 | S. Fraser | Great Auk Wireless | -$34,000.00 | FRASER002961 |
| 10/14/2009 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002969 |
| 10/15/2009 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002969 |
| 11/2/2009 | S. Fraser | Great Auk Wireless | -$40,000.00 | FRASER002969 |
| 1/15/2010 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002977 |
| 1/19/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002982 |
| 1/21/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002982 |
| 1/29/2010 | S. Fraser | Great Auk Wireless | -$90,000.00 | FRASER002982 |
| 3/18/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002985 |
| 3/24/2010 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002985 |
| 4/1/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002985 |
| 5/12/2010 | S. Fraser | Josh Garza | -$6,500.00 | FRASER002993 |
| 5/17/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002993 |
| 5/28/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002993 |
| 6/2/2010 | S. Fraser | Josh Garza | -$6,500.00 | FRASER002993 |
| 6/3/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER002993 |
| 6/16/2010 | S. Fraser | Great Auk Wireless | -$65,000.00 | FRASER003001 |
| 6/21/2010 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003001 |
| 6/30/2010 | S. Fraser | Great Auk Wireless | -$30,000.00 | FRASER003001 |
| 7/9/2010 | S. Fraser | Great Auk Wireless | -$25,000.00 | FRASER003009 |
| 7/16/2010 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003009 |
| 7/19/2010 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER003009 |
| 7/20/2010 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER003009 |
| 8/3/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003009 |
| 11/23/2010 | S. Fraser | Josh Garza | -$6,500.00 | FRASER003025 |
| 11/24/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003025 |
| 12/7/2010 | S. Fraser | GAW High Speed Internet | -$60,000.00 | FRASER003033 |
| 12/7/2010 | S. Fraser | Josh Garza | -$9,000.00 | FRASER003033 |
| 12/8/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003033 |

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 12/16/2010 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003033 |
| 12/21/2010 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003033 |
| 12/30/2010 | S. Fraser | GAW High Speed Internet | -$60,000.00 | FRASER003033 |
| 1/18/2011 | S. Fraser | GAW High Speed Internet | -$65,000.00 | FRASER003043 |
| 1/18/2011 | S. Fraser | Josh Garza | -$6,500.00 | FRASER003043 |
| 1/20/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003043 |
| 2/2/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003043 |
| 3/14/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003051 |
| 3/15/2011 | S. Fraser | GAW High Speed Internet | -$7,500.00 | FRASER003051 |
| 3/23/2011 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003051 |
| 3/30/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003051 |
| 4/1/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003051 |
| 4/8/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003059 |
| 4/28/2011 | S. Fraser | GAW High Speed Internet | -$30,000.00 | FRASER003059 |
| 5/6/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003617 |
| 5/6/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003617 |
| 5/18/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003617 |
| 5/24/2011 | S. Fraser | Josh Garza | -$9,500.00 | FRASER003617 |
| 6/1/2011 | S. Fraser | GAW High Speed Internet | -$75,000.00 | FRASER003617 |
| 6/14/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003625 |
| 6/17/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003625 |
| 6/17/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003625 |
| 6/30/2011 | S. Fraser | GAW High Speed Internet | -$80,000.00 | FRASER003625 |
| 7/15/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003083 |
| 7/21/2011 | S. Fraser | GAW High Speed Internet | -$65,000.00 | FRASER003633 |
| 7/26/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003083 |
| 8/4/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003107 |
| 8/15/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003107 |
| 8/17/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003107 |
| 8/29/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003107 |
| 9/14/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003649 |
| 9/23/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003649 |
| 10/11/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003091 |
| 10/13/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003091 |
| 10/14/2011 | S. Fraser | Josh Garza | -$7,000.00 | FRASER003091 |
| 10/14/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003091 |
| 10/17/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003091 |
| 10/21/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003657 |
| 10/25/2011 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003657 |
| 11/10/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003099 |
| 11/14/2011 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003099 |
| 11/14/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003099 |
| 11/22/2011 | S. Fraser | Josh Garza | -$5,000.00 | FRASER003099 |
| 12/1/2011 | S. Fraser | GAW High Speed Internet | -$100,000.00 | FRASER003099 |
| 12/8/2011 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003673 |
| 12/19/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003673 |
| 12/23/2011 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003673 |
| 12/29/2011 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003673 |
| 12/30/2011 | S. Fraser | Josh Garza | -$5,000.00 | FRASER003673 |
| 1/12/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003123 |
| 1/17/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003123 |
| 1/20/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003123 |
| 1/31/2012 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003681 |
| 1/31/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003681 |
| 2/15/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003689 |
| 2/16/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003689 |
| 3/7/2012 | S. Fraser | Josh Garza | -$67,500.00 | FRASER003697 |
| 3/9/2012 | S. Fraser | Josh Garza | -$100,000.00 | FRASER003697 |
| 3/13/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003697 |
| 3/27/2012 | S. Fraser | Josh Garza | -$2,500.00 | FRASER003697 |
| 4/9/2012 | S. Fraser | GAW High Speed Internet | -$9,565.00 | FRASER003139 |
| 4/11/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003139 |
| 4/11/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003139 |
| 4/16/2012 | S. Fraser | GAW High Speed Internet | -$20,000.00 | FRASER003139 |
| 5/2/2012 | S. Fraser | GAW High Speed Internet | -$178.12 | FRASER003139 |
| 5/9/2012 | S. Fraser | GAW High Speed Internet | -$7,500.00 | FRASER003149 |
| 5/9/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003717 |
| 5/15/2012 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003717 |
| 6/4/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003717 |
| 6/11/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003157 |
| 6/13/2012 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003157 |
| 6/22/2012 | S. Fraser | Josh Garza | -$50,000.00 | FRASER003157 |
| 7/1/2012 | S. Fraser | Great Auk Wireless | -$45,000.00 | FRASER002304 |
| 7/3/2012 | S. Fraser | Great Auk Wireless | -$50,000.00 | FRASER002315 |
| 7/5/2012 | S. Fraser | GAW High Speed Internet | -$30,000.00 | FRASER003157 |

| Date | Sender | Recipeint | Sum | DocID |
|---|---|---|---|---|
| 7/13/2012 | S. Fraser | GAW High Speed Internet | $30,000.00 | FRASER003165 |
| 7/13/2012 | S. Fraser | Josh Garza | $7,500.00 | FRASER003165 |
| 7/26/2012 | S. Fraser | GAW High Speed Internet | -$35,000.00 | FRASER003165 |
| 7/30/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003165 |
| 8/7/2012 | S. Fraser | Josh Garza | -$7,500.00 | FRASER003741 |
| 8/24/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003741 |
| 9/12/2012 | S. Fraser | Smart Tech | -$10,310.86 | FRASER003749 |
| 9/26/2012 | S. Fraser | GAW High Speed Internet | -$40,000.00 | FRASER003173 |
| 10/24/2012 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003181 |
| 11/6/2012 | S. Fraser | GAW High Speed Internet | -$15,000.00 | FRASER003765 |
| 11/8/2012 | S. Fraser | Josh Garza | -$5,000.00 | FRASER003765 |
| 11/21/2012 | S. Fraser | GAW High Speed Internet | -$35,000.00 | FRASER003765 |
| 12/12/2012 | S. Fraser | GAW High Speed Internet | -$35,000.00 | FRASER003773 |
| 1/3/2013 | S. Fraser | GAW High Speed Internet | -$10,000.00 | FRASER003773 |
| 1/16/2013 | S. Fraser | Smart Tech | -$250.00 | FRASER003781 |
| 1/30/2013 | S. Fraser | GAW High Speed Internet | -$20,000.00 | FRASER003781 |
| 2/21/2013 | S. Fraser | GAW High Speed Internet | -$20,000.00 | FRASER003205 |
| 6/14/2013 | S. Fraser | Geniuses at Work | -$25,000.00 | FRASER003213 |
| 7/31/2013 | S. Fraser | Geniuses at Work | -$25,000.00 | FRASER003221 |
| 8/1/2013 | S. Fraser | GAW High Speed Internet | -$10,000.00 | FRASER003221 |
| 8/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003813 |
| 9/6/2013 | S. Fraser | Josh Garza | -$50,000.00 | FRASER003237 |
| 9/19/2013 | S. Fraser | Geniuses at Work | -$25,000.00 | FRASER003237 |
| 9/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003237 |
| 10/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003829 |
| 11/18/2013 | S. Fraser | GAW Labs | -$25,000.00 | FRASER003245 |
| 11/29/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003245 |
| 12/3/2013 | S. Fraser | GAW Labs | -$10,000.00 | FRASER003245 |
| 12/9/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003845 |
| 12/17/2013 | S. Fraser | GAW LABS | -$15,000.00 | FRASER003845 |
| 12/20/2013 | S. Fraser | GAW LABS | -$25,000.00 | FRASER003845 |
| 12/30/2013 | S. Fraser | Josh Garza | -$10,000.00 | FRASER003845 |
| 1/8/2014 | S. Fraser | HT | -$10,000.00 | FRASER002580 |
| 1/8/2014 | S. Fraser | Josh Garza | -$30,000.00 | FRASER002580; |
| 1/8/2014 | S. Fraser | GAW LAbs | -$25,000.00 | FRASER003261; FRASER003853 |
| 1/17/2014 | S. Fraser | GAW Labs | -$25,000.00 | FRASER002580 |
| 1/17/2014 | S. Fraser | Josh Garza | $30,000.00 | FRASER003853 |
| 1/21/2014 | S. Fraser | HT | -$10,000.00 | FRASER002580 |
| 1/30/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003261; FRASER003853 |
| 1/31/2014 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER003123 |
| 1/31/2014 | S. Fraser | GAW High Speed Internet | -$50,000.00 | FRASER003123 |
| 2/20/2014 | S. Fraser | GAW High Speed Internet | -$25,000.00 | FRASER002580; FRASER003269; |
| 2/28/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003269; |
| 3/28/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003277; FRASER003869 |
| 4/1/2014 | S. Fraser | GAW Labs | -$50,000.00 | FRASER002580; FRASER003277; FRASER003869 |
| 4/10/2014 | S. Fraser | GAW Labs | -$50,000.00 | FRASER002580; FRASER003877 |
| 4/14/2014 | S. Fraser | GAW Labs | -$100,000.00 | FRASER002580; FRASER003877 |
| 4/14/2014 | S. Fraser | GAW Labs | -$100,000.00 | FRASER002580; FRASER003877 |
| 4/30/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002580; FRASER003877 |
| 5/21/2014 | S. Fraser | GAW Labs | -$50,000.00 | FRASER002580 |
| 5/21/2014 | S. Fraser | Geniuses at Work | -$50,000.00 | FRASER002580 |
| 5/23/2014 | DNJ Miner Corp | S. Fraser | $100,000.00 | FRASER002580 |
| 5/30/2014 | S. Fraser | Josh Garza | -$10,000.00 | FRASER002260 |
| 6/5/2014 | S. Fraser | DNJ Miner | -$200,000.00 | FRASER002580; FRASER002379 |
| 6/12/2014 | S. Fraser | Great Auk Wireless | -$20,000.00 | FRASER002300 |
| 6/17/2014 | S. Fraser | GAW Labs | -$100,000.00 | FRASER002580 |
| 6/18/2014 | GAW Labs LLC | S. Fraser | $100,000.00 | FRASER002580 |
| 6/25/2014 | S. Fraser | GAW Miners | -$200,000.00 | FRASER002580 |
| 7/18/2014 | GAW Miners LLC | S. Fraser | $200,000.00 | FRASER002580 |
| 7/22/2014 | GAW Miners LLC | S. Fraser | $200,000.00 | FRASER002580 |
| 7/24/2014 | GAW Miners LLC | S. Fraser | $210,000.00 | FRASER002580 |
| 6/11/2015 | S. Fraser | Great Auk Wireless | -$75,000.00 | FRASER002295 |
| 7/5/2015 | S. Fraser | Great Auk Wireless | -$35,000.00 | FRASER002318 |
| 8/24/2015 | S. Fraser | GAW High Speed Internet | -$6,000.00 | FRASER003909 |
| 7/1/2017 | S. Fraser | Great Auk Wireless | -$150,000.00 | FRASER002305 |
| | | | Total: | |
| | | | -$11,950,181.89 | |