UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-CV-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | September 15, 2021 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

**DECLARATION OF AMINA HASSAN IN SUPPORT OF
DEFENDANT STUART A. FRASER'S OPPOSITION TO PLAINTIFFS'
MOTION *IN LIMINE* REGARDING INTERNET DISCUSSIONS**

I, Amina Hassan, declare as follows:

1. I am an attorney duly admitted to practice in this Court and am counsel with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser in this action.

2. I submit this declaration in support of Mr. Fraser's opposition to Plaintiffs' Motion *in Limine* Regarding Internet Discussions (ECF 255). The purpose of this Declaration is to put before the Court certain documents that are cited in the accompanying memorandum of law in opposition to Plaintiffs' motion, and to provide the Court with additional information in connection with that memorandum.

3. Annexed hereto as Exhibit A is a true and correct copy of Fraser's Trial Exhibit DX597 (Hashtalk posts by Denis Marc Audet ("PandaCoin")). Plaintiffs produced this document in this action with Bates number GAW00472887.

4. Annexed hereto as Exhibit B is a true and correct copy of excerpts from the transcript of the July 25, 2018 deposition of class representative Dean Allen Shinners.

5. Annexed hereto as Exhibit C is a true and correct copy of excerpts from the transcript of the August 10, 2018 deposition of class representative Denis Marc Audet.

6. Annexed hereto as Exhibit D is a true and correct copy of excerpts from the transcript of the July 19, 2018 deposition of class representative Michael Pfeiffer.

7. Annexed hereto as Exhibit E is a true and correct copy of Allen Shinners' Responses and Objections to Defendant's First Interrogatories to Plaintiffs served on June 27, 2018.

8. Annexed hereto as Exhibit F is a true and correct copy of an excerpt from the transcript of the October 31, 2019 deposition of class member Mahendra Phagu.

9. Annexed hereto as Exhibit G is a true and correct copy of Fraser's Trial Exhibit DX537 (Bitcointalk.org Post re GAW ZenCloud ZenPool Hashlet – does it really exist? ALWAYS MAKE MONEY :-)).  This screenshot was taken at the instruction of Fraser's counsel on November 6, 2020, from https://bitcointalk.org/index.php?topic=720844.0.

10. Annexed hereto as Exhibit H is a true and correct copy of Fraser's Trial Exhibit DX557 (HashTalk post re Paycoin ICO Customer Round Q&amp;amp;

from Oct. 1st, 2014 and Conference Video from Nov. 4, 2014). Plaintiffs produced this document in this action with Bates number GAW00425146.

11. Annexed hereto as Exhibit I is a true and correct copy of Fraser's Trial Exhibit DX582 (HashTalk post re It is truly baffling the amount of crap I have read as of late). Plaintiffs produced this document in this action with Bates number GAW00366820.

12. Annexed hereto as Exhibit J is a true and correct copy of a screenshot of an archived version of the discussion thread from DX529 (ECF 254-2) as it appeared on August 24, 2014, three days after it was originally posted. This screenshot was taken by Fraser's counsel from Archive.org (the Wayback Machine) on September 12, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 15, 2021
New York, New York

_____
Amina Hassan (*pro hac vice*)