# Exhibit B

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE 3:16-CV-00940

------------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN

SHINNERS, and JASON VARGAS, INDIVIDUALLY and on

Behalf of All Others Similarly Situated,

              Plaintiffs,

    v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER,

LLC, (d/b/a ZEN CLOUD),

              Defendants.

------------------------------------------------x

  VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS

          New York, New York

         Wednesday, July 25, 2018

Reported by:

Amy A. Rivera, CSR, RPR, CLR

JOB NO. 144960

Page 2

                                July 25, 2018

                                 9:00 a.m.


          Videotaped deposition of DEAN ALLEN SHINNERS held at the office of SUSMAN GODFREY, L.L.P., 1301 Avenue of the Americas, Floor 32, New York, New York, pursuant to Notice, before Amy A. Rivera, Certified Shorthand Reporter, Registered Professional Reporter, Certified LiveNote Reporter, and a Notary Public of the States of New York, New Jersey and Delaware.

Page 3

1
2  A P P E A R A N C E S:
3  SUSMAN GODFREY
4  Attorneys for Plaintiffs and the Witness
5       1000 Louisiana
6       Houston, Texas  77002
7  BY:  COLIN WATTERSON, ESQ.
8
9  HUGHES HUBBARD & REED
10 Attorneys for Defendant Stuart A. Fraser
11      One Battery Park Plaza
12      New York, New York  10004
13 BY:  DANIEL WEINER, ESQ.
14      SARAH CAVE, ESQ.
15      ANNA SCHULER, ESQ.
16
17 A L S O   P R E S E N T:
18      Robert Rinkewich, Legal Video Specialist
19
20
21
22
23
24
25

1              DEAN ALLEN SHINNERS
2     A.    Yeah, it was -- it's the only place
3  really to do it, you know.
4     Q.    And once you got involved with GAW
5  Miners in August of 2014, and let's take it to the
6  end of 2014 -- do you have that time frame in
7  mind?
8     A.    Yes, I do.
9     Q.    Okay.  Did you have any additional
10 sources of information about what GAW Miners was
11 up to?
12    A.    I guess I want to have to ask you to
13 clarify that, because what GAW Miners was up to,
14 do you mean behind the scenes, in front, out in
15 the public realm?
16          I -- you know, I don't understand your
17 question.
18    Q.    Fair enough.
19          First start with behind the scenes,
20 did you have any insight into that during any of
21 2014 through direct communications with GAW
22 Miners' people or otherwise?
23    A.    I had direct communications with Josh
24 Garza a -- a few times, but it wasn't in the
25 beginning.  I had some communications with a -- a

1              DEAN ALLEN SHINNERS
2  few of the other employees.  Again, it wasn't in
3  the beginning.  It wasn't until late in 20 --
4  2014 -- it wasn't 'til late 2014 that I started
5  having really these direct-line communications
6  with these individuals within GAW, including Dan
7  Kelley and -- I'm trying to think of -- well,
8  that's pretty much it, actually.
9      Q.   Okay.  And taking, again, this -- this
10 time period from August of 2014 'til the end of
11 2014, is it fair to say that in that time period,
12 in addition to continuing Internet research, you
13 also had direct communications with people at GAW
14 Miners, Josh Garza, and some of the other people
15 you named, as a way of learning what was going on
16 behind the scenes?
17           MR. WATTERSON:  Object to the form.
18           You can answer.
19      A.   Again, you have to -- you have to
20 separate beginning, middle, end here, because in
21 the beginning I had no conversations with anybody
22 at GAW.  I would say the vast majority of the
23 people that were customers of -- of GAW were
24 reliant almost completely and exclusively on Hash
25 Talk, the company-owned forum.

1                DEAN ALLEN SHINNERS

2              So the information -- any information
3     would have filtered through Hash Talk.  It was not
4     until later -- you got to remember, this is from
5     August to basically January, so we're not even
6     talking six months here.
7              So we have to look at this as this is
8     the history.  Now, what month are you referring
9     to, August, September, October, November,
10    December?  Because things changed very quickly in
11    that environment with GAW Miners.
12             So the primary information flow was
13    coming from Hash Talk at the time, in the very
14    beginning, up until, basically, November, when
15    there were some conversations, you know, with Josh
16    Garza, and mostly by private messaging on Hash
17    Talk.
18        Q.   And -- and those are communications or
19    conversations that you had with Mr. Garza?
20        A.   Yes.
21        Q.   Okay. And you had private
22    communications with others at GAW Miners later in
23    that period, November, December of 2014.  Is that
24    right?
25        A.   One each before the implosion, before

1           DEAN ALLEN SHINNERS
2  mean, real names. Even later, when some of these
3  moderators showed up on GetHashing, which was
4  another forum, not related to GAW Miners, but even
5  then, I didn't know what their names were, real
6  names.
7       Q.   During the period August 2014 to the
8  end of 2014, how often where you were on that --
9  were you on the Hash Talk forum viewing the posts?
10          MR. WATTERSON:  Object to the form.
11          You can answer.
12      A.   Every day, many, many times a day.  I
13 think pretty much everybody was.
14      Q.   And how often did you post on the Hash
15 Talk forum during that time frame?
16      A.   It was hard to say.  A lot, but I
17 couldn't give you a number.
18      Q.   Was -- during that period, August 2014
19 to the end of 2014, was GAW Miners and that setup
20 and that company and that product was that your
21 primary focus?
22      A.   For what?  Primary focus of what?
23      Q.   While you were awake.
24      A.   Oh, while I was awake?  Okay.
25          No, I would say not.  I mean,

1             DEAN ALLEN SHINNERS
2  did finally deliver this product, it turned out to
3  be nothing more than an online wallet, which was a
4  far lesser thing than what they had -- they had
5  promised the community.
6             So I basically rebelled at that point.
7       Q.    And what -- you talked about the
8  holiday.
9             What -- what holiday are you talking
10 about?  When did this happen?
11      A.    Christmas.
12      Q.    Christmas of 2014?
13      A.    2014.
14      Q.    Okay.  Did you find another forum
15 besides Hash Talk to air your views about GAW
16 Miners to the crypto community?
17      A.    There were a lot of people that were
18 very upset and banned from Hash Talk, and that --
19 we all ended up -- I got invited to GetHashing,
20 which was another forum similar to Hash Talk about
21 crypto and stuff -- and such.
22      Q.    And this forum, the GetHashing forum,
23 was not controlled by GAW Miners?
24      A.    No, definitely not.
25      Q.    And you expressed your views about GAW

1           DEAN ALLEN SHINNERS
2    Miners on that forum?
3         A.    To a degree.  It was a bit complicated
4    to maneuver through their forum, their website, so
5    it took me a couple of weeks to actually get the
6    hang of it.  But, yes.  I mean, that's where
7    everybody -- I would just more or less read the
8    threads, and then if I saw something that I wanted
9    to respond to, I responded to it.
10        Q.    If you look at -- back to your
11   interrogatory responses, Exhibit 107.  On page 5,
12   in response to Interrogatory No. 6, you described
13   communications you had with employees --
14   ex-employees of the defendant companies, and you
15   said you had communications by phone, Skype, Slack
16   and Google Hangout.
17              Do you see that?
18        A.    Are you talking about -- which number
19   is it, 6?
20        Q.    In the -- in the top of page 5.  Okay.
21   Okay.  Yeah, so it's No. 6.  No. 6 asks you to
22   identify telephone conversations, in-person
23   meetings, or other communications you had with
24   employees of the defendant companies, other than
25   Mr. Garza concerning the company's GAW