# Exhibit C

Contains Confidential Portions

Page 1

1

UNITED STATES DISTRICT COURT
2   DISTRICT OF CONNECTICUT
    ---------------------------------------
3   DENIS MARC AUDET, MICHAEL PFEIFFER,
4   DEAN ALLEN SHINNERS, and JASON VARGAS,
    Individually and on Behalf of All Others
5   Similarly Situated,
6                         Plaintiffs,
7
8          vs.       No. 16-940
9
10  HOMERO JOSHUA GARZA, STUART A. FRASER,
    GAW MINERS, LLC, and ZENMINER, LLC,
11  (d/b/a ZEN CLOUD),
12                        Defendants.
13  ---------------------------------------
14
15      ** CONTAINS CONFIDENTIAL PORTIONS **
16
17   VIDEOTAPED DEPOSITION OF DENIS MARC AUDET
18
19
20           Friday, August 10, 2018
21               11:00 a.m.
22
23  Reported by:
24  Joan Ferrara, RPR, RMR, CRR
25  Job No. 144961

Page 2

1
2
3
4                    August 10, 2018
5                    11:00 a.m.
6                    New York, New York
7
8
9
10       Videotaped Deposition of DENIS
11  MARC AUDET, held at the offices of Susman
12  Godfrey, LLP, 1301 Avenue of the Americas,
13  New York, New York, Pursuant to Notice,
14  before Joan Ferrara, a Registered
15  Professional Reporter, Registered Merit
16  Reporter, Certified Realtime Reporter, and
17  Notary Public of the State of New York.
18
19
20
21
22
23
24
25

Page 3

```
 1

 2    A P P E A R A N C E S:

 3

 4    SUSMAN GODFREY

 5    Attorneys for Plaintiffs

 6            1000 Louisiana Street

 7            Houston, Texas 77002

 8    BY:     COLIN WATTERSON, ESQ.

 9

10

11

12    HUGHES HUBBARD & REED

13    Attorneys for Defendant - Fraser

14            One Battery Park Plaza

15            New York, New York 10004

16    BY:     HANNAH MILLER, ESQ.

17            ANNA SCHULER, ESQ.

18

19

20

21

22    ALSO PRESENT:

23            Rodolfo Duran, Videographer

24

25
```

1                D. Audet

2    going to be mined?

3        A    Right, the same way Bitcoin

4    mines.  And the Hashstaker, the Prime

5    Hashstaker ecosystem was going to allow us

6    to basically mine PayCoins instead of

7    Altcoins.  It was another way of mining

8    crypto currency, except this was a new

9    crypto currency.

10       Q    Do you know whether GAW itself

11   mined PayCoin?

12       A    I seem to remember from the

13   forums that they were actively mining

14   PayCoins themselves.  They had servers

15   running in the background to mine PayCoins.

16   They were generating PayCoins.

17       Q    Do you have a sense of how much

18   they were mining or how much they were

19   generating?

20       A    I don't know the exact number.

21   I think some numbers on the forum were in

22   the millions.  So generally, several

23   millions worth of, you know, individual --

24   I can't remember the numbers.

25       Q    You mentioned the forum.  That

1                D. Audet
2  was Hashtalk?
3       A    Yes.
4       Q    Were you a user of Hashtalk?
5       A    I had an account, yes.
6       Q    Did you post on Hashtalk?
7       A    I think I posted once or twice.
8  I think I answered one or two questions
9  that people posted.
10      Q    Did you read Hashtalk posts?
11      A    I did, yes.
12      Q    How often?
13      A    I would say four times a week,
14 approximately, every other day.
15      Q    So when you logged in to do your
16 boost everyday for your Hashlets, did you
17 also check the Hashtalk forums?
18      A    Yes, I would, yes.
19      Q    Would you say the Hashtalk
20 forums were your primary source of
21 information about GAW products?
22      A    Yes, they were.
23      Q    Did you ever hear of users being
24 banned on Hashtalk?
25      A    I think I remember one person

Contains Confidential Portions

Page 100

1                   D. Audet
2    rate of return, basically for the
3    investment return.
4          MS. MILLER:  Now might be a good
5       time for a break, if the food is here.
6          MR. WATTERSON:  Yeah, I think
7       lunch is here.
8          THE VIDEOGRAPHER:  The time is
9       1:18 p.m.  We're going off the record.
10            (Recess taken 1:18 p.m.)
11            (Resumed 1:57 p.m.)
12          THE VIDEOGRAPHER:  This is the
13       start of media labeled number three.
14       The time now is 1:58 p.m. and we are
15       back on the record.
16            (Whereupon, Exhibit 210, HTML
17       document, was marked for
18       Identification, as of this date.)
19    BY MS. MILLER:
20       Q    I'm handing you what's been
21    marked as Exhibit 210.  It's a bit
22    difficult to read.
23            I'll just note that we added
24    page numbers on the bottom right-hand
25    corner for ease of reference, but otherwise

1                   D. Audet
2    this is a document that was produced to us
3    by your counsel.
4             Can you tell what this is from,
5    looking at it?
6       A     It's a rather messy HTML
7    document.
8       Q     Can you tell what it's from?
9       A     Well, the title says Hashtalk,
10   so I assume -- it looks like one of the
11   pages from the forum.
12      Q     And you're familiar with HTML,
13   right?
14      A     Yes.
15      Q     So if you could turn to page 5
16   at the top, you'll see it says
17   user/Pandacoin.
18      A     Uh-huh.
19      Q     That's you, right?
20      A     That's my handle, yes, uh-huh.
21      Q     And then it says:  I am waiting
22   for the payment engine to kick on again
23   later this evening.
24      A     Uh-huh.
25      Q     Do you remember that?

1              D. Audet

2       A     Yep, uh-huh.

3       Q     So what is the payment engine
4   you're referring to?

5       A     Oh, I think what's happening on
6   that date people hadn't -- usually we got
7   payouts from the hash, you know, from the
8   hashlets, usually in the morning.

9              That morning there wasn't
10  anything happening, so people were talking
11  about it.  So I just suggested, you know,
12  the back -- usually what happens is when
13  you build these systems, you have one
14  computer that collects all the data and
15  then you might have a second computer or a
16  program on another computer that actually
17  does all the number crunching to do the
18  payouts.  And sometimes we refer to those
19  scripts as engines, because they do work.

20             And I suspected that the program
21  that was doing the calculations was either
22  busy or not quite working yet or hadn't
23  been turned on.  So I just told people to
24  be patient essentially.

25      Q     And you say people were talking

1            D. Audet
2   about this.  Where --
3       A    People were asking where are my
4   payouts.
5       Q    Where were they asking this?
6       A    On the hash tag -- or Hashtalk
7   rather.
8       Q    Do you remember how long that
9   payment engine wasn't working?
10      A    No.  I think by the end of the
11  day we might have had the payouts posted,
12  so.
13      Q    Is that something that happened
14  periodically as GAW was transitioning and
15  introducing new product?
16      A    I'm trying to see if there is a
17  time stamp in here someplace.
18      Q    It looks like, if you look on
19  page 4, toward the bottom of the page.
20      A    Here we go -- no, wait a minute,
21  could that be it.  There is a time stamp
22  here in the middle of the page.  It looks
23  like December 26, 2014.
24      Q    Where do you see that?
25      A    It's in the title tag of the

Contains Confidential Portions

Page 104

1      D. Audet
2  pull-right footer of span class -- it's the
3  middle of the page.  There's a few of these
4  around.  There's also one on page 5, 12/23,
5  there's another here 12/23.
6      Q    Right.
7           So based on your knowledge of
8  HTML, can you determine which one applies
9  to this post?
10     A    These are listed in reverse
11 chronological order, because if you go to
12 the last page -- no, before, the
13 penultimate page -- to page 12, there is an
14 entry dated December 2, 2014.  So that's
15 the last one.
16     Q    So the one where you say I'm
17 waiting for the payment engine to kick on
18 again later this evening, is this on
19 December 23rd?
20     A    That would be on the 23rd, yeah.
21 This looks like all the things I posted.
22     Q    So if we move down to the middle
23 of that same page --
24     A    Which page are you on again?
25     Q    Page 5.