# Exhibit D

Page 1

```
          UNITED STATES DISTRICT COURT
             DISTRICT OF CONNECTICUT
             CASE NO.:  3:16-cv-00940
-----------------------------------x
DENIS MARC AUDET, MICHAEL
PFEIFFER, DEAN ALLEN
SHINNERS, and JASON VARGAS,
Individually and on Behalf
of All Others Similarly
Situated,
                  Plaintiff(s),
         vs.
STUART A. FRASER, GAW
MINERS, LLC, and ZENMINER,
LLC, (d/b/a) ZENCLOUD),
                  Defendant(s).
-----------------------------------x


   VIDEOTAPED DEPOSITION OF DR. MICHAEL PFEIFFER
                New York, New York
               Thursday, July 19, 2018




Reported by:
Corinne J. Blair, CRR, CCR, RPR, CLR
JOB NO.: 144959
```

1
2
3
4                                    July 19, 2018
5                                    8:58, a.m.
6
7
8
9       Deposition of MICHAEL PFEIFFER, held at the
10   offices of SUSMAN GODFREY, 1301 Avenue of the
11   Americas, New York, New York, before Corinne J.
12   Blair, a Certified Realtime Reporter, Certified
13   Court Reporter, Registered Professional
14   Reporter, Certified Livenote Reporter, and
15   Notary Public of the states of New York and New
16   Jersey.
17
18
19
20
21
22
23
24
25

```
 1
 2    A-P-P-E-A-R-A-N-C-E-S:
 3
 4        SUSMAN GODFREY
 5        Attorneys for Plaintiff(s)
 6            1000 Louisiana Street
 7
 8            Houston, Texas  77702
 9        BY:  COLIN WATTERSON, ESQ.
10
11
12
13        HUGHES HUBBARD & REED
14        Attorneys for Defendants(s)
15            One Battery Park Plaza
16            New York, New York  10004
17        BY:  SARAH CAVE, ESQ.
18
19
20            - and -
21        BY:  ANNA SCHULER, ESQ.
22
23
24    ALSO PRESENT:
25        Sha-la Hollis, Legal Video Specialist
```

1              Michael Pfeiffer
2    -- it's not owned by any -- well, how should
3    I say?  I guess they are usually -- somebody
4    has to run them, but they're using
5    non-proprietary data, which is data from the
6    block chain.  They're pulling certain data.
7    So you can see all the transactions on the
8    block chain.  You can explore the entire
9    ledger.
10              So if I put in my address, I could
11   say, "What is the balance of this address?"
12   And it the will return and answer.
13              So if I did it before the other
14   person pressed "send," the answer would be I
15   have a zero balance in that address.  And
16   then when he clicks "send," I could rescan
17   and it will say you have a balance of
18   whatever the amount is that he sent me.
19       Q    Okay.  And why did you decide in
20   2014 to purchase Bitcoin?
21       A    I was very interested in
22   cryptocurrency and I thought it was going to
23   be more valuable, and that it was a new
24   technology that hadn't really taken off or
25   been appreciated.

1                Michael Pfeiffer

2       Q    Did you do any due diligence or

3   investigation on Local Bitcoins to determine

4   -- to choose that platform to use?

5       A    I had read about it on a forum

6   called Bitcoin Talk, which is at

7   Bitcointalk.org.  I'm just remembering.  I

8   think that I -- the reason I bought that

9   actually had to do -- that I bought it had to

10  do with having -- I think probably before I

11  bought it, I may have bought miners, physical

12  hardware miners, which are kind of like -- in

13  this case, they were antminers, which are

14  sort of funny-shaped sort of cubish box with

15  fans on either end, that has dedicated chips

16  called ASICs, A-S-I-C.  And those chips are

17  designed exclusively to my Bitcoin or to

18  perform those functions efficiently. (sic)

19           And I bought two of those, and I

20  wanted to mine my own.

21           I had heard about Steve Gibson on

22  Security Now had mined his own and they rose

23  in value for him, so I was interested in the

24  process of doing that myself.  Essentially

25  generating cryptocurrency by performing

1              Michael Pfeiffer
2    That it was quieter, for two.  And the third
3    thing was that, rather than having hardware
4    that expired or having a contract that
5    expired, that you would have a contract for a
6    service that would continually upgrade.
7         Q    Okay.
8         A    It would upgrade the hardware that
9    performed the mining service.
10        Q    When did you first interact with
11   Josh Garza?
12        A    I saw a post by Josh Garza on the
13   HashTalk forum on a regular basis.  I saw
14   videos that he and other members of the GAW
15   and Zenminer team released on -- I think on
16   YouTube of maybe even live conferences or
17   communications with people who had purchased
18   GAW products, and other people who were
19   interested.  And I sometimes posted on the
20   HashTalk forum.  I can't remember when I
21   first actually had an exchange with Josh
22   Garza.  I know at some point fairly close
23   time before that things really became
24   difficult and GAW Miners started to default
25   on their promises that -- actually their

1           Michael Pfeiffer
2    people were -- people were muted or something
3    like that.
4           I believe -- and I've heard that
5    there were times when Josh Garza actually
6    deleted content of people who were his
7    critics, or said things that he didn't agree
8    with.  That's what I've heard since then.
9    That -- that although this appeared to be an
10   open forum, it was actually sufficiently
11   moderated that other people were silenced.
12      Q    Okay.  How many times a day would
13   you say you went on the HashTalk forum?
14      A    I have no idea.
15      Q    More than once a day?
16      A    Some days it may have been more than
17   once a day.  But it's also the kind of thing
18   where a forum can be in a web page that you
19   have open with other tabs in your browsers,
20   so you can just leave it open and see if you
21   get a notice that somebody has, you know,
22   liked or, you know, up-voted your comment.
23   You might say, like, Oh, who did that?  Like
24   what's their response?
25           So there's a way to monitor

1                Michael Pfeiffer
2    conversations and engagements there.
3        Q    And did you get any mail or a text
4    when there was some response to one of your
5    posts?
6        A    I think it might have made a beep on
7    the computer or something like that when you
8    got one or it showed up as -- like a red
9    number, an alert when you move back to that
10   tab.  So if you were -- if you had a number
11   of tabs open, you would cycle through that
12   one and you would see another one.
13           MS. CAVE:  Okay.  Let's do -- we'll
14       mark as Exhibit 92.
15           (Defendant's Exhibit 92,
16       E-mail, March 7, 2015, was marked
17       for identification at this time.)
18   BY MS. CAVE:
19       Q    Take a moment to look at that,
20   please.
21       A    Mm-hmm.  Okay.
22       Q    Okay.  So this is Exhibit 92.  It's
23   an e-mail from you to Mike at Coinfire.IO,
24   dated March 7th, 2015; is that correct?
25       A    That's correct.

1  Michael Pfeiffer
2  have, you know, 500,000 Paycoin, or whatever,
3  out of a total of a million, and I'm going to
4  sell these other 500,000, there's a
5  vulnerability in terms of the value that
6  there's not an accountability on the part of
7  the issuer of the asset to the buyers of the
8  asset or -- I'm not even sure what you would
9  call the people who participate in GAW
10 products, because they were sort of the --
11 they were sort of railroaded into mining
12 hashpoints, with were substitute tokens that
13 would eventually become Paycoin.  And they
14 were sort of pushed into that direction
15 because they -- the company GAW Miners
16 couldn't actually afford to make the payouts
17 in Bitcoin to the people who were ostensibly
18 mining the hosted hardware that GAW Miners
19 claims to have sold their customers.  And
20 instead, they were not mining anything.  They
21 didn't have adequate hashing power, so they
22 couldn't actually generate Bitcoin to keep up
23 with the amount of Bitcoin that they had
24 promised to pay for customers.
25     Q    How -- what's the basis for your

1           Michael Pfeiffer
2    understanding that there was not adequate
3    hashing power to keep up?
4         A    I believe that's been written by a
5    number of members of the company.
6         Q    Okay.  And where did they say that,
7    the members of the company say that?
8         A    HashTalk, Bitcoin Talk.  As I said,
9    I believe there's a third forum, but I don't
10   recall the name of that one.
11        Q    Do you know which -- the names of
12   any of these people at the company who said
13   that?
14        A    Yeah.  I think Jonah Dorman, who is
15   an interim CEO.  The person who's now named
16   Madeline Eden.  At the time was named Matt
17   Eden.  Madeline is transgender and
18   transitioned.  And that -- Madeline has
19   written that.  I believe that Joe Mordica,
20   who was actually on-site at the data center,
21   or at the server center where there was
22   supposedly servers, posted that there was not
23   adequate hashing power for the amount of
24   hashlets that were sold.
25        Q    Okay.  When did they make these

1              Michael Pfeiffer
2       Q    Exhibit 94 is, looks like an e-mail
3   that you sent to yourself on April 15th, 2015
4   with a document attached from Empire Legal,
5   PLLC.
6            Do you recall this document?
7       A    I do.
8       Q    Okay.  And is it -- am I reading it
9   correct that, in fact, you sent this to
10  yourself?
11      A    That's correct.
12      Q    And just turning to the attachment.
13  It appears to be a legal engagement letter
14  from Empire Legal PLLC.
15           Is that your assessment?
16      A    That's what it looks like to me.
17      Q    And how did you come to have this
18  document?
19      A    I believe that this was a document
20   that was published or posted on probably
21   Bitcoin Talk or some forum pretty much after
22   the GAW Miners had collapsed.  So, yeah, I
23   saw it.
24      Q    Okay.
25      A    I think I saw it online.