# Exhibit E

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), <br><br> Defendants. | Case 3:16-cv-00940 <br><br> ECF Case <br><br> <u>CLASS ACTION</u> <br><br> <u>ALLEN SHINNERS' RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFFS</u> <br><br> <u>DEMAND FOR JURY TRIAL</u> |
|---|---|

To:  Stuart Fraser, by and through his attorneys of record, Daniel H. Weiner, Sarah L. Cave, and Sara E. Echenique, Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, NY 10004 and David R. Shaefer and Sean M. Fisher, Brenner, Saltzman & Wallman LLP, 271 Whitney Avenue, New Haven, CT 06511.

Pursuant to FRCP 26 and 33, plaintiff Allen Shinners ("plaintiff") responds to Defendant Stuart A Fraser's First Set of Interrogatories to Plaintiffs as follows:

<u>General Objections</u>

1. Plaintiff objects to the definitions and instructions set forth in Defendant Stuart A Fraser's First Set of Interrogatories to Plaintiffs, as they seek to impose obligations beyond those required by the applicable rules of procedure. Plaintiff's obligations are limited to those set forth in Rule 33 of the Federal Rules of Civil Procedure.

2. Plaintiff objects to the Interrogatories to the extent any Interrogatory seeks the disclosure or discovery of information protected by any applicable privilege



1

or doctrine, including the attorney-client privilege, the work product doctrine, the common interest doctrine or any similar privilege or doctrine and including any disclosure or discovery of work product, information or materials prepared in contemplation of litigation, information or communications protected by the attorney-client privilege, or the opinions, mental impressions, conclusions or legal theories of plaintiff's attorneys or other representatives. Plaintiff provides information in response to the Interrogatories on the express condition that any inadvertent disclosure of information covered by such privileges or doctrines does not constitute a waiver of any such privilege or doctrine or a waiver of the Plaintiff's right to assert such privilege or doctrine with respect to such information or any related information. Plaintiff objects to any requirement that he must maintain or produce, for individual interrogatories, a privilege log reciting that information that will not be disclosed based upon a claim of privilege. It would be impracticable if not impossible for plaintiff to catalog that privileged information with respect to each Interrogatory. Accordingly, plaintiff will not disclose any information protected from discovery by the attorney-client privilege.

3.   Plaintiff objects to the Interrogatories to the extent the answer to any Interrogatory may be derived or ascertained from related business documents, or from an examination, audit or inspection of such business records, including a compilation, abstract or summary thereof, and the burden of deriving or ascertaining the answer is substantially the same for plaintiff and Mr. Fraser.

4.     Plaintiff objects to the Interrogatories to the extent they ask plaintiff to "identify each" or "identify any" items relating to a particular contention or proposition. It would be impossible and it is unduly burdensome to require the plaintiff to state all persons or facts or identify all documents that may conceivably relate to any particular contention or proposition.

5.     Each response below to the numbered Interrogatories in Defendants' Second Set of Interrogatories is made subject to the foregoing General Objections.

6.     Discovery is ongoing, and plaintiff reserves the right to supplement these interrogatories

## Responses

1.     Identify each of Your email addresses, online usernames, avatars, screen-names or any other identifier and its associated platform, forum or application through which You discussed GAW Cryptocurrency Products, the Companies, Garza or Fraser, including without limitation Your identifying information for Hashtalk, Reddit and Bitcointalk.

Response: Subject to the foregoing general objections, plaintiff responds as follows: ashinner@columbus.rr.com (email); gaw.lawsuit.allen1980s@gmail.com (email); Allen1980s (Hashtalk and BitcoinTalk).

2.     Identify each person or entity that was involved in Your decision to make Your Investment in the GAW Cryptocurrency products.

Response: Plaintiff objects to this interrogatory as vague and ambiguous because it uses the undefined term "involved." Plaintiff will interpret this interrogatory as seeking information about whether another individual such as a business partner, spouse, etc. shared in plaintiff's decision to invest or not invest in the GAW Cryptocurrency products.

Subject to the foregoing general and specific objections, plaintiff responds as follows: none.

3. Identify each person or entity that monitored, retained, redeemed or sold Your Investment in the GAW Cryptocurrency Products.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome to the extent it requires plaintiff to identify all persons or entities that may have monitored his investments. It is possible that many such entities monitored plaintiff's investments without plaintiff's knowledge.

Subject to the foregoing general and specific objections, plaintiff responds as follows: the GAW Cryptocurrency Products plaintiff bought were sold by GAW Miners and ZenMiner. Plaintiff monitored the products through ZenCloud and PayBase.

4. Identify any website, software or other application through which You monitored the value of Your Investments in the GAW Cryptocurrency Products.

Response: Subject to the foregoing general objections, plaintiff responds as follows: plaintiff monitored the GAW Cryptocurrency Products through ZenCloud and Paybase.

5. Identify each telephone conversation, in-person meeting or other communications You had with Garza concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication: (a) each person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with Garza.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff had 6-10 telephone conversations with Garza between August 2014 and early 2015. Plaintiff also communicated with Garza by email, including the communications identified on Schedule 1.

6. Identify each telephone conversation, in-person meeting or other

communication You had with Employees of the Companies other than Garza concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication: (a) each person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with employees of the Companies.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff had phone, Skype, Slack and Google Hangout meetings that included third parties and ex-employees of the Companies between April 2015 and December 2016. Plaintiff also had around 20 Google Hangout meetings with Jonah Dorman, Madeline Eden, and Joe Mordica between April 2015 and December 2016. Plaintiff also communicated with ex-employees by email, including the communications identified on Schedule 2.

7.      Identify each telephone conversation, in-person meeting or other communication You had with the Federal Bureau of Investigation concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication: (a) each person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with the FBI.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff has had, as a best guess, over a hundred calls with employees of the FBI. Plaintiff's main contact at the FBI is special agent Mark Munster. Plaintiff also communicated with the FBI and DOJ by email, including the communications identified at GAW01019304-1023646.

8.      Identify each telephone conversation, in-person meeting or other

communication You had with Fraser or Thomas Fraser concerning the Companies, GAW Cryptocurrency Products or Your Investments by setting forth for each such conversation, meeting or communication: (a) each person who participated or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with Fraser or Thomas Fraser.

Subject to the foregoing general and specific objections, plaintiff responds as follows: none.

9. Identify each telephone conversation, in-person meeting or other communication You had with any non-party concerning the Companies, GAW Cryptocurrency Products or Your Investments, by setting forth for each such conversation, meeting or communication: (a) each persons who participated in or was present; and (b) the date or time period during which it took place.

Response: Plaintiff objects to this interrogatory as duplicative of interrogatories 5-8. Each of those interrogatories asks for plaintiffs' communications with non-parties. Plaintiff will provide information about his communications with any non-parties not identified in interrogatories 5-8. Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify each individual communication he had with any non-party. Plaintiff objects to this interrogatory to the extent it calls for information subject to the attorney-client or work product privileges.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff has exchanged, as a best guess, thousands of emails and had over 100 calls with various prospective class members of this lawsuit. Plaintiff also spoke to reporters that interviewed Garza. Plaintiff has communicated with members of BitcoinTalk. Plaintiff has communicated with individuals to discuss the movement of bitcoin in and out of known GAW Miners wallets. Finally, plaintiff has discussed this case at length with his attorneys.

10. Identify any marketing materials, website content, or other written materials that You reviewed concerning any of the GAW Cryptocurrency Products.

Response: Plaintiff objects to this interrogatory as overbroad and unduly burdensome because it purports to require him to identify all marketing materials, website content, or other written materials he reviewed concerning any of the GAW Cryptocurrency Products.

Subject to the foregoing general and specific objections, plaintiff responds as follows: plaintiff visited GAWMiners.com and reviewed articles about the GAW Cryptocurrency products.

11. Identify each of the email addresses You used to communicate with the Companies, any Employees of the Companies or Garza.

Response: Subject to the foregoing general objections, plaintiff responds as follows: ashinner@columbus.rr.com.

12. Identify any lawsuit, proceeding, claim or demand of any kind concerning Your Investment in the GAW Cryptocurrency Products that You filed or initiated other than this action, including the names of the parties, the nature of the action, the date of the action, the case number and the court in which each such proceeding was filed.

Response: Subject to the foregoing general objections, plaintiff responds as follows: none.

13. Identify any other class action or putative class action in which You been a named plaintiff, including the names of the parties, the nature of the action, the date the action was commenced, the case number and the court in which the action was filed.

Response: Subject to the foregoing general objections, plaintiff responds as follows: none.

14. Identify each payment You received concerning Your investment in the GAW Cryptocurrency Products, including the date and amount of each such payment and the person or entity who made each such payment.

<u>Response:</u> Subject to the foregoing general objections, plaintiff responds as follows: see Docket Entry. 1-1, GAW00198630, and GAW00198631.

15.    Identify Garza's last known address and telephone number(s).

<u>Response:</u> subject to the foregoing general objections, plaintiff responds as follows: unknown.

Respectfully submitted,

*/s/ Colin M. Watterson*
Colin Watterson (*pro hac vice*)
Email: cwatterson@susmangodfrey.com
Texas Bar No. 2409330
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366
Fax: (713) 654-3367

Marc Seltzer (*pro hac vice*)
E-mail:mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard (*pro hac vice*)
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Mark P. Kindall (ct13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on June 27, 2018, I served the foregoing via electronic mail on the following:

Daniel H. Weiner
Sarah L. Cave
Sara E. Echenique
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT 06511

/s/ *Colin Watterson*
Colin Watterson

<u>Verification</u>

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

I have read the foregoing interrogatory responses and know the contents thereof. To the best of my knowledge, information, and belief, the facts stated in the responses are true and correct.

Dated: June 27, 2018

*Allen Shinners*
Allen Shinners

## Schedule 1

| Begin Bates |
|---|
| GAW00038861 |
| GAW00049562 |
| `GAW00049563 |
| GAW00050049 |
| GAW00050057 |
| GAW00050467 |
| GAW00050469 |
| GAW00050592 |
| GAW00050593 |
| GAW00059363 |
| GAW00059751 |
| GAW00059827 |
| GAW00059837 |
| GAW00059852 |
| GAW00059870 |
| GAW00059879 |
| GAW00060150 |
| GAW00060173 |
| GAW00060258 |
| GAW00060260 |
| GAW00060320 |
| GAW00060826 |
| GAW00061441 |
| GAW00061458 |
| GAW00061489 |
| GAW00061508 |
| GAW00061521 |
| GAW00061829 |
| GAW00061892 |
| GAW00061909 |
| GAW00061915 |
| GAW00061928 |
| GAW00061944 |
| GAW00061958 |
| GAW00062094 |
| GAW00062121 |

| | |
|---|---|
| | GAW00062147 |
| | GAW00062266 |
| | GAW00062270 |
| | GAW00062276 |
| | GAW00062279 |
| | GAW00062281 |
| | GAW00062283 |
| | GAW00062581 |
| | GAW00062630 |
| | GAW00062641 |
| | GAW00062689 |
| | GAW00062702 |
| | GAW00062759 |
| | GAW00062865 |
| | GAW00062880 |
| | GAW00063064 |
| | GAW00063078 |
| | GAW00064031 |
| | GAW00064034 |
| | GAW00064282 |
| | GAW00064367 |
| | GAW00064412 |
| | GAW00064423 |
| | GAW00064458 |
| | GAW00064582 |
| | GAW00064601 |
| | GAW00064726 |
| | GAW00064730 |
| | GAW00066568 |
| | GAW00067762 |
| | GAW00067805 |
| | GAW00067806 |
| | GAW00068368 |
| | GAW00068438 |
| | GAW00068654 |
| | GAW00068685 |
| | GAW00069157 |
| | GAW00069251 |
| | GAW00069456 |

| |
|---|
| GAW00069477 |
| GAW00069594 |
| GAW00069600 |
| GAW00069606 |
| GAW00069615 |
| GAW00069618 |
| GAW00069655 |
| GAW00070024 |
| GAW00070253 |
| GAW00070385 |
| GAW00070419 |
| GAW00070420 |
| GAW00070426 |
| GAW00072157 |
| GAW00072171 |
| GAW00072204 |
| GAW00072220 |
| GAW00072275 |
| GAW00072288 |
| GAW00072452 |
| GAW00072463 |
| GAW00073544 |
| GAW00073561 |
| GAW00073571 |
| GAW00073575 |
| GAW00073581 |
| GAW00073597 |
| GAW00073692 |
| GAW00073696 |
| GAW00073942 |
| GAW00074011 |
| GAW00074095 |
| GAW00074406 |
| GAW00074411 |
| GAW00074534 |
| GAW00074542 |
| GAW00074581 |
| GAW00074594 |
| GAW00074595 |

| |
|---|
| GAW00074949 |
| GAW00074950 |
| GAW00074953 |
| GAW00074958 |
| GAW00075155 |
| GAW00075158 |
| GAW00075161 |
| GAW00075162 |
| GAW00075175 |
| GAW00075219 |
| GAW00087123 |
| GAW00087361 |
| GAW00090673 |
| GAW00090675 |
| GAW00090676 |
| GAW00091013 |
| GAW00091029 |
| GAW00091636 |
| GAW00091641 |
| GAW00091648 |
| GAW00091654 |
| GAW00091657 |
| GAW00091975 |
| GAW00091987 |
| GAW00092030 |
| GAW00092038 |
| GAW00092080 |
| GAW00092083 |
| GAW00092084 |
| GAW00092646 |
| GAW00092657 |
| GAW00092658 |
| GAW00092673 |
| GAW00093032 |
| GAW00093287 |
| GAW00093289 |
| GAW00093727 |
| GAW00093730 |
| GAW00093855 |

| |
|---|
| GAW00094180 |
| GAW00094440 |
| GAW00094445 |
| GAW00094450 |
| GAW00094489 |
| GAW00094653 |
| GAW00094670 |
| GAW00094679 |
| GAW00094682 |
| GAW00094953 |
| GAW00094970 |
| GAW00095006 |
| GAW00095421 |
| GAW00095947 |
| GAW00095952 |
| GAW00095965 |
| GAW00095970 |
| GAW00095975 |
| GAW00095979 |
| GAW00095982 |
| GAW00095997 |
| GAW00096373 |
| GAW00096376 |
| GAW00096377 |
| GAW00113115 |
| GAW00118113 |
| GAW00118114 |
| GAW00118407 |
| GAW00118414 |
| GAW00118687 |
| GAW00118689 |
| GAW00118805 |
| GAW00118806 |
| GAW00145937 |
| GAW00146191 |
| GAW00146305 |
| GAW00146320 |
| GAW00146355 |
| GAW00146385 |

| | |
|---|---|
| | GAW00146402 |
| | GAW00146694 |
| | GAW00146743 |
| | GAW00146889 |
| | GAW00146890 |
| | GAW00147015 |
| | GAW00147787 |
| | GAW00148285 |
| | GAW00148313 |
| | GAW00148626 |
| | GAW00148705 |
| | GAW00148735 |
| | GAW00148745 |
| | GAW00148756 |
| | GAW00148794 |
| | GAW00148808 |
| | GAW00149062 |
| | GAW00149080 |
| | GAW00149109 |
| | GAW00149200 |
| | GAW00149206 |
| | GAW00149217 |
| | GAW00149221 |
| | GAW00149225 |
| | GAW00149231 |
| | GAW00149431 |
| | GAW00149443 |
| | GAW00149453 |
| | GAW00149467 |
| | GAW00149488 |
| | GAW00149609 |
| | GAW00149623 |
| | GAW00150372 |
| | GAW00150375 |
| | GAW00150841 |
| | GAW00150962 |
| | GAW00151008 |
| | GAW00151019 |
| | GAW00151042 |

| |
|---|
| GAW00151141 |
| GAW00151153 |
| GAW00151284 |
| GAW00151295 |
| GAW00151593 |
| GAW00151607 |
| GAW00151617 |
| GAW00151628 |
| GAW00151639 |
| GAW00151653 |
| GAW00151675 |
| GAW00151694 |
| GAW00151707 |
| GAW00151733 |
| GAW00151748 |
| GAW00151775 |
| GAW00151787 |
| GAW00151799 |
| GAW00152310 |
| GAW00153495 |
| GAW00153525 |
| GAW00153526 |
| GAW00153871 |
| GAW00153926 |
| GAW00154086 |
| GAW00154094 |
| GAW00154446 |
| GAW00154502 |
| GAW00155496 |
| GAW00155522 |
| GAW00155632 |
| GAW00155638 |
| GAW00155643 |
| GAW00155657 |
| GAW00155660 |
| GAW00155720 |
| GAW00156099 |
| GAW00156369 |

| | |
|---|---|
| | GAW00156532 |
| | GAW00156588 |
| | GAW00156589 |
| | GAW00156590 |
| | GAW00158336 |
| | GAW00158337 |
| | GAW00158355 |
| | GAW00158358 |
| | GAW00158362 |
| | GAW00158382 |
| | GAW00158551 |
| | GAW00158555 |
| | GAW00158705 |
| | GAW00158756 |
| | GAW00158845 |
| | GAW00158973 |
| | GAW00158975 |
| | GAW00159042 |
| | GAW00159046 |
| | GAW00159064 |
| | GAW00159082 |
| | GAW00159083 |
| | GAW00159211 |
| | GAW00159215 |
| | GAW00159221 |
| | GAW00159232 |
| | GAW00159605 |
| | GAW00159608 |
| | GAW00159610 |
| | GAW00159611 |
| | GAW00159630 |
| | GAW00159680 |
| | GAW00179309 |
| | GAW00180317 |
| | GAW00181885 |
| | GAW00192767 |
| | GAW00192769 |
| | GAW00192771 |
| | GAW00193241 |

| | |
|---|---|
| | GAW00193253 |
| | GAW00193707 |
| | GAW00193711 |
| | GAW00193717 |
| | GAW00193719 |
| | GAW00193722 |
| | GAW00193910 |
| | GAW00194003 |
| | GAW00194047 |
| | GAW00194075 |
| | GAW00194155 |
| | GAW00194157 |
| | GAW00194158 |
| | GAW00194783 |
| | GAW00194792 |
| | GAW00194796 |
| | GAW00194807 |
| | GAW00195039 |
| | GAW00195296 |
| | GAW00195298 |
| | GAW00195679 |
| | GAW00195682 |
| | GAW00196048 |
| | GAW00196169 |
| | GAW00196180 |
| | GAW00196191 |
| | GAW00196218 |
| | GAW00196326 |
| | GAW00196341 |
| | GAW00196349 |
| | GAW00196352 |
| | GAW00196568 |
| | GAW00196583 |
| | GAW00196608 |
| | GAW00196899 |
| | GAW00197373 |
| | GAW00197377 |
| | GAW00197385 |
| | GAW00197389 |

| |
|---|
| GAW00197393 |
| GAW00197397 |
| GAW00197400 |
| GAW00197411 |
| GAW00197728 |
| GAW00197731 |
| GAW00197732 |
| GAW00202266 |
| GAW00361587 |
| GAW00361595 |
| GAW00361616 |
| GAW00361617 |
| GAW00361618 |
| GAW00361619 |
| GAW00361620 |
| GAW00361623 |
| GAW00361624 |
| GAW00361625 |
| GAW00361626 |
| GAW00361627 |
| GAW00361629 |
| GAW00361630 |
| GAW00361631 |
| GAW00361632 |
| GAW00361633 |
| GAW00361636 |
| GAW00361637 |
| GAW00361638 |
| GAW00361639 |
| GAW00361640 |
| GAW00361641 |
| GAW00361642 |
| GAW00361643 |
| GAW00361644 |
| GAW00361646 |
| GAW00361650 |
| GAW00361651 |
| GAW00361652 |
| GAW00361653 |

| |
|---|
| GAW00361654 |
| GAW00361655 |
| GAW00361656 |
| GAW00361658 |
| GAW00361659 |
| GAW00361660 |
| GAW00361661 |
| GAW00361662 |
| GAW00361663 |
| GAW00361665 |
| GAW00361666 |
| GAW00361667 |
| GAW00361668 |
| GAW00361670 |
| GAW00361671 |
| GAW00361672 |
| GAW00361673 |
| GAW00361674 |
| GAW00361677 |
| GAW00361678 |
| GAW00514538 |
| GAW00517804 |
| GAW00523262 |
| GAW00529290 |
| GAW00529323 |
| GAW00604287 |
| GAW00618879 |
| GAW00618880 |
| GAW00618881 |
| GAW00618882 |
| GAW00618883 |
| GAW00618884 |
| GAW00618885 |
| GAW00618886 |
| GAW00618887 |
| GAW00618888 |
| GAW00618889 |
| GAW00618890 |
| GAW00618891 |

| |
|---|
| GAW00618892 |
| GAW00619383 |
| GAW00619384 |
| GAW00619632 |
| GAW00619692 |
| GAW00621829 |
| GAW00622030 |
| GAW00622031 |
| GAW00622185 |
| GAW00622213 |
| GAW00623324 |
| GAW00623482 |
| GAW00623483 |
| GAW00624338 |
| GAW00624456 |
| GAW00624907 |
| GAW00624908 |
| GAW00625056 |
| GAW00625057 |
| GAW00625111 |
| GAW00626123 |
| GAW00626408 |
| GAW00630395 |
| GAW00631227 |
| GAW00631228 |
| GAW00631731 |
| GAW00631966 |
| GAW00634386 |
| GAW00634387 |
| GAW00635723 |
| GAW00636049 |
| GAW00636183 |
| GAW00636774 |
| GAW00636775 |
| GAW00641303 |
| GAW00642371 |
| GAW00642894 |
| GAW00642911 |
| GAW00644476 |

| |
|---|
| GAW00644679 |
| GAW00644680 |
| GAW00644681 |
| GAW00644682 |
| GAW00644684 |
| GAW00645524 |
| GAW00645827 |
| GAW00645828 |
| GAW00645829 |
| GAW00647667 |
| GAW00647669 |
| GAW00647670 |
| GAW00647671 |
| GAW00647672 |
| GAW00647673 |
| GAW00647674 |
| GAW00648618 |
| GAW00648619 |
| GAW00648620 |
| GAW00648728 |
| GAW00648729 |
| GAW00648730 |
| GAW00648731 |
| GAW00648732 |
| GAW00648733 |
| GAW00648734 |
| GAW00648735 |
| GAW00648736 |
| GAW00648737 |
| GAW00648738 |
| GAW00649100 |
| GAW00649288 |
| GAW00649333 |
| GAW00650276 |
| GAW00650277 |
| GAW00650278 |
| GAW00650595 |
| GAW00650596 |
| GAW00650618 |

| |
|---|
| GAW00650619 |
| GAW00650620 |
| GAW00653245 |
| GAW00653246 |
| GAW00653247 |
| GAW00653248 |
| GAW00654174 |
| GAW00654704 |
| GAW00654705 |
| GAW00654706 |
| GAW00654707 |
| GAW00654708 |
| GAW00654709 |
| GAW00654826 |
| GAW00654828 |
| GAW00654829 |
| GAW00654830 |
| GAW00654831 |
| GAW00654832 |
| GAW00654833 |
| GAW00654834 |
| GAW00654835 |
| GAW00654836 |
| GAW00654837 |
| GAW00654838 |
| GAW00654839 |
| GAW00654840 |
| GAW00654841 |
| GAW00654842 |
| GAW00654843 |
| GAW00654844 |
| GAW00654845 |
| GAW00654846 |
| GAW00654847 |
| GAW00654848 |
| GAW00654849 |
| GAW00654850 |
| GAW00654851 |
| GAW00654852 |

| | |
|---|---|
| | GAW00654853 |
| | GAW00654854 |
| | GAW00654855 |
| | GAW00654856 |
| | GAW00654857 |
| | GAW00654858 |
| | GAW00657435 |
| | GAW00657436 |
| | GAW00658161 |
| | GAW00658280 |
| | GAW00658281 |
| | GAW00660013 |
| | GAW00663889 |
| | GAW00663892 |
| | GAW00663893 |
| | GAW00665313 |
| | GAW00665314 |
| | GAW00665315 |
| | GAW00666989 |
| | GAW00666990 |
| | GAW00667332 |
| | GAW00667333 |
| | GAW00667404 |
| | GAW00667405 |
| | GAW00667406 |
| | GAW00667407 |
| | GAW00668514 |
| | GAW00668515 |
| | GAW00669978 |
| | GAW00669979 |
| | GAW00669980 |
| | GAW00669981 |
| | GAW00669982 |
| | GAW00669983 |
| | GAW00670044 |
| | GAW00670117 |
| | GAW00670118 |
| | GAW00670119 |
| | GAW00670138 |

| |
|---|
| GAW00671600 |
| GAW00671601 |
| GAW00671602 |
| GAW00672965 |
| GAW00672966 |
| GAW00672967 |
| GAW00672968 |
| GAW00672969 |
| GAW00672970 |
| GAW00672971 |
| GAW00672972 |
| GAW00672973 |
| GAW00672974 |
| GAW00672975 |
| GAW00672976 |
| GAW00672977 |
| GAW00672978 |
| GAW00672979 |
| GAW00672980 |
| GAW00672981 |
| GAW00672982 |
| GAW00672983 |
| GAW00672984 |
| GAW00672985 |
| GAW00672986 |
| GAW00672987 |
| GAW00672988 |
| GAW00672989 |
| GAW00672990 |
| GAW00672991 |
| GAW00672992 |
| GAW00672993 |
| GAW00672994 |
| GAW00672995 |
| GAW00672996 |
| GAW00672997 |
| GAW00672998 |
| GAW00672999 |

| |
|---|
| GAW00673000 |
| GAW00673001 |
| GAW00673002 |
| GAW00673003 |
| GAW00673004 |
| GAW00673005 |
| GAW00673062 |
| GAW00673063 |
| GAW00673066 |
| GAW00673069 |
| GAW00673070 |
| GAW00673071 |
| GAW00673072 |
| GAW00673439 |
| GAW00673440 |
| GAW00673441 |
| GAW00673442 |
| GAW00673443 |
| GAW00673444 |
| GAW00673445 |
| GAW00673446 |
| GAW00673447 |
| GAW00673448 |
| GAW00673449 |
| GAW00673450 |
| GAW00673451 |
| GAW00673452 |
| GAW00673453 |
| GAW00673454 |
| GAW00673455 |
| GAW00673456 |
| GAW00673457 |
| GAW00673458 |
| GAW00673459 |
| GAW00674465 |
| GAW00674466 |
| GAW00674467 |
| GAW00674468 |
| GAW00675907 |

| | |
|---|---|
| | GAW00676147 |
| | GAW00676475 |
| | GAW00676476 |
| | GAW00681234 |
| | GAW00682363 |
| | GAW00682425 |
| | GAW00682426 |
| | GAW00682430 |
| | GAW00682505 |
| | GAW00682506 |
| | GAW00686322 |
| | GAW00686323 |
| | GAW00686345 |
| | GAW00687852 |

## Schedule 2

| Begin Bates |
| --- |
| GAW00361603 |
| GAW00361604 |
| GAW00361605 |
| GAW00361606 |
| GAW00361607 |
| GAW00361608 |
| GAW00361609 |
| GAW00361610 |
| GAW00361611 |
| GAW00361612 |
| GAW00361613 |
| GAW00361614 |
| GAW00361615 |
| GAW00361628 |
| GAW00361635 |
| GAW00361664 |
| GAW00361675 |
| GAW00361676 |
| GAW00361689 |
| GAW00361736 |
| GAW00361764 |
| GAW00361923 |
| GAW00361928 |
| GAW00361952 |
| GAW00362209 |
| GAW00362540 |
| GAW00362588 |
| GAW00362811 |
| GAW00363143 |
| GAW00363242 |
| GAW00363272 |
| GAW00363599 |
| GAW00363815 |
| GAW00363975 |
| GAW00364033 |

| | |
|---|---|
| | GAW00364060 |
| | GAW00364116 |
| | GAW00364585 |
| | GAW00364635 |
| | GAW00364673 |
| | GAW00364795 |
| | GAW00365396 |
| | GAW00365397 |
| | GAW00365398 |
| | GAW00642630 |
| | GAW00644683 |
| | GAW00651961 |
| | GAW00651962 |
| | GAW00651963 |
| | GAW00651964 |
| | GAW00651965 |
| | GAW00651966 |
| | GAW00676170 |