# Exhibit F

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF CONNECTICUT
 3
 4    DENIS MARC AUDET, et. al.,      )
                                      )
 5         Plaintiff,                 )
                                      )
 6         -vs-                       ) No.
                                      ) 3:16-CV-00940
 7    STUART A. FRASER, et. al.,      ) (MPS)
                                      )
 8         Defendants.                )
                                      )
 9                                    )
10
11
12
          VIDEOTAPED EXAMINATION of MAHENDRA PHAGU
13
          _____
14
                        TAKEN ON
15
16            THURSDAY, OCTOBER 31, 2019
17
18
19
20
21
22
23
24    REPORTED BY:
      JESSIE WAACK, RDR, CRR, CCRR, CCR, NYACR, NYRCR
25    JOB NO.:  171118
```

Page 2

1
2
3
4
5
6            VIDEOTAPED EXAMINATION of
7   MAHENDRA PHAGU, taken before
8   JESSICA R. WAACK, Registered Professional
9   Reporter, Registered Merit Reporter,
10  Certified Realtime Reporter, Registered
11  Diplomate Reporter, California Certified
12  Realtime Reporter, Certified Court
13  Reporter in New Jersey, New York
14  Association Certified Reporter, New York
15  Realtime Court Reporter and Notary Public
16  of the State of New York, at Hughes
17  Hubbard & Reed LLP, One Battery Park
18  Plaza, New York, New York, on Thursday,
19  October 31, 2019, commencing at 3:10 p.m.
20  and concluding at 3:59 p.m.
21
22
23
24
25

Page 11

1                     M. PHAGU
2   purchase any products from GAW Miners?
3         A.    Yes.
4         Q.    Did you create each of these
5   accounts yourself?
6         A.    Yes.
7         Q.    So you didn't purchase any of
8   these accounts from someone else?
9         A.    No.
10        Q.    Okay.  Aside from the user
11  names listed here, do you recall having
12  another user name that you used on Hash
13  Talk?
14        A.    Yes.
15        Q.    What was that?
16        A.    I believe it was Next D
17  Media.
18        Q.    Is that the only user name
19  that you used on Hash Talk?
20        A.    I don't recall.
21        Q.    Have you discussed anything
22  related to GAW Miners on any other
23  online forums such as BitCoinTalk.org?
24        A.    I believe, yes.
25        Q.    Do you recall your user name

Page 12

1              M. PHAGU
2  on any of the forums in which you've
3  discussed GAW Miners?
4       A.    I believe it was my email,
5  maybe the Deception Z.
6       Q.    And on which forums did you
7  use Deception Z?
8       A.    Bit Coin Talk.
9       Q.    Any others?
10      A.    No.
11      Q.    Not on Twitter? Reddit?
12      A.    Don't have Twitter.
13      Q.    Just checking.
14            Aside from the email
15 addresses listed here, did you ever use
16 any other email addresses associated
17 with GAW Miners' accounts?
18      A.    No.
19      Q.    Do you recall when you
20 created each of these accounts?
21      A.    It would probably be right
22 around the time where I was in
23 communication with Carlos, I believe it
24 was.
25      Q.    Carlos Garza?