# Exhibit H

```
<!DOCTYPE html>
<html>
<head>
<title>HashTalk - Ideas, Talk, and Hardware - Bitcoin & Scrypt Mining</title>
<meta name="viewport" content="width=device-width, initial-scale=1.0, user-scalable=no"/>
<meta name="content-type" content="text&#x2F;html; charset=UTF-8"/>
<meta name="apple-mobile-web-app-capable" content="yes"/>
<meta property="og:site_name" content="HashTalk"/>
<meta name="keywords"/>
<meta name="msapplication-badge" content="frequency=30; polling-
uri=https:&#x2F;&#x2F;hashtalk.org&#x2F;sitemap.xml"/>
<meta name="msapplication-square150x150logo" content="https:&#x2F;&#x2F;c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com&#x2F;hashtalk3.png"/>
<meta name="title" content="Paycoin ICO Customer Round Q&amp;amp;A from Oct. 1st, 2014 and
Conference Video from Nov. 4, 2014"/>
<meta name="description" content="From the OP ... &amp;quot;If you were hit by a bus on your way to
work tomorrow, without leaving your crypto keys where your heirs could find them, you are caught in a
situation that has no obvious solution. A bank can fix that problem, by overriding the system an..."/>
<meta property="og:title" content="Paycoin ICO Customer Round Q&amp;A from Oct. 1st, 2014 and
Conference Video from Nov. 4, 2014"/>
<meta property="og:description" content="From the OP ... &amp;quot;If you were hit by a bus on your
way to work tomorrow, without leaving your crypto keys where your heirs could find them, you are caught
in a situation that has no obvious solution. A bank can fix that problem, by overriding the system an..."/>
<meta property="og:type" content="article"/>
<meta property="og:url"
content="https:&#x2F;&#x2F;hashtalk.org&#x2F;topic&#x2F;15914&#x2F;paycoin-ico-customer-round-
q-a-from-oct-1st-2014-and-conference-video-from-nov-4-2014"/>
<meta property="og:image"
content="https:&#x2F;&#x2F;secure.gravatar.com&#x2F;avatar&#x2F;c9b3bdedb2725cf8814084f467cc
562c?size=128&amp;default=identicon&amp;rating=pg"/>
<meta property="og:image:url"
content="https:&#x2F;&#x2F;secure.gravatar.com&#x2F;avatar&#x2F;c9b3bdedb2725cf8814084f467cc
562c?size=128&amp;default=identicon&amp;rating=pg"/>
<meta property="article:published_time" content="2014-11-02T04:55:54.830Z"/>
<meta property="article:modified_time" content="2014-12-04T11:41:16.359Z"/>
<meta property="article:section" content="Paycoin &amp;amp; Paybase"/>
<link rel="stylesheet" type="text/css" href="/stylesheet.css?a0a8d474"/>
<link rel="icon" type="image/x-icon" href="/favicon.ico"/>
<link rel="apple-touch-icon" href="/apple-touch-icon"/>
<link rel="alternate" type="application/rss+xml" href="https://hashtalk.org/topic/15914.rss"/>
<link rel="canonical" href="https://hashtalk.org/topic/15914/paycoin-ico-customer-round-q-a-from-oct-
1st-2014-and-conference-video-from-nov-4-2014"/>
<link rel="up" href="https://hashtalk.org/category/26/paycoin-paybase"/>
<!--[if lt IE 9]>
                <script src="//cdnjs.cloudflare.com/ajax/libs/es5-shim/2.3.0/es5-shim.min.js"></script>
                <script src="//cdnjs.cloudflare.com/ajax/libs/html5shiv/3.7/html5shiv.js"></script>
                <script src="//cdnjs.cloudflare.com/ajax/libs/respond.js/1.4.2/respond.js"></script>
                <script>__lt_ie_9__ = 1;</script>
        <![endif]-->
<script>
                var RELATIVE_PATH = "";
                var config =
JSON.parse('{"relative_path":"","socketioTransports":["websocket"],"websocketAddress":"","version":"0.
6.0-dev","siteTitle":"HashTalk","showSiteTitle":false,"postDelay":"15","minimumTitleLength":"7","maxi
mumTitleLength":"255","minimumPostLength":"8","hasImageUploadPlugin":true,"maximumProfileImag
eSize":"256","minimumUsernameLength":"4","maximumUsernameLength":"16","minimumPasswordLen
gth":"6","maximumSignatureLength":"250","useOutgoingLinksPage":true,"allowGuestSearching":false,"a
llowFileUploads":false,"allowTopicsThumbnail":true,"allowAccountDelete":false,"privateUserInfo":false,
"usePagination":false,"disableSocialButtons":false,"disableChat":false,"maxReconnectionAttempts":"5","r
econnectionDelay":"200","tagsPerTopic":"5","topicsPerPage":"20","postsPerPage":"20","maximumFileSi
ze":"2048","theme:id":"nodebb-theme-lavender","defaultLang":"en_GB","userLang":"en_GB","loggedIn"
:false,"cache-buster":"v0.5.0-2-1734-g87435c1","script-buster":"1a0ed921","css-buster":"a0a8d474","requ
ireEmailConfirmation":true,"topicPostS
```

```
ort":"oldest_to_newest","csrf_token":"OmD8J6wj-4a_Nm-
HrC3qR4sURya3CBThogU4","searchEnabled":true}');
                var app = {};
                app.user =
JSON.parse('{"username":"Guest","userslug":"","picture":"https://secure.gravatar.com/avatar/d415f0e30c4
71dfdd9bc4f827329ef48?size=128&default=identicon&rating=pg","status":"offline","banned":false,"uid":
0,"isAdmin":false,"email:confirmed":false}');
        </script>
<script src="/nodebb.min.js?1a0ed921"></script>
<script>
                require.config({
                        baseUrl: "/src/modules",
                        waitSeconds: 3,
                        urlArgs: "v0.5.0-2-1734-g87435c1",
                        paths: {
                                'forum': '../forum',
                                'vendor': '../../vendor'
                        }
                });
        </script>
<style type="text/css">.post-content{min-height:60px}.tag-item{background-color:white}.post-signature
img{max-height:40px}</style>
</head>
<body>
<div class="navbar navbar-default navbar-fixed-top header" role="navigation" id="header-menu">
<div class="loading-bar"></div>
<div class="container">
<div class="navbar-header">
<button type="button" class="navbar-toggle" data-toggle="collapse" data-target=".navbar-collapse">
<span class="icon-bar"></span>
<span class="icon-bar"></span>
<span class="icon-bar"></span>
</button>
<div>
<a href="/">
<img class=" forum-logo" src="https://c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com/hashtalk3.png"/>
</a>
<div class="header-topic-title visible-xs">
<span></span>
</div>
</div>
</div>
<div class="navbar-collapse collapse navbar-ex1-collapse">
<ul id="main-nav" class="nav navbar-nav pull-left">
<li>
<a href="/recent" title="Recent">
<i class="fa fa-fw fa-clock-o"></i><span class="visible-xs-inline"> Recent</span>
</a>
</li>
<li>
<a href="/tags" title="Tags">
<i class="fa fa-fw fa-tags"></i><span class="visible-xs-inline"> Tags</span>
</a>
</li>
<li>
<a href="/popular" title="Popular">
<i class="fa fa-fw fa-fire"></i><span class="visible-xs-inline"> Popular</span>
</a>
</li>
<li>
<a href="/users" title="Users">
<i class="fa fa-fw fa-users"></i><span class="visible-xs-inline"> Users</span>
```

```
</a>
</li>
<li class="visible-xs">
<a href="/search" title="Search" id="mobile-search-button">
<i class="fa fa-search fa-fw"></i> Search
</a>
</li>
</ul>
<ul id="logged-out-menu" class="nav navbar-nav navbar-right pull-right">
<li>
<a href="/register">
<i class="fa fa-pencil visible-xs-inline"></i>
<span>Register</span>
</a>
</li>
<li>
<a href="/login">
<i class="fa fa-sign-in visible-xs-inline"></i>
<span>Login</span>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right">
<li>
<form id="search-form" class="navbar-form navbar-right hidden-xs" role="search" method="GET"
action="">
<div class="hide" id="search-fields">
<div class="form-group">
<input type="text" class="form-control" placeholder="Search" name="query" value="">
</div>
<button type="submit" class="btn btn-default hide">Search</button>
</div>
<button id="search-button" type="button" class="btn btn-link"><i class="fa fa-search fa-fw"
title="Search"></i></button>
</form>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pull-right">
<li>
<a href="#" id="reconnect" class="hide" title="Connection to HashTalk has been lost, attempting to
reconnect...">
<i class="fa fa-check"></i>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pagination-block hidden visible-lg visible-md">
<li class="dropdown">
<i class="fa fa-angle-double-up pointer fa-fw pagetop"></i>
<i class="fa fa-angle-up pointer fa-fw pageup"></i>
<a href="#" class="dropdown-toggle" data-toggle="dropdown">
<span id="pagination"></span>
</a>
<i class="fa fa-angle-down pointer fa-fw pagedown"></i>
<i class="fa fa-angle-double-down pointer fa-fw pagebottom"></i>
<div class="progress-container">
<div class="progress-bar"></div>
</div>
<ul class="dropdown-menu" role="menu">
<input type="text" class="form-control" id="indexInput" placeholder="Enter index">
</ul>
</li>
</ul>
<div class="header-topic-title hidden-xs">
```

```
<span></span>
</div>
</div>
</div>
</div>
<div class="container" id="content">
<noscript>
<div class="alert alert-danger">
<p>
Your browser does not seem to support JavaScript. As a result, your viewing experience will be
diminished, and you have been placed in <strong>read-only mode</strong>.
</p>
<p>
Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).
</p>
</div>
</noscript>
<input type="hidden" template-variable="topic_id" value="15914"/>
<input type="hidden" template-variable="topic_slug" value="15914/paycoin-ico-customer-round-q-a-
from-oct-1st-2014-and-conference-video-from-nov-4-2014"/>
<input type="hidden" template-variable="category_id" value="26"/>
<input type="hidden" template-variable="currentPage" value="4"/>
<input type="hidden" template-variable="pageCount" value="7"/>
<input type="hidden" template-variable="locked" template-type="boolean" value="false"/>
<input type="hidden" template-variable="deleted" template-type="boolean" value="false"/>
<input type="hidden" template-variable="pinned" template-type="boolean" value="false"/>
<input type="hidden" template-variable="topic_name" value="Paycoin ICO Customer Round Q&amp;A
from Oct. 1st, 2014 and Conference Video from Nov. 4, 2014"/>
<input type="hidden" template-variable="postcount" value="134"/>
<input type="hidden" template-variable="viewcount" value="8928"/>
<div class="topic">
<ol class="breadcrumb">
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<a href="/" itemprop="url">
<span itemprop="title">
Home
</span>
</a>
</li>
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<a href="/category/26/paycoin-paybase" itemprop="url">
<span itemprop="title">
Paycoin &amp; Paybase
</span>
</a>
</li>
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<span itemprop="title">
Paycoin ICO Customer Round Q&amp;A from Oct. 1st, 2014 and Conference Video from Nov. 4, 2014
<a target="_blank" href="/topic/15914.rss"><i class="fa fa-rss-square"></i></a>
</span>
</li>
<div class="loading-indicator pull-right" done="0" style="display:none;">
<i class="fa fa-refresh fa-spin"></i>
</div>
</ol>
<ul id="post-container" class="posts" data-tid="15914">
<li class="post-row" data-pid="327093" data-uid="4834" data-username="Notthisway" data-
userslug="notthisway" data-index="61" data-timestamp="1414980222737" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_61" name="61"></a>
<meta itemprop="datePublished" content="2014-11-03T02:03:42.737Z">
<meta itemprop="dateModified" content="2014-11-03T02:18:23.329Z">
```

```
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/notthisway">
<img
src="https://secure.gravatar.com/avatar/c9b3bdedb2725cf8814084f467cc562c?size=128&default=identico
n&rating=pg" alt="Notthisway" class="profile-image user-img" title="Notthisway">
</a>
<small class="username" title="Notthisway"><a href="/user/notthisway">Notthisway</a></small>
</div>
<div class="topic-text">
<h3 class="topic-title">
<p id="topic_title_327093" class="topic-title" itemprop="name"><i class="fa fa-thumb-tack hide"></i> <i
class="fa fa-lock hide"></i> Paycoin ICO Customer Round Q&amp;A from Oct. 1st, 2014 and Conference
Video from Nov. 4, 2014</p>
<hr>
</h3>
<div id="content_327093" class="post-content" itemprop="text"><p>From the OP ...<br/>
&quot;If you were hit by a bus on your way to work tomorrow, without leaving your crypto keys where
your heirs could find them, you are caught in a situation that has no obvious solution. A bank can fix that
problem, by overriding the system and moving your money to your heirs.&quot;</p>
<p>So Zen's central bank will hold our private keys?<br/>
That's not OK in my book.<br/>
&quot;You will pry my private keys from my cold dead hands&quot;<br/>
I can't attribute this quote but I'm sure someone said it before me <img class="emoji emoji-extended img-
responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png"
title=":)" alt=":)"/></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Notthisway" data-uid="4834">
<strong><a href="/user/notthisway" itemprop="author">Notthisway</a></strong> posted <span
class="timeago" title="2014-11-03T02:03:42.737Z"></span>
</span>
</span>
<span>, last edited by <strong><a href="/user/notthisway">Notthisway</a></strong> <span
class="timeago" title="2014-11-03T02:18:23.329Z"></span></span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327093" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327093">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
```

```
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327093_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327147" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="62" data-timestamp="1414980833045" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_62" name="62"></a>
<meta itemprop="datePublished" content="2014-11-03T02:13:53.045Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327147" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/notthisway">@Notthisway</a> said:</p>
<blockquote>
<p>From the OP ...<br/>
&quot;If you were hit by a bus on your way to work tomorrow, without leaving your crypto keys where
your heirs could find them, you are caught in a situation that has no obvious solution. A bank can fix that
problem, by overriding the system and moving your money to your heirs.&quot;</p>
<p>So Zen's central bank will hold our private keys?</p>
</blockquote>
<p>No. He is saying that a central bank adds extra security and legitimacy to the crypto. If you are using
```

the online wallet, and it is tied to the central bank, the account can be more readily transferred to an heir, while a flash drive from the deceased would have to be known about and found. Your heirs would not necessarily understand what cryptos are. That is what he meant by that. It was not Josh who stated that actually, but one of the people who responded to a question that was posed. Your current online wallet at GAW is more secure than is one on a usb drive, under such circumstances as being run-over by a truck. At least the account could be taken over by an heir immediately upon opening the browser and signing in. Of course, you would have to probably approach GAW with the necessary paperwork to get the account password reset, as you probably would not necessarily know it.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-03T02:13:53.045Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327147" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327147">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327147_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>

```
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327195" data-uid="4709" data-username="Du_ing Squat" data-
userslug="du_ing-squat" data-index="63" data-timestamp="1414981404794" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_63" name="63"></a>
<meta itemprop="datePublished" content="2014-11-03T02:23:24.794Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/du_ing-squat">
<img src="https://i.imgur.com/kcph1ju.png" alt="Du_ing Squat" class="profile-image user-img"
title="Du_ing Squat">
</a>
<small class="username" title="Du_ing Squat"><a href="/user/du_ing-squat">Du_ing Squat</a></small>
</div>
<div class="topic-text">
<div id="content_327195" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> So stupid trivia question... what is the location Tues
evening?</p>
</div>
<div class="post-signature"><p>CHACHING&gt;&gt;BTC&gt;
14imFxCaWF97SzY5yiEy9dKcqwTQ3Z1YwT<br/>
BOOYAH&gt;&gt; XPY&gt; PTJyEbooPiGX3jChSM562xSWDrrq2RbVHf<br/>
&lt;&lt;TRADE YA&gt;&gt; 23695aafef2706ee846ef9ff6c475ce1512854af</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Du_ing Squat" data-uid="4709">
<strong><a href="/user/du_ing-squat" itemprop="author">Du_ing Squat</a></strong> posted <span
class="timeago" title="2014-11-03T02:23:24.794Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327195" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327195">
<li role="presentation">
```

```
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327195_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327198" data-uid="4834" data-username="Notthisway" data-
userslug="notthisway" data-index="64" data-timestamp="1414981451566" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_64" name="64"></a>
<meta itemprop="datePublished" content="2014-11-03T02:24:11.566Z">
<meta itemprop="dateModified" content="2014-11-03T02:25:14.072Z">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/notthisway">
<img
src="https://secure.gravatar.com/avatar/c9b3bdedb2725cf8814084f467cc562c?size=128&default=identico
n&rating=pg" alt="Notthisway" class="profile-image user-img" title="Notthisway">
</a>
<small class="username" title="Notthisway"><a href="/user/notthisway">Notthisway</a></small>
</div>
<div class="topic-text">
<div id="content_327198" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/notthisway">@Notthisway</a> said:</p>
<blockquote>
```

```
<p>From the OP ...<br/>
&quot;If you were hit by a bus on your way to work tomorrow, without leaving your crypto keys where
your heirs could find them, you are caught in a situation that has no obvious solution. A bank can fix that
problem, by overriding the system and moving your money to your heirs.&quot;</p>
<p>So Zen's central bank will hold our private keys?</p>
</blockquote>
<p>No. He is saying that a central bank adds extra security and legitimacy to the crypto. If you are using
the online wallet, and it is tied to the central bank, the account can be more readily transferred to an heir,
while a flash drive from the deceased would have to be known about and found. Your heirs would not
necessarily understand what cryptos are. That is what he meant by that. It was not Josh who stated that
actually, but one of the people who responded to a question that was posed. Your current online wallet at
GAW is more secure than is one on a usb drive, under such circumstances as being run-over by a truck. At
least the account could be taken over by an heir immediately upon opening the browser and signing in. Of
course, you would have to probably approach GAW with the necessary paperwork to get the account
password reset, as you probably would not necessarily know it.</p>
</blockquote>
<p>&quot;If you were hit by a bus on your way to work tomorrow, without leaving your crypto keys
where your heirs could find them, you are caught in a situation that has no obvious solution.&quot;. This
implies that the heirs don't have the private key.<br/>
&quot;A bank can fix that problem, by overriding the system &quot;<br/>
This would seem to say they can do it without the private key.<br/>
Perhaps it just me that reads it that way <img class="emoji emoji-extended img-responsive"
src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)"
alt=":)"/></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Notthisway" data-uid="4834">
<strong><a href="/user/notthisway" itemprop="author">Notthisway</a></strong> posted <span
class="timeago" title="2014-11-03T02:24:11.566Z"></span>
</span>
</span>
<span>, last edited by <strong><a href="/user/notthisway">Notthisway</a></strong> <span
class="timeago" title="2014-11-03T02:25:14.072Z"></span></span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327198" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327198">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
```

```
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327198_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327247" data-uid="3215" data-username="davisgreen" data-
userslug="davisgreen" data-index="65" data-timestamp="1414982196181" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_65" name="65"></a>
<meta itemprop="datePublished" content="2014-11-03T02:36:36.181Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/davisgreen">
<img src="https://i.imgur.com/jJ0vhTa.gif" alt="davisgreen" class="profile-image user-img"
title="davisgreen">
</a>
<small class="username" title="davisgreen"><a href="/user/davisgreen">davisgreen</a></small>
</div>
<div class="topic-text">
<div id="content_327247" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/davisgreen">@davisgreen</a> said:</p>
<blockquote>
<p>Sounds Great</p>
<p>Just one question!!!</p>
<p>How are Crypto ICO's been looked at by the current regulations and Authorities in the US.</p>
<p>Are Crypto ICO in the grey area!! and you think there might be a future regulation which will put all
Crypto ICO into the black zone!</p>
<p>Thanks in Advance</p>
</blockquote>
<p>Your question is very timely. Currently the SEC, and various other branches of the U.S. government,
are looking at crowd-funding efforts being developed through cryptographic-shares. The obvious question
is whether cryptographic-shares fall under the regulatory arm of the SEC. Since the U.S. government does
not know how to address cryptographic anything currently, the whole subject, including &quot;digital
common stock,&quot; elude their regulations. What constitutes the difference between a penny stock and a
cryptographic-share? This is currently being debated, and there are actually a number of large companies
looking at this new phenomenon to skirt current accounting and financial disclosure regulations of
```

companies which are considered publicly held. Since these shares do not really trade on anything resembling a stock exchange, it technically falls outside of the purview of SEC, at least for now.</p>
<p><a href="https://cryptostocks.com/">https://cryptostocks.com/</a></p>
<p><a href="http://www.coindesk.com/crypto-2-0-companies-rebuff-sec-crackdown-rumors/">http://www.coindesk.com/crypto-2-0-companies-rebuff-sec-crackdown-rumors/</a></p>
<p>On this one, Overstock.com threatens to issue corporate stock as Cryptographic-shares to outside investors, skirting SEC and other regulatory requirements for public financial auditing and disclosure.</p>
<p><a href="http://bitshares.org/overstock-to-cryptostock/">http://bitshares.org/overstock-to-cryptostock/</a></p>
<p>These are starting points for you. <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
<p>Allen</p>
</blockquote>
<p>Thanks <a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> for your quick reply and providing the links.</p>
<p>I do undertand that for now, its ok with the ICO, but my real question is about the future.<br/>
Do you think there will /can be a future regulation which will put all previous Crypto ICO's into the black zone as illegal. And even if there is only a slightest chance of such a regulation to happen, then why take the risk by going the ICO route!!!!!!!<br/>
And if ever there happens to be such a regulation, what happens to Hashcoin (codename) then!!!!!</p>
<p>Thanks in advance</p>
</div>
<div class="post-signature"><p><a href="https://btcjam.com/listings/29692-hashlets-and-more-hashlets-(part-2)">Fund my btcjam loan :)</a><br/>
<strong><a href="http://www.youtube.com/watch?v=yzajkYgxu_w">UroCoin will change the commodity trade for ever.</a></strong> <a href="http://uroex.com">Uro Exchange</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="davisgreen" data-uid="3215">
<strong><a href="/user/davisgreen" itemprop="author">davisgreen</a></strong> posted <span class="timeago" title="2014-11-03T02:36:36.181Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327247" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327247">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i

```
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327247_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327257" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="66" data-timestamp="1414982277804" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_66" name="66"></a>
<meta itemprop="datePublished" content="2014-11-03T02:37:57.804Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327257" class="post-content" itemprop="text"><p>@Scotterdu said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> So stupid trivia question...
what is the location Tues evening?<br/>
They will post a link in the thread over there in Announcements that will take you to the video stream.
<img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-
emoji-extended/images/grinning.png" title=":)" alt=":)"/> They have not done that as yet, I do not believe.
<img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-
emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
</blockquote>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct
analysis.</p>
<p>Twitter: @ashinners1980s<br/>
```

```
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-03T02:37:57.804Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327257" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327257">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327257_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
```

```
</li>
<li class="post-row" data-pid="327264" data-uid="4709" data-username="Du_ing Squat" data-
userslug="du_ing-squat" data-index="67" data-timestamp="1414982360224" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_67" name="67"></a>
<meta itemprop="datePublished" content="2014-11-03T02:39:20.224Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/du_ing-squat">
<img src="https://i.imgur.com/kcph1ju.png" alt="Du_ing Squat" class="profile-image user-img"
title="Du_ing Squat">
</a>
<small class="username" title="Du_ing Squat"><a href="/user/du_ing-squat">Du_ing Squat</a></small>
</div>
<div class="topic-text">
<div id="content_327264" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> Thats why I was asking, I hadn't seen anything yet.TY</p>
</div>
<div class="post-signature"><p>CHACHING&gt;&gt;BTC&gt;
14imFxCaWF97SzY5yiEy9dKcqwTQ3Z1YwT<br/>
BOOYAH&gt;&gt; XPY&gt; PTJyEbooPiGX3jChSM562xSWDrrq2RbVHf<br/>
&lt;&lt;TRADE YA&gt;&gt; 23695aafef2706ee846ef9ff6c475ce1512854af</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Du_ing Squat" data-uid="4709">
<strong><a href="/user/du_ing-squat" itemprop="author">Du_ing Squat</a></strong> posted <span
class="timeago" title="2014-11-03T02:39:20.224Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327264" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327264">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
```

```
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327264_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327265" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="68" data-timestamp="1414982380680" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_68" name="68"></a>
<meta itemprop="datePublished" content="2014-11-03T02:39:40.680Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327265" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/notthisway">@Notthisway</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/notthisway">@Notthisway</a> said:</p>
<blockquote>
<p>From the OP ...<br/>
&quot;If you were hit by a bus on your way to work tomorrow, without leaving your crypto keys where
your heirs could find them, you are caught in a situation that has no obvious solution. A bank can fix that
problem, by overriding the system and moving your money to your heirs.&quot;</p>
<p>So Zen's central bank will hold our private keys?</p>
</blockquote>
<p>No. He is saying that a central bank adds extra security and legitimacy to the crypto. If you are using
the online wallet, and it is tied to the central bank, the account can be more readily transferred to an heir,
```

while a flash drive from the deceased would have to be known about and found. Your heirs would not necessarily understand what cryptos are. That is what he meant by that. It was not Josh who stated that actually, but one of the people who responded to a question that was posed. Your current online wallet at GAW is more secure than is one on a usb drive, under such circumstances as being run-over by a truck. At least the account could be taken over by an heir immediately upon opening the browser and signing in. Of course, you would have to probably approach GAW with the necessary paperwork to get the account password reset, as you probably would not necessarily know it.</p>
</blockquote>
<p>&quot;If you were hit by a bus on your way to work tomorrow, without leaving your crypto keys where your heirs could find them, you are caught in a situation that has no obvious solution.&quot;. This implies that the heirs don't have the private key.<br/>
&quot;A bank can fix that problem, by overriding the system &quot;<br/>
This would seem to say they can do it without the private key.<br/>
Perhaps it just me that reads it that way <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
</blockquote>
<p>When you have Bitcoin in your account at GAW, on Zencloud, you do not possess the private keys. Until you request the withdrawal, the coins are being taken from the hot or cold wallet, generally speaking it is the hot wallet they use to transfer from. A central bank would be no different.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-03T02:39:40.680Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327265" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327265">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>

```
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327265_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327277" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="69" data-timestamp="1414982521692" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_69" name="69"></a>
<meta itemprop="datePublished" content="2014-11-03T02:42:01.692Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327277" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/davisgreen">@davisgreen</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/davisgreen">@davisgreen</a> said:</p>
<blockquote>
<p>Sounds Great</p>
<p>Just one question!!!</p>
<p>How are Crypto ICO's been looked at by the current regulations and Authorities in the US.</p>
<p>Are Crypto ICO in the grey area!! and you think there might be a future regulation which will put all
Crypto ICO into the black zone!</p>
<p>Thanks in Advance</p>
</blockquote>
<p>Your question is very timely. Currently the SEC, and various other branches of the U.S. government,
are looking at crowd-funding efforts being developed through cryptographic-shares. The obvious question
```

is whether cryptographic-shares fall under the regulatory arm of the SEC. Since the U.S. government does not know how to address cryptographic anything currently, the whole subject, including &quot;digital common stock,&quot; elude their regulations. What constitutes the difference between a penny stock and a cryptographic-share? This is currently being debated, and there are actually a number of large companies looking at this new phenomenon to skirt current accounting and financial disclosure regulations of companies which are considered publicly held. Since these shares do not really trade on anything resembling a stock exchange, it technically falls outside of the purview of SEC, at least for now.</p>
<p><a href="https://cryptostocks.com/">https://cryptostocks.com/</a></p>
<p><a href="http://www.coindesk.com/crypto-2-0-companies-rebuff-sec-crackdown-rumors/">http://www.coindesk.com/crypto-2-0-companies-rebuff-sec-crackdown-rumors/</a></p>
<p>On this one, Overstock.com threatens to issue corporate stock as Cryptographic-shares to outside investors, skirting SEC and other regulatory requirements for public financial auditing and disclosure.</p>
<p><a href="http://bitshares.org/overstock-to-cryptostock/">http://bitshares.org/overstock-to-cryptostock/</a></p>
<p>These are starting points for you. <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
<p>Allen</p>
</blockquote>
<p>Thanks <a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> for your quick reply and providing the links.</p>
<p>I do undertand that for now, its ok with the ICO, but my real question is about the future.<br/>
Do you think there will /can be a future regulation which will put all previous Crypto ICO's into the black zone as illegal. And even if there is only a slightest chance of such a regulation to happen, then why take the risk by going the ICO route!!!!!!!<br/>
And if ever there happens to be such a regulation, what happens to Hashcoin (codename) then!!!!!</p>
<p>Thanks in advance</p>
</blockquote>
<p>I think in a few years one heck of a lot of laws would have to be properly concocted to address it, but in this country, you cannot reach back in time. We call that &quot;grandfathering.&quot; All they can effectively do is affect those which come after legislation has been accomplished. <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-03T02:42:01.692Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327277" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327277">
<li role="presentation">
</li>

```
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327277_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327280" data-uid="4834" data-username="Notthisway" data-
userslug="notthisway" data-index="70" data-timestamp="1414982600178" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_70" name="70"></a>
<meta itemprop="datePublished" content="2014-11-03T02:43:20.178Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/notthisway">
<img
src="https://secure.gravatar.com/avatar/c9b3bdedb2725cf8814084f467cc562c?size=128&default=identico
n&rating=pg" alt="Notthisway" class="profile-image user-img" title="Notthisway">
</a>
<small class="username" title="Notthisway"><a href="/user/notthisway">Notthisway</a></small>
</div>
<div class="topic-text">
<div id="content_327280" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>When you have Bitcoin in your account at GAW, on Zencloud, you do not possess the private keys.
Until you request the withdrawal, the coins are being taken from the hot or cold wallet, generally speaking
it is the hot wallet they use to transfer from. A central bank would be no different.</p>
```

```
</blockquote>
<p>Does this mean Zen offer a hosted wallet service where they control the key, but also a downloadable
wallet where I control my keys ?</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Notthisway" data-uid="4834">
<strong><a href="/user/notthisway" itemprop="author">Notthisway</a></strong> posted <span
class="timeago" title="2014-11-03T02:43:20.178Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327280" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327280">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327280_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
```

```
</div>
</div>
</li>
<li class="post-row" data-pid="327285" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="71" data-timestamp="1414982719466" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_71" name="71"></a>
<meta itemprop="datePublished" content="2014-11-03T02:45:19.466Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327285" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/notthisway">@Notthisway</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>When you have Bitcoin in your account at GAW, on Zencloud, you do not possess the private keys.
Until you request the withdrawal, the coins are being taken from the hot or cold wallet, generally speaking
it is the hot wallet they use to transfer from. A central bank would be no different.</p>
</blockquote>
<p>Does this mean Zen offer a hosted wallet service where they control the key, but also a downloadable
wallet where I control my keys ?</p>
</blockquote>
<p>All online wallets' private keys are in the possession of the service providing the online wallets. If you
want to have and retain your own private keys, you have to withdraw your cryptos to the respective offline
wallet you have on your computer, yes. As Josh has stated, there will be an offline, downloadable wallet
you can use, correct.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct
analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-03T02:45:19.466Z"></span>
</span>
</span>
</small>
```

```
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327285" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327285">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327285_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327289" data-uid="4834" data-username="Notthisway" data-
userslug="notthisway" data-index="72" data-timestamp="1414982792246" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_72" name="72"></a>
<meta itemprop="datePublished" content="2014-11-03T02:46:32.246Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/notthisway">
<img
src="https://secure.gravatar.com/avatar/c9b3bdedb2725cf8814084f467cc562c?size=128&default=identico
n&rating=pg" alt="Notthisway" class="profile-image user-img" title="Notthisway">
</a>
<small class="username" title="Notthisway"><a href="/user/notthisway">Notthisway</a></small>
```

```
</div>
<div class="topic-text">
<div id="content_327289" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>All online wallets' private keys are in the possession of the service providing the online wallets. If you
want to have and retain your own private keys, you have to withdraw your cryptos to the respective offline
wallet you have on your computer, yes. As Josh has stated, there will be an offline, downloadable wallet
you can use, correct.</p>
</blockquote>
<p>OK. thank you, that answers my question,</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Notthisway" data-uid="4834">
<strong><a href="/user/notthisway" itemprop="author">Notthisway</a></strong> posted <span
class="timeago" title="2014-11-03T02:46:32.246Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327289" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327289">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327289_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
</div>
&bull;
```

```
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327296" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="73" data-timestamp="1414982870588" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_73" name="73"></a>
<meta itemprop="datePublished" content="2014-11-03T02:47:50.588Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327296" class="post-content" itemprop="text"><p>@Scotterdu said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> Thats why I was asking, I
hadn't seen anything yet.TY</p>
</blockquote>
<p>No I. LOL</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct
analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-03T02:47:50.588Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327296" data-
```

```
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327296">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327296_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327300" data-uid="5002" data-username="bitstoned" data-
userslug="bitstoned" data-index="74" data-timestamp="1414983037659" data-votes="3" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_74" name="74"></a>
<meta itemprop="datePublished" content="2014-11-03T02:50:37.659Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/bitstoned">
<img
src="https://secure.gravatar.com/avatar/fd04f9f1e817b19dcaba57a1018a17d6?size=128&default=identico
n&rating=pg" alt="bitstoned" class="profile-image user-img" title="bitstoned">
</a>
<small class="username" title="bitstoned"><a href="/user/bitstoned">bitstoned</a></small>
</div>
<div class="topic-text">
```

```
<div id="content_327300" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Some miners may not want to use their Hashpoints to buy the coin, choosing instead to use their points
to purchase AMPs for their Hashlets in the future.</p>
</blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Hashpoints will not continue, because the new currency of Hashbase will be Hashcoin, not Hashpoints.
To purchase AMPs and other items in the HashStore, once it comes online, you will either use Hashcoin or
BTC from your account wallet.</p>
</blockquote>
<p>sorry if this has been covered, but which one of these statements is correct?<br/>
sounds like you're welcome to save your HP for the store, but the store won't welcome your HP <img
class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-
extended/images/stuck_out_tongue.png" title="stuck_out_tongue" alt=":stuck_out_tongue:"/></p>
</div>
<div class="post-signature"><p><img src="http://orionbelt.net/img/obc-logo.svg#180px" alt="Orion Belt
Community"/></p>
<p>&quot;This forum is so full of nuts,<br/>
I'm surprised we don't have more squirrels registered&quot; ^^,</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="bitstoned" data-uid="5002">
<strong><a href="/user/bitstoned" itemprop="author">bitstoned</a></strong> posted <span
class="timeago" title="2014-11-03T02:50:37.659Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327300" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327300">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
```

```
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327300_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="3">3</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327332" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="75" data-timestamp="1414983506252" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_75" name="75"></a>
<meta itemprop="datePublished" content="2014-11-03T02:58:26.252Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327332" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/bitstoned">@bitstoned</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Some miners may not want to use their Hashpoints to buy the coin, choosing instead to use their points
to purchase AMPs for their Hashlets in the future.</p>
</blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Hashpoints will not continue, because the new currency of Hashbase will be Hashcoin, not Hashpoints.
To purchase AMPs and other items in the HashStore, once it comes online, you will either use Hashcoin or
BTC from your account wallet.</p>
</blockquote>
<p>sorry if this has been covered, but which one of these statements is correct?<br/>
sounds like you're welcome to save your HP for the store, but the store won't welcome your HP <img
class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-
extended/images/stuck_out_tongue.png" title="stuck_out_tongue" alt=":stuck_out_tongue:"/></p>
</blockquote>
<p>All are correct as far as has been indicated, because after you no longer can mine HPs, the only way to
```

acquire them is through the forum upvote process and BTC balance in your wallet. I do not believe that GAW is forcing people to convert to HCs in the beginning, but by indication, there could be basically four different currency metrics in peoples' accounts, HCs, HPs left over, and BTC/USD. They could force-convert all HPs and be completely done with them after the ICO, but I doubt it. There would be no effective way to do it without hurting a lot of people. However, this has not been stated as yet.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-03T02:58:26.252Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327332" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327332">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327332_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">

```
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327354" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="76" data-timestamp="1414983640339" data-votes="3" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_76" name="76"></a>
<meta itemprop="datePublished" content="2014-11-03T03:00:40.339Z">
<meta itemprop="dateModified" content="2014-11-03T03:00:58.261Z">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327354" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/bitstoned">@bitstoned</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Some miners may not want to use their Hashpoints to buy the coin, choosing instead to use their points
to purchase AMPs for their Hashlets in the future.</p>
</blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Hashpoints will not continue, because the new currency of Hashbase will be Hashcoin, not Hashpoints.
To purchase AMPs and other items in the HashStore, once it comes online, you will either use Hashcoin or
BTC from your account wallet.</p>
</blockquote>
<p>sorry if this has been covered, but which one of these statements is correct?<br/>
sounds like you're welcome to save your HP for the store, but the store won't welcome your HP <img
class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-
extended/images/stuck_out_tongue.png" title="stuck_out_tongue" alt=":stuck_out_tongue:"/></p>
</blockquote>
<p>There are obvious logistical aspects that they need to work out and eventually disclose here. You
should pose the question for the summit on Tuesday! It certainly is a valid concern <img class="emoji
emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-
extended/images/grinning.png" title=":)" alt=":)"/></p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct
analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
```

```
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-03T03:00:40.339Z"></span>
</span>
</span>
<span>, last edited by <strong><a href="/user/allen1980s">Allen1980s</a></strong> <span
class="timeago" title="2014-11-03T03:00:58.261Z"></span></span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327354" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327354">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327354_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="3">3</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327469" data-uid="4810" data-username="diegoc" data-userslug="diegoc"
```

```
data-index="77" data-timestamp="1414985130077" data-votes="3" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_77" name="77"></a>
<meta itemprop="datePublished" content="2014-11-03T03:25:30.077Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/diegoc">
<img src="https://i.imgur.com/kJQ3GEg.gif" alt="diegoc" class="profile-image user-img" title="diegoc">
</a>
<small class="username" title="diegoc"><a href="/user/diegoc">diegoc</a></small>
</div>
<div class="topic-text">
<div id="content_327469" class="post-content" itemprop="text"><p>Hello everyone: Here is what I am
concerned about: I do own primes, a few, but I don't like the part that public will be able to mine
Hashcoins but in zen cloud, only primes, I know we pay more for the primes, and primes should produce a
lot more hashcoin and have some new cool features, but where does it leaves us as GAW customers if
outside miners can mine hashcoin and actual GAW customes with zens and other hashlets not? what do
you think about this?</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="diegoc" data-uid="4810">
<strong><a href="/user/diegoc" itemprop="author">diegoc</a></strong> posted <span class="timeago"
title="2014-11-03T03:25:30.077Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327469" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327469">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
```

```
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_327469_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="3">3</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="327576" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="78" data-timestamp="1414987077452" data-votes="2" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_78" name="78"></a>
<meta itemprop="datePublished" content="2014-11-03T03:57:57.452Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_327576" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/diegoc">@diegoc</a> said:</p>
<blockquote>
<p>Hello everyone: Here is what I am concerned about: I do own primes, a few, but I don't like the part
that public will be able to mine Hashcoins but in zen cloud, only primes, I know we pay more for the
primes, and primes should produce a lot more hashcoin and have some new cool features, but where does it
leaves us as GAW customers if outside miners can mine hashcoin and actual GAW customes with zens
and other hashlets not? what do you think about this?</p>
</blockquote>
<p>Well, to me it is fairly straight forward. Primes have always had the ability to mine any pool, except
SHA, at the owner's whim. Nothing is changing there in the future. All other Hashlets, including Genesis,
have been pool or coin-specific. What has changed? What is changing? Nothing really. We do not know
the details of outside mining rigs pointing to a specific HC pool as yet. What if the coin is SHA-256 based?
That limits the pool of miners down a great degree. What if there is a scrypt pool that also mines HC? In
any case, you have miners that have a choice as to where they can point their rigs and to what coin of their
choice, much the same way as Primes currently. Outside miners will also be paying pool fees on top of
their own electrical costs. I do not think we are speaking of strictly price here. We are speaking of
capabilities that are directly associated with price. A miner that can switch to whichever algorithm or pool
it chooses should command a much heftier price than a rig that can only
```

mine a certain coin. All of the solos were sold specific to a pool. Many purchased MultiHashlets because they either liked Multipool or they could really only afford the price. Zens are exclusive to Zenpool. Everyone knew that coming into the game. I will say, however, that Zenpool was never supposed to be second or third to any other pool. It was constantly marketed as the highest paying pool. Today it is not the highest paying pool. That is the only issue I have with any of the current and future setup. I have far more Zens than I do Primes, and I would love it if Zenpool became HCpool. Also, there is nothing saying that all Prime owners will even point their Primes to HC. Many have stated here before that their sole interest is acquiring BTC. Will that change? For some maybe, for others not. Prime owners bought the ability to mine whatever they want. All Primes were guaranteed to mine whatever pool, including SHA at some point in the future, they wished. All new pools would either have their own Hashlets,

or would be an option for Prime owners. This was all laid out from the outset when Primes made their debut. Nothing appears to be changing at all actually.</p>

</div>

<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>

<p>Twitter: @ashinners1980s<br/>

Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>

</div>

</div>

</div>

</div>

</div>

<div class="topic-footer">

<div class="row">

<div class="">

<small class="pull-right">

<span>

<i class="fa fa-circle status offline" title='Offline'></i>

<span class="username-field" data-username="Allen1980s" data-uid="2015">

<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-03T03:57:57.452Z"></span>

</span>

</span>

</small>

<div class="dropdown share-dropdown">

<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_327576" data-toggle="dropdown">

<i class="fa fa-heart"></i>

</a>

<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_327576">

<li role="presentation">

</li>

<li role="presentation">

<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">

<span class="favourite-text">Favourite</span>

<span class="favouriteCount" data-favourites="0">0</span> 

<i class="fa fa-heart-o"></i>

</a>

</li>

<li role="presentation" class="divider"></li>

<li role="presentation" class="dropdown-header">Share this Post</li>

<li role="presentation">

<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>

</li>

<li role="presentation">

<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>

</li>

<li role="presentation">

<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>

</li>

```
<li class="text-center">
<input type="text" id="post_327576_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="328010" data-uid="1913" data-username="CaptainAmerica" data-
userslug="captainamerica" data-index="79" data-timestamp="1414997633379" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_79" name="79"></a>
<meta itemprop="datePublished" content="2014-11-03T06:53:53.379Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/captainamerica">
<img
src="https://secure.gravatar.com/avatar/dc230b824865b935e67d6090b26c59bc?size=128&default=identic
on&rating=pg" alt="CaptainAmerica" class="profile-image user-img" title="CaptainAmerica">
</a>
<small class="username" title="CaptainAmerica"><a
href="/user/captainamerica">CaptainAmerica</a></small>
</div>
<div class="topic-text">
<div id="content_328010" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> thats some great information...can you give some clarity on the
tie ups with amazon and other big retailers as how they have accepted hash coin ?</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="CaptainAmerica" data-uid="1913">
<strong><a href="/user/captainamerica" itemprop="author">CaptainAmerica</a></strong> posted <span
class="timeago" title="2014-11-03T06:53:53.379Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_328010" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_328010">
```

```
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_328010_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="328021" data-uid="7" data-username="GAWCEO" data-
userslug="gawceo" data-index="80" data-timestamp="1414998093841" data-votes="5" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_80" name="80"></a>
<meta itemprop="datePublished" content="2014-11-03T07:01:33.841Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/gawceo">
<img src="https://i.imgur.com/sNOCfTM.jpg" alt="GAWCEO" class="profile-image user-img"
title="GAWCEO">
</a>
<small class="username" title="GAWCEO"><a href="/user/gawceo">GAWCEO</a></small>
<div class="text-center">
<a href="/groups/administrators"><span class="label group-label inline-block" style="background-color:
#7851A9;"><i class="fa fa-gavel"></i> Admin</span></a><br/>
<a href="/groups/Global Moderator"><span class="label group-label inline-block" style="background-
color: #c4c444;"><i class="fa fa-magic"></i> Moderator</span></a><br/>
<a href="/groups/Industry Innovator"><span class="label group-label inline-block" style="background-
color: #f7941b;">Industry Innovator</span></a><br/>
```

```
</div>
</div>
<div class="topic-text">
<div id="content_328021" class="post-content" itemprop="text"><p>@R.J. said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> thats some great
information...can you give some clarity on the tie ups with amazon and other big retailers as how they have
accepted hash coin ?</p>
</blockquote>
<p>We are talking with retailers and payment processors <img class="emoji emoji-extended img-
responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png"
title=":)" alt=":)"/></p>
</div>
<div class="post-signature"><p>Follow me on Twitter - <a
href="https://twitter.com/gawceo">@gawceo</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="GAWCEO" data-uid="7">
<strong><a href="/user/gawceo" itemprop="author">GAWCEO</a></strong> posted <span
class="timeago" title="2014-11-03T07:01:33.841Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_328021" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_328021">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_328021_link" value="" class="form-control post-link inline-block"></input>
```

```
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="5">5</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
</ul>
<div class="post-bar col-xs-12 hide bottom-post-bar">
<div class="inline-block">
<span class="tags">
<a href="/tags/ico"><span class="tag-item" data-tag="ico" style="">ico</span><span class="tag-topic-
count">32</span></a>
<a href="/tags/video"><span class="tag-item" data-tag="video" style="">video</span><span class="tag-
topic-count">7</span></a>
<a href="/tags/white paper"><span class="tag-item" data-tag="white paper" style="">white
paper</span><span class="tag-topic-count">6</span></a>
<a href="/tags/hashcoin"><span class="tag-item" data-tag="hashcoin" style="">hashcoin</span><span
class="tag-topic-count">130</span></a>
<a href="/tags/hashbase"><span class="tag-item" data-tag="hashbase" style="">hashbase</span><span
class="tag-topic-count">40</span></a>
</span>
<span>|</span>
<small class="topic-stats">
<span>Posts</span>
<strong><span class="topic-post-count human-readable-number" title="134">134</span></strong> |
<span>Views</span>
<strong><span class="human-readable-number" title="8928">8928</span></strong>
</small>
<span class="browsing-users hidden">
&bull;
<small><span>browsing</span></small>
<div class="thread_active_users active-users inline-block"></div>
<small class="hidden"><i class="fa fa-users"></i> <span class="user-count"></span></small>
</span>
</div>
<div class="topic-main-buttons pull-right inline-block">
<div class="loading-indicator" done="0" style="display:none;">
<span class="hidden-xs-inline">Loading More Posts</span> <i class="fa fa-refresh fa-spin"></i></i>
</div>
<a href="/login?next=topic/15914/paycoin-ico-customer-round-q-a-from-oct-1st-2014-and-conference-
video-from-nov-4-2014" class="btn btn-primary">Reply</a>
</div>
<div style="clear:both;"></div>
</div>
<div id="move_thread_modal" class="modal" tabindex="-1" role="dialog" aria-labelledby="Move Topic"
aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h3>Move Topic</h3>
</div>
<div class="modal-body">
<p id="categories-loading"><i class="fa fa-spin fa-refresh"></i> Loading Categories</p>
```

```
<p>
Disabled Categories are greyed out
</p>
<div id="move-confirm" style="display: none;">
<hr/>
<div class="alert alert-info">This topic will be moved to the category <strong><span id="confirm-
category-name"></span></strong></div>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="move_thread_cancel">Close</button>
<button type="button" class="btn btn-primary" id="move_thread_commit" disabled>Move</button>
</div>
</div>
</div>
</div>
<div id="fork-thread-modal" class="hide" tabindex="-1" role="dialog" aria-labelledby="" aria-
hidden="true" data-backdrop="none">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h4>Fork Topic</h4>
</div>
<div class="modal-body">
<div class="form-group">
<label for="title">Title</label>
<input id="fork-title" type="text" class="form-control" placeholder="Enter new thread title"><br/>
<label>Click the posts you want to fork</label> <br/>
<span id="fork-pids"></span>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="fork_thread_cancel">Close</button>
<button type="button" class="btn btn-primary" id="fork_thread_commit" disabled>Fork</button>
</div>
</div>
</div>
</div>
<div id="move-post-modal" class="hide" tabindex="-1" role="dialog" aria-labelledby="" aria-
hidden="true" data-backdrop="none">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h4>Move Post</h4>
</div>
<div class="modal-body">
<div class="form-group">
<label for="topicId">Topic ID</label>
<input id="topicId" type="text" class="form-control" placeholder="Enter topic ID"><br/>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="move_post_cancel">Close</button>
<button type="button" class="btn btn-primary" id="move_post_commit" disabled>Move</button>
</div>
</div>
</div>
</div>
```

```
</div>
<noscript>
<div class="text-center">
<ul class="pagination">
<li><a href="?page=1">1</a></li>
<li><a href="?page=2">2</a></li>
<li><a href="?page=3">3</a></li>
<li class="active"><a href="?page=4">4</a></li>
<li><a href="?page=5">5</a></li>
<li><a href="?page=6">6</a></li>
<li><a href="?page=7">7</a></li>
</ul>
</div>
</noscript>
</div>
<div id="upload-picture-modal" class="modal fade" tabindex="-1" role="dialog" aria-labelledby="Upload
Picture" aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">??</button>
<h3 id="myModalLabel">Upload picture</h3>
</div>
<div class="modal-body">
<form id="uploadForm" action="" method="post" enctype="multipart/form-data">
<div class="form-group">
<label for="userPhoto">Upload a picture</label>
<input type="file" id="userPhotoInput" name="userPhoto">
<p class="help-block">You may only upload PNG, JPG, or GIF files <span id="file-size-block"
class="hide"> (max. <span id="upload-file-size"></span> kbs.)</span></p>
</div>
<input type="hidden" id="params" name="params"/>
</form>
<div id="upload-progress-box" class="progress progress-striped">
<div id="upload-progress-bar" class="progress-bar progress-bar-success" role="progressbar" aria-
valuenow="0" aria-valuemin="0">
<span class="sr-only"> Success</span>
</div>
</div>
<div id="alert-status" class="alert alert-info hide"></div>
<div id="alert-success" class="alert alert-success hide"></div>
<div id="alert-error" class="alert alert-danger hide"></div>
</div>
<div class="modal-footer">
<button class="btn btn-default" data-dismiss="modal" aria-hidden="true">Close</button>
<button id="pictureUploadSubmitBtn" class="btn btn-primary">Upload picture</button>
</div>
</div>
</div>
</div>
<div class="topic-search hidden">
<div class="btn-group">
<button type="button" class="btn btn-default count"></button>
<button type="button" class="btn btn-default prev"><i class="fa fa-fw fa-angle-up"></i></button>
<button type="button" class="btn btn-default next"><i class="fa fa-fw fa-angle-down"></i></button>
</div>
</div>
<div class="alert-window alert-left-top"></div>
<div class="alert-window alert-left-bottom"></div>
<div class="alert-window alert-right-top"></div>
<div class="alert-window alert-right-bottom"></div>
<script>
                require(['forum/footer']);
```

```
            </script>
</body>
</html>
```