# Exhibit I

```html
<!DOCTYPE html>
<html>
<head>
<title>HashTalk - Ideas, Talk, and Hardware - Bitcoin & Scrypt Mining</title>
<meta name="viewport" content="width=device-width, initial-scale=1.0, user-scalable=no"/>
<meta name="content-type" content="text&#x2F;html; charset=UTF-8"/>
<meta name="apple-mobile-web-app-capable" content="yes"/>
<meta property="og:site_name" content="HashTalk"/>
<meta name="keywords"/>
<meta name="msapplication-badge" content="frequency=30; polling-
uri=https:&#x2F;&#x2F;hashtalk.org&#x2F;sitemap.xml"/>
<meta name="msapplication-square150x150logo" content="https:&#x2F;&#x2F;c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com&#x2F;hashtalk3.png"/>
<meta name="title" content="Isn&amp;#x27;t it in everyone&amp;#x27;s best interest that GAW
succeeds?"/>
<meta name="description" content="It is truly baffling the amount of crap I have read as of late. The trolls,
accusations and enormous novels people are writing up with erroneous claims against GAW. Thousands of
posts that just circle around the same subject matter. It&amp;#x27;s unreal... I just ..."/>
<meta property="og:title" content="Isn&amp;#x27;t it in everyone&amp;#x27;s best interest that GAW
succeeds?"/>
<meta property="og:description" content="It is truly baffling the amount of crap I have read as of late. The
trolls, accusations and enormous novels people are writing up with erroneous claims against GAW.
Thousands of posts that just circle around the same subject matter. It&amp;#x27;s unreal... I just ..."/>
<meta property="og:type" content="article"/>
<meta property="og:url" content="https:&#x2F;&#x2F;hashtalk.org&#x2F;topic&#x2F;19076&#x2F;isn-
t-it-in-everyone-s-best-interest-that-gaw-succeeds"/>
<meta property="og:image" content="https:&#x2F;&#x2F;i.imgur.com&#x2F;PwwEtZM.jpg"/>
<meta property="og:image:url" content="https:&#x2F;&#x2F;i.imgur.com&#x2F;PwwEtZM.jpg"/>
<meta property="article:published_time" content="2014-11-21T13:18:06.461Z"/>
<meta property="article:modified_time" content="2014-11-21T22:36:33.545Z"/>
<meta property="article:section" content="The Lounge"/>
<link rel="stylesheet" type="text/css" href="/stylesheet.css?a0a8d474"/>
<link rel="icon" type="image/x-icon" href="/favicon.ico"/>
<link rel="apple-touch-icon" href="/apple-touch-icon"/>
<link rel="alternate" type="application/rss+xml" href="https://hashtalk.org/topic/19076.rss"/>
<link rel="canonical" href="https://hashtalk.org/topic/19076/isn-t-it-in-everyone-s-best-interest-that-gaw-
succeeds"/>
<link rel="up" href="https://hashtalk.org/category/12/the-lounge"/>
<!--[if lt IE 9]>
		<script src="//cdnjs.cloudflare.com/ajax/libs/es5-shim/2.3.0/es5-shim.min.js"></script>
		<script src="//cdnjs.cloudflare.com/ajax/libs/html5shiv/3.7/html5shiv.js"></script>
		<script src="//cdnjs.cloudflare.com/ajax/libs/respond.js/1.4.2/respond.js"></script>
		<script>__lt_ie_9__ = 1;</script>
	<![endif]-->
<script>
		var RELATIVE_PATH = "";
		var config =
JSON.parse('{"relative_path":"","socketioTransports":["websocket"],"websocketAddress":"","version":"0.
6.0-dev","siteTitle":"HashTalk","showSiteTitle":false,"postDelay":"15","minimumTitleLength":"7","maxi
mumTitleLength":"255","minimumPostLength":"8","hasImageUploadPlugin":true,"maximumProfileImag
eSize":"256","minimumUsernameLength":"4","maximumUsernameLength":"16","minimumPasswordLen
gth":"6","maximumSignatureLength":"250","useOutgoingLinksPage":true,"allowGuestSearching":false,"a
llowFileUploads":false,"allowTopicsThumbnail":true,"allowAccountDelete":false,"privateUserInfo":false,
"usePagination":false,"disableSocialButtons":false,"disableChat":false,"maxReconnectionAttempts":"5","r
econnectionDelay":"200","tagsPerTopic":"5","topicsPerPage":"20","postsPerPage":"20","maximumFileSi
ze":"2048","theme:id":"nodebb-theme-lavender","defaultLang":"en_GB","userLang":"en_GB","loggedIn"
:false,"cache-buster":"v0.5.0-2-1734-g87435c1","script-buster":"1a0ed921","css-buster":"a0a8d474","requ
ireEmailConfirmation":true,"topicPostS
ort":"oldest_to_newest","csrf_token":"NPObFJ61-
ARwyDPxtn5xNse8a63C3amaUCNw","searchEnabled":true}');
		var app = {};
		app.user =
JSON.parse('{"username":"Guest","userslug":"","picture":"https://secure.gravatar.com/avatar/d415f0e30c4
```

```
71dfdd9bc4f827329ef48?size=128&default=identicon&rating=pg","status":"offline","banned":false,"uid":
0,"isAdmin":false,"email:confirmed":false}');
	</script>
<script src="/nodebb.min.js?1a0ed921"></script>
<script>
		require.config({
			baseUrl: "/src/modules",
			waitSeconds: 3,
			urlArgs: "v0.5.0-2-1734-g87435c1",
			paths: {
				'forum': '../forum',
				'vendor': '../../vendor'
			}
		});
	</script>
<style type="text/css">.post-content{min-height:60px}.tag-item{background-color:white}.post-signature
img{max-height:40px}</style>
</head>
<body>
<div class="navbar navbar-default navbar-fixed-top header" role="navigation" id="header-menu">
<div class="loading-bar"></div>
<div class="container">
<div class="navbar-header">
<button type="button" class="navbar-toggle" data-toggle="collapse" data-target=".navbar-collapse">
<span class="icon-bar"></span>
<span class="icon-bar"></span>
<span class="icon-bar"></span>
</button>
<div>
<a href="/">
<img class=" forum-logo" src="https://c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com/hashtalk3.png"/>
</a>
<div class="header-topic-title visible-xs">
<span></span>
</div>
</div>
</div>
<div class="navbar-collapse collapse navbar-ex1-collapse">
<ul id="main-nav" class="nav navbar-nav pull-left">
<li>
<a href="/recent" title="Recent">
<i class="fa fa-fw fa-clock-o"></i><span class="visible-xs-inline"> Recent</span>
</a>
</li>
<li>
<a href="/tags" title="Tags">
<i class="fa fa-fw fa-tags"></i><span class="visible-xs-inline"> Tags</span>
</a>
</li>
<li>
<a href="/popular" title="Popular">
<i class="fa fa-fw fa-fire"></i><span class="visible-xs-inline"> Popular</span>
</a>
</li>
<li>
<a href="/users" title="Users">
<i class="fa fa-fw fa-users"></i><span class="visible-xs-inline"> Users</span>
</a>
</li>
<li class="visible-xs">
<a href="/search" title="Search" id="mobile-search-button">
<i class="fa fa-search fa-fw"></i> Search
```

```
</a>
</li>
</ul>
<ul id="logged-out-menu" class="nav navbar-nav navbar-right pull-right">
<li>
<a href="/register">
<i class="fa fa-pencil visible-xs-inline"></i>
<span>Register</span>
</a>
</li>
<li>
<a href="/login">
<i class="fa fa-sign-in visible-xs-inline"></i>
<span>Login</span>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right">
<li>
<form id="search-form" class="navbar-form navbar-right hidden-xs" role="search" method="GET"
action="">
<div class="hide" id="search-fields">
<div class="form-group">
<input type="text" class="form-control" placeholder="Search" name="query" value="">
</div>
<button type="submit" class="btn btn-default hide">Search</button>
</div>
<button id="search-button" type="button" class="btn btn-link"><i class="fa fa-search fa-fw"
title="Search"></i></button>
</form>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pull-right">
<li>
<a href="#" id="reconnect" class="hide" title="Connection to HashTalk has been lost, attempting to
reconnect...">
<i class="fa fa-check"></i>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pagination-block hidden visible-lg visible-md">
<li class="dropdown">
<i class="fa fa-angle-double-up pointer fa-fw pagetop"></i>
<i class="fa fa-angle-up pointer fa-fw pageup"></i>
<a href="#" class="dropdown-toggle" data-toggle="dropdown">
<span id="pagination"></span>
</a>
<i class="fa fa-angle-down pointer fa-fw pagedown"></i>
<i class="fa fa-angle-double-down pointer fa-fw pagebottom"></i>
<div class="progress-container">
<div class="progress-bar"></div>
</div>
<ul class="dropdown-menu" role="menu">
<input type="text" class="form-control" id="indexInput" placeholder="Enter index">
</ul>
</li>
</ul>
<div class="header-topic-title hidden-xs">
<span></span>
</div>
</div>
</div>
</div>
```

```html
<div class="container" id="content">
<noscript>
<div class="alert alert-danger">
<p>
Your browser does not seem to support JavaScript. As a result, your viewing experience will be diminished, and you have been placed in <strong>read-only mode</strong>.
</p>
<p>
Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).
</p>
</div>
</noscript>
<input type="hidden" template-variable="topic_id" value="19076"/>
<input type="hidden" template-variable="topic_slug" value="19076/isn-t-it-in-everyone-s-best-interest-that-gaw-succeeds"/>
<input type="hidden" template-variable="category_id" value="12"/>
<input type="hidden" template-variable="currentPage" value="1"/>
<input type="hidden" template-variable="pageCount" value="2"/>
<input type="hidden" template-variable="locked" template-type="boolean" value="false"/>
<input type="hidden" template-variable="deleted" template-type="boolean" value="false"/>
<input type="hidden" template-variable="pinned" template-type="boolean" value="false"/>
<input type="hidden" template-variable="topic_name" value="Isn&#x27;t it in everyone&#x27;s best interest that GAW succeeds?"/>
<input type="hidden" template-variable="postcount" value="40"/>
<input type="hidden" template-variable="viewcount" value="481"/>
<div class="topic">
<ol class="breadcrumb">
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<a href="/" itemprop="url">
<span itemprop="title">
Home
</span>
</a>
</li>
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<a href="/category/12/the-lounge" itemprop="url">
<span itemprop="title">
The Lounge
</span>
</a>
</li>
<li itemscope="itemscope" itemtype="http://data-vocabulary.org/Breadcrumb">
<span itemprop="title">
Isn&#x27;t it in everyone&#x27;s best interest that GAW succeeds?
<a target="_blank" href="/topic/19076.rss"><i class="fa fa-rss-square"></i></a>
</span>
</li>
<div class="loading-indicator pull-right" done="0" style="display:none;">
<i class="fa fa-refresh fa-spin"></i>
</div>
</ol>
<ul id="post-container" class="posts" data-tid="19076">
<li class="post-row" data-pid="400387" data-uid="2531" data-username="olddigger" data-userslug="olddigger" data-index="0" data-timestamp="1416575886497" data-votes="17" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_0" name="0"></a>
<meta itemprop="datePublished" content="2014-11-21T13:18:06.497Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
```

<a href="/user/olddigger">
<img src="https://i.imgur.com/PwwEtZM.jpg" alt="olddigger" class="profile-image user-img" title="olddigger">
</a>
<small class="username" title="olddigger"><a href="/user/olddigger">olddigger</a></small>
</div>
<div class="topic-text">
<h3 class="topic-title">
<p id="topic_title_400387" class="topic-title" itemprop="name"><i class="fa fa-thumb-tack hide"></i> <i class="fa fa-lock hide"></i> Isn't it in everyone's best interest that GAW succeeds?</p>
<hr>
</h3>
<div id="content_400387" class="post-content" itemprop="text"><p>It is truly baffling the amount of crap I have read as of late. The trolls, accusations and enormous novels people are writing up with erroneous claims against GAW. Thousands of posts that just circle around the same subject matter. It's unreal... I just finished reading the CCN write up on Josh's media tour. Well done <a class="plugin-mentions-a" href="/user/manebjorn">@ManeBjorn</a>. Even there, shortly after publication there are comments with no relevant backing of knowledge. Lets not even mention the 1000's of posts/threads over at BTC talk.</p>
<p>So, in my business I embrace competition. It's what keeps my company on the cutting edge. In a similarly aged industry (non-crypto related) where inception is less than 8-10 years I truly look for the same thing we look for in crypto; adoption, awareness, etc. With that, I can capture a larger audience, penetrate new markets and capitalize even further in my industry. So wouldn't it be in the best interest of 'everyone' involved in the crypto industry that GAW/PayCoin succeeds. I really think a ton of people are missing this. I am well diversified and not fully invested in GAW. Though, have a decent size portfolio here. It's not only my hopes that this will succeed purely for a gain on my GAW investment, though a success here is a success for the industry in a whole. I hope to see the adoption of PayCoin and BTC will further drive my other investments as well. Just my 2 cents..Thanks to all in the HT community for some great threads and continued belief in our industry.</p>
</div>
<div class="post-signature"><p>Loading ]</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="olddigger" data-uid="2531">
<strong><a href="/user/olddigger" itemprop="author">olddigger</a></strong> posted <span class="timeago" title="2014-11-21T13:18:06.497Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_400387" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_400387">
<li role="presentation">
<a href="#" role="menuitem" tabindex="-1" class="follow" title="Be notified of new replies in this topic"><span>Watch</span> <i class="fa fa-eye"></i></a>
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>

```
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_400387_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="17">17</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-bar" data-index="0">
<div class="inline-block">
<span class="tags">
</span>
<small class="topic-stats">
<span>Posts</span>
<strong><span class="topic-post-count human-readable-number" title="40">40</span></strong> |
<span>Views</span>
<strong><span class="human-readable-number" title="481">481</span></strong>
</small>
<span class="browsing-users hidden">
&bull;
<small><span>browsing</span></small>
<div class="thread_active_users active-users inline-block"></div>
<small class="hidden"><i class="fa fa-users"></i> <span class="user-count"></span></small>
</span>
</div>
<div class="topic-main-buttons pull-right inline-block">
<div class="loading-indicator" done="0" style="display:none;">
<span class="hidden-xs-inline">Loading More Posts</span> <i class="fa fa-refresh fa-spin"></i>
</div>
<a href="/login?next=topic/19076/isn-t-it-in-everyone-s-best-interest-that-gaw-succeeds" class="btn btn-
primary">Reply</a>
</div>
<div style="clear:both;"></div>
</li>
<li class="post-row" data-pid="400998" data-uid="4319" data-username="vigani" data-userslug="vigani"
data-index="20" data-timestamp="1416591246084" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_20" name="20"></a>
```

```
<meta itemprop="datePublished" content="2014-11-21T17:34:06.084Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/vigani">
<img src="https://i.imgur.com/oW5ohaf.jpg" alt="vigani" class="profile-image user-img" title="vigani">
</a>
<small class="username" title="vigani"><a href="/user/vigani">vigani</a></small>
</div>
<div class="topic-text">
<div id="content_400998" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> go ahead that's a great idea.</p>
</div>
<div class="post-signature"><p>to each his own<br/>
keep your miners close, but your hashletts closer TM</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="vigani" data-uid="4319">
<strong><a href="/user/vigani" itemprop="author">vigani</a></strong> posted <span class="timeago"
title="2014-11-21T17:34:06.084Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_400998" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_400998">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
```

</li>
<li class="text-center">
<input type="text" id="post_400998_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="400999" data-uid="2015" data-username="Allen1980s" data-userslug="allen1980s" data-index="21" data-timestamp="1416591259668" data-votes="3" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_21" name="21"></a>
<meta itemprop="datePublished" content="2014-11-21T17:34:19.668Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img" title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_400999" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/vigani">@vigani</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> as I understand it, in order to be a security it must be offered by publicly traded corp, gaw is not publicly held corp, it's a closely/privately held corp/LLC.</p>
</blockquote>
<p>You are absolutely correct. GAW is an LLC, not a C-corporation. Every classified, registered private business in the U.S. has shares. It is part of the registration process to become a non-taxable or taxable entity (business). I have shares in my own company, but they are not tradable on public exchanges. I also do not have to follow financial disclosure requirements as a registered, publicly traded corporation. There are many issues at play here that can be addressed.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">

```
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-21T17:34:19.668Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_400999" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_400999">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_400999_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="3">3</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401008" data-uid="4319" data-username="vigani" data-userslug="vigani"
data-index="22" data-timestamp="1416591497971" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_22" name="22"></a>
<meta itemprop="datePublished" content="2014-11-21T17:38:17.971Z">
<meta itemprop="dateModified" content="">
```

```
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/vigani">
<img src="https://i.imgur.com/oW5ohaf.jpg" alt="vigani" class="profile-image user-img" title="vigani">
</a>
<small class="username" title="vigani"><a href="/user/vigani">vigani</a></small>
</div>
<div class="topic-text">
<div id="content_401008" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/vigani">@vigani</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> as I understand it, in order to be a
security it must be offered by publicly traded corp, gaw is not publicly held corp, it's a closely/privately
held corp/LLC.</p>
</blockquote>
<p>You are absolutely correct. GAW is an LLC, not a C-corporation. Every classified, registered private
business in the U.S. has shares. It is part of the registration process to become a non-taxable or taxable
entity (business). I have shares in my own company, but they are not tradable on public exchanges. I also
do not have to follow financial disclosure requirements as a registered, publicly traded corporation. There
are many issues at play here that can be addressed.</p>
</blockquote>
<p>So applying your annology here, Josh must own at least majority of the shares in GAW.</p>
</div>
<div class="post-signature"><p>to each his own<br/>
keep your miners close, but your hashletts closer TM</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="vigani" data-uid="4319">
<strong><a href="/user/vigani" itemprop="author">vigani</a></strong> posted <span class="timeago"
title="2014-11-21T17:38:17.971Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401008" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401008">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
```

```
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401008_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401011" data-uid="4856" data-username="JackMiner" data-
userslug="jackminer" data-index="23" data-timestamp="1416591688838" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_23" name="23"></a>
<meta itemprop="datePublished" content="2014-11-21T17:41:28.838Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/jackminer">
<img src="https://i.imgur.com/4PYciyG.jpg" alt="JackMiner" class="profile-image user-img"
title="JackMiner">
</a>
<small class="username" title="JackMiner"><a href="/user/jackminer">JackMiner</a></small>
</div>
<div class="topic-text">
<div id="content_401011" class="post-content" itemprop="text"><p>I missed the BTC train but I am
riding this one. I am locked in and focused long term. I enjoy watching success and being a part of it. If I
listened to what everyone said about anything I did I would be holding the I will work for food sign right
now.</p>
<p>The crazy thing is it took a MLM speech to spark a real interest in crypto currency. I am only a month
in to this and so I am just reading and soaking in all of the knowledge I can.</p>
</div>
<div class="post-signature"><p>IT Security professional by day &amp; crypto-currency nut at night<br/>
<a href="https://hashtalk.org/topic/20377/hashstaker-for-
dummies">https://hashtalk.org/topic/20377/hashstaker-for-dummies</a></p>
<p>Mine, Body and Soul</p>
</div>
</div>
</div>
</div>
```

```
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="JackMiner" data-uid="4856">
<strong><a href="/user/jackminer" itemprop="author">JackMiner</a></strong> posted <span
class="timeago" title="2014-11-21T17:41:28.838Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401011" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401011">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401011_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401041" data-uid="4270" data-username="astutium" data-
userslug="astutium" data-index="24" data-timestamp="1416592472071" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_24" name="24"></a>
```

<meta itemprop="datePublished" content="2014-11-21T17:54:32.071Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/astutium">
<img
src="https://secure.gravatar.com/avatar/a81e0aa7a2a246e1208dfee28abc26ac?size=128&default=identico
n&rating=pg" alt="astutium" class="profile-image user-img" title="astutium">
</a>
<small class="username" title="astutium"><a href="/user/astutium">astutium</a></small>
</div>
<div class="topic-text">
<div id="content_401041" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p>I made a speculation that it would be easier to mine straight BTC (hardware costs would be lower)
then to mine alt-coins where the hardware costs would be much higher for the returns.</p>
</blockquote>
<p>At the early stages of big scrypt asics (like the delivery of the zeus thunders) you could get as many $-
worth-of-coin from 35Mh/s of scrypt as 2Th/s of BTC for 1/3rd of the HW cost, so it was a lot more
profitable to be scrypt mining (for a while)</p>
<p>As expected once people realised and jumped on the bandwagon, it started shifting back. About
80Mh/s currently gets you 1LTC/day, so ~$4, so still currently more profitable per watt than bitcoin
mining.</p>
<p>The unsecured-security is about right - effectively you've made a 'loan' to the company, in exchange for
a small %age of the daily profits</p>
</div>
<div class="post-signature"><ul>
<li>domain names * web hosting * virtual/cloud/dedicated servers * minecraft servers *<br/>
Accepts PayPal, C/Cards, Debit Cards, Cash, BitCoins and PayCoins at <a
href="https://www.astutium.com">https://www.astutium.com</a></li>
</ul>
<ul>
<li>Now providing PayCoin 'Nodes' and 'Orions' - contact me for details</li>
</ul>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="astutium" data-uid="4270">
<strong><a href="/user/astutium" itemprop="author">astutium</a></strong> posted <span
class="timeago" title="2014-11-21T17:54:32.071Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401041" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401041">
<li role="presentation">
</li>

<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401041_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401048" data-uid="231" data-username="tankjnr" data-userslug="tankjnr" data-index="25" data-timestamp="1416592675373" data-votes="0" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_25" name="25"></a>
<meta itemprop="datePublished" content="2014-11-21T17:57:55.373Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/tankjnr">
<img src="https://i.imgur.com/ynyCd2k.jpg" alt="tankjnr" class="profile-image user-img" title="tankjnr">
</a>
<small class="username" title="tankjnr"><a href="/user/tankjnr">tankjnr</a></small>
<div class="text-center">
<a href="/groups/GAW Founders"><span class="label group-label inline-block" style="background-color: #009cd0;"><i class="fa fa-star-o"></i> GAW Founder</span></a><br/>
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401048" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/astutium">@astutium</a> said:</p>

<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p>I made a speculation that it would be easier to mine straight BTC (hardware costs would be lower) then to mine alt-coins where the hardware costs would be much higher for the returns.</p>
</blockquote>
<p>At the early stages of big scrypt asics (like the delivery of the zeus thunders) you could get as many $-worth-of-coin from 35Mh/s of scrypt as 2Th/s of BTC for 1/3rd of the HW cost, so it was a lot more profitable to be scrypt mining (for a while)</p>
<p>As expected once people realised and jumped on the bandwagon, it started shifting back. About 80Mh/s currently gets you 1LTC/day, so ~$4, so still currently more profitable per watt than bitcoin mining.</p>
<p>The unsecured-security is about right - effectively you've made a 'loan' to the company, in exchange for a small %age of the daily profits</p>
</blockquote>
<p>Dont agree with your last 2 lines, define 'loan'</p>
</div>
<div class="post-signature"><p>PayCoin - PLVeuyrsFgU6ufKnShvuMdXKUbQXG3oSyH<br/>
Twitter - twitter.com/tankjnr Im new be nice<br/>
Whisper. Project Burger. Can you handle the Burger</p>
<p>POP coin the future coin</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="tankjnr" data-uid="231">
<strong><a href="/user/tankjnr" itemprop="author">tankjnr</a></strong> posted <span class="timeago" title="2014-11-21T17:57:55.373Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401048" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401048">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>

<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401048_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401056" data-uid="1665" data-username="Karnivool" data-userslug="karnivool" data-index="26" data-timestamp="1416592832706" data-votes="4" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_26" name="26"></a>
<meta itemprop="datePublished" content="2014-11-21T18:00:32.706Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/karnivool">
<img src="https://i.imgur.com/1KtS85h.jpg" alt="Karnivool" class="profile-image user-img" title="Karnivool">
</a>
<small class="username" title="Karnivool"><a href="/user/karnivool">Karnivool</a></small>
</div>
<div class="topic-text">
<div id="content_401056" class="post-content" itemprop="text"><p>The people who hate, to put it simply, feel as if they have been left out of the loop or been treated poorly by Josh, But judging by the vast regurgitation of stale accusations, GAW/PayCoin is a freight train many fear. Although the reasons I stated are merely what I have observed, you have to stop and analyze it a little more. Maybe a majority if not all of the naysayers had stake elsewhere and the rise of GAW will put a damper on their plans. This is obviously just conjecture, but why else would people put so much time and energy into trying to discredit someone else? Especially one that is beneficial for everyone in the long run?</p>
</div>
<div class="post-signature"><p>18MH-Zen 4MH-Prime 200GH-Genesis</p>
<p>CryptoNewbie<br/>
Broke Student<br/>
Aspiring Hashtalk Legend :P<br/>
1Gxmr9MMXAQaehHGiVVqEhnGUPjRBEfJit</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>

```
<span class="username-field" data-username="Karnivool" data-uid="1665">
<strong><a href="/user/karnivool" itemprop="author">Karnivool</a></strong> posted <span
class="timeago" title="2014-11-21T18:00:32.706Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401056" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401056">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401056_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="4">4</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401097" data-uid="2395" data-username="grindwurst" data-
userslug="grindwurst" data-index="27" data-timestamp="1416593516891" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_27" name="27"></a>
<meta itemprop="datePublished" content="2014-11-21T18:11:56.891Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
```

```
<a href="/user/grindwurst">
<img src="https://i.imgur.com/tSsEEIQ.gif" alt="grindwurst" class="profile-image user-img"
title="grindwurst">
</a>
<small class="username" title="grindwurst"><a href="/user/grindwurst">grindwurst</a></small>
</div>
<div class="topic-text">
<div id="content_401097" class="post-content" itemprop="text"><p>its just history repeating tbh.<br/>
all the great innovators of the past where called insane, stupid, [insert random insultment] and so on and so
on.<br/>
till they showed everyone that what ever they had in their mind works.<br/>
i mean, even bell was called an idiot as he talked about the phone and we all know how it ended.</p>
<p>haters gonna hate, no matter what you do. if you show them a blue sign they will say it isnt blue it is a
scam. so what?<br/>
as long as this community stays what it is, cause we all know that those negative people are the minority, i
think we are fine. new people come to this place every day and find a lot of helpfull people around, it is in
our hands to give gaw and paycion a good reputation and i think for the most of the parts we are doing a
good job at that.<br/>
especially those with their shiny new green badge and those awesome legendarys, never learned so much
about not only mining, but social and technical things in a whole like here on this plattform and im happy
to spend a lot of time here. maybe im still new, but i try my best to give something back and help if i am
able to. and, at least for me, i have the feeling im not the only one.</p>
<p>sure there are trolls and haters around. but hey, everybody needs a troll to play with. interwebs would
be sooooo boring without those guys. <img class="emoji emoji-extended img-responsive"
src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/wink.png" title=";)"
alt=";)"/><br/>
and it wont stop our road to world domination, am i right pinky?</p>
</div>
<div class="post-signature"><p>im up for tips. :)<br/>
1KLFofBs9v5HsrrtGngy9fHUvdQmitHqp6 (BTC)<br/>
PK8Cxk4GkwACh2J4Y8GwE4f8fonj1j8TwK (XPY)</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="grindwurst" data-uid="2395">
<strong><a href="/user/grindwurst" itemprop="author">grindwurst</a></strong> posted <span
class="timeago" title="2014-11-21T18:11:56.891Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401097" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401097">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
```

```
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401097_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401145" data-uid="4270" data-username="astutium" data-
userslug="astutium" data-index="28" data-timestamp="1416594165497" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_28" name="28"></a>
<meta itemprop="datePublished" content="2014-11-21T18:22:45.497Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/astutium">
<img
src="https://secure.gravatar.com/avatar/a81e0aa7a2a246e1208dfee28abc26ac?size=128&default=identico
n&rating=pg" alt="astutium" class="profile-image user-img" title="astutium">
</a>
<small class="username" title="astutium"><a href="/user/astutium">astutium</a></small>
</div>
<div class="topic-text">
<div id="content_401145" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/tankjnr">@tankjnr</a> said:</p>
<blockquote>
<p>Dont agree with your last 2 lines, define 'loan'</p>
</blockquote>
<p>The standard definition - handing over money in the hope of getting it back with interest.</p>
</div>
<div class="post-signature"><ul>
<li>domain names * web hosting * virtual/cloud/dedicated servers * minecraft servers *<br/>
Accepts PayPal, C/Cards, Debit Cards, Cash, BitCoins and PayCoins at <a
href="https://www.astutium.com">https://www.astutium.com</a></li>
</ul>
<ul>
```

```
<li>Now providing PayCoin 'Nodes' and 'Orions' - contact me for details</li>
</ul>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="astutium" data-uid="4270">
<strong><a href="/user/astutium" itemprop="author">astutium</a></strong> posted <span
class="timeago" title="2014-11-21T18:22:45.497Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401145" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401145">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401145_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
```

```
</div>
</li>
<li class="post-row" data-pid="401149" data-uid="2957" data-username="mharter" data-
userslug="mharter" data-index="29" data-timestamp="1416594201375" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_29" name="29"></a>
<meta itemprop="datePublished" content="2014-11-21T18:23:21.375Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/mharter">
<img src="https://i.imgur.com/P3r1Bya.jpg" alt="mharter" class="profile-image user-img"
title="mharter">
</a>
<small class="username" title="mharter"><a href="/user/mharter">mharter</a></small>
</div>
<div class="topic-text">
<div id="content_401149" class="post-content" itemprop="text"><p>It's in everyone's best interest except
the trolls</p>
</div>
<div class="post-signature"><p>Stake on!<br/>
PPqcuTQxSwsSM4DpoBGUEoDAWpi4WoaqVs<br/>
1zeHYckwXFMc3gnmaErqhucZZvLJh3cd3<br/>
Twitter: @Mharter11</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="mharter" data-uid="2957">
<strong><a href="/user/mharter" itemprop="author">mharter</a></strong> posted <span class="timeago"
title="2014-11-21T18:23:21.375Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401149" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401149">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
```

```
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401149_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401156" data-uid="231" data-username="tankjnr" data-userslug="tankjnr"
data-index="30" data-timestamp="1416594277322" data-votes="0" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_30" name="30"></a>
<meta itemprop="datePublished" content="2014-11-21T18:24:37.322Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/tankjnr">
<img src="https://i.imgur.com/ynyCd2k.jpg" alt="tankjnr" class="profile-image user-img" title="tankjnr">
</a>
<small class="username" title="tankjnr"><a href="/user/tankjnr">tankjnr</a></small>
<div class="text-center">
<a href="/groups/GAW Founders"><span class="label group-label inline-block" style="background-color:
#009cd0;"><i class="fa fa-star-o"></i> GAW Founder</span></a><br/>
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401156" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/astutium">@astutium</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/tankjnr">@tankjnr</a> said:</p>
<blockquote>
<p>Dont agree with your last 2 lines, define 'loan'</p>
</blockquote>
<p>The standard definition - handing over money in the hope of getting it back with interest.</p>
</blockquote>
<p>So thats not a hashlet, as there is no mention of a loan in the sale of a hashlet.</p>
</div>
<div class="post-signature"><p>PayCoin - PLVeuyrsFgU6ufKnShvuMdXKUbQXG3oSyH<br/>
Twitter - twitter.com/tankjnr Im new be nice<br/>
```

Whisper. Project Burger. Can you handle the Burger</p>
<p>POP coin the future coin</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="tankjnr" data-uid="231">
<strong><a href="/user/tankjnr" itemprop="author">tankjnr</a></strong> posted <span class="timeago" title="2014-11-21T18:24:37.322Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401156" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401156">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401156_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="0">0</span>
<span class="post-tools">
</span>
</div>
</div>
</div>

```
</div>
</li>
<li class="post-row" data-pid="401168" data-uid="4396" data-username="JacktShipper" data-
userslug="jacktshipper" data-index="31" data-timestamp="1416594379669" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_31" name="31"></a>
<meta itemprop="datePublished" content="2014-11-21T18:26:19.669Z">
<meta itemprop="dateModified" content="2014-11-21T18:26:33.912Z">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/jacktshipper">
<img
src="https://secure.gravatar.com/avatar/e25b3d3fe743b4728b4ba49bd588adcd?size=128&default=identico
n&rating=pg" alt="JacktShipper" class="profile-image user-img" title="JacktShipper">
</a>
<small class="username" title="JacktShipper"><a href="/user/jacktshipper">JacktShipper</a></small>
</div>
<div class="topic-text">
<div id="content_401168" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/olddigger">@olddigger</a></p>
<p>Crypto is <strong>factually better</strong> than current money systems we use.</p>
<p>Any succes in the field of crypto is in everyone in the worlds best interest.</p>
</div>
<div class="post-signature"><p>I'm poker's biggest fan<br/>
<a href="http://twitter.com/jacktheshipper">@JackTheShipper</a></p>
<p><a href="http://goo.gl/zlgv4b">My Videos</a><br/>
<a href="http://goo.gl/ILyeuU">My most profitable hobby</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="JacktShipper" data-uid="4396">
<strong><a href="/user/jacktshipper" itemprop="author">JacktShipper</a></strong> posted <span
class="timeago" title="2014-11-21T18:26:19.669Z"></span>
</span>
</span>
<span>, last edited by <strong><a href="/user/jacktshipper">JacktShipper</a></strong> <span
class="timeago" title="2014-11-21T18:26:33.912Z"></span></span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401168" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401168">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
```

```
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401168_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401314" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="32" data-timestamp="1416596495251" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_32" name="32"></a>
<meta itemprop="datePublished" content="2014-11-21T19:01:35.251Z">
<meta itemprop="dateModified" content="2014-11-21T19:16:51.433Z">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img"
title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color:
#408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401314" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/vigani">@vigani</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/vigani">@vigani</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> as I understand it, in order to be a
security it must be offered by publicly traded corp, gaw is not publicly held corp, it's a closely/privately
```

held corp/LLC.</p>
</blockquote>
<p>You are absolutely correct. GAW is an LLC, not a C-corporation. Every classified, registered private business in the U.S. has shares. It is part of the registration process to become a non-taxable or taxable entity (business). I have shares in my own company, but they are not tradable on public exchanges. I also do not have to follow financial disclosure requirements as a registered, publicly traded corporation. There are many issues at play here that can be addressed.</p>
</blockquote>
<p>So applying your annology here, Josh must own at least majority of the shares in GAW.</p>
</blockquote>
<p>No, not necessarily. All shares are owned between "private" parties including "sophisticated" and "accredited" private investors, as defined by the SEC Regulation - D. Generally, shares are distributed in accordance with partners' stake in the company (investment amount). A CEO/Founder may not have the largest investment in any given commercial entity, therefore other legal documents are created to ensure that the "founder" is granted the authoritative, decision-making position in the ongoing enterprise.</p>
<p>There are a plethora of "exemptions" that apply especially to Subchapter S corporations and LLCs. The key to LLC share ownership is that they are not offered to the "general public" for sale, do not trade on publicly accessible markets, and have no direct association to debt leverage (debentures). Traditionally, the valuation of private shares is based on the company's net overall value. These shares may also be valued based on future expected earnings, as well as comparable estimates made of competitors sales in the same industry (CFA Institute, Unk, Slide #7). Additionally, even LLCs can issue debt placements (debentures for instance: bonds) to raise capital for expansion of the business, but it is limited again only to "sophisticated" or "accredited" investors which include financial institutions, comprised of life insurance companies, banks, investment or brokerage houses, etc. These all fall under "Regulation - D" (Reg-D).</p>
<p>Hashlets are not debt shares. They have no voting rights associated with them, and the do not meet the definitions of common or preferred shares, as defined later. They do not receive dividends, and their valuations are subject to influences other than a supply/demand relationship. They also can be rendered worthless even if the company does not file bankruptcy. They are therefore classified as both a product and a service (like hosted mining traditionally is classified). Guaranteed profitability is not the same as a dividend nor is it the same as a corporate shareholder distribution (accounting: partners in a private company receive distributions of their percentage of the net, end-of-fiscal-year revenues from operations, transferred to the partners through IRS form Schedule-K, appended as additional income on Form 1040-Individual Tax Return).</p>
<p>Common stock are public issuance shares that are deemed to provide voting rights, including ownership rights (hence the voting rights). Preferred shares (stock) are shares of a corporation that provided a specific regular dividend, but the owners do not have voting rights. These are consistent with "debentures" as they have specified yields that are distributed (like interest) on set schedules. Both shares are equity shares and traded on publicly accessible markets, resulting in potential valuation appreciation (or decline), consistent with market demand.</p>
<p>Summary of Regulation - D:</p>
<p>A private placement is the sale of securities to wealthy or sophisticated investors but not to the general public. Private placements are exempted from SEC registration under Regulation D of the Securities Act. Some broker-dealers — sometimes referred to as private placement agents — specialize in private placements. Nonetheless, private placement agents are required to be registered by the SEC even though the securities that they sell are usually exempt from registration requirements.</p>
<p>Regulation D</p>
<p>The details of Reg D are explained in Rules 501 to 506. No public advertisements or solicitations for a Reg D issue are allowed. A tombstone ad may provide notice of the completion of an offering, but not the offering itself.</p>
<p>Rule 501: Definition of an Accredited Investor</p>
<p>Securities are exempt if sold to accredited investors, who are basically individuals or institutions that have a lot of money and the financial wherewithal to invest in risky unregistered securities. Accredited investors include:</p>
<p>corporations, partnerships, or other organizations:<br/>
financial institutions;<br/>
with more than $5,000,000 of assets:<br/>
corporations and partnerships, not formed expressly for this investment;<br/>
non-profit organizations;<br/>
any entity owned entirely by accredited investors;<br/>
individuals or married couples<br/>
corporate or partnership insiders;<br/>

with assets worth more than $1,000,000;<br/>
or individuals who earned at least $200,000, or $300,000 for a married couple, in the last 2 years, and expect to make at least the same amount in the current year.</p>
<p>Although the SEC does not require that a disclosure document be offered to accredited investors, the issuer will usually provide a Private Offering Memorandum instead. After all, even accredited investors want to know some details about what they are investing in.</p>
<p>Quick References:</p>
<p>CFA Institute (unk). <em>Valuing Private Companies. (7)</em>. Retrieved from: <a href="https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=how%20are%20private%20company%20shares%20valued">https://www.google.com/webhp?sourceid=chrome-instant&ion=1&espv=2&ie=UTF-8#q=how%20are%20private%20company%20shares%20valued</a></p>
<p>Investopedia (2014). <em>Preferred Stock.</em> Retrieved from <a href="http://www.investopedia.com/terms/p/preferredstock.asp">http://www.investopedia.com/terms/p/preferredstock.asp</a></p>
<p>Accounting Coach (2014). <em>Common Stock.</em> Retrieved from <a href="http://www.accountingcoach.com/terms/C/common-stock">http://www.accountingcoach.com/terms/C/common-stock</a></p>
<p>ThisMatter (2012). <em>Regulation - D.</em> Retrieved from <a href="http://thismatter.com/money/stocks/exempt-securities.htm">http://thismatter.com/money/stocks/exempt-securities.htm</a></p>
<p>Edit: This is not my formal document I spoke of earlier.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-21T19:01:35.251Z"></span>
</span>
</span>
<span>, last edited by <strong><a href="/user/allen1980s">Allen1980s</a></strong> <span class="timeago" title="2014-11-21T19:16:51.433Z"></span></span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401314" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401314">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>

<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401314_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401572" data-uid="1012" data-username="Daffy" data-userslug="daffy" data-index="34" data-timestamp="1416600625087" data-votes="1" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_34" name="34"></a>
<meta itemprop="datePublished" content="2014-11-21T20:10:25.087Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/daffy">
<img src="https://secure.gravatar.com/avatar/1567772e77bdcf832f2c44050365779d?size=128&default=identicon&rating=pg" alt="Daffy" class="profile-image user-img" title="Daffy">
</a>
<small class="username" title="Daffy"><a href="/user/daffy">Daffy</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401572" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p>Hashlets are not debt shares. They have no voting rights associated with them, and the do not meet the definitions of common or preferred shares, as defined later. They do not receive dividends, and their valuations are subject to influences other than a supply/demand relationship. They also can be rendered worthless even if the company does not file bankruptcy. They are therefore classified as both a product and a service (like hosted mining traditionally is classified).</p>
</blockquote>
<p>I think this would answer the question nicely. So no they are not unregistered securities.</p>
</div>

```
<div class="post-signature"><p>Simple things make people happy.<br/>
<a href="https://hashtalk.org/topic/8872">FAQs, Costs/Fees, Payouts</a><br/>
<strong>XPY Tips</strong> PDaffyVfp5pUyHrP9o9BUdEkUFfxyWfaxJ<br/>
<strong>BTC Tips</strong> 1DaffykYjohRjqVYMcGjgHgqBokBUekSH6</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Daffy" data-uid="1012">
<strong><a href="/user/daffy" itemprop="author">Daffy</a></strong> posted <span class="timeago"
title="2014-11-21T20:10:25.087Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401572" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401572">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401572_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
```

</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401579" data-uid="1259" data-username="quigley" data-userslug="quigley" data-index="35" data-timestamp="1416600847310" data-votes="2" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_35" name="35"></a>
<meta itemprop="datePublished" content="2014-11-21T20:14:07.310Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/quigley">
<img src="https://i.imgur.com/JCuwCjt.jpg" alt="quigley" class="profile-image user-img" title="quigley">
</a>
<small class="username" title="quigley"><a href="/user/quigley">quigley</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401579" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p>It seems there are always three points that come back in the bitcointalk and reddit discussions.</p>
<ol>
<li>Proof of mining (btc addresses for proof)</li>
<li>Scrypt hashrate is much too high and is not seen on any coin.</li>
<li>Hashlets are unregistered securities.</li>
</ol>
<p>Now the first two are going to be hard to prove or disprove without input from GAW. But I suspect that a there is little scrypt mining going on and most of it is straight BTC mining. In the very beginning of hashtalk I made a speculation that it would be easier to mine straight BTC (hardware costs would be lower) then to mine alt-coins where the hardware costs would be much higher for the returns. I still believe this is true.</p>
<p>But what about the third. I'm no expert in the field maybe someone else can answer that.</p>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> <a class="plugin-mentions-a" href="/user/quigley">@quigley</a> I suspect one of you would be able to answer the third question.</p>
</blockquote>
<p>Let me see if I can put something together that is strictly official. There are guidelines that the SEC has established to classify shares of a corporation. <a class="plugin-mentions-a" href="/user/quigley">@quigley</a> can as well. Every country can be different, depending on whether they follow SEC guidelines or their own. For the UK, and the EU, I believe they have unified protocols on this issue currently. <a class="plugin-mentions-a" href="/user/tankjnr">@tankjnr</a> probably can check out the rules in the "down under" or someone in the banking/brokerage industries there.</p>
</blockquote>
<p>I am not an attorney, so I'll stick to facts and my own completely non-professional opinion.</p>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> is correct. Every jurisdiction has it's own set of laws and definitions concerning securities. Some things that are perfectly legal in the United States carry stiff penalties abroad, and vice versa. For example, I'm told that energy drinks are not sold in Europe, but age restrictions on alcohol and tobacco sales are all but non-existent.</p>
<p>The only right and true answer to the question of whether Hashlets are securities in the United States is "if a judge says they are, and no higher ranking judges disagree". This is the essence of the American common law system. Our laws, as written, are more like sweeping declarations, and it's up to a judge to decide if and how they apply to a particular situation. There is very little "letter of the

law" here. The answer to any question regarding whether something is or isn't against the law in the US is "it depends".</p>
<p>This lies in contrast to civil law, which much of Europe uses, in which laws are codified in specific language, and very little is left to interpretation.</p>
<p><a href="http://www.sec.gov/about/laws/sa33.pdf">Look, for example, at one US Federal definition of "securities"</a>. Do Hashlets fit this definition? Maybe, maybe not - it depends on a lot of factors. You'd have to have an attorney on either side look up decisions made in relevant cases, and present their arguments before a judge to find out for sure. If Hashlets are indeed a security (an answer that could take several years to determine), you'd then have to determine whether selling them without registering with the SEC were, in fact, against the rules, as there are exceptions there too.</p>
<p>I'm positive that GAW's legal team is more than prepared to make it's case, should the need ever arise.</p>
</div>
<div class="post-signature"><p>Join us in <a href="https://kiwiirc.com/client/irc.freenode.net/gawminers">#gawminers</a> on IRC. Like Hashtalk, but with free Paytoshi!</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="quigley" data-uid="1259">
<strong><a href="/user/quigley" itemprop="author">quigley</a></strong> posted <span class="timeago" title="2014-11-21T20:14:07.310Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401579" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401579">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">

```
<input type="text" id="post_401579_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="2">2</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401634" data-uid="2015" data-username="Allen1980s" data-userslug="allen1980s" data-index="36" data-timestamp="1416601809524" data-votes="1" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_36" name="36"></a>
<meta itemprop="datePublished" content="2014-11-21T20:30:09.524Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img" title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401634" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> The basis of the discussion was that they should be registered as securities. The reality is that common and preferred shares cannot become obsolete on their own, unless the entity that issued them becomes formally insolvent. Even then, a corporation's assets, through a bankruptcy court, can be divided to satisfy outside-held debt, starting with Banks (e.g. corporate debt through loans), other debt issuing agencies, preferred share holders (also debt holders) and finally, common share holders (in this general order).</p>
<p>I hate to bring this part up, but if I am going to address this, I have to include it.</p>
<p>Question: The company's proposal, from the beginning, has been that miners own their Hashlets forever. If GAW went bankrupt tomorrow, how do Hashlet owners retrieve their properties? This is another sticky wicket hot issue that was being presented (in multiple places on Reddit and other BBs). In such cases, the court would have to assign a general receiver to oversee the disposition or sale of the company assets to satisfy the general ownership rights of those who held mining hardware shares in the company's DCs. As is the case referenced above, the owners would come last on the list for compensation in a bankruptcy court. For an example of this, we need look no further than the current situation with Butterfly Labs. That is how such things would be mediated.</p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
```

```
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span
class="timeago" title="2014-11-21T20:30:09.524Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401634" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401634">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401634_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401662" data-uid="2015" data-username="Allen1980s" data-
userslug="allen1980s" data-index="37" data-timestamp="1416602163218" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_37" name="37"></a>
```

<meta itemprop="datePublished" content="2014-11-21T20:36:03.218Z">
<meta itemprop="dateModified" content="2014-11-21T20:44:28.055Z">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/allen1980s">
<img src="https://i.imgur.com/nyQWcYZ.jpg" alt="Allen1980s" class="profile-image user-img" title="Allen1980s">
</a>
<small class="username" title="Allen1980s"><a href="/user/allen1980s">Allen1980s</a></small>
<div class="text-center">
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401662" class="post-content" itemprop="text"><p><a class="plugin-mentions-a" href="/user/quigley">@quigley</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/daffy">@Daffy</a> said:</p>
<blockquote>
<p>It seems there are always three points that come back in the bitcointalk and reddit discussions.</p>
<ol>
<li>Proof of mining (btc addresses for proof)</li>
<li>Scrypt hashrate is much too high and is not seen on any coin.</li>
<li>Hashlets are unregistered securities.</li>
</ol>
<p>Now the first two are going to be hard to prove or disprove without input from GAW. But I suspect that a there is little scrypt mining going on and most of it is straight BTC mining. In the very beginning of hashtalk I made a speculation that it would be easier to mine straight BTC (hardware costs would be lower) then to mine alt-coins where the hardware costs would be much higher for the returns. I still believe this is true.</p>
<p>But what about the third. I'm no expert in the field maybe someone else can answer that.</p>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> <a class="plugin-mentions-a" href="/user/quigley">@quigley</a> I suspect one of you would be able to answer the third question.</p>
</blockquote>
<p>Let me see if I can put something together that is strictly official. There are guidelines that the SEC has established to classify shares of a corporation. <a class="plugin-mentions-a" href="/user/quigley">@quigley</a> can as well. Every country can be different, depending on whether they follow SEC guidelines or their own. For the UK, and the EU, I believe they have unified protocols on this issue currently. <a class="plugin-mentions-a" href="/user/tankjnr">@tankjnr</a> probably can check out the rules in the "down under" or someone in the banking/brokerage industries there.</p>
</blockquote>
<p>I am not an attorney, so I'll stick to facts and my own completely non-professional opinion.</p>
<p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> is correct. Every jurisdiction has it's own set of laws and definitions concerning securities. Some things that are perfectly legal in the United States carry stiff penalties abroad, and vice versa. For example, I'm told that energy drinks are not sold in Europe, but age restrictions on alcohol and tobacco sales are all but non-existent.</p>
<p>The only right and true answer to the question of whether Hashlets are securities in the United States is "if a judge says they are, and no higher ranking judges disagree". This is the essence of the American common law system. Our laws, as written, are more like sweeping declarations, and it's up to a judge to decide if and how they apply to a particular situation. There is very little "letter of the law" here. The answer to any question regarding whether something is or isn't against the law in the US is "it depends".</p>
<p>This lies in contrast to civil law, which much of Europe uses, in which laws are codified in specific language, and very little is left to interpretation.</p>
<p><a href="http://www.sec.gov/about/laws/sa33.pdf">Look, for example, at one US Federal definition of "securities"</a>. Do Hashlets fit this definition? Maybe, maybe not - it depends on a lot of

factors. You'd have to have an attorney on either side look up decisions made in relevant cases, and present their arguments before a judge to find out for sure. If Hashlets are indeed a security (an answer that could take several years to determine), you'd then have to determine whether selling them without registering with the SEC were, in fact, against the rules, as there are exceptions there too.</p>
<p>I'm positive that GAW's legal team is more than prepared to make it's case, should the need ever arise.</p>
</blockquote>
<p>In Quigley's post, the main determining principle, after regulatory authorities, is tort law in the U.S. This requires that a precedence has been set in other similar court cases. There are currently two, in the United States, that came somewhat close. In both cases, the enterprises issued "instruments" as debentures, directly to the public with an inherent Rate of Return stipulated in the transactions.All without registration and all against the definitions and requirements of Reg-D. This is not the case with GAW and the other related enterprises.</p>
<p>Edit: Here is the link that covers such applications, if anyone is interested. <a href="http://www.bakerlaw.com/alerts/bitcoin-investment-vehicles-beware-the-sec-is-watching">http://www.bakerlaw.com/alerts/bitcoin-investment-vehicles-beware-the-sec-is-watching</a></p>
</div>
<div class="post-signature"><p>When making sense of turmoil, sometimes the most obvious is the correct analysis.</p>
<p>Twitter: @ashinners1980s<br/>
Website: <a href="http://www.prestigeauditing.com">www.prestigeauditing.com</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Allen1980s" data-uid="2015">
<strong><a href="/user/allen1980s" itemprop="author">Allen1980s</a></strong> posted <span class="timeago" title="2014-11-21T20:36:03.218Z"></span>
</span>
</span>
<span>, last edited by <strong><a href="/user/allen1980s">Allen1980s</a></strong> <span class="timeago" title="2014-11-21T20:44:28.055Z"></span></span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401662" data-toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401662">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">

<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401662_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
•
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
<li class="post-row" data-pid="401783" data-uid="221" data-username="ManeBjorn" data-userslug="manebjorn" data-index="38" data-timestamp="1416603542115" data-votes="1" itemscope itemtype="http://schema.org/Comment">
<a id="post_anchor_38" name="38"></a>
<meta itemprop="datePublished" content="2014-11-21T20:59:02.115Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/manebjorn">
<img src="https://i.imgur.com/FtibTVK.jpg" alt="ManeBjorn" class="profile-image user-img" title="ManeBjorn">
</a>
<small class="username" title="ManeBjorn"><a href="/user/manebjorn">ManeBjorn</a></small>
<div class="text-center">
<a href="/groups/Industry Innovator"><span class="label group-label inline-block" style="background-color: #f7941b;">Industry Innovator</span></a><br/>
<a href="/groups/Paycoin Origin"><span class="label group-label inline-block" style="background-color: #408080;"><i class="fa fa-dot-circle-o"></i> Paycoin Origin</span></a><br/>
</div>
</div>
<div class="topic-text">
<div id="content_401783" class="post-content" itemprop="text"><p>Thank you.<br/>
I think there have been so many scams and MtGox type issues that people are way overly sensitive and that is not good and creates the detractors.<br/>
GAW is doing well so far and adapts as needed.<br/>
I think it will be a good thing as Bitcoin, Paycoin and all cryptos are going to get more positive press. That is what is needed. I hope the competition also innovates and adapts and brings their stuff to market as well. We need a thriving industry. We are getting there one step at a time.</p>
<p><a class="plugin-mentions-a" href="/user/olddigger">@olddigger</a></p>
</div>
<div class="post-signature"><p><strong><a href="http://www.cryptocoinsnews.com/author/scott-fargo">My CCN Articles for Your Mining News</a></strong></p>
<p>Golden Egg a game that supports WorldAidCoin a coin that raises money to help people in need around the world.<br/>
<a
href="https://thegoldenegg.co/users/ManeBjorn?02530ab87">https://thegoldenegg.co/users/ManeBjorn?02

```
530ab87</a></p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="ManeBjorn" data-uid="221">
<strong><a href="/user/manebjorn" itemprop="author">ManeBjorn</a></strong> posted <span
class="timeago" title="2014-11-21T20:59:02.115Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_401783" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_401783">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_401783_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
```

</li>
<li class="post-row" data-pid="402170" data-uid="4277" data-username="Mpat120" data-
userslug="mpat120" data-index="39" data-timestamp="1416609393545" data-votes="1" itemscope
itemtype="http://schema.org/Comment">
<a id="post_anchor_39" name="39"></a>
<meta itemprop="datePublished" content="2014-11-21T22:36:33.545Z">
<meta itemprop="dateModified" content="">
<div class="topic-item">
<div class="topic-body">
<div class="row">
<div class="col-md-12">
<div class="topic-profile-pic hidden-xs text-center">
<a href="/user/mpat120">
<img src="https://i.imgur.com/jjLPt0S.jpg" alt="Mpat120" class="profile-image user-img"
title="Mpat120">
</a>
<small class="username" title="Mpat120"><a href="/user/mpat120">Mpat120</a></small>
</div>
<div class="topic-text">
<div id="content_402170" class="post-content" itemprop="text"><p><a class="plugin-mentions-a"
href="/user/manebjorn">@ManeBjorn</a> said:</p>
<blockquote>
<p>Thank you.<br/>
I think there have been so many scams and MtGox type issues that people are way overly sensitive and that
is not good and creates the detractors.<br/>
GAW is doing well so far and adapts as needed.<br/>
I think it will be a good thing as Bitcoin, Paycoin and all cryptos are going to get more positive press. That
is what is needed. I hope the competition also innovates and adapts and brings their stuff to market as well.
We need a thriving industry. We are getting there one step at a time.</p>
</blockquote>
<p>I agree, but if we want crypto to actually go somewhere we have to try, and not tear down or roadblock
any business that tries to make it mainstream. All past scandals aside. Otherwise we will forever be a
subculture of our own making, pulling ourselves back into darkness when we get close to the light.</p>
</div>
<div class="post-signature"><p><img src="https://i.imgur.com/7JAaEnZ.png" alt="t4K4guS.png"/><br/>
PXc6uEgRBEGbjsJK2nmZDnnxfJr6VQxAhS</p>
</div>
</div>
</div>
</div>
</div>
<div class="topic-footer">
<div class="row">
<div class="">
<small class="pull-right">
<span>
<i class="fa fa-circle status offline" title='Offline'></i>
<span class="username-field" data-username="Mpat120" data-uid="4277">
<strong><a href="/user/mpat120" itemprop="author">Mpat120</a></strong> posted <span
class="timeago" title="2014-11-21T22:36:33.545Z"></span>
</span>
</span>
</small>
<div class="dropdown share-dropdown">
<a href="#" class="dropdown-toggle postMenu favourite-tooltip" id="postMenu_402170" data-
toggle="dropdown">
<i class="fa fa-heart"></i>
</a>
<ul class="dropdown-menu" role="menu" aria-labelledby="postMenu_402170">
<li role="presentation">
</li>
<li role="presentation">
<a role="menuitem" tabindex="-1" data-favourited="false" class="favourite">

```
<span class="favourite-text">Favourite</span>
<span class="favouriteCount" data-favourites="0">0</span> 
<i class="fa fa-heart-o"></i>
</a>
</li>
<li role="presentation" class="divider"></li>
<li role="presentation" class="dropdown-header">Share this Post</li>
<li role="presentation">
<a role="menuitem" class="facebook-share" tabindex="-1" href="#"><span class="menu-icon"><i
class="fa fa-facebook"></i></span> Facebook</a>
</li>
<li role="presentation">
<a role="menuitem" class="twitter-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-twitter"></i></span> Twitter</a>
</li>
<li role="presentation">
<a role="menuitem" class="google-share" tabindex="-1" href="#"><span class="menu-icon"><i class="fa
fa-google-plus"></i></span> Google+</a>
</li>
<li class="text-center">
<input type="text" id="post_402170_link" value="" class="form-control post-link inline-block"></input>
</li>
</ul>
</div>
&bull;
<a href="#" class="upvote ">
<i class="fa fa-chevron-up"></i>
</a>
<span class="votes" data-votes="1">1</span>
<span class="post-tools">
</span>
</div>
</div>
</div>
</div>
</li>
</ul>
<div class="post-bar col-xs-12 hide bottom-post-bar">
<div class="inline-block">
<span class="tags">
</span>
<small class="topic-stats">
<span>Posts</span>
<strong><span class="topic-post-count human-readable-number" title="40">40</span></strong> |
<span>Views</span>
<strong><span class="human-readable-number" title="481">481</span></strong>
</small>
<span class="browsing-users hidden">
&bull;
<small><span>browsing</span></small>
<div class="thread_active_users active-users inline-block"></div>
<small class="hidden"><i class="fa fa-users"></i> <span class="user-count"></span></small>
</span>
</div>
<div class="topic-main-buttons pull-right inline-block">
<div class="loading-indicator" done="0" style="display:none;">
<span class="hidden-xs-inline">Loading More Posts</span> <i class="fa fa-refresh fa-spin"></i>
</div>
<a href="/login?next=topic/19076/isn-t-it-in-everyone-s-best-interest-that-gaw-succeeds" class="btn btn-
primary">Reply</a>
</div>
<div style="clear:both;"></div>
</div>
```

```
<div id="move_thread_modal" class="modal" tabindex="-1" role="dialog" aria-labelledby="Move Topic"
aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h3>Move Topic</h3>
</div>
<div class="modal-body">
<p id="categories-loading"><i class="fa fa-spin fa-refresh"></i> Loading Categories</p>
<p>
Disabled Categories are greyed out
</p>
<div id="move-confirm" style="display: none;">
<hr/>
<div class="alert alert-info">This topic will be moved to the category <strong><span id="confirm-
category-name"></span></strong></div>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="move_thread_cancel">Close</button>
<button type="button" class="btn btn-primary" id="move_thread_commit" disabled>Move</button>
</div>
</div>
</div>
</div>
<div id="fork-thread-modal" class="hide" tabindex="-1" role="dialog" aria-labelledby="" aria-
hidden="true" data-backdrop="none">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h4>Fork Topic</h4>
</div>
<div class="modal-body">
<div class="form-group">
<label for="title">Title</label>
<input id="fork-title" type="text" class="form-control" placeholder="Enter new thread title"><br/>
<label>Click the posts you want to fork</label> <br/>
<span id="fork-pids"></span>
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="fork_thread_cancel">Close</button>
<button type="button" class="btn btn-primary" id="fork_thread_commit" disabled>Fork</button>
</div>
</div>
</div>
</div>
<div id="move-post-modal" class="hide" tabindex="-1" role="dialog" aria-labelledby="" aria-
hidden="true" data-backdrop="none">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">&times;</button>
<h4>Move Post</h4>
</div>
<div class="modal-body">
<div class="form-group">
<label for="topicId">Topic ID</label>
<input id="topicId" type="text" class="form-control" placeholder="Enter topic ID"><br/>
```

```
</div>
</div>
<div class="modal-footer">
<button type="button" class="btn btn-default" data-dismiss="modal"
id="move_post_cancel">Close</button>
<button type="button" class="btn btn-primary" id="move_post_commit" disabled>Move</button>
</div>
</div>
</div>
</div>
</div>
<noscript>
<div class="text-center">
<ul class="pagination">
<li class="active"><a href="?page=1">1</a></li>
<li><a href="?page=2">2</a></li>
</ul>
</div>
</noscript>
</div>
<div id="upload-picture-modal" class="modal fade" tabindex="-1" role="dialog" aria-labelledby="Upload
Picture" aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">×</button>
<h3 id="myModalLabel">Upload picture</h3>
</div>
<div class="modal-body">
<form id="uploadForm" action="" method="post" enctype="multipart/form-data">
<div class="form-group">
<label for="userPhoto">Upload a picture</label>
<input type="file" id="userPhotoInput" name="userPhoto">
<p class="help-block">You may only upload PNG, JPG, or GIF files <span id="file-size-block"
class="hide"> (max. <span id="upload-file-size"></span> kbs.)</span></p>
</div>
<input type="hidden" id="params" name="params"/>
</form>
<div id="upload-progress-box" class="progress progress-striped">
<div id="upload-progress-bar" class="progress-bar progress-bar-success" role="progressbar" aria-
valuenow="0" aria-valuemin="0">
<span class="sr-only"> Success</span>
</div>
</div>
<div id="alert-status" class="alert alert-info hide"></div>
<div id="alert-success" class="alert alert-success hide"></div>
<div id="alert-error" class="alert alert-danger hide"></div>
</div>
<div class="modal-footer">
<button class="btn btn-default" data-dismiss="modal" aria-hidden="true">Close</button>
<button id="pictureUploadSubmitBtn" class="btn btn-primary">Upload picture</button>
</div>
</div>
</div>
</div>
<div class="topic-search hidden">
<div class="btn-group">
<button type="button" class="btn btn-default count"></button>
<button type="button" class="btn btn-default prev"><i class="fa fa-fw fa-angle-up"></i></button>
<button type="button" class="btn btn-default next"><i class="fa fa-fw fa-angle-down"></i></button>
</div>
</div>
<div class="alert-window alert-left-top"></div>
```

```
<div class="alert-window alert-left-bottom"></div>
<div class="alert-window alert-right-top"></div>
<div class="alert-window alert-right-bottom"></div>
<script>
                    require(['forum/footer']);
        </script>
</body>
</html>
ml>
```