# Exhibit J

9/12/21, 9:37 AM                Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

The Wayback Machine - http://web.archive.org/web/20140824131105/http://www.reddit.com:80/r/Bitcoin/comments/2e605d/beware_of_gawminers_hashlet_ponzi_sc...

my subreddits     front - all - random   |   television - lifeprotips - creepy - documentaries - futurology - gadgets - fitness - gifs -   more »



comments   | want to join? login or register in seconds  |  English

**55**  Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com...

(self.Bitcoin)
submitted 3 days ago * by gaw-whistleblower

[removed]

93 comments   share

search reddit

this post was submitted on 21 Aug 2014
**55 points** (74% upvoted)
shortlink: http://redd.it/2e605d

all 93 comments - sorted by: **best**

[–] **anarchyx914**  12 points 2 days ago

I have spent over $10,000 with GAW myself, and I can tell you it has been a bumpy road with them.

On their hosting platform I had constant problems with underperforming miners and inconsistent uptime. Miners would go down for days on end, and support tickets took forever to answer. It was quite a nightmare.

Once my miner was taken care of, I can honestly tell you that GAW took care of me in excess with compensation. They credited me nearly 50% of my purchase back, allowed me to keep all of the mined earnings as well as double hash LTC promo payouts, even gave me a free miner or two during the process.

I also struggle with the Hashlet/Zenpool concept. I think its all vaporware if you ask me. I recently converted all of my Power Hungry Zeus hardware to hashlets though, because I never want to take delivery and / or have to host the stuff myself. I am very happy with the hashlets. They are rock solid and on Zenpool my payout is almost 50% better than nicehash. I don't know how they are doing it, but I am getting good BTC payouts, and I have already more than ROI'd the gear, and right now it still has 8 months of hosting for free on it.

Also, with the "ZenPoints" system they have its quite awesome. I keep about 3-4 BTC in the Zencloud account and earn about 750k satoshi interest every day, which I can use to purchase more miners for free just for storing a little btc with them.

For me GAW has gone far beyond their own scope of support and gone out of the way to compensate me for my hardships, for this they have earned my future business. While I don't understand the ZenPool/Hashlet structure, it is quite profitable for the miner and the Zenpoint system allows you to

username   password

☐ remember me    reset password      login

### Submit a new link

### Submit a new text post

# Bitcoin

subscribe   133,011 readers
           554 users here now

Bitcoin is *the currency of the Internet*: a distributed, worldwide, decentralized digital money. Unlike traditional currencies such as dollars, bitcoins are issued and managed without any central authority whatsoever: there is no government, company, or bank in charge of Bitcoin. As such, it is more resistant to wild inflation and corrupt banks. With Bitcoin, you can *be your own bank*.

If you are new to Bitcoin, check out We Use Coins and Bitcoin.org. You can also explore the Bitcoin Wiki:

- Getting Started
- FAQ
- Common Myths
- Bitcoin Merchants

**How to buy bitcoins**
Buy Reddit Gold using bitcoins!
Will I earn money by mining?
Security guide

**Community rules**

9/12/21, 9:37 AM  Beware of GAWminers Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside at www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 272-10   Filed 09/16/21   Page 3 of 20

basically run Hashlets at little to no maintenance cost.

I think you trying to compare GAW to BFL is a terrible idea. BFL has never gone out of their way to compensate me for delays in shipment, downtime, shitty performance, etc.

If you are a GAW customer and have beef, take it up with Josh. He's a very understanding and caring person and he and his staff are always willing to go the extra mile to take care of the customer.

Haters gonna hate.

permalink

[–] **XxEnigmaticxX** 6 points 2 days ago

me and you both. more then 10% of my yearly pay is now in gaws hands and my physical miners are now all converted to hashlets. GAW has gone above and beyond in making sure any bumps i experienced were taken care of properly, hell they even sent me a BW that i cancelled and after trying to send it back to them they let me keep it.

sure you can say that they are not perfect, but damn who is.

GAW has always come through for me, and many other people as well.

of all the asic compaies out there, gaw is one that i have 100% trust in, as they have always stood by their word and never back tracked.

permalink   parent

[–] **gaw-whistleblower** [S] 1 point 2 days ago

Do your own google searches and searches on reddit. Please draw your own conclusions.

permalink   parent

[–] **GAW_Taylan** 3 points 2 days ago

Thank you for trying to soothe this user's accusations. I am glad that you love our service and are preaching the word. :)

permalink   parent

[–] **gaw-whistleblower** [S] 2 points 2 days ago

If it is vaporware, customer should be aware of the risks they are exposed to. If the market some how turn in ways GAWminers.com did not expect and can not cover payouts....then what?

So the question people should ask is GAWminers actually selling virtual miners or a financial product?

permalink   parent

[–] **gaw-whistleblower** [S] 3 points 2 days ago

Also, anything that assures ROI should be suspect.

permalink   parent

- Do not use URL shortening services: always submit the real link.
- Begging/asking for bitcoins is absolutely not allowed, no matter how badly you need the bitcoins. Only requests for donations to large, recognized charities are allowed, and only if there is good reason to believe that the person accepting bitcoins on behalf of the charity is trustworthy.
- News articles that do not contain the word "Bitcoin" are usually off-topic. This subreddit is not about general financial news.
- Submissions that are mostly about some other cryptocurrency belong elsewhere. For example, /r/CryptoCurrency is a good place to discuss all cryptocurrencies.
- No referral links in submissions.
- No compilations of free Bitcoin sites.
- Trades should usually not be advertised here. For example, submissions like "Buying 100 BTC" or "Selling my computer for bitcoins" do not belong here. /r/Bitcoin is primarily for news and discussion.
- Please avoid repetition — /r/bitcoin is a subreddit devoted to new information and discussion about Bitcoin and its ecosystem. New merchants are welcome to announce their services for Bitcoin, but after those have been announced they are no longer news and should not be re-posted. Aside from *new* merchant announcements, those interested in advertising to our audience should consider Reddit's self-serve advertising system.
- No wallet addresses in posts/comments. The tipbot can be used.

**Related communities**

(Sorted roughly by decreasing popularity.)

**Bitcoin communities**

- **Bitcoin Beginners**
- Local Bitcoin communities
- BitcoinMining
- ChangeTip
- Girls Gone Bitcoin (NSFW)
- BitMarket
- BitcoinMarkets
- Jobs4Bitcoin
- BitcoinStocks
- CryptoMarkets
- [More]

**Non-Bitcoin communities**

- CryptoCurrency
- Technology
- Economics
- Anarcho-Capitalism

[–] **steb2k** 17 points 2 days ago

'I will not post allegations without evidence.'

OK, so where is your evidence?

permalink

   [–] **DoersOfTheWord** 4 points 2 days ago

   "Proof of Dishonesty" is a new hashing algorithm. He solved the block so that's all you need.

   permalink   parent

      [–] **btcbear** 4 points 2 days ago

      This idiot already posted the same thing as zowieargh here and many different accounts on bitcointalk. Once a troll always a troll, but I have to say he's not even trying hard to find evidence just posts a lot of shit hoping people will fall for the trap and think: "hmm there's a lot of text maybe some of it is true" :D

      permalink   parent

         [–] **gaw-whistleblower** [S] -2 points 2 days ago

         Nope. I am a new person and might reveal myself soon. I am close to Josh Garza right now so I must stay private to protect my family.

         permalink   parent

            [–] **Rootdude** 5 points 2 days ago

            If you want anyone to buy your conspiracy theory, you need to reveal yourself and present your evidence. You're doing no one any good by posting this stuff and creating confusion. If you'd prefer to do that in private, I won't reveal your information and I'll go to the effort to confirm what you say, and be happy to present it back here. If what you say is true, people need to be warned - but doing it like this isn't going to get that done. PM me and let's see what you've got.

            permalink   parent

               [–] **gaw-whistleblower** [S] -1 points 2 days ago

               I am not selling a conspiracy theory.

               When Gawminers are claiming this:

               "We've produced a miner incapable of negative ROIs because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then

- Crypto
- CryptoAnarchy
- [More]

**Join us on IRC**

chat.freenode.net *#bitcoin*

**Other Bitcoin sites**

**Bitcoin Forum**
**Bitcoin Stack Exchange**

*Ad campaign:*

We previously collected donations to fund Bitcoin advertising efforts, but we no longer accept donations. The funds already donated will be spent on some sort of advertising, as intended. (9.48200203 BTC spent so far.)

**Style sheet credits**

The CSS used by this subreddit is the Erdune Theme modified by /u/Annihilia and /u/konkedas .

Logo design by /u/Annihilia. Check out his other work here.

MODERATORS     message the moderators

theymos
ThePiachu
rbitcoin-bot
MiningBuddy
whollyhemp
AutoModerator
colsatre
StarMaged
hardleft121
Aussiehash

...and 6 more »

9/12/21, 9:37 AM  Beware of GAWminer's Hashlet ponzi scheme and scam. Proof of dishonesty and lies. Inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS Document 272-10 Filed 09/16/21 Page 5 of 20

you make, and they will always make money."

"Hashlets will be the only miners that will be able to mine to the new ZenPool, the Most Profitable Pool in the World [...] that can deliver payouts almost twice as high as the top pools today!"

"Hashlets are upgradeable. How can a digital miner be upgradeable? Simple, because its digital and we built it"

What risks should be disclosed?

permalink  parent

[–] **BS_Filter** 2 points 2 days ago

Who cares who you are. Just show us some evidence.

permalink  parent

[–] **gaw-whistleblower** [S] -4 points 2 days ago

I think the most effective way is to drop drip evidence. So stay tuned.

permalink  parent

[–] **Rootdude** 4 points 2 days ago

I'm still waiting for your PM with supporting evidence I can research. You're pretty busy claiming you are close to Josh and don't want your family 'hurt' and that you think it best to 'drop drip' information (maybe you know something Assange never understood) - but you're still refusing to present anything of substance.

Unless I hear something back from you via PM, I'll just have to assume you don't have any evidence or proof of your claims, don't have Bitcoin's best interests in mind, and I'll just ignore this thread from now on (as everyone else should if you don't respond). I'll make sure I update everyone at the end of the day today should you fail to contact me.

permalink  parent

[–] **BS_Filter** 2 points 2 days ago

> the most effective way

9/12/21, 9:37 AM  Beware of GAWMiner's Hashlet ponzi scheme and scam. Proof of dishonesty and lies inside about www.gawminers.com... : Bitcoin

Case 3:16-cv-00940-MPS   Document 272-10   Filed 09/16/21   Page 6 of 20

> > > > To what, make people think you're completely full of shit?
> > > >
> > > > Why the fuck would I *stay tuned* when you present no evidence.
> > > >
> > > > Do you pay attention to every fucking alien claim and every "I'm Jesus" retard and every "Miracle cure" bullshit. No! You dont. Because they never have evidence.
> > > >
> > > > permalink   parent
> > >
> > > [–] **gaw-whistleblower** [S] -1 points 2 days ago
> > >
> > > He used sockpuppet accounts to fool people at bitcointalk.org. They are the poster child of censorship on the forum hashtalk.org.
> > >
> > > permalink   parent
> > >
> > > > [–] **wintericelab** 1 point 2 days ago
> > > >
> > > > Who cares! Those are forum politics, and everyone on the internet is a troll.
> > > >
> > > > permalink   parent

[–] **kwnewfie** 5 points 2 days ago

*yawn* Sounds like someone is butthurt and ranting.

permalink

[–] **wajiminer** 4 points 2 days ago

Geez guys. There's a very simple explanation. Say gawminers hooked up a ton of vaultbreakers. 750 mhash probably costs $108/month in electricity. Now they turn around and sell these in digital form which has a maintenance cost of .08/mhash. Which equals 1800/month in fees for one vaultbreakers that they've split up into digital hashlets.

Do I think they're mining yes. Do I think they've come up with a fantastic new algorithm that has double the payouts. No. What they're doing is sharing the profit they make on the fees to up the payments.

permalink

> [–] **btcsa** 1 point 2 days ago
>
> That sounds to me like what is happening. They have a ton of hardware, are mining regardless of customers, and as you buy hashlet MHs, you get a piece of the profit, and they make their money on the initial purchase you make to enable your piece of the pie, and then the maintenance fees.
>
> permalink   parent
>
> > [–] **soc15420** 1 point 23 hours ago
> >
> > Oh snap, so its basically like investing in a company and then getting dividends on top of your stock?!
> >
> > permalink   parent

[–] **wpstudio** 8 points 2 days ago

You can't be a "whistleblower" unless you provide evidence. Where's the details? Where's the proof?

permalink

  [–] **alienstout** 6 points 2 days ago

  Step 1: Make Accusation! Step 2: ????? Step 3: Aha! Case closed!

  This guy is the underpants gnome looking for a new gig.

  permalink   parent

   [–] **gaw-whistleblower** [S] -4 points 2 days ago

   More evidence will come. Stay tuned.

   permalink   parent

[–] **Rootdude** 6 points 2 days ago

So, you're not making accusations, but you do call what GAW is doing a Ponzi scheme. I'm still waiting for you to post your factual findings on the matter.

I get that the Hashlet thing is a little hard to grasp, but here's my take. Hashlets are 1MH shares of larger rigs. Period, end of story... they don't exist physically other than as small outputs from rigs they power and maintain - this is exactly what GHash.io does and has done for over a year now, but GAW is doing it with scrypt. They have 750MH rigs that they bought at less than $1/MH and are reselling the hashes at $16 per. At that markup, they can do just about anything with that $15+ including, but not limited to, maintaining their own in-house pool that pays out 2x what other pools can manage (using the 1600% profit they made initially to support the payouts) - nearly indefinitely, with, or without an influx of new BTC - because the fees they collect on the Hashlets also go back into the price support on the poolside (ZenPool). I don't have specific inside knowledge of this, mind you, but I think it's clear that the business model is sustainable for the foreseeable future and as some have mentioned here, you do, as a share/Hashlet owner get out of it more than you put into it over a 45-90 day period... unlike GHash.io.

So, is it a Ponzi scheme? Well, if it can run on it's own merits without continuing influx of new investors to pay old investors, it really isn't. Frankly, financially speaking, it's a pretty brilliant business mechanism for those who take advantage of it. The cost of entry is very low - the cost of ownership is manageable, and if there's no erosion of the original investment cost over time through discounting or trading, it's sustainable. Time will tell of course how it plays out, but for the time being, it looks like a nicely executed business plan.

permalink

  [–] **anarchyx914** 2 points 2 days ago

  Great explanation :)

permalink　parent

[−] **soc15420** 2 points 2 days ago

I bought a 1Mh to see what its all about. Really, $16 isn't that much and I figured why not. I'll break even on my investment in 5ish months and at that point Ill just continue to gain the small amounts of btc that I can.

permalink　parent

[−] **gaw-whistleblower** [S] 0 points 2 days ago

"We've produced a miner incapable of negative ROIs because the maintenance fees can reduce over time! Thats right, there will never be a time a Hashlet cost more to run then you make, and they will always make money."

"Hashlets will be the only miners that will be able to mine to the new ZenPool, the Most Profitable Pool in the World [...] that can deliver payouts almost twice as high as the top pools today!"

"Hashlets are upgradeable. How can a digital miner be upgradeable? Simple, because its digital and we built it"

permalink　parent

[−] **cybertiger37** 3 points 2 days ago

Hmm cool story... Too bad you failed to deliver any proof :) Boring life huh?

permalink

[−] **Acejam** 5 points 2 days ago

This guy is a scam artist. He tried to scam me several times a while back on eBay and Craigslist selling KNC Jupiters. He posted up on Craigslist in the Colorado section with pictures of a Jupiter taken in East Longmeadow, MA, claiming to be from Boulder, and asking me to "send BTC first". I of course did not fall for this tactic, as I've had my fair share of 419eater posts. The exact same ad and pictures were posted in almost every major US city on Craigslist.

The damn guy sent me pictures of miners with GPS coordinates in the EXIF data and still tried to lie about it!

Another similar story:

http://www.reddit.com/r/litecoinmining/comments/1…

permalink

[−] **btcbear** -1 points 2 days ago

Yeah right, he has 1 million to spend on a domain BTC.com and in his free time he scams people on ebay. Great hobby!

permalink　parent

[−] **gaw-whistleblower** [S] 1 point 2 days ago

The one million he had was after he was selling supposed "cloud" miners.



permalink  parent

[–] **btcbear**  2 points 2 days ago

Nope, he had it before that from his previous companies and funding. If you thing GAW with its 3 data centers is just financed with Josh's money you must be really dumb.

permalink  parent

[–] **vincent_van_dough**  0 points 1 day ago

He sold the domain to himself for 1m. It was originally purchased in June for a low six figure amount and resold for "1m" to himself for the PR right before this hashlet bullshit went live. Any moron can issue their own press releases at prweb.

permalink  parent

[–] **Acejam**  0 points 2 days ago

Whatever you say, Josh.

permalink  parent

[–] **GAW_Amber**  3 points 2 days ago

Hi! I can completely understand you having questions about Hashlets, we are working right now to answer everyone's questions. It is new and exciting which can also fuel skepticism. If you come by our community, which i encourage you to do! It is filled with new and avid miners alike. The feel of the whole community is positive. Even, when customers are frustrated or experiencing issues, this is the place where you can find resolution. Our main goal for GAWMiners is to change the industry for the better and offer our customers a chance to make ROI and have fun! We stand behind our company and our customers. Please email me if you have any further questions! amber@gawminers.com or come see me at https://hashtalk.org/

Thanks! Amber

permalink

[–] **soc15420**  2 points 2 days ago

Hi Amber,

I bought a 1Mh hashlet just to try my hand at it. I get my ROI in about 5 months. How am I assured that you just wont close down my hashlet/your business before the 5 month point? I really like the idea but I would prefer not to be out of my btc that I earned/my hashlet in a few months.

permalink  parent

[–] **sfehrman**  3 points 2 days ago

I find it funny you expect some kind of guarantee on your purchase. There are thousands of companies that have a product and they claim it is a miracle product and

next thing you know they are out of business because the product was junk. Sure you are thinking I still physically have the junk product, where I don't physically have the hashlet. Which is true, but what good is being able to hold a junk product that doesn't work as advertised, you might as well throw it in the trash. This isnt like putting your money into a Bank Savings account that is government backed. Of course there is risk when you are talking about a crypto currency. What if you purchased a stock and then the company tanks your stock could be worthless. They firmly believe the Hashlet will be an amazing profit that will ROI for everyone, but they cant control the coins, they could all crash and be worthless. I have purchased Miners and Hashlets from them. Have I made ROI? No, I keep reinvesting a lot of it right now. Will I be mad if it all goes downhill and I lose the thousands I have, hell yes I will be. BUT I dont expect any kind of guarantee from them, it is the risk I am taking mining coins. If you dont want the risk leave your money in the bank.

permalink   parent

[–] **soc15420**   3 points 2 days ago

Hah, I work in banking.

Anyways, I bought a hashlet because I wanted to give it a shot, it was extra cash so losing $16 will not be the end of the world.

That said, I would like to see the company act professional and A) Have agents to chat with on their website (never any) B) Get a functional support website (kept claiming I had zero tickets register when I had emails stating I had opened some C) have some form of customer service.

I expect zero guarantee; however I would like to see that this is an honest business attempt and not just a quick cash grab. $16 isn't the end of the world but I do like to know I invested in a decent company.

permalink   parent

[–] **sfehrman**   1 point 2 days ago

Fair enough. I would have to agree their website Chat is useless there is never anyone available. They need to remove it if they aren't going to use it. I have had the best luck when contacting them using Hashtalk.org I can't guarantee this isnt a quick cash grab but they have been

> > > > > around for a little while, not just a brand new start up.
> > > > >
> > > > > permalink   parent
> > > >
> > > > [–] **BitcoinBrains** 2 points 2 days ago
> > > >
> > > > Have you stopped replying to my tickets?
> > > >
> > > > permalink   parent
> > >
> > > [–] **gaw-whistleblower** [S] -1 points 2 days ago
> > >
> > > They created that forum because they could not handle the heat on bitcointalk.org.
> > >
> > > Hashtalk.org is a heavily moderated forum.
> > >
> > > permalink   parent

[–] **physalisx** 7 points 3 days ago

> So, what can we do?

Point out that they're a complete scam, whenever their name drops somewhere. Other than that: nothing.

They will probably catch a few idiots. You can't stop people from being stupid.

permalink

> [–] **kiisfm** 2 points 2 days ago
>
> This, in my experience people actually get mad when you stop them from getting scammed. Anyone remember that fake liquid nitrogen scam?
>
> permalink   parent

[–] **n2nshadow** 3 points 2 days ago

I don't see any REAL evidence anywhere. These same posts have been posted on BCT, by someone who continues to change his usernames and troll the boards. Here are a couple of real facts: GAW has already delivered asic miners all around the world to many people. Their webpages, products, controllers, ect all work correctly. Most all of their customers are satisfied with them, myself included. Now I don't honestly know what is going on behind the scenes, but at this point I'm pretty happy with them.

permalink

> [–] **gaw-whistleblower** [S] 1 point 2 days ago
>
> I am actually very close to GAWminers and am not of those people. More evidence will come. Stay tuned.
>
> permalink   parent
>
> > [–] **cybertiger37** 1 point 2 days ago
> >
> > Hmmm...Guess you're full of shit? kthxbye.
> >
> > permalink   parent

[–] **totes_meta_bot** 2 points 2 days ago

This thread has been linked to from elsewhere on reddit.

- [/r/Buttcoin] In most ironic news of this week, Bitcoiners warn of Ponzi scheme.

*If you follow any of the above links, respect the rules of reddit and don't vote or comment. Questions? Abuse?*
*Message me here.*

permalink

[–] **Bearaidz**  2 points 2 days ago

Sounds like Proof of mad to me.

permalink

[–] **gaw-whistleblower** [S] -1 points 2 days ago

I have more evidence that I will reveal.

permalink   parent

[–] **cybertiger37**  5 points 2 days ago

"more" evidence indicates that you had any to begin with... fail harder bro.

permalink   parent

[–] **alienstout**  2 points 2 days ago

...And it's gone. Hmm, how long until another new guy comes back with the same thing or maybe he's fine with all the sock-puppetry going on at bitcointalk?

permalink

[–] **acruxksa**  2 points 18 hours ago

Regardless of what they're doing or not doing, I'm pulling in about .047 BTC per day with 75MH/s of hashlets. That's AFTER they're $0.08/MH/s fee is deducted.

It beats my nicehash mining by a substantial margin. So what if it slowly tapers off, it's been way higher than any other mining pool/hardware since hashlets became available 2.5 weeks ago. These type of returns probably can't be maintained indefinitely, however, neither can any of the other mining pools/schemes. All I know is that I've gotten very nice returns over the past 17 days. There are other benefits to the hashlets, for instance, they are on record stating that the maintenance fees will never rise and in fact will drop. They have also hinted at the possibility that we can mine other algo's besides scrypt. Think about that for a second! I'm already seeing better returns per MH/s than any other scrypt mining option AND my fees will not go up AND there is a possibility that I can switch algo's at some point in the future. Most people are happy with just the first two, but with a chance for all three..............

Also, I've got 6 fury's at home that I purchased from them in 3 separate purchases over the past 3 months. All 6 arrived in perfect condition and have been mining hashing away on nicehash @ 340Mhz for over 17days since my last reboot.

http://imgur.com/SPYRRTs No hardware issues at all.

Over the last couple months, I've seen several disgruntled people post about their poor experience with gawminers, but pretty much everyone of them had issues of their own making. ie, they wanted to exchange a purchased product for something else before they received it after it had already shipped. Or they received a product that was faulty and wanted store credit, then changed their mind and wanted a different product then changed their mind again and wanted their money back after purchasing a new miner with store credit. Pretty much seems to me that the same couple people have been responsible for most of these threads. I'm betting this is one of them given the throw away reddit username.

I'm not saying GAWminers is perfect, they have made mistakes, but most people will tell you that they eventually make things right. Sadly, there are people out there who need INSTANT gratification so when they e-mail or PM someone at 11PM on a Friday night and don't get an answer in an hour, they assume they are being robbed. All without even realizing what time it is where the person they are messaging lives.

In summary, They've always done right by me with every one of my purchases which include shipped asics, hosted asics and now hashlets. I'm giving them the benefit of the doubt.

permalink

[–] **wintericelab** 4 points 2 days ago

I don't see any evidence or reason to suspect them of being dishonest. You gave no reasons. All you said was they are figuring out ways to gain positive PR.

permalink

[–] **driverdan** 4 points 2 days ago

Here's my post from another thread about GAW:

I'm so sick of GAW's BS that it's about time I shared some things I found about them a while back. I guarantee you that the merger is fabricated and just a publicity stunt. At least some of the ZenController software was written by Joe Mordica, CTO of GAW Labs. The git repo for software on the ZenController is hosted under GAW Labs' BitBucket account. cgminer on the ZenController is from https://bitbucket.org/GAWLabs/cgminer_client.git (private repo). Joe was dumb enough to include his private key on the ZenControllers along with full bash history (keys removed before posting).

permalink

[–] **paleh0rse** 2 points 2 days ago

So far, you've only provided evidence that he uses shill accounts to defend and promote GAW. That's hardly earth shattering or new.

What else ya got? Seriously what, exactly, are you "blowing the whistle" on?

I have little doubt that the entire Hashlet thing is a scam, but I'm also sick of people making accusations around here without any real evidence at all. Please tell me you have more...?

permalink

[–] **gaw-whistleblower** [S] -1 points 2 days ago

Do you trust a guy with mythical miners that promise to always ROI?

Who thinks creating sockpuppets is ok?

permalink   parent

[–] **cybertiger37** 2 points 2 days ago

No more or less than trusting some random asshole on the internet making stupid "whistleblowing attempts"

permalink   parent

[–] **vincent_van_dough** 0 points 1 day ago

so you just joined reddit and are only posting in the gaw related posts... hmm?

permalink   parent

[–] **btcbear** 1 point 2 days ago

Their data centers are not real too? They photoshopped the pictures and are not really mining :D

https://hashtalk.org/t/data-center-pictures/6448

permalink

[–] **vincent_van_dough** 1 point 1 day ago

there is one shelf of miners posted. that is also not a data center. where's the fire suppression? concrete slabbed floors? that's a room rented out in a large warehouse, nothing more nothing less.

permalink   parent

[–] **zipzo** -1 points 2 days ago

That's not a data center, that's a garage with some of their shitty ASICs in it.

permalink   parent

[–] **btcsa** 2 points 3 days ago

I have put them to the test, bought 1MH for $15.99. I am putting all the costs and maintenance and earnings etc into a spreadsheet. The way I see it, they are mining now anyway, regardless of if a customer has bought the hashlet or not, that MH you are going to buy is already mining. If a customer buys hashlet mining, then they allow that customer to get the mining profits of the amount of MH they have purchased, but they charge a maintenance fee per MH per day too. It costs money to run their farm, so I would guess they do pay out the correct BTC per MH to the customers, but make it worth their while by charging the maintenance fee

and the initial startup fee per MH. They say the maintenance fees will go down over time, I suspect that as they upgrade hardware all the time, and use miners that are more and more efficient, that will affect your maintenace. They use zenpool too, which has a much higher BTC / MH rate, today its 0.00066506 per MH, which is much higher than other pools. So far, the 1MH Hashlet has mined 0.00069156 btc over a 24hour period. The maintenance cost was 0.00014984 btc, for a total of 0.00054172 profit for the day (not counting the cost of the miner). The 0.00069156 mined was just over 2% of the cost of the rig.

permalink

[–] **iamthinksnow**  3 points 2 days ago

Why, at that rate, you'll turn a profit in just 59 days!

Let me go ahead an make a note to return to this thread in 58 days.

permalink   parent

[–] **soc15420**  1 point 22 hours ago

RemindMe! 58 days

permalink   parent

[–] **RemindMeBot**  1 point 22 hours ago

Messaging you on **2014-10-20 14:27:15 UTC** to remind you of **this comment.**

**CLICK THIS LINK** to send a PM to also be reminded and to reduce spam.

[FAQs] | [Custom Reminder] | [Feedback] | [Code]

permalink   parent

[–] **btcsa**  1 point 2 days ago

This is the test yes, is it possible or not...time will tell, please remind me in 58 days!

permalink   parent

[–] [deleted] 2 days ago

[deleted]

[–] **RemindMeBot**  2 points 2 days ago

Messaging you on **2014-10-18 15:43:34 UTC** to remind you of **this comment.**

**CLICK THIS LINK** to send a PM to also be reminded and to reduce spam.

[FAQs] | [Custom Reminder] | [Feedback] | [Code]

permalink

[–] **driverdan** 0 points 2 days ago

You completely missed the point. Hashlets don't exist, there is no hardware. They are completely fake.

permalink parent

[–] **btcsa** 3 points 2 days ago

That is how I understand it yes....they have a ton of miners hashing, and you buy a MH as a 'hashlet', but the pictures are just artist renderings, there are no real hashlets, only their existing miners that are already mining, you just rent a piece of the pie.

permalink parent

[–] **driverdan** -4 points 2 days ago

> they have a ton of miners hashing

No they don't! That's the whole point. There is no hashing, it's entirely fake. They are making up everything out of thin air.

permalink parent

[–] **soc15420** 3 points 2 days ago

Do you have proof of this? Because I keep seeing you and OP yell it yet no one is providing photos or anything.

permalink parent

[–] **driverdan** 0 points 2 days ago

> yet no one is providing photos or anything

You're right, GAW hasn't provided photos of anything. They showed some photos of a small amount of hosted mining hardware. I estimated the output of the hardware in the photos yesterday and IIRC it was something like 3Gh scrypt and 10Th SHA256. This is most likely existing hosted hardware from before Zen. They never posted pics of that hardware either but we know it exists since the owners control it and point it to any pool they want.

The returns they are claiming for their ZenPool are literally impossible. There is nothing scrypt-based to mine that can earn that much, including rentals.

They haven't provided a single shred of evidence that any "hardware" listed under ZenMiner is real. Multiple pool owners have claimed that they

have received no hashing power from GAWZen.

permalink  parent

[–] **soc15420**  1 point 2 days ago

I know they are currently offering hashlet's to current owners who own physical machines to exchange. I imagine they'll add that to their arsenal. I imagine they are making a large profit themselves from their own machines.

If not, then I'll just have to dispute this on my credit card in a while as fraudulent lol. But if not, then oh well. $16 is three lattes.

permalink  parent

[–] **btcsa**  1 point 2 days ago

I get what you are saying, I didnt before....No, I dont know if they really do....I have assumed that since they have sold tons of hardware miners to real people who have got their products, they probably have real miners. That is what I am assuming...of course I could be wrong, but I think its more likely than not having miners at all. How do you know its entirely fake?

permalink  parent

[–] **cybertiger37**  1 point 2 days ago

Sort of like everything you've said, made up out of thin air... Good job man.

permalink  parent

[–] **gaw-whistleblower** [S]  -1 points 2 days ago

How do you know they have the miners? What proof do they give?

What if they did fractional reserves as gavin said?

permalink  parent

[–] **BTC_Kingstar**  2 points 2 days ago

Hi, i am not affilliated with GAW in any way - in fact, i simply bought a 5mhs hashlet last weekend, and since then, i've been studying the ongoing theories that are out here.

I also took a look at the blockchain - here is what I found (And, indeed, indicates they are actively mining, however i cannot say it is "proof", as I'm no expert here by any stretch -

anyhow, check it out - let me know what you think, as I am still kind of confused.

I purchased a hashlet a few days ago - Here is where my BTC i spent wound up -

https://blockchain.info/address/1KQx

Interestingly, If you google that wallet address, you can see it is actively mining on (at least) nicehash and clevermining.

NIcehash - https://nicehash.com/?p=miners&a=0&addr=1KQxLLQNxgn

clevermining - http://www.clevermining.com/users/

permalink   parent

[−] **btcbear**  2 points 2 days ago

Complete and utter bullshit by a spammer and a troll.

This guy used multiple accounts on bitcointall posing as jennak, df2k2, and now gaw_whistleblower :D You can find their newbie accounts on bitcointalk.

He keeps repeating the same bullshit over and over again affraid to post any proof or reveal his identity.

permalink

[−] **gaw-whistleblower** [S] -1 points 2 days ago

I might choose to reveal my identity in the future but as of now. I have a relationship with Josh Garza and do not want to jeopardize my family.

permalink   parent

[−] **alienstout**  4 points 2 days ago

I lol'd

permalink   parent

[−] **abridged86**  2 points 2 days ago

I'm also convinced that GAWminers is a scam but I still invested a lot of bitcoins in hashlets. I'm confident I'll ROI before they shutdown. PBMining is shady as hell and it lasted this long. GaW has been way more transparent with their mining, showing pics of datacenters, investing in btc.com domain, shipping miners, office pics, staff pics.

I don't care if hashlets aren't real. What I care about is a lot of people believe in GaW. The hashtalk community is loyal as hell to GAW. Pretty impressive since it's free marketing for GaW. Because of all those reasons I pointed out above, I truly believe this ponzi is going to last for a while. Josh is in it for the long run and I'll ride along.

permalink

[−] **gaw-whistleblower** [S] -3 points 2 days ago

> If they just straight up said this was a financial product with no actual hardware backing them up then I would not be here.
>
> permalink   parent

[–] **throwaway172a4**   1 point 2 days ago

If you are a victim, write complaint to the Federal Trade Commission, the CFPB and your state's consumer protection agency.

permalink

[–] **tdub697**   0 points 2 days ago

I worked professionally with another one of GAWs businesses and they screwed us pretty good. They only thing they know how to do is get people's hopes up.

permalink

> [–] **gaw-whistleblower** [S]   -1 points 2 days ago
>
> Yes, and this is detrimental to the bitcoin community. I believe people can do whatever they want and buy whatever they want.
>
> It is the fraud that scares me.
>
> permalink   parent

[–] **BTCisGod**   -3 points 3 days ago

Oh, don't spoil the fun. People who buy these packages deserve to lose their muh-neh.

permalink

> [–] **gaw-whistleblower** [S]   1 point 2 days ago
>
> No one deserves to be scammed.
>
> permalink   parent

> > [–] **jonstern**   -2 points 2 days ago
> >
> > Yeah. Without getting slapped in the face multiple times, how is anyone going to learn the nuances of crypto and mining? If it was easy, everyone would do it. The Hashlet is the perfect scam to suck away enough peoples money so they learn their lesson and actually do research and educate themselves properly!
> >
> > permalink   parent

[–] **jonstern**   -4 points 3 days ago

All cloud mining is a scam.

permalink

[–] **azoth218**   0 points 2 days ago

I bought a gridseed ASIC miner from them, not even close to the projected ROI. I had an issue with it in the beginning and needed tech support as they promised. Called and left multiple messages, sent emails, never got a call or an email back. It's been months now and I got an email recently asking how their support was.... Ridiculous. I fixed the issue myself and will not be doing business with them again

permalink

[–] **BitcoinBrains**  0 points 2 days ago

I purchased some miners from these guys and two of them arrived with visible burned on the circuit boards in completely inoperable condition.

I've been requesting a refund for these for about 3 weeks now and they have basically stopped replying to my emails or tickets.

Here are some pictures: 1 2

As far as I'm concerned these guys are a straight up fraud operation. I think its pretty likely that the whole hashlet thing is a ponzi scheme based on everything else they have pulled.

permalink

| about | help | tools | <3 |
|---|---|---|---|
| blog | wiki | mobile | **reddit gold** |
| about | FAQ | firefox extension | store |
| team | reddiquette | chrome extension | redditgifts |
| source code | rules | buttons | reddit.tv |
| advertise | contact us | widget | radio reddit |
| jobs | | | |

Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2014 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.

π

[–] **BitcoinBrains**  0 points 2 days ago

I purchased some miners from these guys and two