AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Denis Marc Audet, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:16-cv-00940-MPS |
| Stuart A. Fraser, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Stuart A. Fraser.

Date: 09/29/2021

/s/ Amina Hassan
*Attorney's signature*

Amina Hassan (phv10955)
*Printed name and bar number*

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004
*Address*

amina.hassan@hugheshubbard.com
*E-mail address*

(212) 837-6793
*Telephone number*

(212) 299-6793
*FAX number*