# Susman Godfrey L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3800 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 1201 Third Avenue |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-3000 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Russell Rennie
Direct Dial (212) 729-2050

E-Mail RRennie@susmangodfrey.com

October 4, 2021

VIA ECF

Hon. Michael P. Shea
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:   *Audet v. Fraser*, No. 3:16-cv-00940

Dear Judge Shea:

In advance of the upcoming pretrial conferences in this matter, Plaintiffs submit this letter on behalf of both parties regarding the matters to be addressed at those conferences. As set out below, the parties respectfully submit that addressing certain evidentiary issues at the first pretrial conference, in addition to any matters the Court wishes to address or resolve, will best permit the Court and parties to most efficiently resolve remaining evidentiary disputes and also prepare for trial.

The pretrial conferences in this matter are scheduled for October 8, 2021 at 1:00 p.m. and October 15, 2021 at 2:00 p.m. ECF Nos. 238, 263. Along with the Joint Trial Memorandum, the parties filed a number of motions *in limine*. ECF Nos. 254-262, 264-272.

The parties respectfully recommend that the Court address the motions *in limine*—in the case that the Court would like to discuss or hear argument on them— at the first pretrial conference and hold all remaining disputes over exhibits and deposition designations and counter-designations for the second pretrial conference. Resolution of certain of the motions *in limine* may impact, or even moot, some of the parties' evidentiary objections and thereby narrow the disputes that remain as to exhibits and deposition designations. In addition, the Court's ruling on these motions—for example, Defendant's motion *in limine* regarding

October 4, 2021
Page 2

Plaintiffs' proposed introduction of the deposition testimony of Homero "Josh" Garza at trial (ECF No. 258 at 5)—may significantly impact the parties' trial plans. Accordingly, the parties would benefit from early resolution of this issue.

In addition, and for similar reasons, the parties respectfully request the opportunity to address the following topics at the first pretrial conference: (i) the procedure and timing for Mr. Fraser's testimony, including the scope and order of examination by Plaintiffs' and Defendant's counsel, *see* ECF No. 253 (Joint Trial Memorandum) at 14; (ii) the sequence of witnesses at trial; (iii) courtroom technology; (iv) COVID-19 protocols; and (v) the use of demonstrative exhibits at trial.

Finally, in light of the Court's October 4, 2021 order directing the parties to provide to the Court by October 5, 2021, 11 a.m., copies of all exhibits to which there are any objections (ECF No. 277), the parties wish to confirm with the Court that they are not required to bring any additional copies of those exhibits for the Court to the pretrial conferences.[1] The parties respectfully request that the Court inform the parties if that is not the case.

We thank the Court in advance for its consideration.

Sincerely,

*/s/ Russell F. Rennie*

Russell F. Rennie
Counsel for Plaintiffs

cc:   Amina Hassan, Counsel for Defendant Stuart A. Fraser

---

[1] *See* Joint Trial Memorandum Instructions for the Honorable Michael P. Shea ¶ 8.b. (directing the parties that "[c]opies of all exhibits as to which there may be objections must be brought to the Final Pretrial Conference.").