Civil- (Dec-2008)

HONORABLE: Michael P. Shea

DEPUTY CLERK D. Johnson    RPTR/ECRO/TAPE J. Monette

TOTAL TIME: 3 hours 11 minutes

DATE: Oct 8, 2021    START TIME: 1:00    END TIME: 4:11

LUNCH RECESS    FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16CV940(MPS)

Audet    Buchdahl/Chen/Seltzer/Kindall/Ard/Renni

Plaintiff's Counsel

vs

Garza    Weinstein/Moffett/Hassan/Jacobs

Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☑ ..... #254 Motion in Limine to Exclude Internet Discussion — ☐ granted ☐ denied ☑ advisement
☑ ..... #256 Motion in Limine Regarding Scope of Class Trial — ☐ granted ☐ denied ☑ advisement
☑ ..... #258 Motion in Limine — ☐ granted ☐ denied ☑ advisement
☑ ..... #259 Motion in Limine Regarding Class Representive — ☐ granted ☑ denied ☐ advisement
☑ ..... #261 Motion in Limine Regarding Stuart Fraser — ☐ granted ☐ denied ☑ advisement
☐ ..... # ____ Motion — ☐ granted ☐ denied ☐ advisement
☐ ..... # ____ Motion — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion — ☐ granted ☐ denied ☐ advisement
☐ ..... Oral Motion — ☐ granted ☐ denied ☐ advisement

☐ ..... ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ ☐ filed ☐ docketed
☐ .......... _____ Hearing continued until _____ at _____

Notes: