**Hughes Hubbard**

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

October 14, 2021

<u>FEDERAL EXPRESS</u>

The Honorable Michael P. Shea
United States District Court for the District of Connecticut
450 Main Street – Suite 262
Hartford, Connecticut 06103

    Re:    <u>*Audet v. Fraser, et al.*, No. 16 Civ. 000940 (D. Conn.): Defendant's Objection to Plaintiffs' Submission of Additional Untimely Exhibits</u>

Dear Judge Shea:

    We write on behalf of Defendant Stuart A. Fraser to object to Plaintiffs' untimely submission of nine proposed exhibits that they did not include in the Joint Trial Memorandum (PX159 to PX167).

    Your Honor's instructions require that all proposed exhibits be listed in the Joint Trial Memorandum, and that copies of all proposed exhibits be exchanged no less than seven days prior to the submission of the Joint Trial Memorandum. Those instructions further provide that "[e]xhibits not exchanged seven (7) days prior to submission of the Joint Trial Memorandum and exhibits not listed will not be admitted at trial, except for good cause shown and except for any exhibits admitted solely for impeachment." *See* Joint Trial Memorandum Instructions for the Honorable Michael P. Shea ¶ 8(b).

    The parties submitted the Joint Trial Memorandum on September 2, 2021. Over a month after submission of the Joint Trial Memorandum, on the eve of trial, Plaintiffs seek to add nine proposed exhibits to their exhibit list without authorization from the Court, and without any showing of good cause. The Court should reject these exhibits as untimely.

    In the event the Court disagrees, Defendant reserves his right to lodge additional objections to these exhibits, and to submit additional exhibits.

                                               Sincerely,

                                               /s/ Hannah Miller

                                               Hannah Miller

cc:  Russell Rennie (via email)

101619179