Civil- (Dec-2008)

HONORABLE: Michael P. Shea

DEPUTY CLERK D. Johnson   RPTR/ECRO/TAPE J. Monette

TOTAL TIME: 2 hours 49 minutes

DATE: Oct. 15, 2021   START TIME: 2:03   END TIME: 4:52

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16cv940(MPS)

Denis Marc Audet, et al                    Buchdahl/Chen/Ard/Rennie
                                           Plaintiff's Counsel
                vs
Stuart A. Fraser                           Weiner/Weinstein/Hassan
                                           Defendant's Counsel

## COURTROOM MINUTES- CIVIL

[✓] Motion hearing    2 hr.    [ ] Show Cause Hearing
[ ] Evidentiary Hearing         [ ] Judgment Debtor Exam
[✓] Pretrial Conf.   .49

[✓] .....#254  Motion in Limine to Exclude Internet Discussions    [ ] granted [ ] denied [ ] advisement
[✓] .....#261  Motion in Limine Regarding Stuart Frazer            [ ] granted [ ] denied [ ] advisement
[ ] .....#___  Motion _____                                       [ ] granted [ ] denied [ ] advisement
[ ] .....#___  Motion _____                                       [ ] granted [ ] denied [ ] advisement
[ ] .....#___  Motion _____                                       [ ] granted [ ] denied [ ] advisement
[ ] .....#___  Motion _____                                       [ ] granted [ ] denied [ ] advisement
[ ] .....#___  Motion _____                                       [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____                                  [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____                                  [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____                                  [ ] granted [ ] denied [ ] advisement
[ ] .....      Oral Motion _____                                  [ ] granted [ ] denied [ ] advisement

[ ] .....  [ ] Briefs(s) due _____  [ ] Proposed Findings due _____  Response due _____
[ ] .......... _____  [ ] filed [ ] docketed
[ ] .......... _____  [ ] filed [ ] docketed
[ ] .......... _____  [ ] filed [ ] docketed
[ ] .......... _____  [ ] filed [ ] docketed
[ ] .......... _____  [ ] filed [ ] docketed
[ ] .......... _____  [ ] filed [ ] docketed
[ ] ..........  _____ Hearing continued until _____ at _____

Notes: