# Exhibit A

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

CASE 3:16-CV-00940

---------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, INDIVIDUALLY and on Behalf of All Others Similarly Situated,

              Plaintiffs,

   v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),

             Defendants.

---------------------------------------------x

  VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS

        New York, New York

       Wednesday, July 25, 2018

Reported by:
Amy A. Rivera, CSR, RPR, CLR
JOB NO. 144960

1                    DEAN ALLEN SHINNERS
2    information, and some of that I was privy to, but
3    none of it was new.  I -- all of the information
4    that I had seen or I've reviewed was information I
5    already had.
6          Q.    Is there an understanding that if
7    Mr. Garza doesn't continue to cooperate, he may be
8    brought back into the lawsuit?
9                MR. WATTERSON:  Again, to the
10         extent --
11         Q.    Your understanding, not the lawyers'
12   conversations.
13         A.    All right.
14               Yeah, and my understanding is that
15   there is a possibility that he may be brought back
16   in.
17         Q.    And tell me what you know about that,
18   putting aside lawyer conversations.
19         A.    I -- that's it.  That if -- if his
20   cooperation is not -- you know, if he's not
21   fulfilling whatever agreement there was to the
22   satisfactory -- you know, to the satisfaction of
23   the law firm, then he -- there's the possibility
24   that he would be brought back into the lawsuit.
25         Q.    Okay. And that's something that --