

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: +1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

October 18, 2021

VIA ECF

Honorable Michael P. Shea
United States District Court for the District of Connecticut
450 Main Street – Suite 262
Hartford, Connecticut 06103

>   Re:   *Audet v. Fraser, et al.*, No. 16 Civ. 000940 (D. Conn.)
>         Defendant's Objections to Plaintiffs' Additional Untimely Exhibits

Dear Judge Shea:

We write on behalf of Defendant Stuart A. Fraser regarding the nine additional exhibits that Plaintiffs belatedly wish to add to their exhibit list. In addition to our timeliness objection, which we reiterate (ECF 287), we lodge the following additional objections to these exhibits.

- **PX 159**

    o   This exhibit is inadmissible hearsay (FRE 801/802).

    o   This exhibit has no probative value because it predates the class period by more than one year and relates to Mr. Fraser's alleged role in companies prior to GAW Miners and ZenMiner (FRE 401/402/403).

    o   This exhibit is unfairly prejudicial because the reference to Mr. Fraser being "Chairman of the Board of Great Auk Wireless" could mislead the jury into thinking that Mr. Fraser was the "Chairman of the Board" of one of the Company defendants (FRE 401/402/403).

    o   The exhibit lacks foundation.

- **PX 160**

    o   This exhibit is inadmissible hearsay (FRE 801/802).

    o   This exhibit is confusing and misleading because the Paycoin ICO referenced in this document never happened. (*See* ECF 253-10 (Garza Dep. Tr.) at 84:19-85:15 (in

response to Plaintiffs' question, "But there wasn't actually a Paycoin ICO; is that right?," Garza admitting, "Not in a traditional sense.").)

- **PX 161**

    o  This exhibit is inadmissible hearsay (FRE 801/802).

    o  Defendant notes that the document is sourced from Hashtalk.org. Plaintiffs should either be required to authenticate and lay a foundation for this document as Mr. Fraser is required to for the Internet Discussions (*see* ECF 191) or concede the authenticity and foundation for documents from the Hashtalk forum.

- **PX 162**

    o  This exhibit is inadmissible hearsay (FRE 801/802). In particular, Garza's statement, "Glad he liked it" is hearsay and appears to be based on hearsay. Mr. Fraser's wife's statements are also inadmissible hearsay.

    o  Garza's statement, "Glad he liked it," is confusing and lacks any foundation in the email itself; there is nothing in this email chain to support that statement.

    o  This exhibit is not relevant (FRE 401). Whether Mr. Fraser's wife was excited about the car has no relevance to any disputed issue in this case, and any relevance is outweighed by the likelihood of unfair prejudice (FRE 401/403).

- **PX 163**

    o  This exhibit is not relevant to any disputed issue and any relevance is outweighed by the likelihood of unfair prejudice (FRE 401/403).

- **PX 164**

    o  Mr. Fraser's photograph is not relevant to any disputed issue in this case and any relevance it might have is outweighed by the likelihood of unfair prejudice. The exhibit is intended only to embarrass Mr. Fraser. (FRE 401/403.)

- **PX 165**

    o  [No additional objections]

- **PX 166**

    o  The content of the post is inadmissible hearsay (FRE 801/802).

- **PX 167**

    o   Limited objection on grounds of invasion of privacy because this document contains personal information such as Mr. Fraser's phone numbers and home addresses (FRE 403).

>   Sincerely,
>
>   */s/ Daniel H. Weiner*
>
>   Daniel H. Weiner