Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson    RPTR/ECRO/TAPE: J. Monette
TOTAL TIME: 1 hours 45 minutes
DATE: Oct. 20, 2021    START TIME: 1:45    END TIME: 3:30
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)    FROM: _____ TO: _____

CIVIL NO. 3:16CV940(MPS)

Audet, et al
vs
Fraser

Plaintiff's Counsel: Chen/Buchdahl/Ard
Defendant's Counsel: Weiner/Weinstein/Hassan

## CIVIL JURY/COURT TRIAL

- [x] ..........Jury of  9  reported.  ☐ Jury sworn
- [ ] ..........Juror # _____ excused.
- [x] ..........Jury Trial held  [x] Jury Trial continued until Oct. 21, 2021 at 9am
- [ ] .......... ☐ Court Trial begun  ☐ Court Trial held  ☐ Court Trial continued until _____
- [ ] .......... Court Trial concluded  ☐ DECISION RESERVED
- [ ] ....# ____ Motion _____    ☐ granted ☐ denied ☐ advisement
- [ ] ....# ____ Motion _____    ☐ granted ☐ denied ☐ advisement
- [ ] ....# ____ Motion _____    ☐ granted ☐ denied ☐ advisement
- [ ] ....# ____ Motion _____    ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____   ☐ granted ☐ denied ☐ advisement
- [ ] ...... _____   ☐ filed ☐ docketed
- [ ] ...... _____   ☐ filed ☐ docketed
- [ ] ...... _____   ☐ filed ☐ docketed
- [ ] ...... _____   ☐ filed ☐ docketed
- [ ] ...... _____   ☐ filed ☐ docketed
- [ ] ..........Plaintiff(s) rests   ☐ Defendant(s) rests
- [ ] ..........Briefs(s) due  ☐ Pltf _____  ☐ Deft _____  ☐ Reply _____
- [ ] .......... ☐ Summations held  ☐ Court's Charge to the Jury
- [ ] ..........All full exhibits,  ☐ Verdict form,  ☐ Interrogatories to the jury handed to jury
- [ ] ..........Jury commences deliberations at _____
- [ ] ..........Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] ..........SEE page 2 for verdict
- [x] ..........COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____