HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson
RPTR/ECRO/TAPE: J. Monette

TOTAL TIME: 3 hours 50 minutes

DATE: Oct. 20, 2021   START TIME: 8:45   END TIME: 12:35
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Audet, et al
vs.
Frazer

CIVIL NO. 3:16CV940(MPS)

Plaintiffs Counsel: Chen/Buchdahl/Ard
Defendants Counsel: Weiner/Weinstein/Hassan/

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] Call of the Calendar held / Call of the Calendar over to _____
- [x] ✓ Jury Selection held / Jury Selection continued until _____
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] # Motion _____ granted / denied / advisement
- [ ] _____ filed / docketed
- [ ] _____ filed / docketed
- [ ] _____ filed / docketed
- [ ] _____ filed / docketed
- [x] 49 # jurors present
- [x] Voir Dire oath administered by Clerk / previously administered by Clerk
- [x] Voir Dire by Court
- [x] Peremptory challenges exercised
- [x] Jury of 9 drawn (See attached) ✓ and sworn ✓ Jury Trial commences
- [x] Remaining jurors excused
- [ ] Discovery deadline set for _____
- [ ] Disposition Motions due _____
- [ ] Joint trial memorandum due _____
- [x] Trial continued until 10/21/21 at 9am
- [ ] COPY TO: JURY CLERK with juror lists