Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson
RPTR/ECRO/TAPE: J. Monette
TOTAL TIME: 5 hours 50 minutes
DATE: Oct. 21, 2021   START TIME: 9:00   END TIME: 3:35
LUNCH RECESS   FROM: 1:00   TO: 1:45
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:16CV940(MPS)

Audet, et al

vs

Fraser

Plaintiff's Counsel: Chen/Buchdahl/Ard

Defendant's Counsel: Weiner/Weinstein/Hassan

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __9__ reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until Oct. 25, 2021 at 9am
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

_____

_____

_____

_____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____