# **EXHIBIT A**



## Agreement
*Denis Marc Audet, et. al. v. Homero Joshua Garza*, 16–CV–00940–MPS

This Agreement, made as of October 20, 2016, sets forth the terms of the dismissal without prejudice of defendant Homero Joshua Garza.

1. Plaintiffs will dismiss without prejudice all claims asserted against Mr. Garza in the above-referenced action ("Action"), with each party to bear his own costs. Unless there is a material breach by Mr. Garza of the terms of this Agreement, or the warranties made herein or any representation by Mr. Garza, set forth below is determined to be materially false or misleading, Plaintiffs will not assert any claims that have been or could have been asserted against Mr. Garza in this or any other action that in any way relate to the subject matter of the Action. If the Court in Connecticut presiding over this Action determines there has been any such material breach or that any representation by Mr. Garza below is materially false or misleading, Mr. Garza agrees that if the named Plaintiffs seek to reinstate him as a defendant in the Action or file a new action against him that the statute of limitations is tolled for any and all claims that have been or could have been asserted by the named Plaintiffs on behalf of themselves and the Class they seek to represent in this Action and any and all such claims shall be deemed to have been filed on this date the Action was originally filed. The tolling agreement shall end on the date the action is terminated as to all parties by a final judgment that is not subject to appellate review, at which point Plaintiffs will not be able to assert any claims relating to the subject matter of the Action against Mr. Garza.

2. Cooperation shall commence upon the filing of the Notice of Dismissal, which shall be filed within one business day of signing this Agreement. Mr. Garza will provide reasonable and timely discovery cooperation to Plaintiffs with respect to their continued prosecution of the Action against the remaining defendants, including but not limited to:

    a. Furnishing all documents or other items relevant to the claims asserted in the Action, including but not limited to those reasonably requested by Plaintiffs;

    b. Providing a full account of all facts known to Mr. Garza potentially relevant to the claims asserted in the Action, including an in-person meeting on or before October, 28 2016, at a place of Mr. Garza's choosing, and including any follow-up meetings reasonably requested by Plaintiffs;

    c. Making himself available for interviews, depositions, or testimony at trial as Plaintiffs may reasonably require.

3. Mr. Garza represents and warrants that he is impecunious and has no assets against which a judgment in the Action could be levied.

4. The parties intend this Agreement to be binding effective as of the date set forth above regardless of any decisions, developments or events materially adverse to Plaintiffs in the Action.

1

Exhibit
DX-684

5. The signatories to this Agreement have been duly authorized to execute this Agreement and make it binding upon the parties on whose behalf they are signing.

6. The parties acknowledge that they have consulted, and reviewed the terms of this Agreement, with an attorney of their choosing prior to signing this Agreement. Neither Party will be deemed to be the drafter of this Agreement.

7. The invalidity or unenforceability of any provisions of this Agreement shall not affect the validity or enforceability of any other provision of this Agreement, which shall remain in full force and effect.

8. This Agreement shall be governed by and construed in accordance with the laws of the State of Connecticut, and the Parties each hereby submit to the exclusive jurisdiction of the Court in Connecticut presiding over this Action for any disputes arising hereunder.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed and effective on this ___ day of October, 2016.

HOMERO JOSHUA GARZA

_____
By: Homero Joshua Garza

2

PLAINTIFFS

By: _____

Mark P. Kindall (CT13797)
E-mail: mkindall@ikrlaw.com
Robert A. Izard
E-mail: rizard@ikrlaw.com
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
Fax: (860) 493-6290

Marc Seltzer
E-mail: mseltzer@susmangodfrey.com
California Bar No. 54534
Kathryn Hoek (*pro hac vice*)
E-mail: khoek@susmangodfrey.com
California Bar No. 219247
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Seth Ard
E-mail: sard@susmangodfrey.com
New York Bar No. 4773982
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
Fax: (212) 336-8340

Matthew Allen
E-mail: mallen@susmangodfrey.com
Texas Bar No. 24073841
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel: (713) 651-9366

*Counsel for Plaintiffs*