# EXHIBIT B

```
 1                         ROUGH DRAFT
 2      Audet v. Fraser - October 20, 2021 - Jury Trial - Day 1
 3         (The jury entered the courtroom at 1:45 p.m.)
 4            THE COURT:  Welcome folks.  Please take your seats
 5   everyone.  All right.  We're ready to get settled.  Now that
 6   you've been sworn in as jurors, we're going to launch right in.
 7   To begin, I will give you some preliminary instructions to
 8   guide you in your important function as jurors in this case.
 9            What I say now will not be a substitute -- what I say
10   now will not be a substitute for the instruction on the law
11   that I will give to you at the conclusion of the case, but is
12   simply designed to give you an overview before you begin
13   hearing the evidence.
14            It will be your duty to listen to and consider the
15   evidence and to decide what the evidence shows.  You, and you
16   alone, are the judges of the facts in this case.  You will then
17   have to apply to those facts the law as I will give it to you
18   at the end of the case.  You must follow that law whether you
19   agree with it or not.
20            You must not take anything I may say or do during the
21   trial as indicating what your verdict should be.  Don't be
22   influenced by my taking notes or anything else I might do.  You
23   will make your judgment based solely on the evidence that you
24   see or hear in court.
25            You may hear references during the trial to "the
```

restitution or money back to his victims.

Now, who is it that says that Josh Garza was the mastermind of this? You'd be surprised. I'll take you through.

The first people who said that Josh Garza, not Mr. Fraser, that Josh Garza was the mastermind were the three Plaintiffs themselves in the back. That's right. When they filed their Complaint in this case, after months and months and months of studying the documents and talking to people, they filed the Complaint. The lead Defendant was Josh Garza. And the Complaint says -- and you'll see the Complaint. It says -- the Plaintiff said that it was Josh Garza who controlled the companies. Josh Garza who controlled their strategies, Josh Garza who made all the financial decisions, Josh Garza who had ultimate control over their operations. That's what the Plaintiffs themselves said.

And then you'll see the evidence that a few months later, they struck a secret deal with Josh Garza because Josh Garza told him he doesn't have enough money to pay judgment. ==They said well, we'll strike a deal with you.== ==We'll drop you from the case if you rat against Stu Fraser, if you testify against him, you won't have to be in the case anymore.== You won't have to worry about the case. If you do that. So they struck a deal. And you'll see the secret deal they did. And lo and behold, they file a new Complaint, and all that