# EXHIBIT C

Page 1

```
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
CASE 3:16-CV-00940
```
------------------------------------------------x

DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN
SHINNERS, and JASON VARGAS, INDIVIDUALLY and on
Behalf of All Others Similarly Situated,

                    Plaintiffs,

     v.

STUART A. FRASER, GAW MINERS, LLC, and ZENMINER,
LLC, (d/b/a ZEN CLOUD),

                    Defendants.

------------------------------------------------x

VIDEOTAPED DEPOSITION OF DEAN ALLEN SHINNERS
New York, New York
Wednesday, July 25, 2018

Reported by:
Amy A. Rivera, CSR, RPR, CLR
JOB NO. 144960

                                                              Page 10
  1                   DEAN ALLEN SHINNERS
  2        A.    My understanding was it was an ongoing
  3   agreement, meaning that -- I mean, what -- what
  4   year was this in?
  5        Q.    2016.
  6        A.    2016.  That over time there may be --
  7   they may have to call him back in and interview
  8   him further.  That was my understanding at the
  9   time anyway.
 10        Q.    Okay.  Do you know whether there's a
 11   written agreement with Mr. Garza?
 12        A.    I have no idea.
 13        Q.    Okay.
 14        A.    I have never seen one, no.
 15        Q.    Okay.  Do you know whether Mr. Garza
 16   has agreed to testify on you and your fellow
 17   plaintiffs' behalf?
 18        A.    No, I -- I don't know.
 19        Q.    Okay.  But is it your expectation that
 20   he'll be a witness for your side in this case?
 21        A.    Not at the moment it's not my
 22   expectation, no.
 23        Q.    Why is that?
 24              MR. WATTERSON:  Again, I'm just going
 25        to caution you not to go into any

1            DEAN ALLEN SHINNERS
2    information, and some of that I was privy to, but
3    none of it was new.  I -- all of the information
4    that I had seen or I've reviewed was information I
5    already had.
6         Q.    Is there an understanding that if
7    Mr. Garza doesn't continue to cooperate, he may be
8    brought back into the lawsuit?
9              MR. WATTERSON:  Again, to the
10        extent --
11        Q.    Your understanding, not the lawyers'
12    conversations.
13        A.    All right.
14              Yeah, and my understanding is that
15    there is a possibility that he may be brought back
16    in.
17        Q.    And tell me what you know about that,
18    putting aside lawyer conversations.
19        A.    I -- that's it.  That if -- if his
20    cooperation is not -- you know, if he's not
21    fulfilling whatever agreement there was to the
22    satisfactory -- you know, to the satisfaction of
23    the law firm, then he -- there's the possibility
24    that he would be brought back into the lawsuit.
25        Q.    Okay. And that's something that --