# EXHIBIT D

# Plaintiffs' Original Complaint (June 15, 2016)

## PARTIES

17. <mark>Defendant Garza</mark>, age 30, lives in Friendswood, Texas, although he lived in Somers, Connecticut during 2014. <mark>During all of 2014, he was the founder and CEO of GAW Miners, and he owned and controlled ZenMiner. In those positions, which he held since those companies were founded, he directed their strategy, their financial decisions, and had ultimate control over their day-to-day operations.</mark>

DX682

1

# Plaintiffs' Complaint

## Plaintiffs' Original Complaint (June 15, 2016)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

———————————————————— x
DENIS MARC AUDET, MICHAEL          : No. 16-940
PFEIFFER, DEAN ALLEN SHINNERS, and :
JASON VARGAS, Individually and on Behalf : ECF Case
of All Others Similarly Situated,         :
                                          : CLASS ACTION
                Plaintiffs,               :
                                          : **COMPLAINT**
          vs.                             :
                                          :
HOMERO JOSHUA GARZA, STUART A.            : DEMAND FOR JURY TRIAL
FRASER, GAW MINERS, LLC, and              :
ZENMINER, LLC, (d/b/a ZEN CLOUD),         :
                                          :
                Defendants.               : June 15, 2016

## Plaintiffs' Amended Complaint (Nov. 4, 2016)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

———————————————————— X̶
DENIS MARC AUDET, MICHAEL PFEIFFER,      : Case 3:16-cv-00940
DEAN ALLEN SHINNERS, A̶N̶D̶and JASON        :
VARGAS, I̶N̶D̶I̶V̶I̶D̶U̶A̶L̶L̶Y̶ ̶A̶N̶D̶ ̶O̶N̶ ̶B̶E̶H̶A̶L̶F̶    : N̶o̶.̶ ̶1̶6̶-̶9̶4̶0̶Hon. Michael P. Shea
O̶F̶ ̶A̶L̶L̶ ̶O̶T̶H̶E̶R̶S̶ ̶S̶I̶M̶I̶L̶A̶R̶L̶Y̶                  : Courtroom 2
S̶I̶T̶U̶A̶T̶E̶D̶Individually and on Behalf of All Others :
Similarly Situated,                       : ECF Case
                                          :
                Plaintiffs,               : CLASS ACTION
                                          :
           vs.                            : NOVEMBER 4, 2016
                                          :
H̶O̶M̶E̶R̶O̶ ̶J̶O̶S̶H̶U̶A̶ ̶G̶A̶R̶Z̶A̶,̶ STUART A.         : **FIRST AMENDED COMPLAINT**
FRASER, GAW MINERS, LLC, A̶N̶D̶and          :
ZENMINER, LLC, (D̶d̶/B̶b̶/A̶a̶ ZEN CLOUD),    : DEMAND FOR JURY TRIAL
                                          :
                Defendants.               : J̶u̶n̶e̶ ̶1̶5̶,̶ ̶2̶0̶1̶6̶
———————————————————— X̶

DX682, DX686

2

# Plaintiffs' Amended Complaint (Nov. 4, 2016)

**PARTIES**

17. ~~Defendant Garza, age 30, lives in Friendswood, Texas, although he lived in Somers, Connecticut during 2014. During all of 2014, he was the founder and CEO of GAW Miners, and he owned and controlled ZenMiner. In those positions, which he held since those companies were founded, he directed their strategy, their financial decisions, and had ultimate control over their day to day operations.~~

DX686

3

# Garza Controlled the Companies



DX521

4

# Garza Controlled the Companies



From: &lt;josh@geniusesatwork.com&gt; on behalf of Josh Garza
Sent: Fri 8/01/2014 9:35 AM (GMT-04:00)
To: "Dan Kelley" &lt;dan@geniusesatwork.com&gt;
Cc:
Bcc:
Subject: Fwd: RE: Domain name - BTC.com

Outside of this showing how bitter he is.

Funny how he responds. No "what are you planning here" or "what revenue will it drive"

All that considering I run the marketing!

DX523



## Garza Controlled the Companies



DX538

7

# Garza Controlled the Companies

> From: David McLain
> Sent: Wed 10/01/2014 10:48 AM (GMT-04:00)
> To: "Josh Garza" <josh@btc.com>
> Cc:
> Bcc:
> Subject: Re: Questions - Stu and Inside Bitcoins Conference
>
> it's your call, I'm just making suggestions based on my knowledge of the history
>
> David H. McLain, Esq.
> DHM Legal Services, LLC
> 1405 Stone Ridge Road
> Sinking Spring, PA 19608
> 267-257-8945
>
> On Oct 1, 2014 at 10:22 AM, Josh Garza <josh@btc.com> wrote:
> Honestly?
>
> A, I don't feel it's reasonable. If it's not enough that he got 41% of a company worth near 100mm for 450k.
>
> This whole thing boils down to a payment he was to make for X interest of the company. He literally has defaulted on that, and I am still trying to make it work.....
>
> B, we already talked last night, and he already agreed, and now it's changed again?
>
> C, despite the fact that he adds no value as investor, I am still trying to do things that I don't need to. But that points important. His emotions keep him from being a valuable partner to the company.
>
> On Wednesday, October 1, 2014, David McLain <dhmlegalservices@gmail.com>
> why don't you just agree to reduce him to 15% in all entities, non-dilutable in
> end?
>
> On Wednesday, October 1, 2014, Josh Garza <josh@btc.com> wrote:
> It worries me that this changed after we talked......
>
> Good call on the conference
>
> On Wednesday, October 1, 2014, David McLain <dave@geniusesatwork.com>
> 1. **Inside Bitcoins Conf.**: since I am going to be in Las Vegas this weekend a
> if I didn't stick around for the bitcoin conference (I noticed that there are sever
> the industry, I could meet up with Andy Beal privately, etc.). I am thinking ab
> Monday (and possibly even Tuesday). **Can you register me through GAW?**
>
> 2. **Stuart** - he called me last night and we spoke for about an hour. He confir
> your proposal but said the following:
>
> - he proposed 20% across the board for all entities (but he would reduce his sh
> Labs) non-dilutable on 1st round; or alternatively
>
> - he reduces his share to 15% across the board for all entities (including HSI and GAW Labs), $500,000
> payment, non-dilutable in 1st round

Exhibit DX-549

GAW00200684

DX549

8

## Garza Controlled the Companies

> From: Juliette Dunlevy
> Sent: Thursday, October 23, 2014 9:47 AM PDT
> To: Daniel Kelley
> CC: Josh Garza
> Subject: Re: Insurance Tiers
> Attachments: Tiers.xlsx
>
> Please review attached asap.
>
> On Thu, Oct 23, 2014 at 11:49 AM, Daniel Kelley <dan@kelleymgtgroup.com> wrote:
>
> Sounds good ---
>
> Dan
>
> Daniel J. Kelley
> Kelley Management Group, Inc.
> dan@kelleymgtgroup.com
> From: Josh Garza <josh@btc.com>
> Sent: Thursday, October 23, 2014 11:15 AM
> To: Juliette Dunlevy; Daniel Kelley
> Subject: Re: Insurance Tiers
>
> I am glad I checked this.
>
> The only actual officer in this company is me. And I will pay for Dans insurance as it was part of our agreement.
>
> Everyone else is either a manager or staff, please revise.
>
> On Oct 23, 2014 11:08 AM, "Juliette Dunlevy" <juliette@geniusesatwork.com> wrote:
>
> --
> Juliette Dunlevy
> Corporate Controller
> Geniuses at Work
> GAWMiners
>
> Email: juliette@geniusesatwork.com
> Cell: 860.756.5675
>
> http://www.gawminers.com/

Exhibit DX-555

**Daniel J. Kelley**
**Kelley Management Group, Inc.**
**dan@kelleymgtgroup.com**
**From:** Josh Garza <josh@btc.com>
**Sent:** Thursday, October 23, 2014 11:15 AM
**To:** Juliette Dunlevy; Daniel Kelley
**Subject:** Re: Insurance Tiers

I am glad I checked this.

The only actual officer in this company is me. And I will pay for Dans insurance as it was part of our agreement.

DX555

9

# Garza Controlled the Companies



DX613

10

# Garza Controlled the Companies



DX645

11

# Chief Technical Officer Joe Mordica

> Q. Did you ever meet or speak with Stuart Fraser?
> A. No, I didn't. I haven't, never. I didn't know that he even existed, truly, until recently. I thought he was a guy that Josh made up. I really -- I did for a while. It's crazy.
> But no, I never -- I never talked to him.
> So he's real? I mean, he's a real person?

June 28, 2018 Dep. Tr. (Joe Mordica) at 145:16-24