Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson    RPTR/ECRO/TAPE: J. Monette
TOTAL TIME: 6 hours 20 minutes
DATE: Oct. 25, 2021    START TIME: 9:00    END TIME: 4:05
LUNCH RECESS    FROM: 12:00    TO: 12:45
RECESS (if more than ½ hr)    FROM: ____    TO: ____

CIVIL NO. 3:16CV940(MPS)

Audet, et al                                  Chen/Buchdahl/Ard
                                              Plaintiff's Counsel
            vs
Fraser                                        Weiner/Weinstein/Hassan
                                              Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __9__ reported. [ ] Jury sworn
- [ ] Juror # ____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 10/26/21 at 9:00
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until ____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....# ____ Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] ....# ____ Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion ____ [ ] granted [ ] denied [ ] advisement
- [ ] ____ [ ] filed [ ] docketed
- [ ] ____ [ ] filed [ ] docketed
- [ ] ____ [ ] filed [ ] docketed
- [ ] ____ [ ] filed [ ] docketed
- [ ] ____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf ____ [ ] Deft ____ [ ] Reply ____
- [ ] Summations held [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at ____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [ ] COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐……… Court declares MISTRIAL

☐……… Verdict Form filed

☐……… VERDICT: _____

_____

_____

_____

_____

☐……… Court accepts verdict and orders verdict verified and recorded

☐……… Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____