HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson           RPTR/ECRO/TAPE: J. Monette
TOTAL TIME: 5 hours 50 minutes
DATE: Oct. 26, 2021   START TIME: 9:00   END TIME: 3:35
LUNCH RECESS   FROM: 12:45   TO: 1:35
RECESS (if more than ½ hr)   FROM:       TO:

CIVIL NO. 3:16CV940(MPS)

Audet, et al
                                                    Chen/Buchdahl/Ard
                                                    Plaintiff's Counsel
                vs
Fraser
                                                    Weiner/Weinstein/Hassan
                                                    Defendant's Counsel

## CIVIL JURY/COURT TRIAL

[✓] ............Jury of __9__ reported.  [ ] Jury sworn
[ ] ............Juror # _____ excused.
[✓] ............Jury Trial held  [✓] Jury Trial continued until 10/27/21 at 9:00
[ ] ............ [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
[ ] ............ Court Trial concluded  [ ] DECISION RESERVED
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____  [ ] granted [ ] denied [ ] advisement
[ ] ...... _____  [ ] filed [ ] docketed
[ ] ...... _____  [ ] filed [ ] docketed
[ ] ...... _____  [ ] filed [ ] docketed
[ ] ...... _____  [ ] filed [ ] docketed
[ ] ...... _____  [ ] filed [ ] docketed
[ ] ............ Plaintiff(s) rests  [ ] Defendant(s) rests
[ ] ............ Briefs(s) due  [ ] Pltf _____  [ ] Deft _____  [ ] Reply _____
[ ] ............ [ ] Summations held  [ ] Court's Charge to the Jury
[ ] ............ All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
[ ] ............ Jury commences deliberations at _____
[ ] ............ Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
[ ] ............ SEE page 2 for verdict
[ ] ............ COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☐......... Verdict Form filed

☐......... VERDICT: _____

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS