Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson        RPTR/ECRO/TAPE J. Monette
TOTAL TIME: 5 hours 45 minutes
DATE: Oct. 27, 2021    START TIME: 9:00    END TIME: 3:30
LUNCH RECESS    FROM: 12:45    TO: 1:30
RECESS (if more than ½ hr)    FROM: ___    TO: ___

CIVIL NO. 3:16CV940(MPS)

Audet, et al

vs

Fraser

Chen/Buchdahl/Ard
Plaintiff's Counsel

Weiner/Weinstein/Hassan
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of __9__ reported.  [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held  [✓] Jury Trial continued until 10/28/21 at 10:00
- [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until ___
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] ...#___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [✓] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due  [ ] Pltf ___  [ ] Deft ___  [ ] Reply ___
- [ ] Summations held  [ ] Court's Charge to the Jury
- [ ] All full exhibits,  [ ] Verdict form,  [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at _____
- [ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet