Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK: D. Johnson        RPTR/ECRO/TAPE: J. Monette
TOTAL TIME: 4 hours 15 minutes
DATE: Oct. 28, 2021   START TIME: 9:00   END TIME: 2:03
LUNCH RECESS   FROM: 11:45   TO: 12:30
RECESS (if more than ½ hr)   FROM: _____   TO: _____

CIVIL NO. 3:16CV940(MPS)

Audet, et al                                    Chen/Buchdahl/Ard
                                                Plaintiff's Counsel
            vs
Fraser                                          Weiner/Weinstein/Hassan
                                                Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] ......Jury of __9__ reported. ☐ Jury sworn
- [ ] ......Juror # _____ excused.
- [✓] ......Jury Trial held [✓] Jury Trial continued until 10/29/21 at 9am
- [ ] ...... ☐ Court Trial begun ☐ Court Trial held ☐ Court Trial continued until _____
- [ ] ...... Court Trial concluded ☐ DECISION RESERVED
- [ ] ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ....#____ Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ...... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
- [ ] ...... _____ ☐ filed ☐ docketed
- [ ] ...... _____ ☐ filed ☐ docketed
- [ ] ...... _____ ☐ filed ☐ docketed
- [ ] ...... _____ ☐ filed ☐ docketed
- [ ] ...... _____ ☐ filed ☐ docketed
- [ ] ......Plaintiff(s) rests ☐ Defendant(s) rests
- [ ] ......Briefs(s) due ☐ Pltf _____ [✓] Deft _____ ☐ Reply _____
- [ ] ...... ☐ Summations held ☐ Court's Charge to the Jury
- [ ] ......All full exhibits, ☐ Verdict form, ☐ Interrogatories to the jury handed to jury
- [ ] ......Jury commences deliberations at _____
- [ ] ......Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] ......SEE page 2 for verdict
- [✓] ......COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐ ......... Court declares MISTRIAL

☐ ......... Verdict Form filed

☐ ......... VERDICT: _____

_____

_____

_____

☐ ......... Court accepts verdict and orders verdict verified and recorded

☐ ......... Jury Polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____