Civil-Trial (3/7/2011)

HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson     RPTR/ECRO/TAPE J. Monette
TOTAL TIME: 2 hours 30 minutes
DATE: Oct. 29, 2021   START TIME: 9:00   END TIME: 11:30
LUNCH RECESS  FROM: _____ TO: _____
RECESS (if more than ½ hr)  FROM: _____ TO: _____

CIVIL NO. 3:16CV940(MPS)

Audet, et al                                    Chen/Buchdahl/Ard
                                                Plaintiff's Counsel
           vs
Fraser                                          Weiner/Weinstein/Hassan
                                                Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] Jury of 9 reported. [ ] Jury sworn
- [ ] Juror # _____ excused.
- [✓] Jury Trial held [✓] Jury Trial continued until 11/1/21 at 9:00
- [ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
- [ ] Court Trial concluded [ ] DECISION RESERVED
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] ....#____ Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] _____ [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf _____ [✓] Deft _____ [ ] Reply _____
- [✓] [✓] Summations held [✓] Court's Charge to the Jury
- [✓] All full exhibits, [✓] Verdict form, [✓] Interrogatories to the jury handed to jury
- [✓] Jury commences deliberations at 11:30
- [✓] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [✓] COPY TO: JURY CLERK with daily juror attendance sign-in sheet