HONORABLE: Michael P. Shea
DEPUTY CLERK D. Johnson         RPTR/ECRO/TAPE J. Monette
TOTAL TIME: ___ hours  20  minutes
DATE: Nov 1, 2021      START TIME: _____    END TIME: _____
LUNCH RECESS    FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16CV940(MPS)

Audet, et al                                  Chen/Buchdahl/Ard
                                              Plaintiff's Counsel
            vs
Fraser                                        Weiner/Weinstein/Hassan
                                              Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [✓] .............Jury of __9__ reported.  [ ] Jury sworn
- [ ] .............Juror # _____ excused.
- [✓] .............Jury Trial held  [✓] Jury Trial continued until _____ at _____
- [ ] ............. [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
- [ ] ............. Court Trial concluded  [ ] DECISION RESERVED
- [ ] ....#____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ....#____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ....#____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ....#____ Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ...... Oral Motion _____  [ ] granted  [ ] denied  [ ] advisement
- [ ] ...... _____  [ ] filed  [ ] docketed
- [ ] ...... _____  [ ] filed  [ ] docketed
- [ ] ...... _____  [ ] filed  [ ] docketed
- [ ] ...... _____  [ ] filed  [ ] docketed
- [ ] ...... _____  [ ] filed  [ ] docketed
- [ ] ............ Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] ............ Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
- [ ] ............ [ ] Summations held  [ ] Court's Charge to the Jury
- [ ] .......... All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [✓] .......... Jury commences deliberations at 9am
- [✓] .......... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [✓] .......... SEE page 2 for verdict
- [✓] .......... COPY TO: JURY CLERK with daily juror attendance sign-in sheet

☐......... Court declares MISTRIAL

☑......... Verdict Form filed

☑......... VERDICT: for defendant

☐......... Court accepts verdict and orders verdict verified and recorded

☐......... Jury Polled

## MISCELLANEOUS PROCEEDINGS