UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

DENIS MARC AUDET
MICHAEL PFEIFFER
DEAN ALLEN SHINNERS
JASON VARGAS

v.                                                    CASE NO. 3:16CV940 (MPS)

STUART A. FRASER

## JUDGMENT

This action came before the court for a trial by jury before the Honorable Michael P. Shea, United States District Judge, and the issues having been duly tried and the jury having render its verdict in favor of the defendant; it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor the defendant.

Dated at Hartford, Connecticut, this 2nd day of November 2021.

ROBIN D. TABORA, Clerk

By  /s/
Devorah Johnson
Deputy Clerk

EOD 11/2/21