AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AUDET, et al

V.

FRASER

**PLAINTIFFS' WITNESS LIST**

Case Number: 3:16CV940(MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. Shea | Chen/Buchdahl/Ard | Weiner/Weinstein/Hassan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/20/21-11/1/2021 | J. Monette | D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/20/2021 | | | Dr. Arvind Narayanan, Princeton, NJ |
| | | 10/21/2021 | | | Dr. Arvind Narayanan, Princeton, NJ |
| | | 10/21/2021 | | | Homero Garza by video deposition |
| | | 10/21/2021 | | | Stuart Fraser |
| | | 10/25/2021 | | | Stuart Fraser |
| | | 10/26/2021 | | | Denis Marc Audet |
| | | 10/26/2021 | | | Dean Shinners |
| | | 10/27/2021 | | | Dean Shinners |
| | | 10/27/2021 | | | Michael Pfeiffer |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages