✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AUDET, et al

V.

FRASER

Defendant's
**WITNESS LIST**

Case Number: 3:16CV940(MPS)

| PRESIDING JUDGE<br>Michael P. Shea | PLAINTIFF'S ATTORNEY<br>Chen/Buchdahl/Ard | DEFENDANT'S ATTORNEY<br>Weiner/Weinstein/Hassan |
|---|---|---|
| TRIAL DATE (S)<br>10/20/21-11/1/2021 | COURT REPORTER<br>J. Monette | COURTROOM DEPUTY<br>D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/25/2021 | | | Stuart Fraser |
| | | 10/26/2021 | | | Stuart Fraser |
| | | 10/27/2021 | | | Eric Capuano by video |
| | | 10/27/2021 | | | Amber Capuano by video |
| | | 10/27/2021 | | | Jonah Dorman by video |
| | | 10/27/2021 | | | Madeline Eden by video |
| | | 10/27/2021 | | | Daniel Pease by video |
| | | 10/27/2021 | | | Joe Mordica by video |
| | | 10/28/2021 | | | Madeline Eden by video |
| | | 10/28/2021 | | | Joe Mordica by video |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages