✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     CONNECTICUT

| AUDET, et al | **COURT'S EXHIBIT LIST** |
|---|---|
| V. | |
| FRASER | Case Number: 3:16cv940(MPS) |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P. Shea | Chen/Buchdahl/Ard | Weiner/Weinstein/Hassan |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 10/20/2021 - 11/1/21 | J. Monette | D. Johnson |

| Court NO. | NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/29/2021 | | | Note from the jury |
| 2 | | 10/29/2021 | | | Note from the jury |
| 3 | | 10/29/2021 | | | Exhibits log to the jury - plaintiffs and defendant |
| 4 | | 11/1/2021 | | | Note from the jury |
| 5 | | 11/1/2021 | | | Note from the jury |
| 6 | | 11/1/2021 | | | Note from the Judge responding to jury note #5 |
| 7 | | 11/1/2021 | | | Note from the jury |
| 8 | | 11/1/2021 | | | Note from the jury |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages