AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ CONNECTICUT

AUDET, et al

V.

FRASER

## PLAINTIFFS' EXHIBIT LIST

Case Number:   3:16cv940(MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P.Shea | Chen/Buchdahl/Ard | Weiner/Weinstein/Hassan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/20/2021 - 11/1/21 | J. Monette | D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | See Attached |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of \_\_1\_\_ Pages

*Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners,  v. Stuart A. Fraser*
Civil Action No. 3:16-cv-00940

| Exhibit No. | Date | Description |
|---|---|---|
| PX-001 | 2/20/2006 | Email from Josh Garza to Stuart Fraser re FW: management |
| PX-003 | 3/5/2014 | Stuart Fraser Chase Consolidated Balance Summary |
| PX-004 | 3/18/2014 | Email from Jed Kleckner re FW: GAWMiners.com |
| PX-005 | 3/18/2014 | Email from Stuart Fraser to Josh Garza re Website for gawminers |
| PX-007 | 4/10/2014 | Email from Josh Garza to Stuart Fraser re Planning |
| PX-011 | 5/2/2014 | SMS message from Stuart Fraser to Josh Garza |
| PX-014 | 5/4/2014 | Email from Alex Huynh to Terry Li and Josh Garza re OEM Sales of miners |
| PX-019 | 5/18/2014 | Email from Stuart Fraser to Josh Garza re hey |
| PX-022 | 5/23/2014 | Email from Stuart Fraser to Josh Garza re zenminer |
| PX-023 | 5/23/2014 | Email from Josh Garza to Stuart Fraser re Congrats :) |
| PX-024 | 6/1/2014 | Email from Stuart Fraser to Josh Garza re I won't bother you again |
| PX-026 | 6/5/2014 | Chase Wire Transfer Outgoing Request |
| PX-027 | 6/5/2014 | Email from Dan Pease to Josh Garza re Re: wire |
| PX-028 | 6/10/2014 | Email from Shiraz Moosajee to Josh Garza re Financial Plan - attaching DnJ Miner Corp - Income Statement & Balance Sheet - May 31, 2014.xls |
| PX-029 | 6/10/2014 | Email from Shiraz Moosajee to Josh Garza re Financial Plan - attaching DnJ Miner Corp - Income Statement & Balance Sheet - May 31, 2014.xls |
| PX-031 | 6/20/2014 | Email from Stuart Fraser to Josh Garza re RE: Chargeback notice: Case #CBXW00868_7HQV8DW (Reply by: 2014-07-01) |
| PX-032 | 6/22/2014 | Email from Josh Garza to Stuart Fraser re Fraser/Garza Investment Deal |
| PX-034 | 7/22/2014 | Email from Stuart Fraser to Josh Garza re AMEX PAYMENTS form my Bank Account |
| PX-037 | 7/29/2014 | Email from Stuart Fraser to Josh Garza re next week. |
| PX-039 | 8/5/2014 | Email from Josh Garza to Shiraz Moosajee re Investors |
| PX-042 | 8/12/2014 | SMS message thread between Stuart Fraser and Josh Garza |
| PX-043 | 8/13/2014 | Press Release re Geniuses at Work Corp Acquires Controlling Equity In ZenMiner for $8M |
| PX-044 | 8/14/2014 | Email from Stuart Fraser to Thomas Fraser re Re: Geniuses at Work Corp Acquires Controlling Equity In ZenMiner for $8M |
| PX-045 | 8/16/2014 | Email from Stuart Fraser to Howard Lutnick and Jed Kleckner re Crazy Opening to our New Product! GAWMiners.com |

| PX-046 | 8/17/2014 | Email from Stuart Fraser to Josh Garza re question |
| PX-047 | 8/18/2014 | Archived version of the "Hashlet" page from GAW Miners' website, www.gawminers.com/pages/hashlet |
| PX-050 | 8/21/2014 | Email from David McLain to Stuart Fraser re Re: GAWMiners, etc al... |
| PX-052 | 8/29/2014 | Email from Stuart Fraser to Josh Garza re Re: Check it |
| PX-053 | 8/30/2014 | SMS message thread between Stuart Fraser and Josh Garza |
| PX-066 | 10/29/2014 | Email from Thomas Fraser to Stuart Fraser re The Next Steps in Project Prime:  HashPool and HashCoin |
| PX-067 | 10/31/2014 | SMS message thread between Stuart Fraser and Josh Garza |
| PX-068 | 11/7/2014 | Email from Josh Garza to Stuart Fraser re Twitter |
| PX-073 | 11/17/2014 | Email from Samantha Beja to Josh Garza re RE: Advise |
| PX-075 | 11/18/2014 | Email re Josh Garza, CEO of GAW miners meeting at Cantor Fitzgerald |
| PX-077 | 11/20/2014 | Email from Stuart Fraser to Josh Garza and David McLain re Fwd: Document 1 |
| PX-080 | 11/21/2014 | Email from Stuart Fraser to Josh Garza re RE: ICO/Paycoin release draft - Please Review |
| PX-081 | 11/24/2014 | Press Release re GAW Miners Announces Plans for Initial Coin Offering |
| PX-082 | 11/25/2014 | BitBeat:  GAW Miners to Launch Bitcoin Challenger, Paycoin, Michael J. Casey, Wall Street Journal |
| PX-084 | 11/26/2014 | Email from Michael J. Casey to Josh Garza re We need to do a follow-up on these allegations of fraud |
| PX-091 | 12/9/2014 | Email from Stuart Fraser to Josh Garza re GoCoin |
| PX-093 | 12/15/2014 | Email from Stuart Fraser to Jed Kleckner et al. re Paycoin trading ahead of ICO! |
| PX-094 | 12/16/2014 | Email from Stuart Fraser to Josh Garza re when |
| PX-098 | 12/24/2014 | SMS message thread between Stuart Fraser and Josh Garza |
| PX-110 | 4/9/2015 | Email from David McLain to Stuart Fraser re Stu Car |
| PX-119 | 7/20/2017 | United States v. Joshua Garza, Plea Agreement Letter |
| PX-124 | 3/15/2021 | Certification from Department of Banking, State of Connecticut |
| PX-125 | N/A | Paycoin: A Cryptocurrency fit for world adoption (White Paper) |
| PX-126 | N/A | Groundbreaking Deal Between GAWMiners and Zenminer Will Revolutionize Mining!, cryptocoinsnews.com |
| PX-143 | 2/13/2015 | Archived version of Stuart Fraser's Twitter feed (@GTAUKSTER) |
| PX-145 | 5/23/2014 | Email from Josh Garza to Stuart Fraser re Congrats :) |

*Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners,  v. Stuart A. Fraser*
Civil Action No. 3:16-cv-00940

| PX-148 | 3/5/2015 | SEC Subpoena for Documents to Stuart Fraser, In the Matter of GAW Miners, LLC (B-0279) |
|---|---|---|
| PX-152 | 11/21/2014 | Email from Josh Garza to Stuart Fraser re Stuart and ICO Release (offline) |
| PX-160 | 11/4/2014 | Archived version of hashcoin.com/ico |
| PX-166 | 5/6/2014 | Stuart Fraser Facebook post |
| PX-170 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 72 |
| PX-171 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, pages 212-213 |
| PX-180 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 155 |
| PX-181 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 156 |
| PX-182 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 171 |
| PX-183 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 172 |
| PX-184 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 61 |
| PX-185 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, pages 178-179 |
| PX-186 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 125 |
| PX-187 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 231 |
| PX-188 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, pages 93-94 |
| PX-189 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 157 |
| PX-190 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 158 |
| PX-191 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, pages 148-149 |
| PX-192 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 139 |
| PX-193 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 111 |
| PX-194 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, pages 83-85 |
| PX-195 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, pages 197-198 |
| PX-196 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript,  pages 244-245 |
| PX-197 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript, page 196 |
| PX-198 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 231 |
| PX-199 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, page 232 |
| PX-200 | 6/2/2015 | Stuart Fraser SEC Deposition Testimony Transcript, pages 49-50 |
| PX-201 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript,  pages 208-209 |
| PX-202 | 8/7/2018 | Stuart Fraser Civil Deposition Testimony Transcript,  pages 218-220 |
| | | |