AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF            CONNECTICUT

AUDET, et al

V.

FRASER

## DEFENDANT'S EXHIBIT LIST

Case Number:   3:16cv940(MPS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael P.Shea | Chen/Buchdahl/Ard | Weiner/Weinstein/Hassan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/20/2021 - 11/1/21 | J. Monette | D. Johnson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | See Attached |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

*Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners,  v. Stuart A. Fraser*

| DX-501 | 7/7/2004 | Stuart Fraser transactions ⸱⸱⸱ ᵗ ᵗⁿ No. 3:16-cv-00940 |
|---|---|---|
| DX-502 | 3/15/2013 | Certified copies of Corporate Filings for Geniuses at Work, filed with the Massachusetts Secretary of the Commonwealth, dated Mar. 15 - Oct. 28, 2013 |
| DX-509 | 4/18/2014 | GAW Miners Press Release:  *GAWMiners to Double All Customers' Mining Hashing Power for a Week On April 26th, 2014* |
| DX-510 | 4/22/2014 | GAW Miners Press Release:  *GAWMiners Launches GAW Loyalty Rewards and Refer-a-Friend Programs* |
| DX-520 | 7/14/2014 | Email from David McLain to Shiraz Moosajee and Dan Pease re zenMiner, LLC |
| DX-521 | 7/18/2014 | Email from Josh Garza to Stuart Fraser re Wire |
| DX-522 | 7/23/2014 | Email from Stuart Fraser to Josh Garza re Cash and such |
| DX-523 | 8/1/2014 | Email from Josh Garza to Dan Kelley re Domain name - BTC.com |
| DX-524 | 8/1/2014 | Email from Josh Garza to Stuart Fraser re Domain name - BTC.com |
| DX-526 | 8/7/2014 | GAW Miners Press Release:  *Josh Garza of GAW Miners Buys BTC.com for $1.0 Million* |
| DX-528 | 8/21/2014 | GAW Miners Press Release:  *GAW Miners Announces World's First Cryptocurrency Miner For The Masses for $16* |
| DX-529 | 8/21/2014 | Reddit post by Allen1980s |
| DX-530 | 8/22/2014 | Email from Josh Garza to team re This is my house, with attachments |
| DX-531 | 8/24/2014 | Email from Josh Garza to Stuart Fraser re This is my house, with attachments |
| DX-538 | 9/11/2014 | Email from Josh Garza to Robert Gallagher re Hey |
| DX-539 | 9/11/2014 | Email from J. Shaw-Miller email to Michael Pfeiffer re DEAL1 (corrected) |
| DX-541 | 9/14/2014 | Email from Josh Garza to Matthew Eden re Offer of Employment, with attachment |
| DX-542 | 9/14/2014 | Email from Josh Garza to Jonah Dorman re Offer of Employment, with attachment |
| DX-543 | 9/18/2014 | Email from Dan Pease to David McLain re Full work out of the companies, with attachment |
| DX-545 | 9/24/2014 | Email from Michael Pfeiffer to btcrow.com@gmail.com (Paul, escrow agent) re Policy if seller does not ship item for sale |
| DX-547 | 9/25/2014 | Email from Michael Pfeiffer to craig@zoomhash.com re Seeking recognition as a beta investor in zoomhash cloud mining |
| DX-549 | 10/1/2014 | Email from David McLain to Josh Garza re Questions - Stu and Inside Bitcoins Conference |
| DX-550 | 10/1/2014 | Email from Stuart Fraser to Josh Garza re Questions - Stu and Inside Bitcoins Conference |
| DX-552-A | 10/8/2014 | Coin Brief Interview with Josh Garza, Founder and CEO of GAW Miner (Article not cut off) |

*Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners,  v. Stuart A. Fraser*
Civil Action No. 3:16-cv-00940

| DX-552-B | 10/8/2014 | Coin Brief Interview with Josh Garza, Founder and CEO of GAW Miner (Article with date provided in comments section) |
|---|---|---|
| DX-555 | 10/23/2014 | Email from Juliette Dunlevy to Dan Kelley and Josh Garza re Insurance Tiers, with attachment |
| DX-560 | 11/10/2014 | D. Allen Shinners cover letter to Josh Garza, attaching resume |
| DX-561 | 11/11/2014 | Email from Allen Shinners to Josh Garza re Edited text "Decision to Mine" From Allen1980s, with attachment |
| DX-564 | 11/16/2014 | Email from Allen Shinners to Christian Gogol and Josh Garza re white paper draft |
| DX-566 | 11/16/2014 | Email from Jonah Dorman to Allen Shinners, et al. re white paper draft |
| DX-567 | 11/16/2014 | Email from Allen Shinners to Jonah Dorman re Hashcoin draft round 7 |
| DX-569 | 11/17/2014 | Email from Josh Garza to Amber Messer re Advise |
| DX-570 | 11/17/2014 | Email from Allen Shinners to Jonah Dorman re HashCoin White Paper |
| DX-573 | 11/17/2014 | Email from Allen Shinners to Jonah Dorman re HashCoin White Paper |
| DX-581 | 11/21/2014 | Email from Allen Shinners to Jonah Dorman and Josh Garza re From Allen: Orion Controllers; Prime controllers; Primes; Zens etc New Thread Tonight |
| DX-584 | 11/23/2014 | Email from Allen Shinners to Jonah Dorman and Josh Garza re From Allen: Here is what I worked out |
| DX-587 | 11/25/2014 | Email from Allen Shinners to Jonah Dorman and wdl1908@gmail.com re White Paper plus Q&As |
| DX-589 | 11/26/2014 | Email from Josh Garza to Michael Casey (WSJ), copying Fraser re We need to do a follow-up on these allegations of fraud, with attachment |
| DX-591 | 11/26/2014 | Email from Joe Mordica to Allen Shinners, et al. re Please proof read |
| DX-592 | 11/28/2014 | Email from Josh Garza to Allen Shinners re HashStaker |
| DX-597 | 12/2/2014 | HashTalk Posts by M. Audet, et al. |
| DX-599 | 12/5/2014 | Email from Amber Messer to Dan Kelley and Josh Garza re Minutes, with attachment |
| DX-602 | 12/5/2014 | Email from Josh Garza to David McLain re question |
| DX-603 | 12/7/2014 | Email from Allen Shinners to Dan Kelley re Allen's Position Offered |
| DX-606 | 12/10/2014 | Email from Josh Garza to Jonah Dorman and R. Abramov re Marketing Report 12/8-12/9 |
| DX-613 | 12/16/2014 | Email from Josh Garza email to Dan Kelley re CFO |
| DX-617 | 12/19/2014 | Email from Allen Shinners to Josh Garza re Advice = Answer |
| DX-622 | 12/24/2014 | Email from Josh Garza to Stuart Fraser re hey |
| DX-626 | 12/29/2014 | Email from Allen Shinners to Josh Garza re think we got it |

*Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners,  v. Stuart A. Fraser*
Civil Action No. 3:16-cv-00940

| DX-628 | 12/31/2014 | Email from Allen Shinners to Josh Garza re JD and National Salary Specs CBDO/CBO. Well, here you go. Let the feathers fly. |
|---|---|---|
| DX-634 | 1/3/2015 | Email from Allen Shinners to Josh Garza re do you think this helpful? |
| DX-638 | 1/12/2015 | Email from Allen Shinners to Josh Garza re Post |
| DX-646 | 2/26/2015 | D. McLain email to J. Garza re SEC's requested Documents (Items 1 - 5) - APPROVE THIS ONE ALSO, with attachments |
| DX-652 | 3/26/2015 | Independent Contractor Agreement between GAW Miners LLC, Paybase LLC, Business Technology for Cryptocurrency LLC and BlockChain Innovation Corp. |
| DX-656 | 4/26/2015 | Email from Josh Garza to Michael Pfeiffer re Apparently my account (@hashling) has been banned |
| DX-658 | 4/28/2015 | Email from Josh Garza to Michael Pfeiffer re Apparently my account (@hashling) has been banned |
| DX-660 | 4/28/2015 | Message chat between Josh Garza and Michael Pfeiffer |
| DX-663 | 5/1/2015 | GetHashing post by Allen Shinners re Group Lawsuit Against GAWminers et al |
| DX-667 | 5/25/2015 | Email from Josh Garza to Stuart Fraser re Hey |
| DX-677 | 12/1/2015 | SEC Complaint in *SEC v. Homero Joshua Garza, GAW Miners LLC, and ZenMiner LLC (d/b/a Zen Cloud)* , 15-cv-01760 (JAM) (D. Conn.) |
| DX-682-A | 6/15/2016 | Excerpt of Original Complaint in this action (cover page) |
| DX-682-B | 6/15/2016 | Excerpt of Original Complaint in this action (paragraph 17) |
| DX-682-C | 11/4/2016 | Excerpt of Original Complaint in this action (paragraph 11) |
| DX-682-D | 11/4/2016 | Excerpt of Original Complaint in this action (paragraph 18) |
| DX-682-E | 11/4/2016 | Excerpt of Original Complaint in this action (paragraph 39) |
| DX-683 | 6/15/2016 | Plaintiffs' Certifications provided in this action |
| DX-684 | 10/20/2016 | Agreement between Plaintiffs and Homero Joshua Garza |
| DX-685 | 11/4/2016 | Excerpt of First Amended Complaint in this action (cover page) |
| DX-686-A | 11/4/2016 | Excerpt of Redline of the Original Complaint in this action against the First Amended Complaint in this action (cover page) |
| DX-686-B | 11/4/2016 | Excerpt of Redline of the Original Complaint in this action against the First Amended Complaint in this action (paragraph 17) |
| DX-689 | 7/20/2017 | Transcript of Change of Plea Hearing from *United States v. Homero Joshua Garza* , Crim. No. 17-cr-158-RNC (D. Conn.) |
| DX-693 | 6/27/2018 | Allen Shinners' Responses and Objections to Defendant's First Interrogatories to Plaintiffs |

*Denis Marc Audet, Michael Pfeiffer, and Dean Allen Shinners,  v. Stuart A. Fraser*
Civil Action No. 3:16-cv-00940

| DX-703 | 12/18/2018 | Restitution Order against Joshua Homero Garza, in *United States v. Homero Joshua Garza* , Crim. No. 17-cr-158-RNC (D. Conn.) |
| DX-719 | N/A | PayCoin (XPY) Historical Data, from CoinMarketCap |
| DX-726 | 11/17/2014 | A. Messer email to J. Garza re White Paper |
| DX-728 | 10/10/2014 | Email from Dan Pease to Josh Garza re Merchant Services Update |
| DX-730 | 12/29/2014 | Email from Allen Shinners to Josh Garza re FW: You're Invited to PayBase |
| DX-731 | 8/10/2018 | Denis Marc Audet Deposition Testimony Transcript, page 79 |
| DX-732 | 8/10/2018 | Denis Marc Audet Deposition Testimony Transcript, page 55 |
| DX-733 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, page 36 |
| DX-734 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, pages 58-60 |
| DX-735 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, pages 291-292 |
| DX-736 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, page 144 |
| DX-737 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, page 151 |
| DX-738 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, pages 21-23 |
| DX-739 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, pages 61-62 |
| DX-740 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, pages 114-115 |
| DX-741 | 7/25/2018 | D. Allen Shinners Deposition Testimony Transcript, pages 322-323 |