UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiffs,<br><br>  vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>                 Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>NOVEMBER 12, 2021 |

**<u>UNOPPOSED MOTION FOR APPROVAL OF POST-TRIAL BRIEFING SCHEDULE</u>**

Pursuant to the Court's order on the record on November 1, 2021, Plaintiffs make the unopposed request that the Court approve their proposed briefing schedule for post-trial motions and for Plaintiffs' motion as to GAW Miner and ZenMiner. A proposed order is attached as Exhibit A. Defendant Stuart Fraser does not oppose this motion.

On November 1, 2021, following the verdict in this matter, the Court directed the parties to submit a schedule for post-trial motions. Having met and conferred with Mr. Fraser, Plaintiffs propose that any motion by Plaintiffs pursuant to Rules 50 or 59 be filed by December 3, 2021; any opposition by Defendant Stuart Fraser be filed by January 14, 2022; and any reply be filed by February 4, 2022. Plaintiffs and Mr. Fraser have agreed to this schedule.

Additionally, pursuant to Local Rule 7(b), having met and conferred with Mr. Fraser, Plaintiffs request an extension of the deadline to move for default judgments against GAW Miners, LLC and ZenMiner, LLC or, alternatively, to dismiss their claims against those

Defendants pursuant to Federal Rule of Civil Procedure 41. The current deadline for Plaintiffs to file such motions is November 18, 2021. *See* ECF No. 334 (directing Plaintiffs to file their motions "[w]ithin 14 days of this order" dated November 4, 2021). Plaintiffs seek an extension to December 3, 2021; for any response or opposition by Mr. Fraser to be due on January 14, 2022; and for any reply to be due February 4, 2022, the same briefing schedule as for Plaintiffs' motions pursuant to Rules 50 and 59. The parties would benefit from a single filing deadline for all such motions. Additionally, there will be no additional delay or prejudice to Mr. Fraser by granting this extension because of the parties' agreement that Plaintiffs' motions under Rules 50 and 59 will be filed by December 3, 2021. This is Plaintiffs' first request for an extension of this deadline. Plaintiffs and Mr. Fraser have agreed to this schedule.

      For the reasons set out above, the Court should respectfully enter the unopposed proposed briefing schedule for post-trial motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure and for Plaintiffs' motion as to GAW Miner and ZenMiner.

Dated: November 12, 2021                Respectfully submitted,

                                                   */s/ Russell F. Rennie*
Jacob Buchdahl
Seth Ard
Geng Chen
Russell Rennie
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
jbuchdahl@susmangodfrey.com
sard@susmangodfrey.com
gchen@susmangodfrey.com
rrennie@susmanfodfrey.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Russell Rennie*