UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>     Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>NOVEMBER 12, 2021 |

**[PROPOSED] ORDER APPROVING THE PARTIES'
POST-TRIAL BRIEFING SCHEDULE**

  The Court has considered the Plaintiffs' Unopposed Motion for Approval of Post-Trial Briefing Schedule. The Court ORDERS as follows:

  The deadline for Plaintiffs to file any motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure is December 3, 2021. Any opposition by Defendant Stuart Fraser will be due January 14, 2022, and any reply by Plaintiffs will be due February 4, 2022. The deadline for Plaintiffs to file a motion for default judgment as to Defendants GAW Miners, LLC and ZenMiner, LLC, or alternatively to move to dismiss their claims pursuant to Federal Rules of Civil Procedure 41, *see* ECF No. 334, is hereby extended to December 3, 2021; any opposition or response by Defendant Stuart Fraser will be due January 14, 2022; and any reply will be due February 4, 2022. IT IS SO ORDERED.

  Date: _____         _____
                              Hon. Michael P. Shea