UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>December 3, 2021<br><br><u>DEMAND FOR JURY TRIAL</u> |

**PLAINTIFFS' MOTION FOR JUDGMENT
AS A MATTER OF LAW AND FOR A NEW TRIAL**

Plaintiffs Denis Audet, Michael Pfeiffer, and Dean Allen Shinners ("Plaintiffs") move, for the reasons set forth in the accompanying memorandum of law submitted in support of this motion, for an order (1) granting them judgment as a matter of law on the issue of whether Hashlets, Hashpoints, Paycoin, and Hashstakers were investment contracts, pursuant to Federal Rule of Civil Procedure 50(b), and ordering a new trial on the issue of Defendant's liability with respect to securities fraud and the unregistered sale of securities; or (2) in the alternative, granting a new trial on all issues pursuant to Federal Rule of Civil Procedure 59.

Dated: December 3, 2021

Respectfully submitted,

<u>*/s/ Seth Ard*</u>
Jacob Buchdahl
Seth Ard
Geng Chen
Russell Rennie
Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Tel: (212) 336-8330
Fax: (212) 336-8340
jbuchdahl@susmangodfrey.com
sard@susmangodfrey.com
gchen@susmangodfrey.com
rrennie@susmanfodfrey.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Russell Rennie*