UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>　　　　　　　　　　Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>December 3, 2021<br><br><u>DEMAND FOR JURY TRIAL</u> |

**DECLARATION OF RUSSELL RENNIE IN SUPPORT OF PLAINTIFFS'
MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR A NEW TRIAL**

I, Russell Rennie, declare as follows:

　　1.　　I am an attorney at the law firm Susman Godfrey, LLP and am counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Judgment as a Matter of Law and for a New Trial. I have personal knowledge of the facts set forth in this declaration and could testify competently to them.

　　2.　　Attached as Exhibit 1 is a true and correct copy of DX-677, as admitted at trial in this matter.

　　3.　　Attached as Exhibit 2 is a true and correct copy of excerpts from the transcript of proceedings of the trial in this matter.

　　4.　　Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Homero Joshua Garza, dated December 14, 2018, as played to the jury at trial.

1

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Eric Capuano, dated July 9, 2018, as played to the jury at trial.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the transcript of the deposition of Joe Mordica, dated June 28, 2018, as played to the jury at trial.

7. Attached as Exhibit 6 is a true and correct copy of PX-119, as admitted at trial in this matter.

8. Attached as Exhibit 7 is a true and correct copy of PX-23, as admitted at trial in this matter.

9. Attached as Exhibit 8 is a true and correct copy of DX-528, as admitted at trial in this matter.

10. Attached as Exhibit 9 is a true and correct copy of PX-47, as admitted at trial in this matter.

11. Attached as Exhibit 10 is a true and correct copy of excerpts from the transcript of the deposition of Madeline Eden, dated June 26, 2018, as played to the jury at trial.

12. Attached as Exhibit 11 is a true and correct copy of PX-82, as admitted at trial in this matter.

13. Attached as Exhibit 12 is a true and correct copy of PX-81, as admitted at trial in this matter.

14. Attached as Exhibit 13 is a true and correct copy of PX-125, as admitted at trial in this matter.

15. Attached as Exhibit 14 is a true and correct copy of PX-160, as admitted at trial in this matter.

16. Attached as Exhibit 15 is a true and correct copy of DX-683, as admitted at trial in this matter.

17. Attached as Exhibit 16 is a true and correct copy of the "Final Judgment as to Defendants GAW Miners, LLC and ZenMiner, LLC" in *SEC v. Garza*, 3:15-cv-1760 (JAM), ECF No. 41 (May 31, 2017).

18. Attached as Exhibit 17 is a true and correct copy of the "Securities and Exchange Commission's Memorandum in Support of Its Motion for Default Judgment Against GAW Miners, LLC and ZenMiner, LLC" in *SEC v. Garza*, 3:15-cv-1760 (JAM), ECF No. 15-1 (February 12, 2016).

19. Attached as Exhibit 18 is a true and correct copy of DX-719, as admitted at trial in this matter.

20. Attached as Exhibit 19 is a true and correct copy of DX-597, as admitted at trial in this matter.

21. Attached as Exhibit 20 is a true and correct copy of PX-66, as admitted at trial in this matter.

22. Attached as Exhibit 21 is a true and correct copy of PX-143, as admitted at trial in this matter.

23. Attached as Exhibit 22 is a true and correct copy of DX-638, as admitted at trial in this matter.

Dated: December 3, 2021

*/s/ Russell F. Rennie*

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Russell Rennie*