# Exhibit 2

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - - - - - - - x
 3
     DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4   PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on      OCTOBER 20, 2021
 5   Behalf of All Others Similarly
     Situated,                          1:45 P.M.
 6
     vs.                                JURY TRIAL
 7
     STUART A. FRASER, GAW MINERS,
 8   LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
 9
     - - - - - - - - - - - - - - - - x
10

11                   Volume I - Pages 1 - 80

12
                         450 Main Street
13                     Hartford, Connecticut

14

15        BEFORE:   THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                       AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20            SUSMAN GODFREY, L.L.P.
                 1301 Avenue of the Americas, 32nd Floor
21               New York, New York 10019
              BY:  SETH D. ARD, ESQUIRE
22            BY:  JACOB W. BUCHDAHL, ESQUIRE
              BY:  GENG CHEN, ESQUIRE
23
     (Appearances Continue ...)
24

25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:

 3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
 4                 New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5            BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6            BY:  HANNAH MILLER, ESQUIRE

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20    COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                         (860) 212-6937
21
      Proceedings recorded by mechanical stenography, transcript
22    produced by computer.

23

24

25
```

1    Bitcoin address that's sending the Bitcoins has a sufficient

2    balance for the value that's being transferred.  And once a

3    Bitcoin transaction is verified, it's added to something called

4    a Bitcoin blockchain.

5    Q    Can you tell us what the Bitcoin blockchain is?

6    A    The Bitcoin blockchain is a public electronic ledger.  It

7    records all of the Bitcoin transactions that have been made.

8    Bitcoin has its blockchain, but each cryptocurrency has its own

9    blockchain as well.

10   Q    And can you speak a little bit more what you mean by public

11   electronic ledger?

12   A    Let's start with the traditional ledgers.  A ledger is a

13   book where we write down transactions in terms of debits and

14   credits so that we can figure out the balance associated with

15   an account.

16         An electronic ledger is similar except -- except

17   instead of paper form, it exists in electronic form.  Most

18   ledgers these days are electronic.  Blockchains are certainly

19   electronic.  They're also public.  Anyone can go look up

20   Bitcoin's blockchain or any other blockchain and look at every

21   transaction that's ever been added to that blockchain.

22   Q    So using the coffee shop example again, can you just walk

23   us through how the blockchain would fit into that transaction?

24   A    Sure.  As you see in this picture, suppose I'm paying for

25   my coffee with one Bitcoin.  Now, in real life I wouldn't pay

1   $60,000 for a cup of coffee.  But let's go with that for this

2   example.

3           And what would happen is that the Bitcoin network

4   would verify that my Bitcoin address has at least one Bitcoin.

5   And in this case it does.  It has nine Bitcoins.

6           Once that's verified and that transaction is added to

7   the blockchain, what it means is that everybody, in particular

8   all Bitcoin users, agree that that one Bitcoin lives at the

9   coffee shop's address instead of my Bitcoin address.

10  Q    If the coffee shop then wanted to use that Bitcoin, what

11  would happen then?

12  A    Looking at this picture again, let's say the coffee shop

13  wants to pay for some coffee beans with two Bitcoins.  The

14  coffee shop in turn would create a Bitcoin transaction and send

15  it to this entire network of Bitcoin nodes.  Now, those nodes

16  would need to verify that the coffee shop's address is good for

17  at least two Bitcoins.  But they can do this because they can

18  look at this public blockchain and they can see all the

19  transactions that have ever been sent to the coffee shop's

20  address, including the one Bitcoin transaction that I just

21  sent.

22  Q    Professor, can you tell us what Bitcoin mining is?

23  A    Sure.  Bitcoin mining is just a term used in cryptocurrency

24  technology to refer to this process of verifying transactions

25  and adding them to these blockchains.  Someone who carries out

1   mining is called a miner.  It could be a person or a company.

2   And I should mention that transaction variation is just only

3   one of the steps that's involved in Bitcoin mining.

4   Q   What else, then, is involved in the Bitcoin mining process?

5   A   Let's look at this picture.  People are constantly sending

6   transactions out to the entire network of Bitcoin miners out

7   there, whether that's coffee transactions or anything else.

8   These miners are collecting these transactions into what are

9   called blocks.

10          Once these miners have blocked of transactions, the

11   question then is:  Which of these miners gets to add the next

12   block of transactions to the blockchain, to this chain of

13   blocks?

14          The rules of Bitcoin dictate that miners need to solve

15   a computational puzzle in order to be legible to add a block to

16   the blockchain.

17   Q   What is a computational puzzle?

18   A   You can think of a computational puzzle as a math problem

19   that requires a lot of trial and error to solve.  In that sense

20   it's a bit like Rubik's Cubes, as you can see in the picture;

21   but unlike Rubik's Cubes, there are no shortcuts.  Bitcoin's

22   mining puzzle is designed that way.  In fact, it's designed so

23   that it takes trillions of attempts at a solution, trillions of

24   guesses before one of these miners can be successful.

25          So to do that, these miners have to purchase powerful

1    hardware as well as supply the electricity for that hardware in

2    order to be able to do these trillions of guesses of

3    mathematical operations.  You can't predict in advance which

4    miner is going to be the next one to solve that puzzle; but

5    once a miner does solve the puzzle, then a couple of things

6    happen.  As we can see in the slide, the miner gets to add a

7    new block of transactions to the blockchain; and in exchange,

8    the miner receives a reward, a certain number of Bitcoins.

9    Q    Why do the rules of Bitcoin require a miner to buy hardware

10   and use up electricity before they can add a new block to the

11   Bitcoin blockchain?

12   A    Bitcoin needs some way to make sure that these miners who

13   are verifying transactions are doing so correctly, some way to

14   ensure that a miner, for example, can't create a fake

15   transaction that sends all of your Bitcoins to the miner

16   himself.  And so the way that's done is to force these miners

17   to have some skin in the game by making them purchase the

18   powerful kind of hardware that you see on the slide and to

19   expend electricity in running that hardware.

20         After all that, if a miner were to cheat in creating a

21   block of transactions, other miners won't accept that block,

22   and the miner is going to have lost all the money that they put

23   into the hardware and electricity.  But if the miner does their

24   job correctly, they get a reward and they can hope to make a

25   profit.

1    A    I am.  Hashlets are a product that was released by GAW

2    Miners back in August 2014.

3    Q    What did GAW represent to its customers they were actually

4    buying when they purchased a Hashlet?

5    A    Hashlets were a product related to mining Bitcoins as well

6    as other cryptocurrencies.  But rather than shipping a physical

7    mining computer to customers, GAW represented that what

8    customers were buying is a certain quantity, a certain number

9    of calculations per second of the mining power that GAW itself

10   owned and operated.

11   Q    What were customers to receive in exchange?

12   A    GAW represented that customers would receive a portion of

13   the payouts that GAW itself would receive by using its own

14   Bitcoin mining equipment to mine for Bitcoin and for other

15   cryptocurrencies.  In effect, what customers were told is they

16   were purchasing, as you can see on the slide, is the right to

17   profit from a slice of computing power or mining power owned by

18   GAW.

19   Q    Were Hashlets in reality consistent with these

20   representations?

21   A    They were not.

22   Q    How so?

23   A    Hashlets were not backed by physical mining in reality.  In

24   fact, GAW Miners did not have the quantity of physical mining

25   power that it would need to back the virtual mining power that

1   it sold.

2   Q   I would like to introduce Plaintiff's Exhibit 47.

3          MS. CHEN:  Mr. Boles, can you show it to the witness?

4          THE COURT:  Is there a stipulation as to this, or did

5   the Court rule on it previously?  Let me just find it.

6   Plaintiffs' Exhibit 47; is that right?

7          MS. CHEN:  That's right, Your Honor.

8          MR. WEINSTEIN:  No objection, Your Honor.

9          THE COURT:  All right.  That will come in as a full

10  exhibit, 47.

11      (Plaintiffs' Exhibit 47, received in evidence.)

12  Q   (By Ms. Chen) Professor Narayanan, do you recognize this

13  exhibit?

14  A   I do.

15  Q   Can you tell us what it is?

16  A   It is an archived version of the Hashlet webpage on the GAW

17  Miners' website from back in 2014.

18  Q   And do you see where it says "Datacenter" at the bottom of

19  the first page?

20  A   I do.

21  Q   What is a data center?

22  A   A data center is just a warehouse for computers.  In this

23  case, it would be Bitcoin mining computers.

24  Q   Why would Bitcoin mining be done with data centers?

25  A   One can certainly operate one's Bitcoin mining equipment

1   from home, but it requires a lot of know-how and it's a messy,

2   technical process.  Generally it's a lot of heat.  And because

3   of that, it is common today, and it was common in 2014, to

4   consolidate mining equipment in these massive warehouses called

5   data centers.

6   Q    Does someone operate the data center?

7   A    Right.  There would be a data center operator, and that

8   operator would provide the space for all of these machines,

9   provide the electricity for the machines, provide the know-how

10  for operating and perhaps upgrading the machines.  And in

11  exchange for that, they would be paid a fee by their

12  customers.

13  Q    So what did GAW's website on Hashlets say about where

14  Hashlets were hosted?

15  A    If we look at this paragraph on data centers, the last

16  sentence of the paragraph says, "All Hashlets are hosted in the

17  most robust mining data center in the world."

18  Q    If a Hashlet is not backed by physical real mining, can it

19  be hosted in a mining data center?

20  A    No.  That would not make any sense.  If a Hashlet is not

21  backed by real mining, there is nothing to put in a data

22  center.

23  Q    Professor, how do you know that GAW Miners sold more

24  Hashlets than its mining power could support?

25  A    I know this from the deposition testimonies of Joe Mordica

1    from the second sentence it says, "A hashlet entitled an

2    investor to a share of the profits that GAW Miners and/or

3    ZenMiner would purportedly earn by mining virtual currencies

4    using the computers that were maintained in their data centers.

5    In other words, hashlet customers, or investors, were buying

6    the rights to profit from a slice of the computing power owned

7    by GAW Miners and ZenMiner."

8    Q   And did you learn anything else about Hashlets from the

9    Plea Agreement?

10   A   I looked at paragraph 5, where it describes, in contrast to

11   the statement on the left summarizing how Hashlets were sold to

12   customers, what actually happened was, if we look at the second

13   sentence:  "Stated differently, the defendant's companies sold

14   the customers the right to more virtual currency than the

15   companies'" mining -- pardon -- "than the companies' computing

16   power could generate."

17   Q   Are mining power and computer power synonyms?

18   A   In this context, they are synonyms, yes.

19   Q   Professor, did GAW Miners come to sell or provide other

20   products in addition to Hashlets?

21   A   Yes.  GAW Miners sold several other products.  These were

22   all related to Paycoin, which was a cryptocurrency that GAW

23   Miners launched in late 2014.  So this was a few months after

24   the launch of Hashlets.

25   Q   Did Paycoin ever have a different name?

1  A    Yes.  I believe it was called Hashcoin early on, but by the

2  time it was released to the public, it was called Paycoin.

3  Q    Now, is Paycoin a cryptocurrency of Bitcoin?

4  A    Paycoin is a cryptocurrency, but it has some important

5  differences from Bitcoin.

6  Q    Excuse me, Professor.  Did you say Paycoin or Bitcoin?

7  A    Paycoin is a cryptocurrency, but it has some important

8  differences from Bitcoin.

9  Q    Thank you.  I'm sorry.  I might not have heard correctly.

10          So what were the differences between the two?

11  A    There were two important differences.  One is, if you may

12  recall, we called Bitcoin a proof of work cryptocurrency

13  involving these computational puzzles.  Paycoin used a

14  different technology called proof of stake.  And the second

15  major difference was that Paycoin involved a lot more

16  centralization and central control than Bitcoin did.

17  Q    Can you bring us through that one at a time.  What is proof

18  of stake?

19  A    Sure.  Proof of stake and proof of work are both methods to

20  determine which entity or miner gets to add blocks to the

21  blockchain.

22          The way that proof of work works is that miners who

23  have a lot of computational power have more of a chance to add

24  blocks to the blockchain and get a reward in exchange.

25          The way that proof of stake works is that miners or

1    entities who own a lot of coins in the system, that is, a lot

2    of units of the cryptocurrency, that is, entities who have a

3    lot of stake in the system, are going to be the ones who have a

4    higher chance to put in blocks into the blockchain and earn

5    rewards as a result.

6    Q    In addition to being proof of stake, what was the other

7    difference that you mentioned between Paycoin and Bitcoin?

8    A    The other main difference was that Paycoin had a much

9    greater element of central control than Bitcoin did.

10   Q    Professor, what do you consider when evaluating a

11   cryptocurrency's level of central control?

12   A    Sure.  In computer science, there is not one single factor

13   that determines whether a cryptocurrency is centralized or

14   decentralized.  Instead, the way that we look at it is we look

15   at each of the major components of a cryptocurrency.

16         We look at the software itself that encodes the rules

17   of the cryptocurrency; that's number one.  Next, we look at the

18   currency ownership, that is, the coins of the cryptocurrency.

19   Next, we look at the mining power behind the cryptocurrency;

20   that's Factor No. 3.  And the last factor that we look at is

21   all of the services that are necessary in order to make this

22   cryptocurrency useful for trading and payments and so on.

23         So for each of these factors, we look at:  Is there

24   some entity in control?  Is it distributed among a lot of

25   people or a small number of entities?  And if there is an

1   entity in control, how much control do they actually exert?

2   Q   Did you analyze Paycoin using these factors we just

3   discussed?

4   A   I did.

5   Q   Will you walk the jury through your analysis?

6   A   Sure.  Let's start with the software.  The software behind

7   a cryptocurrency is available for anyone to look at.  And

8   anyone can propose changes to the software.  Now, in a

9   cryptocurrency like Bitcoin, there is usually a process based

10  on careful deliberation and consensus for determining which of

11  those changes will make it into the next version of the

12  cryptocurrency.

13        In Paycoin, in contrast, what I found is that GAW

14  Miners released the software under its own online account.  GAW

15  Miners exercised unilateral control over updates to the

16  software and was able to make changes to the cryptocurrency, to

17  the rules of the cryptocurrency, without any notice or advanced

18  deliberation.

19  Q   In addition to software, what did you consider next?

20  A   The second factor that I considered is the concentration of

21  currency ownership.  Now, that is particularly important in a

22  proof of stake cryptocurrency like Paycoin because the way

23  proof of stake works is whoever controls a lot of stake in the

24  system has a lot of control over the mining process and, in

25  turn, over the blockchain.  They would have control over what

1    is considered a legitimate or illegitimate cryptocurrency

2    transaction.

3    Q    And what did you find about the concentration of ownership

4    for Paycoin?

5    A    GAW Miners announced that it was creating an initial

6    allotment of 12.5 million units of the cryptocurrency, 12.5

7    million units of Paycoin, and that of these 12.5 million units,

8    it had allotted 12 million units to itself to do as it saw fit.

9    So that's 96 percent.  That's an extremely high level of

10   concentration around currency ownership.

11   Q    What did GAW say was going to happen to these 12 million

12   Paycoin?

13   A    GAW said that a portion of those 12 million would be used

14   for paying investors, and a portion of it would be used for

15   paying previous customers in exchange for something called

16   Hashpoints.

17   Q    What were Hashpoints?

18   A    Hashpoints were a new product that GAW Miners introduced

19   shortly before the launch of Paycoin.  Now, if you may recall,

20   GAW Miners had a lot of customers mining using something called

21   Hashlets.  They were mining for cryptocurrency.

22        When Hashpoints was introduces, GAW Miners gave those

23   customers the option of mining for this new thing called

24   Hashpoints instead of Bitcoin or another cryptocurrency, and

25   GAW Miners said that these Hashpoints could later be converted

1   to Paycoin when Paycoin launched.

2   Q    In addition to concentration of currency ownership, what

3   else did you consider?

4   A    Sure.  Let's get to the third factor, which is the

5   concentration of mining power.  GAW started with a lot of

6   control over the initial allotment of Paycoin.  But in addition

7   to that, what I found through deposition testimonies and

8   through my analysis of the source code is that GAW had created

9   a number of special Paycoin accounts, 50 Paycoin accounts,

10  which had a much higher degree of returns to stake compared to

11  normal Paycoin accounts -- in fact, 70 times higher returns to

12  stake.

13        And because they had so much control over -- over the

14  stake in the system, these 50 accounts, by the way, were

15  primarily controlled by GAW itself.  And because of that, they

16  were set up to have the majority of control over Paycoin mining

17  and, in turn, over the Paycoin blockchain.

18  Q    And will you walk through the jury through the last factor

19  you considered.

20  A    Certainly.  The final factor I considered is the trading

21  and payment ecosystem.  Let's talk for a second about what that

22  is.  For a cryptocurrency to be useful, customers have to be

23  able to purchase it and trade it, such as on an exchange.

24  Customers also have to be able to make payments using the

25  cryptocurrency, for example, on a retailer's website.  So

1    that's the fourth factor that I considered.

2    Q    What did GAW control or promise to control regarding the

3    Paycoin trading ecosystem?

4    A    One of the things that I found is that GAW promised that it

5    had a hundred million dollar reserve called a Coin Adoption

6    Fund, and this would be used to promote the adoption of

7    Paycoin.  One of the things that GAW said it would do with this

8    fund is to purchase Paycoin on exchanges as necessary so that

9    the price of Paycoin would stay at or above $20 for everyone.

10   Q    Did Mr. Garza's Plea Agreement that you reviewed mention

11   Paycoin?

12   A    It did.

13   Q    And what did the Plea Agreement indicate to you about

14   Paycoin?

15   A    The Plea Agreement confirmed that GAW Miners and associated

16   companies did not, in fact, have a reserve of a hundred million

17   dollars that they could use to drive up the price of Paycoin,

18   contrary to their statement that they did have such a fund and

19   that it would be used to ensure that the value of Paycoin did

20   not fall below $20.

21   Q    What did you find regarding the payment ecosystem for

22   Paycoin?

23   A    Sure.  GAW Miners released a payment platform called

24   Paybase.  Now, in general, a payment platform is an

25   intermediary that sits between users and merchants in order to

1  make transactions easier in Paycoin or whatever other

2  cryptocurrency.

3           Specifically, with Paybase, GAW Miners promised that

4  Paybase could be used to be able to make purchases at retailers

5  like Target and Walmarts.  And this would be one potential way

6  to increase the usefulness and potentially the value of Paycoin

7  for all of its users.

8  Q   So after walking through these factors, what did you

9  conclude, Professor, about Paycoin's level of centralization?

10  A   In summary what I concluded is that, looking at each of the

11  major factors of the cryptocurrency, is that along each of

12  these dimensions GAW Miners did exercise or claims to be able

13  to exercise a very significant degree of control in stark

14  contrast to a decentralized cryptocurrency like Bitcoin.

15           MS. CHEN:  Thank you very much, Professor Narayanan.

16  Pass the witness.

17           THE COURT:  Cross-examination?

18                          CROSS-EXAMINATION

19  BY MR. WEINSTEIN:

20  Q   Afternoon, Professor Narayanan.

21  A   Good afternoon.

22  Q   You mentioned at the outset of your testimony that you are

23  paid by the hour for your work; is that right?

24  A   That's correct.

25  Q   And was that true -- well, withdrawn.

```
1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
2
    - - - - - - - - - - - - - - - - x
3
    DENIS MARC AUDET, MICHAEL            No. 3:16-CV-940 (MPS)
4   PFEIFFER, and DEAN ALLEN
    SHINNERS, Individually and on        OCTOBER 21, 2021
5   Behalf of All Others Similarly
    Situated,                            8:59 A.M.
6
    vs.                                  JURY TRIAL
7
    STUART A. FRASER, GAW MINERS,
8   LLC, and ZENMINER, LLC, (d/b/a
    ZEN CLOUD)
9
    - - - - - - - - - - - - - - - - x
10
11                  Volume II - Pages 81 - 226

12
                        450 Main Street
13                    Hartford, Connecticut

14

15      BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                     AND A JURY OF NINE

17

18  APPEARANCES:

19  FOR THE PLAINTIFFS:

20          SUSMAN GODFREY, L.L.P.
                1301 Avenue of the Americas, 32nd Floor
21              New York, New York 10019
            BY:  SETH D. ARD, ESQUIRE
22          BY:  JACOB W. BUCHDAHL, ESQUIRE
            BY:  GENG CHEN, ESQUIRE
23
    (Appearances Continue ...)
24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:

 3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
 4                 New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5            BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6            BY:  HANNAH MILLER, ESQUIRE

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                          (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1    with his own biological father; correct?

2    A    Yeah.

3    Q    Now, you and Josh's first business together was called

4    Great Auk Wireless; correct?

5    A    Yes.

6    Q    And the purpose of that business was to provide wireless

7    access to rural or remote areas.  Fair?

8    A    Yes.

9    Q    And you and Josh created Great Auk Wireless in

10   approximately 2005; correct?

11   A    Yes.

12   Q    And the two of you together came up with this idea of this

13   business; right?

14   A    Together, correct.

15   Q    Now, let's pause for a minute on the name.  Great auk is an

16   extinct, flightless bird.  It's kind of like a penguin; right?

17   A    Yes.

18   Q    And you actually had a statue of a great auk at your camp;

19   right?

20   A    Yes.

21   Q    And you would describe a great auk as a bird that's very

22   docile and easily manipulated; right?

23   A    I never have.

24   Q    Can I ask you to take a look at your deposition in the

25   civil case that's in front of you in a binder.  And I want you

Fraser - Direct                                              143

1    to turn to page 49 of your civil deposition.
2    A    I'm sorry.  What page?
3         THE COURT:  49.
4    Q    (By Mr. Buchdahl) Page 49 of your civil deposition.
5    A    Okay, yes, sir.
6    Q    Sir, does that testimony refresh your recollection that
7    you, in fact, did describe the great auk as docile and easily
8    manipulated?
9    A    Yes, it does.
10   Q    Now, the initials for Great Auk Wireless are G-A-W or GAW;
11   right?
12   A    Yes.
13   Q    Now, in 2005 when you and Josh created Great Auk Wireless,
14   you personally didn't have any prior experience or expertise in
15   the business of providing wireless internet service; correct?
16   A    Yes.
17   Q    It is correct that you lacked that expertise; right?
18   A    Yes.
19   Q    And you didn't have day-to-day responsibility for the
20   operation of Great Auk Wireless; correct?
21   A    Yes.
22   Q    That was Josh's job; right?
23   A    Yes.
24   Q    Now, over the years, Mr. Fraser, you invested millions of
25   dollars in Great Auk Wireless; correct?

1   A    Yes.

2   Q    And you never got any of that money back prior to 2014;

3   correct?

4   A    Prior to '14, correct, yeah.

5   Q    And sitting here today, you've never been able to get back

6   the millions of dollars you put into that business; right?

7   A    Correct, yes.

8   Q    Now, at the outset, you and Josh didn't have any paperwork

9   setting out formally the ownership of this Great Auk Wireless

10  company -- right? -- the beginning?

11  A    Yes.

12  Q    But you understood that you and Josh were 50/50 partners in

13  Great Auk Wireless; right?

14  A    Yes.

15  Q    And the basis for that belief was that there were no other

16  partners.  You were putting in the money, and he had the

17  expertise.  So it was 50/50; right?

18  A    Basically, yes.

19  Q    And you and Josh kept starting new businesses under the

20  overall umbrella of GAW Wireless; right?

21  A    Yes.

22  Q    One example was VoiceProdigy which related to providing

23  voice service over the internet?

24  A    Yes.

25  Q    And another example was GAW Labs which related to providing

1    computer coding services to customers; correct?

2    A    I'm sorry.  How does that relate to Great Auk Wireless?

3    Q    Sir, do you recall a company named GAW Labs?

4    A    Yes.

5    Q    And that was one of the businesses that you started with

6    Josh; correct?

7    A    Yeah.  It spun out of things, yes.

8    Q    And just like with Great Auk Wireless, you personally

9    didn't have any experience or expertise in the businesses of

10   phone services over the internet or providing computer coding

11   services; correct?

12   A    I'm sorry.  Could you repeat that?  I missed it.

13   Q    Once again with these businesses, Mr. Fraser, you

14   personally didn't have any prior expertise or experience in

15   these businesses; correct?

16   A    Oh, correct, yeah.

17   Q    But you had the money to help get them started; right?

18   A    I had the money, yes.

19   Q    All right.  I'd like to start with a couple of exhibits,

20   and I want to start with Plaintiffs' Exhibit 28.  And I believe

21   this one does not have any objection.

22            THE COURT:  Plaintiffs' 28, is that right?  Yes, that

23   will be a full exhibit, PX 28.

24       (Plaintiffs' Exhibit 28, received in evidence.)

25   Q    (By Mr. Buchdahl) So, Mr. Fraser, with all of these

1    exhibits, we're going to display them on the screen, but I've

2    also provided you with a binder of exhibits.  And if at any

3    time you think it's easier to look at the binder, you can do

4    that.  We should be able to show you on the screen what you

5    need to see, but I don't want you to think I'm preventing you

6    from seeing the entire exhibit.  Okay?

7    A   Okay.  Thank you.

8    Q   All right.  Plaintiffs' Exhibit 28 is an e-mail exchange

9    with Josh Garza.  And there's a 2014 date at the top, but I

10   want to focus your attention on the e-mail from Josh to you

11   below that that's dated July 17th, 2013.  Do you see that?

12   A   Yes.

13   Q   And Mr. Garza writes to you, "We should figure out how we

14   want to handle things between us going forward."

15          Do you see that sentence?

16   A   I do.

17   Q   If we skip down two paragraphs, Mr. Garza writes, "I

18   propose a simple solution, we split every system and company in

19   half."

20          Do you see that?

21   A   Yes.

22   Q   And you told the SEC that you agreed with Mr. Garza that

23   you would split every deal and every system in half; correct?

24   A   Yes.

25   Q   And he writes to you, "Going forward, here is what I'm

1              THE COURT:  There were redactions?  Okay, very well.

2              MR. BUCHDAHL:  Fair.

3              THE COURT:  As long as it's been redacted.  For

4    example, 145 will be full.

5         (Plaintiffs' Exhibit 145, received in evidence.)

6    Q    (By Mr. Buchdahl) All right.  Okay.  So you see here, Mr.

7    Fraser, that this is an e-mail that Josh sent to two

8    recipients, you and someone called Tommy Fraser; correct?

9    A    Yes.

10   Q    All right.  And Tommy Fraser is your son Thomas; right?

11   A    My oldest son, correct.

12   Q    And in 2014 he was about 27 years old?

13   A    2014?  Um, 1987.  I don't know.  I guess so.

14   Q    You told the SEC in 2015 he was 28.  Does that help refresh

15   your recollection that he was 27 in 2014?

16   A    I'm so bad with this.  He was born in '87, so '87, '97,

17   2007.  He was 20 whatever, 24?

18   Q    Okay.  He was just a couple years younger than Josh; right?

19   A    Yeah, he's like two and a half years younger than Josh

20   Garza.

21   Q    And if you look at the headline -- and we can actually see

22   it right in this e-mail.  It says, "Groundbreaking Deal - GAW

23   Miners - ZenMiner - Will Revolutionize Mining."

24              Did I read that correctly?

25   A    Correct.

1   Q    Again you see the headline "Groundbreaking Deal Between GAW

2   Miners and ZenMiner Will Revolutionize Mining."  Now, let's go

3   back to that cover envelope for one second.

4            There's a subject line there; right?

5   A    Yeah.

6   Q    And the subject that Josh writes to you is:  Congrats,

7   smiley face.  Right?

8   A    Yes.

9   Q    Okay, so let's look at what he was congratulating you on.

10           The basic idea of ZenMiner was that it was going to be

11  an interface that would allow customers of GAW Miners to

12  control their mining equipment remotely; right?

13  A    Oh, yeah, yeah.

14  Q    And it was supposed to be simple to use.  In fact, it was

15  advertised as grandma proof; right?

16  A    That was the tag line, yes.

17  Q    So, again, if we look down below this first picture, it

18  says, "I spoke on the phone with Thomas Fraser of ZenMiner."

19           Do you see that?

20  A    Yes, I do.

21  Q    Now, the truth is your son Tommy had no role whatsoever in

22  ZenMiner; correct?

23  A    Correct.

24  Q    In fact, in 2014 your son was working for Cantor

25  Fitzgerald; right?

1   A    Absolutely.

2   Q    He was working for Cantor Commercial Real Estate, which is

3   a division of the company your uncle started; right?

4   A    Yes.

5   Q    But despite the fact that Tommy had no genuine role at

6   ZenMiner, you understood that he, nevertheless, was interviewed

7   by the person who wrote this article as if he worked at

8   ZenMiner; correct?

9   A    I'm sorry.  Can you repeat that?

10  Q    Sure.  Despite the fact that your son Tommy Fraser had no

11  genuine role whatsoever at ZenMiner, you understood that Tommy

12  was interviewed by the reporter that wrote this article;

13  correct?

14           MR. WEINER:  Your Honor, can we have that limiting

15  instruction as to Thomas Fraser?

16           THE COURT:  Sure.

17           So, Ladies and Gentlemen, as I informed you this

18  morning, Mr. Fraser, who's here with us today, is not on trial

19  for anything his son said or did.  You may consider this

20  evidence only for the limited purpose of deciding what, if any,

21  level of control Mr. Fraser had over Josh Garza in the company

22  and also what, if any, knowledge Mr. Fraser had regarding Mr.

23  Garza's activities.  You can't consider this evidence for any

24  other purpose.

25           Go ahead, Counsel.

1          MR. BUCHDAHL:  Your Honor, I can't remember if I got

2   an answer to my last question.

3          THE COURT:  You didn't.  So I'll repeat it just for

4   Mr. Buchdahl's sake and to move us along.

5          Sir, the question was:  "Despite the fact that your

6   son Tommy Fraser had no genuine role whatsoever at ZenMiner,

7   you understood that Tommy was interviewed by the reporter that

8   wrote this article; correct?"

9          That was the question.

10          THE WITNESS:  Once I read the article, yes.

11   Q   (By Mr. Buchdahl) So at least as of the time you read this

12   article, you knew that your son Tommy Fraser was falsely

13   holding himself out as a representative of ZenMiner; correct?

14   A   Correct.

15   Q   And at the time of this article, you also understood that

16   it was untrue that GAW Miners and ZenMiner were independent

17   companies at all; correct?

18   A   Correct.

19   Q   So you understood, when you received this article, and when

20   Josh congratulated you and Tommy, you understood that this

21   article was full of lies.  Fair?

22   A   Fair.

23   Q   And you understood that this article was part of GAW

24   Miners' effort to publicize its business; correct?

25   A   It was Josh Garza.

1        (Plaintiffs' Exhibit 23, received in evidence.)

2    Q    (By Mr. Buchdahl) If you look at Plaintiffs' Exhibit 23, it

3    starts with Mr. Garza's e-mail to you at 11:57 a.m. -- right?

4    -- where he says, "Congrats."  Do you see that?

5    A    Where?

6    Q    If you look at the first e-mail chronologically, sir, the

7    one from 11:57 a.m. --

8    A    Okay.

9    Q    -- that is an e-mail that Josh Garza sends to you.

10   A    I don't see "Congrats" on there.  I'm sorry.  Am I missing

11   it?

12   Q    I'm going to help you see it because the subject line is at

13   the top.

14   A    Oh, yeah, yeah, yeah, with the smiley face.  Sorry.

15   Q    And this is the same e-mail that we looked at as part of

16   Plaintiffs' Exhibit 145; correct?

17   A    Okay.

18   Q    Now let's look at your response to him.  You write back to

19   him about 24 minutes later.  And tell me if I'm reading this

20   correctly.  You write, "Wow.  Awesome"; correct?

21   A    Correct.

22   Q    You would agree with me, sir, that you don't appear to be

23   all that disturbed by Josh's e-mail; correct?

24   A    I'm driving.  I saw the headline.

25   Q    And what was the headline, sir?  Read the headline, please.

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - - - - - - - x
 3
     DENIS MARC AUDET, MICHAEL           No. 3:16-CV-940 (MPS)
 4   PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on       OCTOBER 25, 2021
 5   Behalf of All Others Similarly
     Situated,                           9:00 A.M.
 6
     vs.                                 JURY TRIAL
 7
     STUART A. FRASER, GAW MINERS,
 8   LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
 9
     - - - - - - - - - - - - - - - - x
10

11                    Volume III - Pages 227 - 506

12
                           450 Main Street
13                       Hartford, Connecticut

14

15        BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                       AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20           SUSMAN GODFREY, L.L.P.
                 1301 Avenue of the Americas, 32nd Floor
21               New York, New York 10019
             BY:  SETH D. ARD, ESQUIRE
22           BY:  JACOB W. BUCHDAHL, ESQUIRE
             BY:  GENG CHEN, ESQUIRE
23           BY:  RUSSELL RENNIE, ESQUIRE
             BY:  HANNAH MILLER, ESQUIRE
24
     (Appearances Continue ...)
25
```

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:

3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
4                  New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
5              BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                        (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1  A    That -- yes.

2  Q    And you understood, therefore, that the purchaser of a

3  Hashlet would be entitled to a portion of the cryptocurrency

4  that was being mined by GAW Miners; correct?

5  A    That's my understanding, yes, sir.

6  Q    And you understood that the idea behind a Hashlet was that

7  a customer who purchased a Hashlet could engage in

8  cryptocurrency mining in order to make a profit; correct?

9  A    I think that's why people did it, yes, sir.

10 Q    I want to turn to page 177 of the SEC deposition.

11         That's the first one --

12         THE COURT:  Excuse me.  Can I see counsel just for a

13 moment in the hallway?  Just Mr. Weiner and Mr. Buchdahl, just

14 real quick.

15     (At sidebar off the record.)

16         MR. BUCHDAHL:  I'm going to withdraw the offer of that

17 last testimony.  And I'm going to ask a different question, Mr.

18 Fraser.

19 Q    (By Mr. Buchdahl) Hashlet customers were relying on GAW

20 Miners' expertise to own and operate the mining equipment that

21 would support the Hashlets; correct?

22 A    Yes.

23 Q    And you understood that in order to sell Hashlets as a

24 slice of GAW's mining capability, GAW Miners would have to know

25 how much mining capability it had; correct?

1    Q    December 16th, sir.

2    A    Yes.  "Sell Ruble," is that the one?

3    Q    Yes.

4    A    "Sell the Ruble, buy XPY," yeah.

5    Q    You understood that XPY was the symbol for Paycoin;

6    correct?

7    A    Yes.

8    Q    But you told the SEC that you never urged your buddies,

9    your friends, or your colleagues to buy Paycoin; correct?

10   A    True.  I mean, I never went out and urged my people -- my

11   friends to do anything, no.  I just -- I put things out there,

12   and if they wanted to get involved, it was up to them.

13   Q    Mr. Fraser, you told the SEC under oath that you never

14   urged your buddies or friends or colleagues to buy Paycoin;

15   correct?

16   A    Correct.

17   Q    And as late as December 31, you have another Tweet that

18   said, "Keep an eye on Paycoin in 2015.  It's going to be a

19   great year"; correct?

20   A    Yeah, sure.

21   Q    And now let's look at your Tweet from January 12th.

22        Do you understand what it means to Retweet something?

23   A    I do now.  I wasn't quite understanding of Twitter at the

24   time.

25   Q    Well, you understood that if you clicked to Retweet a

1    Tweet, that Tweet would then become a part of your Twitter

2    feed; correct?

3    A    Yeah, like sharing a comment on Facebook, yeah, sure.

4    Q    And what you shared here was a Tweet from GAW Miners that

5    said it was going to be honoring a $20 Paycoin; correct?

6    A    Yeah, that's what Josh said.

7    Q    And you understood that GAW Miners had been advertising

8    that it would use its $100 million fund to keep the price of

9    Paycoin over $20; correct?

10   A    More or less, yes.

11   Q    Sir, for Christmas in 2014, Josh Garza gave you a Tesla;

12   correct?

13   A    Yeah, yes, sir.

14   Q    And, in fact, he had it delivered to your garage with a

15   huge bow on it; correct?

16   A    Without me knowing, yes, sir.

17   Q    And you told the SEC that you thought that was weird and

18   that from the moment he gave it to you, you asked him to get it

19   out of there; correct?

20   A    Totally true.

21   Q    That wasn't true, sir.  The truth was you were happy to get

22   the car; correct?

23   A    No.

24            MR. BUCHDAHL:  All right.  I'd like to offer

25   Plaintiffs' Exhibit 98.

1    machine.

2    A   Yes, sir.

3    Q   "Every single ASIC distributor I dealt with had an utter

4    lack of honesty and business ethics.  It was clear they didn't

5    know how to run a business -- but there were no other options,

6    really."

7            Then he says -- let's highlight the next line.  "So I

8    made a few calls, had several key meetings with my ops" -- or

9    operations crew -- "and out of that came GAW Miners."

10           Do you see that?

11   A   Yes, sir.

12   Q   That square with your recollection that it was Mr. Garza's

13   idea to go into the cryptocurrency?

14           MR. BUCHDAHL:  Objection.

15           THE COURT:  Sustained.

16   Q   (By Mr. Weiner) You told Mr. Buchdahl, I think, that you

17   were the co-founder and an early investor in GAW Miners.

18   A   Correct.

19   Q   Were you the co-founder of GAW Miners?

20   A   I mean I -- GAW Miners grew out of all the businesses that

21   we started.  So, I mean, I considered myself a co-founder.

22   Q   At the beginning you were a co-founder; right?

23   A   Oh, yeah.

24   Q   And were you an early investor in GAW Miners?

25   A   I don't think --

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF CONNECTICUT
 2
    - - - - - - - - - - - - - - - - x
 3
    DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4  PFEIFFER, and DEAN ALLEN
    SHINNERS, Individually and on      OCTOBER 26, 2021
 5  Behalf of All Others Similarly
    Situated,                          8:55 A.M.
 6
    vs.                                JURY TRIAL
 7
    STUART A. FRASER, GAW MINERS,
 8  LLC, and ZENMINER, LLC, (d/b/a
    ZEN CLOUD)
 9
    - - - - - - - - - - - - - - - - x
10
11                  Volume IV - Pages 507 - 750
12
                         450 Main Street
13                     Hartford, Connecticut
14
15        BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.
16                      AND A JURY OF NINE
17
18  APPEARANCES:
19  FOR THE PLAINTIFFS:
20          SUSMAN GODFREY, L.L.P.
                 1301 Avenue of the Americas, 32nd Floor
21               New York, New York 10019
            BY:  SETH D. ARD, ESQUIRE
22          BY:  JACOB W. BUCHDAHL, ESQUIRE
            BY:  GENG CHEN, ESQUIRE
23          BY:  RUSSELL RENNIE, ESQUIRE
            BY:  HANNAH MILLER, ESQUIRE
24
    (Appearances Continue ...)
25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:

 3            HUGHES, HUBBARD & REED L.L.P.
                 One Battery Park Plaza, 12th Floor
 4               New York, New York 10004-1482
          BY:  DANIEL WEINER, ESQUIRE
 5        BY:  MARC A. WEINSTEIN, ESQUIRE
          BY:  AMINA HASSAN, ESQUIRE

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                       (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1    center.

2    Q    Were you interested in Bitcoin mining at the time?

3    A    Yes, I was.

4    Q    And what was it about Hashlets that appealed to you?

5    A    They're ease.  They were very convenient to set up.  You

6    just basically bought them, and they were ready to go.  They

7    started mining Bitcoins immediately once you activated them.

8    Q    Had you ever done Bitcoin mining before that?

9    A    No, I haven't.

10   Q    Do you have any expertise in cryptocurrency mining?

11   A    No, I don't.

12   Q    Do you have any expertise in cryptocurrencies?

13   A    No.

14   Q    Did you receive payouts from your Hashlets?

15   A    Yes, I did.

16   Q    What type of payouts did you receive?

17   A    I was getting Bitcoins.

18   Q    Where did you believe the payouts were coming from?

19   A    From the mining that was taking place in the GAW Miners'

20   web -- data center.

21   Q    And why did you believe that?

22   A    Because they sold me the miners, you know, that's what it

23   said on the website.  That's what they did.

24   Q    At the time did it appear to you that your Hashlets were

25   performing as GAW had promised?

1    A    Yes.

2    Q    And why is that?

3    A    Oh, because I was getting, um, daily payouts in Bitcoins.

4    Q    How did you monitor your Hashlets?

5    A    When I bought my Hashlets from GAW Miners, the website had

6    an account on the website, and this led to a dashboard that

7    listed everything I bought, all the Hashlets, in addition to

8    listing all the daily payouts I got from the Hashlets.

9    Q    Approximately how much money did you spend in total on

10   Hashlets?

11   A    Approximately $17,000.

12   Q    At some point did your Hashlets pay out in something other

13   than Bitcoin?

14   A    Yes, they did.

15   Q    What was that?

16   A    It was called Hashpoints.

17   Q    Approximately when did they start paying out in Hashpoints?

18   A    I think it was towards the end of October, early November

19   2014.

20   Q    And what were Hashpoints?

21   A    Hashpoints were like an in-house credit from GAW Miners

22   where if you accumulate these points, eventually you would be

23   able to trade them in to buy -- rather, you could convert them

24   to what was called HashCoin, but that later became Paycoin.

25   Q    Did you ever buy a product called HashStakers from GAW

1    Miners?

2    A    Excuse me.  Yes, I did.

3    Q    When did you buy these HashStakers?

4    A    At the last -- in the last week of November and the first

5    week of December 2014.

6    Q    And why did you buy HashStakers?

7    A    Because they're a payout system, it allowed me to earn more

8    Paycoins.

9    Q    So at the time, then, you were interested in acquiring more

10   Paycoin?

11   A    Yes, I was.

12   Q    Approximately how much money did you spend on HashStakers?

13   A    It was between nine and ten thousand dollars.

14   Q    You mentioned Paycoin, Mr. Audet.  When did you first hear

15   about Paycoin?

16   A    That would have been about the same period, November

17   2014.

18   Q    Did you acquire any Paycoin?

19   A    Yes, I did.

20   Q    Did you acquire Paycoin from Hashpoint conversions?

21   A    Yes, I did.

22   Q    Did you acquire Paycoin from HashStakers?

23   A    Yes, I did.

24   Q    Did you buy Paycoin?

25   A    Yes, I did.

1   Q    So is it safe to assume that the earliest that you would

2   have read this November 24, 2014, press release is on November

3   24th?

4   A    That sounds reasonable.

5   Q    Okay.  Now, Mr. Audet, you testified that you started

6   buying Hashlets in early October 2014.  Is that fair?

7   A    That's correct.  That's what I said.

8   Q    And you continued purchasing Hashlets pretty regularly

9   throughout October and November of 2014; is that correct?

10  A    I think that's pretty accurate, yes.

11  Q    And then you continued purchasing Hashlets and also

12  HashStakers at one point through about mid-December; correct?

13  A    Early December.

14  Q    Okay, early December.  And somewhere close to the end of

15  that period, so early October to early December, somewhere

16  close to the end is when this press release gets issued;

17  correct?

18  A    Yes.

19         MS. HASSAN:  Your Honor, I would like to offer into

20  evidence Defense Exhibit 683.

21         THE COURT:  683, is that what you said?

22         MS. HASSAN:  I don't believe there are any objections

23  to it.

24         THE COURT:  683 will be a full exhibit.

25      (Defendant's Exhibit 683, received in evidence.)

1          MS. HASSAN:  Your Honor, may I give the witness a

2     copy?

3          THE COURT:  Yes, you may.

4     Q   (By Ms. Hassan) So, Mr. Audet, the document in front of

5     you, you recognize this document; correct?

6     A   Yeah, I think I've seen this before.  Like I said, it's

7     been a while, so I don't -- it's not fresh in my memory,

8     but ...

9     Q   Okay.  Well, let me orient everyone here.  These are

10    Plaintiffs' certifications, as it says on the document;

11    correct?  That's what it says?

12    A   Yes.

13    Q   And these were filed with Plaintiffs' Complaint?

14    A   Sorry.  Say again.

15    Q   And these were filed with Plaintiffs' Complaint in this

16    case?

17    A   I think so, yes.

18    Q   And if we look at Item No. 1, it says, "Sworn Certification

19    of Denis Marc Audet," dated June 13, 2016?

20    A   That's what it says, yes.

21    Q   And it references Exhibit 1?

22    A   Yes, it does.

23    Q   So if we flip, I believe, to the third page, that's the

24    start of Exhibit 1.  And then on the fourth page, it says,

25    "Sworn Certification of Denis Marc Audet."

1   A   I -- yes, I'm on the page.  Thank you.  Oh, sorry.  Um, I'm

2   on Michael Pfeiffer's page.  Sorry.

3   Q   So I think if you count just four pages --

4   A   Hold on.  I'm not on the same page yet.  Oh, I see.  It's

5   double sided.  Sorry.

6   Q   I was trying to save paper.

7   A   Okay.  I'm on the page.  Thank you.

8   Q   Okay.  So the page that you're looking at now is your sworn

9   certification; correct?

10  A   Yes, it is.

11  Q   And it says:  "I, Denis Marc Audet, certify as follows:  I

12  am a named plaintiff in the attached complaint and I have

13  received the complaint and authorized its filing."

14          Do you see that?

15  A   Yes, I do.

16  Q   And your certification attaches an Exhibit A?

17  A   Yes, it does.

18  Q   Now, Exhibit A, again, just so you familiarize yourself or

19  refresh your recollection, it's about four to five pages long?

20  A   Yes, it is.

21  Q   Now, Exhibit A is intended to be a list of all of your

22  purchases of GAW Miners' products at issue in this case;

23  correct?

24  A   Yes, it is.

25  Q   And is it your representation that this is a complete and

1    accurate list of those products?

2    A    Uh, yes, those are all the ones I -- yes.  Yes, it is.

3    Q    So just taking a look and walking through your purchases,

4    as you testified, you started buying Hashlets on October 7th?

5    A    That's correct, yes.

6    Q    And then you bought a few more Hashlets the next day on

7    October 8th?

8    A    Yes, I did, yes.

9    Q    And then you continued buying Hashlets pretty regularly

10   either every few days or in some cases on consecutive days

11   throughout October, if we kind of flip through the first page.

12   Do you see that?

13   A    Yes, I do, that's right, yes.

14   Q    And then you continued purchasing Hashlets in November;

15   correct?  And this is if we go right to the end of page 1.

16   A    Yes.

17   Q    So you bought some Hashlets on November 8th and then, if we

18   flip onto the next page, on November 10th, 13th, and so on.  Do

19   you see that?

20   A    Yes.

21   Q    And, again, you continued purchasing Hashlets on a pretty

22   regular basis every few days or even on consecutive days in

23   some cases; correct?

24   A    Yes.

25          MR. HASSAN:  So, Mr. Jackson, if we go down to -- if

1    we go kind of in the middle of the second page, can we draw a

2    marker between November 21 and November 24th?

3    Q    (By Ms. Hassan) So, Mr. Audet, you would agree with me that

4    all of the purchases of Hashlets that you made in October of

5    2014 and November of 2014, before November 24th, which is the

6    date of the press release, those were made before you saw a

7    press release referencing Cantor Fitzgerald or Mr. Fraser;

8    correct?

9    A    That's correct, yes.

10   Q    And then after that press release came out, you continued

11   purchasing Hashlets, and then you started pushing HashStakers

12   too; correct?

13   A    That's correct.

14   Q    Just to take an example, you bought some on November 26,

15   some Hashlets.  You bought a few more Hashlets on December 1,

16   um, December 4, and you continued purchasing?

17   A    Sorry.  You're going a bit fast here.  Um --

18   Q    I will slow down.

19   A    Are you talking about HashStakers or Hashlets?

20   Q    I'm talking just generally about your purchases of either

21   Hashlets or HashStakers.

22   A    Right.

23   Q    So you bought some Hashlets on December 1?

24   A    Yes, I did.

25   Q    You bought some HashStakers also on December 1.

1    A    That's correct.

2    Q    And then you continued buying Hashlets on December 4th,

3    December 7th, and again pretty regularly every few days, or in

4    some cases on consecutive days, through December 13th; is that

5    correct?

6    A    That's correct.

7    Q    Mr. Audet, you've mentioned Josh Garza during your

8    testimony with Mr. Ard.

9    A    That's right, yes.

10   Q    You were aware Josh Garza pleaded guilty to fraud in

11   connection with GAW Miners in a case brought against him by the

12   Department of Justice?

13   A    Yes, I am.

14   Q    And you also understand that he was sentenced to 21 months

15   in prison?

16   A    Yes, I am.

17   Q    You were actually present at his sentencing hearing;

18   correct?

19   A    Yes, I was.

20   Q    And you were present during the entire hearing?

21   A    Say again.

22   Q    You were present during the entire hearing?

23        THE COURT:  The entire.  Were you there during the

24   entire hearing?

25        THE WITNESS:  Does that -- you mean --

1    Q    I apologize.  Paycoin had just launched in December 2014;

2    correct?

3    A    Yes, it did.  That's why -- I think that's right, yes.

4    Q    So $9 for a start-up cryptocurrency wasn't really bad, was

5    it?

6    A    I can't comment on that.

7    Q    Well, compared to the Bitcoin, which was trading at a

8    fraction of a percent when it was launched?

9    A    Yes, I would agree with that, yes.

10   Q    Mr. Jackson, could we switch back to DX 683?  And it's the

11   paper copy of the document of the Plaintiffs' certification

12   that I provided you, Mr. Audet.  Could you go back to that?

13   A    Give me a moment, please.

14   Q    Sure.

15        And if you could turn to page 9.  At the very top, it

16   has the page numbering.

17   A    Hold on.  What page?  Excuse me.  I'm just leafing through

18   it.

19   Q    Sure.  So it's page 9, and the page numbering is right at

20   the top of the document.

21   A    I'm there.  Thank you.

22   Q    And this is the last page of the exhibit that lists all of

23   your transactions in Hashlets and HashStakers; right?

24   A    That's correct.

25   Q    So the very little table at that last page --

1   A    Yes.

2   Q    -- that shows the conversions, the conversions that you

3   were talking about from Hashpoint to Paycoin; correct?

4   A    That's correct, yes.

5   Q    So let's see.  There were conversions on December 18.  On

6   December 18, 2014, your Hashpoints got converted to about 1,288

7   Paycoins; correct?

8   A    That's correct, yes.

9   Q    And then there was another conversion on December 22nd.

10  Some of your leftover Hashpoints, I suppose, got converted to

11  about 95 Paycoins, give or take.

12  A    Yes, that's correct, yes.

13  Q    So in all, by December 22nd, you had about 1,380 or so

14  Paycoins?

15  A    At least that, yes.

16  Q    Yeah.  Mr. Audet, do you recall us going through a chart of

17  Paycoin prices from CoinMarketCap with Professor Narayanan?

18  A    Yes, I remember you went through it, yes.

19           MS. HASSAN:  Mr. Jackson, could we put up DX 719,

20  which I believe is already in evidence?

21           THE COURT:  Okay.

22           MS. HASSAN:  And could we go to page 13 of these

23  prices.

24  Q    (By Ms. Hassan) So, Mr. Audet, just to remind ourselves,

25  this is a list of the prices and the volume of Paycoin

1  Q   Have you read it?

2  A   Yes, um-hmm.

3  Q   So, Mr. Audet, in light of your deposition testimony, I'll

4  ask you the question again.  Was it your understanding that

5  when you were buying a Hashlet, you were buying either a

6  stand-alone physical machine or part of a physical machine that

7  was mining for cryptocurrency?

8  A   Yes.

9  Q   Thank you.

10        And you understood that what the companies would be

11  doing, GAW Miners and ZenMiner, is hosting those machines,

12  those miners, and running them and maintaining them; is that

13  correct?

14  A   That's correct, yes.

15  Q   Now, each day you mentioned that your Hashlets earned

16  payouts; correct?

17  A   That's correct.

18  Q   And those payouts were credited to your account?

19  A   Yes, they were.

20  Q   Now, when you bought the Hashlets, the companies charged

21  you an initial up-front cost for buying the Hashlet; correct?

22  A   That's correct, yes.

23  Q   And then they also charged you a maintenance fee for

24  operating the miners; correct?

25  A   They called it a service fee.  It was proportional to the

1          MS. HASSAN:  May I read that into evidence?

2          THE COURT:  You may or we can publish to it the jury

3   as well.

4          MS. HASSAN:  Can we publish it?

5   Q    (By Ms. Hassan) Mr. Audet, do you see your deposition

6   testimony on page 79?

7   A    Yes, I do.

8   Q    And you see that you mentioned -- you described the fee as

9   a fixed cost that was based on the cost of electricity and

10  running?

11  A    Yes, I see that, um-hmm.

12  Q    And then in the next paragraph, you testified it was a sort

13  of like a fixed cost.  So the percentage doesn't -- you know,

14  one day if you had a big payout, the fee was relatively small.

15  If you had a small payout, then it was large.

16  A    Yes.

17  Q    So you agree with me, Mr. Audet, that the service fee that

18  GAW Miners charged for running and operating the miners was a

19  fixed fee?

20  A    That's what I believed back then, yes.

21  Q    Now, Mr. Audet, you bought different kinds of Hashlets;

22  right?

23  A    Yes, I did.

24  Q    Some of them were prime Hashlets.  Others were Genesis

25  Hashlets; correct?

1    A    That's correct, yes.

2    Q    And different Hashlets could mine for different types of

3    cryptocurrency; is that correct?

4    A    Yes, it is.

5    Q    So, for instance, Genesis Hashlets mined Bitcoin; correct?

6    A    Yes.

7    Q    Which means that they would be mining in pools that gave

8    payouts in Bitcoin; correct?

9    A    That's correct, yes.

10   Q    Whereas, prime Hashlets, they mined for all coins; correct?

11   A    I think that's what they were doing, yes.

12   Q    And all coins is just another way of saying something

13   alternate to or other than Bitcoin; correct?

14   A    I think that's what they meant, yes.

15   Q    And it could be multiple different types of coins, but

16   they're all grouped into one category, all coins; correct?

17   A    I don't remember the details, but that could be it.

18   Q    Okay.  Now, you could pick the pool -- you, as a customer

19   of GAW Miners and a Hashlet owner, could pick the pool in which

20   you were mining your Hashlets; is that correct?

21   A    That's correct, yes.

22   Q    So if you and I both owned the same kind of Hashlet, let's

23   say you chose to mine it in the Clevermining pool and I decided

24   to mine it in the Waffle mining pool, we could have very

25   different payouts; correct?

Audet - Cross                                                          626

1   A    That's correct, yes.

2   Q    You could do really well one day, and I could do really

3   poorly; correct?

4   A    In theory, yes.

5   Q    Now, you could also change your pools with your Hashlets;

6   is that correct?

7   A    That's correct, yes.

8   Q    So the idea was that you could get up in the morning; you

9   could check the payout rates for different pools and just

10  switch the pool that your Hashlet was mining in; correct?

11  A    That's correct, yes.

12  Q    And you, in fact, did that; right?  You would check your

13  payouts daily; is that correct?

14  A    That's right, yes.

15  Q    And you, in fact, kept track of the payouts and you did

16  change --

17  A    Sorry.  Say again.

18  Q    You, in fact, did keep track of the payouts and switched

19  the pools that you were mining in; correct?

20  A    That's correct, yes.

21  Q    So, again, taking the example, if you and I owned the same

22  Hashlet, you check what rates each pool is paying and you keep

23  switching the pools, you could make a lot more in payouts than

24  me if I just stick to one pool regardless of how well or how

25  poorly it is doing; correct?

1    A    Statistically I'm not sure that's correct.

2    Q    Well, theoretically, is it possible that by switching your

3    pools, you could control the amount of payout you were getting?

4    A    I don't think I agree with that.

5    Q    Okay.  Let's try it this way:  By switching the pools, did

6    you have some control over the payouts that you were making?

7    A    Some, yes.

8    Q    Now, another way that you could impact your payouts was by

9    something known as boosting; correct?

10   A    Yes.

11   Q    Okay.  So the idea was that every day you could log onto

12   the GAW Miners' website, click a button, and boost your

13   Hashlet; correct?

14   A    That's right, yes.

15   Q    And it would pay out more than if you don't boost your

16   Hashlet; correct?

17   A    That's correct, yes.

18   Q    Okay.  So, again, taking the same example, if you and I

19   owned the same Hashlet, which is mining in the same pool but

20   you boost your Hashlets every day, you could make more in

21   payouts than I would; correct?

22   A    Probably, yes.

23         THE COURT:  I'm sorry.  I just didn't follow that.  Do

24   you mean if you and he owned the same type of Hashlet or the

25   same Hashlet?

1           MS. HASSAN:  Thank you, Your Honor.  That's a very
2    helpful clarification.  What I meant was we both own the same
3    type of Hashlet.
4           THE COURT:  Okay.
5           MS. HASSAN:  Mr. Audet owns one; I own the other.
6           THE COURT:  Got it.
7    Q   (By Ms. Hassan) Mr. Audet, you also mentioned HashStakers?
8    A   That's correct, yes.
9    Q   And HashStakers, they were something in which you had to
10   stake or put your Paycoin; correct?
11   A   That's correct, yes.
12   Q   And the time duration during which you put your coin in
13   was -- it could be 30 days, 60 days, or 90 days; correct?
14   A   I'm trying to remember that far back.  It was -- I remember
15   90 days for sure.  I don't remember if it was 30 or 60, but it
16   was at least 90.  There was 90 days.
17   Q   Okay.  Was it at least 90, or is that the maximum --
18   A   I think 90 days was the maximum.  Again, I think -- yes, I
19   think three months, 90 days.
20   Q   Okay.  Thank you.  So I just want to touch on one last
21   topic with you, Mr. Audet.
22           During the relevant time period -- so this is fall and
23   winter of 2014 -- you were aware that people were posting on
24   HashTalk that they had concerns and suspicions about GAW
25   Miners' operations; correct?

1    A    Sorry.  Say it again, please.

2    Q    And why did you continue to buy Paycoin at the time you

3    knew it was below $20?

4    A    Because in December, that was before the initial coin

5    offering; and, therefore, the price was not supported yet.  It

6    was going to be supported when this thing called Paybase was

7    going to be launched, and that was in January.  And, therefore,

8    everything I bought in December would have been at a discounted

9    price compared to the $20 floor that they were going to provide

10   in whenever they had the initial coin offering or Paybase.

11   Q    Did you purchase your Paycoin in the second half of two

12   thousand -- strike that.

13        Did you purchase Paycoin in the second half of

14   December 2014 from third-party exchanges?

15   A    Yes, I did.

16   Q    Can you turn back to DX 683, which is your certifications?

17   A    Yes, I see it.

18   Q    You don't list there the Paycoin purchases you made in the

19   second half of 2014; correct?

20   A    That's correct, yes.

21   Q    Why is that?

22   A    Because they were not part of the original lawsuit.

23   Q    And why is that, because of third-party exchange?

24   A    I believe that was it, yes.

25   Q    So you weren't listing anything that was bought from a

1   2001, yeah.

2   Q   Where did you hear about it?

3   A   Uh, a number of cryptocurrency websites had banner ads from

4   GAW Miners selling hardware.

5   Q   At some point did you hear about a product called

6   Hashlets?

7   A   Uh, yes.  I -- eventually I'd seen banner ads for Hashlets,

8   yes.

9   Q   And what was a Hashlet?

10  A   A Hashlet was described to be cloud mining products.

11  Q   And did you buy any Hashlets?

12  A   I did.

13  Q   When did you first buy them?

14  A   August 17th of 2014.

15  Q   And what was it about Hashlets that appealed to you?

16  A   Well, the way they were advertised was that they would be

17  continually upgraded over time; the maintenance fees would fall

18  and that they would always be profitable.

19  Q   How did that set Hashlets apart from other cloud mining

20  products?

21  A   I'm sorry.  Can you repeat the question?

22  Q   Yes.  How did those features set Hashlets apart from other

23  cloud mining products?

24  A   Right.  I had looked into something similar with another

25  company.  The differences were the other company -- it was a

1    were all being made by anonymous individuals.  And there was

2    never -- at least I had never seen any proof that had been

3    shown in any of these posts, nor any links to the proof that

4    would justify believing them.

5    Q    And at the time, were your Hashlets performing as promised?

6    A    Yes.

7    Q    How did you monitor their performance?  How did you monitor

8    their performance?

9    A    Uh, I had to sign in to my ZenCloud account; and, of

10   course, it would show the daily payouts and cumulative

11   payouts.

12   Q    Was there any way to confirm, through your ZenCloud

13   account, that the Bitcoin payouts were or were not coming from

14   actual cryptocurrency mining?

15   A    There was no way to do that through a ZenCloud account.

16   Q    At some point did your Hashlets stop paying out in Bitcoin?

17   A    Yes.  Yes, they did.

18   Q    When was that?

19   A    It was when I had to switch them over to Hashpoint

20   mining.

21   Q    And do you remember around what time that was?

22   A    I want to say it was in November.

23   Q    November of what year?

24   A    Oh, 2014.  Sorry.

25   Q    And why did you switch to mining Hashpoints?

1    A    It was part of an ICO or the initial coin offering for

2    Paycoin.  So subsequently at some point in the future they

3    would convert to Paycoin, to Hashpoints.

4    Q    And when you switched over to mining Hashpoints with your

5    Hashlets, were you still receiving Bitcoin rewards?

6    A    No, I was not.

7    Q    You mentioned Paycoin.  When was the first time that you

8    heard about Paycoin?

9    A    I had heard about Paycoin, I believe, in the latter part of

10   October, early November when it was called HashCoin.

11   Q    Did you acquire any Paycoin?

12   A    Yes, I did.

13   Q    And when was that?

14   A    In December.  There were two dates when the Hashpoints

15   converted to Paycoin.

16   Q    And what was it that you found appealing about Paycoin?

17   A    Uh, Paycoin was advertised as having -- or coming with, you

18   know, large retailer adoption, um, that it was backed by a $100

19   million reserve fund.  Um, and that's mainly it.

20   Q    And what about those features made Paycoin special?

21   A    Uh, it made it unique actually from the viewpoint that, at

22   the time, I was not aware of any cryptocurrencies that were

23   backed by anything, let alone a reserve fund.  And at the time,

24   again, there were no cryptocurrencies that were directly

25   accepted by any retailers out there as payment without some

1              MR. RENNIE:  I wanted to offer it.

2              THE COURT:  160 will be a full exhibit.  PX 160 will

3    be full.  It can be published to the jury.

4         (Plaintiffs' Exhibit 160, received in evidence.)

5    Q    (By Mr. Rennie) Mr. Shinners, I'm now showing you a GAW

6    Miners' webpage for HashCoin, HashCoin ICO.  And this is dated

7    November 4, 2014.  Do you recognize this document?

8    A    Yes, I do.

9    Q    Do you recall seeing this webpage in November 2014?

10   A    I recall seeing it in November 2014, yes.

11             MR. RENNIE:  Mr. Boles, could you scroll down to the

12   diagram towards the end the document?  Yes, that one.  Could

13   you please blow up that?  Thank you.  Way ahead of me.

14   Q    (By Mr. Rennie) Do you recall seeing this particular

15   diagram in November 2014, Mr. Shinners?

16   A    Yes, it's very familiar.

17   Q    And does this document depict Hashpoints converting to

18   Paycoin?

19   A    Uh, yes.  On the top row, second from the left, there's --

20   it says "ICO Round 2."  "Hashpoint customers."  And then below

21   it says "400 Hashpoints."

22   Q    So did you expect that when your Hashpoints converted to

23   Paycoin, that you would have the option of selling them?

24   A    Yes.

25   Q    And based on this document we're looking at, did you expect

Shinners - Direct                                                      649

1    that you'd be able to earn a profit if you sold them?

2    A   Yes, absolutely.

3    Q   And do you see that somewhere in this diagram?

4    A   Yes.  The public launch was for $20.  And the -- we were

5    told that 400 Hashpoints was actually $4.  So the difference

6    between 20 and 4, 16.

7    Q   Does the timeline suggest that the price of Paycoin could

8    go above $20?

9    A   Yes, it does.  It says, on the bottom row, all the way to

10   the right where it says 8 to 12 months, it says, "increased

11   market value."

12   Q   So following major retailer adoption and credit card

13   purchasing capabilities, there would be increased market value.

14   A   Correct.

15           MR. RENNIE:  Thank you, Mr. Boles.  You can take that

16   down.

17   Q   (By Mr. Rennie) Did GAW release a product called

18   HashStakers?

19   A   Yes.

20   Q   What was a HashStaker?

21   A   The best way I can describe it, a HashStaker is similar to

22   what you would see from a bank, like a certificate of deposits,

23   where you are depositing, in this case, Paycoin.  And then it's

24   locked up for a period of time.  And for that, you get paid an

25   inherent rate of return or interest.

1    Q    What would that return or interest be paid out in?

2    A    I'm sorry.  Say that again.

3    Q    What would you be paid out interest in?

4    A    Oh, in Paycoin, either fractional amounts, depending on how

5    much is deposited, or whole amounts, a big one.

6    Q    Did you buy any HashStakers, Mr. Shinners?

7    A    Yes, I did.

8    Q    And when did you buy them?

9    A    In December of 2014.

10   Q    So, Mr. Shinners, did there ever come a time when you

11   interacted directly with anyone at GAW Miners?

12   A    Yes.  I had interacted with several of the employees and

13   Mr. Garza, yes, for the -- for the white paper.

14   Q    My apologies.  When did those interactions begin?

15   A    October and November mostly.

16   Q    And why did those interactions come about?

17   A    Um, I had been asked to work on or help work on the white

18   paper -- or which at the time was labeled for HashCoin.  That's

19   pretty much it.

20   Q    And by the white paper, are you referring to a similar type

21   of white paper that you've heard testimony about?

22   A    Yes, exactly.

23   Q    But you mentioned a HashCoin white paper.

24        Were there multiple versions of the white paper that

25   came out?

Shinners - Direct                                                 663

1    Q    Did you gain any kind of commercial advantage after

2    learning this information?

3    A    There was not much to be taken from this, no.

4    Q    So what kind of advantage were you gaining?

5    A    I would have had no advantage from this.

6    Q    Mr. Shinners, how often did you communicate with Josh Garza

7    in December 2014?

8    A    Uh, often.

9    Q    And how often did you discuss Paycoin with Mr. Garza?

10   A    Uh, often.

11   Q    Did you discuss the $100 million reserve fund?

12   A    Yes.

13   Q    Did Mr. Garza ever tell you there was no $100 million

14   reserve fund?

15   A    No.

16   Q    And did there come a time when you finally learned that

17   there was, in fact, no reserve fund?

18   A    Yes.  In 2015, probably the beginning of summer.

19   Q    At some point did you begin to lose faith in what GAW

20   Miners was telling you?

21   A    Could you repeat the question, please?

22   Q    At some point did you begin to lose faith in what GAW

23   Miners was telling you?

24   A    Yes, I did.

25   Q    When did that happen?

1   A    Uh, after the new year in 2015, when Paybase was supposed
2   to be deployed.
3   Q    And what was it about the deployment of Paybase that caused
4   you to stop trust them?
5   A    It was -- it was promised that over the holidays they would
6   take the time to finish Paybase.  And then after the first of
7   the year, they would deploy it.  So when they deployed it,
8   there was no merchant adoption.  There was no exchange at all.
9   And, yeah, it was -- fundamentally it was just an online wallet
10  basically.
11  Q    And were those features something you had been expecting?
12  A    Those features we all were expecting, yes.
13  Q    Would you have been interested in Paycoin at all without
14  those features?
15  A    Without these features being deployed with Paybase, no.
16  Q    Now, in the fall of 2014, did you know who the Defendant
17  was?
18  A    Uh, yes, I did.
19  Q    What was your understanding of his role and relationship
20  with GAW Miners?
21  A    Uh, I knew from Josh's posts, uh, that he was a partner in
22  the firm; um, that they had a long relationship, long-running
23  relationship that went back in history.  And then because of
24  *The Wall Street Journal* article, I kind of got the impression
25  that there was a lot more to it than just a casual

```
 1                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF CONNECTICUT
 2
    - - - - - - - - - - - - - - - - x
 3
    DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4  PFEIFFER, and DEAN ALLEN
    SHINNERS, Individually and on      OCTOBER 27, 2021
 5  Behalf of All Others Similarly
    Situated,                          8:57 A.M.
 6
    vs.                                JURY TRIAL
 7
    STUART A. FRASER, GAW MINERS,
 8  LLC, and ZENMINER, LLC, (d/b/a
    ZEN CLOUD)
 9
    - - - - - - - - - - - - - - - - x
10

11                  Volume V - Pages 751 - 917

12
                        450 Main Street
13                    Hartford, Connecticut

14

15      BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                      AND A JURY OF NINE

17

18  APPEARANCES:

19  FOR THE PLAINTIFFS:

20          SUSMAN GODFREY, L.L.P.
                1301 Avenue of the Americas, 32nd Floor
21              New York, New York 10019
            BY:  SETH D. ARD, ESQUIRE
22          BY:  JACOB W. BUCHDAHL, ESQUIRE
            BY:  GENG CHEN, ESQUIRE
23          BY:  RUSSELL RENNIE, ESQUIRE
            BY:  HANNAH MILLER, ESQUIRE
24
    (Appearances Continue ...)
25
```

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:

3              HUGHES, HUBBARD & REED L.L.P.
                  One Battery Park Plaza, 12th Floor
4                 New York, New York 10004-1482
           BY:  DANIEL WEINER, ESQUIRE
5          BY:  MARC A. WEINSTEIN, ESQUIRE
           BY:  AMINA HASSAN, ESQUIRE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                       (860) 212-6937
21

     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1    Garza, Mr. Jackson.  Let's highlight that.

2            It's regarding you're invited to Paybase.  Tell the

3    jury what Paybase was.

4    A   Uh, Pay -- Paybase was another platform that was integral

5    in order for all of these promises GAW Miners had made to, you

6    know, come to fruition, meaning that they would be delivered

7    after the first of the year in 2015.  Um, they would all be

8    delivered at the same time.  And this is what the whole

9    backbone was for things like merchant, adoption, for an

10   exchange, an active exchange, the Paycoin $20 floor, etc., etc.

11   Q   And then you tell Mr. Garza in this e-mail, "Another idea

12   I'm probably give you for free ... ugh."  You see that?

13   A   I see that.

14   Q   You say, "You need to start advertising Paycoin as the

15   method through which Bitcoin users can maintain BTC ownership

16   and patronage."

17           What's BTC?

18   A   Bitcoin.

19   Q   "Which Bitcoin users can maintain Bitcoin ownership and

20   patronage, but utilize the Paycoin network's near-instant

21   transmission speeds to transfer the coins."  Do you see that?

22   A   Yes, I do.

23   Q   So fair to say that as of December 29th, 2014, you were

24   still giving Mr. Garza your advice about GAW Miners' products,

25   including Paycoin?

1    asked you a few questions about when you began to stop trusting

2    Josh Garza this morning.  Do you remember that?

3    A   Yes, I do.

4    Q   I believe page 61 of Mr. Shinners' deposition is already in

5    evidence.  I'd just like to read another portion of it.

6              THE COURT:  All right.  You can bring that up for the

7    jury.

8              MR. RENNIE:  Mr. Boles, can we bring up page 61 of Mr.

9    Shinners' deposition.

10             THE COURT:  There we go.

11   Q   (By Mr. Rennie) So I'm starting at line 18.

12             "Question:  Okay.  When you told us that in December

13             or late 2014, you decided that Mr. Garza was

14             untrustworthy, what did you do with that information?

15             "Answer:  It would not have been late 2014.  It would

16             have been basically early 2015."

17             Can you go to the next page, Mr. Boles, please?

18             That conclusion that Mr. Garza was untrustworthy -- my

19   apologies.

20             So can you -- did I read that correctly?

21   A   Yes, you did.

22   Q   So can you just remind the jury, when was it that you --

23   when exactly was this it you began to distrust Josh Garza?

24   A    Okay.  So during the holidays, the Christmas holidays in

25   2014, Mr. Garza had contacted me and stated that Paybase, which

1   I think I already just defined what that was, was not coming

2   out in December; that it would have to be after the holiday.

3   It wasn't ready yet.

4            So I asked him, is everything going to be there?  And

5   his response was, yes, everything will be there, merchant

6   adoption, the exchange, the $20 floor, all of it.

7            And then came, after the new year in 2015, the only

8   thing that was there was an online wallet, a place to store

9   your Paycoin and nothing else.  And that caused me great

10  aggravation.

11  Q   So, Mr. Shinners, when you were exchanging some of those

12  e-mails we just saw in late December, had you yet stopped

13  trusting Josh Garza?

14  A   Uh, no.  I -- my personal opinion at the time was is I was

15  agitated because he had established publicly a timeline and he

16  wasn't exactly keeping up with that very well.

17  Q   And when you say that, when was it that you finally knew

18  that he wasn't meeting the timeline that he had promised you?

19  A   When he had called me -- I want to say it was Christmas

20  Eve, for some reason.  He had called me and basically wanted to

21  know how I thought the HashTalk community would react if he

22  posted that it would not be coming out, the Paybase would not

23  be coming out in December but would actually be coming out

24  after the new year.

25  Q   And so was it after the new year when it wasn't delivered

1  understand Hashlets functioned, there was no specific machine

2  that was allocated directly to me.  It was a share of the

3  mining power, um, that -- these Hashlets are denominated in

4  ratings of power.  So that's what I understood at the time.

5  Q   So were you buying a share of the total hashing power that

6  GAW Miners had?

7  A   I was definitely buying a specific quantifiable share of

8  mining power that was at the mining farm.

9  Q   Thank you.

10       MR. RENNIE:  Your Honor, I'm going to switch gears.  I

11  don't know if you want to take the break now.

12       THE COURT:  No, let's not take the break now.  We have

13  a few more minutes.  Let's use the time.

14       MR. RENNIE:  Okay.  Thank you.

15  Q   (By Mr. Rennie) So, Mr. Shinners, yesterday Defense counsel

16  asked you a few questions about your purchases before and after

17  you bought *The Wall Street Journal* -- excuse me -- before and

18  after you read *The Wall Street Journal* article on November

19  24th.  Do you remember that?

20  A   Uh, yes.

21       MR. RENNIE:  Mr. Boles, would we be able to show I

22  believe it's Defense Exhibit 683?  Are these Mr. Shinners'

23  purchases?  Thank you.

24  Q   (By Mr. Rennie) Mr. Shinners, yesterday Defense counsel

25  represented that you had spent roughly $17,000 on GAW products

1    Q   What did you -- did you research cryptocurrency mining?

2    A   Yes.  So I started researching cryptocurrency mining, and I

3    found there were a number of different ways to do it.  One was

4    to buy miners and have them in your own home.  Another was to,

5    um, let's see, you could buy miners and then have them shipped

6    to another facility, and that data center could host them for

7    you.  Or you could rent miners from somebody else that were

8    hosted at another facility.  And then a fourth way was to, um,

9    buy Hashlets, which was a product that GAW Miners offered.

10   Q   Now, when you found out about the Hashlets product, had you

11   already heard of GAW Miners?

12   A   Yes.  GAW Miners had a very favorable reputation for

13   selling mining hardware, and they begun to get into the hosted

14   mining service providers as well.  Their reputation was mainly

15   for the good customer service that they provided but also for

16   their technical support.

17   Q   Now, did you buy any Hashlets from GAW Miners?

18   A   Yes, I did.

19   Q   And what did you understand Hashlets to be?

20   A   Well, I understood Hashlets to be a contract to own a

21   certain percentage or amount of, um, the mining power of the

22   mining machines that they held, that GAW Miners held, in their

23   data centers.

24   Q   And when you were researching the various mining options

25   that you just discussed, did you have any thoughts on Hashlets

1   Q    Now, did your research into Hashlets affect your view of

2   GAW Miners as a company?

3   A    Yes.  Um, Hashlets were easy to use.  They called it

4   grandma proof or grandma friendly.  And what that meant is it

5   didn't require a lot of technical expertise.  You could manage

6   them from a user-friendly interface.  What struck me about that

7   is GAW Miners sort of seemed to have their finger on the pulse

8   of something that was keeping mining only to the domain of the

9   people who were, like, technicians and, um, sort of geeks

10  rather than the general public.  So it seemed to me they had --

11  they recognized the limitation and they were trying to solve

12  that.

13  Q    Now, did you believe that there was actual mining hardware

14  behind Hashlets?

15  A    Yes.

16  Q    And would you have bought Hashlets if you had known that

17  GAW did not actually have sufficient mining power to support

18  the Hashlets it sold?

19  A    No.  Mining was the whole point.

20  Q    Now, was there any indication that Hashlets were not backed

21  by enough mining power?

22  A    No.  I got the payouts that I expected, and other people

23  reported that they got the payouts that they expected as

24  well.

25  Q    Now, what did you do with the payouts that you did receive?

1    A    For the most part, the payouts that I got in Bitcoin I

2    reinvested into GAW Miners' Hashlets products.

3    Q    Did that change at some point?

4    A    Yes, it did.  Um, at some point I switched to mining

5    Hash -- Hashpoints instead of Bitcoin.

6    Q    And what were Hashpoints?

7    A    So Hashpoints were an offering by GAW that was supposed to

8    be their sort of company token that would represent a right to

9    buy Paycoin or a right to be converted to Paycoin.

10   Q    And so did you switch your Hashlets to mine Hashpoints?

11   A    I did.

12   Q    And was your plan then to convert -- excuse me --

13   Hashpoints into Paycoin?

14   A    Yes.

15   Q    Why were you interested in Paycoin?

16   A    Well, Paycoin struck me as having, um, an interesting set

17   of ambitions and, um, promise and potential.  The ambition --

18   well, GAW's ambition for Paycoin, as I said, was to develop an

19   ecosystem that would add value.  And one of the ways they were

20   going to do this was to develop a product that would have

21   faster transaction times.  Bitcoin at the time, for instance,

22   had ten-minute transaction time.

23         If you're trying to buy something at, say, a grocery

24   store or coffee shop and you have to wait ten minutes before

25   your transaction is confirmed, you're going to hold up the line

1   and your coffee's going to be cold.  So it's not that useful.

2   GAW was trying to solve that problem, and they said they had a

3   technical way to do that.

4   Q   Now, were there other cryptocurrencies at the time trying

5   to solve this transaction speed problem?

6   A   Yes, I think there were; but the main difference was that

7   GAW said that they had a $100 million fund to back up this coin

8   to promote the development and to promote the ecosystem that

9   would make Paycoin valuable.

10  Q   Now, at some point did your Hashpoints get converted into

11  Paycoin?

12  A   Yes, they did.

13  Q   Did you also acquire Paycoin through any other means?

14  A   Yes.  There was another GAW product called HashStakers, and

15  this was a specialized Paycoin wallet.  And you could basically

16  put your coins in this and lock them up for a period of time.

17  Maybe it was one month or three months or six months.  But at

18  the end of that time period, you would not get not only the

19  original principal you put in but also interest on top of that.

20  So you would get more Paycoin at the end.

21  Q   And why were you interested in HashStakers?

22  A   I viewed Paycoin as a long-term investment.  I wasn't in a

23  hurry.  So the idea of getting more Paycoin a little bit later

24  sounded good to me.

25  Q   Mr. Pfeiffer, prior to this lawsuit, did you know who

1   piece as a fee for the acquisition; right?

2   A    Take out of what?

3   Q    They would charge you a fee for the purchase; correct?  An

4   acquisition fee.

5   A    I guess you could call it that.  I would say they

6   contractually paid for a portion --

7          THE COURT:  Just for clarity, do you mean that they --

8   just for the jury, do you mean that they charged a fee on top

9   of the price of the Hashlet?  Is that what you were getting at,

10  Mr. Weinstein?

11         MR. WEINSTEIN:  No, Your Honor.

12  Q    (By Mr. Weinstein) The price of the Hashlet was the fee to

13  GAW Miners for the acquisition; correct?

14  A    I think so, yes.

15         THE COURT:  Thank you.

16  Q    (By Mr. Weinstein) On top of that, they would charge an

17  ongoing maintenance fee in order to maintain and operate the

18  equipment; is that right?

19  A    That's correct.

20  Q    Each of those fees were fixed fees; correct?

21  A    So I'm not sure if that's quite right.

22  Q    The maintenance fee that was charged over time was a fixed

23  fee; correct?

24  A    I'm not sure that's quite right.

25  Q    It didn't -- the maintenance fee didn't change based on the

1   Q    It could be Bitcoin or it could be an altcoin; correct?

2   A    That's correct.

3   Q    Altcoin is essentially anything other than Bitcoin that's a

4   cryptocurrency.

5   A    Yes.

6   Q    So that machine would generate some kind of cryptocurrency

7   coin, and the return that you got would be that coin minus your

8   maintenance fee; correct?

9   A    That's correct.

10  Q    The maintenance fee wouldn't change depending on how much

11  coin the machine had generated; correct?

12  A    That's almost right.

13  Q    And where is the -- where's the little bit that stops you

14  from saying it's completely accurate?

15  A    GAW had a policy and practice that when there was mining --

16  and so say the mining revenues were a dollar and they charged a

17  revenue of -- sorry -- a maintenance fee of 15 cents.  You

18  would get the difference, 85 cents.  But if the mining revenue

19  were, say, you know, 15 cents, um, they would still charge you

20  15 cents.  You would just get like the smallest fraction, which

21  was like one ten million of a Bitcoin.  And that's the amount

22  you would get as your daily payout for that Hashlet would be

23  one one ten million, I think, of a Bitcoin.

24  Q    So -- and when you explained, the fee itself didn't change;

25  correct?  As you said, it would still be the 15 would be the

Pfeiffer - Cross                                                    857

1   fee.  But if the fee happened to cover everything that had been

2   generated, they would give you a fraction of a penny

3   essentially as a return.

4   A    That's right.

5   Q    But the fee itself didn't change; right?

6   A    I guess that's right.

7   Q    You mentioned that you purchased Hashpoints, which was

8   something that was going to allow you to get converted from

9   those to Paycoin; is that right?

10  A    That's not quite right.

11  Q    Okay.  You understood that when you bought Hashpoints, that

12  they would ultimately be converted to Paycoin?

13  A    I did not buy Hashpoints.

14  Q    You had Hashlets that you converted to Hashpoints; is that

15  right?

16  A    That's not quite right.

17  Q    Okay.  You mentioned Hashpoints and your acquisition of

18  them in your direct testimony.  How did you get Hashpoints?

19  A    Hashlets mined Hashpoints.  So Hashlets generated

20  Hashpoints.

21  Q    So you acquired Hashpoints through mining from Hashlets.

22  A    That's right.

23  Q    Oh.  And your understanding was once the Hashlets generated

24  the Hashpoints, the point of the Hashpoints was to get

25  converted over to Paycoin; right?

1   tiny payout from GAW.

2   A    A tiny payout, yes.

3   Q    Would you similarly get a tiny payout if the maintenance

4   fee were 15 cents and your original reward were zero?

5   A    That's my understanding, yes.

6   Q    So if you did not make a profit from a Hashlet on a

7   particular day, GAW would not receive anything from you either?

8   A    That's correct.

9   Q    And, therefore -- so if you did not make a profit from a

10  Hashlet on a particular day, GAW would not profit that day

11  either.

12  A    That's correct.

13  Q    Do you recall being asked about some e-mails with Mr. Garza

14  in late April 2015?

15  A    Yes.

16  Q    And you were asked whether you still trusted Mr. Garza at

17  that time?

18  A    Yes.

19  Q    And you said that you had some concerns at that time.

20  A    Yes.

21  Q    So why were you e-mailing with Mr. Garza if you had some

22  concerns about his statements?

23  A    Well, um, he seemed to be indicating that he had funds to

24  invest in ongoing development, um, and to be perpetuating

25  additional projects related to Paycoin.  So, um, I was very

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - - - - - - - x
 3
     DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4   PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on      OCTOBER 29, 2021
 5   Behalf of All Others Similarly
     Situated,                          8:50 A.M.
 6
     vs.                                JURY TRIAL
 7
     STUART A. FRASER, GAW MINERS,
 8   LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
 9
     - - - - - - - - - - - - - - - - x
10

11              Volume VII - Pages 1017 - 1098

12
                      450 Main Street
13                  Hartford, Connecticut

14

15      BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                    AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20           SUSMAN GODFREY, L.L.P.
                 1301 Avenue of the Americas, 32nd Floor
21               New York, New York 10019
             BY:  SETH D. ARD, ESQUIRE
22           BY:  JACOB W. BUCHDAHL, ESQUIRE
             BY:  GENG CHEN, ESQUIRE
23           BY:  RUSSELL RENNIE, ESQUIRE
             BY:  HANNAH MILLER, ESQUIRE
24
     (Appearances Continue ...)
25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:

 3            HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
 4                 New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5            BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20    COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                      (860) 212-6937
21
      Proceedings recorded by mechanical stenography, transcript
22    produced by computer.

23

24

25
```

1  got to take that with a grain of salt.  You know, Mr. Shinners,

2  if he had really been a follower of the Twitter account and

3  really relied on what was in that Twitter account, you can be

4  darn sure that Plaintiffs' lawyers would have brought that out

5  when they examined him.  They didn't touch it with a ten-foot

6  pole.  He made that up as he sat there.

7          The people who were on Mr. Fraser's Twitter account,

8  the friends and family, are those the people he wants to suck

9  into something he knows is a fraud?  That doesn't make any

10  common sense.  And certainly the evidence is undisputed that no

11  one, no one, responded to Mr. Fraser's few Tweets and that Mr.

12  Fraser didn't bring a single investor into the company.

13          Now, Mr. Fraser spent -- sorry.  Judge Shea spent a

14  lot of time talking about the law, and I'm not going to go over

15  that at all.  You're going to be asked about Hashpoints and

16  HashStakers.

17          Look, it's easy.  These are not securities.  You look

18  at the definition of securities.  Hashpoint was an in-store

19  credit.  HashStaker was an electronic wallet.  Paycoin's also

20  not a security.  It's a coin.  It's a currency.  And you can

21  see the Judge's jury instructions at page 30 even said

22  currency; it's not a security.

23          And you can have the Department of Justice Plea

24  Agreement with Mr. Garza where they describe Paycoin as a

25  currency, and even the Princeton professor said it was a type

 1    of digital asset.  It's used as a medium of exchange.  Look at

 2    the definition in the instructions.  You can see Paycoin is a

 3    currency and, therefore, not a security.

 4         Hashlets also were not securities.  The Judge's

 5    instructions tell you, look at three things.  Two of them

 6    Hashlets fail the test.  You have to have a common enterprise,

 7    and that isn't true with Hashlets.

 8         Hashlets, each customer's fortunes were not tied to

 9    the fortunes of other customers because each different customer

10    could choose to be in a different mining pool.  One could make

11    money one day -- that's the happy fellow -- and one could lose

12    money mining Hashlets the same day -- that's the unhappy

13    fellow.  And each person's fortunes are not tied to the

14    fortunes of GAW Miners because Mr. Audet and Mr. Pfeiffer told

15    you that GAW Miners made a fixed fee on every customer

16    regardless whether the customer's pool made money that day or

17    not.  The customer could make zero dollars or make five dollars

18    or lose money.  GAW Miners made the same fee.

19         And the other factor the Judge instructed you on --

20    again, these are on page 21 of the instructions -- where the

21    profits are not derived solely from the efforts of others, it's

22    not going to be an investment contract and, therefore, not a

23    security.

24         You heard Mr. Audet say, We had control.  I could go

25    and I could boost a particular mining pool.  I could change the

```
 1   direction.  I could go in and decide to mine in a different
 2   pool.
 3            Choosing and choice and direction remained with the
 4   customer.
 5            THE COURT:  Mr. Weiner, you have five minutes.
 6            MR. WEINER:  Thank you, Judge.
 7            You heard the term "control person liability" and some
 8   of these other terms are in the instructions.  Remember,
 9   "control" is a word that we can all recognize.  Control person
10   liability, it's not friend liability.  It's not mentor
11   liability.  It's not occasional advice liability.  It's not
12   even minority investor liability.
13            Mr. Buchdahl told you about, well, they were equal
14   owners.  You didn't hear a word from Mr. Buchdahl about how Mr.
15   Garza controlled the other 18 percent.  He was giving it out
16   when he offered Mr. Eden, then Mr. Eden, and Mr. Dorman
17   employment.  You didn't hear a word from Mr. Buchdahl about how
18   during 2014, Mr. Fraser said, "Well, Mr. Garza said, 'I want
19   you to drop down from 41 percent to 15 percent.'"  Mr. Fraser
20   said, "Okay, I'll do it.  It's your company."  Never got
21   signed.  But that was indicative of the control that Mr. Garza
22   had.  He wanted Mr. Fraser to be a 15-percent owner and he
23   would own the rest and some of the employees might own a little
24   stock too.
25            "Materially assist in a fraud" you'll see in the
```

1    (Recess from 11:13 a.m. to 2:08 p.m.)

2        THE COURT:  All right.  We've received a note from the

3    jury.  This is what it says:  "Dear, Your Honor, as regards

4    Question No. 1 and further questions, is it necessary for each

5    juror to agree unanimously to each subset question before

6    continuing to the next question, or is one lone adverse opinion

7    sufficient for a no answer from the jury to that question?"

8        It's not signed by the foreperson, which it should

9    have been.  But we've marked it as Court Exhibit No. 1.

10       I think I know what the answer to this question is,

11   and so I'm going to write it out and read it to you and get

12   your comments on it.

13       Okay.  So I'll say:  We've received your note.  In the

14   future please have the foreperson sign the note.  The answer to

15   your question is that it is necessary for each juror to agree,

16   that is, for the decision to be unanimous as to each answer to

17   each question on the Verdict Form.  As for the order in which

18   you answer the questions, the instructions on the form provide

19   guidance about the proper sequence and when it is okay to skip

20   a question.  But each answer to each question must be

21   unanimous.

22       I then also intend to tell them, instead of sending in

23   a note, that while we've been ending our trial day at 3:30,

24   that's not a constraint on their deliberations.  If they all

25   wish to continue deliberating after 3:30, that's fine, we will

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - - - - - - - x
 3
     DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4   PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on      NOVEMBER 1, 2021
 5   Behalf of All Others Similarly
     Situated,                          12:17 P.M.
 6
     vs.                                JURY TRIAL
 7
     STUART A. FRASER, GAW MINERS,
 8   LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
 9
     - - - - - - - - - - - - - - - - x
10

11                  Volume VIII - Pages 1099 - 1113

12
                         450 Main Street
13                    Hartford, Connecticut

14

15       BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                     AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20           SUSMAN GODFREY, L.L.P.
                  1301 Avenue of the Americas, 32nd Floor
21                New York, New York 10019
             BY:  SETH D. ARD, ESQUIRE
22           BY:  JACOB W. BUCHDAHL, ESQUIRE
             BY:  GENG CHEN, ESQUIRE
23           BY:  RUSSELL RENNIE, ESQUIRE
             BY:  HANNAH MILLER, ESQUIRE
24
     (Appearances Continue ...)
25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:

 3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
 4                 New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5            BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20    COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                          (860) 212-6937
21
      Proceedings recorded by mechanical stenography, transcript
22    produced by computer.

23

24

25
```

1           12:17 p.m.

2           THE COURT:  I have a note from the jurors.  Somebody

3    has it.  Okay, well, we actually received two notes from the

4    jurors.  The first one we received at around 10:15 or so, and

5    it simply requested a new Verdict Form.  That was actually

6    received -- I'm sorry -- at 9:40 a.m.  It says:  "Dear, Your

7    Honor, the jury respectfully requests a new Verdict Form."

8    We've marked that as Court's Exhibit 4.

9           And so I authorized -- we checked it to make sure it

10   was the same.  It was one of the ones that we had collected

11   from them.  And I authorized that to be sent in.

12          And the second note that we received is not a verdict.

13   It -- can somebody get the door in the back for me, please.

14          I'll read it to you.  This was received at 12:00 noon.

15   It says:  "Dear, Your Honor, the jury would like to

16   respectfully request assistance in locating the GAW transaction

17   records for the three named Plaintiffs," signed by the

18   foreperson, Mr. Platt.

19          All right.  So that's the request.  Again, the jury

20   would like to respectfully request assistance in locating the

21   GAW transaction records for the three named Plaintiffs.

22          To me, the only thing that's coming to mind off the

23   top of my head -- I used to remember the exhibit number -- is

24   the declarations with the affidavits and the lists of

25   transactions.  Does that correspond with what counsel would