# Exhibit 3

**18. PAGE 26:02 TO 26:10  (RUNNING 00:00:21.219)**

```
        02      Q.   (BY MR. WATTERSON)  Sure.  You had said that
        03   you remember discussing Mr. Fraser's involvement in GAW
        04   Miners; is that fair?
        05      A.   Yes, sir.
        06      Q.   Okay.  What do you remember about those
        07   discussions?
        08      A.   Everything from him providing, you know,
        09   investments, loans to the company, seeking advice,
        10   things of that nature.
```

**19. PAGE 26:12 TO 27:12  (RUNNING 00:01:31.708)**

```
        12              When you say "seeking advice," you mean
        13   you were seeking advice from Mr. Fraser?
        14      A.   Yes, sir.
        15      Q.   And what kind of advice were you seeking from
        16   him?
        17      A.   Primarily how to -- how -- how to best
        18   position, you know, the cryptocurrency products that we
        19   were selling.  I assumed, based on his background, that
        20   he was a good resource to know because it evolved over
        21   time.  As I learned that it was less of a technical
        22   product and more it was a financial product, then I, you
        23   know, sought his advice about, you know, how it should
        24   be sold and ideas I had about how it should be sold,
        25   things like that.
 00027:01
        02              I'm asking him to, you know -- him to ask
        03   Cantor for help and things of that nature.
        04      Q.   So you -- can you describe what you meant by
        05   the products involving -- evolving from a technological
        06   product to a financial product?
        07      A.   Sure.  As I first -- when we started the
        08   company, we primarily sold hardware.  Over time, we
        09   sold -- the hardware evolved into selling -- you know,
        10   selling -- it's been worded a bunch of different ways,
        11   but I guess selling a hashlet, okay, as you said
        12   earlier, a --
```

**20. PAGE 27:16 TO 28:03  (RUNNING 00:00:55.081)**

```
        16      A.   -- and that that generated amounts of
        17   cryptocurrency to people that purchased it, and so --
        18   so -- so it evolved from hardware and became a lot more
        19   financial based.
        20              So I remember, let's say, meeting with him
        21   about how we should go about, you know, selling it, you
        22   know, were we breaking rules in the way we were doing
        23   it.
        24              I believe that's when he recommended Dave
        25   McLain getting involved.  And that was primarily when I
 00028:01
        02   had asked him to, you know, reach out to people he knew
        03   at Cantor to provide advice to us as well.
```

**21. PAGE 28:12 TO 29:04  (RUNNING 00:01:10.641)**

```
        12              Is it fair to say that you sought advice
        13   from Mr. Fraser about selling hashlets?
        14      A.   Many times, yes.
        15      Q.   Okay.  Can you tell me what specific advice you
        16   sought from him?
        17      A.   It ranged from pricing to the, you know, origin
        18   of hashlets, the concept of oversubscribing, you know,
        19   the amount of people that purchased hashlets relative to
        20   the amount of mining power and whether or not we were,
```