# Exhibit 4

**Designation Run Report**

# E_Capuano

**Capuano, Eric 07-09-2018**

**Our Designations                00:01:46**
**Their Designations              00:27:39**
**Total Time  00:29:25**



**ID:E_Capuano**

| Page/Line | Source | ID |
|---|---|---|

E_Capuano

39:1
39:2   A. Yeah.
39:3   Q. -- cloud hosted mining?
39:4   A. Yeah. You bet.
39:5 So in the concept of the cloud
39:6 hosted mining is -- what is meant to be is no
39:7 different than cloud hosted anything, for that
39:8 matter.
39:9 So, you know, you could choose to
39:10 host a server at your house on your commercial
39:11 or your noncommercial Internet, or you could
39:12 choose to let Amazon or Rackspace host a
39:13 server for you.
39:14 The only thing that changes is
39:15 where it is and whose problem it is, right, to
39:16 maintain it and the upkeep and all that good
39:17 stuff. And that's essentially what cloud
39:18 mining was supposed to be, as well.
39:19 This -- this whole mining thing was
39:20 a huge pain, actually. It was not fun, even
39:21 for technical folks.
39:22 Like, you know, I'm very
39:23 comfortable on Linux command line, which is
39:24 what it required to manage most of these
39:25 miners. But I -- after a while, I got tired
40:1
40:2 of all the hassle of what it took.
40:3 So I understood what problem it was
40:4 trying to solve. It was saying: "Hey, look,
40:5 don't worry about all the hassle of trying to
40:6 manage these miners. We'll host them. We'll
40:7 worry about them. You just tell us where to
40:8 point the hash power to."
40:9 That's what it was supposed to be.
40:10   Q. Is that what it was?
40:11   A. In what context?
40:12   Q. Well, when -- when GAW started
40:13 selling cloud hosted mining, is that what they
40:14 were selling?
40:15   A. To my understanding, that's exactly

Our Designations          Their Designations

| Page/Line | Source | ID |
|---|---|---|
| | **E_Capuano** | |
| 47:20 - 49:24 | 40:16 what it was.<br>40:17 And the reason that I felt that is<br>40:18 because I had seen the facilities. I was in<br>40:19 Hattiesburg and I saw all of those miners that<br>40:20 they had in that warehouse. I said, "Okay."<br>40:21 I mean, it was more hashing power than I've<br>40:22 ever seen in one place in my life, so...<br>**Capuano, Eric 07-09-2018 (00:02:05)**<br>47:20   Q. (BY MR. SARGENT) Before I go back<br>47:21 in -- in more detail of what you're doing, I<br>47:22 just want to make sure I've got a very<br>47:23 high-level, overall picture of your<br>47:24 responsibilities at GAW.<br>47:25 So you started out and spent, you<br>48:1<br>48:2 know, roughly a month to two months taking,<br>48:3 sort of, customer service responsibilities for<br>48:4 ZenMiner software. Then you shifted to<br>48:5 security responsibility for the full server<br>48:6 operation.<br>48:7   A. Yes.<br>48:8   Q. Is that what you did for the rest<br>48:9 of your time at GAW, or was there anything<br>48:10 else?<br>48:11   A. Yeah. My role only got deeper and<br>48:12 deeper into security.<br>48:13   Q. And by "security," you mean making<br>48:14 sure that the server stayed up, stayed<br>48:15 accessible, couldn't be hacked.<br>48:16 Anything else?<br>48:17   A. Well, I wouldn't say "couldn't be<br>48:18 hacked." I mean, hardening --<br>48:19   Q. But protecting from hacking?<br>48:20   A. You bet. Hardening the servers.<br>48:21 But it eventually would extend beyond just the<br>48:22 servers themselves.<br>48:23 Once I moved up to Connecticut, I<br>48:24 took more of a corporate information security<br>48:25 role, where I'm looking also at e-mail. I'm<br>49:1 | E_Capuano.7 |