# Exhibit 5

**Designation Run Report**

# JMV1

---

**Mordica, Joe 06-28-2018**

---

---

**Their Designations  01:05:48**

---

**Total Time  01:05:48**



ID:JMV1

| Page/Line | Source | ID |
|---|---|---|
| | **JMV1** | |

30:13 placed an order when it received an order.  Yeah,
30:14 placed an order whenever it received an order.
30:15   Q. When it had to?
30:16   A. Yeah, yeah.
30:17   Q. But it also had some inventory in reserve and
30:18 so it would fill certain orders from that inventory?
30:19   A. Yeah.  Inventory was primarily in Josh's
30:20 basement in his house at the time because there was no
30:21 room in the office in New England.
30:22   Q. Did you ever go up there and see it?
30:23   A. Yeah, yeah, yeah.  I mean, I would travel up
30:24 there and help them box up miners to send out.  Yeah.
30:25   Q. Were you aware of GAW Miners ever selling
31:1 JOE MORDICA - JUNE 28, 2018
31:2 mining equipment that GAW Miners didn't have and
31:3 couldn't get?
31:4   A. No, I mean, that's a pretty -- no, that's
31:5 not -- I mean, that'd be too difficult to sustain;
31:6 right.  I mean, there's no way to sustain that for any
31:7 period of time.  I mean, as soon as people stop
31:8 getting the hardware, they, you know, purchase, then
31:9 that wouldn't have -- that wouldn't fly for long.
31:10   Q. Do you recall complaints from customers who
31:11 didn't receive equipment that they'd ordered?
31:12   A. No.  I mean, the company was pretty fast to
31:13 ship equipment whenever, you know, we would get new
31:14 orders.  You know, every -- I mean, there was people
31:15 logging in to the shopping site on a daily basis to
31:16 fulfill orders, ship out orders.  I mean, there was
31:17 daily shipments being made to customers.
31:18 Customers were happy overall.  I mean, you
31:19 could go online, look on the forums and see how the
31:20 response was from other customers that were receiving
31:21 hardware.

| 32:22 - 33:23 | **Mordica, Joe 06-28-2018 (00:02:18)** | **JMV1.13** |

32:22   Q. So how did GAW Miners' business change after
32:23 the equipment -- after selling the equipment?
32:24   A. Well, I think -- so Josh had a bunch of
32:25 equipment sitting in his house from inventory or
33:1 JOE MORDICA - JUNE 28, 2018

| JMV1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

33:2 whatever and he had the idea to take the equipment and
33:3 hook it up and let it -- let the equipment mine
33:4 bitcoin or other cryptocurrencies while it was sitting
33:5 there and waiting to be shipped; right.  Like, there
33:6 was, you know, just random inventory.
33:7 So then he had the idea to instead of just
33:8 taking the revenue from the -- from the rewards that
33:9 the miners would get from mining bitcoin, you know, he
33:10 said why don't we set up a system so that other people
33:11 can rent this gear and, you know, we'll just run it
33:12 wherever we have power right now, you know, and see if
33:13 that's an interest to people.
33:14 So that kind of introduced the cloud mining
33:15 idea where a person would go online and they would
33:16 rent -- they would pay a certain price, rent a
33:17 Gridseed ASIC miner; right, or five or ten.
33:18   Q. All right.
33:19   A. And they would -- that -- we would allocate
33:20 that specific, you know, piece of equipment to an
33:21 account that they create online and they would specify
33:22 a mining pool for that machine to mine; they would
33:23 simply rent the hardware from GAW Miners.

**34:14 - 37:12**          **Mordica, Joe 06-28-2018 (00:03:57)**          **JMV1.14**

34:14   Q. And a customer would lease, you described it
34:15 as, lease a particular miner?
34:16   A. Either purchase or lease, I can't remember
34:17 exactly.  But they would submit a financial
34:18 transaction online to acquire this miner virtually;
34:19 right.  Like, you would rent a server from AWS or
34:20 Google or whatever to host your website on; right.
34:21   Q. Was the lease or sale of a particular
34:22 machine --
34:23   A. Uh-huh.
34:24   Q. -- or just of a certain, you know, mining
34:25 capacity?
35:1 JOE MORDICA - JUNE 28, 2018
35:2   A. Yeah, it was a specific machine at that
35:3 point.  Yep.
35:4   Q. And at that point in GAW, as far as you know,
35:5 were specific machines actually identified to each of

| Page/Line | Source | ID |
|---|---|---|

JMV1

35:6 those accounts?

35:7   A. Oh, yeah, yeah, yeah.  Yeah, we had a couple

35:8 of guys that would go into the -- either Josh's house

35:9 or wherever, I still lived here so I couldn't do any

35:10 of this, but I had -- you know, there were guys,

35:11 basically feet on the ground, that would go in and tag

35:12 these machines for certain customers.

35:13 And then we had a software developer at the

35:14 time, Jeff Parker, who wrote this first application

35:15 primarily.  And he would assign these machines to

35:16 users' accounts that had purchased this hardware.

35:17 So here's how it'd work.  We would take an

35:18 order from the website.

35:19   Q. Uh-huh.

35:20   A. Say we had 50 orders for various amounts of

35:21 ASIC miners for that day; right --

35:22   Q. Uh-huh.

35:23   A. -- so Jeff, at the end of the day, would take

35:24 our pool of miners, our Gridseed ASIC miners, and he

35:25 would work that order list and fulfill those orders

36:1 JOE MORDICA - JUNE 28, 2018

36:2 from the website manually in his portal that he built.

36:3 He would basically drag and drop these miners

36:4 to individual accounts and then, you know, when we

36:5 would get down to a certain amount of miners, we would

36:6 take them offline.

36:7   Q. I don't understand what you mean by when you

36:8 get down to a certain number of miners you'd take them

36:9 off?

36:10   A. Yeah.  So whenever we got low on inventory,

36:11 basically, we would take the -- we would limit the

36:12 amount that you could buy in the shopping cart on the

36:13 website to keep from running out.

36:14   Q. So you wouldn't oversell?

36:15   A. Yep.

36:16   Q. So do you have a -- did it remain true

36:17 throughout the time GAW Miners was selling

36:18 cloud-hosted mining that there was a physical miner

36:19 that could be identified to each --

36:20   A. Oh, yeah, yeah.  Yeah.  At that time,

| Page/Line | Source | ID |
|---|---|---|
| | **JMV1** | |

36:21 absolutely.

36:22  Q. Well, throughout the time that -- I don't

36:23 know what you mean by at that time, but throughout the

36:24 time that GAW miners was selling cloud-hosted mining

36:25 was that true?

37:1 JOE MORDICA - JUNE 28, 2018

37:2  A. No, not the whole time.  The process in which

37:3 someone would purchase a miner and that miner would

37:4 get allocated changed during a time at GAW Miners.

37:5  Q. How did it change?

37:6  A. Well, okay, so you understand the way that

37:7 this model works; right.  Like, somebody buys it on a

37:8 shopping cart and then someone -- Jeff would go and

37:9 fulfill the order by allocating a specific ASIC to

37:10 someone's account; right.  So, like, that -- that was

37:11 one model.

37:12 What was the next question?

**37:17 - 48:24**  **Mordica, Joe 06-28-2018 (00:16:00)**   **JMV1.15**

37:17 You testified that at least when the

37:18 cloud-hosted mining business began and the process you

37:19 just described, there was an actual physical ASIC

37:20 miner?

37:21  A. Yeah.

37:22  Q. In -- I guess in Connecticut?

37:23  A. Yep.

37:24  Q. That could be identified and was identified

37:25 within GAW Miners' database to a particular customer

38:1 JOE MORDICA - JUNE 28, 2018

38:2 account who had purchased it?

38:3  A. Correct.

38:4  Q. Or leased that miner?

38:5  A. Yeah, and that was the only way we knew how

38:6 to do it.  You know, that was the only way to do it.

38:7  Q. But at some point cloud-hosted mining --

38:8  A. Uh-huh.

38:9  Q. -- people were purchasing or leasing mining

38:10 equipment that actually didn't exist, at least an

38:11 individual machine?

38:12  A. Yeah.

38:13  Q. Is that right?

| JMV1 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

69:13 use you as a tool, you know, to accomplish this, like,
69:14 mission of just making loads of cash.  And then, you
69:15 know, we don't really care about you personally.  We
69:16 don't really care about, you know, your -- your
69:17 well-being and family and stuff like that because
69:18 obviously you're working, you know -- we were working
69:19 16 hours, 17 hours a day.

79:16 - 80:10 **Mordica, Joe 06-28-2018 (00:01:12)**   **JMV1.21**

79:16   Q. How did it start?  When did you first hear
79:17 about Paycoin?
79:18   A. It started when Josh came up with the idea to
79:19 build an additional source of revenue to help offset
79:20 some of the mining equipment that he was not able to
79:21 purchase because of whatever reason, you know, he
79:22 didn't have enough money or whatever.
79:23 So he literally -- I believe he came up with
79:24 Paycoin to raise more money in a seed round in a ICO,
79:25 initial coin offering, where it's a little bit
80:1 JOE MORDICA - JUNE 28, 2018
80:2 different than, like, an IPO where you get, like,
80:3 small micro investments from different investors to
80:4 invest in the launch of a new coin.
80:5 And so that's where --
80:6   Q. Were you involved in the development of
80:7 Paycoin?
80:8   A. I was involved in overseeing the development
80:9 of the coin itself, the soft -- the code, the code
80:10 base, yes.

87:04 - 87:07 **Mordica, Joe 06-28-2018 (00:00:17)**   **JMV1.22**

87:4   Q. And did Paycoin -- Paycoin had a wallet
87:5 called HashStaker; is that right?
87:6   A. A wallet called HashStaker, I remember this
87:7 wallet.  I don't think it was a wallet, it was a

122:13 - 123:05 **Mordica, Joe 06-28-2018 (00:01:14)**   **JMV1.23**

122:13   Q. Did you guys have something called an
122:14 affiliate program?
122:15   A. Yes, I remember an affiliate program.  I
122:16 think it was -- no, I know it was a way for people to
122:17 buy hashlets or product or whatever at a certain
122:18 discounted or bulk rate and resell it to others;