# Exhibit 9

https://web.archive.org/web/20140818085601/http://www.gawminers.com/pages/hashlet/

**Exhibit
PX 47**



http://www.gawminers.com/pages/hashlet/          Go

57 captures
18 Aug 2014 – 11 Nov 2020

2013    AUG 18 2014    2018    SEP

About this capture

Free U.S. Shipping on orders over $300

Login    Cart    0



HOME    MINERS    HASHLET    ACCESSORIES    WHOLESALE    BLOG    COMPANY



## Introducing Hashlet
The World's First Digital Cloud Miner

Activate Now ⩔



## Hardware has Evolved.



## Remarkably Intuitive
Designed to be instant
and easy to mine.

Cryptocurrency is changing the world. The Hashlet was
designed from the start to be the easiest, most
convenient miner to own. Instead of presales and
waiting for shipping, Hashlet miners activate instantly
via a simple, yet powerful online interface - ZenCloud.
If you can open an email, you can setup and
operate a Hashlet.

## Datacenter Optimized
Built exclusively to
dominate the cloud.

The future of profitability is in the cloud. Datacenters cut power costs in half, maximize uptime, and save you from having noisy miners in your home. Hashlet is the world's first Digital Cloud Miner (DCM), perfectly optimized to thrive in large, controlled datacenters and achieve massive economies of scale. All Hashlets are hosted in the most robust mining data center in the world and come with a 99.9% uptime guarantee.



## Made for ZenPool
### The world's best miner deserves the World's Most Profitable Pool.

The Hashlet was designed from the ground up to be optimized for ZenPool - the most advanced multipool ever conceived. Developed specifically for the Hashlet, ZenPool uses smart payout prediction and the industry's fastest monitoring systems to give Hashlet owners the highest and most reliable payouts of any multipool in the world. And it belongs exclusively to Hashlet owners.



## More of What you Want
### Less of what you Don't



- **Never Obsolete** - Adjusts to always remain profitable & never breaks down.

- **Instant Activation** - Start hashing in minutes. No pre-orders.

- **Unlocks ZenPool** - The world's most profitable multipool, exclusive to Hashlet owners.

- **0% Pool Fees** - All pool fees are built into the price of your Hashlet.

- **No Shipping** - Don't pay or wait days for a package to arrive. Start mining immediately.

- **Datacenter-Optimized** - Engineered to take full advantage of economies of scale.

- **Profitable** - Maintenance costs can decline over time, keeping your Hashlet profitable.

## Hashlets Constantly Upgrade & Remain State-of-the-Art
### New Features Coming Soon

 Trade-in Upgrades

 Buy & Sell Marketplace

 Changeable Algorithms





# Hashlet has Arrived
## Choose the Size of your Hashlet



**1 MH/s $15.99**

QUANTITY

| − | 1 | + |

ADD TO CART

© 2014 GAW Miners – a Geniuses at Work Company

Reviews by 

★★★★★ 1 Review

Reviews (1)

 **Arno N.** Verified Reviewer

02/18/15

★★★★★

**A walk on the beach review**

This is a great example of what VR can do for relaxation. I love the combination of the sound of waves and music.
The movie has the highest quality I have seen so far and there is no shaking (except for the bonus movie which I will not watch again because of the shaking). Highly recommended!!!

⤴ Share  |

Was This Review Helpful?  👍 1   👎 0