# Exhibit 10

## 37032_Audet v Gaw Miners

 **Eden, Madeline (Vol. 01) - 06/26/2018**  1 CLIP  (RUNNING 00:03:41.338)

 PLAINTIFF REBUTTAL

ME-01R  2 SEGMENTS  (RUNNING 00:03:41.338)  

**1. PAGE 26:21 TO 30:03 (RUNNING 00:03:29.949)**

```
         21           Q.  Let's talk, first of all, about what --
         22    yeah, what you knew in September, what -- what
         23    customers thought when they were purchasing this,
         24    what was presented to customers by GAW Miners when
         25    they were selling Hashlets?
00027:01
         02           A.  I was under the impression that there
         03    were -- that there was hash power associated on
         04    some -- in some way on the back end with the UI
         05    that -- where you would manage your Hashlets.  Where
         06    you would drag and drop these Hashlets and hashing
         07    power onto specific pools and select pools to mine
         08    to.
         09           So I think everybody was under the
         10    impression that there was actual physical hashing
         11    power behind that that was actually getting pointed
         12    to the pools and -- and performing actual mining.
         13           Q.  And that was your impression at the
         14    time -- you pointed to the employment agreement.  It
         15    was your impression at the time you started working
         16    for GAW.  Is that what you're saying?
         17           A.  Yes.
         18           Q.  And -- and you later learned that that was
         19    incorrect?
         20           A.  Yes.
         21           Q.  What -- what did you later learn about
         22    Hashlets?
         23           A.  Well, initially when we came on there, the
         24    big -- we were doing that because I was under the
         25    impression that there was a lot of hashing power on
00028:01
         02    the back end that they didn't have really a
         03    management inter- -- a management capacity to manage
         04    because they couldn't shore out individual segments
         05    of hashing power.  And so that was -- I assume that
         06    was the issue.
         07           And Josh -- I guess Josh or GAW had been
         08    looking at acquiring other services that were like
         09    ours, and so that's one of the reasons that we had
         10    started talking with them.  So I was under the
         11    impression that we were going to basically be going
         12    in there to set up our tech to make the mining -- the
         13    miners on the back end interact with the actual UI on
         14    the front end.
         15           So when I say that it was -- that it was
         16    basically just a GIF or a JPEG, I mean, once -- I
         17    mean, the UI would give you the impression that there
         18    was actual hashing occurring.  Right?  It was -- it
         19    had the -- it would give you your hash rate and it
         20    would basically look like a real miner and the hash
         21    rate was variable and it would change every couple
         22    seconds.  And it effectively made it look like you
         23    were mining, but there was -- there was no actual
         24    hash power on the back end that, I mean, I ever saw
         25    that was attached to the Hashlets once -- right when
```

Case Clip(s) Detailed Report  
Thursday, October 28, 2021, 10:18:00 AM

## 37032_Audet v Gaw Miners

```
00029:01
     02       I got there.  There was just the cloud-hosted mining,
     03       so...
     04              Q.  There was no hashing power behind the
     05       Hashlets -- there was hashing power behind the
     06       cloud-hosted mining?
     07              A.  Correct.
     08              Q.  But there was no hashing power behind the
     09       Hashlets you learned?
     10              A.  Not that I ever saw, no.  There were
     11       miners there, but they were all unplugged.
     12              Q.  Was there -- there was -- was there a
     13       point at which you learned -- you remembered learning
     14       that there was no mining power behind the Hashlets?
     15              A.  Yeah.  It was after I had been there
     16       for -- I think it was on my second trip to
     17       Mississippi to work with the development team out
     18       there.
     19              Q.  So that would -- would've been when?
     20              A.  I want to say somewhere between September
     21       and November, so...
     22              Q.  How many times do you remember going to
     23       Mississippi?
     24              A.  Probably -- I don't recall.  Somewhere --
     25       maybe three to five times.
00030:01
     02              Q.  And was that Hattiesburg?
     03              A.  Correct.
```

**2.  PAGE 47:14 TO 47:16  (RUNNING 00:00:11.389)**

```
     14              Q.  So was sufficient hashing power acquired
     15       to support the outstanding Hashlets at some point?
     16              A.  No.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:03:41.338)**