# Exhibit 12

# EXHIBIT 54

Exhibit PX 81

# GAW Miners Announces Plans for Initial Coin Offering

## ICO Introduces Paycoin(TM), a New Cryptocurrency With Significant Investor Backing



*GAW Miners November 24, 2014 7:00 AM*

BLOOMFIELD, CT--(Marketwired - Nov 24, 2014) - GAW Miners, one of the world's foremost bitcoin mining hardware manufacturers and digital cloud mining providers, today announced its Initial Coin Offering (ICO) with the introduction of Paycoin™, a new cryptocurrency released alongside bitcoin to facilitate mass adoption and long-term valuation stability of this new digital currency.

Positioned as the cryptocurrency of the future, Paycoin addresses all of the inherent shortcomings that have prevented Bitcoin from achieving mainstream adoption. PayCoin improves upon existing coins by producing a decentralized network structured to promote price stability, fast transaction times, and rich features for achieving widespread consumer and merchant adoption.

Additionally, by employing a Hybrid-Flex Blockchain and Transaction Immutability coupled with the latest in cryptography and economic theory, GAW Miners is producing a digital currency fit for a global audience. Paycoin will be available to the public beginning January 2, 2015.

"Although relatively new, cryptocurrency is shifting the economic paradigm and that is reason enough for traditional financial organizations to start taking this seriously," said co-founder and early investor, Stuart Fraser, Vice Chairman and partner, Cantor Fitzgerald, L.P. "With the marrying of innovation, technology, finance and regulation -- I believe that cryptocurrency can provide a value proposition that has never before been contemplated in global commerce and thus has the real possibility of being a viable mainstream currency accepted by the masses around the globe."

"Cryptocurrency is a young, disruptive technology that offers easier, faster and more secure transactions between individuals and merchants than any payment technology to date," said GAW Miners founder and CEO Josh Garza. "However all existing cryptocurrencies have failed to achieve an adoption path leading to mainstream use. This is the primary reason why we're introducing Paycoin via this ICO.

"Because Paycoin carries with it the best features of bitcoin while making corrections where necessary to produce a coin network fit for global acceptance," Garza continued.

"To be honest, changing the world economy from fiat to cryptocurrency requires enormous effort. A decentralized currency leaves behind no parties with a financial incentive to do the work needed in order to promote global adoption. Until now that is. Paycoin's ICO fills in the missing piece by supporting continual adoption efforts allowing us to be the first to both legitimize and bring cryptocurrency to the mass market," concluded Garza.

**About GAW Miners**
GAW Miners is the fastest growing bitcoin mining technology provider, offering a range of world-class bitcoin mining hardware and cloud-based solutions. This includes Digital Cloud Mining (DCM) solutions, which are offered under the Hashlet, HashletGenesis, HashletSolo and HashletPrime brands. GAW Miners' bitcoin mining technology is in use around the world. For more information visit: www.gawminers.com.

Contact:
Christina Sarracino
WISE PR
415-298-0165
Email Contact