Exhibit 14

archive.today
webpage capture

Saved from https://hashcoin.com/ico    search    4 Nov 2014 04:54:21 UTC
no other snapshots from this url
All snapshots  from host hashcoin.com

Webpage | Screenshot                                share   download .zip   report bug or abuse   donate

# ICO

Home    Why HashCoin?    Mission    ICO    White Paper

**No cryptocurrency in history has had the financial backing of a company with the capital and resources of HashCoin, ever.**

Driving adoption has always been the most difficult task facing any new technology, including cryptocurrency. We will be placing industry-changing resources behind this effort and committed to making HashCoin a success. 100% of the revenue derived from HashCoin's release and continued use go directly to an Coin Adoption Fund to further back the efforts of dedicated, full-time staff to ensure that HashCoin enjoys the type of wide-spread visibility and use that other cryptocurrencies, including bitcoin, have lacked

While grassroots campaigns have seen some limited success in the past, the missing piece of the puzzle is a truly professional, fully-funded effort to ensure that a new crypto payment technology reaches the widest range of merchants possible. HashCoin's ICO fills in the missing piece by supporting continual adoption efforts. 8% of the available coins will be pre-allocated to the Adoption Team to allow for development of apps, plugins, training, and educational resources as well as funding of the value and stability of HashCoin to both Fortune 500 companies and the general public.

Our pre-allocation will allow our representatives to not only demonstrate to merchants how HashCoin will improve their revenue models by lowering costs and increasing their volume of sales, but also allow them to see, first-hand, how HashCoin's value remains stable in their merchant wallets over time, something that even Bitcoin has failed to do. In the past, 'pre-allocations' and 'pre-mining' have been indicators to investors that an ICO isn't able to function on existing funding, and we're here to break that mold.

Ultimately, HashCoin's long-term value will be pinned on not only merchants adopting it as a consumer payment method, but also on transactions with suppliers and vendors with HashCoin. In order to do just this, a reasonable initial volume of HashCoin must be available immediately at the time of launch to support more generalized use beyond paying for goods and trading to traditional currency.

Exhibit
PX 160

# Coin Adoption Fund

100% of HashCoin's ICO funding works to grow the currency.



## Fiat Reserve
**1/3 of Budget**

Funds to establish a large, fiat-backed exchange to provide a safe floor price & ease merchant acceptance.

## Adoption
**1/3 of Budget**

Grows adoption by building payment plugins, apps, meeting high-volume merchants, & producing training resources.

## Miner Rewards
**1/3 of Budget**

Build datacenters to distribute at-cost hash power to individual miners for HashCoins.

# Timeline

**HashCoin is more than a naked cryptocurrency. It's a strategic movement.**



Request invite for HashCoin's Public ICO

Email

SUBMIT

Case 3:16-cv-00940-MPS   Document 351-16   Filed 12/03/21   Page 5 of 5