# Exhibit 18

Should you get a crypto debit card? 💡 Learn about the pros and cons of a crypto vs. traditional card.

Market Cap: **$396,544,047,008** • 24h Vol: **$86,848,169,491** • BTC Dominance: **62.9%** • Cryptocurrencies: **7,545** • Markets:



# PayCoin (XPY)

## $0.001481 USD (2.00%)

0.00000011 BTC (0.00%)

Share  Watch

Buy   Exchange   Gamble   Earn Crypto

SPONSORED

| Market Cap | Volume (24h) |
|---|---|
| $17,770.08 USD | $? USD |
| 1.31949354 BTC | 0.00000001 BTC |

Circulating Supply

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

https://coinmarketcap.com/currencies/paycoin2/historical-data/?start=20130428&end=20151201



Exhibit DX-719

🔗 Website
🔍 Explorer
☰ Message Board

🏷 Coin   Mineable   PoS   SHA-256

📊 Charts   ⇄ Market Pairs   🌐 Social   🔧 Tools   📅 **Historical Data**   ⭐ Ratings
📈 On-Chain Analysis   💬 News

# Historical data for PayCoin

Currency in USD

| Apr 28, 2013 | Dec 02, 2015 |

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Dec 02, 2015 | 0.024587 | 0.026935 | 0.023745 | 0.026176 | 1,204.55 | 428,232 |
| Dec 01, 2015 | 0.025905 | 0.027461 | 0.024006 | 0.024593 | 808.36 | 402,171 |
| Nov 30, 2015 | 0.027505 | 0.028207 | 0.025994 | 0.026028 | 431.64 | 425,506 |
| Nov 29, 2015 | 0.025635 | 0.027594 | 0.025635 | 0.027418 | 514.44 | 448 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.   ✕

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Nov 25, 2015 | 0.026061 | 0.026097 | 0.022845 | 0.024949 | 899.32 | 407,046 |
| Nov 24, 2015 | 0.025615 | 0.026906 | 0.024506 | 0.026061 | 797.54 | 424,951 |
| Nov 23, 2015 | 0.025039 | 0.026503 | 0.024574 | 0.025612 | 581.60 | 416,123 |
| Nov 22, 2015 | 0.026573 | 0.026735 | 0.024939 | 0.025015 | 292.19 | 406,420 |
| Nov 21, 2015 | 0.026607 | 0.027596 | 0.025832 | 0.026551 | 644.12 | 431,377 |
| Nov 20, 2015 | 0.026484 | 0.028140 | 0.024551 | 0.026618 | 222.89 | 432,477 |
| Nov 19, 2015 | 0.031848 | 0.033930 | 0.025272 | 0.026476 | 333.20 | 430,167 |
| Nov 18, 2015 | 0.025845 | 0.032189 | 0.025845 | 0.031824 | 175.28 | 517,046 |
| Nov 17, 2015 | 0.031370 | 0.031370 | 0.024712 | 0.025879 | 2,330.46 | 420,455 |
| Nov 16, 2015 | 0.028513 | 0.031869 | 0.028474 | 0.031368 | 986.17 | 509,611 |
| Nov 15, 2015 | 0.029426 | 0.030171 | 0.027929 | 0.028510 | 1,135.23 | 463,167 |
| Nov 14, 2015 | 0.027860 | 0.029038 | 0.026458 | 0.028669 | 1,634.01 | 465,715 |
| Nov 13, 2015 | 0.028095 | 0.028902 | 0.027207 | 0.027860 | 1,735.95 | 452,489 |
| Nov 12, 2015 | 0.023492 | 0.028153 | 0.023188 | 0.028153 | 1,597.21 | 456,865 |
| Nov 11, 2015 | 0.024877 | 0.026672 | 0.022953 | 0.023529 | 1,767.81 | 381,792 |
| Nov 10, 2015 | 0.028137 | 0.028212 | 0.023979 | 0.025319 | 939.65 | 410,676 |
| Nov 09, 2015 | 0.028693 | 0.030511 | 0.025985 | 0.028600 | 2,798.64 | 463,854 |
| Nov 08, 2015 | 0.029788 | 0.031588 | 0.027728 | 0.028612 | 1,072.00 | 463,962 |
| Nov 07, 2015 | 0.030127 | 0.031842 | 0.029249 | 0.029953 | 978.25 | 485,522 |
| Nov 06, 2015 | 0.027340 | 0.030614 | 0.024113 | 0.029408 | 1,415.41 | 476,635 |
| Nov 05, 2015 | 0.026432 | 0.029227 | 0.024446 | 0.026965 | 1,277.81 | 436,984 |
| Nov 04, 2015 | 0.028526 | 0.033838 | 0.024062 | 0.026763 | 1,666.80 | 433,638 |
| Nov 03, 2015 | 0.030972 | 0.033008 | 0.027985 | 0.028365 | 1,535.24 | 459,506 |
| Nov 02, 2015 | 0.030891 | 0.033043 | 0.027916 | 0.030924 | 3,816.85 | 500,848 |
| Nov 01, 2015 | 0.031758 | 0.032285 | 0.029789 | 0.030919 | 1,101.13 | 500,603 |
| Oct 31, 2015 | 0.030487 | 0.031917 | 0.029093 | 0.031661 | 1,443.35 | 512,576 |
| Oct 30, 2015 | 0.030855 | 0.032854 | 0.028825 | 0.030487 | 1,734.85 | 493,544 |
| Oct 29, 2015 | 0.032044 | 0.032056 | 0.026017 | 0.030851 | 3,683.54 | 499,367 |
| Oct 28, 2015 | 0.031843 | 0.033710 | 0.030264 | 0.032068 | 2,700.14 | 519,001 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Oct 24, 2015 | 0.042205 | 0.044175 | 0.036417 | 0.040150 | 3,499.73 | 649,176 |
| Oct 23, 2015 | 0.037643 | 0.045515 | 0.036183 | 0.042208 | 3,742.33 | 682,432 |
| Oct 22, 2015 | 0.027325 | 0.046795 | 0.027325 | 0.037623 | 12,193.10 | 608,046 |
| Oct 21, 2015 | 0.027812 | 0.028164 | 0.024244 | 0.027330 | 2,664.92 | 441,670 |
| Oct 20, 2015 | 0.020472 | 0.028843 | 0.020208 | 0.027811 | 4,109.54 | 449,410 |
| Oct 19, 2015 | 0.016595 | 0.023113 | 0.016357 | 0.020474 | 2,971.51 | 330,596 |
| Oct 18, 2015 | 0.016390 | 0.017627 | 0.016322 | 0.016598 | 840.96 | 267,988 |
| Oct 17, 2015 | 0.015552 | 0.017211 | 0.015540 | 0.016417 | 1,058.06 | 265,043 |
| Oct 16, 2015 | 0.014572 | 0.016003 | 0.014267 | 0.015536 | 1,842.52 | 250,812 |
| Oct 15, 2015 | 0.014759 | 0.015300 | 0.014167 | 0.014575 | 972.55 | 235,274 |
| Oct 14, 2015 | 0.014725 | 0.015976 | 0.014397 | 0.014764 | 1,784.28 | 238,304 |
| Oct 13, 2015 | 0.013310 | 0.015316 | 0.013310 | 0.014714 | 1,276.79 | 237,483 |
| Oct 12, 2015 | 0.014336 | 0.014336 | 0.013272 | 0.013311 | 1,024.65 | 214,792 |
| Oct 11, 2015 | 0.013857 | 0.014858 | 0.013348 | 0.014340 | 664.24 | 231,377 |
| Oct 10, 2015 | 0.013548 | 0.014322 | 0.013155 | 0.013854 | 779.85 | 223,511 |
| Oct 09, 2015 | 0.012949 | 0.014066 | 0.012938 | 0.013556 | 194.27 | 218,689 |
| Oct 08, 2015 | 0.013306 | 0.014170 | 0.012953 | 0.012954 | 815.61 | 208,937 |
| Oct 07, 2015 | 0.013687 | 0.014518 | 0.013300 | 0.013302 | 623.77 | 214,389 |
| Oct 06, 2015 | 0.013267 | 0.014065 | 0.012957 | 0.013667 | 505.36 | 220,245 |
| Oct 05, 2015 | 0.014062 | 0.014103 | 0.013259 | 0.013259 | 454.41 | 213,648 |
| Oct 04, 2015 | 0.013214 | 0.014501 | 0.012659 | 0.014059 | 1,695.69 | 226,502 |
| Oct 03, 2015 | 0.013977 | 0.014680 | 0.013323 | 0.013526 | 2,235.03 | 217,880 |
| Oct 02, 2015 | 0.013922 | 0.014692 | 0.013094 | 0.013978 | 1,578.49 | 225,126 |
| Oct 01, 2015 | 0.013862 | 0.014991 | 0.013582 | 0.014133 | 716.25 | 227,598 |
| Sep 30, 2015 | 0.015021 | 0.015191 | 0.013855 | 0.013863 | 946.40 | 223,216 |
| Sep 29, 2015 | 0.015372 | 0.015839 | 0.014898 | 0.015012 | 431.23 | 241,685 |
| Sep 28, 2015 | 0.014859 | 0.015979 | 0.014799 | 0.015411 | 477.70 | 248,064 |
| Sep 27, 2015 | 0.015203 | 0.015812 | 0.014580 | 0.014858 | 938.96 | 239,132 |
| Sep 26, 2015 | 0.014739 | 0.016235 | 0.014176 | 0.015205 | 1,052.91 | 244,687 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Sep 22, 2015 | 0.013681 | 0.017927 | 0.012488 | 0.012490 | 14,027.40 | 200,878 |
| Sep 21, 2015 | 0.014279 | 0.015391 | 0.011894 | 0.013669 | 21,153.60 | 219,829 |
| Sep 20, 2015 | 0.015212 | 0.017980 | 0.013917 | 0.014274 | 2,480.56 | 229,507 |
| Sep 19, 2015 | 0.020772 | 0.020772 | 0.015226 | 0.015226 | 1,390.23 | 244,790 |
| Sep 18, 2015 | 0.018658 | 0.021574 | 0.017848 | 0.020776 | 3,560.59 | 333,998 |
| Sep 17, 2015 | 0.014549 | 0.019227 | 0.013331 | 0.018658 | 4,482.22 | 299,954 |
| Sep 16, 2015 | 0.013374 | 0.015847 | 0.011664 | 0.013827 | 3,521.53 | 222,283 |
| Sep 15, 2015 | 0.011425 | 0.013443 | 0.011378 | 0.013378 | 1,506.16 | 215,008 |
| Sep 14, 2015 | 0.012216 | 0.012269 | 0.011098 | 0.011426 | 1,090.55 | 183,249 |
| Sep 13, 2015 | 0.012643 | 0.013434 | 0.011539 | 0.012231 | 1,007.15 | 196,154 |
| Sep 12, 2015 | 0.013343 | 0.013541 | 0.012105 | 0.012643 | 283.64 | 202,737 |
| Sep 11, 2015 | 0.013010 | 0.013732 | 0.012950 | 0.013346 | 520.64 | 214,012 |
| Sep 10, 2015 | 0.012278 | 0.013747 | 0.012178 | 0.013017 | 370.79 | 208,720 |
| Sep 09, 2015 | 0.013481 | 0.013596 | 0.009897 | 0.012027 | 1,686.12 | 192,842 |
| Sep 08, 2015 | 0.013650 | 0.013886 | 0.012043 | 0.013794 | 955.36 | 221,152 |
| Sep 07, 2015 | 0.013323 | 0.013796 | 0.011543 | 0.013427 | 1,628.50 | 215,270 |
| Sep 06, 2015 | 0.013231 | 0.014014 | 0.012466 | 0.013328 | 1,040.41 | 213,672 |
| Sep 05, 2015 | 0.013346 | 0.013784 | 0.011812 | 0.013232 | 1,258.76 | 212,108 |
| Sep 04, 2015 | 0.012279 | 0.013493 | 0.012172 | 0.013343 | 677.25 | 213,887 |
| Sep 03, 2015 | 0.012289 | 0.013623 | 0.011810 | 0.012279 | 795.80 | 196,813 |
| Sep 02, 2015 | 0.012606 | 0.013183 | 0.011455 | 0.012286 | 1,303.56 | 196,919 |
| Sep 01, 2015 | 0.014019 | 0.014492 | 0.011871 | 0.012607 | 2,436.96 | 202,050 |
| Aug 31, 2015 | 0.017000 | 0.017000 | 0.013576 | 0.014027 | 2,263.89 | 224,798 |
| Aug 30, 2015 | 0.015956 | 0.018228 | 0.014569 | 0.016979 | 1,509.02 | 272,083 |
| Aug 29, 2015 | 0.017450 | 0.017450 | 0.013913 | 0.015957 | 8,044.37 | 255,699 |
| Aug 28, 2015 | 0.022285 | 0.022297 | 0.017440 | 0.017456 | 5,154.87 | 279,690 |
| Aug 27, 2015 | 0.020773 | 0.022716 | 0.020283 | 0.022264 | 1,931.30 | 356,723 |
| Aug 26, 2015 | 0.021510 | 0.023928 | 0.020017 | 0.020772 | 1,973.30 | 332,792 |
| Aug 25, 2015 | 0.022207 | 0.022326 | 0.019507 | 0.021516 | 1,317.06 | 344,691 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies. ✕

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Aug 21, 2015 | 0.023828 | 0.028499 | 0.022838 | 0.023456 | 3,358.42 | 375,674 |
| Aug 20, 2015 | 0.022396 | 0.024533 | 0.022396 | 0.023850 | 703.92 | 381,983 |
| Aug 19, 2015 | 0.021903 | 0.024572 | 0.021566 | 0.022400 | 1,224.34 | 358,732 |
| Aug 18, 2015 | 0.028183 | 0.030589 | 0.022093 | 0.022093 | 2,711.28 | 353,800 |
| Aug 17, 2015 | 0.027370 | 0.030717 | 0.027027 | 0.028181 | 2,896.70 | 451,249 |
| Aug 16, 2015 | 0.029545 | 0.030224 | 0.026586 | 0.027380 | 1,174.84 | 438,387 |
| Aug 15, 2015 | 0.027824 | 0.031064 | 0.026859 | 0.029529 | 1,136.92 | 472,762 |
| Aug 14, 2015 | 0.030777 | 0.031112 | 0.027009 | 0.027818 | 1,469.10 | 445,348 |
| Aug 13, 2015 | 0.033449 | 0.034081 | 0.028975 | 0.030765 | 1,999.49 | 492,490 |
| Aug 12, 2015 | 0.033026 | 0.038425 | 0.033026 | 0.033441 | 1,164.22 | 535,300 |
| Aug 11, 2015 | 0.037904 | 0.038543 | 0.032153 | 0.032996 | 929.81 | 528,156 |
| Aug 10, 2015 | 0.035747 | 0.039308 | 0.034551 | 0.038641 | 677.97 | 618,445 |
| Aug 09, 2015 | 0.035547 | 0.037216 | 0.034423 | 0.035585 | 842.24 | 569,517 |
| Aug 08, 2015 | 0.038890 | 0.039525 | 0.035526 | 0.035532 | 349.81 | 568,643 |
| Aug 07, 2015 | 0.033227 | 0.042609 | 0.031662 | 0.038846 | 5,498.83 | 621,658 |
| Aug 06, 2015 | 0.029876 | 0.036598 | 0.029737 | 0.033238 | 2,466.29 | 531,890 |
| Aug 05, 2015 | 0.029425 | 0.030081 | 0.025373 | 0.029874 | 945.72 | 478,067 |
| Aug 04, 2015 | 0.027934 | 0.029433 | 0.024660 | 0.029433 | 4,512.17 | 470,992 |
| Aug 03, 2015 | 0.032951 | 0.033659 | 0.026079 | 0.027974 | 2,956.17 | 447,618 |
| Aug 02, 2015 | 0.030955 | 0.034009 | 0.028817 | 0.032952 | 907.54 | 527,240 |
| Aug 01, 2015 | 0.034245 | 0.035621 | 0.028594 | 0.031000 | 1,010.47 | 495,990 |
| Jul 31, 2015 | 0.029535 | 0.035094 | 0.026752 | 0.033978 | 3,567.77 | 543,617 |
| Jul 30, 2015 | 0.033133 | 0.033172 | 0.028475 | 0.029549 | 4,203.04 | 472,738 |
| Jul 29, 2015 | 0.034838 | 0.039090 | 0.029849 | 0.033140 | 7,107.60 | 530,170 |
| Jul 28, 2015 | 0.041553 | 0.042609 | 0.034691 | 0.034836 | 2,968.88 | 557,265 |
| Jul 27, 2015 | 0.046195 | 0.046408 | 0.037750 | 0.042328 | 5,216.21 | 677,062 |
| Jul 26, 2015 | 0.046292 | 0.047237 | 0.044778 | 0.046185 | 420.81 | 738,727 |
| Jul 25, 2015 | 0.044519 | 0.047415 | 0.044501 | 0.046293 | 407.10 | 740,421 |
| Jul 24, 2015 | 0.044827 | 0.047811 | 0.043453 | 0.044540 | 1,606.72 | 712,368 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jul 20, 2015 | 0.051145 | 0.051669 | 0.048211 | 0.048675 | 1,350.80 | 780,563 |
| Jul 19, 2015 | 0.047535 | 0.053520 | 0.047360 | 0.051118 | 3,053.16 | 819,695 |
| Jul 18, 2015 | 0.046917 | 0.050685 | 0.044368 | 0.047558 | 1,850.59 | 762,573 |
| Jul 17, 2015 | 0.046210 | 0.048029 | 0.044126 | 0.046667 | 2,289.13 | 748,236 |
| Jul 16, 2015 | 0.048065 | 0.050181 | 0.044124 | 0.045660 | 3,373.90 | 732,053 |
| Jul 15, 2015 | 0.049500 | 0.053613 | 0.047481 | 0.048030 | 4,243.46 | 770,008 |
| Jul 14, 2015 | 0.053233 | 0.057208 | 0.048834 | 0.049523 | 1,459.58 | 793,899 |
| Jul 13, 2015 | 0.054927 | 0.057739 | 0.048384 | 0.053236 | 2,473.36 | 853,359 |
| Jul 12, 2015 | 0.053947 | 0.059662 | 0.053889 | 0.054934 | 2,722.56 | 880,531 |
| Jul 11, 2015 | 0.052432 | 0.059270 | 0.052054 | 0.053946 | 3,137.16 | 864,655 |
| Jul 10, 2015 | 0.051039 | 0.059822 | 0.049069 | 0.052435 | 4,100.78 | 840,394 |
| Jul 09, 2015 | 0.058759 | 0.058759 | 0.048732 | 0.051039 | 6,757.68 | 817,980 |
| Jul 08, 2015 | 0.062039 | 0.064235 | 0.055205 | 0.058732 | 3,098.31 | 941,515 |
| Jul 07, 2015 | 0.061584 | 0.065156 | 0.055407 | 0.062149 | 3,741.04 | 997,820 |
| Jul 06, 2015 | 0.061823 | 0.068351 | 0.060134 | 0.061802 | 2,659.69 | 992,197 |
| Jul 05, 2015 | 0.065211 | 0.069887 | 0.061777 | 0.061802 | 3,586.58 | 992,332 |
| Jul 04, 2015 | 0.053043 | 0.074978 | 0.052229 | 0.065233 | 14,502.20 | 1,047,417 |
| Jul 03, 2015 | 0.048005 | 0.053071 | 0.046544 | 0.053017 | 4,986.73 | 851,235 |
| Jul 02, 2015 | 0.053143 | 0.053751 | 0.041847 | 0.047900 | 9,885.70 | 768,981 |
| Jul 01, 2015 | 0.054139 | 0.055904 | 0.051986 | 0.053149 | 4,021.65 | 853,125 |
| Jun 30, 2015 | 0.058612 | 0.061792 | 0.053509 | 0.054146 | 7,847.92 | 868,883 |
| Jun 29, 2015 | 0.059217 | 0.060291 | 0.057387 | 0.058599 | 6,691.19 | 939,933 |
| Jun 28, 2015 | 0.059937 | 0.062530 | 0.058573 | 0.059290 | 3,453.35 | 949,637 |
| Jun 27, 2015 | 0.058786 | 0.061100 | 0.057485 | 0.059959 | 2,353.73 | 959,891 |
| Jun 26, 2015 | 0.058263 | 0.059350 | 0.057544 | 0.058807 | 1,204.01 | 940,911 |
| Jun 25, 2015 | 0.062199 | 0.062599 | 0.057760 | 0.058205 | 3,710.80 | 930,786 |
| Jun 24, 2015 | 0.058305 | 0.062433 | 0.057333 | 0.062221 | 4,076.70 | 994,413 |
| Jun 23, 2015 | 0.064051 | 0.064934 | 0.058219 | 0.058271 | 7,321.29 | 930,968 |
| Jun 22, 2015 | 0.065891 | 0.066560 | 0.059692 | 0.064053 | 6,505.70 | 1,023,061 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jun 18, 2015 | 0.067859 | 0.072492 | 0.065254 | 0.068088 | 5,002.75 | 1,086,664 |
| Jun 17, 2015 | 0.069019 | 0.074908 | 0.064505 | 0.067760 | 6,912.01 | 1,081,200 |
| Jun 16, 2015 | 0.068813 | 0.072156 | 0.066686 | 0.068891 | 6,314.50 | 1,099,013 |
| Jun 15, 2015 | 0.069032 | 0.075528 | 0.066956 | 0.069185 | 7,139.63 | 1,103,466 |
| Jun 14, 2015 | 0.068555 | 0.069874 | 0.062819 | 0.069071 | 3,711.86 | 1,101,444 |
| Jun 13, 2015 | 0.069986 | 0.070030 | 0.059423 | 0.068524 | 9,038.79 | 1,092,517 |
| Jun 12, 2015 | 0.068242 | 0.071506 | 0.067694 | 0.070028 | 6,150.33 | 1,116,300 |
| Jun 11, 2015 | 0.069464 | 0.072223 | 0.066621 | 0.068785 | 4,022.54 | 1,096,197 |
| Jun 10, 2015 | 0.068552 | 0.071457 | 0.067757 | 0.069464 | 2,042.57 | 1,106,780 |
| Jun 09, 2015 | 0.071339 | 0.071379 | 0.068212 | 0.068567 | 2,721.58 | 1,092,258 |
| Jun 08, 2015 | 0.068563 | 0.077909 | 0.066772 | 0.071751 | 5,120.72 | 1,144,197 |
| Jun 07, 2015 | 0.070275 | 0.070659 | 0.063855 | 0.068721 | 3,068.20 | 1,094,234 |
| Jun 06, 2015 | 0.072134 | 0.072517 | 0.064103 | 0.069818 | 4,117.04 | 1,111,457 |
| Jun 05, 2015 | 0.071974 | 0.073871 | 0.070905 | 0.072122 | 7,577.79 | 1,147,899 |
| Jun 04, 2015 | 0.075264 | 0.075635 | 0.072002 | 0.073319 | 5,233.68 | 1,166,681 |
| Jun 03, 2015 | 0.076312 | 0.077564 | 0.074139 | 0.075239 | 3,586.30 | 1,196,928 |
| Jun 02, 2015 | 0.079491 | 0.083297 | 0.070816 | 0.076320 | 8,895.55 | 1,213,905 |
| Jun 01, 2015 | 0.095514 | 0.100135 | 0.068984 | 0.079538 | 10,450.50 | 1,264,799 |
| May 31, 2015 | 0.100322 | 0.101545 | 0.093232 | 0.095422 | 3,559.69 | 1,517,034 |
| May 30, 2015 | 0.096346 | 0.103612 | 0.096162 | 0.101677 | 2,052.37 | 1,616,030 |
| May 29, 2015 | 0.114725 | 0.115584 | 0.095163 | 0.096355 | 11,013.70 | 1,531,125 |
| May 28, 2015 | 0.106814 | 0.117577 | 0.106665 | 0.114720 | 5,780.75 | 1,822,511 |
| May 27, 2015 | 0.120364 | 0.128883 | 0.106708 | 0.106825 | 11,330.50 | 1,696,769 |
| May 26, 2015 | 0.115352 | 0.123743 | 0.108704 | 0.120364 | 3,027.42 | 1,911,340 |
| May 25, 2015 | 0.123199 | 0.123199 | 0.107718 | 0.115331 | 7,355.31 | 1,831,059 |
| May 24, 2015 | 0.117421 | 0.132386 | 0.107949 | 0.123197 | 5,941.39 | 1,955,546 |
| May 23, 2015 | 0.138043 | 0.138459 | 0.116612 | 0.116612 | 5,844.98 | 1,850,572 |
| May 22, 2015 | 0.152931 | 0.153707 | 0.137339 | 0.137498 | 4,350.09 | 2,181,195 |
| May 21, 2015 | 0.157082 | 0.158113 | 0.148837 | 0.149919 | 3,775.92 | 2,378,294 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies. ✕

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| May 17, 2015 | 0.169771 | 0.170590 | 0.165588 | 0.166804 | 3,985.02 | 2,643,853 |
| May 16, 2015 | 0.169509 | 0.170772 | 0.165321 | 0.169242 | 17,965.50 | 2,681,914 |
| May 15, 2015 | 0.167865 | 0.170507 | 0.148361 | 0.169509 | 40,207.00 | 2,685,533 |
| May 14, 2015 | 0.149297 | 0.184275 | 0.147043 | 0.167930 | 35,976.50 | 2,659,893 |
| May 13, 2015 | 0.131591 | 0.151256 | 0.126259 | 0.149750 | 26,708.00 | 2,366,759 |
| May 12, 2015 | 0.116152 | 0.142016 | 0.111671 | 0.131644 | 16,569.70 | 2,080,134 |
| May 11, 2015 | 0.086339 | 0.138114 | 0.085765 | 0.116263 | 19,823.90 | 1,836,783 |
| May 10, 2015 | 0.082778 | 0.092218 | 0.082564 | 0.086356 | 3,636.74 | 1,364,035 |
| May 09, 2015 | 0.087514 | 0.087542 | 0.079883 | 0.082731 | 4,233.43 | 1,306,145 |
| May 08, 2015 | 0.086933 | 0.090366 | 0.082806 | 0.087414 | 2,950.04 | 1,379,237 |
| May 07, 2015 | 0.098641 | 0.098848 | 0.074798 | 0.087228 | 13,759.60 | 1,375,207 |
| May 06, 2015 | 0.112921 | 0.115418 | 0.094115 | 0.098641 | 12,251.30 | 1,553,958 |
| May 05, 2015 | 0.123308 | 0.127344 | 0.111683 | 0.113257 | 13,900.30 | 1,782,800 |
| May 04, 2015 | 0.138247 | 0.139376 | 0.123219 | 0.123261 | 7,501.65 | 1,938,699 |
| May 03, 2015 | 0.139689 | 0.141491 | 0.130564 | 0.137079 | 9,803.34 | 2,154,414 |
| May 02, 2015 | 0.132414 | 0.148162 | 0.129568 | 0.139776 | 8,738.51 | 2,195,004 |
| May 01, 2015 | 0.129958 | 0.144451 | 0.124745 | 0.132308 | 17,612.10 | 2,078,274 |
| Apr 30, 2015 | 0.129082 | 0.141607 | 0.120404 | 0.129958 | 9,542.68 | 2,039,712 |
| Apr 29, 2015 | 0.129607 | 0.155997 | 0.126490 | 0.129259 | 13,350.00 | 2,027,066 |
| Apr 28, 2015 | 0.136770 | 0.139672 | 0.124290 | 0.129564 | 9,714.78 | 2,029,558 |
| Apr 27, 2015 | 0.151459 | 0.153826 | 0.130182 | 0.136803 | 19,278.60 | 2,141,145 |
| Apr 26, 2015 | 0.156723 | 0.158707 | 0.139167 | 0.151009 | 9,675.95 | 2,361,469 |
| Apr 25, 2015 | 0.165234 | 0.177277 | 0.158848 | 0.160946 | 12,353.90 | 2,514,856 |
| Apr 24, 2015 | 0.143355 | 0.167713 | 0.143355 | 0.167653 | 22,471.50 | 2,638,571 |
| Apr 23, 2015 | 0.180155 | 0.182993 | 0.140901 | 0.142845 | 19,570.00 | 2,246,210 |
| Apr 22, 2015 | 0.198158 | 0.203386 | 0.179929 | 0.179929 | 11,920.80 | 2,827,268 |
| Apr 21, 2015 | 0.186492 | 0.198158 | 0.179393 | 0.198158 | 14,079.80 | 3,111,341 |
| Apr 20, 2015 | 0.208331 | 0.208343 | 0.181076 | 0.190667 | 20,364.20 | 2,990,759 |
| Apr 19, 2015 | 0.209907 | 0.216153 | 0.201251 | 0.208335 | 14,492.10 | 3,263,331 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Apr 15, 2015 | 0.150258 | 0.222981 | 0.150258 | 0.215669 | 49,233.00 | 3,349,053 |
| Apr 14, 2015 | 0.127245 | 0.198208 | 0.127064 | 0.150200 | 49,271.10 | 2,327,086 |
| Apr 13, 2015 | 0.181701 | 0.184892 | 0.098236 | 0.132281 | 81,033.60 | 2,045,550 |
| Apr 12, 2015 | 0.247703 | 0.254908 | 0.144843 | 0.181856 | 47,340.10 | 2,805,443 |
| Apr 11, 2015 | 0.257688 | 0.274094 | 0.235602 | 0.247706 | 28,273.10 | 3,812,800 |
| Apr 10, 2015 | 0.284755 | 0.292555 | 0.255340 | 0.257759 | 37,438.40 | 3,959,313 |
| Apr 09, 2015 | 0.376557 | 0.377188 | 0.251459 | 0.287463 | 86,352.60 | 4,404,219 |
| Apr 08, 2015 | 0.433066 | 0.436451 | 0.363660 | 0.375619 | 37,346.50 | 5,742,112 |
| Apr 07, 2015 | 0.453952 | 0.454624 | 0.415319 | 0.440544 | 31,377.40 | 6,718,112 |
| Apr 06, 2015 | 0.482305 | 0.486735 | 0.428642 | 0.454808 | 42,642.80 | 6,918,262 |
| Apr 05, 2015 | 0.497795 | 0.517040 | 0.457804 | 0.483591 | 39,943.80 | 7,337,469 |
| Apr 04, 2015 | 0.545112 | 0.545112 | 0.492246 | 0.497655 | 47,810.00 | 7,530,032 |
| Apr 03, 2015 | 0.542246 | 0.571613 | 0.531092 | 0.545190 | 29,941.30 | 8,205,167 |
| Apr 02, 2015 | 0.596920 | 0.613579 | 0.514355 | 0.536299 | 72,782.50 | 8,059,217 |
| Apr 01, 2015 | 0.505854 | 0.603198 | 0.471881 | 0.597173 | 70,258.20 | 8,959,956 |
| Mar 31, 2015 | 0.554168 | 0.554892 | 0.479706 | 0.505857 | 55,541.80 | 7,578,591 |
| Mar 30, 2015 | 0.572408 | 0.587411 | 0.554581 | 0.554617 | 33,063.30 | 8,295,355 |
| Mar 29, 2015 | 0.631931 | 0.631931 | 0.552824 | 0.572017 | 43,938.80 | 8,547,194 |
| Mar 28, 2015 | 0.585757 | 0.654528 | 0.559921 | 0.632076 | 55,878.90 | 9,434,784 |
| Mar 27, 2015 | 0.548094 | 0.638353 | 0.528980 | 0.585741 | 80,703.40 | 8,734,116 |
| Mar 26, 2015 | 0.465734 | 0.588239 | 0.449040 | 0.548458 | 65,553.50 | 8,168,819 |
| Mar 25, 2015 | 0.472903 | 0.482677 | 0.384119 | 0.465585 | 79,418.70 | 6,742,726 |
| Mar 24, 2015 | 0.575358 | 0.582602 | 0.455623 | 0.466973 | 76,198.00 | 6,744,812 |
| Mar 23, 2015 | 0.637749 | 0.674429 | 0.568806 | 0.575687 | 82,332.40 | 8,141,140 |
| Mar 22, 2015 | 0.648634 | 0.704725 | 0.622138 | 0.639535 | 34,405.40 | 9,042,473 |
| Mar 21, 2015 | 0.799881 | 0.803758 | 0.601643 | 0.651811 | 81,154.30 | 9,214,446 |
| Mar 20, 2015 | 0.798220 | 0.824599 | 0.723220 | 0.799937 | 91,224.80 | 11,306,676 |
| Mar 19, 2015 | 0.887469 | 0.999717 | 0.723493 | 0.813153 | 208,226 | 11,491,486 |
| Mar 18, 2015 | 0.570367 | 1.54 | 0.512832 | 0.859657 | 269,076 | 12,146,711 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Mar 14, 2015 | 0.728998 | 0.742604 | 0.653493 | 0.688629 | 16,634.40 | 9,723,386 |
| Mar 13, 2015 | 0.651012 | 0.815787 | 0.641784 | 0.731291 | 59,651.10 | 10,323,985 |
| Mar 12, 2015 | 0.644666 | 0.659626 | 0.631004 | 0.651533 | 14,768.00 | 9,196,450 |
| Mar 11, 2015 | 0.651740 | 0.677796 | 0.621555 | 0.645106 | 17,304.40 | 9,104,226 |
| Mar 10, 2015 | 0.689364 | 0.692611 | 0.607574 | 0.650382 | 38,279.90 | 9,177,025 |
| Mar 09, 2015 | 0.638969 | 0.756333 | 0.613734 | 0.688764 | 52,321.80 | 9,570,453 |
| Mar 08, 2015 | 0.748449 | 0.750601 | 0.630708 | 0.639979 | 64,217.30 | 8,837,401 |
| Mar 07, 2015 | 0.811496 | 0.883030 | 0.725853 | 0.748649 | 65,215.40 | 10,334,891 |
| Mar 06, 2015 | 0.585796 | 0.815824 | 0.577539 | 0.812751 | 64,776.00 | 11,216,982 |
| Mar 05, 2015 | 0.607731 | 0.622199 | 0.541991 | 0.587022 | 27,156.80 | 8,099,261 |
| Mar 04, 2015 | 0.631414 | 0.680101 | 0.514433 | 0.608446 | 71,873.70 | 8,392,635 |
| Mar 03, 2015 | 0.878950 | 0.885411 | 0.369949 | 0.597693 | 150,130 | 8,239,479 |
| Mar 02, 2015 | 0.922511 | 0.923647 | 0.845602 | 0.880356 | 33,656.40 | 12,104,784 |
| Mar 01, 2015 | 0.876233 | 0.944225 | 0.851950 | 0.922663 | 13,785.80 | 12,654,258 |
| Feb 28, 2015 | 0.972119 | 0.972119 | 0.849965 | 0.876087 | 20,675.60 | 11,982,245 |
| Feb 27, 2015 | 0.908661 | 1.02 | 0.869488 | 0.972431 | 49,783.40 | 13,266,053 |
| Feb 26, 2015 | 0.945068 | 0.980818 | 0.867262 | 0.908620 | 74,912.80 | 12,365,306 |
| Feb 25, 2015 | 0.811407 | 0.967574 | 0.759295 | 0.951702 | 66,224.70 | 12,917,437 |
| Feb 24, 2015 | 0.713078 | 0.883440 | 0.705752 | 0.807637 | 65,454.10 | 10,932,693 |
| Feb 23, 2015 | 0.730516 | 0.731368 | 0.670088 | 0.713084 | 32,347.40 | 9,624,425 |
| Feb 22, 2015 | 0.714906 | 0.758811 | 0.685704 | 0.730460 | 28,674.40 | 9,831,699 |
| Feb 21, 2015 | 0.680314 | 0.759526 | 0.667212 | 0.714877 | 28,880.30 | 9,594,146 |
| Feb 20, 2015 | 0.801980 | 0.801980 | 0.657482 | 0.680366 | 44,865.50 | 9,104,986 |
| Feb 19, 2015 | 0.809818 | 0.841963 | 0.762735 | 0.802097 | 33,962.50 | 10,703,964 |
| Feb 18, 2015 | 0.855091 | 0.882423 | 0.780524 | 0.809573 | 27,157.30 | 10,773,415 |
| Feb 17, 2015 | 0.792242 | 0.965138 | 0.776129 | 0.860650 | 65,616.70 | 11,418,138 |
| Feb 16, 2015 | 0.997059 | 1.12 | 0.785562 | 0.793671 | 26,087.40 | 10,500,017 |
| Feb 15, 2015 | 0.971419 | 1.02 | 0.773999 | 0.996153 | 42,502.90 | 13,140,252 |
| Feb 14, 2015 | 0.964050 | 0.990999 | 0.920707 | 0.970745 | 39,186.80 | 12,768,055 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Feb 10, 2015 | 1.10 | 1.10 | 1.05 | 1.08 | 31,469.00 | 14,127,230 |
| Feb 09, 2015 | 1.17 | 1.17 | 1.07 | 1.10 | 44,442.90 | 14,322,745 |
| Feb 08, 2015 | 1.18 | 1.20 | 1.01 | 1.18 | 77,919.10 | 15,303,314 |
| Feb 07, 2015 | 1.19 | 1.22 | 1.12 | 1.18 | 38,306.00 | 15,330,680 |
| Feb 06, 2015 | 1.24 | 1.43 | 1.09 | 1.18 | 152,528 | 15,181,311 |
| Feb 05, 2015 | 1.03 | 1.24 | 0.831677 | 1.23 | 165,444 | 15,805,234 |
| Feb 04, 2015 | 1.19 | 1.19 | 1.01 | 1.03 | 79,576.00 | 13,179,179 |
| Feb 03, 2015 | 1.07 | 1.19 | 0.999839 | 1.19 | 96,936.90 | 15,156,961 |
| Feb 02, 2015 | 1.55 | 1.55 | 0.933382 | 1.07 | 314,221 | 13,578,651 |
| Feb 01, 2015 | 1.78 | 1.89 | 1.58 | 1.58 | 84,445.60 | 19,897,229 |
| Jan 31, 2015 | 1.87 | 1.92 | 1.76 | 1.78 | 65,497.20 | 22,406,335 |
| Jan 30, 2015 | 1.91 | 2.01 | 1.85 | 1.87 | 73,182.30 | 23,430,420 |
| Jan 29, 2015 | 2.02 | 2.03 | 1.86 | 1.91 | 86,997.90 | 23,882,592 |
| Jan 28, 2015 | 2.29 | 2.29 | 1.96 | 2.03 | 114,468 | 25,203,444 |
| Jan 27, 2015 | 2.56 | 2.57 | 2.28 | 2.29 | 113,177 | 28,403,089 |
| Jan 26, 2015 | 2.50 | 2.92 | 2.50 | 2.57 | 143,451 | 31,776,257 |
| Jan 25, 2015 | 2.22 | 2.74 | 1.96 | 2.56 | 290,062 | 31,680,216 |
| Jan 24, 2015 | 2.43 | 2.46 | 2.04 | 2.21 | 169,497 | 27,262,627 |
| Jan 23, 2015 | 2.46 | 2.55 | 2.35 | 2.42 | 72,550.40 | 29,846,427 |
| Jan 22, 2015 | 2.33 | 2.47 | 2.18 | 2.46 | 145,004 | 30,421,581 |
| Jan 21, 2015 | 2.55 | 2.61 | 2.03 | 2.33 | 229,794 | 28,760,140 |
| Jan 20, 2015 | 2.66 | 2.78 | 2.14 | 2.50 | 262,196 | 30,848,648 |
| Jan 19, 2015 | 3.04 | 3.07 | 2.60 | 2.67 | 133,028 | 32,918,367 |
| Jan 18, 2015 | 3.86 | 3.87 | 1.84 | 3.02 | 553,262 | 37,343,721 |
| Jan 17, 2015 | 3.89 | 4.14 | 3.70 | 3.84 | 131,858 | 47,440,812 |
| Jan 16, 2015 | 3.51 | 4.12 | 3.51 | 3.90 | 185,484 | 48,121,784 |
| Jan 15, 2015 | 3.05 | 3.90 | 3.05 | 3.52 | 200,107 | 43,453,704 |
| Jan 14, 2015 | 3.78 | 3.80 | 2.94 | 3.07 | 229,832 | 37,879,508 |
| Jan 13, 2015 | 3.72 | 4.53 | 3.71 | 3.81 | 422,484 | 47,067,708 |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| Date | Open* | High | Low | Close** | Volume | Market Cap |
|---|---|---|---|---|---|---|
| Jan 09, 2015 | 4.03 | 4.03 | 3.65 | 3.91 | 199,627 | 48,209,015 |
| Jan 08, 2015 | 3.67 | 4.22 | 3.62 | 4.04 | 234,576 | 49,833,161 |
| Jan 07, 2015 | 4.02 | 4.07 | 3.36 | 3.67 | 228,094 | 45,317,348 |
| Jan 06, 2015 | 4.21 | 4.36 | 4.02 | 4.02 | 211,556 | 49,623,612 |
| Jan 05, 2015 | 4.34 | 4.72 | 3.98 | 4.20 | 294,214 | 51,834,845 |
| Jan 04, 2015 | 3.13 | 4.95 | 2.96 | 4.31 | 695,183 | 53,186,779 |
| Jan 03, 2015 | 5.69 | 5.77 | 2.33 | 3.13 | 823,479 | 38,602,639 |
| Jan 02, 2015 | 7.76 | 8.24 | 5.61 | 5.75 | 778,028 | 70,897,353 |
| Jan 01, 2015 | 9.97 | 10.21 | 7.76 | 7.78 | 427,807 | 95,951,251 |
| Dec 31, 2014 | 12.39 | 15.04 | 7.13 | 10.03 | 1,706,630 | 123,665,974 |
| Dec 30, 2014 | 12.70 | 13.69 | 10.26 | 12.38 | 767,213 | 152,597,607 |
| Dec 29, 2014 | 12.33 | 13.94 | 11.98 | 12.67 | 710,106 | 156,199,639 |
| Dec 28, 2014 | 10.10 | 12.38 | 9.99 | 12.35 | 610,875 | 151,955,595 |
| Dec 27, 2014 | 10.18 | 10.36 | 9.54 | 10.04 | 239,092 | 123,488,525 |
| Dec 26, 2014 | 9.71 | 10.54 | 9.42 | 10.16 | 277,706 | 125,011,526 |
| Dec 25, 2014 | 10.15 | 10.45 | 9.42 | 9.70 | 205,498 | 119,339,764 |
| Dec 24, 2014 | 11.13 | 11.47 | 9.50 | 10.14 | 473,197 | 124,754,412 |
| Dec 23, 2014 | 14.51 | 14.56 | 10.77 | 11.17 | 614,737 | 137,396,055 |
| Dec 22, 2014 | 9.67 | 15.92 | 8.47 | 14.46 | 1,249,460 | 177,726,739 |
| Dec 21, 2014 | 11.42 | 11.75 | 6.97 | 9.67 | 541,036 | 118,826,848 |
| Dec 20, 2014 | 6.85 | 11.93 | 6.82 | 11.61 | 306,093 | 142,725,371 |
| Dec 19, 2014 | 6.76 | 6.95 | 4.43 | 6.84 | 443,119 | 83,873,587 |
| Dec 18, 2014 | 6.31 | 7.77 | 5.78 | 6.85 | 252,276 | 83,650,429 |
| Dec 17, 2014 | 9.14 | 9.78 | 6.04 | 6.43 | 268,608 | 78,147,044 |
| Dec 16, 2014 | 9.31 | 13.37 | 7.70 | 8.99 | 231,477 | 108,757,916 |

\* Earliest data in range (UTC time)

\*\* Latest data in range (UTC time)

## About PayCoin

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

and the max. supply is not available. You can find the top exchanges to trade PayCoin listed on our crypto exchanges page.

PayCoin (XPY) is a cryptocurrency . Users are able to generate XPY through the process of mining. PayCoin has a current supply of 11,995,342.4784. The last known price of PayCoin is 0.00147779 USD and is up 1.48 over the last 24 hours. It is currently trading on 1 active market(s) with $0.00 traded over the last 24 hours. More information can be found at http://www.paycoin.com.

## PayCoin Price

| | |
|---|---|
| PayCoin Price | $0.001481 USD |
| PayCoin ROI | -99.98% |
| Market Rank | #2125 |
| Market Cap | $17,770.08 USD |
| 24 Hour Volume | No Data |
| Circulating Supply | 11,995,342 XPY |
| Total Supply | 11,995,342 XPY |
| Max Supply | No Data |
| All Time High | $9.92 USD (Dec 22, 2014) |
| All Time Low | $0.000772 USD (Apr 28, 2020) |
| 52 Week High / Low | $0.004455 USD / $0.000772 USD |

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

| | |
|---|---|
| 7 Day High / Low | $0.002060 USD / $0.001423 USD |
| 24 Hour High / Low | $0.001497 USD / $0.001428 USD |
| Yesterday's High / Low | $0.001522 USD / $0.001423 USD |
| Yesterday's Open / Close | $0.001502 USD / $0.001460 USD |
| Yesterday's Change | $-0.000042 USD (-2.80%) |
| Yesterday's Volume | $0 USD |

## Sign up for our newsletter

Get crypto analysis, news and updates, right to your inbox! Sign up here so you don't miss a single one.

Enter your email...

Subscribe now

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕

BTC Lite (BTCL)   Aricoin (ARI)   Klimatas (KTS)   Zenswap Network Token (ZNT)

BitcoiNote (BTCN)

## Products

Headlines

Advertise

Blockchain Explorer

Crypto API

Crypto Indices

Interest

Jobs Board

## Company

About us

Terms of use

Privacy Policy

Disclaimer

Methodology

Careers   We're hiring!

## Support

Request Form

Contact Support

FAQ

Glossary

## Socials

Facebook

Twitter

Telegram

Instagram

Interactive Chat

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

We use cookies to offer you a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. Read about how we use cookies and how you can control them on our **Privacy Policy**. If you continue to use this site, you consent to our use of cookies.

✕