# Exhibit 19

EXHIBIT
PENGAD 800-631-6989
210
8-10-18

```
<!DOCTYPE html>
<html>
<head>
<title>HashTalk - Ideas, Talk, and Hardware - Bitcoin & Scrypt Mining</title>
<meta name="viewport" content="width=device-width, initial-scale=1.0, user-scalable=no"/>
<meta name="content-type" content="text&#x2F;html; charset=UTF-8"/>
<meta name="apple-mobile-web-app-capable" content="yes"/>
<meta property="og:site_name" content="HashTalk"/>
<meta name="keywords"/>
<meta name="msapplication-badge" content="frequency=30; polling-
uri=https:&#x2F;&#x2F;hashtalk.org&#x2F;sitemap.xml"/>
<meta name="msapplication-square150x150logo" content="https:&#x2F;&#x2F;c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com&#x2F;hashtalk3.png"/>
<link rel="stylesheet" type="text/css" href="/stylesheet.css?a0a8d474"/>
<link rel="icon" type="image/x-icon" href="/favicon.ico"/>
<link rel="apple-touch-icon" href="/apple-touch-icon"/>
<!--[if lt IE 9]>
		<script src="//cdnjs.cloudflare.com/ajax/libs/es5-shim/2.3.0/es5-shim.min.js"></script>
		<script src="//cdnjs.cloudflare.com/ajax/libs/html5shiv/3.7/html5shiv.js"></script>
		<script src="//cdnjs.cloudflare.com/ajax/libs/respond.js/1.4.2/respond.js"></script>
		<script>__lt_ie_9__ = 1;</script>
	<![endif]-->
<script>
		var RELATIVE_PATH = "";
		var config =
JSON.parse('{"relative_path":"","socketioTransports":["websocket"],"websocketAddress":"","version":"0.
6.0-dev","siteTitle":"HashTalk","showSiteTitle":false,"postDelay":"15","minimumTitleLength":"7","maxi
mumTitleLength":"255","minimumPostLength":"8","hasImageUploadPlugin":true,"maximumProfileImag
eSize":"256","minimumUsernameLength":"4","maximumUsernameLength":"16","minimumPasswordLen
gth":"6","maximumSignatureLength":"250","useOutgoingLinksPage":true,"allowGuestSearching":false,"a
llowFileUploads":false,"allowTopicsThumbnail":true,"allowAccountDelete":false,"privateUserInfo":false,
"usePagination":false,"disableSocialButtons":false,"disableChat":false,"maxReconnectionAttempts":"5","r
econnectionDelay":"200","tagsPerTopic":"5","topicsPerPage":"20","postsPerPage":"20","maximumFileSi
ze":"2048","theme:id":"nodebb-theme-lavender","defaultLang":"en_GB","userLang":"en_GB","loggedIn"
:false,"cache-buster":"v0.5.0-2-1734-g87435c1","script-buster":"1a0ed921","css-buster":"a0a8d474","requ
ireEmailConfirmation":true,"topicPostS
ort":"oldest_to_newest","csrf_token":"9nizXmGR-
7tOWRbZgxGIiaINkzkk6WMbvW40","searchEnabled":true}');
		var app = {};
		app.user =
JSON.parse('{"username":"Guest","userslug":"","picture":"https://secure.gravatar.com/avatar/d415f0e30c4
71dfdd9bc4f827329ef48?size=128&default=identicon&rating=pg","status":"offline","banned":false,"uid":
0,"isAdmin":false,"email:confirmed":false}');
	</script>
<script src="/nodebb.min.js?1a0ed921"></script>
<script>
		require.config({
			baseUrl: "/src/modules",
			waitSeconds: 3,
			urlArgs: "v0.5.0-2-1734-g87435c1",
			paths: {
				'forum': '../forum',
				'vendor': '../../vendor'
			}
		});
	</script>
<style type="text/css">.post-content{min-height:60px}.tag-item{background-color:white}.post-signature
img{max-height:40px}</style>
</head>
<body>
<div class="navbar navbar-default navbar-fixed-top header" role="navigation" id="header-menu">
<div class="loading-bar"></div>
<div class="container">
```

Exhibit
DX-597

1

```
<div class="navbar-header">
<button type="button" class="navbar-toggle" data-toggle="collapse" data-target=".navbar-collapse">
<span class="icon-bar"></span>
<span class="icon-bar"></span>
<span class="icon-bar"></span>
</button>
<div>
<a href="/">
<img class=" forum-logo" src="https://c91475e716c8925e05c6-
d2659d433205cf4410415f8dd63807af.ssl.cf5.rackcdn.com/hashtalk3.png"/>
</a>
<div class="header-topic-title visible-xs">
<span></span>
</div>
</div>
</div>
<div class="navbar-collapse collapse navbar-ex1-collapse">
<ul id="main-nav" class="nav navbar-nav pull-left">
<li>
<a href="/recent" title="Recent">
<i class="fa fa-fw fa-clock-o"></i><span class="visible-xs-inline"> Recent</span>
</a>
</li>
<li>
<a href="/tags" title="Tags">
<i class="fa fa-fw fa-tags"></i><span class="visible-xs-inline"> Tags</span>
</a>
</li>
<li>
<a href="/popular" title="Popular">
<i class="fa fa-fw fa-fire"></i><span class="visible-xs-inline"> Popular</span>
</a>
</li>
<li>
<a href="/users" title="Users">
<i class="fa fa-fw fa-users"></i><span class="visible-xs-inline"> Users</span>
</a>
</li>
<li class="visible-xs">
<a href="/search" title="Search" id="mobile-search-button">
<i class="fa fa-search fa-fw"></i> Search
</a>
</li>
</ul>
<ul id="logged-out-menu" class="nav navbar-nav navbar-right pull-right">
<li>
<a href="/register">
<i class="fa fa-pencil visible-xs-inline"></i>
<span>Register</span>
</a>
</li>
<li>
<a href="/login">
<i class="fa fa-sign-in visible-xs-inline"></i>
<span>Login</span>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right">
<li>
<form id="search-form" class="navbar-form navbar-right hidden-xs" role="search" method="GET"
action="">
<div class="hide" id="search-fields">
```



```
<div class="form-group">
<input type="text" class="form-control" placeholder="Search" name="query" value="">
</div>
<button type="submit" class="btn btn-default hide">Search</button>
</div>
<button id="search-button" type="button" class="btn btn-link"><i class="fa fa-search fa-fw"
title="Search"></i></button>
</form>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pull-right">
<li>
<a href="#" id="reconnect" class="hide" title="Connection to HashTalk has been lost, attempting to
reconnect...">
<i class="fa fa-check"></i>
</a>
</li>
</ul>
<ul class="nav navbar-nav navbar-right pagination-block hidden visible-lg visible-md">
<li class="dropdown">
<i class="fa fa-angle-double-up pointer fa-fw pagetop"></i>
<i class="fa fa-angle-up pointer fa-fw pageup"></i>
<a href="#" class="dropdown-toggle" data-toggle="dropdown">
<span id="pagination"></span>
</a>
<i class="fa fa-angle-down pointer fa-fw pagedown"></i>
<i class="fa fa-angle-double-down pointer fa-fw pagebottom"></i>
<div class="progress-container">
<div class="progress-bar"></div>
</div>
<ul class="dropdown-menu" role="menu">
<input type="text" class="form-control" id="indexInput" placeholder="Enter index">
</ul>
</li>
</ul>
<div class="header-topic-title hidden-xs">
<span></span>
</div>
</div>
</div>
</div>
<div class="container" id="content">
<noscript>
<div class="alert alert-danger">
<p>
Your browser does not seem to support JavaScript. As a result, your viewing experience will be
diminished, and you have been placed in <strong>read-only mode</strong>.
</p>
<p>
Please download a browser that supports JavaScript, or enable it if it's disabled (i.e. NoScript).
</p>
</div>
</noscript>
<div class="account-username-box" data-userslug="pandacoin" data-uid="4400">
<ul class="nav nav-pills account-sub-links">
<li>
<div class="btn-group">
<a href="/user/pandacoin" class="btn btn-primary" id="profile"><i class="fa fa-user"></i> Profile</a>
<button type="button" class="btn btn-info dropdown-toggle" data-toggle="dropdown">
<span class="caret"></span>
<span class="sr-only">Toggle Dropdown</span>
</button>
<ul class="dropdown-menu pull-right" role="menu">
```

```
<li><a href="/user/pandacoin/following"><i class="fa fa-fw fa-users"></i> Following</a></li>
<li><a href="/user/pandacoin/followers"><i class="fa fa-fw fa-users"></i> Followers</a></li>
<li class="divider"></li>
<li><a href="/user/pandacoin/topics"><i class="fa fa-fw fa-book"></i> Topics</a></li>
<li><a href="/user/pandacoin/posts"><i class="fa fa-fw fa-pencil"></i> Posts</a></li>
<li id="favouritesLink" class="hide"><a href="/user/pandacoin/favourites"><i class="fa fa-fw fa-
heart"></i> Favourites</a></li>
</ul>
</div>
</li>
</ul>
</div>
<div class="favourites">
<div class="row">
<div class="col-md-12 user-favourite-posts" data-nextstart="20">
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/marcelitegti">@MarcEliteGTI</a> Just read your post
about the Minnowboard! These look like fun to play with. Thanks for sharing the info. What OS are you
running? just out of curiosity. And a Happy New Year to you!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/24/economics"><i class="fa fa-graduation-cap"></i> Economics</a> <span
class="timeago" title="2014-12-26T22:04:22.195Z"></span> &bull;
<a href="/topic/25645/coin-minted-while-staking-in-the-wallet/53">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>I think I will go out running for an hour and clear out the brain!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets &amp;
Hashstakers</a> <span class="timeago" title="2014-12-23T19:15:42.734Z"></span> &bull;
<a href="/topic/25557/stakers-produced-only-0-00256271-xpy-each-yesterday/77">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
```

<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>The concensus is leaning towards the explanation that these are payments for yesterday (two partial payments). I am waiting for the payment engine to kick on again later this evening.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets & Hashstakers</a> <span class="timeago" title="2014-12-23T19:12:49.452Z"></span> •
<a href="/topic/25563/payout-is-too-low/4">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>If I add yesterday's payout and today's (both partials I assume), then the total is about 4% greater than I expected, so depending on when they clock started, that is probably okay.</p>
<p>There will be some variance depending on which transactions your individual hashstakers participated in.</p>
<p>I am not too worried, GAW is pretty good about sorting out the numbers.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets & Hashstakers</a> <span class="timeago" title="2014-12-23T18:57:56.763Z"></span> •
<a href="/topic/25557/stakers-produced-only-0-00256271-xpy-each-yesterday/40">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/krumz">@Krumz</a> said:</p>
<blockquote>
<p><a class="plugin-mentions-a" href="/user/hobodog">@HoboDog</a> said:</p>
<blockquote>
<p>I bought a few just to click on. It makes me feel like I am participating instead of just watching.<br/>
DD forever!</p>
</blockquote>

<p>Maybe we can start the 'Double Dipping and Boosting' collective / problem group'..</p>
</blockquote>
<p>I see a new type of counseling forming, crypto-therapy <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets & Hashstakers</a> <span class="timeago" title="2014-12-23T17:39:57.069Z"></span> •
<a href="/topic/25546/primed-boosh/12">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>It depends on the amount you are moving. Small amounts (less than 200 XPY??) can move quickly. However, larger amounts (for example, 500 XPY) can take a few hours to clear.</p>
<p>The distinction is where the coins are stored. Some coins are stored in off line vaults and take longer to clear before being transferred.</p>
<p>I got this information from a support ticket I opened yesterday.</p>
<p>Edit: <a class="plugin-mentions-a" href="/user/lanman">@Lanman</a> confirms similar experience to mine.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin & Paybase</a> <span class="timeago" title="2014-12-23T15:01:34.789Z"></span> •
<a href="/topic/25518/how-long-does-it-take-to-withdraw-xpy-from-zencloud/10">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/dirtfighter">@DirtFighter</a> said:</p>
<blockquote>
<p>I have a question...I just got home and checked my wallet and the balance I have for minting split into two separate stakes with the same address. The balances are almost half even with a difference of .01 between them...</p>
<p>Is this normal for the minting to split like that?</p>
</blockquote>
<p>That seems to be how it works, so normal behavior.</p>
</p>



```
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp;
Paybase</a> <span class="timeago" title="2014-12-23T11:54:38.269Z"></span> &bull;
<a href="/topic/25493/paycoin-wallet/6">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/jldallover">@jldallover</a> <a class="plugin-mentions-
a" href="/user/ilan1">@Ilan1</a> @Full-Metal-B*tch</p>
<p>I am having a similar experience with a 500 XPY transfer.</p>
<p>I submitted a ticket and the response was as follows:</p>
<hr/>
<p>Thank you for contacting us! While I understand it may seem frustrating that your withdrawal cannot
be processed immediately, please know that there is very good reason for the delay. A majority of our
customers' paycoin is stored in either offline, cold storage wallets or multi-signature wallets which require
multiple authorized persons to process transactions. This is done in order to secure your balance and the
balance of all of our users. This type of delay is an industry norm and would be encountered with many
other leading cryptocurrency platforms. You might even encounter a similar delay at your bank when
processing large transactions and for the very same reasons.</p>
<p>We thank you for your patience and understanding, but please refrain from submitting any further
tickets for this reason as there is nothing we can do to speed up this process. If more than 24 hours has
passed and you still have not received your withdrawal, please let us know and we will research it.</p>
<hr/>
<p>I think we are okay, we need to be a bit patient as we get used to how things work.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp;
Paybase</a> <span class="timeago" title="2014-12-22T22:03:00.544Z"></span> &bull;
<a href="/topic/25341/why-do-zen-withdrawals-take-so-long/8">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/keith-cmn">@Keith-CMN</a> said:</p>
<blockquote>
<p>You know what would be really funny? If all this action was caused by saying he was going to do it
&amp; then all the arbitragers go wild &amp; he never turned on the bots <img class="emoji emoji-
extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-
```

```
extended/images/wink.png" title=";)" alt=";)"/></p>
</blockquote>
<p>That would be funny indeed, the crypto-placebo effect <img class="emoji emoji-extended img-responsive" src="https://hashtalk.org/plugins/nodebb-plugin-emoji-extended/images/grinning.png" title=":)" alt=":)"/></p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/3/announcements"><i class="fa fa-bullhorn"></i> Announcements</a>
<span class="timeago" title="2014-12-22T12:32:29.756Z"></span> &bull;
<a href="/topic/25119/gaw-is-about-to-move-the-market/232">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/snovell">@Snovell</a> said:</p>
<blockquote>
<p>How can you tell a prime staker from a normal staker?</p>
</blockquote>
<p>Hashstaker Primes do not have a time limit indicator on them.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp;
Paybase</a> <span class="timeago" title="2014-12-21T04:59:28.923Z"></span> &bull;
<a href="/topic/24806/hashstaker-update/251">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/nadeaup">@nadeaup</a> We both got similar deals, I got 27.5 XPY at about $8.82 each. What worked in my favor was the BTC was dropping faster in price before any price adjustments on Coin Swap. It is all a bit surreal in a way!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/33/paycoin-paybase-info"><i class="fa fa-pencil"></i> Paycoin &amp;
Paybase Info</a> <span class="timeago" title="2014-12-16T21:43:34.626Z"></span> &bull;
<a href="/topic/23022/exchanges-price-of-xpy/153">read more</a>
```

</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/jaybeezy">@jaybeezy</a> Payouts are in progress, they seem to have been restarted this afternoon. I think things are okay, just need some patience.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/3/announcements"><i class="fa fa-bullhorn"></i> Announcements</a>
<span class="timeago" title="2014-12-09T23:08:56.054Z"></span> •
<a href="/topic/22206/zencloud-known-issues-update/593">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>@papasmurph There are a few reasons why I am staying the course with GAW and Paycoin. First, they are based in the USA, so I feel that the company is legitimate. Second, the company has major investors with millions at stake, so I think that GAW has a good chance of being successful. Finally, GAW is addressing the big issue of price stability of the new coin, and this may be enough to get the coin widely accepted, and in such a case, the whole Paycoin/Paybase would yield good returns.</p>
<p>Investing in GAW is risky because it is a start-up venture, however, I am also not investing more than I an afford to lose.</p>
<p>As a final anecdote, a few years back, I lost money through a bond fund from a big-wall-street-firm that had invested in mortgages and was suppose to be solid and secure. So who do I trust? Well, take a deep breath and go with your gut. Good luck!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/3/announcements"><i class="fa fa-bullhorn"></i> Announcements</a>
<span class="timeago" title="2014-12-09T17:21:17.337Z"></span> •
<a href="/topic/22206/zencloud-known-issues-update/335">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>

<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/fridge">@Fridge</a> Assuming no other glitches arise, the actual switch over could be quick (say 30 minutes or less). However, it depends on the complexity of what they are rolling out. If they have to shut down all the databases, lock out the users, switch the software and then power back up, it could take a few hours.</p>
<p>Needless to say, these database driven websites are complex, and in this case, it is all custom coded, so there is no automatic process for upgrading the system.</p>
<p>In Friday's attempt, GAW found issues related to the cloud base platform that hosts the system, all of which is cutting edge stuff, so let's hope for the best but be ready for patience if something else arises.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/3/announcements"><i class="fa fa-bullhorn"></i> Announcements</a>
<span class="timeago" title="2014-12-08T20:05:18.152Z"></span> •
<a href="/topic/22027/upgrade-update/259">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/cloudmining-guru">@CLOUDMINING.GURU</a> I think the 24 hour return period starts once the official staking-payout rate is announced, so you/we still have the option to return hashstakers.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets & Hashstakers</a> <span class="timeago" title="2014-12-08T14:02:42.833Z"></span> •
<a href="/topic/22037/hashstaker-now-for-11-95-3-month-and-19-95-6-month/49">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>Just to send a word of encouragement to the GAW IT folks, I am sure they are working hard.</p>
<p>One thing is for sure, GAW will lean a lot from this experience and things will be better in the future. Having said that, my bank's website went down the other month for 1.5 days and they are not doing anything close to the complexity of what GAW is doing, so to repeat what many others have said, things happen. In contrast, the big-wall-street firm that handles my accounts has a great website that never goes down and is the epitome of good IT practice (slight tongue in cheek here...), but then, if I get 5% ROR I

```
am having a good year.</p>
<p>Look, the miners are hashing away, we are collecting coins that will probably pay off big time, it is Saturday, nice rainy day, I am chilling out and waiting for Josh and his team to restore order in the universe. All is well, we are all positioned to do well if GAW succeeds, so cheer on the team and enjoy the show!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets &amp; Hashstakers</a> <span class="timeago" title="2014-12-06T18:23:19.861Z"></span> &bull;
<a href="/topic/21810/zen-cloud-updates-and-maintenance-how-it-should-be-done/72">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>This is really big, you can't get much more legitimate than having the VISA brand on your card. We are all in a good place, way to go Josh and the GAW team!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp; Paybase</a> <span class="timeago" title="2014-12-06T02:05:06.849Z"></span> &bull;
<a href="/topic/21735/it-s-official-the-first-cards-issued-on-paybase-will-be-with-visa/17">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/allen1980s">@Allen1980s</a> says it very well. The cryptocurrency sector is getting a lot of attention and investment. This stuff is not going away and we have a chance with GAW to be on the leading/bleeding edge of something big. I am willing to risk 3 months income to have a share in something that will give me a 5-fold increase on my investment in a few years. Compared to mutual funds from the BWFs (big-wall-street-firms), the potential reward is big. This is as close as I will ever get to playing venture capitalist.</p>
<p>It could all come crashing down, and I would cry, but I would also get over it. Let's hope for the best.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/26/paycoin-paybase"><i class="fa fa-circle-o"></i> Paycoin &amp;
```

Paybase</a> <span class="timeago" title="2014-12-05T17:22:55.411Z"></span> •
<a href="/topic/21589/what-if-paycoin-doesn-t-pan-out/124">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p>I will have about 500 paycoins to stake by the end of the week, and I wanted to make sure that I had enough HashStake capability to put those coins to work. Since I don't know how many coins my Primes will be able to stake, I bought a 500 coin position of HashStakers ( Plan A ).</p>
<p>My reasoning is that I will always have a reserve of HashStakers if I need them, and if my Primes turn out to have enough capacity to stake my coins, I can always sell my HashStakers on the Hash Market at a profit ( Plan B ). In the worse case, once the payout rate is published, I could always return the HashStakers for a full refund ( Plan C ) if I want to raise cash again.</p>
<p>The biggest uncertainty in my plan is that I am not sure if my HashStakers will lock in a payout rate once the Round 1 payout rate is announced, or if my HashStakers will take on the rate in effect on the day I enable them by transferring my Paycoins.</p>
<p>I think I covered myself for several scenarios so let's see how things unfold. Either way, it is exciting to be on the leading edge of something big!</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/2/hashlets-hashstakers"><i class="fa hidden"></i> Hashlets & Hashstakers</a> <span class="timeago" title="2014-12-02T14:01:46.492Z"></span> •
<a href="/topic/20921/counting-down-calculating-how-many-stakers-will-be-needed/58">read more</a>
</span>
</small>
</div>
</div>
<div class="topic-row panel panel-default clearfix">
<div class="panel-body">
<a href="/user/pandacoin">
<img title="PandaCoin" class="img-rounded user-img" src="https://i.imgur.com/Ohq4MbF.jpg">
</a>
<a href="/user/pandacoin">
<strong><span>PandaCoin</span></strong>
</a>
<div class="content">
<p><p><a class="plugin-mentions-a" href="/user/kaiwahine">@kaiwahine</a> That is correct, the payout rate does not depend on the number of Paycoins at-stake in your wallet.</p>
</p>
<p class="fade-out"></p>
</div>
<small>
<span class="pull-right footer">
posted in <a href="/category/33/paycoin-paybase-info"><i class="fa fa-pencil"></i> Paycoin & Paybase Info</a> <span class="timeago" title="2014-11-29T03:56:49.101Z"></span> •
<a href="/topic/20323/paycoin-hashstaker-your-roi-profit-example-round-1-updated-for-primes-easy-calc/155">read more</a>
</span>
</small>
</div>
</div>

```
</div>
</div>
</div>
<input type="hidden" template-variable="yourid" value="0"/>
<input type="hidden" template-variable="theirid" value="4400"/> </div>
<div id="upload-picture-modal" class="modal fade" tabindex="-1" role="dialog" aria-labelledby="Upload
Picture" aria-hidden="true">
<div class="modal-dialog">
<div class="modal-content">
<div class="modal-header">
<button type="button" class="close" data-dismiss="modal" aria-hidden="true">??</button>
<h3 id="myModalLabel">Upload picture</h3>
</div>
<div class="modal-body">
<form id="uploadForm" action="" method="post" enctype="multipart/form-data">
<div class="form-group">
<label for="userPhoto">Upload a picture</label>
<input type="file" id="userPhotoInput" name="userPhoto">
<p class="help-block">You may only upload PNG, JPG, or GIF files <span id="file-size-block"
class="hide"> (max. <span id="upload-file-size"></span> kbs.)</span></p>
</div>
<input type="hidden" id="params" name="params"/>
</form>
<div id="upload-progress-box" class="progress progress-striped">
<div id="upload-progress-bar" class="progress-bar progress-bar-success" role="progressbar" aria-
valuenow="0" aria-valuemin="0">
<span class="sr-only"> Success</span>
</div>
</div>
<div id="alert-status" class="alert alert-info hide"></div>
<div id="alert-success" class="alert alert-success hide"></div>
<div id="alert-error" class="alert alert-danger hide"></div>
</div>
<div class="modal-footer">
<button class="btn btn-default" data-dismiss="modal" aria-hidden="true">Close</button>
<button id="pictureUploadSubmitBtn" class="btn btn-primary">Upload picture</button>
</div>
</div>
</div>
</div>
<div class="topic-search hidden">
<div class="btn-group">
<button type="button" class="btn btn-default count"></button>
<button type="button" class="btn btn-default prev"><i class="fa fa-fw fa-angle-up"></i></button>
<button type="button" class="btn btn-default next"><i class="fa fa-fw fa-angle-down"></i></button>
</div>
</div>
<div class="alert-window alert-left-top"></div>
<div class="alert-window alert-left-bottom"></div>
<div class="alert-window alert-right-top"></div>
<div class="alert-window alert-right-bottom"></div>
<script>
			require(['forum/footer']);
		</script>
</body>
</html>
ript>
</body>
</html>
```