# Exhibit 20

| | |
|---|---|
| From: | Fraser, Thomas [/O=CANTOR FITZGERALD/OU=US-EXCHANGE/CN=RECIPIENTS/CN=TFRASER] |
| Sent: | 10/29/2014 8:57:42 PM |
| To: | STUART FRASER [aukster@msn.com] |
| Subject: | RE: The Next Steps in Project Prime: HashPool and HashCoin |

Cool

Thomas Fraser

110 E. 59th St.
New York, NY 10022
(212) 829-5202 (Office)
(646) 255-8060 (Cell)
tfraser@ccre.com | www.ccre.com



**From:** STUART FRASER [mailto:aukster@msn.com]
**Sent:** Wednesday, October 29, 2014 12:04 PM
**To:** Fraser, Thomas; Kleckner, Jed (Cantor Ventures)
**Subject:** Fwd: The Next Steps in Project Prime: HashPool and HashCoin

FYI. NEW WORLD COMING!  ICO!!

Sent from my iPhone

Begin forwarded message:
**From:** GAW Miners <do-not-reply@gawminers.com>
**Date:** October 29, 2014 at 11:34:11 AM EDT
**To:** Stuart <aukster@msn.com>
**Subject: The Next Steps in Project Prime: HashPool and HashCoin**
**Reply-To:** GAW Miners <do-not-reply@gawminers.com>

HashPool is here -- HashCoin is Coming!                    View this email in your browser

Fraser001232

Exhibit 79
7-17-18

Exhibit PX 66

CONFIDENTIAL

# HashPool is here, HashCoin is coming!

Hi everyone,

ZenPool has been an enormous success -- there's a reason it's still the most popular pool in our platform. Its high payouts, consistent up-times, and fantastic reliability make it the best place in the world to point your hash power.

But, there's one thing ZenPool can't control: the price of bitcoin. In mining crypto, currency price is the ying to your payouts yang. They're tied together, hand in hand. Payouts go up if prices rise, and they go down if they fall. Even if you increase your mining capacity!

We know this hasn't been easy for many of you. We want to do something about it if we can. That's exactly where HashPool comes in.

HashPool will pay out at the same rate as ZenPool, but is different in two important ways:

First, **HashPool pays out in HashPoints**! That means as long as HashPool is available, you have the option to totally protect yourself against drops in bitcoin!

Secondly... and this is the important part. **HashPool has zero fees**! And I'm not just talking about pool fees either (that's a given with all Hashlets) I'm talking maintenance fees as well. When you target HashPool, it pays out the same as ZenPool, but you have no pool fees or maintenance fees at all!

HashPool is now **available to all Hashlet Primes. It will be available today for ZenHashlets** as well but for a limited time. To start using it, simply drag the new HashPool (H) onto your Hashlet Prime or ZenHashlet as shown below.

**Step 1: Select HashPoint Pool**

Fraser001233

CONFIDENTIAL



Step 2: Drag and Drop the Payout onto your Hashlet Prime (or ZenHashlet beginning on 10/29) to start earning HashPoints

Soon, HashPoints will be able to pay for your maintenance fees. Soon, HashPoints will be able to buy you insane Amps that are coming soon in the HashStore. Soon,

Fraser001234                                                                                      CONFIDENTIAL

HashPoints will be able to be used in the ZenCloud Market.

**HashCoin is Coming**
And guess what? The HashPool will allow you to participate in the ICO for the world's greatest coin: HashCoin. HashCoin and HashBase are the next steps in Project Prime and will bring mining, coin management, blockchain explorer, community, and purchasing together.

HashBase will allow you to mine a coin, search for a product, see search results from Target/Walmart/Amazon/Macy's, and buy on the spot. A few days later, the product shows up at your door.

HashPoints, HashCoin, and HashBase are only going to get better from this point forward. And, HashPool will let you guys prepare your inventories for Hashbase, which we're rolling out this year! And trust me, you're going to want to be prepared.

Read The Full HashPool Announcement Here!

Read The Full HashCoin Announcement Here!

Like us on Facebook!

Follow us on Twitter!



Share

Tweet

Forward to Friend

Copyright © 2014 GAW Miners, All rights reserved.
We send special offers to customers who opted in at www.gawminers.com

Mailing address:
GAW Miners
34 E Dudley Town Rd
Bloomfield, CT 06002

Add us to your address book

Do not reply to this email. The reply address is not monitored.
unsubscribe from this list    update subscription preferences

Fraser001236                                                                                        CONFIDENTIAL