# Exhibit 21







