# Exhibit 22

From: Allen Shinners
Sent: Mon 1/12/2015 3:14 AM (GMT-05:00)
To: "'Josh Garza'" <josh@gaw.com>
Cc:
Bcc:
Subject: RE: Post

Then you should have thought it through a lot better. This is your box you have put yourself in, not mine. If you want to deliver, quit screwing around trying to play mind games, just to make yourself look good in the end. I do not trust you will deliver, when my math indicates a 16.7 year timeframe for the last Paycoin to be redeemed. You are only seeing the blinded folks praise you now, but expect that there are 100 times as many who will be looking at this and realizing they are getting screwed even more.

You have destroyed the respect and the support of every pillar of that community. How did you think this was going to turn out, posting such an ignorant post as you did, including the Paybase blog material. You can claim misunderstanding or miscommunication all you like, but I have warned you about this before, you just chose not to listen. You make these posts with the worst English. You have already stated to me on the phone that you play psychological marketing. I have told you before that it will only work a few times, tossing beads to the natives, and that eventually they will just get into their canoes and float away. You can search your email for this last statement, should you want verification.

You guys went on a post cleansing spree, that was so obvious, even the least educated caught it all: Failure 1. You then backtracked your previous statements with more erroneous statements: Failure 2. You then proceeded to explain that everyone misunderstood, principally alluding that everyone was unintelligent: Failure 3. All the while, creating a shitload of enemies with all of the other crypto communities, without regard to the damage you were causing "us": Failure 4.

I can go on, and on, and on. Yes, you are damn right I could have done this better, and I have the track record in my own business to prove it, without the background innuendo of fraud. The reason I have not gotten myself into a pickle, such as you have, is that I do not stick my nose into a business model I do not understand. Who the hell creates a coin before they have the infrastructure in place for its acceptance? Have you seen this yet? These guys supposedly have been working on this since 2008: http://youtu.be/7udvVbIuOJA  And somehow you thought you could do the same thing in a few months?

Don't you find it odd that everything shown in this video is exactly the same "promised" model of Paycoin? The difference, they actually know what they are saying in the video.

Back to the massive group of haters out there you built. You struck a deal with ShapeShift that obviously did not go your way. In the end, they canceled the deal and basically called you out for "fraud." Not for being a bad business person, but for flat out fraud. Let's not forget this either: Cryptsy is calling you a crook. You claimed Big Vern was a friend of yours, even going so far as to state in HT that, "Cryptsy is our exchange of choice." Wow, that obviously was a major overstatement. I was insulted how they considered you my boss, like I was some "yes man" that paid service to you. I told them as much as well. You are damn lucky I did not post this response to HT in my thread there. Do not think I have not already been asked what Cryptsy came back with, as I have. You owe me big for this favor....and I mean BIG.

Hello Allen,
After some research, I think before you decide to pursue this any further you should talk to your boss Josh.
He will be in direct line of your fire and what you are pushing will affect him personally.

Sincerely,

Jim  aka: JShock
Customer Service Manager
Cryptsy.com

This response was a very bad move:



Exhibit
DX-638

GAW00146191

**From:** Jonah Dorman [mailto:jonah@geniusesatwork.com]
**Sent:** Wednesday, January 07, 2015 4:50 PM
**To:** Allen Shinners
**Cc:** Josh Garza
**Subject:** Re: FW: [#172763] XPY Market: Violation of Commodity Trading Regulations (Traders)

Allen,

Officially (Legal and PR) the company has no statement regarding this issue.

If you chose to move forward I would appreciate being kept in the loop as the subject intrigues me.

and

**From:** Jonah Dorman [mailto:jonah@geniusesatwork.com]
**Sent:** Tuesday, January 06, 2015 6:15 PM
**To:** Allen Shinners
**Cc:** Josh Garza
**Subject:** Re: FW: [#172763] XPY Market: Violation of Commodity Trading Regulations (Traders)

Allen,

Any official answer or statement will have to come from our Legal and PR teams of course. If Cryptsy is not answering you after their comment about Josh being a target then I would ask for 24 hours for us to investigate internally prior to giving you an official response.

This exposed the ability to program a High Frequency Trading (HFT) bot, to be used to manipulate crypto exchanges, where XPY/USD pairs existed as well:

**From:** Jonah Dorman [mailto:jonah@geniusesatwork.com]
**Sent:** Tuesday, January 06, 2015 6:02 PM

**To:** Allen Shinners
**Cc:** Josh Garza
**Subject:** Re: FW: [#172763] XPY Market: Violation of Commodity Trading Regulations (Traders)

Allen,

<< worthless text removed >>

Having written several trading bots both HFT and non-HFT in the past I can also say that this single example could be a simple one time failure of a trading bot which did not have proper limits or response reading in place.

Please keep the questions coming. I will continue researching.

I am not going to bother to go through an extensive list of items that were created by you in the past 4 months, as that is already purely academic and thoroughly documented across the internet. I will say that I had better see things changed

around here, quickly, including that farce of a resolution of the $20.00 floor pricing. If that is not changed, it means there is no CAF; there were no initial investors, and the whole thing is a dying financial mess.

You claim we always "under-promise and over-deliver." However, you "think" you do this, but reality has proven otherwise.

You now have too many loose ends that you will never be able to repair, if you maintain this charade much longer. Your venture to Miami is going to be a fiasco, recorded forever, by many people there, all for the world to watch on YouTube. Moe Levin is going to ensure this is all recorded for future posterity. You will deal one of the final blows to this project, causing thousands to lose a lot of important money in the process. I certainly do not have to be the person that precipitates the downfall of GAW, and the investors who have placed an immense amount of money with your company. Once this project hits the skids, the government will stick their nose in, just as they did with the other crypto industry companies of late. There are now too many people out for blood, not just from HT, but even more so from Reddit and BCT. You need to sit yourself in a corner and think about that for a couple of hours. Your "attorney" is not going to be able to speak on your behalf either, nor others from the company. If "Josh Garza" is not answering unscripted questions with unscripted answers, they are going to toss you out on your ear. Once that happens, the project will be totally kaput, because no real, major company is going to want to do any business with GAW directly or indirectly.

You now have a large collective of highly visible people (in HT and other places) who you have pissed off. If you cannot manage that, my forecast of GAW's demise is set in stone, before the end of 2015, whether "you" believe it or not.

You need to fire a lot of people there, including your attorney and your PR person, if they even exist. You complain why new hires don't stay, or real, highly educated professionals want nothing to do with your company. You need to go back into the corner and rethink that problem as well for a few hours. I offered to help you. I even played with your offer and made it workable, although I am not sure why I bothered, after seeing more BS flow out today. Your company has no professional base from which to operate… that is not just my observation, but the observation of a ton of people in HT. If you are in some kind of denial, you need to go take a reality break, because if you continue to proceed with this hilarious show, as it stands today, there is no business person out there who will ever trust you in any future enterprise.


D. Allen Shinners

email: ashinner@columbus.rr.com


**From:** josh@geniusesatwork.com [mailto:josh@geniusesatwork.com] **On Behalf Of** Josh Garza
**Sent:** Monday, January 12, 2015 1:45 AM
**To:** Allen Shinners
**Subject:** Post

listen, you can disagree, feel you can do it better, etc. but there is no down side to you and all Paycoin holders that we under promise and over deliver on this program and that exactly what we will do.

Give it a break for a bit. If you want to make post like that, make them on an on topic thread, and at the right time. 20 min in to it is not the right time.

For the life of me, I have no idea why would do something like that. Writing out the worst case scenario on something we are trying to do to help? How does that help you? People get pissed off? Then what? You get to be right?

Let people have their moments.

--

**Josh Garza**
**CEO-** GAW Corp

"The information contained in this email message may be confidential. If you are not the intended recipient any use, distribution, disclosure or copying of this information is prohibited. If you receive this email in error, please tell us by return email and destroy this communication and any attachments from your system."

GAW00146194