UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>                    Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>December 3, 2021<br><br><u>DEMAND FOR JURY TRIAL</u> |

**DECLARATION OF RUSSELL RENNIE IN SUPPORT OF
PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
AGAINST GAW MINERS, LLC AND ZENMINER, LLC**

I, Russell Rennie, declare as follows:

1. I am an attorney at the law firm Susman Godfrey, LLP and am counsel of record for Plaintiffs in this matter. I submit this declaration in support of Plaintiffs' Motion for Default Judgment Against GAW Miners, LLC and ZenMiner, LLC. I have personal knowledge of the facts set forth in this declaration and could testify competently to them.

2. Attached as Exhibit 1 is a true and correct copy of PX-119, as admitted at trial in this matter.

3. Attached as Exhibit 2 is a true and correct copy of PX-47, as admitted at trial in this matter.

4. Attached as Exhibit 3 is a true and correct copy of PX-82, as admitted at trial in this matter.

1

Dated: December 3, 2021

*/s/ Russell F. Rennie*

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

    I hereby certify that on December 3, 2021, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                      */s/ Russell Rennie*