# Exhibit 2

https://web.archive.org/web/20140818085601/http://www.gawminers.com/pages/hashlet/

Exhibit PX 47






Free U.S. Shipping on orders over $300 | Login | Cart 0

HOME  MINERS  HASHLET  ACCESSORIES  WHOLESALE  BLOG  COMPANY



Introducing Hashlet
The World's First Digital Cloud Miner

Activate Now



Hardware has Evolved.



**Remarkably Intuitive**
Designed to be instant and easy to mine.

Cryptocurrency is changing the world. The Hashlet was designed from the start to be the easiest, most convenient miner to own. Instead of presales and waiting for shipping, Hashlet miners activate instantly via a simple, yet powerful online interface - ZenCloud. If you can open an email, you can setup and operate a Hashlet.

**Datacenter Optimized**
Built exclusively to dominate the cloud



The future of profitability is in the cloud. Datacenters cut power costs in half, maximize uptime, and save you from having noisy miners in your home. Hashlet is the world's first Digital Cloud Miner (DCM), perfectly optimized to thrive in large, controlled datacenters and achieve massive economies of scale. All Hashlets are hosted in the most robust mining data center in the world and come with a 99.9% uptime guarantee.

### Made for ZenPool
The world's best miner deserves the World's Most Profitable Pool.

The Hashlet was designed from the ground up to be optimized for ZenPool - the most advanced multipool ever conceived. Developed specifically for the Hashlet, ZenPool uses smart payout prediction and the industry's fastest monitoring systems to give Hashlet owners the highest and most reliable payouts of any multipool in the world. And it belongs exclusively to Hashlet owners.





### More of What you Want
Less of what you Don't

- **Never Obsolete** - Adjusts to always remain profitable & never breaks down.
- **Instant Activation** - Start hashing in minutes. No pre-orders.
- **Unlocks ZenPool** - The world's most profitable multipool, exclusive to Hashlet owners.
- **0% Pool Fees** - All pool fees are built into the price of your Hashlet.
- **No Shipping** - Don't pay or wait days for a package to arrive. Start mining immediately.
- **Datacenter-Optimized** - Engineered to take full advantage of economies of scale.
- **Profitable** - Maintenance costs can decline over time, keeping your Hashlet profitable.

### Hashlets Constantly Upgrade & Remain State-of-the-Art
New Features Coming Soon

  

Trade-in Upgrades    Buy & Sell Marketplace    Changeable Algorithms





## Hashlet has Arrived

Choose the Size of your Hashlet



### 1 MH/s $15.99

QUANTITY

— 1 +

ADD TO CART

© 2014 GAW Miners – a Geniuses at Work Company

Reviews by 

 1 Review

**Reviews (1)**

 Arno N. Verified Reviewer  02/18/15
★★★★★

**A walk on the beach review**
This is a great example of what VR can do for relaxation. I love the combination of the sound of waves and music.
The movie has the highest quality I have seen so far and there is no shaking (except for the bonus movie which I will not watch again because of the shaking). Highly recommended!!!

Share |       Was This Review Helpful?  👍 1   👎 0