# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>     v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>              Defendants. | Case No. 3:16-cv-00940<br><br><br><br><br><br><br><br><br><br><br>DECEMBER 15, 2021 |

## **MOTION TO WITHDRAW APPEARANCE OF COUNSEL**

Pursuant to Rule 7(e) of the Local Rules of the United States District Court for the District of Connecticut, Mark P. Kindall hereby moves to withdraw as counsel for Plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas, individually and on behalf of all others similarly situated, ("Plaintiffs"). Mr. Kindall will be retiring from Izard, Kindall & Raabe LLP, which represents Plaintiffs in this matter, effective January 1, 2022.

As set forth in the accompanying Declaration, Mr. Kindall's withdrawal will not cause any prejudice or delay in this case. Plaintiffs will continue to be represented by the undersigned counsel, Robert A. Izard and Craig A. Raabe of Izard, Kindall & Raabe LLP, and Marc Seltzer, Kathryn Hoek, Seth Ard, Russel F. Rennie, Jacob Buchdahl, Geng Chen, and Edgar Sargent of Susman Godfrey LLP.

Plaintiffs therefore respectfully request that this Court grant their Motion to Withdraw Mr. Kindall as attorney of record in the above-captioned matter.

-2-

| | |
|---|---|
| Dated: December 15, 2021 | Respectfully submitted, |

/s/ *Mark P. Kindall*
Mark P. Kindall (ct13797)
Robert A. Izard (ct01601)
Craig A. Raabe (ct04116)
IZARD KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
mkindall@ikrlaw.com
rizard@ikrlaw.com
craabe@ikrlaw.com

SUSMAN GODFREY L.L.P.

Marc Seltzer
Kathryn Hoek
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
mseltzer@susmangodfrey.com
khoek@susmangodfrey.com

Seth Ard
Russel F. Rennie
Jacob Buchdahl
Geng Chen
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
sard@susmangodfrey.com
rrennie@susmangodfrey.com
jbuchdahl@susmangodfrey.com
gchen@susmangodfrey.com

Edgar Sargent
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (202) 516-3880
esargent@susmangodfrey.com

*Counsel for Plaintiffs*