UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>    Defendants. | Case No. 3:16-cv-00940<br><br><br><br><br><br><br><br><br><br>DECEMBER 15, 2021 |

## DECLARATION OF MARK P. KINDALL IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE OF COUNSEL

I, Mark P. Kindall, declare as follows:

  1.  I am an attorney of record for Plaintiffs Denis Marc Audet, Michael Pfeiffer, Dean Allen Shinners, and Jason Vargas, individually and on behalf of all others similarly situated, ("Plaintiffs") in this matter. I submit this Declaration in support of the Motion to Withdraw Appearance of Counsel. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so under oath.

  2.  I will be retiring from Izard, Kindall & Raabe LLP effective January 1, 2022.

  3.  My withdrawal will not prejudice any party nor will it cause any delay in the above captioned matter. My colleagues Robert A. Izard and Craig A. Raabe of Izard, Kindall & Raabe, LLP, together with Marc Seltzer, Kathryn Hoek, Seth Ard, Russel F. Rennie, Jacob Buchdahl, Geng Chen, and Edgar Sargent of Susman Godfrey LLP have entered appearances in this action and will continue as attorneys of record for Plaintiffs.

-2-

4. Pursuant to Civil Local Rule 7(e), the Motion to Withdraw Appearance of Counsel was filed with the Clerk of the Court for the United States District Court for the District of Connecticut using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dated: December 15, 2021                IZARD, KINDALL & RAABE LLP

By: */s/ Mark P. Kindall*
Mark P. Kindall (ct13797)
IZARD KINDALL & RAABE LLP
29 South Main Street, Suite 305
West Hartford, CT 06107
T: (860) 493-6292
F: (860) 493-6290
mkindall@ikrlaw.com

*Counsel for Plaintiff*