# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-cv-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | January 14, 2022 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

## DECLARATION OF AMINA HASSAN IN SUPPORT OF DEFENDANT STUART A. FRASER'S OPPOSITION TO PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST GAW MINERS, LLC AND ZENMINER, LLC

I, Amina Hassan, declare as follows:

1. I am an attorney duly admitted to practice in this Court and am a partner with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser in this action.

2. I submit this declaration in support of Mr. Fraser's opposition to Plaintiffs' Motion for Default Judgment Against GAW Miners, LLC and ZenMiner, LLC (ECF 352). The purpose of this declaration is to put before the Court certain documents that are cited in the memorandum of law in support of Mr. Fraser's opposition.

3. Exhibit A is a true and correct copy of an excerpt from the transcript of the Charge Conference held in this matter on October 27, 2021.

2

4.      Exhibit B is a true and correct copy of an excerpt from the transcript of trial proceedings in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 14, 2022
            New York, New York

_____
Amina Hassan (*pro hac vice*)

2