UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET *et al.*, : | |
| : | |
| Plaintiffs, : | Civil Action No. |
| : | 3:16-cv-00940-MPS |
| v. : | |
| : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, : | |
| LLC, and ZENMINER, LLC, (d/b/a/ ZEN : | January 14, 2022 |
| CLOUD), : | |
| Defendants. : | |

**DECLARATION OF AMINA HASSAN IN SUPPORT OF DEFENDANT STUART A. FRASER'S OPPOSITION TO PLAINTIFFS' MOTION FOR <u>JUDGMENT AS A MATTER OF LAW OR NEW TRIAL</u>**

I, Amina Hassan, declare as follows:

1. I am an attorney duly admitted to practice in this Court and am a partner with the firm of Hughes Hubbard & Reed LLP, attorneys for Stuart A. Fraser in this action.

2. I submit this declaration in support of Mr. Fraser's opposition to Plaintiffs' Motion for Judgment as a Matter of Law or New Trial (ECF 351). The purpose of this declaration is to put before the Court certain documents that are cited in the memorandum of law in support of Mr. Fraser's opposition.

3. Exhibit A is a true and correct copy of excerpts from the transcripts of trial proceedings in this matter.

4. Exhibit B is a true and correct copy of excerpts from the transcript of the October 27, 2021 Charge Conference held in this matter.

5. Exhibit C is a true and correct copy of DX-731, as admitted at trial in this matter.

2

6.Exhibit D is a true and correct copy of DX-745, the transcript of the deposition testimony of Ms. Madeline Eden played to the jury at trial.

7.Exhibit E is a true and correct copy of DX-744, the transcript of the deposition testimony of Mr. Jonah Dorman played to the jury at trial.

8.Exhibit F is a true and correct copy of PX-203, the transcript of the deposition testimony of Mr. Josh Garza played to the jury at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:January 14, 2022
New York, New York

_____
Amina Hassan (*pro hac vice*)