# Exhibit A

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
 2
    - - - - - - - - - - - - - - - - x
 3
    DENIS MARC AUDET, MICHAEL         No. 3:16-CV-940 (MPS)
 4  PFEIFFER, and DEAN ALLEN
    SHINNERS, Individually and on     OCTOBER 20, 2021
 5  Behalf of All Others Similarly
    Situated,                         1:45 P.M.
 6
    vs.                               JURY TRIAL
 7
    STUART A. FRASER, GAW MINERS,
 8  LLC, and ZENMINER, LLC, (d/b/a
    ZEN CLOUD)
 9
    - - - - - - - - - - - - - - - - x
10
11                   Volume I - Pages 1 - 80

12
                         450 Main Street
13                    Hartford, Connecticut

14

15        BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                     AND A JURY OF NINE

17

18  APPEARANCES:

19  FOR THE PLAINTIFFS:

20            SUSMAN GODFREY, L.L.P.
                  1301 Avenue of the Americas, 32nd Floor
21                New York, New York 10019
              BY:  SETH D. ARD, ESQUIRE
22            BY:  JACOB W. BUCHDAHL, ESQUIRE
              BY:  GENG CHEN, ESQUIRE
23
    (Appearances Continue ...)
24

25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:

 3              HUGHES, HUBBARD & REED L.L.P.
                    One Battery Park Plaza, 12th Floor
 4                  New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5            BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6            BY:  HANNAH MILLER, ESQUIRE

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20    COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                         (860) 212-6937
21
      Proceedings recorded by mechanical stenography, transcript
22    produced by computer.

23

24

25
```

1    Q    Can you explain what that is?

2    A    Sure.  It's the top honor given by the U.S. Government for

3    early career scientists and engineers.  The White House gives

4    it out every year.  I was recommended for that award by the

5    National Science Foundation.

6    Q    Have you received any awards or honors or recognition for

7    your teaching?

8    A    I've received several teaching awards, including for each

9    of the last three courses that I taught at Princeton.

10   Q    Professor Narayanan, what were you asked to do in this

11   case?

12   A    I was asked to give a general description of cryptocurrency

13   mining.  I was also asked to analyze several specific products

14   released by the Defendants and to provide my analysis.

15   Q    Are you paid for your work on this case?

16   A    I'm paid an hourly rate.  I'm also reimbursed for expenses

17   like travel.

18   Q    Is your compensation contingent on the outcome of this

19   case?

20   A    No, it's not.  Win or lose, I get paid the same.

21   Q    And, Professor, what did you do to reach the opinions

22   you'll be discussing today?

23   A    I reviewed several documents related to the case, including

24   deposition testimonies.  I also looked at publicly available

25   materials, including the source code for Paycoin, which was one

1   of the products released by the Defendants.

2   Q    Did you rely on anything else to reach your opinions?

3   A    I certainly relied on my general knowledge and education

4   and expertise in computer science generally but also

5   specifically in cryptocurrency.

6   Q    Do you consider yourself an expert in cryptocurrency?

7   A    I do.

8            MS. CHEN:  Your Honor, at this time --

9            THE COURT:  No need to petition the Court.  It will be

10  for the ladies and gentlemen of the jury to decide the

11  witness's qualifications.  You can proceed with your

12  examination.

13           MS. CHEN:  Thank you, Your Honor.

14  Q    (By Ms. Chen) Professor Narayanan, can you tell us what is

15  cryptocurrency?

16  A    Sure.  Cryptocurrency is a type of digital asset that's

17  used as a medium of exchange.

18  Q    Can you tell us what do you mean by "digital asset"?

19  A    An asset is simply something that holds value.  A dollar

20  bill is a physical asset.  It's tangible.  You can hold it in

21  your hand, but a digital asset is one that exists in electronic

22  form.

23  Q    Is a digital asset real if it only exists in electronic

24  form?

25  A    It certainly is.  These days when we buy stocks, we usually

1   Q   Can you buy Bitcoin today?

2   A   You certainly can.  You can go to an online exchange and

3   you can buy Bitcoin in exchange for something like dollars.  In

4   fact, one Bitcoin today trades for a little bit more than

5   $60,000.

6   Q   So does that mean the value of a cryptocurrency changes

7   over time?

8   A   It certainly changes over time, and I believe there is a

9   slide for this on this slide.  The price of Bitcoin has tended

10   to go up and down over a time scale of years, but the long-term

11   trend has been up.

12          In fact, one of the amusing anecdotes from the very

13   early days of Bitcoin was that a cryptocurrency enthusiast

14   spent 10,000 Bitcoins for two pizzas.  If someone had held onto

15   those 10,000 Bitcoins at the price of $60,000 today, that would

16   be worth more than half a million dollars.

17   Q   Professor, did you say million or billion?

18   A   That would be worth more than half a billion dollars.

19   Apologies if I was not clear.

20   Q   Are there cryptocurrencies other than Bitcoin?

21   A   There are certainly hundreds of cryptocurrencies other than

22   Bitcoin.

23   Q   Can you explain to the jury how a transaction that would

24   work using a cryptocurrency?

25   A   Sure.  Let's start with an ordinary debit card transaction

1     and contrast that with a cryptocurrency transaction.

2            Let's say I go to a coffee shop and I want to pay for

3     my coffee with a debit card.  I would insert that card into a

4     machine.  That machine would contact my bank, and my bank would

5     verify that I had enough funds to cover the cost of the coffee.

6     Once that verification is done, the amount would be debited

7     from my account, credited to the coffee shop's account, as you

8     can see on the slide, and then I would get my cup of coffee.

9     Q   How would that work, then, with Bitcoin instead?

10    A   With Bitcoin, it would be broadly the same, but there are a

11    couple of important differences.  I would use an app on my

12    phone rather than a piece of plastic.  This app on my phone

13    would need to know the Bitcoin address of the coffee shop.  An

14    address is like an account identifier.  Once it knows that

15    address, my Bitcoin app will create a transaction, sending a

16    certain amount of value from my Bitcoin address to the coffee

17    shop's Bitcoin address.  But instead of sending that

18    transaction to a bank, what the app would do is broadcast that

19    transaction to the entire network of thousands of Bitcoin nodes

20    or Bitcoin computers that are out there.

21           And that network would get to work verifying if the

22    transaction's legitimate.  And once the transaction's verified,

23    the coffee shop gets my Bitcoins and I get my cup of coffee.

24    Q   What does it mean, then, to verify a Bitcoin transaction?

25    A   Verifying a transaction is simply making sure that the

1    A    I am.  Hashlets are a product that was released by GAW

2    Miners back in August 2014.

3    Q    What did GAW represent to its customers they were actually

4    buying when they purchased a Hashlet?

5    A    Hashlets were a product related to mining Bitcoins as well

6    as other cryptocurrencies.  But rather than shipping a physical

7    mining computer to customers, GAW represented that what

8    customers were buying is a certain quantity, a certain number

9    of calculations per second of the mining power that GAW itself

10   owned and operated.

11   Q    What were customers to receive in exchange?

12   A    GAW represented that customers would receive a portion of

13   the payouts that GAW itself would receive by using its own

14   Bitcoin mining equipment to mine for Bitcoin and for other

15   cryptocurrencies.  In effect, what customers were told is they

16   were purchasing, as you can see on the slide, is the right to

17   profit from a slice of computing power or mining power owned by

18   GAW.

19   Q    Were Hashlets in reality consistent with these

20   representations?

21   A    They were not.

22   Q    How so?

23   A    Hashlets were not backed by physical mining in reality.  In

24   fact, GAW Miners did not have the quantity of physical mining

25   power that it would need to back the virtual mining power that

1    and Madeline Eden, who were former employees of GAW; and I also

2    know this from the criminal Plea Agreement of Josh Garza.

3    Q   Professor, did you review Mr. Garza's Plea Agreement in the

4    criminal case against him?

5    A   I did review the Plea Agreement; and Garza, of course, was

6    the CEO of GAW Miners at the time.

7            MS. CHEN:  Mr. Boles, if you could go back to the

8    slides.

9            THE COURT:  So you wanted to introduce PX 119 as a

10   full exhibit then; is that right?

11           MS. CHEN:  Yes, that is right.

12           THE COURT:  All right.  That will be full.

13       (Plaintiffs' Exhibit 119, received in evidence.)

14   Q   (By Ms. Chen) Professor, did you review the statements

15   shown on this slide?

16   A   I did.

17   Q   So what did the Plea Agreement indicate to you about

18   Hashlets?

19   A   One of the sections here is called "Stipulation of Offense

20   Conduct."  It contained a description of events at the time, as

21   well as a list of statements that both Garza and the Government

22   agreed were made by GAW but turned out to be false and also

23   listed what was the actual truth behind them.

24           Now, if we look at paragraph 4, what it says here

25   describes how Hashlets were sold to investors.  And starting

1    from the second sentence it says, "A hashlet entitled an

2    investor to a share of the profits that GAW Miners and/or

3    ZenMiner would purportedly earn by mining virtual currencies

4    using the computers that were maintained in their data centers.

5    In other words, hashlet customers, or investors, were buying

6    the rights to profit from a slice of the computing power owned

7    by GAW Miners and ZenMiner."

8    Q    And did you learn anything else about Hashlets from the

9    Plea Agreement?

10   A    I looked at paragraph 5, where it describes, in contrast to

11   the statement on the left summarizing how Hashlets were sold to

12   customers, what actually happened was, if we look at the second

13   sentence:  "Stated differently, the defendant's companies sold

14   the customers the right to more virtual currency than the

15   companies'" mining -- pardon -- "than the companies' computing

16   power could generate."

17   Q    Are mining power and computer power synonyms?

18   A    In this context, they are synonyms, yes.

19   Q    Professor, did GAW Miners come to sell or provide other

20   products in addition to Hashlets?

21   A    Yes.  GAW Miners sold several other products.  These were

22   all related to Paycoin, which was a cryptocurrency that GAW

23   Miners launched in late 2014.  So this was a few months after

24   the launch of Hashlets.

25   Q    Did Paycoin ever have a different name?

1    A    Yes.  I believe it was called Hashcoin early on, but by the

2    time it was released to the public, it was called Paycoin.

3    Q    Now, is Paycoin a cryptocurrency of Bitcoin?

4    A    Paycoin is a cryptocurrency, but it has some important

5    differences from Bitcoin.

6    Q    Excuse me, Professor.  Did you say Paycoin or Bitcoin?

7    A    Paycoin is a cryptocurrency, but it has some important

8    differences from Bitcoin.

9    Q    Thank you.  I'm sorry.  I might not have heard correctly.

10              So what were the differences between the two?

11   A    There were two important differences.  One is, if you may

12   recall, we called Bitcoin a proof of work cryptocurrency

13   involving these computational puzzles.  Paycoin used a

14   different technology called proof of stake.  And the second

15   major difference was that Paycoin involved a lot more

16   centralization and central control than Bitcoin did.

17   Q    Can you bring us through that one at a time.  What is proof

18   of stake?

19   A    Sure.  Proof of stake and proof of work are both methods to

20   determine which entity or miner gets to add blocks to the

21   blockchain.

22              The way that proof of work works is that miners who

23   have a lot of computational power have more of a chance to add

24   blocks to the blockchain and get a reward in exchange.

25              The way that proof of stake works is that miners or

1   entities who own a lot of coins in the system, that is, a lot

2   of units of the cryptocurrency, that is, entities who have a

3   lot of stake in the system, are going to be the ones who have a

4   higher chance to put in blocks into the blockchain and earn

5   rewards as a result.

6   Q    In addition to being proof of stake, what was the other

7   difference that you mentioned between Paycoin and Bitcoin?

8   A    The other main difference was that Paycoin had a much

9   greater element of central control than Bitcoin did.

10  Q    Professor, what do you consider when evaluating a

11  cryptocurrency's level of central control?

12  A    Sure.  In computer science, there is not one single factor

13  that determines whether a cryptocurrency is centralized or

14  decentralized.  Instead, the way that we look at it is we look

15  at each of the major components of a cryptocurrency.

16        We look at the software itself that encodes the rules

17  of the cryptocurrency; that's number one.  Next, we look at the

18  currency ownership, that is, the coins of the cryptocurrency.

19  Next, we look at the mining power behind the cryptocurrency;

20  that's Factor No. 3.  And the last factor that we look at is

21  all of the services that are necessary in order to make this

22  cryptocurrency useful for trading and payments and so on.

23        So for each of these factors, we look at:  Is there

24  some entity in control?  Is it distributed among a lot of

25  people or a small number of entities?  And if there is an

1    make transactions easier in Paycoin or whatever other

2    cryptocurrency.

3              Specifically, with Paybase, GAW Miners promised that

4    Paybase could be used to be able to make purchases at retailers

5    like Target and Walmarts.  And this would be one potential way

6    to increase the usefulness and potentially the value of Paycoin

7    for all of its users.

8    Q   So after walking through these factors, what did you

9    conclude, Professor, about Paycoin's level of centralization?

10   A   In summary what I concluded is that, looking at each of the

11   major factors of the cryptocurrency, is that along each of

12   these dimensions GAW Miners did exercise or claims to be able

13   to exercise a very significant degree of control in stark

14   contrast to a decentralized cryptocurrency like Bitcoin.

15             MS. CHEN:  Thank you very much, Professor Narayanan.

16   Pass the witness.

17             THE COURT:  Cross-examination?

18                         CROSS-EXAMINATION

19   BY MR. WEINSTEIN:

20   Q   Afternoon, Professor Narayanan.

21   A   Good afternoon.

22   Q   You mentioned at the outset of your testimony that you are

23   paid by the hour for your work; is that right?

24   A   That's correct.

25   Q   And was that true -- well, withdrawn.

```
 1              You prepared an expert report in this case; is that
 2    right?
 3    A    That's correct.
 4    Q    And you're obviously testifying here today?
 5    A    Yes.
 6    Q    And with respect to each of those, you were paid by the
 7    hour?
 8    A    That's correct.
 9    Q    Do you recall -- you didn't mention what the hourly rate
10    was during your testimony; right?
11    A    I did not.
12    Q    And you're paid $800 an hour for your work; is that right?
13    A    That's correct.
14    Q    And that remains true through today?
15    A    That's correct.
16    Q    It's the Plaintiffs who are paying your hourly rate to
17    appear as an expert; is that right?
18    A    I'm paid through Plaintiffs' counsel as far as I know.
19    Q    Sir, you mentioned that you were able to determine certain
20    features of Paycoin by reviewing the source code; is that
21    right?
22    A    Yes.
23    Q    Can you explain for the jury what source code is?
24    A    Sure.  Source code is computer code.  Computer code can
25    exist in two forms.  Source code is the initial form in which
```

1  it is created by programmers.  It can also exist in a different

2  form, sometimes called a machine executable form.

3  Q   So for a feature to be part of the source code of this

4  product, it would require some kind of computer programmers to

5  enter that into the source code; correct?

6  A   Generally, yes.

7  Q   And it took you, a computer science expert, to determine,

8  based on a review of the source code, that it had certain of

9  the features that you just talked about with the jury; correct?

10 A   That was one way in which I analyzed the features of

11 Paycoin.

12 Q   Right.  I understand you also looked at certain other

13 information.  But with respect to the source code, it required

14 a computer science expert to figure out the features that were

15 embedded within that source code; correct?

16 A   I consider myself a computer science expert.  I don't know

17 that it requires a computer science expert to be able to read

18 source code.

19 Q   Fair to say that the average Joe on the street are not

20 going to be able to figure out the features that are embedded

21 within the source code if they were to look at it?

22 A   I would agree that, um, it requires a certain degree of

23 technical expertise to be able to read source code.

24 Q   Expertise in what?

25 A   It could be many things.  It could be computer science.  It

```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
2
    - - - - - - - - - - - - - - - - x
3
    DENIS MARC AUDET, MICHAEL            No. 3:16-CV-940 (MPS)
4   PFEIFFER, and DEAN ALLEN
    SHINNERS, Individually and on        OCTOBER 21, 2021
5   Behalf of All Others Similarly
    Situated,                            8:59 A.M.
6
    vs.                                  JURY TRIAL
7
    STUART A. FRASER, GAW MINERS,
8   LLC, and ZENMINER, LLC, (d/b/a
    ZEN CLOUD)
9
    - - - - - - - - - - - - - - - - x
10

11                   Volume II - Pages 81 - 226

12
                          450 Main Street
13                      Hartford, Connecticut

14

15      BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                      AND A JURY OF NINE

17

18  APPEARANCES:

19  FOR THE PLAINTIFFS:

20          SUSMAN GODFREY, L.L.P.
                1301 Avenue of the Americas, 32nd Floor
21              New York, New York 10019
            BY:  SETH D. ARD, ESQUIRE
22          BY:  JACOB W. BUCHDAHL, ESQUIRE
            BY:  GENG CHEN, ESQUIRE
23
    (Appearances Continue ...)
24

25
```

```
1   APPEARANCES CONTINUED:

2   FOR THE DEFENDANT:

3            HUGHES, HUBBARD & REED L.L.P.
                One Battery Park Plaza, 12th Floor
4                New York, New York 10004-1482
         BY:  DANIEL WEINER, ESQUIRE
5         BY:  MARC A. WEINSTEIN, ESQUIRE
         BY:  AMINA HASSAN, ESQUIRE
6         BY:  HANNAH MILLER, ESQUIRE

7

8

9

10

11

12

13

14

15

16

17

18

19

20  COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                        (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22  produced by computer.

23

24

25
```

1   A   That's correct.

2   Q   Mr. Pfeiffer, he was -- he is one of the named Plaintiffs;

3   correct?

4   A   Yes, sir.

5   Q   You did not review any books and records of GAW Miners; is

6   that right?

7   A   If by books you mean accounting records, I did not.

8   Q   You did not review any books and records of ZenMiners; is

9   that right?

10  A   That's correct.

11  Q   You did not review any other documents or data from the

12  companies at issue in this case; is that right?

13  A   I have to think about that for a minute.

14          I certainly reviewed publicly available data, such as

15  exchange rates for Paycoin; but at the moment, I don't recall

16  reviewing any private documents related to the companies.

17  Q   Meaning you didn't review or analyze documents from the

18  companies themselves; is that right?

19  A   As far as I can recall, yes.

20  Q   Let's talk about cloud mining for a moment.  When someone

21  is cloud mining, it means that there is shared mining capacity

22  that's kept in data centers; is that right?

23  A   Cloud mining is a fuzzy term.  There are a variety of

24  meanings, but it generally does involve data centers, yes.

25  Q   The mining is kept in data centers so the customers who

1    want to mine at home don't have to have the equipment in their

2    house.  Is that true?

3    A    That is one benefit of cloud mining, yes.

4    Q    There's usually a company that owns and maintains the

5    machines for the customers?

6    A    In general, that is correct.  But it -- the machines in

7    cloud mining could also be owned by the customers.

8    Q    The customers in cloud mining pay -- if the -- withdrawn.

9             If the company maintains the machines, the customers

10   pay a fee for either a miner itself or some portion of the

11   mining power of the mining equipment; is that right?

12   A    Customers do generally pay a fee in cloud mining, that's

13   correct.

14   Q    The operator of the miners, the company that maintains

15   them, does not profit from the coins generated by the miners;

16   correct?

17   A    I think there are a variety of ways in which cloud mining

18   can be set up, and I'm not sure at the moment that that

19   characterization is true of all of them.

20   Q    So one type of scenario is that a company that operates the

21   machines does not profit from the coins that are generated by

22   the mining power?

23   A    That is one way in which cloud mining could be set up,

24   yes.

25   Q    In that scenario, the operator of the machines earns fees

Narayanan - Cross                                                    90

1    for maintaining the machines; correct?

2    A    That would be one way to set it up for sure.

3    Q    They can also earn fees when the customers acquire their

4    portion of the mining power?

5    A    Yes, sir.

6    Q    Those are typically fixed fees; is that right?

7    A    I can't speak to whether it's typical or not.  I believe

8    there have been a variety of related but distinct revenue

9    models involved in cloud mining.

10   Q    In that scenario, the mining operator, the company that's

11   maintaining the machines, is insulated from the financial risks

12   of being part of a mining pool; is that right?

13   A    That is one way it is set up, yes, sir.

14   Q    That means that to the extent that the cryptocurrency

15   that's being mined by the machines can either rise or fall in

16   value, the company that maintains the machines is not taking

17   the risk of that market fluctuation; correct?

18   A    That's correct.

19   Q    Similarly, to the extent that the pool that's generating

20   the coins generates less coins over time because the mining

21   becomes more difficult, the operating company also is not

22   taking that risk; correct?

23   A    Pardon me.  Are you talking about the pool operator or the

24   cloud mining operator?

25   Q    The pool operator.

1    A    There are different ways to set up payout structures for

2    pool, and so it really depends on how that's set up.  Sometimes

3    the pool operator does take a risk, and sometimes they do

4    not.

5    Q    In this case, GAW Miners' role was to be the operator of

6    the machines; correct?

7    A    One role that GAW Miners had is to be the operator of the

8    machines.

9    Q    GAW Miner was going to make money from being the operator

10   by charging fees; correct?

11   A    Yes, sir.

12   Q    One of the fees that GAW Miners charged was to maintain the

13   machines on behalf of the customers.

14   A    That's how it was represented, yes.

15   Q    Another way that GAW Miners was going to make money was to

16   charge an up-front, fixed fee to the customer to acquire a

17   portion of the mining power.

18   A    Yes.

19   Q    It was the customer that acquired the mining power that

20   stood to gain a profit from the mining that the machines were

21   doing; correct?

22   A    I'd have to think about that for a minute.

23            This would really depend on a lot of details behind --

24   I apologize for my voice again.

25            Certainly the customer did stand to make a profit

1    question whether GAW Miners had separate mining capacity going

2    to the pools other than what it sold to customers?

3    Q   The question is:  If a customer was part of a mining pool,

4    was GAW Miners the company part of the pool that profited from

5    any coins generated by the mining power of that pool?

6    A   I don't know that one way or another.  I think it's

7    certainly possible for GAW Miners, with some of the mining

8    power that it did have, to participate in mining pools separate

9    from the mining power that customers had requested.

10   Q   So conceptually it's possible that GAW Miners could have

11   been a participant in a pool, but you don't know if that was

12   the case; correct?

13   A   That's correct.

14   Q   Is it also the case that, with respect to Hashlets,

15   customers could choose from different pools?

16   A   I believe -- my understanding is that there was a limited

17   ability to choose pools.

18   Q   Each pool could be -- withdrawn.

19        The mining power from each different pool could be

20   targeted to something different than another pool; correct?

21   A   Different pools could mine for different cryptocurrencies.

22   It could be Bitcoin; it could be a different cryptocurrency.

23   Q   So one customer of GAW Miners could choose to direct the

24   mining power to one type of cryptocurrency while another

25   customer might direct its mining power to a different

1    cryptocurrency; correct?

2    A    I believe that was possible, yes.

3    Q    The customer in that way had the ability to determine how

4    his or her money would be used; correct?

5    A    That's how it was represented, yes.

6    Q    Is it also your understanding, sir, that customers could

7    change the allocation of their mining power on a daily basis?

8    A    I don't know if it was on a daily basis, but my

9    understanding is that there was some ability to change the

10   allocation of mining power, yes.

11   Q    So after you purchase your mining power, if you do that on

12   a Thursday and decide to point it towards one type of

13   cryptocurrency, the next Monday the customer could choose to

14   change the focus of that mining power to a different

15   cryptocurrency; correct?

16   A    That specifically, I don't know if that was possible

17   because my recollection is that each Hashlet was sold specific

18   to a type of cryptocurrency.

19   Q    In performing your review for this case, did you

20   familiarize yourself with the different pools associated with

21   the different Hashlets?

22   A    I did look into the pools associated with different

23   Hashlets, but I don't know if I can recall them from memory at

24   this moment.

25   Q    From your review, are you familiar with the Clevermining

1   pool?

2   A    It is a name that came up in my -- in my review.

3   Q    Do you know what the focus of the mining power was in that

4   particular pool?

5   A    I cannot recall that at this moment.

6   Q    Are you familiar with the Multipool?

7   A    That is also a name that came up.

8   Q    Can you tell us what the focus of the mining power was for

9   the Multipool?

10  A    I'm unable to recall the focus of any of the mining pools

11  at this moment.

12  Q    Are you familiar with the NiceHash pool?

13  A    That also came up in my review.

14  Q    How about the TradeMyBit pool?

15  A    I'm not sure if I recall that name at this moment.

16  Q    Do you recall the WafflePool?

17  A    Yes, sir.

18  Q    With respect to either the NiceHash pool or the WafflePool,

19  can you tell us what the focus of the mining power was for

20  those pools?

21  A    Not from memory, no, sir.

22  Q    Was it your understanding that the pools to which people

23  could focus their mining power included customers outside of

24  GAW Miners?

25  A    I believe that was the case for at least some of the pools,

1    yes.

2    Q    So if a customer buys a Hashlet and focuses its mining

3    power into a specific pool, there could be people around the

4    world in that pool who are not customers of GAW Miners.

5    A    Yes, sir.

6    Q    Professor, in your testimony yesterday, you were shown two

7    documents that have been admitted in this case, PX 47 and PX

8    119.  So I want to take a look at each of those for a moment.

9         If we could pull up PX 47.

10        I believe you identified this as a screenshot from GAW

11   Miners' website?

12   A    Yes.

13   Q    When you discussed this document yesterday, you referred to

14   a portion of the website that discusses the data center.  Do

15   you recall that?

16   A    Yes.

17   Q    We can scroll down.  It's on the screen now.  And you read

18   for us yesterday some really small print which said, All

19   Hashlets are hosted in the most optimal mining data center in

20   the world.  Do you recall that?

21   A    I believe it says "robust" rather than "optimal," but

22   yes.

23   Q    You are correct.  Thank you.

24        You testified, after reading that yesterday, that --

25   well, do you recall answering the following question and giving

1   So I believe it's generally true, but I don't know that it's

2   absolutely true of all cryptocurrencies.

3   Q    Paycoin -- excuse me.  I think I'm catching what you got.

4        Paycoin --

5        MR. BUCHDAHL:  Not okay.

6   Q    (By Mr. Weinstein) Paycoin was a cryptocurrency; correct?

7   A    It -- yes, sir.

8   Q    Still is?

9   A    Paycoin, um -- what Paycoin was at the time would still be

10   called a cryptocurrency.  I don't know to what extent it is

11   still trading on the markets.

12   Q    And you analyzed, as you've just discussed, whether Paycoin

13   was centralized or decentralized; correct?

14   A    Yes.

15   Q    You did that analysis from a computer science perspective?

16   A    Yes.

17   Q    You're not a securities expert; correct?

18   A    Correct.

19   Q    You're not a securities regulation expert?

20   A    Correct.

21   Q    You never taught a class on securities or securities

22   regulation?

23   A    Correct.

24   Q    Never wrote a book on securities or securities

25   regulation?

1    A    No, sir.

2    Q    Never testified as an expert on securities or securities

3    regulation; correct?

4    A    Correct.

5    Q    The ledger for Paycoin was decentralized; correct?

6    A    This starts to get into definitional murky waters.  It was,

7    um -- let me put it this way:  Paycoin -- Paycoin's design had

8    many similarities to other decentralized ledgers, but what

9    happened in practice was that there was one entity that ended

10   up having a lot of control over that ledger.

11   Q    You -- in forming your opinion, you told us before that one

12   of the three depositions you read was Madeline Eden?

13   A    Yes, sir.

14   Q    Do you recall reviewing her testimony that Paycoin was

15   decentralized?

16   A    I don't remember the specific words in her testimony.

17   Q    It sounds about right?

18   A    I don't recall at this moment.

19   Q    Is it true that the entire network for Paycoin was involved

20   in the consensus process for verifying transactions before they

21   became part of the blockchain?

22   A    That was very difficult for me to ascertain.  One of the

23   representations that was made around Bitcoin was that there

24   would be so-called prime nodes, which would have an elevated

25   role in determining the transactions.  That became part of the

1    blockchain.

2    Q    All right.  Do you recall reviewing Ms. Eden's testimony

3    that the entire network for Paycoin was involved in the

4    consensus process for verifying transactions before they became

5    part of the blockchain?

6    A    I don't recall that specific statement, but if you're

7    reading out from that testimony, I'm happy to take your word

8    for it.

9    Q    Would you agree that Paycoin was open source?

10   A    Yes, sir.

11   Q    Anybody could see the source code?

12   A    Yes.

13   Q    That's how you got access?

14   A    Yes.

15   Q    Anybody could interact with it?  Withdrawn.  Not sure what

16   I even mean by interact.

17            Anybody could suggest improvements to the source code?

18   A    Yes.

19   Q    They could suggest fixes to the source code.

20   A    Yes.

21   Q    I think you told us before, but is it true that Paycoin

22   traded on public exchanges?

23   A    Yes.

24   Q    Traded on Cryptsy?

25   A    I can't recall that specific detail at this moment.

1   Q    That is a public exchange for cryptocurrency?

2   A    Yes.

3   Q    Paycoin traded on Bittrex?

4   A    I did not recall the specific exchanges where it traded.

5   Q    Bittrex is a public exchange for cryptocurrency?

6   A    I believe so.

7   Q    Is ShapeShift also a public exchange for cryptocurrency?

8   A    I'm not one hundred percent certain.

9   Q    GAW Miners does not control the prices on the public

10  exchanges; correct?

11  A    GAW Miners did promise to control them, but I have not seen

12  evidence that they actually did.

13  Q    GAW Miners does not control the actual public exchanges;

14  correct?

15  A    Control the operation of them, no, sir, GAW Miners does

16  not.

17  Q    ZenMiner, similarly, does not control the public exchanges?

18  A    Correct.

19  Q    When a currency is traded on an exchange, a public

20  exchange, its price is determined by market forces; correct?

21  A    Correct.

22  Q    Is it your opinion that after the class period in this

23  case, after January 19th, 2015, Paycoin became more

24  decentralized?

25  A    Yes, sir.

1          MR. BUCHDAHL:  One thing we want to clarify before the

2   weekend, what your practice is on Rule 50(a) motions, whether

3   you want written submissions.

4          THE COURT:  No.  So here's what we'll do:  Folks can

5   make their Rule 50 motion.  We'll do it outside the presence of

6   the jury.  Someone can make a Rule 50 motion.  I'll have

7   probably pretty brief argument on it, both sides.  And I don't

8   know what I'll do yet.

9          I will tell you, just as a matter of historical

10  practice, I usually reserve on those, so -- but I don't know.

11  We'll see.  There was one time when I didn't, but that's about

12  it.

13         MR. BUCHDAHL:  Given that, not seeking written

14  submissions is a blessing, so thank you.

15         THE COURT:  All right.  Anything Defense wanted to

16  raise?

17         MR. WEINER:  No, Your Honor.

18         THE COURT:  We're good?  Thank you.  We'll have lunch.

19  Thank you.  We'll be back at 1:40.

20     (A luncheon recess was taken from 1:02 p.m. to 1:39 p.m.)

21         MR. WEINSTEIN:  Your Honor, just because I know you're

22  running out at 3:30, so perhaps we can learn who the next

23  witnesses will be on Monday before you run out.

24         THE COURT:  Who do we think is going to testify

25  Monday?

```
 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - - - - - - - x
 3
     DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4   PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on      OCTOBER 25, 2021
 5   Behalf of All Others Similarly
     Situated,                          9:00 A.M.
 6
     vs.                                JURY TRIAL
 7
     STUART A. FRASER, GAW MINERS,
 8   LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
 9
     - - - - - - - - - - - - - - - - x
10

11                   Volume III - Pages 227 - 506

12
                          450 Main Street
13                     Hartford, Connecticut

14

15      BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                    AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20          SUSMAN GODFREY, L.L.P.
                1301 Avenue of the Americas, 32nd Floor
21              New York, New York 10019
            BY:  SETH D. ARD, ESQUIRE
22          BY:  JACOB W. BUCHDAHL, ESQUIRE
            BY:  GENG CHEN, ESQUIRE
23          BY:  RUSSELL RENNIE, ESQUIRE
            BY:  HANNAH MILLER, ESQUIRE
24
     (Appearances Continue ...)
25
```

228

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:

 3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
 4                 New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5            BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20    COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                         (860) 212-6937
21
      Proceedings recorded by mechanical stenography, transcript
22    produced by computer.

23

24

25
```

1    you see that?
2            If you look at the next paragraph, Mr. Boles.  There
3    you go.
4            Do you see that?
5    A   Yes, I see that.
6    Q   And you understood that with Hashlets GAW Miners' customers
7    could choose different pools, and the idea was that different
8    pools would mine different kinds of cryptocurrency; right?
9    A   Yeah.  I understood it in a general term, not like that
10   professor guy.
11   Q   And you had a general understanding from this announcement
12   that now a GAW Miners' customer could select to receive
13   Hashpoints instead of Bitcoin; correct?
14   A   Well, I thought these things could do -- I don't know,
15   Dogecoins, WolfCoins.  I mean I thought they could do any
16   coins, so yes.
17   Q   And the notion here was that Hashpoints would be better
18   because, unlike Bitcoin, they wouldn't be subject to
19   fluctuation in the price of Bitcoin; correct?
20   A   I didn't really understand it.  Josh had this whole idea
21   about how to somehow create a level floor, which I didn't
22   understand.  So Josh was telling me at the time that's what
23   people thought, that the problem with Bitcoin was it was too --
24   it went up and down too much.  It was, you know, too erratic.
25   And he thought that if he could create a coin that was more

1    I'm very close to.  A lot of them are my friends.

2    Q    Now, during the entire 20 plus years that you worked at

3    Cantor Fitzgerald, let's say from 1983 to 2004 or '5, so that's

4    21 or 22 years, did you ever have any dealings with

5    cryptocurrency?

6    A    Never.

7    Q    Was Cantor Fitzgerald even in the cryptocurrency business

8    at the time you left in 2004 or 2005?

9    A    No.  We weren't even close to then.  Our focus was doing

10   really good at what we knew.

11   Q    And does that include cryptocurrency?

12   A    We knew nothing about it.  No one wanted to touch it on

13   Wall Street.  I mean unless they regulate it, you're not going

14   to touch it.

15   Q    You were here when the Princeton professor that Plaintiffs

16   hired came and testified.  You heard him?

17   A    I was here, yes, sir.

18   Q    You heard him testify there's a world of difference between

19   cryptocurrency and Treasury bills, the things you worked on at

20   Cantor Fitzgerald.  You heard him say that?

21   A    Yes, sir.

22   Q    Did you agree with that?

23   A    I did.

24   Q    Now, Mr. Ard, in his opening, said that you had expertise

25   from your years at Cantor Fitzgerald.  Do you remember when he

1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
2
     - - - - - - - - - - - - - - - x
3
     DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
4    PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on      OCTOBER 26, 2021
5    Behalf of All Others Similarly
     Situated,                          8:55 A.M.
6
     vs.                                JURY TRIAL
7
     STUART A. FRASER, GAW MINERS,
8    LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
9
     - - - - - - - - - - - - - - - x
10
11                   Volume IV - Pages 507 - 750

12
                        450 Main Street
13                    Hartford, Connecticut

14

15       BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                    AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20           SUSMAN GODFREY, L.L.P.
                 1301 Avenue of the Americas, 32nd Floor
21               New York, New York 10019
             BY:  SETH D. ARD, ESQUIRE
22           BY:  JACOB W. BUCHDAHL, ESQUIRE
             BY:  GENG CHEN, ESQUIRE
23           BY:  RUSSELL RENNIE, ESQUIRE
             BY:  HANNAH MILLER, ESQUIRE
24
     (Appearances Continue ...)
25

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:

3            HUGHES, HUBBARD & REED L.L.P.
                One Battery Park Plaza, 12th Floor
4               New York, New York 10004-1482
           BY:  DANIEL WEINER, ESQUIRE
5          BY:  MARC A. WEINSTEIN, ESQUIRE
           BY:  AMINA HASSAN, ESQUIRE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                      (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1    the second one in the book.  Page 84, from lines 2, on page 84,

2    to line 2 on page 85.  We'll just play that testimony.

3              MR. WEINSTEIN:  I don't think he has that book any

4    longer, Mr. Weiner.

5              THE COURT:  Sorry?

6         (Plays video.)

7              MR. WEINER:  Take that down off the screen.

8    Q    (By Mr. Weiner) Mr. Fraser, who was it -- who developed the

9    Hashlets technology for GAW Miners?

10   A    Josh Garza and his team, I guess.

11   Q    Did you ever meet with the team of developers who actually

12   wrote the computer code for the Hashlets for GAW Miners?

13   A    Never.  Never met them.

14   Q    Did you ever talk to any of them?

15   A    No, sir.

16   Q    Did you ever see an accounting of how much mining power GAW

17   Miners had versus how many Hashlets had already been sold?

18   A    No, sir.

19   Q    Did you, yourself, ever purchase a Hashlet?

20   A    No, sir.

21   Q    Did you ever see a demonstration of here's what it looks

22   like when you buy a Hashlet; here's how you activate it; here's

23   how you operate it?

24             MR. BUCHDAHL:  Objection, Your Honor, leading.

25             THE COURT:  I'll allow that question.

1          THE WITNESS:  No, no, sir.

2     Q    (By Mr. Weiner) Did you ever see an accounting that showed

3     whether it was true that Mr. Garza had sold millions of dollars

4     of Hashlets?

5     A    No, sir.

6     Q    Do you know how much computing or hashing power worth of

7     Hashlets GAW Miners sold?

8     A    No idea.

9     Q    And if Mr. Garza testified in his deposition that you

10    advised him on the pricing of Hashlets and the concept of

11    oversubscribing to Hashlets, was he telling the truth?

12    A    No, sir.

13    Q    Now, did you ever hear, in the fall of 2014, discussion of

14    this white paper regarding HashCoin prepared for GAW Miners?

15    A    Yes, sir.

16    Q    And what is a white paper, as you understand it?

17    A    Um, I think -- I've heard the term before, so it wasn't new

18    to me.  So a white paper is like if you have an idea, you write

19    it all up and you send it out and it kind of explains exactly

20    what whatever you're doing does and how it does it.  And you

21    send it out, and people look at it to see, you know, and

22    they -- they go through it and you get back feedback and find

23    out, you know, what people think really works and doesn't

24    work.

25    Q    Did you, Mr. Fraser, did you write the white paper for

1    A    Yes.

2    Q    And why is that?

3    A    Oh, because I was getting, um, daily payouts in Bitcoins.

4    Q    How did you monitor your Hashlets?

5    A    When I bought my Hashlets from GAW Miners, the website had

6    an account on the website, and this led to a dashboard that

7    listed everything I bought, all the Hashlets, in addition to

8    listing all the daily payouts I got from the Hashlets.

9    Q    Approximately how much money did you spend in total on

10   Hashlets?

11   A    Approximately $17,000.

12   Q    At some point did your Hashlets pay out in something other

13   than Bitcoin?

14   A    Yes, they did.

15   Q    What was that?

16   A    It was called Hashpoints.

17   Q    Approximately when did they start paying out in Hashpoints?

18   A    I think it was towards the end of October, early November

19   2014.

20   Q    And what were Hashpoints?

21   A    Hashpoints were like an in-house credit from GAW Miners

22   where if you accumulate these points, eventually you would be

23   able to trade them in to buy -- rather, you could convert them

24   to what was called HashCoin, but that later became Paycoin.

25   Q    Did you ever buy a product called HashStakers from GAW

1    Q    Approximately how much did you spend on buying Paycoin?

2    A    It was approximately $4,500, maybe a little bit more.

3              THE COURT:  I'm sorry.  Did you say --

4              THE WITNESS:  $4,500.

5              THE COURT:  Four thousand?

6    Q    (By Mr. Ard) Where did you buy the Paycoin from?

7    A    A third-party exchange called bitrix.com.

8    Q    When did you first acquire Paycoin?

9    A    This would be December 2014.

10   Q    What did you find attractive about Paycoin?

11   A    It was a stable cryptocurrency.  It had a price point that

12   was going to be stabilized.  Also, it had a hundred million

13   dollar cash reserve fund support it.  As a result, it would be

14   a stable currency that would be very attractive to retailers

15   like Amazon.com or Best Buy, which was as stated on their

16   website.

17   Q    Did you have an understanding -- strike that.

18              Why did you believe that GAW Miners had raised a

19   hundred million dollar fund?

20   A    Well, they said so.  I forget exactly where I read it, but

21   they made an announcement to that effect.  In addition, about

22   the same time, they announced that they had the backing of, um,

23   Cantor Fitzgerald; and they named Stuart Fraser as the, um, a

24   senior executive who was behind the venture.

25   Q    Why was it important to you that Stuart Fraser and Cantor

```
 1    left my --
 2              THE COURT:  Yes.
 3    Q   (By Ms. Hassan) So, Mr. Audet, do you see the highlighted
 4    date December 14, 2014?
 5    A   Yes, I do.
 6    Q   And up there Mr. Jackson has magically highlighted
 7    "PandaCoin."  That's your handle?
 8    A   Yes, that's my username.
 9    Q   Your username?  And a couple lines under the username, it
10    says, "We both got similar deals, I got 27.5 XPY."
11              That's Paycoin; right?
12    A   That's correct, yes.
13    Q   At about $8.82 each.  Do you see that?
14    A   Yes, I do.
15    Q   Is that a comment you posted on HashTalk?
16    A   Yes, I did post this.
17    Q   Then what you say is, "What worked in my favor was the
18    BTC."  Is that Bitcoin?
19    A   That's Bitcoin, yes.
20    Q   "Was dropping faster in price before any price adjustments
21    on CoinSwap."
22              And CoinSwap is one of the public exchanges where
23    Paycoin could be bought and sold?
24    A   Yes.  I used it, yes.
25    Q   So, Mr. Audet, on December 16, you bought Paycoin for
```

1    $8.82; correct?

2    A   That's correct, yes.

3    Q   That's less than $20.

4    A   Yes, it is.

5    Q   And you knew that when you were buying Paycoin for a little

6    under $9, at least at that time, GAW Miners was not maintaining

7    a floor of $20.  Is that fair?

8    A   That's correct, yes.

9    Q   But you went ahead and you bought the Paycoin; correct?

10   A   Yes, I did.

11   Q   Putting that aside for just a second, we just discussed

12   that there is uncertainty around cryptocurrency; correct?

13   A   That's correct, yes.

14   Q   And there's also some risk involved in start-ups?

15   A   That's correct, yes.

16   Q   Now, you were present here when Professor Narayanan told us

17   that when Bitcoin started, it was, in fact, trading at

18   essentially a fraction of a percent; correct?

19   A   Yes, I remember that, yes.

20   Q   I believe he gave us the anecdote of somebody using 10,000

21   Bitcoins to buy two pizzas.  Do you remember that?

22   A   Yeah, he told that story, yes.

23   Q   Paycoin had just been launched.  This is mid-December;

24   right?  So it had just launched in December 2014?

25   A   Sorry.  Did you say Bitcoin or Paycoin?

1    Q    Have you read it?

2    A    Yes, um-hmm.

3    Q    So, Mr. Audet, in light of your deposition testimony, I'll

4    ask you the question again.  Was it your understanding that

5    when you were buying a Hashlet, you were buying either a

6    stand-alone physical machine or part of a physical machine that

7    was mining for cryptocurrency?

8    A    Yes.

9    Q    Thank you.

10        And you understood that what the companies would be

11   doing, GAW Miners and ZenMiner, is hosting those machines,

12   those miners, and running them and maintaining them; is that

13   correct?

14   A    That's correct, yes.

15   Q    Now, each day you mentioned that your Hashlets earned

16   payouts; correct?

17   A    That's correct.

18   Q    And those payouts were credited to your account?

19   A    Yes, they were.

20   Q    Now, when you bought the Hashlets, the companies charged

21   you an initial up-front cost for buying the Hashlet; correct?

22   A    That's correct, yes.

23   Q    And then they also charged you a maintenance fee for

24   operating the miners; correct?

25   A    They called it a service fee.  It was proportional to the

```
 1   payout.
 2   Q   So they charged you a service fee.  And your testimony here
 3   today is that it was proportional to your payout?
 4   A   I -- like I said, it was six years ago.  I think it was
 5   proportional -- you know, yes, I think it was related to -- it
 6   was a fixed fee.  I think it was proportional to the payout you
 7   got that day.
 8   Q   Would you be surprised, Mr. Audet, to learn that three
 9   years ago when you testified, you testified that it was a fixed
10   fee?
11   A   No, I wouldn't be surprised, no.
12           MS. HASSAN:  Your Honor, may we enter into evidence
13   the relevant deposition testimony?
14           THE COURT:  You need to show it to me first.
15           MS. HASSAN:  Okay.  So, Your Honor, I would like to
16   enter into evidence it's page 79, starting on line 2 to line
17   20.
18           THE COURT:  Yeah, you can admit that.  We'll call
19   that -- what DX number are we up to here?
20           MS. HASSAN:  I believe it would be 731.
21           THE COURT:  So this will be DX 731.  And this will be
22   page -- can you tell me what page it is again?
23           MS. HASSAN:  79.
24           THE COURT:  79 from Mr. Audet's deposition transcript.
25        (Defendant's Exhibit 731, received in evidence.)
```

 1            MS. HASSAN:  May I read that into evidence?

 2            THE COURT:  You may or we can publish to it the jury

 3   as well.

 4            MS. HASSAN:  Can we publish it?

 5   Q    (By Ms. Hassan) Mr. Audet, do you see your deposition

 6   testimony on page 79?

 7   A    Yes, I do.

 8   Q    And you see that you mentioned -- you described the fee as

 9   a fixed cost that was based on the cost of electricity and

10   running?

11   A    Yes, I see that, um-hmm.

12   Q    And then in the next paragraph, you testified it was a sort

13   of like a fixed cost.  So the percentage doesn't -- you know,

14   one day if you had a big payout, the fee was relatively small.

15   If you had a small payout, then it was large.

16   A    Yes.

17   Q    So you agree with me, Mr. Audet, that the service fee that

18   GAW Miners charged for running and operating the miners was a

19   fixed fee?

20   A    That's what I believed back then, yes.

21   Q    Now, Mr. Audet, you bought different kinds of Hashlets;

22   right?

23   A    Yes, I did.

24   Q    Some of them were prime Hashlets.  Others were Genesis

25   Hashlets; correct?

1  A    That's correct, yes.

2  Q    And different Hashlets could mine for different types of

3  cryptocurrency; is that correct?

4  A    Yes, it is.

5  Q    So, for instance, Genesis Hashlets mined Bitcoin; correct?

6  A    Yes.

7  Q    Which means that they would be mining in pools that gave

8  payouts in Bitcoin; correct?

9  A    That's correct, yes.

10  Q    Whereas, prime Hashlets, they mined for all coins; correct?

11  A    I think that's what they were doing, yes.

12  Q    And all coins is just another way of saying something

13  alternate to or other than Bitcoin; correct?

14  A    I think that's what they meant, yes.

15  Q    And it could be multiple different types of coins, but

16  they're all grouped into one category, all coins; correct?

17  A    I don't remember the details, but that could be it.

18  Q    Okay.  Now, you could pick the pool -- you, as a customer

19  of GAW Miners and a Hashlet owner, could pick the pool in which

20  you were mining your Hashlets; is that correct?

21  A    That's correct, yes.

22  Q    So if you and I both owned the same kind of Hashlet, let's

23  say you chose to mine it in the Clevermining pool and I decided

24  to mine it in the Waffle mining pool, we could have very

25  different payouts; correct?

1    A    That's correct, yes.

2    Q    You could do really well one day, and I could do really

3    poorly; correct?

4    A    In theory, yes.

5    Q    Now, you could also change your pools with your Hashlets;

6    is that correct?

7    A    That's correct, yes.

8    Q    So the idea was that you could get up in the morning; you

9    could check the payout rates for different pools and just

10   switch the pool that your Hashlet was mining in; correct?

11   A    That's correct, yes.

12   Q    And you, in fact, did that; right?  You would check your

13   payouts daily; is that correct?

14   A    That's right, yes.

15   Q    And you, in fact, kept track of the payouts and you did

16   change --

17   A    Sorry.  Say again.

18   Q    You, in fact, did keep track of the payouts and switched

19   the pools that you were mining in; correct?

20   A    That's correct, yes.

21   Q    So, again, taking the example, if you and I owned the same

22   Hashlet, you check what rates each pool is paying and you keep

23   switching the pools, you could make a lot more in payouts than

24   me if I just stick to one pool regardless of how well or how

25   poorly it is doing; correct?

1    A   Statistically I'm not sure that's correct.

2    Q   Well, theoretically, is it possible that by switching your

3    pools, you could control the amount of payout you were getting?

4    A   I don't think I agree with that.

5    Q   Okay.  Let's try it this way:  By switching the pools, did

6    you have some control over the payouts that you were making?

7    A   Some, yes.

8    Q   Now, another way that you could impact your payouts was by

9    something known as boosting; correct?

10   A   Yes.

11   Q   Okay.  So the idea was that every day you could log onto

12   the GAW Miners' website, click a button, and boost your

13   Hashlet; correct?

14   A   That's right, yes.

15   Q   And it would pay out more than if you don't boost your

16   Hashlet; correct?

17   A   That's correct, yes.

18   Q   Okay.  So, again, taking the same example, if you and I

19   owned the same Hashlet, which is mining in the same pool but

20   you boost your Hashlets every day, you could make more in

21   payouts than I would; correct?

22   A   Probably, yes.

23        THE COURT:  I'm sorry.  I just didn't follow that.  Do

24   you mean if you and he owned the same type of Hashlet or the

25   same Hashlet?

1    that you'd be able to earn a profit if you sold them?

2    A   Yes, absolutely.

3    Q   And do you see that somewhere in this diagram?

4    A   Yes.  The public launch was for $20.  And the -- we were

5    told that 400 Hashpoints was actually $4.  So the difference

6    between 20 and 4, 16.

7    Q   Does the timeline suggest that the price of Paycoin could

8    go above $20?

9    A   Yes, it does.  It says, on the bottom row, all the way to

10   the right where it says 8 to 12 months, it says, "increased

11   market value."

12   Q   So following major retailer adoption and credit card

13   purchasing capabilities, there would be increased market value.

14   A   Correct.

15           MR. RENNIE:  Thank you, Mr. Boles.  You can take that

16   down.

17   Q   (By Mr. Rennie) Did GAW release a product called

18   HashStakers?

19   A   Yes.

20   Q   What was a HashStaker?

21   A   The best way I can describe it, a HashStaker is similar to

22   what you would see from a bank, like a certificate of deposits,

23   where you are depositing, in this case, Paycoin.  And then it's

24   locked up for a period of time.  And for that, you get paid an

25   inherent rate of return or interest.

Shinners - Direct                                                       663

1   Q   Did you gain any kind of commercial advantage after

2   learning this information?

3   A   There was not much to be taken from this, no.

4   Q   So what kind of advantage were you gaining?

5   A   I would have had no advantage from this.

6   Q   Mr. Shinners, how often did you communicate with Josh Garza

7   in December 2014?

8   A   Uh, often.

9   Q   And how often did you discuss Paycoin with Mr. Garza?

10  A   Uh, often.

11  Q   Did you discuss the $100 million reserve fund?

12  A   Yes.

13  Q   Did Mr. Garza ever tell you there was no $100 million

14  reserve fund?

15  A   No.

16  Q   And did there come a time when you finally learned that

17  there was, in fact, no reserve fund?

18  A   Yes.  In 2015, probably the beginning of summer.

19  Q   At some point did you begin to lose faith in what GAW

20  Miners was telling you?

21  A   Could you repeat the question, please?

22  Q   At some point did you begin to lose faith in what GAW

23  Miners was telling you?

24  A   Yes, I did.

25  Q   When did that happen?

Shinners - Direct                                                          664

1    A    Uh, after the new year in 2015, when Paybase was supposed

2    to be deployed.

3    Q    And what was it about the deployment of Paybase that caused

4    you to stop trust them?

5    A    It was -- it was promised that over the holidays they would

6    take the time to finish Paybase.  And then after the first of

7    the year, they would deploy it.  So when they deployed it,

8    there was no merchant adoption.  There was no exchange at all.

9    And, yeah, it was -- fundamentally it was just an online wallet

10   basically.

11   Q    And were those features something you had been expecting?

12   A    Those features we all were expecting, yes.

13   Q    Would you have been interested in Paycoin at all without

14   those features?

15   A    Without these features being deployed with Paybase, no.

16   Q    Now, in the fall of 2014, did you know who the Defendant

17   was?

18   A    Uh, yes, I did.

19   Q    What was your understanding of his role and relationship

20   with GAW Miners?

21   A    Uh, I knew from Josh's posts, uh, that he was a partner in

22   the firm; um, that they had a long relationship, long-running

23   relationship that went back in history.  And then because of

24   *The Wall Street Journal* article, I kind of got the impression

25   that there was a lot more to it than just a casual

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
 2
       - - - - - - - - - - - - - - - - x
 3
       DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4     PFEIFFER, and DEAN ALLEN
       SHINNERS, Individually and on      OCTOBER 27, 2021
 5     Behalf of All Others Similarly
       Situated,                          8:57 A.M.
 6
       vs.                                JURY TRIAL
 7
       STUART A. FRASER, GAW MINERS,
 8     LLC, and ZENMINER, LLC, (d/b/a
       ZEN CLOUD)
 9
       - - - - - - - - - - - - - - - - x
10

11                   Volume V - Pages 751 - 917

12
                          450 Main Street
13                     Hartford, Connecticut

14

15         BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                     AND A JURY OF NINE

17

18     APPEARANCES:

19     FOR THE PLAINTIFFS:

20             SUSMAN GODFREY, L.L.P.
                   1301 Avenue of the Americas, 32nd Floor
21                 New York, New York 10019
               BY:  SETH D. ARD, ESQUIRE
22             BY:  JACOB W. BUCHDAHL, ESQUIRE
               BY:  GENG CHEN, ESQUIRE
23             BY:  RUSSELL RENNIE, ESQUIRE
               BY:  HANNAH MILLER, ESQUIRE
24
       (Appearances Continue ...)
25
```

```
 1    APPEARANCES CONTINUED:

 2    FOR THE DEFENDANT:

 3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
 4                 New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
 5              BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20    COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                        (860) 212-6937
21
      Proceedings recorded by mechanical stenography, transcript
22    produced by computer.

23

24

25
```

1    understand Hashlets functioned, there was no specific machine

2    that was allocated directly to me.  It was a share of the

3    mining power, um, that -- these Hashlets are denominated in

4    ratings of power.  So that's what I understood at the time.

5    Q   So were you buying a share of the total hashing power that

6    GAW Miners had?

7    A   I was definitely buying a specific quantifiable share of

8    mining power that was at the mining farm.

9    Q   Thank you.

10         MR. RENNIE:  Your Honor, I'm going to switch gears.  I

11   don't know if you want to take the break now.

12         THE COURT:  No, let's not take the break now.  We have

13   a few more minutes.  Let's use the time.

14         MR. RENNIE:  Okay.  Thank you.

15   Q   (By Mr. Rennie) So, Mr. Shinners, yesterday Defense counsel

16   asked you a few questions about your purchases before and after

17   you bought *The Wall Street Journal* -- excuse me -- before and

18   after you read *The Wall Street Journal* article on November

19   24th.  Do you remember that?

20   A   Uh, yes.

21         MR. RENNIE:  Mr. Boles, would we be able to show I

22   believe it's Defense Exhibit 683?  Are these Mr. Shinners'

23   purchases?  Thank you.

24   Q   (By Mr. Rennie) Mr. Shinners, yesterday Defense counsel

25   represented that you had spent roughly $17,000 on GAW products

Pfeiffer - Direct                                        832

1    Q    What did you -- did you research cryptocurrency mining?

2    A    Yes.  So I started researching cryptocurrency mining, and I

3    found there were a number of different ways to do it.  One was

4    to buy miners and have them in your own home.  Another was to,

5    um, let's see, you could buy miners and then have them shipped

6    to another facility, and that data center could host them for

7    you.  Or you could rent miners from somebody else that were

8    hosted at another facility.  And then a fourth way was to, um,

9    buy Hashlets, which was a product that GAW Miners offered.

10   Q    Now, when you found out about the Hashlets product, had you

11   already heard of GAW Miners?

12   A    Yes.  GAW Miners had a very favorable reputation for

13   selling mining hardware, and they begun to get into the hosted

14   mining service providers as well.  Their reputation was mainly

15   for the good customer service that they provided but also for

16   their technical support.

17   Q    Now, did you buy any Hashlets from GAW Miners?

18   A    Yes, I did.

19   Q    And what did you understand Hashlets to be?

20   A    Well, I understood Hashlets to be a contract to own a

21   certain percentage or amount of, um, the mining power of the

22   mining machines that they held, that GAW Miners held, in their

23   data centers.

24   Q    And when you were researching the various mining options

25   that you just discussed, did you have any thoughts on Hashlets

Pfeiffer - Direct                                               835

1   A   For the most part, the payouts that I got in Bitcoin I

2   reinvested into GAW Miners' Hashlets products.

3   Q   Did that change at some point?

4   A   Yes, it did.  Um, at some point I switched to mining

5   Hash -- Hashpoints instead of Bitcoin.

6   Q   And what were Hashpoints?

7   A   So Hashpoints were an offering by GAW that was supposed to

8   be their sort of company token that would represent a right to

9   buy Paycoin or a right to be converted to Paycoin.

10  Q   And so did you switch your Hashlets to mine Hashpoints?

11  A   I did.

12  Q   And was your plan then to convert -- excuse me --

13  Hashpoints into Paycoin?

14  A   Yes.

15  Q   Why were you interested in Paycoin?

16  A   Well, Paycoin struck me as having, um, an interesting set

17  of ambitions and, um, promise and potential.  The ambition --

18  well, GAW's ambition for Paycoin, as I said, was to develop an

19  ecosystem that would add value.  And one of the ways they were

20  going to do this was to develop a product that would have

21  faster transaction times.  Bitcoin at the time, for instance,

22  had ten-minute transaction time.

23          If you're trying to buy something at, say, a grocery

24  store or coffee shop and you have to wait ten minutes before

25  your transaction is confirmed, you're going to hold up the line

1    and your coffee's going to be cold.  So it's not that useful.

2    GAW was trying to solve that problem, and they said they had a

3    technical way to do that.

4    Q   Now, were there other cryptocurrencies at the time trying

5    to solve this transaction speed problem?

6    A   Yes, I think there were; but the main difference was that

7    GAW said that they had a $100 million fund to back up this coin

8    to promote the development and to promote the ecosystem that

9    would make Paycoin valuable.

10   Q   Now, at some point did your Hashpoints get converted into

11   Paycoin?

12   A   Yes, they did.

13   Q   Did you also acquire Paycoin through any other means?

14   A   Yes.  There was another GAW product called HashStakers, and

15   this was a specialized Paycoin wallet.  And you could basically

16   put your coins in this and lock them up for a period of time.

17   Maybe it was one month or three months or six months.  But at

18   the end of that time period, you would not get not only the

19   original principal you put in but also interest on top of that.

20   So you would get more Paycoin at the end.

21   Q   And why were you interested in HashStakers?

22   A   I viewed Paycoin as a long-term investment.  I wasn't in a

23   hurry.  So the idea of getting more Paycoin a little bit later

24   sounded good to me.

25   Q   Mr. Pfeiffer, prior to this lawsuit, did you know who

1   Q   And open-source software is where the software code that's

2   used for a product is available to the public openly; correct?

3   A   Yes.  I want to clarify.  The work I do is consulting with

4   other people who are working in open-source projects.  I'm not

5   a coder.  I'm not a developer.

6   Q   You understand that open-source software code is where the

7   public can review the code?

8   A   Yes.

9   Q   They can analyze it and find problems with it; correct?

10  A   Yes.

11  Q   They can suggest improvements to the code.

12  A   Yes.

13  Q   Did you -- you understood that Paycoin was an open-source

14  code?

15  A   I'm not sure if I know about whether Paycoin was

16  open-source code at the time or not.

17  Q   Do you understand it now -- now that it's an open-source

18  code?

19  A   Yes.

20  Q   Did you ever review the code that was open to the public?

21  A   Uh, I don't believe so, no.

22  Q   Sir, you're familiar with what a cryptocurrency white paper

23  is?

24  A   Yes.

25  Q   The white -- a white paper for cryptocurrency is one that

1    that were out there on the internet; correct?

2    A    I considered his, um, responses as -- as a response.  Um, I

3    also didn't see evidence.  So I weighed the evidence of what

4    people were saying.  Basically it was sort of a he said, she

5    said kind of thing.

6    Q    And you believed the "he said" in Josh Garza versus the

7    "she said" in the rest of the public; correct?

8    A    I didn't have any evidence otherwise.

9    Q    Sir, people -- people were saying in these forums that --

10   well, withdrawn.

11         You saw a picture that Josh Garza had sent around of

12   him in the warehouse with all the mining equipment; correct?

13   A    Yes.

14   Q    And there were people in these forums saying, There's not

15   enough mining power in that warehouse to support what he is

16   supposedly selling; correct?

17   A    I don't recall people saying that exactly.

18   Q    Sir, GAW Miners charged fees when you acquired a Hashlet;

19   is that right?

20   A    After you acquired a Hashlet, they charged a maintenance

21   fee.

22   Q    So they charged -- up front they were charging acquisition

23   fee; is that right?

24   A    That's my understanding.

25   Q    So when you purchased the Hashlet, they would take out a

Pfeiffer - Cross                                                      854

1   piece as a fee for the acquisition; right?

2   A    Take out of what?

3   Q    They would charge you a fee for the purchase; correct?  An

4   acquisition fee.

5   A    I guess you could call it that.  I would say they

6   contractually paid for a portion --

7            THE COURT:  Just for clarity, do you mean that they --

8   just for the jury, do you mean that they charged a fee on top

9   of the price of the Hashlet?  Is that what you were getting at,

10  Mr. Weinstein?

11           MR. WEINSTEIN:  No, Your Honor.

12  Q    (By Mr. Weinstein) The price of the Hashlet was the fee to

13  GAW Miners for the acquisition; correct?

14  A    I think so, yes.

15           THE COURT:  Thank you.

16  Q    (By Mr. Weinstein) On top of that, they would charge an

17  ongoing maintenance fee in order to maintain and operate the

18  equipment; is that right?

19  A    That's correct.

20  Q    Each of those fees were fixed fees; correct?

21  A    So I'm not sure if that's quite right.

22  Q    The maintenance fee that was charged over time was a fixed

23  fee; correct?

24  A    I'm not sure that's quite right.

25  Q    It didn't -- the maintenance fee didn't change based on the

1   Q    It could be Bitcoin or it could be an altcoin; correct?

2   A    That's correct.

3   Q    Altcoin is essentially anything other than Bitcoin that's a

4   cryptocurrency.

5   A    Yes.

6   Q    So that machine would generate some kind of cryptocurrency

7   coin, and the return that you got would be that coin minus your

8   maintenance fee; correct?

9   A    That's correct.

10  Q    The maintenance fee wouldn't change depending on how much

11  coin the machine had generated; correct?

12  A    That's almost right.

13  Q    And where is the -- where's the little bit that stops you

14  from saying it's completely accurate?

15  A    GAW had a policy and practice that when there was mining --

16  and so say the mining revenues were a dollar and they charged a

17  revenue of -- sorry -- a maintenance fee of 15 cents.  You

18  would get the difference, 85 cents.  But if the mining revenue

19  were, say, you know, 15 cents, um, they would still charge you

20  15 cents.  You would just get like the smallest fraction, which

21  was like one ten million of a Bitcoin.  And that's the amount

22  you would get as your daily payout for that Hashlet would be

23  one one ten million, I think, of a Bitcoin.

24  Q    So -- and when you explained, the fee itself didn't change;

25  correct?  As you said, it would still be the 15 would be the

Pfeiffer - Cross                                                    857

1    fee.  But if the fee happened to cover everything that had been

2    generated, they would give you a fraction of a penny

3    essentially as a return.

4    A    That's right.

5    Q    But the fee itself didn't change; right?

6    A    I guess that's right.

7    Q    You mentioned that you purchased Hashpoints, which was

8    something that was going to allow you to get converted from

9    those to Paycoin; is that right?

10   A    That's not quite right.

11   Q    Okay.  You understood that when you bought Hashpoints, that

12   they would ultimately be converted to Paycoin?

13   A    I did not buy Hashpoints.

14   Q    You had Hashlets that you converted to Hashpoints; is that

15   right?

16   A    That's not quite right.

17   Q    Okay.  You mentioned Hashpoints and your acquisition of

18   them in your direct testimony.  How did you get Hashpoints?

19   A    Hashlets mined Hashpoints.  So Hashlets generated

20   Hashpoints.

21   Q    So you acquired Hashpoints through mining from Hashlets.

22   A    That's right.

23   Q    Oh.  And your understanding was once the Hashlets generated

24   the Hashpoints, the point of the Hashpoints was to get

25   converted over to Paycoin; right?

Pfeiffer - Cross                                                      868

1    withdrawn.

2            There were different types of Hashlets to purchase;

3    right?

4    A    Yes.

5    Q    And depending on which one you purchased, you could direct

6    your mining power to different coins; is that right?

7    A    Not quite.

8    Q    Okay.  You had the choice to direct your mining power in

9    certain ways?

10   A    Ostensibly.

11   Q    And you could change your allocation on a daily basis if

12   you so chose; right?

13   A    I believe so.

14   Q    Now, sir, you monitored Hashlet prices closely; is that

15   right?

16   A    I probably did.  I would say I probably did.

17   Q    And you were -- you were not just an active buyer of

18   Hashlets.  You were also an active seller; correct?

19   A    Yes.

20   Q    You sold Hashlets frequently?

21   A    Yes.

22   Q    So if you'd go back to page 30 of Defense Exhibit 683 --

23   A    Yes.

24   Q    -- at the bottom of the page, that's the beginning of your

25   sale transactions; is that right?

1  tiny payout from GAW.

2  A    A tiny payout, yes.

3  Q    Would you similarly get a tiny payout if the maintenance

4  fee were 15 cents and your original reward were zero?

5  A    That's my understanding, yes.

6  Q    So if you did not make a profit from a Hashlet on a

7  particular day, GAW would not receive anything from you either?

8  A    That's correct.

9  Q    And, therefore -- so if you did not make a profit from a

10 Hashlet on a particular day, GAW would not profit that day

11 either.

12 A    That's correct.

13 Q    Do you recall being asked about some e-mails with Mr. Garza

14 in late April 2015?

15 A    Yes.

16 Q    And you were asked whether you still trusted Mr. Garza at

17 that time?

18 A    Yes.

19 Q    And you said that you had some concerns at that time.

20 A    Yes.

21 Q    So why were you e-mailing with Mr. Garza if you had some

22 concerns about his statements?

23 A    Well, um, he seemed to be indicating that he had funds to

24 invest in ongoing development, um, and to be perpetuating

25 additional projects related to Paycoin.  So, um, I was very

```
1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF CONNECTICUT
2
    - - - - - - - - - - - - - - - - x
3
   DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
4  PFEIFFER, and DEAN ALLEN
   SHINNERS, Individually and on      OCTOBER 28, 2021
5  Behalf of All Others Similarly
   Situated,                          9:00 A.M.
6
   vs.                                JURY TRIAL
7
   STUART A. FRASER, GAW MINERS,
8  LLC, and ZENMINER, LLC, (d/b/a
   ZEN CLOUD)
9
   - - - - - - - - - - - - - - - - x
10
11                 Volume VI - Pages 918 - 1016
12
13                        450 Main Street
                        Hartford, Connecticut
14
15      BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.
16                      AND A JURY OF NINE
17
18  APPEARANCES:
19  FOR THE PLAINTIFFS:
20          SUSMAN GODFREY, L.L.P.
                1301 Avenue of the Americas, 32nd Floor
21              New York, New York 10019
            BY:  SETH D. ARD, ESQUIRE
22          BY:  JACOB W. BUCHDAHL, ESQUIRE
            BY:  GENG CHEN, ESQUIRE
23          BY:  RUSSELL RENNIE, ESQUIRE
            BY:  HANNAH MILLER, ESQUIRE
24
   (Appearances Continue ...)
25
```

919

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:

3              HUGHES, HUBBARD & REED L.L.P.
                   One Battery Park Plaza, 12th Floor
4                  New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
5              BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                        (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1    basis for a ratification defense, and I'm not going to charge

2    the jury on that.

3            With regard to in pari delicto, I did read the *Pinter*

4    case that Ms. Chen brought to my attention.  I think that was a

5    helpful case.  Thank you.

6            And I think that it's clear from that case that I

7    should not instruct the jury with regard to Mr. -- in pari

8    delicto with regard to Mr. Pfeiffer.  First of all, Mr.

9    Pfeiffer's sale of unregistered securities was to third

10   parties.  It's not actually the subject of this action.  But

11   more importantly, I did not hear any evidence that Mr. Pfeiffer

12   was involved at all in the company -- in any way, shape, or

13   form in the company sale of unregistered securities to the

14   class.

15           I think it's a closer question as to Mr. -- whether

16   Mr. Shinners was.  To be clear, just for Mr. Shinners' benefit,

17   I say that not because I'm taking a particular view of the

18   evidence.  The standard for instructing a jury on a claim or

19   defense is relatively low.  There has to be some evidence.  And

20   I think that studying the language of the *Pinter* decision

21   closely, given his involvement in many e-mails that Mr. Weiner

22   pulled up for us, I think -- I think it's a close question.

23   But I'm going to instruct the jury on in pari delicto as to him

24   with respect to the securities claims.

25           That said, the Plaintiffs have made a Rule 50 motion

1   on that, and if that defense is sustained, they, of course, may

2   renew that motion, just as Defendants may renew their Rule 50

3   motion.  If they do, we would, of course, have full briefing,

4   and I would have a more fulsome opportunity to dig into that

5   issue.  So that's how I've handled that.

6          Second point before we return to the one issue we were

7   discussing yesterday, Mr. Weinstein raised during the trial the

8   possibility of marking depositions as exhibits.  We don't do

9   that, but there's still a way for you to preserve.  So we'll

10  just talk through that.  The reason we don't mark depositions

11  as exhibits is that I instruct the jurors that depositions are

12  testimony and they're to be treated just like the testimony of

13  a live witness.  Having them go back into the jury room as

14  exhibits would not be consistent with that treatment.

15         We do instruct the jury, as you know, that they can

16  request read-backs of live testimony.  And if they want, in

17  effect, a read-back of a deposition, we'll just come back, have

18  them back to the courtroom and play that for them.

19         For preservation purposes, you can certainly mark

20  exhibits for ID.  And I think it would make -- sorry.  You can

21  certainly mark deposition transcripts, or whatever they are,

22  whether they're the transcripts or the disk, for ID.  I would

23  encourage you to do that.

24         We should probably make a record of that now actually.

25  I'm happy to spend a few minutes to do that so that it's very

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
 2
      - - - - - - - - - - - - - - - - x
 3
      DENIS MARC AUDET, MICHAEL          No. 3:16-CV-940 (MPS)
 4    PFEIFFER, and DEAN ALLEN
      SHINNERS, Individually and on      OCTOBER 29, 2021
 5    Behalf of All Others Similarly
      Situated,                          8:50 A.M.
 6
      vs.                                JURY TRIAL
 7
      STUART A. FRASER, GAW MINERS,
 8    LLC, and ZENMINER, LLC, (d/b/a
      ZEN CLOUD)
 9
      - - - - - - - - - - - - - - - - x
10

11                   Volume VII - Pages 1017 - 1098

12
                           450 Main Street
13                       Hartford, Connecticut

14

15         BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                      AND A JURY OF NINE

17

18    APPEARANCES:

19    FOR THE PLAINTIFFS:

20            SUSMAN GODFREY, L.L.P.
                   1301 Avenue of the Americas, 32nd Floor
21                 New York, New York 10019
              BY:  SETH D. ARD, ESQUIRE
22            BY:  JACOB W. BUCHDAHL, ESQUIRE
              BY:  GENG CHEN, ESQUIRE
23            BY:  RUSSELL RENNIE, ESQUIRE
              BY:  HANNAH MILLER, ESQUIRE
24
      (Appearances Continue ...)
25
```

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:

3              HUGHES, HUBBARD & REED L.L.P.
                    One Battery Park Plaza, 12th Floor
4                   New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
5              BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                          (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1    GAW Miners' fraudulent securities.

2         Take a look at the Defendant's Twitter feed.  From

3    November 19th all the way to January 12th, he's out there on

4    Twitter where investors like Allen Shinners can follow his

5    every word, and he simply repeats all of the key GAW Miners

6    lies, even as late as January 12th.  This $20 Paycoin lie,

7    remember, is one of the lies that sent Josh Garza to jail.  And

8    it wasn't just limited to Twitter.  He was promoting Paycoin to

9    his friends.

10        And maybe this next one sums it up even better.  He's

11   discussing a potential transaction for GAW Miners.  He's

12   talking to his personal lawyer and Josh.  What does he say?  "I

13   will do whatever we need."

14        We all know what happened next.  The SEC swooped in,

15   shut everything down, and the people who lost their hard-earned

16   savings put together this lawsuit.  And now this case is going

17   to be in your hands.  So what would the Plaintiffs ask you to

18   find here?  I'd like to go through the jury Verdict Form with

19   you and respectfully ask that you fill it out in the following

20   manner.

21        THE COURT:  Mr. Buchdahl, you have six minutes on your

22   original.

23        MR. BUCHDAHL:  Now, we'll move quickly.

24        Question No. 1:  Did Plaintiffs prove any of the

25   following are investment contracts?  Absolutely the Plaintiffs

1  did, because as the Judge will tell you, the touchstone of a

2  security is that the investors would have an expectation of

3  profits to be derived from the efforts of others.  That's what

4  they did here.  They gave GAW Miners their money and hoped that

5  GAW Miners' mining efforts would lead to their money or, in the

6  case of Paycoin, that their promotional efforts would make

7  money for people.

8         What's the next question?  Next question is:  With

9  respect to the Plaintiffs' claim alleging unregistered

10  securities, did we prove that Defendant Stuart Fraser was

11  liable as a controlling person?  Answer:  Yes.  That's all the

12  evidence we looked at earlier, that he was a control person.

13        And you can see that -- all right.  And look at the

14  factors that the Judge will tell you to look at for control:

15  the ability to exert influence.  Did he own any interest?  Did

16  he have financial leverage?  Did he have personal

17  relationships?  Across the board, every single example, the

18  Defendant checks every box.

19        Next question.  The third way -- oh, sorry.  For each

20  product you found to be an investment contract, did Mr. Fraser

21  prove that he could not have known that these Hash products

22  were being sold?  Now, it says that he had to not be able to

23  know even with the exercise of reasonable care.  And it's plain

24  as day that if this Defendant had exercised reasonable care, he

25  could have known exactly what was going on.  So we ask you to

1  "You considered yourself a partner in GAW Miners; correct?"

2  Answer:  "Yes."

3        And, again, he told -- you can take this one out.

4        All right.  So you heard Defense counsel also talk

5  about securities.  Now, we submit the evidence shows that each

6  one of those products were securities.  Hashlets were

7  securities.  And Hashpoints and HashStakers and Paycoin were

8  really all the same currency.  That's really -- sorry -- really

9  all the same security.  That's really all just Paycoin.

10        So if you look now at what the definition of an

11  investment contract, which is the definition of a security --

12  oh, sorry, start here.

13        This is what the United States Government concluded

14  about Hashlets.  This is a quote from the SEC's complaint in

15  this very case against GAW Miners.  And what the United States

16  Government concluded, and the Defense is happy for you to

17  follow their lead, United States Government concluded that

18  Hashlets constitute investment contracts and thus are

19  securities.  And the reason for that is because of the

20  expectation of profits to be derived from the efforts of

21  others.

22        If you think about how that works, the efforts of

23  others was all the efforts that GAW Miners was making, or was

24  supposed to be making, mining.  We know that wasn't really how

25  it ended up.  But what people thought is that they were going

1    to receive a share of the mining profits that were happening in

2    the data center.  So that's exactly what Hashlets were.

3         You can see that even Mr. Fraser understood that the

4    Hashlet customers were relying on GAW Miners' expertise.  And

5    for each one of those individual buyers' fortunes, they were

6    tied to the fortunes of other buyers.

7         Now, the Defense points out that you could be in

8    different pools and that some would have a different result

9    from another.  But those are just different kinds of Hashlets.

10   They were all securities all tied to the other people in the

11   same pool.

12        And you can see how the Government described it.

13   People were buying the rights to profit from a slice of the

14   computer power owned by GAW Miners.  That was Plaintiffs'

15   Exhibit 119.

16        Now, as for Paycoin, right, we've already gone over

17   why that's not a currency, because you can't use it to buy

18   anything.

19        The Defense said that the Government -- that it was

20   described as a currency.  It's actually described as a virtual

21   currency.  That's really different; right?  You don't have an

22   initial offering for dollars and cents.  You don't have

23   investors kind of lining up:  Hey, we're going to bring out a

24   new quarter.  Does everybody want to get involved and buy this?

25        The whole point about Paycoin was that GAW Miners

1   controlled it, and they allowed people to buy it at a lower

2   price, all of whom were hoping to get to $20, because that's

3   the promise that was being made.

4         And GAW Miners exercised centralized control over

5   Paycoin.  That's one of the things Professor Narayanan

6   described.  That's one of the thing that made it a security.

7         Now, again, Hashpoints, that's really just another way

8   of getting the security that was Paycoin.  HashStakers, the

9   same thing.  HashStakers was just a certificate that would get

10  you more Paycoin, and that's why all of these things are

11  securities.

12        All right.  Now, the Defendant attacked the Plaintiffs

13  for somehow making a secret deal with Josh Garza.  Now, I don't

14  understand what was supposed to be a secret about it.  They

15  filed a new Complaint.  They were all questioned about it at

16  their depositions.  Nothing about this deal was a secret.

17        But as to why they did it, remember what the evidence

18  tells you.  The Department of Justice convicted Josh Garza of a

19  crime and entered a restitution order against him and required

20  him to pay back what little money he had to the victims.

21        Given that restitution order, what's the point in

22  suing Josh Garza?  He can't give the same money up twice.  So

23  it made perfect sense to focus the Plaintiffs' attention on the

24  other control person at the company, Stuart Fraser.  The

25  agreement that Josh Garza signed didn't require him to rat on

```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF CONNECTICUT
 2
      - - - - - - - - - - - - - - - x
 3
      DENIS MARC AUDET, MICHAEL           No. 3:16-CV-940 (MPS)
 4    PFEIFFER, and DEAN ALLEN
      SHINNERS, Individually and on       NOVEMBER 1, 2021
 5    Behalf of All Others Similarly
      Situated,                           12:17 P.M.
 6
      vs.                                 JURY TRIAL
 7
      STUART A. FRASER, GAW MINERS,
 8    LLC, and ZENMINER, LLC, (d/b/a
      ZEN CLOUD)
 9
      - - - - - - - - - - - - - - - x
10
11                 Volume VIII - Pages 1099 - 1113

12
                        450 Main Street
13                    Hartford, Connecticut

14

15         BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                      AND A JURY OF NINE

17

18    APPEARANCES:

19    FOR THE PLAINTIFFS:

20            SUSMAN GODFREY, L.L.P.
                  1301 Avenue of the Americas, 32nd Floor
21                New York, New York 10019
              BY:  SETH D. ARD, ESQUIRE
22            BY:  JACOB W. BUCHDAHL, ESQUIRE
              BY:  GENG CHEN, ESQUIRE
23            BY:  RUSSELL RENNIE, ESQUIRE
              BY:  HANNAH MILLER, ESQUIRE
24
      (Appearances Continue ...)
25
```

```
1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT:

3              HUGHES, HUBBARD & REED L.L.P.
                    One Battery Park Plaza, 12th Floor
4                   New York, New York 10004-1482
              BY:  DANIEL WEINER, ESQUIRE
5              BY:  MARC A. WEINSTEIN, ESQUIRE
              BY:  AMINA HASSAN, ESQUIRE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:  Julie L. Monette, RMR, CRR, CCP
                          (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1           THE COURT:  You know what?  I had not read the part

2     about GAW Miners, so I think Mr. Buchdahl's correct on that.

3           All right, so I think that just leaves Section VI.  I

4     think it's kind of a non-issue with respect to Section VI.  It

5     might have been an issue if they said "yes," but it doesn't

6     seem to be an issue given that they said "no."  Does anybody

7     disagree with that?

8           MR. WEINSTEIN:  We agree with Your Honor.

9           THE COURT:  All right.  Does there anybody think

10    there's any consistency or flaw in the Verdict Form?

11          MR. BUCHDAHL:  Not in the form.

12          THE COURT:  All right, Devorah, let's get the jury.

13          Sorry, I'm getting old.  Have I already polled them?

14          MR. WEINSTEIN:  No, Your Honor.

15          THE COURT:  All right.  I'm going to poll them now

16    then.

17        (The jury entered the courtroom at 4:10 p.m.)

18          THE COURT:  So, Ladies and Gentlemen, I'm now going to

19    ask the courtroom deputy, Ms. Johnson, to ask if you -- if what

20    I have read accurately reflects each of your verdicts.  She's

21    going to ask you to stand one by one, and she'll ask you, "Is

22    that your verdict?"  And you say "yes" or "no."

23          Does anybody need me to read it again?  If so, just

24    raise your hand.

25          Nobody's raising their hand.  So I'm going to ask

1   Ms. Johnson to go ahead and poll you individually.

2        THE CLERK:  Juror No. 1, is that your verdict?

3        JUROR NO. 1:  Yes, it is.

4        THE CLERK:  Juror No. 2, is that your verdict?

5        JUROR NO. 2:  Yes.

6        THE CLERK:  Juror No. 3, is that your verdict?

7        JUROR NO. 3:  Yes.

8        THE CLERK:  Juror No. 4, is that your verdict?

9        JUROR NO. 4:  Yes, it is.

10       THE CLERK:  Juror No. 5, is that your verdict?

11       JUROR NO. 5:  Yes.

12       THE CLERK:  Juror No. 6, is that your verdict?

13       JUROR NO. 6:  Yes, it is.

14       THE CLERK:  Juror No. 7, is that your verdict?

15       JUROR NO. 7:  Yes, it is.

16       THE CLERK:  Juror No. 8, is that your verdict?

17       JUROR NO. 8:  Yes, ma'am.

18       THE CLERK:  And, Juror No. 9, is this your verdict?

19       JUROR NO. 9:  Yes.

20       THE COURT:  All right.  Great.  The Clerk of the Court

21  may record the verdict.

22       Ladies and Gentlemen, we've now come to the end of

23  your service as jurors in this matter, and I want to make two

24  points to you:  First, you are now finally free to discuss the

25  case amongst yourselves and with any other person you might