# Exhibit C

```
                                                                 Page 1
 1

     UNITED STATES DISTRICT COURT
 2   DISTRICT OF CONNECTICUT
     ---------------------------------------------
 3   DENIS MARC AUDET, MICHAEL PFEIFFER,
 4   DEAN ALLEN SHINNERS, and JASON VARGAS,
     Individually and on Behalf of All Others
 5   Similarly Situated,
 6                            Plaintiffs,
 7
 8            vs.      No. 16-940
 9
10   HOMERO JOSHUA GARZA, STUART A. FRASER,
     GAW MINERS, LLC, and ZENMINER, LLC,
11   (d/b/a ZEN CLOUD),
12                            Defendants.
13   ---------------------------------------------
14
15       ** CONTAINS CONFIDENTIAL PORTIONS **
16
17    VIDEOTAPED DEPOSITION OF DENIS MARC AUDET
18
19
20           Friday, August 10, 2018
21                11:00 a.m.
22
23   Reported by:
24   Joan Ferrara, RPR, RMR, CRR
25   Job No. 144961
```

**Exhibit DX-731**

Page 79

1                D. Audet
2      Q    So you didn't know if the fee
3 was 10 percent one day and then 50 percent
4 another day?
5      A    I don't recall, no.  I think the
6 fee was a fixed cost thing based on the
7 cost of electricity and running, you know,
8 the -- to run the establishment -- no --
9 the server farm where all these machines
10 were being used or stored and run.
11           So it was sort of like a fixed
12 cost.  So the percentage doesn't -- you
13 know, one day if you had a big payout, the
14 fee was relatively small.  If you had a
15 small payout, then it was large.
16           But GAW always took their fee
17 out first and then anything left over was
18 your payout.  I don't remember if they
19 actually published the fee.  I think they
20 just gave you your payout.
21      Q    Did the fees vary based on the
22 different types of Hashlets or Hashstakers
23 or GAW products?
24      A    I don't know.  I don't know how
25 they priced it.