# Exhibit D

**Designation Run Report**

# Eden V4

Eden, Madeline 06-26-2018

**Our Designations  00:02:00**

**Their Designations  00:10:09**

**Total Time  00:12:10**



**Exhibit DX-745**

ID:MEV4

| | **MEV4-Eden V4** | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 6:23 - 7:02 | **Eden, Madeline 06-26-2018 (00:00:17)** | **MEV4.1** |
| | 6:23 THE VIDEOGRAPHER:  Will the court | |
| | 6:24 reporter please swear in the witness. | |
| | 6:25 MADELINE EDEN, | |
| | 7:1 M. EDEN - 6/26/18 | |
| | 7:2 having been first duly sworn, testified as follows: | |
| 7:17 - 8:02 | **Eden, Madeline 06-26-2018 (00:00:33)** | **MEV4.2** |
| | 7:17   Q. And you were employed by GAW Miners for a | |
| | 7:18 time.  Is that right? | |
| | 7:19   A. A short while, yes. | |
| | 7:20   Q. Do you remember -- I'm not asking for the | |
| | 7:21 exact dates, but do you remember roughly when that | |
| | 7:22 was? | |
| | 7:23   A. I would say officially employed by GAW | |
| | 7:24 Miners October to February.  October of 2014 to | |
| | 7:25 February of 2015.  We were doing some other work with | |
| | 8:1 M. EDEN - 6/26/18 | |
| | 8:2 GAW Miners before that, in September, I guess. | |
| 9:13 - 11:06 | **Eden, Madeline 06-26-2018 (00:02:17)** | **MEV4.3** |
| | 9:13   Q. This is Exhibit 1.  And it's an e-mail | D541.1 |
| | 9:14 that we had in the case from Josh Garza to you.  Do | |
| | 9:15 you recognize this e-mail? | |
| | 9:16 A.  (Pause.) | |
| | 9:17 Yes. | |
| | 9:18   Q. And the addressee here is "Matthew Eden." | |
| | 9:19 That's you.  Right? | |
| | 9:20   A. Yes. | |
| | 9:21   Q. Were you using the name "Matthew" at the | |
| | 9:22 time? | |
| | 9:23   A. Yes, I was. | |
| | 9:24   Q. And is this -- do you recognize this as | |
| | 9:25 the employment agreement that you entered into with | |
| | 10:1 M. EDEN - 6/26/18 | |
| | 10:2 GAW? | |
| | 10:3   A. I don't recall if this is the exact one. | |
| | 10:4 I think there was another one that came after this. | |
| | 10:5 This might have been the initial one, yeah. | |
| | 10:6   Q. Okay.  You think it was revised and the | |
| | 10:7 one you finally signed had some different terms? | |
| | 10:8   A. Yeah, a different title, that kind of | |

| Page/Line | Source | ID |
|---|---|---|
| | **MEV4-Eden V4** | |
| | 10:9 stuff. | |
| | 10:10   Q. Do you remember what was different about | |
| | 10:11 the final one? | |
| | 10:12   A. "Director of Quality Assurance" I think | |
| | 10:13 was the title.  I don't really remember what else is | |
| | 10:14 different.  I'd have to look at my files. | |
| | 10:15   Q. Okay.  So your title when you started was | |
| | 10:16 director of quality assurance? | |
| | 10:17   A. This might have been my initial title. | |
| | 10:18 It's been a while. | |
| | 10:19   Q. Okay.  What were your responsibilities | |
| | 10:20 when you started with GAW? | |
| | 10:21   A. We were supposed to be integrating | |
| | 10:22 technology that we had developed for the company that | |
| | 10:23 we had before GAW, that GAW had basically purchased | |
| | 10:24 the rights to effectively.  We enacted an asset | |
| | 10:25 purchase agreement with them. | |
| | 11:1 M. EDEN - 6/26/18 | |
| | 11:2   Q. When you say "we," who are you referring? | |
| | 11:3   A. Myself and Jonah Dorman. | |
| | 11:4   Q. And did you have a separate business | |
| | 11:5 before you started working for GAW? | clear |
| | 11:6   A. Yes, LeaseRig, which was a -- LeaseRig. | |
| 11:11 - 12:05 | **Eden, Madeline 06-26-2018 (00:01:08)** | MEV4.4 |
| | 11:11   Q. What was LeaseRig's business? | |
| | 11:12   A. It was basically a site for people to rent | |
| | 11:13 out cloud mining. | |
| | 11:14   Q. Explain what you mean by "renting out | |
| | 11:15 cloud mining"? | |
| | 11:16   A. Well, if you owned a Bitcoin miner -- | |
| | 11:17   Q. Okay. | |
| | 11:18   A. -- most people who own Bitcoin miners will | |
| | 11:19 point them at a pool and leave them there and never | |
| | 11:20 touch them.  Right.  And then -- so based on which | |
| | 11:21 coin you're mining, that kind of determines the | |
| | 11:22 profitability overall of actually, you know, running | |
| | 11:23 a miner, spending money on power. | |
| | 11:24 So our site would basically allow people | |
| | 11:25 to point their miners at the site and allow other | |
| | 12:1 M. EDEN - 6/26/18 | |

| Page/Line | Source | ID |
|---|---|---|
| | **MEV4-Eden V4** | |
| 71:12 - 72:14 | 12:2 people to rent the hashing power from those miners on<br>12:3 the site.  So it was basically just a -- almost like<br>12:4 a cloud services platform that allowed, you know,<br>12:5 providers to lease hashing power to customers.<br>**Eden, Madeline 06-26-2018 (00:01:37)**<br>71:12   Q. Was the ledger for Paycoin decentralized?<br>71:13   A. Yes.<br>71:14   Q. So decentralized to the degree that<br>71:15 any- -- anyone with sufficient computing power<br>71:16 connected to the Internet could become a Paycoin node<br>71:17 and a Paycoin miner, just -- just as with Bitcoin?<br>71:18   A. It was not a high-risk block chain in the<br>71:19 end.  Initially, it was a work block chain.<br>71:20   Q. Right.<br>71:21   A. So when Paycoin was first released, it was<br>71:22 proof of work.  And so mining capacity was pointed<br>71:23 out all over the world when it -- when it was<br>71:24 released and -- and it actually created the chain<br>71:25 like -- or created the network right off the bat<br>72:1 M. EDEN - 6/26/18<br>72:2 because nobody expected for that much hashing power<br>72:3 to get pulled off the Bitcoin network and pointed at<br>72:4 Paycoin.  All of the mining capacity that we had at<br>72:5 GAW at that point when Paycoin launched, which was<br>72:6 all the miners that we had purchased from Bitmain,<br>72:7 those all got pointed at the Paycoin block chain<br>72:8 and -- and then a whole lot more.  And so it was<br>72:9 proof of work and I don't remember for how long<br>72:10 exactly.  I'd have to look at the source code, but<br>72:11 for a period of time, it was proof of work.  And then<br>72:12 after that initial period of proof of work, it -- we<br>72:13 posted an update that transitioned it over to proof<br>72:14 of stake. | MEV4.15 |
| 80:02 - 81:05 | **Eden, Madeline 06-26-2018 (00:01:20)**<br>80:2   Q. Did -- so -- as I understand it in<br>80:3 Bitcoin, there is a consensus process where,<br>80:4 essentially, a majority of the nodes participating in<br>80:5 the Bitcoin network through mining will ultimately<br>80:6 have to agree on whether or not a particular block<br>80:7 becomes part of the chain. | MEV4.16 |

| Page/Line | Source | ID |
|---|---|---|
| | **MEV4-Eden V4** | |
| | 80:8   A. Correct.  51 percent.<br>80:9   Q. What was -- who -- which participants in<br>80:10 the Paycoin ecosystem were involved in the consensus<br>80:11 process for determining whether transactions would<br>80:12 become part of the chain?<br>80:13   A. The entire network.<br>80:14   Q. So you didn't have to be a prime<br>80:15 controller; you could be anybody?<br>80:16   A. Right.  Now, other than, you know, the<br>80:17 initial prime node -- or prime controller<br>80:18 specification had called for -- there was a -- a<br>80:19 concept that had been more or less fleshed out that<br>80:20 effectively allowed -- would allow for faster<br>80:21 transactions because the prime nodes would verify the<br>80:22 transactions amongst themselves and build a consensus<br>80:23 on the prime node network before every other wallet<br>80:24 on the network had to do that.  But it was never<br>80:25 successfully implemented.<br>81:1 M. EDEN - 6/26/18<br>81:2   Q. If I had a Paycoin, I could chose to<br>81:3 either stake that Paycoin or just keep it and spend<br>81:4 it potentially.  Is that right?<br>81:5   A. Yeah. | |
| 84:04 - 86:08 | **Eden, Madeline 06-26-2018 (00:02:00)**<br>84:4 So the Paycoin -- is it possible to have a<br>84:5 Paycoin wallet that wasn't staking.  The answer was<br>84:6 no.  Is that right?<br>84:7   A. No.  I mean, you could have a Paycoin<br>84:8 wallet that's not staking as long as you don't turn<br>84:9 it on.<br>84:10   Q. Well, as soon as it's connected to the<br>84:11 network, it's participating in transaction<br>84:12 verification and, therefore, can collect the staking<br>84:13 reward?<br>84:14   A. Correct.  So you have to have a Paycoin in<br>84:15 an actual standard Paycoin wallet in order to<br>84:16 generate a stake.<br>84:17   Q. Yep.<br>84:18   A. You can't have it in a light wallet like a<br>84:19 phone because it's not going to participate in a | MEV4.17 |

| | MEV4-Eden V4 | |
|---|---|---|
| Page/Line | Source | ID |

    84:20 network at that level.  It's not going to verify the
    84:21 block chain.  But if you have it in an actual Paycoin
    84:22 wallet like on a PC or, you know, on a cloud server
    84:23 or whatever, that will.  If it's turned on and it's
    84:24 actively reading the network and reading through the
    84:25 chain and it's got coins in it, then it can generate
    85:1 M. EDEN - 6/26/18
    85:2 a stake.
    85:3   Q. And that's any wallet, whether it's a
    85:4 HashStaker or not?
    85:5   A. Correct.  The HashStakers were on their
    85:6 own interest rate completely independent of anything
    85:7 that was happening on the Paycoin network.
    85:8   Q. Okay.
    85:9   A. And those interest rates were basically
    85:10 determined by Josh at any given time.  So -- and we
    85:11 would set them up.  They would be assigned like a
    85:12 specific interest rate, specific duration.  People
    85:13 would put coins in them and then they would generate
    85:14 a stake payout, but they weren't actually
    85:15 participating in the network.
    85:16 So I know that's pretty confusing.
    85:17   Q. No.  I mean --
    85:18   A. Yeah.  But the Paycoin --
    85:19   Q. Gotcha.
    85:20   A. -- prime node servers, when they were
    85:21 running, they were generating an obscene amount of
    85:22 Paycoin and we had to write apps that would sit there
    85:23 and -- and actually pull the excess Paycoin off of
    85:24 the servers.
    85:25   Q. This is the prime nodes?
    86:1 M. EDEN - 6/26/18
    86:2   A. Yeah.
    86:3   Q. Which were mostly controlled by GAW?
    86:4   A. Oh, yeah.  Almost entirely by GAW.  There
    86:5 were very few that were externally hosted.  I think
    86:6 Team Paycoin had -- as far as I know, they had the
    86:7 only ones that were externally hosted that -- and --
    86:8 yeah, and not managed by us.

| 192:18 - 195:02 | Eden, Madeline 06-26-2018 (00:02:57) | MEV4.34 |

| Page/Line | Source | ID |
|---|---|---|
| | **MEV4-Eden V4** | |
| | 192:18   Q. This is Exhibit 17.  It's two pages. | D663.1 |
| | 192:19 Sorry for the poor print quality.  Do you recognize | |
| | 192:20 what this is? | |
| | 192:21   A. It looks like something published by Allen | |
| | 192:22 Shinners. | |
| | 192:23   Q. On what? | |
| | 192:24   A. No idea.  gethashing.com. | |
| | 192:25   Q. And what was that again? | |
| | 193:1 M. EDEN - 6/26/18 | |
| | 193:2   A. gethashing.com, like a forum. | |
| | 193:3   Q. What kind of forum was it?  Do you recall? | |
| | 193:4 Or do you know? | |
| | 193:5   A. I don't recall. | |
| | 193:6   Q. So "Allen1980s," that's the username | |
| | 193:7 there.  Is that Dean Allen Shinners? | |
| | 193:8   A. I believe so.  That's his handle, yeah. | |
| | 193:9   Q. If we go down, starting from the bottom, I | |
| | 193:10 think it's the third paragraph up, where it says "to | |
| | 193:11 the law firm's surprise."  The last sentence in that | |
| | 193:12 paragraph says "It is at this time I would like to | |
| | 193:13 thank those who have given guidance and assistance in | |
| | 193:14 gathering importance intelligence pivotal to the | |
| | 193:15 case" -- and then in parens "S" -- "Adam Matlack, | |
| | 193:16 Jonah Dorman, Matthew Eden, Eric Capuano, and Joe | |
| | 193:17 Mordica." | |
| | 193:18 Do you know why he would have been | |
| | 193:19 thanking you? | |
| | 193:20   A. No idea. | |
| | 193:21   Q. Did you help him in gathering documents or | |
| | 193:22 anything like that? | |
| | 193:23   A. Not necessarily.  I don't believe so. | |
| | 193:24   Q. Did you provide him with any guidance in | |
| | 193:25 terms of the case, or in any other context? | |
| | 194:1 M. EDEN - 6/26/18 | |
| | 194:2   A. No.  I don't recall doing that. | |
| | 194:3   Q. And if you go to the second page, it looks | |
| | 194:4 like it's the bottom part of this post.  It says -- | |
| | 194:5 it starts with the paragraph that says "Finally." | |
| | 194:6 "Much of" -- and it's the second sentence.  "Much of | |
| | 194:7 your gratitude should, again, go to Jonah Dorman and | |

**MEV4-Eden V4**

| Page/Line | Source | ID |
|---|---|---|
| | 194:8 Matthew Eden for spending time with me on Skype<br>194:9 making the decision to take the lead in this<br>194:10 endeavor."<br>194:11 Do you remember what he's talking about there?<br>194:12   A. I don't recall.  You mean whether or not<br>194:13 we talked on Skype?<br>194:14   Q. Or how it would have been instructed in<br>194:15 him making the decision to take the lead.<br>194:16   A. That I don't even recall or know.<br>194:17   Q. Do you -- does this refresh your memory<br>194:18 about what you may have spoken about with him?<br>194:19   A. No, not really.  I mean, nothing that I<br>194:20 hadn't talked with about it to everyone else.<br>194:21 Nothing that I haven't discussed here today with you<br>194:22 guys.<br>194:23 We talked to a lot of the customers from<br>194:24 GAW after the site got wound down, primarily because<br>194:25 we were still responsible for providing support to<br>195:1 M. EDEN - 6/26/18<br>195:2 them in one way or another.  So... | clear |

Our Designations = 00:02:00
Their Designations = 00:10:09
**Total Time = 00:12:10**

**Documents Shown**
D541
D663