# Exhibit E

**Designation Run Report**

# Dorman V2

_____

**Dorman, Jonah 08-01-2018**
_____

**Our Designations  00:02:47**
**Their Designations  00:16:43**
**Total Time  00:19:30**



**Exhibit
DX-744**

| JDV2-Dorman V2 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |
| 6:06 - 6:09 | **Dorman, Jonah 08-01-2018 (00:00:13)** | JDV2.1 |
| | 6:6 VIDEO TECHNICIAN:  This is the start of | |
| | 6:7 tape labeled Number 1 of the videotaped deposition of | |
| | 6:8 Jonah Dorman in the matter Denis Marc Audet, et al., | |
| | 6:9 versus Stuart A. Fraser, GAW Miners, LLC, et al. This | |
| 8:25 - 10:10 | **Dorman, Jonah 08-01-2018 (00:01:12)** | JDV2.2 |
| | 8:25   Q. And what did you do for employment after you left high | |
| | 9:1 | |
| | 9:2 school? | |
| | 9:3   A. I did nothing for a while. I had my own company and | |
| | 9:4 then I was in the army. | |
| | 9:5   Q. Then you were in the army. What was your -- what was | |
| | 9:6 the company that you had for a while? | |
| | 9:7   A. I did some computer repairs. I believe the company | |
| | 9:8 was Storm Electronic Solutions at the time. | |
| | 9:9   Q. Okay. Was that in Michigan? | |
| | 9:10   A. Yes. | |
| | 9:11   Q. And just -- I'm just going through your background | |
| | 9:12 primarily interested in any experience you have or | |
| | 9:13 training you have that would relate to the, you know, | |
| | 9:14 technical or computer issues that are at stake in this | |
| | 9:15 case. | |
| | 9:16   A. Okay. | |
| | 9:17   Q. That's why I'm asking these questions. Did you -- | |
| | 9:18 when you were in the army did you get any, you know, | |
| | 9:19 computer related training? | |
| | 9:20   A. I had a lot of computer related training prior to | |
| | 9:21 being in the army, and some of the systems that we | |
| | 9:22 worked on, aside from the classified stuff, was | |
| | 9:23 systems that most people don't know about, Solaris | |
| | 9:24 systems, and so I worked on them with some of the | |
| | 9:25 contractors because they tended to be slow and not | |
| | 10:1 | |
| | 10:2 know enough about it. | |
| | 10:3   Q. So -- so your responsibilities in the army had to do | |
| | 10:4 with working on computer systems? | |
| | 10:5   A. My responsibilities were working directly with | |
| | 10:6 computer systems, but in order to actually be able to | |
| | 10:7 do that and do the training, I helped the civilian | |
| | 10:8 idiots repair the computers is how I put it. | |

| JDV2-Dorman V2 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

10:9   Q. What years were you in the army?

10:10   A. 2001 to 2005.

10:19 - 13:05 **Dorman, Jonah 08-01-2018 (00:02:32)**                    JDV2.3

10:19   Q. There you go. And at some point you ended up with --

10:20 involved with a company called Lease Rig; is that

10:21 correct?

10:22   A. Yes. That was after I moved to Florida. I was

10:23 working for an international training company that

10:24 deals primarily in oil and gas, and while I was there

10:25 I was doing the IT. I was the director of IT, so I

11:1

11:2 had a small inhouse data center. And when

11:3 cryptocurrencies first came out, when Bitcoin first

11:4 came out, I started getting into mining, and I used

11:5 the free power and space that I had to put miners in

11:6 and realized that I could get an insurance policy on

11:7 these miners by buying two, using one for myself and

11:8 selling the other one with hosting so that I basically

11:9 did not pay for Bitcoin miners, and I made money and

11:10 the people purchasing from me made money, and that

11:11 turned into a company called Lease Rig.

11:12   Q. And when was this?

11:13   A. 2013, '14. Somewhere in that time frame.

11:14   Q. And was that -- was -- initially was the company Lease

11:15 Rig just you?

11:16   A. No. It was myself and my business partner, Matthew

11:17 Eden.

11:18   Q. And how did you meet Mr. Eden?

11:19   A. There was some new equipment that came out that I did

11:20 a full dissection of, so I did a full teardown of it,

11:21 took pictures, posted all the details about it.

11:22 Nobody else had done it because if you take it apart,

11:23 obviously it doesn't make you any money, and back then

11:24 time was definitely money. And people kept contacting

11:25 me about it and asking questions, various technical

12:1

12:2 questions about the equipment.

12:3   Q. This was a miner that you took apart?

12:4   A. Yes. Matthew was one of them and that got us into

12:5 talking and I said, you know what, I'm really looking

| Page/Line | Source | ID |
|---|---|---|

12:6 for somebody that can do front end development, back
12:7 end development to make this leasing thing that I have
12:8 into more than a spreadsheet, and so Matt was kind of
12:9 the one that bridged the gap and made it into
12:10 originally Unicorn Hashers and then Lease Rig.
12:11   Q. And this was I think you said around 2013?
12:12   A. Around then, yes. I'll let you know, for the record,
12:13 I am terrible with dates, including years.
12:14   Q. Well, I think the record's fairly clear that you first
12:15 became involved with GAW Miners in 2014 if that helps.
12:16   A. Okay.
12:17   Q. That will put a post in there. So tell me how you
12:18 transitioned from Lease Rig to GAW Miners.
12:19   A. Well, it's fairly easy. I harassed Josh Garza online,
12:20 and by harassed I just mean I was basically, online
12:21 it's called trolling, so whenever he would post things
12:22 or his company would post things I would make fun of
12:23 them and tell them they weren't telling the truth, and
12:24 after a while he ended up calling and saying, you
12:25 know, we might want to work this out because it's all
13:1
13:2 legitimate, and I said great, you can prove it, I'll
13:3 come work for you. I'm not sure if that's exactly how
13:4 the conversation happened, but that was kind of the
13:5 end result.

| 18:21 - 18:22 | **Dorman, Jonah 08-01-2018 (00:00:03)** | **JDV2.4** |

18:21   Q. Was it -- do you know what hashlets are?
18:22   A. Yes.

| 18:23 - 19:05 | **Dorman, Jonah 08-01-2018 (00:00:20)** | **JDV2.5** |

18:23   Q. And my understanding is that hashlets were selling a
18:24 fraction of the mining -- processing power of a single
18:25 processor or single miner to different individuals.
19:1
19:2 Is that accurate?
19:3   A. My current understanding is that they were supposed to
19:4 represent a portion of a miner based on the number of
19:5 mega hash, yes.

| 21:11 - 21:19 | **Dorman, Jonah 08-01-2018 (00:00:13)** | **JDV2.6** |

21:11   Q. When you went to work for GAW, do
21:12 you remember when that was? I know you said you

| Page/Line | Source | ID |
|---|---|---|

**JDV2-Dorman V2**

21:13 weren't great with dates. It was sometime in 2014 if
21:14 that's helpful.
21:15   A. Yeah. You said earlier it was 2014, so that sounds
21:16 right. I'm going to say August, September time frame,
21:17 but that's --
21:18   Q. Okay.
21:19   A. -- just a guess. That's not . . .

**22:23 - 23:10**   **Dorman, Jonah 08-01-2018 (00:00:32)**                                   **JDV2.7**

22:23   Q. So what were your responsibil -- what was your job
22:24 title when you first went to work for GAW Miners?
22:25   A. Originally no one knew, and then I was put in an
23:1
23:2 office and started running most of the day-to-day with
23:3 the employees in the Connecticut office, fixing the
23:4 call center, taking care of customer support a lot,
23:5 and trying to find out who was actually doing what
23:6 there because it was rather disorganized. So my title
23:7 eventually became general manager.
23:8   Q. So what kinds of things were you doing on a sort of
23:9 day-to-day or week-to-week basis?
23:10   A. Mostly management organization and team organization.

**23:18 - 25:07**   **Dorman, Jonah 08-01-2018 (00:01:25)**                                   **JDV2.8**

23:18   Q. Okay.
23:19   A. So I was responsible for putting in the organization
23:20 and getting people to tell me what they were doing --
23:21   Q. Can you give me some --
23:22   A. -- so I could find out what the company was doing.
23:23   Q. I'm sorry.
23:24   A. Go ahead.
23:25   Q. Can you give me some specific examples of the kinds of
24:1
24:2 steps you were taking to implement this kind of
24:3 organization?
24:4   A. Yes. I did weekly meetings with the entire staff and
24:5 then one-on-one meetings individually once a week with
24:6 each staff member that I would say was a manager. I
24:7 actually did put a hierarchy in place, so I promoted a
24:8 few people to manager -- managers of their
24:9 departments. Obviously we had Joe who was a CTO. He
24:10 was down in Mississippi. And then Madeline was in --

| Page/Line | Source | ID |
|---|---|---|

**JDV2-Dorman V2**

24:11 or sorry, Matthew was in QA, and then we had the
24:12 customer service department, the sales department, and
24:13 there was some people involved in marketing. And so
24:14 it was kind of getting them, hey, you're the manager
24:15 of this role, your responsibility is to do these
24:16 things and then get me metrics on what you've done, so
24:17 the call center how many calls did you take, how many
24:18 tickets did you resolve, how long did it take, what's
24:19 the backlog look like, and then here's your next goal
24:20 and here's your goal for your people and go have a
24:21 meeting with your people and implement these goals
24:22 with them as well.
24:23   Q. Okay. And do you remember what product or products
24:24 GAW Miners was primarily selling at the time you
24:25 joined?
25:1
25:2   A. I believe when I got there it was either just
25:3 before -- it must have been just after or sometime
25:4 after the hashlet launch.
25:5   Q. Okay.
25:6   A. So they would have been getting out of the old hosted
25:7 mining system into the new one with hashlets.

**26:06 - 27:19**   **Dorman, Jonah 08-01-2018 (00:01:44)**   **JDV2.9**

26:6   Q. Did -- for the -- pre hashlets, for the cloud
26:7 hosted mining phase, do you know if GAW Miners had
26:8 actual miners and processing power sufficient to
26:9 support the sales it was making?
26:10   A. To this day I have no idea.
26:11   Q. How about with hashlets? Do you know if GAW Miners
26:12 had sufficient processing power to support the
26:13 hashlets it was selling?
26:14   A. After speaking with the SEC and some of the other
26:15 employees post the time that I left GAW Miners, I do
26:16 not believe that they did.
26:17   Q. Okay. At the time you were working there, did you
26:18 know whether or not they did?
26:19   A. No. And one of the specific things that I did on my
26:20 weekly meetings was to ask for reports on hash power,
26:21 uptime equipment reports from Matthew and Joe and
26:22 Eric, and I had never received a report during the

| | | |
|---|---|---|
| **JDV2-Dorman V2** | | |

| Page/Line | Source | ID |
|---|---|---|

26:23 time that I was there on what the actual hash power
26:24 was.
26:25   Q. Matt, now Madeline, Eden testified that on one of her
27:1
27:2 trips to Mississippi she -- it became clear to her
27:3 that there were problems matching the amount of
27:4 hashing power being sold as hashlets and the amount
27:5 that the company actually had and she was concerned
27:6 that there wasn't sufficient power to support the
27:7 hashlets being sold. Do you remember her, Matt,
27:8 telling you anything about that at the time?
27:9   A. I do recall that she went on a trip to Mississippi.
27:10 You -- this is -- the previous pronoun is what we're
27:11 using here, so . . .
27:12   Q. Okay. We'll go with he.
27:13   A. He went to Mississippi and there was some conversation
27:14 about the hashing power and I believe that resulted in
27:15 a large order of mining equipment afterwards.
27:16   Q. Okay.
27:17   A. I believe that was actually discussed internally. I
27:18 don't recall any of the conversations, but I do
27:19 believe that what you are saying happened, yes.

| **28:02 - 28:09** | **Dorman, Jonah 08-01-2018 (00:00:24)** | **JDV2.10** |

28:2   Q. What involvement did you have with the development of
28:3 Paycoin?
28:4   A. I was involved in all of the initial meetings and
28:5 wrote a large portion of the white paper.
28:6   Q. Did you have any involvement in the coding?
28:7   A. I was involved in choosing the coders and I spoke to
28:8 them about various issues that had happened. I was
28:9 not directly involved in any of the actual coding.

| **31:14 - 32:08** | **Dorman, Jonah 08-01-2018 (00:01:05)** | **JDV2.11** |

31:14   Q. Oh, okay. So the only title you ever had was general
31:15 manager?
31:16   A. I was general manager for a portion of time. I was
31:17 referred to as VP in press releases and I was
31:18 technically an interim CEO towards the end.
31:19   Q. How did your responsibilities change after the -- your
31:20 initial job as you -- as I think you've described it
31:21 was sort of organizing the employees up in Connecticut

| Page/Line | Source | ID |
|---|---|---|
| | **JDV2-Dorman V2** | |

31:22 and I guess other employees. What was the next thing
31:23 that you took responsibility for?
31:24   A. I think that the next thing after that would have been
31:25 when Josh left and I started contacting for five of
32:1 JONAH DORMAN
32:2 Stuart's other companies which then had no one in
32:3 charge of them to find out what they were, how they
32:4 were running, and how they could keep running.
32:5   Q. When was this?
32:6   A. This would have been prior to my departing GAW, and I
32:7 do not remember when that was, but I believe it was
32:8 2015, early, prior to summer.

| 32:21 - 32:22 | **Dorman, Jonah 08-01-2018 (00:00:05)** | **JDV2.12** |

32:21   Q. And then you said -- who is Stuart?
32:22   A. Stuart Fraser.

| 32:23 - 33:05 | **Dorman, Jonah 08-01-2018 (00:00:14)** | **JDV2.13** |

32:23   Q. Did you have contact with Mr. Fraser as part of your
32:24 work for GAW Miners?
32:25   A. No.
33:1
33:2   Q. Did you have contact with Mr. Fraser at the time Josh
33:3 Garza left, the sort of work you were just describing
33:4 with these other companies?
33:5   A. No.

| 33:21 - 35:02 | **Dorman, Jonah 08-01-2018 (00:01:10)** | **JDV2.14** |

33:21   Q. Some of the other companies were also --
33:22   A. I see -- I see GAW as just a conglomerate of companies
33:23 here.
33:24   Q. Okay. Yeah. When -- that's what I was going to ask.
33:25 When you say GAW, what do you mean? Just the mining
34:1
34:2 company or . . .?
34:3   A. No. There was some conglomerate of companies that
34:4 happened that was all under the GAW label, and I don't
34:5 remember what a lot of them were. There was something
34:6 in telecom and then there was actual GAW Miners and I
34:7 think ZenMiner turned out to be a part of the GAW
34:8 companies as well. Again, I can't recall a lot of
34:9 this. This is a while ago.
34:10   Q. And what were you doing with regard to the other

| | JDV2-Dorman V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

34:11 companies as a result of these communications you had
34:12 with the attorney?
34:13   A. Primarily just getting a hold of -- I believe the
34:14 telecom company was one that had a grant and a lease
34:15 that were having issues and some equipment that needed
34:16 to be upgraded, and I have a lot of telecom
34:17 background, so I made some calls to whoever was
34:18 working on and operating that company to try to
34:19 organize things. Made a lot of follow-up calls.
34:20 Again, organizing, managing the company, seeing where
34:21 it's going, trying to get it to get better, ideas for
34:22 new customers, that sort of thing.
34:23   Q. And how long did -- were you doing that work?
34:24   A. I don't recall that either. It must have only been a
34:25 short period of time, a month or two while Mr. Garza
35:1
35:2 was gone.

| 40:12 - 41:03 | **Dorman, Jonah 08-01-2018 (00:00:35)** | JDV2.15 |

40:12   Q. I'm going to hand you a document that's already been
40:13 marked as Exhibit 10 in this case. Do you recognize
40:14 this document, Mr. Dorman?
40:15   A. I do.
40:16   Q. What is it?
40:17   A. This is the Paycoin white paper.
40:18   Q. Is this the Paycoin white paper that you testified
40:19 earlier that you worked on?
40:20   A. I do not know what version this is. However, this
40:21 does appear to be the one that I worked on, yes.
40:22   Q. And if while we're -- I'm going to ask you some
40:23 questions about it. If there's anything you notice in
40:24 here that makes you think this is not the final draft,
40:25 this is not the one I worked on, I never saw this
41:1
41:2 before, please let me know.
41:3   A. Okay.

| 42:15 - 42:20 | **Dorman, Jonah 08-01-2018 (00:00:15)** | JDV2.16 |

42:15   Q. How familiar -- you don't understand the question how
42:16 familiar are you with the technical underpinnings of
42:17 Paycoin? Are you able to explain whether the -- how
42:18 the proof-of-stake algorithm worked?

| Page/Line | Source | ID |
|---|---|---|
| | JDV2-Dorman V2 | |

| Page/Line | Source | ID |
|---|---|---|
| 49:02 - 49:08 | 42:19   A. I have never read the code so I cannot tell you<br>42:20 exactly how it works.<br>**Dorman, Jonah 08-01-2018 (00:00:12)** | **JDV2.17** |
| | 49:2   Q. Well, according to this -- I understand this, the<br>49:3 transition from proof-of-work to proof-of-stake will<br>49:4 be triggered by the mining of an initial preset amount<br>49:5 of coins; right?<br>49:6   A. Correct.<br>49:7   Q. That's what this means?<br>49:8   A. Yes. | |
| 49:14 - 49:23 | **Dorman, Jonah 08-01-2018 (00:00:28)** | **JDV2.18** |
| | 49:14   Q. Is it true -- the next sentence here. "In the<br>49:15 proof-of-work phase, any miners wishing to participate<br>49:16 in mining Paycoin, will be allowed to commence<br>49:17 mining." Was that true?<br>49:18   A. I believe so, yes.<br>49:19   Q. So anybody could download the software necessary to<br>49:20 mine Paycoin during the proof-of-work phase and do<br>49:21 work to verify transactions and create blocks on the<br>49:22 blockchain and receive a reward?<br>49:23   A. I believe so, yes. | |
| 60:19 - 60:24 | **Dorman, Jonah 08-01-2018 (00:00:07)** | **JDV2.19** |
| | 60:19 MARKED FOR IDENTIFICATION:<br>60:20 DEPOSITION EXHIBIT 132<br>60:21 10:28ï¿½a.m.<br>60:22 BY MR. SARGENT:<br>60:23   Q. Another email chain. Look it over and let me know<br>60:24 when you're through. | |
| 60:25 - 60:25 | **Dorman, Jonah 08-01-2018 (00:00:01)** | **JDV2.20** |
| | 60:25   A. Okay. | |
| 62:12 - 62:19 | **Dorman, Jonah 08-01-2018 (00:00:13)** | **JDV2.21** |
| | 62:12   Q. If you look at the top email from Dan Kelley,<br>62:13 David McLain is the name on the cc line?<br>62:14   A. Yes.<br>62:15   Q. Is that the attorney you remembered as being David<br>62:16 before?<br>62:17   A. Yes.<br>62:18   Q. And Stuart Fraser is also on this line?<br>62:19   A. Yes. | |
| 62:25 - 63:03 | **Dorman, Jonah 08-01-2018 (00:00:08)** | **JDV2.22** |

| Page/Line | Source | ID |
|---|---|---|
| | JDV2-Dorman V2 | |

62:25   Q. Sure. Do you remember seeing his name on
63:1
63:2 correspondence such as this when this kind of issue
63:3 would come up at GAW Miners?

**63:05 - 63:11**   **Dorman, Jonah 08-01-2018 (00:00:17)**   **JDV2.23**

63:5   A. My recollection is that lots of people get cc'd in
63:6 emails, and when David McLain is cc'd, sometimes
63:7 Stuart is cc'd. I don't know if that's involved in
63:8 the discussion, but yes, the name gets cc'd sometimes.
63:9
63:10   Q. So he would appear -- it's -- he would appear on email
63:11 chains such as this during your tenure at GAW?

**63:14 - 63:15**   **Dorman, Jonah 08-01-2018 (00:00:09)**   **JDV2.24**

63:14   Q. That's your recollection?
63:15   A. Yes.

**63:16 - 64:05**   **Dorman, Jonah 08-01-2018 (00:00:49)**   **JDV2.25**

63:16   Q. Can you tell me about how you came to leave GAW
63:17 Miners?
63:18   A. You mean --
63:19   Q. Did you quit? Were you fired? Did the company wind
63:20 down and tell you that you had -- no longer had
63:21 employment there? What happened?
63:22   A. I believe Josh had come back, and when he came back I
63:23 was pretty much -- I had enough information that I did
63:24 not want to be there anymore because it seemed like a
63:25 lot of things that were going on were not aboveboard,
64:1
64:2 and I was hearing about some other people who had left
64:3 who were dealing with the SEC, and it seemed like a
64:4 better route to leave the company. I believe I
64:5 voluntarily left.

**65:18 - 65:21**   **Dorman, Jonah 08-01-2018 (00:00:10)**   **JDV2.26**

65:18   Q. Yeah. What did you -- what did you find? Did you --
65:19 did you determine that things had been misrepresented
65:20 or that there had been false statements made by the
65:21 company, for example?

**65:23 - 65:24**   **Dorman, Jonah 08-01-2018 (00:00:01)**   **JDV2.27**

65:23
65:24   Q. You can answer.

**66:01 - 66:16**   **Dorman, Jonah 08-01-2018 (00:00:26)**   **JDV2.38**

| JDV2-Dorman V2 | | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

66:1
66:2   Q. Because you don't understand it or you don't want to
66:3 answer it or . . .? Did you determine that the
66:4 company had made false statements?
66:5   A. I did not determine that, no.
66:6   Q. Did you have concerns that that was true?
66:7   A. Yes.
66:8   Q. But you -- you -- but you never got to the bottom of
66:9 it one way or the other before you left?
66:10   A. Correct.
66:11   Q. Is that fair? And just the concerns that that might
66:12 have been happening was one of your motivations for
66:13 deciding to leave the company?
66:14   A. I believe so, yes. Again, this is a few years ago, so
66:15 my recollection is going to be a little bit hazy on
66:16 emotions and what I did and didn't know.

**69:25 - 70:07**   **Dorman, Jonah 08-01-2018 (00:00:13)**                    **JDV2.28**

69:25   Q. Earlier you were
70:1
70:2 mentioning -- you were describing some weekly meetings
70:3 that occurred in Connecticut.
70:4   A. Yes.
70:5   Q. Do you recall discussing that? Did Mr. Fraser ever
70:6 attend any of those meetings?
70:7   A. No. Those meetings were for myself and my staff.

**77:24 - 78:05**   **Dorman, Jonah 08-01-2018 (00:00:09)**                    **JDV2.29**

77:24   Q. Okay. So just to clarify, you've actually met Josh
77:25 Garza in person I assume?
78:1
78:2   A. Yes.
78:3   Q. Okay. When you were in Connecticut did you see him on
78:4 a regular basis, then?
78:5   A. Yes.

**79:06 - 79:14**   **Dorman, Jonah 08-01-2018 (00:00:17)**                    **JDV2.30**

79:6   Q. Do you know the name Allen Shinners?
79:7   A. I've heard it, yes.
79:8   Q. Okay. Have you ever communicated with Mr. Shinners?
79:9   A. Yes.
79:10   Q. Okay. And about what did you communicate with
79:11 Mr. Shinners?

| Page/Line | Source | ID |
|---|---|---|
| | JDV2-Dorman V2 | |

79:12   A. Life I believe.

79:13   Q. Okay. About GAW Miners?

79:14   A. Yes. There have been communications about GAW Miners.

79:15 - 79:16   **Dorman, Jonah 08-01-2018 (00:00:02)**   **JDV2.31**

79:15   Q. Okay.

79:16   A. I believe he was a customer of GAW and that's . . .

80:15 - 80:16   **Dorman, Jonah 08-01-2018 (00:00:03)**   **JDV2.32**

80:15   Q. If you could take a moment to look at Exhibit 133,
80:16 please.

81:02 - 82:14   **Dorman, Jonah 08-01-2018 (00:01:46)**   **JDV2.33**

81:2   Q. You don't need to read every line. I just wanted you
81:3 to be familiar with what it was. So this is an email
81:4 from you to Mr. Shinners dated November 16th, 2014.
81:5 Do you recall this email?

81:6   A. Again, no. But I have no reason to believe it wasn't
81:7 me sending it.

81:8   Q. Okay. And so the subject is white paper draft and so
81:9 I think you'll agree with me that in general this is
81:10 some back and forth about the draft -- a draft of the
81:11 white paper; correct?

81:12   A. Yes.

81:13   Q. Okay. And so the first line it says, "Actually, I'd
81:14 like to keep your feedback unbiased by the dark coin
81:15 information."

81:16   A. Okay.

81:17   Q. So what do you mean by the dark coin information in
81:18 this context?

81:19   A. It would be in response to whatever this previous
81:20 message was.

81:21   Q. Okay.

81:22   A. Ah. Allen is saying that the people who know Darkcoin
81:23 would be the best people to understand what's being
81:24 outlined in -- he doesn't say, so I will assume is the
81:25 Paycoin white paper because the master nodes and Prime
82:1
82:2 Controllers, whatever they're called, were very
82:3 similar --

82:4   Q. Okay.

82:5   A. -- in both networks, and it would appear that I'm
82:6 telling him to keep his feedback about the white paper

| | JDV2-Dorman V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

|  | 82:7 unbiased by any information about Darkcoin. | |
|  | 82:8  Q. Okay. Understood. The next line says, "Once this | |
|  | 82:9 paper is out . . ." So is it your understanding that | |
|  | 82:10 at least this draft that's being discussed in this | |
|  | 82:11 chain of correspondence is not a public -- not | |
|  | 82:12 published yet? | |
|  | 82:13  A. That would make sense in context. | |
|  | 82:14  Q. Okay. Okay. Okay. You can put that to the side. | |
| 82:15 - 82:16 | **Dorman, Jonah 08-01-2018 (00:00:03)** | **JDV2.34** |
|  | 82:15 Thank you. I'll show you what we'll mark as | |
|  | 82:16 Exhibit 134. | |
| 82:24 - 83:03 | **Dorman, Jonah 08-01-2018 (00:00:12)** | **JDV2.35** |
|  | 82:24  Q. Okay. This is an email from Mr. Shinners to you dated | |
|  | 82:25 November 17th, 2014. Do you recall this email? | |
|  | 83:1 | |
|  | 83:2  A. I don't recall. I have no reason to believe I didn't | |
|  | 83:3 send it or receive it. | |
| 85:16 - 86:02 | **Dorman, Jonah 08-01-2018 (00:00:17)** | **JDV2.36** |
|  | 85:16  Q. Did you ever meet Mr. Shinners in person? | |
|  | 85:17  A. I don't know. I don't believe so. | |
|  | 85:18  Q. Okay. Did you ever speak to him on the phone? | |
|  | 85:19  A. Yes. | |
|  | 85:20  Q. Okay. How many times did you speak to him on the | |
|  | 85:21 phone? | |
|  | 85:22  A. I don't recall. | |
|  | 85:23  Q. Was it once a week, less than once a week? | |
|  | 85:24  A. No idea. | |
|  | 85:25  Q. Okay. | |
|  | 86:1 | |
|  | 86:2  A. I didn't even know I emailed him this much. | |
| 96:24 - 97:16 | **Dorman, Jonah 08-01-2018 (00:00:57)** | **JDV2.37** |
|  | 96:24  Q. Okay. For identification purposes, Exhibit 141 is an | |
|  | 96:25 email from you to Mr. Garza copying several others | |
|  | 97:1 | |
|  | 97:2 dated March 13th, 2015, and the subject is the "State | |
|  | 97:3 of the company." Do you recall this email? | |
|  | 97:4  A. I do not. | |
|  | 97:5  Q. At the bottom of the first page of the document the | |
|  | 97:6 second sentence says -- you describe Josh Garza as the | |
|  | 97:7 managing member of the LLC. Was that your | |

| | JDV2-Dorman V2 | |
|---|---|---|
| **Page/Line** | **Source** | **ID** |

97:8 understanding?

97:9   A. Correct.

97:10   Q. The -- if you turn to the second page, so the back of

97:11 the first page, so where your left hand is. About

97:12 midway down you say, "I've copied Josh as the Managing

97:13 Member and Majority owner of B.T.C., LLC." That's

97:14 your understanding that Josh was the managing member

97:15 and majority owner of B.T.C., LLC?

97:16   A. Yes.

**97:17 - 98:07**　　**Dorman, Jonah 08-01-2018 (00:00:27)**　　　　　**JDV2.39**

97:17   Q. Okay. You can put that to the side.

97:18   A. To clarify that, it is my understanding of reading

97:19 this --

97:20   Q. Okay.

97:21   A. -- I --

97:22   Q. Was it fair to say that that was your understanding at

97:23 the time as well?

97:24   A. I have no idea what my understanding would have been

97:25 at the time.

98:1 JONAH DORMAN

98:2   Q. Well, you wrote -- you wrote those words at the time;

98:3 right?

98:4   A. That's why I'm saying --

98:5   Q. You have no reason to believe you didn't write those

98:6 words?

98:7   A. Correct.

Our Designations = 00:02:47

Their Designations = 00:16:43

**Total Time = 00:19:30**