UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>JANUARY 27, 2022 |

**MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY BRIEFS IN SUPPORT OF THEIR MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR A NEW TRIAL AND MOTION FOR DEFAULT JUDGMENT**

Pursuant to Local Rule 7(b), Plaintiffs submit this motion requesting a one-week extension of the deadline to file reply briefs in support of their motions for judgment as a matter of law and for a new trial (ECF No. 351) ("Post-Trial Motion") and their motion for default judgment as to GAW Miners, LLC and ZenMiner, LLC (ECF No. 352) ("Default Judgment Motion"). These reply briefs are currently due February 4, 2022. ECF No. 342. The requested extension would move the deadline to February 11, 2022.

Counsel for Plaintiffs respectfully submit that good cause supports a brief, one-week extension of their reply deadline, which Plaintiffs require despite their diligent efforts to meet the current briefing schedule. Counsel for Plaintiffs have a number of deadlines and obligations in other cases that have arisen only in the past few weeks. One trial team member now has a trial in another matter—which was adjourned *sine die* in December and rescheduled earlier this

month—set to begin on February 2. Another trial team member now has responsive *Markman* briefing in another matter due on February 4, for which the schedule was adjusted two weeks ago. Due to these circumstances, additional time is needed to prepare Plaintiffs' reply briefs. In addition, given the "interrelated requests for relief" presented by both motions, ECF No. 352-1 at 1, it is reasonable to maintain a combined briefing deadline. The extension of this deadline would not affect any other deadlines in this case. Plaintiffs will not seek any further extensions.

This is Plaintiffs' first request for an extension of time regarding the deadline for the Post-Trial Motion and second request for the Default Judgment Motion. On November 1, 2021, the Court ordered Plaintiffs to "file something on the docket and propose a timetable for" post-trial motions. Nov. 1, 2021 Trial Tr. at 1112:13-14. Subsequently, on November 4, 2021, the Court ordered Plaintiffs to "either move for default judgments . . . or dismiss their claims against the two companies" within 14 days. ECF No. 334. Pursuant to the Court's orders, and after conferring with Defendant Fraser, Plaintiffs proposed a combined briefing schedule for these motions on November 12, 2021 and indicated that extending the deadline for the Default Judgment Motion to coincide with the Post-Trial Motion would benefit the parties. ECF No. 341 at 2. The Court approved the combined briefing schedule on November 15, 2021. ECF No. 342.

Defendant opposes this motion. Plaintiffs respectfully submit that a single extension of the deadline by one week will not prejudice Defendant and is merited by the circumstances set forth above.

For the above reasons, Plaintiffs respectfully request that the deadline to file reply briefs in support of their Post-Trial Motion (ECF No. 351) and their Default Judgment Motion (ECF No. 352) be extended by one week to February 11, 2022.

Dated: January 27, 2022

                                                            Respectfully submitted,

                                                            */s/ Russell F. Rennie*

                                                            Seth Ard
Russell F. Rennie
Jacob Buchdahl
Geng Chen
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
sard@susmangodfrey.com
rrennie@susmangodfrey.com
jbuchdahl@susmangodfrey.com
gchen@susmangodfrey.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s// Russell F. Rennie*