UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-cv-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | January 28, 2022 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

### DEFENDANT STUART A. FRASER'S OBJECTION TO PLAINTIFFS' MOTION FOR EXTENTION OF TIME

Pursuant to Local Rule 7(b), Defendant Stuart A. Fraser objects to Plaintiffs' motion for extension of time for Plaintiffs to file reply briefs in further support of their motion for judgment as a matter of law and for a new trial (Plaintiffs' "Rule 50/59 Motion"), and motion for default judgment against the company defendants (Plaintiffs' "Default Judgment Motion") (ECF 360).  Mr. Fraser previously agreed to Plaintiffs' request for an overall extension of the briefing schedule for both of Plaintiffs' motions. Plaintiffs themselves proposed the February 4, 2022 deadline that they now seek to extend.  (*See* Exhibit A (email correspondence between the parties' counsel).)  That two members of Plaintiffs' trial team have deadlines in two other cases close to the February 4 deadline does not constitute good cause to release Plaintiffs from an agreed-to and Court-ordered briefing schedule, which Mr. Fraser has complied with, and which already provides Plaintiffs three weeks—more time than usual—to prepare their reply

briefs. (*See* Local Rule 7(d).) Accordingly, the Court should not permit Plaintiffs to cause any additional delay in the submission of their own post-trial motions to the Court and thus this case.

In November 2021, Plaintiffs asked Mr. Fraser for an extension of time to file their Default Judgment Motion against the company defendants. (*See* Exhibit A.) Mr. Fraser objected, not wanting any further delay in Plaintiffs' almost six-year litigation against him. (*Id*.) Plaintiffs then proposed an extended, common schedule for their Default Judgment Motion and their Rule 50/59 Motion, taking the position that, absent their proposed schedule, the latter motion was not due until the Court resolved the former. (*Id*.) Mr. Fraser disagreed but agreed to negotiate a common briefing schedule for both of Plaintiffs' motions. (*Id*.) Plaintiffs proposed February 4, 2022 as the deadline to file their reply briefs, three weeks after Mr. Fraser's January 14, 2022 deadline to file his opposition briefs. (*Id*.) Mr. Fraser agreed, and has complied with the agreed-to briefing schedule. (*See* ECF 358, 359.) The Court should require Plaintiffs to do the same and deny their motion for an extension.

Dated:  January 28, 2022

                                        HUGHES HUBBARD & REED LLP

                                        By:  */s/ Daniel H. Weiner*

Daniel H. Weiner (ct12180)
Marc A. Weinstein (*pro hac vice*)
Amina Hassan (*pro hac vice*)
Hannah Miller (*pro hac vice*)
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: daniel.weiner@hugheshubbard.com

David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Rowena Moffett (ct414899)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: rmoffett@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

3

102222548