# EXHIBIT A

# Hassan, Amina

| | |
|---|---|
| **From:** | Russell Rennie <RRennie@susmangodfrey.com> |
| **Sent:** | Thursday, November 11, 2021 8:59 PM |
| **To:** | Hassan, Amina |
| **Cc:** | Geng Chen |
| **Subject:** | RE: Audet v. Fraser - motion for extension of time |

> **CAUTION: This email was sent by someone outside of the Firm.**

Amina,

Thank you.  Regardless of the parties' differing views on that issue, Plaintiffs are happy to give Mr. Fraser until January 14, 2022 to file oppositions to Plaintiffs' motions.  (Plaintiffs have concomitantly moved back the reply deadline to February 4, 2022.)  We will file the proposed schedule as an unopposed motion tomorrow morning.

Thanks,
Russell

**From:** Hassan, Amina <amina.hassan@hugheshubbard.com>
**Sent:** Thursday, November 11, 2021 6:25 PM
**To:** Russell Rennie <RRennie@susmangodfrey.com>
**Cc:** Geng Chen <GChen@susmangodfrey.com>
**Subject:** RE: Audet v. Fraser - motion for extension of time

EXTERNAL Email
Russell:

We do not agree with Plaintiffs' position that their 28-day period to file a Rule 50/59 motion as to the judgment against Mr. Fraser has not yet started.  However, we are amenable to considering your proposal, provided that, in light of certain competing deadlines on our end, the time for Defendant's opposition is moved by one week to January 14.  Otherwise, our position is that the parties stick to the original deadlines.

Best,
Amina


**Amina Hassan** | Counsel
She/Her

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 11th floor |  New York | NY 10004-1482
Office +1 (212) 837-6793 | Cell +1 (917) 331-7043 | Fax +1 (212) 299-6793
amina.hassan@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Russell Rennie <RRennie@susmangodfrey.com>
**Sent:** Thursday, November 11, 2021 1:03 PM
**To:** Hassan, Amina <amina.hassan@hugheshubbard.com>
**Cc:** Geng Chen <GChen@susmangodfrey.com>
**Subject:** RE: Audet v. Fraser - motion for extension of time

**CAUTION: This email was sent by someone outside of the Firm.**

Amina,

Hope you're doing well.  Are you available to discuss this today?

Thanks,
Russell

**From:** Russell Rennie
**Sent:** Wednesday, November 10, 2021 9:30 PM
**To:** 'Hassan, Amina' <amina.hassan@hugheshubbard.com>
**Cc:** Geng Chen <GChen@susmangodfrey.com>
**Subject:** RE: Audet v. Fraser - motion for extension of time

Amina,

Do you have a few minutes to discuss?  We have a proposal that would extend the time for Plaintiffs to file a motion as to GAW Miners and ZenMiner without causing any "delay" for Mr. Fraser.

Plaintiffs understand that because no final judgment has been entered in this case, there is currently no deadline for Plaintiffs to file motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, and the 28-day clock to file such motions will not begin until the Court enters final judgment—which will not happen until it resolves Plaintiffs' motion as to the defaulting defendants.  *See* Fed. R. Civ. P. 50(b), 59(b); ECF No. 334.

In the interests of moving forward, Plaintiffs propose the following schedule for post-trial motions pursuant to Rules 50 and 59, as well as a motion for default judgment as to the Companies or to dismiss claims against them: Plaintiffs' motions due December 3, 2021; Defendant's opposition to Plaintiffs' motions due January 7, 2022; Plaintiffs' reply due January 28, 2022.  We note that agreeing upon a schedule for post-trial briefing is consistent with Judge Shea's direction on November 1, 2021, following the verdict that the parties should propose a schedule for post-trial motions.

Please let us know when you're available to discuss.  We'd like to get something on file as soon as possible.

Thanks,
Russell

**From:** Hassan, Amina <amina.hassan@hugheshubbard.com>
**Sent:** Tuesday, November 9, 2021 3:40 PM
**To:** Russell Rennie <RRennie@susmangodfrey.com>
**Cc:** Geng Chen <GChen@susmangodfrey.com>
**Subject:** RE: Audet v. Fraser - motion for extension of time

EXTERNAL Email

2

Russell:

I am well.  Thank you for asking.  I hope all is good with you too.

We object to Plaintiffs' request for an extension of the November 18 deadline.  Our client would like to put this matter behind him as soon as possible, and we therefore object to any additional delay.

Best,
Amina

**Amina Hassan** | Counsel
She/Her

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza, 11th floor |  New York | NY 10004-1482
Office +1 (212) 837-6793 | Cell +1 (917) 331-7043 | Fax +1 (212) 299-6793
amina.hassan@hugheshubbard.com | bio

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

**From:** Russell Rennie <RRennie@susmangodfrey.com>
**Sent:** Tuesday, November 9, 2021 12:08 PM
**To:** Hassan, Amina <amina.hassan@hugheshubbard.com>
**Cc:** Geng Chen <GChen@susmangodfrey.com>
**Subject:** Audet v. Fraser - motion for extension of time

**CAUTION: This email was sent by someone outside of the Firm.**

Amina,

Hope you're doing well.  Plaintiffs intend to ask the Court for a 12-day extension of time (from November 18 to November 30, 2021) to file their motion for default judgment as to the defaulting defendants (or to file motions for dismissal as to the same).  See ECF No. 334.  Pursuant to Local Rule 7(b)(2), does Defendant have any objection to this motion?

Thanks.

Best,
Russell

**Russell Rennie**
Associate | Susman Godfrey LLP
1301 Avenue of the Americas, 32nd Floor, New York, NY 10019
212.729.2050 (direct) | 781.354.5477 (cell)
rrennie@susmangodfrey.com