UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>February 11, 2022<br><br>DEMAND FOR JURY TRIAL |

**DECLARATION OF RUSSELL RENNIE IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR A NEW TRIAL**

I, Russell Rennie, declare as follows:

1. I am an attorney at the law firm Susman Godfrey, L.L.P. and am counsel of record for Plaintiffs in this matter. I submit this declaration in further support of Plaintiffs' Motion for Judgment as a Matter of Law and for a New Trial. I have personal knowledge of the facts set forth in this declaration and could testify competently to them.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the transcript of proceedings of the trial in this matter.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Joe Mordica, dated June 28, 2018, as played to the jury at trial.

1

4. Attached as Exhibit 3 is a true and correct copy of an excerpted slide from Plaintiffs' closing demonstrative deck, as shown to the jury at trial.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 11, 2022

/s/ Russell Rennie
Russell Rennie

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: February 11, 2022

                                                   /s/ Russell Rennie
                                                 Russell Rennie