# Exhibit 1

```
 1                  UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT
 2
     - - - - - - - - - - - - - - - - x
 3
     DENIS MARC AUDET, MICHAEL              No. 3:16-CV-940 (MPS)
 4   PFEIFFER, and DEAN ALLEN
     SHINNERS, Individually and on          OCTOBER 20, 2021
 5   Behalf of All Others Similarly
     Situated,                              1:45 P.M.
 6
     vs.                                    JURY TRIAL
 7
     STUART A. FRASER, GAW MINERS,
 8   LLC, and ZENMINER, LLC, (d/b/a
     ZEN CLOUD)
 9
     - - - - - - - - - - - - - - - - x
10
                      Volume I - Pages 1 - 80
11

12
                         450 Main Street
13                     Hartford, Connecticut

14

15        BEFORE:  THE HONORABLE MICHAEL P. SHEA, U.S.D.J.

16                       AND A JURY OF NINE

17

18   APPEARANCES:

19   FOR THE PLAINTIFFS:

20           SUSMAN GODFREY, L.L.P.
                1301 Avenue of the Americas, 32nd Floor
21              New York, New York 10019
             BY:  SETH D. ARD, ESQUIRE
22           BY:  JACOB W. BUCHDAHL, ESQUIRE
             BY:  GENG CHEN, ESQUIRE
23
     (Appearances Continue ...)
24

25
```

```
 1   APPEARANCES CONTINUED:

 2   FOR THE DEFENDANT:

 3            HUGHES, HUBBARD & REED L.L.P.
                 One Battery Park Plaza, 12th Floor
 4               New York, New York 10004-1482
          BY:   DANIEL WEINER, ESQUIRE
 5        BY:   MARC A. WEINSTEIN, ESQUIRE
          BY:   AMINA HASSAN, ESQUIRE
 6        BY:   HANNAH MILLER, ESQUIRE

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20   COURT REPORTER:   Julie L. Monette, RMR, CRR, CCP
                          (860) 212-6937
21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25
```

1  is considered a legitimate or illegitimate cryptocurrency
2  transaction.
3  Q    And what did you find about the concentration of ownership
4  for Paycoin?
5  A    GAW Miners announced that it was creating an initial
6  allotment of 12.5 million units of the cryptocurrency, 12.5
7  million units of Paycoin, and that of these 12.5 million units,
8  it had allotted 12 million units to itself to do as it saw fit.
9  So that's 96 percent.  That's an extremely high level of
10 concentration around currency ownership.
11 Q    What did GAW say was going to happen to these 12 million
12 Paycoin?
13 A    GAW said that a portion of those 12 million would be used
14 for paying investors, and a portion of it would be used for
15 paying previous customers in exchange for something called
16 Hashpoints.
17 Q    What were Hashpoints?
18 A    Hashpoints were a new product that GAW Miners introduced
19 shortly before the launch of Paycoin.  Now, if you may recall,
20 GAW Miners had a lot of customers mining using something called
21 Hashlets.  They were mining for cryptocurrency.
22        When Hashpoints was introduces, GAW Miners gave those
23 customers the option of mining for this new thing called
24 Hashpoints instead of Bitcoin or another cryptocurrency, and
25 GAW Miners said that these Hashpoints could later be converted

1    to Paycoin when Paycoin launched.
2    Q   In addition to concentration of currency ownership, what
3    else did you consider?
4    A   Sure.  Let's get to the third factor, which is the
5    concentration of mining power.  GAW started with a lot of
6    control over the initial allotment of Paycoin.  But in addition
7    to that, what I found through deposition testimonies and
8    through my analysis of the source code is that GAW had created
9    a number of special Paycoin accounts, 50 Paycoin accounts,
10   which had a much higher degree of returns to stake compared to
11   normal Paycoin accounts -- in fact, 70 times higher returns to
12   stake.
13          And because they had so much control over -- over the
14   stake in the system, these 50 accounts, by the way, were
15   primarily controlled by GAW itself.  And because of that, they
16   were set up to have the majority of control over Paycoin mining
17   and, in turn, over the Paycoin blockchain.
18   Q   And will you walk through the jury through the last factor
19   you considered.
20   A   Certainly.  The final factor I considered is the trading
21   and payment ecosystem.  Let's talk for a second about what that
22   is.  For a cryptocurrency to be useful, customers have to be
23   able to purchase it and trade it, such as on an exchange.
24   Customers also have to be able to make payments using the
25   cryptocurrency, for example, on a retailer's website.  So

1  make transactions easier in Paycoin or whatever other
2  cryptocurrency.
3           Specifically, with Paybase, GAW Miners promised that
4  Paybase could be used to be able to make purchases at retailers
5  like Target and Walmarts.  And this would be one potential way
6  to increase the usefulness and potentially the value of Paycoin
7  for all of its users.
8  Q   So after walking through these factors, what did you
9  conclude, Professor, about Paycoin's level of centralization?
10 A   In summary what I concluded is that, looking at each of the
11 major factors of the cryptocurrency, is that along each of
12 these dimensions GAW Miners did exercise or claims to be able
13 to exercise a very significant degree of control in stark
14 contrast to a decentralized cryptocurrency like Bitcoin.
15          MS. CHEN:  Thank you very much, Professor Narayanan.
16 Pass the witness.
17          THE COURT:  Cross-examination?
18                     CROSS-EXAMINATION
19 BY MR. WEINSTEIN:
20 Q   Afternoon, Professor Narayanan.
21 A   Good afternoon.
22 Q   You mentioned at the outset of your testimony that you are
23 paid by the hour for your work; is that right?
24 A   That's correct.
25 Q   And was that true -- well, withdrawn.

1            THE COURT: I'm sorry. What was the -- there's no
2    objection to that. DX 528 will be full.
3        (Defendant's Exhibit 528, received in evidence.)
4    Q   (By Mr. Buchdahl) If we can look at this press release,
5    this is August 21, 2014. Do you see that?
6    A   Yes, sir.
7    Q   And it says, "GAW Miners Announces World's First
8    Cryptocurrency Miner for the Masses for $16."
9            Do you see that?
10   A   Yes, sir. It's in the headline.
11   Q   And if you look at the paragraph in the middle of the page,
12   Josh Garza says, "We knew the response was going to be big, but
13   we didn't know just how big it'd get. We were selling
14   thousands of units per second"; correct?
15   A   That's -- you're correct, that's what it says.
16   Q   And according to this announcement, each Hashlet was at
17   least $16; correct?
18   A   Yeah. That's what it says right there, yes, sir.
19   Q   So, Mr. Fraser, in this press release, Mr. Garza told the
20   public that GAW Miners was earning thousands and thousands of
21   dollars every second; correct?
22   A   That's what it says, yes, sir.
23   Q   And you understood, as Professor Narayanan explained on the
24   first day, that a Hashlet allowed a customer to own a piece of
25   the mining output of a GAW Miners' machine instead of having to

1  purchase an entire machine; correct?
2  A    Correct.
3  Q    And the purchaser of a Hashlet would, therefore, be
4  entitled to a portion of whatever Bitcoin was mined by that
5  machine; correct?
6  A    I believe that's what he said, yes, sir.
7  Q    Can we turn to page 83 of your civil deposition?
8  A    83?
9  Q    Yes, 83, lines 15 to 25.
10 A    83?
11          THE COURT:  Of the civil deposition, the second
12 deposition.  It's okay.
13          MR. WEINER:  You might have the lines wrong, Jacob.
14 Q    (By Mr. Buchdahl) Now you're in your exhibit, sir, we're
15 going to go to the second deposition.
16          THE COURT:  Sir, that's not what you want.  So there
17 are two depositions in one of the binders.  And it is the
18 second deposition in the binder with the depositions in it.
19          THE WITNESS:  I see.
20          THE COURT:  Take your time.
21          MR. WEINER:  You might have misspoken.  15 starts in
22 the middle of an answer.
23          MR. BUCHDAHL:  That's okay.
24          THE WITNESS:  Okay.
25 Q    (By Mr. Buchdahl) I want you to look at lines 15 to 25.

1  A   It looks like one of the pages from the GAW Miners' website
2  from about that period.
3  Q   Why do you think this looked professionally done?
4  A   First of all, if you notice that there's some very wide
5  margins to the left and the right.  That's called white space.
6  So it gives the website an uncluttered, easy-to-read,
7  easy-to-view layout.  Also, the -- if you notice, all the
8  headers are consistent in their font sizes.
9          And in addition, um, there's, um -- the copy was well
10 written.  There were no typos, no grammatical errors that I
11 could see, and the graphics are high quality.  So, obviously,
12 this was done by a trained graphic designer.  And in order to
13 get this look and feel, because I've built websites myself, you
14 have to know what you're doing with the HTML and CSS.  So you
15 don't get this look and feel by accident.  This was
16 professionally done.
17 Q   When did you first buy a GAW Miners' product?
18 A   That would have been in October 2014.
19 Q   What was the first product you bought from GAW Miners?
20 A   Excuse me.  Say it again.
21 Q   What was the first product you bought from GAW Miners?
22 A   Hashlets.
23 Q   What did you understand Hashlets to be?
24 A   I understood Hashlets to be a slice of the total computing
25 power that was in the -- by the equipment in a GAW Miners' data

1  center.
2  Q   Were you interested in Bitcoin mining at the time?
3  A   Yes, I was.
4  Q   And what was it about Hashlets that appealed to you?
5  A   They're ease. They were very convenient to set up. You
6  just basically bought them, and they were ready to go. They
7  started mining Bitcoins immediately once you activated them.
8  Q   Had you ever done Bitcoin mining before that?
9  A   No, I haven't.
10 Q   Do you have any expertise in cryptocurrency mining?
11 A   No, I don't.
12 Q   Do you have any expertise in cryptocurrencies?
13 A   No.
14 Q   Did you receive payouts from your Hashlets?
15 A   Yes, I did.
16 Q   What type of payouts did you receive?
17 A   I was getting Bitcoins.
18 Q   Where did you believe the payouts were coming from?
19 A   From the mining that was taking place in the GAW Miners'
20 web -- data center.
21 Q   And why did you believe that?
22 A   Because they sold me the miners, you know, that's what it
23 said on the website. That's what they did.
24 Q   At the time did it appear to you that your Hashlets were
25 performing as GAW had promised?

1  Q    Rather than sell it.
2  A    That's correct.
3  Q    Okay.
4           MS. HASSAN:  Thank you, Mr. Jackson.  We can take that
5  down.
6  Q    (By Ms. Hassan) Mr. Audet, I want to speak a little bit
7  about Hashlets and how they worked.
8           So when you did your research and you went to GAW
9  Miners' website or to HashTalk and you saw what Hashlets were,
10 was it your understanding that when you were buying a Hashlet,
11 you were buying either a physical machine or part of a machine?
12 A    Um, I understood I was buying a slice of the computing
13 power, which is technically a bit different from part of the
14 machine.
15 Q    Well, may I take you to your deposition transcript?
16 A    Yes.
17 Q    Could you go to page 21.
18          THE COURT:  Does he have his transcript up there?
19          MS. HASSAN:  Oh.  Could we just publish it to Mr.
20 Audet?
21          THE COURT:  Yeah, just Mr. Audet.
22          MS. HASSAN:  And if we could go to page 21.
23 Q    (By Ms. Hassan) And, Mr. Audet, if you could read starting
24 from line 12 on page 21 to line 20.
25 A    That's right, yes, I see it.

1  Q   Did you gain any kind of commercial advantage after
2  learning this information?
3  A   There was not much to be taken from this, no.
4  Q   So what kind of advantage were you gaining?
5  A   I would have had no advantage from this.
6  Q   Mr. Shinners, how often did you communicate with Josh Garza
7  in December 2014?
8  A   Uh, often.
9  Q   And how often did you discuss Paycoin with Mr. Garza?
10 A   Uh, often.
11 Q   Did you discuss the $100 million reserve fund?
12 A   Yes.
13 Q   Did Mr. Garza ever tell you there was no $100 million
14 reserve fund?
15 A   No.
16 Q   And did there come a time when you finally learned that
17 there was, in fact, no reserve fund?
18 A   Yes.  In 2015, probably the beginning of summer.
19 Q   At some point did you begin to lose faith in what GAW
20 Miners was telling you?
21 A   Could you repeat the question, please?
22 Q   At some point did you begin to lose faith in what GAW
23 Miners was telling you?
24 A   Yes, I did.
25 Q   When did that happen?

1  A   Uh, after the new year in 2015, when Paybase was supposed
2  to be deployed.
3  Q   And what was it about the deployment of Paybase that caused
4  you to stop trust them?
5  A   It was -- it was promised that over the holidays they would
6  take the time to finish Paybase.  And then after the first of
7  the year, they would deploy it.  So when they deployed it,
8  there was no merchant adoption.  There was no exchange at all.
9  And, yeah, it was -- fundamentally it was just an online wallet
10 basically.
11 Q   And were those features something you had been expecting?
12 A   Those features we all were expecting, yes.
13 Q   Would you have been interested in Paycoin at all without
14 those features?
15 A   Without these features being deployed with Paybase, no.
16 Q   Now, in the fall of 2014, did you know who the Defendant
17 was?
18 A   Uh, yes, I did.
19 Q   What was your understanding of his role and relationship
20 with GAW Miners?
21 A   Uh, I knew from Josh's posts, uh, that he was a partner in
22 the firm; um, that they had a long relationship, long-running
23 relationship that went back in history.  And then because of
24 *The Wall Street Journal* article, I kind of got the impression
25 that there was a lot more to it than just a casual

1  GAW Miners' fraudulent securities.
2          Take a look at the Defendant's Twitter feed.  From
3  November 19th all the way to January 12th, he's out there on
4  Twitter where investors like Allen Shinners can follow his
5  every word, and he simply repeats all of the key GAW Miners
6  lies, even as late as January 12th.  This $20 Paycoin lie,
7  remember, is one of the lies that sent Josh Garza to jail.  And
8  it wasn't just limited to Twitter.  He was promoting Paycoin to
9  his friends.
10         And maybe this next one sums it up even better.  He's
11 discussing a potential transaction for GAW Miners.  He's
12 talking to his personal lawyer and Josh.  What does he say?  "I
13 will do whatever we need."
14         We all know what happened next.  The SEC swooped in,
15 shut everything down, and the people who lost their hard-earned
16 savings put together this lawsuit.  And now this case is going
17 to be in your hands.  So what would the Plaintiffs ask you to
18 find here?  I'd like to go through the jury Verdict Form with
19 you and respectfully ask that you fill it out in the following
20 manner.
21         THE COURT:  Mr. Buchdahl, you have six minutes on your
22 original.
23         MR. BUCHDAHL:  Now, we'll move quickly.
24         Question No. 1:  Did Plaintiffs prove any of the
25 following are investment contracts?  Absolutely the Plaintiffs

1  did, because as the Judge will tell you, the touchstone of a
2  security is that the investors would have an expectation of
3  profits to be derived from the efforts of others.  That's what
4  they did here.  They gave GAW Miners their money and hoped that
5  GAW Miners' mining efforts would lead to their money or, in the
6  case of Paycoin, that their promotional efforts would make
7  money for people.
8           What's the next question?  Next question is:  With
9  respect to the Plaintiffs' claim alleging unregistered
10 securities, did we prove that Defendant Stuart Fraser was
11 liable as a controlling person?  Answer:  Yes.  That's all the
12 evidence we looked at earlier, that he was a control person.
13          And you can see that -- all right.  And look at the
14 factors that the Judge will tell you to look at for control:
15 the ability to exert influence.  Did he own any interest?  Did
16 he have financial leverage?  Did he have personal
17 relationships?  Across the board, every single example, the
18 Defendant checks every box.
19          Next question.  The third way -- oh, sorry.  For each
20 product you found to be an investment contract, did Mr. Fraser
21 prove that he could not have known that these Hash products
22 were being sold?  Now, it says that he had to not be able to
23 know even with the exercise of reasonable care.  And it's plain
24 as day that if this Defendant had exercised reasonable care, he
25 could have known exactly what was going on.  So we ask you to