# Exhibit 2

**Designation Run Report**

# JMV1

**Mordica, Joe 06-28-2018**

**Their Designations 01:05:48**

**Total Time 01:05:48**



**Exhibit DX-747**

ID:JMV1

| Page/Line | Source | ID |
|---|---|---|
| | JMV1 | |
| | 52:17   A. So what's next is Josh discovered that a lot | |
| | 52:18 of the mining capacity was not being utilized in its | |
| | 52:19 most efficient way possible, which everyone, you know, | |
| | 52:20 on my -- on the technology end kind of knew that, but | |
| | 52:21 we couldn't do anything about it because, you know, we | |
| | 52:22 wouldn't be able to give the customer what they're -- | |
| | 52:23 what they're paying for if, you know, we did it any | |
| | 52:24 other way. | |
| | 52:25 So he had the idea to instead of allowing a | |
| | 53:1 JOE MORDICA - JUNE 28, 2018 | |
| | 53:2 customer to specify their own mining pool, to put in | |
| | 53:3 their own mining pool so they could kind of verify the | |
| | 53:4 hash rate at their pool, he said why don't we just | |
| | 53:5 have all the machines mine one pool because it's more | |
| | 53:6 efficient to do it that way instead of splitting up | |
| | 53:7 the hashing power and you having a bunch of overhead | |
| | 53:8 in certain areas and then pay out these individuals | |
| | 53:9 based on the hashing power that they purchased. | |
| | 53:10   Q. Uh-huh. | |
| | 53:11   A. And that became kind of a ZenCloud 2.0. | |
| | 53:12   Q. You say pay out according to the hashing | |
| | 53:13 power that they purchased, but wouldn't it also have | |
| | 53:14 to be paid out according to the performance of the | |
| | 53:15 pool that they indicated they wanted to be mining even | |
| | 53:16 if they weren't, in fact, mining it? | |
| | 53:17   A. So we gave them three or four options for | |
| | 53:18 three or four different pools that they could | |
| | 53:19 basically just select with a check box in their | |
| | 53:20 portal.  And we would pay them out based on that | |
| | 53:21 pool's hash rate. | |
| | 53:22   Q. Even though they weren't -- | |
| | 53:23   A. That profitability. | |
| | 53:24   Q. You may not have had any machine hashing to | |
| | 53:25 that pool? | |
| | 54:1 JOE MORDICA - JUNE 28, 2018 | |
| | 54:2   A. That pool, uh-huh. | |
| | 54:3   Q. Okay. | |
| | 54:4   A. Right.  But what Josh's plan was was to | |
| | 54:5 create even more profitability than what any of these | |
| | 54:6 pools that we were giving them an option for would pay | |

| Page/Line | Source | ID |
|---|---|---|
| | JMV1 | |
| | 54:7 out.<br>54:8   Q. Uh-huh.<br>54:9   A. So that we could bring in more revenue.  I<br>54:10 mean, it was all, you know, making money for him, you<br>54:11 know.  So whenever we -- whenever we set up the pools<br>54:12 and the system, you know, he would say let's list<br>54:13 these three pools, three or four pools, whatever they<br>54:14 were, I can't remember exactly, but -- and we'll allow<br>54:15 customers to select these three or four pools.<br>54:16 But let's take the equipment and let's mine<br>54:17 the most profitable pool every hour, every day.  No<br>54:18 matter what pool it is, let's shift our hashing power<br>54:19 to that specific pool so we could --<br>54:20   Q. Which avoids waste?<br>54:21   A. Yeah, yeah, which avoids waste.  It avoids --<br>54:22 I mean, it's -- so we got to that point and --<br>54:23   Q. Is this still cloud-hosted mining at this<br>54:24 point or are you now into hashlets?<br>54:25   A. This is still cloud-hosted mining, but<br>55:1 JOE MORDICA - JUNE 28, 2018<br>55:2 hashlets was really not that much different than this<br>55:3 because they were, you know, virtual in a sense.  I<br>55:4 mean, this was virtual in a sense because you could --<br>55:5 you're basically just selecting a check box and<br>55:6 you're -- all you're doing is specifying your payout<br>55:7 amount, you know, for that 24-hour period, for that<br>55:8 day. | |
| 56:09 - 56:11 | **Mordica, Joe 06-28-2018 (00:00:08)**<br>56:9   Q. So as I understand the story, we're about to<br>56:10 make the shift from cloud-hosted mining to hashlets;<br>56:11 is that right? | **JMV1.18** |
| 56:16 - 59:20 | **Mordica, Joe 06-28-2018 (00:05:02)**<br>56:16   A. Yeah.  So at this point we got into more of a<br>56:17 marketing push to grow the business.  Like, Josh<br>56:18 wanted to increase sales, increase revenue.  I mean,<br>56:19 that's what it was all about; right, make more money.<br>56:20 So he had the idea of bringing these -- a<br>56:21 couple of marketing guys in to help do some design<br>56:22 work, some marketing, some social media management,<br>56:23 bring fresh ideas to the team. | **JMV1.19** |

| Page/Line | Source | ID |
|---|---|---|
| | JMV1 | |
| | 58:14 for that person inside ZenCloud, which was -- a<br>58:15 hashlet was basically just a payout number at the end<br>58:16 of the day.<br>58:17   Q. What do you mean by saying that a hashlet was<br>58:18 just a payout number?<br>58:19   A. Yeah, so if you purchased 20 megahash -- it<br>58:20 was just a computed dollar amount at the end of the<br>58:21 day.  So it was a -- it was a -- looked like a little,<br>58:22 you know, icon on the screen that you would -- that<br>58:23 you would see.  And it had a -- it had a hashing power<br>58:24 label on it, say 20 megahash or 30 megahash or<br>58:25 whatever so you knew what you had in your account.<br>59:1 JOE MORDICA - JUNE 28, 2018<br>59:2 And on the back end we just had to say this<br>59:3 20 megahash pointed to this pool at the end of the day<br>59:4 is going to generate $2.13 in revenue.  So that's how<br>59:5 the ZenCloud system would deposit that amount, that<br>59:6 bitcoin amount, into the individual's account at the<br>59:7 end of the day.<br>59:8   Q. So that was a manual calculation that was<br>59:9 done based on the return of a particular pool;<br>59:10 correct?<br>59:11   A. Yeah.<br>59:12   Q. It wasn't a return that actually came from a<br>59:13 computer doing hashing?<br>59:14   A. Doing work on the pool; correct.  It was --<br>59:15 it was a calculation that was made based on the<br>59:16 24-hour payout of that pool at the end of the day.<br>59:17 And no one knew what that pool's average payout was<br>59:18 going to be at the end of the day until we reached the<br>59:19 end of the day.  But however much it was, that's what<br>59:20 was going to be allocated to that person's account. | |
| 62:21 - 69:19 | **Mordica, Joe 06-28-2018 (00:09:45)**<br>62:21   Q. So your memory is that during the entire time<br>62:22 of cloud-hosted mining before hashlets --<br>62:23   A. Uh-huh.<br>62:24   Q. -- the company had sufficient hashing<br>62:25 power --<br>63:1 JOE MORDICA - JUNE 28, 2018<br>63:2   A. Yeah. | JMV1.20 |