# Exhibit 3

# Pfeiffer Trial Testimony



**Michael Pfeiffer**

Plaintiff

"==GAW said that they had a $100 million fund== to back up this coin to promote the development and to promote the ecosystem ==that would make Paycoin valuable==."

10/27/21 Trial Transcript
83:4-10

122