AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| Denis Marc Audet, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:16-cv-00940-MPS |
| Stuart A. Fraser, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs     .

Date:   05/24/2022

/s/ Douglas P. Needham
*Attorney's signature*

Douglas P. Needham (ct29433)
*Printed name and bar number*

Izard, Kindall & Raabe, LLP
29 South Main Street, Suite 305
West Hartford, CT  06107
*Address*

dneedham@ikrlaw.com
*E-mail address*

(860) 493-6292
*Telephone number*

(860) 493-6290
*FAX number*