Civil- (Dec-2008)

HONORABLE: Michael P. Shea

DEPUTY CLERK: D. Johnson   RPTR/ECRO/TAPE: J. Monette

TOTAL TIME: 1 hours 30 minutes

DATE: May 26, 2022   START TIME: 11:00   END TIME: 12:30

LUNCH RECESS   FROM:   TO:

RECESS (if more than ½ hr)   FROM:   TO:

CIVIL NO. 3:16CV940(MPS)

AUDET, et al   Buchdahl/Chen/Rennie/Needham/Ard
Plaintiff's Counsel

vs

FRASER, et al   Hassan/Weinstein/Weiner/Moffett/Miller
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing   ☐ Show Cause Hearing
☐ Evidentiary Hearing   ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing

☑ .....#351   Motion for Judgment as a Matter of Law and New Trial   ☐ granted  ☐ denied  ☑ advisement
☑ .....#352   Motion for Default Judgment as to GAW Miners, ZenMiner   ☐ granted  ☐ denied  ☑ advisement
☐ .....#____  Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....#____  Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....#____  Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....#____  Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....#____  Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....    Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....    Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....    Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement
☐ .....    Oral Motion _____   ☐ granted  ☐ denied  ☐ advisement

☐ .....   ☐ Briefs(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ ..........   _____   ☐ filed  ☐ docketed
☐ ..........   _____   ☐ filed  ☐ docketed
☐ ..........   _____   ☐ filed  ☐ docketed
☐ ..........   _____   ☐ filed  ☐ docketed
☐ ..........   _____   ☐ filed  ☐ docketed
☐ ..........   _____   ☐ filed  ☐ docketed
☐ ..........   _____ Hearing continued until _____ at _____

Notes: