# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

32ND FLOOR

1301 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10019-6023

(212) 336-8330

FAX (212) 336-8340

WWW.SUSMANGODFREY.COM

_____

| | | |
|---|---|---|
| SUITE 5100<br>1000 LOUISIANA STREET<br>HOUSTON, TEXAS 77002-5096<br>(713) 651-9366 | SUITE 1400<br>1900 AVENUE OF THE STARS<br>LOS ANGELES, CALIFORNIA 90067-6029<br>(310) 789-3100 | SUITE 3000<br>401 UNION STREET<br>SEATTLE, WASHINGTON 98101-2668<br>(206) 516-3880 |

GENG CHEN
DIRECT DIAL (212) 729-2008

E-MAIL GCHEN@SUSMANGODFREY.COM

October 6, 2022

VIA ECF

The Honorable Michael P. Shea
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:     *Audet v. Fraser*, No. 3:16-cv-00940

Dear Judge Shea:

Plaintiffs submit this letter on behalf of all parties to inform the Court that the parties have reached a settlement in principle and are currently negotiating a settlement agreement. The parties respectfully request that the Court adjourn the current pretrial deadlines and propose to submit an update to the Court on the status of the settlement, including a proposed schedule for preliminary approval briefing, by October 21, 2022.

Sincerely,

Geng Chen