SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2668 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

GENG CHEN
DIRECT DIAL (212) 729-2008
E-MAIL GCHEN@SUSMANGODFREY.COM

October 21, 2022

VIA ECF

The Honorable Michael P. Shea
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:   *Audet v. Fraser*, No. 3:16-cv-00940

Dear Judge Shea:

Pursuant to the Court's order dated October 7, 2022 (Dkt. No. 378), Plaintiffs submit this status report on behalf of all parties. A draft settlement agreement has been prepared and is under review by the parties. Plaintiffs are simultaneously preparing proposals for notice, distribution, and claims administration.

With respect to Plaintiffs' motion for preliminary approval, the parties propose the following deadlines:

1. Plaintiffs shall file their motion for preliminary approval of the settlement no later than December 2, 2022.

2. Any opposition briefing shall be filed no later than 14 days after Plaintiffs file their motion.

3. Any reply briefing shall be filed no later than 7 days after the opposition briefing is filed.

Respectfully,

Geng Chen