UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>      Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>NOVEMBER 29, 2022 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO MOVE FOR PRELIMINARY APPROVAL OF THE SETTLEMENT**

  Pursuant to Local Rule 7(b), Plaintiffs submit this motion requesting a two-week extension of the deadline to file a motion for preliminary approval of the parties' settlement as well as the deadlines for opposition and reply briefing. Plaintiffs' motion is currently due December 2, 2022; any opposition briefing is due December 16, 2022; and any reply briefing is due December 23, 2022. ECF No. 380.

  This is Plaintiffs' first request for an extension of time regarding these deadlines. Counsel for Plaintiffs respectfully submits that additional time is necessary for the parties to finalize the settlement and to give the parties adequate time to review and approve the agreement. For that reason, a brief extension is warranted. The extension would not affect any deadlines in this case apart from the briefing schedule on this motion.

  For the above reasons, Plaintiffs respectfully request that the deadline to file a motion for preliminary approval be extended by two weeks to December 16, 2022; the deadline to file any

opposition briefing be extended by two weeks to December 30, 2022; and the deadline to file any reply briefing be extended by two weeks to January 6, 2022.

Dated: November 29, 2022

Respectfully submitted,

*/s/ Russell Rennie*

| | |
|---|---|
| Robert A. Izard<br>Craig A. Raabe<br>IZARD, KINDALL & RAABE, LLP<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>mkindall@ikrlaw.com<br>rizard@ikrlaw.com<br>craabe@ikrlaw.com | Marc Seltzer<br>Kathryn Hoek<br>SUSMAN GODFREY L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>mseltzer@susmangodfrey.com<br>khoek@susmangodfrey.com<br><br>Seth Ard<br>Russell F. Rennie<br>Jacob Buchdahl<br>Geng Chen<br>SUSMAN GODFREY L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>sard@susmangodfrey.com<br>rrennie@susmangodfrey.com<br>jbuchdahl@susmangodfrey.com<br>gchen@susmangodfrey.com<br><br>Edgar Sargent<br>SUSMAN GODFREY L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Tel: (202) 516-3880<br>esargent@susmangodfrey.com<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2022, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: November 29, 2022

                                                         /s/ Russell Rennie
                                                         Russell Rennie