# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>        Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br><u>CLASS ACTION</u> |

### DECLARATION OF NICHOLAS SCHMIDT ON BEHALF OF THE PROPOSED SETTLEMENT ADMINISTRATOR, EPIQ CLASS ACTION & CLAIMS SOLUTIONS, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR PRLIMINARY APPROVAL

I, Nicholas Schmidt, declare and state as follows:

1. I am a Client Services Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the proposed Claims Administrator in connection with the Settlement[1]. At the request of Class Counsel, I am providing this declaration to provide the Court with additional information about (i) the procedures and methods that will be used to provide the Notice of Class Action Settlement ("Notice") along with the Proof of Claim Form (the "Proof of Claim") (collectively, the Notice and Proof of Claim are referred to as the "Notice Packet"), to members of the Class,

---

[1] All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated December 14, 2022 ("Settlement").

and (ii) the claims process. I make this declaration based on personal knowledge and information provided to me by experienced Epiq employees under my supervision, and if called to testify I could and would do so competently.

2. Epiq was retained by Lead Counsel, subject to Court approval, to provide notice and claims administration services in connection with the Settlement. Epiq has been implementing successful notification and claims administration programs since 1998. Our experience includes many of the largest and most complex settlement administrations including cases involving cryptocurrency and/or blockchain technology. These include both private securities litigation matters and actions brought by government securities regulators. More information on Epiq's experience can be found on its website at www.EpiqGlobal.com.

3. Epiq, in conjunction with Lead Counsel, has developed the Proof of Claim Form in accordance with the Plan of Distribution. A copy of the Proof of Claim Form is attached hereto as Exhibit A.

## NOTICE PLAN DETAIL

4. Rule 23 directs that the best notice practicable under the circumstances must include "individual notice to all members who can be identified through reasonable effort." The proposed notice effort here satisfies this direction. For any Settlement Class Members who are identified from records provided to Epiq, notice will be sent via email. It is my understanding that approximately 250,000 email addresses exist for Settlement Class Members. In addition to individual notice via email, the Notice Plan includes banner notice advertising on selected advertising networks that Settlement Class Members may visit regularly. The Banner Notices will link directly to the case website, thereby allowing visitors easy access to relevant information and documents. In addition, sponsored search, an informational release, and a case website will provide additional notice to Settlement Class Members.

**PLAN OF NOTICE DISSEMINATION**

5.   It is my understanding that the Court certified the following litigation Class:

> All persons or entities who, between August 1, 2014 and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin by converting, upgrading, or exchanging other products sold by the Companies. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

6.   In developing the proposed notice plan for the Settlement, Epiq will provide a Electronic Notice ("E-Notice") plan similar to the notice campaign that was conducted in connection with Class Certification, and which was commenced on September 15, 2019.

*Individual Notice*

7.   In connection with the Class Certification Notice, Epiq received from Plaintiffs approximately 250,000 email addresses which were obtained from the ZenCloud and Paybase databases ("GAW Databases"), records from PayPal and Stripe, records from Shopify (the online "shopping cart" used by GAW), and email addresses collected by Plaintiff Allen Shinners. During the notice campaign in connection with Class Certification, Epiq sent notice to each of these email addresses.

8.   Pursuant to the proposed notice plan here, within 15 days of an order granting preliminary approval of the settlement, the E-Notice will be emailed to all Settlement Class Members at the email addresses set forth in the records originally provided by Plaintiffs. If a Settlement Class Member contacts the Claims Administrator requesting that a Notice Packet be sent to them, Epiq will mail a copy of the Notice Packet and/or email a copy of the E-Notice. The Notice Packet and E-Notice will direct recipients to the Settlement Website, www.GAWMinersclassaction.com, for more detailed information regarding the Settlement and the Action as well as downloadable copies of the Notice Packet. The Notice Packet and E-Notice

will also provide the Settlement-specific toll-free telephone number and e-mail address in the event that a Class Member would like to request that a Notice Packet be sent to them by mail. The Notice Packet, E-Notice, and Settlement Website will also, among other things, include instructions for how to submit a claim in order to be potentially eligible to receive a payment from the Net Settlement Fund. In addition, Epiq representatives will be available to provide additional assistance by phone.

9. The E-Notice will be created using an embedded html text format. This format will provide easy to read text without graphics, tables, images and other elements that will increase the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters. Each E-Notice will be transmitted with a unique message identifier. If the receiving email server cannot deliver the message, a "bounce code" will be returned along with the unique message identifier. For any E-Notice for which a bounce code is received indicating that the message was undeliverable, at least two additional attempts will be made to deliver the Notice by email.

*Media Notice Plan*

10. In connection with the 2019 Class Certification, Epiq conducted the publication of banner advertisements linking to the GAW Miners Class Action Website on websites associated with cryptocurrency and blockchain technology. These websites included Coindesk, Facebook, Instagram and the Reddit, the Google Display Network.

11. For this round of notice, within 15 days of an order granting preliminary approval of the settlement, Epiq will commence publication of banner advertisements on websites including Coindesk, Facebook, Instagram, Reddit, and the Google Display Network, directing class members to the Settlement website for the Settlement Notice with a duration as approved by the Court. Epiq will also purchase sponsored search ads, directing individuals to the settlement website on search engines which include Google, Bing and Yahoo!.

12. The Court's Notice Order in the Class Certification directed that the Summary Notice be transmitted over a national newswire. Accordingly, the Summary Notice was transmitted over *PR Newswire* on September 13, 2019. For the Settlement, the Summary Notice will be transmitted over the *PR Newswire* and any other media outlets (print or broadcast).

13. Based on my experience, the proposed notice plan, consisting of the emailed Notice Packet; the Settlement Website on which the Notice Packet will be posted, along with additional information regarding the Settlement and the Action; publication of banner advertisements on websites associated with cryptocurrency; and publication of the Summary Notice, is an effective method of providing notice of the Settlement to the Class.

## TOLL-FREE TELEHONE NUMBER

14. Epiq reserved a toll-free phone number for the Class Certification, (855) 964-0522, and published that toll-free number in the Notice and on the Settlement Website. The toll-free number became operational on September 15, 2019. The toll-free number connects callers with an Interactive Voice Recording ("IVR"). The IVR will be updated to provide Settlement Class Members and others who call the toll-free telephone number access to additional information about the Settlement that has been pre-recorded. The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week. Specifically, the pre-recorded message will be updated to provide callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions. The IVR also allows callers to request that a copy of the Notice Packet be mailed or emailed to them or the caller may opt to speak live with a trained operator. Callers are able to speak to a live operator regarding the status of the Settlement and/or obtain answers to questions they may have, Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern Time (excluding official holidays). During other hours, callers may leave a message for an agent to call them back. Epiq has promptly responded to each

telephone inquiry and will continue to address Settlement Class Members' inquiries.

## REPORT ON EXCLUSIONS RECEIVED

15.     As set forth in the Notice disseminated for the Class Certification, Class Members who wished to be excluded from the Class were required to do so in writing so that the request was received no later than October 28, 2019.  As of the date of this Declaration, Epiq has received seven (7) requests for exclusion. Attached as Exhibit B is a list of the names of those seven (7) individuals and/or entities who submitted timely and valid requests for exclusion from the Class.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 16, 2022 in Farmingdale, New York.

Nicholas Schmidt