# *EXHIBIT B*

RECEIVED

SEP 17 2019

LEGAL SERVICES

**Audet et al v Garza et al CA4707**

Opt-Out #

900000001

**Special Request**

Tracking # 1538662

# Document Range



0470703

| Begin: | End: | Quantity: |
|---|---|---|
| | — | |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 412  *CG* <br><br> 9/23/19 | ✓ | *AH* <br> SEP 23 2019 | *AH* <br> SEP 23 2019 |

Route to:   Vault      *Route to:_____

To:
Audet, et al. v. Garza, et al.
Notice Administrator
P.O. Box 3578
Portland, OR 97208-3578

From:
Markus Homma

[REDACTED]

I request exclusion from the Class in"Audet, et al. v. Garza, et al. No. 3:16-cv-00940. Please send me a confirmation of exclusion.

Thanks in advance
Markus Homma

[REDACTED]

| **Analyst Name:**<br><br>Brian H. | | **Document Received Date:**<br><br>9/17/2019 |

# GAW Miners
## CA4707


**Related Tracking Numbers:**
304156


**Received from email address** (if applicable):

███████████████


**Subject Line of email** (if applicable):
Ask to be Excluded


**Instructions for DC:**

Please label and scan this 1 JPEG document as 1 Opt Out.

RECEIVED

SEP 2 0 2019

LEGAL SERVICES

**Audet et al v Garza et al CA4707**

**Opt-Out #**

900000002

# Document Range

0470703

| Begin: | End: | Quantity: |
|---|---|---|
| 2 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 373 PA | | ⟨signature⟩ | ⟨signature⟩ |
| 9·25·19 | | SEP 25 2019 | SEP 25 2019 |

**Route to:** Vault    **\*Route to:** _____

September 16, 2019

To Whom It May Concern

John Salmon /Email: ███████████████

████████████████████████
████████████████████████
████████████████████████

Subject: "Request Exclusion" from the Class in
" Audet, et al. v Saya, et al. No. 3:16-cv-00940

I am requesting exclusion from this lawsuit.
I purchased approximately $20.00 so many years
ago and never traded it & can't remember what
I purchased.

Thanks,
███████████████



Mr. John Salmon

17 SEP 2019 PM 4 L

Audet, et al. v. Garza, et al.
Notice Administrator
P.O. Box 3578
Portland, OR 97208-3578

97208-357878

RECEIVED

OCT 2 5 2019

Epiq Class Action

**Audet et al v Garza et al CA4707**

Opt-Out #

900000003

**Special Request**
Tracking # 1552996

# Document Range

0470703

| Begin: | End: | Quantity: |
|--------|------|-----------|
| 3 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #: 412   CG  OCT 2 8 2019 | √ | AH  OCT 2 8 2019 | AH  OCT 2 8 2019 |

Route to:  Vault      *Route to:_____

Attn : Notice Administrator

I would like to inform that I wish to be excluded from this Class
Action.

Name : Emore

Middle Name : Gino

Surname : Bonadeni

Address :

Street : ███████████

City : ███████████

Zip code : ██████

Province : ██████

Country : ████

Email : ███████████

Phone : ███████████

Signature

███████████████████

| | |
|---|---|
| **Analyst Name:**<br><br>Dave C. | **Document Received Date:**<br><br>10/25/2019 |

# AUDET ET AL V GARZA ET AL
## CA4707

### Related Tracking Numbers:
295525

### Received from email address (if applicable):

███████████████████████

### Subject Line of email (if applicable):
Exclusion Request from the Class in "Audet, et al. v. Garza, et al. No. 3:16-cv-00940."

**Instructions for DC:**

Please label and scan this PDF document as 1 Opt Out.

**Claims Team**: Please create a new record for this Opt Out.

RECEIVED

OCT 27 2019

Epiq Class Action

**Audet et al v Garza et al CA4707**

Opt-Out #

**900000004**

**Special Request**
Tracking # 1553868

# Document Range

0470703

| Begin: | End: | Quantity: |
|---|---|---|
| 4 | 7 | 4 |

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|
| ID #: 412  CG  OCT 30 2019 | ✓ | CG  OCT 30 2019 | CG  OCT 30 2019 |

Route to:   Vault          *Route to:_____

Andrew Halkerston



Audet, et al. v. Garza, et al.

Notice Administrator

P.O. Box 3578

Portland, OR 97208-3578

Dear Sir,

Further to your email of Oct 15th 2019, I formally request exclusion from the Class in Audet, et al. v. Garza, et al. No. 3:16-cv-00940.

Yours faithfully,



Andrew Halkerston

**Guerrero, Casandra**

| | |
|---|---|
| **From:** | ███████████████████ |
| **Sent:** | Sunday, October 27, 2019 4:50 AM |
| **To:** | info_GAWMinersClassAction |
| **Subject:** | Re: RE:  Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC |
| **Attachments:** | 145912watts@gmx_com-exclusion-request-class-Audet-et-al-v-Garza-et-al-No-3-16-cv-00940.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Jamie,
Please see attached my signed letter with a request for exclusion from the class in Audet, et al. v. Garza, et al. No. 3:16-cv-00940.
Yours faithfully,
Andrew H

**Sent:** Tuesday, October 15, 2019 at 10:20 PM
**From:** "info@GAWMinersClassAction.com" <info@GAWMinersClassAction.com>
**To:** ███████████████████████
**Subject:** RE: RE: Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC

Dear Sir or Madam,
Thank you for your patience.
To exclude yourself from the Class, you must send a signed letter by email or mail stating that you "request exclusion" from the Class in "Audet, et al. v. Garza, et al. No. 3:16-cv-00940." Be sure to include your name, address, email address, telephone number and the signature of the person or entity requesting exclusion or an authorized representative. If possible, please also provide the transactional details of (1) the Hashlets, Hashpoints, HashStakers, or Paycoin you purchased from GAW Miners, LLC and/or ZenMiner, LLC; and/or (2) the Hashlets, Hashpoints, HashStakers, or Paycoin you acquired from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by the GAW Miners, LLC and/or ZenMiner, LLC.
You must email your exclusion request to Info@GAWMinersClassAction.com by **October 28, 2019,** or mail your exclusion request, **postmarked no later than October 28, 2019**, to the following address:
Audet, et al. v. Garza, et al.
Notice Administrator
P.O. Box 3578
Portland, OR 97208-3578
Sincerely
Jamie T.
GAW Miners Class Action Notice Administrator

------------------ Original Message ------------------
**From:** ███████████████████
**Received:** 9/24/2019 1:33 AM

1

**To:** info@GAWMinersClassAction.com
**Subject:** Re: Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC

Please exclude me from the lawsuit.
Thanks

**Sent:** Friday, September 13, 2019 at 5:01 PM
**From:** "GAW Miners Class Action" <info@GAWMinersClassAction.com>
**To:** ████████████████████████████
**Subject:** Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC

# If you purchased or acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, a class action lawsuit may affect your rights.

**What is the lawsuit about?** Plaintiffs allege that GAW Miners, LLC and ZenMiner, LLC made false and misleading statements to potential investors about their virtual currency mining operations. Plaintiffs allege that GAW Miners, LLC and ZenMiner, LLC sold a progressive array of products and investment contracts to investors that GAW Miners LLC and ZenMiner LLC claimed would yield profits from mining or otherwise investing in virtual currency. Plaintiffs allege that, because GAW Miners, LLC and ZenMiner, LLC sold far more computing power than they owned and dedicated to virtual currency mining, GAW Miners, LLC and ZenMiner, LLC owed investors a return larger than any actual return GAW Miners, LLC and ZenMiner, LLC were making on their limited mining operations.

GAW Miners, LLC and ZenMiner, LLC have defaulted and the sole remaining defendant is Stuart A. Fraser. Plaintiffs allege, among other things, that Mr. Fraser assisted the other defendants and exercised control over them such that he is liable for any injuries caused by the misconduct allegedly perpetrated by GAW Miners, LLC and ZenMiner, LLC described above. Mr. Fraser denies all allegations against him. **The Court has not decided that Mr. Fraser is liable.**

**You received this email because records indicate you may be a Class Member.** The Class includes all persons or entities who, between August 1, 2014, and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by GAW Miners, LLC and/or ZenMiner, LLC. Excluded from the Class certified by the Court are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

**What are your options?** If you are a Class Member, you must choose whether to stay in the Class. If you stay in the Class, and money or benefits are obtained for the Class, you will be notified about how you can share in any benefits for which you may be eligible. If you stay in the Class, however, you will be bound by all orders and judgments of the Court, whether favorable to you or not, and you won't be able to sue the defendants for the claims at issue in this case. If you want to stay in the Class, you do not have to do anything now, but you may be required to show proof of your transactions at a later time. If you stay in the Class, you may (but do not have to) enter an appearance in the Court through your own counsel.

If you would like to exclude yourself from the lawsuit, you must send an email to

Info@GAWMinersClassAction.com by **October 28, 2019** or letter to *Audet, et al. v. Garza, et al.*, Notice Administrator, c/o Epiq, P.O. Box 3578, Portland, OR 97208-3578 by **October 28, 2019** asking to be excluded. Instructions for making this request can be found at the underline website or by calling toll-free 1-855-964-0522. If you request exclusion, you cannot get any money or benefits from this lawsuit, but you will also not be bound by any orders or judgments in this case that may be unfavorable to you. Detailed information is available at the website and toll-free by calling 1-855-964-0522.

If you would prefer not to receive further messages from this sender, please Click Here and confirm your request.

| Analyst Name: | Document Received Date: |
|---|---|
| Dave C. | 10/27/2019 |

# AUDET ET AL V GARZA ET AL
## CA4707

**Related Tracking Numbers:**
7988

**Received from email address** (if applicable):

████████████████

**Subject Line of email** (if applicable):
Re: RE: Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC

**Instructions for DC:**

Please label and scan the PDF and Email documents in this folder as 1 Opt Out.

**Claims Team:**

RECEIVED

OCT 2 7 2019

Epiq Class Action

**Audet et al v Garza et al CA4707**

**Opt-Out #**

**900000006**

**Special Request**
Tracking # 1553868

# Document Range

0470703

| Begin: | End: | Quantity: |
|--------|------|-----------|
|        |      |           |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #:       |     |        |             |

**Route to:**   Vault          **\*Route to:**_____

Audet, et al. v. Garza, et al.
Notice Administrator
P.O. Box 3578
Portland, OR 97208-3578

Fred Wilson



Subject: Request exclusion from the Class in "Audet, et al. v. Garza, et al. No. 3:16-cv-00940."

Dear GAW Miners Class Action Notice Administrator,

I decide to be excluded from this Lawsuit Involving GAW Miners even i know i bought some hashlets in the past on GAWMiners website.
As i am living outside the US i do not know the risk involved in this Lawsuit. Whether it will cost me more money or not. I have no idea what direction this Lawsuit will go and i do not want to lose more money in this GAWMiners case. I already lost a lot of money on the GAWMiners and Haslets adventure. So please exclude me from this action.

**My information**
Fred Wilson



Best regards,

Fred Wilson

**Guerrero, Casandra**

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮ |
| **Sent:** | Sunday, October 27, 2019 10:05 AM |
| **To:** | info_GAWMinersClassAction |
| **Subject:** | RE: Re: Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC |
| **Attachments:** | GAW.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Dear Dave,

Thank for your information.

See attachment for my exclusion.


Met vriendelijke groeten, Best regards,

Fred C. Wilson IV



On 26 October 2019 at 23:22:47 +02:00, info@GAWMinersClassAction.com
<info@gawminersclassaction.com> wrote:

> Dear Fred,
>
>
> Thank you for your email.
>
>
> To exclude yourself from the Class, you must send a **signed letter** by email or mail stating that you "request exclusion" from the Class in "Audet, et al. v. Garza, et al. No. 3:16-cv-00940." Be sure to include your name, address, email address, telephone number and the signature of the person or entity requesting exclusion or an authorized representative. If possible, please also provide the transactional details of (1) the Hashlets, Hashpoints, HashStakers, or Paycoin you purchased from GAW Miners, LLC and/or ZenMiner, LLC; and/or (2) the Hashlets, Hashpoints,

1

HashStakers, or Paycoin you acquired from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by the GAW Miners, LLC and/or ZenMiner, LLC.

You must email your exclusion request to Info@GAWMinersClassAction.com by October 28, 2019, or mail your exclusion request, **postmarked no later than October 28, 2019**, to the following address:

Audet, et al. v. Garza, et al.

Notice Administrator

P.O. Box 3578

Portland, OR 97208-3578

Sincerely,

Dave C.

GAW Miners Class Action Notice Administrator

------------------ Original Message ------------------
**From**
**Received:** 10/20/2019 9:29 AM
**To:** info@GAWMinersClassAction.com
**Subject:** Re: Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC

Dear,

I decide to be excluded from this Lawsuit Involving GAW Miners even i know i bought some hashlets in the past on GAWMiners website.
As i am living outside the US i do not know the risk involved in this Lawsuit. Whether it will cost me more money or not. I have no idea what direction this Lawsuit will go and i do not want to lose more money in this GAWMiners case.
Unless you can advise me and tell me more about the Lawsuit i may change my mind.

Met vriendelijke groeten, Best regards,

Fred

On 13 September 2019 at 18:00:44 +02:00, GAW Miners Class Action
<info@gawminersclassaction.com> wrote:

# If you purchased or acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, a class action lawsuit may affect your rights.

**What is the lawsuit about?** Plaintiffs allege that GAW Miners, LLC and ZenMiner, LLC made false and misleading statements to potential investors about their virtual currency mining operations. Plaintiffs allege that GAW Miners, LLC and ZenMiner, LLC sold a progressive array of products and investment contracts to investors that GAW Miners LLC and ZenMiner LLC claimed would yield profits from mining or otherwise investing in virtual currency. Plaintiffs allege that, because GAW Miners, LLC and ZenMiner, LLC sold far more computing power than they owned and dedicated to virtual currency mining, GAW Miners, LLC and ZenMiner, LLC owed investors a return larger than any actual return GAW Miners, LLC and ZenMiner, LLC were making on their limited mining operations.

GAW Miners, LLC and ZenMiner, LLC have defaulted and the sole remaining defendant is Stuart A. Fraser. Plaintiffs allege, among other things, that Mr. Fraser assisted the other defendants and exercised control over them such that he is liable for any injuries caused by the misconduct allegedly perpetrated by GAW Miners, LLC and ZenMiner, LLC described above. Mr. Fraser denies all allegations against him. **The Court has not decided that Mr. Fraser is liable.**

**You received this email because records indicate you may be a Class Member.** The Class includes all persons or entities who, between August 1, 2014, and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by GAW Miners, LLC and/or ZenMiner, LLC. Excluded from the Class certified by the Court are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

**What are your options?** If you are a Class Member, you must choose whether to stay in the Class. If you stay in the Class, and money or benefits are obtained for the Class, you will be notified about how you can share in any benefits for which you may be eligible. If you stay in the Class, however, you will be bound by all orders and judgments of the Court, whether favorable to you or not, and you won't be able to sue the defendants for the claims at issue in this case. If you want to stay in the Class, you do not have to do anything now, but you may be required to show proof of your transactions at a later time. If you stay in the Class, you may (but do not have to) enter an appearance in the Court through

3

your own counsel.

If you would like to exclude yourself from the lawsuit, you must send an email to Info@GAWMinersClassAction.com by **October 28, 2019** or letter to *Audet, et al. v. Garza, et al.*, Notice Administrator, c/o Epiq, P.O. Box 3578, Portland, OR 97208-3578 by **October 28, 2019** asking to be excluded. Instructions for making this request can be found at the website or by calling toll-free 1-855-964-0522. If you request exclusion, you cannot get any money or benefits from this lawsuit, but you will also not be bound by any orders or judgments in this case that may be unfavorable to you. Detailed information is available at the website and toll-free by calling 1-855-964-0522.

If you would prefer not to receive further messages from this sender, please Click Here and confirm your request.

| Analyst Name: | Document Received Date: |
|---|---|
| Dave C. | 10/27/2019 |

# AUDET ET AL V GARZA ET AL

## CA4707

**Related Tracking Numbers:**

9158

**Received from email address (if applicable):**

██████████████

**Subject Line of email (if applicable):**

RE: Re: Court Approved Legal Notice about a Class Action Lawsuit Involving GAW Miners, LLC and ZenMiner, LLC

---

**Instructions for DC:**

Please label and scan the PDF and Email documents in this folder as 1 Opt Out.

**Claims Team:**

RECEIVED

OCT **2 7** 2019

Epiq Class Action

**Audet et al v Garza et al CA4707**

**Opt-Out #**

**900000007**

**Special Request**
Tracking # ISS3868

# Document Range

0470703

**Begin:**

**End:**

**Quantity:**

| Prepped by: | QC: | Stats: | Scanned by: |
|---|---|---|---|

| ID #: | | | |
|---|---|---|---|

**Route to:**   Vault      *****Route to:**_____

**Guerrero, Casandra**

| | |
|---|---|
| **From:** | Gary Hoover Jr. ██████████ |
| **Sent:** | Sunday, October 27, 2019 11:10 PM |
| **To:** | info_GAWMinersClassAction |
| **Subject:** | Request exclusion from the Class in Audet, et al. v. Garza, et al. No. 3:16-cv-00940 |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am requesting exclusion from the Class in Audet, et al. v. Garza, et al. No. 3:16-cv-00940

Gary R. Hoover



Gary R. Hoover

Sent from my iPhone

| Analyst Name: | Document Received Date: |
|---|---|
| Dave C. | 10/27/2019 |

# AUDET ET AL V GARZA ET AL
## CA4707

**Related Tracking Numbers:**
298911

**Received from email address** (if applicable):
Gary Hoover Jr. ▮▮▮▮▮▮▮▮▮▮

**Subject Line of email** (if applicable):
Request exclusion from the Class in Audet, et al. v. Garza, et al. No. 3:16-cv-00940

**Instructions for DC:**

Please label and scan this Email document as 1 Opt Out.

**Claims Team:**

RECEIVED

OCT 2 8 2019

Epiq Class Action

**Audet et al v Garza et al CA4707**

**Opt-Out #**

**900000008**

**Special Request**
Tracking # 1553868

# Document Range

0470703

| Begin: | End: | Quantity: |
|--------|------|-----------|
| 8 | — | 1 |

| Prepped by: | QC: | Stats: | Scanned by: |
|-------------|-----|--------|-------------|
| ID #: 412  *Cln*  OCT 3 0 2019 | ✓ | *Cln*  OCT 3 0 2019 | *Cln*  OCT 3 0 2019 |

**Route to:**   Vault        **\*Route to:**_____

Marvin Becker

Marvin Becker •

Göteborg, 28. Oktober 2019

**GAW Miners Class Action**

Dear Sir or Madam,

I hereby request exclusion from the Class in the Class Action lawsuit involving GAW Miners, LLC and ZenMiner, LLC.

Sincereley,

Marvin Becker

**Guerrero, Casandra**

| | |
|---|---|
| **From:** | Marvin ██████████ |
| **Sent:** | Monday, October 28, 2019 12:41 PM |
| **To:** | info_GAWMinersClassAction |
| **Subject:** | Class Action Exclusion Letter |
| **Attachments:** | gaw_class_action_exclusion.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

CAUTION: This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Sir or Madam,

please find attached my declaration to be excluded from the class.

Sincerely,

Marvin Becker

| Analyst Name:<br><br>Dave C. | | Document Received<br>Date:<br><br>10/28/2019 |
|---|---|---|

# AUDET ET AL V GARZA ET AL
## CA4707

**Related Tracking Numbers:**
184584

**Received from email address** (if applicable):

▮▮▮▮▮▮▮▮▮

**Subject Line of email** (if applicable):
Class Action Exclusion Letter

**Instructions for DC:**

Please label and scan the PDF and Email documents in this folder as 1 Opt Out.

**Claims Team:**