UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DENIS MARC AUDET *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Civil Action No. |
| | : | 3:16-cv-00940-MPS |
| v. | : | |
| | : | Hon. Michael P. Shea |
| STUART A. FRASER, GAW MINERS, | : | |
| LLC, and ZENMINER, LLC, (d/b/a/ | : | December 28, 2022 |
| ZEN CLOUD), | : | |
| Defendants. | : | |

NOTICE OF FILING OF FIERECK
DECLARATION REGARDING CAFA COMPLIANCE

Please take notice that, in accordance with the Class Action Fairness Act, 28

U.S.C. § 1711 *et seq.* ("CAFA"), and Paragraph 41 of the parties' Joint Stipulation and

Settlement Agreement (ECF 383-4), on December 21, 2022, Defendant Stuart A. Fraser

served notice of the parties' proposed class action settlement on certain federal and state

officials.  In connection therewith, Mr. Fraser submits the attached Declaration of

Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice.

Respectfully submitted this 28th day of December, 2022.

HUGHES HUBBARD & REED LLP

*/s/ Amina Hassan*
Daniel H. Weiner (ct12180)
Marc A. Weinstein (*pro hac vice*)
Amina Hassan (*pro hac vice*)
Hannah Miller (*pro hac vice*)
One Battery Park Plaza
New York, NY 10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: daniel.weiner@hugheshubbard.com


Rowena Moffett (ct414899)
David R. Schaefer (ct04334)
Sean M. Fisher (ct23087)
Brenner, Saltzman & Wallman LLP
271 Whitney Avenue
New Haven, CT  06511
Tel.: (203) 772-2600
Fax: (203) 562-2098
Email: rmoffett@bswlaw.com

*Attorneys for Defendant Stuart A. Fraser*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system was served on December 28, 2022 by electronic means via the Court's CM/ECF system on all counsel registered to receive electronic notices.

*/s/ Amina Hassan*
Amina Hassan  (*pro hac vice*)

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC And ZENMINE, LLC (d/b/a ZEN CLOUD)<br><br>Defendants. | Case. 3:16-CV-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF
CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.      My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Director of Legal Noticing for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.  I have overseen and handled Class Action Fairness Act ("CAFA") notice mailings for more than 400 class action settlements.

3.      Epiq is a firm with more than 25 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service ("USPS"), claims database management, claim adjudication, funds management, and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

## CAFA NOTICE IMPLEMENTATION

5.     At the direction of counsel for Defendant, Stuart A. Fraser, 57 federal and state officials (Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories) were identified to receive CAFA notice.

6.     Epiq maintains a list of these federal and state officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.     On December 21, 2022, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed via USPS Certified Mail to 56 officials (the Attorneys General of each of the 50 states, the District of Columbia, and the United States Territories).  The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the United States.  The CAFA Notice Service List (USPS Certified Mail and UPS) is included as **Attachment 1**.

8.     The materials sent to the federal and state officials included a Cover Letter, which provided notice of the proposed Settlement of the above-captioned case.  The Cover Letter is included as **Attachment 2**.

9.     The cover letter was accompanied by a CD, which included the following:

   a.     **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:** Complaint (ECF No. 1) and First Amended Complaint (ECF No. 57).

   b.     **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** Plaintiffs filed their Motion for Preliminary Approval of Settlement on December 16, 2022 (the "Motion"), which was enclosed on the CD, and included copies of the following documents:

   - Notice of Motion (ECF No. 383);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

- Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 383-1);

- Declaration of Seth Ard in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (the "Ard Declaration") (ECF No. 383-2);

  o Susman Godfrey's Class Action Profile, and Izard, Kindall & Raabe, LLP Firm Resume (ECF No. 383-3, Exhibit 1 to the Ard Declaration);

  o The Joint Stipulation and Settlement Agreement (ECF No. 383-4, Exhibit 2 to the Ard Declaration);

  o Plan of Distribution (ECF No. 383-5, Exhibit 3 to the Ard Declaration);

- Declaration of Nicholas Schmidt on Behalf of the Proposed Settlement Administrator, Epiq Class Action & Claims Solutions, Inc. in Support of Plaintiffs' Motion for Preliminary Approval (the "Schmidt Declaration") (ECF No. 383-6);

  o Proof of Claim Form (ECF No. 383-7, Exhibit A to the Schmidt Declaration)

  o Requests for Exclusion from Class Members received by Epiq (ECF No. 383-8, Exhibit B to the Schmidt Declaration);

  o [Proposed] Short-Form Notice of Settlement to Settlement Class Members (ECF No. 383-9, Exhibit C to the Schmidt Declaration);

  o Proposed] Long-Form Notice of Settlement to Settlement Class Members (ECF No. 383-10, Exhibit D to the Schmidt Declaration); and

- [Proposed] Order (ECF No. 383-11).

c. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The proposed notifications to "Settlement Class Members," as defined in the Joint Stipulation and Settlement Agreement, were attached as Exhibits C and D to the Schmidt Declaration (ECF Nos. 383-9 and 383-10).

d. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The Joint Stipulation and Settlement Agreement were included as Exhibit 2 to the Ard Declaration (ECF No. 383-4).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 21, 2022.

Stephanie J. Fiereck, Esq.

# Attachment 1

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

**CAFA Notice Service List**
**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | 1031 W 4th Ave | Suite 200 | Anchorage | AK | 99501 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36104 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Protection Section | 455 Golden Gate Ave Suite 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway Fl 10 | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 165 Capitol Ave | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Holly T Shikada | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | Hoover State Office Building | 1305 E Walnut St | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Office of the Indiana Attorney General | Todd Rokita | Indiana Government Center South | 302 W Washington St Rm 5 | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Ave Suite 118 | | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl 20th Fl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO BOX 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St Ste 1400 | | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| Mississippi Attorney General | Lynn Fitch | PO Box 220 | | Jackson | MS | 39205 |
| Office of the Attorney General | Austin Knudsen | 215 N Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Drew H Wrigley | 600 E Boulevard Ave Dept 125 | | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Matthew J Platkin | 25 Market Street | PO Box 080 | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | CAFA Coordinator | 28 Liberty Street 15th Floor | | New York | NY | 10005 |
| Office of the Attorney General | Dave Yost | 30 E Broad St Fl 14 | | Columbus | OH | 43215 |
| Office of the Attorney General | John O'Connor | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Mark Vargo | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Jonathan Skrmetti | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | PO Box 12548 | | Austin | TX | 78711 |
| Office of the Attorney General | Sean D Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Jason S Miyares | 202 N 9th St | | Richmond | VA | 23219 |
| Office of the Attorney General | Susanne R Young | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 5th Ave Ste 2000 | | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex Bldg 1 Room E 26 | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 109 State Capital | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Pago Pago | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administrative Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N George | 3438 Kronprindsens Gade Ste 2 | GERS BLDG | St Thomas | VI | 00802 |

# Attachment 2

CAFA NOTICE ADMINISTRATOR

HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

December 21, 2022

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| :---: |

Dear Federal and State Officials:

Pursuant to the Class Action Fairness Act of 2005 ("CAFA"), codified at 28 U.S.C. § 1715, we enclose information from Defendant Stuart A. Fraser relating to the proposed settlement of a class action lawsuit.

- **Case:**  *Audet v. Fraser et al.,* Case No. 3:16-cv-00940.

- **Court:**  United States District Court for the District of Connecticut.

- **Defendant:**  Stuart A. Fraser.

## Case Background

Plaintiffs filed this class action lawsuit on June 15, 2016.  On November 4, 2016, Plaintiffs filed a First Amended Complaint, naming as Defendants Stuart A. Fraser, GAW Miners LLC and ZenMiner LLC (GAW Miners LLC and ZenMiner LLC are referred to collectively herein as the "Company Defendants").  On March 24, 2017, the Court granted Plaintiffs' motion for default entry as to the Company Defendants.  On July 8, 2019, the Court granted Plaintiffs' motion for class certification, certifying the following class:

> All persons or entities who, between August 1, 2014, and January 19, 2015, (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by GAW Miners, LLC and/or ZenMiner, LLC. Excluded from the Class are any defendants, any parent, subsidiary, affiliate, or employee of any defendant, any co-conspirator, and any governmental agency.

On August 16, 2019, the Court granted the Joint Motion to Approve Form and Matter of Notice to purported class members.  Per the notice, class members had until October 28, 2019, to opt out of the class.

CAFA NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

Between October 20 and 29, 2021, the Court held a liability-only jury trial on Plaintiffs' claims against Mr. Fraser.  On November 1, 2021, the jury returned a verdict for Mr. Fraser on all counts. On November 2, 2021, the Court ordered judgment in favor of Mr. Fraser.

On December 3, 2021, Plaintiffs filed motions for judgment as a matter of law and a new trial, which Mr. Fraser opposed.  On June 3, 2022, the Court ruled on Plaintiffs' post-verdict motions.  The Court denied Plaintiffs' Rule 50 motion for judgment as a matter of law, and granted Plaintiffs' Rule 59 motion for a new trial with respect to one of the products at issue—Paycoin—and denied it with respect to the remaining products—Hashlets, Hashpoints and Hashstakers.   The parties subsequently entered into the Joint Stipulation and Settlement Agreement, which is the subject of this notice.

**Information & Documents Required Pursuant to 28 U.S.C. § 1715**

Please find below the information required pursuant to 28 U.S.C. § 1715(b).   The referenced documents are included on the enclosed CD:

1. **Per 28 U.S.C. § 1715(b)(1) – Complaint and Any Amended Complaints:**  Complaint (ECF No. 1) and First Amended Complaint (ECF No. 57).

2. **Per 28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** Plaintiffs filed their Motion for Preliminary Approval of Settlement on December 16, 2022 (the "Motion"), which is enclosed on the CD, including copies of the following documents:

   - Notice of Motion (ECF No. 383);

   - Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (ECF No. 383-1);

   - Declaration of Seth Ard in Support of Plaintiffs' Motion for Preliminary Approval of Settlement (the "Ard Declaration") (ECF No. 383-2);

     o Susman Godfrey's Class Action Profile, and Izard, Kindall & Raabe, LLP Firm Resume (ECF No. 383-3, Exhibit 1 to the Ard Declaration);

     o The Joint Stipulation and Settlement Agreement (ECF No. 383-4, Exhibit 2 to the Ard Declaration);

CAFA NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

- o Plan of Distribution (ECF No. 383-5, Exhibit 3 to the Ard Declaration);

- Declaration of Nicholas Schmidt on Behalf of the Proposed Settlement Administrator, Epiq Class Action & Claims Solutions, Inc. in Support of Plaintiffs' Motion for Preliminary Approval (the "Schmidt Declaration") (ECF No. 383-6);

  - o Proof of Claim Form (ECF No. 383-7, Exhibit A to the Schmidt Declaration);

  - o Requests for Exclusion from Class Members received by Epiq (ECF No. 383-8, Exhibit B to the Schmidt Declaration);

  - o [Proposed] Short-Form Notice of Settlement to Settlement Class Members (ECF No. 383-9, Exhibit C to the Schmidt Declaration);

  - o [Proposed] Long-Form Notice of Settlement to Settlement Class Members (ECF No. 383-10, Exhibit D to the Schmidt Declaration);

- [Proposed] Order (ECF No. 383-11);

Any oppositions to Plaintiffs' Motion are due by December 30, 2022, and Plaintiffs' reply in further support of their Motion is due by January 6, 2023.

The Court has not scheduled a preliminary approval hearing or a final approval hearing or any other judicial hearing concerning the proposed settlement agreement at this time. Please check the Court's Public Access to Court Electronic Records (PACER) website at https://pacer.uscourts.gov for this information once it becomes available.

3. **Per 28 U.S.C. § 1715(b)(3) – Notification to Class Members:** The proposed notifications to "Settlement Class Members," as defined in the Joint Stipulation and Settlement Agreement, are attached as Exhibits C and D to the Schmidt Declaration (ECF Nos. 383-9 and 383-10). The proposed notification does not include a right to seek exclusion from the settlement by Settlement Class Members; class members previously had the opportunity to opt out during the class certification stage of the litigation.

4. **Per 28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** The Joint Stipulation and Settlement Agreement is included as Exhibit 2 to the Ard Declaration (ECF No. 383-4).

3

CAFA NOTICE ADMINISTRATOR
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

5. **Per 28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreements:**  There is no settlement or agreement between Plaintiffs and Mr. Fraser other than the Joint Stipulation and Settlement Agreement.

6. **Per 28 U.S.C. § 1715(b)(6) – Final Judgment or Notice of Dismissal:**  The Court has not entered a final judgment or notice of dismissal in this case.

7. **Per 28 U.S.C. § 1715(b)(7)(A) and (B) – Class Member Information:**  Because there was limited discovery in this case into individual class members, and no damages trial, Mr. Fraser does not know and cannot feasibly determine the names of individual Settlement Class Members who reside in each State, the number of Settlement Class Members residing in each State, and the proportionate share of the claims of such Members to the entire settlement.  *See* 28 U.S.C. §1715(b)(7)(A).

    Mr. Fraser also does not have information sufficient to reasonably estimate the number of Settlement Class Members residing in each State and the proportionate share of the claims of such Members to the entire settlement.  *See* 28 U.S.C. §1715(b)(7)(B).  This information is likely to become available if the settlement is approved and Settlement Class Members submit proofs of claim.

8. **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to 28 U.S.C. §§ 1715(b)(3)-(6):**  At this time, the Court has not issued any judicial opinions related to the materials described under 28 U.S.C. §§ 1715(b)(3)-(6).

Please check the Court's PACER website at https://pacer.uscourts.gov for any other filings in this case and updates regarding the proposed settlement.

If you have questions or concerns about this notice or the enclosed materials, please contact this office.

Very truly yours,

CAFA Notice Administrator

Enclosures