UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br>CLASS ACTION<br><br>FEBRUARY 27, 2023 |

## **UNOPPOSED MOTION TO AMEND PRELIMINARY APPROVAL ORDER**

Pursuant to Federal Rule of Civil Procedure 60, Plaintiffs respectfully request that the Court amend its February 21, 2023 order granting Plaintiffs' Motion for Preliminary Approval of Settlement ("Preliminary Approval Order," ECF No. 385) to include a deadline for Settlement Class Members[1] to submit a claim form. To accommodate that change, Plaintiffs also request that the Court re-set the deadlines ordered in the February 21, 2023 order and approve the form and content of amended versions of the Long-Form Notice and Short-Form Notice which specify the claim form submission deadline for Settlement Class Members.

On December 16, 2022, Plaintiffs D. Allen Shinners, Michael Pfeiffer, and Denis Marc Audet, on behalf of themselves and the Settlement Class, filed a motion for preliminary approval of the Joint Stipulation and Settlement Agreement ("Settlement") along with a proposed order. ECF No. 383, 383-11. On February 21, 2023, the Court entered an order granting preliminary

---

[1] Unless otherwise noted, all Capitalized Terms mean the same as in the Settlement Agreement. *See* ECF No. 383-4.

approval to the Settlement. ECF No. 385. The order also established deadlines for the Settlement Administrator to effectuate notice; for Class Counsel to file a motion for an award of attorney's fees, expenses, and incentive awards; for Settlement Class Members to file objections; and for Class Counsel to file a motion for final approval of the Settlement. ECF No. 385 at 3-5.

Plaintiffs' motion and proposed order inadvertently neglected to include a deadline for Settlement Class Members to submit a claim form to the Settlement Administrator. *See* ECF No. 383-7 (copy of the Proof of Claim form). For that reason, Plaintiffs move the Court to amend its order to require Settlement Class Members to submit a claim form no later than two weeks after the date of the Fairness Hearing. Attached as Exhibit A to this motion is a redline version showing proposed changes to the Preliminary Approval Order. Attached as Exhibit B is a clean version of the proposed Amended Preliminary Approval Order.

Plaintiffs further request that the Court re-set the deadlines in the Preliminary Approval Order to run from the date the Court rules upon this motion, as reflected in the proposed Amended Preliminary Approval Order. Counsel for Plaintiffs are informed by the Settlement Administrator that it will be infeasible to meet the existing notice deadline in the Preliminary Approval Order—March 8, 2023—if it does not have finalized notice materials by February 27, 2023. Given the proximity of that date, Plaintiffs respectfully submit that re-setting the deadlines in the Preliminary Approval Order is appropriate.[2]

Finally, Plaintiffs request that the Court approve amended versions of the Long-Form Notice and Short-Form Notice which specify the claim form submission deadline for Settlement

---

[2] Plaintiffs agree that in the event the Court grants this motion, in part or in its entirety, Defendant Stuart A. Fraser's obligation to make the first installment payment of the Settlement Fund (as defined in the Settlement Agreement) will also be reset and will run from the entry of the proposed Amended Preliminary Approval Order rather than the Court's February 21, 2023 Order (ECF No. 385).

Class Members. Attached as Exhibits C and D to this motion are redline and clean versions of the proposed Amended Long-Form Notice. Attached as Exhibits E and F are redline and clean versions of the proposed Amended Short-Form Notice. No changes have been made to the proposed forms except to specify the proposed deadline for submitting a claim form.

Counsel for Plaintiffs have conferred with counsel for Defendant Stuart A. Fraser, who does not oppose this motion.

Dated: February 27, 2023

|  |  |
|---|---|
| Robert A. Izard<br>Craig A. Raabe<br>Douglas P. Needham<br>Izard, Kindall & Raabe, LLP<br>29 S. Main St., Suite 305<br>West Hartford, CT 06107<br>Tel: (860) 493-6292<br>rizard@ikrlaw.com<br>craabe@ikrlaw.com<br>dneedham@ikrlaw.com | Respectfully submitted,<br><br>/s/ Russell Rennie<br>Marc Seltzer<br>Kathryn Hoek<br>Susman Godfrey L.L.P.<br>1900 Avenue of the Stars, Suite 1400<br>Los Angeles, CA 90067<br>Tel: (310) 789-3100<br>mseltzer@susmangodfrey.com<br>khoek@susmangodfrey.com<br><br>Seth Ard<br>Russell F. Rennie<br>Jacob Buchdahl<br>Geng Chen<br>Susman Godfrey L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019-6022<br>Tel: (212) 336-8330<br>sard@susmangodfrey.com<br>rrennie@susmangodfrey.com<br>jbuchdahl@susmangodfrey.com<br>gchen@susmangodfrey.com<br><br>Edgar Sargent<br>Susman Godfrey L.L.P.<br>1201 Third Avenue, Suite 3800<br>Seattle, WA 98101-3000<br>Tel: (202) 516-3880<br>esargent@susmangodfrey.com<br><br>*Counsel for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 27, 2023, I caused the foregoing document to be served via the Electronic Case Filing (ECF) system in the United States District Court for the District of Connecticut, on all parties registered for CM/ECF in the above-captioned matter.

Dated: February 27, 2023

                                                     /s/ Russell Rennie
                                                   Russell Rennie