# EXHIBIT E

# If you purchased certain products from GAW Miners or ZenMiner between August 1, 2014 and January 19, 2015, your rights may be affected by a class action settlement.

A proposed settlement has been reached in a class action lawsuit called *Denis Marc Audet et al. v. Stuart Fraser et al.*, Case No. 16-CV-940 (MPS) (the "Settlement"). This notice provides a summary of your rights and options. More details are available at https://www.gawminersclassaction.com/.

**What is this about?** The lawsuit alleges that GAW Miners and ZenMiner made false and misleading statements to potential investors about defendants' virtual currency mining operations. Plaintiffs allege that that the Companies sold a progressive array of products and investment contracts to investors that they claimed would yield profits from mining or otherwise investing in virtual currency. Plaintiffs allege that, because the Companies sold far more computing power than they owned and dedicated to virtual currency mining, the Companies owed investors a return larger than any actual return the Companies were making on their limited mining operations. Plaintiffs allege that Mr. Fraser materially assisted the Companies and exercised control over them such that he is liable for any injuries caused by the misconduct allegedly perpetrated by the Companies described above. Mr. Fraser denies all allegations against him; however, both sides have agreed to the Settlement to avoid the cost of further litigation.

**Who is affected?** You are a Class Member if, between August 1, 2014 and January 19, 2015, you (1) purchased Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC; or (2) acquired Hashlets, Hashpoints, HashStakers, or Paycoin from GAW Miners, LLC and/or ZenMiner, LLC, by converting, upgrading, or exchanging other products sold by GAW Miners, LLC and/or ZenMiner, LLC.

**What does the Settlement provide?** The Settlement provides for cash payments that will be distributed on a pro rata basis from a fund of $3,500,000. For more details, visit www.gawminersclassaction.com.

**What are my options?** You can submit a claim form to participate in the Settlement, do nothing, or object to the Settlement.

**Submit a claim.** To participate in the proposed settlement and receive a payment if you are eligible for payment, you must submit a claim form by DATE. The claim form informs Settlement Class Counsel that you wish to participate in the proposed settlement. Class Members will receive an email with a link to the claim form. The claim form is also available at www.gawminersclassaction.com.

**Do nothing.** If you do nothing, you will be included in the Settlement Class, but you will not receive a monetary benefit even if the proposed settlement is approved. If the proposed settlement is approved, you also will not be able to pursue any other lawsuit against Mr. Fraser concerning or relating to the claims alleged in this lawsuit.

**Object.** You may object or tell the Court what you don't like about the Settlement.

**What happens next?** The Court will hold a Fairness Hearing on [DATE] at [TIME] at the Abraham Ribicoff Federal Building, United States Courthouse, 450 Main St., Hartford, CT, 06103, to consider whether to approve the Settlement, Class Counsel's attorneys' fees and expenses (not to exceed 33% of the Settlement Fund), and Incentive Awards for three Plaintiffs for their service on behalf of the Class. The Court has appointed Susman Godfrey L.L.P. as Class Counsel. Class Counsel will answer any questions that the Court may have. You or your attorney may ask to speak at the hearing at your own expense, but you don't have to.

**How do I get more information?** For more information and to view the full notice, go to www.gawminersclassaction.com, or contact the Settlement Administrator by writing Audet, et al. v. Garza, et al. Notice Administrator, P.O. Box 3578, Portland, OR 97208, or calling 1-855-964-0522.

**Please do not contact the Court.**