UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated, <br><br>                              Plaintiffs, <br><br> vs. <br><br> STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD), <br><br>                              Defendants. | Case 3:16-cv-00940 <br><br> Hon. Michael P. Shea <br><br> ECF Case <br><br> <u>CLASS ACTION</u> <br><br> May 10, 2023 |

**<u>DECLARATION OF DEAN ALLEN SHINNERS IN SUPPORT OF CLASS COUNSEL'S MOTION FOR FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR THE NAMED PLAINTIFFS</u>**

I, Dean Allen Shinners, declare as follows:

1. I submit this declaration in support of Class Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for the Named Plaintiffs, in connection with the proposed class action settlement between Plaintiffs, on behalf of themselves and the proposed class, and Defendant Stuart Fraser.

2. I am a Plaintiff in this lawsuit. I am over 18 years of age and have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, could and would testify competently thereto.

3. After GAW Miners was exposed as a fraud in early 2015, I took steps to identify and contact other victims of the fraud with an eye toward filing a class action lawsuit.

4. For example, I gathered evidence of the fraud by contacting others from website forums and asking them to provide files and snapshots from GAW Miners websites, including GAW's main website and its Hashtalk forum, that they had collected. I also spent time on Archive.org (then the WayBack Machine) finding snapshots of all of the GAW websites. Additionally, I managed to obtain relevant emails and GAW databases—which were later used by Plaintiffs' expert—from former employees. I also interviewed these individuals to learn about how GAW's business operated during the fraud.

5. Additionally, I collected the names and contact information from victims of the fraud, as well as documentation of their losses from the fraud. The purpose of this task was for use in the anticipated lawsuit. To accomplish this collection, I established two websites: one to gauge initial interest in a class action, the other for affected individuals to upload their supporting documents. Through the first website, I collected information from 503 individuals; from the second, information from 173 individuals, along with supporting documents. In total, I collected

579 megabytes of documents from affected individuals. This documentation was later used by Robert Mills, Plaintiffs' expert, for verification purposes. I understand it was also used during the parties' mediation efforts.

6. I met with three different law firms to discuss a lawsuit, one of which was Susman Godfrey. I estimate that I probably spent about 50 hours meeting with and preparing with the other two firms. I also reached out to another dozen or so law firms, who either never responded or were not interested.

7. After I had engaged Susman Godfrey, I sent the firm 27.6 gigabytes of files and documents relating to the case that I had collected.

8. Leading up to and during the early phases of the case, I personally went through thousands of GAW emails to find documents relevant to Plaintiffs' claims.

9. Throughout this period, I served as a resource and point of contact for many victims and class members. I fielded questions about how the legal process worked. I also provided updates to victims and class members through various websites. Much of this work was done through individual emails from victims and class members. To facilitate this work, I established a MailChimp account at my own expense. The number of emails I have reviewed, read, or responded to relating to the lawsuit and fraud is in the thousands. To this day, I continue to receive (and respond to, or forward as necessary) emails from class members and victims.

10. During the lawsuit, I assisted Susman Godfrey in various ways. For example, I reviewed the briefs and memoranda that lawyers from Susman Godfrey sent me and provided feedback on them. I also spent dozens of hours explaining the background of the fraud and other subjects, such as cryptocurrency mining in general, to Susman Godfrey attorneys. I also provided

my own emails and documents in response to written discovery requests from Defendant Stuart Fraser.

11. In July 2018, I traveled to New York for two days from Ohio to prepare and sit for my deposition. On July 25, 2018, I was deposed for an entire day. The deposition covered not only issues related to my claims and the lawsuit, but personal matters such as my employment and interest into cryptocurrency.

12. I assisted counsel during mediation efforts in 2020. During this period, I conducted extensive outreach to class members to ensure we had accurate information regarding losses, which I understand was used during mediation. This involved outreach to many individuals.

13. I attended trial in Hartford, Connecticut between October 20 and November 1, 2021. I arrived several days before trial began to prepare. I spent, conservatively, dozens of hours between the middle of October and the end of the trial preparing for my testimony. In total, I was away from home, and my home office, for 19 days.

14. While I did not keep contemporaneous time records for my work on the case, in my conservative estimation I have spent at least 3,000 hours working on efforts relating to this case since the middle of 2015. There were times, over these past 8 years, when this case was like a second full-time job in addition to my actual job.

15. In fact, the efforts relating to this case were so time-consuming that I was unable to pursue new client projects for a period of nearly two years from the middle of 2015 to early 2017. I still had an active client during the period, but my time was substantially occupied with this lawsuit. I am unable to say how much income I lost as a result of my efforts, but I feel confident that I missed out on client opportunities because of my work on this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 10, 2023

                                                                                            _____
                                                                                            Dean Allen Shinners