UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>May 10, 2023 |

**DECLARATION OF MICHAEL PFEIFFER IN SUPPORT OF CLASS COUNSEL'S MOTION FOR FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS FOR THE NAMED PLAINTIFFS**

1

I, Michael Pfeiffer, declare as follows:

1.  I submit this declaration in support of Class Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for the Named Plaintiffs, in connection with the proposed class action settlement between Plaintiffs, on behalf of themselves and the proposed class, and Defendant Stuart Fraser.

2.  I am a Plaintiff in this lawsuit. I am over 18 years of age and have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, could and would testify competently thereto.

3.  During the lawsuit, I undertook various tasks to assist in the prosecution of the lawsuit. As one example, I reviewed drafts of briefs that Class Counsel sent me before filing and provided my thoughts and input on them. Additionally, I offered technical guidance to Class Counsel regarding elements of the material misrepresentations made to class members, highlighting key aspects and ensuring the narrative was accurate. I also provided information about the nature of the assets pivotal in determining whether they were securities under the *Howey* test. During trial preparation and during my testimony at trial, I also emphasized the fundamental importance of Stuart Fraser's involvement in making public representations about GAW and misrepresenting the business model.

4.  When Defendant Stuart Fraser requested my documents and emails, I spent considerable time collecting, reviewing, organizing, and uploading them, approximately 60 hours in total. This was necessary because I held multiple accounts, each with associated data that needed to be recovered and downloaded separately.

5.      In July 2018, I traveled to New York for two days from Pennsylvania to prepare and sit for my deposition. On July 19, 2018, I was deposed for most of a day. The deposition covered not only issues related to my claims and the lawsuit, but personal matters such as my employment and interest in cryptocurrency.

6.      I attended and testified at the trial in this case in Hartford, Connecticut, which took place between October 20 and November 1, 2021. I arrived several days before trial began to prepare for trial. I spent several days prior to my testimony preparing for my examination and cross-examination. These efforts came at significant personal cost, as I prepared to testify publicly about a very painful period in my life, all while knowing that my judgment, motivations, and even integrity were likely to be ruthlessly interrogated in open court. Despite these difficulties, my commitment to seeking justice for the class and recovering our dignity in the face of economic abuse and deception remained unwavering.

7.      During trial, I also participated in meetings with counsel and the other plaintiffs regarding case strategy. In total, I was away from home and my partner for 16 days (10/17/2021-11/02/2021).

8.      Throughout the case, I conferred extensively with Counsel about facts related to the case and my particular situation concerning the business, as well as strategy for pursuing claims and recovery of damages. After the verdict and the Court's decision to grant a new trial, I participated in numerous discussions with Class Counsel and the other plaintiffs regarding the settlement of this case.

3

9.	While I did not keep track of the time I spent on this case, I estimate that I have spent at least 650 hours working on efforts relating to this case since the case was filed in June 2016. This estimate includes, among other things, time spent in meetings with counsel (at least 50 hours; roughly one hour per week for 50 weeks), reviewing relevant documents case-related material online (at least 150 hours); responding to extensive discovery requests (at least 60 hours); and attending trial.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 10, 2023

*Michael Pfeiffer* (signature)
Michael Pfeiffer