UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC, (d/b/a ZEN CLOUD),<br><br>        Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>May 10, 2023 |

**DECLARATION OF DENIS MARC AUDET IN SUPPORT OF CLASS COUNSEL'S
MOTION FOR FEES, REIMBURSEMENT OF EXPENSES,
<u>AND INCENTIVE AWARDS FOR THE NAMED PLAINTIFFS</u>**

4382872v1/014928                 1

I, Denis Marc Audet, declare as follows:

1. I submit this declaration in support of Class Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards for the Named Plaintiffs, in connection with the proposed class action settlement between Plaintiffs, on behalf of themselves and the proposed class, and Defendant Stuart Fraser.

2. I am a Plaintiff in this lawsuit. I am over 18 years of age and have personal, first-hand knowledge of the matters set forth herein and, if called to testify as a witness, could and would testify competently thereto.

3. During the lawsuit, I assisted and participated in work for the class. On multiple occasions, I reviewed material that lawyers at Susman Godfrey provided me and gave them my thoughts and feedback.

4. When Defendant Stuart Fraser requested my documents and emails, I spent time collecting them and providing them to my lawyers.

5. I also sat for a deposition in this case. I traveled to New York from Connecticut on August 9, 2019 and spent approximately 5 hours preparing for my deposition. The following day, on August 10, I sat for a deposition which took up a substantial portion of the day. The deposition GAW Miners and the claims in the lawsuit, but also personal subjects like my employment as a web designer and database management.

6. I attended the trial in Hartford, Connecticut, which began on October 20 2021. I had several sessions with attorneys at Susman Godfrey preparing for my testimony and to be cross-examined. During trial, I also participated in meetings with counsel and the other plaintiffs regarding case strategy. In total, I spent at least 4 days watching or testifying at trial. After I

testified, I did not attend the remainder of trial due to an urgent medical procedure I underwent later that week.

7. After the Court granted us a new trial, I took place in several phone calls with Class Counsel and the other plaintiffs about settlement of this case.

8. I did not specifically track the amount of time I spent on this case, but I estimate that I have spent at least 180 hours working on efforts relating to this case since it was filed in 2016, including collecting documents in response to discovery requests, meeting with counsel, and attending trial.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 10, 2023

/s/ *Denis Marc Audet*
Denis Marc Audet

4382872v1/014928                                     2