UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, and DEAN ALLEN SHINNERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 3<br><br>ECF Case<br><br>CLASS ACTION<br><br>June 9, 2023 |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Plaintiffs Denis Audet, Michael Pfeiffer, and Dean Allen Shinners ("Plaintiffs") move, for the reasons set forth in the accompanying memorandum of law submitted in support of this motion, for an order granting final approval to the proposed Settlement.

|  |  |
|---|---|
| Dated: June 9, 2023 | Respectfully submitted,<br><br>*/s/ Seth Ard*<br>Jacob Buchdahl<br>Seth Ard<br>Geng Chen<br>Russell Rennie<br>Susman Godfrey L.L.P.<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (212) 336-8330<br>Fax: (212) 336-8340<br>jbuchdahl@susmangodfrey.com<br>sard@susmangodfrey.com<br>gchen@susmangodfrey.com<br>rrennie@susmanfodfrey.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Russell Rennie*