Civil- (Dec-2008)

HONORABLE: Michael P. Shea

DEPUTY CLERK D. Johnson   RPTR/ECRO/TAPE J. Monette

TOTAL TIME: _____ hours  2  minutes

DATE: June 30, 2023   START TIME: 2:38   END TIME: 2:40

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:16cv940(MPS)

Audet et al                                    Rennie, Buchdahl, Ard, Needham
                                               Plaintiff's Counsel
            vs
Garza et al                                    Hussan, Moffett
                                               Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing           ☐ Show Cause Hearing
☐ Evidentiary Hearing      ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing

☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..     Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ ….      Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ …..     ☐ Briefs(s) due _____ ☐ Proposed Findings due_____ Response due_____
☐ ………     _____ ☐ filed ☐ docketed
☐ ………     _____ ☐ filed ☐ docketed
☐ ………     _____ ☐ filed ☐ docketed
☐ ………     _____ ☐ filed ☐ docketed
☐ ………     _____ ☐ filed ☐ docketed
☐ ………     _____ ☐ filed ☐ docketed
☐ ………     _____ Hearing continued until _____ at _____

Notes: