UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DENIS MARC AUDET, MICHAEL PFEIFFER, DEAN ALLEN SHINNERS, and JASON VARGAS, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>    vs.<br><br>STUART A. FRASER, GAW MINERS, LLC, and ZENMINER, LLC (d/b/a ZEN CLOUD),<br><br>                          Defendants. | Case 3:16-cv-00940<br><br>Hon. Michael P. Shea<br>Courtroom 2<br><br>ECF Case<br><br><u>CLASS ACTION</u><br><br>July 14, 2023 |

### NOTICE OF VOLUNTARY DISMISSAL UNDER RULE 41(a)(1)(A)(i) AGAINST GAW MINERS, LLC AND ZENMINER, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Denis Marc Audet, Dean Allen Shinners, and Michael Pfeiffer give notice of their voluntary dismissal of their claims against Defendants GAW Miners, LLC and ZenMiner, LLC. GAW Miners, LLC and ZenMiner, LLC have not "serve[d] either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). *See* ECF No. 71 (granting default against GAW Miners, LLC and ZenMiner, LLC). Dismissal is thus "without prejudice." Fed. R. Civ. P. 41(a)(1)(B).

Robert A. Izard
Craig A. Raabe
Douglas P. Needham
IZARD, KINDALL & RAABE, LLP
29 S. Main St., Suite 305
West Hartford, CT 06107
Tel: (860) 493-6292
rizard@ikrlaw.com
craabe@ikrlaw.com
dneedham@ikrlaw.com

Dated: July 14, 2023

Respectfully submitted,

*/s/ Russell Rennie*
Marc Seltzer
Kathryn Hoek
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 789-3100
mseltzer@susmangodfrey.com
khoek@susmangodfrey.com

Seth Ard
Russell F. Rennie
Jacob Buchdahl
Geng Chen
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019-6022
Tel: (212) 336-8330
sard@susmangodfrey.com
rrennie@susmangodfrey.com
jbuchdahl@susmangodfrey.com
gchen@susmangodfrey.com

Edgar Sargent
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Tel: (202) 516-3880
esargent@susmangodfrey.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*/s/ Russell Rennie*